IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE and SGT. SAVONIA RICHARDSON-GRAHAM, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 3:22-cv-01221-MMH-MCR |
|     Defendants. | ) |

**DEFENDANT'S _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Jessee Morris ("Morris"), by and through undersigned counsel, hereby files this Motion for Extension of time to Respond to Plaintiff Elmer Williams' ("Mr. Williams") Complaint and state as follows:

1. Plaintiff Elmer Williams' ("Mr. Williams") filed his initial Complaint against Morris on November 04, 2022. (ECF No. 1).

2. Morris was served on November 20, making her response due December 12, 2022.

3. Morris requests a one-week extension to respond to the Complaint, making Morris's response due December 19, 2022.

4. The extension is needed due to the press of other matters for undersigned counsel, including several hearings and a mediation scheduled the week of December 5, coupled with several other dispositive motions coming due.

5. The extension is not sought for purposes of delay.

6. The extension will not prejudice Mr. Williams. Several other defendants have not yet been served, so the short extension will not delay resolution of these proceedings.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides, in pertinent part, that "when an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." As such, the Rule affords the Court wide discretion to enlarge the time for Defendants to respond to the Amended


Complaint. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967).[1]

Rule 6(b) should be applied liberally to satisfy the stated purpose of the Federal Rules of Civil Procedure, which is "to secure the just, speedy and inexpensive determination of every action." Fed. R. Civ. P. 1. Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See Beaufort Concrete Co. v. Atlantic States Construction Co.*, 352 F.2d 460, 462 (5th Cir. 1965) ("Rule 6(b) is a rule of general application giving wide discretion to the court.").

Here, as demonstrated above, there is good cause for allowing an extension until December 19, 2022, to respond to the Complaint. The short-extension is needed due to undersigned counsel's busy schedule the week of December 5, and Mr. Williams will not be prejudiced. As such, good cause exists for the extension.

WHEREFORE, Morris respectfully requests the Court (1) grant this Motion, and (2) grant Morris an extension until December 19, 2022, to respond to the Complaint.

### **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies he has conferred with counsel for Mr. Williams who does not oppose the relief sought in this motion.

---

[1] Pursuant to *Bonner v. City of Prichard, Ala.*, 661 F.2d 1206 (11th Cir. 1981), opinions of the Fifth Circuit issued prior to October 1, 1981, are binding precedent in the Eleventh Circuit.

Dated: December 2, 2022

                    */s/ Jacob Hanson*
                    Brian A. Wahl (FBN 95777)
                    **BRADLEY ARANT BOULT CUMMINGS LLP**
                    1819 5th Avenue North
                    One Federal Place
                    Birmingham, AL 35203
                    Tel: (205) 521-8800
                    Primary Email:   bwahl@bradley.com
                    Secondary Email: tramsay@bradley.com

                    R. Craig Mayfield (FBN 429643)
                    Jacob B. Hanson (FBN 91453)
                    **BRADLEY ARANT BOULT CUMMINGS LLP**
                    100 North Tampa Street, Suite 2200
                    Tampa, Florida 33602
                    Tel: (813) 559-5500
                    Primary Email:   cmayfield@bradley.com
                    Primary Email:   jhanson@bradley.com
                    Secondary Email: tabennett@bradley.com
                    Secondary Email: sdhayes@bradley.com

                    *Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, and Jessee Morris*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record:

                    */s/ Jacob Hanson*
                    Jacob Hanson
                    *Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, and Jessee Morris*