IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| ELMER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY DIXON, in his official | ) | |
| capacity as Secretary of the Florida | ) | |
| Department of Corrections, | ) | |
| CENTURION OF FLORIDA, LLC, | ) | Case No.: 3:22-cv-01221-MMH- |
| MHM HEALTH PROFESSIONALS, | ) | MCR |
| LLC, ALEXIS FIGUEROA M.D., | ) | |
| KALEM SANTIAGO, JASON | ) | |
| HOWELL, ELIZABETH HOLMES, | ) | |
| TONY ABBOTT, GERALD KNAUS, | ) | |
| ADELE JOHNS, WENDY | ) | |
| MILLETTE and SGT. SAVONIA | ) | |
| RICHARDSON-GRAHAM, | ) | |
| | ) | |
| Defendants. | | |

**CENTURION DEFENDANTS' _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 3.01, Defendants Centurion of Florida, LLC ("Centurion"); MHM Health Professionals, LLC ("MHM"); Alexis Figueroa, M.D.; Jason Howell; and Tony Abbott (collectively, the "Centurion Defendants") move for an extension of time until February 16, 2023, to respond to Plaintiff Elmer Williams's Second Amended Complaint (ECF No. 42).

4891-5896-8907.1

1.      Plaintiff Elmer Williams' ("Mr. Williams") filed his initial Complaint on November 04, 2022. (ECF No. 1).

2.      Centurion and MHM filed a joint motion to dismiss the Complaint on December 5, 2022. ECF No. 17.

3.      On January 10 and 11, 2023, Mr. Williams's counsel took his deposition to preserve his testimony, given his medical prognosis.

4.      Based on his testimony during that deposition, Mr. Williams filed a Second Amended Complaint (SAC) (ECF No. 42) on January 17, 2023, with agreement of Defendants' counsel.

5.      Accordingly, the Centurion Defendants have until January 31, 2023, to respond to the SAC. Fed. R. Civ. P. 15(a)(3).

6.      The Centurion Defendants request an extension to respond to the SAC until February 16, 2023.

7.      The extension is needed to investigate the new allegations based on Mr. Williams's deposition testimony. Additionally, undersigned counsel has several depositions, hearings, and conferences scheduled between now and the last week of the month, which will be time consuming.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), courts may extend a deadline for good cause. Further, district courts have "broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366

(11th Cir. 1997). This broad discretion extends to "the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001).

Good cause exists for allowing an extension, until February 16, 2023, to respond to the SAC so that Centurion has an opportunity to conduct the discovery necessary to assert all available defenses. As noted above, good cause is shown because Mr. Williams's allegations have changed since his deposition was conducted, and undersigned counsel needs time to confer and investigate to determine how to appropriately respond to the SAC. That investigation and preparation of responses will be affected by the undersigned's other cases and prior engagements between now and when the response is due. Thus, good cause has been demonstrated.

WHEREFORE, The Centurion Defendants respectfully request the Court (1) grant this Motion, and (2) grant the Centurion Defendants an extension until February 16, 2023, to respond to the SAC.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies he has conferred with counsel for Mr. Williams, who does not oppose the relief sought in this motion.

Dated:  January 18, 2023

/s/ Jacob Hanson
Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place

Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email:    bwahl@bradley.com
Secondary Email: tramsay@bradley.com

R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email:    cmayfield@bradley.com
Primary Email:    jhanson@bradley.com
Primary Email:    bcastle@bradley.com
Secondary Email: tabennett@bradley.com
Secondary Email: sdhayes@bradley.com

*Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, Dr. Alexis Figueroa, Jason Howell, and Tony Abbott*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record:

/s/ Jacob Hanson
Jacob Hanson
*Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, Dr. Alexis Figueroa, Jason Howell, and Tony Abbott*

4