IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, ADELE JOHNS, WENDY MILLETTE and SGT. SAVONIA RICHARDSON-GRAHAM, | ) Case No.: ) 3:22-cv-01221-MMH-MCR |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

Jacob B. Hanson, Esq., of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as counsel for the Defendant Elizabeth Holmes, and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

    Jacob B. Hanson, Esq.    jhanson@bradley.com (Primary)
    Shelly Hayes    sdhayes@bradley.com (Secondary)
    Tammy Bennett    tabennett@bradley.com (Secondary)

4885-4113-5948.1

Dated:  January 20, 2023

    */s/ Jacob B. Hanson*
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email:     cmayfield@bradley.com
Primary Email:     jhanson@bradley.com
Primary Email:     bcastle@bradley.com
Secondary Email: tabennett@bradley.com
Secondary Email: sdhayes@bradley.com

Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email:     bwahl@bradley.com
Secondary Email: tramsay@bradley.com

*Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record:

/s/ *Jacob B. Hanson*
Jacob B. Hanson
***Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes***

4885-4113-5948.1