IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS,<br><br> Plaintiff,<br><br>v.<br><br>RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, ADELE JOHNS, WENDY MILLETTE and SGT. SAVONIA RICHARDSON-GRAHAM,<br><br> Defendants. | Case No.:<br>3:22-cv-01221-MMH-MCR |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Brian A. Wahl, Esq., of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as lead counsel for the Defendant Centurion of Florida, LLC; MHM Health Professionals, LLC; Alexis Figueroa, M.D.; Jason Howell; Tony Abbott; and Elizabeth Holmes; and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

  Brian A. Wahl, Esq.    bwahl@bradley.com (Primary)
  Tina Ramsay       tramsay@bradley.com (Secondary)

4859-8857-4284.1

Dated:  January 20, 2023

          */s/ Brian A. Wahl*
          Brian A. Wahl (FBN 95777)
          **BRADLEY ARANT BOULT CUMMINGS LLP**
          1819 5th Avenue North
          One Federal Place
          Birmingham, AL 35203
          Tel: (205) 521-8800
          Primary Email:     bwahl@bradley.com
          Secondary Email: tramsay@bradley.com

          R. Craig Mayfield (FBN 429643)
          Jacob B. Hanson (FBN 91453)
          W. Blair Castle (FBN 1031504)
          **BRADLEY ARANT BOULT CUMMINGS LLP**
          100 North Tampa Street, Suite 2200
          Tampa, Florida 33602
          Tel: (813) 559-5500
          Primary Email:     cmayfield@bradley.com
          Primary Email:     jhanson@bradley.com
          Primary Email:     bcastle@bradley.com
          Secondary Email: tabennett@bradley.com
          Secondary Email: sdhayes@bradley.com

          *Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record:

> /s/ Brian A. Wahl
> Brian A. Wahl
> *Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes*