IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICKY DIXON, in his official )<br>capacity as Secretary of the Florida )<br>Department of Corrections, )<br>CENTURION OF FLORIDA, LLC, )<br>MHM HEALTH PROFESSIONALS, )<br>LLC, ALEXIS FIGUEROA M.D., )<br>KALEM SANTIAGO, JASON )<br>HOWELL, ELIZABETH HOLMES, )<br>TONY ABBOTT, GERALD KNAUS, )<br>ADELE JOHNS, WENDY )<br>MILLETTE and SGT. SAVONIA )<br>RICHARDSON-GRAHAM, )<br>)<br>Defendants. | Case No.: 3:22-cv-01221-MMH-MCR |

## NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS

Defendant Elizabeth Holmes, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, hereby gives notice of filing the following document:

1. Waiver of Service of Summons, executed on behalf of Defendant Elizabeth Holmes, attached hereto as Exhibit A.

Dated:  January 20, 2023

      */s/ Jacob Hanson*
      Brian A. Wahl (FBN 95777)
      **BRADLEY ARANT BOULT CUMMINGS LLP**
      1819 5th Avenue North
      One Federal Place
      Birmingham, AL 35203
      Tel: (205) 521-8800
      Primary Email:   bwahl@bradley.com
      Secondary Email: tramsay@bradley.com

      R. Craig Mayfield (FBN 429643)
      Jacob B. Hanson (FBN 91453)
      W. Blair Castle (FBN 1031504)
      **BRADLEY ARANT BOULT CUMMINGS LLP**
      100 North Tampa Street, Suite 2200
      Tampa, Florida 33602
      Tel: (813) 559-5500
      Primary Email:   cmayfield@bradley.com
      Primary Email:   jhanson@bradley.com
      Primary Email:   bcastle@bradley.com
      Secondary Email: tabennett@bradley.com
      Secondary Email: sdhayes@bradley.com

      *Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Dr. Alexis Figueroa, Jason Howell, Tony Abbott, and Elizabeth Holmes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record:

/s/ Jacob Hanson
Jacob Hanson
***Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Dr. Alexis Figueroa***, ***Jason Howell, Tony Abbott, and Elizabeth Holmes***
