IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICKY DIXON, in his official | ) |
| capacity as Secretary of the Florida | ) |
| Department of Corrections, | ) |
| CENTURION OF FLORIDA, LLC, | ) Case No.: |
| MHM HEALTH PROFESSIONALS, | ) 3:22-cv-01221-MMH-MCR |
| LLC, ALEXIS FIGUEROA M.D., | ) |
| KALEM SANTIAGO, JASON | ) |
| HOWELL, ELIZABETH HOLMES, | ) |
| TONY ABBOTT, GERALD KNAUS, | ) |
| ADELE JOHNS, WENDY | ) |
| MILLETTE and SGT. SAVONIA | ) |
| RICHARDSON-GRAHAM, | ) |
| | ) |
|     Defendants. | |

**DEFENDANT ELIZABETH HOLMES'S DISCLOSURE STATEMENT**

Defendant Elizabeth Holmes, hereby files the following disclosure statement pursuant Fed. R. Civ. P. 7.1 and Local Rule 3.03:

**1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

A.  Plaintiff

 i.  Elmer Williams

 ii.  James V. Cook, Esq., Counsel for Plaintiff

 iii.  James M. Slater, Esq., Counsel for Plaintiff

B.  Defendants

 i.  MHM Health Professionals, LLC

  1.  Related Entities

   a.  Centurion, LLC

   b.  Centene Corporation

 ii.  Centurion of Florida, LLC

  1.  Related Entities

   a.  Centurion, LLC

   b.  Centene Corporation

 iii.  Alexis Figueroa, M.D.

 iv.  Kalem Santiago

 v.  Jason Howell

 vi.  Elizabeth Holmes

 vii.  Tony Abbott

 viii.  Gerald Knaus (deceased)

 ix.  Adele Johns

 x.  Wendy Millette

 xi.  Sgt. Savonia Richardson-Graham

xii.   Craig R. Mayfield, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes.

xiii.   Jacob B. Hanson, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes.

xiv.   Brian Wahl, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes.

xv.   W. Blair Castle, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes.

xvi.   Ricky Dixon

xvii.   The Florida Department of Corrections

**2.     The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:**

A.     Centurion of Florida, LLC, is a wholly owned subsidiary of Centurion, LLC which is, in turn a wholly owned subsidiary of Centene Corporation, a publicly traded company.

B.     MHM Health Professionals, LLC, is a wholly owned subsidiary of Centene Corporation, a publicly traded company.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty (20) largest unsecured creditors) in bankruptcy cases:

A.     None.

4.     The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

A.     Elmer Williams, Plaintiff, seeks damages

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 20, 2023

Respectfully Submitted,

*/s/ Jacob B. Hanson*
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email:     cmayfield@bradley.com
Primary Email:     jhanson@bradley.com
Primary Email:     bcastle@bradley.com
Secondary Email:   tabennett@bradley.com
Secondary Email:   sdhayes@bradley.com

Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

*Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record:

/s/ Jacob B. Hanson
Jacob B. Hanson
*Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Jason Howell, Tony Abbott, and Elizabeth Holmes*

4864-5558-4076.1