UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

**v.**                                                     Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**
_____/

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Defendants Ricky Dixon, Kalem Santiago, Adele Johns, Wendy Millette, and Sgt. Savonia Richardson-Graham, by and through undersigned counsel hereby disclose the following pursuant to Local Rule 3.03:

**1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

1

**RESPONSE:**

   A. Plaintiff

      a. Elmer Williams

      b. James V. Cook, Attorney for Plaintiff

      c. Law Office of James Cook, Attorneys for Plaintiff

      d. James M. Slater, Attorney for Plaintiff

      e. Slater Legal PLLC, Attorneys for Plaintiff

   B. Defendants

      a. Centurion of Florida, LLC

          i. Related Entities

              1. Centurion, LLC

              2. Centene Corporation

      b. MHM Health Professionals, LLC

      c. Alexis Figueroa, M.D.

      d. Kalem Santiago, M.D.

      e. Jason Howell

      f. Elizabeth Holmes

      g. Tony Abbott

      h. Gerald Knaus

      i. Adele Johns

      j. Wendy Millette

      k. Savonia Richardson-Graham

      l. Ricky Dixon

      m. Jeffrey Howell, Attorney for Dixon, Santiago, Johns, Millette, and Richardson-Graham

      n. Thomas Buchan, Attorney for Dixon, Santiago, Johns, Millette, and Richardson-Graham

      o. Howell, Buchan & Strong, Attorneys for Dixon, Santiago, Johns, Millette, and Richardson-Graham

      p. Craig Mayfield, Attorney for Defendants Centurion of Florida, MHM Health Professionals, Figueroa, Holmes, Cannon & Adams (collectively, the "Centurion Defendants")

      q. Brian Wahl, Attorney for Centurion Defendants

      r. Jacob Hanson, Attorney for Centurion Defendants

      s. W. Blair Castle, Attorney for Centurion Defendants

      t. Bradley Arant Boult Cummings LLP, Attorneys for Centurion Defendants

**2. Each entity with publicly traded shares or debt potentially affected by the outcome:**

**RESPONSE:** Defendant Centurion of Florida, LLC is a wholly owned subsidiary of Centurion, LLC; Centurion, LLC, and Defendant MHM Health Professionals,

3

LLC are both wholly owned by MHM Services, Inc.; MHM Services, Inc. is wholly owned by Centene Corporation, a publicly traded company.

**3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:**

**RESPONSE:** None.

**4. Each person arguably eligible for restitution:**

**RESPONSE:** Elmer Williams seeks damages.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorney for Defendants Ricky Dixon, Kalem Santiago, Adele Johns, Wendy Millette, and Sgt. Savonia Richardson-Graham*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on January 23, 2023.

                                                   */s/ Thomas Buchan*
                                                   Thomas Buchan