UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                          Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.

        Defendants.
_____

## ORDER

Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Figueroa, Howell, and Abbott's Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (Doc. 43) is **GRANTED to the extent** that all Defendants shall file a response to the Second Amended Complaint (Doc. 42) by **March 3, 2023.**

Defendants' Motions to Dismiss (Doc. 17, 32, 40) are **DENIED as moot**.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of January, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

caw 1/26
c:
Counsel of Record