UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-955-MMH-MCR

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Elmer Williams filed this civil rights lawsuit while he was incarcerated in the custody of the Florida Department of Corrections (FDC). He has since been awarded compassionate medical release and is no longer in the custody of FDC, but rather in the care of his family. *Pickens v. Mgmt. & Training Corp.*, 2017 WL 5559847, *2 & nn.14-15 (S.D.Miss., Nov. 17, 2017) (holding plaintiff's grandmother's house, where he was required to live under terms of "earned-release supervision," was neither a correctional facility nor a halfway house for purposes of the Prison Litigation Reform Act). Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff Elmer Williams voluntarily dismisses this action without prejudice. *Frazier v. McDonough*, 264 F. App'x 812, 815 (11th Cir. 2008) (per curiam) ("Dismissals of claims for monetary damages under 1997e(e) 'should be without prejudice to re-filing

if and when the plaintiff is released.'") (quoting *Harris v. Garner*, 216 F.3d 970, 980 (11th Cir. 2000) (en banc)).

Respectfully submitted this 3rd day of November 2022.

*/s/ James V. Cook*
James V. Cook
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ James M. Slater*
James M. Slater
Florida Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel (305) 523-9023

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

2