UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT GERALD KNAUS WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Elmer Williams voluntarily dismisses this action against Defendant Gerald Knaus—who passed away during these proceedings (*see* Suggestion of Death, Doc. 41)—without prejudice. *See Walker v. Home Point Fin. Corp.*, 571 F. Supp. 3d 1275 (M.D. Fla. 2021). Defendant Gerald Knaus has not served any answer or motion for summary judgment in this action. This notice does not pertain to the remaining defendants in this case.

Dated: March 2, 2023.

    Respectfully submitted,

    */s/ James V. Cook*
    James V. Cook (FBN 966843)
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, FL 32301
    (850) 222-8080; 561-0836 fax
    cookjv@gmail.com

-and-

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel (305) 523-9023

*Attorneys for Plaintiff Elmer Williams*

## Certificate of Service

I hereby certify that on March 2, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

*/s/ James M. Slater*
James M. Slater