UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                                        Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**
_____/

### CORRECTIONS DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES [DOC. 56]

Defendants Dixon, Santiago, Johns, Millete, and Richardson-Graham (collectively "Corrections Defendants") hereby file this unopposed motion to extend the deadline to respond to Plaintiff's Motion to Strike Affirmative Defenses [Doc. 56], thereby allowing them to file a response by Friday, March 10, 2023, and state the following in support thereof:

1

1. Plaintiff filed a Motion to Strike Corrections Defendants' Affirmative Defenses on February 17, 2023. [Doc. 56].

2. Pursuant to Local Rule 3.01(c), the deadline for Defendants to respond to Plaintiff's Motion to Strike was Friday, March 3, 2023.

3. Corrections Defendants instead filed an Amended Answer and Affirmative Defenses on that day. [Doc. 64.]

4. The parties conferred via email on March 6 and Plaintiff consents to the extension of time to respond.

5. It would be in the best interest of the parties and the Court's judicial economy to allow the Corrections Defendants additional time to respond to the Motion to Strike.

6. Should this motion be granted, Corrections Defendants would withdraw their Amended Answer and Affirmative Defenses [Doc. 64].

WHEREFORE, Corrections Defendants respectfully request the Court allow them to file their response to Plaintiff's Motion to Strike Affirmative Defenses by March 10, 2023.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorney for Defendants Dixon, Santiago, Johns, Millette, Richardson-Graham*

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for the parties conferred on the above motion via email correspondence on March 6, 2023. Plaintiff consents to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on March 6, 2023.

*/s/ Thomas Buchan*
Thomas Buchan