UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.

        Defendants.
_____

## ORDER

Plaintiff's Notice of Voluntary Dismissal of Defendant Gerald Knaus Without Prejudice (Doc. 57) is **GRANTED**. All claims against Defendant Gerald Knaus are **DISMISSED without prejudice**.

Pursuant to Rule 54(b), Federal Rules of Civil Procedure, finding no just reason for delay, the **Clerk** is directed to enter judgment dismissing the claims against Defendant Gerald Knaus. The **Clerk** is further directed to terminate the Defendant as a party to this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of March, 2023.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

caw 3/3
c:
Counsel of Record