UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                            Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.

        Defendants.
_____

## ORDER

Defendants Dixon, Santiago, Johns, Millete, and Richardson-Graham's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Strike Affirmative Defenses (Doc. 66) is **GRANTED**. Defendants Dixon, Santiago, Johns, Millete, and Richardson-Graham shall file a response to Plaintiff's Motion to Strike Affirmative Defenses (Doc. 56) by **March 10, 2023.**

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of March, 2023.

                                                MONTE C. RICHARDSON
                                      UNITED STATES MAGISTRATE JUDGE

caw 3/7
c:
Counsel of Record