UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-1221-MMH-MCR |
| RICKY DIXON, *et al.*, | |
| Defendants. | |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO RESPOND TO CENTURION DEFENDANTS' MOTIONS TO DISMISS
AND TO EXCEED PAGE LIMIT IN CONSOLIDATED RESPONSE**

Pursuant to Rule 6(b) and Local Rule 3.01, Plaintiff Elmer Williams files this unopposed motion to seek a brief weeklong extension of time through March 31, 2023, to respond to Centurion Defendants respective motions to dismiss [D.E. 58–62], to which responses are due on March 23 and 24, 2023 per Local Rule 3.01(c). Plaintiff further moves for permission to file a consolidated 40-page response addressing each of the five motions. As grounds, Plaintiff states:

**I.    BACKGROUND**

1.    This is an action brought by a terminally ill former state prisoner, who challenges, among other things, the constitutional adequacy of the care provided by the Centurion Defendants while Plaintiff was incarcerated at Suwannee Correctional Institution.

2. After taking a de bene esse deposition to preserve his testimony for trial, with the consent of all defendants under Rule 15(a)(2), Plaintiff filed the operative Second Amended Complaint (SAC). [D.E. 42].

3. In response, Centurion Defendants filed five separate motions to dismiss the SAC, totaling approximately 100 pages, in which they argue various theories for dismissal with a great deal of overlapping argument. [D.E. 58–62].

4. Because of the common legal argument and issues, Plaintiff believes that it would promote judicial economy to present a single consolidated response. However, given the breadth of the motions and the complexity of the legal issues (such as sovereign immunity and *Monell* liability), Plaintiff would ask for leave to exceed the page and time limitation requirements of Rule 3.01.

## II. MEMORANDUM OF LAW

Rule 6(b) governs extensions of time in which to file motions and responsive documents. Fed. R. Civ. P. 6(b). Under Rule 6(b)(1)(A), when an act is required or allowed to be done within a specified time period, a court "may, for good cause, extend the time" before the original time to file or respond expires.

The Eleventh Circuit has held that to establish good cause under Rule 6(b), "the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Davis v. Post Univ., Inc.*, 497 F. Supp. 3d 1252, 1268 (S.D. Fla. 2019) (citing *Ashmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013)).

Here, given the type of legal defenses raised and the sheer volume of briefing, Plaintiff has demonstrated good cause for a brief one-week extension of time to file a 40-page consolidated response to Centurion Defendants' five motions to dismiss.

### III.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and permit him to file a 40-page consolidated response to Centurion Defendants' motions to dismiss [D.E. 58–62], on or before March 31, 2023.

Dated: March 13, 2023.

                                          Respectfully submitted,

                                          SLATER LEGAL PLLC

                                          By: */s/ James M. Slater*  
                                                James M. Slater (FBN 111779)  
                                                113 S. Monroe Street  
                                                Tallahassee, Florida 32301  
                                                james@slater.legal  
                                                Tel: (305) 523-9023

                                                       -and-

                                          LAW OFFICE OF JAMES COOK  
                                          James V. Cook (FBN 0966843)  
                                          314 W. Jefferson Street  
                                          Tallahassee, Florida 32301  
                                          Tel. (850) 222-8080  
                                          Fax (850) 561-0836  
                                          cookjv@gmail.com

                                          *Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on March 13, 2023 I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: <i>/s/ James M. Slater</i><br>James M. Slater

## Local Rule 3.01(g) Certification

I hereby certify that Plaintiff's counsel conferred with counsel for Centurion Defendants via email on March 12, 2023. Centurion Defendants do not oppose the relief requested herein.

By: <i>/s/ James M. Slater</i><br>James M. Slater