UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.

        Defendants.
_____

## ORDER

Plaintiff's Unopposed Motion for Extension of Time to Respond to Centurion Defendants' Motions to Dismiss and to Exceed Page Limit in Consolidated Response (Doc. 71) is **GRANTED**. Plaintiff shall file a consolidated response, not to exceed 40 pages, to Defendants' Motions to Dismiss (Docs. 58–62) by **March 31, 2023.**

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of March, 2023.

                                                 MONTE C. RICHARDSON
                                   UNITED STATES MAGISTRATE JUDGE

caw 3/7
c:
Counsel of Record