IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, et al.,<br><br>    Defendants. | Case No.: 3:22-cv-01221-MMH-MCR |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Pursuant to Local Rule 3.01(d), Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC (Centurion and MHM are collectively referred to as the "Centurion Defendants"); Alexis Figueroa, M.D.; Jason Howell; Elizabeth Holmes; and Tony Abbott; (collectively, the "Medical Defendants," together with the Centurion Defendants, the "Defendants") request leave to file a consolidated 3-page reply in support of their motions to dismiss (ECF Nos. 58–62).

1. In his Second Amended Complaint ("SAC"), Defendant Elmer Williams is suing Defendants for allegedly providing inadequate medical treatment while he was incarcerated in the custody of the Florida Department of Corrections. ECF No. 42.

2. On March 2 and 3, 2023, Defendants moved to dismiss the various claims against them, relying in part on the medical records that are central to Mr. Williams's claim and upon which he relied when drafting the SAC. ECF Nos. 58–62.

3. In his response, Mr. Williams argues, in part, that the Court cannot consider the medical records central to his claim because they contain misrepresentations. ECF No. 76 at 13–15. Specifically, Mr. Williams argues the Court cannot rely on medical records indicating he was seen by a urologist in March 2022 because Mr. Williams pled he did not see a urologist until May 2022, insinuating the medical records cited by Defendants contain misrepresentations. *Id.*

4. Defendants seek leave to address this argument that the Court cannot consider the medical records central to his claim because the medical records contain misrepresentations, which Defendants contend is inadequately pleaded in the SAC and constitutes improper cherry-picking by Mr. Williams. Defendants also seek to address the argument that Dr. Figueroa misrepresented that Mr. Williams saw a urologist in March 2022, which was not pled at all.

5. Courts may grant leave to file a reply for good cause and upon showing that the reply will benefit the Court's resolution of the pending motion. *Regions Bank v. Kaplan*, No. 8:16-CV-2867-T-23AAS, 2018 WL 2197771, at *3 (M.D. Fla. May 14, 2018). "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Id.*

6. Good cause exists for allowing this reply because allowing Defendants to address Mr. Williams's insufficiently pled argument that the medical records on which he relies contain misrepresentations will benefit resolution of Defendants' motions.

WHEREFORE Defendants requests the Court grant leave to file a **3-page reply within 7 days** from the date the Court grants this Motion.

2

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies he conferred with counsel for Plaintiff via e-mail on April 4, 2023, who indicated the relief sought is unopposed.

Respectfully Submitted,

/s/ Jacob Hanson
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email:   cmayfield@bradley.com
Primary Email:   jhanson@bradley.com
Secondary Email: tabennett@bradley.com

Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

*Counsel for Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Jason Howell; Alexis Figueroa; Tony Abbott; and Elizabeth Holmes*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Jacob Hanson
Jacob Hanson