UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.

        Defendants.
_____

## ORDER

Defendants' Unopposed Motion for Leave to File Reply (Doc. 77) is **GRANTED**. Defendants shall file a consolidated reply, not to exceed 3 pages, in support of their Motions to Dismiss (Docs. 58–62) by **April 14, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of April, 2023.

                                        MONTE C. RICHARDSON
                                        UNITED STATES MAGISTRATE JUDGE

caw 4/6
c:
Counsel of Record