# Exhibit "A"

TB231-SUWANNEE C.I. ANNEX  
5965 US Hwy 90  Live Oak, FL 32060  
3869636358  Fax: 3869636337

August 5, 2022  
Page 1  
FL Provider Visit

**ELMER WILLIAMS**  
DC#: 086916  
Race/Sex: Black or African American / Male  
DOB: REDACTED  
Facility: 231-SUWANNEE C.I. ANNEX

03/24/2022 - FL Provider Visit:  Consult Request  
Provider: George Miquel MD  
Location of Care: 209-R.M.C.- MAIN UNIT

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR OR UTILIZATION MANAGEMENT**

**UM Order:**  Prior Approval Other Diagnostics 02/01/2022 ID: 391430-1  
**Additional History:** 55 yo AA male last seen in 12/20 with history of Ca prostate treated with Radiation therapy to the prostate and androgen deprivation with PSA level to 0.2. PSA in 9/21 was 5.2 and now is 43 Patient has become a paraplegic in November/2021 and now is wheelchair bound and has a foley.  
**Findings:** 55 yo AA male wheelchair bound with foley. Unable to do rectal exam  
PSA of 43 this is likely metastatic disease that has caused the paraplegia.  
**Recommendations:** Ct scan abd/pelvis, with iv contrast. URGENT  
Bone scan URGENT  
RTC 3 weeks  with the results from above.  
Please being last volume of Paper chart that includes 2020 and 2021.

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

DC4-702 Consultant's Report (Revised 9/12/2019)  
This form is not to be amended, revised, or altered without      approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Electronically signed by George Miquel MD on 03/24/2022 at 10:59 AM  
Electronically signed by Sarah M Norman on 03/24/2022 at 11:33 AM

CENT MR 001613