# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                                    Case No.  3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**
_____/

## NOTICE OF WITHDRAWL OF AFFIRMATIVE DEFENSE NOS. 6 & 10

Defendants Ricky Dixon, Dr. Kalem Santiago, Adele Johns, Wendy Millette, and Savonia Richardson-Graham ("Defendants"), by and through undersigned counsel, hereby withdraw Affirmative Defense Nos. 6 and 10 of their Second Amended Answer and Affirmative Defenses [Doc. 75].

WHEREFORE, Defendants respectfully request the Court accept this Notice and withdrawal of the aforementioned affirmative defenses.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorney for Defendants Ricky Dixon, Kalem Santiago, Adele Johns, Wendy Millette, and Sgt. Savonia Richardson-Graham*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via the e-filing portal on April 19, 2023.

*/s/ Thomas Buchan*
Thomas Buchan

2