UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.                                        Case No. 3:22-cv-01221-MMH-MCR

RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,

    Defendants.

                                         /

## NOTICE OF APPEARANCE FOR DEFENDANTS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: PLEASE ENTER THE APPEARANCE of Thomas Buchan, of Howell, Buchan & Strong, as counsel in this case on behalf of Defendants Dixon, Johns, Santiago, Richard-Graham, and Millette. Attorney Lauren F. Strickland is admitted to practice in this Court.

                                               Respectfully submitted,
                                               */s/ Lauren F. Strickland*
                                               Lauren F. Strickland
                                               Florida Bar No. 70781
                                               Howell, Buchan & Strong
                                               2898-6 Mahan Dr.
                                               Tallahassee, Florida 32308
                                               (850) 877-7776
                                               Lauren@jsh-pa.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on April 28, 2023.

                                            */s/ Lauren F. Strickland*
                                            Lauren F. Strickland