UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

       Plaintiff,

v.                            Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

       Defendants.

_____

## ORDER

Plaintiff Elmer Williams and Defendant Ricky Dixon's Joint Motion for Confidentiality Order and Incorporated Proposed Order (Doc. 84) is **GRANTED to the extent** that the Court will separately enter the incorporated proposed order with minor modifications to paragraph 16.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Jax-9 5/31
c:    Counsel of record