IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 3:22-cv-01221-MMH-MCR |
| RICKY DIXON, et al., | ) ) ) |
| Defendants. | ) |

**CENTURION DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF MOTIONS TO DISMISS**

Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Alexis Figueroa, M.D.; Jason Howell; Elizabeth Holmes; and Tony Abbott; ("Centurion Defendants") file this Notice of Supplemental Authority in support of their motions to dismiss (ECF Nos. 58–62), pursuant to Local Rule 3.01(i).

The Centurion Defendants direct the Court to the recently published case of *Wade v. McDade*, 67 F.4th 1363, 1370–74 (11th Cir. May 22, 2023), which held:

> Whatever we might think about the confusion surrounding the mens rea issue [of a deliberate indifference to a serious medical need claim] or its resolution, *Townsend* settled matters by embracing *Cottrell* and the "more than gross negligence" standard. The *Melton* panel was powerless to decide otherwise, and so are we.
>
> Filling in the blank, then: To make out the subjective component of an Eighth Amendment deliberate-indifference claim, a plaintiff must establish that the defendant (1) had subjective knowledge of a risk of serious harm, (2) disregarded that risk, and (3) acted with more than *gross* negligence.

*Id.* at 1373–74.

This authority supplements arguments raised in the following motions and Plaintiff's response:

| ECF No. | Page(s) | Paragraph(s) | Line(s) |
|---|---|---|---|
| 58 | 11 | First full paragraph | Lines 2–8 |
|  | 12–13 | All paragraphs | All lines |
| 59 | 7–8 | Last paragraph | Lines 2–8 |
|  | 10–11 | All paragraphs | All lines |
| 60 | 10–11 | Last paragraph | Lines 2–8 |
|  | 12–14 | All paragraphs | All lines |
| 61 | 6 | First full paragraph | Lines 2–8 |
|  | 8–10 | Last paragraph of 8 thru first paragraph of 10 | All lines |
| 62 | 9–10 | Last paragraph | Lines 2–8 |
|  | 11–12 | Last paragraph of 11 thru last paragraph of 12 | All lines |
| 76 | 17 | First full paragraph and FN 7 | All lines |

/s/ Jacob Hanson
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email:   cmayfield@bradley.com
Primary Email:   jhanson@bradley.com

Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com
*Counsel for Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Jason Howell; Alexis Figueroa; Tony Abbott; and Elizabeth Holmes*