# Johns, Adele

| | |
|---|---|
| **From:** | Yates, Rebecca |
| **Sent:** | Wednesday, January 12, 2022 9:47 AM |
| **To:** | Johns, Adele |
| **Subject:** | RE: DC NO: D 086916 NAME: WILLIAMS, ELMER |

Good morning Adele,

This is not an emergency.

Thank you,

Rebecca Yates
Government Operations Consultant
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3298

**FILE INFORMATION ONLY**
**DO NOT SEND TO INMATE**

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

---

**From:** Johns, Adele <Adele.Johns@fdc.myflorida.com>
**Sent:** Wednesday, January 12, 2022 7:31 AM
**To:** Yates, Rebecca <Rebecca.Yates@fdc.myflorida.com>
**Subject:** DC NO: D 086916 NAME: WILLIAMS, ELMER

Inmate states his legs, knees, feet and ankles are swollen to the point of exploding. He states his stomach is bloated and every time he moves he has a muscle spasm in his back and his body locks up and he cant breathe or his breathing is labored. He states his nerves are damaged and there is little to no oxygen going to his legs. He states he has become completely paralyzed from his stomach to his toes and that area is extremely swollen. He states he needs emergency care.
Is this an emergency?
Thanks,

**Adele Johns**
Correctional Services Consultant
**Bureau of Policy Management and Inmate Appeals**
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399
Office: (850) 717-3915
Email: adele.johns@fdc.myflorida.com

1