# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Suwannee C.I. Annex  
**Incident Report Number:** 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

**Reporting Employee:** ▓▓▓ Esly Hodge  
**PREA Number:** _____

**Employee ID Number:** ▓▓▓  
**Date of incident:** January 7, 2022

**Person(s) Involved:** Inmate Williams, Elmer #086916  
**Time of incident:** 12:00pm

**Witness(es):** _____

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☐ Yes ☒ No | Disciplinary Report Initiated: | ☐ Yes ☒ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☐ Yes ☒ No Time: ___ | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☐ Yes ☒ No Time: ___ | Duty Officer Name: | N/A |
| Supporting Documents Attached | N/A | | |

### DETAILS OF INCIDENT:

On January 7, 2022, I was assigned as the Annex Assistant Shift Supervisor. I received an email sent from ▓▓▓ Sidney Young regarding an allegation from ▓▓▓ a personal friend to Inmate Williams, Elmer #096916. Upon review of the email ▓▓▓ stated "Elmer Williams was transferred to Suwannee CI Annex in November 2021. Since arriving at Suwannee, Williams has sent in ▓▓▓ equests to address his ▓▓▓ and the ▓▓▓ nd ▓▓▓ n his ▓▓▓ which has caused him to need ▓▓▓ n getting around as he can ▓▓▓. Despite hi ▓▓▓ he has been denied any ▓▓▓ on every occasion." The email then further states "I have made several calls to Ms. Bennett, ▓▓▓ to express my concerns that Williams need ▓▓▓ and gave a ▓▓▓ which she has complete access to his records, and provided her with the most recent concerns of ▓▓▓ and the ▓▓▓ it was causing him. She told me it was out of her control because she is not in charge of movement of an inmate." The email also alleges that "I also called ▓▓▓, Ms. Sword, and explained this issue and my concerns not only for Williams ▓▓▓ but also his ▓▓▓ as I received daily calls from Williams ▓▓▓! She cut me off and stated that she cannot discuss his ▓▓▓ vith me and does not even have ▓▓▓."

**Reporting Employee's Name (Print):** ▓▓▓ Esly Hodge  
**Reporting Employee's Signature:** /s/  
**Date:** January 7, 2022

### Shift Supervisor/ Department Head COMMENT:

Inmate Williams is currently housed ▓▓▓ on GP status for ▓▓▓ by on ▓▓▓. A copy of the email submitted by ▓▓▓ is attached. I interviewed Inmate Williams which verbally stated, "I just want to get some ▓▓▓" Inmate Williams' tentative release date is 05/11/2035. Inmate Williams' ▓▓▓

**Name (Print):** ▓▓▓ Esly Hodge  
**Supervisor's Signature:** /s/  
**Date:** January 7, 2022

### REVIEW:
- Allegations of ▓▓▓     Forwarded via MINS to OIG
- Family contacts ▓▓▓

CC: ▓▓▓ Hodge  
   ▓▓▓ vs P. Oneal

(07H) MINS: 1098293  
07H (✓) MINS # 1098293

**Name (Print):** Mark A. Ficken  
**Signature:** /s/  
**Date:** 1/10/2022

### REVIEW:

MINS - Forwarded ▓▓▓  
Fwd to ▓▓▓ for appropriate re ▓▓▓  
CC: Mjor Oneal / Bennett / Medical

**Name (Print):** Christopher Lane  
**Signature:** /s/  
**Date:** 1/10/22

1/7/22, 2:43 PM                                                                Mail - Hodge, Esly - Outlook



**Inspiring Success by Transforming One Life at a Time**

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Palmer, John <John.Palmer@fdc.myflorida.com>
**Sent:** Thursday, January 6, 2022 10:46 PM
**To:** Stephens, Danielle <Danielle.Stephens@fdc.myflorida.com>
**Subject:** FW: Elmer Williams DC#086916

**From:** Stephanie Boudreau <stephieb0605@gmail.com>
**Sent:** Thursday, January 6, 2022 10:45:41 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Palmer, John <John.Palmer@fdc.myflorida.com>
**Cc:** Dixon, Ricky <Ricky.Dixon@fdc.myflorida.com>
**Subject:** Elmer Williams DC#086916

Dear Mr. Palmer,

I am writing you today regarding inmate Elmer Williams, DC# 086916. I am very concerned with his ▇▇▇▇. He is currently at Suwannee C.I. Annex. He was transferred there from Moore Haven back in November 2021 to be closer to Lake Butler, so he could have ▇▇▇▇. Prior to arriving at Suwannee, he fell and ▇▇▇▇ and ▇▇▇▇. His ▇▇▇▇ have since been fixed by a ▇▇▇▇ at Moore Haven, but unfortunately, ▇▇▇▇ was never addressed due to the fact he was transferred to Suwannee.

Since arriving at Suwannee, Williams has sent in multiple ▇▇▇▇ to address ▇▇▇▇ and the ▇▇▇▇ and ▇▇▇▇ which has caused him to ▇▇▇▇ in ▇▇▇▇ as he can no longer walk on his own. Despite his ▇▇▇▇ he has been denied any ▇▇▇▇ on every occasion. On or about, November 23, 2021, Williams was placed in confinement after being given an order that he could not fulfill due to the fact he could not ▇▇▇▇ do what was asked of him. While in confinement his ▇▇▇▇ continued to ▇▇▇▇ and he was forced to ▇▇▇▇ himself across the floor. He was still denied a ▇▇▇▇ and told that he was faking his ▇▇▇▇. He developed ▇▇▇▇ or ▇▇▇▇ which are now so ▇▇▇▇ and ▇▇▇▇. Even though it was clear to see, the guards and staff continued to deny his request for ▇▇▇▇.

When Williams was released from confinement, he again requested for ▇▇▇▇ to which still to this day he continues to be denied. I have made several calls to Ms. Bennett, Medical Administrator, to express my concerns that Williams needs ▇▇▇▇ and gave a ▇▇▇▇, which she has complete access to his records, and provided her with the most recent ▇▇▇▇ and the ▇▇▇▇ it was causing him. She told me it was out of her control because she is not in charge of movement of an inmate. I also called ▇▇▇▇ Ms. Sword, and explained this issue and my concerns not only for Williams ▇▇▇▇ but also ▇▇▇▇, as I received daily calls from Williams ▇▇▇▇! She cut me off and stated that she cannot discuss his ▇▇▇▇ with me and does not even have access to his ▇▇▇▇. I explained that I do not need to discuss his ▇▇▇▇ that I need her to get him ▇▇▇▇. Since I received no help from Ms. Sword, I then made calls to the ▇▇▇▇ and was told on two occasions that it would be investigated and that I would receive a call back. Well, I am still waiting on that return call as well. I then call to attempt to speak to the Warden and of course, I was told that he was busy and

1/7/22, 2:43 PM                                                                                     Mail - Hodge, Esly - Outlook

, was transferred to someone else. I wish I had gotten this person's name because he has been the only person who has stuck to his word! He assured me on this day that Williams would be seen by the ▓▓▓▓ within an hour of our conversation. Williams was taken t▓▓▓▓ ▓▓ut once again was denied▓▓▓ ▓▓▓ by Figueroa and was told that he will not be▓▓▓ ▓, will not be given a▓▓▓ ▓▓ for ▓▓▓ or any other assistance because until he can prove that he i▓ ▓r has ▓▓▓▓, Williams could just be faking it!

Williams is now in a borrowed ▓▓▓▓ and is forced to sit in ▓▓ an▓ ▓▓ because he i▓▓▓▓▓▓ to ▓▓▓▓ and depends on other inmates to assist him. I don't know who or why someone would fake an▓ ▓o this extent and sit in their ow▓ ▓▓▓▓ all day! This i▓ ▓▓▓ and ▓▓ to say the least! Williams now has developed ▓▓▓.

Williams has declared ▓▓▓▓▓▓ on 11-18-21, 11-22-21, 11-24-21 as well as other dates that I am just not sure of the exact dates as well as numerous ▓▓▓ ▓equests. To which all have been denied. Williams' ▓▓ is now ▓▓at he cannot ever ▓▓▓▓ because what ever is wrong with him prevents him from being able to ▓▓▓. He is forced to sit in a ▓▓.

Williams sent me a picture through jpay of his ▓▓▓▓ on or about 12-22-21 and since then attempted to send me 4 additional pictures on 1-4-22; however, these pictures were denied and were not released to me. I can only assume they were censored and denied ▓▓▓▓, and someone doesn't want Williams' family to see the ▓▓▓▓. I want these 4 pictures released to me immediately because why was I able to receive the 12-22-21 picture but now that his ▓▓▓▓, I have been denied access to these most recent pictures. But to my surprise I received 3 pictures, which are attached, from an anonymous person. As you will notice, Williams is in ▓▓ and ▓▓▓▓▓ ▓! I want Elmer Williams removed from Suwannee C.I. immediately and sent to th▓ ▓▓ to receive th▓ ▓▓▓nd

I want an investigation done at Suwannee C.I. and especially for the following named persons. ▓Figueroa, as he has no business treating anyone or should we say lack of treating anyone and should lose his medical license. ▓▓ Jason Howell, ▓▓ indblade, ▓▓ Richardson, Ms. Bennett, ▓▓▓ Ms. Sword and Ms. McCain or could be Ms. McClain in the ▓▓▓▓ as they all IGNORED Williams' ▓ as well as his family members' numerous phone calls and messages to inform them of his condition. NOT ONE OF THESE HEARTLESS people did a damn thing to help, instead they sat back and played the blame game "that's out of my control, that's not my department"! You must be an evil devil to allow someone to suffer like this! Elmer Williams was held accountable and punished for his poor choices and actions the day he was sentenced. Now someone must be held accountable for their poor judgment, lack of action and poor decision when they chose NOT to give Williams the ▓▓▓▓ ▓he ▓▓▓▓. I also find it weird how Williams still has not been to Lake Butler to this day? He was transferred to Suwannee for that only reason.

Mr. Palmer I hope and pray that you will see that there is a need for ▓▓▓ and that Williams is not lying about h▓▓. The pictures do not lie. Please let me know what action will be taken to ensure that Williams will get immediate attention. I left a message at your office yesterday on 1-6-22 at 3:30 p.m. and was told someone would call me back. I sure am looking forward to that call and I would appreciate a written response as well.

Thank you in advance for all the attention I pray you give to this emergency.

                                                        Sincerely,

                                                        ▓▓▓▓▓

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

Date of occurrence ___1-7-22___   Time of occurrence ___1345___
Date injury assessed by medical ___1-7-22___   Time injury assessed by medical ___1400___

☐ No injury identified

Description of injury: ▓▓▓▓▓▓▓▓ to ▓▓▓▓▓▓

Staff Signature

Inmate Name ___Williams Elmer___
DC# ___D86916___   Race/Sex ___B/M___
Date of Birth ___10 2 66___
Institution ___SWCI___

_R Figueroa_
_1/7/22_

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution: White/Health Record   Canary/Inspector General   Pink/▓▓▓▓
▓▓▓ Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Check all that apply:   ☒ Inmate   ☐ Employee   ☐ Visitor
☐ Post-Use-of-Force Exam   ☐ Injury   ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: 1345
Time of exam: 1400
Description of occurrence: ▮▮▮▮▮▮

Post Use of Chemical Agent Instructions: Shower without soap?  ☒ N/A   ☐ Yes   ☐ Refused → ☐ educated on importance of showering
☐ Report any difficulty breathing  ☐ Remain in upright position  ☐ Do Not apply lotion to the skin  ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature 98.4   Pulse 111   Respiration 20   O2 Sat 98   % Blood Pressure 107/61

Arrived via:   ☐ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: ___

Condition on arrival (check all that apply):   ☐ Alert   ☐ Oriented x 4 (person, place, time, situation)   ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? ___

Examination summary: ▮▮▮▮▮▮

Physician notified?   ☐ No   ☒ Yes   Name: Figueroa   Time: 1345
Treatment provided?   ☐ No   ☒ Yes   if yes, describe: ▮▮▮

Response to Treatment: Compliant

Disposition:   ☐ Population   ☐ Confinement   ☒ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education: ___

Health Care Provider's Signature and Stamp: E. Holmes, Suwannee CI   Date/Time: 1-7-22 1400
Reviewing Physician's Signature and Stamp: ___   Date/Time: 1/7/22

Name: Williams Elmer
DC#: 086916
Date of Birth: 10-2-66
Race/Sex: B/M
Institution: SW CI AX

Inmate Distribution:   White—Health Record   Canary—Inspector General   Pink—Local Requirements
Employee Distribution:   White—Safety Officer/Designee   Canary—Employee Copy   Pink—DESTROY

(Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

```
01/10/2022                 FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
                                MINS INCIDENT REPORT                      TIME 14:38


PREPARED BY:        JONES, AMANDA LYNN        INCIDENT NUMBER: 0001098293
INCIDENT TYPE:      INADEQUATE TREATMENT      STATUS OF INCIDENT: ENTERED
REPORT DATE:    01/10/2022                    REPORT TIME:   14:11
INCIDENT DATE: 01/07/2022                     INCIDENT TIME: 12:00
REPORTING FACILITY:      SUWANNEE C.I. ANNEX  INCIDENT REGION:
INCIDENT FACILITY :      SUWANNEE C.I. ANNEX  INCIDENT IG OFFICE:
INCIDENT LOCATION:       MEDICAL              DAY CODE:           SHIFT CODE: 2
DATE REPORTED TO MANAGEMENT: 01/07/2022       W-B REVIEW BY:
IG NUMBER:                                    UOF NUMBER:
DATE ASSIGNED:
INJURIES:           STG/STI INVOLVEMENT: N    PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N     WEAPONS USED: N           INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N             CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                             SEND TO IG OFFICE: Y


         NAME                    TITLE          BIRTHDATE  R S    ID NUMBER
   --------------------   --------------------  ---------  - -   ----------------
   COMPLAINANT(S)
                          PERSONAL FRIEND                   1 2
   REPORTING EMPLOYEE(S)
      HODGE, ESLY J.      CORRECTIONAL OFFICER              1 1
   SUBJECT(S)
      WILLIAMS, ELMER  .  INMATE   TRD:                     2 1


CONTRABAND RECOVERED           TYPE     POSSESS    QUANTITY        UNIT MSR
-------------------------      ------   -------   ----------       --------


DESCRIPTION OF PHYSICAL EVIDENCE:
   ATTACHED TO REPORT: EMAIL FROM                          TO MR.
   JOHN PALMER THAT WAS FORWARD TO INSTITUTION, AND MEDICAL
   FORMS           (DIAGRAM OF INJURY) AND            (EMERGENCY
   ROOM RECORD).


MEDICAL DEPT. DESCRIPTION OF INJURIES:
      APPROXIMATELY
                                                              INMATE


DESCRIPTION OF INCIDENT:
   ON THE ABOVE DATE AND TIME, SECOND SHIFT ASSISTANT
                        E. HODGE HAS RECIEVED AN EMAIL FROM
              YOUNG REGARDING ALLEGATIONS MADE BY
```

```
01/10/2022              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:    2
                              MINS INCIDENT REPORT                     TIME 14:38
```

A PERSONAL FRIEND OF SWCI ANNEX INMATE WILLIAMS, ELMER DC#086916 ███████████. UPON REVIEWING THE EMAIL, ███████ STATED, "ELMER WILLIAMS WAS TRANSFERRED TO SUWANNEE CI ANNEX IN NOVEMBER 2021. SINCE ARRIVING AT SUWANNEE, WILLIAMS HAS SENT IN MULTIPLE ███████ TO ADDRESS ███████ AND ███████ WHICH HAS CAUSED HIM TO ███████ IN GETTING AROUND AS HE CAN ███████. DESPITE HIS ███████ HE HAS BEEN ███████ N EVERY OCCASION". THE EMAIL FURTHER STATES, "I HAVE MADE SEVERAL CALLS TO MS. BENNETT, MEDICAL ADMINISTRATOR, TO EXPRESS MY CONCERNS THAT WILLIAMS NEEDS ███████ AND GIVE A ███████, WHICH SHE HAS COMPLETE ACCESS TO HIS RECORDS, AND PROVIDED HER WITH THE MOST RECENT CONCERNS ON ███████ AND THE ███████ IT WAS CAUSING HIM. SHE TOLD ME IT WAS OUT OF HER CONTROL BECAUSE SHE IS NOT IN CHARGE OF MOVEMENT OF AN INMATE". THE EMAIL ALSO ALLEGES THAT, "I ALSO CALL ███████ MS. SWORD, AND EXPLAINED THIS ISSUE AND MY CONCERNS NOT ONLY FOR WILLIAMS' ███████ BUT ALSO HIS ███████ AS I RECIEVED DAILY CALLS FROM WILLIAMS ███████ SHE CUT ME OFF ANS STATED THAT SHE CANNOT DISCUSS HIS ███████ WITH ME AND DOES NOT EVEN HAVE ACCESS TO ███████ HODGE HAD INMATE WILLIAMS SENT TO

ACTION TAKEN:
INMATE WILLIAMS WAS PLACED IN THE ███████ ON GENERAL POPULATION STATUS FOR ███████ BY ███████. IT SHOULD BE NOTATED THAT ON 01.09.22 INMATE WILLIAMS WAS PLACED IN ANNEX ███████. COPY OF THE EMAIL HAS BEEN ATTACHED TO REPORT AS WELL AS ███████ AND ███████ WITH NOTATED ███████. ███████ HODGE INTERVIEWED WITH INMATE WILLIAMS, TO WHICH HE STATED, "I JUST WANT TO GET SOME ███████ INMATE WILLIAMS IS ███████, PER ███████ DOES NOT HAVE ███████, AND HAS A TRD OF 05/11/2035.