## Lauren Strickland

| | |
|---|---|
| **From:** | Margaret Chrisawn |
| **Sent:** | Wednesday, July 19, 2023 5:52 PM |
| **To:** | Lauren Strickland |
| **Subject:** | FW: Elmer Williams v. Dixon |

Email regarding medical release.

M

**Margaret Chrisawn**
**Paralegal**



# Exhibit 1

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

**From:** Margaret Chrisawn
**Sent:** Friday, March 10, 2023 1:03 PM
**To:** cookjv@gmail.com; 'James M. Slater' <james@slater.legal>
**Cc:** Tom Buchan <Tom@jsh-pa.com>; Lauren Strickland <lauren@jsh-pa.com>
**Subject:** Elmer Williams v. Dixon

We don't have a signed medical release from your client. While in some circumstances we don't need one, I'd rather cover all the bases and have a release.  Could you provide one for us?

Thanks!

M

**Margaret Chrisawn**
**Paralegal**



**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**850-877-7776 (Phone)**
**Email: Margaret@jsh-pa.com**
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

2