# Exhibit 4

**Lauren Strickland**

| | |
|---|---|
| **From:** | Lauren Strickland |
| **Sent:** | Thursday, March 16, 2023 4:09 PM |
| **To:** | cookjv@gmail.com; Margaret Chrisawn; 'James M. Slater' |
| **Cc:** | Tom Buchan |
| **Subject:** | RE: Elmer Williams v. Dixon |

Will you please have your client execute a new medical release that is valid until the end of litigation in this matter and send that to us? Unfortunately, the one you provided last week was only valid for 30 days from 12/30/2022.

Thank you,

**Lauren F. Strickland, Esq.**



**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**Phone: 850-877-7776**
**Email: lauren@jsh-pa.com**
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Friday, March 10, 2023 3:50 PM
**To:** Margaret Chrisawn <Margaret@jsh-pa.com>; 'James M. Slater' <james@slater.legal>
**Cc:** Tom Buchan <Tom@jsh-pa.com>; Lauren Strickland <lauren@jsh-pa.com>
**Subject:** RE: Elmer Williams v. Dixon

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department.

Here it is.

*James V. Cook, Esq.*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*

**From:** Margaret Chrisawn <Margaret@jsh-pa.com>
**Sent:** Friday, March 10, 2023 1:03 PM

**To:** cookjv@gmail.com; 'James M. Slater' <james@slater.legal>
**Cc:** Tom Buchan <Tom@jsh-pa.com>; Lauren Strickland <lauren@jsh-pa.com>
**Subject:** Elmer Williams v. Dixon

We don't have a signed medical release from your client. While in some circumstances we don't need one, I'd rather cover all the bases and have a release.  Could you provide one for us?

Thanks!

M

**Margaret Chrisawn**
**Paralegal**

 

**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**850-877-7776 (Phone)**
**Email: Margaret@jsh-pa.com**
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.