# Exhibit 8

**Lauren Strickland**

| | |
|---|---|
| **From:** | Margaret Chrisawn |
| **Sent:** | Tuesday, May 23, 2023 12:34 PM |
| **To:** | cookjv@gmail.com; 'James M. Slater' |
| **Cc:** | Tom Buchan; Lauren Strickland |
| **Subject:** | Medical Release |
| **Attachments:** | Medical release.pdf; Inmate Medical Release form DC4-711B.pdf |

Gentlemen:

The attached DC4-711B was signed and dated by Plaintiff on December 30, 2022, and he indicated an expiration date of 30 days from the date of his signature. So the release was already out of date and therefore of no use when we received it in March 2022. We emailed you for an updated form on March 16, 2023, but have yet to receive one.

I am attaching a new DC4-711B for plaintiff's processing and signature. Please make certain that the expiration date indicates it is valid until the conclusion of this litigation.

Thanks!
M



Margaret Chrisawn
Paralegal
Howell, Buchan & Strong
— ATTORNEYS AT LAW —

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.