# Exhibit 9

**Lauren Strickland**

| | |
|---|---|
| **From:** | Margaret Chrisawn |
| **Sent:** | Wednesday, June 28, 2023 2:54 PM |
| **To:** | Lauren Strickland |
| **Subject:** | RE: Williams Records |

Nope.

M

**Margaret Chrisawn**
**Paralegal**

 

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

---

**From:** Lauren Strickland <lauren@jsh-pa.com>
**Sent:** Wednesday, June 28, 2023 2:54 PM
**To:** Margaret Chrisawn <Margaret@jsh-pa.com>
**Cc:** Tom Buchan <Tom@jsh-pa.com>
**Subject:** FW: Williams Records

Did we ever get an updated release for this?

**Lauren F. Strickland, Esq.**

 

**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**Phone: 850-877-7776**
**Email:** lauren@jsh-pa.com
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

---

**From:** Margaret Chrisawn <Margaret@jsh-pa.com>
**Sent:** Monday, June 5, 2023 8:27 PM
**To:** Tom Buchan <Tom@jsh-pa.com>; Lauren Strickland <lauren@jsh-pa.com>