**Lauren Strickland**

---

| | |
|---|---|
| **From:** | Jeanmary, Kerline <Kerline.Jeanmary@fdc.myflorida.com> |
| **Sent:** | Monday, July 10, 2023 5:32 PM |
| **To:** | Lauren Strickland |
| **Subject:** | RE: Elmer Williams |

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department.

OFFICER CALLED MEMORIAL HOSPITAL AND ADVISED THE OFFENDER WAS IN THE HOSPITAL IN THE ICU UNIT ROOM 301 BED 6. OFFICER SPOKE WITH NURSE MARY JOE WHO CONFIRMED THE OFFENDER WAS IN ICE , BUT NOT INTUBATED. S HAD A SPEADABLE DISEASED AND RESTRICTED FROM CONTACT. OFFICER PROVIDED MY NUMBER AND REQUESTED THE SOCIAL WORKER AS WELL AS THE OFFENDER CALL THI S OFFICER ONCE RELEASED. KJEANMARY

Kerline Jeanmary
Correctional Probation Specialist
Circuit 17-7 Broward East
Florida Department of Corrections
Probation & Parole
2928 North State Road 7
Lauderdale Lakes, Florida 33319
Office: 954-797-1762
Direct: 954-375-5422
Cell: 954-249-3576
Fax: 954-497-1568



Inspiring Success by Transforming One Life at a Time

Safety ★ Accountability★ Fairness & Integrity★ Innovation

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

---

**From:** Lauren Strickland <lauren@jsh-pa.com>
**Sent:** Wednesday, July 5, 2023 12:33 PM

**To:** Jeanmary, Kerline <Kerline.Jeanmary@fdc.myflorida.com>
**Subject:** Elmer Williams

Good Afternoon, Kerline –

Will you please send me your probation notes on Mr. Williams?

Thank you!


**Lauren F. Strickland, Esq.**



**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**Phone: 850-877-7776**
**Email:** **lauren@jsh-pa.com**
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.