# EXHIBIT A

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 11/17/2021 0050 | Incidental Note: Inmate received to Suwannee CI Annex general population. Intake assessment complete and findings are all WNL. Inmate released to security staff at this time.  |

B. Cannon, LPN

Suwannee C.I.

Inmate
DC#
Date o
Institu

D-086916 TM    08/13/98
WILLIAMS, ELMER
B/M DOB ███████ (55)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33 602.210

PLMEDICAL 001

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: NKDA

**DATE/TIME**

Transfer In / Transfer Out / EOS
Records Reviewed / Records Received / Sent
Active Medical Record Volume # ___ 4
Inactive Volume #'s ___ 2
Dental Record ___ 1
Psychological Record
Missing Volumes Requested (Y) N

Taylor Langley
Medical Records Clerk
Suwannee CI - Centurion

EMailed MHCRF ABOUT MISSING INA.

Inmate Name Williams, Elmer
DC# 0804916      Race/Sex B/M
Date of Birth
Institution Moore Haven CRF

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

**FLRIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**
**BACK PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

---

**SUBJECTIVE:** Date: 11/18/21   Time: 1105   Age: ___   ☐ Sick Call  ☑ EMID

Allergies: NKDA
Current Medications: Flomax, Citmopril, Hctz, Vistaril, Prozac
Medical Hx: Neck Pain Shlder
Hx of back pain/back problems? ☐ No ☑ Yes → what was the problem/diagnosis? ___
What treatment did patient receive for previous back pain? Naproxen ___
Chief complaint: Pinched nerve (R) Shoulder / ede /
When did current pain begin? 11-5-21   Pain level: ☐0 ☐1 ☐2 ☐3 ☐4 ☑5 ☐6 ☐7 ☐8 ☐9 ☑10
What were you doing (activity) when the pain began? Walking
If back pain is the result of trauma, does patient have any other injuries? ☑ No ☐ Yes → Other injuries: ___

---

Description of pain: ☑ Sharp ☐ Aching ☑ Burning ☐ Other: ___
Location of pain:

| | | | |
|---|---|---|---|
| ☑ Cervical region | ☑ Left | ☐ Right | ☐ Center (over spinal column) |
| ☐ Thoracic region | ☐ Left | ☐ Right | ☐ Center (over spinal column) |
| ☐ Lumbar region | ☐ Left | ☐ Right | ☐ Center (over spinal column) |
| ☐ Sacral region | ☐ Left | ☐ Right | ☑ Center (over spinal column) |

Flank region pain with or without radiation to groin? ☑ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.
Is pain localized? ☐ No ☐ Yes **OR** Does pain radiate? ☐ No ☐ Yes, to: ___
Does pain increase with activity? ☐ No ☑ Yes → what activity? Standing / walking
Are you able to find position of comfort? ☐ No ☑ Yes: Sitting
What decreases or relieves the pain? Sitting
Does pain increase with deep inspiration? ☐ No ☐ Yes  NOTE: If inmate has any URI symptoms use
"Cold/URI/Influenza Symptoms Protocol," DC4-683U instead.
Did you wake up with this pain (i.e., there was no pain when patient went to bed)? ☑ No ☐ Yes
Back muscle spasms? ☐ No ☐ Yes
Numbness or tingling in any extremity? ☐ No ☑ Yes → which extremity? B. lower legs
Is numbness/tingling in extremities: ☐ Intermittent ☑ Constant
Problem with incontinence? ☐ No ☑ Yes → ☑ Bowel ☐ Bladder   Recent weight loss? ☑ No ☐ Yes
Pain with urination? ☑ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.
Blood in urine? ☑ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.

---

**OBJECTIVE:** Temp: 97.3  Pulse: 99  Resp: 18  Blood Pressure: 134/87  O2 sat: 99 %  Weight: 223
3 prev. weights w/dates 240 10/2  245 10/4  230 9/20
Gait: ☐ Normal ☐ Limping ☑ Walks bent over ☐ Shuffling gait
Back exam: Swelling noted: ☑ No ☐ Yes → where: ___
Discoloration/bruising noted: ☑ No ☐ Yes → where: ___

NOV 18 2021

---

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Abnormal vital signs: ☐ BP less than 90/60 or greater than 160/100
☐ Heart rate less than 60 or greater than 110
☐ Temperature greater than 100.4°F
☐ weight loss ≥ 10% of body weight in 6 months without trying
☑ Severe back pain
☐ Back pain with **new** onset of numbness or tingling in either or both lower extremities
☐ Back pain which radiates through buttock and down one extremity

Tony Abbott, APRN
Suwannee CI - Centurion

---

NAME: WILLIAMS, ELMER
DC#: 086916   B/M
DOB: ████   AGE: 54
SUWANNEE CI-AX

X: ___

SIGNATURE AND STAMP/ PRINT of person completing form

Jason Howell, RN
Suwannee CI - Centurion

RN OR CLINICIAN REVIEWER

DC4-683S (Revised 6/6/18)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

PLMEDICAL 003

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name_____ |
|---|---|---|---|---|

List Allergies Here

DC#_____
Dorm_____
Diagnosis_____

STAT — Initial Each Order as Transcribed

Date/Time Noted:_____   Nurse Signature/Stamp   Clinician Signature/Stamp   Date/Time:

DC4-714B (Revised 11/7/17)

Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SWCI AX | Date: 11/19/21 | Time: 1230 | ☐ Inpatient ☐ Outpatient | Inmate Name Williams, Elmer |
|---|---|---|---|---|

DC# 086916
Dorm_____
Diagnosis:_____

List Allergies Here

**N K D A**

STAT — Initial Each Order as Transcribed

M   HCTZ 12.5mg  1 PO Qd
   Flomax 0.4mg  1 PO Qhs    ⟩ X 365 days
   Lisinopril 10mg 1 PO Qd

Tony Abbott, APRN
Suwannee CI - Centurion

Date/Time Noted:_____   Nurse Signature/Stamp   M. Pearson, LPN   Clinician Signature/Stamp   TAbbott   Date/Time: 11/19/21

DC4-714B (Revised 11/7/17)   Suwannee C.I. AX   Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SWCI AX | Date: 11/18/21 | Time: 1140 | ☐ Inpatient ☐ Outpatient | Inmate Name Williams, Elmer |
|---|---|---|---|---|

DC# 086916
Dorm_____
Diagnosis:_____

List Allergies Here

**N K D A**

STAT — Initial Each Order as Transcribed

Toradol 60mg IM (NOW)
Flexeril 10mg PO (NOW) then   NONE In Stock
Flexeril 10mg PO Qhs x 7 days   Start 11/19/21
Solumedrol 125 mg IM (NOW)

Jason Howell, APRN
Suwannee CI - Centurion

Tony Abbott, APRN
Suwannee CI - Centurion

Date/Time Noted: 11/18/21   Nurse Signature/Stamp   Howell   Clinician Signature/Stamp   TAbbott   Date/Time: 11/18/21   1140

PLMEDICAL 004

DC4-714B (Revised 11/7/17)   Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**231-SUWANNEE C.I. ANNEX**                                                 3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                    Non-Traumatic Lower Extremity Swelling
Main: 3869636358 Fax: 3869636337                        Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ▉▉▉▉▉▉▉                          217136

### Nurse Visit

**Copay?** No
**Reason for encounter:** EMID

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL**
NOTE:   ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

### SUBJECTIVE: **Age:** 55 Years Old

**Current Medications:**
ACETAMINOPHEN 325 MG TABS (ACETAMINOPHEN) Give Tylenol 650mg po x1 now
ACETAMINOPHEN 325 MG TABS (ACETAMINOPHEN) Give Tylenol 650mg po x1 now
MILK OF MAGNESIA 400 MG/5ML ORAL SUSP (MAGNESIUM HYDROXIDE) 30 ml po qd, Route: ORAL
COLACE CLEAR 50 MG ORAL CAPS (DOCUSATE SODIUM) 2 po hs. kop,prn; Route: ORAL
HCTZ*DOH*12.5MG 12.5MG TAKE ONE CAPSULE(S) EACH DAY BY MOUTH
LISINOPRIL *DOH* 10MG TAKE ONE TABLET(S) EACH DAY BY MOUTH
TAMSULOSIN *DOH* 0.4MG TAKE ONE CAPSULE(S) AT BEDTIME BY MOUTH
NAPROXEN, DOH, (30CT) 500MG TAKE 1 TABLET(S) TWICE DAILY BY MOUTH WITH FOOD   #30/90
DAYS

**Current Problems:** Polyneuropathy (ICD-356.9) (ICD10-G62.9), Back pain, lumbar, with radiculopathy
(ICD-724.4) (ICD10-M54.16), Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5), Inguinal
hernia, right (ICD-550.90) (ICD10-K40.90), Elevated PSA (ICD-790.93) (ICD10-R97.20), Prostate cancer
(ICD-185) (ICD10-C61), Joint pain (ICD-719.40) (ICD10-M25.50), Bipolar disorder, current episode mixed,
unspecified (ICD-296.60) (ICD10-F31.60).

**Medical History:**   joint pain to right shoulder, suregry right tib/fib,
**Chief Complaint:** both legs have been swelling and i cant use them.
**Pain Level:** 5/10
**When did the pain start?** over a month ago months
**Do you have any chest pain or SOB at this time?** No

**Do you have a productive cough?**   No
**Do you have difficulty breathing at night when lying flat?**   No
**When did the swelling start? x** one month ago    months
**Have you had any recent trauma to the affected extremity, prior to the onset of swelling?**   No
**Do you have?** bilateral lower extremity swelling

**Do you have a (recent) history of: (Only selected Items shown below)**
Cancer
**Is it difficult and/or painful to walk?**   Yes
**Have you noticed a recent decrease in urine output? (Decreased urinary frequency, small
amounts):** No
**Does anything help to decrease the swelling?** no

PLMEDICAL 005

**231-SUWANNEE C.I. ANNEX**                                          3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                               Non-Traumatic Lower Extremity Swelling
Main: 3869636358 Fax: 3869636337                        Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ███████                        217136

## OBJECTIVE:
**Temp:** 98.1 F **Pulse:** 68 **Resp:** 17 **BP:** 134 / 71 **O2 sat:** 99 % **Weight (lbs):** 226
**Last recorded weight in medical record:**
223 (11/17/2021 9:50:00 AM)
**Current Blood sugar (all patients):** 113

**Skin color:** Normal skin tone
**Skin temp of swollen area:**   Same as non-swollen area of body
**L foot:** Same temp as non-swollen area of body
**R foot:** Same temp as non-swollen area of body
**Weeping skin:** No
Pedal pulses: Have patient remove shoes and socks.
If the pedal pulse is difficult to locate, once you have located it, mark the pulse point with a ball point pen
with a X.
**L foot:** 2-normal
**R foot:** 2-normal

**Point tenderness:** No change in pain level with mild palpation
**Swelling: compare to non-affected side:**   2+ Slight indentation/pitting. 15 seconds to rebound
1. Measure from base of heel to where calf circumference (most swollen area) is going to be measured
(for consistency)
**cm above base of heel:** 20cm 2.   Measure circumference of calf where swelling appears to be the
greatest:
**L calf:** 50cm **R calf:** 45cm

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:
Patient is unable to bear weight on affected leg/s
Sudden swelling in single leg/ankle/thigh and is recent occurrence

## FINDINGS REQUIRING CLINICIAN EXAMINATION WITHIN THE NEXT 24 HOURS:
History of cancer: recent

## PLAN:
Patient should be placed immediately on complete bed rest for: leg edema; pain and tenderness in calf or
thigh; erythema;local warmth; prominent superficial veins; increased size compared with unaffected
extremity; heavy feeling affected extremity; and/or cramping until examined by clinician.
Pain medication: Give Tylenol 650mg po x1 now while waiting for pain med order from clinician unless
contraindicated.
Issue a temporary Bed rest/Lay-In pass until inmate can see the clinician in the next 24 hours (see HSB
15.02.16) if patient   isn't admitted to the infirmary.
**Medications Added per Protocol:**
ACETAMINOPHEN 325 MG TABS (ACETAMINOPHEN) Give Tylenol 650mg po x1 now
ACETAMINOPHEN 325 MG TABS (ACETAMINOPHEN) Give Tylenol 650mg po x1 now

**Orders Added per Protoocol:**
Added new Test order of Provider Follow up (FU) - Signed

2 of 3

**231-SUWANNEE C.I. ANNEX**                                    3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                              Non-Traumatic Lower Extremity Swelling
Main: 3869636358 Fax: 3869636337                      Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ████████                       217136

## EDUCATION
Return to the Medical Department immediately if you develop chest pain, difficulty breathing, or start coughing up blood: pink tinged,   frothy sputum.
Return to the Medical Department if you develop any new symptoms OR if your current symptoms become worse: severe pain and/or swelling.
Return to the Medical Department if no improvement within 72 hours.
Keep leg/s elevated as much as possible during the day; when in bed elevate leg/legs on folded blanket or on pillow.
When elevating lower extremity, DO NOT place anything under the knees.   Place pillow/folded blanket under the calf.
Take medications as prescribed.
If you've been prescribed pressure stocking/s, put stockings on before getting out of bed in the morning and take them off only when you go to bed at night.
Move your legs often during long bus /car trips, and in other situations in which you are sitting or lying down for long periods of time.
Do not cross legs.
Skin Care: Use mild soap, wash area gently and dry skin gently and thoroughly avoiding rubbing or massaging area.
Don't smoke.

**DC4-683AA Additional Comments** IMP evaluated by MD this date and time.

DC4-683PP Non-Traumatic Lower Extremity Swelling Protocol (Revised 03/07/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

Signed By: Figueroa, Alexis at 12/20/2021 5:22:09 PM

**231-SUWANNEE C.I. ANNEX**                                        3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                                Abdominal Pain
Main: 3869636358 Fax: 3869636337                     Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ██████████             217136

**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**ABDOMINAL PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR
CLINICIAN

**SUBJECTIVE: Age:** 55 Years Old

**Current Problems:**
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)

**Current Medications:**
MILK OF MAGNESIA 400 MG/5ML ORAL SUSP (MAGNESIUM HYDROXIDE) 30 ml po qd; Route: ORAL
COLACE CLEAR 50 MG ORAL CAPS (DOCUSATE SODIUM) 2 po hs. kop,prn; Route: ORAL
HCTZ*DOH*12.5MG 12.5MG TAKE ONE CAPSULE(S) EACH DAY BY MOUTH
LISINOPRIL *DOH* 10MG TAKE ONE TABLET(S) EACH DAY BY MOUTH
TAMSULOSIN *DOH* 0.4MG TAKE ONE CAPSULE(S) AT BEDTIME BY MOUTH
NAPROXEN, DOH, (30CT) 500MG TAKE 1 TABLET(S) TWICE DAILY BY MOUTH WITH FOOD   #30/90
DAYS

**Chief complaint:** I havent had a bowel movement in 3 weeks

**PMH:** n/a
**History of inguinal hernia?** Yes
**Any recent abdominal trauma?** No
**Pain location:** mid abdomin
**When did the pain start?** its really ongoing
**Onset was:** Gradual **Pain is:** Intermittent
**Pain level:** 6/10
**Describe pain:** Constant
**History of abdominal problems/surgery:** Yes
hernia repair
**Change in stools:** Constipation
**Date of last BM:** 3 weeks ago **Color of stool:** dark   **Consistency:** wnl **Odor:** wnl

1 of 3

**231-SUWANNEE C.I. ANNEX**                                        3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                                Abdominal Pain
Main: 3869636358 Fax: 3869636337                      Date of Service: 12/20/2021

## ELMER   WILLIAMS
Male DOB: ▮▮▮▮▮▮▮▮                             217136

**Other Symptoms:** Denies any other symptoms
**Passing flatus:** Yes
**Decreased appetite:** No
**Pain after eating:** No
**Recent change in weight:** N/A

## OBJECTIVE:
**Temp:**   98.1 F **Pulse:** 68 **Resp:** 17 **BP:** 134 / 71 **O2 sat:** 99 % **Weight (lbs):** 226
**Finger Stick blood sugar:** 113
**Last 3 Weights:**
223 11/17/2021 9:50:00 AM,
240 10/07/2021 7:14:00 PM,
241 10/04/2021 9:30:00 AM
**Skin:** Pink, Warm
**Pulse:** Regular
Epigastric region
Mid-abdomen / Periumbilical area
**Bowel Sounds:**
**Right Upper Quadrant** Active
**Right Lower Quadrant:** Active
**Left Upper Quadrant:** Active
**Left Lower Quadrant:** Active
**Abdomen and Inguinal Area- patient lying supine:** Non-distended
**Pain produced by gentle palpation with patient lying supine?** No
**Rebound Tenderness?** No
**Stool guaiac:** Not Checked

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:

## PLAN:
Clinician notified: Dr. Figueroa   **Time:** 1629
(Aluminum-Magnesium-Simethicone)
Milk of Magnesia as directed on bottle

**Medications Added per Protocol:**
MILK OF MAGNESIA 400 MG/5ML ORAL SUSP (MAGNESIUM HYDROXIDE) 30 ml po qd; Route: ORAL

## EDUCATION:
Inmate advised to avoid food that may upset the stomach or cause gas, diarrhea or constipation
Inmate instructed to return if no pain relief after 1 hour of taking any of the above listed medications
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop

DC4-683C Abdominal Pain Protocol (Revised 06/06/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

3/22/2022

Abdominal Pain
Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ██████████              217136

Signed By: Figueroa, Alexis at 12/20/2021 5:16:08 PM

PLMEDICAL 010

**231-SUWANNEE C.I. ANNEX**                                            3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                          Chron Record Health Care Physical Exam
Main: 3869636358 Fax: 3869636337                 Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ▮▮▮▮▮▮▮▮              217136

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
SCRL-Sick Call Referral
**Remarks:** Evaluated constipation issues
Evaluated Back issues, uanable to walk.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**

**Orders added during this encounter:**
THORACOLUMBAR SPINE APandLAT [72080-55]
LUMBAR SPINE [72120-53]
Refer to Neurologist [SPNR]

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 0969,  **Pulse:** 084,  **Resp:** 18,  **BP:** 148/  074,  **Weight:** 223 lbs.,  **Chief Complaint:**  can
not walk and constipation problems
**History of Present Illness:**   Patient was in confinement when he noticed that he was having trouble
with constipation. Also has been having trouble walking for almosta month ago.
**Past Medical History:**   HTN
Prostate Ca
Elevated PSA
Back Pain/Chronic

**Current Medications:**
HCTZ*DOH*12.5MG 12.5MG TAKE ONE CAPSULE(S) EACH DAY BY MOUTH
LISINOPRIL *DOH* 10MG TAKE ONE TABLET(S) EACH DAY BY MOUTH
TAMSULOSIN *DOH* 0.4MG TAKE ONE CAPSULE(S) AT BEDTIME BY MOUTH
NAPROXEN, DOH, (30CT) 500MG TAKE 1 TABLET(S) TWICE DAILY BY MOUTH WITH FOOD   #30/90
DAYS

**Current Problem List: :**
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)

PLMEDICAL 011

**231-SUWANNEE C.I. ANNEX**                                         3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                         Chron Record Health Care Physical Exam
Main: 3869636358 Fax: 3869636337                    Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ████████                          217136

Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)


## OBJECTIVE:


*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Integumentary*
    **Inspection:**   Other
- Dry skin

*Musculoskeletal - Extremities*

**Left Toe**

**Right Hip**
**ROM:**   Decreased

**Right Knee**
**ROM:**   Decreased

**Right Ankle**
**ROM:**   Decreased

**Right Foot**
**ROM:**   Decreased

**Left Toe**
- Patient stating that he can not walk.
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

*Pupils*

*Ophthalmoscopic:*
Opthalmic exam wnl

*ENT*
No obvious abnormalities or discharge.

*External Nose:*

    **External Nose:**   Nasal discharge
*Neck*
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

PLMEDICAL 012

**231-SUWANNEE C.I. ANNEX**                                    3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                     Chron Record Health Care Physical Exam
Main: 3869636358 Fax: 3869636337              Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ⬛⬛⬛⬛⬛⬛            217136

*Chest*

*Inspection:*
Breasts appear within normal limits

*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

*Gastrointestinal*
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

**Bowel Sounds:**   Present

*Scrotum*
Inguinal Hernia

*Penis*
**WNL:**   Yes

*Prostate*
**Enlarged:**   Yes

*Kidney/Bladder*
**Objective Findings and Comments:** Right inguinal Hernia

*Kidneys/Bladder*

*Neurological*
**Comments and Objective Findings:** Unable to evaluated lower extremity issues. Patient present with edema of lower extremity. According to patient he can not walk or even stand on his feet.

**Impression Diagnosis:**   Dx. Cosntipation-Good bowel sound
--We will start him a laxative and a hyperosmotic egaent to patient complaint, then prn
--Back problem and unable to walk.
--i will order x ray of lower extremity and NCV and EMG to determine cause of patient complaint.
--I do not recommend wheelchair at this time.
dx Prostate Ca
- last PSA 5.21
--Continue monitoring Prostate issues.
**Current M Grade: 2**
**Active Orders (including next follow up):**
Psychiatric F/U @ 90 days                    [MHP90              ]

**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

3/22/2022

Chron Record Health Care Physical Exam
Date of Service: 12/20/2021

**ELMER   WILLIAMS**
Male DOB: ████████████          217136

| | | |
|---|---|---|
| Lab Test (Fasting) | [LABF | ] |
| CIC F/U Cardio [CICFUCARD] | | |
| CIC F/U Oncology [CICFUONC] | | |
| Lab Test (Fasting) | [LABF | ] |
| Lab Test (Fasting) | [LABF | ] |
| Dental Periodic Wait List [DSAX] | | |
| Periodic Screening [PE] | | |
| Lab Test (Fasting) | [LABF | ] |
| Treatment Plan Wait List [DIWT] | | |
| Psychotherapy @ 30 days [MHT30] | | |
| Case Management @ 30 days [MHC30] | | |
| 30(28) day S3s F/U confinement [MHF30] | | |
| Inmate Request- Medical Records [IRMR] | | |
| THORACOLUMBAR SPINE APandLAT [72080-55] | | |
| LUMBAR SPINE [72120-53] | | |
| Refer to Neurologist [SPNR] | | |

Physical Exam
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

Signed By: Figueroa, Alexis at 12/20/2021 4:47:10 PM

PLMEDICAL 014

**231-SUWANNEE C.I. ANNEX**                                                3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                    LUMBAR SPINE AP AND LAT
Main: 3869636358 Fax: 3869636337                         Date of Service: 12/21/2021

**ELMER WILLIAMS**
Male DOB: █████████                    217136

```
Patient: ELMER  WILLIAMS
ID: MobileX 8553361
Note: All result statuses are Final unless otherwise noted.
Tests: (1) LUMBAR SPINE AP AND LAT (72100-53)
   LUMBAR SPINE AP and LAT FINDINGS: There is anatomic alignment of
lumbar vertebrae. The vertebral bodies show mild degenerative
osteophytic spurring. No fracture or subluxation is seen, however.
CONCLUSION: Mild osteoarthritis of the lumbar spine. ELECTRONICALLY
SIGNED BY BENJAMIN HUANG, M.D. 12/21/2021 4:08:35 PM EST.
   Results: There is anatomic alignment of lumbar vertebrae. The
vertebral bodies show
   mild degenerative osteophytic spurring. No fracture or subluxation
is seen, however.
   Conclusion: Mild osteoarthritis of the lumbar spine.
   Electronically signed by BENJAMIN HUANG, M.D. 12/21/2021 4:08:35
PM EST.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 12/21/2021 4:17 PM
_____

(1) Order result status: Final
Collection or observation date-time: 12/21/2021 10:45:00
Requested date-time:
Receipt date-time:
Reported date-time: 12/21/2021 16:08:35
Referring Physician:
Ordering Physician: ALEXIS FIGUEROA RODRIGUEZ (AFigueroa)
Specimen Source:
Source: MobileX
Filler Order Number: 36141843
Lab site:
------------------
The following tests had no related values for dispersal to the
flowsheet:
   LUMBAR SPINE AP AND LAT, [No Value Reported], (F)
```

Signed By: Figueroa, Alexis at 12/22/2021 8:26:46 PM

**231-SUWANNEE C.I. ANNEX**                                          3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                  Respiratory/Shortness of Breath
Main: 3869636358 Fax: 3869636337                     Date of Service: 1/5/2022

**ELMER   WILLIAMS**
Male DOB: ███████████              217136

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** EMID

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

## RESPIRATORY/SHORTNESS OF BREATH PROTOCOL

### SUBJECTIVE:
**Age:**   55 Years Old
**Current   Medication(s):**
COLACE CLEAR 50 MG ORAL CAPS (DOCUSATE SODIUM) 2 po hs. kop,prn; Route: ORAL
HCTZ*DOH*12.5MG 12.5MG TAKE ONE CAPSULE(S) EACH DAY BY MOUTH
LISINOPRIL *DOH* 10MG TAKE ONE TABLET(S) EACH DAY BY MOUTH
TAMSULOSIN *DOH* 0.4MG TAKE ONE CAPSULE(S) AT BEDTIME BY MOUTH
NAPROXEN, DOH, (30CT) 500MG TAKE 1 TABLET(S) TWICE DAILY BY MOUTH WITH FOOD   #30/90
DAYS

**Current Problems:**
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)

**Chief   Complaint:**   Difficulty breathing
**History of:   COPD / Asthma:   No** **History of Smoking:**   Yes    **# packs/day:** 1
**Onset/Duration of symptoms:**   1 day
**Describe symptoms:** SOBChest tightness/Chest pain

**Night sweats:** No    **Recent unexplained weight loss:** No
**Respiratory Clinic:** No **Has patient used prescribed rescue inhaler for this complaint?** N/A

### OBJECTIVE:
**Temp:** 98.0 F    **Pulse:** 125    **Resp:** 20    **BP:** 95 / 58    **O2 sat:** 97% **Behavior/Mentation:**   Normal
Agitated
**Last 3 Weights:**
220 12/24/2021 10:56:43 AM,
226 12/20/2021 5:11:44 PM,
226 12/20/2021 5:05:03 PM
**Flaring nares:** No    **Pursed lips:** No Cool Warm
**Nail bed color:**   Pale
**Chest shape:**   WNL
**Accessory muscles in use:**   Yes

PLMEDICAL 016

**231-SUWANNEE C.I. ANNEX**                                          3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                    Respiratory/Shortness of Breath
Main: 3869636358 Fax: 3869636337                        Date of Service: 1/5/2022

**ELMER   WILLIAMS**
Male DOB: ███████████             217136

Lung Sounds:
**Right Upper Lobe:**   Clear
**Left Upper Lobe:**   Clear
**Right Lower Lobe:**   Clear
**Left Lower Lobe:**   Diminished
**Is there a new onset of pedal edema or an increase in inmate's usual pedal edema?** Yes
**Ascites:** Yes
**JVD (Jugular vein distention):**   No
Mild**Pulse:** Irregular   **Describe if irregular?** 125

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION
Blood Pressure less than 90/60 or greater than 160/100
Heart Rate less than 60 or greater than 110
New onset pedal edema or worsening of usual pedal edema
Irregular heart beat

## PLAN
Clinician notified:      **Time:** 12:07 PM
Treatment ordered by clinician:   Medications ordered
Time
Time
 Time
   **Notify clinician of results prior to discharge**

## EDUCATION
As instructed by clinician:   Take all medications as prescribed
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop.

DC4-683D Respiratory/Shortness of Breath Protocol (Revised 06/06/18)

This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

Signed By: Howell, Jason at 1/5/2022 12:19:55 PM

PLMEDICAL 017

**231-SUWANNEE C.I. ANNEX**                                               3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                                    Weekly Rounds
Main: 3869636358 Fax: 3869636337                          Date of Service: 1/11/2022

**ELMER   WILLIAMS**
Male DOB: ███████████                          217136

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
231-SUWANNEE C.I. ANNEX

**Date:** 01/11/2022  **Time:** 8:32 AM  **Discipline:** M= MD/CA/ARNP

**Comments:**
S: "I feel much better."
O:   Gen:   Alert, Oriented X3, No distress noticed. Cooperative.
HEENT: PEERLA, EOMI, No JVD. No Lymphadenopathy, Well hydrated. No supplement O2 needed.
Lungs:   CTA
THORAX: SYMMETRICAL, NO RETRACTIONS
Heart: NO @, NO RUB. NO S3, S1,S2+
Abd: S/D, Bowel Sounds are normal, No Distention noticed, Good peristalsis
Ext.: Pulses positive, No neurovascular deficit noted.Bilateral malleolus presure ulcer,macerated skin.
Coin shape denuded skin, beefy red.
       Patient is seen moving lower extremity when wound care is perform.
Neu.: II TO XII INTACT, GLASGOW 15/15.
              No asterexis, no Nystagmus,No focal defect. No tremor.
Assessment:
Patient is a 54 year old black male with history of hypertension, prostate cancer, status post chemo/Radio
therapy 2017. Patient was admitted to the infirmary due to anasarca and urinary retention. Lab work
reflect elevated PSA (21.0). Requesting follow up with Urology urgently. Last PSA taken in 09/30/2021
was 5.21. Mr. William has been educated about treatment plan. Patient agree with treatment plan and
verbalized understanding.

Dx. Prostate Ca
      -Referred to Urologist urgently
      -Start on Cipro 500 mg po bid for 21 days.
Dx Polyneuropathy LE
      -Pending EMG/NCV
      -Recommend low doses of trileptal 150 mg po hs
Dx. Bilateral mallleolus Pressure ulcer
      -See wound care orders for today.
      -D/c keflex. Will be using cipro for prostate issues. This cover skin as well.
PLAN: 1) Referred to Urologist urgently. Keep Foley in placed. Start him on cipro 500 mg po bid for 21
days. D/c Keflex. Start him on trileptal for Polyneuropathy.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**CONSULTATION REQUEST**

**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

3/22/2022

Weekly Rounds
Date of Service: 1/11/2022

## ELMER   WILLIAMS
Male DOB: ▇▇▇▇▇▇▇                          217136

**Current Allergies:**
* NO KNOWN DRUG ALLLERGIES (Critical)

**Current Medications:**
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) 1 PO hs,DOT,SS, Route: ORAL
CIPROFLOXACIN HCL 500 MG ORAL TABS (CIPROFLOXACIN HCL) 1 po bid,dot,ss; Route: ORAL
SPIRONOLACTONE 25 MG ORAL TABS (SPIRONOLACTONE) 1 PO qd at am,DOT; Route: ORAL
FUROSEMIDE 40 MG ORAL TABS (FUROSEMIDE) 1 PO BID,DOT; Route: ORAL
COLACE CLEAR 50 MG ORAL CAPS (DOCUSATE SODIUM) 2 po hs. DOP,PRN; Route: ORAL
LISINOPRIL 10 MG ORAL TABS (LISINOPRIL) 1 PO qd, DOT; Route: ORAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) 1 Po HS,DOT; Route: ORAL

**Problem List:**
Pressure ulcer, ankle (ICD-707.06) (ICD10-L89.509)
Ataxia (ICD-781.3) (ICD10-R27.0)
Benign hyperplasia of prostate (ICD-600.20) (ICD10-N40.0)
Hypertension, borderline (ICD-401.9) (ICD10-I10)
Constipation (ICD-564.00) (ICD10-K59.00)
Skin ulcer of the calf (ICD-707.12) (ICD10-L97.209)
Anasarca (ICD-782.3) (ICD10-R60.1)
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)

**Specialty Service:**   Refer to Urologist [SPUR]
Wounds [NURwndTr]
**Sending Institution:** 231-SUWANNEE C.I. ANNEX

**Reason for consultation:**
Evaluate and recommend diagnostic plan
Evaluate and recommend treatment plan

**Acuity of consultation:** Urgent
**Condition Is:** Acute Illness
**Visit Type**       Initial
**History of present illness (include onset, presentation, progress, therapy)** 54 year old black male
with history of hypertension, prostate cancer, status post chemo/Radio therapy 2017, today patient
present with urinary retention and   elevated PSA (21.0) requesting follow up with Urology urgently. Last
PSA taken in 09/30/2021 was 5.21.
**Physical Findings** Urinary Retention-Foley cath in placed.
Anasarca
**Diagnostic Findings** Elevated PSA 21.0
**Other Pertinent Info/supporting documentation needed:** Lab work
**Associated Diagnosis:** Anasarca (R60.1), Elevated PSA (R97.20), Prostate cancer (C61)
**EOS Date:**

**231-SUWANNEE C.I. ANNEX**                                    3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                        Weekly Rounds
Main: 3869636358 Fax: 3869636337              Date of Service: 1/11/2022

**ELMER   WILLIAMS**
Male DOB: ▇▇▇▇▇▇▇▇              217136

05/11/2035

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY
SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

DC4-702 Consultation Request (Revised 9/12/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

Signed By: Figueroa, Alexis at 1/11/2022 9:44:50 AM
Signed By: Holmes, Elizabeth at 1/11/2022 11:54:26 AM

PLMEDICAL 020

**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

3/22/2022

Inf Progress Rec
Date of Service: 2/14/2022

**ELMER   WILLIAMS**
Male DOB: ▓▓▓▓▓▓▓                        217136

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
231-SUWANNEE C.I. ANNEX

**Date:** 02/14/2022  **Time:** 9:52 AM  **Discipline:** M= MD/CA/ARNP

**Comments:**
S: "i have an abscess over my left cheek and i have a discharge around my foley.."
O:   Gen:   Alert, Oriented X3, No distress noticed. Cooperative.
HEENT: PEERLA, EOMI, No JVD. No Lymphadenopathy, Well hydrated. No supplement O2 needed.
Lungs:   CTA, No SOB.
THORAX: SYMMETRICAL, NO RETRACTIONS
Heart: NO @, NO RUB, NO S3, S1,S2+
Abd: S/D, Bowel Sounds are normal, No Distention noticed. Good peristalsis,Foley in placed with clear
yellow urine, whittish/yellow discharge around foley.
Ext.: Pulses positive, No neurovascular deficit noted.Bilateral malleolus pressure ulcer a;ready heal, no
active bleeding. Resolved.
Neu.: II TO XII INTACT, GLASGOW 15/15.
              No asterexis, no Nystagmus,No focal defect. No tremor.
Assessment:
Mr. william was evaluated and educated about his actual medical condition. He feels much beter.
Complaint today about left cheek abscess and some discharge around his foley.. Patient can be
discharge today. Patient clinically stable. No fever and vital sign are sable. Patient will be discharge with a
wheelchair so he can get around while is is been workout.
PLAN: 1) Doxyxycline 100 mg po bid for 14 days. Discharge from the Infirmary. Follow up with Urologist.
Pending NCV and EMG

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**DISCHARGE SUMMARY**
**Discharge Date:** February 14, 2022 **Time:** 10:03 AM
**Allergies:**
* NO KNOWN DRUG ALLLERGIES (Critical)

**Discharge Diagnosis:** Urinary retention (ICD-788.20) (ICD10-R33.9), Presence of foley catheter
(ICD-V45.89) (ICD10-Z96.0), Decubitus ulcer, Ataxia (ICD-781.3) (ICD10-R27.0), Benign hyperplasia of
prostate (ICD-600.20) (ICD10-N40.0), Hypertension, Elevated PSA (ICD-790.93) (ICD10-R97.20)

**Discharge Medications:**

1 of 3

PLMEDICAL 021

**231-SUWANNEE C.I. ANNEX**                                        3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                          Inf Progress Rec
Main: 3869636358 Fax: 3869636337                      Date of Service: 2/14/2022

**ELMER   WILLIAMS**
Male DOB: ▇▇▇▇▇▇▇           217136

DOXYCYCLINE MONOHYDRATE 100 MG ORAL CAPS (DOXYCYCLINE MONOHYDRATE) 1 po bid, kop; Route: ORAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) Take one (1) tablet by mouth at bedtime (DOT); Route: ORAL
LISINOPRIL 10 MG ORAL TABS (LISINOPRIL) Take one (1) tablet by mouth daily. (DOT) Route: ORAL
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) Take one (1) tablet by mouth at bedtime (DOT); Route: ORAL
FUROSEMIDE 20 MG ORAL TABS (FUROSEMIDE) Take one (1) tablet by mouth daily. (DOT) Route: ORAL

**Follow up Lab/Appointments:**
Psychiatric F/U @ 90 days                    [MHP90          ]
CIC F/U Cardio [CICFUCARD]
CIC F/U Oncology [CICFUONC]
Lab Test (Fasting)                           [LABF           ]
Lab Test (Fasting)                           [LABF           ]
Dental Periodic Wait List [DSAX]
Periodic Screening [PE]
Lab Test (Fasting)                           [LABF           ]
Treatment Plan Wait List [DIWT]
Inmate Request- Medical Records [IRMR]
ANA [164865]
Psychotherapy @ 60 days [MHT60]
Case Management @ 60 days [MHC60]
Prior Approval Other Diagnostics [PAOTH]
Refer to Urologist [SPUR]
Foley [NURFOL]
Urinalysis w/Reflex to Culture [B518-2]
ENROLL CIC Cardio [ENROLLCICCARD]
ENROLL CIC Oncology [ENROLLCICONC]
PSA Total [0190-9]
D/C [NURDC]
Provider Follow up [FU]

**Condition at Discharge:** Mr. william has been discharge today. Patient will be follow on site. Still pending Urologist evaluation, EMG and NCV. Patient clinically stable and should be able to continue his hls treatment plan from his dorm.

DC4-713B Discharge Summary (Revised 12/17/19)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Standard Time**

PLMEDICAL 022

**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

3/22/2022

Inf Progress Rec
Date of Service: 2/14/2022

**ELMER   WILLIAMS**
Male DOB: ███████        217136

Signed By: Figueroa, Alexis at 2/14/2022 10:07:36 AM
Signed By: Holmes, Elizabeth at 2/14/2022 4:49:02 PM

3 of 3

**231-SUWANNEE C.I. ANNEX**                                              3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                              S/p Infirmary discharge
Main: 3869636358 Fax: 3869636337                         Date of Service: 2/23/2022

**ELMER   WILLIAMS**
Male DOB: ███████            217136

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
Provider Follow-Up
**Remarks:** follow up Infirmary discharge. Patient doing so much better. Significant improvement.
s/p Urinary retention. Symptoms resolved.
Foley reviewed-issue address, may need to change foley next week. On doxyxycline
Refill of diaper XL
Pending Urologist appointment
Urinalysis reviewed from 02/15/2022-Noted
Constipation since early week._Noted and Rx completed.


**Disclaimer: All EMR timestamps are Eastern Time Zone**


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**




**Orders added during this encounter:**
Other Pass 1 - Specify [SP-OPAS1]

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 97.2,  **Pulse:** 102,  **Resp:** 16,  **O2 sat:** 99,  **BP:** 96/  62,  **Blood Glucose:** 113
**Height:** 68 (Inches),  **Weight:** 207 lbs.,  **BMI:** 31.59,
**Nursing Comments:**
Wound care Bl lateral feet     lateral ankle (01/17/2022 6:13:13 PM)
**Chief Complaint:**  i am concern about my prostate
**History of Present Illness:**  Recent elevation of PSA
**Past Medical History:**  BPH
Prostate Ca-2017-2018
HTN
Polyneuropathy with Lower Extremity weakness


**Allergies:**
* NO KNOWN DRUG ALLLERGIES (Critical)

**Current Medications:**

1 of 4

**231-SUWANNEE C.I. ANNEX**                                         3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                          S/p Infirmary discharge
Main: 3869636358 Fax: 3869636337                        Date of Service: 2/23/2022

**ELMER   WILLIAMS**
Male DOB: ▮▮▮▮▮▮▮▮                    217136

MILK OF MAGNESIA 400 MG/5ML ORAL SUSP (MAGNESIUM HYDROXIDE) 20 ml po qd,kop, Route:
ORAL
DOXYCYCLINE MONOHYDRATE 100 MG ORAL CAPS (DOXYCYCLINE MONOHYDRATE) 1 po bid,
kop; Route: ORAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) 1 PO q PM,KOP, Route: ORAL
LISINOPRIL 10 MG ORAL TABS (LISINOPRIL) 1 PO qd, KOP, Route: ORAL
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) 2 PO q PM,KOP; Route: ORAL
FUROSEMIDE 20 MG ORAL TABS (FUROSEMIDE) 1 PO Q am,KOP; Route: ORAL

**Current Problem List: :**
Granuloma faciale (ICD-701.8) (ICD10-L92.2)
Urinary retention (ICD-788.20) (ICD10-R33.9)
Presence of foley catheter (ICD-V45.89) (ICD10-Z96.0)
Decubitus ulcer, buttock (ICD-707.05) (ICD10-L89.309)
Antibiotic associated colitis (ICD-558.9) (ICD10-K52.1)
Pressure ulcer, ankle (ICD-707.06) (ICD10-L89.509)
Ataxia (ICD-781.3) (ICD10-R27.0)
Benign hyperplasia of prostate (ICD-600.20) (ICD10-N40.0)
Hypertension, borderline (ICD-401.9) (ICD10-I10)
Constipation (ICD-564.00) (ICD10-K59.00)
Skin ulcer of the calf (ICD-707.12) (ICD10-L97.209)
Anasarca (ICD-782.3) (ICD10-R60.1)
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)

## OBJECTIVE:

## PHYSICAL EXAMINATION

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Penis
**Circumcised:**   Yes
**Condyloma:**   No
**Epispadias:**   No
**Other:**   Yes

### Kidney/Bladder
**Objective Findings and Comments:** yellow white discharge around the foley cath comming out of the
penis

2 of 4

**231-SUWANNEE C.I. ANNEX**                                                    3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                              S/p Infirmary discharge
Main: 3869636358 Fax: 3869636337                         Date of Service: 2/23/2022

**ELMER   WILLIAMS**
Male DOB: ▮▮▮▮▮▮▮▮            217136

**Impression Diagnosis:**   Dx. Urinary Retention,Temp Foley,elevated PSA, Lower extremity
Polyneuropathy, Chronic Back Pain. Constipation Issues
I have spoken with the patient and explain his actual medical condition, diagnosis and treatment plan
based on the information to me at this time. I have answered the patient question and address any
concerns during this encounter. The patient has a good understanding of his diagnosis, condition and
treatment plan as can be expected at this time.
**Current M Grade:** 3
**Active Orders (Including next follow up):**
Psychiatric F/U @ 90 days                         [MHP90              ]
Lab Test (Fasting)                                [LABF               ]
Lab Test (Fasting)                                [LABF               ]
Dental Periodic Wait List [DSAX]
Periodic Screening [PE]
Lab Test (Fasting)                                [LABF               ]
Treatment Plan Wait List [DIWT]
Inmate Request- Medical Records [IRMR]
ANA [164865]
Psychotherapy @ 60 days [MHT60]
Case Management @ 60 days [MHC60]
Prior Approval Other Diagnostics [PAOTH]
Foley [NURFOL]
ENROLL CIC Cardio [ENROLLCICCARD]
ENROLL CIC Oncology [ENROLLCICONC]
PSA Total [0190-9]
Urinalysis w/Reflex to Culture [B518-2]
Disapproved for Work Camp Medical [SP-WCX]
Disapproved for Work Release Medical [SP-WRNO]
Medical Hold [HLD-HOLDM]
CIC F/U Cardio [CICFUCARD]
CIC F/U Oncology [CICFUONC]
Refer to Urologist [SPUR]
Other Pass 1 - Specify [SP-OPAS1]
EDUCATION:
Disease Process,Diet including sodium intake,Exercise,Smoking Cessation (if applicable),Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without      approval of the Office of Health Services
Administration.

3 of 4

**231-SUWANNEE C.I. ANNEX**                                          3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                    Chron Rec Health Care: Nursing
Main: 3869636358 Fax: 3869636337                         Date of Service: 2/25/2022

**ELMER   WILLIAMS**
Male DOB: ██████████               217136

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Sick Call

**Initial Triage Information:**
**Location of patient:** 231-SUWANNEE C.I. ANNEX

**Nurse Sick Call:** 02/25/2022 9:01 AM
**Copay?**  No
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Nursing
**Temp:**  98 F  **Pulse:**  88  **Resp:**  18  **BP:**  107/ 66  **O2 sat:**    97% **Current Weight (lbs):**   207

**Note:** inmate pt seen in house provider xl pampers addressed,antibiotics provded for uti,cathater change
this week,swelling ankles,and discharge from the infirmary physical. inmate given bottle of milk of mag.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Signed By: Smith, Graydon at 2/25/2022 9:11:40 AM

1 of 1

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

August 5, 2022
Page 1
FL Provider Visit

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 231-SUWANNEE C.I. ANNEX

**04/18/2022 - FL Provider Visit:  Chron Rec Care Consult Request**
**Provider: Alexis Figueroa MD**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
Record Review
**Remarks:** 55 yo AA male last seen in 12/20 with history of Ca prostate treated with Radiation therapy to
the prostate and androgen deprivation with PSA level to 0.2. PSA in 9/21 was 5.2 and now is 43. Request
a follow up with Urologist with Bone scan and Abdomino pelvic CT Urgently.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Orders added during this encounter:**
Refer to Urologist [SPUR]
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**CONSULTATION REQUEST**

**Current Allergies:**
* NO KNOWN DRUG ALLLERGIES (Critical)

**Current Medications:**
FUROSEMIDE 40 MG ORAL TABS (FUROSEMIDE) 1 qd (KOP); Route: ORAL
DOXYCYCLINE HYCLATE 100 MG ORAL CAPS (DOXYCYCLINE HYCLATE) 1 bid (KOP); Route: ORAL
* CHANGE FOLEY CATH Q 30 DAYS Change Foley cath q 30 Days; Route: EXTERNAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) 1 PO q PM,KOP; Route: ORAL
LISINOPRIL 10 MG ORAL TABS (LISINOPRIL) 1 PO qd, KOP; Route: ORAL
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) 2 PO q PM,KOP; Route: ORAL

**Problem List:**
MH Problem: Mood Swings (ICD 132) (ICD10 F99)
MH Problem: Depression (ICD10-F99)
Granuloma faciale (ICD-701.8) (ICD10-L92.2)
Urinary retention (ICD-788.20) (ICD10-R33.9)

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358 Fax: 3869636337

*August 5, 2022*
Page 2
FL Provider Visit

**ELMER WILLIAMS**
DC# 086916
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 231-SUWANNEE C.I. ANNEX

Presence of foley catheter (ICD-V45.89) (ICD10-Z96.0)
Decubitus ulcer, buttock (ICD-707.05) (ICD10-L89.309)
Antibiotic associated colitis (ICD-558.9) (ICD10-K52.1)
Pressure ulcer, ankle (ICD-707.06) (ICD10-L89.509)
Ataxia (ICD-781.3) (ICD10-R27.0)
Benign hyperplasia of prostate (ICD-600.20) (ICD10-N40.0)
Hypertension, borderline (ICD-401.9) (ICD10-I10)
Constipation (ICD-564.00) (ICD10-K59.00)
Skin ulcer of the calf (ICD-707.12) (ICD10-L97.209)
Anasarca (ICD-782.3) (ICD10-R60.1)
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25 50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)

**Specialty Service:** Refer to Urologist
**Comments:** 55 yo AA male last seen in 12/20 with history of Ca prostate treated with Radiation therapy to the prostate and androgen deprivation with PSA level to 0.2. PSA in 9/21 was 5.2 and now is 43. Seen last on 3/24/2022. Request Bone scan and abdomino-pelvic ct.

**Sending Institution:** 231-SUWANNEE C.I. ANNEX      **Date of Request:** 04/18/2022

**Reason for consultation:**
Evaluate and recommend diagnostic plan
Evaluate and recommend treatment plan

**Acuity of consultation:** Urgent
**Condition is:** Acute Illness
**Visit Type**    Follow-up
**History of present illness (include onset, presentation, progress, therapy)** 55 yo AA male last seen in 12/20 with history of Ca prostate treated with Radiation therapy to the prostate and androgen deprivation with PSA level to 0.2. PSA in 9/21 was 5.2 and now is 43.
**Physical Findings** Urinary Retention
**Diagnostic Findings** Bone Scan-whole Body- Schedule to be done this month
Abdomino Pelvic CT with IV Contrast- Schedule to be done this month
**Other Pertinent Info/supporting documentation needed:** Urologist Notes from 3/24/2022
**Associated Diagnosis:** Pressure ulcer ankle (L89.509), Ataxia (R27.0), Benign hyperplasia of prostate (N40.0), Hypertension borderline (I10), Elevated PSA (R97.20), Prostate cancer (C61)
**OR: Provisional Diagnosis-** Metastatic disease
**EOS Date:**
04/11/2035

TB231 SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 3
FL Provider Visit

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 231-SUWANNEE C.I. ANNEX

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY
SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

DC4 702 Consultation Request (Revised 9/12/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Alexis Figueroa MD on 04/18/2022 at 11:31 AM**

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358  Fax: 3869636337

August 5, 2022
Page 1
FL Provider Visit

## ELMER WILLIAMS
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 231-SUWANNEE C.I. ANNEX

**05/17/2022 - FL Provider Visit:  Chron Rec Care Consult Request**
**Provider: Alexis Figueroa MD**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

Health Service Profile
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
**Record Review**
**Remarks:** Request for Urologist follow up

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

**DC4 701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health**
**Services Administration.**
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

## Orders added during this encounter:
Refer to Urologist [SPUR]
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**CONSULTATION REQUEST**

**Current Allergies:**
\* NO KNOWN DRUG ALLLERGIES (Critical)

**Current Medications:**
\* ELIGARD 30 MG 30 Mg SC q 4 Months; Route: SUBCUTANEOUS
BICALUTAMIDE 50 MG ORAL TABS (BICALUTAMIDE) 1 PO QD; Route: ORAL
\* WOUND CARE Clean area with Dakin's solution, pat dry. Apply thin layer of Silvadene over open sore areas. Placed Barrier Island Dressing 4X10 if require. QOD X 30 Days.; Route: EXTERNAL
FUROSEMIDE 40 MG ORAL TABS (FUROSEMIDE) 1 qd (KOP); Route: ORAL
\* CHANGE FOLEY CATH Q 30 DAYS Change Foley cath q 30 Days; Route: EXTERNAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) 1 PO Q PM; Route: ORAL
LISINOPRIL 10 MG ORAL TABS (LISINOPRIL) 1 PO qd; Route: ORAL
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) 2 PO q PM,KOP; Route: ORAL

**Problem List:**
Cancer metastatic to prostate (ICD-198.82) (ICD10-C79.82)
History of urinary tract infection (ICD-V13.02) (ICD10-Z87.440)

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 2
FL Provider Visit

**ELMER WILLIAMS**
DC# 086916
Race/Sex: Black or African American / Male
DOB: ▊▊▊▊▊
Facility: 231-SUWANNEE C.I. ANNEX

MH Problem: Mood Swings (ICD-132) (ICD10-F99)
MH Problem: Depression (ICD10-F99)
Granuloma faciale (ICD-701.8) (ICD10-L92.2)
Urinary retention (ICD-788.20) (ICD10-R33.9)
Presence of foley catheter (ICD-V45.89) (ICD10-Z96.0)
Decubitus ulcer, buttock (ICD-707.05) (ICD10-L89.309)
Antibiotic associated colitis (ICD-558.9) (ICD10-K52.1)
Pressure ulcer, ankle (ICD-707.06) (ICD10-L89.509)
Ataxia (ICD-781.3) (ICD10-R27.0)
Benign hyperplasia of prostate (ICD-600.20) (ICD10-N40.0)
Hypertension, borderline (ICD-401.9) (ICD10-I10)
Constipation (ICD-564.00) (ICD10-K59.00)
Skin ulcer of the calf (ICD-707.12) (ICD10-L97.209)
Anasarca (ICD-782.3) (ICD10-R60.1)
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)


**Specialty Service:** Refer to Urologist
Comments: Request for Urologist Follow up in 1 month


**Sending Institution:** 231-SUWANNEE C.I. ANNEX     **Date of Request:** 05/17/2022


**Reason for consultation:**
Evaluate and recommend diagnostic plan
Evaluate and recommend treatment plan


**Acuity of consultation:** Urgent
**Condition is:** Acute Illness
**Visit Type**     Follow-up
**History of present illness (include onset, presentation, progress, therapy)** Mr. William it is a 55-year-old black male with history of prostate cancer treated with Androgen deprivation and radiation therapy with good response in the past. Patient was seen on 05/16/2022 with recommendations to start in Eligard 30 mg SC q 4 months and Casodex 50 mg po qd x 1 year. Request follow up in 1 month.
**Physical Findings** Significant Lower extremity Motor and Sensory deficit
**Diagnostic Findings** Bone scan, abdomino-pelvic ct scan and elevated PSA lab work.
**Other Pertinent Info/supporting documentation needed:** Urology notes
**Associated Diagnosis:** Pressure ulcer ankle (L89.509), Ataxia (R27.0), Benign hyperplasia of prostate (N40.0), Hypertension borderline (I10), Elevated PSA (R97.20), Prostate cancer (C61)
**OR: Provisional Diagnosis**- Metastatic Cancer-Prostate
**EOS Date:**

PLMEDICAL 032

TB231 SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358  Fax: 3869636337

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 231-SUWANNEE C.I. ANNEX

04/01/2035

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY
SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

DC4-702 Consultation Request (Revised 9/12/19)
This form is not to be amended, revised, or altered without            approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Electronically signed by Alexis Figueroa MD on 05/17/2022 at 7:10 AM

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 1
FL Infirmary

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇
Facility: 231-SUWANNEE C.I. ANNEX

**05/24/2022 - FL Infirmary: Inf Admit Orders**
**Provider: Alexis Figueroa MD**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
INFIRMARY ADMISSION ORDERS SHEET

## (Must be completed on ALL Infirmary admissions)

**Type of Admission:** Acute Illness

## ORDERS

**Clincal Date and Time:**
05/24/2022 1:06 PM
**Date Orders Written:** 05/24/2022
**Time Orders Written:** 1:06 PM

**Attending Clinician:** Figueroa
**Current Problems:**
Cancer metastatic to prostate (ICD-198.82) (ICD10-C79.82)
History of urinary tract infection (ICD-V13.02) (ICD10-Z87.440)
MH Problem: Mood Swings (ICD 132) (ICD10 F99)
MH Problem: Depression (ICD10 F99)
Granuloma faciale (ICD-701.8) (ICD10-L92.2)
Urinary retention (ICD-788.20) (ICD10-R33.9)
Presence of foley catheter (ICD-V45.89) (ICD10-Z96.0)
Decubitus ulcer, buttock (ICD-707.05) (ICD10-L89.309)
Antibiotic associated colitis (ICD-558.9) (ICD10-K52.1)
Pressure ulcer, ankle (ICD-707.06) (ICD10-L89.509)
Ataxia (ICD-781.3) (ICD10-R27.0)
Benign hyperplasia of prostate (ICD-600.20) (ICD10-N40.0)
Hypertension, borderline (ICD 401.9) (ICD10-I10)
Constipation (ICD-564.00) (ICD10-K59.00)
Skin ulcer of the calf (ICD-707.12) (ICD10-L97.209)
Anasarca (ICD-782.3) (ICD10-R60.1)
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10 F31.60)

**Admitting Diagnosis:** terminal cancer/Prostatic, Lower extremity paralysis, dcubital pressure ulcer
**Condition:** Fair
**Code Status:** Full Code

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 2
FL Infirmary

**ELMER WILLIAMS**
DC# 086916
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 231-SUWANNEE C.I. ANNEX

**Allergies:**
* NO KNOWN DRUG ALLLERGIES (Critical)

**Activity:** Completed bed rest
**Vital Signs:** Once every 24 hours
Include Pulse Ox with vital signs
**Diet:** Low Sodium
cc/hr
liters.
**Foley:** Foley to drainage bag
**Reason for x-ray-R/O:** n/a
Labs:
at least every 30 days if on Warfarin
Respiratory Therapy:
liters/minutes per
Immunizations:
Standing Medications:
Tylenol 325mg x2 by mouth every 4 hours as needed for headache or pain
**Current Medications:**
SPIRONOLACTONE 25 MG ORAL TABS (SPIRONOLACTONE) q1 PO Q am; Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tablets PO Q4-6 hrs for
moderate pain or temp over 100.4 (not to exceed 2400mg in 24 hr period) Notify MD if oral temperature
greater than 100.4; Route: ORAL
DOXYCYCLINE MONOHYDRATE 100 MG ORAL CAPS (DOXYCYCLINE MONOHYDRATE) 1 PO BID;
Route: ORAL
* ELIGARD 30 MG 30 Mg SC q 4 Months; Route: SUBCUTANEOUS
BICALUTAMIDE 50 MG ORAL TABS (BICALUTAMIDE) 1 PO QD; Route: ORAL
* WOUND CARE Clean area with Dakin's solution, pat dry. Apply thin layer of Silvadene over open sore
areas. Placed Barrier Island Dressing 4X10 if require. QOD X 30 Days.; Route: EXTERNAL
FUROSEMIDE 20 MG ORAL TABS (FUROSEMIDE) 1 PO BID; Route: ORAL
* CHANGE FOLEY CATH Q 30 DAYS Change Foley cath q 30 Days; Route: EXTERNAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) 1 PO Q PM; Route: ORAL
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) 2 PO q PM; Route: ORAL

Wound Care/Dressings:
1. Clean gluteal area with dakin's solution, pat dry. Apply thin layer of Silvadene cover with abd dressing
qd
2. Clean both heel with normal saline solution, pat dry cover with wet to dry dressing qd.
Nursing Care:
Weigh on arrival
cc's
hours.
Turn patient every 2 hours
at 35
degrees.
Low flow air mattress
Notify Clinician if:
DC4-714D Infirmary Admission Order Sheet (Revised 08/11/17)

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358  Fax: 3869636337

August 5, 2022
Page 3
FL Infirmary

## ELMER WILLIAMS
DC#: 086916
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 231-SUWANNEE C.I. ANNEX

This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY/PHYSICAL
**Chief Complaint:** I can not take care of myself
**History of Present Illness:** 55 yrs black male with a terminal metastatic prostate cancer recently seen by
urologist who recommend oncologist eval to determine POC. DNR, Palliative care and CMR all been
discussed with patient.
**Past Medical History:** Prostate Ca

## PHYSICAL EXAMINATION
**Head and Neck:** Normocephalic, No epistaxis, No JVD
**EENT:** Tympanic Membranes WNL, Good implantation, PERRLA, EOMI
**Chest and Breast:** Symmetrical, No breast mass, No discharge.
**Heart:** No Murmur, No Rub,S1,S2
**Lungs:** CTA
**Rectal:** No rectal bleeding
**Abdomen:** B/S Normal, No Guarding, No Rebounds, No Bruits
**Genitalia:** Open sores over gluteal areas
**Bones and Joints:** Lower extremity edema
**Extremities:** Lower extremity edema, unable to palpate distal pulses b/c of the edema.Open sore over
bilat+ lateral malleolar areas, Bulla over both heals
**Neuro:** II => XII intact, no nystagmus, no asterexis, no tremor
**Impression Diagnosis:** Anasarca, Metastatic Prostate Ca
DC4-713C Inpatient History Physical (Revised 06/29/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Alexis Figueroa MD on 05/24/2022 at 1:53 PM**
**Electronically signed by Elizabeth Holmes LPN on 05/28/2022 at 8:40 AM**

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August  5, 2022*
Page 1
FL Provider Visit

## ELMER WILLIAMS
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 231-SUWANNEE C.I. ANNEX

**06/25/2022 - FL Provider Visit:  Chron Rec Care Consult Request**
**Provider: Alexis Figueroa MD**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

Health Service Profile
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
Record Review
**Remarks:** REQUEST FOR UROLOGY FOLLOW UP.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health**
**Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

## Orders added during this encounter:
Refer to Urologist [SPUR]
PSA Total [0190-9]
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**CONSULTATION REQUEST**

**Current Allergies:**
\* NO KNOWN DRUG ALLLERGIES (Critical)

**Current Medications:**
METHOCARBAMOL 500 MG ORAL TABS (METHOCARBAMOL) 1 PO BID; Route: ORAL
OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE) 1 PO BID; Route: ORAL
CEPHALEXIN 500 MG ORAL CAPS (CEPHALEXIN) 1 PO BID; Route: ORAL
\* WOUND CARE HEEL Clean area with normal saline solution, pat dry, apply wet to dry dressing,secure
with kerlix, both heel.; Route: EXTERNAL
DEXAMETHASONE 4 MG ORAL TABS (DEXAMETHASONE) 4 mg PO QID x 60 days; Route: ORAL
ROBAXIN750 750 MG ORAL TABS (METHOCARBAMOL) 1 PO BID; Route: ORAL
SPIRONOLACTONE 25 MG ORAL TABS (SPIRONOLACTONE) q1 PO Q am; Route: ORAL
\* ELIGARD 30 MG 30 Mg SC q 4 Months; Route: SUBCUTANEOUS
BICALUTAMIDE 50 MG ORAL TABS (BICALUTAMIDE) 1 PO QD; Route: ORAL
\* WOUND CARE BUTTOCK Clean area with Normal saline solution, pat dry. Apply sylvadene cover with
calcium alginate dessing and abd pads,secure with paper tape. qd x 30 days; Route: EXTERNAL
FUROSEMIDE 20 MG ORAL TABS (FUROSEMIDE) 1 PO BID; Route: ORAL

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

## ELMER WILLIAMS
DC#: 086916
Race/Sex: Black or African American / Male
DOB:
Facility: 231-SUWANNEE C.I. ANNEX

**Visit Type**    Follow-up

**History of present illness (include onset, presentation, progress, therapy)** Mr. William it is a 55-year-old black male with history of prostate cancer treated with Androgen deprivation and radiation therapy with good response in the past by Dr. Miguel. Patient was seen on 05/16/2022 with recommendations to start in Eligard 30 mg SC q 4 months and Casodex 50 mg po qd x 1 year. Seen once again on 06/16/2022 for a follow up. Patient still in the process of been treated by Rad-Onc and Urologist. Request follow up by urology in 1 month with PSA levels.

**Physical Findings** PROSTATE CA
SPINAL CORD MALIGNANCY-METASTATIC
**Diagnostic Findings** ELEVATED PSA
**Other Pertinent Info/supporting documentation needed:** SEE UROLOGY NOTES
**Associated Diagnosis:** Spinal cord lesion (G95.9), Cancer metastatic to prostate (C79.82), Pressure ulcer ankle (L89.509), Ataxia (R27.0), Benign hyperplasia of prostate (N40.0), Hypertension borderline (I10), Elevated PSA (R97.20), Prostate cancer (C61)
**OR: Provisional Diagnosis-** N/A
**EOS Date:**
03/22/2035

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY
SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

DC4-702 Consultation Request (Revised 9/12/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Alexis Figueroa MD on 06/25/2022 at 9:58 AM**



## 231-SUWANNEE C.I. ANNEX

5965 US Hwy 90, Live Oak, FL, Suwanee 32060

(386) 963-6358 Fax: (386) 963-6337

06/28/2022 03:04 PM

Page 2

**Medications Report**

**ELMER WILLIAMS**

55 Years Old Male   DOB: ▮▮▮▮▮▮   217136

**WOUND CARE BUTTOCK, Clean area with Normal saline solution, pat dry. Apply sylvadene cover with calcium alginate dessing and abd pads,secure with paper tape. qd x 30 days**       Prescriptions/Refills

    Med Status: Active Medication
    Last Refill:
    Start Date: 06/24/2022
     Stop Date: 07/24/2022
    Stop Reason:
    Entered By: Alexis Figueroa MD
    Entry Date: 06/24/2022  2:15 PM
        Comment: DOT X 30 Days:Clean area with
    Normal saline solution, pat dry. Apply
    sylvadene cover with calcium alginate dessing
    and abd pads,secure with paper tape. qd x 30
    days

**BICALUTAMIDE 50 MG ORAL TABS (BICALUTAMIDE), 1 PO QD**       Prescriptions/Refills       *Daily*

    Med Status: Active Medication          #365 x 0,  05/17/2022, Alexis
    Last Refill:                           Figueroa MD
    Start Date: 05/17/2022
     Stop Date: 05/17/2023
    Stop Reason:
    Entered By: Alexis Figueroa MD
    Entry Date: 05/17/2022  6:45 AM
        Comment: DOT

**ELIGARD 30 MG, 30 Mg SC q 4 Months**       Prescriptions/Refills

    Med Status: Active Medication          #4 vial x 0,  05/17/2022, Alexis
    Last Refill:                           Figueroa MD
    Start Date: 05/17/2022
     Stop Date: 05/17/2023
    Stop Reason:
    Entered By: Alexis Figueroa MD
    Entry Date: 05/17/2022  7:10 AM
        Comment: DOT, Starting NOW,Inject each
    dose within 30 minutes of mixing

**SPIRONOLACTONE 25 MG ORAL TABS (SPIRONOLACTONE), q1 PO Q am**       Prescriptions/Refills       *In Morning*

    Med Status: Active Medication          #180 x 0,  05/24/2022, Alexis
    Last Refill:                           Figueroa MD
    Start Date: 05/24/2022
     Stop Date: 11/20/2022
    Stop Reason:
    Entered By: Alexis Figueroa MD
    Entry Date: 05/24/2022  1:39 PM
        Comment: DOT

**231-SUWANNEE C.I. ANNEX**

5965 US Hwy 90, Live Oak, FL, Suwanee 32060

(386) 963-6358 Fax: (386) 963-6337

*06/28/2022  03:04 PM*

Page      1

**Medications Report**

**ELMER WILLIAMS**
55 Years Old Male   DOB: ███████                    217136

**Medications**

**TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL),** Prescriptions/Refills
**1 PO Q PM**    *At night*        *Flomax*

        Med Status: Active Medication
        Last Refill:
        Start Date: 05/17/2022
         Stop Date: 05/17/2023
        Stop Reason:
        Entered By: Alexis Figueroa MD
        Entry Date: 05/17/2022  6:48 AM
           Comment: 1 PO q PM, KOP

**CHANGE FOLEY CATH Q 30 DAYS,  Change Foley cath q 30** Prescriptions/Refills
**Days**

        Med Status: Active Medication          #1 monthly x 11,  05/17/2022, Alexis
        Last Refill:                           Figueroa MD
        Start Date: 05/17/2022
         Stop Date: 05/17/2023
        Stop Reason:
        Entered By: Alexis Figueroa MD
        Entry Date: 05/17/2022  6:45 AM
           Comment: DOT

**FUROSEMIDE 20 MG ORAL TABS (FUROSEMIDE), 1 PO BID** Prescriptions/Refills  *Lasix*

        Med Status: Active Medication          #60 x 5,  05/24/2022, Alexis
        Last Refill:                           Figueroa MD
        Start Date: 05/24/2022
         Stop Date: 11/20/2022                                *Twice*
        Stop Reason:                                          *Daily*
        Entered By: Alexis Figueroa MD
        Entry Date: 05/24/2022  1:18 PM
           Comment: DOT

*Report run by Jason Howell RN*

## 231-SUWANNEE C.I. ANNEX

5965 US Hwy 90, Live Oak, FL, Suwanee 32060

(386) 963-6358  Fax: (386) 963-6337

*06/28/2022  03:04 PM*

Page     4

**Medications Report**

**ELMER WILLIAMS**

55 Years Old Male   DOB: ▆▆▆▆▆                      217136

**METHOCARBAMOL 500 MG ORAL TABS**
**(METHOCARBAMOL), 1 PO BID**

Prescriptions/Refills

*Twice Daily*

        Med Status: Active Medication
        Last Refill:
        Start Date: 06/24/2022
         Stop Date: 08/23/2022
       Stop Reason:
        Entered By: Alexis Figueroa MD
        Entry Date: 06/24/2022  2:18 PM
          Comment: DOT; 1 PO BID

#120 x 0,  06/24/2022, Alexis
Figueroa MD

*once)*
*Approved*

**231-SUWANNEE C.I. ANNEX**

5965 US Hwy 90, Live Oak, FL, Suwanee 32060

(386) 963-6358 Fax: (386) 963-6337

*06/28/2022 03:04 PM*

Page    3

**Medications Report**

**ELMER WILLIAMS**

55 Years Old Male   DOB: ▮▮▮▮▮▮            217136

**DEXAMETHASONE 4 MG ORAL TABS (DEXAMETHASONE),  4 Prescriptions/Refills**
**mg PO QID x 60 days**                             *4 Times Daily*

```
        Med Status: Active Medication      #120 x 1,  06/10/2022, Alexis
        Last Refill:                       Figueroa MD
        Start Date: 06/10/2022
         Stop Date: 08/09/2022
       Stop Reason:
       Entered By: Alexis Figueroa MD
       Entry Date: 06/10/2022  10:10 AM
          Comment: DOT: 4 mg PO QID x 60 days
```

**WOUND CARE HEEL,  Clean area with normal saline solution, Prescriptions/Refills**
**pat dry, apply wet to dry dressing,secure with kerlix, both**
**heel.**

```
        Med Status: Active Medication
        Last Refill:
        Start Date: 06/10/2022
         Stop Date: 07/10/2022
       Stop Reason:
       Entered By: Alexis Figueroa MD
       Entry Date: 06/24/2022  2:15 PM
          Comment: DOT;Clean area with normal
     saline solution, pat dry, apply wet to dry
     dressing,secure with kerlix, both heel.
```

**CEPHALEXIN 500 MG ORAL CAPS (CEPHALEXIN), 1 PO BID  Prescriptions/Refills**     *Twice Daily*

```
        Med Status: Active Medication      #42 x 0,  06/10/2022, Alexis
        Last Refill:                       Figueroa MD
        Start Date: 06/10/2022
         Stop Date: 07/01/2022
       Stop Reason:
       Entered By: Alexis Figueroa MD
       Entry Date: 06/10/2022  10:41 AM
          Comment: DOT: 1 PO BID
```

**OXCARBAZEPINE 150 MG ORAL TABS (OXCARBAZEPINE), 1 Prescriptions/Refills**     *Twice Daily*
**PO BID**

```
        Med Status: Active Medication      #60 x 0,  06/24/2022, Alexis
        Last Refill:                       Figueroa MD
        Start Date: 06/24/2022
         Stop Date: 07/24/2022
       Stop Reason:
       Entered By: Alexis Figueroa MD
       Entry Date: 06/24/2022  2:15 PM
          Comment: 1 PO BID
```

*If Approved*

PLMEDICAL 042

TB231-SUWANNEE C.I. ANNEX                                    *August 5, 2022*
5965 US Hwy 90  Live Oak, FL 32060                                    Page 1
3869636358  Fax: 3869636337                                      FL Infirmary

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB:
Facility: 231-SUWANNEE C.I. ANNEX

**07/15/2022 - FL Infirmary: Inf Progress Rec,**
**Provider: Alexis Figueroa MD**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
231-SUWANNEE C.I. ANNEX

**Date: 07/15/2022  Time: 11:34 AM  Discipline: M= MD/CA/ARNP**

**Comments:**
S: " I am not receiving my low res diet. "
O: Gen: O X 3, No Acute distress noted. Mood and affect intact.
     HEENT: PEERLA, EOMI X2, NO JVD., NO asterexis, No JVD,
          No supplement oxygen needed.
     Lungs: CTA X 2
     THORAX: SYMMETRICAL NO RETRACTION
     Heart: RRR, NO RUB, NO S3, S1+,  S2 +, NO S3
     Abd. : NON-DISTENDED,TENDER, SOFT, BS+, NO MASSES. FOLEY IN PLACED, DARK URINE
          NEW GAB, NO SEDIMENT.
     Ext. : EDEMA+, BILATERAL, DISTAL PULSES NOT PALPABLE. DEEP TISUE LOST WITH
DEBRIDEMENT
     Neu.: NO COGNITIVE IMPAIRMENT, GLASGOW 15/15, NO NYSTAGMUS
Assessment;
  Mr William is been seen today for his weekly rounds. Patient is doing fairly well. Diet is been review. He
has turn down the low na diet, he prefered the low res diet. Bed issues apparently has been resolved
After examine his sacrum and both of his heels i think this are not going to get better. Patient is so fragile,
weaken by everything that is going on, including Ca treatment that i contemplate that this open wounds
could be tha cause of patient becoming septic. I will recommend a PICC line and IV abx until this issue
could be resolved. I will do labs and request iv abx for 14 days.I have spoken with Mr. William today and
explain his medical condition, diagnosis and treatment plan based on the information to me at this time. I
have answered the patient question and address any concerns during this interviewed. Nursing staff has a
good understanding of patient diagnosis, condition and treatment plan as can be expected at this time as
well.
DX  Anemia
----Continue on Ensure and Vitamins
 DX . Prostatic Ca-Metastatic
----Continue on Casodex 50 mg po qd
----Continue on Eligard as recommended by Urology
____last PSA 9.87
---- MRI of back reschedule for 08/03/2022 @ RMC
---- Pending Follow up with Urology,last seen 06/16/2022
----Radiation Tx to be start soon

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358  Fax: 3869636337

August 5, 2022
Page 1
FL Infirmary

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB:
Facility: 231-SUWANNEE C.I. ANNEX

**07/16/2022 - FL Infirmary: Inf Progress Rec,**
**Provider: Joanne M O'Donnell RN**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
231-SUWANNEE C.I. ANNEX

**Comments:**
Patient in room and in bed all of evening shift, currently supine with head elevated on pillows. S/P PICC
placement to inner left arm. IV ABX TX ( Zosyn 3.375 Gm) stater 2300 hours on 07/15/22 per new order.
Patient showed no s/s of distress or adverse rections. Patient is currenty sleeping, snoring lightly.
Resrolations are even and unlabored. Will continue to monitor.

DC4-714A Infirmary Progress Record  (Revised 07/19/17)
This form is not to be amended, revised, or altered without           approval of the Office of Health
Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

**Electronically signed by Joanne M O'Donnell RN on 07/16/2022 at 1:32 AM**

PLMEDICAL 044

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 1
FL Provider Visit

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 231-SUWANNEE C.I. ANNEX

**07/23/2022 - FL Provider Visit:  Chron Rec Care Consult Request**
**Provider: Alexis Figueroa MD**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

Health Service Profile
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
Record Review
**Remarks:** Patient seen on 07/18/2022 by Urology. REQUEST FOLLOW UP IN 3 MONTH. Already seen by Onco on 06/10/2022 which should follow visit after MRI. PSA 1 week prior to next uro eval. Continue on eligard and casodex. Patient already seen by Rad-Onco who rec CT SIMULATION OF THE T SPINE TO THE L SPINE.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Orders added during this encounter:**
Refer to Urologist [SPUR]
PSA Total [0190-9]
CBC w/o Diff (Hemogram)/Plat. CT (CIC) [0034-9]
Comprehensive Metabolic Panel (CIC) [3427-2]
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**CONSULTATION REQUEST**

**Current Allergies:**
* NO KNOWN DRUG ALLLERGIES (Critical)

**Current Medications:**
* ENSURE 1 PO BID; Route: ORAL
PIPERACILLIN SODTAZOBACTAM SO 3.375 (30.375) GM IV SOLR (PIPERACILLIN SOD-
TAZOBACTAM SO) 3.375 gr IVPB q 6 hrs.; Route: INTRAVENOUS
* VANCOMYCIN 1 GR 1 Gr IVPB q 12 hrs; Route: INTRAVENOUS
FAMOTIDINE 20 MG ORAL TABS (FAMOTIDINE) 1 PO Q PM; Route: ORAL
TUMS 500 MG ORAL CHEW (CALCIUM CARBONATE ANTACID) 2 PO QD; Route: ORAL
PANTOPRAZOLE SODIUM 40 MG ORAL TBEC (PANTOPRAZOLE SODIUM) 1 po q am; Route: ORAL

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 2
FL Provider Visit

**ELMER WILLIAMS**
DC# 086916
Race/Sex: Black or African American / Male
DOB:
Facility: 231-SUWANNEE C.I. ANNEX

METHOCARBAMOL 500 MG ORAL TABS (METHOCARBAMOL) 1 PO BID; Route: ORAL
OXCARBAZEPINE 300 MG ORAL TABS (OXCARBAZEPINE) 1 po bid; Route: ORAL
* WOUND CARE HEEL Clean area with normal saline solution, pat dry, apply W/D dressing, wrap kerlix.
QD; Route: EXTERNAL
DEXAMETHASONE 4 MG ORAL TABS (DEXAMETHASONE) 4 mg PO QID x 60 days; Route: ORAL
SPIRONOLACTONE 25 MG ORAL TABS (SPIRONOLACTONE) q1 PO Q am; Route: ORAL
* ELIGARD 30 MG 30 Mg SC q 4 Months; Route: SUBCUTANEOUS
BICALUTAMIDE 50 MG ORAL TABS (BICALUTAMIDE) 1 PO QD; Route: ORAL
* WOUND CARE BUTTOCK Clean area with Normal saline solution, pat dry. Apply sylvadene cover with
calcium alginate dessing and abd pads,secure with paper tape. qd x 30 days; Route: EXTERNAL
FUROSEMIDE 40 MG ORAL TABS (FUROSEMIDE) 1 po q am; Route: ORAL
* CHANGE FOLEY CATH Q 30 DAYS Change Foley cath q 30 Days; Route: EXTERNAL
TAMSULOSIN HCL 0.4 MG ORAL CAPS (TAMSULOSIN HCL) 1 PO Q PM; Route: ORAL

**Problem List:**
Loss of appetite (ICD-783.0) (ICD10-R63.0)
Infected wound (ICD-879.9) (ICD10-L08.89)
Heartburn (ICD-787.1) (ICD10-R12)
GERD (gastroesophageal reflux disease) (ICD-530.81) (ICD10-K21.9)
Pressure sore (ICD-707.00) (ICD10-L89.90)
Spinal cord lesion (ICD-336.9) (ICD10-G95.9)
Heel ulcer (ICD-707.14) (ICD10-L97.409)
Cancer metastatic to prostate (ICD-198.82) (ICD10-C79.82)
History of urinary tract infection (ICD-V13.02) (ICD10-Z87.440)
MH Problem: Mood Swings (ICD-132) (ICD10-F99)
MH Problem: Depression (ICD10-F99)
Granuloma faciale (ICD 701.8) (ICD10-L92.2)
Urinary retention (ICD-788.20) (ICD10-R33.9)
Presence of foley catheter (ICD-V45.89) (ICD10-Z96.0)
Decubitus ulcer, buttock (ICD-707.05) (ICD10-L89.309)
Antibiotic associated colitis (ICD-558.9) (ICD10-K52.1)
Pressure ulcer, ankle (ICD-707.06) (ICD10-L89.509)
Ataxia (ICD-781.3) (ICD10-R27.0)
Benign hyperplasia of prostate (ICD-600.20) (ICD10 N40.0)
Hypertension, borderline (ICD-401.9) (ICD10-I10)
Constipation (ICD-564.00) (ICD10-K59.00)
Skin ulcer of the calf (ICD-707.12) (ICD10-L97.209)
Anasarca (ICD-782.3) (ICD10-R60.1)
Polyneuropathy (ICD-356.9) (ICD10-G62.9)
Back pain, lumbar, with radiculopathy (ICD-724.4) (ICD10-M54.16)
Back pain, lumbosacral, chronic (ICD-724.5) (ICD10-M54.5)
Inguinal hernia, right (ICD-550.90) (ICD10-K40.90)
Elevated PSA (ICD-790.93) (ICD10-R97.20)
Prostate cancer (ICD-185) (ICD10-C61)
Joint pain (ICD-719.40) (ICD10-M25.50)
Bipolar disorder, current episode mixed, unspecified (ICD-296.60) (ICD10-F31.60)

**Specialty Service:** Refer to Urologist

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*August 5, 2022*
Page 3
FL Provider Visit

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 231-SUWANNEE C.I. ANNEX

Comments: Last seen on 07/18/2022. Request follow up in 3 month

PSA Total
Comments: Requested by Uro, to be done prior to next visit in 3 month

CBC w/o Diff (Hemogram)/Plat. CT (CIC)
Comments: R/o KF

Comprehensive Metabolic Panel (CIC)
Comments: R/o KF

**Sending Institution:** 231-SUWANNEE C.I. ANNEX     **Date of Request:** 07/23/2022

**Reason for consultation:**
Evaluate and recommend diagnostic plan
Evaluate and recommend treatment plan

**Acuity of consultation:** Urgent
**Condition is:** Acute Illness
**Visit Type**     Follow-up
**History of present illness (include onset, presentation, progress, therapy)** Patient seen on
07/18/2022 by Urology. REQUEST FOLLOW UP IN 3 MONTH. Already seen by Onco on 06/10/2022
which should follow visit after MRI. PSA 1 week prior to next uro eval. Continue on eligard and casodex.
Patient already seen by Rad-Onco who rec CT SIMULATION OF THE T SPINE TO THE L SPINE.
**Findings** 07/16/2022 PSA  7.4
**Diagnostic results (laboratory, x-ray, or other tests):** PSA 7.4

**Failed prior therapy:**  N/a
**Associated Diagnosis:** Spinal cord lesion (G95.9)
**OR: Provisional Diagnosis-** n/a
**EOS Date:**
03/12/2035

DC4-702 Consultation Request (Revised 9/12/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be
signed prior to such hospitalization and/or surgery.  I therefore consent to be referred to a reception and
medical center, or such other health care facility as may be appropriate for the reason(s) stated, and
consent to undergo health care services as may be necessary to evaluate my health status.

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358  Fax: 3869636337

*August  5, 2022*
Page 4
FL Provider Visit

**ELMER WILLIAMS**
DC#: 086916
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 231-SUWANNEE C.I. ANNEX

SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

**Electronically signed by Alexis Figueroa MD on 07/23/2022 at 9:20 AM**

**231-SUWANNEE C.I. ANNEX**                                    1/4/2023
5965 US Hwy 90
Live Oak, FL 32060                                          ER Record
Main: 3869636358 Fax: 3869636337              Date of Service: 12/24/2021

**ELMER   WILLIAMS**
Male DOB: ███████████            217136

**Copay?** Yes

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**
Check all that apply: Inmate
All inmates must be examined by medical personnel following a use of force.   This includes a visual
inspection of the entire body to identify any sign of injury.   This exam shall be performed in the medical
unit except under unusual circumstance.   Injuries shall be documented on the DC4-708, Diagram of
Injury.   If a physician/CA is not present at the time of the exam, a physician/CA must review this form and
sign it on the next working day.
**Time of occurrence:** 1400
**Time of exam:** 1400
**Description of occurrence:** IMP  states  he cant walk,    and he is unable to complete ADLs with
out assitance
Post Use of Chemical Agent Instructions:
Shower without soap? N/A
**Temp:** 97.6  F **Pulse:** 116  **Resp:** 18 **BP:** 126
**/ 80 O2 sat:**   96  % **Weight (lbs):** 220
**Arrived via:** Wheelchair  **Condition on arrival (check all that apply):** Alert, Oriented x 4
(person-place- time-situation), Responding to questions verbally   **Examination summary:** Pt appears at
Medical. Claiming a medical emergency   No officer in attendance
A&O   X4    c/o    cannot complete ADL without assist
 **Physician notified?** Yes **Name:** Dr  Figueroa   **Time:** 14015
**Treatment provided?** No
**Disposition:** Population
**Discharge Instructions and Education:** Return to dorm.   Tests   have been performed my MD to
guage level of disability.     IMP will have to do the best he can to complete ADLs    IMP has full use of
upper extremities.

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Signed By: Knaus, Gerald at 12/25/2021 9:09:57 AM

1 of 1