UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                       Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Plaintiff's Unopposed Motion for Extension of Time to Respond to Centurion Defendants' Motions to Dismiss and to Exceed Page Limit in Consolidated Response (Doc. 102) is **GRANTED**. Plaintiff shall file a consolidated response, not to exceed 40 pages, to Defendants' Motions to Dismiss (Docs. 96–100) by **November 22, 2023.**

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of November, 2023.

                                    MONTE C. RICHARDSON
                                UNITED STATES MAGISTRATE JUDGE

caw 11/7
c:
Counsel of Record