# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, et al.,

    Defendants.

Case No.: 3:22-cv-01221-MMH-MCR

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Pursuant to Federal Rules of Civil Procedure 6 and 16, and Local Rule 3.01, (1) Plaintiff Elmer Williams; (2) Defendants Ricky Dixon, Kalem Santiago, Adele Johns, Wendy Millette, Rebecca Yates, and Sgt. Savonia Richardson Graham (collectively, the "Corrections Defendants"); and (3) Defendants Centurion of Florida, LLC; Alexis Figueroa, M.D.; Jason Howell; Elizabeth Holmes; and Tony Abbot, (collectively, the "Centurion Defendants") hereby jointly move to extend the Case Management and Scheduling Order deadlines by roughly 90 days and state as follows:

1. On January 24, 2023, this Court entered its Case Management and Scheduling Order, setting certain deadlines in this case. ECF No. 52.

2. Since then, the Parties engaged in discovery, resulting in the filing of the Third Amended Complaint on October 4, 2023, in which Mr. Williams added a new Defendant, Rebecca Yates, to this lawsuit.

3. Recently, the parties have been in the process of exchanging Mr. Williams's past and present medical records, which—so far—exceed 13,000 pages.

4. Given the need for the Parties to review and have experts review the voluminous medical records, the Parties request the Court modify the Case Management and Scheduling Order to extend the current deadlines by roughly 90 days, moving the trial term from December 2024 to March 2025.

5. Specifically, the Parties request the Court modify the deadlines as follows, which also provide additional time to conduct fact and expert discovery:

| | Existing Deadline | Requested Deadline |
|---|---|---|
| Plaintiff's expert disclosure | November 17, 2023 | May 24, 2024 |
| Defendants' expert disclosure | December 15, 2023 | June 28, 2024 |
| Rebuttal expert disclosure | January 12, 2024 | July 19, 2024 |
| Discovery deadline | March 1, 2024 | August 20, 2024 |
| Dispositive/Daubert motions | June 21, 2024 | September 20, 2024 |
| Mediation | July 12, 2024 | July 12, 2024 |
| Motions in limine | October 28, 2024 | January 24, 2025 |
| Filing pretrial statement | November 12, 2024 | February 10, 2025 |
| Trial Term | December 2, 2024 | March 3, 2025 |

6. This is extension is not sought for purposes of delay and will not prejudice any party.

7. Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b), courts may extend a deadline for good cause. Further, district courts have "broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). This broad discretion extends to "the

management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001).

8.  The Parties submit good cause exists for the requested extension of the Case Management and Scheduling Order deadlines as the Parties have acted diligently in conducting discovery in this matter and, through no fault of their own, are unable to complete discovery in the time allotted due to the voluminous nature of the records at issue in this case.

WHEREFORE the Parties request the Court (1) grant this Motion and (2) enter an Amended Case Management and Scheduling Order modifying the deadlines as requested in this Motion.

[Signatures on next page]

/s/ James V. Cook
James V. Cook (FBN 0966843)
**LAW OFFICE OF JAMES COOK**
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

James M. Slater (FBN 111779)
**SLATER LEGAL PLLC**
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal
*Attorneys for Plaintiff Elmer Williams*

/s/ Jacob B. Hanson
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email: cmayfield@bradley.com
Primary Email: jhanson@bradley.com
Secondary Email: tabennett@bradley.com

Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com

Secondary Email: tramsay@bradley.com

*Counsel for Defendants Centurion of Florida, LLC; Jason Howell; Alexis Figueroa; Tony Abbott; and Elizabeth Holmes*


/s/ Thomas Buchan
Thomas Buchan
Florida Bar No. 1010923
**Howell, Buchan & Strong**
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com

*Attorney for Defendants Dixon, Santiago, Johns, Millette, Yates, and Richardson-Graham*

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Jacob B. Hanson*
Jacob B. Hanson

*Counsel for Defendants Centurion of Florida, LLC; Jason Howell; Alexis Figueroa; Tony Abbott; and Elizabeth Holmes*