# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.                              Case No.   3:22-cv-1221-MMH-MCR

RICKY DIXON, in his official
capacity as Secretary of the Florida
Department of Corrections, et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Motion to Extend Case Management Deadlines (Dkt. No. 105; Motion) filed on December 12, 2023. In the Motion, the parties seek an extension of the case management deadlines in this matter. See Motion at 1. Upon review, the Court finds that the parties have shown good cause for an extension of time. Accordingly, it is

**ORDERED:**

1. The Joint Motion to Extend Case Management Deadlines (Dkt. No. 105) is **GRANTED**.

2. The case management deadlines are extended as follows:

| | |
|---|---|
| Deadline for disclosing expert reports.<br><br>Plaintiff:<br>Defendant:<br>Rebuttal: | <br><br>MAY 24, 2024<br>JUNE 28, 2024<br>JULY 19, 2024 |
| Deadline for completing discovery and filing motions to compel. | AUGUST 20, 2024 |
| Mediation deadline. | AUGUST 20, 2024 |
| Deadline for filing dispositive and <u>Daubert</u> motions (responses due 21 days after service). | SEPTEMBER 20, 2024 |
| Deadline for filing all other motions including motions in limine. | JANUARY 27, 2025 |
| Deadline for filing the joint final pretrial statement. | FEBRUARY 10, 2025 |
| Date and time of the final pretrial conference. | FEBRUARY 18, 2025<br>10:00 A.M. |
| Trial Term Begins | MARCH 3, 2025<br>9:00 A.M. |
| Estimated Length of Trial | 7 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of December, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record