IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 3:22-cv-01221-MMH-MCR |
| RICKY DIXON, in his official | ) |
| capacity as Secretary of the Florida | ) |
| Department of Corrections, et al., | ) |
| | ) |
| Defendants. | |

**COUNSEL FOR CENTURION DEFENDANTS'**
**NOTICE OF CHANGE OF ADDRESS**

Jacob Hanson, counsel for Defendants Centurion of Florida, LLC; Alexis Figueroa, M.D.; Jason Howell; Elizabeth Holmes; and Tony Abbot, (collectively, the "Centurion Defendants"), hereby files this Notice of Change of Address. Counsel's new mailing address for purposes of service of process is as follows:

Jacob Hanson, Esq.
Bradley Arant Boult Cummings, LLP
1001 Water Street, Suite 1000
Tampa, FL 33602
jhanson@bradley.com

Respectfully submitted:

*/s/ Jacob Hanson*
Jacob B. Hanson (FBN 91453)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500|Fax: (813) 229-5946
Primary Email:    jhanson@bradley.com
*Counsel for Centurion Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Jacob Hanson