```
                    FLORIDA DEPARTMENT OF CORRECTIONS        11/30/2021
   ISSO150 (01)        CHARGING DISCIPLINARY REPORT                              PAGE:      1
                           LOG # 231-211089
------------------------------------------------------------------------------
   DC#: 086916    INMATE NAME: WILLIAMS, ELMER  J.           INFRACTION
   VIOLATION CODE:  0061    TITLE: DISOBEYING ORDER          DATE: 11/24/21
   FACILITY CODE:   231     NAME:  SUWANNEE C.I. ANNEX       TIME: 08:35
------------------------------------------------------------------------------
```

I. STATEMENT OF FACTS
ON NOVEMBER 24, 2021, AT APPROXIMATELY 8:35 AM, I WAS ASSIGNED AS N-DORMITORY HOUSING SERGEANT, WHILE PRESENT IN N-DORMITORY, I ADVISED THE DORMITORY VIA THE PA SYSTEM TO GET READY, BE DRESSED AND BE ON THE DOOR A ONETIME RELEASE FOR THEIR ICT CALL OUT. APPROXIMATELY, 5 MINUTES LATER I OBSERVED INMATE WILLIAMS, ELMER #086916, HOUSED N2-124L, IN THE DAYROOM SITTING DOWN AND EATING. I MADE ANOTHER ANNOUNCEMENT FOR ALL INMATES TO BE ON THE DOOR FOR A ONETIME RELEASE FOR THEIR ICT CALL OUT. INMATE WILLIAMS PROCEEDED TO GET UP AND GO TO HIS ASSIGNED BUNK AND HE SLOWLY BEGAN TO GET READY FOR HIS CALL OUT CAUSING THE OTHER INMATES IN THE VESTIBULE TO WAIT ON HIM. AFTER I HAD MADE SEVERAL VERBAL ORDERS TO INMATE WILLIAMS TO GET IN THE VESTIBULE TO BE RELEASED, HE FAILED TO COMPLY. THEN, INMATE WILLIAMS WENT INTO THE BATHROOM, BUT I OBSERVED HIM TALKING TO A FEW INMATES. INMATE WILLIAMS HAD A VERY POOR ATTITUDE WHILE BEING COUNSELED WITH. THEREFORE, INMATE WILLIAMS IS IN DIRECT VIOLATION OF CHAPTER 33-601.314; AND IS BEING CHARGED WITH (6-1), DISOBEYING VERBAL OR WRITTEN ORDER- ANY ORDER GIVEN TO AN INMATE OR INMATES BY A STAFF MEMBER OR OTHER AUTHORIZED PERSON. INMATE WILLIAMS WILL REMAIN IN ADMINISTRATIVE CONFINEMENT PENDING THE DISPOSITION OF THE ABOVE CHARGE

REPORT WRITTEN: 11/24/21, AT 10:15     BY: RSL33 - RICHARDSON, SAVONIA

II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 11/29/21, AT 14:21

NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE 33-601, FLORIDA ADMINISTRATIVE CODE.

DELIVERED BY: [signature]

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED CONDUCT, YOU ARE ADVISED THE FOLLOWING:

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT. DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED

```
                        FLORIDA DEPARTMENT OF CORRECTIONS          12/09/2021
ISS0158 (14)                    DISCIPLINARY REPORT                PAGE    1
                                HEARING INFORMATION
                                  LOG # 231-211089
-------------------------------------------------------------------------------
 DC#: 086916    INMATE NAME: WILLIAMS, ELMER  J.       P21051 INFRACTION
 VIOLATION CODE:  0061    TITLE: DISOBEYING ORDER          DATE: 11/24/2021
 FACILITY CODE:   231     NAME:  SUWANNEE C.I. ANNEX       TIME: 08.35
-------------------------------------------------------------------------------
               TEAM   FINDINGS AND ACTION   DATE: 12/09/2021, AT: 09.43
               INMATE OFFERED STAFF ASSISTANCE: DECLINED
               INMATE PLEA: NOT GUILTY    FINDINGS: GUILTY
               INMATE PRESENT: YES
      POSTPONEMENT:
      BASIS FOR DECISION:
               THE TEAM FINDS INMATE IS GUILTY BASED UPON ALL EVIDENCE
               SUBMITTED INCLUDING WITNESS STATEMENT, ORAL TESTIMONY AND
               STATEMENT OF FACTS IN SECTION I.
               SGT. RICHARDSON REPORTS WHILE ASSIGNED AS N-DORM HOUSING
               SERGEANT. SHE ADVISED THE DORM VIA PA SYSTEM TO GET READY,
               BE DRESSED AND BE ON THE DOOR A ONE TIME RELEASE FOR THEIR
               ICT CALL OUT. . SHE LATER OBSERVED INMATE WILLIAMS IN THE
               DAYROOM SITTING DOWN AND EATING. SGT RICHARDSON THEN MADE
               ANOTHER ANNOUNCEMENT FOR ALL INMATES TO BE ON THE DOOR FOR A
               ONETIME RELEASE FOR THEIR ICT CALL OUT. INMATE WILLIAMS THEN
               GETS UP AND GOES TO HIS ASSIGNED BUNK AND SLOWLY BEGAN TO
               GET READY. AFTER SEVERAL VERBAL ORDERS WERE GIVEN TO INMATE
               WILLIAMS TO GET IN THE VESTIBULE TO BE RELEASED, HE FAILED
               TO COMPLY.
               WITNESS STATEMENTS WERE REVIEWED AND CONSIDERED.
               INMATE REQUESTED REVIEW OF VIDEO/AUDIO FOOTAGE FROM DATE OF
               INCIDENT; DR INVESTIGATOR COMPLETED DC6-2028 AND PROVIDED TO
               DISCIPLINARY HEARING TEAM. BASED UPON THE REVIEW OF THE
               IDENTIFIED TAPE OR THE CAPABILITIES OF THE PARTICULAR TAPING
               EQUIPMENT, THE TAPE REQUESTED COULD NOT PROVIDE EVIDENCE TO
               SUPPORT THE INMATE.
               INMATE ADVISED HE HAS 15 DAYS TO APPEAL THE DECISION OF THE
               HEARING TEAM.

      HEARING DELAY COMMENTS:
               ADDITIONAL TIME BEING NEEDED FOR THE INVESTIGATING OFFICER
               TO REVIEW THE REQUESTED CAMERA FOOTAGE

 ACTIONS TAKEN:
  DISCIPLINARY CONFINEMENT:    30; AC CREDIT DAYS:  15; ADJUSTED DC DAYS:  15
  DC PROBATION DAYS SET:        0; CONCURRENT

  RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:    CPD08 - CARTY, P. D.
  TEAM MEMBERS:     LRE19 - LINDBLADE, R.E.                -
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```