MAILED/FILED
WITH AGENCY CLERK

JAN 19 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-01487 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

This grievance is not accepted as a grievance of an emergency nature by Health Services, Central Office, Tallahassee.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your appeal is returned without action.

A. Johns

_A. Johns_

| | | 1-14-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

JAN 1 1 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams, Elmer | | | 086916 | Suwannee Annex |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance                 22-6-01487

This is an "EMERGENCY GRIEVANCE". My health has declined to the point that my legs, knees, feet and ankles are swollen to the point of exploding and the medical department here at Suwannee C.I. Annex is telling me that they can't do anything for me when my stomach is bloated and tight and every time I have a muscle spasm from moving my lower back, my body locks up and I can't breathe or my breathing is labored to the point that I panick. I'm confined to a borrowed wheelchair because I can no longer lay down in my bed without having severe muscle contractions and spells where I can't breathe. My nerves are severely damaged and there is little to no oxygen going through my legs. I have severe pinched nerve and I've not only become totally paralyzed from my stomach to my toes; my ~~two~~ legs, knees and calves and thighs are extremely swollen, inflamed and painful, and causing my stomach and intestines to lock up my lungs so I can't breathe and it's getting worse everyday. "I need emergency care." PLEASE ASSIST me in this matter.

                    Respectfully submitted

| 1-5-2022 | Elmer Williams #086916 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                          #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JAN 0 5 2022

                    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____      Institutional Mailing Log #: 230-22-019   UM_____
                          (Date)                                              (Received By)

                                                                        7h 231

| **DISTRIBUTION:** | **INSTITUTION/FACILITY** | **CENTRAL OFFICE** |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                 Incorporated by Reference in Rule 33-103.006, F.A.C.

NS

MAILED/FILED
WITH AGENCY CLERK

JAN 19 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-01524 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

If you have not received your copy, you need to inquire with your Classification Officer.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your appeal is returned without action.

W. MILLETTE

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *W. Millette*<br>SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1/13/22<br>DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JAN 1 1 2022

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| _Williams_ | _Elmer_ | _M_ | _086916_ | _Suwannee Annex_ |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance    22-6-01524

I'm proceed to the NEXT level without a response because the time has elapsed for a response and I know that my grievances are being purposely delayed and withheld to the last day for me to do anything. This is an official complaint against Nurse Jason Howell to put the Warden on notice that this Nurse is purposely denying me an aide in walking, a wheelchair, when I've repeatedly told him of my numbness and paralysis in my legs, which as a result, I'm being subjected to cruel and usual punishment. And even though the medical administrator insist that a Nurse does not issue a wheelchair, a Nurse is suppose to note my condition and immediately consult a doctor. And to further support my claim, I filed this Informal grievance log # 231-2112-0026 on 11-24-21, got response on 12-13-2021, signed 12-7-21 filed formal grievance on 12-13-2021 and to date, no response, no results and now my paralysis is worse than ever, my feet, ankles, thighs and calves are extremely swollen and my stomach is bloated to the point that my breathing is labored. This is an official complaint. ▓▓▓▓▓▓▓


Respectfully Submitted


Attached is Informal Grievance Log # 231-2112-0028
and Informal Grievance Log # 231-2112-0026 because
Respondent replied to both in their response.

| 1-4-2022 | _Elmer Williams # 086916_ |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

\#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 0 5 2022      Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____      Institutional Mailing Log #: _230-22-018_      _____

(Date)                                                                                                  (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

NF  07p

NF  (230)

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

FEB 04 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-03039 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

The Colonel should be given the opportunity to respond to your issue.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Formal grievance log #2112-231-047 was Returned on 12/23/2021 (timely).

If you have not received your copy, you need to inquire with your Classification Officer.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

W. MILLETTE

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*W. Millette*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

2/1/22

DATE

# FLORIDA DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

JAN 28 2022

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| _Williams_ | _Elmer_ | | _086916_ | _Suwannee_ |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

| Part A – Inmate Grievance | 22-6-03039 |
|---|---|

I'm proceeding to the next level according to chapter 33, as the time
has elapsed given to party to respond, "AND" Please note that Respon-
dant never responded to Informal Grievance filed on 11-25-2021
nor did respondant respond to Formal Grievance filed 12-11-2021
Receipt date 12-16-2021, Log# 2112-231-047 (Institutional Operations)
"Attached," Sgt. Richardson violated protocol when I fell out of my
bunk and injured my back, neck and hip when she flat out told me
she was calling no damn stretcher to be brought down to N-2 dorm
for when I declared a medical emergency. Instead she had two inmates
Leon Johnson and Perry grab another inmates
wheelchair and ordered them to lift me up and put me in the wheelchair
causing me further injuries "AND" I'm respectfully asking that this
complaint be made official in her, Sgt. Richardson file "AND" I'm
showing an exhaustion of my remedies at the Institutional
Level where I've filed Informal and Formal grievances with
no response and no results "AND" to continue waiting on a
response is only a ploy that the grievance coodinators play to
back date grievances "AND" let the time(s) run out to seek
further review from higher up "AND" I'm not playing that game,
with all due respect, no-one is above the law "AND" I
wish to exercise my Constitutional Rights to the fullest extent
of the law, Sgt. Richardson violated protocol and was
suppose to call a stretcher for me but instead she chose to
abuse her authority and as a result she caused me bodily
harm to my neck, back and hip. Respectfully submitted

| 1-16-2022 | Elmer Williams #086916 |
|---|---|
| (1-16-22) DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                                          #            Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 18 2022     Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #: 230-22-042 _____
                                    (Date)                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

1DC
230
Sgt. Richardson

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

MS

## PART B - RESPONSE

| WILLIAMS, ELMER | 086916 | 22-6-03639 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your request for administrative appeal has been received in non-compliance with Chapter 33, "Appeals must be received in the Office of the Secretary within 15 calendar days of the institutional response."

Based on the above information, your appeal is returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

FEB 03 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams | Elmer | | 036916 | Suwannee C.I. Annex |
|----------|-------|--|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**          22-6-03639

This is an appeal to Grievance log # 2112-231-046 in that my complaint was improperly denied. It's not possible for any nurse or doctor or anyone to tell me what I'm feeling inside or outside my body. I've gone "completely paralyzed" since coming to Suwannee C.I. Annex on or about November, the beginning part of 2021. I've been to medical countless of times on medical emergencies "and" "each time Nurse Jason Howell made it his business to see me" and "each time I saw him he brushed me off by giving me the run down that my vital signs were okay, here's some ibuprofen for the pain, this is not a medical emergency issue, put in a sick call request, have a nice day. As a result, my condition has worsened to the point that on November 18th 2021 I was "barely" able to walk, to date on January 23rd 2022 I'm completely paralyzed with no progress being made to get to "the root of the problem." I filed formal Grievance log # 2112-231-046 on 12-13-2021, It was received 12-16-21 when "I was" still in confinement P-Dorm crawling and sleeping on the ice-cold cement floor "and" "every confinement officer, Sergeant, Lieutenant/Lt. and Captain that walked through here" witnessed me" on the floor so I don't know who the investigator in this incident has been talking to, "and" I did attempt to declare numerous medical emergencies and only one time a male nurse came through some time in the wee hours of the morning before breakfast and looked in on me and laughed and said the doctor's not here you'll have to do this another time and walked off and refused to give me his name "and" After that all of my other countless medical emergencies were totally ignored A nurse never came, "And" I put in countless sick-call request

| 1-23-2022 | continued page (2)  _Elmer Williams_ 036916 |
|-----------|----------------------------------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |
| (2) pages of continuation(s) (see also attachments) | |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**         ___/___
                                                                          #    Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JAN 25 2022

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____     Institutional Mailing Log #: _230-22-057_ _UM.Bbey_
                        (Date)                                              (Received By)

07R

2112 (231) 046

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

MS

CONTINUATION...              TO: SECRETARY, FLORIDA DEPARTMENT of CORRECTIONS
NAME: Williams, Elmer    # 086916   Suwannee C. I. Annex
APPEAL TO GRIEVANCE Log # 2112-231-046

000 ON ISSUES RANGING FROM ME FALLING OUT OF MY BUNK, "THE REASON I stopped getting IN MY BED AND lived ON the floor," because I KEEP injuring MY hip, BACK AND NECK AND RETAINED bruises ON MY SIDE EVERY TIME I fell, I put IN A SICK CALL REQUEST. ALSO ON ME NEEDING A WHEELCHAIR TO get AROUND IN because I ONLY WAS TAKEN FOR A SHOWER IN A "borrowed WHEELCHAIR" 3 TIMES IN 27 DAYS. I complained About RUPTURING MY lower HERNIA CRAWLING AROUND ON THE floor "AND" being compelled A couple TIMES TO pull MY 200 + pounds UP INTO MY BUNK OR get A DISCIPLINARY REPORT, I complained About THE pain AND NUMBNESS IN MY legs, feet, ANKLES, CALVES AND thighs AND About NOT HAVING A bowel movement IN WEEK(S) UP TO 3 WEEKS AND out of All of THESE complaints AND SICK CALLS AND MEDICAL EMERGENCIES THE ONE MALE NURSE LAUGHED AT ME AND WALKED off mumbling THE COMMENT About THE doctor AINT HERE AND IT'S TOO EARLY ETC. WHICH WAS TOTALLY out of line, AND THE OTHER TIME A NURSE SENT ME (2) little ONE dose Things of milk of magnesia, NOT SURE of correct SPELLING, Through ONE of THE officers on THE midnight shift, AND AS with ME REFUSING TREATMENT AT ANY TIME? THAT'S FUNNY, because I'm NOT getting THE TREATMENT I SO desperately "NEED" AND HAVE BEEN begging AND pleading FOR. ~~XXXXX~~ THE MEDICAL STAFF HERE AT Suwannee C. I. Annex IS REFUSING ME THE proper MEDICAL TREATMENT I NEED AND IGNORING EVERYTHING I'm complaining About AND TENDING TO only MY INFECTED ANKLES, AND doing A half job AT THAT, because THE MEDICINE EVEN SAYS TO APPLY TWICE A day TO highly INFECTED AREAS, but I only get IT APPLIED ONCE A day. AND THE TRUTH BE told MY ANKLES got like This from DRAGGING MYSELF ACROSS THE floor IN ...

1-23-2022
Elmer Williams
# 086916          CONTINUED ON 2nd PAGE
                  OF EXTENSION

CONTINUATION...
WILLIAMS, ELMER     To: SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
                    #086916  SUWANNEE C.I. ANNEX

APPEAL TO GRIEVANCE LOG# 2112-231-046

... CONFINEMENT TO GET TO AND FROM THE FOOD FLAP ON THE CELL DOOR SO I COULD GET MY FOOD TRAY AND MAIL, INCOMING AND OUTGOING. AND I RUBBED BOTH OF MY ANKLES TO THE BONE/RAW AND IT'S BEEN WELL OVER A MONTH AND A HALF AND MY ANKLES ARE STILL HIGHLY INFECTED INSPITE OF THE SWELLING IN MY FEET GOING DOWN. MY GRIEVANCE LOG# 2112-231-046 WAS DENIED WITHOUT PROPER REVIEW AND/OR INVESTIGATIONS ALSO INTHAT THERE'S NO PROOF TO MEDICAL TREATING ME FOR ANY OF MY COMPLAINTS, NO DOCUMENTATIONS, NO BETTERMENT IN MY CONDITION(S) NOTHING. HOWEVER, ON THE CONTRARY, I WAS COMPELLED TO DECLARE A MEDICAL EMERGENCY ON 1-7-2022 IN THE EARLY A.M. HOURS, I WAS RUSHED TO AN INFIRMARY CELL AND GIVEN AN I.V. SET UP AND A CATHETER WAS PUT IN MY BLADDER THAT RESULTED IN THE URINE BAG FILLING UP IMMEDIATELY, WHICH THE NURSE, NURSE HOLMES, STATED THAT I'M LUCKY MY BLADDER DIDN'T EXPLODE! I WEIGHED IN AT 245 lbs, TO DATE 1-23-22 I'M DOWN TO 207 lbs, FROM A LOSS OF WATER RETAINMENT. AND I STILL HAVE A CATHETER IN ME, AND I'M STILL IN THE INFIRMARY AND I'M STILL BEGGING FOR A WHEELCHAIR BECAUSE I'M STILL PARALYZED FROM MY CHEST DOWN, MY SPASMS ARE STILL SEVERE AND CUTTING OFF MY BREATHING, MY BODY ACKES FROM ROTATING FROM SIDE TO SIDE AND BEING ON MY BUTT TOO MUCH. I HAVE ONE BED SORE AND THE DOCTOR, DR. FIGUEROA HAS BEEN TO SEE ME TWICE SINCE MY ADMITTANCE AND HAS NOT ONCE BROUGHT MY MEDICAL FILE WITH HIM TO GIVE ME ANY INFORMATION (OR) TO TAKE NOTES. ALL SIGNS OF RETALIATION IN THE FORM OF NEGLECT, BARE MINIMUM MEDICAL TREATMENT, I'VE SIGNED NO CONSENT FORM (BLUE PAPER) TO BE SEEN BY MY PRIMARY DOCTOR FOR MY CANCER IN REMISSION, THE LIST JUST GOES ON... 1-23-2022   Elmer Williams #086916

## PART B - RESPONSE

| WILLIAMS, ELMER | 086916 | 22-6-04256 | SUWANNEE C.I. ANNEX | N2149S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 01/14/2022 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| *Michelle Schouest* | *T. Bowden* | 3/4/22 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med

## FLORIDA DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

[ ] **Third Party Grievance Alleging Sexual Abuse**

FEB 09 2022

TO: [ ] Warden   [ ] Assistant Warden   [x] Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams | Elmer | | 086916 | Suwannee C.I. Annex |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

22-6-04286

I'm writing this Appeal to Formal Grievance log # 2112-231-084 And Informal Grievance log # 231-2112-0089 (both Attached) on the fact that Nurse Morris violated protocol on examining me when I declared a Medical Emergency back on December 4th 2021 Me being in the infirmary and receiving medication and wound care at the present moment has "Nothing" to do with my issues filed back on December 4th 2021, I had severe chest pains [back] and passed out from the pain and Nurse Morris laughed at me and told me I had to do my Medical Emergency on the day shift when the doctor's here and walked away [scratched out] when I asked for his name, which I found out his name since I've been housed in the infirmary, which I'm using now, where as before I was identifying him by the time and date he worked 12-4-2021 at Approx 3am - 5am, This nurse signed an oath to protect and provide adequate care and he did not do that on 12-4-21 when I declared a Medical Emergency. He left me in severe pain and suffering and did nothing to Aide and assist me and I'm filing this official complaint so it can be documented and investigated, because someone with this type of coldheartedness doesn't need to be in the medical field and I'm going to see to it that this issue/complaint reaches the Health Department and any other source of importance because he left me for dead without a care in the world "and" he needs to be reported, not taken up for.

Respectfully Submitted

| 1-27-2022 | Elmer Williams # 086916 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND DC # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

\#     Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 31 2022

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ Institutional Mailing Log #: 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 _____

(Date)                                            (Received By)

07H

2112-(231)-084

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

MS

## PART B - RESPONSE

| WILLIAMS, ELMER | 086916 | 22-6-04645 | SUWANNEE C.I. ANNEX | N2149S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 01/14/2022 appropriately addresses the issues you presented.

Records reviewed indicate that you were seen by the Physician on 02/23/2022, where you could address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

Med

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
FEB 11 2022
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams, Elmer | 086916 | Suwannee C. I. Annex |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

22-6-04645

---

Part A – Inmate Grievance

This is an appeal to grievance log# 2112-231-083 in that the respondent did not properly investigate and/or address my complaint. Whatever nurse was on shift December 2nd 2021 refused to do my bloodwork while I was in P-Dorm cell-1104 "and" the records will reflect that I did not sign a refusal "and" I made it clear to the confinement officers on the midnight shift that I desperately needed to have my bloodwork done because I have prostate cancer in remission, "and" the last bloodwork indicated that my PSA level had jumped from 0.2 to 5.2 and I need to get my bloodwork done to see if it's increasing or not because "if" my PSA level is increasing then that's an indication that my cancer has returned "and" I'm on the clock for needing treatment, because without treatment "or" prolonging my treatment can "and" "will" lead to death. To date my PSA level is approx. "22," which although I've been put in to see my oncologist/primary prostate doctor, that does not justify what has been done to me in the past. This medical department at Suwannee C. I. Annex, specifically the nurse that was on duty December 2nd 2021 refused to do my bloodwork without a justifiable reason except to be vindictive and retaliating and I want them held accountable for delaying my medical needs and putting my health and life at risk, because for everyday this cancer is living inside my body without treatment(s) is another day my organ(s) are deteriorating and who knows at what rate?? I repeat, regardless of me being in the infirmary 24/7 now at present it doesn't justify the wrong doing of this nurse on December 2nd 2021 when they refused to do their job according the law/policy and procedures of medical and the Florida Health Department.

| 1-27-2022 | Elmer Williams #086916 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*****BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**     _____ / _____
                                                                                    #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006,

**MAILED/FILED**
**WITH AGENCY CLERK**

MAR 0 2 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-05262 | SUWANNEE C.I. ANNEX | N2149S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative review has been received and evaluated.  Your grievance was received in non-compliance with FAC Chapter 33-103.014(1)(g), in that you did not attach formal grievances 2112-231-083 and 2112-231-084.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner), to re-file your appeal to this office.  Attach a copy of this response to your re-filed grievance along with the DC1-303 form.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *S. Milliken*<br>SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/23/22<br>DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

FEB 18 2022

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams, Elmer | 086916 | Suwannee C.I. Annex |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**      22-6-05242

THIS is An Appeal To Informal Grievance log #231-2201-0015 And Formal Grievance log #2201-231-082 "Both Attached," The response on this issue was totally inapproprate in that my issue in this claim occurred on a totally different day then the rest of my claims, By law, every time I'm reviewed by my doctor or a nurse and I'm refused appropriate medical treatment I'm entitled to file Another complaint seperate from the one Already filed "especially" when my other claims have been denied And not properly investigated, If Anything or Anyone is in non-compliance it's this medical Doctor And medical department not me. My life is in jeopardy And my cancer is back and my PSA level is higher than ever even when I had full blown prostate cancer the #1 killer of men, Everyday my life is At risk And Dr. figueroa is not treating my condition As A life threatening issue. He's keeping me in An isolation cell confined to A bed with A catheter in me that's causing A urinary tract infection that's not being treated. My paralysis is not being treated, my lower hernia is not being treated, my prostate cancer is not being treated, my PSA has gone from 0.2 to 21 since October, my feet are dropping from NO support braces, my legs are skin and bones And locking up from no therapy. I mean the list goes on, but I'm suppose to just wait patiently when I'm under this kinda malicious medical non-care? No wheelchair, no pampers, no pain pills no up-date, no counseling. This is an official Complaint.

| 2-10-2022 | Elmer Williams #086916 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**        / 

\#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

2201-Ø3)082

FEB 11 2022      Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____      Institutional Mailing Log #: 230-22-098   UM.Sooey
            (Date)                                          (Received By)

**DISTRIBUTION:**        **INSTITUTION/FACILITY**        **CENTRAL OFFICE**
                    INMATE (2 Copies)                INMATE
                    INMATE'S FILE                    INMATE'S FILE - INSTITUTION./FACILITY
                    INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                     CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

MAR 0 2 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-05340 | SUWANNEE C.I. ANNEX | N2149S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed and evaluated.

In accordance with Chapter 33-103.014(m), there are no provisions in the Inmate Grievance Procedure for you to appeal a decision already rendered by this office.

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because you failed to follow instructions you received from Central Office in the response to appeal #22-6-03039 before reprocessing your appeal to this office.

Based on the foregoing information, your appeal is returned without action.

W. MILLETTE

---

| | *W. Millette* | 2/24/22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
FEB 18 2022

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams, | Elmer | | D86916 | Suwannee C.I. Annex |
|-----------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance        22-6-05340

As I stated in my Formal Grievance dated 1-16-2022, "I
never received a response to my Informal Grievance or
my Formal Grievance on the issue of Sgt. Richardson violating
protocol on refusing to call a stretcher for me when I fell
out of my bunk and hurt my back, neck and hip, and instead
had two inmates Leon Johnson and Frank Perry grab another
inmates wheelchair and pick me up off the floor and put me
in the wheelchair further injuring me. The Pass/Inmate Pass log
has a pass written by Sgt. Richardson for me for a medical
emergency "and" Audio video will also support my claim. THE
Rules of Chapter 33 on Grievance Procedures clearly states
that when the party does not respond in a timely fashion, I
have a right to proceed to the next level so long as I stipulate
this reason. I never got a copy of any responses and it's
not my responsibility to waste time writing classification about
a copy of a response when I'm on a time schedule. Where's my
response for my Informal Grievance dated 11-25-2021? The
Grievance system Here is unlawful and unfair to inmates.
I file all of my grievances in compliance and I attach all
of my responses when I get a response. I wish the system
would "stop" trying to find fault in the writing of a grievance
and focus more on these corrupt officers. This complaint
on Sgt. Richardson for violating protocol has never been
reviewed or investigated or noted. Where is the justice
Here? I'm exercising my Constitutional Right(s) to the fullest.

| 2-10-2022 | SEE ATTACHMENTS 10 Pg | Elmer Williams #D86916 |
|-----------|-----------------------|------------------------|
| DATE | 22-6-03039 | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**        ___/___

#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006,
Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by
Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and
processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the
institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the
grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FEB 11 2022        Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____        Institutional Mailing Log #: 230-22-099        UM Queen
(Date)        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

DF IDC
230
Sgt. Richardson

NS

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-07452 | SUWANNEE C.I. ANNEX | N2149S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

There are no provisions in the Inmate Grievance Procedure for you to appeal a decision already rendered by this office.

Therefore, your appeal is being returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**

MAR 1 4 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department

From or IF Alleging Sexual Abuse, on the behalf of:

| <u>Williams, Elmer</u> | <u>086916</u> | <u>Suwannee C.I. Annex</u> |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

Part A – Inmate Grievance

22-6-07452

This is a "Response" and/or "Appeal" to Formal Grievance log# 22-6-03639 where your response was based on a failure to look at the filing date on Formal Grievance log# 22-6-03639 of 1-23-2022 "AND" signed and dated submitted by the inmate on Jan 25-2022, Institutional Mailing log# 230-22-057. The Part B-Response to Formal Grievance log# 2112-231-046 was signed by Dr. Figueroa on Jan 03-2022 and signed by the Sgt. delivering the mail on 1-21-22 when it was placed in my hands while I was housed in the Infirmary cell# A2102 which has audio/video. I filed Formal Grievance log# 22-6-03639 (2) two days "after receiving it on 1-21-22, As indicated on the date signed and dated at the bottom on 1-23-2022, At the bottom on the "Receipt for Appeals being forwarded to central office" it clearly indicates that I submitted my Formal Grievance on 1-25-2022 so there's no way that my Formal Grievance should have been "Returned without action" when I did everything in compliance with chapter 33, The responsibility of the Grievance coordinator is to process and get my Formal Grievance to your office in a timely fashion, It's out of my hands once I file it in a timely fashion. Please look into this matter and process my Formal Grievance Accordingly, Thankyou in advance for your time and assistance in this matter, Respectfully Submitted

| 3-01-2022 | Elmer L Williams #086916 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _____ / _____

# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

FILED FORMAL GRIEVANCE
12-13-2021

RECEIVED
DEC 01 71
MEDICAL ADMIN
SUWANNEE C.I.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: HS
Team Number: _____
Institution: SUWANNEE ANNEX

TO: (Check One)
☑ Warden  ☐ Classification  ☐ Medical  ☐ Dental
☐ Asst. Warden  ☐ Security  ☐ Mental Health  ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Williams, Elmer | 086916 | P1-101-L | U/A | 11-24-21 |

**REQUEST**   Check here if this is an informal grievance ☑

THIS IS AN OFFICIAL COMPLAINT AGAINST NURSE JASON HOWELL TO PUT YOU AS THE WARDEN, ON NOTICE THAT THIS NURSE IS "PURPOSELY" DENYING ME AN AIDE IN WALKING, A WHEELCHAIR, WHEN I'VE REPEATEDLY TOLD him OF MY NUMBNESS AND PARALYSIS IN MY LEGS, WHICH AS A RESULT I'm BEING SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT, I HAVE A HERNIA AND A PASS THAT SAYS 15 lbs. MAX NO LIFT. NURSE HOWELL, CALLED ME A LIAR AND TOLD r TO hold ON TO THE MEDICAL WALL FOR SUPPORT TO MAKE IT BACK TO THE LOBBY, I WANT AUDIO/VIDEO HELD ON THIS INCIDENT THAT OCCURRED ON MY MEDICAL EMERGENCY, MY LIFE IS IN JEOPARDY

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature) Elmer Williams   DC# 086916   RECEIVED

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 231-2112-0026   DATE RECEIVED: DEC 01 2021

Audio/Video is a security matter. Your allegations against staff are unfounded. Nursing does not make the determination or issue wheel chairs. Order for a wheel chair is for a clinician. You have a pending appointment to be seen by a clinician. This matter was also addressed in Formal # 2112-231-004. It is not necessary to write multiple grievances concerning the same issue. Allow for response before writing another grievance. Multiple grievances will not speed up the process or the response.

Based on the above information, your grievance is Denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): R. CORBIN, ADMINISTRATIVE ASSISTANT SUWANNEE   Official (Signature): _____   Date: 12/7/21

Original: Inmate (plus one copy)

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.   physician

RECEIVED

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

JH
HS

## INMATE REQUEST

DEC 8 '21

MEDICAL ADMIN
SUWANNEE C.I.

Mail Number: _____
Team Number: _____
Institution: _SUWANNEE ANNEX_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Williams, ELMER | DC Number 086916 | Quarters P1-101-L | Job Assignment U/A | Date 11-24-21 |
|---|---|---|---|---|---|

**REQUEST**          Check here if this is an informal grievance ☑

I'm writing This Informal Grievance on Nurse Jason Howell for refusing me proper medical treatment after informing him That I'm having severe chest pains and I can't walk on my own at all. He claimed that my pinched nerve or anything I'm telling him would cause this effect. However, Audio/video from 11-18-21 to 11-24-21 in N-dorm - side 2 from 7am. til 7am around The clock will show me stumbling, falling down and unable to go To eat in chow hall unless there was someone that stayed back and was nice enough to loan me their wheelchair To be escorted to chow. After my spine is examined and my condition of being partially paralyzed is proven. This is an official complaint x I'm suing x

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) _Elmer Williams_ | DC#: 086916 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 231-2112-0028      **DATE RECEIVED:** _____

These issues were addressed in your Informal Grv. #
231-2112-0026 and Formal #2112-231-004.

| The following pertains to informal grievances only: |
|---|

Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

R. Cc.

| Official (Print Name): ADMINISTRATIVE... SUWANN... 04214/0... | Official (Signature): _R. Co_ | Date: 12/7/21 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

RECEIVED
DEC 16 21                                                              Mail Number: _____

**INMATE REQUEST**          **STATE OF FLORIDA**                        Team Number: _____
                            **DEPARTMENT OF CORRECTIONS**
                                                                        Institution: _Suwannee Annex_

MEDICAL ADMIN
SUWANNEE C.I

**TO:**    ☑ Warden              ☐ Classification       ☐ Medical          ☐ Dental
(Check One) ☐ Asst. Warden       ☐ Security             ☐ Mental Health    ☐ Other _____

| **FROM:** | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Williams, Elmer | D86916 | P1-101·L | U/A | 12-2-21 |

**REQUEST**                                    Check here if this is an informal grievance ☑

THIS is an Informal Grievance on me BEING Denied Going
TO Get my LABoRATORY {Bloodwork} SAMPLES DONE BECAUSE
I'm cRippled and CAN'T wALK "AND" BEING Denied A WHEELchAIR
TO Get TO and FROM WHERE I NEED TO Go. I AM HERE AT
SuwANNEE ANNEX FOR MEDICAL REASONS, And I would "NEVER"
REFUSE MEDICAL TREATMENT(s). I'm TOTALLY in THE CARE, CUSTOdy
And CONTROL of THE FLORIDA DEpt. of CORRECTIONS And I'm DEPEND-
ing And RELYing on you ALL TO provide me with WHAT I NEED
while in CUSTOdy. I'm in CONFINEMENT BECAUSE "I couldN'T" Go TO
I.C.T, Now "my life And HEALTH is in JEOPARDy "BECAUSE I'm BEING
DENIED A wheelchair when I CAN'T wALK So I CAN'T GET my Bloodw-
ORK DONE TO DETERMINE WHERE my PSA level is AT And whAt's wrong

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All ~~with me~~
informal grievances will be responded to in writing.

Inmate (Signature): _Elmer Williams_                    DC#: _D86916_

---

**DO NOT WRITE BELOW THIS LINE**                         RECEIVED

**RESPONSE**  230-2112-0048     **DATE RECEIVED:** DEC 06 2021

You are housed in confinement. Lab tech goes to P Dorm
to draw blood. If there is an order you will be on her
call out. ICT is not medical.

[The following pertains to informal grievances only:
Based on the above information, your grievance is ___Denied___. (Returned, Denied or Approved)  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: 12/14/21 |
|---|---|---|
| R. CORBIN ADMINISTRATIVE ASSISTANT SUWANNEE CI | | |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

7H
HS

# INMATE REQUEST

## STATE OF FLORIDA
### RECEIVED DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _Suwannee Annex_

| TO: (Check One) | ☑ Warden  MEDICAL ADMIN  SUWANNEE C.I. | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Williams, Elmer | 086916 | P1-101-1 | N/A | 12-4-21 |

## REQUEST
Check here if this is an informal grievance ☑

This is AN Official Complaint Against THE "MALE NURSE," HE REFUSED TO GIVE ME his NAME, For being very RUDE And denying ME MEDICAL TREATMENT, A MEDICAL EMERGENCY "For REASONS," QUOTE ON QUOTE, THAT I NEEDED TO get with day shift when THE dOCTORS hERE FOR A shOT OF PAIN MEDICAT-iON, WhICh IS FALSE INFORMATION. HE STRAIGHT UP REFUSED TO do his job. I'VE bEEN UP ALL Night IN EXCRUCIATING PAIN IN MY UPPER SPINAL cord And shoulder blade, Audio/video will play out my loud MOANS And groANS And scREAMS FROM THE PAIN ANd MUSCLE SPASMS THAT hAVE bEEN CONSTANT. I'm sweating profusively And CAN NOT sLEEp And it's dRIVING ME CRAZY INSANE! I NEED A shOT OF PAIN MEDICATION DESPERATELY, They hAVEN'T EVEN brought ME my PAIN MEDS ORdERED A MONTh AGO, I'm being TREATED like I'm LESS THAN humAN hERE AT SUWANNEE by these NURSES, Sick CALL WAS FILED 9 dAYS

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. Pg(1) of (2) ✱ SEE ATTACHMENT ✱

| Inmate (Signature): _Elmer Williams_ | DC#: 086916 |
|---|---|

RECEIVED

---

## DO NOT WRITE BELOW THIS LINE

### RESPONSE   231-2112-0089
FORMAL 2112-231-084

DATE RECEIVED: DEC 13 2021

Your accusations against the Health care Staff are unfounded and there is no indication you have been denied medical care or treatment and no retaliation from the medical Staff. You were ordered Acetaminophen on 12/21/21. You can also get this from your dorm officer or through sick call. The clinician reviewed your chart. Audio/Video is maintained by security and not medical. You can still access sick call or EMID as needed. If an EMID (Emergency) is declared by you + nursing determines it to NOT be Emergent you can still be charged a copay.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): R. CORBIN ADMINISTRATIVE ASST. SUWANNEE C.I. | Official (Signature): R Col | Date: 12/21/21 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Suwannee Annex

NAME                    DC#      DORM        DATE

FROM: WILLIAMS, ELMER, #086916, P1-101-L        12-4-21

RECEIVED
DEC 8 21

MEDICAL ADMIN
SUWANNEE(S)

CONTINUED - ATTACHMENT pg. (2) of (2)        Informal Grievance

TO CORRECTION, 10 <u>days ago</u>, AND I STILL HAVEN'T SEEN
A NURSE/DOCTOR ASIDE FROM WHEN I'M DECLARING A
MEDICAL EMERGENCY AND EVEN THEN WHEN I SEE THIS
NURSE HE DOESN'T EVEN LET ME FINISH EXPLAINING
MY SYMTOMS AND PAIN? HE DOESN'T EVEN GET ME
PULLED OUT OF MY CELL TO CHECK MY VITAL SIGNS? HE
TALKS TO ME THROUGH THE CELL DOOR AND HIDES HIS
FACE. AND WHEN I "TRY" TO EXPLAIN FURTHER HE
SMIRKS AT ME AND TELLS ME THAT I HAVE TO DO MY
MEDICAL EMERGENCY ON DAY SHIFT WHEN THE DOCTOR
IS HERE AND WALKS AWAY, AND I CALLED AFTER HIM
TO GIVE ME HIS NAME AND HE JUST KEPT GOING WITH-
OUT A CARE IN THE WORLD, CONFIDENT THAT HE CAN
GET AWAY WITH NOT DOING HIS JOB. I KNOW I'M IN
PRISON, AND I DO MY TIME WELL, BUT I HAVE TO FILE
ON THIS ISSUE BECAUSE THIS NURSE WAS JUST TOO COLD-
HEARTED AND BIASED FOR ME TO ACCEPT LAYING DOWN.
AND THIS IS ALL A PART OF RETALIATION FOR ME
WRITING NURSE JASON HOWELL UP FOR HAVING THE SAME
ATTITUDE. IF IT'S GOING TO BE LIKE THIS HERE FOR ME
I'M ███████ IN FEAR OF MY LIFE AND IN FEAR OF
MORE RETALIATION. I MIGHT BE POISONED OR WHO
KNOWS WHAT EXTENT THESE PEOPLE WITH EVIL WAYS
WILL GO TO GET VENGEANCE? I'M HURTING AND SUFF-
ERING AND GETTING WORSE DAILY, AND MEDICAL HAS THE
REMEDY TO "RELIEVE MY PAIN" BUT IS PURPOSELY
KEEPING IT FROM ME AND TAUNTING ME AND TRYING
TO "PROVOKE ME," ALL IN VIOLATION OF F.L.D.O.C.'s
POLICY AND PROCEDURES CODE OF CONDUCT AND I
WANT THIS COMPLAINT DOCUMENTED, PLEASE AND
THANK YOU. RESPECTFULLY SUBMITTED

Elmer Williams    # 086916    12-4-21

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _Suwannee Annex_

| **TO:** (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| **FROM:** | Inmate Name Williams, Elmer | DC Number 086916 | Quarters J2131S | Job Assignment Houseman | Date 1-4-22 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

This is an Informal Grievance against Dr. Figueroa for deliberate indifference in that he has denied me getting a wheelchair when he can see I can't walk, for not marking my medical file Emergency when he can see that I've gone from walking to paralyzed since coming here to Suwannee C.I. Annex, for denying me a dressing change pass and a diaper pass when he can see that my ankles have big holes in them that are swollen and full of infection and I told him that my stomach, legs and feet are numb and stiff and I have severe nerve damage that cause severe muscle spasms that occur sporatically and I can't get on toilet so I soil my pants and he refuses me diapers. I'm suffering and dying at the hands of this doctor and I need immediate medical attention.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. _CONTINUED PAGE #2_

Inmate (Signature): _Elmer Williams Jr._   DC#: 086916

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE   231-2201-0005

DATE RECEIVED: JAN 05 2022

RECEIVED

You are housed in the infirmary for daily care and medications ordered. Consult pending and wound care orders. Your allegations against the Dr. are unfounded and no retaliation has been acted upon by him. Dr. Figueroa is monitoring your care & treatment.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | Official (Signature): | Date: 1 12 22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

CONTINUED: INFORMAL GRIEVANCE:                              1-4-22

MY LEGS, FEET, ANKLES, THIGHS AND CALVES ARE
EXTREMELY SWOLLEN AND I'M BEING DENIED IMMEDIATE
EMERGENCY ATTENTION. HE DOESN'T EVEN TREAT ME
FOR THE OBVIOUS. THIS INACTION IS A FORM OF
RETALIATION ON ME FOR WRITING GRIEVANCES OF THE
MEDICAL DEPARTMENT. I'M BEING DENIED PROPER
MEDICAL CARE, DR. FIGUEROA IS DELIBERATELY BEING
INDIFFERENT TO MY MEDICAL NEEDS.

                           Respectfully Submitted

                    ·        ELMER WILLIAMS # 086916
                            Elmer Williams #086916


   I SAW DR. FIGUEROA ON 12-19-2021 AT APPROX.
2:30 — 3:00 PM AND HE LISTENED TO MY COMPLAINTS
HOWEVER, DENIED ME ANY ASSISTANCE, AS A RESULT
MY CONDITION HAS WORSENED THE SWELLING HAS
SPREAD UP TO MY CALVES, KNEES AND THIGHS
AND MY STOMACH IS SO BLOATED, TIGHT AND
HARD THAT MY BREATHING HAS BECOME LABORED.

                        Elmer Williams #086916

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 2112-231-046 | SUWANNEE C.I. ANNEX | J2131S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
Your allegations against the health care staff are unfounded. There is no indication that you have been denied access to medical or denied medical care. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. You have been seen and treated in sick call. You are followed in CIC's for your documented illnesses. Per dorm staff you have not been seen crawling on the floor. If you are experiencing the pain and issues listed in this grievance you should declare and Inmate Medical Emergency (EMID) to be seen immediately. Access sick call as needed and listen for call outs.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 12·30·21

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

JAN 0 3 2022

| _____ | _____ | 12·29·21 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

_A/ Tigueros_

_Received in mail_

_1-21-22_

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7a
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

_Williams, Elmer_   _086916_   _Suwannee Annex_
Last    First    Middle Initial          DC Number          Institution

### Part A – Inmate Grievance

I'm Appealing Informal Grievance Log #231-2112-0026 RESPECT-
Fully, in that my Allegations AGAINST NURSE JASON HOWELL ARE PROVEN
by his failure to provide care equal to or above community
standards, quality of care, ~~and failed~~ AND NEGLECT. As A
direct result of his actions I'm crawling around on the floor,
urinating in a sandwich bag, I haven't ~~go~~ had A bowel
movement in over A week, my spinal injuries have bec-
ome more severe, I've fallen out of bed A couple of times
back when I was Able to get up in my bed, And injured
both hips, I'm rupturing my hernia with each passing day
that I have to crawl Around on floor. He may not be in
position As A NURSE to issue A wheelchair, however he does
suppose to have the experience to assess my medical
needs and report them to A doctor, And determine
whether the need to see A doctor is routine, urgent
or An emergency, And in my case I definitely
require hospitalization at this point as for I would
be And Am going to be hospitalized once the procrasti-
nation stops And I get to see A professional doctor.
I'm in excruciating pain "constantly" my intestines
Are numb and rock hard, my legs are completely
numb Along with my lower back, I've gone completely
paralyzed and haven't had A bowel movement in over A
week and I'm eating full course meals, I've written several
grievances because each day And each episode is Another
day of suffering for me. Elmer Williams 086916

12-13-2021
DATE    my file should be marked emergency. CONTINUED pg (2)

SIGNATURE OF GRIEVANT AND D.C. #

\***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

2112-231-046

_____/_____
#              Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

Receipt for Appeals Being Forwarded to Central Office

DEC 16 2021

Submitted by the inmate on: _____   Institutional Mailing Log #: _____
                              (Date)                                                      (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

SEE ATTACHED RESPONSE

29/30

NAME: Williams, Elmer     OC#: 086916     INSTITUTION: Suwannee Annex

CONTINUED pg (2)

* NO OUTSIDE MEDICAL STAFF would TREAT A patient So cruelly, - Because in the hospice condition I'm in, and being paralyzed and having to drag myself around and my legs going into major spasms every time I move and shift my lower back I'm beating my ankles and hips up, my shoulder blades are shot, I'm sitting and sleeping on an ice cold floor because I can't get up in my bed. I'm 55 years old with a possible swollen prostate because my ASA is back up from 0.2 to 5.2, I'm disgustingly filty because they've only borrowed a wheelchair 3 times in 19 days to get me to and from the handicap shower and now you're telling me that there's not going to be a speedy process when I'm being subjected to cruel and unusual punishment with each passing day? I can not compel medical to give me the medical treatment I so desperately "NEED," however medical can't say that I did not tell them what was going on with me. My chest hurts, I've put in multiple sick call request and I've heard nothing back. This is not the way these emergency issues are suppose to be handled, I know, I've been in and out of the system for 39 years. Please send me back to RMC where the medical staff are more concerned about us inmates in a crisis situation. My intestines are about to explode from not having a bowel movement in over week, I'm dying and can't get immediate help. Respectfully Submitted,

12-13-2021     Elmer Williams

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| WILLIAMS, ELMER | 086916 | 2112-231-047 | SUWANNEE C.I. ANNEX | P21051 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

06 (INSTITUTIONAL OPERATIONS)

| 12/16/21 | 2112-231-047 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART B - RESPONSE**

| **WILLIAMS, ELMER** | **086916** | **2112-231-083** | **SUWANNEE C.I. ANNEX** | **H2102S** |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
The responses to your attached informals were addressed appropriately. You are being seen and treated for your medical issues with medication, wound care and have been placed in the infirmary with 24/7 access to medical. The staff are following proper care and treatment procedures. There is no indication that you have been denied access to medical, been treated with deliberate indifference, nor retaliated against or denied medical care. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing. The clinicians are following your medical needs and care and have a treatment plan that has been addressed with you on round in the infirmary.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 1·17·22

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

| Alexis Figueroa, MD Physician Suwannee CI | B. _____ | 1·14·22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7a

HS.

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams, Elmer | D86916 | Sowannee Annex |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Obviously there's been over-sight in this case, because, as usual
I'm filing an appeal to the Informal Grievance log # 230-2112-0048
for the reasons that my issue was not properly investigated
and/or address, in that responder is "constantly" telling me
policy and procedures when "I know them all too well, I
have close to 40 years experience." My claim of being denied
having my blood taken to check my PSA level to see if my
cancer is still in remission "or" spreading could "and" could be
proven by just simply looking in my medical files. It's not
professional "or" appropriate "or" D.O.C.'s policy and proced-
ure to "assume" that my allegations and accusations against
your medical staff are unfounded, because then you're
cosigning negligence and deliberate indifference and
subjecting me denial of due process and equal protection
of the law. I'm being retaliated against and I'm seeking
justice. Respectfully Submitted

See Attachment:
Informal Grievance log #
230-2112-0048

---

| 12-24-21 | Elmer Williams 086916 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____**

2112-231-083                                                                          #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006,
Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

## PART B - RESPONSE

| WILLIAMS, ELMER | 086916 | 2112-231-084 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
The responses to your attached informals were addressed appropriately. You are being seen and treated for your medical issues with medication, wound care and have been placed in the infirmary with 24/7 access to medical. The staff are following proper care and treatment procedures. There is no indication that you have been denied access to medical, been treated with deliberate indifference, nor retaliated against or denied medical care. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing. The clinicians are following your medical needs and care and have a treatment plan that has been addressed with you on round in the infirmary.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 1·17·22

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Alexus Figueroa, MD
Physician
Suwannee CI

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1·14·22 DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7H
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| Williams, Elmer | 086916 | Suwannee Annex |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

### Part A – Inmate Grievance

This is an APPEAL to Informal Grievance Log #231-2112-0089, in that the responder failed to PROPERLY investigate and address my complaint. Because I was denied medical attention when I declared a medical emergency call for help while I was in confinement. The responder claims that my accusations are unfounded, however you cannot show where I received any medical attention while I was in confinement "AND" I put in over 7 sick call REQUEST. If you continue to turn a blinds eye to the neglect and abuse and malpractice of your medical staff there's going to be a lot of sickly people getting sicker and a lot of deliberate indifference grievances and complaints being filed to the health department. Just because I'm an inmate does not give your medical staff justification in ignoring my cries for help and denying me medical treatment. At present my ankles and badly infected and swollen and rubbed raw to the bone and your doctor Dr. figuerero, not sure of correct spelling saw these wounds and didn't so much as order any antibiotics or give me a pass for addressing change. There's just too much retaliation going on in the medical dept. here at Suwannee Annex "AND" when I file on it the responder doesn't even take the initiative to call me out to observe me and/or interview me "to see" what's going on with me, so how could you know that my allegations are unfounded? I've gone totally paralyzed here at Suwannee Annex, I'm suffering too much and in too much pain and getting no help, it's like medical is non existent here, I'm sitting in piss and feces right now that's enough proof to prove my case.

| 12-24-21 | Elmer Williams 86916 |
|---|---|
| DATE (SEE ATTACHMENT A) | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                                                    #          Signature

2112-231-084

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

DEC 29 2021

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____     Institutional Mailing Log #: _____       cm. Steep
                                        (Date)                                                                                      (Received By)

**DISTRIBUTION:**   **INSTITUTION/FACILITY**          **CENTRAL OFFICE**
                             INMATE (2 Copies)                     INMATE
                             INMATE'S FILE                           INMATE'S FILE - INSTITUTION./FACILITY
                             INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                                           CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

SEE ATTACHED

14/17

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 2201-231-082 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Your request for administrative remedy has been received in non-compliance with Inmate Grievance Procedure, Per Chapter 33-103.014(1)(p), grievance may be returned to the inmate without further processing if the inmate has filed more than one appeal of a grievance. This was responded to on Grievance log number 2112-231-083 & 084. You are advised that the filing of multiple grievances regarding the same issue will only impede the inmate grievance procedure not hasten a reply.

Based on the above information, your grievance is returned without action.

MAILED 2·2·22

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY: UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

| | | |
|---|---|---|
| _____ | _____ | 2·1·22 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

R. Laubaugh
Medical Director
Madison

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TH
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| _Williams,_ | _Elmer_ | | _086916_ | _Suwannee C. I. Annex_ |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

This is an Appeal to Informal Grievance log# 231-2201-0015? (Attached) in that my Informal Grievance was not properly investigated and dealt with which is very disturbing. The "Only" reason I'm in the infirmary is because my family contacted the Regional Director Mr. Palmer and filed a complaint to him and sent him pictures of my legs, feet, ankles and thighs swollen to compacity and pictures of my ankles scrapped to the bone, swollen and oozing with infection. Other than Stephanie Boudreau's complaining to Mr. Palmer, and sending proof via those photographs and Mr. Palmer getting involved, I wouldn't be in the infirmary. However since writing Informal Grievance log# 231-2201-0015, "and "being in the Infirmary has made little to no difference at all to my "overall" health issues. Dr. Figueroa, for some reason, still violates the Deliberate Indifference Law(s) in dealing with my medical issue(s). I've done my part by telling him "repeatedly" on numerous occasions what I'm feeling and experiencing with my body, specifically I've told him about my numbness in my legs, feet, thighs, stomach and lower back" and my paralysis in my legs and lower back "and" my severe muscle spasms in my legs and stomach that cuts off my breathing that occur mostly when I change positions after sleeping or sitting up for awhile and then in my adjustable bed, lying down straight and lowering my bed out straight. I've told him about the reasons for my muscle spasms during dressing change of my ankles because I have a nerve sensitivity going on that when I touch my penis, genitals or my wounds my legs will jump and twitch and spasm, or when I've been sitting up in a wheel-

| 1-23-2022 | CONTINUED (2) more pgs. _Elmer Williams #086916_ |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

SEE ATTACHED Informal Grievance

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** \_\_\_\_\_ / _____

2201-231-089

# | Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 2 5 2022     Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____
(Date)                          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

To: WARDEN
From: WILLIAMS, ELMER #086916   SUWANNEE C.I. ANNEX
(CONTINUATION)

Appeal to Informal Grievance log # 231-2201-0015.
... chair my feet and legs will have continuous spasms
and nerve twitches that cause my feet to continuously
slip off the paddles and fold up underneath the
wheelchair all on there own accord, And Dr. Figueroa
will listen briefly and brush me off with a comment
unrelated with what I just complained about, "Still
denying me a wheelchair." I've gotta be the only inmate
in medical that doesn't have an "assigned wheelchair" at his
ready availability, I've told Dr. Figueroa about my loss of
muscle control in my lower back which I can't sit up on my
own without support nor remain sitting up on my own
without support "along with" my muscle spasms and
nerve twitches which causes my legs and thighs to
clamp together on there own accord, which in combin-
ation prevents me from being able to get on the toilet
to defecate because I can't straddle the toilet nor
remain sitting upright on the toilet, And Still
Dr. Figueroa refuses to give me a pass for Diapers. My
Catheter has been in for 16 days and cleaned only one
time. I've gone from being bloated, to my legs turning
into skin and bones from rapidly daily decrease in my
muscle tissue from my paralysis and lack of movement
and lack of therapy and the delayed progress with me
not getting the professional/specialist doctor care that
is so obvious that I need. It's like I'm in the care of a
mad scientist that is trying to come up with a majic
potion that is going to majically make all of my ailments
go away, Dr. Figueroa doesn't even bring my medical
file with him when he comes to see me, which has
only been twice in 16 days. He doesn't update me on the
results of my X-rays, bloodwork or anything of relevance,
continued... 1-23-2022   Elmer Williams #086916

To: WARDEN

From: WILLIAMS, ELMER #086916    Suwannee C.I. Annex
(Informal)
continuation Appeal to (Grievance) log # 231-2201-0015

... And what he does say is things like: oh, if what you have is what I think you have then it'll probably be about 5 years before you get better and if you're faking and making yourself like this then it'll be 10 years before you get better. Which is weird for a doctor to say. And then Dr. Figueroa goes on to say that he's not giving me anything until he can prove what's wrong and "justify" giving it to me, which we know is impossible because only an MRI is going to be able to determine the extent of my nerve damage "and" to start that process I need to see a nerve specialist A.S.A.P.. Dr. Figueroa and his staff of nurses have been giving me nothing but mental abuse and neglect and ignoring all of my cries for help since before I went all of the way paralyzed way back in November 2021 and to date 1-23-2021 I am completely paralyzed, need diapers, have a catheter in me for the past 16 days, have gone from 245 lbs. to 207 lbs in 16 days. I'm losing muscle mass daily. My ankles are still badly infected and stinky. I'm still having the worst muscle spasm and cramps in my legs and stomach, I have "very" painful bowel movements, my body is in excruciating pain from being confined to bed and compelled to shift from side to side rotating the pressure(s) from one hip to the other, and rotating the weight from one ankle to the other because if one ankle stays pressed up against the matt too long I'll get muscle spasms and twitches that grinds the ankle into the matt and irritates it, I get nothing for the pain but Tylenol so there's no relief for me under Dr. Figueroa's malicious care. Respectfully Submitted
1-23-2022        Elmer Williams #086916