**231-SUWANNEE C.I. ANNEX**  
5965 US Hwy 90  
Live Oak, FL 32060  
Main: 3869636358 Fax: 3869636337

3/22/2022

Inf Progress Rec  
Date of Service: 1/12/2022

**ELMER   WILLIAMS**  
Male DOB:                                                                    217136

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES  
**INFIRMARY PROGRESS RECORD**

**Institution:**  
231-SUWANNEE C.I. ANNEX

**Date:** 01/12/2022   **Time:** 10:04 PM   **Discipline:** N=Nursing

**Comments:**  
Pt out of bed sitting up in the wheelchair. Orderly assisted imp back in bed. Dressing to   right and left ankle done. Dressing off.   foul odors coming from wound on left ankle. currently on cipro 500mg twice a day.. A&0x3.   C/0 that wd care was not given for the last 2 days. Pt states he"ll be glad when he has his mri done to found out what"s going on" Report will be given to oncoming nurse. Resp. even and unlabored..

DC4-714A Infirmary Progress Record   (Revised 07/19/17)  
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

Signed By: Wilson, Angela at 1/12/2022 10:19:49 PM  
Signed By: Figueroa, Alexis at 1/13/2022 2:09:29 PM

1 of 1