**231-SUWANNEE C.I. ANNEX**  
5965 US Hwy 90  
Live Oak, FL 32060  
Main: 3869636358 Fax: 3869636337

3/22/2022

Inf/Hosp Daily Nur Eval  
Date of Service: 2/9/2022

**ELMER   WILLIAMS**  
Male DOB:                                           217136

## FLORIDA DEPARTMENT OF CORRECTIONS

### INFIRMARY/HOSPITAL DAILY NURSING EVALUATION
**ISOLATION:** No  
**NEGATIVE AIRFLOW MAINTAINED:** NO  
**Allergies:**  
* NO KNOWN DRUG ALLLERGIES (Critical)

### REVIEW OF BODY SYSTEMS
NORMAL NEUROLOGICAL  
Alert and oriented x3; follows commands; speech clear and appropriate; motor response; moves all extremities

### NEUROLOGICAL FINDINGS
Motor deficit  
**Comments:** BLE weakness  
NORMAL CARDIOVASCULAR  
Heart rhythm regular, brisk capillary refill, no edema, peripheral pulses present by palpation  
**Bruit: Auscultate:** No  
**Thrill:Palpate:** No  
CARDIOVASCULAR FINDINGS  
Within normal limits  
NORMAL PULMONARY  
Respirations even, unlabored; lung sounds clear; no cough, respiratory rate 16'96 24  
PULMONARY FINDINGS  
Within normal limits  
NORMAL GI  
Abdomen soft,   non-distended, nontender, bowel sounds present in all 4 quadrants, no N/V, diarrhea, constipation  
GI FINDINGS  
Within normal limits  
NORMAL GU  
Urine clear, yellow to amber.   No difficulty voiding.   No bladder distention.  
GU FINDINGS  
Within normal limits  
Burning  
**Comments:** c/o burning at entry site with small amt's of drainage around penis  
Foley/Suprapubic/Nephrostomy  
**Comments:** 18fr/   foley to be changed today  
NORMAL MUSCULOSKELETAL  
Moves all extremities independently, full / spontaneous ROM; self care; independent bed mobility, transfers; steady gait; ambulates without assistive device; absence of joint swell-ling or tendernes  
MUSCULOSKELETAL FINDINGS  
Weakness; Location:  
**Comments:** BLE weakness, has not ambulated since admission

### PAIN MANAGEMENT

**231-SUWANNEE C.I. ANNEX**  3/22/2022
5965 US Hwy 90
Live Oak, FL 32060  Inf/Hosp Daily Nur Eval
Main: 3869636358 Fax: 3869636337  Date of Service: 2/9/2022

**ELMER   WILLIAMS**
Male DOB:  217136

**Comfort Goal:** 0
**Pain Scale** 0
Pain Scale used:  0-10 with 0 = no pain to 10 = excruciating / worst pain ever
Sedation Scale:
S= Normal sleep, easy to arouse, oriented when awakened, appropriate cognitive behavior
1= Wide awake-alert or at baseline, oriented, initiates conversation
2= Drowsy, easy to arouse, but oriented and demonstrates appropriate cognitive behavior when awake
3= Drowsy, somewhat difficult to arouse, but oriented when awake
4= Difficult to arouse, confused, not oriented
5= Unarousable
N/A

## IV SITE ASSESSMENT- 1-2 sites

## BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK: To be completed on every Day Shift
**Last Score with date:**
16 (02/08/2022 8:00:00 AM)
**Last Risk Level:**
AT RISK (02/08/2022 8:00:00 AM)

**Assess Braden Scale now:** Yes
**New score:**
17
**RISK LEVEL:** AT RISK

Scoring: 15-18 AT RISK
Scoring: 13-14 MODERATE RISK
Scoring: 10-12 HIGH RISK
Scoring: Less than or equal to 9 VERY HIGH RISK
## TURNING / POSITIONING SCHEDULE

## INTERVENTIONS/TREATMENTS : Staff member to check all applicable boxes
**SHIFT:** DAYS
**Bath- select one:** Self bed bath
**AM & PM Peri care:** Yes
**Bedrest:** No
**Specialty Bed:** No
**OOB/Chair:** Yes
**BRP:** Yes
**Ambulated with Assistance:** N/A
**Up Ad Lib:** Yes
**BSC:** N/A
**Side Rails Up:** Yes
**Bed Low and Locked:** Yes
**ROM:** N/A
**Anti-Embolitic Device or Hose:** No
**Ice pack x15 minutes:** No
**Full Body Skin Assessment:** Yes

**231-SUWANNEE C.I. ANNEX**  3/22/2022
5965 US Hwy 90
Live Oak, FL 32060  Inf/Hosp Daily Nur Eval
Main: 3869636358  Fax: 3869636337  Date of Service: 2/9/2022

**ELMER   WILLIAMS**
Male DOB:  217136

**Trach Care:** No Trach
**Incentive Spirometry:** N/A
**Suctioning:** N/A
**Aspiration Precautions:** N/A
**Seizure Precautions:** N/A

## WOUND EVALUATION AND TREATMENT RECORD
**#1 Wound Start Date:** 12/2021
**Wound Location:** rt ankle
**Type of Wound:** Pressure ulcer
**Wound Stage if Pressure Ulcer:** Stage II
**Drainage Type:** Serous
**Drainage Amount:** Small
**Treatment:** Other
**Explain:** wet/dry
**#2 Wound Start Date:** 12/2021
**Wound Location:** lt ankle
**Type of Wound:** Pressure ulcer
**Wound Stage if Pressure Ulcer:** Stage II
**Drainage Type:** Serous
**Drainage Amount:** Small
**Treatment:** Other
**Explain:** wet/dry
Measurement- Every Thurs.
**Additional notes on Wound Eval and Treatment:** rt ankle is 0.4cm diameter and 0.2cm in depth, lt ankle is 0.8cm diameter and 0.5 cm in depth good granulated tissue to both with no s/s of infection
**Pressure Ulcer Healing Chart, DC4-803 completed initially and then every Thursday day shift on all identified ulcers:**   Yes
Average healing time for pressure ulcers: Stage 1 -14 days. Stage 2 - 45 days. Stage 3 - 90 days. Stage 4 -120 days.   www.emedicine.com
Day Shift Assessment Nurse:   Complete a fall assessment, using DC4-684A, daily on all Acute Admissions and weekly on all Chronic Admissions and document the patien'92s score and risk level below.
DC4-684 Infirmary/Hosptial Daily Nursing Evaluation    (Revised 08/01/17)
This form is not to be amended, revised, or altered without       approval of the Office of Health Services Administration.


**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**231-SUWANNEE C.I. ANNEX**  3/22/2022
5965 US Hwy 90
Live Oak, FL 32060  Inf/Hosp Daily Nur Eval
Main: 3869636358 Fax: 3869636337  Date of Service: 2/9/2022

**ELMER   WILLIAMS**
Male DOB:  217136

**IV/Heparin Lock** No (0)

**Gait/Transferring**
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:  0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**


**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
3-Slightly Limited

**Moisture - degree to which skin is exposed to moisture:**         4-Rarely Moist

**Activity - degree of physical activity:**         1-Bedfast

**Mobility - ability to change and control body position:**         3-Slightly Limited

**Nutrition - usual food intake pattern:**         4-Excellent

**Friction and Shear:**         2-Potential Problem

**Total Score: 17**         **Risk Level:** AT RISK

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**231-SUWANNEE C.I. ANNEX**                                              3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                              Inf/Hosp Daily Nur Eval
Main: 3869636358 Fax: 3869636337                          Date of Service: 2/9/2022

**ELMER   WILLIAMS**
Male DOB:                                    217136


Signed By: Holmes, Elizabeth at 2/9/2022 8:59:30 AM