**231-SUWANNEE C.I. ANNEX**                                          3/22/2022
5965 US Hwy 90
Live Oak, FL 32060                                               Inf Progress Rec
Main: 3869636358 Fax: 3869636337                        Date of Service: 2/8/2022

**ELMER   WILLIAMS**
Male DOB:                              217136

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
231-SUWANNEE C.I. ANNEX

**Date:** 02/08/2022   **Time:** 3:03 PM   **Discipline:** M= MD/CA/ARNP


**Comments:**
S: "I need to go back to urology because my PSA is elevated again"
O:Patient was previously treated for prostate cancer and reports that he was taking Eligard at one point.
He stated that his PSA came down to normal range and everything has been doing well. Labs that were
received on 1/11/2022 shows a PSA of 21.00. He was started on Cipro 500mg BID x 21 days and patient
had a urology referral completed by a previous institution but found out that it had never been submitted.
A: S/P treatment for prostate Ca
      Elevated PSA
P: Referral to Urology for further evaluation
E: referral process explained to patient, acknowledges understanding

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.




Signed By: Abbott, Tony at 2/8/2022 3:12:25 PM