TB231-SUWANNEE C.I. ANNEX  
5965 US Hwy 90  Live Oak, FL 32060  
3869636358  Fax: 3869636337

August 5, 2022  
Page 1  
FL Infirmary

**ELMER WILLIAMS**  
DC#: 086916  
Race/Sex: Black or African American / Male  
DOB:  
Facility: 231-SUWANNEE C.I. ANNEX

**05/25/2022 - FL Infirmary: Inf Progress Rec**  
**Provider: Alexis Figueroa MD**  
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES  
**INFIRMARY PROGRESS RECORD**

Institution:  
231-SUWANNEE C.I. ANNEX

Date: 05/25/2022  Time: 10:22 AM  Discipline: M= MD/CA/ARNP

**Comments:**  
S: Inmate lying bed, easily awakened, no complaints voiced  
O: Alert and oriented to person, place, time, NAD noted, Very much dependent with ADL's, Able to voice needs.  
A: Mr. William it is a 55-year-old black male with history of prostate cancer treated with Androgen deprivation and radiation therapy with good response in the pass. Patient was seen on 05/16/2022 with recommendations to start in Eligard 30 mg SC q 4 months and Casodex 50 mg po qd x 1 year. he was also placed in the infirmary due to his inability to care for himself at this time. Patient develop presure ulcer over gluteal areas that require attention. Also has a terminal Prostatic-metastatic cancer that i believe will couse patient to deteriorate over the next few months.  
P: Continue with POC.

DC4-714A Infirmary Progress Record  (Revised 07/19/17)  
This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Alexis Figueroa MD on 05/25/2022 at 10:26 AM**