**209-R.M.C.- MAIN UNIT**
7765 S CR 231, Lake Butler, FL, Union 32054
(386) 496-6000  Fax: (386) 496-2069

10/27/2022  12:04 PM
Page   1
Medications Report

**ELMER WILLIAMS**
56 Years Old Male   DOB:                        217136

**Medications**

**CHANGE FOLEY CATH Q 30 DAYS,  Change Foley cath q 30 Days**         Prescriptions/Refills

   Med Status: Active Medication
   Last Refill:
   Start Date: 05/17/2022
   Stop Date: 05/17/2023
   Stop Reason:
   Entered By: Alexis Figueroa MD
   Entry Date: 05/17/2022  6:45 AM
   Comment: DOT

#1 monthly x 11,   05/17/2022, Alexis Figueroa MD

**BICALUTAMIDE 50 MG ORAL TABS (BICALUTAMIDE),  1 PO QD**         Prescriptions/Refills

   Med Status: Active Medication
   Last Refill:
   Start Date: 08/29/2022
   Stop Date: 08/29/2023
   Stop Reason:
   Entered By: Maricelis Irizarry-Ortiz MD
   Entry Date: 08/29/2022  12:40 PM
   Comment: DOT

#365 x 0,   08/29/2022, Maricelis Irizarry-Ortiz MD

**ELIGARD 30 MG,  30 Mg SC q 4 Months**         Prescriptions/Refills

   Med Status: Active Medication
   Last Refill:
   Start Date: 05/17/2022
   Stop Date: 05/17/2023
   Stop Reason:
   Entered By: Alexis Figueroa MD
   Entry Date: 05/17/2022  7:10 AM
   Comment: DOT, Starting NOW, Inject each dose within 30 minutes of mixing

#4 vial x 0,   05/17/2022, Alexis Figueroa MD

**PHENERGAN 25 MG/ML INJECTION SOLUTION (PROMETHAZINE HCL),  give 25 mg im bid prn for vomits**         Prescriptions/Refills

   Med Status: Active Medication
   Last Refill:
   Start Date: 08/22/2022
   Stop Date: 11/20/2022
   Stop Reason:
   Entered By: Maricelis Irizarry-Ortiz MD
   Entry Date: 08/22/2022  2:26 PM
   Comment:

#30 x 0,   08/22/2022, Maricelis Irizarry-Ortiz MD

Report run by Lisa Gibson CNA

WilliamsE 000800