**Gmail** James Cook &lt;cookjv@gmail.com&gt;

## RE: Inmate Elmer Williams, DC# 086916
1 message

**Figueroa, Alexis** &lt;AFigueroa@teamcenturion.com&gt;  Thu, Aug 4, 2022 at 5:44 PM
To: "cookjv@gmail.com" &lt;cookjv@gmail.com&gt;

Good afternoon Mr. Cook. I have addressed all your questions to the legal department and they should be contacting you momentarily. I can assure you as I have explained to Mr. William, We are doing everything possible to help him cope with this terrible and terminal condition. Unfortunately, this is as far I can help you with your concern. If you have any further questions or concern please reach out to our administration. Thank you and have a great afternoon.

**From:** cookjv@gmail.com &lt;cookjv@gmail.com&gt;
**Sent:** Thursday, August 4, 2022 4:17 PM
**To:** Figueroa, Alexis &lt;AFigueroa@TeamCenturion.com&gt;
**Cc:** thomas.reimers@fdc.myflorida.com
**Subject:** RE: Inmate Elmer Williams, DC# 086916
**Importance:** High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Dr. Figueroa, I just wanted to add to my earlier email that Mr. Williams apparently fits into the category of patients with "wounds that fail to heal within two months" so that the CHO must notify the Regional Medical Director for approval to send the patient to a wound specialty facility. I don't believe Suwannee C.I. qualifies. Please feel free to call me on my cell phone at 850-445-2332. Note a medical release is attached.

### James V. Cook, Esq.

Law Office of James Cook

314 West Jefferson Street

Tallahassee, FL 32301

850-222-8080 office

904-417-8087 mobile

*A civil rights practice*

**From:** James Cook &lt;cookjv@gmail.com&gt;
**Sent:** Friday, July 29, 2022 6:11 PM
**To:** afigueroa@teamcenturion.com
**Cc:** thomas.reimers@fdc.myflorida.com
**Subject:** Inmate Elmer Williams, DC# 086916
**Importance:** High

Dear Dr. Figueroa: Last week I visited your patient Mr. Elmer Williams, DC# 086916, and I understood from him that he was going to be sent to RMC for hospital care. I see that as of today, he is still at Suwannee Annex. I did observe the deep wounds to his feet and ankle and I understand that the wounds on his buttocks are similar. I want to very sincerely request that Mr. Williams be sent to an acute care hospital, such as Memorial Hospital in Jacksonville. I am especially concerned about surgical care. I understand you removed a mass of necrotic tissue from his heels and that the infection has gone right down to the bone. I have a medical release which I will attach to this e-mail. Please feel free to contact me if you want to discuss this case.

**James V. Cook, Esq.**

Law Office of James Cook

314 West Jefferson Street

Tallahassee, FL 32301

(850) 222-8080; 561-0836 fax

cookjv@gmail.com

A Civil Rights Practice


CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.