**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| ELMER WILLIAMS, <br><br>    Plaintiff, <br><br> vs. <br><br> RICKY DIXON, et al., <br><br>    Defendants. | Case No. 3:22-cv-01221-MMH-MCR |

**EXHIBIT 12: DECLARATION OF JAMES COOK**

STATE OF FLORIDA
COUNTY OF LEON

My name is JAMES COOK, and I am an attorney of record in this case, over 18 years of age, and otherwise competent to make this declaration.

1. Plaintiff will be prejudiced in efforts to achieve a fair resolution on the merits by the curtailment of discovery as to Defendant Johns prior to the expiration of the time available and prior to the completion of full discovery.

2. Plaintiff would seek to discover the communications that have accompanied decisions to deny or return without action grievances and appeals that appear to involve genuine emergencies, including life or death matters. Plaintiff would seek to secure a protective order to permit broad discovery.

3. Plaintiff would seek to take the depositions of Defendant Johns, Millette, and Yates for information about the inner workings of the grievance process.

4. Plaintiff would seek to take a Fed.R.Civ.P. 30(b)(6) deposition on these issues.

5. Plaintiff would seek to follow up on the consequences of returning grievances in bona fide emergencies without any genuine inquiry as to their validity.

6. Plaintiff would seek to follow-up on written discovery submitted by Defendants Johns, Millette, and Yates.

FURTHER, AFFIANT SAYETH NAUGHT.

*Pursuant to § 92.525 Florida Statutes and 28 U.S.C. 1746, I hereby declare under penalty of perjury that I have read the foregoing document and the facts stated in it are true.*

*/s/ James Cook*
