UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

## NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order and Referral to Mediation, as amended (Docs. 52 & 106), Plaintiff Elmer Williams provides notice that mediation has been scheduled in this case for **Thursday, August 8, 2024, beginning at 10:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Respectfully submitted this 11th day of April 2024:

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, FL 32301
        james@slater.legal
        Tel. (305) 523-9023

<u>/s/ James V. Cook</u>
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff*
