**MAILED/FILED WITH AGENCY CLERK**
**JAN 19 2022**
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILLIAMS, ELMER | 086916 | 22-6-01487 | SUWANNEE C.I. ANNEX | H2102S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

This grievance is not accepted as a grievance of an emergency nature by Health Services, Central Office, Tallahassee.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your appeal is returned without action.

A. Johns

_A. Johns_                                        1-14-22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JAN 11 2022
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Williams, Elmer _____ 086916 _____ Suwannee Annex
Last    First    Middle Initial            DC Number                Institution

## Part A – Inmate Grievance    22-6-01487

This is an "Emergency Grievance". My health has declined to the point that my legs, knees, feet and ankles are swollen to the point of exploding and the medical department here at Suwannee C.I. Annex is telling me that they can't do anything for me when my stomach is bloated and tight and every time I have a muscle spasm from moving my lower back, my body locks up and I can't breathe or my breathing is labored to the point that I panick. I'm confined to a borrowed wheelchair because I can no longer lay down in my bed without having severe muscle contractions and spells where I can't breathe. My nerves are severely damaged and there is little to no oxygen going through my legs. I have severe pinched nerve and I've not only become totally paralyzed from my stomach to my toes; my legs, knees and calves and thighs are extremely swollen, inflamed and painful, and causing my stomach and intestines to lock up my lungs so I can't breathe and it's getting worse everyday. "I need emergency care." Please assist me in this matter.

Respectfully submitted

1-5-2022                                         Elmer Williams #086916
DATE                                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                              #        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
                    Receipt for Appeals Being Forwarded to Central Office
          JAN 0 5 2022
Submitted by the inmate on: _____    Institutional Mailing Log #: 230-22-019    _____
                            (Date)                                                  (Received By)

                                                                                    7h 231

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
                  INMATE (2 Copies)             INMATE
                  INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
                  INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)            Incorporated by Reference in Rule 33-103.006, F.A.C.

NS

# Johns, Adele

| | |
|---|---|
| **From:** | Yates, Rebecca |
| **Sent:** | Wednesday, January 12, 2022 9:47 AM |
| **To:** | Johns, Adele |
| **Subject:** | RE: DC NO: D 086916 NAME: WILLIAMS, ELMER |

Good morning Adele,

This is not an emergency.

Thank you,

Rebecca Yates
Government Operations Consultant
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3298

**FILE INFORMATION ONLY
DO NOT SEND TO INMATE**

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

---

**From:** Johns, Adele <Adele.Johns@fdc.myflorida.com>
**Sent:** Wednesday, January 12, 2022 7:31 AM
**To:** Yates, Rebecca <Rebecca.Yates@fdc.myflorida.com>
**Subject:** DC NO: D 086916 NAME: WILLIAMS, ELMER

Inmate states his legs, knees, feet and ankles are swollen to the point of exploding. He states his stomach is bloated and every time he moves he has a muscle spasm in his back and his body locks up and he cant breathe or his breathing is labored. He states his nerves are damaged and there is little to no oxygen going to his legs. He states he has become completely paralyzed from his stomach to his toes and that area is extremely swollen. He states he needs emergency care.
Is this an emergency?
Thanks,

**Adele Johns**
Correctional Services Consultant
**Bureau of Policy Management and Inmate Appeals**
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399
Office: (850) 717-3915
Email: adele.johns@fdc.myflorida.com