**Tom Buchan**

| | |
|---|---|
| **From:** | Martinez, Danny  <Danny.Martinez@fdc.myflorida.com> |
| **Sent:** | Wednesday, January 12, 2022 11:47 AM |
| **To:** | Bennett, Rhonda; FDCHealthCare; Parrish, Diane; Allen, Cindy |
| **Cc:** | Santiago, Kalem; Corbin, Rita |
| **Subject:** | RE: Williams, Elmer 086916 Suwannee Annex |

We can consider this matter closed.

Danny Martinez MD, MPH
Chief of Medical Services
Florida Department of Corrections
Danny.martinez@fdc.myflorida.com

**From:** Bennett, Rhonda <RBennett@TeamCenturion.com>
**Sent:** Tuesday, January 11, 2022 3:06 PM
**To:** FDCHealthCare <FDCHealthCare@fdc.myflorida.com>; Parrish, Diane <Lena@TeamCenturion.com>; Allen, Cindy <callen@TeamCenturion.com>
**Cc:** Martinez, Danny <Danny.Martinez@fdc.myflorida.com>; Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>; Corbin, Rita <RCorbin@TeamCenturion.com>
**Subject:** RE: Williams, Elmer 086916 Suwannee Annex

Good afternoon,

Inmate Williams has been evaluated and treated by medical multiple times since transferring to Suwannee. He has been noncompliant with taking his medication (Lasix), and his diet. He was seen by the provider and transferred to our infirmary Friday, 1/8/22. From Friday until today, he has lost 30 lbs of fluid. The provider has encouraged the inmate to take his Lasix as prescribed and watch his diet. I have spoken to Ms. Williams several times about how to get an ROI signed. As of this date, there is still not an ROI for her. This incident regarding the pictures was also addressed with the warden and region last Friday as well. If you need further information, please let me know. Thank you.

**From:** FDCHealthCare <FDCHealthCare@fdc.myflorida.com>
**Sent:** Monday, January 10, 2022 8:39 AM
**To:** Parrish, Diane <Lena@TeamCenturion.com>; Bennett, Rhonda <RBennett@TeamCenturion.com>; Allen, Cindy <callen@TeamCenturion.com>
**Cc:** Martinez, Danny <Danny.Martinez@fdc.myflorida.com>; Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>; Corbin, Rita <RCorbin@TeamCenturion.com>
**Subject:** Williams, Elmer 086916 Suwannee Annex
**Importance:** High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning,

Our office received the below/see attached pictures correspondence.

Please contact **Anna Williams** (754-235-6698) to see if you can address their medical concerns (obtain/verify an ROI if needed).

Let our office know once this has been completed; as well as providing a summary of the treatment the inmate is receiving for Dr. Martinez to review.

Please provide our office a response by close of business day, **1/13/22**.

Please "reply all" in your responses so that everyone can have complete records.

Thank you for your assistance in this matter.


Kaitlyn Bishop
**Administrative Assistant II**
Office of Health Services
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3276
Fax: 850-922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Anna Williams <brownsuga4500@gmail.com>
**Sent:** Friday, January 7, 2022 4:37 PM
**To:** FDCHealthCare <FDCHealthCare@fdc.myflorida.com>
**Subject:** Re: He can't feel his body chest down swollen so bad he can't eat or drink anymore nobody believes him his legs down his ankles are turning black from gain green big sores from no more circulation he has been denied for his medical needs emergency diagnos

Elmer Williams 086916 He is only getting water pills he came there to suwannee for his sciatica pinch nerves and hernia and to keep updating him on his prostate cancer that was just one count now it's over 5 and no treatment has been done for two months his body is full of inflammation and fluid nobody believes that he doesn't have anymore time to play around need urgent emergency medical care was just 180 pounds now his feet turning black from gain green we

see on his ankles paralyzed chest down stomache swollen this is a picture before he got there now he is unrecognizable he was doing fine no more pills until he gets the proper diagnosis please

On Fri, Jan 7, 2022, 3:58 PM FDCHealthCare <FDCHealthCare@fdc.myflorida.com> wrote:

Could you please provide the name and DC number of the inmate?

Office of Health Services

Florida Department of Corrections

501 South Calhoun Street

Tallahassee, Florida 32399

Office: 850-717-3277

Fax: 850-922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Anna Williams <brownsuga4500@gmail.com>
**Sent:** Friday, January 7, 2022 3:56 PM
**To:** FDCHealthCare <FDCHealthCare@fdc.myflorida.com>
**Subject:** He can't feel his body chest down swollen so bad he can't eat or drink anymore nobody believes him his legs

down his ankles are turning black from gain green big sores from no more circulation he has been denied for his medical needs emergency diagnosi...

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.