UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.                                                      Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

    Defendants.

## ORDER

Before the Court is the Joint Stipulation of Dismissal of All Claims Against Rebecca Yates, Wendy Millette and Adele Johns With Prejudice (Doc. 117; Stipulation), which is signed by counsel for Plaintiff, and counsel for Defendants Dixon, Santiago, Johns, Millette, Richardson-Graham, Centurion of Florida, LLC, Howell, Figueroa, Abbott, and Holmes. The Stipulation, filed pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure (Rule(s)), requests dismissal with prejudice of the claims against Defendants Yates, Millette, and Johns only.

The Court notes that the Stipulation is not signed by "all parties who have appeared" in this lawsuit, i.e., MHM Health Professionals, Morris, and

Yates,[1] and is therefore ineffective under Rule 41(a)(1)(A)(ii). See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1034 (11th Cir. 2023); see also Sanchez v. Disc. Rock & Sand, Inc., 84 F.4th 1283, 1291–92 (11th Cir. 2023).

Accordingly, it is **ORDERED**:

By **June 14, 2024**, Plaintiff must refile a Joint Stipulation of Dismissal of All Claims Against Yates, Millette, and Johns, that complies with Rule 41(a)(1)(A)(ii).

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2024.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 5/31
c:   Counsel of record

---

[1] While counsel for Yates has signed the Stipulation, he has done so only on behalf of Dixon, Santiago, Johns, Millette, and Richardson-Graham. See Stipulation at 2.