UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST REBECCA YATES, WENDY MILLETTE & ADELE JOHNS WITH PREJUDICE

The parties,[1] by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Defendants Rebecca Yates, Adele Johns and Wendy Millette (collectively, the "Corrections Administrators") with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii). This stipulation of dismissal is intended to dismiss the Corrections Administrators only and shall not affect any other pending claims against any other parties in this case.

Dated: June 4 2024

---

[1] Pursuant to the Court's Order (Doc. 119), the parties are refiling this stipulation with each party who has appeared listed as a signatory.

/s/ *James V. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff*

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*

/s/ *Thomas Buchan**
Thomas Buchan (FBN 1010923)
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
Tel. (850) 877-7776
tom@jsh-pa.com

*Attorneys for Defendants Dixon, Santiago, Johns, Millette, Yates & Richardson-Graham*

/s/ *Jacob B. Hanson**
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
Thousand & One
1001 Water Street, Suite 1000
Tampa, Florida 33602
Tel: (813) 559-5500
cmayfield@bradley.com
jhanson@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

*Attorneys for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC Howell, Figueroa, Abbott, Holmes, Knaus and Morris*

*Signed by James Slater with written permission.