UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

       Plaintiff,

v.                                      Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

       Defendants.

_____

## ORDER

Before the Court is the Joint Stipulation of Dismissal of All Claims Against Rebecca Yates, Wendy Millette, and Adele Johns With Prejudice (Doc. 120), which is signed by all parties who have appeared in this lawsuit.

Accordingly, it is now

**ORDERED:**

1. All claims against Defendants Rebecca Yates, Wendy Millette, and Adele Johns are **DISMISSED with prejudice**.

2. Pursuant to Rule 54(b), Federal Rules of Civil Procedure, finding no just reason for delay, the **Clerk** is directed to enter judgment dismissing

with prejudice the claims against Defendants Yates, Millette, and Johns and terminate them as parties to this case.

      3.     Defendants Johns and Yates's Motions for Summary Judgment (Docs. 108, 116) are **DENIED as moot**.

      4.     Plaintiff's Motion to Strike Johns's Motion for Summary Judgment (Doc. 110) is **DENIED as moot**.

      **DONE AND ORDERED** at Jacksonville, Florida, this 10th day of June, 2024.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

caw 6/5
c:
Counsel of Record