1

1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF FLORIDA
2                     JACKSONVILLE DIVISION

3    JAC'QUANN MARQUIS HARVARD,

4         Plaintiff,
                                        CASE NO.:
5    vs.                                3:19cv-1147-J-20 PDB

6    W. BLITCH, et al.,

7         Defendants.

8    _____/

9

10              VIDEO-RECORDED DEPOSITION OF:

11                     JACKIE HERRING

12              Taken on Behalf of PLAINTIFF

13

14         DATE:        March 8, 2022

15         TIME:        12:05 p.m. - 12:33 p.m.

16         PLACE:       Via Zoom Video-Conference

17         REPORTED BY:   Deborah Alff, RPR

18

19              For the Record Reporting, Inc.
                1500 Mahan Drive, Suite 140
20              Tallahassee, Florida  32308

21

22

23

24

25

2

1    APPEARANCES OF COUNSEL (Via Video-Conference):

2    On behalf of the PLAINTIFF:

3         JAMES VERNON COOK, ESQUIRE
          Law Office of James Cook
4         314 West Jefferson Street
          Tallahassee, Florida  32301-1608
5         Phone:  850-455-2332
          E-mail:  CookJV@gmail.com
6
     On behalf of the DEFENDANTS:
7
          SHIRLEY WILSON DURHAM, ESQUIRE
8         Office of the Attorney General
          The Capitol, PL-01
9         Tallahassee, Florida  32399-1050
          Phone:  850-414-3300
10        E-mail:  Shirley.Durham@myfloridalegal.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

INDEX TO WITNESS

                                                           PAGE

JACKIE HERRING

     Direct Examination by MR. COOK                          5

Certificate of Reporter                                     22


                          - - - - -

                      E X H I B I T S

                         (NONE)

4

1                    P R O C E E D I N G S

2          COURT REPORTER:  The time is 12:05 and we're

3     on the record.  This is the video-recorded

4     deposition of Jackie Herring taken on Tuesday,

5     March 8, 2022 in the case of Jac'Quann Marquis

6     Harvard vs. W. Blitch, et al., case number

7     3:19-cv-1147-J-20PDB, in the U.S. District Court,

8     Middle District of Florida, Jacksonville Division.

9          I am the court reporter, Deborah Alff.  The

10    attorneys participating in this proceeding

11    acknowledge I am not physically present with the

12    witness and I will be reporting this remotely.

13    They further acknowledge that, in lieu of an oath

14    administered in person, the witness will verbally

15    declare his testimony under the penalty of perjury.

16    The parties and their counsel consent to this

17    arrangement.  Please, Counsel, indicate your

18    agreement by stating your name and agreement on the

19    record.

20          MR. COOK:  James Cook, I agree.

21          MS. DURHAM:  Shirley Durham, I agree.

22          COURT REPORTER:  And will the witness please

23    say your full, legal name into the record.

24          THE WITNESS:  Jackie Herring.

25          COURT REPORTER:  And will the witness please

5

1     repeat the following declaration:  I declare my

2     testimony is given under penalty of perjury.

3          THE WITNESS:  I declare my testimony is given

4     under the penalty of perjury.

5          COURT REPORTER:  Thank you.  Counsel, please

6     proceed.

7  Whereupon,

8                    TODD SHARPE,

9    Called as a witness, herein testified as follows:

10                 DIRECT EXAMINATION

11  BY MR. COOK:

12     Q.   Okay.  Mr. Herring, I'm James Cook.  I

13  represent the Plaintiff in this matter.  First of all,

14  I'm sorry for the delay.  We took more time than I

15  thought would be necessary with the last witness, but I

16  think that this deposition of you will probably go

17  quicker.  I hope it will.  First of all, have you ever

18  had your deposition taken before?

19     A.   No, sir.

20     Q.   Okay.  I'll just give you a couple of kind of

21  rules of the road.  First of all, if I ask you a

22  question you don't understand, just let me know and I

23  will take whatever time is necessary to explain it, so

24  that you do understand it and you can answer it to the

25  best of your ability.  You were designated as a person

6

1  with knowledge in the subject area, so I'm assuming and

2  hoping that you will be able to answer most of my

3  questions today.  But if my question is unclear, just

4  let me know and I'll try to make it clear.  Is there

5  something, we have background noise?

6       A.   Yeah, probably so.  I'm kind of back at my

7  desk now, but prior, prior to this, I was in a

8  conference room where I had privacy.  So I guess,

9  because of the delay, that I had to come back

10  (inaudible) to our cubicle area, but it is noise.  I

11  could mute when I'll not be talking.

12            COURT REPORTER:  It is interfering.

13  BY MR. COOK:

14       Q.   Yeah, it's pretty strong.  I see that you're

15  muted right now, but you can hear me, just nod if you

16  can?

17       A.   (Nodding head.)

18            MR. COOK:  Okay.  Madam court reporter,

19        please let us know if this is going to work.  If

20        it doesn't work then we'll have to reset.

21  BY MR. COOK:

22       Q.   And again I apologize for the lateness.  It

23  just was unavoidable.  So the additional instructions

24  that I would give you is please answer with a word, yes

25  or no, or I don't know, or whatever your answer is, in

7

1   words rather than a sound like mm-hmm or mm-mm which are

2   hard for the court reporter to take down.

3          The other thing is that you need to make sure

4   that I'm -- I finish my question before you answer, and

5   I need to make sure that you finish your answer before I

6   ask the next question.  So I'll try to, I'll try to do

7   that.

8          I would like you, if you would, just to give

9   me a little bit of information about your career with

10  the Department, when you started, what you did during

11  your career, where you worked, and what your current

12  title and job description is?

13       A.   Okay.  Well, my current title is Assistant

14  Programmer III.  I've been with the Department of

15  Corrections probably almost ten years.  And I just work

16  on the exchange side of the house and -- and do a lot of

17  provisioning work and stuff like that, but I run e-mail

18  searches for the Department, also.

19       Q.   Okay.  And when did you start with the

20  Department?

21       A.   This is, probably in 2012.

22       Q.   And what jobs have you held in the Department?

23       A.   I've been Assistant Programmer II.  Now I'm

24  Assistant Programmer III.

25       Q.   So your work has always been with computers?

8

1       A.    Yes, sir.

2       Q.    And is that something you went to school for

3   and got a degree?

4       A.    Yes.

5       Q.    Where was that?

6       A.    I went to school at Tallahassee Community

7   College.  Then I went to, I got my bachelor's degree

8   from Flagler College.

9       Q.    In St. Augustine or here?

10      A.    Here in Tallahassee.

11      Q.    Okay.  Are there people that you could ask not

12  to talk?

13          COURT REPORTER:  You're muted, sir.

14          MR. COOK:  He might be talking to them.

15          THE WITNESS:  If you have time, I could go

16      back to the conference room and reconnect to this.

17      And it's down the hallway, but --

18          MR. COOK:  Well, if the court reporter feels

19      that we can't go forward with the background noise

20      then we'll -- we'll need to do that.

21          COURT REPORTER:  I can hear the witness fine.

22      I'll let you know if I miss something.

23          MR. COOK:  Okay.  Sounds good.

24  BY MR. COOK:

25      Q.    Okay.  So your degree is in computer

9

1    programming, is that right?

2         A.   No, sir.  I have a bachelor's degree in

3    business management.

4         Q.   Okay.  So are you a person who is called on to

5    do e-mail searches?

6         A.   Yes.

7         Q.   Okay.  And what is the system that you use,

8    the e-mail system?

9         A.   The system that we use is EV Cloud.  It's by

10   Veritas.

11        Q.   Uh-huh.  I, from time to time, I get e-mails

12   that are the product of searches.  You may have done

13   some of them.  And the format that I get them in

14   normally is an Outlook format.  Is that your -- is that

15   how they normally come out?

16        A.   Yes, sir.  They're in the form of a PST file

17   normally, which can be opened in Outlook, yes.

18        Q.   Okay.  Now, what kind of a -- I asked and I

19   think you got my e-mail.  I asked to get any

20   instructions or any kind of guide literature on the

21   e-mail system.  Did you get that request?

22        A.   I think one of my, one of my coworkers got

23   that and replied to that with the instructions that we

24   normally use for performing e-mail searches.

25        Q.   Do you know who that was because I probably

10

1    wouldn't have recognized the name?

2         A.    Pradeep Vijay. (Phonetic.)

3               COURT REPORTER:  Say the name again, please.

4               THE WITNESS:  Pradeep Vijay.

5    BY MR. COOK:

6         Q.    Yeah, I don't see that.  Is that something you

7    can send me again?

8         A.    You mean right now?

9         Q.    Yeah.

10        A.    I can probably send it, but that's something

11   that I would probably have to look up because I'm not

12   right off sure where, where those instructions are.

13        Q.    Okay.  Well, I can't find whatever was sent to

14   me.  And even if you do it after the deposition is over,

15   that would still be helpful.  Can you do that?

16        A.    Oh, yes, sir.  No problem.

17        Q.    All right.  That's great.  I'm -- I'm worrying

18   that it might have fallen into the spam folder, but I

19   don't, I don't see anybody by that name.  Okay.  So I'll

20   just go forward.  What kind of hardware are the e-mail

21   files saved on?  You're muted.

22        A.    All of our e-mails is saved in the cloud.

23        Q.    In the cloud.  Okay.

24        A.    Right.

25        Q.    And I assume that you have a search, a search

1   window or a search application that allows you to put

2   different fields, to define different fields for your

3   searches?

4        A.   Yes, sir.  It allows us to put in different

5   criteria for the -- the search that we're on.

6        Q.   Okay.  So you can put in different criteria in

7   a single search, right?

8        A.   That's correct yes.

9        Q.   Okay.  Could you define the search by whether

10  or not there is an attachment or what the size of the

11  attachment was?

12       A.   Yes, we can definitely define the search by

13  attachments.

14       Q.   Okay.  And for those people who use the system

15  throughout the state, can you find e-mails to or from

16  those people, no matter where they are?

17       A.   Yes, sir.  Any, any e-mail that hits our

18  network we keep, it's saved in the cloud, so, yes.

19       Q.   Okay.  And, now, I know that the Department of

20  Corrections also has --

21            (Background noise interference.)

22            COURT REPORTER:  I'm sorry, please start over,

23       the question.

24  BY MR. COOK:

25       Q.   Okay.  I understand that the Department has

12

1    contractors like Centurion who also communicate through

2    your system, is that correct?

3         A.   Yes, sir, that would, if they sent e-mails to,

4    I guess, people that's on our network, yes.  So whether

5    it's -- if it's incoming or outgoing, we can get it.

6    But if it's something on their network, where they'll

7    send it from one person to another person on their

8    network, we can't get that.

9         Q.   Okay.

10        A.   On a different network, we can't control that.

11        Q.   So if it's to or from your network, you get

12   it.  If it's to or from people within their own network,

13   you don't get it, is that fair?

14        A.   That's correct.  You would have to ask their

15   network people for that search.

16        Q.   Okay.  Now, with an agency as large as yours,

17   I'm sure you must have some redundancy, don't you?  I

18   mean to say, if you have a set of data that is

19   corrupted, you probably have that data in other places

20   that would not be subject to the same whatever corrupted

21   it, isn't that true?

22        A.   Well, the -- our vendor which is, like I said,

23   EV Cloud, they provide us with that, that service.  So

24   they back up the data, and we access the data from them.

25        Q.   Okay.  Have you ever had a situation where

1  they have lost large amounts of data?

2       A.   No, sir.

3       Q.   Okay.  And you've been working with that data

4  system for how long?

5       A.   I think we have had this, the current system

6  that we're using now, we have had the system for about

7  four or five years.  I'm not exactly sure of the date.

8       Q.   Okay.

9       A.   But all of our previous data was ingested into

10 this system so that we have everything that archives and

11 everything.

12      Q.   You didn't lose anything in the transition

13 from that?

14      A.   No, sir.  No, sir.

15      Q.   How many people other than you are doing this

16 kind of, these kinds of searches?

17      A.   We have a team that are authorized to run

18 searches that will be with the Department.  So it's

19 consistent, like me and like three other, three other

20 coworkers.

21      Q.   Okay.  Do you communicate pretty much about

22 what's going on?

23      A.   Yes, sir.  We keep, we keep a file with who's

24 doing what searches at each time so that the same person

25 is not doing the same search.

14

1      Q.   Okay.  And if you get a request for a search
2    that may just net a few hundred e-mails, how soon can
3    you turn that request around?
4      A.   That depends on how, how many searches are in
5    the queque.  We do searches first in and first out.
6      Q.   Okay.  So if the queque is unusually heavy,
7    what can that mean in terms of turnaround?
8      A.   It probably could mean up to like a week.
9      Q.   Okay.  Okay.  And if the queque is (inaudible)
10   turnaround?
11          COURT REPORTER:  (Indicating.)
12   BY MR. COOK:
13     Q.   If the queque is light, then what would that
14   mean in terms of turnaround?  You're muted.
15     A.   I apologize.  Yeah, it could be turned around
16   within one to two, maybe three days.
17     Q.   Okay.  Then the data processing is pretty
18   fast, right?
19     A.   Yeah, it's pretty quick.
20     Q.   Is that done at the cloud end or is it done at
21   your end?
22     A.   We, we initiate the search, but all the data
23   comes from the cloud.
24     Q.   Okay.  So their equipment is apparently pretty
25   fast?

15

1        A.    Yes, sir, I would say so.

2        Q.    Is it, would it be accurate to say that the

3   processing is done at their end, the cloud?

4        A.    Well, the processing is done on our end based

5   on the criteria that we put in through the application.

6        Q.    Okay.

7        A.    That accesses the data from the cloud.

8        Q.    So your system has to be pretty fast, right?

9        A.    Yes, sir.

10        Q.    Do you have, you know, like regular computer,

11   desktop computers like we have, or do you have like, you

12   know, bigger computers?

13        A.    No, we have the same computers that you have.

14        Q.    Okay.  I'm going with i9 these days.

15        A.    i9?

16        Q.    Yeah, there's an i9 out now.

17        A.    Okay.

18        Q.    Yeah.  And so let's see.  Now, if you get a

19   request for e-mails from a -- for a public records

20   request, do you do any redaction yourself?

21        A.    Not -- we just -- whatever the request

22   requires, that's what we give back to the -- the

23   requester.

24        Q.    Okay.  If the people who send you the request,

25   I guess they're in your public records section, if they

16

1    want it sent over in a PDF format, do you do that or do

2    they do that?

3         A.   We normally do that.  We send it, the -- the

4    requests back to the user or the information back to the

5    them in a PDF file.

6         Q.   Okay.  You normally do?

7         A.   Oh, well, a PST file that they can open up in

8    Outlook?

9         Q.   Yeah, PFC (phonetic) so that that, you get the

10    file and the attachments and all that stuff?

11         A.   Right.

12         Q.   Yeah.  Okay.  So that, and that can be read by

13    Outlook.

14         A.   It's not a PDF, just to clarify that it's not

15    a PDF.

16         Q.   Okay.  I got you.  So if they wanted to turn

17    it into a PDF, they have to do that, right?

18         A.   Yes, sir.

19         Q.   Okay.  And the reason I say that is that they

20    might want to redact some parts of it, and it's easier

21    to do in PDF.  But you, as far as what you do, I think

22    you said PFC format?

23         A.   No, it's a PST.

24         Q.   PST, that's right.

25         A.   Yes.

1      Q.   PST.  Okay.  I remember.  And I think my

2  Outlook files are in PST, also.  Okay.  I don't have a

3  whole lot more questions to ask you, but let me look at

4  my notes here.

5          Now, what if an e-mail is encrypted, what do

6  you do with that?

7      A.   Encrypted e-mails?

8      Q.   Yeah.  Sometimes I notice the e-mails are

9  encrypted.  You just pass it on however it comes out?

10      A.   Yeah, we pass it on however it comes out.  We

11  don't touch the e-mails.  We don't change it.  We don't

12  try to modify it or anything.  We pass it on, what we

13  get from the system, we pass it on to the requester.

14      Q.   Okay.  Have you ever had a request for e-mails

15  where your data has been somehow corrupted so that it

16  can't be read?

17      A.   No, sir.

18      Q.   Okay.  And that's over, I think you said,

19  something like four to five years of experience with

20  these folks?

21      A.   Yes, sir.

22      Q.   Okay.  Have you ever had a problem within your

23  own system with data becoming corrupted so that it can't

24  be read?

25      A.   No, sir.

1     Q.   Okay.  If you did have corrupted data, do you

2  have a -- someone in-house or an entity that you can

3  contract with to cover the corrupted data?

4     A.   If we have any, if any of our data is

5  corrupted, we reach out to the vendor.  And they have

6  tools and stuff that they can use to correct the

7  corruption and -- and post it back in its original form.

8     Q.   Okay.  So you have, but you have never had

9  personally had a need to use that, have you?

10    A.   No, sir.

11    Q.   Do you know if any of your colleagues have had

12  a need to use those services?

13    A.   I don't think so.

14    Q.   Okay.  Are you social friends (inaudible) --

15  computer people?

16    A.   I'm sorry, say that again?

17    Q.   I say is your computer group, are you social

18  friends so you talk?

19    A.   I mean we talk at work, but, I mean I don't

20  socialize with them outside of work.

21    Q.   Okay.  Well, computer people don't socialize

22  anyway, do they?

23    A.   (Laughing.)  I can't speak for all computer

24  people, sir.

25    Q.   That was, that was a joke.  My brother and my

19

1   son are computer people.  Okay.

2          Now, if, if you had an e-mail search that

3   resulted in a large number of very big documents like

4   lists of, you know, like impaired inmate lists or, you

5   know, just, you know, like hundreds of pages of

6   attachments, is there any way you can screen those out

7   by volume, by size?

8          A.    Well, our application that runs our searches

9   for us, they're -- it's set for a particular limit, the

10  amount.  And if it's a big, huge search results, the

11  application will break it down into like part one, part

12  two, part three, part four, until it completes the

13  search.  That way --

14         Q.    I see.

15         A.    That way we transmit that data back to the

16  users as PST 1, PST 2, PST 3 and PST 4, whatever that

17  coordination, whatever the results that came back from

18  that large search.

19         Q.    Okay.  So you put it back together again or,

20  no, you just give it out in pieces?

21         A.    We give it out into pieces like the -- like

22  the system gives it to us.

23         Q.    What is the amount, the size of the maximum?

24         A.    That is determined by the software

25  application.  We don't set that limit because it could

1   be, in one search, depending on the attachments and

2   everything like that, you never know when it's going to,

3   when it's going to stop and start another part.

4        Q.   Okay.

5        A.   So it could be ten e-mails, then it stops and

6   then it's goes 11, but then you run a number search and

7   it could be 500 e-mails, then it stops.

8        Q.   Uh-huh.  Okay.  All right.  Well, I don't

9   think that I have any other questions.

10            MR. COOK:  Do you have anything, Ms. Durham?

11            MS. DURHAM:  No, I have nothing.

12            MR. COOK:  Okay.  I really appreciate your

13        time and I'm sorry for the wait, and I appreciate

14        your taking the time.  Do you want to talk to him

15        about read or waive?

16            MS. DURHAM:  Yes.  You have the opportunity if

17        you want to review your deposition to make sure it

18        was taken down correctly.  The court reporter took

19        down your testimony as you gave it and we're

20        going -- I'm going to order it.  And you could take

21        a look at your testimony to make sure she didn't

22        make any mistakes or you can waive reading of it,

23        and just rely on the fact that she did her job and

24        took it down as you gave it.  But that's a right.

25        It's up to you to look at your testimony or to

1      waive reading of it.  That's a right that belongs

2      to you.

3            THE WITNESS:  Okay.

4            MS. DURHAM:  Do you want to read it or do you

5      want to waive it?

6            THE WITNESS:  I'll waive it.  I think I --

7      I've got confidence in the system that it's working

8      right.  And I'm pretty sure I spoke clearly so that

9      all my words should be, be put out the way I

10      intended.

11            MS. DURHAM:  Okay.  All right.  Then we're

12      done.

13            (Whereupon, the deposition was concluded at

14      approximately 12:33 p.m.)

15

16

17

18

19

20

21

22

23

24

25

22

1                    CERTIFICATE OF REPORTER

2

3   STATE OF FLORIDA      )

4   COUNTY OF LEON        )

5

6          I, DEBORAH ALFF, do hereby certify that I was

7   authorized to and did stenographically report the

8   deposition of JACKIE HERRING; that a review of the

9   transcript WAS NOT requested; and that the foregoing

10  transcript, pages 1 through 22, is a true record of my

11  stenographic notes and recordings thereof.

12         I FURTHER CERTIFY that I am not a relative,

13  employee, or attorney, or counsel of any of the parties,

14  nor am I a relative or employee of any of the parties'

15  attorney or counsel connected with the action, nor am I

16  financially interested in the action.

17

18         DATED this 27th day of March, 2022, at

19  Tallahassee, Leon County, Florida.

20

21

22  _____

23                 DEBORAH ALFF, RPR

24

25

**A**

**ability (1)**
5:25
**able (1)**
6:2
**access (1)**
12:24
**accesses (1)**
15:7
**accurate (1)**
15:2
**acknowledge (2)**
4:11,13
**additional (1)**
6:23
**administered (1)**
4:14
**again (5)**
6:22;10:3,7;18:16;
19:19
**agency (1)**
12:16
**agree (2)**
4:20,21
**agreement (2)**
4:18,18
**al (1)**
4:6
**Alff (1)**
4:9
**allows (2)**
11:1,4
**almost (1)**
7:15
**always (1)**
7:25
**amount (2)**
19:10,23
**amounts (1)**
13:1
**apologize (2)**
6:22;14:15
**apparently (1)**
14:24
**application (5)**
11:1;15:5;19:8,11,
25
**appreciate (2)**
20:12,13
**approximately (1)**
21:14
**archives (1)**
13:10
**area (2)**
6:1,10
**around (2)**
14:3,15
**arrangement (1)**
4:17
**Assistant (3)**
7:13,23,24

**assume (1)**
10:25
**assuming (1)**
6:1
**attachment (2)**
11:10,11
**attachments (4)**
11:13;16:10;19:6;
20:1
**attorneys (1)**
4:10
**Augustine (1)**
8:9
**authorized (1)**
13:17

**B**

**bachelor's (2)**
8:7;9:2
**back (11)**
6:6,9;8:16;12:24;
15:22;16:4,4;18:7;
19:15,17,19
**background (3)**
6:5;8:19;11:21
**based (1)**
15:4
**becoming (1)**
17:23
**belongs (1)**
21:1
**best (1)**
5:25
**big (2)**
19:3,10
**bigger (1)**
15:12
**bit (1)**
7:9
**Blitch (1)**
4:6
**break (1)**
19:11
**brother (1)**
18:25
**business (1)**
9:3

**C**

**Called (2)**
5:9;9:4
**came (1)**
19:17
**can (20)**
5:24;6:15,16;8:21;
9:17;10:7,10,15;11:6,
12,15;12:5;14:2,7;
16:7,12;18:2,6;19:6;
20:22
**career (2)**
7:9,11

**case (2)**
4:5,6
**Centurion (1)**
12:1
**change (1)**
17:11
**clarify (1)**
16:14
**clear (1)**
6:4
**clearly (1)**
21:8
**Cloud (9)**
9:9;10:22,23;11:18;
12:23;14:20,23;15:3,
7
**colleagues (1)**
18:11
**College (2)**
8:7,8
**communicate (2)**
12:1;13:21
**Community (1)**
8:6
**completes (1)**
19:12
**computer (7)**
8:25;15:10;18:15,
17,21,23;19:1
**computers (4)**
7:25;15:11,12,13
**concluded (1)**
21:13
**conference (2)**
6:8;8:16
**confidence (1)**
21:7
**consent (1)**
4:16
**consistent (1)**
13:19
**contract (1)**
18:3
**contractors (1)**
12:1
**control (1)**
12:10
**Cook (16)**
4:20,20;5:11,12;
6:13,18,21;8:14,18,
23,24;10:5;11:24;
14:12;20:10,12
**coordination (1)**
19:17
**Corrections (2)**
7:15;11:20
**correctly (1)**
20:18
**corrupted (7)**
12:19,20;17:15,23;
18:1,3,5
**corruption (1)**
18:7

**counsel (3)**
4:16,17;5:5
**couple (1)**
5:20
**COURT (16)**
4:2,7,9,22,25;5:5;
6:12,18;7:2;8:13,18,
21;10:3;11:22;14:11;
20:18
**cover (1)**
18:3
**coworkers (2)**
9:22;13:20
**criteria (3)**
11:5,6;15:5
**cubicle (1)**
6:10
**current (3)**
7:11,13;13:5

**D**

**data (16)**
12:18,19,24;24;
13:1,3,9;14:17,22;
15:7;17:15,23;18:1,3,
4;19:15
**date (1)**
13:7
**days (2)**
14:16;15:14
**Deborah (1)**
4:9
**declaration (1)**
5:1
**declare (3)**
4:15;5:1,3
**define (3)**
11:2,9,12
**definitely (1)**
11:12
**degree (4)**
8:3,7,25;9:2
**delay (2)**
5:14;6:9
**Department (8)**
7:10,14,18,20,22;
11:19,25;13:18
**depending (1)**
20:1
**depends (1)**
14:4
**deposition (6)**
4:4;5:16,18;10:14;
20:17;21:13
**description (1)**
7:12
**designated (1)**
5:25
**desk (1)**
6:7
**desktop (1)**
15:11

**determined (1)**
19:24
**different (5)**
11:2,2,4,6;12:10
**DIRECT (1)**
5:10
**District (2)**
4:7,8
**Division (1)**
4:8
**documents (1)**
19:3
**done (6)**
9:12;14:20,20;15:3,
4;21:12
**down (6)**
7:2;8:17;19:11;
20:18,19,24
**Durham (7)**
4:21,21;20:10,11,
16;21:4,11
**during (1)**
7:10

**E**

**easier (1)**
16:20
**e-mail (10)**
7:17;9:5,8,19,21,
24;10:20;11:17;17:5;
19:2
**e-mails (12)**
9:11;10:22;11:15;
12:3;14:2;15:19;17:7,
8,11,14;20:5,7
**encrypted (3)**
17:5,7,9
**end (4)**
14:20,21;15:3,4
**entity (1)**
18:2
**equipment (1)**
14:24
**et (1)**
4:6
**EV (2)**
9:9;12:23
**even (1)**
10:14
**exactly (1)**
13:7
**EXAMINATION (1)**
5:10
**exchange (1)**
7:16
**experience (1)**
17:19
**explain (1)**
5:23

**F**

**fact (1)**
20:23
**fair (1)**
12:13
**fallen (1)**
10:18
**far (1)**
16:21
**fast (3)**
14:18,25;15:8
**feels (1)**
8:18
**few (1)**
14:2
**fields (2)**
11:2,2
**file (5)**
9:16;13:23;16:5,7,
10
**files (2)**
10:21;17:2
**find (2)**
10:13;11:15
**fine (1)**
8:21
**finish (2)**
7:4,5
**First (5)**
5:13,17,21;14:5,5
**five (2)**
13:7;17:19
**Flagler (1)**
8:8
**Florida (1)**
4:8
**folder (1)**
10:18
**folks (1)**
17:20
**following (1)**
5:1
**follows (1)**
5:9
**form (2)**
9:16;18:7
**format (4)**
9:13,14;16:1,22
**forward (2)**
8:19;10:20
**four (3)**
13:7;17:19;19:12
**friends (2)**
18:14,18
**full (1)**
4:23
**further (1)**
4:13

**G**

**gave (2)**
20:19,24
**given (2)**

5:2,3
**gives (1)**
19:22
**goes (1)**
20:6
**good (1)**
8:23
**great (1)**
10:17
**group (1)**
18:17
**guess (3)**
6:8;12:4;15:25
**guide (1)**
9:20

**H**

**hallway (1)**
8:17
**hard (1)**
7:2
**hardware (1)**
10:20
**Harvard (1)**
4:6
**head (1)**
6:17
**hear (2)**
6:15;8:21
**heavy (1)**
14:6
**held (1)**
7:22
**helpful (1)**
10:15
**herein (1)**
5:9
**Herring (3)**
4:4,24;5:12
**hits (1)**
11:17
**hope (1)**
5:17
**hoping (1)**
6:2
**house (1)**
7:16
**huge (1)**
19:10
**hundred (1)**
14:2
**hundreds (1)**
19:5

**I**

**i9 (3)**
15:14,15,16
**II (1)**
7:23
**III (2)**
7:14,24

**impaired (1)**
19:4
**inaudible (3)**
6:10;14:9;18:14
**incoming (1)**
12:5
**indicate (1)**
4:17
**Indicating (1)**
14:11
**information (2)**
7:9;16:4
**ingested (1)**
13:9
**in-house (1)**
18:2
**initiate (1)**
14:22
**inmate (1)**
19:4
**instructions (4)**
6:23;9:20,23;10:12
**intended (1)**
21:10
**interference (1)**
11:21
**interfering (1)**
6:12
**into (6)**
4:23;10:18;13:9;
16:17;19:11,21

**J**

**Jackie (2)**
4:4,24
**Jacksonville (1)**
4:8
**Jac'Quann (1)**
4:5
**James (2)**
4:20;5:12
**job (2)**
7:12;20:23
**jobs (1)**
7:22
**joke (1)**
18:25

**K**

**keep (3)**
11:18;13:23,23
**kind (6)**
5:20;6:6;9:18,20;
10:20;13:16
**kinds (1)**
13:16
**knowledge (1)**
6:1

**L**

**large (4)**
12:16;13:1;19:3,18
**last (1)**
5:15
**lateness (1)**
6:22
**Laughing (1)**
18:23
**legal (1)**
4:23
**lieu (1)**
4:13
**light (1)**
14:13
**limit (2)**
19:9,25
**lists (2)**
19:4,4
**literature (1)**
9:20
**little (1)**
7:9
**long (1)**
13:4
**look (4)**
10:11;17:3;20:21,
25
**lose (1)**
13:12
**lost (1)**
13:1
**lot (2)**
7:16;17:3

**M**

**Madam (1)**
6:18
**management (1)**
9:3
**many (2)**
13:15;14:4
**March (1)**
4:5
**Marquis (1)**
4:5
**matter (2)**
5:13;11:16
**maximum (1)**
19:23
**may (2)**
9:12;14:2
**maybe (1)**
14:16
**mean (7)**
10:8;12:18;14:7,8,
14;18:19,19
**Middle (1)**
4:8
**might (3)**
8:14;10:18;16:20
**miss (1)**
8:22

**mistakes (1)**
20:22
**mm-hmm (1)**
7:1
**mm-mm (1)**
7:1
**modify (1)**
17:12
**more (2)**
5:14;17:3
**most (1)**
6:2
**much (1)**
13:21
**must (1)**
12:17
**mute (1)**
6:11
**muted (4)**
6:15;8:13;10:21;
14:14

**N**

**name (5)**
4:18,23;10:1,3,19
**necessary (2)**
5:15,23
**need (7)**
7:3,5;8:20;18:9,12
**net (1)**
14:2
**network (8)**
11:18;12:4,6,8,10,
11,12,15
**next (1)**
7:6
**nod (1)**
6:15
**Nodding (1)**
6:17
**noise (4)**
6:5,10;8:19;11:21
**normally (6)**
9:14,15,17,24;16:3,
6
**notes (1)**
17:4
**notice (1)**
17:8
**number (3)**
4:6;19:3;20:6

**O**

**oath (1)**
4:13
**off (1)**
10:12
**one (6)**
9:22,22;12:7;14:16;
19:11;20:1
**open (1)**

16:7
**opened (1)**
9:17
**opportunity (1)**
20:16
**order (1)**
20:20
**original (1)**
18:7
**out (10)**
9:15;14:5;15:16;
17:9,10;18:5;19:6,20,
21;21:9
**outgoing (1)**
12:5
**Outlook (5)**
9:14,17;16:8,13;
17:2
**outside (1)**
18:20
**over (4)**
10:14;11:22;16:1;
17:18
**own (2)**
12:12;17:23

**P**

**pages (1)**
19:5
**part (5)**
19:11,11,12,12;
20:3
**participating (1)**
4:10
**particular (1)**
19:9
**parties (1)**
4:16
**parts (1)**
16:20
**pass (4)**
17:9,10,12,13
**PDF (6)**
16:1,5,14,15,17,21
**penalty (3)**
4:15;5:2,4
**people (12)**
8:11;11:14,16;12:4,
12,15;13:15;15:24;
18:15,21,24;19:1
**performing (1)**
9:24
**perjury (3)**
4:15;5:2,4
**person (6)**
4:14;5:25;9:4;12:7,
7;13:24
**personally (1)**
18:9
**PFC (2)**
16:9,22
**Phonetic (2)**

10:2;16:9
**physically (1)**
4:11
**pieces (2)**
19:20,21
**places (1)**
12:19
**Plaintiff (1)**
5:13
**Please (8)**
4:17,22,25;5:5;
6:19,24;10:3;11:22
**pm (1)**
21:14
**post (1)**
18:7
**Pradeep (2)**
10:2,4
**present (1)**
4:11
**pretty (7)**
6:14;13:21;14:17,
19,24;15:8;21:8
**previous (1)**
13:9
**prior (2)**
6:7,7
**privacy (1)**
6:8
**probably (9)**
5:16;6:6;7:15,21;
9:25;10:10,11;12:19;
14:8
**problem (2)**
10:16;17:22
**proceed (1)**
5:6
**proceeding (1)**
4:10
**processing (3)**
14:17;15:3,4
**product (1)**
9:12
**Programmer (3)**
7:14,23,24
**programming (1)**
9:1
**provide (1)**
12:23
**provisioning (1)**
7:17
**PST (10)**
9:16;16:7,23,24;
17:1,2;19:16,16,16,16
**public (2)**
15:19,25
**put (6)**
11:1,4,6;15:5;
19:19;21:9

**Q**

**queue (4)**

14:5,6,9,13
**quick (1)**
14:19
**quicker (1)**
5:17

**R**

**rather (1)**
7:1
**reach (1)**
18:5
**read (5)**
16:12;17:16,24;
20:15;21:4
**reading (1)**
20:22;21:1
**really (1)**
20:12
**reason (1)**
16:19
**recognized (1)**
10:1
**reconnect (1)**
8:16
**record (3)**
4:3,19,23
**records (2)**
15:19,25
**redact (1)**
16:20
**redaction (1)**
15:20
**redundancy (1)**
12:17
**regular (1)**
15:10
**rely (1)**
20:23
**remember (1)**
17:1
**remotely (1)**
4:12
**repeat (1)**
5:1
**replied (1)**
9:23
**REPORTER (15)**
4:2,9,22,25;5:5;
6:12,18;7:2;8:13,18,
21;10:3;11:22;14:11;
20:18
**reporting (1)**
4:12
**represent (1)**
5:13
**request (8)**
9:21;14:1,3;15:19,
20,21,24;17:14
**requester (2)**
15:23;17:13
**requests (1)**
16:4

**requires (1)**
15:22
**reset (1)**
6:20
**resulted (1)**
19:3
**results (2)**
19:10,17
**review (1)**
20:17
**right (17)**
6:15;9:1;10:8,12,
17,24;11:7;14:18;
15:8;16:11,17,24;
20:8,24;21:1,8,11
**road (1)**
5:21
**room (2)**
6:8;8:16
**rules (1)**
5:21
**run (3)**
7:17;13:17;20:6
**runs (1)**
19:8

**S**

**same (4)**
12:20;13:24,25;
15:13
**saved (3)**
10:21,22;11:18
**school (2)**
8:2,6
**screen (1)**
19:6
**search (17)**
10:25,25;11:1,5,7,9,
12;12:15;13:25;14:1,
22;19:2,10,13,18;
20:1,6
**searches (11)**
7:18;9:5,12,24;
11:3;13:16,18,24;
14:4,5;19:8
**section (1)**
15:25
**send (5)**
10:7,10;12:7;15:24;
16:3
**sent (3)**
10:13;12:3;16:1
**service (1)**
12:23
**services (1)**
18:12
**set (3)**
12:18;19:9,25
**SHARPE (1)**
5:8
**Shirley (1)**
4:21

**side (1)**
7:16
**single (1)**
11:7
**situation (1)**
12:25
**size (3)**
11:10;19:7,23
**social (2)**
18:14,17
**socialize (2)**
18:20,21
**software (1)**
19:24
**somehow (1)**
17:15
**someone (1)**
18:2
**Sometimes (1)**
17:8
**son (1)**
19:1
**soon (1)**
14:2
**sorry (4)**
5:14;11:22;18:16;
20:13
**sound (1)**
7:1
**Sounds (1)**
8:23
**spam (1)**
10:18
**speak (1)**
18:23
**spoke (1)**
21:8
**St (1)**
8:9
**start (3)**
7:19;11:22;20:3
**started (1)**
7:10
**state (1)**
11:15
**stating (1)**
4:18
**still (1)**
10:15
**stop (1)**
20:3
**stops (2)**
20:5,7
**strong (1)**
6:14
**stuff (3)**
7:17;16:10;18:6
**subject (2)**
6:1;12:20
**sure (8)**
7:3,5;10:12;12:17;
13:7;20:17,21;21:8
**system (15)**

9:7,8,9,21;11:14;
12:2;13:4,5,6,10;
15:8;17:13,23;19:22;
21:7

14:16;19:12

**U**

**unavoidable (1)**
  6:23
**unclear (1)**
  6:3
**under (3)**
  4:15;5:2,4
**unusually (1)**
  14:6
**up (5)**
  10:11;12:24;14:8;
  16:7;20:25
**use (7)**
  9:7,9,24;11:14;
  18:6,9,12
**user (1)**
  16:4
**users (1)**
  19:16
**using (1)**
  13:6

**V**

**vendor (2)**
  12:22;18:5
**verbally (1)**
  4:14
**Veritas (1)**
  9:10
**video-recorded (1)**
  4:3
**Vijay (2)**
  10:2,4
**volume (1)**
  19:7
**vs (1)**
  4:6

**W**

**wait (1)**
  20:13
**waive (5)**
  20:15,22;21:1,5,6
**way (4)**
  19:6,13,15;21:9
**week (1)**
  14:8
**what's (1)**
  13:22
**Whereupon (2)**
  5:7;21:13
**whole (1)**
  17:3
**who's (1)**
  13:23
**window (1)**
  11:1
**within (3)**

**T**

**talk (4)**
  8:12;18:18,19;
  20:14
**talking (2)**
  6:11;8:14
**Tallahassee (2)**
  8:6,10
**team (1)**
  13:17
**ten (2)**
  7:15;20:5
**terms (2)**
  14:7,14
**testified (1)**
  5:9
**testimony (6)**
  4:15;5:2,3;20:19,
  21,25
**thought (1)**
  5:15
**three (4)**
  13:19,19;14:16;
  19:12
**throughout (1)**
  11:15
**title (2)**
  7:12,13
**today (1)**
  6:3
**TODD (1)**
  5:8
**together (1)**
  19:19
**took (3)**
  5:14;20:18,24
**tools (1)**
  18:6
**touch (1)**
  17:11
**transition (1)**
  13:12
**transmit (1)**
  19:15
**true (1)**
  12:21
**try (4)**
  6:4;7:6,6;17:12
**Tuesday (1)**
  4:4
**turn (2)**
  14:3;16:16
**turnaround (3)**
  14:7,10,14
**turned (1)**
  14:15
**two (2)**

12:12;14:16;17:22
**witness (13)**
  4:12,14,22,24,25;
  5:3,9,15;8:15,21;
  10:4;21:3,6
**word (1)**
  6:24
**words (2)**
  7:1;21:9
**work (7)**
  6:19,20;7:15,17,25;
  18:19,20
**worked (1)**
  7:11
**working (2)**
  13:3;21:7
**worrying (1)**
  10:17

**Y**

**years (3)**
  7:15;13:7;17:19

**1**

**1 (1)**
  19:16
**11 (1)**
  20:6
**12:05 (1)**
  4:2
**12:33 (1)**
  21:14

**2**

**2 (1)**
  19:16
**2012 (1)**
  7:21
**2022 (1)**
  4:5

**3**

**3 (1)**
  19:16
**3:19-cv-1147-J-20PDB (1)**
  4:7

**4**

**4 (1)**
  19:16

**5**

**500 (1)**
  20:7

**8**

**8 (1)**
  4:5