IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICKY DIXON, in his official )<br>capacity as Secretary of the Florida )<br>Department of Corrections, et al., )<br>)<br>Defendants. ) | Case No.: 3:22-cv-01221-MMH-MCR |

**CENTURION DEFENDANTS' NOTICE OF
RULE 26(a)(2) DISCLOSURE OF RICHARD LEVIN, MD, FACS**

Defendants Centurion of Florida, LLC, Jason Howell, Alexis Figueroa, and Tony Abbott ("the Centurion Defendants") by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(2), hereby give notice that they have this date served their Expert Witness Report of Richard Levin, MD, FACS, upon all parties to this matter.

Dr. Levin's opinions, basis and reasons for them, the facts or data used in forming his opinions and all documents used to summarize or support them are contained in his report, including his fee schedule, his qualifications and education.

4860-9653-6016.1

/s/Brian A. Wahl
Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8000
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

Jacob B. Hanson (FBN 91453)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, FL 33602
Tel: (813) 559-5500
Primary Email:   jhanson@bradley.com
Secondary Email:   tabennett@bradley.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ Brian A. Wahl
Brian A. Wahl
*Counsel for Defendants Centurion of Florida, LLC;*
*Jason Howell; Alexis Figueroa; and Tony Abbott*