# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                                            Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON, et. al.,**

    **Defendants.**

_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel of record for RICKY D. DIXON, et. al., in the above-referenced case. Please direct all pleadings, correspondence, and other communication regarding this case to:

Jami M. Kimbrell
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Jami@jsh-pa.com

                                             */s/ Jami M. Kimbrell*
                                             Jami M. Kimbrell
                                             Florida Bar No. 0657379
                                             Howell, Buchan & Strong
                                             2898-6 Mahan Drive
                                             Tallahassee, Florida 32308
                                             Phone: (850) 877-7776
                                             Email: jami@jsh-pa.com
                                             *Attorney for Defendant*
                                             *Ricky D. Dixon*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on July 15, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell