UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiffs,**

v.                                                      Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## CORRECTIONS DEFENDANTS' NOTICE OF WITHDRAWAL OF OBJECTION TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Please take notice that Defendants Dixon, Santiago, and Richardson-Graham, by and through undersigned counsel, hereby withdraw their objection and are unopposed to Plaintiff's Motion to Modify Scheduling Order [Doc. 129].

                                                 Respectfully submitted,

                                                 _/s/ Thomas Buchan_
                                                 Thomas Buchan
                                                 Florida Bar No. 1010923
                                                 Howell, Buchan & Strong
                                                 2898-6 Mahan Drive
                                                 Tallahassee, Florida 32308
                                                 (850) 877-7776
                                                 Tom@jsh-pa.com
                                                 _Attorney for Defendants Dixon, Santiago, and Richardson-Graham_

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served to all counsel of record by CM/ECF on July 18, 2024.

/s/ <em>Thomas Buchan</em><br>
Thomas Buchan