UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

**PLAINTIFF'S NOTICE OF WITHDRAWING**
**MOTION TO COMPEL PRODUCTION (ECF 128)**

Notice is Hereby Given that Plaintiff Withdraws His Motion to Compel (ECF 128) in consideration of the Corrections Defendants' withdrawal of their opposition to Plaintiff's Motion to Modify Scheduling Order (ECF 129) and joining Plaintiff in a Joint Motion for HIPAA-Qualified Protective Order. The Parties hope to resolve their differences amicably in that environment.

Dated: July 19, 2024.

                                Respectfully submitted,

                                SLATER LEGAL PLLC

                                */s/ James M. Slater*
                                James M. Slater (FBN 111779)
                                113 S. Monroe Street

        Tallahassee, Florida 32301
        james@slater.legal
        Tel. (305)-523-9023

        LAW OFFICE OF JAMES COOK
        James V. Cook (FBN 966843)
        314 W. Jefferson Street
        Tallahassee, Florida 32301
        cookjv@gmail.com
        Tel. (850) 222-8080

        *Attorneys for Plaintiff*

I CERTIFY that a true copy hereof was filed on July 19, 2024, using the CM/ECF system which will serve a copy on all counsel of record,.

        By: */s/ James Cook*