# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.   Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, in his official
capacity as Secretary of the Florida
Department of Corrections, et al.,

    Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Partially Opposed Motion to Modify Scheduling Order (Dkt. No. 129; Motion) filed on July 8, 2024. In the Motion, Plaintiff seeks an extension of the remaining case management deadlines in this matter. See Motion at 1. The Motion is no longer partially opposed. See Corrections Defendants' Notice of Withdrawal of Objection to Plaintiff's Motion to Modify Scheduling Order (Dkt. No. 133). Upon review, the Court finds that Plaintiff has shown good cause for an extension of time. Accordingly, it is

**ORDERED:**

1. Plaintiff's Partially Opposed Motion to Modify Scheduling Order (Dkt. No. 129) is **GRANTED**.

2. The remaining case management deadlines are extended as follows:

| | |
|---|---:|
| Deadline for completing discovery and filing motions to compel. | OCTOBER 18, 2024 |
| Mediation deadline. | AUGUST 20, 2024 |
| Deadline for filing dispositive and <u>Daubert</u> motions (responses due 21 days after service). | NOVEMBER 22, 2024 |
| Deadline for filing all other motions including motions in limine. | MARCH 28, 2025 |
| Deadline for filing the joint final pretrial statement. | APRIL 11, 2025 |
| Date and time of the final pretrial conference. | APRIL 21, 2025 10:00 A.M. |
| Trial Term Begins | MAY 5, 2025 9:00 A.M. |
| Estimated Length of Trial | 7 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of July, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -