UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.                                      Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

    Defendants.
_____

## ORDER

Plaintiff Elmer Williams and Defendant Ricky Dixon's Joint Motion for Entry of HIPAA-Qualified Protective Order (Doc. 132) is **GRANTED**. The Court will separately enter the proposed order.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of July, 2024.

                                                      MONTE C. RICHARDSON
                                        UNITED STATES MAGISTRATE JUDGE

Jax-9 7/31
c:    Counsel of record