**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELMER WILLIAMS,

    Plaintiffs,

v.                                          Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, ET AL.,

    Defendants.

_____

## Mediation Report

The parties held a mediation conference on August 8, 2024, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

- ☒ lead counsel
- ☒ the parties or a party's surrogate satisfactory to the mediator
- ☒ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒ The parties have reached an impasse.

<u>August 8, 2024</u>
Dated:

<u>s/ Thomas H. Bateman III</u>
Thomas H. Bateman III,
Mediator
Fla. Bar No. 349781
Certified Circuit Civil Mediator
No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720