| | |
|---|---|
| **From:** | Hanson, Jacob |
| **To:** | cookjv@gmail.com; james@slater.legal; james@slaterlegal.com; Tom Buchan |
| **Cc:** | lauren@jsh-pa.com; Margaret Chrisawn; Wahl, Brian; Ramsay, Tina |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS: Elmer Williams v. Centurion of Florida, LLC et al. \| Case No.: 3:22-cv-01221-MMH-MCR \| SUPPLEMENTAL DOCS PRODUCED BY CENTURION |
| **Date:** | Monday, April 29, 2024 4:05:01 PM |
| **Attachments:** | Williams - Protective Order 4879-9776-2145 v.1 4872-7596-9122 v.1.docx<br>RE Joint Motion for Confidentiality Order.msg |

James,

In regard to the below production, please note that Centurion has identified confidential information and privileged information. Given that this is a rolling production, we intend to produce the privilege log upon completion of the production.

As to the confidential documents, we can begin producing those after a confidentiality agreement is in place. I'm re-attaching the draft protective order we first circulated in May last year (see attached email thread) and that we again circulated in November last year. While I understand that there is currently a confidentiality order in place (ECF No. 86), it "does not pertain to medical records" (ECF No. 84 at 1 n. 1) or other categories of confidential information pertaining to my clients.

@james@slater.legal, @cookjv@gmail.com, and @Tom Buchan, please let us know whether we can agree to the attached protective order or whether you have any revisions.

**Jacob Hanson**
Associate | Bradley
jhanson@bradley.com
d: 813.559.5575

---

**From:** Ramsay, Tina <tramsay@bradley.com>
**Sent:** Monday, April 29, 2024 3:40 PM
**To:** cookjv@gmail.com; james@slater.legal; eservice@slater.legal; james@slaterlegal.com
**Cc:** lauren@jsh-pa.com; Tom Buchan <Tom@jsh-pa.com>; Margaret Chrisawn <Margaret@jsh-pa.com>; Wahl, Brian <BWahl@bradley.com>; Hanson, Jacob <jhanson@bradley.com>
**Subject:** SERVICE OF COURT DOCUMENTS: Elmer Williams v. Centurion of Florida, LLC et al. | Case No.: 3:22-cv-01221-MMH-MCR | SUPPLEMENTAL DOCS PRODUCED BY CENTURION

| Court: | United States District Court - Middle District of Florida |
|---|---|
| Case No.: | 3:22-cv-01221-MMH-MCR |
| Case Style: | Elmer Williams v. Centurion of Florida, LLC et al. |
| Document(s) served: | **Supplemental Documents Produced by Centurion** in response to Plaintiff's Requests for Production, bates labeled CENT0000001-CENT0001457<br><br>https://bradleyllp.sharefile.com/d-s9bf1183e15024789979097b918e40b65 |

|  | *These documents are password protected; a password will follow via separate email* |
|---|---|
| **Sender's Name and Contact:** | Jacob Hanson | 813-559-5500 |



**Tina Ramsay**
Legal Assistant
e: <u>tramsay@bradley.com</u>  w: <u>bradley.com</u>
d: 205.521.8424  f: 205.488.6424
Bradley Arant Boult Cummings LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119

<u>LinkedIn</u> | <u>Facebook</u> | <u>Twitter</u> | <u>Instagram</u> | <u>Blogs</u>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.