| | |
|---|---|
| **From:** | Hanson, Jacob |
| **To:** | cookjv@gmail.com |
| **Cc:** | James M. Slater; Wahl, Brian |
| **Subject:** | RE: HIPAA-Qualified Protective Order |
| **Date:** | Monday, May 20, 2024 4:49:13 PM |
| **Attachments:** | Williams - Protective Order.docx<br>RE SERVICE OF COURT DOCUMENTS Elmer Williams v. Centurion of Florida LLC et al. Case No. 322-cv-01221-MMH-MCR SUPPLEMENTAL DOCS PRODUCED BY CENTURION.msg |

James,

I disagree with your description of negotiations on a protective order so I'll provide my own:

Back when we discussed entry of the protective order entered by the Court, I circulated the attached draft protective order, which I've since re-circulated several times. At the time, you agreed that the court would need to enter a separate protective order, but wanted to move forward with the draft agreed to by FDOC so it could produce records in response to discovery.

Since those discussions a year ago, I have explained that the protective order you and FDOC asked the court to enter did not adequately address my clients' concerns with regard to confidential information, including but not limited to medical records containing PHI, and have asked that we agree to the attached draft or that you provide proposed revisions. It's my understanding that FDOC is currently reviewing the attached draft and we are pending its approval of same.

So there is not a new version of a protective order that I am proposing, and I do not recall you having proposed a protected order since we circulated the attached draft. Rather, I've continued to ask you to agree to this draft or provide proposed revisions for me to consider.

I'm happy to continue to work with you both on this. And if you have a draft protective order you would like to circulate, please do so for my clients' consideration.

**Jacob Hanson**
Associate | Bradley
jhanson@bradley.com
d: 813.559.5575

---

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Monday, May 20, 2024 11:18 AM
**To:** Hanson, Jacob <jhanson@bradley.com>
**Cc:** James M. Slater <james@slater.legal>
**Subject:** HIPAA-Qualified Protective Order

Jacob, as you know, we currently have a protective order rendered by the Court to deal with general discovery issues. We have discussed that we also need a HIPAA-Qualified Protective Order. My recollection is that you were objecting to our version and that you had your own version that you wanted to propose. Is that still the case?

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.