# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

 Plaintiff,

v.

RICKY DIXON, et al.,

 Defendants.

Case No. 3:22-CV-997-BJD-LLL

**PLAINTIFFS' NOTICE OF SERVING RESPONSES TO DEFENDANT CENTURION'S SECOND DISCOVERY**

Plaintiff Elmer Williams, through counsel, pursuant to the Federal Rules of Civil Procedure, has served on the above Defendant(s) Plaintiff's Responses to Defendant's Second Discovery, with a copy of this notice.

I CERTIFY a true copy hereof was filed in the CM/ECF system on 5/22/24 to:

Jacob Hanson, Esq., Bradley, Arant, Boult Cummings, jhanson@bradley.com
Brian A. Wahl, Esq. Bradley, Arant, Boult Cummings, bwahl@bradley.com
Thomas Buchan, Esq., Howell, Buchan, and Strong, Tom@jsh-pa.com.
Lauren Strickland, Esq., Howell, Buchan, and Strong, Lauren@jsh-pa.com

Respectfully submitted,   s/James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
(850) 561-0836 fax
cookjv@gmail.com

## Plaintiff's Unverified[1] Responses to Centurion's Second Interrogatories

1. Please supplement Your answers to the Centurion Defendants' First Set of Interrogatories.

**Response: Pursuant to Fed.R.Civ.P. 33(d), Additional names of medical providers, to which Plaintiff does not currently have access, are recorded in the medical record updates for which we provided a medical release to Centurion/MHM and which have been subpoenaed by you and which were due to have been provided on May 3, 2024, although we have not yet received the copies of those records promised by you. The total dollar cost of the injuries inflicted by the Defendants is still unknown to Plaintiff but will certainly be very great. The physical, mental, and emotional pain and suffering Plaintiff experiences have continued with continued infections, increasing physical disablement, severe pain, multiple trips to the Hospital Intensive Care Unit (ICU), the insertion of a feeding tube, great frustration and grief over my physical limitations and disfigurement, anxiety for the future, worry for my family, sadness for the unnecessary loss of my life even while I am still alive.**

2. Identify all doctors, hospitals, medical professionals, and other healthcare providers that treated or examined You since the date on which You were released from FDC, including all healthcare providers who treated or examined You from March 29, 2023 to present.

**Response: See the response to Interrogatory 2 of the First Interrogatories and Interrogatory 1 of these Interrogatories. Plaintiff has now been under regular care or hospitalized for nearly two years and has medical contacts virtually every day. Pursuant to Fed.R.Civ.P. 33(d), Plaintiff would refer you to the medical records provided to you in response to the First Requests for Production and the update records provided to you through the medical release for Memorial Hospital and Memorial Manor which have been subpoenaed by you and which you have promised to provide to us on receipt.**

3. For each doctor, hospital, medical professional, or other healthcare provider identified in response to Interrogatory No. 2, please identify each date of service that Plaintiff was examined or treated.

**Response: Pursuant to Fed.R.Civ.P. 33(d), Plaintiff would refer you to the medical records provided to you in response to the First Requests for Production and the update records provided to you through the medical release for Memorial**

---

[1] Mr. Williams has lost the use of his hands to sign his name.

**Hospital and Memorial Manor which have been subpoenaed by you but which we have not yet been provided.**

4. Please identify each and every medical record for all doctors, hospitals, medical professionals, and other healthcare providers identified in response to Interrogatory No. 2.

**Response: The medical records provided to you previously were more than 11,000 pages and the medical records you have subpoenaed, but which we have not yet received and have not been able to review will likely number far more than that. Pursuant to Fed.R.Civ.P. 33(d), we refer you to those records for what will certainly be thousands of documents.**

<u>/s/James Cook</u>, cookjv@gmail.com, 850-222-8080

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

_____
**ELMER WILLIAMS**                                      **Date**

**Plaintiff's Responses to Defendant Centurion's Second Requests for Production**

1. Please supplement your responses to the Centurion Defendants' First Requests for Production.

**Response: You have been given all the prison medical records in my possession, custody, or control and should have the post-custody records that Plaintiff has provided to you or released to you, which were subpoenaed by you and due to you on May 3, 2024, but that have not yet been provided to Plaintiff as promised. These should be thousands of pages of medical records that describe my medical examination and treatment up to recent times. Plaintiff will provide recent photographs.**

2. Please produce all documents responsive to the Centurion Defendants' First Requests for Production and/or the Centurion Defendants' First Set of Interrogatories obtained since Plaintiff originally responded to these discovery requests or not otherwise produced.

**Response: Plaintiff has produced all prison medical records in his possession, custody and control and approximately 11,000 pages of post-custody medical records and released the balance of his post-custody medical records up to date, although he has not yet received copies of the records from you as promised.**

3. Please produce Plaintiff's medical records for all doctors, medical professionals, and other healthcare providers that treated or examined Plaintiff from the date of Plaintiff's release from FDC to present, including medical records for all healthcare providers who treated or examined Plaintiff from March 29, 2023 to present.

**Response: Plaintiff has provided the approximately 11,000 pages of medical records he received from his medical providers to date and released all the most recent records to you according to our agreement.**

4. Please produce all documents that would be responsive to the Centurion Defendants' Second Set of Interrogatories.

**Response: All the records responsive to the Second Interrogatories have been already provided to you or were released to you according to our agreement that you subpoena the records and provide Plaintiff with copies of all records.**

*/s/James Cook*, cookjv@gmail.com, 850-222-8080
