UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                        Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**
_____/

### DEFENDANTS DIXON, SANTIAGO, AND RICHARDSON-GRAHAM'S RESPONSE TO PLAINTIFF'S OPPOSED MOTION TO MODIFY SCEDULING ORDER

    Defendants, RICKY DIXON, KALEM SANTIAGO, and SGT. SAVONIA RICHARDSON-GRAHAM (collectively "Defendants") by and through undersigned counsel, hereby respond to Plaintiff's Opposed Motion to Modify Scheduling Order [Doc. 142] and state the following in support thereof:

    Defendants are unopposed and agreeable to Plaintiff's suggested deadline extensions sought in his motion.

1

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorney for Defendants Dixon, Santiago, and Richardson-Graham*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via e-filing portal on October 31, 2024.

*/s/ Thomas Buchan*
Thomas Buchan