UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                                      Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.

_____

## **ORDER**

This cause is before the Court on Plaintiff's Opposed Motion to Modify Scheduling Order (Motion; Doc. 142), filed on October 17, 2024. In the Motion, Plaintiff seeks a 60-day extension of the remaining case management deadlines in this matter. See Motion at 1. The Florida Department of Corrections Defendants do not oppose the Motion. See Defendants Dixon, Santiago, and Richardson-Graham's Response to Plaintiff's Opposed Motion to Modify Scheduling Order (Doc. 148). The Centurion Defendants do oppose the Motion, arguing that Plaintiff has had nearly two years to complete discovery and has not acted diligently. See Centurion Defendants' Response to Plaintiff's Third Motion to Modify Scheduling Order (Doc. 146).

Upon review, the Court finds that Plaintiff has shown good cause for an extension of time. The seriousness and breadth of the factual allegations at

issue appear to warrant comprehensive discovery. Moreover, the Court believes an early settlement conference to be appropriate in light of Plaintiff's medical condition.[1] To accommodate these factors, the Court will extend the remaining deadlines by 90 days.

Accordingly, it is **ORDERED**:

1. This case is referred to the Honorable Monte C. Richardson, United States Magistrate Judge to conduct a settlement conference. By **December 13, 2024**, the parties shall confer and contact the chambers of Judge Richardson with proposed dates as to when the parties and counsel are available for a settlement conference to be conducted **following the close of discovery**. If the parties settle the case privately prior to that time, they shall immediately notify the Court.

2. Plaintiff's Opposed Motion to Modify Scheduling Order (Doc. 142) is **GRANTED**.

3. The remaining case management deadlines are extended as follows:

| Deadline for completing discovery and filing motions to compel. | JANUARY 16, 2025 |
|---|---|
| Settlement conference deadline. | FEBRUARY 14, 2025 |

---

[1] Plaintiff has terminal cancer. <u>See</u> Third Amended Complaint (Doc. 93) at 37.

| Deadline for filing dispositive and <u>Daubert</u> motions (responses due 21 days after service). | MARCH 17, 2025 |
| Deadline for filing all other motions including motions in limine. | JUNE 26, 2025 |
| Deadline for filing joint final pretrial statement. | JULY 10, 2025 |
| Date and time of the final pretrial conference. | JULY 21, 2025 10:00 A.M. |
| Trial Term Begins | AUGUST 4, 2025 9:00 A.M. |
| Estimated Length of Trial | 7 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of November, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 11/1
c:      Counsel of record

3