IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | CASE NO.: 3:22-cv-01221-MMH-MCR |
| RICKY DIXON, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF SELECTION OF MEDIATOR AND MEDIATION DATE

Plaintiff, Elmer Williams and Defendants Centurion of Florida, LLC, Jason Howell, Tony Abbott and Alexis Figueroa MD., hereby give notice that they have agreed on **Thomas Bateman** as the selected mediator in this case and that Mr. Bateman will mediate this case on February 11, 2025.

/s/ Brian A. Wahl
Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 5th Avenue N. – One Federal Place
Birmingham, AL 35203
Primary Email:     bwahl@bradley.com
Secondary Email:  tramsay@bradley.com

Jacob B. Hanson (FBN 91453)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Primary Email:     jhanson@bradley.com
Secondary Email:  tabennett@bradley.com

*Counsel for Defendants Centurion of Florida, LLC, Jason Howell, Tony Abbott and Alexis Figueroa*

/s/ James V. Cook
James V. Cook (FBN 09866843)
Law Offices of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Primary Email: cookjv@gmail.com

James M. Slater (FBN 111779)
Slater Legal
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

    /s/ Brian A. Wahl
Brian A. Wahl
*Counsel for Defendants Centurion of Florida, LLC, Jason Howell, Tony Abbott and Alexis Figueroa*

4922-2762-2925.1