EXHIBIT 1: Updated Email search terms

All E-mails (native Outlook format, unredacted) to or from the following persons for the period 01/01/2018 through 12/31/2022 that include the number "086916" (Elmer Williams' DC number) in the subject field.

| | |
|---|---|
| Abbott, Tony, APRN, tabbott@TeamCenturion.com | Centurion Medical Provider |
| Almanzar, Victor, MD | Moore Haven physician (ACN424) |
| Amatucci, Gerald, gamatucci@teamcenturion.com | Centurion Utilization Mgmt Reviewer |
| Anandjiwala, Nalini, MD, nanandjiwala@teamcenturion.com | Centurion Physician |
| Bassa, Ramon, MD, Ramon@TeamCenturion.com | Centurion Medical Director (former) |
| Bennett, Rhonda, RBennett@TeamCenturion.com | Centurion Medical Provider |
| Calderon, Cesar, MD, | Centurion physician |
| Cannon, Brittney, bcannon1@TeamCenturion.com | Centurion Medical Provider |
| Corbin, Rita, RCorbin@TeamCenturion.com | Centurion Clerk |
| Denmark, Felicia, fdenmark@TeamCenturion.com | Centurion Health Services Administrator |
| Douin, Kathi, KDouin@TeamCenturion.com | Centurion Regional Director |
| Field, Robert, MD | Centurion Physician |
| Figueroa, Alexis, MD, AFigueroa@TeamCenturion.com | Centurion Physician |
| Graham, Donna, graham.donna@mail.dc.state.fl.us | FDC central office staff |
| Holmes, Elizabeth, eaholmes@TeamCenturion.com | Centurion Medical Provider |
| Howell, Jason, RN | Centurion Medical Provider |
| Irizarry-Ortiz, Maricelis, MD, Mirizarry@TeamCenturion.com | Centurion Medical Provider |
| Johns, Adele, adele.johns@fdc.myflorida.com | Grievance Reviewer |
| Juman, Farieza, fjuman@geogroup.com | Paralegal responding for GEO Group, Inc. |
| Langley, Taylor, Admin. Ass't. | Centurion Medical Records Clerk |
| Lay, John, MD, jlay@TeamCenturion.com | Centurion Statewide Medical Director |
| Lindblade, Roy, roy.lindblade@fdc.myflorida.com | FDC Captain |
| McCandless, Jessica, jmccandless@teamcenturion.com | Centurion staff |
| Miquel, George, MD (also Miguel, George) | Centurion Physician Urology |
| Montoya, Vernon, MD | Centurion Physician Oncology |
| Morgan, Melissa, mmorgan2@TeamCenturion.com | Centurion Health Services Administrator |
| Nobles, Christine, RN, cnobles@TeamCenturion.com | Centurion Utilization Mgmt Reviewer |
| Prouix, Patricia | Centurion staff |
| Richardson-Graham, Savonia | FDC Corrections Sergeant |
| Roberts, Priscilla, proberts@TeamCenturion.com | RMC Hospital Administrator |
| Rodriguez, Alexis, MD | Centurion Physician |
| Santiago, Kalem, Kalem.Santiago@fdc.myflorida.com | FDC Clinical Advisor |
| Schouest, Michelle, michelle.schouest@fdc.myflorida.com | FDC Grievance Reviewer |
| Seagle, Scott, sseagle@coppinsmonroe.com | Attorney responding to npp subpoena to GEO |
| Thompson, Michael | Centurion staff |
| Varona, Alvia, MD, Avarona@TeamCenturion.com | Centurion Regional Medical Director |
| Winfree, Joseph, RN, jwinfree@teamcenturion.com | Centurion UM Outpatient Nurse |
| Yates, Rebecca, rebecca.yates@fdc.myflorida.com | FDC Staff |