# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, et al.,

    Defendants.

Case No. 3:22-cv-01221-MMH-MCR

## SUPPLEMENTAL RULE 3.01(g) CERTIFICATE

Plaintiff Elmer Williams provides this supplemental certificate concerning the Medical Defendants' (Centurion, LLC, Alexis Figueroa, Tony Abbott, and Jason Howell) position regarding Plaintiff's motion to modify the scheduling order to extend the discovery period as to the outstanding discovery from Defendant Ricky Dixon (ECF 156). Medical Defendants respond that they take no position to the extent the discovery issue is with Dixon but would oppose extension of discovery for other matters.

Respectfully Submitted,

/s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 1/14/2025, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook