# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

      Plaintiff,

v.                                                           Case No. 3:22-CV-997-BJD-LLL

RICKY DIXON, et al.,

      Defendants.

**PLAINTIFFS' NOTICE OF SERVING RESPONSES TO
DEFENDANT CENTURION'S FIRST DISCOVERY**

Plaintiff Elmer Williams, through counsel, pursuant to the Federal Rules of

Civil Procedure, has served on the above Defendant(s) Plaintiff's Responses to

Defendant's First Discovery, with a copy of this notice.

I CERTIFY a true copy hereof was filed in the CM/ECF system on 11/6/23 to:

Jacob Hanson, Esq., Bradley, Arant, Boult Cummings, jhanson@bradley.com
Brian A. Wahl, Esq. Bradley, Arant, Boult Cummings, bwahl@bradley.com
Thomas Buchan, Esq., Howell, Buchan, and Strong, Tom@jsh-pa.com.
Lauren Strickland, Esq., Howell, Buchan, and Strong, Lauren@jsh-pa.com

                Respectfully submitted,    *s/James V. Cook*
                                        JAMES V. COOK, ESQ.
                                        Florida Bar Number 0966843
                                        Law Office of James Cook
                                        314 West Jefferson Street
                                        Tallahassee, FL 32301
                                        (850) 222-8080
                                        (850) 561-0836 fax
                                        cookjv@gmail.com

## Plaintiff's Responses to Centurion's First Interrogatories

1. Identify the person answering these interrogatories.

**Answer: Plaintiff together with counsel at the above address.**

2. Identify all medical providers that have treated or examined You for the physical or mental injuries allegedly sustained as described in the operative Complaint, to and through the present day, including any medical providers Plaintiff saw after he was released from the custody of FDC.

**Answer: I am not able to identify "all" medical providers that have treated me for the injuries I have received at the hands of the Defendants. I have not always been conscious while being examined or treated and I have not always known the identities of persons who treated or examined me. I have to rely, at least to some extent, on records, which I am still in the process of collecting. Some records are poor quality, some signatures are unreadable, some stamps and license designations are missing. Many entries are unattributed. Discovery is ongoing. As of now, I can provide my set of medical records, received from the Florida Department of Corrections and, by my review, the information below:**

**Florida Department of Corrections/Centurion of Florida**

  **Abbott, Tony, APRN**

  **Almanzar, Victor, ACN**

  **Cannon, Brittney, LPN**

  **Centurion of Florida, LLC**

  **Figueroa, Alexis, ACN**

  **Holmes, Elizabeth, LPN**

  **Howell, Jason, RN**

  **Memorial Regional Hospital**

  **Miquel, George, MD**

  **Montoya, Vernon, MD**

  **Morris, Jessee Gino, LPN**

**Santiago, Kalem, ACN**

**Smith, Graydon, RN**                    **(often without DOH license designation)**

**Townsend, Delores, LPN**


**Memorial Hospital System; Memorial Manor**

| | |
|---|---|
| **Alvarez, Jeanette, MD** | **Memorial Manor** |
| **Chiert, Tevia, Psy.D.** | **Memorial Manor** |
| **Dieguez, Janette Beatriz, PA** | **Memorial Manor** |
| **Harfouche, Karim, MD** | **Memorial Manor** |
| **Lewis, Rosalie, RN** | **Memorial Manor** |
| **Pico, Brian Anthony, MD** | **Memorial Hospital West** |
| **Pushka, Alexander, MD** | **Memorial Manor** |
| **Reynolds, Christeen, RN** | **Memorial Manor** |
| **Roa, Paul Eduardo, MD** | **Memorial Manor** |
| **Smith, Kristy D Khoury, PA** | **Memorial Manor** |
| **Vildor-Dazi, Esther Carol, MD** | **Memorial Manor** |

3. For any medical providers identified in Interrogatory number 1 who provided
medical treatment to Plaintiff, please identify each date of service that such medical
provider saw Plaintiff for treatment of the physical or mental injuries allegedly
sustained as described in the Complaint.

**Answer: With these responses, I am attaching a set of records that I have received
from the Florida Department of Corrections and some other health providers in
lieu of written answers pursuant to Fed.R.Civ.P. 33(d). The records are still not
complete and will be updated as additional records are received so that they are as
complete as possible for me. Discovery is continuing.**

4. Identify, list, and describe in detail all injuries, actual damages, compensatory
damages, and emotional damages suffered by Plaintiff for which he seeks

compensation from Defendants in this matter, including but not limited to, the dollar amount of such damages, and the date such damages were incurred, and identify every person with knowledge of such damages.

**Answer: Plaintiff is currently seeking an assessment of the ever-mounting total dollar cost of the injuries inflicted by Defendants, but a large proportion of the damages are in the form of physical pain and emotional distress and loss of enjoyment of life, which costs are not subject to exact calculation and will have to be determined by a Jury.**

5. Identify all documents or communications that evidence Plaintiff's damages (including but not limited to actual, compensatory, and emotional damages) for which Plaintiff seeks compensation from Defendants in this matter.

**Answer: Response below:**

**Classification Records**

**Grievances and Appeals**

**Medical Records, Florida Department of Corrections**

**Medical Records, Memorial Hospital Jacksonville**

**Medical Records, Memorial Hospital Broward**

6. Please describe any physical, mental, or emotional symptoms, pain, or suffering that Plaintiff experienced while in the custody of FDC in relation to the allegations described in the operative Complaint.

**Answer: On November 18, 2021, at Suwannee CI Annex, I declared a medical emergency in N-Dorm because I had fallen and injured my back and neck. Sgt. Richardson was called out of the officer's station to assist me and upon approaching me she stated, "I'm not calling a stretcher for you. You can forget that. She then called two inmates to assist her named Frank Perry and Leon Johnson and ordered them to get another inmate's wheelchair, David L Harmon, DC #110411, and ordered them to pick me up off the floor and place me in the wheelchair. She ordered me to wait on her to write me a pass to go to medical for my medical emergency in violation of the protocols for a slip and fall incident that involved neck and back injuries. Once in medical, I was seen by nurse Jason Howell. I explained my condition having a pinched nerve. I've been diagnosed with a lower hernia and I have prostate cancer that had been in remission and my PSA has gone from 0.2 to 5.2 in an alarming short period of time. Later, it would rise into the 40's. My legs, my lower back, my stomach, my intestines, and my**

feet have gone numb and ongoing paralyzed more and more every day. I have been begging for the help I need before things get worse. Nurse Howell's response was, " Let me go and speak with the doctor. I'll be back. in 15 minutes." He returned and gave me a shot of muscle relaxers in each hip and tells me that's all he can do for me for the pain. I asked him if I could get a wheelchair to get around in and he said, "Hell no." I asked, well how do you expect me to get around. He said, "I don't know. Hold onto the wall. Or you can go to confinement. I can't recall the exact date and time of my second medical emergency. However, my medical file will show it. I was seen again by Nurse Jason Howell. I told him I was having severe chest pains and pains in my legs. He did a quick EKG and told me that my heart is fine. He can't help me with my legs and he sent me on my way. When I came to Suwannee CI on or about November 15, 2021, I was brought here for "medical purposes." My permanent facility is Moorehaven CI. I was at RMC West unit before coming here. And before that, the Department of Corrections has been bouncing me back and forth from Tomoka to Moorehaven, RMC West unit, back to South Florida Reception Center back to Moorehaven, back to RMC West unit to Suwannee CI, all in a matter of a few months, leading my heavy property around because Department of Corrections doesn't have a policy to help medically unstable inmates with the property with a lower hernia, swollen prostate and pinched nerve, everything that could go wrong has gone wrong.

On November 24, 2021, I had a call out to go to the Institutional Classification Team (ICT) for a job assignment. However, being paralyzed, I could not go to my callout without a wheelchair because my legs had gone almost completely out by this time. I needed authorization to go to my ICT in a borrowed wheelchair. ICT personnel consists of the head of Classification, the head of security, and the assistant warden policy and procedure prohibits one inmate from borrowing another inmates walking aid, i.e. walking cane, walker, wheelchair, etc. So when I tried to explain to Sgt. Richardson my dilemma and asked her if she would authorize me to use inmate David Harmon's wheelchair to go to my ITC, she said, "Hell no!" However as soon as she came on duty at 8 AM, she observed me in the day room at the table writing an informal grievance on her for the incident that she was in violation for when she had refused to call a stretcher for me when I fell down and injured myself. She knew of my paralysis but failed to give me permission to borrow the wheelchair. However, as soon as the ICT callouts were over with and she borrowed David L Harmon's wheelchair to take me to confinement on bogus charges of disobeying verbal order for not going to my ICT callout, which was actually retaliation for me writing the informal grievance on her which I had in my top pocket when she took me to medical for my pre-

confinement physical and which she took out of my top pocket along with the contact information for my attorney, before placing me in administrative confinement cell P1-101, a handicap cell, and leaving with the borrowed wheelchair and leaving me helpless in the cell.

On November 25, 2021, I put in for sick call requests to the nurse on each one of my medical issues. On November 29, 2021, I put in another sick call request. On November 30, 2021, the sick call request was still not picked up. On November 30, 2021, later that evening between 6:45 PM and 7:15 PM, I fell out of my bunk and injured my back, hip, and neck. I was denied a medical emergency and so I put in a sick call request stating that I had fallen out of my bunk and injured my hip, back, and neck but my sick call request was never responded to. On December 1, 2021, the officer on the midnight shift made sure the nurse got my sick call request for Monday at 2 AM. However, again, my sick call request was never responded to. On December 1, 2021, Capt. Linnblade was told about my situation of not being able to make it to the toilet and having to pee in a cup and his response was that I needed to get rid of the cups ASAP because I could be placed in a strip cell for having a cup. He had no concern for my health. On December 1, 2021, the Sgt. had the orderly clean my cell and take the feces-soiled and urine-soaked clothing. On December 2, 2021, I was supposed to go to DR Court for my so-called "disobeying a verbal order" retaliatory charge. The investigation was delayed for "good cause." They are keeping me confined as long as possible to keep me away from the phone and contacting my family.

On December 2, 2021 at approximately 2:30 PM I fell down on my right knee trying to get to the toilet. My knee was bent when it hit the concrete floor in cell P1-101-L. I don't know the extent of damage because of numbness in my legs. It took all my strength to pick myself up off the floor and get back in bed. I was sweating profusely. I stink more than ever now because my cell floor is pissy for me peeing on it all day when I don't have the strength to make it to the toilet.

On December 2, 2021, I haven't had a shower in nine days because of the refusal to give me a wheelchair to help me avoid injuring myself more. On December 3, 2021, I'm cramping and having severe muscle spasms that are coming more and more frequent daily. I have to piss on the floor many times a day. I can't make it to the toilet because my cramps are back-to-back now. Every time I move my lower back any kind away, I cramp up and have out-of-control muscle spasms where my legs and feet will sometimes curl up or lock up straight out in front of me. And the spasms will last up to a minute and then start to loosen up. My cell gets so stinky, it smells like a public Porta-Potty. I had to use a uniform to place

on the floor. Then I would place my feet apart in the strategic position for
balance. Then I use one hand to grab the top bunk and the other hand I use to
push myself up from the bed and pull up from the top bunk with the other. Once
my body and legs are upright, I brace myself for the uncontrollable muscle spasms
I know are coming, or my legs, knees, feet, and toes, lock up when the spasm
stops. I then use all of my upper body strength to balance myself in between the
top bunk I'm now holding onto and the wall about 5 feet in front of me with a
handicap bar attached to it. Once I manage to get this far, I then drag my feet
planted securely across the floor to where I can grab the other handicap bar that's
attached to the toilet and sink and then from there, I drag my feet more until I've
manipulated them to where I can drop down on the toilet and do everything I've
got to do in that area. From number one to number two, washing my face hands
and brushing my teeth, to getting a drink of water from the sink and when I'm
done, I repeat the same process going back to my bunk and believe me, it may not
sound like much of a task but it is very strenuous and lately my strength just has
not been up to the task or the cramps and muscle spasms are back-to-back and too
painful for me to make it. So I'm compelled to pull my pants down as far as I can,
position myself away from the bed, and urinate on the floor. Then I take an extra
shirt or pair of pants and cover up the urine and once it's absorbed, I pick it up
and place it out of sight by my cell door so I don't get in trouble because since I've
been back here in confinement, my every cry for help has been turned around on
me. Security and medical look for a reason to write me a DR (disciplinary report)
for any reason. They add insult to injury with me having gone crippled and my life
and health on the line. I have to be extremely humble and compliant so I can make
it out of here to get access to a phone to call for help! Because I'm not getting it
back here at all. I haven't been out of my cell since I came in here 10 days ago. No
shower, no callouts for blood work, nothing. And then I wrote an informal
grievance about not getting a shower and found out the Confinement Sgt. was
lying in writing on the 229 (daily record of special housing) that they were giving
me three showers a week. I called the security cameras evidence that I hadn't had
a shower at all at that point and since I'm in cell P101, if anyone important walks
through, by the time I realize what is going on, they're gone. God forbid if you
yell out cell door. Disciplinary report action. They don't care what you have to
say. I thought the Warden would have intervened by now. I saw the Warden or
Assistant Warden come through. When I saw him he was coming down the stairs
about 8 or 10 feet away from my cell. He was looking at his phone and mumbling
something to someone upstairs to the effect of, "there's the captain right there,
talk to him." And he didn't even look my way. I would've thought he would come
to see me personally being that I put in close to 10 grievances on various issues

ranging from emergency grievances to issues of needing him to establish something back here in confinement where inmates like me can have access to a wheelchair to go to and from shower and callouts. In the meantime I'm stuck in a cell with no way to get around so I'm anxious for my record review so I can review and have copies made of my medical records, so I can see who's been writing what and what excuses they been using to not get me the immediate medical attention I've been needing and literally begging for. I put in over seven sick call requests alone when one should have been sufficient. The first one was put in on 25 November. I've had just two bowel movements since I've been in here and thank God I was able to make it to the toilet in time. However, with me not having any muscle control in my stomach to push the feces out, it came out most of the way and then I had to dig the rest of it out and get it all cleaned up with toilet paper. It was disgusting. I dread those times. I'm so in pain and discomfort. I can't sleep but for a very short period of time here and there when, for some reason, the pain goes away for a little while. The worst comes when I wake up because I have to move my lower spine and when I move there's another episode of cramps and spasms out of this world that cuts off my oxygen. And for some reason after coming out of a nap the spasms are the worst and I have to use all of my strength to pull myself up in a sitting position and stretch my back and legs until the spasm tension loosens up. It's a very painful process that I go through at least 10-15 times a day. Everyone back here can hear my loud cries and moaning and groaning and it's all on audio and video I'm quite sure because I heard someone upstairs commenting on it. The officers don't care. They just walk by and keep moving. There's no, "are you okay?" Nothing. Medical doesn't care. So I guess they figure why should they. And speaking of medical, the root of the problem is retaliation against me for writing up Nurse Jason Howell. But it is what it is because he was wrong, dead wrong. He was supposed to start the process of getting me a wheelchair and a lot of my injuries could've been avoided. I wouldn't be on bad terms with Sgt. Richardson where I fell and she went against policy in having inmates pick me up and put me in a wheelchair to take me to medical. I would never be in confinement. I would've gotten my blood work done. My property wouldn't be missing. I'm going to fight tooth and nail for my health life and rights and holding people accountable that are responsible as this is criminal cruel and unusual punishment. I know they're going to try to discourage me anyway they can by not responding to my grievances or waiting until the last day to send me a response to kill my response time. But Lord willing, I'll prevail because God is for the good and righteous.

December 3, 2021, afternoon. I'm starting to notice of my lower back is becoming weaker and weaker every day. When I stand up, I catch pure hell straightening up. My lower back muscles are so weak. What's so ironic is every time I move, twist, bend forward or stand straight up or I get in bed and go through the motions of laying back my lower back muscles tense up extremely tight and my legs been completely stiff and my feet curl up stiff and I have a muscle spasm like that for about 30 seconds. Then it'll loosen up and the second I bend again all spasm out of control again and it's getting worse daily. They need to do something as soon as possible. I cannot stand up on my own at all anymore. I have to literally push my knee straight and pull myself up to stand up and like the other day, if I stand up too long, with my legs gone numb, my knees will give and I'll hit the floor. I have to pay close attention to my movements. I move very cautiously because I really don't want to be paralyzed for the rest of my life.

December 3, 2021. They finally came up with a wheelchair to take me to the shower. God is good. Ofc. Cox stated, it's not for me to keep. He borrowed it from an inmate in the next unit over, but it's a start. I'm grateful to feel fresh and clean even if it's just for the moment.

December 4, 2021. I can't take this pain anymore. I declared a medical emergency at approximately 2:00 AM and 2:30 AM when the officer passed by my cell. I told him that I fell and injured my right hip and now my upper spine is in excruciating pain nonstop and I need a shot of painkiller so I can sleep pain-free. The nurse, don't know his name, came to my cell and told me that he can't do anything for me that I'd have to get with the dayshift when the doctor is here. He refused to give me his name and laughed at me and walked away. I filed an informal grievance against this male nurse and requested the audio/video be retained until final disposition of this complaint.

December 4, 2021. I have cried and cried and cried tears of pain and frustration over the cruel and inhumane way I've been treated here at Suwannee CI annex by the nurses and security. If I didn't have God on my side and the strong will to survive, I would've committed suicide. That's just how much pain and anguish I feel inside. I'm hurting physically and mentally and crying out for help from Warden. He must assume that it's above his pay grade come on the compound here and interview me himself. I sent him numerous grievances of an emergency nature directly to him pleading my cause and he just doesn't care. This goes against every constitutional law and against human rights. They're trying to turn me into an animal mentally. They deprive me of a shower for nine days after coming to confinement because I can't walk on my own. They refuse giving me

even the pain pills that the doctor at Moorehaven prescribed for me over a month ago. I was on the call out to go to the medication pickup window to pick up my pain medication. However, again, I can't walk so I couldn't pick them up. I've put in numerous sick call requests for my medications and the medical department knows I'm back here. But since I'm on their blacklist, I get nothing. To stoop to the degrading, evil, level putting my life in jeopardy along my health is going way too far. People with that type of mentality should not be in a position of authority that requires care custody and control. I've fallen several times in the cell trying to get to the toilet, injuring both my hips, my right knee, and both of my shoulders. There's no telling what other injuries have been caused by me being compelled to strain and pull and drag myself around on the floor in my bunk. There were a couple of times when I fell and it took me several times to get back up in my bed. I was so exhausted and out of breath. It's torture. I can't move or feel anything from the bottom of my chest down. I've been diagnosed with a lower hernia. I have prostate cancer in remission. I have a severe pinched nerve that's obviously attached to the bone and is cut off the circulation in my middle to lower body. I'm under the doctor's care. My PSA is up from 0.2 to 5.2. I cannot fake the symptoms. I could see these people denying someone with no symptoms at all a wheelchair, but with all the symptoms, there's no excuse. The doctor here at Suwannee CI Annex, I think his name is Dr. Figueroa, is risking my life. I woke up a few minutes ago and had to pee so bad and couldn't make it to the toilet so I got my pants down as far as I could and with the help of the sandwich bag, I let it go. Because of my cramping and muscle spasms, 90% went on the floor and 10% in the sandwich bag. I am so helpless, and to think that I'm in a prison full of staff and officers and nurses and doctors and not one of them will come to my aid. It is scary and pitiful and ridiculous. But God will see me through this. I'm so thirsty and dehydrated. But I'm absolutely too weak to drag myself to the sink. My muscles need to rest and reboot. I'm sore and fatigued. But I'm building my muscles up good in my upper body. I just pray for justice to prevail soon because the conditions I'm living under are very inhumane, unsanitary, unhealthy. I'm on high blood pressure medication that dehydrates me and am unable to drink water like I need to because I'm too weak to get to the sink. I'm dreading the next bowel movement because I don't know how I'm going to manage that. I'll try to get to the floor and go back in the back of the cell next to the toilet and try to pull myself up. But if I can't, I'll just strip down and lay on my side and let it go and do my best to clean up from there. As long as it's away from me, I'll deal with it.

December 4, 2021. Well, I spoke it into existence. I had to drop down to the floor, letting my butt hit the pillow that I placed on the floor in front of it just for

that purpose and crawled over to the sink and toilet area and went through the agonizing spasms until I was able to prop both of my legs, bent at the knees, in position to pull myself up by the handicap bars attached to the sink and toilet and manipulated my way until I was on the toilet. I did what I had to do and went through pure hell to clean up. I almost busted my ass trying to get back to my bunk. I barely made it by the skin of my teeth. I was sweating profusely and breathing like you just ran a mile but I made it. I have a big bruise on my right thigh and hip. It's purple blue and green.

December 5, 2021. Now that I'm thinking about my situation and circumstances more, the medical department here and other prisons I've been through on transit are only supposed to monitor and document in my medical file my condition from their observation and what I tell them. And from there, there are three categories of different stages that the patient could follow in: routine care, urgent care, and emergency care. At the start of all this my medical file is marked urgent care. However with my declining health and strength, this medical department here is supposed upgrade my medical status to emergency care and get my appointments with my primary doctor pushed up to a more current date, like as soon as possible. When I finally get to my primary doctor, Dr. Miquel, he'll be able to tell me something and he'll be able to set everything up that I need set up far as the MRI, bone scan, and seeing a neurologist. But the problem is these people who have me in their care custody and control are doing nothing to speed up the process. So my primary doctor is assuming I'm okay when the truth is I'm far from okay. The more these people delay taking my sudden paralysis seriously, the more my life and health will be in jeopardy. My strength is depleted. The numbness in my body is worse. Pain in my back and neck is increased. My PSA numbers are up. I've reached the stage where I'm completely numb and paralyzed from the bottom of my chest down to my toes. What is an emergency?

December 5, 2021. My concerns are now on the fact that since I cannot make the frequent trips to the toilet and sink, I've already urinated on the floor and on myself three times because I have no strength or ability to make it through the torture of banging my body up to get to the sink and toilet area. Bad enough that my chest cavity is injured and it hurts me to breathe. My hands are disgusting nasty and gross and contaminated and I'm compelled to eat my food that way. The Health Department also needs to be notified of the situation because as a result of security just dumping me in the cell without a wheelchair, I cannot get to the sink to wash my hands and brush my teeth before eating and handling food. Another case of cruel and unusual punishment. I have the right to be treated equally with any other person or inmate with a similar disability. These people

are so evil and so vindictive that they won't even give me a urine bottle to urinate in. My sick call request has been in now for 11 days. The average time for the process of a sick call request is within a week. And really all of that just started because before on average it used to take 48 hours at most depending on the seriousness of the problem. With my condition and the nature of my complaints, I should have been called in as soon as possible. But the nurse Jason Howell has put the word out to the nurses to drag me out until who knows when.

I finally dropped down and crawled to the sink to get some water that I so desperately needed and caught more hell than ever getting back into bed. I mean it literally. It took about 30-45 minutes for me to figure out a way to get myself up off the floor and into my bunk. I didn't even bother trying to use the toilet or even trying to pull myself up on the toilet. I just used a Styrofoam cup I held back from dinner to fill up with water and drink from it while sitting on this cold floor. I've never felt so helpless and desperate in so much pain in my entire life. And I can't even get a pain pill. I can't even get the pain medication was prescribed to me. In all my life, this is one of the most challenging experiences that I ever been through. My body is shutting down more and more. Last night when I was trying desperately to get back in my bed, an officer doing a security check stood at my cell door watching me bump my body around in desperation trying to pull myself up on my bed to no avail. After a minute or so he just walked off. There was no, "are you okay?" I told him I was paralyzed and dehydrated and desperately needed some water so I had to crawl to the sink and now I'm trying to get back to bed. He didn't say a word. He just walked off straight up coldhearted.

December 6, 2021. I woke up in the middle of the night and planned and executed the act of moving from my bunk to a sitting position to the ice cold floor. Because this next shift that comes in from 8 AM till 4 PM will come on yelling and screaming for us to get dressed and make up our beds and get inspection ready. And they'll write me up if I'm not in compliance. And I don't need any more problems. It's hell making my bed up on sitting on the floor. But to avoid having to explain myself and fighting with these people more, I just do it. That way when they walk by and look in my cell they see that it's in compliance they keep it moving. I can hardly wait to get all my medical needs taken care of, surgeries, whatever, so that healing process can start. I just had another accident and pissed my pants. I fell out and took a power nap and woke up from a deep sleep and my kidneys were too full. I couldn't hold it. So I let it go and when the captain did his rounds, he stopped in his tracks when he passed my cell and asked, "why does it smell like piss in here? Where you pissing? And I pointed at my soiled pants. I showed him my makeshift urine sandwich bag and left it that because that's the

same captain that ignored what I was telling him about my situation last time he stopped by here. His only concern was chastising me for having cups in my cell. He threatened to put me on strip cell. I've cried to God many many many times through this ordeal but I know he's with me. I'm going through this torturous phase in my life preparing for the next chapter, whatever that may be. It's just one of those things in life that doesn't make any sense. You just have to be still and meditate on positive thoughts and sense the presence of God. The nurses just brought me some long overdue medication that I've been anticipating that was prescribed to me while I was at Moorehaven CI and Tomoka CI: naproxen, 500 mg, for my pinched nerve, lisinopril, 10 mg for my blood pressure, hydrochlorothiazide 12.5 mg prescribed at RMC West to take with my blood pressure medication. Also tamsulosin HCl 0.4 mg for my prostate. I pray that this pain medication is strong enough to knock out my back, spine, shoulder, and leg, and neck pain so I can finally get a good night's sleep. I'm so tired of the constant pain keeping me up all night and when I manage to fall asleep, I sleep in fits and spells. I wake up in excruciating pain. I'm exhausted and it's a big challenge on me mentally, spiritually, emotionally, and physically. I have to zone my mind out on positive thoughts to block out the pain. For some strange reason, pain isn't as intense when I'm sitting up as it is when I'm lying down. But I'm only able to stay up for so long without being compelled to lie down to get some rest because being sleep deprived is driving me crazy. Now I have my pain medication in my hands and I pray that it relieves most if not all, my pain. I still can't walk but the wheels of justice turn very slowly. I just came back from the shower in a borrowed wheelchair so I'm fresh and clean. The orderlies came to my cell and cleaned it with bleach and disinfectant. Took my second naproxen already. I need to get a good amount of it in my system so this pain can start to go away.

December 20, 2021. I was released from solitary confinement and the confinement officers did borrow a wheelchair for me and had one of their confinement orderlies take me to the new dorm. I was assigned to dorm J, bunk J2131S.

From there, I immediately declared a medical emergency because it's impossible for me to get around without a wheelchair. Medical sent an orderly to pick me up in a wheelchair and bring me back to medical where I was met by Dr. Figueroa and three nurses Dr. Figueroa placed me in a room where he began to interrogate me about my paralysis which I did my best to explain. My condition came about over a short period of time. I was diagnosed with a lower hernia. My PSA is up from 0.2 to 5.2 which could mean that my prostate cancer is out of remission. I have a swollen prostate or else the cancer has spread. I have a pinched nerve of some sort causing muscle deterioration in my upper left arm and noticeably in my

tricep. I explained to the best of my ability how I've gone from walking perfectly a couple months ago having severe nerve pain perspiring on the left side across to my lap, shoulder, neck, left side. At first I had difficulty standing up. Then it became difficult for me to stay balanced when I walked. Then my leg started become numb when I sit too long. Lifting all my heavy personal property around when I was transferred, falling down in the process. At one point, in one incident, I fell and broke my front teeth which I had repaired at Moorehaven. With my legs and back going out rapidly my hands had to be free to catch myself in case I fall. I was able to walk slowly for about 100 yards or so before I started to go down and needed to sit or lean on someone's shoulder for support. Within a week, I was waking up with mild to severe muscle spasms where if I tried to roll over in my bed, I would roll completely out of bed without being able to stop myself and hit the floor hip or thigh first, injury my back, neck, and hip in the process. While in confinement at Suwannee, with medical refusing to give me a wheelchair, I was compelled to remain on the ice-cold concrete floor my last three weeks in confinement. And having filed numerous grievances on medical and security, I was constantly harassed and belittled by security and constantly ignored by the nurses. I had to crawl around on the floor and pull myself using my upper body. My ankles were rubbed raw and became infected. When I got out of confinement, I went to medical every day for dressing changes. I'm so bad off at this point that I can no longer sit on the toilet because my spasms won't allow me to open my legs enough to straddle the toilet so I asked medical to give me a supply of diapers to use and one the one nice nurse tried to get the paperwork processed by Dr. Figueroa, he came into the room and snapped at me and told me I wasn't getting anything until he could prove what was wrong with me. He went on to say that no matter how many times I came to medical complaining, I wasn't getting anything until he's ready to give it to me. And so, as it stands, I'm not assigned a wheelchair and not getting diapers. However I'm totally dependent on a wheelchair because I'm totally paralyzed and my back is useless. I can't even sit up on my own anymore. I know an orderly in medical he gave me a wheelchair that I'm using to get around. I was given a few pampers by another orderly to get me by for a few days. But all in all, if it was up to this medical department, I'd still be dragging myself around on the floor with soiled underwear. They don't want to concede that they were wrong. My spasms are so severe along with muscle contractions that when I try and lay down flat on my back, my legs, stomach, and lungs lock up so bad I can't breathe. I have four or five inmates that assist me night and day with putting me on the shower floor so I can clean the poop off me. Another one changes my bandages after I clean up re-using the bandages from my earlier dressing change. And last night I was compelled to sleep

on the ice-cold floor so I could elevate my feet and legs because my feet and ankles and legs and calves are so swollen that they throb and twitch and I'm afraid of the feelings from the pressure of the built-up fluids in my feet and legs and stomach if I don't do something, elevate my feet. My fight for air is enough to put me in fear for my life because if I get any worse with this medical staff, I'm doomed. I need to be in the hospital as it is. But rumor here is if I go to the infirmary, I'll die. Because they're doing nothing for those guys back there. In the meantime I have no pain pills and this grievance process is slow and it's almost impossible to win. It's useless to write anything up if you don't plan on taking it to court. Because you can't win with these people. They're right even when they're wrong. They throw all my sick call requests away and try to make it look like I'm not putting any in. But my grievances contradict that idea and show my intentions. Another thing they're doing is denying me any medical supplies and treatments because they would be admitting that they were wrong. My stomach is swollen and rock hard and full of fluids of some sort. My feet, ankles, calves, and thighs are swollen as if they're about to burst. I have a muscle spasm a hundred times a day. With all my might I can't even sit up in bed because my lower back is as weak as a baby. I have three guys helping me in the shower. I can't even sit up on the handicap bench. I have to sleep on the floor in the corner and go from side to side to clean myself. And even then, I can't reach my feet, calves, and back. With all I'm going through, medical will do nothing for me. I'm afraid of slipping into unconsciousness and these people letting me go.

January 4, 2022. I'm filing an informal grievance on Dr. Figueroa because my condition and health has worsened. My feet are swollen to the point they look like they're going to burst open. My ankles are swollen black and blue and inflamed red and infected. My calves, knees, and thighs, are swollen and my stomach is extremely bloated and hard to the point I have labored breathing.

January 6, 2022, I declared two medical emergencies in one day. I was given some kind of pill, I think Lasix, to make me urinate, but it wasn't working.

January 7, 2022. My condition has worsened to the point that I can't drink or eat but a small portion of time or I become too bloated to breathe. Finally, Jason Howell called Dr. Figueroa and he came around the corner and looked at the severe swelling in my legs and feet and told the nurse to put you in isolation cell and he'll come around to see me. The nurse put an IV set up in my arm and injected something and I was traumatized because I had been stuck in my wheelchair 24/7 literally since January 4, 2022, because when the guys helping me attempted to put me in bed, when my body was placed in bed on my backside or

stomach, my stomach would lock up so intensely it would cut off my airflow so I would panic and have them set me back up with my knees bent. For some mysterious reason that's the only position that relieved the pressure on my stomach so I can breathe because when we breathe our stomach moves up and down. When they brought me into the isolation cell, H2102, in the infirmary area, I was in panic mode when Dr. Figueroa told the medical orderlies to put me in the bed. It took all of my concentration and mind control not to panic too much because Dr. Figueroa and nurse Holmes was there. Nurse Holmes without me even realizing it at the time, had inserted a catheter into my penis in the bag filled up immediately and she stated that I'm lucky I didn't have a bladder spasm or something to that effect, meaning my bladder almost exploded. Since being housed in the infirmary, Dr. Figueroa has been around see me maybe three times. From January 7 to January 11, I went from 245 pounds to approximately 225 pounds. As of January 21, 2022, I went down to 214 pounds. That is a total of 31 pounds of retained fluid that I had in my body. I was on my feet when I came here to Suwannee CI Annex on or about November 16, 2021. Since that time I have fallen out of bed several times, causing further injuries to my already injured body. I was compelled to crawl around on the floor in confinement for about 28 days. I was compelled to pull myself up in my bunk or get a disciplinary action. I was confined in the solitary cell in the infirmary with a catheter in my penis that is full of pus. Dr. Figueroa still ignored the fact that I need a wheelchair. So I was stuck in bed getting bedsores. I got one bath in two weeks. My ankles are still full of infection and stink bad from the infection. My body is hurting badly from laying down too long. My muscles are deteriorating at an alarming rate and even though the swelling is gone, I'm losing muscle tissue and one problem is turning into another. Dr. Figueroa just ordered back x-rays and blood work and I haven't gotten any results on that. Games are being played to discourage me but I'm still doing all I can possibly do to preserve each and every complaint and claim. The grievance coordinator plays on any advantage and looks for a way to get around the violation and help support the corruption that's going on at Suwannee CI Annex. Since I've been here, I've been retaliated against by security and medical for exercising my constitutional rights to the grievance procedures. The grievances filed are denied without any investigation because each complaint could be proven by viewing the audio and video. Medical would not even pull me out for my blood work call out on my PSA level check which was dangerous. I am concerned about a recurrence of my cancer and the failure to take my blood month and a half earlier could very well put my health more risk because every day something goes undetected is a day that cells are shutting down. Medical and corrections staff put the lives of people like me who are under their authority,

care, custody, and control in jeopardy. I'm living in fear for my life and health at Suwannee CI Annex under Dr. Figueroa and Nurse Jason Howell. They'll do the unthinkable here to win. The only reason I got into the infirmary is because my family contacted the Regional Director Mr. Palmer, and filed a complaint to him and sent him pictures of my legs, feet, ankles, and thighs swollen to capacity and pictures of my ankles scraped to the bone, swollen and oozing with infection. Other than Stephanie Boudreau complaining to Mr. Palmer and sending proof via these photographs, and Mr. Palmer getting involved. Dr. Figueroa for some reason still violates the deliberate indifference standard in dealing with my medical issues. I've done my part by repeatedly telling him on numerous occasions what I'm feeling and experiencing in my body, specifically about my numbness in my legs, feet, thighs, stomach, and lower back and my paralysis in my legs and lower back and my severe muscle spasm in my legs and stomach that cuts off my breathing that occurs mostly when I change positions after sleeping or sitting up for a while in my adjustable bed and then lying down straight and lowering my bed out straight. I've told him about the muscle spasms during dressing change of my ankles because I have a nerve sensitivity going on that when I touch my penis genitals or my wounds my legs will jump and twitch and spasm. Or when I been sitting up in a wheelchair my feet and legs will have continuous spasms and nerve twitches because my feet to continuously slip off the foot rests and fold up underneath the wheelchair all on their own accord. Dr. Figueroa will listen briefly and brush me off with a comment unrelated to what I just complained about. Still denying me a wheelchair. I've told Dr. Figueroa about my loss of muscle control and my lower back. I can't sit up on my own without support nor remain sitting on my own without support. Also my muscle spasms and nerve twitches which caused my legs and thighs to client together on their own accord which in combination prevents me from being able to get on the toilet to defecate because I can't straddle the toilet or remain sitting upright on the toilet and still Dr. Figueroa refuses to give me a pass for diapers. My catheter has been in for 16 days and cleaned only once. I've gone from being bloated to my legs turning into skin and bones from rapidly daily decrease in my muscle tissues from my paralysis and lack of movement and lack of therapy and delayed progress with not getting professional care from a specialist. It is like I'm in the care of a mad scientist. Dr. Figueroa it doesn't even bring my medical file with him when he comes to see me which is only been twice in 16 days. He doesn't update me on the results of my x-rays, blood work, or anything of relevance. Dr. Figueroa just says he's not getting anything until he can prove what's wrong and justify getting it to me which we know is impossible because only an MRI is going to be able to determine the extent of my nerve damage and to start that process I need to see a nerve specialist

**ASAP. Dr. Figueroa and his staff of nurses have been giving me nothing but mental abuse and neglect and ignoring all my cries for help since before I went all the way paralyzed back in November 2021. I am now completely paralyzed, need diapers, have a catheter in me and have gone from 245 pounds to 207 pounds in 16 days. I'm losing muscle mass daily. My ankles are still badly infected and stinky. I still have the worst muscle spasms and cramps in my legs and stomach. I have very difficult bowel movements. My body is in excruciating pain from being confined to bed and compelled to shift from side to side rotating the pressure from one hip to the other and rotating that weight from one ankle to the other because if one ankle stays pressed up against the mat too long I'll get muscle spasms and twitches that grinds the ankle into the mat and irritates it. I get nothing for pain but Tylenol so there's no relief.**

**The medication for my infected ankles says to apply twice a day to highly infected areas. But I only get it applied once a day. My ankles got like this from dragging myself across the floor in confinement to get to and from the food flap so I could get my food tray and get my mail. It's been over a month and a half and my ankles are still highly infected in spite of the swelling in my feet going down. My grievances are denied without proper review or investigation. I continued to have to beg for a wheelchair.**

**January 27, 2022. I'm stressed to the max right now because Dr. Figueroa has finally told me that my PSA level is up to 22. Shocking, because it was only 14 back in 2018 when I was diagnosed with prostate cancer. So my PSA level went from 0.2 to 5.2 to now 22 (and subsequently rose into the 40's. Had my blood work been done sooner, as scheduled, this problem would have been detected sooner. But wouldn't let me go to get my blood work done while I was in confinement because I didn't have a wheelchair.**

7. Please describe any physical, mental, or emotional symptoms, pain, or suffering that Plaintiff experienced and/or continues to experience since his release from the custody of FDC in relation to the allegations described in the Complaint.

**Answer: Response below:**

a. **I am paralyzed from the waist down;**
b. **My prostate cancer has come out of remission since my cancer treatment was interfered with;**
c. **I have deep sores that were ignored for months until they went down to the bone with necrotizing fasciitis and I have gone septic repeatedly;**
d. **My legs, knees, feet, and ankles are extremely swollen and painful;**

e.  **Stomach is bloated and tight;**
f.  **Muscle spasms stops breathing or causes labored breathing;**
g.  **Can't lay down without severe muscle contractions, stops breathing;**
h.  **Nerves severely damaged;**
i.  **No oxygen going to legs;**
j.  **Pain because of a severely pinched nerve;**
k.  **Paralyzed from stomach to my toes;**
l.  **Stomach and intestines lock up so I can't breathe;**
m.  **Fear because of the seriousness of the deterioration of my health;**
n.  **Humiliation because I had to beg and debase myself to the officers;**
o.  **Frustration because I wasn't allowed to reach out to my family;**
p.  **Frustration because my cancer came out of remission;**
q.  **Disgust because I wasn't able to clean myself and smelled so bad;**
r.  **Fear of full paralysis and fear of death;**
s.  **Anger because people who had the ability to save my life didn't care;**
t.  **Sadness because I have a family that loves me and can't help.**

8. Please identify each and every medical record related to this lawsuit that you contend was falsified or that contains any misrepresentation.

**Answer: Plaintiff cannot identify "each and every" medical record that we will ultimately conclude must have been fabricated. Plaintiff is aware of numerous inaccuracies, omissions and apparent contradictions in the records and some appear to be fabrications. There are many questions still un-answered. For instance, on a Chest Pain Protocol on November 23, 2021, there is a document numbered "Page 1 of 2" that quotes Plaintiff as saying, "My chest hurts and I can't breathe or walk." Below that, there is an entry, "Does pain increase with 1) Deep breath or cough?" and "No" is checked. The same document refers to "FINDINGS, PLAN & EDUCATION continued on Page 2 . . ." But there is no page 2 in the records we received and there are no FINDINGS, PLAN & EDUCATION. Plaintiff has not yet received information as to why the Secretary's designee responded to his grievance appeal that his extremely serious medical condition was not an "emergency." Plaintiff is looking for an explanation for the failure to continue his Eligard shot. This is an ongoing process. It should be noted that many record entries are hard to read. It is necessary to go through his medical record page by page and compare it with other data. We will update with further information as it is found. The entries below are only examples. Discovery is continuing.**

| | |
|---|---|
| 2021 1123 | Chest Pain Protocol on November 23, 2021, there is a document numbered "Page 1 of 2" that quotes Plaintiff as saying, "My chest hurts and I can't breathe or walk." Below that, there is an entry, "Does pain increase with 1) Deep breath or cough?" and "No" is checked. The same document refers to "FINDINGS, PLAN & EDUCATION continued on Page 2 . . ." But there is no page 2 in the records we received and there are no FINDINGS, PLAN & EDUCATION. |
| 2022 0202 | Abdomen soft . . . No difficulty voiding (urine)<br>Moves all extremities independently, full/ spontaneous ROM; self care; independent bed mobility, transfers; steady gait; ambulates without assistive device; absence of joint swelling or tenderness<br><br>All this is patently false. |
| 2022 0202 | Braden Scale: "Walks occasionally."<br><br>This is patently false. |
| 2022 0202 | Extensive necrotizing fasciitis . . . right perineal wound almost healed.<br><br>This is patently false. |
| 2022 0208 | Comments: Elevated PSA . . . PSA 21.00, up from 0.2. Refer to Urologist. But doesn't say when. "Urgent Urologist evaluation was placed by previous institution but never submitted." |
| 2022 0208 | S: "I need to go back to urology because my PSA is elevated again"<br>O:Patient was previously treated for prostate cancer and reports that he was taking Eligard at one point. Labs that were received on received on 1/11/2022 shows a PSA of 21.00. He was started on Cipro 500mg BID x 21 days and patient had a urology referral completed by a previous institution but found out that it had never been submitted.<br>A: S/P treatment for prostate cancer<br>Elevated PSA<br>P: Referral to Urology for further evaluation<br>E: referral process explained to patient, acknowledges nderstanding<br><br>(Fails to mention that Williams was aware that his PSA was rising and begging for some action to be taken for weeks; fails to mention that he was supposed to get blood work done but was thrown into |

| | |
|---|---|
| | confinement for "refusing" to walk and no one would take him for his bloodwork call-out.) |
| 2022 0208 | **Total Fall Risk Score: 35, Risk Level: Low Risk**<br><br>**At this point, Williams hasn't been able to walk since 11/2021.** |
| 2022 0208 | **Braden Scale: Sensory Perception-3-Slightly Limited.**<br><br>**At this point, Williams has not been able to feel his lower extremities for nearly two months.** |
| 2022 0209 | **Fall Risk Score: 0 (no risk). This is patently false. He has not been able to walk since his fall in November of 2021. Also Braden Scale rated, "Sensory Perception-3-Slightly Limited" but his lower body has been numb since 2021.** |
| 2022 0211 | **Medical notes (Graydon Smith) states Plaintiff refuses wound care. Williams denies this.** |
| 2022 0223 | **Notes elevated PSA. Does not give any numbers. States "pending urologist appointment" but does not say when appointment is set (or if it is set).** |
| 2022 0223 | **Noted as a Medical Grade 3 (M-3). Patient has sky-rocketing PSA level and pressure sores infected with Necrotizing Fasciitis that clinicians can smell. Both are highly dangerous. Notation of elevation of PSA but doesn't say how high. According to Health Services Bulletin HSB 15.03.13, a patient who should be seen more often than every three months should be a M-4 or M-5.** |
| 2022 0223 | **Medical notes that staff has explained Williams Medical condition, answered his questions and patient has "good understanding of his diagnosis, condition, and treatment plan." Williams denies this.** |

*/s/ James Cook*, cookjv@gmail.com, 850-222-8080

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty
of perjury that I have read the foregoing document and that the facts stated in it are true.*

ELMER WILLIAMS                                    Date

**Plaintiff's Responses to Defendant Centurion's Requests for Production**

1. Please produce any and all documents, reports, affidavits, statements, and written communications in any form or format which relate to the facts and allegations as pled in the operative Complaint.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

2. Please produce any and all audio records, video recordings, or photographs related to Plaintiffs' injuries, damages, or claims.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

3. Please produce all documents, reports, affidavits, statements and written communications in any form or format which relate to your claims against the Centurion Defendants.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

4. Please produce all documents, including but not limited to medical records, reports, affidavits, statements and written communications in any form or format, which relate to any examination by medical or non-medical personnel related to the injuries you assert arise out of the events identified in the operative Complaint from 2018 to present.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

5. Please produce Your complete Florida Department of Corrections medical records from 2016 until your release from custody. This includes all outpatient files, all inpatient files, all hospital files, all dental files, and all mental health files.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

6. Please produce Your post-custody medical records, from the date of Your release from Florida Department of Corrections custody to present, regarding treatment of prostate cancer, bed sores, and any other condition which You claim was caused by the Centurion Defendants.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

7. Please produce all documents and written communications supporting your
contention that the Centurion Defendants acted with "deliberate indifference"
toward Plaintiff.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may
not have *all* such records and some may be privileged. Discovery is continuing.**

8. Please produce all documents and written communications which identify, list, or
describe all injuries you assert you incurred as a result of the Centurion Defendants'
alleged acts or omissions.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may
not have *all* such records and some may be privileged. Discovery is continuing.**

9. Please produce all documents and written communications which identify, list, or
describe all damages which you claim you are entitled to.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may
not have *all* such records and some may be privileged. Discovery is continuing.**

10. Please produce all documents and written communications which you intend to
use to support your damages claim in this matter. Specifically, please produce any
documents, reports, receipts or other records concerning or otherwise addressing the
nature and amount of expenses made or losses incurred by the Plaintiff or for which
you intend to make a claim, including past, present and future expenses, losses and
damages.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may
not have *all* such records and some may be privileged. Discovery is continuing.**

11. All diaries, journals, affidavits, statements, or other documents created by You
which in any way memorialize or document Your recollection of any events relating
to the allegations in the operative Complaint, including any damages claimed.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may
not have *all* such records and some may be privileged. Discovery is continuing.**

12. All documents produced to you by co-Defendants during this case.

**Response: Plaintiff has responsive documents and will produce them.**

13. Please produce all settlement and release agreements, or any other document
which limits, reduces, or extinguishes the actual and/or potential liability of any
other party, non-party, or former party that you have entered into or plan to enter

into with any party, non-party, or former party relating to the allegations in the operative Complaint.

**Response: Plaintiff has responsive documents which may be confidential.**

14. Please produce all documents in your possession that tend to undermine or rebut your liability claim against the Centurion Defendants.

**Response: Plaintiff has no such documents.**

15. Please produce all documents in your possession that tend to undermine or rebut your damages claim against the Centurion Defendants.

**Response: Plaintiff has no such documents.**

16. Please produce all documents which would be responsive to the Centurion Defendants' First Set of Interrogatories.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

17. Please produce Your complete grievance and classification records.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

18. Please provide a duly executed DC4-711B FDOC release for complete release of unredacted sentencing, classification, and medical records for Elmer Williams. A blank DC4-711B is attached for your convenience.

**Response: Plaintiff will produce protected health information as appropriate pursuant to a HIPAA-Qualified Protective Order.**

19. Please produce all documents, exhibits, photographs, videos, recordings, or other demonstratives evidencing Your injuries and/or damages.

**Response: Plaintiff has responsive documents and will produce them. Plaintiff may not have *all* such records and some may be privileged. Discovery is continuing.**

20. Please produce all documents referenced in your Rule 26 disclosures.

**Response: Plaintiff has responsive documents and will produce them.**

*/s/ James Cook*, cookjv@gmail.com, 850-222-8080