# EXHIBIT "D"

**Jacob Hanson**
jhanson@bradley.com

# Bradley

September 25, 2024

James V. Cook, Esq.
James Slater, Esq.
Counsel for Elmer Williams
**VIA EMAIL**

      RE:    *Williams v. Dixon, et al.*, 3:22-CV-1221-MMH-MCR
             Discovery Deficiency Letter

Dear Messrs. Cook and Slater:

      We received Mr. Williams's responses to Centurion's second and third requests for discovery, for which Mr. Williams's responses were served May 22, 2024, and September 16, 2024. We request a conferral on the below deficiencies with those responses.

**Damages:** Since as early as February 2023, my office has requested that Mr. Williams provide a computation of his damages. In its first set of interrogatories, Centurion requested Mr. Williams list his damages, which he failed to do because he was still gathering information. In its second set of interrogatories, Centurion asked Mr. Williams to update his prior interrogatory responses, including the interrogatory response regarding damages. In his response, Mr. Williams again claimed to still be gathering information on his damages. In Centurion's third set of interrogatories, Centurion again requested Mr. Williams provide "an itemized computation of any damages" he was claiming. Again, Mr. Williams—on September 16, 2024, more than a year after Centurion first requested the information—claimed to still be gathering the information.

      In addition to requesting a computation of his damages in interrogatories, Centurion has also requested the records describing and supporting Mr. Williams's claims for damages. In October 2023, Centurion's ninth and tenth requests for production requested the information, and Mr. Williams said he would produce responsive documents. In April, Centurion requested updated responses to its first requests for production. In response to Centurion's third request for production—which again requested documents Mr. Williams relied upon to compute his damages—Mr. Williams said his "lien research" was incomplete.

      Centurion is entitled to a computation of Mr. Williams's damages. Fed. R. Civ. P. 26(a)(1)(A)(iii). Mr. Williams has had more than a year to gather the information necessary to provide that computation. Centurion is also entitled to the records used by Mr. Williams to compute his damages, which Mr. Williams has yet to provide. Please provide supplemental discovery responses with a computation of Mr. Williams and produce the records supporting Mr. Williams's damages. Given that Mr. Williams has had more than a year to gather the information, Centurion expects a fulsome response without further stalling and delay.

James Cook
September 25, 2024
Page 2

**Records:** In response to Centurion's third requests for production, Mr. Williams agreed to produce several categories of records. Those records have not been produced. Please produce the records Mr. Williams agreed to produce and which are being wrongfully withheld.

    We appreciate your cooperation in resolving these deficiencies.

                                          Regards,

                                          Jacob Hanson