# EXHIBIT "E"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

**PLAINTIFF'S THIRD AMENDED RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Elmer Williams provides the following initial disclosures:

**I.** **Rule 26(a)(1)(A)(i):** the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

| Witness | Substance |
|---|---|
| 1. Abbott, Tony c/o Jacob Hanson Bradley Arant Boult Cumming LLP | Can testify to Centurion/FDC medical decisions regarding Plaintiff's treatment and care and policies and practices concerning constitutionally adequate rendition of treatment and care; can testify to Plaintiff's injuries and claims in Complaint. |
| 2. Amatucci, Gerald, MD, Utilization Manager, 1203 Governor's Square Blvd., Ste. 600, Tallahassee, FL 32301, gamatucci@hotmail.com; ME113058 | Performed Utilization Management services for Centurion relating to approval of special medical needs of Plaintiff. |
| 3. Anandjiwala, Nalini, MD, Reception and Medical Center, 7765 C.R. 231, Lake Butler, FL | Can testify to medical examination and treatment. |

1

| | | |
|---|---|---|
| | 32054, sammyd312@gmail.com, ME48784 | |
| 4. | Any and all witnesses listed by Defendants in their respective Rule 26 disclosures are adopted and incorporated as if set forth herein. | |
| 5. | Bassa, Ramon A., MD, Reception and Medical Center, 7765 S. C.R. 231, Lake Butler, FL 32054, rab.md@hotmail.com, ME140277. | Ordered blood test that showed 5.2 PSA on 9/30/2021 and ordered bone scan at RMC that showed cancer spread on 05/05/2022. |
| 6. | Bennett, Rhonda. Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Can testify concerning FDC grievance procedures and Plaintiff's grievances. |
| 7. | Boudreau, Stephanie c/o James Cook | Can testify concerning Plaintiff's medical records, treatment, and conditions and Centurion's implementation of policies and practices concerning treatment of cancers and wound care at FDC institutions to comply with state and federal law; can testify on ADA policies and practices at FDC institutions. |
| 8. | Centurion of Florida, LLC, Corporate Representative c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify concerning FDC grievance procedures and Plaintiff's grievances. |
| 9. | Corbin, Rita, Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 10. | Cummings, Frank #87305 Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 11. | Dennis, Dessie #98596 Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Can testify concerning Plaintiff's medical records, treatment, and conditions and Centurion's implementation of policies and practices concerning treatment of cancers and wound care at FDC institutions to comply with state and federal law; can testify on ADA policies and practices at FDC institutions. |

| | | |
|---|---|---|
| 12. | Field, Robert, MD, 1655 Prudential Drive, Ste. 1612, Jacksonville, FL 32207, drbrob@msn.com, | Can testify to medical examination and treatment. |
| 13. | Figueroa, M.D., Alexis c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify concerning Plaintiff's medical records, treatment, and conditions and Centurion's implementation of policies and practices concerning treatment of cancers and wound care at FDC institutions to comply with state and federal law; can testify on ADA policies and practices at FDC institutions. |
| 14. | Florida Department of Corrections, Corporate Representative c/o Tom Buchan Howell Buchan Strong | Can testify concerning Plaintiff's medical records, treatment, and conditions and FDC policies and practices concerning treatment of cancer and wounds at FDC institutions; can testify to ADA policies and practices, compliance with federal and state law concerning accommodations, and compliance with court-monitored settlement agreement on ADA accessibility issues for mobility-impaired inmates. |
| 15. | Harmon, David #110411, Suwannee C.I., 5964 U.S. Highway 90 Live Oak, FL 32060 | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 16. | Holmes, Elizabeth c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify concerning Plaintiff's medical records, treatment, and conditions and Centurion's implementation of policies and practices concerning treatment of cancers and wound care at FDC institutions to comply with state and federal law; can testify on ADA policies and practices at FDC institutions. |
| 17. | Howell, Jason c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify concerning Plaintiff's medical records, treatment, and conditions and Centurion's implementation of policies and practices concerning treatment of cancers and wound care at FDC institutions to comply with state and federal law; can testify on |

3

| | |
|---|---|
| | ADA policies and practices at FDC institutions. |
| 18. Irizarry-Ortiz, Maricelis, ACN, Reception and Medical Center, 7765 S. C.R. 231, Lake Butler, FL 32054, pollita-mari@yahoo.com | Can testify to medical examination and treatment. |
| 19. James, Thomas #114319 Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 20. Johns, Adele c/o Tom Buchan Howell Buchan Strong | Can testify to Plaintiff's grievances and FDC policy and practice concerning FDC review of grievances. |
| 21. Johnson, Leon #656771, Santa Rosa Correctional Institution, 5850 East Milton Rd. Milton, FL 32583 | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 22. Jonas, B c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify concerning Plaintiff's medical records, treatment, and conditions and Centurion's implementation of policies and practices concerning treatment of cancers and wound care at FDC institutions to comply with state and federal law; can testify on ADA policies and practices at FDC institutions. |
| 23. Lindblade, Sgt. Roy, Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Can testify to Plaintiff's state and condition, FDC policies and practices regarding confinement and medical treatment in confinement. |
| 24. Memorial Regional Hospital Corporate Representative and/or Records Custodian 3501 Johnson Street Hollywood, FL 33021 | Can testify to Plaintiff's medical records and treatment and care. |
| 25. MHM Health Professionals, LLC, Corporate Representative c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify concerning staff training regarding medical treatment of prisoners; policies and practices to comport employee and staff provision of care with state and federal law. |
| 26. Millette, Wendy c/o Tom Buchan Howell Buchan Strong | Can testify to Plaintiff's grievances and FDC policy and practice concerning FDC review of grievances. |

4

| | |
|---|---|
| 27. Miquel, George MD, Urology, 3599 Univ. Blvd. S. #505 Jacksonville, FL 32216, drmiq@aol.com, ME40784 | Can testify to Plaintiff's medical records and treatment and care. |
| 28. Montoya, Vernon, MD, Oncology, 289 S.W. Stonegate Terrace, Ste. 103, Lake City, FL 32024, vmontoya@ccofnf.com, ME61981 | Cancer Care of North Florida. He was consulted in August 2022. Notes that follow up visit in 6/2021 was never scheduled. Recommended MRI, radiation, start on Decadron 4 mg., stay on Eligard/Casodex; f/u on MRI. |
| 29. Morris, Jessee c/o Jacob Hanson Bradley Arant Boult Cummings LLP | Can testify to Plaintiff's state and condition, FDC and Centurion policies and practices regarding confinement and medical treatment in confinement. |
| 30. Nobles, Christine, RN, Utilization Management Reviewer, 19113 E. Altoona Rd., Altoona, FL 32702 | Reviewed requests for Electromyography (EMG) and Nerve Conduction Studies. |
| 31. O'Connell, Joanne M, RN, Suwannee C.I., 5964 U.S. Hwy 90, Live Oak, FL 32060, 386-963-6530, | Found Plaintiff with leaking catheter and reddish (bloody) urine with "copious" sediment and a need for regular assisted care. |
| 32. Perry, Frank #L20173, Apalachee East Unit, 35 Apalachee Drive, Sneads, FL 32460, 850-718-0688. | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 33. Phillips, Donny c/o James Cook | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 34. Richardson, Graham, Savonia c/o Tom Buchan Howell Buchan Strong | Can testify to Plaintiff's state and condition and facts alleged in complaint; FDC policies and practices regarding medical treatment and ADA accommodations. |
| 35. Santiago, Kalem c/o Tom Buchan Howell Buchan Strong | Can testify to Plaintiff's grievances, medical records, medical treatment, and FDC policy and practice concerning FDC review of medical grievances and complaints. |
| 36. Sealy, Summer, Utilization Management Reviewer, Centurion, | Reviewed requests for Electromyography (EMG) and Nerve Conduction Studies on 2/4/22. Denied (Criteria not met). |

| | |
|---|---|
| 37. Varona, Alvia, MD, Utilization Manager, 382 S.W. MCI Way, Madison Correctional Institute, Madison, FL 32340, dravarona@gmail.com, ACN590. | Denied Plaintiff's formal grievance 2202-231-004, on February 9, 2022, as to Jason Howell for refusing to provide him with a wheelchair. Participated in medical decisions. |
| 38. Venters, Homer, MD (expert) c/o James Cook, Esq. | Can testify to failure to treat and failure to accommodate by Defendants. |
| 39. Wagner, Elliott, MD, Mobilex, 200 E. 66th St., Ste. 207, New York, NY 10065, user642@aol.com, ME101994 | Interpreted xray requested by Dr. Figueroa for Plaintiff's chest on 1/11/22. |
| 40. Washington, William, DC# 062096, Suwannee C.I., 5964 U.S. Highway 90 Live Oak, FL 32060 | Inmate with prostate cancer who was also denied the Eligard treatment and whose PSA levels rose sharply. |
| 41. Welker, David #X45646, Suwannee C.I., 5964 U.S. Highway 90 Live Oak, FL 32060 | Can testify to Plaintiff's injuries, lack of accommodations, and matters asserted in Complaint. |
| 42. Williams, Jenece c/o James Cook | Can testify to Plaintiff's injuries and damages. |
| 43. Witnesses who become known or are disclosed in documents set forth in Defendants' respective Rule 26 disclosures are adopted and incorporated as if set forth herein. | |

II. **Rule 26(a)(1)(A)(ii):** a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

Plaintiff has the following documents in his possession, custody, or control at present that support his claims:

1. Classification records, Florida Department of Corrections;

2. Grievances and appeals, Florida Department of Corrections;

3. Medical records, Florida Department of Corrections & Memorial Regional Hospital;

6

4. Medical Records from Memorial West Hospital and Manor

5. Florida Department of Corrections policies, manuals, and guidelines, Florida Department of Corrections;

6. Centurion Utilization Management Records;

7. Photographs of injuries;

8. Plaintiff's incarceration records;

9. Wound Care Program Document

10. Health Services Bulletins;

11. Communications;

12. Personnel Records

**III.** **Rule 26(a)(1)(A)(iii):** computation of each category of damages claimed:

At present, Plaintiff has calculated his damages as follows.

A. Physical pain and suffering: not conducive to exact calculation and to be determined by the jury. *See See Gray v. Fla. Dep't of Juvenile Justice*, No. 3:06-cv-990-J-20MCR, 2007 WL 295514 (M.D. Fla. Jan. 30, 2007).

B. Emotional pain and suffering: not conducive to exact calculation and to be determined by the jury. *See See Gray v. Fla. Dep't of Juvenile Justice*, No. 3:06-cv-990-J-20MCR, 2007 WL 295514 (M.D. Fla. Jan. 30, 2007).

C. Punitive damages: not conducive to exact calculation and to be determined by the jury. *See See Gray v. Fla. Dep't of Juvenile Justice*, No. 3:06-cv-990-J-20MCR, 2007 WL 295514 (M.D. Fla. Jan. 30, 2007).

D. Medical Expenses: **$411,865.64** (partial figure: based on records we have access to. We anticipate getting additional information).

E. Non-monetary terms: professional medical care.

7

F. Attorney's fees pursuant to 42 U.S.C. § 1988, 42 U.S.C. § 12205 & § 415.1111, Fla. Stat.

**IV.** **Rule 26(a)(1)(A)(iv):** any insurance agreement: not applicable.

Respectfully submitted on 11/18/24,   *s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ James M. Slater*
James M. Slater, Esq.
Florida Bar Number 111779
Slater Legal
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
Tel. (404) 458-7283
james@slater.legal

ATTORNEYS FOR PLAINTIFF

I CERTIFY the foregoing was served electronically on 11/18/2024, on counsel of record registered to be notified by the CM/ECF electronic filing system.
/s/James V. Cook

8