UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY DIXON, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-1221-MMH-MCR |

### Supplemental Rule 3.01(g) Certificate

Plaintiff Elmer Williams provides this supplemental certificate concerning his recent motion to extend the discovery deadline related to his request for records from Defendant Ricky Dixon. [ECF No. 156]. In the motion, Mr. Williams noted that Dixon opposed the request. However, after further conferral, Dixon's counsel now states: "We are in agreement of an extension to the extent we can continue to discuss narrowing the terms as mentioned by the Court in the recent Order." Dixon would maintain his position if the records were "unmanageable" but if "manageable" Dixon "will work to produce them, which would need the additional time as covered by the current extension you are seeking."

Dated: January 16, 2025.

                                                      Respectfully submitted,

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7823
james@slater.legal

James V. Cook (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff Elmer Williams*