UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.    Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

    Defendants.

_____

## ORDER

The parties' Joint Motion to Excuse the Parties from Physical Appearance at Settlement Conference (Doc. 155) is **GRANTED only to the extent** that Plaintiff need not appear in person but **DENIED** as to all other parties. Plaintiff must be available telephonically at all times during the settlement conference. Plaintiff's counsel must ensure that Plaintiff is aware of this requirement. *See* Local Rule 5.03(e), United States District Court, Middle District of Florida. The parties' Joint Motion for Designation of Attending Attorneys (Doc. 155) is **DENIED**. Trial counsel shall appear in person.

Plaintiff's unopposed Motion to Extend Discovery Deadline 15 Days (Docs. 156, 159) is **GRANTED**. The discovery deadline is extended to **January**

**31, 2025**. The remainder of the deadlines in the Court's Order (Doc. 149) remain unchanged.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of January, 2025.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 1/17
c:
Counsel of Record