**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, et al.,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

**PLAINTIFF'S AMENDED NOTICE OF**
**DESIGNATION OF LEAD COUNSEL**

NOTICE IS HEREBY GIVEN that James V. Cook, Esq., is designated as lead counsel in the above-styled case.

I CERTIFY a true copy hereof was served by electronic mail on all counsel of record registered with the Court's electronic filing system on 1/27/25.

*s/James V. Cook*, FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Attorney for Plaintiff