UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff.**

**v.**                                           Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON, et. al.,**

    **Defendants.**

_____/

**DEFENDANT DIXON'S RESPONSE TO
PLAINTIFF'S RENEWED MOTION TO COMPEL**

Defendant, RICKY DIXON, by and through the undersigned counsel, hereby responds to Plaintiff's Opposed Motion to Compel [Doc. 160] and states the following in support thereof:

1. Plaintiff seeks the following two items to be produced by Defendant: all non-privileged communication involving the name of Plaintiff (including the search terms "Elmer", "Williams", and his DC number) and an extensive email log.

2. As to the first request, Defendant maintains the objections made in Defendant's Response to Plaintiff's Third Renewed Motion to Compel [Doc. 151] as to the request as it was written, but has since worked with opposing counsel and received their narrowed list of search terms.

1

3. After Plaintiff's filing of this Opposed Motion, Defendant received the responsive emails using the narrowed terms from the Department of Corrections ("FDC"). The narrowed search terms yielded a reduction in responsive emails from the previous 24,000+ down to slightly more than 1,000 responsive emails that appear to have less attachments than do the previously requested set.

4. As such, Defendant has begun to produce the responsive emails in accordance with FDC policy, confidentiality agreements, and the HIPAA Qualified Protective Order.

5. Defendant produced to Plaintiff an initial batch of emails on the day of filing this Motion and will continue to produce batches of the requested emails on a rolling basis as the review is completed and offers an estimated time of completion to be approximately within the next two weeks.

6. As to the second request for the log of emails, Defendant maintains the objection that, "No such document exists. This request admits that such a log must be created (although falsely exaggerates creation as 'instantaneous'). As such, FDOC will not be generating a new document for production for Plaintiff."

WHEREFORE, Defendant maintains the objections raised and respectfully seeks an order from this Court denying Plaintiff's Opposed Motion to Compel Defendant to Produce Documents.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
tom@jsh-pa.com
*Attorney for Defendants Dixon, Santiago, and Richardson-Graham*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served to all counsel of record by CM/ECF on January 30, 2025.

*/s/ Thomas Buchan*
Thomas Buchan