## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

> **Plaintiff,**

**v.**                                        **Case No. 3:22-cv-01221-MMH-MCR**

**RICKY DIXON, et. al.,**

> **Defendants.**

_____/

## MOTION TO ALLOW CELL PHONES AT SETTLEMENT CONFERENCE

Defendants, RICKY D. DIXON, KALEM SANTIAGO, and SAVONIA RICHARDSON-GRAHAM, by and through their undersigned counsel, pursuant to Local Rule 7.02 - Electronics in a Courthouse, hereby move to allow employees of the Florida Division of Risk Management to bring their cell phones into the Courthouse and into Judge Richardson's Courtroom during the Settlement Conference to be held on **Wednesday, February 12, 2025, at 10:00 a.m.**, at the United States Courthouse, Courtroom 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida. Florida Division of Risk Management employees are committed to using the utmost courtesy and being cognizant of courthouse security in their use of their cell phones.

WHEREFORE, Defendants respectfully request the Court grant this Motion to allow employees of the Florida Division of Risk Management to bring their cell phones into the Courthouse and into Judge Richardson's Courtroom.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: jami@jsh-pa.com
*Attorney for Defendants,*
*Ricky D. Dixon, Kalem Santiago, and*
*Savonia Richardson-Graham*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on February 7, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell