UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                          Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

1.    Defendant Dixon's Motion for Reconsideration of Joint Motion to Excuse the Parties from Physical Appearance at Settlement Conference as to Defendant Ricky D. Dixon (Doc. 167) is **GRANTED to the extent** that Defendant Dixon need not appear in person.

2.    Defendants' Motion to Allow Cell Phones at Settlement Conference (Doc. 168) is **GRANTED**. Upon presentation of this Order to the Court Security Officers, the employees of the Florida Division of Risk management may bring cell phones into the Courthouse for the settlement conference set before the undersigned on February 12, 2025.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of February, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 2/10
c:
Counsel of Record