IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 3:22-cv-01221-MMH-MCR |
| RICKY DIXON, in his official | ) |
| capacity as Secretary of the Florida | ) |
| Department of Corrections, et al., | ) |
| | ) |
| Defendants. | |

**NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND CENTURION DEFENDANTS**

Pursuant to Local Rule 3.09(a), Centurion of Florida, LLC ("Centurion") provides notice that it has resolved the claims against it with Plaintiff Elmer Williams. Mr. Williams has also agreed to voluntarily dismiss his claims against Jason Howell, Tony Abbott, and Dr. Alexis Figueroa (together with Centurion, "Centurion Defendants"). This notice does not include any other Defendants aside from the Centurion Defendants listed above. The Parties request that the Court reserve jurisdiction over this action for 60 days to allow Centurion and Elmer Williams to execute a settlement agreement and complete the terms of settlement before dismissing the Centurion Defendants from this case.

DATED: February 10, 2025

Respectfully Submitted:

*/s/ Jacob Hanson*
Jacob B. Hanson (FBN 429643)
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Water Street, Suite 1000
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email: jhanson@bradley.com
Secondary Email: tabennett@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

*Counsel for Defendants Centurion of Florida, LLC; Jason Howell; Alexis Figueroa; and Tony Abbott*