UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, et al.,

    Defendants.

Case No. 3:22-cv-01221-MMH-MCR

## UNOPPOSED MOTION TO EXCUSE THE CENTURION DEFENDANTS FROM ATTENDING THE SETTLEMENT CONFERENCE

    Centurion of Florida, LLC ("Centurion"), Jason Howell, Tony Abbott, and Dr. Alexis Figueroa (collectively, the "Centurion Defendants") hereby file this motion to excuse the above-named parties from their appearance at the Settlement Conference set for February 12, 2025, because the Centurion Defendants have already resolved all claims against them with Plaintiff Elmer Williams.

## Introduction

    On December 16, 2024, Magistrate Judge Monte C. Richardson ordered the Parties to attend an in-person settlement conference on February 12, 2025, at the United States Courthouse in Jacksonville, Florida. (ECF 152). The need for a Settlement Conference with the Centurion Defendants has now been avoided by the Centurion Defendants and Plaintiff Elmer Williams reaching an agreement on February 10, 2025, to resolve Mr. Williams's claims.

1

## MEMORANDUM OF LAW

"[T]he Court has the inherent power to 'manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Hoffmann-La Roche, Inc. v. Sperling*, 493 U.S. 165, 172, 110 S.Ct. 482 (1989) (internal citation omitted); *accord Sahyers v. Prugh, Holliday & Karatinos, P.L.*, 560 F.3d 1241, 1244–45 (11th Cir. 2009).

The Centurion Defendants submit good cause exists for granting the relief sought. As noted, Plaintiff Elmer Williams and the Centurion Defendants reached an informal agreement resolving the claims brought against the Centurion Defendants on February 10, 2025. There are no remaining claims against the Centurion Defendants in the instant action, and thus, the Centurion Defendants should be excused from attending the Settlement Conference.

For this reason, the Centurion Defendants submit that there is good cause to relieve the Centurion Defendants from their required attendance at the Settlement Conference.

WHEREFORE the Centurion Defendants respectfully request the Court grant this Motion to excuse the Centurion Defendants from having to appear at the Settlement Conference.

## LOCAL RULE 3.01(G) CERTIFICATION

I HEREBY CERTIFY that the movant has conferred with the opposing party and the parties agree on the resolution of the motion as requested within.

/s/ Jacob Hanson
Jacob B. Hanson (FBN 429643)
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Water Street, Suite 1000
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email: jhanson@bradley.com
Secondary Email: tabennett@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

*Counsel for Defendants Centurion of Florida, LLC; Jason Howell; Alexis Figueroa; and Tony Abbott*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

s/Jacob B. Hanson
Jacob B. Hanson