UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                            Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.

_____

## **ORDER**

In light of the partial settlement in this case (Doc. 170), Defendants Centurion of Florida, LLC, Howell, Abbott, and Dr. Figueroa's Unopposed Motion to Excuse the Centurion Defendants from Attending the Settlement Conference (Doc. 171) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of February, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 2/11
c:
Counsel of Record