UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

                              Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections and SAVONIA RICHARDSON-GRAHAM,

    Defendants.

_____/

| JUDGE: | Monte C. Richardson<br>U.S. Magistrate Judge | COUNSEL FOR PLAINTIFF: | JAMES V. COOK<br>JAMES MURRAY SLATER |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | | |
| COURT REPORTER | Digital | COUNSEL FOR DEFENDANT: | JOHN THOMAS BUCHAN<br>JAMI MCFATTER KIMBRELL |
| DATE/TIME | February 12, 2025<br>10:19 A.M. – 12:03 P.M. | | |

### CLERK'S MINUTES

PROCEEDINGS:    Settlement Conference

Mr. Williams appeared via telephone.

Parties separated to confer with Judge Richardson.

Impasse declared.