IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELMER WILLIAMS, <br><br>  Plaintiff, <br><br> v. <br><br> RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, et al., <br><br>  Defendants. | Case No.: 3:22-cv-01221-MMH-MCR |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST JASON HOWELL, TONY ABBOTT, AND DR. ALEXIS FIGUEROA**

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Jason Howell, Tony Abbott, and Dr. Alexis Figueroa (collectively, the "individual Centurion Defendants") with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii). This stipulation of dismissal is intended to dismiss the individual Centurion Defendants only and shall not affect any other pending claims against any other parties in this case.

DATED: February 21, 2025

Respectfully Submitted:

/s/ *Jacob B. Hanson*
Jacob B.Hanson (FBN 429643)
BRADLEY ARANT BOULT
CUMMINGS LLP
1001 Water Street, Suite 1000
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email: jhanson@bradley.com
Secondary Email: tabennett@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT
CUMMINGS LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com
*Counsel for Defendants Centurion of Florida, LLC;*
*Kalem L. Santiago; Elizabeth A. Holmes; Jerry Knaus;*
*Jessee Morris; Jason Howell; Alexis Figueroa; and Tony Abbott*

/s/ *Thomas Buchan*
Thomas Buchan (FBN 1010923)
Howell, Buchan, & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
Tel: (850) 877-7776
tom@jsh-pa.com
*Attorneys for Defendants Dixon, Santiago*
*Johns, Millette, Yates & Richardson-Graham*

/s/ *James V. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel: (850) 222-8080
cookjv@gmail.com
*Attorney for Plaintiff*

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE
#116
Atlanta, Georgia 30345
Tel: (305) 523-9023
james@slater.legal
*Attorney for Plaintiff*