UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                          Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

The Court has been advised that the claims against Defendants Jason Howell, Tony Abbott, and Dr. Alexis Figueroa have been resolved. <u>See</u> Joint Stipulation of Dismissal of All Claims Against Jason Howell, Tony Abbott, and Dr. Alexis Figueroa (Doc. 175). Pursuant to the Stipulation, the claims against Defendants Howell, Abbott, and Figueroa are **DISMISSED with prejudice**, with all parties to bear their own fees and costs. There being no just reason for delay, the **Clerk** shall enter judgment dismissing with prejudice the claims

against Defendants Howell, Abbott, and Figueroa and terminate them as parties in this case. See Fed. R. Civ. P. 54(b).

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of February, 2025.

MARCIA MORALES HOWARD
United States District Judge

caw 2/24
c:
Counsel of Record