# Tom Buchan

| | |
|---|---|
| **From:** | Santiago, Kalem <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=9B3825762BA348299C53887B63F133FB-SANTIAGO+2C+20K@namprd22.prod.outlook.com> |
| **Sent:** | Friday, August 5, 2022 3:02 PM |
| **To:** | Carter, Laura |
| **Cc:** | FDCHealthCare; Harrell, Kaitlyn |
| **Subject:** | FW: Inmate Elmer Williams, DC# 086916 |

Laura, this patient was evaluated today by Dr. Figueroa and an X-ray was ordered, as requested. The complete evaluation, physical exam and plan of care is well documented in the EMR. This patient is receiving adequate care and at this time I don't have any further concerns.

Please let me know if you have any question.

Thanks,


**Kalem Santiago, MD**
Chief Clinical Advisor
Office of Health Services
Florida Department of Corrections
Cellphone: 850-815-2408
Office: 850-717-3237



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

---

**From:** Bennett, Rhonda <RBennett@TeamCenturion.com>
**Sent:** Friday, August 05, 2022 1:35 PM
**To:** Bishop, Kaitlyn <Kaitlyn.Bishop@fdc.myflorida.com>; FDCHealthCare <FDCHealthCare@fdc.myflorida.com>;

Denmark, Felicia <fdenmark@TeamCenturion.com>
**Cc:** Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>; North, Morgan <mnorth@TeamCenturion.com>
**Subject:** RE: Inmate Elmer Williams, DC# 086916

See below response from Dr. Figueroa:

Mr. Wilmer, Elmer Dc # 086916 is a 55 yrs. AA house in the Infirmary with a terminal metastatic prostatic cancer who is been seen by Radio-Oncology, Oncology and Urology. Due to his advance condition, patient has develop a chronic non-healing bilateral ischial pressure ulcer 6-8 cm wide with tunneling of 8 cm depth on some areas. Due to the proximity to rectum, this type of ulcer are clean at least twice a day if needed. Patient also has bilateral heel full thickness wounds, this were debrided on site and are clean daily. Patient condition continue to decline and he is not a candidate for skin graft because of his advanced stage. Patient has refused a DNR so far. Patient is getting chemo and radio treatment and further studies are still pending. Due to his advance and critical condition, MMCJ has been contacted in the pass and they have said that his case needs to be follow by RMC and Suwannee because his diagnosis has been stablish and he just need follow up with his already specialty doctors at RMC. Patient was send out for evaluation at Lake City Medical Center and patient was return the same day with indication to continue same treatment plan we have already stablish. RMC has been reach out to request possible housing, but there is no available beds. We continue to do Labs weekly to monitor his cbc, Hgb and Rbc count. Oncology and urology are following the case closely. Wound care is been done on site, daily. I hope this help to clear some of the doubts that his family may have.


Labs are done weekly: CBC, CMP, and PSA as request by Urology and Oncology
CT Thoracic, abdominal has been completed
Bone scan has been completed
Pending Spinal Cord MRI
Chest X ray completed.

If you need any further information, please let me know.

Thank you,

**Rhonda Bennett, Jr. Health Service Administrator**
Suwannee Correctional Institution Annex



Healthcare beyond patient care, healthcare for humanity.

5964 U.S. Highway 90
Live Oak, FL 32060
Direct: 386-963-6712
Fax: 386-963-6377
rbennett@teamcenturion.com | CenturionManagedCare.com


**From:** Bishop, Kaitlyn <Kaitlyn.Bishop@fdc.myflorida.com>
**Sent:** Friday, August 5, 2022 11:33 AM
**To:** FDCHealthCare <FDCHealthCare@fdc.myflorida.com>; Denmark, Felicia <fdenmark@TeamCenturion.com>; Bennett, Rhonda <RBennett@TeamCenturion.com>
**Cc:** Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>; North, Morgan <mnorth@TeamCenturion.com>
**Subject:** RE: Inmate Elmer Williams, DC# 086916
**Importance:** High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

The following was reviewed by Dr. Santiago, she is requesting for a follow up evaluation to be completed by Dr. Figueroa of all his skin wounds/ulcers.

Are there any x-ray orders or reports of the inmates right foot?

Kaitlyn Bishop
Administrative Assistant II
Office of Health Services
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3276
Fax: 850-922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** FDCHealthCare
**Sent:** Monday, August 1, 2022 7:53 AM
**To:** Denmark, Felicia <fdenmark@TeamCenturion.com>; Bennett, Rhonda <RBennett@TeamCenturion.com>
**Cc:** Martinez, Danny <Danny.Martinez@fdc.myflorida.com>; Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>; 'mnorth@teamcenturion.com' <mnorth@teamcenturion.com>
**Subject:** FW: Inmate Elmer Williams, DC# 086916

Good morning,

Our office received the below correspondence.

Please contact **James Cook** (850-222-8080) to see if you can address their medical concerns (obtain/verify an ROI if needed).

Let our office know once this has been completed; Dr. Martinez please review.

Please provide our office a response by close of business day, **8/4/22**.

3

Please "reply all" in your responses so that everyone can have complete records.

Thank you for your assistance in this matter.

**Kaitlyn Bishop**
**Administrative Assistant II**
Office of Health Services
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3276
Fax: 850-922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Reimers, Thomas <Thomas.Reimers@fdc.myflorida.com>
**Sent:** Friday, July 29, 2022 6:16 PM
**To:** FDCHealthCare <FDCHealthCare@fdc.myflorida.com>; Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>; Martinez, Danny <Danny.Martinez@fdc.myflorida.com>
**Cc:** Carter, Laura <Laura.Carter@fdc.myflorida.com>
**Subject:** Fwd: Inmate Elmer Williams, DC# 086916

Please monitor the response from Suwannee. Thanks.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** James Cook <cookjv@gmail.com>
**Sent:** Friday, July 29, 2022, 6:11 PM
**To:** afigueroa@teamcenturion.com <afigueroa@teamcenturion.com>
**Cc:** Reimers, Thomas <Thomas.Reimers@fdc.myflorida.com>
**Subject:** Inmate Elmer Williams, DC# 086916

Dear Dr. Figueroa: Last week I visited your patient Mr. Elmer Williams, DC# 086916, and I understood from him that he was going to be sent to RMC for hospital care. I see that as of today, he is still at Suwannee Annex. I did observe the deep wounds to his feet and ankle and I understand that the wounds on his buttocks are similar. I want to very sincerely

request that Mr. Williams be sent to an acute care hospital, such as Memorial Hospital in Jacksonville. I am especially concerned about surgical care. I understand you removed a mass of necrotic tissue from his heels and that the infection has gone right down to the bone. I have a medical release which I will attach to this e-mail. Please feel free to contact me if you want to discuss this case.

**James V. Cook, Esq.**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
A Civil Rights Practice


CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.