UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    Plaintiff,

v.                                       Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    Defendants.
_____/

## DEFENDANT RICKY DIXON'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE BY THREE DAYS

Defendant, Ricky Dixon, in his official capacity, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), hereby moves to extend the dispositive motion deadline by three (3) days to March 20, 2025, and states the following in support thereof:

1

## I.   STATEMENT OF FACTS

1. On November 11, 2024, this honorable Court entered an Order extending the case management deadlines setting the deadline for filing dispositive motions as March 17, 2025.

2. At the time of preparing this motion, Defendant Kalem Santiago's Motion for Summary Judgment has been filed with the Court, and Defendant Richardson-Graham's Motion for Summary Judgment is on track to be filed before the deadline.

3. Defendant's counsel taking the lead on Defendant Dixon's Motion for Summary Judgment, Jami Kimbrell, was out of the office for the last week with her children for a planned trip out of town, but given the firm's allocation of its resources during that time needs an additional three days to finalize the motion and coordinate with their client.

4. The undersigned's office contacted Plaintiff's counsel via email and then telephone to discuss Defendant Dixon's Motion for Summary Judgment and requested a minimal extension of three (3) days to finalize Defendant Dixon's dispositive motion.

5. Plaintiff's counsel agreed during the call to a three (3) day extension of the dispositive motion deadline solely for Defendant Dixon's Motion for Summary Judgment.

## II. MEMORANDUM OF LAW

Under Rule 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure, deadlines may be extended or a scheduling order may be modified with the Court's approval and for good cause. Fed. R. Civ. P. 6(b) and 16(b)(4). This Court has held that the good cause standard requires the moving party to "demonstrate it could not meet the deadline despite its diligent efforts." *Curley v. Stewart Title Guar. Co.*, 2019 U.S. Dist. LEXIS 21345 at *1 (M.D. Fla. Feb. 11, 2019)(citing *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998)).

"District courts have broad discretion (1) when managing their cases, including discovery and scheduling; and (2) in applying their local rules. *Id.*(citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)). If litigants diligently pursue their rights but for reasons other than their own negligence are unable to meet scheduling order deadlines, the court should exercise its discretion and modify its scheduling order. *Payne v. Ryder Systems*, 173 F.R.D. 537, 539 (M.D. Fla. 1997).

Defendant submits that good cause to extend the dispositive motion deadline by three (3) days exists where the attorney leading on this dispositive motion was unavailable and . Additionally, minimal additional time is needed to finalize Defendant Dixon's dispositive motion and Plaintiff will not be prejudiced by this brief extension, nor will other deadlines be affected. Defendant's counsel diligently

pursued timely completion of Defendant Dixon's dispositive motion, but despite Defendant's diligent efforts, the Defendant could not meet the deadline. Defendant respectfully requests this Court to exercise its discretion and extend Defendant Dixon's dispositive motion deadline by three (3) days.

WHEREFORE, Defendant Dixon respectfully requests an extension of the dispositive motion deadline only for Defendant Dixon's Motion for Summary Judgment through March 20, 2025, with all other deadlines remaining as previously set.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorney for Defendants Dixon, Santiago, and Richardson-Graham*

## Local Rule 3.01(g) Certification

I hereby certify that undersigned counsel's office conferred with Plaintiff's counsel, James Cook, and confirmed his agreement to this requested relief of a three-day extension for Defendant Dixon's Motion for Summary Judgment to be filed.

*/s/ Thomas Buchan*
Thomas Buchan

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served to all counsel of record by CM/ECF on March 17, 2025.

/s/ *Thomas Buchan*
Thomas Buchan
