**CONDENSED**

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

```
 1  UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF FLORIDA
 2  JACKSONVILLE DIVISION
    CASE NO. 3:22-CV-955-MMH-MCR
 3
    ELMER WILLIAMS,
 4  PLAINTIFF,

 5  V.

 6  RICKY DIXON, ET AL.,
    DEFENDANTS.
 7  _____/

    VIDEO DEPOSITION OF ELMER WILLIAMS
 8  DATE:          JANUARY 11, 2023
    REPORTER:      AMANDA BATES
 9  PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Page 2**

```
1               APPEARANCES
2 ON BEHALF OF THE PLAINTIFF, ELMER WILLIAMS:
    James Cook, Esquire
3   Law Office of James Cook
    314 West Jefferson Street
4   Tallahassee, Florida 32301
    Telephone No.: (850) 222-8080
5   E-mail: cookjv@gmail.com
    (Appeared via videoconference)
6
    AND
7
    James Slater, Esquire
8   Slater Legal, PLLC
    133 South Monroe Street
9   Tallahassee, Florida 32302
    Telephone No.: (305) 523-9023
10  E-mail: james@slater.legal
    (Appeared via videoconference)
11
    ON BEHALF OF THE DEFENDANT, RICKY DIXON, IN HIS OFFICIAL
12  CAPACITY AS SECRETARY OF THE FLORIDA DEPARTMENT OF
    CORRECTIONS; KALEM SANTIAGO; ADELE JOHNS; WENDY
13  MILLETTE; AND SGT. SAVONIA RICHARDSON-GRAHAM:
    John Thomas Buchan, Esquire
14  Howell, Buchan, and Strong
    630 South Orange Avenue
15  Suite 200-B
    Sarasota, Florida 34236
16  Telephone No.: (941) 779-4348
    E-mail: tom@jsh-pa.com
17  (Appeared via videoconference)
18  ON BEHALF OF THE DEFENDANT, CENTURION OF FLORIDA, LLC;
    MHM HEALTH PROFESSIONALS, LLC; ALEXIS FIGUEROA, M.D.;
19  JASON HOWELL; ELIZABETH HOLMES; TONY ABBOTT; GERALD
    KNAUS:
20  Jacob Hanson, Esquire
    Bradley, Arant, Boult, Cummings
21  100 North Tampa Street
    Suite 2200
22  Tampa, Florida 33602
    Telephone No.: (813) 559-5575
23  E-mail: jhanson@bradley.com
    (Appeared via videoconference)
24
25
```

**Page 3**

```
1               INDEX
                              Page
2  PROCEEDINGS                5
   CROSS EXAMINATION BY MR. HANSON        7
3  CROSS EXAMINATION BY MR. BUCHAN        118
   REDIRECT EXAMINATION BY MR. SLATER     169
4  RECROSS EXAMINATION BY MR. HANSON      197
5
              EXHIBITS
6  Exhibit                    Page
   1  Chronological record care consult request
7     4-18-2022
   2  Florida nurse visit chronological record of
8     healthcare 5-9-2022
   3  Chronological record care consult request
9     5-17-2022
   4  Medication report 6-28-2022
10 5  Chronological record care consult request
      6-25-2022
11 6  Infirmary progress record 7-15-2022
   7  Chronological record of healthcare 7-18-2022
12 8  Chronological record care consult request
      7-23-2022
13 9  Chronological record of healthcare physical
      exam 12-20-2021
14 10 Infirmary progress record 2-14-2022
   11 Chronological record of healthcare
15 12 Clinician's order sheet
   13 Florida Department of Corrections pre-special
16    housing health evaluation
   20 Chronological record care consult request
17    6-25-2022
   21 Chronological record of healthcare 5-9-2022
18
19
20
21
22
23
24
25
```

**Page 4**

```
1               STIPULATION
2
3  The video deposition of Elmer Williams taken remotely on
4  Wednesday the 11th day of January 2023 at approximately
5  10:02 a.m.; said deposition was taken pursuant to the
6  Florida Rules of Civil Procedure.
7
8  It is agreed that Amanda Bates, being a Notary Public
9  and Court Reporter for the State of Florida, may swear
10 the witness and that the reading and signing of the
11 completed transcript by the witness is not waived.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
1               PROCEEDINGS
2      COURT REPORTER:  All right.  We are on record.
3  My name is Amanda Bates.  I'm the online video
4  technician and court reporter today, representing
5  Milestone Reporting Company, located at 315 East
6  Robinson Street, Suite 510, Orlando, Florida, 32801.
7  Today is the 11th day of January 2023.  The time of
8  day is approximately 10:02 a.m.  We are convened by
9  video conference to take the deposition of Elmer
10 Williams in the matter of Elmer Williams v. Ricky
11 Dixon, et al., pending in the district court of the
12 Middle District of Florida, in the Jacksonville
13 division, case number 3:22- CV-955-MMH-MCR.  Will
14 everyone but the witness please state your
15 appearance, how you're attending, and the location
16 you're attending from, starting with plaintiff's
17 counsel?
18     MR. SLATER:  James Slater on behalf of
19 Plaintiff Elmer Williams.  I'm attending from
20 Tallahassee.
21     MR. COOK:  James Cook on behalf of Elmer
22 Williams.  I'm attending from Broward County.
23     MR. BUCHAN:  Thomas Buchan.  I'm in Sarasota,
24 Florida, and I'm representing Dixon, Dr. Santiago,
25 Adele Johns, Wendy Mullet, and Savonia Richardson
```

**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

6

1  Graham.
2      MR. HANSON:  And Jacob Hanson on behalf of the
3  remaining defendants, attending via Zoom in Tampa,
4  Florida.  And to clarify again, the new case number
5  for this matter is 3:22-CV-01221-MMH-MCR.
6      COURT REPORTER:  Thank you.  Mr. Williams, will
7  you please state your full name for the record and
8  hold your ID up?
9      THE WITNESS:  Yeah.  I'm Elmer Williams, Jr.
10      COURT REPORTER:  Thank you.
11      THE WITNESS:  This is my --
12      COURT REPORTER:  Thank you.
13      THE WITNESS:  -- proper and correct
14  identification card.
15      COURT REPORTER:  Do all parties agree that the
16  witness is, in fact, Elmer Williams?
17      MR. COOK:  Yes.
18      MR. SLATER:  Yes -- yes.
19      MR. BUCHAN:  Yes.
20      COURT REPORTER:  All right.  Thank you.  Mr.
21  Williams, will you please raise your right hand?
22      THE WITNESS:  Yes, ma'am.
23      COURT REPORTER:  Do you solemnly swear or
24  affirm that the testimony you're about to give will
25  be the truth, the whole truth, and nothing but the

7

1  truth?
2      THE WITNESS:  Yes, ma'am.
3      COURT REPORTER:  Thank you.  You may begin.
4          CROSS EXAMINATION
5      BY MR. HANSON:
6      Q   Mr. Williams, again, my name is Jacob Hanson.
7  I'm the attorney representing Centurion and the medical
8  defendants in this matter.  I want to thank you for your
9  time here again today.  I want to start off today going
10  over just some background information and then I'll have
11  some follow-up questions about your testimony yesterday.
12  But before we do that, I just want to kind of refresh
13  your recollection about how the deposition works.  If at
14  any time today you need to take a break for any reason,
15  please let me know.  I'm happy to give you as much time
16  as you need.  The only thing I would ask is that, if
17  there's a question pending, that you please answer the
18  question before we take a break, if you're able to,
19  okay?
20      A   Yes, sir.
21      Q   And then I'm going to do my best to try to not
22  speak over you and let you finish your answers entirely.
23  And if I do start to speak over you, I'll apologize and
24  say, "Please continue with your answer."  Sometimes I
25  get a little, you know, anxious and jump the gun.  So

8

1  forgive me if that happens, okay?
2      A   Yes, sir.  I got you.
3      Q   All right.  So yesterday, you know, we were
4  talking a little bit at the end about you spending time
5  with your family.  And I just want to get a little bit
6  more information about your family.  Are you currently
7  married?
8      A   No, sir.
9      Q   Okay.  But you said you've been in a long-term
10  relationship?
11      A   Yes, sir.
12      Q   And who is that with?
13      A   Stephanie Boudreau.
14      Q   Could you spell the last name for me if you
15  know how?
16      A   Yes.  B-O-U-D-R-E-A-U.
17      Q   And where does Ms. Boudreau live?
18      A   In Fort Lauderdale, Florida.  Yeah.
19      Q   And how long have you been in a relationship
20  with her?
21      A   Like 26 years.
22      Q   So you two met and entered a relationship
23  before you were incarcerated?
24      A   Yes, sir.
25      Q   Do you have any children with Ms. Boudreau?

9

1      A   One son.  A son.
2      Q   And what's the son's name?
3      A   Trent Boudreau.
4      Q   And how old is Trent?
5      A   He's 24.
6      Q   Other than Trent, do you have any children
7  from any prior relationships?
8      A   Yes, sir.  I have one daughter, Jenece, J-E-N-
9  E-C-E, Williams.  And she is 32.  She's 32 years old.
10      Q   And thank you.  Where does Trent live?
11      A   He lives in Fort Lauderdale.
12      Q   And is he the son you were talking about
13  yesterday is a former Navy Seal and now a first
14  responder?
15      A   Yes, sir.
16      Q   And what about Jenece Williams?  What does she
17  do for a living?
18      A   She's a manager.  I'm not as for sure of what
19  -- the place that she works, I don't know the name of,
20  but I know she's a manager there.
21      Q   Okay.  And where does she live?
22      A   She lives in Miami -- North Miami, Florida.
23  North Miami, Florida.
24      Q   So if I am looking at their ages, it appears
25  that Jenece would've been about five or six when you

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

10

1  entered custody; is that correct?
2      A   She was exactly -- yeah.  She was seven.
3      Q   Seven?
4      A   Yes, because I got locked up January of '98
5  and she was born in 1990, so she would've turned eight
6  the year that I got incarcerated.  So she was seven.
7      Q   Okay.  And -- but what year were you
8  incarcerated on this most recent incarceration?
9      A   Excuse me?  You said where was I?
10     Q   No.  I'm sorry.  What year were you
11  incarcerated for your most recent incarceration?
12     A   Like what I just come home from?
13     Q   Correct.
14     A   Oh, Reception Medical Center, RMC.
15     Q   But what year did you enter custody?
16     A   Oh --
17     Q   Was that 1998?
18     A   1998, yes.
19     Q   Okay.
20     A   Oh yeah.  Okay.
21     Q   My apologies.  Sometimes I'll ask a bad
22  question, so thank you for, you know, asking me to
23  clarify that.  Much appreciate it.
24     A   Yes, sir.
25     Q   And so would Trent have been born after you

11

1  were incarcerated or just before?
2      A   After.  She was pregnant in January.  I got
3  locked up January of 1998, January the 15th.  And Trent
4  was born June the 5th of 1998.
5      Q   What was your relationship like with Jenece
6  and Trent while you were incarcerated?
7      A   Good.  It was good.  I wrote them letters and
8  they wrote me letters and I got visits from them here
9  and there.  They had a pretty good relationship.  I mean
10  --
11     Q   Did you speak on the phone regularly?
12     A   Yes.
13     Q   About how often would you say you spoke on the
14  phone?
15     A   Well, more per month -- I mean, I would say
16  probably once a month or -- I really can't really
17  recall, but I mean -- but we spoke -- we spoke pretty --
18  pretty -- pretty often.
19     Q   Okay.
20     A   You know, I didn't call a lot.  I wrote a lot
21  of letters because the phone calls are expensive.  So I
22  wouldn't say we talked -- we spoke all of the time, but
23  we -- we spoke enough.
24     Q   Understood.
25     A   Yeah.

12

1      Q   While you were in prison, did you have any
2  jobs?
3      A   Yes.
4      Q   What kind of jobs did you have while you were
5  in prison?
6      A   I did -- I worked food service, I worked
7  inside grounds, I worked as a houseman, I did
8  construction work, masonry crew.  I was army (phonetic)
9  -- security army.  I did painting, I went Pride, I
10  worked on computers.  I mean --
11     Q   It's my understanding that, with Pride, that
12  may have involved you getting money --
13     A   Getting paid.
14     Q   Yeah.  Did all of those jobs that you had
15  provide payment or was it just the Pride?
16     A   Just the Pride.
17     Q   And when did you work with Pride?
18     A   From -- I went Pride from like 1999, 2000,
19  2001.  I was in Pride like about three years.
20     Q   Okay.  Do you recall what the pay was while
21  you were working at Pride?
22     A   I can't remember exactly what they started me
23  off, but at the end, I was there a year.  I was making
24  55 cents an hour.
25     Q   With your children being young when you

13

1  entered custody, did you provide any financial support
2  to them?
3      A   Not at all.
4      Q   I want to ask you about your parents also.
5  Are either of your parents still alive?
6      A   No, sir.
7      Q   Do you have any siblings?
8      A   Got two sisters.
9      Q   And where are your sisters located, if you
10  know?
11     A   One is in Fort Lauderdale, and one is in
12  Georgia.
13     Q   Are you close with your sisters?
14     A   Yes.
15     Q   How do you -- did you communicate with them
16  while you were incarcerated?
17     A   We communicated regularly.
18     Q   And that was via letter and occasional phone
19  calls?
20     A   Letters, phone calls, and JPay.
21     Q   And is JPay like a video conferencing sort of
22  system?
23     A   Like a text -- text and e-mail thing and
24  video.
25     Q   Okay.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

14

1    A    Has e-mail and video.  Yeah.
2    Q    Now, while you were in -- incarcerated, did
3 you receive assistance -- financial assistance from
4 anyone?
5    A    Yes.
6    Q    Who would've provided you that assistance?
7    A    Well, my sisters, my -- my kids' mom, my kids,
8 and some friends.
9    Q    Okay.  And I don't think I asked you, but who
10 is Jenece Williams's mother?
11    A    Annette Godoy.
12    Q    And could you spell that for us?
13    A    First name: A-N-N-E-T-T-E.  And Godoy is G-O-
14 D-
15         O-Y.
16    Q    And were you ever married to Ms. Godoy?
17    A    No, sir.
18    Q    Have you -- have you ever been married?
19    A    No, sir.
20    Q    Let's see.  I asked you when you entered
21 custody.  That was 1998.  Do you know what your
22 scheduled EOS date would've been?
23    A    40 years from 1998 would've been 2038.
24 There's a discrepancy in there.  They got February of
25 2038.  Only February 2038.

15

1    Q    Okay.  And then that would've been shortened
2 because of good time and gained time, stuff like that?
3    A    Yes, sir.
4    Q    Okay.  I want to ask a little bit now about
5 your education.  What was the farthest that you went in
6 school?
7    A    Well, I guess ninth grade.
8    Q    Did you do any GED programs either before
9 being incarcerated or after?
10    A    After.  I got my GED -- whoa.  Okay.  Yeah.
11 Yes, I got my GED.
12    Q    A -- and I'm sorry.  When did you get the GED?
13    A    June 3, 1980 -- well, let's see -- June the
14 3rd, I think 1983.
15    Q    Okay.
16    A    I got it when I was 16.  I can't remember.  I
17 think it -- I think 1983.
18    Q    Okay.
19    A    GED.
20    Q    And did you ever attend college or take any
21 college courses?
22    A    No, sir.
23    Q    Did you ever attend a technical or trade
24 school at all?
25    A    No, sir.  I got some certifications, but I

16

1 wouldn't consider them.  I -- I'm a vocationist --
2 vocational trade.
3    Q    Well, you must have been reading my mind,
4 because that's my very next question, whether you had
5 any certifications or licenses.  So let's hear about
6 those.
7    A    Yeah.  Wow.  There's so many of them.  I can't
8 even remember my -- vocational cooking, small engines,
9 certified wellness, advanced wellness.  Oh, my goodness.
10 Wow.
11    Q    And it's okay if you can't -- if you can't
12 remember them all --
13    A    That's all I was really doing in prison, just
14 -- just stay busy.  I just got in all type of different
15 vocationals to stay busy, keep from going crazy,
16 basically.  You got to do something.  So I was just
17 taking them up just to -- just -- cooking, I took that
18 up and don't even probably know how to cook.  I just --
19 just taking vocationals just to take them.  I'm -- I'm
20 being honest with you.  There's so many of them.
21    Q    That's okay.
22    A    Yes, sir.
23    Q    Okay.  So I'm going to switch gears again and
24 talk about your employment history now.  Did you ever
25 hold a job outside of prison?

17

1    A    Yes.
2    Q    What did you do?
3    A    I worked for Miami Elevator Company.  I was a
4 -- an assistant -- an elevator mechanic.
5    Q    And when was that?
6    A    That was in 19 -- the end of 1997.
7    Q    And how long did you work for Miami Elevator?
8    A    It wasn't long.  Probably a couple of months
9 before I got -- before I was -- before I got
10 incarcerated.  A couple of months.  Yeah.
11    Q    Any other jobs that you've held previously?
12    A    No, sir.  That was it.
13    Q    Prior to the events in this lawsuit, did you
14 intend on returning to work after you were released?
15    A    Yes, sir.
16    Q    And what did you intend to do?
17    A    I intended to start off doing -- getting jobs,
18 doing tree service work -- doing tree service work.
19    Q    Do you have connections to someone who works
20 in a tree service company?
21    A    Yes, sir.
22    Q    And who is that?
23    A    That's a friend of mine, Vincent, own
24 Vincent's Tree Service.
25    Q    And where does that business operate from?  Is



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

18

1    that Fort Lauderdale or Miami?
2        A   Hollywood, Florida.
3        Q   And what kind of work would you have been
4    doing at Vincent's Tree Service?
5        A   I would've been helping him with his work
6    until I built my own money up to get my own business, to
7    get my own tools, because I have experience in that type
8    of business already, cutting, trimming trees and stump
9    grinding and stuff of that nature.
10       Q   So it would've been, like, the manual labor
11   side, not like an office job or anything like that?
12       A   It would've been a manual labor, yes. And
13   then I would've put stuff in the work that I've actually
14   qualified for. As far as loans and stuff like that,
15   being an inmate incarcerated for as long as I've been
16   incarcerated, I'm entitled to get loans and stuff like
17   that to get my own business. I hadn't got into it yet
18   because, of course, I wasn't looking to get out this
19   soon. But there is stuff that I qualify for.
20       Q   Okay. Do you have a bank account?
21       A   Not at all.
22       Q   Do you have any sort of pay stubs or W-9s, W-
23   2s, anything like that that would show your income prior
24   to your incarceration?
25       A   I don't have anything. Everything's gone.

19

1        Q   Okay. One of the things that we were also
2    talking about yesterday, right as we -- excuse me. Ended
3    the deposition was your prognosis. When did you -- when
4    were you given the prognosis of six months?
5        A   I'm trying to remember when. I don't -- I
6    don't -- I don't recall when -- when I was given it. I
7    -- I know I've heard it several times. I just don't
8    remember exactly when. I know I heard it when I was at
9    Reception Medical Center. And I know from doctor from
10   when I was at Suwannee. I'm trying to think what
11   happened over there, that you asking me specifically
12   about the six months. I'm trying to remember if it was
13   at the Reception Medical Center. I'll say -- I'll say I
14   heard that at the Reception Medical Center.
15       Q   Okay. And if I recall your testimony
16   yesterday, you transferred to RMC around August of 2022;
17   is that right?
18       A   Yes.
19       Q   So that would've been sometime between August
20   and October 31, 2022?
21       A   Yes.
22       Q   Since being released, have your doctors given
23   you an updated prognosis or has it remained the same?
24       A   It's -- it's -- it's remained the same, as far
25   as I know. As far as I know. Trying to think. But I

20

1    do know that, when we go back to this six-month thing,
2    it's like a technical question because when I was at
3    Suwannee, I didn't want to, like, see it until I knew
4    for sure. But Dr. Figueroa put in -- the medical
5    conditional release that I have now, that I'm out on,
6    Dr. Figueroa initiated that. Towards the end of me
7    leaving there, he put in paperwork. And it had to be
8    refiled when I got where I was going. So I'm trying to
9    think if the six months came from him or came from my
10   actual RMC, because he -- he did put the paperwork in
11   for me to get a medical release over my condition,
12   metastasized cancer, once everything came to light on my
13   condition. So --
14       Q   Had you talked with Dr. Figueroa about wanting
15   to be released so you could spend time with your family?
16       A   Me and him never got into a conversation like
17   that, but he basically -- I'm not going to say,
18   "basically." Told me that, you know, my -- my cancer
19   was serious. That's all he basically was saying, is
20   it's serious. And -- and that was that -- it's what I
21   got. But we didn't have a discussion about my family or
22   anything like that. We didn't. But he just -- you
23   know, about the medical release he was going to put me
24   in for.
25       Q   And you know, I'm sorry that we have to talk

21

1    about this.
2        A   Oh, no.
3        Q   I know that it's a -- you know, a sensitive
4    area. I -- you know, I don't -- I don't want you to be
5    uncomfortable. So if at any point you need a minute or
6    anything like that, just let me know.
7        A   Oh, yes, sir.
8        Q   I'm happy to give you that.
9        A   Oh, yes, sir. Thanks. But --
10       Q   I'm sorry. Go ahead.
11       A   Yeah. No, we -- I'm just really trying to
12   remember because he -- I just know that he put in for a
13   medical release. And when I got where I was going to
14   RMC, she refiled it. I don't know what happened with
15   that. And that's when she told me about the six months.
16   And that was basically -- that's basically it. That's
17   how I got to answer that question, you know, to the best
18   of my -- I hope that helped you. But I don't remember
19   the exact times and dates and stuff like that. But I
20   know it started at Suwannee, when it got the -- the
21   results back and saw the cancer spread all over. He
22   basically told me, you know, like -- it's just -- I
23   don't know. It's just like I just read through the
24   lines or whatever you want to call it. It was more
25   serious because, with the cancers -- with cancer, they



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Crosby, Elmer Williams   01-11-2023   Page 22

22

1 can't really say how I was going to be good today and
2 bad tomorrow, you know?
3    Q   Yeah.  I understand.  Very sorry.
4    A   Yes, sir.
5    Q   One of the things that I noticed yesterday and
6 I -- and I wanted to ask you about today is that it
7 seems sometimes that you'd have a problem remembering
8 dates and maybe kind of the timeline of when things
9 happen.  Are you on any medications that affect your
10 ability to kind of focus in or remember things like
11 that?
12    A   No, sir.  It's just the -- it's just the --
13 the actual, like, dates, like -- like -- like, you might
14 ask me, "Well, when was you -- do you remember -- recall
15 getting your blood work done or something in -- in
16 January?"  I can't say whether it was January or
17 February, but I know it was close to that time.  Yeah,
18 no, I'm not on anything.  It's just trying to remember
19 detail -- details, because when I wrote my affidavits
20 and stuff like that, I was writing a diary at the time
21 when it actually happened.  So for me to go back and,
22 you know -- and remember how you actually dates and
23 times and stuff like that is just hard.  But I remember
24 incidents, how it -- how it went.  I can't remember the
25 exact, you know, timeline, like say it was in September,

23

1 October.  I can go close to that time.  It's just when
2 you ask me a question dealing with the law, I try to be
3 as specific as I can.  If I can't remember an exact
4 date, then I'm, you know -- I got to emphasize that I
5 can't.  No, I'm not on any medications that alter my
6 mind or anything.
7    Q   Okay.  Yeah, no, I appreciate that.  I
8 understand some of this has been, you know, a year or
9 more back.  I don't expect you to have a pristine memory
10 of dates and everything like that.  But as we're talking
11 today, if you're kind of saying, "I think this is when
12 it happened," if you could just make that clear because
13 I want to make sure the record is clear --
14    A   Okay, okay.
15    Q   -- whether you remember precisely or if you're
16 kind of saying it's in this time frame, okay?
17    A   Yes, sir.  It's -- yes, sir.
18    Q   Would you agree, though, that, if the medical
19 records had a date on them, as far as a date that your
20 blood work was done or a date that you submitted a sick
21 call request, things like that, that those dates in the
22 medical records would be accurate as to when those
23 thing's happened?
24    A   If I saw it, yeah, I would -- I would be able
25 to determine whether it was accurate or not.  Yes.

24

1    Q   Okay.
2    A   If I would like to, like, elaborate on them
3 because I'm a -- I'm just -- because what I was seeing
4 from yesterday, as far as referrals, them -- and them --
5 them saying that they put in the referral for something
6 without actually showing where it was responded to, I
7 really have -- if I don't remember signing the referral,
8 then I -- you know, it's not adding up to --
9    Q   Understood, understood.
10    A   Yeah.
11    Q   I want to talk a little bit about the time
12 right before you entered Suwannee.  I think you
13 mentioned that you had been housed at Moorehaven
14 Correctional; is that correct?
15    A   Yes, sir.
16    Q   And I think that you said you experienced a
17 fall during a transport while you were at Moorehaven?
18    A   Yes.
19    Q   When you were at Moorehaven, had you already
20 started experiencing mobility issues or equilibrium
21 issues?
22    A   Yes.
23    Q   Can you -- to the best of your ability, can
24 you recall when you started experiencing those issues?
25    A   It was while I was at Moorehaven.  I can't

25

1 remember exactly the day that I went to Moorehaven, but
2 I started experiencing them and I was having trouble
3 walking.  I would -- I would -- my stiffness -- I had
4 stiffness in my legs, and I would have dizzy spells.  And
5 -- actually, I didn't fall until I was at South Florida
6 on one of my trips back to Moorehaven.  And I fell and
7 broke my teeth in the front, which I had my dental work
8 done, that's in my medical file, at Moorehaven when I
9 went back, because I complained about it -- about my
10 fall and they fixed my teeth or whatever.  And that's
11 when I went to see the doctor and -- about my back
12 pains.  And that's when they sent me back to the
13 Reception Medical Center.  And I ended up going to
14 Suwannee as it has the medical overflow.  They called it
15 a medical overflow.  So I was at medical overflow at
16 Suwannee.
17    Q   Okay.
18    A   And then I started going -- yes.
19    Q   And my apologies for asking some of these
20 questions that may be, you know, reflected timelines in
21 the medical records.  I don't have a complete set of the
22 medical records that was provided by your Counsel.  I
23 just have a certain time frame that kind of starts when
24 you were at Suwannee.  So I don't really have a
25 reference from what's happening before then.  So I'm

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Deposition of Elmer Williams  10-11-2023

26

1  just trying to get to the best of your ability, if you
2  can remember times or anything like that.  If it's
3  reflected in the medical records that you had a fall on
4  a certain date, I assume that you -- be okay or having
5  dental work performed on a certain time, that that would
6  better gauge when it occurred?
7      A   Uh-huh.
8      Q   Is that a yes?
9      A   Oh, yes.
10     Q   Thank you.
11     A   Yes.  My bad.
12     Q   That -- that's okay.  We all do it.  I think
13  I've already done it a couple of times.  Your PSA levels
14  had already risen while you were at Moorehaven; is that
15  correct?
16     A   I'm trying to recall when it went up to 5.2.
17  I'm -- I'm not sure.  I'm trying to think of when it
18  went up to 5.2.  I'm -- I'm -- I think it -- see now I'm
19  going without -- I think it again -- I can't remember.
20  I'm going to say -- I'm going to say yes, it had already
21  went up to 5.2.
22     Q   If the medical records reflected that the PSAs
23  were at 5.2 in September of 2021, would that have been
24  before you were at Suwannee?
25     A   Yes, sir.

27

1      Q   Okay.  Do you know when your prostate cancer
2  returned?  Has any doctor told you that?
3      A   Yes, they told me when it returned.  They told
4  me when it was returned, way when -- the summer of '22.
5  They actually confirmed that it returned because I
6  didn't know for sure, for sure until I went and got it
7  confirmed.  That's, to answer your question directly,
8  because I assumed it had returned when my PSA went up.
9  But that wasn't a confirmation.  I felt like it returned
10  because of how I was feeling.  That's why I was
11  stressing that in my -- in all of my complaints about my
12  prostate cancer and remission, being in remission.  I
13  felt it was out of remission.
14     Q   Do -- has anyone ever told you when your --
15  when the prostate cancer metastasized and spread?
16     A   Yes, they told me when I went to the cancer
17  center, when I went to see my urologist, Dr. McKay, he
18  told me that it had spread.
19     Q   So I -- what I'm understanding is that you
20  were told that it had spread, but did he tell you when
21  it spread?  Did he tell you that this happened in
22  December of 2021 or in October of 2021?  Did he ever
23  give you a date as when he thought that it might have
24  spread?
25     A   No, sir.

28

1      Q   So you don't -- you don't know or have anyone
2  ever told you that your cancer had spread in -- by
3  November of 2021; is that correct?
4      A   No sir.  They were going by the same thing
5  that I was going by when I was going -- when my body
6  function was shutting down, that was a form of a
7  spreading.  Nobody has actually used that word, "The
8  cancer has spread."  They don't use that term.  They
9  don't -- they don't talk -- the medical staff.  They
10  don't -- they don't talk like that.  They just say that
11  the prostate cancer, that type of cancer spreads like
12  wildfire.  So they speaking general, they don't -- it
13  spreads like wildfire.  Like just you got prostate
14  cancer, if it's not tended to, it's going to wreak havoc
15  on your body. That's basically what kind of talk that
16  they were talking.  Like then, it wasn't tended to, this
17  is what happens.
18     Q   Understood.  And I think you mentioned that
19  they were kind of going by the symptoms the same as you
20  were, and you started experiencing those symptoms prior
21  to entering Suwannee; is that correct?
22     A   Yes.
23     Q   Okay.  I want to now follow up on some of the
24  more specific testimony that you gave yesterday.  And so
25  I'm going to be switching gears, so if you think you

29

1  need a break at all, we can take a quick break now
2  before I get into it.
3      A   I am okay.
4      Q   Okay.  Yesterday we were talking about when
5  you first were referred to a urologist after you were
6  transferred to Suwannee.  Do you remember that?
7      A   Yes.
8      Q   And we spoke earlier today about, you know,
9  you may not remember the specific month, but you have
10  kind of a time range.  And I believe yesterday your time
11  range was that it was sometime around June or July of
12  2022.  Is -- was that your testimony?
13     A   That I actually went and saw a urologist?
14     Q   Yes.
15     Q   Or what was referred to?  What do you mean?
16     Q   When you saw a urologist?
17     A   I said if around the middle, around summer
18  time is when I saw, around that time.
19     Q   Okay.  I want to share with you now what I've
20  marked as Defense Exhibit 1, and I'll share my screen.
21         (EXHIBIT 1 MARKED FOR IDENTIFICATION)
22     A   Okay.
23     Q   Please let me know if you need me to zoom in
24  at all or if you can see it all right.  You see here
25  this is -- where I'm highlighting 4-18-22?


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

30

1    A   Yes, sir.
2    Q   And this is listed as a chronological record
3  care consult request.  I'll scroll to the bottom here.
4  And this is signed by Alexis Figueroa on 4-18-2022.  Do
5  you see that?
6    A   Yes, sir.
7    Q   And this was, I believe, marked as an exhibit
8  yesterday by plaintiff.  So it has the Bates stamp
9  numbers at the bottom, but I just wanted to mark it
10  again.  And looking at PL243, which is page 2 of the
11  three page exhibit.
12    A   Uh-huh.
13    Q   You see here, "Specialty service referred to
14  urologist."  And I've highlighted that.  Do you see it?
15    A   Yes, sir.
16    Q   And then it says that you were seen last on
17  March 24, 2022.  Do you see that?
18    A   Yes, sir.
19    Q   And then down here it lists the acuity of the
20  consultation is urgent, correct?
21    A   Yes, sir.
22    Q   And it lists the visit type as a follow up
23  visit, correct?
24    A   Uh-huh.
25    Q   And in support of this referral --

31

1    A   Oh, yes, sir.
2    Q   -- it lists other pertinent info/supporting
3  documentation needed and it says, "Urologist notes from
4  3-24-2022."  Correct?
5    A   Yes, sir.
6    Q   Do you recall seeing a urologist in March of
7  2022?
8    A   Yes, sir.
9    Q   I want to move now to what I've marked as
10  Defense Exhibit 2.  And this is -- and again, I put some
11  highlights on here to assist us.  Says May 9, 2022, and
12  then it lists, "Florida nurse visits chronological
13  record of healthcare."  Do you see that?
14      (EXHIBIT 2 MARKED FOR IDENTIFICATION)
15    A   Yes.
16    Q   And this note says that you are being to --
17  transferred to RMC for urology appointment.  You see
18  that?
19    A   Yes, sir.
20    Q   And that would've been on -- again on May 9,
21  2022.  And this is signed by Jessee Morris, LPN,
22  correct?
23    A   Yes, sir.
24    Q   And this was one of the documents provided by
25  your counsel.  So I've left their Bates stamp on it.

32

1  It's Williams E 360.
2    A   Yes, sir.
3    Q   I want to show you -- I want to show you
4  another document here, Defense Exhibit 3.  Again this is
5  -- I've added some highlights here to assist us, but it
6  says date, "5-17-2022, Florida provider visit
7  chronological record care consult request."  Do you see
8  that?
9      (EXHIBIT 3 MARKED FOR IDENTIFICATION)
10    A   Yes, sir.
11    Q   And it lists request for urologist follow up
12  again, correct?
13    A   Yes, sir.
14    Q   And here it lists as one of your current
15  medications, Eligard, correct?
16    A   Yes, sir.
17    Q   I want to scroll down again and here in the
18  history of present illness section, it states that,
19  "Patient was seen on May 16, 2022, with recommendations
20  to start Eligard."  Do you see that?
21    A   Yes, sir.
22    Q   And requested a follow up in one month?
23    A   Yes, sir.
24    Q   And again, refers to the urology notes for
25  supporting documentation, correct?

33

1    A   Yes, sir.
2    Q   Looking at Exhibits 2 and 3 that I've just
3  showed you, do you recall seeing a urologist in May of
4  2022?
5    A   Yes, sir.
6    Q   And do you recall also being started on
7  Eligard in May of 2022?
8    A   Yes, sir.
9    Q   I'm going to show you now what I've marked as
10  Defense Exhibit 4.  And this is a medications report, or
11  purports to be a medications report dated June 28, 2022.
12  Do you see that?
13      (EXHIBIT 4 MARKED FOR IDENTIFICATION)
14    A   Yes, sir.
15    Q   And I've kept this with the Bates numbering
16  that was provided by your Counsel.  So the first page,
17  this starts as page 2 on the top and the second page is
18  listed as page 1.  The third page is listed as page 4
19  and the fourth page is listed as page 3, but they are
20  Williams E 301 through Williams E 304.  Do you see where
21  I've noted those page numbers?
22    A   Yes, sir.
23    Q   Okay.  And so on page 2 of the medications
24  report, which is page 1 of the exhibit, you see where it
25  lists Eligard as being one of the medications you're on?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

34

1    A   Yes, sir.  And the date is 5-17.
2    Q   And that was entered by Dr. Figueroa, correct?
3    A   Correct.
4    Q   And under his comments, he notes that it's to
5  be starting now, with now in all caps, correct?
6    A   Yes, sir.  Seven months after I complained
7  about it.  Let's see -- January, February, March, April,
8  May.  Yeah.
9    Q   I want to show you Defense Exhibit -- I'm
10  sorry.
11    A   Oh no, I was just looking at the dates.
12    Q   Yeah.  I want to show you Defense Exhibit 5
13  now.  And it is dated June 25, 2022?
14        (EXHIBIT 5 MARKED FOR IDENTIFICATION)
15    A   Yes, sir.
16    Q   Listed as a chronological record care consult
17  request.
18    A   Yes, sir.
19    Q   Correct?  And this is signed by Alexis
20  Figueroa, correct?
21    A   Yes, sir.
22    Q   And again, this is another urology referral
23  for a follow up, correct?
24    A   Yes, sir.
25    Q   And again here it notes that, "Patient was

35

1  seen on May 16, 2022, and seen once again on June 16,
2  2022, for a follow up," correct?
3    A   Yes, sir.
4    Q   And then it says that the urologist requested
5  follow up in one month, correct?
6    A   Yes, sir.
7    Q   All right.  I'll show you now Defense Exhibit
8  6.  This is dated July 15, 2022, and listed as an
9  infirmary progress record.  Do you see that?
10        (EXHIBIT 6 MARKED FOR IDENTIFICATION)
11    A   Yes, sir.
12    Q   And I'll scroll down here that this -- and
13  again, it lists the provider as Dr. Figueroa, correct?
14    A   Yes, sir.
15    Q   I apologize, I only have the -- was only
16  provided the first page of this, so I don't have the
17  signature page for it.  But I want to look down here
18  under the assessment section.  And I've highlighted here
19  that again pending follow up with -- with urology, last
20  seen June 16, 2022.  Do you see that?
21    A   Yes, sir.
22    Q   Having looked at these documents, do you
23  recall now also seeing a urologist in June of 2022?
24    A   The date that you -- whatever -- whatever date
25  you said, that was the date, I guess.  I don't remember

36

1  if it was June.  Whatever date -- whatever document you
2  just showed me on the day that I saw him, that's the day
3  I saw him.
4    Q   Okay.
5    A   I remember a couple of follow ups.
6    Q   Okay.
7    A   They were basically -- it runs together
8  because I got no new information as I was going to see
9  him, the urologist.  Was basically the same thing, to
10  check my PSA and just a routine checkup.  So there was
11  no -- anything that happened there that actually, you
12  know -- I mean, you remember the -- to differentiate the
13  dates, if that makes any sense.
14    Q   Certainly.
15    A   Because I was already in shock as it was, you
16  know, that took so long for me to get to this point.
17  This was my whole point.
18    Q   And I've pulled up now what I've marked as
19  Defense Exhibit 7 --
20        (EXHIBIT 7 MARKED FOR IDENTIFICATION)
21    A   Oh, yeah.
22    Q   And this is listed July 18, 2022,
23  chronological record of healthcare.
24    A   Yes, sir.
25    Q   And highlighted on it, it says that you're

37

1  being transferred to RMC for a urology appointment,
2  correct?
3    A   Yes, sir.
4    Q   And now on Defense Exhibit 8.
5        (EXHIBIT 8 MARKED FOR IDENTIFICATION)
6    A   Okay.
7    Q   This is dated July 23, 2022, a provider visit,
8  chronological record of care consult request.  Do you
9  see that?
10    A   Yes, sir.
11    Q   And it notes that, "Patient seen on July 18,
12  2022, by urology and also already seen by Anco on 6-10-
13  2022."  Do you see that?
14    A   Yes, sir.
15    Q   And again, this was a referral to a urologist.
16  And then I just want to note here, do you see where it
17  says that the urologist requested a follow up in three
18  months?
19    A   Yes, sir.
20    Q   I'm going to stop sharing for now.  Having
21  reviewed those documents, do you now recall that you saw
22  the urologist in March, in May and June and July of
23  2022?
24    A   Yes, sir.
25    Q   Do you know if Dr. Figueroa ever went against



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

38

1 the recommendation of your urologist?
2     A   If he went in to --
3     Q   For instance, did your urologist ever
4 recommend a prescription be -- or a medication be
5 prescribed to you and Dr. Figueroa did not prescribe the
6 medication?
7     A   Not that I know of.  And they didn't -- they
8 didn't discuss that with -- I would not know that.
9         because when you go -- when I go see my
10 urologist, he puts the recommendations in his computer
11 and in his medical file.  So I wouldn't know if he went
12 against it or not.  He wouldn't tell me.  I wouldn't
13 know that information.
14    Q   So the urologist wouldn't tell you, "Hey, I'm
15 going to try to get you started on Eligard or some other
16 medication."  The urologist wouldn't have told you that?
17    A   Yes, yes.  He would tell me about Eligard,
18 yeah.
19    Q   And Dr. Figueroa prescribed you Eligard in May
20 of 2022, correct?
21    A   Yes, sir.  After everything was said and done,
22 yes, sir.  I was --
23    Q   Do you know if Dr. Figueroa ever failed to
24 follow the urologist's recommendation as to when a
25 follow up appointment should be scheduled?

39

1     A   Well, I'm trying to get -- I don't I --
2 because I don't even understand the questions that you
3 are asking, sir, are like -- I mean I really can't
4 answer them questions.  Because like him going against,
5 I don't know what -- he could have read my medical file
6 and decided to go against.  I don't know what he was
7 thinking as far as what he was thinking or going
8 against.  That would be me assuming something that he
9 was doing.  I mean, that's just the way I'm seeing it.  I
10 can't really speak for him to say that what he
11 intentionally did, what he did do.  I know that I was
12 bringing it to his attention, the symptoms that I was
13 having, that my cancer was in remission, that I was
14 falling down and falling out, needed a wheelchair.  I
15 needed help and I wasn't getting the help.  For him to
16 wait for instructions from over here when he came to
17 that conclusion, I don't know.  I know that I was having
18 difficulties getting help from him.  And when I did get
19 the help, it was already too late.  Whatever too late
20 mean.  I mean, that's how that happened to answer it.
21 And you know, the way I see to answering it without --
22        MR. HANSON:  I'm going to move this strike your
23 answer because I don't think it was responsive to my
24 question.
25    A   Okay.  Okay.

40

1        BY MR. HANSON:
2     Q   My question is, do you have any knowledge of
3 whether Dr. Figueroa ever disobeyed a recommendation
4 from your urologist?
5     A   Oh, no, sir.  Yes, sir.  No, sir.  I don't
6 have no knowledge of that.
7     Q   I want to switch gears again and talk about
8 the wheelchair --
9     A   Okay.
10    Q   -- that you mentioned yesterday.  Do you -- do
11 you remember talking about the wheelchair?
12    A   Yes, sir.
13    Q   Okay.  And I believe it was your testimony,
14 and correct me if I'm wrong, but that you were never
15 provided a wheelchair at Suwannee?
16    A   Not through medical.  I was -- I was -- I was
17 provided a temporary -- a 90 day pass that Lieutenant
18 Hale went and got for me.  I was in the dorm, and he
19 came down there and saw me incapacitated.  And he -- and
20 he went out of his way to go to medical and he came back
21 with a wheelchair, told me, "They didn't want to give
22 you this wheelchair.  I got this wheelchair, you got it
23 for 90 days, take care of it," and walked away.  I never
24 signed for a wheelchair, I never did any of that.  And
25 towards the end of me going to RMC and leaving Suwannee,

41

1 some kind of way, I became ADA and they had me in the
2 program to go see Ms. Nurse Cannon who's over assigning
3 the wheelchairs.  And that's how that went.  And I got
4 an answer like that because I never actually was like
5 signed for a wheelchair.  The Lieutenant, Lieutenant
6 Hale, went and got the wheelchair for me.  They would
7 not give me a wheelchair personally.
8     Q   When did Lieutenant Hale get you a wheelchair?
9     A   I'm going to say about September.  Around --
10 it was around -- yes, around May, June, right before I
11 went into the infirmary.  I don't remember the exact
12 day.  The second time I went into the infirmary.
13    Q   Okay.
14    A   Right before then, because I was in population
15 when he got me the wheelchair.
16    Q   And do you know Lieutenant Hale's first name?
17    A   No, sir.
18    Q   And is Hale spelled H-A-L-E?
19    A   Yes, sir.
20    Q   So sometime --
21    A   Oh.
22    Q   -- right before you were admitted into the
23 infirmary for the second time at Suwannee is when you
24 would've been given a 90 day wheelchair pass by
25 Lieutenant Hale?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

42

1    A   Yes, sir.

2    Q   You -- did Lieutenant Hale have to get a

3  medical provider to sign off on the pass?

4    A   Yes, sir.

5    Q   Do you know which medical provider signed the

6  pass?

7    A   No, sir.  He didn't even show me the pass.  He

8  just told me that I had a 90 day pass.  He didn't even

9  give me the pass.  And I hate that I don't have my

10  passes with me, passes that I did have.  Like, I don't

11  know.

12    Q   So you weren't present when Lieutenant Hale

13  went to medical and got the pass, correct?

14    A   Correct.

15    Q   So you don't know what was said or how it came

16  about that the pass was provided other than what

17  Lieutenant Hale told you?

18    A   Yes, sir.

19    Q   I think that part of your testimony yesterday

20  in regard to Nurse Jason Howell was that he never

21  referred you to a clinician about being given a

22  wheelchair.  Was that your testimony?

23    A   I don't recall if he -- I know he never -- I

24  know he -- if -- if he did refer me to somebody for a

25  wheelchair, I didn't -- I didn't -- I didn't know about

43

1  it.  I mean, I didn't -- I just know I didn't get a

2  wheelchair.  That question is kind of, did he -- I know

3  he went and -- and spoke to the doctor, Dr. Figueroa,

4  but I wasn't present when he spoke to him. because he

5  kind of told me every time to hold on a minute.  He

6  would leave out of the examination room and go and

7  consult with somebody and come back and tell me, you

8  know, "Get some ibuprofen, go on about your business."

9  So that would be me assuming that he -- but as far as I

10  know, he never recommended me for, to the best of my

11  knowledge for a wheelchair, because I never got one.

12  Nobody recommended me.  They would have to recommend it

13  to, I guess the physician, the doctor, and then she

14  would have to go through Nurse Cannon.

15    Q   Okay.  So if I understand you, what your

16  testimony there correctly, the nurses couldn't prescribe

17  you a wheelchair.  That only a doctor could do that, and

18  they had to go through the ADA nurse, Nurse Cannon; is

19  that correct?

20    A   I don't -- I don't know -- I don't know the

21  procedures.  I know that -- I know that when I -- when

22  I'm -- when I'm going to see a sick call nurse, I'm

23  telling him what's wrong with me.  He's identifying or

24  should be identifying my problems.  And -- and she'll be

25  able to recommend that I get a wheelchair.  Noticeably I

44

1  can't walk, I'm having trouble walking.  It's kind of

2  obvious that I needed some, whatever you call that,

3  assistance in walking.  I can't say if he -- if he's

4  allowed to or what he's allowed.  I mean, he can't

5  recommend it.  He can't actually -- can't actually --

6    Q   Are you saying he can't actually prescribe it

7  or order it?

8    A   He can't -- he can -- he can -- like for

9  instance, I'm going to say it like this, 'cause this is

10  the best I -- if I come here, and I mean, I got a broken

11  leg and he sees me and knows my leg's broken, he treats

12  me right.  He's going to go to the doctor and say, "Hey,

13  this guy needs crutches," and they're going to give me

14  some crutches.  "Hey, this guy can't walk," he's going

15  to give me a wheelchair.  Whatever he recommends they're

16  going to -- they're going to give it to me.  He can --

17  he's a RN.  He's not a -- just, you know, he has

18  experience, and he can -- he just needs a doctor to sign

19  off on.

20    Q   So he has to have doctor approval in order to

21  provide you a wheelchair, correct?

22    A   Yes.  I say that.

23    Q   And did you say that -- my apologies.  Did you

24  say that Nurse Howell was a sick call nurse?

25    A   Sick call nurse at the time, yes.

45

1    Q   Okay.  I want to show you now what I've marked

2  as Defense Exhibit 9.

3        (EXHIBIT 9 MARKED FOR IDENTIFICATION)

4    A   Let's see.

5    Q   And this is a four-page document.  It starts

6  off -- lists at the top right corner, chronological

7  record of healthcare physical exam, date of service, 12-

8  20-2021.  Can you see that?

9    A   Yes, sir.

10    Q   And if you need me to zoom in so you can see

11  things better, just let me know.  I'm happy to do so.

12  And for staff type, it says provider and it lists this

13  as sick call referral, correct?

14    A   Yes, sir.

15    Q   And on the bottom on page 4, this is signed by

16  Figueroa, Alexis, you see that?

17    A   Yes, sir.

18    Q   And again, this is part of the medical records

19  that were provided by your Counsel, Bates stamp Williams

20  E 289 through 292.  I'm going to scroll down to the page

21  here that is page 3 of 4, Williams E 291.  And this is

22  the impression diagnosis.  And I've highlighted two

23  sections here.  I want to start with the bottom one.  Do

24  you see here where Dr. Figueroa entered a note that

25  said, "I do not recommend wheelchair at this time"?



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

46

1    A    Yes, sir.
2    Q    And then I also want to talk about the note
3  above it.  It says, "I will order X-ray of lower
4  extremity and NCV and EMG to determine cause of patient
5  complaint."  Do you know what an NCV and EMG are?
6    A    No, sir.
7    Q    Oh, what are they?
8    A    No, sir, I do not know.
9    Q    Oh, okay.  My apologies.
10    A    Oh, no problem.
11    Q    Do you see here that one of the orders added
12  during this encounter by Dr. Figueroa was to refer you
13  to a neurologist?
14    A    Yes, sir.  I see it.
15    Q    And I believe that's also on the last page
16  here where it says active orders on page 3 of 4.  It
17  lists psychiatric follow-up and then it continues on the
18  last page and refer to a neurologist as listed there.
19  Do you see that?
20    A    Yes, sir.  Yeah.  Now, do you want to know
21  when I saw a neurologist?
22    Q    Sure.
23    A    I didn't see a neurologist until around, wow,
24  July, June, July.  When I went to the cancer center I
25  saw a neurologist, and they told me that there was

47

1  nothing -- well, I ain't going to get into that, we'll
2  get into that later.
3    Q    Okay.  Well, do you know why you would not
4  have seen a neurologist until June or July if you had
5  been referred by Dr. Figueroa in December of 2021?
6    A    I never -- he never processed all the
7  paperwork; I never signed to go and see them.  Once he
8  puts a referral in and it's approved, then I must sign
9  the paperwork in order to be transported there.  I don't
10  know why that paperwork was never processed, that's --
11  that's the whole problem, sir.  All these referrals were
12  put in, but they were never followed up on.  I didn't
13  start getting the treatment that I need -- he had
14  intentions, I mean, they showing intentions, but they
15  would never follow up on them, because I never refused
16  any treatment to get my -- excuse me, sir.  One second,
17  sir, got to do -- just to do my -- my sugar level.
18    MR. HANSON:  Okay.  Why don't we take a -- go
19  off the record and we'll come back in about a
20  minute.
21    NURSE:  Oh, it's just going to take one second,
22  if you want to wait.  He's doing it right now.
23    THE WITNESS:  Let's take a break.  Let's take a
24  --
25    NURSE:  Okay.

48

1    THE WITNESS:  -- five-minute break or so.
2    COURT REPORTER:  All right.  The time is
3  approximately 11:13 a.m. and we're off record.
4    (OFF THE RECORD)
5    COURT REPORTER:  All right, we're back on the
6  record for the deposition of Elmer Williams being
7  conducted by video conference.  Today is January 11,
8  2023, the time is approximately 11:20 a.m., and my
9  name is Amanda Bates.
10    BY MR. HANSON:
11    Q    Mr. Williams, I believe when we were just
12  talking, you mentioned that there was referrals being
13  entered, but problems associated with that.  Are you
14  familiar with the Florida Department of Corrections
15  Utilization Management Division?  Are you familiar with
16  that term?
17    A    Can you enlighten me on -- no, sir, I'm not.
18    Q    So I -- well, my question is just if you're
19  aware of what Utilization Management is?
20    A    No, sir.  But I know what a referral was.
21  When you say make a referral, for referral, it's just a
22  referral.  Like if they make a referral, okay, we make a
23  referral, I'm making a referral right now to -- for you
24  to go see the oncologist.  That's just a referral.  That
25  is not a -- that's just the first step, just make a

49

1  recommendation.  Now that doesn't mean that I actually
2  went and saw somebody at that time right there, or that
3  they actually followed through with it.  That's just a
4  recommendation.  I don't -- I don't know --
5    Q    So you don't know whether clinicians have to
6  get approval from Utilization Management before a
7  consult can be scheduled?
8    A    No, sir, I don't know that.
9    Q    Do you know whether it's the clinicians that
10  schedule the consults or Utilization Management that
11  schedules them?
12    A    Excuse me.  If whether --
13    Q    Do you know whether it's the clinicians that
14  schedule the consults or whether it's Utilization
15  Management?
16    A    I don't know which one does it.  I just know
17  that I'm supposed to sign.  Before I actually go on a
18  trip I have to agree to it.  I'm quite sure that they
19  have to get it approved somewhere, and then I have to
20  sign for it.  I know during those times of those
21  referrals, I don't remember signing anything to go see a
22  neurologist, oncologist or anything.  I don't -- I don't
23  recall signing later on, like we were saying, like
24  during the summer times or whatever, those early times,
25  I don't recall signing any paperwork to go see anybody

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Jaynes Elmer W. Frame 04/11/2023    Page 50

50

1  until it was, like I said, much too late.  By the time I
2  seen my oncologist, it was -- it was done, everything
3  was done.  It was like, it was done.  It was too late
4  for -- for anything else, for him to treat me, for him
5  to refer me.  Because the neurologist told me, "We can't
6  do anything until your cancer's in remission."  So all
7  that stuff became obsolete with me seeing the -- with me
8  seeing them.  So I don't see how his referrals would
9  have been approved.  That's what I'm having a problem
10 with, sir.
11     Q   Do you know whether certain referrals required
12 your signature and other referrals did not?
13     A   No.  Every -- every referral would require my
14 signature for me to be -- for me to even -- for me to
15 make the trip to Lake Butler to see a doctor, it would
16 have to be -- I would have to agree to it, to the trip.
17     Q   In December of 2021, do you recall the medical
18 records switching from a paper format to an electronic
19 format?
20     A   I heard about it.  I didn't know -- I didn't
21 know anything about it, I heard about it.
22     Q   Were -- do you know if after December of 2021
23 were the consultation referral forms that you referenced
24 having signed in the past, if those were still being
25 used?

51

1     A   So yes, sir, they were being used.
2     Q   And --
3     A   Because I --
4     Q   I'm sorry, go ahead.
5     A   I was going to say, because I signed a couple
6  of them towards the end.  Towards the end, I mean, my
7  departing Suwannee and moving on to RMC.  Towards the
8  end, when I did start seeing my urologist, I signed a
9  couple of papers.  A couple of papers, consent forms to
10 go and see my urologist.
11     Q   And do you know whether any referrals required
12 pre-approval before you would have to sign a form?
13     A   No, sir.
14     Q   Okay.  I want to talk again about Exhibit 9
15 that I showed you previously, and I'll share it again.
16 Again, this was a chronological record of healthcare
17 that was signed by Dr. Figueroa, correct?
18     A   Yes, sir.
19     Q   And it lists here that he was referred for a
20 sick call, correct.
21     A   Yes, sir.
22     Q   Do you recall whether this was Nurse Howell
23 referring to you for an evaluation by Dr. Figueroa?
24     A   I don't recall that.  I don't -- I don't -- I
25 don't recall that.

52

1     Q   But you would agree that a sick call nurse
2  referred you to the clinician who evaluated you and
3  determined that a wheelchair was not necessary at this
4  time, correct?
5         MR. SLATER:  Objection, calls for speculation.
6     A   Yeah, because I'm looking at the part where he
7  saying right here, where it says, "Sick call referral,"
8  it says, "Unable to walk."  So I don't see how it
9  wouldn't say I -- you see it at the bottom?
10    Q   Yes, I see where you're referring to.
11    A   Yes, sir.
12    Q   Let me ask -- let me ask the question this
13 way.
14    A   Okay.
15    Q   This document purports to be created by Dr.
16 Figueroa after you were referred to him from a sick
17 call, correct?
18    A   Yes, sir.
19        MR. SLATER:  Objection, calls for speculation.
20        MR. HANSON:  As to what the document purports
21 to be?
22        MR. SLATER:  You were asking what -- could you
23 read back the question, Madam Court Reporter?
24        COURT REPORTER:  Yeah.  Give me one second. All
25 right.

53

1        (REPORTER READS BACK REQUESTED
   QUESTION)
2        MR. SLATER:  But you're asking him whether it
3  was referred from a sick call, we don't -- you're
4  not asking what the document purports to be, you're
5  asking what -- how the document came to be.
6        BY MR. HANSON:
7     Q   You can answer the question.
8     A   Okay.  I don't -- I don't know.  I don't know
9  what they were referring to from a sick call.  He's
10 saying that, but I don't know that.
11    Q   Can you say that you were not evaluated by Dr.
12 Figueroa on December 20, 2021, based on a referral from
13 a sick call?
14    A   Can I say I was not?
15    Q   Correct.
16    A   Say it again.  Okay.  Can I say I was not?
17    Q   Correct.
18    A   I mean, I can't say I -- I was not, because
19 there's no -- there's no proof of that.
20    Q   And do you recall Dr. Figueroa examining you
21 on December 20, 2021?
22    A   No -- he did not -- he did not examine me.  I
23 remember talking to him but examining and talking is two
24 different things.  He was talking to me.  Because that
25 was the day I got out of confinement.  That was the day



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

54

1  -- that wasn't -- that wasn't a medical emergency.
2      Q    Let's talk about the document then.
3      A    It's December the 20th, that's when I got out
4  of confinement.
5      Q    You see here that it lists a physical exam on
6  page 1 of 4?
7      A    Yes, sir.
8      Q    And then it has your vitals listed there?
9      A    Uh-huh.
10     Q    And then if we scroll to the second page,
11 there's a title, "Objective." You see that?
12     A    Yes, sir.
13     Q    And then it lists several categories. The
14 first one is general. "The patient is well-nourished,
15 well-developed, alert and oriented, and in no acute
16 distress." Do you see that?
17     A    Yes, sir.
18     Q    And do you see that it lists here a word that
19 I'm going to mispronounce, "Integumentary inspection.
20 Other, dry skin?"
21     A    Uh-huh.
22     Q    And then below that, "Musculoskeletal -
23 extremities." And then it lists, "Left toe, right hip,
24 ROM decreased. Right knee, ROM decreased. Right ankle,
25 ROM decreased. Right foot, ROM decreased. Left toe,

55

1  patient stating that he cannot walk." Do you see all of
2  that?
3      A    Yes, sir.
4      Q    Do you see that, "Pupils equally reactive to
5  light and accommodation. Extraocular muscles intact
6  bilaterally?"
7      A    Uh-huh.
8      Q    And it goes on, "Pupils, otoscopic, ENT,
9  external nose, neck, chest." For chest, there was an
10 inspection. It says, "Breasts appear within normal
11 limits," correct?
12     A    Yes, sir.
13     Q    "Respiratory, unlabored by view, breath sounds
14 clear." Do you see that?
15     A    Yes, sir.
16     Q    "Cardiovascular, regular rate and rhythm." Do
17 you see that.
18     A    Yes, sir?
19     Q    "Gastrointestinal, soft, non-tender. Bowel
20 sounds present." Do you see that?
21     A    Yes, sir.
22     Q    It list here, "Prostate enlarged, yes." Do
23 you see that?
24     A    Yes, sir.
25     Q    And then lastly at, "Neurological, comments

56

1  and objective findings. Unable to evaluate lower
2  extremity issues. Patient present with edema of lower
3  extremity. According to patient he cannot walk or even
4  stand on his feet." Do you see that?
5      A    Yes, sir.
6      Q    After reviewing this, do you now recall
7  whether Dr. Figueroa examined you on December 20, 2021?
8      A    No, sir.
9      Q    Returning to the impression diagnosis section,
10 do you see here again where Dr. Figueroa noted, "I will
11 order x-ray of lower extremity and NCV or EMG to
12 determine cause of patient complaint?"
13     A    Yes, sir.
14     Q    And, "I do not recommend wheelchair at this
15 time." The second highlighted portion, do you see that?
16     A    All right.
17     Q    Based on that, would you agree that the nurse
18 would not have been able to provide you a wheelchair
19 since it was not recommended by Dr. Figueroa?
20     A    Yes.
21     Q    I believe that you mentioned you saw a
22 neurologist sometime in June or July of 2022; is that
23 correct?
24     A    Yes, that I can recall, if I recall correctly.
25 I can't remember the exact date that I saw. And that's

57

1  where the confusion come in, I don't remember the exact
2  date that I saw him. I know a lot of referrals were
3  made and references to me going to see a urologist, but
4  the actual date that I went and saw him, I didn't even -
5  - I didn't even get that. I don't -- I don't know -- I
6  don't know that date. That's starting to become a big
7  major issue, because that's -- that's the most -- most
8  important part of what we're talking about is when I
9  went and saw the urologist for the first time, when I
10 got back to my primary doctor to get, to get this
11 situation under -- under control on that date. Because
12 I knew that there were countless times that I had
13 appointments with Dr. Figueroa that were canceled, that
14 was just totally canceled. He may have done those
15 referrals out of my presence. It's not -- there's no --
16 nothing there that I signed or that puts me there with
17 him at the time that he made these referrals. Because
18 there are a lot of referrals in there, but I don't
19 recall those referrals. I don't -- like the day,
20 December the 20th, all I remember is me being in an
21 examination room with Dr. Figueroa, Dr. Abbott, Powell
22 and all of them and they talking and asking me all kind
23 of questions. But as far as physically evaluate me, the
24 nurse does that when you first come in, takes your
25 pulse, takes your blood pressure and does those basic



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

58

1  things prepping you for -- when they do your vital
2  signs, they tell you go wait out in the lobby.  And --
3  because I want to answer all of your questions the way
4  you need them answered, and, you know, be respectful and
5  all that and not beat around the bush.  But there's
6  certain things that I really -- it's very, very, very
7  confusing to me.  And I don't want to confuse the
8  situation no more than it's already confused.  And going
9  through -- it's just, I don't remember the exact date,
10  that's the problem.  I know that I wrote grievances
11  constantly and complained about my situation constantly.
12  And even in there he said I don't see him -- you know,
13  he didn't say he had to get approval to get me a
14  wheelchair.  He said he don't see fit for me to get a
15  wheelchair at the time, still.  But he's not saying his
16  reasons why.  I'm waiting on the oncologist to instruct
17  me on what to do.  I can't do no more than what the
18  oncologist said.  He's taking matters into his own hands
19  and dealing with the situation how he wants to deal
20  with, so he's accountable for whatever's not happening.
21  That's how I'm seeing it, sir.  I mean I don't want to
22  assume and I'm assuming what he's thinking, I can't do
23  that.
24      MR. HANSON:  I -- I'm going to move to strike
25   that as unresponsive.

59

1      Q    I believe my question was --
2      A    Yes, sir.
3      Q    -- was it your testimony that you saw a
4  neurologist in June or July of 2022?
5      A    Yes.  I'd say around that time.  Around that
6  time I -- I'm --
7      Q    Okay.
8      A    I don't know the exact time, but I'm going to
9  assume around that time I saw a neurologist.  I don't
10  know the exact time.
11      Q    Do you know whether you saw the neurologist
12  based on this referral from Dr. Figueroa or a referral
13  from some other doctor?
14      A    Yes, sir.  A referral would have to have been
15  made for me to make -- for me be transported over there.
16      Q    Do you know whether the referral that got you
17  to the neurologist was made by Dr. Figueroa?
18      A    It would have -- it would have -- it would
19  have -- I would say -- I -- I -- I don't -- I don't
20  really know Dr. Figueroa or Doctor -- well, Dr. Figueroa
21  is only doctor there, so yes, it had to have been
22  through him.  Mr. Abbott is not a doctor.
23      Q    Okay.  I want to show you now what I've marked
24  as Defense Exhibit 10.  And again, I've put highlights
25  on this.  This is a three-page document, Bates stamps

60

1  Williams E60 through Williams E62.  Do you see at the
2  top right corner where it lists, "Infirmary progress
3  record, date of service 02-14-2022?"
4      (EXHIBIT 10 MARKED FOR IDENTIFICATION)
5      A    Yes, sir.
6      Q    And that's the date that you were discharged
7  from the infirmary the first time you were in the
8  infirmary at Suwannee, correct?
9      A    Yes, sir.
10      Q    And this is a document signed by Dr. Figueroa
11  and by Nurse Elizabeth Holmes, correct?
12      A    Yes, sir.
13      Q    And I want to show you this highlighted
14  portion on the first page, Williams E60.  It says,
15  "Patient will be discharged with a wheelchair so he can
16  get around while is is been workout."  Did I read that
17  correctly?
18      A    Yes, sir.
19      Q    But your testimony is that you were not given
20  a wheelchair upon your discharge?
21      A    Yes, sir.  They gave me a loaner -- a loaner
22  wheelchair.  Yes, sir.  There's no pass for that.
23      Q    But a wheelchair was provided to you?
24      A    They -- yeah.  They had to mobilize me to --
25  in the wheelchair because they couldn't -- I couldn't

61

1  have left the infirmary without being in a wheelchair.
2  So -- but I was not assigned a wheelchair, that was just
3  temporary.  "Patient will be discharged with a
4  wheelchair so he can get around while is been workout,"
5  or whatever that's supposed to say, around while he's
6  been workout.
7      Q    Okay.  And I want to scroll down here to the
8  second page, Williams Z61.  There's a section called,
9  "Condition at discharge."  Do you see that?
10      A    Yes, sir.
11      Q    And it lists here, "Still pending urologist
12  evaluation, EMG and NCV."  Do you see that?
13      A    Yes, sir.
14      Q    You don't know why the EMG and NCV had not
15  been performed yet if Dr. Figueroa had ordered it back
16  on December 20, 2021, do you?
17      A    Do I -- would I know why it hadn't been
18  performed?
19      Q    Yes, that's my question.
20      A    No, sir, I didn't know -- I didn't know why.
21  But I'm going on to read -- you just want me to
22  elaborate on the part that you highlighted or the whole
23  -- that whole sentence there.
24      Q    I was just asking you the question of if you
25  know why the EMG --


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

62

1    A   Oh, no, sir.
2    Q   -- and NCV had not been performed as of
3 February 14, 2022?
4    A   No, sir.
5    Q   And it also lists here that a urologist
6 evaluation was pending.  Do you know when the urology
7 referral was first entered?
8    A   No, sir.
9    Q   I want to talk a little bit about your
10 mobility issues.  I know you mentioned that you had the
11 fall when you were being transported while housed at
12 Moorehaven. Did the mobility issues come on gradually or
13 was it suddenly you were claiming that you had an
14 inability to walk?
15    A   It came on suddenly when I -- when I went to
16 Suwannee.  Before I got to Suwannee, my symptoms were
17 very mild.  I had very few, like symptoms.  When I got
18 to Suwannee, I had my first like real episode of -- of
19 like locking up and couldn't stand up.  When I got to
20 Suwannee I was walking, but I could only get -- like, I
21 could only go so far, would tire out easy.  I had some
22 symptoms, but they were mild.  And the symptoms came on
23 strong to where I was having muscle spasms and falling
24 out of the bed.  And I would go to the bathroom, sit on
25 the toilet and couldn't get up.  It got real, real

63

1 severe when I went to Suwannee.
2    Q   You don't attribute the onset of those sudden
3 mobility issues to anything that the defendants did, do
4 you?
5    A   Yes, sir.  I do.
6    Q   Tell me what the defendants did that caused
7 your sudden mobility issues.
8    A   Let me give you a prime example.  That
9 document that you just showed me saying that -- the one
10 saying that they gave me a wheelchair to go to the
11 compound.  They put me out of medical and said that I
12 could continue my treatment from the dorm.  They said
13 that I was up and moving and I was able to take care of
14 myself when I wasn't.  I was in worse condition than
15 when I went into the infirmary.  So when they pushed me
16 out of medical, I'm just going to say pushed me out of
17 medical, and forced me back to the compound, I was
18 subjected to all kinds of humiliation, degradation.  I'm
19 exposed because I'm having to change my diapers in the
20 front of the whole dorm, and I was not able to take care
21 of myself.  That's when the -- I started missing the
22 meals, that's when I couldn't get in and out of my
23 wheelchair.  And it really became like a real serious
24 like issue, because I became worse.  Because them
25 picking me up and down and up and down and moving me

64

1 around and stuff, injuring my back even more so.  And I
2 blame them because they put me in that position where I
3 had no choice.  I can't go and eat without somebody
4 putting me in a wheelchair.  I can't do it on my own.
5 But I was not in the condition that they claimed that I
6 was in.  I don't see how they made it fit for me to go
7 back to the compound.  I should have stayed in medical.
8 That's how I end up blowing up and getting worse and
9 having to go back.
10    Q   So are you saying that your sudden mobility
11 issues started after you were discharged from the
12 infirmary on February 14, 2022?
13    A   They started before.  They started when I got
14 to Suwannee, like not long after I got to Suwannee.
15 These issues started before.  These -- these issues
16 started in November, the severe issues.  I mean.  I was
17 walking when I got this one.  I didn't need a
18 wheelchair.  I was walking around more.  I became
19 paralyzed at Suwannee rapidly.
20    Q   Okay.  So my question was, what did the
21 defendants do that caused your sudden mobility issues?
22 If those happened in November when you transferred to
23 Suwannee, what did the defendants do that caused that?
24    A   They didn't -- they didn't -- for one, they
25 didn't get me a wheelchair assistance in time to take

65

1 off -- you know, to take the pressure off of my legs to
2 keep me from injuring myself.  Then the incident with me
3 falling out of the bed with Sergeant Richardson and the
4 people picking me up off the floor, violating the
5 protocols, and I injured myself even more so there.
6    Q   So -- I'm sorry, go ahead.
7    A   Yes, sir.  No, that's -- that's it.
8    Q   So I guess I'm -- I don't understand the
9 correlation.  If you were having mobility issues to the
10 point that you needed a wheelchair, and you're blaming
11 the defendants for causing your mobility issues for not
12 providing a wheelchair, I'm trying to understand what
13 the defendants did that caused you to need the
14 wheelchair.
15    A   What did they do?
16    Q   Yes.  You said that they were responsible for
17 your sudden mobility issues, your need for a wheelchair.
18 What did --
19    A   Okay.  Well the bottom line --
20    Q   -- they do that caused your needs for a
21 wheelchair?
22    A   Yes, sir.  Well, to answer that question, they
23 didn't get me to -- they didn't get me any treatments
24 that I needed to get my cancer in remission, because had
25 -- had they looked at and they seen it, Mr. Figueroa



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Elmer W. Williams 01-11-2023                              Page 66

66

1  looked at my files and saw what was going on with me and
2  got me to my urologist, and I got my Eligard shots, I
3  would not have gone paralyzed to begin with.
4      Q   So when did you transfer to Suwannee?
5      A   Around November of 2021.
6      Q   Do you recall whether it was the beginning of
7  the month, the middle of the month?
8      A   Beginning.  The beginning.
9      Q   And I believe you listed in your -- in the
10 allegations of your complaint that you first experienced
11 an issue on November 18, 2021 --
12     A   Yes, that's --
13     Q   -- in regard to your mobility, correct?
14     A   Yes, sir.
15     Q   So what did the defendants do between your
16 transfer to Suwannee through November 18, 2021, that
17 caused your mobility issues?
18     A   It wasn't even existing then before I got
19 there, so they didn't do anything to cause it in between
20 that time or when I got to Suwannee, sir.
21     Q   At what point did you need a wheelchair?
22     A   What point?
23     Q   Yeah.  What -- when did you first need a
24 wheelchair?
25     A   On November 18th.

67

1      Q   So --
2      A   When I stepped out of the bunk and hurt my
3  back, my neck, and my hip.
4      Q   So I guess my question is, what happened
5  between your transfer to Suwannee until November 18th,
6  that would have alerted the defendants to your need for
7  -- or that your prostate cancer had recurred?
8      A   The elevation on my PSA.
9      Q   And that happened before you came to Suwannee,
10 correct?
11     A   Yes.
12     Q   And again, you don't remember the exact date
13 that you transferred to Suwannee?
14     A   That was the beginning of November.  I don't
15 remember the exact date.  The month, I can remember the
16 month, it was in November.  And the problem also -- and
17 this is in reference to your question, if you want me to
18 continue on for a minute?
19     Q   Certainly, go ahead.
20     A   When I got to Suwannee, in reference to the
21 elevated PSA to 5.2, that was a big concern of mine.  So
22 when I went to confinement and I was in confinement,
23 December 2nd, when they came to -- for the blood work
24 and they wouldn't pull me out for the blood work, I
25 became seriously alarmed because I wanted to do a

68

1  follow-up.  They wanted -- they had -- they was supposed
2  to do a follow-up on my blood work, but they didn't --
3  they didn't pull me out to do my blood work.  They
4  refused to do my blood work, so that was a contribute to
5  my demise as well.  Because had they done the blood work
6  sooner, which is saying on December 2nd, I filed a
7  complaint.
8      Q   Sorry, give me just one second.
9      A   Yes, sir.  What glasses?  I ate.  Okay.
10     Q   I'm going to share my screen.
11     A   Sure.
12     Q   Show you what I marked as Defense Exhibit 11.
13 This is a Chronological Record of Healthcare; do you see
14 that?
15         (EXHIBIT 11 MARKED FOR IDENTIFICATION)
16     A   Yes, sir.
17     Q   And at the bottom, it lists Williams, Elmer.
18 Is that your DC number and date of birth?
19     A   Yes, sir.
20     Q   And this indicates that on 11-17-2021, inmate
21 received to Suwannee; do you see that?
22     A   Yes, sir.
23     Q   Does that refresh your recollection as to when
24 you were transferred to Suwannee?
25     A   Yes, sir.

69

1      Q   And on what date were you transferred to
2  Suwannee?
3      A   11-17 -- I'm thinking probably.
4      Q   We've talked a little bit about your sick call
5  request and sir, if you need a minute please just let me
6  know.  I'm happy to take a break.
7      A   No, no, no, I'm good.  It's not going --
8  that's not going to get any better.  I just -- we got to
9  do what we got to do, sir.
10     Q   Okay.
11     A   I'm laying down.
12     Q   Who filled out this sick call request when you
13 submitted those?  Was that you or someone else?
14     A   I did.  My sick call request?  I filled them
15 out.
16     Q   And then the sick call requests, what would
17 you do with them after you filled them out?
18     A   Put them inside of a sick call box, a request
19 slip box, mailbox.
20     Q   And would you do that yourself?
21     A   Yeah.
22     Q   And the grievances did that we talked about
23 yesterday.  Did you write those grievances yourself?
24     A   Yes, sir.
25     Q   And then after you wrote a grievance, what did



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

70

1  you do with it?
2      A    I put it in the grievance mailbox.
3      Q    And you did that yourself?
4      A    Yes.
5      Q    You also mentioned that you had been provided
6  diapers at some point.  And I believe you mentioned that
7  you were having to change yourself in front of the other
8  inmates in front; is that correct?
9      A    Yes, sir.
10     Q    And were you able to do that by yourself?
11     A    No, sir.  I had to have assistance in doing
12  that.  I had to have -- the only time I did things for
13  myself is when I was picked up and put in the
14  wheelchair.  When I was in my bed, I would have to have
15  somebody go and get water in the water pail, get the
16  bags from the officer and assist me, help me put my
17  pants on.  Because I can only do so much myself.  Does
18  that answer?  Like, when I'm in the -- when I get put in
19  a wheelchair, I can move around in the wheelchair.  And
20  I can go to the mailbox.  I can go to eat.  I can go in
21  the TV room.  I can go to the PR.  I can go to the , I
22  can go to the phone once I'm in my wheelchair.  But once
23  they take me out of that wheelchair and put me in the
24  bed, I'm stuck until somebody -- I can't even get back
25  in the bed unless I get help to get in the bed.  There

71

1  was one point towards the end where I could no longer
2  get out of my wheelchair.  I stayed in the wheelchair
3  for one week because I couldn't get out because I
4  couldn't lay down flat because I couldn't breathe.  So I
5  slept in the wheelchair for one week.  I couldn't get
6  out of the chair.  They tried to take me out of there
7  and I -- everything was locked up.  I couldn't breathe.
8  So I needed -- I needed assistance, sir.
9      Q    I want to talk about your complaint, which I
10  believe was previously marked as Plaintiff's Exhibit 1.
11  I'm going to share the screen.  I'll blow this up a
12  little bit.  You note in paragraph 24 that on -- I'm
13  sorry.  Can you hear me okay?
14     A    Oh, yes, sir.
15     Q    You noted that on November in paragraph 24,
16  that on November 18th you had reported that walking was
17  painful, and you were examined by Defendants Howell and
18  Abbott that day who reported in a back pain protocol
19  that you had severe back pain and numbness in your legs.
20  Do you recall doing that, being seen by Nurse Howell and
21  Nurse Abbott that day?
22     A    No, sir.
23     Q    And you say that there are no records that
24  either defendant made any attempt to report your
25  walking, your difficulty walking to any clinician; do

72

1  you see that?
2      A    Yes, sir.
3      Q    Do you know whether Tony Abbott, who is an
4  Advanced Registered Nurse Practitioner, do you know
5  whether he would be considered a clinician?
6      A    For me to assume that, yes.  Because he works
7  -- he works the other -- he works the main unit in the
8  infirmary acting as a -- but these are two are saying
9  two different things.  One, he's saying right here, the
10  24th, I'm still where you're at."  On or about Plaintiff
11  reported that walking was painful."  Then he goes down
12  here and says, "MP, there's no records in the
13  plaintiff's medical file that would suggest that either
14  the defendant made any attempt to report Plaintiff's
15  difficulty walking to any contention at Suwannee CI."
16     Q    Do you disagree with what's written in
17  paragraph 24?
18     A    It's saying two different things.  One is
19  saying that I reported that walking was painful and then
20  in the same sentence it's saying that there's nothing in
21  my file that would suggest that I made any attempt to
22  report my difficulty.  I was telling him to say that I
23  reported that I would have -- it was painful for me to
24  walk and then it says that there's nothing in my file
25  suggesting that I made a complaint.  That's saying two

73

1  different things.
2      Q    Okay.  I understand that, yes.
3      A    Oh, yes sir.  I was just --
4      Q    Do you -- do you recall if Nurse Abbott
5  prescribed you anything for your back pain that day?
6      A    I can't -- I -- I can't -- I can't recall.  I
7  can't recall.  Because their normal practice was to give
8  me some -- a handful of ibuprofens and send me on about
9  my business.  That was the normal routine.
10     Q    Yeah.  I believe that yesterday you may have
11  mentioned that at some point you were prescribed
12  Toradol, given a shot of Toradol.  Do you know whether
13  that would've happened here on November 18th?
14     A    Yes, I would -- I'm -- I'm not 100 percent
15  sure, but I would say that the guess is that yes, it
16  happened.  It happened on that day.
17     Q    So on the 18th you reported that you were in
18  back pain, you saw Nurse Howell.  Nurse Howell notified
19  Nurse Abbott and Nurse Abbott gave you medication for
20  the back pain.  Is that a fair summary of what happened?
21     A    Yeah.  I don't -- I don't know.  I want to --
22  I mean, I -- I will give it a fair summary.  I'll say a
23  fair summary, yeah.
24     Q    Let me stop sharing here.  Sorry.  This may
25  take me just a minute, but I don't want you to have to



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

74

1  guess.
2     A    All right.  It's just with the summaries, when
3  they have discussions with the clinician, they have it
4  out of my presence.  They don't -- they don't have it in
5  my presence.  So to say that they had a conversation
6  with Mr. Abbott, or they had a conversation with Mr.
7  Figueroa, I would not know which one they're actually
8  referring to.  Because like I say, sick call is, you're
9  in one room, they call you in the back, you go in
10 another room with a -- a number of sick call nurses.  And
11 then when there's an issue that's -- that they need to
12 get authorization or whatever, get information on, they
13 tell you, "Hold up, step out, stand right here."  They go
14 around the corner, consult with whoever, Mr. Abbott or
15 whatever, and then they come back and give you whatever
16 they got to give you.  Like that day that we're going to
17 -- you say a fair assumption, Mr. Abbott gave me, I
18 meant Mr. Howell gave me -- administered the shot.  But I
19 actually never saw Mr. Abbott or Mr. Figueroa, they
20 weren't present when he administered the shot.  I wasn't
21 present when he got approval from whoever he got
22 approval from.  So I can't really say who he got
23 approval from.
24    Q    Okay.
25    A    It's weird the way they do things, but that's

75

1  just the way it is.
2     Q    I'm going to share my screen again.  I've
3  marked this as Defense Exhibit 12.  This is Bates
4  stamped Williams E12.  I received this from your
5  counsel.  I'm at the very bottom of the page.  It says
6  Clinician's Order Sheet.  Do you see that where I'm
7  highlighting?
8         (EXHIBIT 12 MARKED FOR IDENTIFICATION)
9     A    Yes, sir.
10    Q    And it's dated 11-18-21; do you see that?
11    A    Yes, sir.
12    Q    And then this lists the inmate as Williams,
13 Elmer and lists the DC number; do you see that?
14    A    Yes, sir.
15    Q    And it says, Toradol 60 milligrams IM
16 parentheses (now), end parentheses; do you see that?
17    A    Yes, sir.
18    Q    And then listed, Flexeril 10 milligrams PO
19 now then, and then next to it lists, none in stock; do
20 you see that?
21    A    Yes, sir.
22    Q    And then below that lists, Flexeril, 10
23 milligram, POQ, I believe that's, HS times seven days
24 start 11-19-21; do you see that?
25    A    Yes, sir.

76

1     Q    And then below that it lists, Solumedrol 125
2  milligrams IM parentheses (now) end parentheses; do you
3  see that?
4     A    Yes, sir.
5     Q    And here is a stamp that says, Tony Abbott,
6  APRN; do you see that?
7     A    Yes, sir.
8     Q    And then here at the bottom it's difficult to
9  see, but it lists the date and time.  It appears to be
10 11-18-21 at 11:40; do you see that?
11    A    Yes, sir.
12    Q    Does this refresh your recollection as to
13 whether you were prescribed medication on November 18th?
14        MR. SLATER:  Objection, lack of foundation.
15    A    I'm sorry, I didn't hear your answer, sir.
16    A    It -- it -- it reflects that -- what it says
17 on there that I was getting medication.
18    Q    Did -- you don't dispute that you received
19 this medication on November 18, 2021, do you?
20    A    I don't -- I don't -- I don't recall what --
21 what kind of medication was that.  I was administered
22 because I know I remember getting a shot.  I don't
23 recall that.
24    Q    I just am asking you if you recall, or if you
25 can dispute that rather that you received the medication

77

1  on November 18, 2021?
2     A    I can't -- I can't dispute that.
3     Q    All right.  I'm going to return to Plaintiff's
4  Exhibit 1, paragraph 24.  So I had -- I had asked you
5  before, is it a fair summary that on November 18, 2021,
6  you reported that walking was painful.  You were seen by
7  Nurse Howell and then Nurse Abbott prescribed you
8  medication for the back pain.  Is that a fair summary of
9  what happened on November 18th?
10    A    Yes.  I'd say yes.
11    Q    And next I want to turn to an encounter that
12 you had with Nurse Howell on November 24, 2021.  It's
13 listed in paragraph 30 of the amended complaint.  It
14 says that on that day Nurse Howell completed a pre-
15 special housing form.  And do you recall this encounter
16 with Nurse Howell?
17    A    Not -- not in -- not in detail.  I know he had
18 an encounter.  Well, he threatened to put me in
19 confinement if I didn't hold onto the wall and get out
20 of -- get out of his presence.  I remember that, an
21 incident with that because that would be the only reason
22 why I was declared a mental health psych evaluation.
23    Q    Explain that to me.  If you were seeing Nurse
24 Howell for a mental health emergency --
25    A    No, sir.  I was seeing him for the medical


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

78

1    emergency, and it turned into him threatening me to
2    place me in confinement.  When he told me to get out of
3    their examination room and to hold onto the wall, he
4    didn't care how I got out of there.  That if I -- if I
5    didn't get out of there, he would place me in
6    confinement.  That's when I declare a psychological
7    emergency, like, I wanted to talk to the counselor.  That
8    would be the only reason.  He couldn't see me for mental
9    health.  He would have to refer me to the mental health
10   staff.  But that would only be if me and him had a
11   problem.  Because he's putting in there he's referring
12   me to mental health, but he isn't stipulating why.
13   That's protocol in prisons also.  He could not see me
14   for anything mental health.  Why was I requesting mental
15   health?  Because me and him -- I couldn't talk to him
16   because he made it, like, you're not getting in a
17   wheelchair, "Get out of here.  I don't care how you make
18   it out of here.  I've already gotten my orders and I
19   could give you" -- but like you say, Nurse Abbott's name
20   on there for him to give me the medications that he gave
21   me and obviously it wasn't sufficient enough and I
22   needed assistance in walking and getting around.  He
23   wouldn't give it to me, so it turned into an
24   altercation.
25        Q    So it's your testimony that you declared a

79

1    medical emergency on November 24, 2021?
2         A    Yes.  That was November 24th.  Because that's
3    around the time -- I'm -- I'm not going -- I'm on -- I'm
4    -- I can't really -- because I went to confinement
5    around that time, and this is going to turn into
6    something else.  Because I'm trying to think of what day
7    I went to confinement.  Because I -- I think -- I think
8    he evaluated me on my pre-confinement evaluation as
9    well, and me and Sergeant Richardson had the altercation
10   again.
11        Q    Well, Mr. Williams, I'll represent to you that
12   the records provided by your counsel don't contain any
13   record of a medical emergency on that date.  I'm going
14   to show you the medical records that were provided to me
15   for that date.  I've marked this as Defense Exhibit 13.
16   At the top it says Florida Department of Corrections,
17   Pre-Special Housing Health Evaluation.  And --
18        (EXHIBIT 13 MARKED FOR IDENTIFICATION)
19        A    Okay.  That's it right there.  That's pre-
20   house -- that's the confinement -- that's the pre-
21   confinement evaluation or whatever.
22        Q    And at the bottom here it has a stamp, and it
23   lists the DC number, Williams, Elmer and your date of
24   birth; is that correct?
25        A    Yes, sir.

80

1         Q    And here it says, "Declaring mental health
2    emergency," do you see that?
3         A    Right.  PCT, pre-confinement, yeah.  That's
4    the day I went into confinement.
5         Q    So your testimony is that this form was not
6    filled out because you declared a mental health
7    emergency.  This form was filled out because you had
8    been placed in confinement?
9         A    Yes.
10        MR. SLATER:  Objection, mischaracterizes his
11   prior testimony.
12        A    Yeah.
13        Q    Is --
14        A    That's pre-confinement.  It says it at the
15   bottom.  See where it says, "Health record review," all
16   the way at the bottom?  The last -- it says, PCA. That's
17   pre-confinement assessment by Nurse Howell.
18        Q    This is -- there's a stamp here at the bottom
19   that says, "Jason Howell, RN;" do you see that where
20   it's highlighted?
21        A    Yes, sir.
22        Q    Okay.
23        A    So that wasn't a sick call, it wasn't a
24   medical emergency.  That's a pre-confinement assessment.
25        Q    So when you declared the -- so you were being

81

1    placed into confinement and you declared a medical
2    emergency while -- was that while the pre-confinement
3    housing form was being completed?  Or did you declare a
4    medical emergency at some other time?
5         A    Psychological emergency.  I didn't declare a
6    medical emergency at that time.  I did a psychological
7    emergency because of the --
8         Q    Let me -- let me re-ask that question.  I'll
9    clear it up because I misspoke.
10        A    That's okay.
11        Q    So did you declare the mental health or
12   psychological emergency while you were in medical for
13   the pre-confinement screening?
14        A    Yes, sir.
15        Q    And after you left -- well, how would you have
16   left medical after the pre-confinement screening?  Would
17   you have been escorted straight to confinement?
18        A    Sergeant Richardson had me -- had borrowed a
19   wheelchair to take me to pre-confinement and she's the
20   one that locked me up.  She took me to the
21   confinement thing.  And the reason for what you're
22   asking me about the psychological thing, so I'm going to
23   throw this in there, because she became physical.  She
24   broke my watch off of my hand.  She snatched all my
25   papers out of my pocket, and I declared a psychological



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

82

1 emergency. And they called a bunch of officers down and
2 they assessed the situation, and I was calm and
3 everything, so they didn't have to use any force on me.
4 And then I never got to go see the psychological
5 counselor or whatever. They just proceeded to let
6 Sergeant Graham take me on to confinement from there.
7    Q    And how did Sergeant Graham-Richardson take
8 you to confinement? Did she place you in a wheelchair?
9    A    She placed me in the wheelchair. That was
10 when I couldn't go to ICT, because I couldn't walk. And
11 she borrowed a wheelchair. The guy's name is in my
12 affidavit, borrowed a wheelchair from him to place me in
13 the wheelchair to take me to the pre-confinement
14 assessment, to confinement to my confinement cell.
15 Sergeant Richardson did that herself.
16    Q    I'm going to share my screen again and show
17 you
18 --
19    A    Yes, sir.
20    Q    -- Exhibit 1. I'm going to direct your
21 attention to paragraph 31. It says, "Despite these
22 symptoms, Plaintiff's fall, the fact that Howell had
23 just marked yes on the pre-special housing form, noting
24 Plaintiff's leg numbness and the fact that Howell (and
25 Abbott) previously made findings that Plaintiff was

83

1 experiencing severe back pain and numbness. Howell
2 refused to accommodate Plaintiff's mobility limitations
3 with the wheelchair and simply told him to walk;" is
4 that paragraph accurate?
5    A    Yes. She told me to hold onto the walls a
6 couple -- then he said he don't care. I could hold onto
7 the wall, get out here, get -- well, I mean, his exact
8 words -- I mean, I don't remember his exact -- but I
9 know he said, "You get out of here. You can hold onto
10 the wall, get back to the lobby however you can get back
11 there. And I don't care because I've said what I've
12 said, and I've done what I can do. And the only other
13 alternative is to keep being argumentative and you're
14 going to confinement." Because that's basically how it
15 works. You know, there's three steps in prison. I ask
16 you to do something, then I tell you to do it, then I
17 make you do it. That's the policy, you know? So I was
18 running into difficulties. Just once they tell you
19 something -- when you go to medical, sick call is only
20 for one issue. That's why I've had five multiple issues
21 and multiple sick call requests because they only --
22 only address one issue at a time. What's the main
23 issue? What's most important? And I was telling them
24 from the beginning, my cancer is my most important
25 issue. They said, "We're only going to address one

84

1 issue at a time."
2       THE WITNESS: You need me, ma'am? You okay?
3 That was the nurse. I'm sorry. She's okay.
4    Q    We're going to break here in just a few
5 minutes. I guess I just wanted to follow up on this
6 because I -- I'm confused. You -- you've just told me
7 that following this pre-confinement form being filled
8 out that Sergeant Graham-Richardson placed you in a
9 wheelchair and took you to confinement, correct?
10    A    Yes, sir.
11    Q    So how is it possible that Nurse Howell was
12 telling you to hold onto the wall and walk if Sergeant
13 Graham-Richardson had placed you in a wheelchair?
14    A    Oh, we're talking about two different -- yeah,
15 yeah. It's two different -- two different instances.
16 Because when you just read from that saying go ahead and
17 walk, you made me think back to the incident where he
18 was telling me to walk. That's where the confusion came
19 in at. Because he didn't tell me to walk that day on
20 the pre-confinement assessment. That's two different --
21 he told me to walk on the 18th. On the 24th, I was
22 going to confinement.
23    Q    Okay.
24    A    You're confusing, because we were talking
25 about 18th. We jumped to -- I'm sorry. I apologize for

85

1 that.
2       MR. HANSON: So -- okay. I think this is a
3 good place for me to break. I'm just going to have
4 a short follow up after lunch. Probably between
5 another half hour, 25 minutes, something like that.
6 Is now agreeable for everyone that we take a half
7 hour to 45 minute lunch?
8       MR. SLATER: I'll just ask, Mr. Williams, is
9 your lunch already there?
10       THE WITNESS: Yes, sir. It's here. But I'm on
11 -- I'm on you-all's time. So --
12       MR. SLATER: No, I just want to make sure we
13 weren't going to break, and his lunch hadn't arrived
14 yet, so --
15       THE WITNESS: Oh, yes, sir, it's here.
16       MR. SLATER: Okay. Great.
17       MR. HANSON: Okay, so we'll go off the record
18 and reconvene at let's say 1:00. Does that work for
19 everyone?
20       MR. SLATER: That's great.
21       MR. HANSON: And for the schedule, is there
22 another afternoon appointment that we know we'll be
23 breaking?
24       MR. SLATER: 3:30 would be the wound care.
25       MR. HANSON: We can go off the record.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

86

1    COURT REPORTER:  All right.  The time is
2    approximately 12:24 p.m. and we are off record.
3        (OFF THE RECORD)
4        COURT REPORTER:  All right.  We're back on the
5    record for the deposition of Elmer Williams being
6    conducted by videoconference.  Today is January 11,
7    2023.  The time is approximately 1:01 p.m. and my
8    name is Amanda Bates.
9        BY MR. HANSON:
10   Q    Mr. Williams, when we left we were talking
11   about your encounter with Nurse Jason Howell in November
12   of 2018.  And I want to continue talking about that, but
13   I want to talk about it in the context of your First
14   Amendment retaliation claim.  So I'm going to share
15   screen and show you -- this is Plaintiff's Exhibit 1 at
16   Count 1 on page 26.  And here it says that -- in
17   paragraph 109, that as a prisoner, Plaintiff had a right
18   to protected speech and regressive grievances under the
19   First Amendment to the US Constitution.  And then
20   paragraph 110, Plaintiff wrote grievances complaining of
21   abusive treatment by Dr. Figueroa, Sergeant Richardson-
22   Graham and Howell.  And they responded with retaliatory
23   and life endangering measures to punish him.  I want to
24   -- I want you to explain to me what Nurse Howell did
25   that you contend was in retaliation for you writing

87

1    grievances.
2        A    He made it his business -- I'm going to use
3    those words -- to interfere with my medical issues every
4    time I came to medical.  I tried to see other nurses and
5    I tried to get the assistance that I needed before the
6    wheelchair and get the help that I needed when I all
7    received from him was -- was -- was that I explained
8    that he -- he would not further refer me to the doctor -
9    - to Dr. Figueroa.  He just would give me ibuprofen,
10   which wasn't helping me, obviously.  And he would not
11   give -- give me passes to get my wounds treated.  He
12   would not assist me, because if you look at when I went
13   to see him, he never made any referrals out.  I mean, he
14   would always go to Dr. Figueroa to make a referral when
15   I started with Nurse Howell.  I had to get to the point
16   where I could get to -- I had to go through Mr. Howell
17   in order to get to Mr. Figueroa, which wasn't happening.
18   So that was a hindrance on my behalf in -- in allowing
19   me to be subjected to having to fend for myself.  And
20   that's when the cruel and unusual punishment came in at.
21   Me not having a wheelchair, me have missing meals, all
22   of that was from medical not dealing with my medical
23   issues.  They working -- they're working together.  In
24   order to get to Dr. Figueroa, I have to go through the
25   nurses.  I have to be seen by the nurse.  And they have

88

1    to see fit for me to see the doctor.  If they don't see
2    fit for me to see the doctor, then I'm not going to see
3    the doctor.
4        Q    Okay.  So what I heard you say were just a
5    couple of categories of what you allege were
6    retaliation.  Would not refer you to a doctor, would not
7    give you passes for wound treatment, and wouldn't make
8    referrals to outside doctors, is that what you meant --
9    like wouldn't refer you to the neurologist or --
10   A    Or just refer me -- refer me to Dr. Figueroa.
11   He was -- he would make it known that he would -- he
12   would -- he would -- he would just be all -- he would
13   just be -- he would just be sarcastic with anything he
14   would see me doing.  I mean, trying to do he would block
15   it off.  He would be -- when I come into medical, if he
16   saw me in the hallway or anything waiting to see another
17   nurse, he would come out there and intervene and harass
18   me and antagonize me because of the grievances that I
19   had written on.
20   Q    How did he harass you?
21   A    He would -- he would -- he would harass me by
22   not -- he would harass me by -- I can't think of the
23   answer now.  By telling me that -- you know -- what --
24   what I'm telling him doesn't -- doesn't add up -- you
25   know -- he -- he can't -- he can't do anything for me.

89

1    Take these ibuprofen and get up and go on about your
2    business.  It was just -- he would be very sarcastic and
3    wouldn't -- wouldn't assist me in -- in -- in -- in --
4    he wouldn't help me.  Or start giving -- he would start
5    giving me ibuprofen for the pain in my back, which it
6    wasn't helping anyway.  It wasn't helping anyway.
7        Q    You say that Nurse Howell didn't refer you to
8    Dr. Figueroa.  I'm going to share screen, show you
9    Plaintiff's Exhibit 1, paragraph 52.  You say that on
10   January 7, 2022, Howell undertook an evaluation.  And
11   you end that paragraph by saying Plaintiff was finally
12   admitted to the infirmary after almost two months of
13   complaints.  Did Nurse Howell refer you to a clinician
14   so you could be admitted to the infirmary on January 7,
15   2022?
16   A    Yes, that time.  There's times when he did and
17   there's times when he didn't.  I'm not saying that he
18   never referred me to the doctor, he never consulted with
19   the doctor.  What I'm saying is -- and I've got to be
20   specific.  And I'm not going to go overboard, I promise
21   you.  But I want it to be clear because at the onset of
22   all of this, he referred me to the doctor.  But then it
23   became an issue that I was coming there too much.  Like
24   listen, the doctor said what he said.  Please stop
25   coming over here to medical.  Once Dr. Figueroa said



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

90

1  he's not giving me the wheelchair, he tried at the
2  beginning to do whatever he can do.  But when I kept
3  coming back because every day was a problem for me, it
4  became a problem with me and him because he gave me the
5  impression that I'm not going back to the doctor anymore
6  with this issue.  But my argument was I'm still having
7  issues, sir.  So I've got to come here.  That's why a
8  lot of my grievances are repetitious.  They're saying
9  the same thing over and over and over for months after
10 months.  There's nothing new in my grievance.  And all
11 the health issues, all dealing with the prostate.  It
12 was an ongoing process.  But I could not give up because
13 I was still hurting.  So whatever extreme I had to go
14 through to get the help that I needed, I had to go
15 through.  We can say he was in a position, too.  He was
16 in a position.  Because him as the -- the sick call
17 nurse can't keep running backwards and forwards to the
18 doctor with the doctor telling him I'm not dealing with
19 that.  So he's in a position, too.  But at the same
20 time, he's held accountable because I'm making him aware
21 of my problem, every chance I got.  Every time I got in
22 a situation, I would go to him.  But he was in a
23 position to where he couldn't go to him no more with
24 that same -- hey, I got this guy Elmer Williams back
25 here again today.  He's saying, well, I already told you

91

1  this and I told you that.  Now me and him was getting
2  into it because you run into all kind of HIPAA
3  violations and stuff like that because the doctors --
4  there's certain questions -- we're going to go over --
5  this is like all over the place, but sir, it became an
6  issue where yes, he referred me to him, and then it
7  became an issue when me and him were clashing because I
8  was coming there too regular, night and day, sir.
9     Q    Okay.  Do you recall when you first filed a
10 grievance about Nurse Howell, when that was?
11    A    In November.
12    Q    Do you -- do you recall the date?
13    A    No sir.  I don't recall the date.  I want to
14 say 18 -- the 18th.  Got to be around 18, 19.  Probably
15 the 19th.  Because usually when an incident happens I
16 write it that same day or the next day.
17    Q    I think there may have been an exhibit
18 yesterday --
19    A    Uh-huh.
20    Q    -- that was introduced.  I just want to see if
21 I can find it.  Let me share screen.  I believe this was
22 Plaintiff's Exhibit 3, PL89.  And this was a grievance
23 dated -- it appears 11-24-21.  Do you see that?
24    A    Yes, sir.
25    Q    Was -- do you recall if this was the first

92

1  grievance you had written about Nurse Howell?
2     A    I can't.
3     Q    And I'm not -- I don't have access to all the
4  grievances yet so I'm just trying to understand if you
5  recall or not.
6     A    I don't recall if it's the first one, but I
7  would -- let's see what's in -- that's the first one I
8  remember writing on him.
9     Q    Okay.
10    A    That I can recall, yes.
11    Q    So --
12    A    Did they get the video on this?
13    Q    So my question is if that was your first
14 grievance, any retaliation for writing the grievance
15 would had to have occurred after that time, correct?
16    A    To write the grievance, yes.
17    Q    Okay.  Do you know -- I'm sorry, go ahead.
18    A    No, I'm trying to think because something
19 occurred on the 18th.
20    Q    Okay.
21    A    I want to say I'm not sure because our -- our
22 -- our first encounter might have been when I fell out
23 of the bunk on the 18th.  I know I went down.  I don't
24 want to assume that was the first grievance that I
25 wrote.  It started after that.

93

1     Q    Okay.
2     A    I'm not 100 percent sure but I want to -- I'm
3  taking it --
4     Q    And I'll represent to you that of the records
5  that your counsel provided to me, that was the earliest
6  grievance that I --
7     A    Yes, sir.  Okay, thank you.
8     Q    -- we don't have any official grievances from
9  FDOC at this time.  So I just wanted to confirm what I
10 could.
11    A    Okay, thank you.  Yeah.  We're good.
12    Q    Do you know what -- where grievances go after
13 you submit them?
14    A    To the grievance coordinator.
15    Q    Okay.  Would the -- do you know whether Nurse
16 Howell was aware that you wrote a grievance about him on
17 November 24th?
18    A    Most definitely.
19    Q    How do you -- how do you --
20    A    Because in a -- an informal grievance goes to
21 the party that you're writing the grievance on.  It's an
22 informal grievance.  If I write a grievance on you in a
23 -- in an informal grievance on a request slip, it goes
24 directly to you -- to the party that you're writing it
25 on.  So it went directly -- it goes to -- to the



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

Jeffery Elmer W. Figueroa    04-11-2023    Page 94

94

1 grievance coordinator. They look at it. They assign it
2 a -- a -- a number. Then it goes to the party that
3 you're writing it on. And at the bottom, whoever signed
4 that -- that grievance, if it didn't go to Nurse Howell,
5 then they would have because he was supposed to sign off
6 on that. That was supposed to go to him -- directly to
7 him.
8    Q   I'll show you the grievance again.
9    A   Uh-huh.
10   Q   Again, the same grievance, Plaintiff's --
11   A   Right.
12   Q   -- Exhibit 3 dated 11-24-21.
13   A   Okay, so I see. I put it to the warden.
14   Q   Yeah. And down here where there is an
15 official print name under the response section, it's
16 listed as R. Corbin, administrative assistant. Do you
17 see that?
18   A   Uh-huh. Yes, sir.
19   Q   So based on that, do you know whether Nurse
20 Howell was ever made aware of this grievance?
21   A   No, I don't -- I don't -- I don't know.
22   Q   Let's talk about Dr. Figueroa. When did you
23 first file a grievance about Dr. Figueroa?
24   A   I can't remember the exact date.
25   Q   Okay.

95

1    A   I can't remember the exact date. And I can't
2 remember what -- what -- I can't remember the exact date
3 -- the date. I can't even remember when I first saw him
4 -- well, I know -- all I know is -- well, let's ask the
5 next question. I don't want to give you what I don't
6 remember.
7    Q   And I'm -- again, I'm not trying to trick you
8 to guess on something and be inaccurate. Again, I don't
9 have the grievance records. I was just wondering if you
10 recalled when that was.
11   A   Oh, yes, I will tell you. I'm trying to make
12 this as simple as possible. I'm not trying to be vague.
13 I mean, I'm as understanding and patient as possible.
14 I'm trying to work all this out -- you know -- I'm
15 trying to -- I'm trying to help you out. I'm not trying
16 to get around anything either. Just trying to remember
17 specific details, and -- and I don't remember.
18   Q   Okay. We talked about Nurse Howell and what
19 Nurse Howell did. What do you contend Dr. Figueroa did
20 that was retaliation for you writing a grievance about
21 him?
22   A   When -- the times that I did see him, we're
23 not even going to count the times that I didn't see him
24 because that's -- that's not on record. He treated me
25 really bad. He told me one day that for me to get up on

96

1 the examination table. I said I can't get up on it, I
2 can't get out of my wheelchair. He's like, well, if you
3 can't get up on the examination table then there's
4 nothing I can do for you. And just sent me off. He
5 didn't try to say, well, I got a couple of guys out here
6 that'll help me get on. He said no, I want you to do
7 it. And stuff like that. And I felt like that was
8 really like to let me know basically like I don't care
9 for you or what you got going on. I said what I said.
10 I've done what I've done and you're not going to force
11 me to do otherwise. He just -- he was just -- he didn't
12 want anything to do. That's the impression that he gave
13 me. When I did see him, like I said, he wouldn't do
14 anything for me. I didn't know anything about these
15 referrals that he allegedly made. I never signed these
16 papers to go. He just was -- I've never met a doctor
17 like that. Just put it like -- I've never met any
18 doctor like that. I didn't -- I didn't -- I didn't
19 understand. He wasn't helping me understand why he was
20 doing what he was doing because it just didn't make any
21 sense to me. None of it. I couldn't explain it. That's
22 why I kept writing grievances after grievances. My
23 grievance history isn't bad like that. I don't just --
24 you know -- I was just trying to get some medical
25 attention for what was going on with me and I didn't get

97

1 it. I was bouncing back and forth. How Mr. Howell gets
2 in it, because he made it his business -- he went out of
3 his way -- and I know he went out of his way because he
4 would have somebody in there -- another inmate who was
5 sitting in there examining him and he would tell the
6 nurse I got him. Just wait. Like I want to deal with
7 him. You-all don't need to worry about Williams. I got
8 him. And then he would come out there and give me the
9 same brush off, give me the same ibuprofen. Give me the
10 same -- you know -- the same rundown. He wasn't doing
11 anything for me. And the appointments that I did have
12 with Dr. Figueroa and Dr. Abbott, they were canceled.
13 They were canceled. I would go sit in the lobby three
14 or four hours and the nurse would come out and said
15 Williams, you can go. Williams, you could go. That's
16 why a lot of them referrals, you're not going to see
17 anything that's following that. You're not going to see
18 my -- vital signs. You're not going to see where they
19 had an examination and after the examination it was
20 referrals. There's referrals with no examinations.
21 There's examinations with no referrals and no papers
22 signed by me. There's nothing going to be there. They
23 were doing all of this stuff or whatever they was doing,
24 they were doing it without me knowing that they were
25 doing it. Because had they put in the referrals -- and



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

98

1  the referrals were processed, I'm going to say because
2  like you -- I can't prove whether the referral was put
3  in or not.  But I know that the -- the -- the conclusion
4  was I did not go to see the urologist or the oncologist
5  during the time -- even close to the time of those
6  referrals.  How long does it take for me to actually --
7  does -- does the process take after I get the referral -
8  - after the referral is put in for me to go see -- it's
9  usually two to three weeks.  It was months before I
10  actually went and seen the oncologist or the urologist.
11  So --
12      MR. HANSON:  I'm going to -- sorry.  I'm going
13  to move to strike everything after your discussion
14  of Dr. Figueroa treating you badly and the example
15  you gave as non-responsive.  I'm only asking about
16  Dr. Figueroa right now.
17      BY MR. HANSON:
18  Q   Let's just limit it to just the retaliation
19  claim that you've made, okay?
20  A   Okay.  Got you.
21  Q   So you allege that Dr. Figueroa retaliated
22  against you for filing grievances by treating you badly.
23  Was there anything else that you allege Dr. Figueroa did
24  in retaliation?
25      MR. SLATER:  Objection.  Mischaracterizes his

99

1      previous testimony.
2  Q   All right, well, let me ask you this.  What do
3  you allege Dr. Figueroa did in retaliation for you
4  writing grievances about him?
5  A   He denied me a wheelchair for a substantial
6  amount of time.  He denied me diapers when I was soiling
7  my pants.  He -- he -- they kicked me out of the
8  infirmary on Valentine's Day to the compound and
9  falsified documents -- and I want to say this, because
10  you falsified medical reports when you claimed that I
11  was able to take care of myself on my own on the
12  compound.  That was retaliation.  You don't want me in
13  medical.  He would not -- he would not give me -- he
14  would not give me the passes for wound care.  I was -- I
15  was compelled to come up backwards and forward to
16  medical on my own and having to beg the nurses -- the
17  wound care nurses to assist me in changing my bandages
18  when I didn't have a pass when I should've had a pass to
19  wound care.  When he saw all these -- all these infected
20  sores on my ankles, he would not -- he would not -- he
21  would not -- and that was retaliation for the grievances
22  that I had written on him.  The pictures that you saw
23  yesterday when -- when -- when I was showing you where
24  was the infection on the side of the hip -- you know --
25  those were just open wounds.  I had no bandages on them

100

1  or nothing because he would not authorize me to get
2  wound care.
3  Q   How do you know that Dr. Figueroa did those
4  things in retaliation?
5  A   How do I know that?
6  Q   Yes, sir.
7  A   I know that because of his nonchalant attitude
8  towards me.  I mean, you can tell when a person is doing
9  things out of spite, because they're not explaining that
10  it's not.  He -- he -- he's raising his voice at me,
11  he's showing irritation, and he -- he's showing signs
12  that -- that he doesn't much care about what I'm talking
13  about or what I got going on.  Like I'm not -- I'm not
14  dealing with you.  Like I don't care.  Even made a
15  couple of comments, too, indirectly like I probably
16  won't be working here long.  Like he just doesn't care
17  about his job, if that helps.
18  Q   So other than you attributing Dr. Figueroa's
19  demeanor when he was with you --
20  A   Uh-huh.
21  Q   -- is there any other way that you know Dr.
22  Figueroa's actions were retaliation for writing
23  grievances?
24      MR. SLATER:  Objection.  Mischaracterizes
25  previous testimony.

101

1  Q   You can answer.
2  A   Ask me again.  I mean -- the same question
3  again, please.
4  Q   Sure.
5  A   That I'm asking -- okay.
6  Q   Sure.  I asked you how you knew Dr. Figueroa
7  was retaliating against you, and you said that he had a
8  nonchalant attitude, and you could just tell.  Is there
9  anything else -- any other way that you knew that Dr.
10  Figueroa's actions were in retaliation for you having
11  written grievances?
12      MR. SLATER:  Same objection.
13  A   Just -- well, basically what I said.  He
14  stopped tending to -- to what I was telling him.  He
15  didn't address any of the problems.  He wasn't giving me
16  any care.  He wasn't -- he wasn't -- where did that come
17  from?  I mean, that's where it come from, retaliation,
18  retaliating.
19  Q   When do you -- again, let me ask -- I can't
20  recall your answer, so my apologies.  But do you recall
21  when you first filed a grievance about Dr. Figueroa?  Was
22  it 2021, 2022?
23  A   I don't remember the exact date.  But he see a
24  grievance, I would -- I don't know.  I don't want to --
25  I don't want to assume.  It had to have been in



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

102

1  November.  It would have been in November because I was
2  right -- when I got there I had problems from the start.
3  Started off as problems.
4      Q    When did you first see Dr. Figueroa?
5      A    I can't recall that.  I can't recall the
6  dates.
7      Q    Would you have to rely on the -- let me
8  rephrase that.  Are there any documents on which you
9  would rely to refresh when you first saw Dr. Figueroa?
10     A    It would have to be -- I -- I would have to
11  see the document where I saw him and what I filed and
12  what I filed on him.  Because that's -- that's going to
13  show everything from when I went to see him to what his
14  diagnosis was to me filing a grievance.  Because on the
15  onset where I -- my whole issue was -- and that's where
16  the confusion comes in at because I focused on what
17  actually took place.  When I came there, I told Nurse
18  Howell, told him about my problem with the walking and
19  my concerns from a prostate cancer remission and a
20  hernia and all this stuff, and made him aware of my
21  condition.  And then thereafter, I got no help until
22  months later.
23     MR. HANSON:  I'm going to move to strike this
24  answer as non-responsive.
25     Q    My question was are there any documents on

103

1  which you would rely to refresh your recollection as to
2  the first time that you saw Dr. Figueroa?
3      A    Well, yeah, show me the -- the document where
4  I would've saw him.  So --
5      Q    The medical records would -- is what you would
6  rely on?
7      A    Yes, sir.
8      Q    Okay.  Are there any documents on which you
9  would rely to refresh your recollection as to the first
10  time you wrote a grievance about Dr. Figueroa?
11     A    No.  I don't know what you're really asking,
12  are there any document.  The documents got to be in
13  there.  There are documents -- grievances.
14     Q    So you would rely on the grievances themselves
15  to refresh your recollection, not anything else?
16     A    Not anything else?  Not -- not exactly.  I
17  don't remember what I actually put -- I don't remember
18  that I actually -- but I remember complaining about him
19  not -- him -- I don't even know how to word it.  Instead
20  of referring me back to my urologist or oncologist and
21  looking at -- like you said, they changed the files
22  over, this and that.  But when I came to Suwannee, I had
23  a red medical file.  Did they tell you that?  Urgent.
24  It's red, the folder was red.  I went to Suwannee only
25  as a medical overflow.  It means attention.  Give

104

1  special attention to this inmate's file.  He's here for
2  medical.  I'm not there transferring from one camp to
3  another to be housing.  It's medical attention.  They
4  didn't pay attention to that file.  Had they paid
5  attention to that file -- but I don't want to get off
6  because I don't want to waste your time, so I'll get off
7  the question.  But I'm trying to answer your question.
8  So as soon as I got there, there was already a problem.
9      MR. HANSON:  All right.  Yeah, I'm going to
10     move to strike that answer is non-responsive.
11     Q    What I'm trying to figure out, because I don't
12  have the benefit of having the records yet.
13     A    Oh, okay.  Okay.
14     Q    And so I'm trying to figure out when the first
15  time was that you filed a grievance against Dr.
16  Figueroa.  That way I can determine the time frame it
17  would -- in -- during which you're alleging that he
18  retaliated.
19     A    Right.  Okay.  Yeah.
20     Q    And so I'm just trying to figure out if you
21  have any recollection as to whether it was in 2021,
22  2022, because there -- for instance, you referenced that
23  he discharged you from the infirmary on February 14,
24  2022.  Do you recall having written a grievance about
25  Dr. Figueroa prior to February 14, 2022, or do you just

105

1  not recall the date?
2      A    December -- December the 20th, I wrote a
3  grievance.
4      Q    How do you know that you wrote a grievance on
5  December 20th?
6      A    Because that was the day that I was released
7  from confinement, and I went and did a medical
8  emergency, and I saw Dr. Figueroa that day.  If it
9  wasn't the 20th, it was the 21st.  It was -- because I
10  went and saw him that day.
11     Q    Sorry, I'm just looking back through --
12     A    Go on and take your time.
13     Q    -- the exhibits that were introduced yesterday
14  to see if I can find any grievances from that time
15  frame.
16     A    It's got to be close to that date.  I'm going
17  to take a minute to --
18     Q    All right.  I'm going to show you what was
19  marked as Plaintiff's Exhibit 13.  I am on page 7 of 8
20  and it is Bates stamp PL72.  This appears to be a
21  grievance dated January 4, 2022.  Do you see that?
22     A    Yes, sir.
23     Q    And it says, "This is an informal grievance
24  against Dr. Figueroa."  Do you see that on the first
25  line?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

106

1    A  Yes, sir.  Yes, sir.
2    Q  Do you recall whether this would've been the
3  first grievance you wrote against Dr. Figueroa?
4    A  I can't recall, but it may have been.  Let's
5  see.  Well, I can't remember if that's the first one,
6  but I know that may have been the first one because it's
7  saying, informal -- informal grievance, and that's the
8  first initial step in filing a grievance.  But I
9  wouldn't swear that's the first one I wrote without
10  having it front of me.
11    Q  And down here in the response section of that
12  same page, does this appear to be R. Corbin's signature?
13  Again, you can kind of see a little bit of the stamp
14  here, but it's faded, where I've highlighted.
15    MR. SLATER:  Objection, calls for speculation.
16    Q  Now, I'll zoom in, Mr. Williams.  I'm going to
17  ask you to see if you can make out any portion of this
18  stamp that's right here.
19    A  I just see administrator -- administrator
20  starting on.  I see the word -- the letter C.
21    Q  Do you see the letter R right here, where I'm
22  indicating with the pointer?
23    A  Yes.
24    Q  And then it appears to be a period right here?
25    A  I see it.

107

1    Q  And you said you believe this was the letter
2  C?
3    A  Yes.
4    Q  And over here does this appear to be R, and
5  then a letter C is the beginning of the signature?
6    A  Yes.
7    Q  So your grievance was dated January 4, 2022.
8  And it has, date received, January 5, 2022, do you see
9  that?
10    A  Yeah.
11    Q  And don't you recall Dr. Figueroa admitting
12  you into the infirmary just two days later, on January
13  7,
14  2022?
15    A  Yes, that's because my family called up there.
16    Q  How do you know it's because your family
17  called up there and not because --
18    A  Because I have records of it.  I have
19  witnesses to a Stephanie Boudreau.  I have notices from
20  the Secretary of John Palmer, of -- of -- of complaints.
21    Q  Okay.  I'm not asking how you know that Ms.
22  Boudreau called.  I'm asking how you know Dr. Figueroa's
23  decision to admit you into the infirmary was because of
24  complaints made by Ms. Boudreau.
25    A  Because actions were taken right after her

108

1  complaint.  It could have been coincidental, if you want
2  to say that.
3    Q  So there are other possible explanations; is
4  that correct?
5    A  Yes.
6    Q  How do you know that Dr. Figueroa was aware of
7  the grievances that you wrote about him?
8    A  I don't know.
9    Q  I'm sorry.  Did you say, I don't?
10    A  No, I'm trying to think of how to answer that.
11  Like, when you say, no, that's actually, no, like, no,
12  like he told me that he was doing -- he didn't tell me,
13  but the way he treated me -- the way he treated me was
14  not normal.  I felt that he had something -- I felt it
15  was something personal.  That's what he was showing me.
16  I mean, that's what I felt.  That's what he was showing
17  me.  He didn't give me the time of day, so I felt it was
18  in retaliation for the grievance.
19    Q  Are you assuming that Dr. Figueroa knew about
20  the grievances you wrote?
21    A  I know that he knew.  Why wouldn't -- they
22  didn't tell him that I was writing the grievance?
23    Q  That's my question.  How do you know?
24    A  I filed grievances on him, so.  Sir?
25    Q  That's my question.  How do you know?

109

1    A  I can't answer that.  He got -- yes, sir.  He
2  got to answer that, I can't.  But I know that he wasn't
3  giving me the treatment that he was supposed to give me,
4  and he was doing it with an attitude like -- like he had
5  something against me.
6    Q  So are you assuming, based on Dr. Figueroa's
7  attitude that he knew about the grievances?
8    A  By his actions.
9    Q  You're assuming by his actions --
10    A  Attitude.
11    Q  -- that he knew about the grievances; is that
12  correct?
13    A  Yes, sir.  And his inactions.  His actions,
14  his inactions, his attitude, and his refusal to -- to
15  see me.  If we go back to when the problem was initiated
16  from the first time I saw Nurse Howell, up until July,
17  August, you're not going to see many references of
18  referrals from Dr. Figueroa, having had them put on
19  notice about the seriousness of my problems.  Because we
20  not just talking about somebody that just has a common
21  cold.  We're talking about somebody that's -- don't want
22  to be cursing on this thing, that's doing number one and
23  two on his self, can't go eat, can't walk, doesn't have
24  a wheelchair, swollen up, can't breathe.  He's not doing
25  -- I should have been at the outside hospital.  I mean,

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

110

1  I don't know what -- how else to -- to explain it.
2  That's not -- they're saying that I was receiving equal
3  to above community care.  That -- that -- those
4  responses don't make no sense.  His responses that he
5  gave me in there, that just was not -- it just was not
6  appropriate.  It was just not appropriate at all.  I'm
7  trying to answer your question, Mr. Hanson.  I just
8  can't, you know, find the words to clearly say that,
9  "Oh, I got something against you and -- and I'm going to
10  show you.  I'm going to -- I'm going to show you.  I got
11  something for" -- there was no threats like that made
12  for me to say, "Well, okay, he threatened me.  He" --
13  but the lack of care that I was getting, put it into the
14  retaliatory category because it wasn't normal.  It was -
15  - it was not normal.  So was he doing that because it
16  was normal for him to do that?  I don't see how it was
17  normal when I had to go to such extremes to get the help
18  that I needed.
19      MR. HANSON:  I'm going to move to strike the
20  answer as non-responsive and I'll repeat my
21  question.
22  Q    Are you assuming, based on Dr. Figueroa's
23  actions and as you said, inactions and attitude, that he
24  was aware of the grievances that you wrote about him?
25  A    I'm not assuming at all, no.

111

1  Q    You say you're not assuming.
2  A    I'm not.
3  Q    How do you know -- how do you know that he was
4  aware of the grievances?
5  A    Because he responded to the grievances.  He
6  may not have responded to that one, but there's plenty
7  of them that he did respond to.
8  Q    Well, unfortunately, I was not provided all of
9  the grievances.
10      MR. HANSON:  I'm sorry, Mr. Cook, did you say
11  something?
12      MR. COOK:  No.
13      BY MR. HANSON:
14  Q    I'm going to show you, again, Exhibit 13.
15  This is the Grievance Appeal and it's signed by S.
16  Milliken.  Do you see that?
17  A    Yes, sir.  This one here?
18  Q    Here's the formal grievance response, and it
19  appears to be signed by R. Laubaugh, L-A-U-B-A-U-G-H,
20  Medical Director, Madison.  Do you see that?
21  A    Yes, sir.
22  Q    And here's the informal grievance, and I think
23  we agreed that this was signed by R. Corbin.
24  A    R. Corbin.
25  Q    Do you see --

112

1      MR. SLATER:  Objection, mischaracterizes prior
2  testimony.
3  Q    Mr. Williams, was this signed by R. Corbin?
4  A    Yes, sir.  It says, I don't know what I signed
5  on --
6  Q    So Dr. Figueroa did not sign any of these
7  grievances, correct?
8  A    No, sir.  Not -- not on that.
9  Q    The last category of questions I have, which I
10  think will be brief, are about the care that you
11  received at Suwannee Correctional Institution.  When you
12  complained about back pain on November 18, 2021, you
13  don't dispute that you were seen in medical and
14  prescribed medication, correct?
15  A    I don't.  I just see the one time where they
16  prescribed medications, and -- and then, even that is a
17  confusion, because you have -- because it got Nurse
18  Abbott on there, right, that prescribed those
19  medications, and I wasn't present when he -- because the
20  Nurse Howell administered them.
21  Q    I'll show you the record.  This was Defense
22  Exhibit 12.
23  A    I see it.  Yeah, because this seems to be a
24  problem with this stuff.  Like, you got Pearson right
25  here, LPN, and then you got Tony Abbott down here.  Then

113

1  you --
2  Q    Are you referring to M. Pearson, right here?
3  A    Yes, sir.  Right there, and then the other
4  one.
5  Q    Where it says, nurse signature stamp?
6  A    Yes.
7  Q    Yeah.  So I'll represent to you that this is a
8  clinician order sheet.  There are three order sheets per
9  page.  The one for M. Pearson, LPN, is dated 11-19.
10  A    Oh, okay.  Okay.  Okay.  I see what you're
11  saying.  All right.  Because I'm confused by these
12  papers, because we talk about one person at the
13  beginning, just like the other document you just showed
14  me, that showed me cosign it.  But it's written about
15  Dr. Figueroa, like she is his counselor, she's speaking
16  for him.  It just gets confusing on these papers.
17  Q    That's okay.  I understand.
18  A    Oh, yes, sir.
19  Q    And then I believe that you were scheduled to
20  have blood work done while you were in confinement,
21  correct?
22  A    Yes, sir.
23  Q    And other labs, as well?
24  A    Yes, sir.  But I never once went out for
25  medical.  I was obviously scheduled because they came to



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

114

1  do the blood work.  But, being that I was unable to
2  walk, and I didn't have any assistance in walking, I was
3  not allowed.  I mean, they did not do my blood work.
4      Q    And after confinement, you say you declared a
5  medical emergency and were seen around -- on or around
6  December 20th, is that correct, of 2021?
7      A    I went to see them on a medical emergency,
8  yes.  But my blood work still didn't get done until after
9  that fact.  I can't remember exactly when my blood work
10  was done, either.
11      Q    And, at that time we saw on the chronological
12  record of healthcare where Dr. Figueroa had referred you
13  to a neurologist and ordered the EMG and NVC test, do
14  you recall seeing that?
15      A    I saw the paperwork, yes.
16      Q    And then we saw, in January, the first week of
17  January, you were admitted into the infirmary, correct?
18      A    Yes, sir.
19      Q    And you were in the infirmary for
20  approximately five weeks from --
21      A    Yes.
22      Q    -- around January 7th to February 14, 2022,
23  correct?
24      A    Yes, sir.
25      Q    And while you were in the infirmary, you were

115

1  provided medications?
2      A    Yes.
3      Q    And you were provided wound care?
4      A    Yes.
5      Q    And we saw where, upon your discharge from the
6  infirmary on February 14th, Dr. Figueroa wrote that you
7  would be discharged with a wheelchair, do you recall
8  seeing that?
9      A    I saw the paperwork.
10      Q    And we saw that, I believe, you recalled that
11  you saw a urologist in March of 2022?
12      A    I don't recall seeing the urologist.  I saw
13  the referral paperwork, but I don't recall.  I might
14  have said that I recall seeing them, but I didn't recall
15  seeing -- I remember -- I saw the referral that day, but
16  I can't say the accurate date that I -- that I saw them.
17  That should be on the record also.
18      Q    And --
19      A    When I saw them.
20      Q    And I believe you testified you recalled
21  seeing the urologist in May of 2022, at which time you
22  started Eligard; is that correct?
23      A    Yes.
24      Q    And you saw the urologist again in June of
25  2022?

116

1      A    Could be accurate.  I don't remember the exact
2  dates that I saw him.
3      Q    And then you saw the urologist again in July
4  of
5  2022?
6      A    I don't recall the exact dates, but I know the
7  dates -- whatever the dates say that I saw him, I saw
8  him.  The referrals doesn't say that, I -- doesn't
9  verify that I saw him when they --
10      Q    Do you know how many pages of medical records
11  you have for the time period of November 2021 when you
12  entered Suwannee until you were transferred to RMC in
13  August of 2022?
14      A    I know how many pages I -- I have?  I have
15  them here, but I haven't counted them.
16      Q    Okay.  Do you know how many encounters you had
17  with medical during that time?
18      A    No, I do not.
19      Q    Do you know how many times they prescribed you
20  medication during that period?
21      A    It wasn't many.  All my medications come from
22  my primary doctors at RMC sending orders back for them
23  to give me whatever medications they gave me.  They did
24  not --
25      Q    And they provide you those medications that

117

1  were ordered by your primary care doctors?
2      A    Yes.
3      Q    Do you recall how many times diagnostic tests
4  were performed while -- between November 2021 and August
5  2022?
6      A    No, sir, I don't -- I don't remember.  Because
7  things happened as a blur at the end.  The ending
8  results, then later -- what came later was multiple
9  tests, multiple MRIs, multiple medications, after the
10  fact.  And I stopped writing grievances then.  When my
11  grievances stopped, I was getting the treatments or
12  whatever, which was already too late, or whatever you
13  want to call it for when I did receive.
14      MR. HANSON:  All right.  Mr. Williams, I want
15  to thank you for your time today.  I believe those
16  are all the questions that I have, and I'll turn it
17  over to Mr. Buchan.
18      THE WITNESS:  Okay.  Hi.  Got to do what you
19  got to do.
20      MR. BUCHAN:  All right.  Are we good to go
21  through to the -- his later break?  I'm fine with
22  taking breaks as needed.  We can just continue on?
23      MR. SLATER:  Yeah, let's -- Madam Court
24  Reporter, you okay?
25      COURT REPORTER:  I'm good.

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Case 3:22-cv-01221-MMH-MCR   Document 181-1   Filed 03/17/25   Page 31 of 103
PageID 2777
Ricky Dixon, et al. v. Ricky Williams   9-11-2023   Page 118

118

1    MR. BUCHAN: All right. If anyone needs a
2 break at any point, I mean, just let me know,
3 otherwise I'll keep going.
4        CROSS EXAMINATION
5    BY MR. BUCHAN:
6    Q   All right. Mr. Williams, just to recap, so I
7 represent the secretary, Ricky Dixon, of the Department
8 of Corrections, Dr. Kalem Santiago, Adele Johns and
9 Wendy Millette, and Sergeant Savonia Richardson-Graham.
10 Okay. So what we've talked about a lot today, if I'm
11 taking a moment to go through my notes, it's probably
12 because something's already been covered, so we don't
13 have to rehash anything unnecessarily. But, I remind
14 you of who I represent so we can keep in mind that my
15 questions are more so directed to them.
16   A   Yes, sir.
17   Q   Okay. I'd like to start with Sergeant
18 Richardson-Graham. And one of the claims you're
19 bringing against her is the First Amendment retaliation.
20 And so from our discussion over yesterday and today, I
21 understand you were transferred to Suwannee on November
22 17, 2021?
23   A   Yes, sir.
24   Q   Okay. Do you know how soon after that did you
25 first meet Sergeant -- I -- we'll say, Sergeant

119

1 Richardson?
2    A   The next day I met her, and that's when I had
3 the incident of falling out of the wheelchair. Because
4 I'm thinking, if I can remember correctly, it happened
5 on November the 18th, and I come there the 17th. So it
6 had to have happened the next day when I fell out of it.
7 But I met her on the incident where I fell out of my
8 bunk. You have that information, right?
9    Q   I'm going to -- we're going to get into it.
10 So I have the --
11   A   Oh, okay. Okay. That's when I met her, sir.
12   Q   Yes. So on -- in your amended complaint, it's
13 paragraph 25, it says on November 28th is when you fell
14 out of the bunk.
15   A   November 28th?
16   Q   Yes, so that would've been 11 days after you
17 arrived at Suwannee? Do you think you --
18   A   I don't remember the date.
19   MR. SLATER: Objection, mischaracterizes what's
20 in the complaint.
21   A   I don't know. I think I was in confinement
22 November the 28th.
23   Q   I'm sorry. Yes, I did misread it. So it is
24 on -- so, paragraph 24, it describes November 18th, and
25 on paragraph 25 it says that same day you fell out of

120

1 the bunk. That was a typo on my part. So it was one
2 day after that you fell out of the bunk?
3    A   Yes, sir.
4    Q   Okay. Great. Can you explain that incident
5 to me, when you fell out of the bunk?
6    A   Yes, sir. I was sleeping, facing towards --
7 my bunk was -- was -- was a bunk facing the wall. I
8 tried to turn over and I rolled out of the bunk, hit the
9 locker -- hit my shoulder on the locker and fell and hit
10 my hip. The guys in the dorm screamed, "Hey, we got a
11 medical emergency out here." She come out of the booth,
12 she looked at me and said, "You need to get your ass off
13 the floor. I'm not calling the stretcher down here. You
14 can get your" -- I said, "Ma'am, I can't get up." And
15 she's like, "Well, you need to -- you need to do
16 something because I'm not calling the stretcher." And
17 she called two inmates over and told them, "Hey, get
18 this guy's wheelchair right there, bring it over here,
19 you-all put him in the chair." And I'm like, "Ma'am,
20 don't you know -- don't move me or whatever." She --
21 they grabbed me, picked me up, put me in the wheelchair.
22 She said, "Hold on, I'm going to write you a pass." And
23 the pass should be in the pass book, they keep passes
24 with these things, and she had them take me to medical.
25 That was our first encounter.

121

1    Q   Okay. And what time of day was that,
2 approximately, that you fell out of the bunk?
3    A   Can't -- I can't remember, sir. It probably
4 was -- sir, I can' -- I can't recall that.
5    Q   You said you were sleeping. Was it in the
6 morning?
7    A   At that camp, you sleep all day. You have a
8 job assignment, you don't work. That's why I can't
9 figure it out, because I was sleeping.
10   Q   Okay.
11   A   But there was no job assignments. Nobody was
12 working. So it could have been -- it could have been in
13 the morning, it could have been in the afternoon. I'm
14 not -- I'm not sure.
15   Q   Okay.
16   A   I know -- yeah.
17   Q   So she was the sergeant for your dorm. Which
18 other officers were assigned to that dorm?
19   A   I don't recall.
20   Q   You don't know the names of any other officers
21 you saw while in that dorm?
22   A   While in that dorm, no, I can't.
23   Q   Okay. Do you remember the -- was -- what the
24 name of the dorm was? Was it assigned a letter?
25   A   I want to say N Dorm. N. Like M, N. N. N



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

122

1  Dorm.
2      N2.
3      Q   Okay.  You said you fell off the bunk.  Is
4  that on a, like, a ground floor bunk or is it like, are
5  they stacked?
6      A   It was a bunk bed, but I was on the bottom.
7      Q   Okay.
8      A   So I fell, approximately, if you want that, I
9  fell approximately, let's say, three feet, but I hit the
10  drawer.  Because the way the bunk is -- is the drawer --
11  the bunk sits up against the wall like this, and you
12  have a drawer right here.  This is the head of the bed;
13  this is the foot.  The drawer is right here.  My drawer
14  was pulled out, so when I rolled, hit the drawer, and
15  hit the ground and hit -- and hit my hips, my neck
16  jarred.
17      Q   Okay.  In your complaint, again, Paragraph 25,
18  it mentioned you injured your hip, neck and back.  Can
19  you tell me exactly what those injuries were?
20      A   My neck I injured, and I can't say, exactly,
21  but I know there's a spur on my neck, through x-rays.
22  The x-rays will verify that.  And my hip was bruised,
23  there's no pictures were taken of that.  And the tumor
24  in my back that I had at the time, which is verified
25  through the MRI, was injured on account of my fall.

123

1      Q   Okay.  And you just mentioned to me that
2  Sergeant Richardson then gave you a pass to go to
3  medical?
4      A   Yes.  For a medical emergency.
5      Q   Okay.  Were you taken there in a wheelchair?
6      A   Yes, sir.
7      Q   In that transfer from when you were put in a
8  wheelchair and then sent to medical, did you interact
9  with any other officers on -- in that one instance
10  there?
11      A   Did I interact with them on what -- on what
12  level?  What -- what do you mean, interact with them?
13      Q   So did any -- did -- when you were placed in
14  the wheelchair and taken to medical, is there another
15  officer that witnessed it or escorted you to medical, or
16  received you in medical?
17      A   The inmates -- the inmates that she had put me
18  in the wheelchair are the ones that took that -- that
19  pushed me to the medical.
20      Q   Okay.  One thing I'm trying to clarify is your
21  ability to walk, and I know you it -- you discussed that
22  with Mr. Hanson in quite some blank.  But also -- and
23  that was today.  Yesterday, you had mentioned, at one
24  point, your ability to walk being like, 50 to 60
25  percent.  And I believe you -- please clarify as needed,

124

1  but I believe you mentioned you could have gotten around
2  by, like, holding the wall or pulling yourself up.  I
3  know you said 50 to 60 percent.  Is that how you were
4  able to walk prior to the fall?
5      A   Yes, I was stumbling around.  Remember, I was
6  telling you that it would come in spells before I got
7  there, because I got there on the 17th.  It would come
8  in spells.  I walked down the walkway about -- I walked,
9  maybe I'm going to give it, we'll say -- we'll say 60
10  yards, about the distance of a football field, 60 yards,
11  and I'm down.  I'm going down, losing my mobility little
12  bit by little bit.
13      Q   Okay.
14      A   And the spasms are coming more and more like
15  when I was in the bed.  I just started -- I turned over
16  and automatically my body spasmed and rolled out of the
17  bed.  And now my body's locking up.  So when my body
18  locks up, it cuts off my breathing and -- but I don't
19  want to really get too far ahead, but my -- my -- my --
20  my walking ability was -- was -- was going downhill
21  rapidly.  I can move around; I can get up and there's
22  times when I can get up and there's times when I
23  couldn't get up.  There's times when I can straighten
24  up.  There's times when I couldn't straighten up.  I
25  couldn't pick my lower back up.  It was -- my body was

125

1  shutting down on me rapidly when I got here.
2      Q   Okay.
3      A   And that was just the first episode right
4  there.  That was actually my first time falling out of
5  bed.  I had fallen before, passed out, but didn't know
6  really what that was from.  Didn't know what that was
7  from.  That was the first time I ever fell out of bed
8  and experienced that.
9      Q   Okay.  Have you fallen out of bed since then?
10      A   Not -- no, because I've had the guardrails up,
11  but I'm falling out of bed trying to get out of bed.  I
12  ain't fall out of bed waking up rolling over.  But I
13  done fell out of bed.  I'm clowning now, but not like --
14  I don't want to be a -- the answer is no.
15      Q   Okay.  And so I'm focused right now on that
16  fall then on November 18th.
17      A   Yes, sir.
18      Q   And Sergeant Richardson-Graham responded,
19  these inmates put you into a wheelchair and took you to
20  medical.  In your complaint, in discuss -- when you're
21  describing her actions, it says that she violated FDC
22  policy.  What policy do you claim that she violated?
23      MR. SLATER:  I'm going to object.  It calls for
24  a legal conclusion.
25      Q   Okay.  You can answer.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

126

1    A    Okay.  I -- I was in di -- I was in di -- I
2  was in distress and when they picked me up, they hurt --
3  I told her not to let them pick me up, not to let me
4  touch me.  And she -- she went against that, as far as -
5  - and I don't want to get into too much, but I'm a
6  certified personal trainer.  So just things that I know
7  that not -- when some person injures their neck or their
8  back, you're not supposed to move them.  And that's just
9  through my educated -- my education.  I got certified
10  with the National Federation as a personal trainer, so
11  certain things that I know -- yeah --
12    Q    Okay.
13    A    -- isn't supposed to do and things like that,
14  so.
15    Q    When -- I -- I'd like to move to your
16  allegations about DRs that may have been issued.
17    A    Yes, sir.
18    Q    And so I believe this would then take us into
19  December of 2021?
20    A    December.  Okay.
21    Q    Right.  It's in paragraph 34 of your
22  complaint.  It discusses how you wrote an informal
23  grievance complaining that you could not get your blood
24  work done because you could not walk to the medical unit
25  and staff still did not provide you with a wheelchair.

127

1  You had also put in sick call requests concerning these
2  and other health issues.  And then -- so that is in
3  December 2, 2021, and then the next paragraph.  So I'm
4  assuming relatively close in time to that.  Richardson-
5  Graham issued a DR to you for not going to the ICT, the
6  Institutional Classification Team call out.
7    A    Yes, sir.
8    Q    Okay.  Can you explain to me what that is for,
9  the ICT call out?  Just that.  What is that for?
10    A    That's so you can go and get assigned a job
11  assignment.
12    Q    Okay.  In December of 2021, were you assigned
13  a job?
14    A    When I got out of confinement, not before.  I
15  went to confinement because I couldn't make it to the
16  ICT call out, because I couldn't walk.
17    Q    To -- that would be prior.  Prior to going to
18  confinement, there was a time where you were supposed to
19  respond to this ICT call out?
20    A    Yes.  And I want to put something -- I want to
21  say something, also, because there's conflict and
22  there's a conflicting story here where Sergeant
23  Richardson, if you want to hear about it.  As far as my
24  confinement, as far as Sergeant Richardson goes, because
25  it's conflicting.  I went to confinement because I

128

1  couldn't walk, because I couldn't go to ICT.  However,
2  she changed her story up, because that wasn't initially
3  -- well, what she so-called put me in handcuffs for.  So
4  I mean, you can talk about it or not.  Yeah, we can move
5  on with something else.  That's up to you, sir.
6    Q    So I haven't asked you a question.  I'm asking
7  you strictly just about the ICT issue.
8    A    Okay.
9    Q    And then if what you're talking about is the
10  DR that would've then resulted from either -- whatever
11  reason, not being able to go to that.  I'm going to get
12  into that.  I'm just trying to --
13    A    Okay.  Okay.  No problem.
14    Q    -- get into the beginning of it.
15    A    Yeah.
16    Q    So this ICT call out, that's so that you can
17  go there and get assigned a job?
18    A    Yes, sir.
19    Q    Okay.  Prior to that call out, were you
20  already assigned a job?
21    A    No, sir.
22    Q    No.  Okay.  Did you have any type of medical -
23  - inform me, did you have any type of pass or thing that
24  would excuse you from that call out?
25    A    No, sir.

129

1    Q    Okay.  Then, when the time came to go to that
2  call out, can you tell me why you didn't go to it?
3    A    Because I couldn't walk.  I didn't have a
4  wheelchair to go to the call out.
5    Q    At that time, and can you tell me, do you
6  remember which date this was -- which date the ICT call
7  out was that you missed?
8    A    It had to have been the 24th.  That's the day
9  I went into confinement.
10    Q    Okay.  On December 24, 2021, had you been
11  ordered by -- ordered a wheelchair by a physician?
12    A    You said on December the 24th?
13    Q    I'm asking -- I'm asking you as of December
14  24, 2021, had a physician ordered that you needed a
15  wheelchair?
16    A    No, sir.
17    Q    And so I'm just moving us through the
18  timeline, and it appears that we're still in December of
19  2021.  In your complaint in paragraph 39, it mentions
20  that you continued to grieve several defendant, Howell,
21  Morris, and Richardson-Graham's failure to provide
22  adequate care and treatment and retaliatory measures.
23  Specifically, as for my client, Richardson-Graham, in
24  December of 2021, as to her failing to provide adequate
25  care, what were -- what were your grievances to her

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Emily Lamar v. Centurion, et al  1/10/2025   Page 130

---

130

1  about, in regards to failure to provide adequate care?
2      A   Sergeant Richardson?  Provide me adequate
3  care?  The issues I have with her, if that's -- that's
4  the question.  The issues that I have with her, I just
5  would -- what do you mean the adequate care?  She didn't
6  -- she didn't -- she had these inmates -- she ordered
7  these inmates to pick me up off the floor, further
8  injuring me, by placing me in the wheelchair.  That's
9  what she did at that time right now.
10     Q   Okay.  And the other thing that is mentioned
11 there is retaliatory measures.  So in December of 2021
12 you say that you were grieving her retaliatory measures.
13 What did she do that you're claiming is retaliation?
14     A   She locked me up.  She -- she -- she ordered
15 me to go to ICT.  I told her I couldn't walk.  Okay.  I
16 asked her for permission to borrow a wheelchair.  She
17 said, sorry, listen, I can't go to ICT with a borrowed
18 wheelchair because ICT is going to ask me, just like you
19 just asked me did I have any passes, some medical issues
20 that prevented me from going to ICT.  Being that I
21 didn't have a pass or anything for a wheelchair, I had
22 to get permission to go there in a wheelchair so I can
23 explain why I'm coming there in a wheelchair to ICT for
24 a job assignment.  She would not give me that
25 authorization.  However, as soon as the time passed by

---

131

1  and ICT was over with, she immediately ordered the same
2  guys go get that same wheelchair to put me in to take me
3  to confinement.  But she couldn't borrow the wheelchair
4  to take me in to ICT.  If I'm going overboard then
5  excuse me, but that's what happened, because that's
6  retaliation.  I'm explaining the retaliation part.
7  That's the only way I can explain it, sir.
8      Q   I -- I'm trying to understand it.  So I
9  understand what you said, but I'm trying to understand
10 how it was retaliatory, because someone retaliated, it's
11 against something?
12     A   Right, she's holding it against me that I
13 filed a complaint on her about the guys picking me up
14 off the floor and her being in violation of the protocol
15 for a guy that falls on the floor and injures his back.
16 She was still holding that from the 18th.  This is the
17 incident on the 24th.  It's still falling over.  I'm
18 still in the same dorm with her.  And she's telling
19 guys, that's why I said, if you really want to really
20 know about her, it's going to be a whole lot of -- your
21 story's going to get longer and longer.  My personal
22 property coming up missing.  She gave my tablet away.
23 She did a whole -- other things also that I don't even
24 want to get into, because I know you probably don't even
25 have that.  And I'm not even -- I'm actually holding

---

132

1  back stuff that's -- that -- this is seen as
2  retaliatory.  Even when I got out of confinement, she
3  was harassing me, and I didn't even write that up.
4      Q   All right.  At this time, you -- so you filed
5  grievances regarding the fall and the inmates picking
6  you up?
7      A   Yes, sir.
8      Q   Because you had told her not to have that
9  done.  And now it's your understanding that later at this
10 ICT call out, she wrote you a DR as a result of the
11 prior grievance -- that prior grievance?
12     A   Hello?  You just went all the way out, sir.
13 Hello?
14     Q   Yes.
15     A   Oh, okay.  Now here you -- you like coming
16 back -- cut off after -- yes, sir.
17     Q   No problem.  So I'm just trying to make sure I
18 understand what you're saying correctly.
19     A   Yeah.
20     Q   Is it -- am I correct that you're saying she
21 retaliated with the ICT incident DR, as a result of your
22 grievances that were regarding the fall that you filed
23 complaining --
24     A   Yes, sir.
25     Q   -- that she had inmates pick you up?

---

133

1      A   Yes, sir.
2      Q   Okay.  Do you have any knowledge that she knew
3  about that grievance?
4      A   Yes.
5      Q   Okay.  And how does she know?
6      A   Because she took it out of my pocket when she
7  was taking a ticket.  I mean, well now I got to go
8  further than that, because she, actually -- that
9  grievance was, I'm trying to think, was it in or was I
10 writing it?  She was aware.  She was aware.  I can't
11 answer that question too well, because she -- she -- I
12 either had wrote it or I was writing it.  It's -- it's
13 this -- but she was aware that I either wrote it or I
14 was writing it because she said that she told me I could
15 write her up all I want.  It's not going to make any
16 difference.  She was emphatic about that.  It's not
17 going to make a difference.
18     Q   Okay.  When did that discussion take place?
19     A   As soon as I came back from my medical
20 emergency, when I slipped and fell, and I came back.  And
21 I started processing my paperwork.  My paperwork only
22 had one date on it.  But I actually filed it another
23 day.  I might have started writing one day and completed
24 it another day.  So my dates might be a little off as
25 far as them receiving and rewriting it and --

---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

134

1    Q    Okay.
2    A    -- but the information in it is accurate.
3   That -- that's never going be conflicting.  The dates --
4   and can I explain the retaliatory more or you don't want
5   no more of that information?
6    Q    No, I do want to know what she did that you're
7   claiming is retaliation.
8    A    Okay.
9    Q    And just for clarification, we've discussed
10  the ICT DR.  And so what else are you claiming is
11  retaliation by her?
12   A    Okay.  When I went to confinement, I checked
13  my property list and my property was missing, my tablet
14  was missing.  And when I got -- she gave my tablet away,
15  that was retaliatory.  I got -- I got out of confinement
16  and a guy named Johnson brought me my tablet, and I
17  asked him where he got it from, and he said Sergeant
18  Richardson gave it to him.
19   Q    Okay.  While we're talking about the tablet --
20   A    Yes, sir.
21   Q    -- how are tablets assigned to inmates or how
22  do you become in possession of a tablet?
23   A    They give you tablets, or you buy them.  You
24  can buy them off the -- off of the -- the JPay website.
25  I've had both.  The ones given to you at an institution,

135

1   which is assigned to you with your name and DC number on
2   it.  And then you can buy it off of the -- the JPay.  I
3   think you still -- you might not be able to buy them.  I
4   might be -- yeah.
5    Q    Okay.  So after you returned from confinement,
6   is that the period of confinement following the ICT DR?
7    A    Yes, sir.
8    Q    Okay.  And another inmate, and can you -- do
9   you know his full name?
10   A    Leon Johnson.
11   Q    So Leon Johnson returned your tablet to you?
12   A    Yes, sir.
13   Q    And what other retaliation did Sergeant
14  Richardson-Graham do?
15   A    Okay, this is going back to still the ICT DR,
16  when she put me in the wheelchair, and she pushed me
17  into medical.  When we were going to medical -- well,
18  when we got to medical, she -- she snatched my watch
19  off, broke my watch.  She told them that I'm going to
20  confinement for disrespect, because I disrespected her.
21  She called the -- the, I want to say the doom squad, but
22  you-all probably don't know about that.  They called it
23  a squad now, man.  Then she changed it up, she changed
24  it up.  Initially, I'm going to confinement for
25  disrespect.  Now I'm going for not going to the ICT call

136

1   out.  That's where the mix up come in at.  She trying to
2   figure out where she want to -- how she want to handle
3   this, where she can be, what she got to try to come up
4   with something that she can case me up for, I'm going to
5   say.  It just wasn't clear.  That's why I say we going
6   get into things that -- that's outside of, but she just
7   really had it -- had it out for me -- attitude.  And I
8   wish I would've brought the watch on, because she broke
9   the watch.  I left the watch back in prison.  I didn't
10  even bring the watch out.  Bust the whole watch up.
11   Q    Okay.  What else did she do that was
12  retaliatory?
13   A    When I got out of the infirmary -- want me to
14  move up this far?  I don't want to go -- like when I got
15  out February the 14th, they moved me back in N dorm.  I
16  went back to N dorm where she was at.  I went back in
17  the dorm with her.  These are two instances.  One where
18  I went to confinement.  When I got out of confinement, I
19  went to J dorm.  When I went to medical from J dorm,
20  when I got out of medical, I went to back to N dorm and
21  two -- okay.
22   Q    I -- I'm fine with us moving forward,
23  especially if you clarify what time we're in.  So that's
24  fine.  So now we're in February of 2022.
25   A    Okay.  When I got there, I was at the canteen

137

1   one day and I'm going back, because I thought that
2   everything was like out of the way.  There was no
3   animosity or nothing.  So I'm going to say this one
4   thing, I'm at the canteen line one day and I thanked her
5   for letting me go to the canteen.  And she said, "Oh, I
6   thought you hated me.  Are you talking to me?"  I said, "No,
7   ma'am, I don't -- I don't -- I don't operate like that.
8   I don't -- I don't hold any grudges."  And I just went
9   on.  So I thought everything was fine.  She was having
10  guys coming to help me out around my bunk, "Hey, help
11  him out."  Then, all of a sudden, one day it just turned
12  into something else.  She said, "You need to get your
13  area cleaned up or I'm going to have to write you a DR."
14  And I'm like, "Sergeant Richardson," I'm like, "I'm
15  doing the best I can do."  She said, "Well, you going to
16  have to do better than that.  I'm just letting you know
17  I'm going to write you a DR."  So to avoid all of that,
18  I went immediately and got on the phone with Stephanie
19  Boudreau, had her call up there and got moved out of the
20  dorm away from her, because I felt threatened.  I felt
21  like it was -- it was just a matter of time before she
22  actually followed through with her threat of writing me
23  a DR about something that I had no control over, keeping
24  my area clean and doing things.  So I felt that was --
25  that was retaliatory as well.  And that was our last


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

138

1  incident with her.
2    Q   Okay.  You said she threatened you with a DR
3  for your cell being unclean?
4    A   Well, my area.  It was -- it is an open bay
5  area.
6    Q   Okay.
7    A   Just things being around my bunk and stuff
8  like that, which I couldn't -- I couldn't help.  It was
9  cluttered, but I couldn't help it.  You know, I just
10  couldn't help it.  And I didn't like the fact of being
11  threatened, and I felt it was inappropriate because she
12  knew, and I'm not assuming this, that I was doing all
13  that I could possibly do.  And from further -- from
14  having gone through what I went through with her, I
15  didn't take what she said lightly.  I didn't take it for
16  granted.  She said she was going to write a DR, she was
17  going to write a DR, and I don't need any more, you
18  know, disciplinary reports on my record, you know,
19  'cause it --
20    Q   Did you get a DR for that?
21    A   No, sir.
22    Q   Do you remember when you said Stephanie called
23  and got you moved to a different dorm?
24    A   Yes, sir.
25    Q   Do you remember when that was that you changed

139

1  dorms?
2    A   Well -- well, I can't remember the exact --
3  the exact date and time.
4    Q   Do you think it was still in February of 2022?
5    A   It was -- it was -- it was either -- I might
6  have been there a couple of weeks.  It might have been
7  in March.  It might have been in the beginning of March.
8    Q   Okay.
9    A   I can't remember how long I was in that dorm
10  after getting out February the 14th.  It wasn't long.  I
11  lasted a couple of weeks with her.  I'll say the end of
12  February, the beginning of March.  And --
13    Q   As a result of those instances of retaliation
14  that you just told me, was there anything that you
15  didn't do as a result of those?
16    A   Was there anything that I didn't do?  Oh, say
17  that again.  Huh?  What?  You --
18    Q   You just explained to me four instances that
19  you claim she retaliated against you?
20    A   Right.
21    Q   Okay.  I'm asking, as a result of those four
22  things, is there anything that you did not do that you
23  otherwise would do?
24    MR. SLATER:  Objection, vague.
25    A   Yeah.  I don't -- I don't know how to -- I

140

1  don't know how to answer that, anything that I didn't
2  do.  That's like saying that I did everything I possibly
3  could do but is there something that I didn't do.  I
4  don't -- I don't understand.  I just did what I thought
5  I was supposed to do -- and -- and -- and -- and
6  reacting to what she did, you know.  That's the best way
7  I can answer it because, you know, her retaliating, I
8  did the best thing that I could do and -- and that was
9  to reach out -- outside, because I didn't even try to
10  talk to her about that situation at all.
11    Q   Understood.  Did you -- did you file all of
12  the grievances that you intended to file?
13    A   No, I did not.
14    Q   Okay.
15    A   Well, I would've did more, but I filed -- I --
16  I filed -- I filed -- I ain't even going to say.  I -- I
17  classified them, but I just filed on what I felt needed
18  to be filed on at the time, like with the dorm movement
19  and her threatening me.  I don't recall filing on that,
20  because my family dealt with it.  I moved out the dorm
21  and I was trying to really avoid her, because there's
22  more to it in that everywhere I saw her, from working in
23  the chow hall, to on the compound, to when I was
24  breathing her DR, she constantly made eye contact with
25  me, like, "Yeah, uh."  And then she waited 'til the last

141

1  minute, because I made a mistake on my grievances and
2  put three excerpts on there instead of two, that the
3  rule -- that the rule says no more than two, and I put
4  three.  And they threw my grievance out on the
5  technical.  And she knew the same day that my appeal
6  was, because they sent it back to me late.  They say,
7  "Oh, this is in non-compliance," which I knew they would
8  do anyway.  And she was like, "Yeah, yeah, yeah, yeah,
9  yeah."  She was just antagonizing.  So I knew that she
10  had -- she was getting inside information on me, so I
11  kind of stayed away from her.  I basically was trying to
12  get away from Suwannee, like altogether at that time.
13  Like I don't even know how to really explain it no more,
14  but I was, I was being targeted.  And her, especially
15  being a female guard in the prison system, you got to be
16  careful.  You don't want to get into it with the
17  females.  No disrespect towards you, ma'am, I'm just
18  saying you don't want to get into it with the females in
19  the prison system, because it gets serious, very
20  serious.  They protect them, they're life.  So try to be
21  -- you know, I didn't write every little -- I was
22  focused on my medical issues and --
23    Q   All right.  I don't mean to cut you off, but
24  we are going to get short on time and I want to stick to
25  the questions that I've asked.  Did you -- did you file



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

142

1 the grievance, a grievance, related to the ICT incident,
2 the ICT call out DR?
3    A   Yes, sir.
4    Q   Okay.  Did you challenge that DR?
5    A   Yes, sir.
6    Q   Okay.  With the tablet issue, did you file a
7 grievance on that?
8    A   No, sir, because I didn't know about the
9 tablet until I got out of confinement, because I never
10 got a property slip indicating that the tablet was
11 missing.  I didn't know until I got out and I -- Johnson
12 was like, "I got your tablet."  I'm like, "How you get
13 my tablet?"  He's like, "Sarge gave it to me.  She's
14 like, here, this is, this is your homeboy's tablet.
15 This is your homeboy's tablet here.  I know you with
16 him," or something she said, she told him when she gave
17 it to him.
18    Q   Okay.  When you returned --
19    A   Because it was in the dorm.
20    Q   When you returned to the dorm and got your
21 tablet back, did you file a grievance?
22    A   No, sir.
23    Q   The third incident we discussed was when she
24 pushed you to medical in the wheelchair, and I guess you
25 said she broke your watch and called -- you said a squad

143

1 was called?
2    A   Yes.
3    Q   Okay.  Did you file a grievance about that
4 incident?
5    A   I can't recall exactly what I put all in the
6 grievance, but I filed a grievance on -- on the whole
7 incident of me going to -- of me not being able to walk,
8 me receiving a DR from her for not being able to walk.  I
9 can't remember exactly what was in that grievance, but I
10 filed a grievance.  I don't know exactly what I said.  I
11 don't even think I put the incident, this stuff about
12 the watch in there.  I don't even -- I can't recall, but
13 I know I did an appeal on that DR.  I led the appeal all
14 the way to Tallahassee.  I know for a fact I did that.
15    Q   Okay.  And then towards the end where you said
16 once you returned from the infirmary in February or
17 March, early March of 2022, you were just trying to get
18 out of her dorm.  And so did you file a grievance then
19 in addition to your family calling?
20    A   No, sir.  Immediately when she made the threat
21 writing the DR, I immediately -- I mean, it was
22 literally from the time she said, "I'm going to write
23 you a DR," to the time I moved out of that dorm was
24 maybe one hour.  I called Stephanie immediately.  She
25 called up there immediately, and they got me out of that

144

1 dorm immediately.  Immediately moved me to another dorm.
2 They was so fast, it surprised me.  I got away from her
3 immediately, and I didn't feel the need to write the VR
4 at that time, because to be honest with you, my family
5 had really got tired of me calling them and complaining
6 to them.  And they -- because they're working, and they
7 got to take time off.  Stephanie, you know, she's busy.
8 She's a -- she's a paralegal manager at a law firm.  She
9 -- she's busy, so she has to take time out of her
10 schedule to try to call up there and complain about
11 things.  She's getting on me, like, "What are you doing
12 to -- to make them keep coming at you?"  Like, I'm being
13 accused and I'm having difficulties, but it just became
14 a problem.  So I stopped writing the grievances kind of
15 because of that, too.  So this became an issue.  It just
16 -- I was -- that's about it.  I just wanted to get out
17 of that dorm.
18    Q   Okay.  We're still talking about Richardson-
19 Graham in the First Amendment retaliation claim that
20 you're bringing.  In your complaint, it's paragraph 111,
21 mentioned, "The retaliatory life-threatening measures
22 are such as would deter a person of ordinary firmness
23 from exercising protected speech and seeking redress."
24 Did Richardson-Graham do anything that was life
25 threatening to you?

145

1    A   Her -- I'm going to answer that like this,
2 because this is what comes in my mind.  Her -- me and
3 her having issues with each other caused by her -- her
4 actions caused a ripple effect and put my life in
5 jeopardy to the point to where, when she took me to
6 confinement and said whatever she said to her fellow
7 officers, they retaliated on me, too.  She sent the
8 wolves out on me.  So that became an issue with whether
9 they were harassing me in confinement.  It didn't only
10 stop at her.  It stopped with her -- with the influence
11 that she had, put my life in jeopardy.
12    Q   What other Department of Corrections officers
13 retaliated against you?
14    A   Sergeant Robinson.
15    Q   Do you -- was -- do you know their full names?
16    A   No, sir.
17    Q   Okay.  Sergeant Robinson.  Anyone else?
18    A   I don't have their names, but there's
19 grievances in there that have names on them from
20 confinement for my treatment and confinement, from the
21 three showers in 27 days to the crawling on the floor to
22 the -- everything that came after that, as far as
23 security was concerned, was on account of Sergeant
24 Richardson.  Was a -- and how do I know that?  Because I
25 saw her speaking to them, and that's what happened.  They



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

146

1  -- they treated me harshly because of this situation
2  with her, the grievances on her.
3      Q   Okay.  You said you saw Richardson-Graham
4  talking to other officers?
5      A   Yes, I saw Robinson, yes.
6      Q   Did you hear their conversations?
7      A   No, sir.
8      Q   Okay.  Just so we can stay with Richardson-
9  Graham, my -- I -- I'd like to discuss your fifth count,
10  which is abuse or neglect of a vulnerable adult.  And
11  that's against Richardson-Graham, but also Dr. Figueroa,
12  and then Howell, Abbott, Knaus, and Holmes.  I'm only
13  interested in Richardson-Graham.  Okay.  In your
14  complaint, it talks about wounds that you were seen in
15  the infirmary for, around -- in February of 2022?
16      A   Yes, sir.
17      Q   Okay.  And then you claim that those wounds
18  were due to the failures of Richardson-Graham, among the
19  other defendants.  As to Richardson-Graham, what did she
20  do to cause your wounds?
21      MR. SLATER:  Objection, mischaracterizes the
22  complaint.  You can answer.
23      A   You know, I said I hurt my back, and my neck,
24  and my hip.  And right now I'm still going through
25  problems with my hip, my back, and my neck.  Those --

147

1  those wounds are still present.  Oh, that was a spot --
2  no.  Excuse me.
3      NURSE:  What, 3:30 you're available?
4      THE WITNESS:  If that's what you want to do.
5      NURSE:  Okay.
6      MR. BUCHAN:  Let's go off the record for a
7  second.
8      COURT REPORTER:  All right.  The time is
9  approximately 2:50 p.m.  We're off record.
10      (OFF THE RECORD)
11      COURT REPORTER:  All right, we're back on the
12  record for the deposition of Elmer Williams, being
13  conducted by videoconference.  Today is January 11,
14  2023.  The time is approximately 3:01 p.m., and my
15  name is Amanda Bates.
16      BY MR. BUCHAN:
17      Q   And Mr. Williams, I'm picking up in our
18  conversation about the claim you're bringing against
19  Sergeant Richardson-Graham for the abuse or neglect of a
20  vulnerable adult.  In the complaint, it's paragraph 149,
21  you claim that Richardson-Graham assumed the
22  responsibility for a caregiver relationship involving
23  the regular and frequent care of a -- of Plaintiff by
24  virtue of her status as an employee of FDC.  What type
25  of care are you claiming she was supposed to give you?

148

1      A   She wasn't supposed to give me care, but the
2  cause of her had -- had I not gone to have -- had I --
3  let me say it like this.  I'm trying to say the word.  I
4  know what I want to say --
5      MR. SLATER:  And I'm going to object to the
6  extent of calls for a legal conclusion but continue,
7  Mr. Williams.
8      A   Yeah.  Because me going to confinement and all
9  of that, causing me to crawl around the floor back there
10  to obtain these wounds and all that, was a direct, you
11  know, ripple effect from her having me locked up for
12  nothing and retaliating on me.  And --
13      BY MR. BUCHAN:
14      Q   And so our discussion, I'm not -- I think
15  we've discussed the retaliation.  I'm talking about what
16  you're claiming she abused or neglected you, what you're
17  claiming those, I guess, instances were and --
18      A   Abuse and neglect?  I used those words?  I
19  don't remember saying that she abused or neglected me.  I
20  don't know.  That must be coming from some legal term or
21  something, because I -- I wouldn't say she actually
22  abused me, because only one time she physically touched
23  me by snatching my watch off.  That was the only abuse.
24  But she antagonized me verbally, and -- and you know,
25  writing the DR, and threatening me and things of that

149

1  nature.  She affected me more psychologically.  She
2  abused me psychologically.
3      Q   Okay.  And in your complaint, I'm in paragraph
4  153, you allege that she acted in a way that caused or
5  was likely to cause significant impairment to your
6  physical, mental, and emotional health.  I believe we've
7  discussed the physical.  You just mentioned more
8  psychological or mental impairment.  Have you seen any
9  therapists or mental health professionals?
10      A   Yes.
11      Q   Okay.  Did you see them in or outside of the
12  Department of Corrections?
13      A   Inside.
14      Q   Okay.  When was that?
15      A   That was while I was at Suwannee.  I don't
16  remember the exact day I saw them.  I was at Suwannee.
17      Q   And what types of mental or emotional problems
18  are you claiming were caused by Sergeant Richardson-
19  Graham?
20      A   What kind -- what kind of emotion cause
21  depression.
22      Q   Okay.  Have you been diagnosed with
23  depression?
24      A   Yes.
25      Q   Okay.  Do you know what --



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Andrew Elmer Winchester 11/27/2023                    Page 150

150

1   A   Yes.
2   Q   -- which physician diagnosed you with
3   depression?
4   A   I have no idea.
5   Q   Do you know when you were diagnosed with
6   depression?
7   A   I have no idea.  I don't remember.
8   Q   Do you know roughly for how long you've been
9   diagnosed with depression?  I mean, any --
10  A   It's been a while.  It's been a while.
11  Q   Has it been more than --
12  A   It's been a while.
13  Q   Has it been more than one year?
14  A   Yeah, it's probably been 20 years.  You know,
15  I'm -- I'm -- I'm a very -- I easily get depressed, but
16  I'm not -- there's things that have to trigger it.  I
17  don't walk around depressed.  I don't take medications
18  and all that stuff that I'm just -- I can get very
19  depressed, like I am now.  I get very depressed.
20  Q   Okay.  Since your release from the Department
21  of Corrections, have you followed up with any mental
22  health professionals?
23  A   No, sir.  I haven't been outside the hospital
24  yet.  And I got released on October 31st, and I've been
25  in the hospital since.  I haven't had air or opportunity

151

1   to seek, but I am going to seek professional help for my
2   psychological issues.  I have a whole bunch of
3   psychological issues; it's just I haven't seen anybody
4   that can help me deal with them.
5   Q   What psychological issues are you claiming
6   were caused by Sergeant Richardson-Graham?
7   A   She -- she traumatized me while I was at
8   Suwannee.  I was in -- I was in fear for my life in
9   retaliation from the other officers from on account of
10  me and her.  Us -- me grieving her and me filing a
11  complaint on her, I felt like I was -- I was a target,
12  myself.
13  Q   My last question regarding this.  In your
14  complaint, paragraph 157, you claim that Richardson-
15  Graham sadistically withheld necessities, including
16  food, clothing, shelter, and medicine.  Can you -- I'd
17  like to, I guess, know more about that.  When did
18  Richardson-Graham withhold food from you?
19  A   Well, I don't know.  I don't know.  You
20  getting some -- I -- I don't know, food, shelter, and
21  all that.  I don't know what that is.
22  Q   Well, I can just ask you today, did Sergeant
23  Richardson-Graham ever withhold food from you?
24  A   No, sir.  But I -- I wasn't able to go and eat
25  without assistance from a wheelchair.  But no, she

152

1   didn't personally deprive me of food.  That's not her
2   job.
3   Q   Okay.  What about clothing?
4   A   Yeah.
5   Q   Yeah, did Sergeant Richardson-Graham ever
6   withhold clothing from you?
7   A   No, sir.
8   Q   What about shelter?
9   A   No, sir.
10  Q   Okay.  And lastly, medicine, did she ever
11  withhold medicine from you?
12  A   No, sir.
13  Q   Okay.  Let me move over to a different claim.
14  Your third count, you are suing the secretary, Ricky
15  Dixon.  And let me pull that up on my end.  So this is -
16  - I want to touch on something you had, it seems it was
17  briefly mentioned.  So this is an ADA violation claim
18  against the secretary.  At DOC, did you have, I guess,
19  ADA status?
20  A   Towards the end, yeah.
21  Q   Okay.  So when you initially arrived at
22  Suwannee, you were not classified as an ADA inmate, in
23  November of 2021?
24  A   No, sir.
25  Q   Okay.  Do you know the date that you obtained

153

1   ADA status?
2   A   No, sir.
3   Q   All right.  You said it was towards the end.
4   Do you -- do you know, was it still while you were at
5   Suwannee?
6   A   Yes, they told me that.  However, I have --
7   I'm compare to answer that like this.  By the time I was
8   ADA towards the end, I could no longer -- I was no
9   longer able to go to ADA meetings.  I was incapacitated,
10  so I never participated.  It was too late.  Nurse Cannon
11  would tell me that she was coming to see me, and she
12  never came.  So officially, I just was actually assuming
13  that I was ADA at the end, because they had me on the
14  list.  But I never had an official appointment, and them
15  telling me, "Hey, you're -- you're ADA."  It's like I
16  was talking with the counselor earlier, they just --
17  they're making referrals.  And they're doing this, but I
18  never signed anything.  So to actually say, yeah, I'm --
19  I'm ADA, I don't -- I don't even know.  But by the time
20  they started putting me on the call outs for ADA, it was
21  too late.  I never went.
22  Q   Okay.  While you were at the department, was
23  there any, I guess, any types of services, programs,
24  activities, any -- anything of that nature that was
25  provided to inmates that you're claiming you were



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

154

1 excluded from?
2     A    Yes, sir.
3         MR. SLATER:  Calls for -- calls for a legal
4 conclusion.
5     Q    Okay.  And you said, "Yes."  What -- of those
6 things, what were you excluded from?
7     A    The meetings.  I don't even know what it was
8 about, but they was telling me, "Hey, they got a ADA
9 meeting.  Your name's on the list.  You're welcome to
10 go."  And they would call or whatever.  I told them I
11 had an appointment.  They'd say, "Well, she's -- Nurse
12 Cannon say that she's coming to see you after the
13 meeting's over with to give you whatever."  And she
14 never came.  So I was never permitted to be a part of
15 ADA.
16         MR. BUCHAN:  And we can take a moment.
17         COURT REPORTER:  You want me to go off record?
18         THE WITNESS:  Yes.
19         COURT REPORTER:  Okay.  The time's
20 approximately 3:14 p.m., and we're off record.
21         (OFF THE RECORD)
22         COURT REPORTER:  All right.  We're back on the
23 record for the deposition of Elmer Williams being
24 conducted by video conference.  Today is January 11,
25 2023.  The time is approximately 3:16 p.m., and my

155

1     name is Amanda Bates.
2         BY MR. BUCHAN:
3     Q    All right.  Mr. Williams, how often were those
4 ADA meetings held?
5     A    Every week.  Every week.
6     Q    Can you briefly explain to me what those were
7 for, like what was done at the meetings?
8     A    Okay.  Now, we going to go on to something
9 else.  But when they do butt checks, meaning you got
10 a butt check to prevent butt sores like I got.  So my
11 butt sores come from me being deprived ADA and going and
12 getting butt checks.  That's how the butt checks --
13 that's how my butt got like it is, from not going to get
14 the butt checked every week, from being wheelchair bound
15 and being in a wheelchair.  Those meetings consist of
16 that and talking about medical issues that you have and
17 issues that you have pertaining to your -- your -- your
18 -- your issues, if you're in a wheelchair, if you got to
19 walker, if you got a breathing machine, if you got pad -
20 - a key lock or whatever.  You deal with your issue is
21 at the ADA meetings.  So because and I couldn't -- I
22 couldn't go.  It was no use, because I was restricted
23 from -- they didn't want me in a wheelchair.  I had to
24 stay off of my -- off of my buttocks, so it can get air
25 and -- and heal up.  So I didn't go to those meetings,

156

1 sir.
2     Q    Would you have only been going to those
3 meetings after you had, I guess, gotten ADA status?
4     A    That's the only time you can go.  You can't go
5 to those meetings unless you're ADA status.
6     Q    All right.  And that -- that's all I'm asking.
7 Did you --
8     A    Yes, sir.
9     Q    And we already -- I just want to be sure I'm
10 clear of your answer.  We talked about, you were not ADA
11 status at the start of when you joined Suwannee, and
12 you're not sure of the time frame when you may have
13 gotten ADA status; is that right?
14     A    Yes, sir.
15     Q    Okay.  You mentioned that your name was on a
16 list to go to the ADA meetings though, at some point?
17     A    The call out.  They called it a call out.
18     Q    Okay.  Can you explain what that is for me?
19     A    It's an institutional -- they pull out a list
20 every day for in the evening time, like disabled
21 identity, they making the call outs now at this time for
22 tomorrow morning, for people to go to medical ADA
23 appointments, classification.  They make the call out up
24 the day before.  So I guess they had an ADA call out,
25 and they had the list of names on there.  My name was on

157

1 there.  I didn't see my name on the list, but the
2 infirmary, the nurse told me that I had a ADA -- that
3 ADA was having a meeting or whatever at 9:00, and my
4 name was on it.  And she was telling the orderlies, who
5 would pick me up out of bed and put me in a wheelchair,
6 to go to the meeting, you know, to whatever where I
7 could go, I could go.  And at the time, I was on IVs and
8 stuff.  I could -- I couldn't go.  I wasn't able to go,
9 so -- and I didn't see a list, but they told me that I
10 was on the list to call out.  And that's how the call
11 outs go, you get on that the day before.
12     Q    Okay.  Did the orderlies take you to any of
13 those meetings?
14     A    No, sir.  They -- they -- they -- they didn't
15 want me getting in the wheelchair.  They told Nurse
16 Cannon my condition, who's the ADA coordinator or
17 whatever she is, and coordinates me.  They told her my
18 condition, and she told them that after the meeting was
19 over with, that whatever they had going on in there,
20 that she would come and discuss that with me to make me
21 a part of whatever or whatever, do butt check or
22 whatever.  But she never came, not one time and
23 initiated anything about, "Hey, you're ADA.  You missed
24 the meeting.  You -- we coming to your side."  She never
25 once came to me and --



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Zachary Zimmer w/ Document 171-172025  Page 158 - Page 161

158

1    Q   All right.  So due to your health, you were
2  unable to physically attend the meetings; is that
3  correct?
4    A   They didn't -- they didn't want me to.  I
5  could have, because could is saying it's possible.  But
6  they didn't want me getting in the -- in the wheelchair
7  at that time right there, because of -- for whatever
8  reason, because of my butt sore was so severe by that
9  time or whatever.  I don't know what their reason, I
10  can't speak for them.  But I know that the nurse, Nurse
11  -- I remember her name, Nurse Hancock, said, "You don't
12  have to go, Williams, they're coming over here."  So
13  they didn't even leave it up to me.  They didn't give me
14  an explanation of why, and they never came.  There's
15  nowhere in the records where I sign anything, because
16  you got to sign in at these meetings also.  They got a
17  sign in sheet.  There's nowhere saying that I
18  participated in any of those meeting.  I can't even tell
19  you.  But I know what they know about, because I was
20  speaking with the guys who had come from the meeting.
21  But that would be -- that's just -- that's neither here
22  nor there.  That doesn't help me.
23    Q   Okay.  Okay.  In your questions with Mr.
24  Hanson, you mentioned a time where I guess a Lieutenant
25  Hale provided you with a wheelchair?

159

1    A   Yes, sir.
2    Q   Okay.  Do you remember when that was?
3    A   I can't -- I can't remember exactly when it
4  was.  And to clarify that, I wasn't there when he left
5  the dorm, and he left.  I don't know who he spoke to at
6  medical.  I don't know what kind of paperwork he signed.
7  I don't know who he saw when he went over there.  I
8  don't know if he even got the -- the thing from -- got
9  the wheelchair from medical.  I don't know.
10    Q   Okay.
11    A   I know what he told me when he got back with
12  me in his conversation.
13    Q   Right.  My only -- my only question is when
14  did he provide you with a wheelchair?
15    A   Yeah.  I don't know exactly when it was.  I
16  was in -- I was in J dorm then.  It was sometime between
17  -- it wasn't over there, and -- and it was sometime
18  between March -- somewhere -- sometime around April or
19  May, somewhere around there.  Because I had already -- I
20  got out of medical the 14th.  A lot of times, they went
21  over there to N Dorm, and I got moved.  I was there a
22  couple of weeks, so March.  So I guess it was around
23  March or April sometime.
24    Q   Okay.  All right.  Throughout your lawsuit, it
25  mentions that the department failed to provide you with

160

1  a wheelchair?
2    A   Yeah.
3    Q   I believe you've already testified the
4  physicians order the wheelchairs?
5    A   Yes.  Five months later.  They ain't going to
6  order the wheelchair.  I got the -- Hale gave me the
7  wheelchair, and supposedly got a 90 day pass.  But
8  there's no indication in that file of them assigning me
9  a wheelchair.  That -- that's not there.  I can't say
10  that they assigned me a wheelchair, because every
11  wheelchair that I was -- that I got or that I was given,
12  didn't come from my contact with medical.  Nurse Cannon
13  hands out the wheelchairs, and there's no -- and you
14  have to sign for a wheelchair.  Like, the wheelchair I
15  got now has my name and my DC number on it.  That is my
16  wheelchair.  I have paperwork for that wheelchair.  I
17  don't have no paperwork for those other wheelchairs.
18  They weren't mine.  They had other inmates' names on
19  them.  So I don't want to sit up here and say that they
20  gave me a chair.  If they did, sir, I have no knowledge
21  of it.  There's no -- like, you're going to get a car,
22  you don't have no paperwork on it.  That's not your car.
23    Q   Okay.
24    A   I -- yes, sir.
25    Q   Is that the clarification then that you used

161

1  wheelchairs, but they were not specifically assigned to
2  you with your name on them?
3    A   Yes.  I was not assigned a wheelchair from
4  medical.  I had to get a wheelchair any -- any way I
5  could get it.  I had to borrow it.  One of the medical
6  orderlies gave me a wheelchair, and he ended up taking
7  that back, come to find out.  Because when I went back
8  to medical, if you want to talk about this wheelchair
9  issue and them giving me the wheelchair that they
10  claiming that they gave me on February the 14th, when I
11  went back to medical in April or May from having an
12  emergency thing and went back in medical, they took the
13  wheelchair from out of my cell saying that that
14  wheelchair -- I wasn't assigned a wheelchair.  So the
15  whole deal with them giving me the wheelchair February
16  14th was not official.  That's why I say a lot of times
17  I'm mumbling on and I'm rambling on, because it always
18  triggers me back to go back to when this was initiated,
19  they say they gave me a wheelchair, February the 14th.
20  Then when we get to May and I'm in medical, I go to
21  sleep.  And I wake up, and my wheelchair's gone.  Now
22  I'm getting into conflicts with the orderlies, saying,
23  "Where's my wheelchair?"  And they're like, "I don't
24  know."  So I asked another orderly, and he's like, "Man,
25  your wheelchair's in the closet over there."  Ms. Holmes



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

162

1  had me get that wheelchair because that wheelchair is --
2  you don't -- you're not assigned a wheelchair.  It's --
3  it's conflicting things all through this -- all through
4  this situation, sir.  That's why there's no
5  documentation in there of when I was given a wheelchair.
6      Q    Give me one moment.  As part of your
7  complaint, you're claiming that -- so Secretary Dixon
8  failed to accommodate your lower extremity numbness.
9  How would you have requested that that be accommodated?
10     A    The first thing that comes to my mind how he
11 deprived me of that is not intervening on the medical or
12 the lack of medical treatment attention that I was
13 getting with my prostate cancer, because had I gotten
14 the treatments that I needed, the Eligard shot, none of
15 this would be happening now.  I wouldn't be in the
16 condition that I'm in right now.  That's what it boils
17 down to.  I went to him because I couldn't get help at
18 the institutional level, so I filed the emergency
19 grievance because I have a life threatening illness that
20 needed immediate medical attention that I didn't get.
21     Q    Okay.  I'm -- and I'm just moving through the
22 complaint.
23     A    Yes, sir.
24     Q    You also claimed that he -- so the department
25 failed to accommodate incontinence of bladder and bowel.

163

1  How did the department do that?
2      A    Because I was -- by not getting the medical
3  treatment that I had, I was forced to -- to lay in feces
4  all day long and urine.  Because like I said before, I
5  had to wait until the lights went out, and we're talking
6  a long time.  They don't go out till 11:00 p.m. at
7  night.  So that's subjecting me to severe health
8  hazards, and that contributed to me not being able to
9  walk and dealing with all my other lower extremities.
10     Q    Okay.  The next thing you claim is that the
11 department intentionally refused to train its employees
12 regarding humane management of physically disabled
13 inmates.  Do you have any knowledge about how FDC trains
14 its employees?
15     A    No, sir.  No, sir.  Not enough.
16     Q    Okay.  And then lastly, you claim the
17 department permitted officers to physically abuse you.
18 Can you tell me when that happened?
19     A    How they physically abused me?  Only abuse
20 that I suffered while I was there when she snatched my
21 watch off, Sergeant Richardson-Graham.  Quite sure she
22 would remember that if you ask her about it.  She
23 snatched my watch off, and there's no other physical
24 abuse that I can recall.
25     Q    Mr. Williams.  I'm moving now, so this is the

164

1  last -- I believe the last claim that I need to talk to
2  you about.  It's your fourth count, so this is -- so
3  violation of 8th Amendment, failure to treat, and this
4  is a claim that you've brought about against Dr.
5  Santiago, Wendy Millette, and Adele Johns.  So I want to
6  move through some of the allegations you've brought
7  against them, and then we should be all set for today.
8      A    Oh, man.
9      Q    So I understand a lot of your grievances and
10 then the appeals were responded to by Johns and
11 Millette; is that correct?
12     A    Yes, sir.
13     Q    Okay.  Have you ever spoken to them directly?
14     A    Never, never.  Just through grievances,
15 backwards and forward.
16     Q    Okay.  And on the responses that you received,
17 some of those have their signatures?
18     A    Yes, sir.
19     Q    Do you know anything about how they arrive at
20 the response that they give you?
21     A    You cut out at the end.  Say do I have any
22 knowledge of how they what?
23     Q    I'm asking you do you know how Millette and
24 Johns arrive at the response that they give you?
25     A    No.

165

1      Q    Okay.  Do you know if they consult with other
2  people?
3      A    I don't.  I assume the investigator is
4  supposed to investigate it, the matter, 'cause how else
5  would they unfound or found the allegations unless they
6  consulted with somebody else.  What --
7      Q    So for example -- and I'm looking -- it's from
8  paragraph 64 of your complaint.  I believe this was an
9  emergency medical grievance that you filed, and you
10 claimed that --
11     A    Yes.
12     Q    -- that Adele Johns informed you in her
13 response that it -- the grievance was being denied, and
14 it was not accepted because it was not a grievance of an
15 emergency nature, okay?  And I would understand that
16 that would've been a grievance response where she signed
17 it.  Do you know what factors she uses to determine
18 whether or not it's granted or denied?
19     A    She didn't tell me that.
20     Q    All right.  In your complaint in paragraph 93,
21 there's an excerpt that was provided.  It's an e-mail
22 between your attorneys and Dr. Kalem Santiago, where
23 they were asking --
24     A    Oh.
25     Q    -- asking for a review of your file, and



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

166

1 there's an excerpt from her where she said that she has
2 reviewed this case, and determined he is receiving
3 adequate care. Did -- have you ever spoken with Dr.
4 Santiago?
5    A   I have no idea who that is.
6    Q   Okay. Then I assume you don't know what her
7 position is with the department?
8    A   Just by what it says on that paper. That's
9 it, and in the response, she just said I was in non-
10 compliance. It wasn't of an emergency nature, which if
11 that wasn't emergency, then I don't know what an
12 emergency is.
13    Q   Okay. And we're --
14    A   I have no clue.
15    Q   -- we're mixing up things. So previously we
16 were talking --
17    A   Oh, yeah.
18    Q   -- about Johns and Millette in that grievance.
19    A   Uh-huh.
20    Q   Okay. Right now I'm only talking about Dr.
21 Santiago.
22    A   Okay. And where is he at? He's in
23 Tallahassee?
24    Q   So I can't answer any questions, but if --
25    A   Oh.

167

1    Q   -- I understand you correctly, you don't know
2 who she is, or her position, or her responsibilities; is
3 that correct?
4    A   Yes, sir. Except what's on that grievance
5 right there. That's it. Whatever you've read, I've --
6 I've read already, so I'm not -- I'm not saying that --
7 I'm just not familiar with that off the top of my head.
8 To know who she is and her position, I'd have to look at
9 what you're looking at as refreshing my memory.
10    Q   Right. The only thing I'm looking at right
11 now is your complaint that cites an e-mail from her.
12 That's it.
13    A   Oh, okay. Oh, okay.
14    MR. SLATER: Why don't we pull it up, Tom, so
15 that he can review it. He's -- he just said he
16 would like his memory refreshed on it.
17    MR. HANSON: I might have it pulled up if you'd
18 like me to share my screen.
19    MR. BUCHAN: If you're ready. I was closing
20 all my windows.
21    MR. HANSON: Yes.
22    BY MR. BUCHAN:
23    Q   So it's -- so Mr. Williams, it's just
24 paragraph 93. It has an excerpt of text from an e-mail
25 from Dr. Santiago. Have you had a chance to review

168

1 that?
2    A   I saw this somewhere. I don't -- I'm not too
3 familiar with it, but I saw somewhere where I'm -- where
4 she holds a temporary medical license called a -- I
5 remember that -- that I think that was from
6 yesterday. Yeah, I -- I see it.
7    Q   Okay. And so, again, all my -- I was just
8 asking you do you know, I guess, who she is?
9    A   No, sir. I'm not familiar with her. No, I --
10 I -- I can't recollect getting anything from her or
11 getting -- no, I'm not familiar with that name.
12    Q   In your grievances where Johns and Millette
13 were denying some of them for procedural reasons, you
14 claim that you were seeking to bypass the grievance
15 procedure. Why was that?
16    MR. SLATER: Objection. Foundation.
17    A   Because I wasn't getting the medical attention
18 that I needed. I needed to get my cancer in remission,
19 and I wasn't getting that. I wasn't being treated for
20 my cancers. That's the best way I can answer that. I
21 got a life-threatening illness resulting in my life
22 being on the line, and I needed immediate medical
23 attention. And I had went through all -- exhausted
24 everything at the institution, so I went further. My
25 next step is to go to Tallahassee, to go to the chief

169

1 medical examiner, to go to them. That's my next step
2 up. I had nowhere else to go. Does that answer your
3 question?
4    Q   Yes. No, I --
5    A   I had no other --
6    MR. SLATER: -- no, I appreciate your response.
7 That -- that's all I have for you.
8    MR. SLATER: You're done with -- you're done
9 with him?
10    MR. BUCHAN: Yes.
11    MR. SLATER: Okay. I'm going to need some
12 redirect, but I don't know if folks want to take a
13 five- minute break, ten-minute break?
14    MR. BUCHAN: Up to you.
15    MR. HANSON: I'm ready to continue if you are.
16    MR. SLATER: All right, Madam Court Reporter,
17 do you need a break?
18    COURT REPORTER: No, I'm good.
19    REDIRECT EXAMINATION
20    BY MR. SLATER:
21    Q   Okay. All right. Let's continue then. Mr.
22 Williams, I'm going to ask you a few questions to kind
23 of go over some of the things that we talked about
24 yesterday and some of the things that you talked about
25 today. I want to start with you had talked -- we had



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

170

1 talked yesterday about when you first saw a urologist
2 while you were incarcerated at Suwannee, and you talked
3 about that today again with Mr. Hanson.  He showed you a
4 document, and I want to pull that up.  Apologies.  Share
5 what I had marked yesterday as Plaintiff's 18.  Can you
6 see what I'm showing you, Mr. Williams?
7     A   Yes, sir.
8     Q   All right.  And I don't recall what the
9 defense exhibit number was off the top of my head, but
10 this is a chronological care consult request form.  Can
11 you see the top, dated April 18, 2022?  Do you see that,
12 Mr. Williams?
13     A   Yes, sir.
14     Q   Under provider name it says Alexis Figueroa,
15 MD.  Do you see that?
16     A   Yes, sir.
17     Q   And I'm going to scroll down.  This is marked
18 Bates -- this is Bates stamped Plaintiff 242 through
19 244, and you know on page 244, it is electronically
20 signed by Dr. Figueroa.  Do you see that?
21     A   Yes, sir.  Yes, sir.
22     Q   Now, Mr. Hanson showed you this document
23 earlier today, and he went through a few portions of it
24 with you.  I'm going to read through the remarks.  It
25 says -- and on page 242, "Plaintiff, a 55 year old

171

1 African-American, AA, African-American male seen -- last
2 seen in 12-20 with history of CA prostate, or cancer
3 prostate, treated with radiation therapy to the prostate
4 and androgen deprivation with a PSA level of 2.2.  PSA
5 on 9-21 was 5.2, and now is 43.  Request to follow up
6 with urologist with bone scan and abdominopelvic CT,
7 urgently."  Do you recall -- do you recall yesterday
8 when we went through a series of medical records that
9 listed an urgent urology referral?  Does that -- does
10 that sound correct, Mr. Williams?
11     A   That's a urology referral, yes.
12     Q   And you had seen a urology referral in several
13 of the documents that we went over yesterday?
14     A   Yes, sir.
15     Q   And that is not the -- and -- I -- and when I
16 -- and when I -- when I -- when I'm talking about these
17 referrals on the medical records, I'm not talking about
18 a separate form you have to sign.  Is that -- do you
19 understand?
20     A   Yes, sir.  That's --
21     Q   I'm talking about what's on the medical
22 records, which are medical records that you are not
23 creating; is that right?
24     A   Yes, sir.
25     Q   And yesterday when we talked about some of the

172

1 medical records, there were some notations in them that
2 you -- that you had disagreed with.  Like for instance,
3 on one of the records it noted that Dr. Figueroa had
4 discussed a treatment with you, and you had -- you had
5 testified that you don't recall, or you don't believe
6 that he had talked about that treatment with you; is
7 that right?
8         MR. HANSON:  Objection.  You may answer.
9     A   Yes, sir.
10        MR. SLATER:  What's the basis, Jacob?
11        MR. HANSON:  I believe it misstates his prior
12 testimony as to your characterization.
13        BY MR. SLATER:
14     Q   Okay.  You can answer, Mr. Williams.
15     A   That's just -- what I'm getting out of what
16 you're saying, that's just a referral.  That doesn't
17 necessarily, you know, mean that that actually took
18 place, that I went and saw a urologist, oncologist,
19 whatever the words in there.  It just said I'm
20 requesting a follow-up with the urologist.  Because
21 that's what I'm trying to get out of what you're asking
22 me.  You're trying to get a clarification on the -- I --
23 I'm -- I'm understanding this document?
24     Q   Yeah, I'm trying to ask you to -- how you
25 understand -- do you understand -- what do you

173

1 understand when you see a urologist's referral, request
2 to follow up with urologists with bone scan and
3 abdominopelvic CT, urgently?  What --
4     A   That's saying --
5     Q   -- what do you understand that to mean?
6     A   -- that's just that they're requesting it.
7 That don't mean that I necessarily saw them at that time
8 because that's --
9     Q   No --
10     A   -- what I was saying, like, well, okay,
11 healthcare --
12     Q   Okay.  And this date -- remember this
13 document's dated April 18, 2022.  I want to look down at
14 the bottom on page 42 still, and it has current
15 medications.
16     A   Uh-huh.
17     Q   Take a -- take a moment to review the
18 medications listed on Plaintiff 242.
19     A   That's what I was looking at.  I see --
20     Q   Do you see Eligard listed as a medication that
21 you're currently taking?
22     A   -- not at all.  Eligard is not in there,
23 Dexapron, my -- my chemo medication's not in there.  I'm
24 -- I'm looking.  That's the first thing I was looking
25 for.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

174

1    Q   I'm looking also where it says on page 243
2 "specialty service, refer to urologist."  Do you see
3 that, Mr. Williams, in the middle of the page?
4    A   Yes, sir.
5    Q   Okay.  And it repeats some of what was in the
6 earlier comments about your age, the last seen 12-20,
7 that's 12, 2020, with history of prostate cancer.  Noting
8 that your PSA was at 0.2.  It had gone up to 55.2, and
9 now is 43.  And then it says, "Seen last on 3- 24-2022."
10 It -- do you believe -- would you -- would you agree
11 with me that the best indication of whether you saw a
12 urologist in one of these months would be records from
13 your urologist stating that you had seen him?
14    A   Yes.
15    Q   Is it possible that seen last on 3-24-2022
16 could refer to being seen by Dr. Figueroa, or another
17 doctor at Suwannee, or another medical professional at
18 Suwannee?
19       MR. HANSON:  Objection, calls for --
20    A   After that --
21       MR. HANSON:  -- speculation.  You can answer,
22 Mr. Williams.
23    A   -- no, it -- but it says right here,
24 "Specialty service: refer to urologist."  It's saying
25 what it is.  This is just another reference.  This

175

1 doesn't say I was seen last by the urologist.  That's
2 how I'm understand.
3       Say, "Specialty service: refer to urologist."
4 That's the request.
5       BY MR. SLATER:
6    Q   Yep.
7    A   I'm reading along --
8    Q   And I'm looking here at the bottom, Mr.
9 Williams, of Page PL 243 again, at the very bottom,
10 it has your EOS, or I assume that means end of sentence.
11    A   -- yeah.
12    Q   Date, 2035.  And right above that, it says,
13 "OR provisional diagnosis: metastatic disease."  Do you
14 know what that would mean?
15    A   Yes.
16    Q   What does that mean?
17    A   That means that my cancer is -- is out of
18 control.  Those are my words.
19    Q   Out of control meaning that it's spread beyond
20 your prostate?
21    A   It's -- it's spread beyond my prostate.  It's
22 out of control.
23       MR. HANSON:  Objection to the lay opinion.
24    Q   I want to now show you a new exhibit, what
25 I've marked as Plaintiff's 20.  This is, again, another

176

1 consult request from Suwannee CI.  I've Bates stamped it
2 Plaintiff 249 through 250.  It's in the documents that
3 we previously provided to defense counsel prior to the
4 deposition, but I've marked it to follow the sequence of
5 the documents that I've introduced at your deposition,
6 and it's dated 6-25-2022.  Do you see that, Mr.
7 Williams?
8       (EXHIBIT 20 MARKED FOR IDENTIFICATION)
9    A   Yes, sir.
10    Q   Okay.  And do you see the provider name on the
11 -- on the first page, which is Plaintiff 249.  It's
12 listed as Dr. Figueroa?
13    A   Yes, sir.
14    Q   And you can see that on page 250, the second
15 and final page of this document, it is signed by Dr.
16 Figueroa on June 25, 2022.
17    A   Yes, sir.
18    Q   And you see -- I'm going back to page 249.
19 It's called the chronology -- chronological record of
20 healthcare.  Do you see that, Mr. Williams, up at the
21 top?
22    A   Yes, sir.
23    Q   Okay.  And I'm looking now at the current
24 medications on the bottom of page 249.  Do you see --
25 I'm going to highlight it where it lists Eligard, 30

177

1 milligrams.
2    A   Eligard.
3    Q   Is that your -- was that the -- was that the
4 cancer medication that you referenced yesterday that Dr.
5 Miquel was providing to you prior to your transfer to
6 Suwannee Correctional?
7    A   Yes.
8    Q   I'm going to look now -- I'm on page 250 now,
9 and it says under history of present illness, do you see
10 that towards the top, Mr. Williams?
11    A   Yes.
12    Q   And it says, "Mr. William -- Mr. Williams is a
13 -- is a 55 year old Black male with a history of
14 prostate cancer treated with androgen deprivation and
15 radiation therapy with a good response in the past by
16 Dr. Miquel.  Is it -- is Dr. Miquel your urologist, Mr.
17 Williams?
18    A   Yes, sir.  Yes, sir.
19    Q   "Patient was seen on May 16, 2022, with
20 recommendations to start Eligard 30 milligram SC Q four
21 months and Casodex 50 milligram PO QD times one year."
22 Do you see that?
23    A   Yes, sir.
24    Q   And then it says, "Seen once again on June 16,
25 2022, for a follow-up."  Do you see that?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 3:22-cv-01221-MMH-MCR   Document 181-1   Filed 03/17/25   Page 46 of 103
PageID 2792
Eddie Lamar Williams v. Centurion of Florida, et al. / June 17, 2025

178

```
 1    A    Yes.
 2    Q    And then it says, "Patient is still in the
 3   process of being treated by RAD ONC, or radio
 4   oncologist, and urologist."  And then below that it
 5   says, "Physical findings: it's prostate CA, spinal cord
 6   malignancy, metastatic."  Is it possible that the
 7   notation that you were seen on May of 2022 -- is it
 8   possible that that could have been the first time you'd
 9   seen Dr. Miquel since 2020?
10        MR. HANSON:  Objection.
11    A    Yes, sir.  May, June, July, August, September
12   -
13           -
14    Q    You can -- you can answer, Mr. Williams?
15    A    Yes, I would say that's accurate because I'm
16   adding up Eligard.  May, June, July, August, September.
17   Yeah, September.  Yeah, that's about accurate.  Yeah,
18   around May.
19    Q    You hadn't received any Eligard -- until this
20   recommendation here to start Eligard that's noted on
21   this record, you hadn't received Eligard since before
22   you had gone to Suwannee Correctional Institution; is
23   that correct?
24    A    Yes, sir.  Correct.
25    Q    I want to show you now what I've marked as
```

179

```
 1   Plaintiff's 21.  I've Bates stamped it as PL 251, and
 2   this was again provided -- in the documents provided to
 3   counsel prior to the deposition.  And this, again --
 4   this is dated, if you're looking at the topic, it's just
 5   one page, May 9, 2022.  It says Florida nurse visit, and
 6   it has the provider as LPN Jessee Morris.  And you had
 7   gone through a document earlier today with Mr. Hanson
 8   that had a note IMP to RMC.  What is your understanding
 9   of IMP to RMC.  What would that mean for urology
10   appointment?
11        (EXHIBIT 21 MARKED FOR IDENTIFICATION)
12    A    I don't know what -- RMC, I know RMC for
13   urology appointment.  I don't know what IMP.  Inmate may
14   --
15    Q    Well, could -- is it possible that this was to
16   note that you were transferred to RMC for a urology
17   appointment?  It's okay if you don't -- if you don't
18   know.
19    A    I mean, because I know who -- I know who the
20   LPN and all.  He's just -- he's just a nurse, so that's
21   just a -- sometimes it doesn't say what it is --
22   Chronological Record of Health Care, and I said no.  I
23   guess I was transferred there to go for my appointment
24   by August 5th.
25    Q    But it's possible that if you were transferred
```

180

```
 1   to RMC, that you may have had to wait there for a period
 2   of time before seeing your urologist?  Is that possible?
 3    A    Well, it's a day -- day trip.  They call it a
 4   day trip.
 5    Q    Okay.
 6    A    Does that help?  You don't go over there, just
 7   --
 8    Q    I just need you to -- yeah, just answer to the
 9   best of your knowledge, but if you don't know, that's
10   fine.
11    A    Yes, sir.  Yes, sir.  It's just a day trip.
12    Q    Okay.  Stop sharing that.  I want to talk to
13   you about the claims.  Counsel today talked about your
14   1st Amendment retaliation claims against some of the
15   staff, the medical staff, and Richardson-Graham.  Did
16   Nurse Howell ever -- when you came to see him for a
17   medical consultation, did he ever threaten you with
18   confinement?
19    A    Yes.
20    Q    Can you talk to me a little bit about that?
21    A    Yes.  The incident went -- when I was pressing
22   the issue about getting the wheelchair.  Told me it's
23   not going to happen.  I'm not getting any walking aids.
24   The only thing I can do is -- next step is confinement.
25   That's what he said.
```

181

```
 1    Q    I'm sorry, could you repeat that?  I didn't --
 2   I didn't hear what you said.
 3    A    No, I said the incident where he gave me --
 4   when he gave me the shot, and we exchanged words, and he
 5   told me to hold onto the wall, to get back to the lobby
 6   or whatever, to get out his presence.  He said, "You can
 7   -- you can leave, or you can go to confinement."  He
 8   threatened me with confinement.  I could either stop
 9   talking, get out of his presence, or I'm going to
10   confinement.
11    Q    Had you ever been threatened -- pardon me.
12   Were you threatened with confinement after that?
13    A    No, sir.
14    Q    What about by Sergeant Richardson?  You stated
15   that you were -- you were -- I believe you stated that
16   you were threatened by -- with her -- threatened with
17   confinement by her after you were released for serving
18   time for your disciplinary report; is that right?
19    A    But I mean, with -- with a DR.
20    Q    You talked about --
21    A    Yeah.
22    Q    Right.  One of the consequences of a DR could
23   be confinement or could be something else; is that
24   right?
25    A    Most definitely.  Most definitely.  Yes, sir.
```



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

182

1    Q   Like the loss of privileges or the loss of
2  game time?
3    A   Uh-huh.  Yes, sir.
4    Q   So a threat with a DR could be confinement,
5  but something else, understood.
6    A   Definitely.
7    Q   I want to talk to you a little bit about -- I
8  want to pull back up what was previously marked as
9  Plaintiff's Composite 17.  These are pictures that were
10  taken of you in October of 2022, and I have up what's
11  marked as Plaintiff's 156.  Do you see that, Mr.
12  Williams?
13    A   Yes, sir.
14    Q   And that's -- those are the wounds that were
15  in your buttocks, your left and right butt cheeks?
16    A   Yes, sir.
17    Q   Now I'm going to leave this up for a moment.
18  You told me that while after -- at some point after you
19  were in the infirmary in February of 2022, I think you
20  testified today, that you had asked for wound care
21  passes, and you were denied wound care passes; is that
22  right?
23    A   Yes, sir.
24    Q   And you were treated -- I'm going to pull up
25  now -- one second.  I'm going to pull up now what was

183

1  previously marked as Composite Exhibit 11, a photograph
2  taken of your ankles from January 2022.
3    A   Yeah.
4    Q   Just bear with me for a second.
5    A   Yeah.
6    Q   Can you see the picture that we talked about
7  yesterday?
8    A   Yes, sir.
9    Q   It's titled IMG20220105_18730.  Do you see
10  that?
11    A   Yes, sir.
12    Q   And, this is -- this -- I think we said
13  yesterday, but this is this a fair and accurate
14  depiction of what your ankle looked like in January of
15  2022?
16    A   Yes, sir.
17    Q   So this would be a fair and accurate depiction
18  of what your injury -- what your wound on your ankle
19  looked like while you were in the infirmary in January
20  of 2022; is that right?
21    A   Yes, sir.
22    Q   Were these wounds bandaged in January of 2022?
23    A   I assume, yeah.  If I was in medical, they
24  would have been bandaged.
25    Q   What about after you were in medical when you

184

1  were released back to your dorm?  Were they bandaged
2  while you were in your dorm?
3    A   Periodically.
4    Q   Daily?
5    A   There was no home care there, so I had a --
6  sometimes they were, sometimes they weren't.  They
7  weren't.
8    Q   But, you had testified earlier today that you
9  were -- you had asked for wound care passes and you were
10  denied them; is that right?
11    A   Yes.
12      MR. HANSON:  Objection.
13    Q   Who denied you wound care passes while you
14  were at Suwannee?
15    A   The medical -- the medical department.  The
16  Nurse Howell and the nurses I was seeing for sick call.
17    Q   Would you agree with me that when looking at
18  what you had written in a grievance in, let's say,
19  December of 2021 versus your recollection now, that the
20  grievance would be the better evidence of what happened
21  at the time?
22    A   Yes, of course.
23    Q   It would be closer in time to the events that
24  happened; is that right?
25    A   Yes, sir.

185

1    Q   I want to talk a little bit.  You testified
2  earlier about grievances you had filed and that you
3  hadn't filed all the grievances that you wanted to file,
4  and Mr. Buchan asked you about whether you had filed a
5  grievance against Defendant Richardson-Graham relating
6  to the confiscation of your tablet.  Were you -- my
7  understanding of your testimony was that the tablet was
8  taken from you while you were in confinement; is that
9  right?
10    A   Not while I was in confinement.  While -- the
11  tablet was left back in the control room where the
12  charging station -- they have a special charging station
13  for the tablet.  So when Sergeant Richardson went
14  through the tablets to pass the tablets out after being
15  charged, she saw my name, of course, but she had already
16  took me to confinement.  And instead of her sending it
17  to property where my other property was, she gave it to
18  one -- one of the inmates in the dorm.
19    Q   By the time -- by the time you had gotten out
20  of confinement, did you have -- did you have time to
21  grieve that issue?  Would it have been too late to
22  grieve the loss of your tablet?
23    A   Yes.  Yes.
24    Q   You had talked about some of the abuse that
25  Defendant Richardson-Graham had caused to you.  Would it



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Elnora Elmer Williams - 12/14/2023   Page 186

186

1  be fair to say that your wounds would be one of the
2  abuses that she -- that she caused?
3      A   Yes.
4      Q   How so?
5      A   Because, had I not -- had she not placed me in
6  confinement, I wouldn't have never had to  crawl around
7  on the floor to fend for myself to get my food and to
8  basically get around on the floor while I was in
9  confinement.  I feel like that was the cause of that,
10  that whole thing.
11      Q   I want to show you now -- I'm jumping around a
12  little bit, so I apologize for that.  But, I want to
13  bring back what I had introduced yesterday as -- as
14  Plaintiff's 9, Bates stamped PL94 through 119.  And, at
15  the top, it's titled Sworn Affidavit.
16      A   Yes.
17      Q   Do you see that?  Can you remember we talked
18  about this a little bit yesterday, Mr. Williams?
19      A   Yes, sir.
20      Q   This is an affidavit.  I'm looking at the date
21  on the last page.  It's dated January 5, 2022; is that
22  right?
23      A   Yes, sir.
24      Q   And, at the top, it's noted as a -- you say
25  it's a "Sworn affidavit on the things that have

187

1  transpired with me since my declining health and denial
2  of medical treatments."  Do you see that?
3      A   Yes, sir.
4      Q   And, going through it, I'm just going through
5  it with you right now.  I can see certain dates are
6  underlined in what appears to be chronological order.
7  Would this be a chronological history of the events that
8  happened to you while you were at Suwannee?
9      A   Uh-huh.
10      Q   I'm going to go back up to the top.  And, it
11  says, "On November 18, 2021."  Do you see that, Mr.
12  Williams?
13      A   Yes, sir.
14      Q   All right.  And, halfway through the page, it
15  says, "I was seen by Nurse Jason Howell."  Do you see
16  that, Nurse Jason Howell is underlined?
17      A   Yes, sir.
18      Q   Would this -- would this passage be about your
19  encounter with Nurse Howell as far as you recollect?
20      A   Yes.
21      Q   I'm going to go now -- I'm just going to read
22  a small portion of it.  Starting at the bottom of
23  Plaintiff's 94, it says, "I asked," and then -- and then
24  continue on to the next page, "him if I could get a
25  wheelchair to get around in, and he said, 'Hell, no.' I

188

1  said -- asked, 'Well, how do you expect me to get
2  around?' He said, 'I don't know.  Hold on to the wall or
3  you can go to confinement.' I can't recall the exact
4  date and time of my second medical emergency.  However,
5  my medical file will indicate this information." Do you
6  see where I read that?
7      A   Yes, sir.
8      Q   Today, when you were questioned by defense
9  counsel, you went through the complaint, and you were
10  asked about some portions of the complaint, specifically
11  about when Nurse Howell, as alleged in the complaint,
12  told you that you could hold on to the wall when leaving
13  a medical encounter with him.  And, I believe that was
14  dated November 24, and here in your sworn statement from
15  June -- January of 2021, it's dated November 18, 2021.
16  Would November 18, 2021, be the correct time that Nurse
17  Howell told you that you could hold on to the wall?
18      A   Yes, sir.
19      Q   Great.  I want to talk a little bit now about
20  some of the claims that we've brought.  You would agree
21  that it -- that it's -- that you didn't de -- decide
22  which claims to bring against which defendants on your
23  own; is that right?
24      A   Well, I was told to answer them as they came,
25  as they occurred.

189

1      Q   And the complaint contains some terms that you
2  may or may not be familiar with; is that right?  I --
3  let me -- let me step back.  Mister -- Mr. Buchan asked
4  you a few questions about -- you know, about abuse and
5  neglect, and --
6      A   Oh, oh.
7      Q   -- you had said -- you had stated that those
8  might be legal terms; is that right?
9      A   Yeah.
10      Q   Is that a fair recitation of your testimony?
11      A   Yes.
12      MR. HANSON:  Objection, leading.
13      Q   So I want to talk to you a little bit about
14  some of -- and, let me pull back up the complaint so we
15  can go through it.  Just bear with me for a second.  Can
16  you see where I'm -- where I'm on the bottom of page 34?
17  This is what was marked as Exhibit Plaintiff's 1.  Do
18  you see this Mister -- Mr. Williams?
19      A   Yes.
20      Q   Can you see it's an account titled Abuse or
21  Neglect of a Vulnerable Adult, Section 415.1111 Florida
22  FLA Stat -- Florida Statutes.  Do you see that?
23      A   Yes.
24      Q   And, Mr. Buchan asked you, pointing to
25  paragraph 149 which I have up right now, about the



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

190

1 assumption of the responsibility for a caregiver
2 relationship. Do you know what that means, Mr.
3 Williams?
4   A   Yes.
5   Q   Do you know what that means under the Adult
6 Protective Services Act, which is the count?
7   A   No, I do not.
8   Q   So you have a -- an understanding of what a
9 caregiver means, but maybe perhaps not what it means
10 under a specific statute. Is that -- is that fair?
11   A   Well, I -- -- I -- it's just like care,
12 custody, and control. I don't understand the legal term
13 behind that, but that -- DOC stands on that care,
14 custody, and control.
15   Q   You're already ahead of -- you're already
16 ahead of the game. That's -- but, at any rate, I'm
17 going to go through another section here. Paragraph
18 155, it says, "Defendant's acts and omissions as stated
19 above constitute 'abuse' as that term is defined in
20 Section 415.102(1), Florida Statutes as well as
21 'neglect' as that term is defined in Section 4. -- 4 --
22 415.102(15) Florida Statutes." Do you see that, Mr.
23 Williams?
24   A   Yes, sir.
25   Q   Have you read Section 415.102 of the Florida

191

1 Statutes?
2   A   No, sir.
3   Q   Have you read the definition for abuse or
4 neglect in that -- in those sections of the statute?
5   A   No, sir.
6   Q   I want to talk a little bit about here in
7 paragraph 157, it says, "Defendant's conduct rises to
8 this level because they sadistically withheld
9 necessities, i.e. food, clothing, shelter, and medicine
10 essential to Plaintiff's well-being through their abuse
11 and neglect in connection with Plaintiff's
12 disabilities." Do you see that, Mr. Williams?
13   A   Yes, sir.
14   Q   While you were at Suwannee, did you ever miss
15 chow? Were you ever -- was there ever an instance --
16   A   Now --
17   Q   -- when you were unable to get to the chow
18 hall to eat?
19   A   Plenty of times I was deprived food and
20 medicine.
21   Q   Were there any instances where you weren't
22 able to get up and go to sick call to put in a sick call
23 request?
24   A   Yes, there were.
25   Q   Were there any instances where you had a

192

1 medical issue, and you weren't able to get up and go see
2 someone on the medical staff?
3   A   Yes, sir.
4   Q   Were there any instances where you were not
5 able to wear clean clothing because you had soiled your
6 clothing?
7   A   Yes, sir.
8   Q   Were there any instances where you were not
9 able to shower after you had soiled yourself?
10   A   Yes, sir.
11   Q   Were there any instances where you, generally
12 speaking, were not able to get to the shower to clean
13 yourself?
14   A   Yes, sir.
15   Q   Defendant Richardson-Graham, she knew that you
16 had, at least on one occasion, soiled your clothes. Is
17 that -- is that right?
18   A   Yes, sir.
19   Q   Did Richardson Graham know that you weren't
20 able to get to the shower on one or more occasion?
21   A   She knew my condition. She -- she knew that I
22 couldn't do anything on my own. She witnessed me being
23 picked up in and out of my wheelchair.
24   Q   What about -- what about the medical staff?
25 Did they know, as far as you -- as far as -- as far as

193

1 you can say, that you weren't able to get food on a
2 regular basis?
3     MR. HANSON:  Objection. Outside the scope.
4   A   I don't got time -- I'm fighting it -- I'm
5 about to fall asleep here. I'm sorry.
6   Q   Okay.
7   A   I don't want to --
8   Q   Well, let's -- let me just --
9   A   I don't want to be trying to push --
10   Q   Let me just wrap up -- let me just wrap up one
11 more thought then. Okay, Mr. Williams?
12   A   Okay. I just want to be careful with this
13 stuff --
14   Q   Yeah, no. I appreciate you telling --
15   A   -- you all told me to tell you things --
16   Q   -- me. I do not want you to fall asleep while
17 we're doing this.
18   A   No, you don't -- I don't want to get twisted
19 up in --
20   Q   I want to ask you now about our -- about your
21 ADA claim against the secretary. ADA stands for
22 Americans with Disabilities Act. I'll represent that to
23 you. Have you read the Americans with Disabilities Act,
24 Mr. Williams?
25   A   No, I -- no, I have not.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

194

1    Q   Do you know what -- I'm reading from a section
2   here on -- I'm on page Plaintiff 30, paragraph 125.
3   There's a section of the statute quoted which says that,
4   "No qualified individual with a disability shall, by
5   reason of such disability, be excluded from the
6   participation in or be denied the benefits of the
7   services, programs, or activities of a public entity or
8   be subjected to discrimination by such entity." Have
9   you read the definition of services in the ADA?
10   A   No, sir.
11   Q   What about programs?
12   A   No, sir.
13   Q   What about activities?
14   A   No, sir.
15   Q   Would you -- would you have missed meals if
16  you had been assigned your own wheelchair at Suwannee?
17   A   No, sir.
18   Q   Would you have not -- would you have
19  experienced an episode where you soiled yourself and not
20  been able to wash off if you had been assigned your own
21  wheelchair at Suwannee?
22   A   What was the first one?  Would I have been
23  able to what?
24   Q   If you had soiled yourself --
25   A   Oh.  Uh-huh.

195

1    Q   -- and you were assigned a wheelchair, would
2   you have -- would you have been able to clean yourself?
3   Would you have been able to go to the shower using your
4   wheelchair?
5    A   No, sir.  I can get to the shower, but I
6   couldn't get out of the wheelchair.  I needed total --
7    Q   Great.
8    A   -- assistance.
9    Q   Great.  That's my -- that's my next question.
10  If you were assigned --
11   A   Oh, okay.
12   Q   -- an inmate assistant, would you -- would you
13  have missed any chow?
14   A   No, sir.  All chow --
15   Q   If you were assigned an inmate assistant,
16  would you have -- would you have been able to shower
17  yourself while you were -- mobility impaired?  While you
18  were not able to get up and move around, if you were
19  assigned an inmate assistant, would you have been able
20  to shower yourself?
21   A   Yes.  Yes.  Yes, sir.
22   Q   You had testified that there were instances
23  where you were not able to request -- to make sick call
24  requests or see medical.  If you were assigned a
25  wheelchair and had an inmate assistant, would you have

196

1   been able to submit those requests or to go see medical?
2        MR. HANSON:  Objection.
3        MR. SLATER:  What's the basis?
4        MR. HANSON:  Misstates prior testimony.
5        BY MR. SLATER:
6    Q   Okay.  You may answer, Mr. Williams.
7    A   Ask me one more time, please.  I'm all --
8    Q   If you were not able to get to sick call,
9   would you have been -- if -- would you have been able to
10  get -- make sure if you had an issue that needed to go
11  to make -- if you needed to make a sick call request, if
12  you were assigned your own wheelchair and an inmate
13  assistant, would you have been able to go issue that
14  sick call request?
15   A   Yes.  With assistance, yes, sir.
16   Q   Were you ever issued damp -- diapers while you
17  were at Suwannee?
18   A   Yes, sir.
19   Q   Do you remember when?
20   A   No, sir.
21   Q   Could you give me a rough estimate of when you
22  -- when you would have been officially issued diapers?
23   A   I'll say around February or March.  I'll say
24  around February or March.
25   Q   When you were issued diapers, did you have

197

1   anyone to assist you in getting those diapers on your
2   body, making sure you weren't soiled?
3    A   Yes, sir.  I had one guy helping me
4   periodically.
5    Q   Was that person assigned to you as an inmate
6   assistant?
7    A   No, sir.  He was just somebody that felt sorry
8   for me, I guess.
9        MR. SLATER:  All right.  Let's wrap this up.
10  I'm all done, Mr. Williams.
11       MR. HANSON:  Mr. Slater, I have some recross,
12  just a few questions based on that.  Mr. Williams,
13  if you need to take a short break before we get into
14  that -
15  -
16       THE WITNESS:  Oh, no.  I'm fine to -- no, I got
17  some energy while you-all was gone.  I'm starting to
18  eat something, and my feeling is starting to go up.
19  We can continue a little bit because I woke up a
20  little bit.
21       RECROSS EXAMINATION
22       BY MR. HANSON:
23   Q   Okay.  Mr. Slater was asking you about some
24  documents referencing being seen on March 24, 2022.  Do
25  you recall that?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Andrew Elmer W. Hanson 11-11-2025    Page 198

198

1    A   I don't remember seeing the doctor, no.  I
2  don't remember -- something like -- the document about
3  reference -- about referencing -- oh, okay.
4    Q   Yeah.  This is the document.  It's marked as
5  Defense Exhibit 1, I believe, Plaintiff's 18.
6    A   Yes, sir.  Uh-huh.
7    Q   And, I believe your testimony was, after
8  seeing this document and a few others, that you did not
9  know whether you saw a urologist on March 24, 2022; is
10 that correct?
11   A   I didn't recall the exact date, yes, sir.
12   Q   Okay.  If -- and, I believe your testimony was
13 that the best evidence of whether you saw a urologist on
14 that date would be a urologist report, correct?
15   A   Yes, sir.
16   Q   So if I were to show you a urologist report
17 today that you were seen on March 24, 2022, you wouldn't
18 dispute that you were seen on March 24, 2022, correct?
19   A   I wouldn't.  I -- I -- I wouldn't.  I
20 wouldn't.  June 24th.  That's about right.  About five
21 months after I was there, yeah.  Urologist notes from --
22 I see it.  Can I say -- I well, I don't understand.  I
23 was seen for
24 --
25   Q   Is it just based on this page you can't be

199

1  sure?
2    A   Yes, sir, because I'm looking at -- let's see.
3  Refer to urologist special services, you have
4  highlighted.  And then it goes down.  It says, "Seen
5  last 03-24."  And then it goes down to, "Other pertinent
6  info, supporting documentation needed.  Urologist notes
7  from 3-24-22."  But then, it goes on to provisional
8  diagnosis, metastatic disease.  I'm not going to refute
9  that, but that's -- that's still there.  Go ahead.
10   Q   Okay.
11   A   Okay.
12   Q   And, my question is just the best source of
13 information of whether you saw a urologist on March 24,
14 2022, would be the urologist report from Dr. Miquel; is
15 that correct?
16   A   Yes, sir.
17   Q   Okay.  Mr. Slater also asked you about Nurse
18 Howell threatening you with confinement -- and I'll use
19 the same term, threaten.  I don't know that I would
20 characterize it that way, but that was the question that
21 he asked, if Nurse Howell threatened you with
22 confinement.  Do you recall that?
23   A   Yes, sir.
24   Q   And, you mentioned that that was when Nurse
25 Howell gave you a shot and then told you to hold on to

200

1  the wall as you left medical; is that correct?
2    A   Yes, sir.
3    Q   And, do you recall that happening on November
4  18, 2021?
5    A   Yes.  It had -- that had happened then.  Yes.
6  I'm going to confirm that happened then because it was
7  the 24th I went to confinement.  So yes.  It happened
8  then.  Yes, sir.
9    Q   Okay.  And, I believe we looked at the
10 grievances you wrote against Nurse Howell, and the first
11 grievance you wrote against Nurse Howell was not until
12 November 24, 2021.  Do you recall that?
13   A   Yes.  If that's what the date said on the
14 grievance, then that's what that date it is.  Yes, sir.
15   Q   Okay.  You also talked about being denied a
16 medical pass for wound care by a nurse.  Do you know who
17 is permitted to write medical passes at -- in the
18 Florida Department of Corrections?
19   A   Do I know who can write them?
20   Q   Yes.  That's my question.
21   A   Yes.
22   Q   Who is -- who do you believe is permitted to
23 write medical passes?
24   A   The -- the nurses who -- who -- who was
25 telling me.  I've been given a pass by them.  I have

201

1  passes.  I have some passes.
2    Q   And those passes aren't signed by a clinician?
3    A   Not at all.  I don't have them in here, but I
4  have them.  I have them in my properties.  They're not
5  signed, not all of them, no.  It depends on the kind of
6  pass you get, sir.  You have to be more specific
7  because, when you say pass, it's a general pass.
8        DOCTOR:  Hey.
9        THE WITNESS:  How you doing?
10       DOCTOR:  They brought you here, huh?
11       THE WITNESS:  Yes, sir.  I got an interview
12  with my attorney right now.
13       DOCTOR:  Oh, I tell you what.  I'll leave you
14  to it then.
15       THE WITNESS:  Yeah.  I'm okay.
16       DOCTOR:  Okay.
17       THE WITNESS:  All right, Doc.
18       DOCTOR:  I'll see you tomorrow.
19       THE WITNESS:  Okay.  All right.  Thank you.
20       BY MR. HANSON:
21   Q   I was just trying to use the same -- the same
22  terms Mr. Slater was using.  So I -- a medical pass for
23  wound care, does -- is a nurse able to write a medical
24  pass for wound care if there's not an order for wound
25  care?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1   A   Oh.  I don't know.  I'm not sure of that.
 2   Q   Okay.
 3   A   Yeah.  I'm not sure of that, sir.
 4   Q   You mentioned that you were deprived medicine
 5  when Mr. Slater was talking to you.  When were you
 6  deprived medicine?
 7   A   I was deprived medicine when I first made my
 8  claim that -- when my PSA level first went up because my
 9  PSA level was up.  I needed Eligard to get it back down.
10   Q   Okay.  So by de -- being deprived medicine,
11  you don't mean that you had been prescribed medicine and
12  then the prescribed medicine was being denied to you,
13  correct?
14   A   Correct.
15   Q   So instead, you mean that medicine that you
16  thought should have been prescribed to you was not
17  prescribed.  Is that what you meant by deprived?
18   A   No.  Not -- not -- not -- that was just one
19  instance.  I wasn't -- I wasn't -- again, I was denied
20  medications that, like you said, wasn't prescribed to
21  me, and I was being deprived medications that should
22  have been prescribed to me according to my complaints.
23  Like, the wound care medications.  My ankles weren't
24  being treated.  That's why they were infected.  My
25  buttocks wasn't being treated.  That's why it's
```

```
 1  infected.  I was denied medications and treatments which
 2  resulted in my injuries, with my heels becoming
 3  infected.  My heels becoming infected, my buttocks, my
 4  shin.
 5   Q   So is your complaint against Dr. Figueroa,
 6  Nurse Howell, Nurse Mells (phonetic), Nurse Abbott,
 7  Nurse Holmes, is your complaint against them that they
 8  were not providing you medical treatment?  Is that what
 9  you mean by you were being deprived medicine?
10   A   I -- I don't -- I don't -- I don't -- I don't
11  -- I don't understand that question because there's,
12  like -- you talking about an officer, then you talking
13  about medical staff.  It's, like, two different --
14   Q   I'm sorry.  I'm only talking about the medical
15  stuff.  Not --
16   A   Oh.
17   Q   -- any of the corrections officers.
18   A   Oh, okay.
19   Q   And so is your complaint that the -- is your
20  claim that the medical providers, the doctor and nurses,
21  were depriving you of medical treatment?  Is that what
22  you meant when you testified that you had been deprived
23  medicine?
24       MR. SLATER:  Objection.
25   A   Yes.  Yeah.
```

```
 1   Q   And, my last questions relate to the diapers
 2  and the wheelchair.  Just like we talked about with the
 3  March 24, 2022 consult report, if there was a medical
 4  record that showed when you were prescribed diapers or
 5  when you were provided a wheelchair pass, would you
 6  agree that that would be the re -- the best indication
 7  of when you were provided those items?
 8   A   I have a -- if I signed for it, yes.
 9       MR. HANSON:  I believe that concludes my
10  questioning.  Thank you again, Mr. Williams.
11       THE WITNESS:  Uh-huh.
12       MR. SLATER:  I -- I'm all set.
13       MR. COOK:  That -- that's it.
14       COURT REPORTER:  All right.  Are we going to
15  read or waive?
16       MR. SLATER:  Read.
17       COURT REPORTER:  All right.  And then Mr.
18  Slater, did you want to order the video and the
19  transcript?
20       MR. SLATER:  Yes, please.
21       COURT REPORTER:  All right.  Mr. Hanson, you
22  want a copy of the video and the transcript?
23       MR. HANSON:  Yes.
24       COURT REPORTER:  All right.  And then Mr.
25  Buchan, what are we doing?  Are we waiving or --
```

```
 1       MR. HANSON:  I'll reach out to you.
 2       COURT REPORTER:  Okay.  All right.  I'll put
 3  hold for right now.
 4       MR. HANSON:  And, I believe -- Ms. Bates, I
 5  believe I sent you my exhibits from yesterday.  Do
 6  you have those?
 7       COURT REPORTER:  Yeah.  Are -- the ones, the
 8  2021, is that the 5 and 7?
 9       MR. HANSON:  I'll send those -- I'll send those
10  -- no.  The --
11       COURT REPORTER:  Okay.
12       MR. HANSON:  It's not.  So I'll send those to
13  you now.
14       COURT REPORTER:  Okay.  All right.  And then I
15  got the ones from Mr. Hanson.
16       MR. HANSON:  Great.
17       COURT REPORTER:  All right.  The time is
18  approximately 4:36 p.m. and this concludes our video
19  deposition.
20       (DEPOSITION CONCLUDED AT 4:36 P.M.)
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

206

1           CERTIFICATE OF OATH
2
3  STATE OF FLORIDA
4  COUNTY OF ORANGE
5
6      I, the undersigned, certify that the witness in the
7  foregoing transcript personally appeared before me and
8  was duly sworn.
9
10  Identification:  Produced Identification
11
12
13
14
15      _____
16      Amanda Bates
17      Court Reporter, Notary Public
18      State of Florida
19      Commission Expires: March 6, 2026
20      Commission Number: HH 236289
21
22
23
24
25

208

1              ERRATA
2
3  PAGE    LINE          CHANGE    REASON
4
5
6
7
8
9
10
11
12
13
14
15
16  I have read the entire transcript of my deposition taken
17  in the captioned matter or the same has been read to
18  me.I request that the following changes be entered upon
19  the record for the reasons indicated. I have signed my
20  name to the Errata Sheet and authorize you to attach the
21  changes to the original transcript.
22
23
24  _____   _____
25  Date            NAME

207

1           C E R T I F I C A T E
2
3  STATE OF FLORIDA)
4  COUNTY OF ORANGE)
5
6      I, Amanda Bates, Court Reporter and Notary Public
7  for the State of Florida at Large, do hereby certify
8  that I was authorized to and did report the foregoing
9  proceeding, and that said transcript is a true record of
10  the said proceeding.
11
12      I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: January 23, 2023.
18
19
20
21
22      _____
23      Amanda Bates
24      Court Reporter, Notary Public
25

209

1
2
3
4
5  Read and Sign Letter
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

**0**

**0.2** 174:8

**02-14-2022** 60:3

**03-24** 199:5

**1**

**1** 3:6 29:20,21
33:18,24 54:6
71:10 77:4
82:20 86:16
89:9 189:17
198:5

**1:00** 85:18

**1:01** 86:7

**10** 3:14 59:24
60:4 75:18,22

**10:02** 4:5 5:8

**100** 2:21 73:14
93:2

**109** 86:17

**11** 1:8 3:14
48:7 68:12,15
86:6 119:16
147:13 154:24
183:1

**11:00** 163:6

**11:13** 48:3

**11:20** 48:8

**11:40** 76:10

**110** 86:20

**111** 144:20

**11-17** 69:3

**11-17-2021**
68:20

**11-18-21** 75:10

76:10

**11-19** 113:9

**11-19-21** 75:24

**11-24-21** 91:23
94:12

**118** 3:3

**119** 186:14

**11th** 4:4 5:7

**12** 3:15 45:7
75:3,8 112:22
174:7

**12:24** 86:2

**12-20** 171:2
174:6

**12-20-2021** 3:13

**125** 76:1 194:2

**13** 3:15
79:15,18
105:19 111:14

**133** 2:8

**14** 62:3 64:12
104:23,25
114:22

**149** 147:20
189:25

**14th** 115:6
136:15 139:10
159:20
161:10,16,19

**15** 35:8

**153** 149:4

**155** 190:18

**156** 182:11

**157** 151:14

191:7

**15th** 11:3

**16** 15:16 32:19
35:1,20
177:19,24

**169** 3:3

**17** 118:22 182:9

**17th** 119:5
124:7

**18** 36:22 37:11
66:11,16 76:19
77:1,5 91:14
112:12
170:5,11
173:13 187:11
188:15,16
198:5 200:4

**18th** 66:25 67:5
71:16 73:13,17
76:13 77:9
84:21,25 91:14
92:19,23
119:5,24
125:16 131:16

**19** 17:6 91:14

**197** 3:4

**1980** 15:13

**1983** 15:14,17

**1990** 10:5

**1997** 17:6

**1998** 10:17,18
11:3,4
14:21,23

**1999** 12:18

**19th** 91:15

**1st** 180:14

**2**

**2** 3:7 30:10
31:10,14
33:2,17,23
127:3

**2.2** 171:4

**2:50** 147:9

**20** 3:16
53:12,21 56:7
61:16 150:14
175:25 176:8

**2000** 12:18

**2001** 12:19

**200-B** 2:15

**2018** 86:12

**2020** 174:7
178:9

**20-2021** 45:8

**2021** 26:23
27:22 28:3
47:5 50:17,22
53:12,21 56:7
61:16
66:5,11,16
76:19
77:1,5,12 79:1
101:22 104:21
112:12 114:6
116:11 117:4
118:22 126:19
127:3,12
129:10,14,19,2
4 130:11
152:23 184:19
187:11
188:15,16



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free **855-MYDEPOS**

200:4,12 205:8

**2022** 19:16,20
29:12 30:17
31:7,11,21
32:19
33:4,7,11
34:13
35:1,2,8,20,23
36:22
37:7,12,13,23
38:20 56:22
59:4 62:3
64:12 89:10,15
101:22
104:22,24,25
105:21
107:7,8,14
114:22
115:11,21,25
116:5,13 117:5
136:24 139:4
143:17 146:15
170:11 173:13
176:16
177:19,25
178:7 179:5
182:10,19
183:2,15,20,22
186:21 197:24
198:9,17,18
199:14 204:3

**2023** 1:8 4:4
5:7 48:8 86:7
147:14 154:25
207:17

**2026** 206:19

**2035** 175:12

**2038** 14:23,25

**20th** 54:3 57:20

105:2,5,9
114:6

**21** 3:17
179:1,11

**2-14-2022** 3:14

**21st** 105:9

**22** 27:4

**2200** 2:21

**222-8080** 2:4

**23** 37:7 207:17

**236289** 206:20

**24** 9:5 30:17
71:12,15 72:17
77:4,12 79:1
119:24
129:10,14
188:14 197:24
198:9,17,18
199:13 200:12
204:3

**242** 170:18,25
173:18

**24-2022** 174:9

**243** 174:1 175:9

**244** 170:19

**249**
176:2,11,18,24

**24th** 72:10 79:2
84:21 93:17
129:8,12
131:17 198:20
200:7

**25** 34:13 85:5
119:13,25
122:17 176:16

**250** 176:2,14
177:8

**251** 179:1

**26** 8:21 86:16

**27** 145:21

**28** 33:11

**289** 45:20

**28th**
119:13,15,22

**291** 45:21

**292** 45:20

**2nd** 67:23 68:6

**2s** 18:23

---
3
---
**3** 3:8 15:13
32:4,9 33:2,19
45:21 46:16
91:22 174:9

**3:01** 147:14

**3:14** 154:20

**3:16** 154:25

**3:22** 5:13

**3:22-CV-01221-**
**MMH-MCR** 6:5

**3:22-CV-955-**
**MMH-MCR** 1:2

**3:30** 85:24
147:3

**30** 77:13 176:25
177:20 194:2

**301** 33:20

**304** 33:20

**305** 2:9

**31** 19:20 82:21

**314** 2:3

**315** 5:5

**31st** 150:24

**32** 9:9

**32301** 2:4

**32302** 2:9

**3-24-2022** 31:4
174:15

**3-24-22** 199:7

**32801** 5:6

**33602** 2:22

**34** 126:21
189:16

**34236** 2:15

**360** 32:1

**39** 129:19

**3rd** 15:14

---
4
---
**4** 3:9
33:10,13,18
45:15,21 46:16
54:6 105:21
107:7 190:21

**4:36** 205:18,20

**40** 14:23

**415.102** 190:25

**415.102(1**
190:20

**415.102(15**
190:22


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

**415.1111** 189:21

**4-18-2022** 3:7
  30:4

**4-18-22** 29:25

**42** 173:14

**43** 171:5 174:9

**45** 85:7

---
5
---

**5** 3:2,10 34:14
  107:8 186:21
  205:8

**5.2**
  26:16,18,21,23
  67:21 171:5

**50** 123:24 124:3
  177:21

**510** 5:6

**5-17** 34:1

**5-17-2022** 3:9
  32:6

**52** 89:9

**523-9023** 2:9

**55** 12:24 170:25
  177:13

**55.2** 174:8

**559-5575** 2:22

**5-9-2022** 3:8,17

**5th** 11:4 179:24

---
6
---

**6** 3:11 35:8,10
  206:19

**60** 75:15 123:24

124:3,9,10

**6-10** 37:12

**6-25-2022**
  3:10,17 176:6

**6-28-2022** 3:9

**630** 2:14

**64** 165:8

---
7
---

**7** 3:2,11 36:20
  89:10,14
  105:19 107:13
  205:8

**7-15-2022** 3:11

**7-18-2022** 3:11

**7-23-2022** 3:12

**779-4348** 2:16

**7th** 114:22

---
8
---

**8** 3:12 37:4,5
  105:19

**813** 2:22

**850** 2:4

**8th** 164:3

---
9
---

**9** 3:13 31:11,20
  45:2,3 179:5
  186:14

**9:00** 157:3

**90** 40:17,23
  41:24 42:8
  160:7

**9-21** 171:5

**93** 165:20
  167:24

**94** 187:23

**941** 2:16

**98** 10:4

---
A
---

**a.m** 4:5 5:8
  48:3,8

**AA** 171:1

**Abbott** 2:19
  57:21 59:22
  71:18,21 72:3
  73:4,19
  74:6,14,17,19
  76:5 77:7
  82:25 97:12
  112:18,25
  146:12 203:6

**Abbott's** 78:19

**abdominopelvic**
  171:6 173:3

**ability** 22:10
  24:23 26:1
  123:21,24
  124:20

**able** 7:18 23:24
  43:25 56:18
  63:13,20 70:10
  99:11 124:4
  128:11 135:3
  143:7,8 151:24
  153:9 157:8
  163:8 191:22
  192:1,5,9,12,2
  0 193:1
  194:20,23
  195:2,3,16,18,

19,23
  196:1,8,9,13
  201:23

**abuse** 146:10
  147:19
  148:18,23
  163:17,19,24
  185:24
  189:4,20
  190:19
  191:3,10

**abused**
  148:16,19,22
  149:2 163:19

**abuses** 186:2

**abusive** 86:21

**accepted** 165:14

**access** 92:3

**accommodate**
  83:2 162:8,25

**accommodated**
  162:9

**accommodation**
  55:5

**according** 56:3
  202:22

**account** 18:20
  122:25 145:23
  151:9 189:20

**accountable**
  58:20 90:20

**accurate**
  23:22,25 83:4
  115:16 116:1
  134:2
  178:15,17
  183:13,17



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   www.**MILESTONEREPORTING**.com   Toll Free 855-MYDEPOS

accused 144:13

Act 190:6
  193:22,23

acted 149:4

acting 72:8

action 207:15

actions 100:22
  101:10 107:25
  109:8,9,13
  110:23 125:21
  145:4

active 46:16

activities
  153:24
  194:7,13

acts 190:18

actual 20:10
  22:13 57:4

actually 18:13
  22:21,22 24:6
  25:5 27:5 28:7
  29:13 36:11
  41:4 44:5,6
  49:1,3,17
  74:7,19
  98:6,10 102:17
  103:17,18
  108:11 125:4
  131:25
  133:8,22
  137:22 148:21
  153:12,18
  172:17

acuity 30:19

acute 54:15

ADA 41:1 43:18
  152:17,19,22

153:1,8,9,13,1
  5,19,20
  154:8,15
  155:4,11,21
  156:3,5,10,13,
  16,22,24
  157:2,3,16,23
  193:21 194:9

add 88:24

added 32:5
  46:11

adding 24:8
  178:16

addition 143:19

address
  83:22,25
  101:15

Adele 2:12 5:25
  118:8 164:5
  165:12

adequate
  129:22,24
  130:1,2,5
  166:3

administered
  74:18,20 76:21
  112:20

administrative
  94:16

administrator
  106:19

admit 107:23

admitted 41:22
  89:12,14
  114:17

admitting
  107:11

adult 146:10
  147:20 189:21
  190:5

advanced 16:9
  72:4

affect 22:9

affected 149:1

affidavit 82:12
  186:15,20,25

affidavits
  22:19

affirm 6:24

African-
  American 171:1

afternoon 85:22
  121:13

against 37:25
  38:12 39:4,6,8
  98:22 101:7
  104:15 105:24
  106:3 109:5
  110:9 118:19
  122:11 126:4
  131:11,12
  139:19 145:13
  146:11 147:18
  152:18 164:4,7
  180:14 185:5
  188:22 193:21
  200:10,11
  203:5,7

age 174:6

ages 9:24

agreeable 85:6

agreed 4:8
  111:23

ahead 21:10
  51:4 65:6
  67:19 84:16
  92:17 124:19
  190:15,16
  199:9

aids 180:23

ain't 47:1
  125:12 140:16
  160:5

air 150:25
  155:24

al 1:6 5:11

alarmed 67:25

alert 54:15

alerted 67:6

Alexis 2:18
  30:4 34:19
  45:16 170:14

alive 13:5

allegations
  66:10 126:16
  164:6 165:5

allege 88:5
  98:21,23 99:3
  149:4

alleged 188:11

allegedly 96:15

alleging 104:17

allowed 44:4
  114:3

allowing 87:18

already 18:8
  24:19
  26:13,14,20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

36:15 37:12
39:19 58:8
78:18 85:9
90:25 104:8
117:12 118:12
128:20 156:9
159:19 160:3
167:6 185:15
190:15

**alter** 23:5

**altercation**
78:24 79:9

**alternative**
83:13

**altogether**
141:12

**am** 9:24 29:3
76:24 105:19
132:20 150:19
151:1
207:12,14

**Amanda** 1:8 4:8
5:3 48:9 86:8
147:15 155:1
206:16
207:6,23

**amended** 77:13
119:12

**Amendment**
86:14,19
118:19 144:19
164:3 180:14

**Americans**
193:22,23

**among** 146:18

**amount** 99:6

**Anco** 37:12

**androgen** 171:4
177:14

**animosity** 137:3

**ankle** 54:24
183:14,18

**ankles** 99:20
183:2 202:23

**Annette** 14:11

**A-N-N-E-T-T-E**
14:13

**answer** 7:17,24
21:17 27:7
39:4,20,23
41:4 53:7 58:3
65:22 70:18
76:15 88:23
101:1,20
102:24
104:7,10
108:10 109:1,2
110:7,20
125:14,25
133:11 140:1,7
145:1 146:22
153:7 156:10
166:24 168:20
169:2 172:8,14
174:21 178:14
180:8 188:24
196:6

**answered** 58:4

**answering** 39:21

**answers** 7:22

**antagonize**
88:18

**antagonized**
148:24

**antagonizing**
141:9

**anxious** 7:25

**anybody** 49:25
151:3

**anymore** 90:5

**anyone** 14:4
27:14 28:1
118:1 145:17
197:1

**anything**
18:11,23,25
20:22 21:6
22:18 23:6
26:2 36:11
49:21,22
50:4,6,21 63:3
66:19 73:5
78:14
88:13,16,25
95:16 96:12,14
97:11,17 98:23
101:9
103:15,16
118:13 130:21
139:14,16,22
140:1 144:24
153:18,24
157:23 158:15
164:19 168:10
192:22

**anyway** 89:6
141:8

**apologies** 10:21
25:19 44:23
46:9 101:20
170:4

**apologize** 7:23
35:15 84:25

186:12

**appeal** 111:15
141:5 143:13

**appeals** 164:10

**appear** 55:10
106:12 107:4

**appearance** 5:15

**APPEARANCES** 2:1

**appeared** 1:9
2:5,10,17,23
206:7

**appears** 9:24
76:9 91:23
105:20 106:24
111:19 129:18
187:6

**appointment**
31:17 37:1
38:25 85:22
153:14 154:11
179:10,13,17,2
3

**appointments**
57:13 97:11
156:23

**appreciate**
10:23 23:7
169:6 193:14

**appropriate**
110:6

**approval** 44:20
49:6 58:13
74:21,22,23

**approved** 47:8
49:19 50:9

**approximately**
4:4 5:8 48:3,8



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

86:2,7 114:20
121:2 122:8,9
147:9,14
154:20,25
205:18

**April** 34:7
159:18,23
161:11 170:11
173:13

**APRN** 76:6

**Arant** 2:20

**area** 21:4
137:13,24
138:4,5

**aren't** 201:2

**argument** 90:6

**argumentative**
83:13

**army** 12:8,9

**arrive**
164:19,24

**arrived** 85:13
119:17 152:21

**asleep** 193:5,16

**ass** 120:12

**assessed** 82:2

**assessment**
35:18 80:17,24
82:14 84:20

**assign** 94:1

**assigned** 61:2
121:18,24
127:10,12
128:17,20
134:21 135:1
160:10

161:1,3,14
162:2
194:16,20
195:1,10,15,19
,24 196:12
197:5

**assigning** 41:2
160:8

**assignment**
121:8 127:11
130:24

**assignments**
121:11

**assist** 31:11
32:5 70:16
87:12 89:3
99:17 197:1

**assistance**
14:3,6 44:3
64:25 70:11
71:8 78:22
87:5 114:2
151:25 195:8
196:15

**assistant** 17:4
94:16
195:12,15,19,2
5 196:13 197:6

**associated**
48:13

**assume** 26:4
58:22 59:9
72:6 92:24
101:25 165:3
166:6 175:10
183:23

**assumed** 27:8
147:21

**assuming** 39:8
43:9 58:22
108:19 109:6,9
110:22,25
111:1 127:4
138:12 153:12

**assumption**
74:17 190:1

**ate** 68:9

**attach** 208:20

**attempt** 71:24
72:14,21

**attend** 15:20,23
158:2

**attending**
5:15,16,19,22
6:3

**attention** 39:12
82:21 96:25
103:25
104:1,3,4,5
162:12,20
168:17,23

**attitude** 100:7
101:8
109:4,7,10,14
110:23 136:7

**attorney** 7:7
201:12

**attorneys**
165:22 207:14

**attribute** 63:2

**attributing**
100:18

**August** 19:16,19
109:17 116:13
117:4

178:11,16
179:24

**authorization**
74:12 130:25

**authorize** 100:1
208:20

**authorized**
207:8

**automatically**
124:16

**available** 147:3

**Avenue** 2:14

**avoid** 137:17
140:21

**aware** 48:19
90:20 93:16
94:20 102:20
108:6 110:24
111:4
133:10,13

**away** 40:23
131:22 134:14
137:20
141:11,12
144:2

---

B
---

**background** 7:10

**backwards** 90:17
99:15 164:15

**bad** 10:21 22:2
26:11 95:25
96:23

**badly** 98:14,22

**bags** 70:16

**bandaged**



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

183:22,24
184:1

**bandages**
99:17,25

**bank** 18:20

**based** 53:12
56:17 59:12
94:19 109:6
110:22 197:12
198:25

**basic** 57:25

**basically** 16:16
20:17,18,19
21:16,22 28:15
36:7,9 83:14
96:8 101:13
141:11 186:8

**basis** 172:10
193:2 196:3

**Bates** 1:8 4:8
5:3 30:8 31:25
33:15 45:19
48:9 59:25
75:3 86:8
105:20 147:15
155:1 170:18
176:1 179:1
186:14 205:4
206:16
207:6,23

**bathroom** 62:24

**bay** 138:4

**bear** 183:4
189:15

**beat** 58:5

**became** 41:1
50:7 63:23,24

64:18 67:25
81:23 89:23
90:4 91:5,7
144:13,15
145:8

**become** 57:6
134:22

**becoming**
203:2,3

**bed** 62:24 65:3
70:14,24,25
122:6,12
124:15,17
125:5,7,9,11,1
2,13 157:5

**beg** 99:16

**begin** 7:3 66:3

**beginning**
66:6,8 67:14
83:24 90:2
107:5 113:13
128:14
139:7,12

**behalf**
2:2,11,18
5:18,21 6:2
87:18

**behind** 190:13

**believe** 29:10
30:7 40:13
46:15 48:11
56:21 59:1
66:9 70:6
71:10 73:10
75:23 91:21
107:1 113:19
115:10,20
117:15 123:25

124:1 126:18
149:6 160:3
164:1 165:8
172:5,11
174:10 181:15
188:13
198:5,7,12
200:9,22 204:9
205:4,5

**benefit** 104:12

**benefits** 194:6

**best** 7:21 21:17
24:23 26:1
43:10 44:10
137:15 140:6,8
168:20 174:11
180:9 198:13
199:12 204:6

**better** 26:6
45:11 69:8
137:16 184:20

**beyond**
175:19,21

**bilaterally**
55:6

**birth** 68:18
79:24

**bit** 8:4,5 15:4
24:11 62:9
69:4 71:12
106:13 124:12
180:20 182:7
185:1
186:12,18
188:19 189:13
191:6
197:19,20

**Black** 177:13

**bladder** 162:25

**blame** 64:2

**blaming** 65:10

**blank** 123:22

**block** 88:14

**blood** 22:15
23:20 57:25
67:23,24
68:2,3,4,5
113:20
114:1,3,8,9
126:23

**blow** 71:11

**blowing** 64:8

**blur** 117:7

**body** 28:5,15
124:16,17,25
197:2

**body's** 124:17

**boils** 162:16

**bone** 171:6
173:2

**book** 120:23

**booth** 120:11

**born** 10:5,25
11:4

**borrow** 130:16
131:3 161:5

**borrowed** 81:18
82:11,12
130:17

**bottom** 30:3,9
45:15,23 52:9
65:19 68:17
75:5 76:8



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

79:22
80:15,16,18
94:3 122:6
173:14 175:8,9
176:24 187:22
189:16

**Boudreau**
8:13,17,25 9:3
107:19,22,24
137:19

**B-O-U-D-R-E-A-U**
8:16

**Boult** 2:20

**bouncing** 97:1

**bound** 155:14

**bowel** 55:19
162:25

**box** 69:18,19

**Bradley** 2:20

**break** 7:14,18
29:1 47:23
48:1 69:6 84:4
85:3,13 117:21
118:2
169:13,17
197:13

**breaking** 85:23

**breaks** 117:22

**Breasts** 55:10

**breath** 55:13

**breathe** 71:4,7
109:24

**breathing**
124:18 140:24
155:19

**brief** 112:10

**briefly** 152:17
155:6

**bring** 120:18
136:10 186:13
188:22

**bringing** 39:12
118:19 144:20
147:18

**broke** 25:7
81:24 135:19
136:8 142:25

**broken** 44:10,11

**brought** 134:16
136:8 164:4,6
188:20 201:10

**Broward** 5:22

**bruised** 122:22

**brush** 97:9

**Buchan** 2:13,14
3:3 5:23 6:19
117:17,20
118:1,5
147:6,16
148:13 154:16
155:2
167:19,22
169:6,10,14
185:4 189:3,24
204:25

**built** 18:6

**bunch** 82:1
151:2

**bunk** 67:2 92:23
119:8,14
120:1,2,5,7,8
121:2
122:3,4,6,10,1

1 137:10 138:7

**bush** 58:5

**business** 17:25
18:6,8,17 43:8
73:9 87:2 89:2
97:2

**Bust** 136:10

**busy** 16:14,15
144:7,9

**Butler** 50:15

**butt**
155:9,10,11,12
,13,14 157:21
158:8 182:15

**buttocks** 155:24
182:15 202:25
203:3

**buy** 134:23,24
135:2,3

**bypass** 168:14

---
C
---

**CA** 171:2 178:5

**calm** 82:2

**camp** 104:2
121:7

**canceled**
57:13,14
97:12,13

**cancer** 20:12,18
21:21,25
27:1,12,15,16
28:2,8,11,14
39:13 46:24
65:24 67:7
83:24 102:19
162:13 168:18

171:2 174:7
175:17
177:4,14

**cancers** 21:25
168:20

**cancer's** 50:6

**Cannon** 41:2
43:14,18
153:10 154:12
157:16 160:12

**canteen** 136:25
137:4,5

**CAPACITY** 2:12

**caps** 34:5

**captioned**
208:17

**car** 160:21,22

**card** 6:14

**Cardiovascular**
55:16

**care**
3:6,8,10,12,16
30:3 32:7
34:16 37:8
40:23 63:13,20
78:4,17
83:6,11 85:24
96:8
99:11,14,17,19
100:2,12,14,16
101:16
110:3,13
112:10 115:3
117:1
129:22,25
130:1,3,5
147:23,25
148:1 166:3



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

170:10 179:22
182:20,21
184:5,9,13
190:11,13
200:16
201:23,24,25
202:23

**careful** 141:16
193:12

**caregiver**
147:22 190:1,9

**case** 1:2 5:13
6:4 136:4
166:2

**Casodex** 177:21

**categories**
54:13 88:5

**category** 110:14
112:9

**cause** 44:9 46:4
56:12 66:19
138:19 146:20
148:2 149:5,20
165:4 186:9

**caused** 63:6
64:21,23
65:13,20 66:17
145:3,4
149:4,18 151:6
185:25 186:2

**causing** 65:11
148:9

**cell** 82:14
138:3 161:13

**center** 10:14
19:9,13,14
25:13 27:17

46:24

**cents** 12:24

**Centurion** 2:18
7:7

**certain** 25:23
26:4,5 50:11
58:6 91:4
126:11 187:5

**Certainly** 36:14
67:19

**CERTIFICATE**
206:1

**certifications**
15:25 16:5

**certified** 16:9
126:6,9

**certify** 206:6
207:7,12

**chair** 71:6
120:19 160:20

**challenge** 142:4

**chance** 90:21
167:25

**change** 63:19
70:7 208:3

**changed** 103:21
128:2 135:23
138:25

**changes**
208:18,21

**changing** 99:17

**characterizatio
n** 172:12

**characterize**
199:20

**charged** 185:15

**charging** 185:12

**check** 36:10
155:10 157:21

**checked** 134:12
155:14

**checks** 155:9,12

**checkup** 36:10

**cheeks** 182:15

**chemo** 173:23

**chest** 55:9

**chief** 168:25

**children** 8:25
9:6 12:25

**choice** 64:3

**chow** 140:23
191:15,17
195:13,14

**chronological**
3:6,7,8,10,11,
12,13,14,16,17
30:2 31:12
32:7 34:16
36:23 37:8
45:6 51:16
68:13 114:11
170:10 176:19
179:22 187:6,7

**chronology**
176:19

**CI** 72:15 176:1

**cites** 167:11

**Civil** 4:6

**claim** 86:14
98:19 125:22

139:19 144:19
146:17
147:18,21
151:14
152:13,17
163:10,16
164:1,4 168:14
193:21 202:8
203:20

**claimed** 64:5
99:10 162:24
165:10

**claiming** 62:13
130:13
134:7,10
147:25
148:16,17
149:18 151:5
153:25 161:10
162:7

**claims** 118:18
180:13,14
188:20,22

**clarification**
134:9 160:25
172:22

**clarify** 6:4
10:23
123:20,25
136:23 159:4

**clashing** 91:7

**classification**
127:6 156:23

**classified**
140:17 152:22

**clean** 137:24
192:5,12 195:2

**cleaned** 137:13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

clear 23:12,13
55:14 81:9
89:21 136:5
156:10

clearly 110:8

client 129:23

clinician 42:21
52:2 71:25
72:5 74:3
89:13 113:8
201:2

clinicians
49:5,9,13

Clinician's
3:15 75:6

close 13:13
22:17 23:1
98:5 105:16
127:4

closer 184:23

closet 161:25

closing 167:19

clothes 192:16

clothing 151:16
152:3,6 191:9
192:5,6

clowning 125:13

clue 166:14

cluttered 138:9

coincidental
108:1

cold 109:21

college
15:20,21

comes 102:16

145:2 162:10

coming 89:23,25
90:3 91:8
124:14 130:23
131:22 132:15
137:10 144:12
148:20 153:11
154:12 157:24
158:12

comments 34:4
55:25 100:15
174:6

Commission
206:19,20

common 109:20

communicate
13:15

communicated
13:17

community 110:3

company 5:5
17:3,20

compare 153:7

compelled 99:15

complain 144:10

complained 25:9
34:6 58:11
112:12

complaining
86:20 103:18
126:23 132:23
144:5

complaint 46:5
56:12 66:10
68:7 71:9
72:25 77:13
108:1

119:12,20
122:17 125:20
126:22 129:19
131:13 144:20
146:14,22
147:20 149:3
151:11,14
162:7,22
165:8,20
167:11
188:9,10,11
189:1,14
203:5,7,19

complaints
27:11 89:13
107:20,24
202:22

complete 25:21

completed 4:11
77:14 81:3
133:23

compliance
166:10

Composite 182:9
183:1

compound
63:11,17 64:7
99:8,12 140:23

computer 38:10

computers 12:10

concern 67:21

concerned
145:23

concerning
127:1

concerns 102:19

CONCLUDED

205:20

concludes 204:9
205:18

conclusion
39:17 98:3
125:24 148:6
154:4

condition
20:11,13 61:9
63:14 64:5
102:21
157:16,18
162:16 192:21

conditional
20:5

conduct 191:7

conducted 48:7
86:6 147:13
154:24

conference 5:9
48:7 154:24

conferencing
13:21

confinement
53:25 54:4
67:22 77:19
78:2,6
79:4,7,20,21
80:4,8
81:1,17,21
82:6,8,14
83:14 84:9,22
105:7 113:20
114:4 119:21
127:14,15,18,2
4,25 129:9
131:3 132:2
134:12,15



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

135:5,6,20,24
136:18 142:9
145:6,9,20
148:8
180:18,24
181:7,8,10,12,
17,23 182:4
185:8,10,16,20
186:6,9 188:3
199:18,22
200:7

**confirm** 93:9
200:6

**confirmation**
27:9

**confirmed**
27:5,7

**confiscation**
185:6

**conflict** 127:21

**conflicting**
127:22,25
134:3 162:3

**conflicts**
161:22

**confuse** 58:7

**confused** 58:8
84:6 113:11

**confusing** 58:7
84:24 113:16

**confusion** 57:1
84:18 102:16
112:17

**connection**
191:11

**connections**
17:19

**consent** 51:9

**consequences**
181:22

**consider** 16:1

**considered** 72:5

**consist** 155:15

**constantly**
58:11 140:24

**constitute**
190:19

**Constitution**
86:19

**construction**
12:8

**consult**
3:6,8,10,12,16
30:3 32:7
34:16 37:8
43:7 49:7
74:14 165:1
170:10 176:1
204:3

**consultation**
30:20 50:23
180:17

**consulted** 89:18
165:6

**consults**
49:10,14

**contact** 140:24
160:12

**contain** 79:12

**contains** 189:1

**contend** 86:10
95:19

**contention**
72:15

**context** 86:13

**continue** 7:24
63:12 67:18
86:12 117:22
148:6
169:15,21
187:24 197:19

**continued**
129:20

**continues** 46:17

**contribute** 68:4

**contributed**
163:8

**control** 57:11
137:23
175:18,19,22
185:11
190:12,14

**convened** 5:8

**conversation**
20:16 74:5,6
147:18 159:12

**conversations**
146:6

**cook** 2:2,3 5:21
6:17 16:18
111:10,12
204:13

**cooking** 16:8,17

**cookjv@gmail.co
m** 2:5

**coordinates**
157:17

**coordinator**

93:14 94:1
157:16

**copy** 204:22

**Corbin** 94:16
111:23,24
112:3

**Corbin's** 106:12

**cord** 178:5

**corner** 45:6
60:2 74:14

**correct** 6:13
10:1,13 24:14
26:15 28:3,21
30:20,23
31:4,22
32:12,15,25
34:2,3,5,19,20
,23 35:2,5,13
37:2 38:20
40:14 42:13,14
43:19 44:21
45:13 51:17,20
52:4,17
53:15,17 55:11
56:23 60:8,11
66:13 67:10
70:8 79:24
84:9 92:15
108:4 109:12
112:7 113:21
114:6,17,23
115:22 132:20
158:3 164:11
167:3 171:10
178:23,24
188:16
198:10,14,18
199:15 200:1
202:13,14

---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**Correctional**
24:14 112:11
177:6 178:22

**corrections**
2:12 3:15
48:14 79:16
118:8 145:12
149:12 150:21
200:18 203:17

**correctly** 43:16
56:24 60:17
119:4 132:18
167:1

**correlation**
65:9

**cosign** 113:14

**counsel** 5:17
25:22 31:25
33:16 45:19
75:5 79:12
93:5 176:3
179:3 180:13
188:9 207:12

**counselor** 78:7
82:5 113:15
153:16

**count** 86:16
95:23 146:9
152:14 164:2
190:6

**counted** 116:15

**countless** 57:12

**County** 5:22
206:4 207:4

**couple** 17:8,10
26:13 36:5
51:5,9 83:6
88:5 96:5

100:15
139:6,11
159:22

**course** 18:18
184:22 185:15

**courses** 15:21

**court** 1:1 4:9
5:2,4,11
6:6,10,12,15,2
0,23 7:3
48:2,5
52:23,24
86:1,4
117:23,25
147:8,11
154:17,19,22
169:16,18
204:14,17,21,2
4
205:2,7,11,14,
17 206:17
207:6,24

**covered** 118:12

**crawl** 148:9
186:6

**crawling** 145:21

**crazy** 16:15

**created** 52:15

**creating** 171:23

**crew** 12:8

**CROSS** 3:2,3 7:4
118:4

**cruel** 87:20

**crutches**
44:13,14

**CT** 171:6 173:3

**Cummings** 2:20

**current** 32:14
173:14 176:23

**currently** 8:6
173:21

**cursing** 109:22

**custody** 10:1,15
13:1 14:21
190:12,14

**cut** 132:16
141:23 164:21

**cuts** 124:18

**cutting** 18:8

**CV-955-MMH-MCR**
5:13

---

**D**
---

**Daily** 184:4

**damp** 196:16

**date** 1:8 14:22
23:4,19,20
26:4 27:23
32:6 34:1
35:24,25 36:1
45:7 56:25
57:2,4,6,11
58:9 60:3,6
67:12,15 68:18
69:1 76:9
79:13,15,23
91:12,13 94:24
95:1,2,3
101:23
105:1,16 107:8
115:16 119:18
129:6 133:22
139:3 152:25
173:12 175:12

186:20 188:4
198:11,14
200:13,14
208:25

**dated** 33:11
34:13 35:8
37:7 75:10
91:23 94:12
105:21 107:7
113:9 170:11
173:13 176:6
179:4 186:21
188:14,15

**dates** 21:19
22:8,13,22
23:10,21 34:11
36:13 102:6
116:2,6,7
133:24 134:3
187:5

**daughter** 9:8

**day** 4:4 5:7,8
25:1 36:2
40:17 41:12,24
42:8 53:25
57:19 71:18,21
73:5,16 74:16
77:14 79:6
80:4 84:19
90:3 91:8,16
95:25 99:8
105:6,8,10
108:17 115:15
119:2,6,25
120:2 121:1,7
129:8
133:23,24
137:1,4,11
141:5 149:16
156:20,24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING.**com     Toll Free 855-MYDEPOS

157:11 160:7
163:4
180:3,4,11

**days** 40:23
75:23 107:12
119:16 145:21

**DC** 68:18 75:13
79:23 135:1
160:15

**de** 188:21
202:10

**deal** 58:19 97:6
151:4 155:20
161:15

**dealing** 23:2
58:19 87:22
90:11,18
100:14 163:9

**dealt** 140:20

**December** 27:22
47:5 50:17,22
53:12,21 54:3
56:7 57:20
61:16 67:23
68:6 105:2,5
114:6
126:19,20
127:3,12
129:10,12,13,1
8,24 130:11
184:19

**decide** 188:21

**decided** 39:6

**decision** 107:23

**declare** 78:6
81:3,5,11

**declared** 77:22

78:25 80:6,25
81:1,25 114:4

**Declaring** 80:1

**declining** 187:1

**decreased**
54:24,25

**defendant**
2:11,18 71:24
72:14 129:20
185:5,25
192:15

**defendants** 6:3
7:8 63:3,6
64:21,23
65:11,13 66:15
67:6 71:17
146:19 188:22

**Defendant's**
190:18 191:7

**DEFENDANTS** 1:6

**defense** 29:20
31:10 32:4
33:10 34:9,12
35:7 36:19
37:4 45:2
59:24 68:12
75:3 79:15
112:21 170:9
176:3 188:8
198:5

**defined**
190:19,21

**definitely**
93:18 181:25
182:6

**definition**
191:3 194:9

**degradation**
63:18

**demeanor** 100:19

**demise** 68:5

**denial** 187:1

**denied** 99:5,6
165:13,18
182:21
184:10,13
194:6 200:15
202:12,19
203:1

**dental** 25:7
26:5

**denying** 168:13

**departing** 51:7

**department** 2:12
3:15 48:14
79:16 118:7
145:12 149:12
150:20 153:22
159:25 162:24
163:1,11,17
166:7 184:15
200:18

**depends** 201:5

**depiction**
183:14,17

**deposition** 1:7
4:3,5 5:9 7:13
19:3 48:6 86:5
147:12 154:23
176:4,5 179:3
205:19,20
208:16

**depressed**
150:15,17,19

**depression**
149:21,23
150:3,6,9

**deprivation**
171:4 177:14

**deprive** 152:1

**deprived** 155:11
162:11 191:19
202:4,6,7,10,1
7,21 203:9,22

**depriving**
203:21

**describes**
119:24

**describing**
125:21

**Despite** 82:21

**detail** 22:19
77:17

**details** 22:19
95:17

**deter** 144:22

**determine** 23:25
46:4 56:12
104:16 165:17

**determined** 52:3
166:2

**Dexapron** 173:23

**di** 126:1

**diagnosed**
149:22
150:2,5,9

**diagnosis** 45:22
56:9 102:14
175:13 199:8



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

diagnostic
117:3

diapers 63:19
70:6 99:6
196:16,22,25
197:1 204:1,4

diary 22:20

difference
133:16,17

different 16:14
53:24 72:9,18
73:1
84:14,15,20
138:23 152:13
203:13

differentiate
36:12

difficult 76:8

difficulties
39:18 83:18
144:13

difficulty
71:25 72:15,22

direct 82:20
148:10

directed 118:15

directly 27:7
93:24,25 94:6
164:13

Director 111:20

disabilities
191:12
193:22,23

disability
194:4,5

disabled 156:20

163:12

disagree 72:16

disagreed 172:2

discharge 60:20
61:9 115:5

discharged
60:6,15 61:3
64:11 104:23
115:7

disciplinary
138:18 181:18

discrepancy
14:24

discrimination
194:8

discuss 38:8
125:20 146:9
157:20

discussed
123:21 134:9
142:23 148:15
149:7 172:4

discusses
126:22

discussion
20:21 98:13
118:20 133:18
148:14

discussions
74:3

disease 175:13
199:8

disobeyed 40:3

dispute
76:18,25 77:2
112:13 198:18

disrespect
135:20,25
141:17

disrespected
135:20

distance 124:10

distress 54:16
126:2

district 1:1
5:11,12

division 1:2
5:13 48:15

Dixon 1:6 2:11
5:11,24 118:7
152:15 162:7

dizzy 25:4

Doc 152:18
190:13 201:17

doctor 19:9
25:11 27:2
43:3,13,17
44:12,18,20
50:15 57:10
59:13,20,21,22
87:8
88:1,2,3,6
89:18,19,22,24
90:5,18
96:16,18
174:17 198:1
201:8,10,13,16
,18 203:20

doctors 19:22
88:8 91:3
116:22 117:1

document 32:4
36:1 45:5
52:15,20

53:4,5 54:2
59:25 60:10
63:9 102:11
103:3,12
113:13
170:4,22
172:23 176:15
179:7
198:2,4,8

documentation
31:3 32:25
162:5 199:6

documents 31:24
35:22 37:21
99:9 102:8,25
103:8,12,13
171:13 176:2,5
179:2 197:24

document's
173:13

done 22:15
23:20 25:8
26:13 38:21
50:2,3 57:14
68:5 83:12
96:10 113:20
114:8,10
125:13 126:24
132:9 155:7
169:8 197:10

doom 135:21

dorm 40:18
63:12,20 70:8
120:10
121:17,18,21,2
2,24,25 122:1
131:18
136:15,16,17,1
9,20 137:20


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

138:23 139:9
140:18,20
142:19,20
143:18,23
144:1,17
159:5,16,21
184:1,2 185:18

**dorms** 139:1

**downhill** 124:20

**Dr** 5:24
20:4,6,14
27:17 34:2
35:13 37:25
38:5,19,23
40:3 43:3
45:24 46:12
47:5 51:17,23
52:15 53:11,20
56:7,10,19
57:13,21
59:12,17,20
60:10 61:15
86:21
87:9,14,24
88:10 89:8,25
94:22,23 95:19
97:12
98:14,16,21,23
99:3
100:3,18,21
101:6,9,21
102:4,9
103:2,10
104:15,25
105:8,24 106:3
107:11,22
108:6,19
109:6,18
110:22 112:6
113:15 114:12
115:6 118:8

127:5 128:10
132:10,21
134:10
135:6,15
137:13,17,23
138:2,16,17,20
140:24 142:2,4
143:8,13,21,23
146:11 148:25
164:4 165:22
166:3,20
167:25 170:20
172:3 174:16
176:12,15
177:4,16 178:9
181:19,22
182:4 199:14
203:5

**drawer**
122:10,12,13,1
4

**DRs** 126:16

**dry** 54:20

**due** 146:18
158:1

**duly** 206:8

**during** 24:17
46:12 49:20,24
98:5 104:17
116:17,20

---
E
---

**E12** 75:4

**E60** 60:1,14

**E62** 60:1

**earlier** 29:8
153:16 170:23
174:6 179:7

184:8 185:2

**earliest** 93:5

**early** 49:24
143:17

**easily** 150:15

**East** 5:5

**easy** 62:21

**eat** 64:3 70:20
109:23 151:24
191:18 197:18

**E-C-E** 9:9

**edema** 56:2

**educated** 126:9

**education** 15:5
126:9

**effect** 145:4
148:11

**eight** 10:5

**either** 13:5
15:8 71:24
72:13 95:16
114:10 128:10
133:12,13
139:5 181:8

**elaborate** 24:2
61:22

**electronic**
50:18

**electronically**
170:19

**elevated** 67:21

**elevation** 67:8

**elevator**
17:3,4,7

**Eligard**
32:15,20
33:7,25
38:15,17,19
66:2 115:22
162:14
173:20,22
176:25
177:2,20
178:16,19,20,2
1 202:9

**Elizabeth** 2:19
60:11

**Elmer** 1:3,7 2:2
4:3
5:9,10,19,21
6:9,16 48:6
68:17 75:13
79:23 86:5
90:24 147:12
154:23

**else** 50:4 69:13
79:6 98:23
101:9
103:15,16
110:1 128:5
134:10 136:11
137:12 145:17
155:9 165:4,6
169:2 181:23
182:5

**e-mail**
2:5,10,16,23
13:23 14:1
165:21
167:11,24

**emergency** 54:1
77:24 78:1,7
79:1,13
80:2,7,24



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

81:2,4,5,6,7,12 82:1 105:8 114:5,7 120:11 123:4 133:20 161:12 162:18 165:9,15 166:10,11,12 188:4

**EMG** 46:4,5 56:11 61:12,14,25 114:13

**emotion** 149:20

**emotional** 149:6,17

**emphasize** 23:4

**emphatic** 133:16

**employed** 207:13

**employee** 147:24

**employees** 163:11,14

**employment** 16:24

**encounter** 46:12 77:11,15,18 86:11 92:22 120:25 187:19 188:13

**encounters** 116:16

**endangering** 86:23

**energy** 197:17

**engines** 16:8

**enlarged** 55:22

**enlighten** 48:17

**ENT** 55:8

**enter** 10:15

**entered** 8:22 10:1 13:1 14:20 24:12 34:2 45:24 48:13 62:7 116:12 208:18

**entering** 28:21

**entire** 208:16

**entirely** 7:22

**entitled** 18:16

**entity** 194:7,8

**EOS** 14:22 175:10

**episode** 62:18 125:3 194:19

**equal** 110:2

**equally** 55:4

**equilibrium** 24:20

**Errata** 208:1,20

**escorted** 81:17 123:15

**especially** 136:23 141:14

**Esquire** 2:2,7,13,20

**essential** 191:10

**estimate** 196:21

**et** 1:6 5:11

**evaluate** 56:1 57:23

**evaluated** 52:2 53:11 79:8

**evaluation** 3:16 51:23 61:12 62:6 77:22 79:8,17,21 89:10

**evening** 156:20

**events** 17:13 184:23 187:7

**everyone** 5:14 85:6,19

**everything** 20:12 23:10 38:21 50:2 71:7 82:3 98:13 102:13 137:2,9 140:2 145:22 168:24

**Everything's** 18:25

**everywhere** 140:22

**evidence** 184:20 198:13

**exact** 21:19 22:25 23:3 41:11 56:25 57:1 58:9 59:8,10 67:12,15 83:7,8 94:24 95:1,2 101:23 116:1,6 139:2,3 149:16 188:3 198:11

**exactly** 10:2 12:22 19:8

25:1 103:16 114:9 122:19,20 143:5,9,10 159:3,15

**exam** 3:13 45:7 54:5

**examination** 3:2,3,4 7:4 43:6 57:21 78:3 96:1,3 97:19 118:4 169:19 197:21

**examinations** 97:20,21

**examine** 53:22

**examined** 56:7 71:17

**examiner** 169:1

**examining** 53:20,23 97:5

**example** 63:8 98:14 165:7

**Except** 167:4

**excerpt** 165:21 166:1 167:24

**excerpts** 141:2

**exchanged** 181:4

**excluded** 154:1,6 194:5

**excuse** 10:9 19:2 47:16 49:12 128:24 131:5 147:2

**exercising** 144:23



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

exhausted
  168:23

exhibit 3:6
  29:20,21
  30:7,11
  31:10,14
  32:4,9
  33:10,13,24
  34:9,14
  35:7,10 36:20
  37:4,5 45:2,3
  59:24 60:4
  68:12,15 71:10
  75:3,8 77:4
  79:15,18 82:20
  89:9 91:17,22
  105:19 111:14
  112:22 170:9
  175:24 176:8
  179:11 183:1
  189:17 198:5

Exhibit 1 86:15

Exhibit 3 94:12

Exhibit 5 34:12

Exhibit 7 36:19

Exhibit 9 51:14

exhibits 3:5
  33:2 105:13
  205:5

existing 66:18

expect 23:9
  188:1

expensive 11:21

experience 18:7
  44:18

experienced
  24:16 66:10

125:8 194:19

experiencing
  24:20,24 25:2
  28:20 83:1

Expires 206:19

explain 77:23
  86:24 96:21
  110:1 120:4
  127:8 130:23
  131:7 134:4
  141:13 155:6
  156:18

explained 87:7
  139:18

explaining
  100:9 131:6

explanation
  158:14

explanations
  108:3

exposed 63:19

extent 148:6

external 55:9

Extraocular
  55:5

extreme 90:13

extremes 110:17

extremities
  54:23 163:9

extremity 46:4
  56:2,3,11
  162:8

eye 140:24

─────────────
          F
─────────────

facing 120:6,7

fact 6:16
  82:22,24 114:9
  117:10 138:10
  143:14

factors 165:17

faded 106:14

failed 38:23
  159:25
  162:8,25

failing 129:24

failure 129:21
  130:1 164:3

failures 146:18

fair
  73:20,22,23
  74:17 77:5,8
  183:13,17
  186:1 189:10
  190:10

fall 24:17
  25:5,10 26:3
  62:11 82:22
  122:25 124:4
  125:12,16
  132:5,22
  193:5,16

fallen 125:5,9

falling 39:14
  62:23 65:3
  119:3 125:4,11
  131:17

falls 131:15

falsified
  99:9,10

familiar
  48:14,15 167:7

168:3,9,11
  189:2

family 8:5,6
  20:15,21
  107:15,16
  140:20 143:19
  144:4

farthest 15:5

fast 144:2

FDC 125:21
  147:24 163:13

FDOC 93:9

fear 151:8

February
  14:24,25 22:17
  34:7 62:3
  64:12
  104:23,25
  114:22 115:6
  136:15,24
  139:4,10,12
  143:16 146:15
  161:10,15,19
  182:19
  196:23,24

feces 163:3

Federation
  126:10

feel 144:3
  186:9

feeling 27:10
  197:18

feet 56:4 122:9

fell 25:6 92:22
  119:6,7,13,25
  120:2,5,9
  121:2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

122:3,8,9
125:7,13
133:20

**fellow** 145:6

**felt** 27:9,13
96:7
108:14,16,17
137:20,24
138:11 140:17
151:11 197:7

**female** 141:15

**females**
141:17,18

**fend** 87:19
186:7

**field** 124:10

**fifth** 146:9

**fighting** 193:4

**Figueroa** 2:18
20:4,6,14 30:4
34:2,20 35:13
37:25
38:5,19,23
40:3 43:3
45:16,24 46:12
47:5 51:17,23
52:16 53:12,20
56:7,10,19
57:13,21
59:12,17,20
60:10 61:15
65:25 74:7,19
86:21
87:9,14,17,24
88:10 89:8,25
94:22,23 95:19
97:12
98:14,16,21,23

99:3 100:3
101:6,21
102:4,9
103:2,10
104:16,25
105:8,24 106:3
107:11
108:6,19
109:18 112:6
113:15 114:12
115:6 146:11
170:14,20
172:3 174:16
176:12,16
203:5

**Figueroa's**
100:18,22
101:10 107:22
109:6 110:22

**figure**
104:11,14,20
121:9 136:2

**file** 25:8 38:11
39:5
72:13,21,24
94:23 103:23
104:1,4,5
140:11,12
141:25
142:6,21
143:3,18 160:8
165:25 185:3
188:5

**filed** 68:6 91:9
101:21
102:11,12
104:15 108:24
131:13
132:4,22
133:22

140:15,16,17,1
8 143:6,10
162:18 165:9
185:2,3,4

**files** 66:1
103:21

**filing** 98:22
102:14 106:8
140:19 151:10

**filled**
69:12,14,17
80:6,7 84:7

**final** 176:15

**finally** 89:11

**financial** 13:1
14:3

**financially**
207:14

**findings** 56:1
82:25 178:5

**fine** 117:21
136:22,24
137:9 180:10
197:16

**finish** 7:22

**firm** 144:8

**firmness** 144:22

**first** 9:13
14:13 29:5
33:16 35:16
41:16 48:25
54:14 57:9,24
60:7,14
62:7,18
66:10,23
86:13,19
91:9,25

92:6,7,13,22,2
4 94:23 95:3
101:21 102:4,9
103:2,9 104:14
105:24
106:3,5,6,8,9
109:16 114:16
118:19,25
120:25
125:3,4,7
144:19 162:10
170:1 173:24
176:11 178:8
194:22 200:10
202:7,8

**fit** 58:14 64:6
88:1,2

**five** 9:25 83:20
114:20 160:5
169:13 198:20

**five-minute**
48:1

**fixed** 25:10

**FLA** 189:22

**flat** 71:4

**Flexeril**
75:18,22

**floor** 65:4
120:13 122:4
130:7
131:14,15
145:21 148:9
186:7,8

**Florida** 1:1
2:4,9,12,15,18
,22 3:7,15
4:6,9
5:6,12,24 6:4


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

8:18 9:22,23
18:2 25:5
31:12 32:6
48:14 79:16
179:5
189:21,22
190:20,22,25
200:18
206:3,18
207:3,7

**focus** 22:10

**focused** 102:16
125:15 141:22

**folder** 103:24

**folks** 169:12

**follow-up** 7:11
46:17 68:1,2
172:20 177:25

**food** 12:6
151:16,18,20,2
3 152:1 186:7
191:9,19 193:1

**foot** 54:25
122:13

**football** 124:10

**force** 82:3
96:10

**forced** 63:17
163:3

**foregoing** 206:7
207:8

**forgive** 8:1

**form** 28:6 51:12
77:15 80:5,7
81:3 82:23
84:7 170:10
171:18

**formal** 111:18

**format** 50:18,19

**former** 9:13

**forms** 50:23
51:9

**Fort** 8:18 9:11
13:11 18:1

**forth** 97:1

**forward** 99:15
136:22 164:15

**forwards** 90:17

**foundation**
76:14 168:16

**four-page** 45:5

**fourth** 33:19
164:2

**frame** 23:16
25:23 104:16
105:15 156:12

**frequent** 147:23

**friend** 17:23

**friends** 14:8

**front** 25:7
63:20 70:7
106:10

**full** 6:7 135:9
145:15

**function** 28:6

――――――――――
G
**gained** 15:2

**game** 182:2
190:16

**Gastrointestina**

**l** 55:19

**gauge** 26:6

**gears** 16:23
28:25 40:7

**GED**
15:8,10,11,12,
19

**general** 28:12
54:14 201:7

**generally**
192:11

**Georgia** 13:12

**GERALD** 2:19

**gets** 97:1
113:16 141:19

**getting**
12:12,13 17:17
22:15 39:15,18
47:13 64:8
76:17,22
78:16,22 91:1
110:13 117:11
139:10 141:10
144:11 151:20
155:12 157:15
158:6 161:22
162:13 163:2
168:10,11,17,1
9 172:15
180:22,23
197:1

**given** 19:4,6,22
41:24 42:21
60:19 73:12
134:25 160:11
162:5 200:25

**giving** 89:4,5
90:1 101:15

109:3 161:9,15

**glasses** 68:9

**G-O** 14:13

**Godoy**
14:11,13,16

**gone** 18:25 66:3
138:14 148:2
161:21 174:8
178:22 179:7
197:17

**goodness** 16:9

**gotten** 78:18
124:1 156:3,13
162:13 185:19

**grabbed** 120:21

**grade** 15:7

**gradually** 62:12

**Graham** 6:1 82:6
86:22 127:5
144:19 146:9
149:19 151:15
192:19

**Graham-
Richardson**
82:7 84:8,13

**granted** 138:16
165:18

**great** 85:16,20
120:4 188:19
195:7,9 205:16

**grievance** 69:25
70:2 90:10
91:10,22
92:1,14,16,24
93:6,14,16,20,
21,22,23
94:1,4,8,10,20



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   **www.MILESTONEREPORTING.com**   Toll Free 855-MYDEPOS

,23 95:9,20
96:23
101:21,24
102:14 103:10
104:15,24
105:3,4,21,23
106:3,7,8
107:7
108:18,22
111:15,18,22
126:23 132:11
133:3,9 141:4
142:1,7,21
143:3,6,9,10,1
8 162:19
165:9,13,14,16
166:18 167:4
168:14
184:18,20
185:5
200:11,14

**grievances**
58:10 69:22,23
86:18,20 87:1
88:18 90:8
92:4 93:8,12
96:22 98:22
99:4,21 100:23
101:11
103:13,14
105:14
108:7,20,24
109:7,11
110:24
111:4,5,9
112:7
117:10,11
129:25
132:5,22
140:12 141:1
144:14 145:19

146:2 164:9,14
168:12 185:2,3
200:10

**grieve** 129:20
185:21,22

**grieving** 130:12
151:10

**grinding** 18:9

**ground** 122:4,15

**grounds** 12:7

**grudges** 137:8

**guard** 141:15

**guardrails**
125:10

**guess** 15:7
35:25 43:13
65:8 67:4
73:15 74:1
84:5 95:8
142:24 148:17
151:17 152:18
153:23
156:3,24
158:24 159:22
168:8 179:23
197:8

**gun** 7:25

**guy** 44:13,14
90:24 131:15
134:16 197:3

**guys** 96:5
120:10
131:2,13,19
137:10 158:20

**guy's** 82:11
120:18

---
**H**
---

**Hale** 40:18
41:6,8,18,25
42:2,12,17
158:25 160:6

**H-A-L-E** 41:18

**Hale's** 41:16

**half** 85:5,6

**halfway** 187:14

**hall** 140:23
191:18

**hallway** 88:16

**Hancock** 158:11

**hand** 6:21 81:24

**handcuffs** 128:3

**handful** 73:8

**handle** 136:2

**hands** 58:18
160:13

**Hanson** 2:20
3:2,4 6:2
7:5,6 39:22
40:1 47:18
48:10 52:20
53:6 58:24
85:2,17,21,25
86:9 98:12,17
102:23 104:9
110:7,19
111:10,13
117:14 123:22
158:24
167:17,21
169:15
170:3,22
172:8,11

174:19,21
175:23 178:10
179:7 184:12
189:12 193:3
196:2,4
197:11,22
201:20
204:9,21,23
205:1,4,9,12,1
5,16

**happen** 22:9
180:23

**happened** 19:11
21:14 22:21
23:12,23 27:21
36:11 39:20
64:22 67:4,9
73:13,16,20
77:9 117:7
119:4,6 131:5
145:25 163:18
184:20,24
187:8
200:5,6,7

**happens** 8:1
28:17 91:15

**happy** 7:15 21:8
45:11 69:6

**harass**
88:17,20,21,22

**harassing** 132:3
145:9

**hard** 22:23

**harshly** 146:1

**hate** 42:9

**hated** 137:6

**haven't** 116:15
128:6


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

**having** 25:2
26:4 35:22
37:20 39:13,17
44:1 50:9,24
62:23 63:19
64:9 65:9 70:7
87:19,21 90:6
99:16 101:10
104:12,24
106:10 109:18
137:9 138:14
144:13 145:3
148:11 157:3
161:11

**havoc** 28:14

**hazards** 163:8

**head** 122:12
167:7 170:9

**heal** 155:25

**health** 2:18
3:16 77:22,24
78:9,12,14,15
79:17
80:1,6,15
81:11 90:11
127:2 149:6,9
150:22 158:1
163:7 179:22
187:1

**healthcare**
3:8,11,13,14,1
7 31:13 36:23
45:7 51:16
68:13 114:12
173:11 176:20

**hear** 16:5 71:13
76:15 127:23

146:6 181:2

**heard** 19:7,8,14
50:20,21 88:4

**heels** 203:2,3

**held** 17:11
90:20 155:4

**Hell** 187:25

**Hello** 132:12,13

**help**
39:15,18,19
70:16,25 87:6
89:4 90:14
95:15 96:6
102:21 110:17
137:10
138:8,9,10
151:1,4 158:22
162:17 180:6

**helped** 21:18

**helping** 18:5
87:10 89:6
96:19 197:3

**helps** 100:17

**hereby** 207:7

**herein** 207:14

**here's**
111:18,22

**hernia** 102:20

**herself** 82:15

**he's** 9:5 43:23
44:3,4,12,14,1
7 47:22 53:9
58:15,18,20,22
61:5 72:9
78:11
90:1,19,20,25

96:2 100:10,11
104:1 109:24
142:13 161:24
166:22 167:15
179:20

**hey** 38:14
44:12,14 90:24
120:10,17
137:10 153:15
154:8 157:23
201:8

**HH** 206:20

**Hi** 117:18

**highlight**
176:25

**highlighted**
30:14 35:18
36:25 45:22
56:15 60:13
61:22 80:20
106:14 199:4

**highlighting**
29:25 75:7

**highlights**
31:11 32:5
59:24

**hindrance** 87:18

**hip** 54:23 67:3
99:24 120:10
122:18,22
146:24,25

**HIPAA** 91:2

**hips** 122:15

**history** 16:24
32:18 96:23
171:2 174:7
177:9,13 187:7

**hit** 120:8,9
122:9,14,15

**hold** 6:8 16:25
43:5 74:13
77:19 78:3
83:5,6,9 84:12
120:22 137:8
181:5
188:2,12,17
199:25 205:3

**holding** 124:2
131:12,16,25

**holds** 168:4

**Hollywood** 18:2

**Holmes** 2:19
60:11 146:12
161:25 203:7

**home** 10:12
184:5

**homeboy's**
142:14,15

**honest** 16:20
144:4

**hope** 21:18

**hospital** 109:25
150:23,25

**hour** 12:24
85:5,7 143:24

**hours** 97:14

**house** 79:20

**housed** 24:13
62:11

**houseman** 12:7

**housing** 3:16
77:15 79:17
81:3 82:23



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

104:3

**Howell** 2:14,19
  42:20 44:24
  51:22 71:17,20
  73:18 74:18
  77:7,12,14,16,
  24 80:17,19
  82:22,24 83:1
  84:11
  86:11,22,24
  87:15,16
  89:7,10,13
  91:10 92:1
  93:16 94:4,20
  95:18,19 97:1
  102:18 109:16
  112:20 129:20
  146:12 180:16
  184:16
  187:15,16,19
  188:11,17
  199:18,21,25
  200:10,11
  203:6

**HS** 75:23

**huh** 139:17
  201:10

**humane** 163:12

**humiliation**
  63:18

**hurt** 67:2 126:2
  146:23

**hurting** 90:13

I

**i.e** 191:9

**ibuprofen** 43:8
  87:9 89:1,5

97:9

**ibuprofens** 73:8

**ICT** 82:10
  127:5,9,16,19
  128:1,7,16
  129:6
  130:15,17,18,2
  0,23 131:1,4
  132:10,21
  134:10
  135:6,15,25
  142:1,2

**I'd** 59:5 77:10
  118:17 126:15
  146:9 151:16
  167:8

**ID** 6:8

**idea** 150:4,7
  166:5

**identification**
  6:14 29:21
  31:14 32:9
  33:13 34:14
  35:10 36:20
  37:5 45:3 60:4
  68:15 75:8
  79:18 176:8
  179:11 206:10

**identifying**
  43:23,24

**identity** 156:21

**I'll** 7:10,23
  10:21 19:13
  29:20 30:3
  35:7,12 51:15
  71:11 73:22
  79:11 81:8
  85:8 93:4 94:8

104:6 106:16
  110:20 112:21
  113:7 117:16
  118:3 139:11
  193:22 196:23
  199:18
  201:13,18
  205:1,2,9,12

**illness** 32:18
  162:19 168:21
  177:9

**I'm**
  5:3,19,22,23,2
  4 6:9
  7:7,15,21 9:18
  10:10 15:12
  16:1,19,23
  18:16
  19:5,10,12
  20:5,8,17,25
  21:8,10,11
  22:18 23:4,5
  24:3 25:25
  26:16,17,18,20
  27:19 28:25
  29:25 33:9
  34:9 37:20
  38:14
  39:1,9,22
  40:14 41:9
  43:22 44:1,9
  45:11,20
  48:17,23
  49:17,18 50:9
  51:4 52:6
  54:19
  58:16,21,22,24
  59:6,8 61:21
  63:16,18,19
  65:6,8,12
  68:10

69:3,6,7,11
  70:18,22,24
  71:11,12 72:10
  73:14 75:2,5,6
  76:15 77:3
  79:3,6,13
  81:22 82:16,20
  84:3,6,25
  85:3,10,11
  86:14 87:2
  88:2,24
  89:8,17,19,20
  90:5,6,18,20
  92:3,4,17,18,2
  1 93:2
  95:7,11,12,13,
  14,15
  98:1,12,15
  100:12,13
  101:5 102:23
  104:2,7,9,11,1
  4,20
  105:11,16,18
  106:16,21
  107:21,22
  108:9,10
  110:6,9,10,19,
  25 111:2,10,14
  113:11
  117:21,25
  118:10
  119:4,9,23
  120:13,16,19,2
  2 121:13,14
  123:20
  124:9,11
  125:11,13,15,2
  3 126:5 127:3
  128:6,11,12
  129:13,17
  130:23
  131:4,6,8,9,17



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

,25 132:17
133:9
135:19,24,25
136:4,22
137:1,3,4,13,1
4,16,17 138:12
139:21 141:17
142:12 143:22
144:12,13
145:1
146:12,24
147:17
148:3,5,14,15
149:3
150:15,16,18
153:7,18,19
156:6,9
161:17,20,22
162:16,21
163:25 164:23
165:7 166:20
167:6,7,10
168:2,3,9,11
169:11,15,18,2
2 170:6,17,24
171:16,17,21
172:15,19,21,2
3,24 173:23,24
174:1
175:2,7,8
176:18,23,25
177:8 178:15
180:23 181:1,9
182:17,24,25
186:11,20
187:4,10,21
189:16 190:16
193:4,5
194:1,2 196:7
197:10,16,17
199:2,8 200:6
201:15 202:1,3

203:14 204:12

**IM** 75:15 76:2

**IMG20220105_187**
**30** 183:9

**immediate**
162:20 168:22

**immediately**
131:1 137:18
143:20,21,24,2
5 144:1,3

**IMP** 179:8,9,13

**impaired** 195:17

**impairment**
149:5,8

**important** 57:8
83:23,24

**impression**
45:22 56:9
90:5 96:12

**inability** 62:14

**inaccurate** 95:8

**inactions**
109:13,14
110:23

**inappropriate**
138:11

**incapacitated**
40:19 153:9

**incarcerated**
8:23 10:6,8,11
11:1,6 13:16
14:2 15:9
17:10 18:15,16
170:2

**incarceration**

10:8,11 18:24

**incident** 65:2
77:21 84:17
91:15 119:3,7
120:4 131:17
132:21 138:1
142:1,23
143:4,7,11
180:21 181:3

**incidents** 22:24

**including**
151:15

**income** 18:23

**incontinence**
162:25

**INDEX** 3:1

**indicate** 188:5

**indicated**
208:19

**indicates** 68:20

**indicating**
106:22 142:10

**indication**
160:8 174:11
204:6

**indirectly**
100:15

**individual**
194:4

**infected** 99:19
202:24 203:1,3

**infection** 99:24

**infirmary**
3:11,14 35:9
41:11,12,23
60:2,7,8 61:1

63:15 64:12
72:8 89:12,14
99:8 104:23
107:12,23
114:17,19,25
115:6 136:13
143:16 146:15
157:2 182:19
183:19

**influence**
145:10

**info** 199:6

**info/supporting**
31:2

**inform** 128:23

**informal**
93:20,22,23
105:23 106:7
111:22 126:22

**information**
7:10 8:6 36:8
38:13 74:12
119:8 134:2,5
141:10 188:5
199:13

**informed** 165:12

**initial** 106:8

**initially** 128:2
135:24 152:21

**initiated** 20:6
109:15 157:23
161:18

**injured** 65:5
122:18,20,25

**injures** 126:7
131:15

**injuries** 122:19

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

203:2

**injuring** 64:1
65:2 130:8

**injury** 183:18

**inmate** 18:15
68:20 75:12
97:4 135:8
152:22 179:13
195:12,15,19,2
5 196:12 197:5

**inmates** 70:8
120:17 123:17
125:19 130:6,7
132:5,25
134:21 153:25
160:18 163:13
185:18

**inmate's** 104:1

**inside** 12:7
69:18 141:10
149:13

**inspection**
54:19 55:10

**instance** 38:3
44:9 104:22
123:9 172:2
191:15 202:19

**instances** 84:15
136:17
139:13,18
148:17
191:21,25
192:4,8,11
195:22

**instead** 103:19
141:2 185:16
202:15

**institution**

112:11 134:25
168:24 178:22

**institutional**
127:6 156:19
162:18

**instruct** 58:16

**instructions**
39:16

**intact** 55:5

**Integumentary**
54:19

**intend** 17:14,16

**intended** 17:17
140:12

**intentionally**
39:11 163:11

**intentions**
47:14

**interact**
123:8,11,12

**interested**
146:13 207:15

**interfere** 87:3

**intervene** 88:17

**intervening**
162:11

**interview**
201:11

**introduced**
91:20 105:13
176:5 186:13

**investigate**
165:4

**investigator**
165:3

**involved** 12:12
207:14

**involving**
147:22

**irritation**
100:11

**isn't** 78:12
96:23 126:13

**issue** 57:7
63:24 66:11
74:11
83:20,22,23,25
84:1 89:23
90:6 91:6,7
102:15 128:7
142:6 144:15
145:8 155:20
161:9 180:22
185:21 192:1
196:10,13

**issued** 126:16
127:5
196:16,22,25

**issues**
24:20,21,24
56:2 62:10,12
63:3,7
64:11,15,16,21
65:9,11,17
66:17 83:20
87:3,23
90:7,11 127:2
130:3,4,19
141:22 145:3
151:2,3,5
155:16,17,18

**items** 204:7

**I've** 18:13,15
19:7 26:13

29:19 30:14
31:9,25 32:5
33:2,9,15,21
35:18 36:18
45:1,22
59:23,24 75:2
78:18 79:15
83:11,12,20
89:19 90:7
96:10,16,17
106:14 125:10
134:25 141:25
150:24 167:5,6
175:25
176:1,4,5
178:25 179:1
200:25

**IVs** 157:7

_____

J

**Jacksonville**
1:2 5:12

**Jacob** 2:20 6:2
7:6 172:10

**James** 2:2,3,7
5:18,21

**james@slater.le
gal** 2:10

**January** 1:8 4:4
5:7 10:4
11:2,3 22:16
34:7 48:7 86:6
89:10,14
105:21
107:7,8,12
114:16,17,22
147:13 154:24
183:2,14,19,22
186:21 188:15



MILESTONE **|** REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

207:17

**jarred** 122:16

**Jason** 2:19
42:20 80:19
86:11
187:15,16

**Jefferson** 2:3

**J-E-N** 9:8

**Jenece**
9:8,16,25 11:5
14:10

**jeopardy**
145:5,11

**Jessee** 31:21
179:6

**jhanson@bradley**
**.com** 2:23

**job** 16:25 18:11
100:17
121:8,11
127:10,13
128:17,20
130:24 152:2

**jobs** 12:2,4,14
17:11,17

**John** 2:13
107:20

**Johns** 2:12 5:25
118:8
164:5,10,24
165:12 166:18
168:12

**Johnson** 134:16
135:10,11
142:11

**joined** 156:11

**JPay** 13:20,21
134:24 135:2

**Jr** 6:9

**July** 29:11 35:8
36:22
37:7,11,22
46:24 47:4
56:22 59:4
109:16 116:3
178:11,16

**jump** 7:25

**jumped** 84:25

**jumping** 186:11

**June** 11:4 15:13
29:11 33:11
34:13
35:1,20,23
36:1 37:22
41:10 46:24
47:4 56:22
59:4 115:24
176:16 177:24
178:11,16
188:15 198:20

---
K
---

**Kalem** 2:12
118:8 165:22

**key** 155:20

**kicked** 99:7

**kids** 14:7

**kinds** 63:18

**Knaus** 2:19
146:12

**knee** 54:24

**knew** 20:3 57:12
101:6,9

108:19,21
109:7,11 133:2
138:12
141:5,7,9
192:15,21

**knowledge**
40:2,6 43:11
133:2 160:20
163:13 164:22
180:9

**known** 88:11

---
L
---

**labor** 18:10,12

**labs** 113:23

**lack** 76:14
110:13 162:12

**Lake** 50:15

**Large** 207:7

**last** 8:14 30:16
35:19 46:15,18
80:16 112:9
137:25 140:25
151:13 164:1
171:1
174:6,9,15
175:1 186:21
199:5 204:1

**lasted** 139:11

**lastly** 55:25
152:10 163:16

**late** 39:19
50:1,3 117:12
141:6
153:10,21
185:21

**later** 47:2

49:23 102:22
107:12
117:8,21 132:9
160:5

**Laubaugh** 111:19

**L-A-U-B-A-U-G-H**
111:19

**Lauderdale** 8:18
9:11 13:11
18:1

**law** 2:3 23:2
144:8

**lawsuit** 17:13
159:24

**lay** 71:4 163:3
175:23

**laying** 69:11

**leading** 189:12

**least** 192:16

**leave** 43:6
158:13 181:7
182:17 201:13

**leaving** 20:7
40:25 188:12

**led** 143:13

**leg** 44:11 82:24

**legal** 2:8
125:24
148:6,20 154:3
189:8 190:12

**legs** 25:4 65:1
71:19

**leg's** 44:11

**Leon** 135:10,11

**let's** 14:20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       Toll Free 855-MYDEPOS

15:13 16:5
34:7 45:4
47:23 54:2
85:18 92:7
94:22 95:4
98:18 106:4
117:23 122:9
147:6 169:21
184:18 193:8
197:9 199:2

**letter** 13:18
106:20,21
107:1,5 121:24
209:5

**letters**
11:7,8,21
13:20

**letting**
137:5,16

**level** 47:17
123:12 162:18
171:4 191:8
202:8,9

**levels** 26:13

**license** 168:4

**licenses** 16:5

**Lieutenant**
40:17
41:5,8,16,25
42:2,12,17
158:24

**life** 86:23
141:20 144:24
145:4,11 151:8
162:19 168:21

**life-
threatening**
144:21 168:21

**light** 20:12
55:5

**lightly** 138:15

**lights** 163:5

**likely** 149:5

**limit** 98:18

**limitations**
83:2

**limits** 55:11

**line** 65:19
105:25 137:4
168:22 208:3

**lines** 21:24

**list** 55:22
134:13 153:14
154:9
156:16,19,25
157:1,9,10

**listed** 30:2
33:18,19 34:16
35:8 36:22
46:18 54:8
66:9 75:18
77:13 94:16
171:9
173:18,20
176:12

**listen** 89:24
130:17

**lists** 30:19,22
31:2,12
32:11,14 33:25
35:13 45:6,12
46:17 51:19
54:5,13,18,23
60:2 61:11
62:5 68:17

75:12,13,19,22
76:1,9 79:23
176:25

**literally**
143:22

**little** 7:25
8:4,5 15:4
24:11 62:9
69:4 71:12
106:13
124:11,12
133:24 141:21
180:20 182:7
185:1
186:12,18
188:19 189:13
191:6
197:19,20

**live** 8:17
9:10,21

**lives** 9:11,22

**living** 9:17

**LLC** 2:18

**loaner** 60:21

**loans** 18:14,16

**lobby** 58:2
83:10 97:13
181:5

**located** 5:5
13:9

**location** 5:15

**lock** 155:20

**locked** 10:4
11:3 71:7
81:20 130:14
148:11

**locker** 120:9

**locking** 62:19
124:17

**locks** 124:18

**long** 8:19
17:7,8 18:15
36:16 64:14
98:6 100:16
139:9,10 150:8
163:4,6

**longer** 71:1
131:21 153:8,9

**long-term** 8:9

**losing** 124:11

**loss** 182:1
185:22

**lot** 11:20
57:2,18 90:8
97:16 118:10
131:20 159:20
161:16 164:9

**lower** 46:3
56:1,2,11
124:25 162:8
163:9

**LPN** 31:21
112:25 113:9
179:6,20

**lunch**
85:4,7,9,13

M

**M.D** 2:18

**ma'am** 6:22 7:2
84:2 120:14,19
137:7 141:17



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

machine 155:19

Madam 52:23
117:23 169:16

Madison 111:20

mailbox 69:19
70:2,20

main 72:7 83:22

major 57:7

male 171:1
177:13

malignancy
178:6

man 135:23
161:24 164:8

management
48:15,19
49:6,10,15
163:12

manager 9:18,20
144:8

manual 18:10,12

March 30:17
31:6 34:7
37:22 115:11
139:7,12
143:17
159:18,22,23
196:23,24
197:24
198:9,17,18
199:13 204:3
206:19

mark 30:9

marked 29:20,21
30:7 31:9,14
32:9 33:9,13
34:14 35:10

36:18,20 37:5
45:1,3 59:23
60:4 68:12,15
71:10 75:3,8
79:15,18 82:23
105:19
170:5,17
175:25 176:4,8
178:25 179:11
182:8,11 183:1
189:17 198:4

married 8:7
14:16,18

masonry 12:8

matter 5:10 6:5
7:8 137:21
165:4 208:17

matters 58:18

may 4:9 7:3
12:12 25:20
29:9 31:11,20
32:19 33:3,7
34:8 35:1
37:22 38:19
41:10 57:14
73:10,24 91:17
106:4,6 111:6
115:21 126:16
156:12 159:19
161:11,20
172:8 177:19
178:7,11,16,18
179:5,13 180:1
189:2 196:6

maybe 22:8
124:9 143:24
190:9

McKay 27:17

MD 170:15

me.I 208:18

meals 63:22
87:21 194:15

mean 11:9,15,17
12:10 29:15
36:12
39:3,9,20 43:1
44:4,10 47:14
49:1 51:6
53:18 58:21
64:16 73:22
83:7,8 87:13
88:14 95:13
100:8 101:2,17
108:16 109:25
114:3 118:2
123:12 128:4
130:5 133:7
141:23 143:21
150:9 172:17
173:5,7
175:14,16
179:9,19
181:19
202:11,15
203:9

meaning 155:9
175:19

means 103:25
175:10,17
190:2,5,9

meant 74:18
88:8 202:17
203:22

measures 86:23
129:22
130:11,12
144:21

mechanic 17:4

medical 7:7
10:14
19:9,13,14
20:4,11,23
21:13 23:18,22
25:8,13,14,15,
21,22 26:3,22
28:9 38:11
39:5 40:16,20
42:3,5,13
45:18 50:17
54:1
63:11,16,17
64:7 72:13
77:25
79:1,13,14
80:24
81:1,4,6,12,16
83:19
87:3,4,22
88:15 89:25
96:24
99:10,13,16
103:5,23,25
104:2,3 105:7
111:20 112:13
113:25 114:5,7
116:10,17
120:11,24
123:3,4,8,14,1
5,16,19 125:20
126:24 128:22
130:19 133:19
135:17,18
136:19,20
141:22 142:24
155:16 156:22
159:6,9,20
160:12
161:4,5,8,11,1



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

2,20
162:11,12,20
163:2 165:9
168:4,17,22
169:1
171:8,17,21,22
172:1 174:17
180:15,17
183:23,25
184:15 187:2
188:4,5,13
192:1,2,24
195:24 196:1
200:1,16,17,23
201:22,23
203:8,13,14,20
,21 204:3

**medication** 3:9
38:4,6,16
73:19
76:13,17,19,21
,25 77:8
112:14 116:20
173:20 177:4

**medications**
22:9 23:5
32:15
33:10,11,23,25
78:20
112:16,19
115:1
116:21,23,25
117:9 150:17
173:15,18
176:24
202:20,21,23
203:1

**medication's**
173:23

**medicine** 151:16

152:10,11
191:9,20
202:4,6,7,10,1
1,12,15
203:9,23

**meet** 118:25

**meeting** 154:9
157:3,6,18,24
158:18,20

**meetings** 153:9
154:7
155:4,7,15,21,
25 156:3,5,16
157:13
158:2,16

**meeting's**
154:13

**Mells** 203:6

**memory** 23:9
167:9,16

**mental** 77:22,24
78:8,9,12,14
80:1,6 81:11
149:6,8,9,17
150:21

**mentioned** 24:13
28:18 40:10
48:12 56:21
62:10 70:5,6
73:11 122:18
123:1,23 124:1
130:10 144:21
149:7 152:17
156:15 158:24
199:24 202:4

**mentions** 129:19
159:25

**met** 8:22

96:16,17
119:2,7,11

**metastasized**
20:12 27:15

**metastatic**
175:13 178:6
199:8

**MHM** 2:18

**Miami** 9:22,23
17:3,7 18:1

**middle** 1:1 5:12
29:17 66:7
174:3

**mild** 62:17,22

**Milestone** 5:5

**Millette** 2:13
118:9
164:5,11,23
166:18 168:12

**milligram** 75:23
177:20,21

**milligrams**
75:15,18 76:2
177:1

**Milliken** 111:16

**mind** 16:3 23:6
118:14 145:2
162:10

**mine** 17:23
67:21 160:18

**minute** 21:5
43:5 47:20
67:18 69:5
73:25 85:7
105:17 141:1
169:13

**minutes** 84:5
85:5

**Miquel** 177:5,16
178:9 199:14

**mischaracterize
s** 80:10 98:25
100:24 112:1
119:19 146:21

**mispronounce**
54:19

**misread** 119:23

**miss** 191:14

**missed** 129:7
157:23 194:15
195:13

**missing** 63:21
87:21 131:22
134:13,14
142:11

**misspoke** 81:9

**misstates**
172:11 196:4

**mistake** 141:1

**Mister** 189:3,18

**mix** 136:1

**mixing** 166:15

**mobility** 24:20
62:10,12
63:3,7
64:10,21
65:9,11,17
66:13,17 83:2
124:11 195:17

**mobilize** 60:24

**mom** 14:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

moment 118:11
  154:16 162:6
  173:17 182:17

money 12:12
  18:6

Monroe 2:8

month 11:15,16
  29:9 32:22
  35:5 66:7
  67:15,16

months 17:8,10
  19:4,12 20:9
  21:15 34:6
  37:18 89:12
  90:9,10 98:9
  102:22 160:5
  174:12 177:21
  198:21

Moorehaven
  24:13,17,19,25
  25:1,6,8 26:14
  62:12

morning
  121:6,13
  156:22

Morris 31:21
  129:21 179:6

mother 14:10

move 31:9 39:22
  58:24 70:19
  98:13 102:23
  104:10 110:19
  120:20 124:21
  126:8,15 128:4
  136:14 152:13
  164:6 195:18

moved 136:15
  137:19 138:23

  140:20 143:23
  144:1 159:21

movement 140:18

moving 51:7
  63:13,25
  129:17 136:22
  162:21 163:25

MP 72:12

MRI 122:25

MRIs 117:9

Mullet 5:25

multiple
  83:20,21
  117:8,9

mumbling 161:17

muscle 62:23

muscles 55:5

Musculoskeletal
  54:22

myself 63:14,21
  65:2,5
  70:13,17 87:19
  99:11 151:12
  186:7

───────────
        N
───────────
N2 122:2

name's 154:9

National 126:10

nature 18:9
  149:1 153:24
  165:15 166:10

Navy 9:13

NCV 46:4,5
  56:11 61:12,14

  62:2

necessarily
  172:17 173:7

necessary 52:3

necessities
  151:15 191:9

neck 55:9 67:3
  122:15,18,20,2
  1 126:7
  146:23,25

neglect 146:10
  147:19 148:18
  189:5,21
  190:21
  191:4,11

neglected
  148:16,19

neither 158:21

Neurological
  55:25

neurologist
  46:13,18,21,23
  ,25 47:4 49:22
  50:5 56:22
  59:4,9,11,17
  88:9 114:13

night 91:8
  163:7

ninth 15:7

Nobody 28:7
  43:12 121:11

non 166:9

nonchalant
  100:7 101:8

non-compliance
  141:7

none 75:19
  96:21 162:14

non-responsive
  98:15 102:24
  104:10 110:20

non-tender
  55:19

nor 158:22
  207:14

normal 55:10
  73:7,9 108:14
  110:14,15,16,1
  7

North 2:21
  9:22,23

nose 55:9

Notary 4:8
  206:17
  207:6,24

notation 178:7

notations 172:1

note 31:16
  37:16 45:24
  46:2 71:12
  179:8,16

noted 33:21
  56:10 71:15
  172:3 178:20
  186:24

notes 31:3
  32:24 34:4,25
  37:11 118:11
  198:21 199:6

nothing 6:25
  47:1 57:16
  72:20,24 90:10
  96:4 97:22


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

100:1 137:3
148:12

**notice** 109:19

**Noticeably**
43:25

**noticed** 22:5

**notices** 107:19

**notified** 73:18

**noting** 82:23
174:7

**November** 28:3
64:16,22
66:5,11,16,25
67:5,14,16
71:15,16 73:13
76:13,19
77:1,5,9,12
79:1,2 86:11
91:11 93:17
102:1 112:12
116:11 117:4
118:21
119:5,13,15,22
,24 125:16
152:23 187:11
188:14,15,16
200:3,12

**nowhere**
158:15,17
169:2

**numbness** 71:19
82:24 83:1
162:8

**nurse** 3:7 31:12
41:2 42:20
43:14,18,22
44:24,25
47:21,25 51:22

52:1 56:17
57:24 60:11
71:20,21 72:4
73:4,18,19
77:7,12,14,16,
23 78:19 80:17
84:3,11
86:11,24
87:15,25 88:17
89:7,13 90:17
91:10 92:1
93:15 94:4,19
95:18,19
97:6,14 102:17
109:16
112:17,20
113:5 147:3,5
153:10 154:11
157:2,15
158:10,11
160:12
179:5,20
180:16 184:16
187:15,16,19
188:11,16
199:17,21,24
200:10,11,16
201:23 203:6,7

**nurses** 43:16
74:10 87:4,25
99:16,17
184:16 200:24
203:20

**NVC** 114:13

--- O ---

**OATH** 206:1

**object** 125:23
148:5

**objection**

52:5,19 76:14
80:10 98:25
100:24 101:12
106:15 112:1
119:19 139:24
146:21 168:16
172:8 174:19
175:23 178:10
184:12 189:12
193:3 196:2
203:24

**objective** 54:11
56:1

**obsolete** 50:7

**obtain** 148:10

**obtained** 152:25

**obvious** 44:2

**obviously** 78:21
87:10 113:25

**occasion**
192:16,20

**occasional**
13:18

**occurred** 26:6
92:15,19
188:25

**October** 19:20
23:1 27:22
150:24 182:10

**office** 2:3
18:11

**officer** 70:16
123:15 203:12

**officers** 82:1
121:18,20
123:9 145:7,12
146:4 151:9

163:17 203:17

**official** 2:11
93:8 94:15
153:14 161:16

**officially**
153:12 196:22

**oh** 10:14,16,20
16:9 21:2,7,9
26:9 31:1
34:11 36:21
40:5 41:21
46:7,9,10
47:21 62:1
71:14 73:3
84:14 85:15
95:11 104:13
110:9
113:10,18
119:11 132:15
137:5 139:16
141:7 147:1
164:8 165:24
166:17,25
167:13 189:6
194:25 195:11
197:16 198:3
201:13 202:1
203:16,18

**okay** 7:19 8:1,9
9:21
10:7,19,20
11:19 12:20
13:25 14:9
15:1,4,10,15,1
8 16:11,21,23
18:20 19:1,15
23:7,14,16
24:1 25:17
26:4,12 27:1
28:23



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.**MILESTONEREPORTING**.com       Toll Free 855-MYDEPOS

29:3,4,19,22
33:23 36:4,6
37:6 39:25
40:9,13 41:13
43:15 45:1
46:9
47:3,18,25
48:22 51:14
52:14 53:8,16
59:7,23 61:7
64:20 65:19
68:9 69:10
71:13 73:2
74:24 79:19
80:22 81:10
84:2,3,23
85:2,16,17
88:4 91:9
92:9,17,20
93:1,7,11,15
94:13,25 95:18
98:19,20 101:5
103:8
104:13,19
107:21 110:12
113:10,17
116:16
117:18,24
118:10,17,24
119:11 120:4
121:1,10,15,23
122:3,7,17
123:1,5,20
124:13
125:2,9,15,25
126:1,12,20
127:8,12
128:8,13,19,22
129:1,10
130:10,15
132:15
133:2,5,18

134:1,8,12,19
135:5,8,15
136:11,21,25
138:2,6
139:8,21
140:14
142:4,6,18
143:3,15
144:18 145:17
146:3,8,13,17
147:5
149:3,11,14,22
,25 150:20
152:3,10,13,21
,25 153:22
154:5,19 155:8
156:15,18
157:12 158:23
159:2,10,24
160:23 162:21
163:10,16
164:13,16
165:1,15
166:6,13,20,22
167:13 168:7
169:11,21
172:14
173:10,12
174:5
176:10,23
179:17
180:5,12
193:6,11,12
195:11 196:6
197:23
198:3,12
199:10,11,17
200:9,15
201:15,16,19
202:2,10
203:18

205:2,11,14

**old** 9:4,9
170:25 177:13

**omissions**
190:18

**ONC** 178:3

**oncologist**
48:24 49:22
50:2 58:16,18
98:4,10 103:20
172:18 178:4

**ones** 123:18
134:25
205:7,15

**ongoing** 90:12

**online** 5:3

**onset** 63:2
89:21 102:15

**onto** 77:19 78:3
83:5,6,9 84:12
181:5

**open** 99:25
138:4

**operate** 17:25
137:7

**opinion** 175:23

**opportunity**
150:25

**Orange** 2:14
206:4 207:4

**order** 3:15
44:7,20 46:3
47:9 56:11
75:6 87:17,24
113:8 160:4,6
187:6 201:24

204:18

**ordered** 61:15
114:13 117:1
129:11,14
130:6,14 131:1

**orderlies**
157:4,12
161:6,22

**orderly** 161:24

**orders** 46:11,16
78:18 116:22

**ordinary** 144:22

**oriented** 54:15

**original** 208:21

**Orlando** 5:6

**others** 198:8

**otherwise** 96:11
118:3 139:23

**otoscopic** 55:8

**outs** 153:20
156:21 157:11

**outside** 16:25
88:8 109:25
136:6 140:9
149:11 150:23
193:3

**overboard** 89:20
131:4

**overflow**
25:14,15
103:25

**O-Y** 14:15

——————————
P
——————————
**p.m** 86:2,7
147:9,14


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

154:20,25
163:6
205:18,20

**pad** 155:19

**page** 3:1,6
30:10,11
33:16,17,18,19
,21,23,24
35:16,17
45:15,20,21
46:15,16,18
54:6,10 60:14
61:8 75:5
86:16 105:19
106:12 113:9
170:19,25
173:14 174:1,3
175:9
176:11,14,15,1
8,24 177:8
179:5 186:21
187:14,24
189:16 194:2
198:25 208:3

**pages** 116:10,14

**paid** 12:13
104:4

**pail** 70:15

**pain** 71:18,19
73:5,18,20
77:8 83:1 89:5
112:12

**painful** 71:17
72:11,19,23
77:6

**pains** 25:12

**painting** 12:9

**Palmer** 107:20

**pants** 70:17
99:7

**paper** 50:18
166:8

**papers** 51:9
81:25 96:16
97:21
113:12,16

**paperwork**
20:7,10
47:7,9,10
49:25 114:15
115:9,13
133:21 159:6
160:16,17,22

**paragraph**
71:12,15 72:17
77:4,13 82:21
83:4 86:17,20
89:9,11
119:13,24,25
122:17 126:21
127:3 129:19
144:20 147:20
149:3 151:14
165:8,20
167:24 189:25
190:17 191:7
194:2

**paralegal** 144:8

**paralyzed** 64:19
66:3

**pardon** 181:11

**parentheses**
75:16 76:2

**parents** 13:4,5

**participated**
153:10 158:18

**participation**
194:6

**parties** 1:9
6:15 207:13

**party** 93:21,24
94:2

**pass** 40:17
41:24
42:3,6,7,8,9,1
3,16 60:22
99:18
120:22,23
123:2 128:23
130:21 160:7
185:14
200:16,25
201:6,7,22,24
204:5

**passage** 187:18

**passed** 125:5
130:25

**passes** 42:10
87:11 88:7
99:14 120:23
130:19 182:21
184:9,13
200:17,23
201:1,2

**past** 50:24
177:15

**patient** 32:19
34:25 37:11
46:4 54:14
55:1 56:2,3,12
60:15 61:3
95:13 177:19
178:2

**pay** 12:20 18:22

104:4

**payment** 12:15

**PCA** 80:16

**PCT** 80:3

**Pearson** 112:24
113:2,9

**pending** 5:11
7:17 35:19
61:11 62:6

**people** 65:4
156:22 165:2

**per** 11:15 113:8

**percent** 73:14
93:2 123:25
124:3

**performed** 26:5
61:15,18 62:2
117:4

**perhaps** 190:9

**period** 106:24
116:11,20
135:6 180:1

**periodically**
184:3 197:4

**permission**
130:16,22

**permitted**
154:14 163:17
200:17,22

**person** 100:8
113:12 126:7
144:22 197:5

**personal** 108:15
126:6,10
131:21



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

personally 41:7
152:1 206:7

pertaining
155:17

pertinent 31:2
199:5

phone
11:11,14,21
13:18,20 70:22
137:18

phonetic 12:8
203:6

photograph
183:1

physical 3:13
45:7 54:5
81:23 149:6,7
163:23 178:5

physically
57:23 148:22
158:2
163:12,17,19

physician 43:13
129:11,14
150:2

physicians
160:4

pick 124:25
126:3 130:7
132:25 157:5

picked 70:13
120:21 126:2
192:23

picking 63:25
65:4 131:13
132:5 147:17

picture 183:6

pictures 99:22
122:23 182:9

PL 175:9 179:1

PL243 30:10

PL72 105:20

PL89 91:22

PL94 186:14

placed 80:8
81:1 82:9
84:8,13 123:13
186:5

placing 130:8

plaintiff 1:4
2:2 5:19 30:8
72:10 82:25
86:17,20 89:11
147:23
170:18,25
173:18
176:2,11 194:2

plaintiff's
5:16 71:10
72:13,14 77:3
82:22,24 83:2
86:15 89:9
91:22 94:10
105:19 170:5
175:25 179:1
182:9,11
186:14 187:23
189:17
191:10,11
198:5

please 5:14
6:7,21
7:15,17,24
29:23 69:5
89:24 101:3

123:25 196:7
204:20

plenty 111:6
191:19

PLLC 2:8

PO 75:18 177:21

pocket 81:25
133:6

point 21:5
36:16,17 65:10
66:21,22 70:6
71:1 73:11
87:15 118:2
123:24 145:5
156:16 182:18

pointer 106:22

pointing 189:24

policy 83:17
125:22

population
41:14

POQ 75:23

portion 56:15
60:14 106:17
187:22

portions 170:23
188:10

position 64:2
90:15,16,19,23
166:7 167:2,8

possession
134:22

possible 84:11
95:12,13 108:3
158:5 174:15
178:6,8

179:15,25
180:2

possibly 138:13
140:2

Powell 57:21

PR 70:21

practice 73:7

Practitioner
72:4

pre 77:14
79:19,20 81:20

pre-approval
51:12

precisely 23:15

pre-confinement
79:8
80:3,14,17,24
81:2,13,16,19
82:13 84:7,20

pregnant 11:2

prepping 58:1

prescribe 38:5
43:16 44:6

prescribed
38:5,19
73:5,11 76:13
77:7
112:14,16,18
116:19
202:11,12,16,1
7,20,22 204:4

prescription
38:4

presence 57:15
74:4,5 77:20
181:6,9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**present** 32:18
42:12 43:4
55:20 56:2
74:20,21
112:19 147:1
177:9

**pre-special**
3:15 79:17
82:23

**pressing** 180:21

**pressure** 57:25
65:1

**pretty**
11:9,17,18

**prevent** 155:10

**prevented**
130:20

**previous** 99:1
100:25

**previously**
17:11 51:15
71:10 82:25
166:15 176:3
182:8 183:1

**Pride**
12:9,11,15,16,
17,18,19,21

**primary** 57:10
116:22 117:1

**prime** 63:8

**print** 94:15

**prior** 9:7 17:13
18:23 28:20
80:11 104:25
112:1 124:4
127:17 128:19
132:11 172:11

176:3 177:5
179:3 196:4

**prison** 12:1,5
16:13,25 83:15
136:9
141:15,19

**prisoner** 86:17

**prisons** 78:13

**pristine** 23:9

**privileges**
182:1

**probably** 11:16
16:18 17:8
69:3 85:4
91:14 100:15
118:11 121:3
131:24 135:22
150:14

**problem** 22:7
46:10 47:11
50:9 58:10
67:16 78:11
90:3,4,21
102:18 104:8
109:15 112:24
128:13 132:17
144:14

**problems** 43:24
48:13 101:15
102:2,3 109:19
146:25 149:17

**procedural**
168:13

**procedure** 4:6
168:15

**procedures**
43:21

**proceeded** 82:5

**proceeding**
207:9,10

**PROCEEDINGS** 3:2
5:1

**process** 90:12
98:7 178:3

**processed**
47:6,10 98:1

**processing**
133:21

**Produced** 206:10

**professional**
151:1 174:17

**professionals**
2:18 149:9
150:22

**prognosis**
19:3,4,23

**program** 41:2

**programs** 15:8
153:23
194:7,11

**progress**
3:11,14 35:9
60:2

**promise** 89:20

**proof** 53:19

**proper** 6:13

**properties**
201:4

**property** 131:22
134:13 142:10
185:17

**prostate**

27:1,12,15
28:11,13 55:22
67:7 90:11
102:19 162:13
171:2,3 174:7
175:20,21
177:14 178:5

**protect** 141:20

**protected** 86:18
144:23

**Protective**
190:6

**protocol** 71:18
78:13 131:14

**protocols** 65:5

**prove** 98:2

**provide** 12:15
13:1 44:21
56:18 116:25
126:25
129:21,24
130:1,2
159:14,25

**provided** 14:6
25:22 31:24
33:16 35:16
40:15,17 42:16
45:19 60:23
70:5 79:12,14
93:5 111:8
115:1,3 153:25
158:25 165:21
176:3 179:2
204:5,7

**provider** 32:6
35:13 37:7
42:3,5 45:12
170:14 176:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

179:6

providers
203:20

providing 65:12
177:5 203:8

provisional
175:13 199:7

PSA 26:13 27:8
36:10 67:8,21
171:4 174:8
202:8,9

PSAs 26:22

psych 77:22

psychiatric
46:17

psychological
78:6
81:5,6,12,22,2
5 82:4 149:8
151:2,3,5

psychologically
149:1,2

public 4:8
194:7 206:17
207:6,24

pull 67:24 68:3
152:15 156:19
167:14 170:4
182:8,24,25
189:14

pulled 36:18
122:14 167:17

pulling 124:2

pulse 57:25

punish 86:23

punishment

87:20

Pupils 55:4,8

purports 33:11
52:15,20 53:4

pursuant 4:5

push 193:9

pushed 63:15,16
123:19 135:16
142:24

puts 38:10 47:8
57:16

putting 64:4
78:11 153:20

---

## Q

QD 177:21

qualified 18:14
194:4

qualify 18:19

question
7:17,18 10:22
16:4 20:2
21:17 23:2
27:7 39:24
40:2 43:2
48:18 52:12,23
53:1,7 59:1
61:19,24 64:20
65:22 67:4,17
81:8 92:13
95:5 101:2
102:25 104:7
108:23,25
110:7,21 128:6
130:4 133:11
151:13 159:13
169:3 195:9
199:12,20

200:20 203:11

questioned
188:8

questioning
204:10

questions 7:11
25:20 39:2,4
57:23 58:3
91:4 112:9
117:16 118:15
141:25 158:23
166:24 169:22
189:4 197:12
204:1

quick 29:1

quite 49:18
123:22 163:21

quoted 194:3

---

## R

RAD 178:3

radiation 171:3
177:15

radio 178:3

raise 6:21

raising 100:10

rambling 161:17

range 29:10,11

rapidly 64:19
124:21 125:1

rate 55:16
190:16

rather 76:25

re 204:6

reach 140:9

205:1

reacting 140:6

reactive 55:4

reading 4:10
16:3 175:7
194:1

READS 53:1

ready 167:19
169:15

real 62:18,25
63:23

really 11:16
16:13 21:11
22:1 24:7
25:24 39:3,10
58:6 59:20
63:23 74:22
79:4 95:25
96:8 103:11
124:19 125:6
131:19 136:7
140:21 141:13
144:5

re-ask 81:8

reason 7:14
77:21 78:8
81:21 128:11
158:8,9 194:5
208:3

reasons 58:16
168:13 208:19

recall 11:17
12:20 19:6,15
22:14 24:24
26:16 31:6
33:3,6 35:23
37:21 42:23
49:23,25 50:17


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

51:22,24,25
53:20 56:6,24
57:19 66:6
71:20 73:4,6,7
76:20,23,24
77:15
91:9,12,13,25
92:5,6,10
101:20 102:5
104:24 105:1
106:2,4 107:11
114:14
115:7,12,13,14
116:6 117:3
121:4,19
140:19
143:5,12
163:24 170:8
171:7 172:5
188:3 197:25
198:11 199:22
200:3,12

**recalled** 95:10
115:10,20

**recap** 118:6

**receive** 14:3
117:13

**received** 68:21
75:4 76:18,25
87:7 107:8
112:11 123:16
164:16
178:19,21

**receiving** 110:2
133:25 143:8
166:2

**recent** 10:8,11

**Reception** 10:14
19:9,13,14

25:13

**recitation**
189:10

**recollect**
168:10 187:19

**recollection**
7:13 68:23
76:12
103:1,9,15
104:21 184:19

**recommend** 38:4
43:12,25 44:5
45:25 56:14

**recommendation**
38:1,24 40:3
49:1,4 178:20

**recommendations**
32:19 38:10
177:20

**recommended**
43:10,12 56:19

**recommends**
44:15

**reconvene** 85:18

**record**
3:6,7,8,10,11,
12,13,14,16,17
5:2 6:7 23:13
30:2 31:13
32:7 34:16
35:9 36:23
37:8 45:7
47:19 48:3,4,6
51:16 60:3
68:13 79:13
80:15 85:17,25
86:2,3,5 95:24
112:21 114:12

115:17 138:18
147:6,9,10,12
154:17,20,21,2
3 176:19
178:21 179:22
204:4 207:9
208:19

**records**
23:19,22
25:21,22
26:3,22 45:18
50:18 71:23
72:12 79:12,14
93:4 95:9
103:5 104:12
107:18 116:10
158:15
171:8,17,22
172:1,3 174:12

**recross** 3:4
197:11,21

**recurred** 67:7

**red** 103:23,24

**redirect** 3:3
169:12,19

**redress** 144:23

**refer** 42:24
46:12,18 50:5
78:9 87:8
88:6,9,10
89:7,13
174:2,16,24
175:3 199:3

**reference** 25:25
67:17,20
174:25 198:3

**referenced**
50:23 104:22

**references** 57:3
109:17

**referencing**
197:24 198:3

**referral** 24:5,7
30:25 34:22
37:15 45:13
47:8
48:20,21,22,23
,24 50:13,23
52:7 53:12
59:12,14,16
62:7 87:14
98:2,7,8
115:13,15
171:9,11,12
172:16 173:1

**referrals** 24:4
47:11 48:12
49:21
50:8,11,12
51:11
57:2,15,17,18,
19 87:13 88:8
96:15
97:16,20,21,25
98:1,6 109:18
116:8 153:17
171:17

**referred**
29:5,15 30:13
42:21 47:5
51:19 52:2,16
53:3 89:18,22
91:6 114:12

**referring** 51:23
52:10 53:9
74:8 78:11



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

103:20 113:2

**refers** 32:24

**refiled** 20:8
21:14

**reflected** 25:20
26:3,22

**reflects** 76:16

**refresh** 7:12
68:23 76:12
102:9
103:1,9,15

**refreshed**
167:16

**refreshing**
167:9

**refusal** 109:14

**refused** 47:15
68:4 83:2
163:11

**refute** 199:8

**regard** 42:20
66:13

**regarding**
132:5,22
151:13 163:12

**regards** 130:1

**Registered** 72:4

**regressive**
86:18

**regular** 55:16
91:8 147:23
193:2

**regularly** 11:11
13:17

**rehash** 118:13

**relate** 204:1

**related** 142:1
207:13

**relating** 185:5

**relationship**
8:10,19,22
11:5,9 147:22
190:2

**relationships**
9:7

**relatively**
127:4

**release**
20:5,11,23
21:13 150:20

**released** 17:14
19:22 20:15
105:6 150:24
181:17 184:1

**rely** 102:7,9
103:1,6,9,14

**remained**
19:23,24

**remaining** 6:3

**remarks** 170:24

**remember** 12:22
15:16 16:8,12
19:5,8,12
21:12,18
22:10,14,18,22
,23,24 23:3,15
24:7 25:1
26:2,19 29:6,9
35:25 36:5,12
40:11 41:11
49:21 53:23
56:25 57:1,20

58:9 67:12,15
76:22 77:20
83:8 92:8
94:24
95:1,2,3,6,16,
17 101:23
103:17,18
106:5 114:9
115:15 116:1
117:6 119:4,18
121:3,23 124:5
129:6
138:22,25
139:2,9 143:9
148:19 149:16
150:7 158:11
159:2,3 163:22
168:5 173:12
186:17 196:19
198:1,2

**remembering**
22:7

**remind** 118:13

**remission**
27:12,13 39:13
50:6 65:24
102:19 168:18

**remotely** 4:3

**repeat** 110:20
181:1

**repeats** 174:5

**repetitious**
90:8

**rephrase** 102:8

**report** 3:9
33:10,11,24
71:24 72:14,22
181:18

198:14,16
199:14 204:3
207:8

**reported**
71:16,18
72:11,19,23
73:17 77:6

**reporter** 1:8
4:9 5:2,4
6:6,10,12,15,2
0,23 7:3
48:2,5
52:23,24 53:1
86:1,4
117:24,25
147:8,11
154:17,19,22
169:16,18
204:14,17,21,2
4
205:2,7,11,14,
17 206:17
207:6,24

**Reporting** 5:5

**reports** 99:10
138:18

**represent** 79:11
93:4 113:7
118:7,14
193:22

**representing**
5:4,24 7:7

**request**
3:6,8,10,12,16
23:21 30:3
32:7,11 34:17
37:8
69:5,12,14,18
93:23 170:10



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

171:5 173:1
175:4 176:1
191:23 195:23
196:11,14
208:18

**requested** 32:22
35:4 37:17
53:1 162:9

**requesting**
78:14 172:20
173:6

**requests** 69:16
83:21 127:1
195:24 196:1

**require** 50:13

**required** 50:11
51:11

**respectful** 58:4

**Respiratory**
55:13

**respond** 111:7
127:19

**responded** 24:6
86:22 111:5,6
125:18 164:10

**responder** 9:14

**response** 94:15
106:11 111:18
164:20,24
165:13,16
166:9 169:6
177:15

**responses** 110:4
164:16

**responsibilitie
s** 167:2

**responsibility**

147:22 190:1

**responsible**
65:16

**responsive**
39:23

**restricted**
155:22

**result**
132:10,21
139:13,15,21

**resulted** 128:10
203:2

**resulting**
168:21

**results** 21:21
117:8

**retaliated**
98:21 104:18
131:10 132:21
139:19
145:7,13

**retaliating**
101:7,18 140:7
148:12

**retaliation**
86:14,25 88:6
92:14 95:20
98:18,24
99:3,12,21
100:4,22
101:10,17
108:18 118:19
130:13 131:6
134:7,11
135:13 139:13
144:19 148:15
151:9 180:14

**retaliatory**

86:22 110:14
129:22
130:11,12
131:10 132:2
134:4,15
136:12 137:25
144:21

**return** 77:3

**returned**
27:2,3,4,5,8,9
135:5,11
142:18,20
143:16

**returning** 17:14
56:9

**review** 80:15
165:25
167:15,25
173:17

**reviewed** 37:21
166:2

**reviewing** 56:6

**rewriting**
133:25

**rhythm** 55:16

**Richardson** 5:25
65:3 79:9
81:18 82:15
86:21 119:1
123:2
127:4,23,24
130:2 134:18
137:14 144:18
145:24 146:8
149:18 151:14
181:14 185:13
192:19

**Richardson-**

**Graham** 2:13
118:9,18
125:18 129:23
135:14 144:24
146:3,11,13,18
,19 147:19,21
151:6,18,23
152:5 163:21
180:15
185:5,25
192:15

**Richardson-
Graham's**
129:21

**Ricky** 1:6 2:11
5:10 118:7
152:14

**ripple** 145:4
148:11

**risen** 26:14

**rises** 191:7

**RMC** 10:14 19:16
20:10 21:14
31:17 37:1
40:25 51:7
116:12,22
179:8,9,12,16
180:1

**RN** 44:17 80:19

**Robinson** 5:6
145:14,17
146:5

**rolled** 120:8
122:14 124:16

**rolling** 125:12

**ROM** 54:24,25

**room** 43:6 57:21



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

70:21 74:9,10
78:3 185:11

**rough** 196:21

**roughly** 150:8

**routine** 36:10
73:9

**rule** 141:3

**Rules** 4:6

**run** 91:2

**rundown** 97:10

**running** 83:18
90:17

**runs** 36:7

———————
S
———————

**sadistically**
151:15 191:8

**Santiago** 2:12
5:24 118:8
164:5 165:22
166:4,21
167:25

**Sarasota** 2:15
5:23

**sarcastic** 88:13
89:2

**Sarge** 142:13

**Savonia** 2:13
5:25 118:9

**saw** 21:21 23:24
29:13,16,18
36:2,3 37:21
40:19 46:21,25
49:2 56:21,25
57:2,4,9
59:3,9,11 66:1

73:18 74:19
88:16 95:3
99:19,22
102:9,11,17
103:2,4
105:8,10
109:16
114:11,15,16
115:5,9,10,11,
12,15,16,19,24
116:2,3,7,9
121:21 140:22
145:25 146:3,5
149:16 159:7
168:2,3 170:1
172:18 173:7
174:11 185:15
198:9,13
199:13

**SC** 177:20

**scan** 171:6
173:2

**schedule**
49:10,14 85:21
144:10

**scheduled** 14:22
38:25 49:7
113:19,25

**schedules** 49:11

**school** 15:6,24

**scope** 193:3

**screamed** 120:10

**screen** 29:20
68:10 71:11
75:2 82:16
86:15 89:8
91:21 167:18

**screening**

81:13,16

**scroll** 30:3
32:17 35:12
45:20 54:10
61:7 170:17

**Seal** 9:13

**second** 33:17
41:12,23
47:16,21 52:24
54:10 56:15
61:8 68:8
147:7 176:14
182:25 183:4
188:4 189:15

**secretary** 2:12
107:20 118:7
152:14,18
162:7 193:21

**section** 32:18
35:18 56:9
61:8 94:15
106:11 189:21
190:17,20,21,2
5 194:1,3

**sections** 45:23
191:4

**security** 12:9
145:23

**seeing** 24:3
31:6 33:3
35:23 39:9
50:7,8 51:8
58:21 77:23,25
114:14
115:8,12,14,15
,21 180:2
184:16 198:1,8

**seek** 151:1

**seeking** 144:23
168:14

**seems** 22:7
112:23 152:16

**seen** 30:16
32:19 35:1,20
37:11,12 47:4
50:2 65:25
71:20 77:6
87:25 98:10
112:13 114:5
132:1 146:14
149:8 151:3
171:1,2,12
174:6,9,13,15,
16 175:1
177:19,24
178:7,9 187:15
197:24
198:17,18,23
199:4

**sees** 44:11

**self** 109:23

**send** 73:8
205:9,12

**sending** 116:22
185:16

**sense** 36:13
96:21 110:4

**sensitive** 21:3

**sent** 25:12 96:4
123:8 141:6
145:7 205:5

**sentence** 61:23
72:20 175:10

**separate** 171:18

**September** 22:25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

26:23 41:9
178:11,16,17

**sequence** 176:4

**sergeant** 65:3
79:9 81:18
82:6,7,15
84:8,12 86:21
118:9,17,25
121:17 123:2
125:18
127:22,24
130:2 134:17
135:13 137:14
145:14,17,23
147:19 149:18
151:6,22 152:5
163:21 181:14
185:13

**series** 171:8

**serious**
20:19,20 21:25
63:23
141:19,20

**seriously** 67:25

**seriousness**
109:19

**service** 12:6
17:18,20,24
18:4 30:13
45:7 60:3
174:2,24 175:3

**services** 153:23
190:6 194:7,9
199:3

**serving** 181:17

**seven** 10:2,3,6
34:6 75:23

**several** 19:7

54:13 129:20
171:12

**severe** 63:1
64:16 71:19
83:1 158:8
163:7

**SGT** 2:13

**share** 29:19,20
51:15 68:10
71:11 75:2
82:16 86:14
89:8 91:21
167:18 170:4

**sharing** 37:20
73:24 180:12

**sheet** 3:15 75:6
113:8 158:17
208:20

**sheets** 113:8

**she'll** 43:24

**shelter**
151:16,20
152:8 191:9

**she's** 9:9,18,20
81:19 84:3
113:15 120:15
131:12,18
142:13
144:7,8,9,11
154:11,12

**shin** 203:4

**shock** 36:15

**short** 85:4
141:24 197:13

**shortened** 15:1

**shot** 73:12
74:18,20 76:22

162:14 181:4
199:25

**shots** 66:2

**shoulder** 120:9

**should've** 99:18

**showed** 33:3
36:2 51:15
63:9 113:13,14
170:3,22 204:4

**shower**
192:9,12,20
195:3,5,16,20

**showers** 145:21

**showing** 24:6
47:14 99:23
100:11
108:15,16
170:6

**shutting** 28:6
125:1

**siblings** 13:7

**sick** 23:20
43:22 44:24,25
45:13 51:20
52:1,7,16
53:3,9,13
69:4,12,14,16,
18 74:8,10
80:23 83:19,21
90:16 127:1
184:16 191:22
195:23
196:8,11,14

**sign** 42:3 44:18
47:8 49:17,20
51:12 94:5
112:6
158:15,16,17

160:14 171:18
209:5

**signature** 35:17
50:12,14
106:12 107:5
113:5

**signatures**
164:17

**signed** 30:4
31:21 34:19
40:24 41:5
42:5 45:15
47:7 50:24
51:5,8,17
57:16 60:10
94:3 96:15
97:22
111:15,19,23
112:3,4 153:18
159:6 165:16
170:20 176:15
201:2,5 204:8
208:19

**significant**
149:5

**signing** 4:10
24:7
49:21,23,25

**signs** 58:2
97:18 100:11

**simple** 95:12

**simply** 83:3

**sir** 7:20
8:2,8,11,24
9:8,15 10:24
13:6 14:17,19
15:3,22,25
16:22



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

17:12,15,21
21:7,9 22:4,12
23:17 24:15
26:25 27:25
28:4
30:1,6,15,18,2
1
31:1,5,8,19,23
32:2,10,13,16,
21,23
33:1,5,8,14,22
34:1,6,15,18,2
1,24
35:3,6,11,14,2
1 36:24
37:3,10,14,19,
24 38:21,22
39:3 40:5,12
41:17,19
42:1,4,7,18
45:9,14,17
46:1,6,8,14,20
47:11,16,17
48:17,20 49:8
50:10
51:1,13,18,21
52:11,18
54:7,12,17
55:3,12,15,18,
21,24
56:5,8,13
58:21 59:2,14
60:5,9,12,18,2
1,22
61:10,13,20
62:1,4,8 63:5
65:7,22
66:14,20
68:9,16,19,22,
25 69:5,9,24
70:9,11
71:8,14,22

72:2 73:3
75:9,11,14,17,
21,25
76:4,7,11,15
77:25 79:25
80:21 81:14
82:19 84:10
85:10,15 90:7
91:5,8,13,24
93:7 94:18
100:6 103:7
105:22 106:1
108:24
109:1,13
111:17,21
112:4,8
113:3,18,22,24
114:18,24
117:6
118:16,23
119:11 120:3,6
121:3,4 123:6
125:17 126:17
127:7
128:5,18,21,25
129:16 131:7
132:7,12,16,24
133:1 134:20
135:7,12
138:21,24
142:3,5,8,22
143:20 145:16
146:7,16
150:23 151:24
152:7,9,12,24
153:2 154:2
156:1,8,14
157:14 159:1
160:20,24
162:4,23
163:15
164:12,18

167:4 168:9
170:7,13,16,21
171:14,20,24
172:9 174:4
176:9,13,17,22
177:7,18,23
178:11,24
180:11
181:13,25
182:3,13,16,23
183:8,11,16,21
184:25
186:19,23
187:3,13,17
188:7,18
190:24
191:2,5,13
192:3,7,10,14,
18
194:10,12,14,1
7 195:5,14,21
196:15,18,20
197:3,7
198:6,11,15
199:2,16,23
200:2,8,14
201:6,11 202:3

**sisters**
13:8,9,13 14:7

**sit** 62:24 97:13
160:19

**sits** 122:11

**sitting** 97:5

**situation** 57:11
58:8,11,19
82:2 90:22
140:10 146:1
162:4

**six** 9:25

19:4,12 20:9
21:15

**six-month** 20:1

**skin** 54:20

**Slater** 2:7,8
3:3 5:18 6:18
52:5,19,22
53:2 76:14
80:10
85:8,12,16,20,
24 98:25
100:24 101:12
106:15 112:1
117:23 119:19
125:23 139:24
146:21 148:5
154:3 167:14
168:16
169:8,11,16,20
172:10,13
175:5 196:3,5
197:9,11,23
199:17 201:22
202:5 203:24
204:12,16,18,2
0

**sleep** 121:7
161:21

**sleeping** 120:6
121:5,9

**slept** 71:5

**slip** 69:19
93:23 142:10

**slipped** 133:20

**small** 16:8
187:22

**snatched** 81:24
135:18



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

163:20,23

**snatching**
148:23

**so-called** 128:3

**soft** 55:19

**soiled**
192:5,9,16
194:19,24
197:2

**soiling** 99:6

**solemnly** 6:23

**Solumedrol** 76:1

**somebody** 42:24
43:7 49:2 64:3
70:15,24 97:4
109:20,21
165:6 197:7

**someone** 17:19
69:13 131:10
192:2

**something's**
118:12

**sometime** 19:19
29:11 41:20
56:22
159:16,17,18,2
3

**somewhere** 49:19
159:18,19
168:2,3

**son** 9:1,12

**son's** 9:2

**sooner** 68:6

**sore** 158:8

**sores** 99:20

**sorry** 10:10
15:12 20:25
21:10 22:3
34:10 51:4
65:6 68:8
71:13 73:24
76:15 84:3,25
92:17 98:12
105:11 108:9
111:10 119:23
130:17 181:1
193:5 197:7
203:14

**sort** 13:21
18:22

**sound** 171:10

**sounds** 55:13,20

**source** 199:12

**South** 2:8,14
25:5

**spasmed** 124:16

**spasms** 62:23
124:14

**speak** 7:22,23
11:11 39:10
158:10

**speaking** 28:12
113:15 145:25
158:20 192:12

**special** 77:15
104:1 185:12
199:3

**specialty** 30:13
174:2,24 175:3

**specific** 23:3
28:24 29:9

89:20 95:17
190:10 201:6

**specifically**
19:11 129:23
161:1 188:10

**speculation**
52:5,19 106:15
174:21

**speech** 86:18
144:23

**spell** 8:14
14:12

**spelled** 41:18

**spells** 25:4
124:6,8

**spend** 20:15

**spending** 8:4

**spinal** 178:5

**spite** 100:9

**spoke**
11:13,17,22,23
29:8 43:3,4
159:5

**spoken** 164:13
166:3

**spot** 147:1

**spread** 21:21
27:15,18,20,21
,24 28:2,8
175:19,21

**spreading** 28:7

**spreads**
28:11,13

**spur** 122:21

**squad** 135:21,23

142:25

**stacked** 122:5

**staff** 28:9
45:12 78:10
126:25 180:15
192:2,24
203:13

**stamp** 30:8
31:25 45:19
76:5 79:22
80:18 105:20
106:13,18
113:5

**stamped** 75:4
170:18 176:1
179:1 186:14

**stamps** 59:25

**stand** 56:4
62:19 74:13

**stands** 190:13
193:21

**start** 7:9,23
17:17 32:20
45:23 47:13
51:8 75:24
89:4 102:2
118:17 156:11
169:25 177:20
178:20

**started** 12:22
21:20 24:20,24
25:2,18 28:20
33:6 38:15
63:21
64:11,13,15,16
87:15 92:25
102:3 115:22
124:15



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      Toll Free 855-MYDEPOS

133:21,23
153:20

**starting** 5:16
34:5 57:6
106:20 187:22
197:17,18

**starts** 25:23
33:17 45:5

**Stat** 189:22

**state** 4:9 5:14
6:7 206:3,18
207:3,7

**stated**
181:14,15
189:7 190:18

**statement**
188:14

**states** 1:1
32:18

**stating** 55:1
174:13

**station** 185:12

**status** 147:24
152:19 153:1
156:3,5,11,13

**statute** 190:10
191:4 194:3

**Statutes** 189:22
190:20,22
191:1

**stay** 16:14,15
146:8 155:24

**stayed** 64:7
71:2 141:11

**step** 48:25
74:13 106:8

168:25 169:1
180:24 189:3

**Stephanie** 8:13
107:19 137:18
138:22 143:24
144:7

**stepped** 67:2

**steps** 83:15

**stick** 141:24

**stiffness**
25:3,4

**stipulating**
78:12

**STIPULATION** 4:1

**stock** 75:19

**stop** 37:20
73:24 89:24
145:10 180:12
181:8

**stopped** 101:14
117:10,11
144:14 145:10

**story** 127:22
128:2

**story's** 131:21

**straight** 81:17

**straighten**
124:23,24

**Street** 2:3,8,21
5:6

**stressing** 27:11

**stretcher**
120:13,16

**strictly** 128:7

**strike** 39:22

58:24 98:13
102:23 104:10
110:19

**strong** 2:14
62:23

**stubs** 18:22

**stuck** 70:24

**stuff** 15:2
18:9,13,14,16,
19 21:19
22:20,23 50:7
64:1 91:3 96:7
97:23 102:20
112:24 132:1
138:7 143:11
150:18 157:8
193:13 203:15

**stumbling** 124:5

**stump** 18:8

**subjected** 63:18
87:19 194:8

**subjecting**
163:7

**submit** 93:13
196:1

**submitted** 23:20
69:13 207:17

**substantial**
99:5

**sudden** 63:2,7
64:10,21 65:17
137:11

**suddenly**
62:13,15

**suffered** 163:20

**sufficient**

78:21

**sugar** 47:17

**suggest**
72:13,21

**suggesting**
72:25

**suing** 152:14

**Suite** 2:15,21
5:6

**summaries** 74:2

**summary**
73:20,22,23
77:5,8

**summer** 27:4
29:17 49:24

**support** 13:1
30:25

**supporting**
32:25 199:6

**supposed** 49:17
61:5 68:1
94:5,6 109:3
126:8,13
127:18 140:5
147:25 148:1
165:4

**supposedly**
160:7

**sure** 9:18 20:4
23:13 26:17
27:6 46:22
49:18 68:11
73:15 85:12
92:21 93:2
101:4,6 121:14
132:17
156:9,12



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

163:21 196:10
197:2 199:1
202:1,3

surprised 144:2

Suwannee 19:10
20:3 21:20
24:12
25:14,16,24
26:24 28:21
29:6 40:15,25
41:23 51:7
60:8
62:16,18,20
63:1
64:14,19,23
66:4,16,20
67:5,9,13,20
68:21,24 69:2
72:15
103:22,24
112:11 116:12
118:21 119:17
141:12
149:15,16
151:8 152:22
153:5 156:11
170:2
174:17,18
176:1 177:6
178:22 184:14
187:8 191:14
194:16,21
196:17

swear 4:9 6:23
106:9

switch 16:23
40:7

switching 28:25
50:18

swollen 109:24

sworn 186:15,25
188:14 206:8

symptoms
28:19,20 39:12
62:16,17,22
82:22

system 13:22
141:15,19

_____

T

table 96:1,3

tablet 131:22
134:13,14,16,1
9,22 135:11
142:6,9,10,12,
13,14,15,21
185:6,7,11,13,
22

tablets
134:21,23
185:14

taking 16:17,19
58:18 93:3
117:22 118:11
133:7 161:6
173:21

talk 16:24
20:25 24:11
28:9,10,15
40:7 46:2
51:14 54:2
62:9 71:9
78:7,15 86:13
94:22 113:12
128:4 140:10
161:8 164:1
180:12,20
182:7 185:1

188:19 189:13
191:6

talked 11:22
20:14 69:4,22
95:18 118:10
156:10
169:23,24,25
170:1,2 171:25
172:6 180:13
181:20 183:6
185:24 186:17
200:15 204:2

talking 8:4
9:12 19:2
23:10 28:16
29:4 40:11
48:12 53:23,24
57:8,22
84:14,24
86:10,12
100:12
109:20,21
128:9 134:19
137:6 144:18
146:4 148:15
153:16 155:16
163:5
166:16,20
171:16,17,21
181:9 202:5
203:12,14

talks 146:14

Tallahassee
2:4,9 5:20
143:14 166:23
168:25

Tampa 2:21,22
6:3

target 151:11

targeted 141:14

Team 127:6

technical 15:23
20:2 141:5

technician 5:4

teeth 25:7,10

Telephone
2:4,9,16,22

temporary 40:17
61:3 168:4

tended 28:14,16

tending 101:14

ten-minute
169:13

term 28:8 48:16
148:20
190:12,19,21
199:19

terms 189:1,8
201:22

test 114:13

testified
115:20 160:3
172:5 182:20
184:8 185:1
195:22 203:22

testimony 6:24
7:11 19:15
28:24 29:12
40:13 42:19,22
43:16 59:3
60:19 78:25
80:5,11 99:1
100:25 112:2
172:12 185:7
189:10 196:4


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

198:7,12

**tests** 117:3,9

**text** 13:23
167:24

**thank**
6:6,10,12,20
7:3,8  9:10
10:22  26:10
93:7,11  117:15
201:19  204:10

**thanked** 137:4

**Thanks** 21:9

**that'll** 96:6

**themselves**
103:14

**therapists**
149:9

**therapy** 171:3
177:15

**thereafter**
102:21

**there's** 7:17
14:24  16:7,20
53:19  54:11
57:15  58:5
60:22  61:8
72:12,20,24
74:11  80:18
83:15  89:16,17
90:10  91:4
96:3
97:20,21,22
111:6
122:21,23
124:21,22,23,2
4  127:21,22
140:21  145:18
150:16

158:14,17
160:8,13,21
162:4  163:23
165:21  166:1
194:3  201:24
203:11

**They'd** 154:11

**they're**
44:13,15,16
74:7  87:23
90:8  100:9
110:2  141:20
144:6  153:17
158:12  161:23
173:6  201:4

**thing's** 23:23

**third** 33:18
142:23  152:14

**Thomas** 2:13
5:23

**threat** 137:22
143:20  182:4

**threaten** 180:17
199:19

**threatened**
77:18  110:12
137:20
138:2,11
181:8,11,12,16
199:21

**threatening**
78:1  140:19
144:25  148:25
162:19  199:18

**threats** 110:11

**three-page**
59:25

**threw** 141:4

**Throughout**
159:24

**throw** 81:23

**ticket** 133:7

**til** 140:25

**till** 163:6

**timeline**
22:8,25  129:18

**timelines** 25:20

**time's** 154:19

**tire** 62:21

**tired** 144:5

**title** 54:11

**titled** 183:9
186:15  189:20

**today** 5:4,7
7:9,14  22:1,6
23:11  29:8
48:7  86:6
90:25  117:15
118:10,20
123:23  147:13
151:22  154:24
164:7  169:25
170:3,23  179:7
180:13  182:20
184:8  188:8
198:17

**toe** 54:23,25

**toilet** 62:25

**Tom** 167:14

**tom@jsh-pa.com**
2:16

**tomorrow** 22:2

156:22  201:18

**Tony** 2:19  72:3
76:5  112:25

**tools** 18:7

**top** 33:17  45:6
60:2  79:16
167:7  170:9,11
176:21  177:10
186:15,24
187:10

**topic** 179:4

**Toradol** 73:12
75:15

**total** 195:6

**totally** 57:14

**touch** 126:4
152:16

**touched** 148:22

**towards** 20:6
40:25  51:6,7
71:1  100:8
120:6  141:17
143:15  152:20
153:3,8  177:10

**trade** 15:23
16:2

**train** 163:11

**trainer**
126:6,10

**trains** 163:13

**transcript** 4:11
204:19,22
206:7  207:9
208:16,21

**transfer**
66:4,16  67:5



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

123:7 177:5

**transferred**
19:16 29:6
31:17 37:1
64:22 67:13
68:24 69:1
116:12 118:21
179:16,23,25

**transferring**
104:2

**transpired**
187:1

**transport** 24:17

**transported**
47:9 59:15
62:11

**traumatized**
151:7

**treat** 50:4
164:3

**treated** 87:11
95:24 108:13
146:1 168:19
171:3 177:14
178:3 182:24
202:24,25

**treating**
98:14,22

**treatment**
47:13,16 63:12
86:21 88:7
109:3 129:22
145:20 162:12
163:3 172:4,6
203:8,21

**treatments**
65:23 117:11
162:14 187:2

203:1

**treats** 44:11

**tree**
17:18,20,24
18:4

**trees** 18:8

**Trent**
9:3,4,6,10
10:25 11:3,6

**trick** 95:7

**tried** 71:6
87:4,5 90:1
120:8

**trigger** 150:16

**triggers** 161:18

**trimming** 18:8

**trip** 49:18
50:15,16
180:3,4,11

**trips** 25:6

**trouble** 25:2
44:1

**true** 207:9

**truth** 6:25 7:1

**try** 7:21 23:2
38:15 96:5
136:3 140:9
141:20 144:10

**trying**
19:5,10,12,25
20:8 21:11
22:18
26:1,16,17
39:1 65:12
79:6 88:14
92:4,18

95:7,11,12,14,
15,16 96:24
104:7,11,14,20
108:10 110:7
123:20 125:11
128:12 131:8,9
132:17 133:9
136:1 140:21
141:11 143:17
148:3
172:21,22,24
193:9 201:21

**tumor** 122:23

**turn** 77:11 79:5
117:16 120:8

**turned** 10:5
78:1,23 124:15
137:11

**TV** 70:21

**twisted** 193:18

**type** 16:14 18:7
28:11 30:22
45:12
128:22,23
147:24

**types** 149:17
153:23

**typo** 120:1

―――――――
U
―――――――
**uh** 140:25

**Uh-huh** 26:7
30:12,24
54:9,21 55:7
91:19 94:9,18
100:20 166:19
173:16 182:3
187:9 194:25

198:6 204:11

**unable** 52:8
56:1 114:1
158:2 191:17

**unclean** 138:3

**uncomfortable**
21:5

**underlined**
187:6,16

**undersigned**
206:6

**understand** 22:3
23:8 39:2
43:15 65:8,12
73:2 92:4
96:19 113:17
118:21 131:8,9
132:18 140:4
164:9 165:15
167:1 171:19
172:25 173:1,5
175:2 190:12
198:22 203:11

**understanding**
12:11 27:19
95:13 132:9
172:23 179:8
185:7 190:8

**understood**
11:24 24:9
28:18 140:11
182:5

**undertook** 89:10

**unfortunately**
111:8

**unfound** 165:5

**unit** 72:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      **www.MILESTONEREPORTING.com**      Toll Free 855-MYDEPOS

126:24

UNITED 1:1

unlabored 55:13

unless 70:25
  156:5 165:5

unnecessarily
  118:13

unresponsive
  58:25

unusual 87:20

updated 19:23

upon 60:20
  115:5 208:18

ups 36:5

urgent 30:20
  103:23 171:9

urgently 171:7
  173:3

urine 163:4

urologist 27:17
  29:5,13,16
  30:14 31:3,6
  32:11 33:3
  35:4,23 36:9
  37:15,17,22
  38:1,3,10,14,1
  6 40:4 51:8,10
  57:3,9 61:11
  62:5 66:2
  98:4,10 103:20
  115:11,12,21,2
  4 116:3 170:1
  171:6
  172:18,20
  174:2,12,13,24
  175:1,3 177:16
  178:4 180:2

198:9,13,14,16
  ,21
199:3,6,13,14

urologists
  173:2

urologist's
  38:24 173:1

urology 31:17
  32:24 34:22
  35:19 37:1,12
  62:6
  171:9,11,12
  179:9,13,16

usually 91:15
  98:9

Utilization
  48:15,19
  49:6,10,14

---

V

vague 95:12
  139:24

Valentine's
  99:8

verbally 148:24

verified 122:24

verify 116:9
  122:22

versus 184:19

via 1:9
  2:5,10,17,23
  6:3 13:18

video 1:7 4:3
  5:3,9 13:21,24
  14:1 48:7
  92:12 154:24
  204:18,22

205:18

videoconference
  1:9
  2:5,10,17,23
  86:6 147:13

view 55:13

Vincent 17:23

Vincent's 17:24
  18:4

violated
  125:21,22

violating 65:4

violation
  131:14 152:17
  164:3

violations 91:3

virtue 147:24

visit 3:7
  30:22,23 32:6
  37:7 179:5

visits 11:8
  31:12

vital 58:1
  97:18

vitals 54:8

vocational
  16:2,8

vocationals
  16:15,19

vocationist
  16:1

voice 100:10

VR 144:3

vulnerable
  146:10 147:20

189:21

---

W

W-9s 18:22

wait 39:16
  47:22 58:2
  97:6 163:5
  180:1

waited 140:25

waiting 58:16
  88:16

waive 204:15

waived 4:11

waiving 204:25

wake 161:21

waking 125:12

walk 44:1,14
  52:8 55:1 56:3
  62:14 72:24
  82:10 83:3
  84:12,17,18,19
  ,21 109:23
  114:2
  123:21,24
  124:4 126:24
  127:16 128:1
  129:3 130:15
  143:7,8 150:17
  163:9

walked 40:23
  124:8

walker 155:19

walking 25:3
  44:1,3 62:20
  64:17,18
  71:16,25
  72:11,15,19



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

77:6 78:22
102:18 114:2
124:20 180:23

**walkway** 124:8

**wall** 77:19 78:3
83:7,10 84:12
120:7 122:11
124:2 181:5
188:2,12,17
200:1

**walls** 83:5

**warden** 94:13

**wash** 194:20

**wasn't** 17:8
18:18 27:9
28:16 39:15
43:4 54:1
63:14 66:18
74:20 78:21
80:23 87:10,17
89:6 96:19
97:10
101:15,16
105:9 109:2
110:14 112:19
116:21 128:2
136:5 139:10
148:1 151:24
157:8 159:4,17
161:14
166:10,11
168:17,19
202:19,20,25

**waste** 104:6

**watch** 81:24
135:18,19
136:8,9,10
142:25 143:12
148:23

163:21,23

**water** 70:15

**wear** 192:5

**website** 134:24

**Wednesday** 4:4

**week** 71:3,5
114:16
155:5,14

**weeks** 98:9
114:20
139:6,11
159:22

**weird** 74:25

**welcome** 154:9

**we'll** 47:1,19
85:17,22
118:25 124:9

**well-being**
191:10

**well-developed**
54:15

**wellness** 16:9

**well-nourished**
54:14

**Wendy** 2:12 5:25
118:9 164:5

**we're** 23:10
48:3,5 57:8
74:16 83:25
84:4,14 86:4
91:4 93:11
95:22 109:21
119:9 129:18
134:19
136:23,24
144:18

147:9,11
154:20,22
163:5
166:13,15
193:17

**West** 2:3

**we've** 69:4
118:10 134:9
148:15 149:6
188:20

**whatever** 21:24
25:10 35:24
36:1 39:19
44:2,15 49:24
61:5 74:12,15
79:21 82:5
90:2,13 97:23
116:7,23
117:12 120:20
128:10 145:6
154:10,13
155:20
157:3,6,17,19,
21,22 158:7,9
167:5 172:19
181:6

**whatever's**
58:20

**wheelchair**
39:14
40:8,11,15,21,
22,24
41:5,6,7,8,15,
24 42:22,25
43:2,11,17,25
44:15,21 45:25
52:3 56:14,18
58:14,15
60:15,20,22,23
,25 61:1,2,4

63:10,23
64:4,18,25
65:10,12,14,17
,21 66:21,24
70:14,19,22,23
71:2,5 78:17
81:19
82:8,9,11,12,1
3 83:3 84:9,13
87:6,21 90:1
96:2 99:5
109:24 115:7
119:3
120:18,21
123:5,8,14,18
125:19 126:25
129:4,11,15
130:8,16,18,21
,22,23 131:2,3
135:16 142:24
151:25
155:14,15,18,2
3 157:5,15
158:6,25
159:9,14
160:1,6,7,9,10
,11,14,16
161:3,4,6,8,9,
13,14,15,19,23
162:1,2,5
180:22 187:25
192:23
194:16,21
195:1,4,6,25
196:12 204:2,5

**wheelchairs**
41:3
160:4,13,17
161:1

**wheelchair's**
161:21,25



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

**Where's** 161:23

**whether** 16:4
22:16 23:15,25
40:3
49:5,9,12,13,1
4 50:11
51:11,22 53:2
56:7 59:11,16
66:6 72:3,5
73:12 76:13
93:15 94:19
98:2 104:21
106:2 145:8
165:18 174:11
185:4 198:9,13
199:13

**whoa** 15:10

**whoever**
74:14,21 94:3

**whole** 6:25
36:17 47:11
61:22,23 63:20
102:15
131:20,23
136:10 143:6
151:2 161:15
186:10

**who's** 41:2
157:16

**wildfire**
28:12,13

**William** 177:12

**Williams** 1:3,7
2:2 4:3
5:10,19,22
6:6,9,16,21
7:6 9:9,16
32:1 33:20
45:19,21

48:6,11
60:1,14 61:8
68:17 75:4,12
79:11,23 85:8
86:5,10 90:24
97:7,15 106:16
112:3 117:14
118:6
147:12,17
148:7 154:23
155:3 158:12
163:25 167:23
169:22
170:6,12
171:10 172:14
174:3,22 175:9
176:7,20
177:10,12,17
178:14 182:12
186:18 187:12
189:18
190:3,23
191:12
193:11,24
196:6
197:10,12
204:10

**Williams's**
14:10

**windows** 167:20

**wish** 136:8

**withheld** 151:15
191:8

**withhold**
151:18,23
152:6,11

**witness** 4:10,11
5:14
6:9,11,13,16,2

2 7:2 47:23
48:1 84:2
85:10,15
117:18 147:4
154:18 197:16
201:9,11,15,17
,19 204:11
206:6

**witnessed**
123:15 192:22

**witnesses**
107:19

**woke** 197:19

**wolves** 145:8

**wondering** 95:9

**work** 12:8,17
17:7,14,18
18:3,5,13
22:15 23:20
25:7 26:5
67:23,24
68:2,3,4,5
85:18 95:14
113:20
114:1,3,8,9
121:8 126:24

**worked**
12:6,7,10 17:3

**working** 12:21
87:23 100:16
121:12 140:22
144:6

**workout** 60:16
61:4,6

**works** 7:13 9:19
17:19 72:6,7
83:15

**worry** 97:7

**worse** 63:14,24
64:8

**would've** 9:25
10:5
14:6,22,23
15:1
18:5,10,12,13
19:19 31:20
41:24 73:13
103:4 106:2
119:16 128:10
136:8 140:15
165:16

**wound** 85:24
88:7
99:14,17,19
100:2 115:3
182:20,21
183:18
184:9,13
200:16
201:23,24
202:23

**wounds** 87:11
99:25
146:14,17,20
147:1 148:10
182:14 183:22
186:1

**wow** 16:7,10
46:23

**wrap** 193:10
197:9

**wreak** 28:14

**write** 69:23
91:16 92:16
93:22 120:22
132:3 133:15



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   Toll Free 855-MYDEPOS

137:13,17
138:16,17
141:21 143:22
144:3
200:17,19,23
201:23

**writing** 22:20
86:25 92:8,14
93:21,24 94:3
95:20 96:22
99:4 100:22
108:22 117:10
133:10,12,14,2
3 137:22
143:21 144:14
148:25

**written** 72:16
88:19 92:1
99:22 101:11
104:24 113:14
184:18

**wrong** 40:14
43:23

**wrote** 11:7,8,20
22:19 58:10
69:25 86:20
92:25 93:16
103:10 105:2,4
106:3,9
108:7,20
110:24 115:6
126:22 132:10
133:12,13
200:10,11

———————
X
———————
**x-ray** 46:3
56:11

**x-rays**

122:21,22

———————
Y
———————
**yards** 124:10

**Yep** 175:6

**yesterday** 7:11
8:3 9:13
19:2,16 22:5
24:4 28:24
29:4,10 30:8
40:10 42:19
69:23 73:10
91:18 99:23
105:13 118:20
123:23 168:6
169:24 170:1,5
171:7,13,25
177:4 183:7,13
186:13,18
205:5

**yet** 18:17 61:15
85:14 92:4
104:12 150:24

**you-all** 97:7
120:19 135:22
197:17

**you-all's** 85:11

**young** 12:25

**yourself**
69:20,23
70:3,7,10
124:2 192:9,13
194:19,24
195:2,17,20

**you've** 8:9
17:11 84:6
98:19 150:8
160:3 164:4,6

167:5

———————
Z
———————
**Z61** 61:8

**zoom** 6:3 29:23
45:10 106:16



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS