**CONDENSED**

1   UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT OF FLORIDA

3   JACKSONVILLE DIVISION

4   CASE NO. 3:22-CV-997-BJD-LLL

5

6   DONNY PHILLIPS,

7   Plaintiff

8

9   V.

10

11  RICKY DIXON, ET AL.,

12  Defendants

13  _____/

14  TESTIMONY OF SAVONIA RICHARDSON-GRAHAM

15  DATE:          OCTOBER 6, 2023

16  REPORTER:      REI SANTOS

17  PLACE:         ALL PARTIES APPEARED VIA

18                 VIDEOCONFERENCE

19

20

21

22

23

24

25

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

Savonia Richardson-Graham



**2**

```
1           APPEARANCES
2
3   ON BEHALF OF THE PLAINTIFF, DONNY PHILLIPS:
4   James Cook, Esquire
5   Law Office of James Cook
6   314 West Jefferson Street
7   Tallahassee, Florida 32301
8   Telephone No.: (850) 222-8080
9   E-mail: cookjv@gmail.com
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEFENDANT, RICKY DIXON, ET
    AL.:
13  Lauren Strickland, Esquire
14  Howell, Buchan & Strong, P.A.
15  2898 Mahan Drive
16  Suite 6
17  Tallahassee, Florida 32308
18  Telephone No.: (850) 877-7776
19  E-mail: lauren@jsh-pa.com
20  (Appeared via videoconference)
21
22  Also Present: Renzo Mora - Law Clerk
23
24
25
```

**4**

STIPULATION

```
1           STIPULATION
2
3   The video deposition of Savonia Richardson-Graham was
4   taken at Milestone Reporting, 315 East Robinson Street,
5   Suite 510, Orlando, Florida 32801, via videoconference
6   in which all participants attended remotely, on Friday
7   the 6th day of October 2023 at approximately 10:23 a.m.;
8   said deposition was taken pursuant to the Federal Rules
9   of Civil Procedure. The oath in this matter was sworn
10  remotely pursuant to FRCP 30. It is agreed that Rei
11  Santos, being a Notary Public and Court Reporter for the
12  State of Florida, may swear the witness and that the
13  reading and signing of the completed transcript by the
14  witness is not waived.
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1           INDEX
2                        Page
3   PROCEEDINGS                    5
4   DIRECT EXAMINATION BY MR. COOK      6
5   CROSS-EXAMINATION BY MS. STRICKLAND     90
6   REDIRECT EXAMINATION BY MR. COOK    97
7
8           EXHIBITS
9   Exhibit              Page
10   3    Health Services Bulletin on ADA    62
11   2    Donny Phillips Problem List    62
12   1    The Amended Complaint    62
13   4    Health Passes    98
14   5    Savonia Richardson Previous    99
15       Employment
16
17       CERTIFIED QUESTION:
18   Q.    Okay.  As an example, you had a guy in
19   your dorm named Elmer Williams who fell down and said he
20   couldn't walk and you sent him to confinement for
21   refusing to walk; is that correct?
22
23
24
25
```

**5**

```
1           PROCEEDINGS
2       THE REPORTER:  Okay.  We are now on record.  My
3   name is Rei Santos.  I'm the video technician and
4   court reporter today.  Today's the 6th day of
5   October 2023, and the time is 10:23 a.m.  We are
6   convened by video conference to take the deposition
7   of Savonia Richardson- Graham in a matter of Donny
8   Phillips v. Ricky Dixon, et al. pending in the
9   United States District Court, Middle
10       District of Florida, Jacksonville Division,
11  Case Number: 3:22-CV-997-BJD-LLL.  Will everyone but the
12  witness please state your appearance, how you are
13  attending, and the location you are attending from,
14  starting with Plaintiff's Counsel?
15       MR. COOK:  James Cook for the plaintiff, Donny
16  Phillips.  I'm here in Tallahassee, along with
17  Elizabeth Buchanan who's not on the screen but is
18  watching and listening.
19       MS. STRICKLAND:  Lauren Strickland on behalf of
20  Ms. or Sergeant Richardson-Graham and I'm at
21  Suwannee Correctional Institution.
22       THE REPORTER:  Thank you.  And I have ID'd the
23  witness off record.  Do all parties agree that the
24  witness is in fact Sergeant Savonia Richardson-
25  Graham?
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

**6**

1    MR. COOK:  We're satisfied.
2    THE REPORTER:  Thank you.  And Ms. Graham, will
3  you please raise your right hand for us?  Do you
4  solemnly swear or affirm that the testimony you're
5  about to give will be the truth, the whole truth,
6  and nothing but the truth?
7    THE WITNESS:  I do.
8    THE REPORTER:  Okay, Counsel.  You may begin.
9         DIRECT EXAMINATION
10    BY MR. COOK:
11    Q.  All right.  Ms. Graham, would you state your
12  full name for the record?
13    A.  Savonia Richardson.
14    Q.  Is it Savonia Richardson?
15    A.  Yes.
16    Q.  Okay.  Is it middle name Laquisha?
17    A.  Savonia Laquisha Richardson.
18    Q.  Okay.  And not Graham; is that right?
19    A.  Right.
20    Q.  Okay.  I understand that your married name was
21  Graham; is that correct?
22    A.  Yes.
23    Q.  At one time, did you go by either Graham or
24  Richardson-Graham?
25    A.  One time Graham, yes.

**7**

1    Q.  Okay.  Just Graham.  All right.  Okay.  First
2  of all, I want you to be comfortable.  If you need to
3  take a break, let us know and we can go off the record.
4  And you can take a break from the deposition as long as
5  there's no question pending.  If I say anything that you
6  don't -- if I ask you anything that you don't
7  understand, let me know and I will do my best to --
8    MS. STRICKLAND:  I'm sorry.  I was just making
9  sure she could hear you okay.
10    BY MR. COOK:
11    Q.  Okay.  And if there's anything that I ask you
12  that you don't understand, let me know so that I can
13  clarify it so that I can assume that your answer is
14  responsive and truthful; is that fair?
15    A.  Yes.
16    Q.  Okay.  We have to make sure, and this is
17  difficult, not to talk over each other.  And so I'll try
18  to wait until you finish your answer to my question, and
19  ask you to wait until I've finished asking my question,
20  even if you feel like, you know what it's -- what --
21  where it's going.  If you respond to a question, yes or
22  no, make sure that you use a word and not a sound or a
23  head gesture, not a nod or shaking the head or uh-huh or
24  uh-uh.  That makes the court reporter's job more
25  difficult.  So always answer that way with a yes or no.

**8**

1  First of all, I would like to ask you for a brief kind
2  of thumbnail sketch of your education and work
3  experience.  Can you do that?
4    A.  Do you want me to give you my work experience?
5    Q.  Well your education and work experience.
6  Education starting with high school graduation and
7  including your corrections training, but any other kind
8  of special certification, degree, or training that you
9  may have received?
10    A.  I received a GED.
11    Q.  Okay.  Where and when did you get the GED?
12    A.  I don't remember what year.  Columbia County.
13    Q.  You remember how old you were?
14    A.  No.
15    Q.  It looks like in 2003 to 2005, you were
16  working at Ryan's Family Steakhouse.  Did you get the
17  GED before that or after that?  Excuse me?
18    MS. STRICKLAND:  She hasn't answered yet.
19    THE WITNESS:  Before.
20    BY MR. COOK:
21    Q.  Okay.  So we know it was before 2003; is that
22  fair?
23    A.  Yes.
24    Q.  Can you tell me about how many years it was
25  before then?

**9**

1    A.  I may have received it in 2002, 2003.
2    Q.  Okay.  Thanks.  That's helpful.  And Ryan's
3  Steakhouse, was that your first employment?
4    A.  No, sir.
5    Q.  What was your -- what was the employment just
6  before that?
7    A.  Krystal's.
8    Q.  And what did you do at Krystal's?
9    A.  Cashier.
10    Q.  Was that a full-time job?
11    A.  No, sir.
12    Q.  Did you do that while you were going to school
13  or studying for the GED?
14    A.  No.
15    Q.  Did you do that after you got your GED?
16    A.  Yes.
17    Q.  Okay.  So when do you think you were working
18  for Krystal?
19    A.  I was there for less than a month.  It wasn't
20  long.
21    Q.  Was there any job that you had before that?
22    A.  No.
23    Q.  Okay.  It looks like prior to your becoming a
24  correctional officer, you were working for Freddy's
25  Cleaning Service; is that right?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

281202 Richardson - Graham Batista    10/05/2023    Page 10

10

1    A.  Yes.
2    Q.  Okay.  And that was your current job when you
3  applied; is that right?
4    A.  Yes.
5    Q.  Okay.  Can you tell me when you did your
6  corrections training and when you got your
7  certification?
8    A.  Which one?  Which question?
9    Q.  Okay.  Well my -- I guess that was a compound
10  question.  Let me break them up.  First, I'd like to ask
11  you when you started your corrections training program?
12    A.  2008.
13    Q.  Do you remember -- do you remember what month?
14    A.  Maybe June.
15    Q.  And how long is that training in terms of
16  months?
17    A.  Possibly three months.
18    Q.  Three months and then you take a -- an exam?
19    A.  Yes.
20    Q.  Okay.  And then after you take the exam, you
21  get your certification?
22    A.  Yes.
23    Q.  Okay.  Did you just take the exam once?
24    A.  Yes.
25    Q.  And when you got your certification, did you

11

1  then become a sworn officer?
2    A.  Yes.
3    Q.  Do you happen to remember when you were sworn
4  in?
5    A.  No.
6    Q.  Can you give me the year?
7    A.  2008.
8    Q.  Now I understand that sometimes people who
9  take -- training are actually hired by the Department of
10  Corrections prior to taking the training.  Was that what
11  happened with you?
12    A.  Repeat your question?
13    Q.  I understand that sometimes people who take
14  corrections officer training are actually hired by the
15  Department of Corrections prior to the training program;
16  is that correct?
17    A.  Correct.
18    Q.  Did the Department of Corrections pay for your
19  training program?
20    A.  Yes.
21    Q.  And did you do any corrections work prior to
22  getting your certification?
23    A.  Yes.
24    Q.  Is that what they call a TEA?
25    A.  Yes.

12

1    Q.  Where did you work as a TEA?
2    A.  Reception and Medical Center.
3    Q.  And what work did you do at RMC?
4    A.  Correctional officer security.
5    Q.  Do you remember what housing areas you worked
6  in?
7    A.  Yes.
8    Q.  What were -- which ones were they?
9    A.  A Dorm, D Dorm, L Dorm, Delta Dorm, I Block.
10    Q.  What was I Block?
11    A.  Secure housing.
12    Q.  As a trainee, could you work in secure
13  housing?
14    A.  Yes.
15    Q.  When you worked in -- at RMC, you had to
16  always have an officer with you, right?
17    A.  Yes.
18    Q.  After you became sworn --
19    A.  Yes.
20    Q.  How long did you work at RMC?
21    A.  Four-and-a-half years.
22    Q.  Okay.  So when did you -- after you left RMC,
23  did you go to Columbia?
24    A.  No.
25    Q.  Where did you go?

13

1    A.  Suwannee Correctional Institution.
2    Q.  Okay.  And you stated Suwannee Correction
3  Institution right up to today?
4    A.  Yes.
5    Q.  And your rank is Sergeant; is that correct?
6    A.  Yes.
7    Q.  What work assignments have you had as a
8  corrections -- well first of all, let me ask you: When
9  did you get your Sergeant --
10    A.  2015.
11    Q.  And what work assignments did you handle as a
12  corrections officer?
13    A.  As an officer?
14    Q.  Yes, ma'am.
15    A.  Supervising inmates.
16    Q.  In housing?  On the yard?  In chow?  Where?
17    A.  On the recreational yard, dormitories, food
18  service, chapel.
19    Q.  Did your job move you from place to place or
20  did you work in one area for a period of time?  You want
21  me to explain that?
22    A.  Yes.
23    Q.  Okay.  My understanding is that some officers
24  are assigned to a particular area and other officers
25  just do security in that they, you know, they move from

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

14

1 place to place wherever they're needed. Which of those
2 were you?
3    A. I -- I went where I was told, different
4 places.
5    Q. Okay. So on a particular roster, would you
6 show up as being for instance in food service or would
7 you just get a call to go to food service because you
8 were needed?
9    A. Ask the question again.
10    Q. Okay. And you -- it may be that it's both.
11 You may have done both. But my understanding from
12 looking at duty rosters is that some officers are
13 assigned to a particular area on a particular day and
14 shift, and other officers will just kind of be wherever
15 they're called to?
16    A. The beginning of shift, I'm told to go
17 somewhere and that's where I go.
18    Q. Okay. Now as a sergeant, what have your job
19 assignments been?
20    A. As a sergeant, supervision of inmates.
21    Q. Okay.
22    A. And control room.
23    Q. Okay. How about tower? Do you ever do the
24 Tower?
25    A. Tower, perimeter.

15

1    Q. Now when you do perimeter, you're actually
2 outside the fence, right?
3    A. Yes.
4    Q. So control room, tower, perimeter. How about
5 dorm sergeant?
6    A. Dorm, yes.
7    Q. Is that -- was dorm sergeant a frequent
8 assignment for you?
9    A. Yes.
10    Q. When you were assigned to be a dorm sergeant,
11 did you -- was your primary dorm Dorm N?
12    A. At one point, yes.
13    Q. Okay. About what timeframe did you -- were
14 you dorm sergeant for Dorm N?
15    A. From 2020 to 2021 -- 2022.
16    Q. About what month in 2022?
17    A. November.
18    Q. And what have you been doing since November of
19 2022?
20    A. Security duties.
21    Q. Okay. Which security duties?
22    A. Supervision of inmates and control room.
23    Q. Have you been a sergeant at any other dorms?
24    A. Yes.
25    Q. Which dorms?

16

1    A. Alpha and Delta.
2    Q. Are those on the main compound?
3    A. Yes.
4    Q. And your work in the control room, is that on
5 the main unit, I guess I should say?
6    A. Yes.
7    Q. Have you been on the annex at all since
8 November of 2022?
9    A. No.
10    Q. Okay. You know what this case is about, I
11 assume; is that fair?
12    A. Yes.
13       MS. STRICKLAND: Objection.
14    BY MR. COOK:
15    Q. Do you know who Donny Phillips is?
16    A. Yes.
17    Q. What do you know about him?
18       MS. STRICKLAND: Objection. Answer if you can.
19       THE WITNESS: As far as what?
20    BY MR. COOK:
21    Q. Whatever you know?
22       MS. STRICKLAND: Objection.
23    A. Can you be more clear in your question,
24 please?
25    BY MR. COOK:

17

1    Q. Well I can be more specific. Do you know that
2 he is an ADA inmate?
3       MS. STRICKLAND: Objection. Calls for a legal
4 conclusion.
5    BY MR. COOK:
6    Q. Do you know that he's classified as an ADA
7 inmate?
8       MS. STRICKLAND: Do you know what ADA means?
9    A. Something with Disability Act.
10    BY MR. COOK:
11    Q. Okay. Americans with Disabilities Act, is
12 that -- is that what you're referring to?
13       MS. STRICKLAND: It's your question. Is that
14 what you're referring to?
15    BY MR. COOK:
16    Q. Yes, ma'am.
17       MS. STRICKLAND: Do you know that he's -- we
18 haven't established that he's an ADA -- you haven't
19 established that he's an ADA inmate.
20       MR. COOK: Yeah. She can tell me she doesn't
21 understand my question and I'll clarify it for her.
22       MS. STRICKLAND: Yeah. Three times.
23       MR. COOK: Yeah. Okay. I know. I know.
24       MS. STRICKLAND: But you're still asking it.
25 She still doesn't understand what you're trying to



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

18

1 ask.
2    MR. COOK:  Ma'am, let me ask the questions
3 here, and I will try to do a better job, but I don't
4 need your assistance.
5    MS. STRICKLAND:  Well I didn't need yours
6 yesterday, either.  I'm trying to help my client
7 answer honestly and truthfully and make sure she
8 understands your questions.
9    BY MR. COOK:
10  Q.  Okay -- okay.  You understand then, Ms.
11 Richardson, that ADA means Americans with Disabilities
12 Act, correct?
13  A.  Yes.
14  Q.  Was Dorm N when you worked there, was that an
15 ADA dorm?
16  A.  Yes.
17  Q.  And did you get any training as to what the
18 difference is in an ADA dorm from a non-ADA dorm?
19    MS. STRICKLAND:  Objection.
20    BY MR. COOK:
21  Q.  Go ahead.
22    MS. STRICKLAND:  Answer if you can.
23  A.  It housed ADA inmates.
24    BY MR. COOK:
25  Q.  Okay.  I should -- it probably is a good time

19

1 for me to say that your attorney may object from time to
2 time, but that is not the same thing as an instruction
3 not to answer.
4    MS. STRICKLAND:  She understands that.  I told
5 her.
6    BY MR. COOK:
7  Q.  That means that she's basically flagging the
8 question for review by a judge at a later time perhaps.
9 So when I ask you a question and your lawyer objects --
10    MS. STRICKLAND:  Mr. Cook, she understands
11 that.
12    BY MR. COOK:
13  Q.  Please let her answer.
14    MS. STRICKLAND:  Well ask her a question then,
15 please.
16    BY MR. COOK:
17  Q.  Okay.  I'm going to continue with my
18 explanation.  Hopefully it will be helpful.  When --
19 when she objects, you still have to answer the question.
20    MS. STRICKLAND:  Move to strike.
21    BY MR. COOK:
22  Q.  Do you understand that now?
23    MS. STRICKLAND:  Move to strike.  Answer if you
24 can.
25    BY MR. COOK:

20

1  Q.  Because the deposition is going to take --
2    MS. STRICKLAND:  Are you going to let her
3 answer the question or no?
4    BY MR. COOK:
5  Q.  Because the deposition is going to take --
6    MS. STRICKLAND:  You asked her a question. Will
7 you let her answer, please?
8    BY MR. COOK:
9  Q.  Because the deposition is going to take a very
10 long time and if you ask her whether you can answer a
11 question after she's objected, the answer is yes.
12    MS. STRICKLAND:  She's not asked me anything.
13    BY MR. COOK:
14  Q.  Do you understand that, what I just said?
15  A.  Yes.
16  Q.  Thank you.  Okay.  So N Dorm -- N Dorm was an
17    ADA dorm.  And my question I believe was: Did
18 you receive any special training as to how to manage an
19 ADA dorm?
20    MS. STRICKLAND:  Objection.  You can answer the
21 question.
22  A.  I'm just thinking, sir.  Can I say that N Dorm
23 was an open population dorm which housed ADA inmates.
24    BY MR. COOK:
25  Q.  Okay.  And did you have any special --

21

1  A.  Can -- can you special -- can you specify what
2 do you mean, what kind of training?
3  Q.  Yes, ma'am.
4  A.  Can you specify what kind of training?
5  Q.  Well I don't have access right now to the
6 various kinds of training, but I understand that there
7 are Health Services Bulletins and there are ADA
8 procedures as Department of Corrections procedures.  And
9 my question is whether you received any special training
10 that allowed you to implement those procedures, that
11 taught you how to implement the Health Services Bulletin
12 requirements?
13  A.  I do know about the ADA policy and procedures.
14  Q.  Is that just because you read them on your own
15 or did you receive some kind of special training?
16  A.  Yes, because I read them on my own.
17  Q.  And that was all you were required to do; is
18 that correct?  Do you want me to rephrase?
19  A.  Yes, rephrase.
20  Q.  Okay.  Did you ever -- were you ever required
21 to or have an opportunity to take a class on working
22 with impaired inmates or Americans with Disability Act
23 inmates?
24    MS. STRICKLAND:  Object.  Answer if you can --
25  A.  I don't really know how to answer your



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

22

1  question.
2      BY MR. COOK:
3      Q.  Well you know what a class is, right?
4      A.  Correct.  Yes.
5      Q.  Okay.  So were there any classes that you took
6  or had an opportunity to take that it had as part of the
7  subject matter how to work with impaired inmates?
8      A.  Am I able to -- since I really don't know how
9  to answer that question, am I able to get back with you
10  on that and answer it at a later time?
11      Q.  I'm asking you about what you've done.  And so
12  if you don't remember, you know, that's -- you certainly
13  can give that answer.
14      A.  I gave you the answer to the best of my
15  ability.
16      Q.  That you read the books on your own?
17      A.  You asked me about a class and a training.
18      Q.  Ma'am.
19      A.  If I can look and check, I can get back with
20  you on that question if that's possible.
21      Q.  Okay.  Well I mean, that's fine.  You can
22  supplement your answer at any time.  I assume that you
23  have taken training in other subjects, correct?
24      MS. STRICKLAND:  You can answer.
25      A.  You said, have I had training in other

23

1  subjects?  Can you get more specific?
2      BY MR. COOK:
3      Q.  Well for instance, you've had training in use
4  of force, haven't you?
5      A.  They give a yearly training, yes, during a
6  service.
7      Q.  Okay.  And I assume that you've had training
8  in using the equipment that you're issued, haven't you?
9      A.  What kind of equipment?
10      Q.  Well for instance, restraint equipment or the
11  equipment in the officers' station, the intercom, the
12  camera, the panel, the door locks, all of that sort of
13  stuff, right?
14      A.  Yes.
15      Q.  Okay.  Anything else you can think of?
16      A.  No.
17      Q.  Do you remember what Donny Phillips'
18  disability was?
19      MS. STRICKLAND:  Objection to form.  You can
20  answer if you can.
21      A.  No.
22      BY MR. COOK:
23      Q.  Do you remember that he was wheelchair
24  impaired, that he was mobility impaired?
25      A.  I knew he was in a wheelchair.

24

1      Q.  Okay.  Did you know that he was incontinent?
2      A.  No.
3      Q.  You don't recall him asking to go to the
4  bathroom or shower numerous times because he had soiled
5  himself?
6      A.  No.
7      Q.  Are you taking any medication that would
8  impair your memory today?
9      A.  No.
10      Q.  Can you think of any reason why you can't
11  remember back a year ago, two years ago?
12      MS. STRICKLAND:  Objection.  She didn't say she
13  can't remember.  Please do not mischaracterize her
14  testimony.
15      MR. COOK:  What was your position about
16  speaking objections?
17      MS. STRICKLAND:  I'm following your rules, Mr.
18  Cook.
19      MR. COOK:  Okay.  Well if my rules are okay
20  with you, then fine.
21      MS. STRICKLAND:  Well that's what you wanted to
22  do yesterday.  That's what I'm doing today.  If you
23  want no speaking objections, that's the way we're
24  going to have to go going forward after today.
25      MR. COOK:  Okay.  Throughout the entire series

25

1  of depositions?
2      MS. STRICKLAND:  No speaking objections
3  throughout the entire series?  Sure.  After today.
4      MR. COOK:  Okay.  I just want to make sure that
5  we're in agreement.
6      MS. STRICKLAND:  We'll make sure that we're in
7  agreement every time we're on the record, sir.
8      BY MR. COOK:
9      Q.  So I'll go back to my question.  Is there any
10  reason why your memory should not be operating as it
11  normally does today?
12      MS. STRICKLAND:  Objection, mischaracterization
13  of her testimony.
14      BY MR. COOK:
15      Q.  Well I'm asking for her testimony.
16      MS. STRICKLAND:  Answer if you can.
17      A.  No.
18      BY MR. COOK:
19      Q.  So you're trying as best you can to remember
20  about Donny Phillips; is that fair?
21      A.  Yes.
22      Q.  Have you read the post orders for the role of
23  the job of dorm sergeant?
24      A.  Yes.
25      Q.  Do you know what they are?

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

---

**26**

1    A.  Verbatim?
2    Q.  Well no.  I just mean, are you familiar with
3  them?
4    A.  Yes.
5    Q.  And do you follow those orders?
6    A.  Yes.
7    Q.  Now when you worked as dorm sergeant between
8  2020 and 2022 November, did you normally work second
9  shift?
10    A.  Repeat that again?
11    Q.  Did you normally work second shift as dorm
12  sergeant?
13    A.  You had gave a -- a date and a year, I
14  believe.  Can you repeat that?
15    Q.  Are -- okay.  Let me -- let me put it this
16  way.  During the time you were dorm sergeant at Dorm N,
17  did you ever work second shift?
18    A.  Yes.
19    Q.  And was second shift 8:00 to 4:30?
20    A.  Yes.
21    Q.  Did you ever work any other shift?
22    A.  Yes.
23    Q.  What other shift did you work?
24    A.  First and third.
25    Q.  How about administrative?

---

**27**

1    A.  No.
2    Q.  What was the shift that you worked most
3  frequently?
4    A.  Second.
5    Q.  How did you get along with Donny Phillips?
6    MS. STRICKLAND:  Objection.  You can answer.
7    A.  I don't -- I don't understand your question.
8    BY MR. COOK:
9    Q.  Did you have any conflict with Donny Phillips?
10    A.  No.
11    Q.  Do you recall any sense in which she [sic] was
12  different from other inmates?
13    MS. STRICKLAND:  Objection.
14    A.  Can you repeat your question a little more
15  specifically?
16    BY MR. COOK:
17    Q.  Sure.  Do you remember anything different
18  about Donny Phillips such as did he write a lot of
19  grievances?
20    MS. STRICKLAND:  Objection.  You can answer.
21    THE WITNESS:  Not to my knowledge.  I did not
22  treat him different, no.
23    BY MR. COOK:
24    Q.  Do you do you know what a writ writer is?
25    MS. STRICKLAND:  Objection.

---

**28**

1    A.  Can you be more clear to your question?
2    BY MR. COOK:
3    Q.  Okay.  I'm talking about a term.  It is a term
4  that may be used against particular inmates.  And the
5  term that I'm referring to is writ writer, and that's
6  writ spelled W-R-I-T.
7    A.  And can you give me the definition to that
8  term?
9    Q.  Well I'm asking if you've ever heard that term
10  before?
11    A.  Not that I can recall.
12    Q.  Have you read the lawsuit complaint in this
13  case?
14    A.  Briefly.
15    Q.  Okay.  Briefly, does that mean you scanned it?
16    A.  Yes.
17    Q.  Okay.  I'm going to share my screen and put up
18  the --
19    MS. STRICKLAND:  Mr. Cook, I have a copy of it
20  here.
21    MR. COOK:  Okay.
22    MS. STRICKLAND:  There's no marking on it or
23  anything.  If you -- do you mind if she looks at
24  that?
25    MR. COOK:  No, that's fine.

---

**29**

1    MS. STRICKLAND:  Okay.  There you go.
2    BY MR. COOK:
3    Q.  Okay.  So are you familiar with the
4  allegations against you in that complaint?
5    A.  I seen them.
6    Q.  Okay.  Do you know what the counts against you
7  are?
8    MS. STRICKLAND:  Objection.  You can answer if
9  you can.
10    A.  Repeat your question again?
11    BY MR. COOK:
12    Q.  Yeah.  Do you remember what the major
13  complaints against you were?
14    MS. STRICKLAND:  Are you asking about legal
15  counts or the like factual allegations?
16    BY MR. COOK:
17    Q.  Well there are Counts I, VI, VII and VIII.  I
18  want to know if she knows what those counts are.
19    A.  You said the -- the I, VI, VII and VIII?
20    Q.  Uh-huh.  Probably Roman numerals.
21    MS. STRICKLAND:  Can you give her a paragraph
22  or page number to look at?
23    BY MR. COOK:
24    Q.  Sure.  Let's see.  The -- okay, Causes of
25  Action start on page 22 to 38.

---

MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

30

1    A.  Okay.
2    Q.  Okay.  Have you read that?
3    A.  Yes.  I'm looking at it now.
4    Q.  Okay.  Do you recall having ever interfered
5  with Mr. Phillips' communications with others?
6        MS. STRICKLAND:  Objection.
7    A.  Can you be more specific when you say as
8  others?
9        BY MR. COOK:
10   Q.  Yes.  Do you recall refusing to charge his
11  tablet so that he can communication with his sister who
12  kind of looks out for him at the Department of
13  Corrections?
14       MS. STRICKLAND:  Objection.  You can answer.
15   A.  When you ask -- when you say refusing to
16  charge his tablet, can you specify the -- the date or
17  time?
18       BY MR. COOK:
19   Q.  Well I could, but I don't have it right in
20  front of me.  I think I've got that information.  So I
21  guess what I would ask is, if you:  Did you ever refuse
22  to charge his tablet?
23   A.  If you can tell me the date and the time, I
24  can -- I can tell you.
25   Q.  Okay.  But if you did --

31

1    A.  To my knowledge, no.
2    Q.  To your knowledge, no.  Okay.  And did you
3  ever call him a snitch in front of the other inmates?
4    A.  No.
5    Q.  Did you ever say to him that to be a writ
6  writer is being a snitch?
7    A.  Repeat that question?
8    Q.  Did you ever say to Mr. Phillips, if you -- if
9  you are a -- if you're writing grievances, then you're a
10  snitch?
11   A.  No.
12   Q.  Do you know what the word snitch means?
13   A.  Someone who tells.
14   Q.  Have you heard that word in -- as a -- as a
15  prison officer?
16   A.  Yes.
17   Q.  Is there a danger to an inmate who is labeled
18  as a snitch?
19   A.  Not to my -- no, not to my knowledge.
20   Q.  Do you remember an incident, and this doesn't
21  necessarily involve you, but it involves your dorm, in
22  which a grievance that Mr. Phillips filed was found in a
23  file cabinet in the officers' station in your dorm?
24   A.  Repeat your question?
25   Q.  Do you remember hearing about an incident in

32

1  which a grievance that Mr. Phillips had filed was found
2  in a file cabinet in your dorm, in the officers' station
3  of your dorm?
4    A.  No.
5    Q.  Have you heard of grievances being intercepted
6  so that they don't get where they're supposed to go?
7    A.  No.
8    Q.  Have you ever seen a grievance against you by
9  Donny Phillips?
10       MS. STRICKLAND:  Objection.  Can you clarify
11   the setting?  We've shown grievances.
12       BY MR. COOK:
13   Q.  Have you ever seen a grievance by Donny
14  Phillips against you?
15       MS. STRICKLAND:  Objection.
16   A.  Be more clear on your question, please.
17       BY MR. COOK:
18   Q.  Do you need me to explain my question?
19   A.  Yes.
20   Q.  Okay.  As I understand it, there are three
21  kinds of grievances.  There are informal grievances, and
22  there are formal grievances, and there are grievance
23  appeals.  Have you ever seen one of -- either -- any of
24  those?
25       MS. STRICKLAND:  Objection.

33

1    A.  Do you --
2        BY MR. COOK:
3    Q.  I mean by anybody.
4    Q.  Do you have a -- a date?
5    Q.  No.  I mean ever.  Have you ever seen a
6  grievance?
7        MS. STRICKLAND:  Objection.  Are you talking
8    about a grievance form?  A completed grievance?
9    A.  We have grievances in the officers' station.
10       BY MR. COOK:
11   Q.  You have grievance forms in the officers'
12  station?
13   A.  Inmate request forms and 303s.
14   Q.  Okay.  An Inmate Request Form, that's 236,
15  right?
16   A.  Yes.
17   Q.  So you have seen both Grievance Form 236 and
18  Grievance Form 303; is that correct?
19   A.  Yes.
20   Q.  Is 303 used both for a formal grievance and an
21  appeal?
22   A.  I don't know about an appeal.  I don't know.
23   Q.  Are there different boxes at the top of the
24  303 that you can check depending on where you want it to
25  go?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

**407.423.9900**        www.MILESTONEREPORTING.com        **Toll Free 855-MYDEPOS**

34

1    A.  I don't -- I don't know.
2    Q.  Okay.  Have you ever seen a grievance that was
3  filled out?
4        MS. STRICKLAND:  Object to form.  You can
5  answer.
6    A.  Can you be more clear on your question?
7        BY MR. COOK:
8    Q.  Have you ever seen a grievance that had
9  writing on it?
10       MS. STRICKLAND:  Objection.  You can answer.
11   A.  Can you give me a -- the date?  I don't --
12       BY MR. COOK:
13   Q.  I'm not asking about a specific grievance.  I
14 mean, ever since you have become a corrections officer,
15 did you see a grievance on which an inmate had written a
16 complaint?
17   A.  Not to my knowledge.
18   Q.  So at this point, the only thing you've seen
19 are empty forms; is that right?
20   A.  Yes.
21   Q.  When Phillips was a -- well let's just go on
22 with the -- with the causes of action.  Would it be fair
23 to say that you ever interfered with medical treatment?
24   A.  Repeat that?
25   Q.  Let me be more specific.  Would it be fair to

35

1  say that you interfered with medical treatment of Donny
2  Phillips?
3        MS. STRICKLAND:  Objection.
4    A.  Can you be more clear?
5        BY MR. COOK:
6    Q.  Did you ever refuse to let Donny Phillips go
7  to medical to get supplies?
8    A.  No, not to my knowledge.  No.
9    Q.  Did you ever fail to release him for a medical
10 call out that he already had?
11   A.  No.
12   Q.  Did you ever refuse to allow him to use the
13 bathroom when he had an urgent need to go?
14       MS. STRICKLAND:  Object to form.
15   A.  Can you be more specific?
16       BY MR. COOK:
17   Q.  Did he ever tell you that he was urinating or
18 defecating in his adult diapers and he needed to use the
19 bathroom and you refused him?
20   A.  No.
21   Q.  Was he ever in that same situation and asked
22 to use the shower and you refused him?
23   A.  No.
24   Q.  How many wheelchair-bound inmates did you have
25 in Dorm N at the highest number, approximately?

36

1        MS. STRICKLAND:  Object to form.  You can
2  answer.
3    A.  Repeat your question and can you be more
4  specific?
5        BY MR. COOK:
6    Q.  Sure.  I'll start here.  Did you ever have any
7  inmates who were wheelchair-bound besides Mr. Phillips
8  in your dorm?
9    A.  Yes.
10   Q.  Did you ever have wheelchair-bound inmates in
11 Dorm N?
12   A.  Say that again?
13   Q.  Did you ever have inmates who were wheelchair-
14 bound in Dorm N?
15   A.  When you say, "wheelchair-bound," can you be
16 more specific?
17   Q.  I mean to say that they moved from place to
18 place in a wheelchair?
19   A.  Yes.
20   Q.  Do you know how many you would typically have?
21   A.  No.
22   Q.  Do you know how many ADA beds you had?
23   A.  No.
24   Q.  Did you ever threaten to put Donny Phillips in
25 confinement because an inmate was helping him by pushing

37

1  his chair?
2    A.  No.
3    Q.  Were you aware that Donny Phillips wore adult
4  diapers?
5    A.  No.
6    Q.  Were you aware that other inmates in your dorm
7  wore adult diapers?
8        MS. STRICKLAND:  Object to form.  You can
9  answer.
10   A.  When you ask that question, can you be more
11 clear?
12       BY MR. COOK:
13   Q.  Sure.  Did you have knowledge that other
14 inmates in your dorm other than Donny Phillips routinely
15 wore diapers under their clothing that were adult-sized
16 diapers?
17       MS. STRICKLAND:  Same objection.  You can
18 answer.
19   A.  There were inmates that had diapers.  Do I
20 know who they were?  No.  And do I know if they
21 routinely wore them?  No.
22       BY MR. COOK:
23   Q.  Do you know if one of those inmates who wore
24 diapers was Donny Phillips?
25       MS. STRICKLAND:  Asked and answered.  You can



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**38**

1  answer.
2      A.  Did you just ask me the same question?
3          BY MR. COOK:
4      Q.  No.
5      A.  Repeat your question?
6      Q.  Sure.  Did you know that one of the inmates
7  who wore diapers in your dorm was Donny Phillips?
8          MS. STRICKLAND:  Object to form.
9      A.  I do know inmates wore diapers.  I don't know
10  who they were.  And I do not know the who routinely wore
11  diapers, no.
12          BY MR. COOK:
13      Q.  Now when you say you don't know, you mean you
14  don't know or you don't remember?
15          MS. STRICKLAND:  Object to form.  Answer it
16  again.
17      A.  Wouldn't I don't know be the same as I don't
18  remember?
19          MS. STRICKLAND:  He's asking did you know at
20  the time or that you don't remember or did you never
21  know?
22          MR. COOK:  I -- I'm sorry.  Please let me ask
23  the questions.
24          BY MR. COOK:
25      Q.  You can answer.

**39**

1          MS. STRICKLAND:  Ask her questions she can
2  understand.
3          MR. COOK:  I will try.
4          MS. STRICKLAND:  Okay.
5      A.  Can you repeat your question again?
6          BY MR. COOK:
7      Q.  Yes, ma'am.
8      A.  And can you be more clear on your question?
9      Q.  I will try.  When you say, "I don't know," my
10  question is whether you knew at one time but no longer
11  remember, or when you say, "I don't know," it means it
12  was a fact that you never learned?
13      A.  As far as I don't -- I don't know who the
14  inmates were?
15      Q.  Right.
16      A.  Right.  I don't -- I did not know who the
17  inmates were.
18      Q.  You never knew; is that right?
19      A.  Is that the same question?
20      Q.  I understand that you don't know at this
21  moment, but my question is:  Did you ever know who wore
22  adult diapers?
23      A.  I don't remember.
24      Q.  Okay.  Did you ever attend quarterly ADA
25  meetings?

**40**

1      A.  No.
2      Q.  As dorm sergeant, do you perform a caretaking
3  function?
4          MS. STRICKLAND:  Object to form.  You can
5  answer.
6      A.  Oh, oh -- what kind of meeting?  Can you
7  repeat your question and be more specific?
8          BY MR. COOK:
9      Q.  As the dorm sergeant, do you ever perform
10  functions or supervise functions that provide care to
11  inmates?
12          MS. STRICKLAND:  Same objection.  You can
13  answer.
14      A.  Care, custody and control?
15          BY MR. COOK:
16      Q.  That's the -- that -- the first word is the
17  word that I'm using, yes.
18      A.  I don't understand your question.
19      Q.  Well do you understand what care, custody, and
20  control are?
21      A.  Yes.
22      Q.  Okay.  Well let's just take the care part of
23  it.  Do you understand what that means?
24      A.  Can you be more specific on your question?
25      Q.  Yes, ma'am.  Do you know what the word care

**41**

1  means?
2      A.  Your previous question?  I didn't answer your
3  previous question.  I'm not understanding it.  Can you
4  be more clear so I can answer it, please?
5      Q.  I'm asking it differently because I want to be
6  more clear.  When I say the word care, I mean the word
7  care as in care, custody, and control.  Do you know what
8  care means in that sense?
9      A.  Yes.
10      Q.  What does it mean?
11      A.  You want the definition?
12      Q.  I want your understanding.
13      A.  Compassion.
14      Q.  Anything else?
15      A.  No.
16      Q.  Is providing housing part of the care?
17      A.  Is it?
18      Q.  Is it?  That's my question.
19          MS. STRICKLAND:  Object to form.
20      A.  Is providing housing providing care?
21          BY MR. COOK:
22      Q.  Right.
23      A.  What you mean -- what -- what do you mean
24  providing housing?
25      Q.  I mean, supervising the area where the inmates

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

42

1 live, where they sleep, where they urinate, where they
2 shower, where they dress.
3     A. Right. I -- I mentioned previously I do
4 supervise inmates.
5     Q. Okay. Do you consider those provisions part
6 of your duty of care?
7        MS. STRICKLAND: Objection. You can answer. Go
8 ahead.
9     A. It falls in the same line.
10        BY MR. COOK:
11     Q. Okay. And a dormitory is where hygiene
12 usually takes place; is that correct?
13        MS. STRICKLAND: Object to form. You can
14 answer.
15     A. Be more specific --
16        BY MR. COOK:
17     Q. Sure.
18     A. -- on your question, please.
19     Q. In your dorm, you have toilets and showers and
20 sinks and water faucets; is that correct?
21     A. Yes.
22     Q. Is that where inmates go to clean themselves?
23     A. In the bathroom? Yes.
24     Q. Right. Okay. That's what I mean by hygiene.
25 So a dorm is a place where hygiene takes place; is that

43

1 correct?
2     A. Yes.
3     Q. Have you ever read any part of the Florida
4 Department of Corrections Infection Control Manual?
5     A. At one point, yes.
6     Q. Okay. Are you aware that lack of hygiene is
7 one way that infections can get started?
8     A. Is that -- are you asking me that from the
9 manual?
10     Q. Oh, no. Not from the manual.
11     A. Are you just asking me that as far as common
12 knowledge?
13     Q. Common knowledge or special training. Either
14 one.
15     A. Which one?
16     Q. Well --
17     A. Can you -- can you specify your question,
18 please?
19     Q. Okay. I can -- I can break it into two. Do
20 you know --
21     A. Okay.
22     Q. Do you know that lack of hygiene or lack of
23 cleanliness is one of the ways that an infection can get
24 started, through common knowledge?
25     A. Yes.

44

1     Q. Have you also seen that information as a
2 result of special training?
3     A. In that verbiage? No.
4     Q. No, not in that verbiage. In that -- in that
5 sense? In that meaning?
6        MS. STRICKLAND: Object to form. You can
7 answer.
8     Q. On your last question, can you be a little
9 more clear?
10        BY MR. COOK:
11     Q. Well I think we talked about what I meant by
12 training, and that certainly includes classes, but I
13 suppose it could include training information that you
14 read on your own.
15     A. Well, lack of hygiene?
16     Q. Yeah. That lack of hygiene can cause
17 infection?
18     A. And that's the bathroom?
19     Q. I was being more general than that.
20     A. Give me a second, please --
21     Q. Sure.
22     A. -- to think about your question.
23     Q. Okay.
24     A. Can I -- can I ask you to repeat it one more
25 time? Because you said you were referring to hygiene --

45

1 and I want to be clear. You were referring to hygiene
2 as bathroom, correct?
3     Q. Do you have somebody talking in the
4 background?
5        MS. STRICKLAND: I'm sorry. That's outside of
6     the conference room.
7        MR. COOK: Okay.
8        MS. STRICKLAND: Hold on one second.
9        BY MR. COOK:
10     Q. You were referring --
11        MS. STRICKLAND: Hold on. Sorry. We're in the
12     worker's office, so.
13        MR. COOK: Sure. I understand.
14        BY MR. COOK:
15     Q. Okay. So my first question, if you'll recall,
16 is whether you understood from basic general knowledge
17 that a lack of cleanliness can cause infection. And my
18 second question was whether you had any training or had
19 seen any training materials that said the same thing.
20 Not necessarily in the same words, but in the second
21 meaning?
22     A. On your -- on the second one -- I answered
23 your first question. And your second one -- you keep
24 switching your second question, and it's confusing me to
25 answer it. But I did ask you, when you refer to



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

46

1  hygiene, you stated earlier that you refer to hygiene as
2  the bathroom.
3      Q.  No.  I -- no.  I think I said that the
4  bathroom is one of the places that hygiene takes place.
5  But I'm talking about cleanliness, whether it's in or
6  out of the bathroom or, for that matter, in or out of
7  the dorm. I'm just asking whether you have learned that
8  there is a connection by your training between
9  cleanliness and infection?
10     A.  Yes -- yes, sir.
11         MS. STRICKLAND:  Objection to form.
12         BY MR. COOK:
13     Q.  Okay.  I appreciate that.  Now I understand
14  that different inmates have different kinds of passes;
15  is that correct?
16         MS. STRICKLAND:  Form.
17     A.  Can you be more specific on your question?
18         BY MR. COOK:
19     Q.  Sure.  If an inmate, for instance, has a
20  special apparatus, for instance, an inmate has a brace,
21  a leg brace, for instance, are you aware that inmates
22  are supposed to have passes that say they can have
23  things that other inmates can't have?
24         MS. STRICKLAND:  Form.
25     A.  Can you -- can you be more specific --

47

1  specific on your question?
2          BY MR. COOK:
3      Q.  Okay.  Do you know what a pass is?
4      A.  Yes, sir.
5      Q.  Do you know what a wheelchair pass is?
6      A.  Yes, sir.
7      Q.  Have you ever seen a wheelchair pass?
8      A.  A medical pass?  Yes, sir.
9      Q.  Okay.  But a medical pass can be a lot of
10  different kinds of things; can't it?
11     A.  Yes, sir.
12     Q.  There could be a pass for an inmate to wear a
13  hat or to wear a beard; is that correct?
14         MS. STRICKLAND:  Form.
15         BY MR. COOK:
16     Q.  Is that correct?
17     A.  Ask the question again.
18     Q.  There could be a pass that would allow an
19  inmate to wear a hat, for instance, if he had a
20  proclivity for sun -- for sun cancer, or have a beard
21  because there was a shaving problem.  Would that --
22  would there be passes for those kinds of things?
23     A.  A -- a beard pass?  I don't recall.
24     Q.  Okay.  You never saw a beard pass.  How about
25  a pass for wearing a hat?

48

1      A.  No.
2      Q.  How about a pass for having long sleeves?
3      A.  No.
4      Q.  How about a pass for having diapers?
5      A.  I don't recall.  I don't remember.
6      Q.  How about a pass for elevating your leg at
7  night when you sleep?
8      A.  I don't remember.
9      Q.  Who was Deborah Aldridge (phonetic)?
10     A.  The sergeant.
11     Q.  Did she ever work N Dorm?
12     A.  Yes.
13     Q.  And so if she was the dorm sergeant, then that
14  would mean you'd be doing something else, right?
15     A.  What, sir?  Can you repeat it?
16     Q.  Yeah.  If she was dorm sergeant in N Dorm,
17  then you wouldn't also be working N Dorm; would you?
18     A.  You're saying if -- if she worked, would I
19  have worked?
20     Q.  I mean, did you both work the same days?
21     A.  Yes.
22     Q.  And if you worked the same days, would you be
23  working the same dorm or would you be working different
24  dorms?
25     A.  Like -- I'm not understanding.

49

1      Q.  Okay.  Would you as a sergeant, if you were
2  dorm sergeant, would you have a sergeant working under
3  you?
4      A.  We're the same rank.
5      Q.  I understand you're the same rank, and that's
6  why I asked the question.
7          MS. STRICKLAND:  Is there a question pending?
8          MR. COOK:  Yeah.
9          BY MR. COOK:
10     Q.  When you were sergeant in N Dorm, would you
11  ever have Sergeant Aldridge working under you?
12     A.  No.
13     Q.  So if she were working as a dorm sergeant,
14  then she would be working in a different dorm; is that
15  correct?
16     A.  If -- if she was working as a sergeant, would
17  she work in a different dorm?
18     Q.  Right.
19     A.  I don't know.
20     Q.  Did you ever speak with her?
21     A.  Sir?
22     Q.  Did you ever speak with Sergeant Deborah
23  Aldridge?
24     A.  Yes.
25     Q.  Did you ever talk about work?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

253282 Richardson Graham Savanna    10-06-2015                    Page 90

50

1    A.  Yes.
2    Q.  Did she ever tell you anything about Donny
3 Phillips?
4    A.  No.
5    Q.  Did you ever hear of Sergeant Aldridge taking
6 Donny Phillips' journal out of his locker and
7 photographing pages in the officer's station?
8    A.  No.
9    Q.  Did you ever have -- hear of any conflict
10 between Sergeant Aldridge and Donny Phillips?
11    A.  No.
12    Q.  Did you ever hear of any conflict between
13 Officer Hawthorne and Donny Phillips?
14    A.  No.
15    Q.  Are you aware of Donny Phillips ever having
16 conflicts with other prison staff?
17    A.  No.
18    Q.  Do you know what paraparesis is?
19    A.  Well, I'm sorry.  Repeat that word.
20    Q.  Do you know what paraparesis is?
21    A.  Can you explain it?
22    Q.  Well if you know what it is, tell me.  And if
23 you don't, I'll be glad to.
24    A.  No, I do not.
25    Q.  Okay.  Well paraparesis is sometimes called

51

1 partial paraplegia.  It means that usually the lower
2 half of the body has trouble communicating.  The motor
3 skills are impaired.  Sometimes it's called lower
4 extremity weakness.  Have you -- have you heard of any
5 of those descriptions?
6    A.  Not until now.
7    Q.  Okay.  You know -- we've been discussing
8 incontinence.  You know what that is; don't you?
9    A.  Yes.
10    Q.  Do you know what cellulitis is?
11    A.  No.
12    Q.  Do you know what soft tissue infection is?
13    A.  Not a clear definition, no.
14    Q.  Do you know what kind of dangers are
15 associated with soft tissue infection?
16    MS. STRICKLAND:  Form.
17    A.  Can you explain your question?  Can you ask
18 the question and be more clear?
19    BY MR. COOK:
20    Q.  Sure.  I can try.  I sometimes have to do that
21 with examples, but I'll see what I can do.  Have you
22 ever -- have you ever heard that a -- an infection of
23 the soft tissue, which is usually redness and swelling,
24 can spread to other parts of the body or other systems
25 like bone or blood supply?

52

1    MS. STRICKLAND:  Objection.
2    A.  No.
3    BY MR. COOK:
4    Q.  Do you know what gangrene is?
5    A.  I've heard of it, yes.
6    Q.  Okay.  What do you -- what do you associate
7 gangrene with?
8    A.  The -- the feet.
9    Q.  Okay.  And what happens when gangrene enters
10 the feet?
11    MS. STRICKLAND:  Objection.
12    A.  I don't know.  I don't know what it is.  I
13 don't know the terminology for it, so I don't know.
14    BY MR. COOK:
15    Q.  Okay.  Is the terminology you're looking for
16 amputation?
17    MS. STRICKLAND:  Object to form.
18    A.  Say that again, sir?
19    BY MR. COOK:
20    Q.  Is the terminology you're looking for
21 amputation?
22    A.  I wasn't looking for terminology.  I do not
23 know the terminology --
24    Q.  Okay.
25    A.  -- of gangrene, but I have heard of it.

53

1    Q.  Do you associate gangrene with having a limb
2 cut off?
3    MS. STRICKLAND:  Object to form.
4    A.  I just know it deals with the -- something
5 with the feet.  I don't -- I don't know what gangrene
6 is, and I don't know the terminology for it.
7    BY MR. COOK:
8    Q.  Okay.  I think I asked you earlier, and I'm
9 not remembering exactly what your answer was, but I may
10 have forgotten, and I'll ask you to refresh my memory.
11 How many wheelchair inmates would you typically have in
12 your dorm?
13    MS. STRICKLAND:  Object to form.  You can
14    answer.
15    A.  I don't know.
16    BY MR. COOK:
17    Q.  I think you said that Donny was wheelchair-
18 bound and that there were at least other inmates; is
19 that fair?
20    MS. STRICKLAND:  Object to form.
21    Mischaracterization of testimony.
22    BY MR. COOK:
23    Q.  Go ahead.
24    A.  What was your question?
25    Q.  Let me rephrase it.  In your recollection, was

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

54

1  Donny Phillips the only inmate in your dorm who used a
2  wheelchair?
3      A.  No.
4      Q.  Do you know how many others there were?
5      A.  No.
6      Q.  More than three?
7      A.  Yes.
8      Q.  More than five?
9      A.  Are we -- is there a certain date, time?  A
10  certain date or year that you can give me on the
11  question?
12      Q.  Well I think when I asked it initially, I
13  asked, what was the most you remember?
14      A.  And I -- I don't remember.
15      Q.  Okay.  And so I'm asking now whether you ever
16  had more than five inmates other than Donny Phillips who
17  were in wheelchairs?
18      MS. STRICKLAND:  Form.
19      A.  Can you be more specific on your question?
20      BY MR. COOK:
21      Q.  Sure.  Let me start here.  How many people
22  would -- could you -- how many bunks were there in
23  Dorm N?
24      A.  I don't know.
25      Q.  Was it -- was it a single dorm or were there

55

1  wings?
2      A.  There was two wings.
3      Q.  Okay.  And do you know how many -- I suppose
4  that each and every day that you worked, you and your
5  staff did an inmate count; is that right?
6      A.  Yes.
7      Q.  And in fact, you would do a count several
8  times a day; is that correct?
9      A.  Yes.
10      Q.  And so if you counted those inmates several
11  times a day for two years or more, can you give a good
12  estimate of how many inmates were in each wing?
13      A.  No.
14      Q.  Was it more than 50?
15      A.  The number would change, so I cannot give you
16  a -- a correct number.
17      Q.  Okay.  Let's go with capacity then.  How many
18  could it hold?
19      A.  I don't know.
20      Q.  Was it more than 50?
21      A.  Yes.
22      Q.  Was it less than 100?
23      A.  No.
24      Q.  After you had gone through the corrections
25  training, did you get additional training for the job of

56

1  dorm sergeant?
2      A.  What do you mean as additional training?
3      Q.  Well when you got the job of dorm sergeant, I
4  presume that entailed special duties.  Is that not
5  correct?
6      MS. STRICKLAND:  Form.
7      A.  What do you mean special duties?
8      BY MR. COOK:
9      Q.  Well I mean, to be a dorm sergeant is not
10  exactly the same thing as supervising rec; is it?
11      A.  State your question again?
12      Q.  Being a dorm sergeant is not the same thing as
13  supervising rec, recreation; is it?
14      A.  No.
15      Q.  So if you have special additional duties, do
16  you also have special additional training to be a dorm
17  sergeant?
18      A.  When you say, "special additional training,"
19  what do you mean special additional training?
20      Q.  I mean --
21      A.  I don't understand.
22      Q.  I'm sorry.  Go ahead.
23      A.  I don't understand.
24      Q.  I mean, training that a dorm sergeant gets
25  that someone doesn't necessarily get who supervises

57

1  recreation?
2      A.  Those are both different areas, so the duties
3  are different.
4      Q.  Yes, ma'am.
5      A.  Special training, like an extra eight-hour
6  course?  Is that what you're asking?
7      Q.  Well usually, I guess it would be an extra
8  course.  I don't know if it would be eight hours, but I
9  guess that's one of the things I might ask you.
10      A.  Is that what you're asking?
11      Q.  Yes.  I mean, things like classes?
12      A.  Can you ask me that in question form?
13      Q.  Sure.  When you are chosen to be a dorm
14  sergeant, are there classes that you would be required
15  to attend to learn things that are specially needed by
16  dorm sergeants?
17      A.  No.  Not that I recall.
18      Q.  How do you -- I'm sorry.  I didn't mean to cut
19  you off.  Go ahead.
20      A.  I have already answered.
21      Q.  Yeah.  I heard you say, "Not that I," and then
22  unfortunately I spoke over you, for which I apologize.
23      A.  No, not that I recall.
24      Q.  Thank you.  How do you prepare for being a
25  dorm sergeant?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

58

1    A.  Prepare as in what?
2    Q.  Well I've looked at a lot of documents, and I
3  see that there are logs that have to be kept, and
4  duties, inspection duties, security duties associated
5  with being a dorm sergeant.  And I just wondered how
6  someone who hasn't been doing those things would prepare
7  for a job that required doing those things?
8    A.  Can you share with me some of what you're
9  looking at?
10    Q.  Well you've seen a dorm log before; haven't
11  you?
12    A.  I have.
13    Q.  And you've seen a -- things like escort logs
14  and things like that?
15    A.  No, not an escort log.  I don't know what that
16  is.
17    Q.  Okay.  That wouldn't be a general population
18  document.  But yeah, let's just stick to dorm logs.
19  They're pretty complicated; aren't they?
20    A.  Can you specify that question?  Complicated
21  how?
22    Q.  Okay.  Well I -- I'd probably have to know as
23  much as a dorm sergeant knows in order to give you an
24  exact description, but I see that there's a daily duty
25  to check out and inventory and sometimes test equipment;

59

1  is that correct?
2    A.  Yes.
3    Q.  And there are duties to inspect things like
4  windows and doors and other access points; is that
5  correct?
6    A.  Yes.
7    Q.  And of course there is the process of count,
8  correct?
9    A.  Yes.
10    Q.  And there are, I suppose, rules that govern
11  when inmates can be released and when they can't, right?
12    A.  When the -- daily housing unit log?
13    Q.  Well I don't know if it would be in that or
14  not, but it's one of the things that has to be done in
15  housing, right?
16    A.  Yes.
17    Q.  Okay.  So as I'm sure I've demonstrated, I
18  don't know exactly what is on the log and what is not,
19  but I think we've established that there are unique
20  duties for housing sergeants; is that fair?
21    A.  Yes.
22    Q.  Okay.  So how do you learn to do those things
23  before you start?
24    A.  It's a policy and procedure.  You mean
25  handbook?

60

1    Q.  Okay -- okay.  And so you don't actually
2  receive any training from an individual or individuals?
3    A.  What do you mean by training?
4    Q.  Can you see this document here?
5    A.  Yes.
6    Q.  Health Services Bulletin.  Services for
7  inmates with auditory mobility or vision impairments and
8  disabilities?
9    A.  Okay.
10    Q.  Would you ever have read this document?
11    A.  Can you scroll down?  That's -- now what's
12  your question?  Have I seen that before?
13    Q.  Have you ever read this document?
14    MS. STRICKLAND:  Can we see the whole document,
15    please?
16    MR. COOK:  Sure.  Let's see.  Okay.  It's seven
17    pages.  So I will go to page one, and I'll go page
18    by page as I'm told to do.
19    MS. STRICKLAND:  You can go to the second page.
20    You want to go to the next page?
21    A.  Yeah.  What is this off of?  If you don't mind
22  me asking.
23    BY MR. COOK:
24    Q.  No, I don't mind.
25    A.  Because that's not an -- that's -- is that an

61

1  original document?
2    Q.  Yes, that's a Department of Corrections
3  document.  It is a Health Services Bulletin.  It's a
4  Department of Corrections document.
5    A.  Is that the ADA -- I don't -- I don't know.
6  Is that the ADA --
7    MS. STRICKLAND:  He was asking if you recognize
8    the document.  Have you ever seen it?
9    A.  No, not that I recall.
10    BY MR. COOK:
11    Q.  Okay.  That's fair.  Let me see if you're
12  familiar with this definition.  Okay.  2B, there is a
13  definition for disabled inmate, and it refers to, "an
14  inmate who has a physical or mental disability that
15  substantially limits one or more late major life
16  activities defined as a permanent condition of such
17  severity as to require special housing, assistance,
18  resources, and program services to meet daily living
19  requirements, or to participate in available inmate
20  activities.  Or two, a need for required equipment to
21  support or take the place of a part of the body such as
22  braces, canes, crutches, hearing aid, medical devices,
23  walker, or wheelchair."  Have you ever heard that
24  definition?
25    A.  Yes.


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

202220 Richardson Graham Savanna    10-06-2023    Page - 62

62

1    Q.   Do you remember where you saw that?
2    A.   Yes.
3    Q.   Where did you see it?
4    A.   In service.
5    Q.   When you say, "in service," are you talking
6    about in-service training?
7    A.   Yes.
8    Q.   When did you get in service training?
9    A.   Yearly.
10    Q.   Okay.  So you get training every year and part
11    of the training is to deal with impaired inmates; is
12    that correct?
13    A.   Yes.
14         MR. COOK:  Okay.  By the way, this is Exhibit
15    3.  And so I'm going to ask to admit that.
16         (EXHIBIT 3 MARKED FOR IDENTIFICATION)
17         MR. COOK:  Also, I'm going to ask to admit
18    that.  Also, I'm going to ask to admit Exhibit 2,
19    which is an inmate problem list, including
20    cellulitis, and there are actually multiple inmate
21    problem lists for Mr. Phillips.  And these are from
22    October of 22.
23         (EXHIBIT 2 MARKED FOR IDENTIFICATION)
24         MR. COOK:  And then finally, I will ask to
25    admit Exhibit 1, which is the complaint in this

63

1    case, Document 25, filed November 17, 2022, which we
2    have just gone over to some extent.
3         (EXHIBIT 1 MARKED FOR IDENTIFICATION)
4         BY MR. COOK:
5    Q.   So let me take this opportunity to go over
6    passes with you, passes that Mr. Phillips had.  Have you
7    ever seen a document like this?
8    A.   No.
9    Q.   Okay.  Do you know that Mr. Phillips was
10    prescribed to have a permanent wheelchair, correct?
11    A.   No.
12    Q.   Okay.  But you knew that he had a wheelchair,
13    right?
14    A.   Yes.
15    Q.   Did it ever occur to you that he might not be
16    entitled to have a wheelchair?
17         MS. STRICKLAND:  Form.
18    A.   Can you repeat -- can you be more clear on
19    your question, please?
20         BY MR. COOK:
21    Q.   Sure.  If an inmate comes into your dorm in a
22    wheelchair, do you have a way of checking to see whether
23    they're entitled to have a wheelchair?
24    A.   Yes.
25    Q.   Okay.  If an inmate -- I assume that you-all

64

1    search inmate lockers from time to time; is that
2    correct?
3    A.   Yes.
4    Q.   And you might see an inmate who has a large
5    supply of diapers, and medical wipes, and special soaps.
6    Is it your understanding that it is a special permission
7    necessary to have those things?
8    A.   Ask your question again.
9    Q.   Yeah.  If an inmate -- if you're searching a
10    locker, and which I guess is kind of like a foot locker,
11    and an inmate has a large supply of things like diapers,
12    wipes, medication, medical soap, things like that, does
13    it occur to you that the inmate needs special permission
14    to have those things in his locker?
15    A.   Would it occur to me?
16    Q.   Yes.
17    A.   What do you mean?  Can you be more clear on
18    occur to me?
19    Q.   As a dorm sergeant and you saw those, would it
20    occur to you that there needs to be a special permission
21    for those things?
22         MS. STRICKLAND:  Form.
23    A.   Your question -- can you be more clear on your
24    question, please?
25         BY MR. COOK:

65

1    Q.   I can ask it a different way.
2    A.   Please.
3    Q.   Would those things be considered contraband if
4    the inmate didn't have a special permission?
5    A.   Yes.
6    Q.   Are those special permissions called passes?
7    A.   No.  It's hard to -- it's really hard to
8    answer that question because it -- it's just hard to
9    answer that.  I don't -- I don't know with -- with the
10    passes.  If the passes specify if they have diapers, and
11    wipes, and stuff like that -- that I don't know.
12    Q.   But you're changing your answer from no to you
13    don't know?
14    A.   I don't -- I don't know.
15         MS. STRICKLAND:  Okay.  Mr. Cook, if -- when
16    you ever get to -- whenever you get to a point, can
17    we possibly take a bathroom break?
18         MR. COOK:  Oh, absolutely.
19         MS. STRICKLAND:  Whenever is convenient for
20    you, I was just throwing it out there.
21         MR. COOK:  Yeah.  There's no question pending.
22    So this will be a fine time, I think.
23         MS. STRICKLAND:  Okay.  We're just going to
24    leave this running up here because we have no
25    control over it.  Thank you.

**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

66

1    MR. COOK:  Sure.
2    THE REPORTER:  We are off record at 12:04 p.m.
3     (OFF THE RECORD)
4    THE REPORTER:  We are back on record.  The time
5  is 12:11 p.m.
6     BY MR. COOK:
7    Q.  Okay.  Sergeant Richardson, we were talking
8  about running an ADA dorm with special inmates who are
9  impaired, some wheelchair bound.  And one question that
10  occurs to me is that isn't caring for impaired inmates
11  more work than caring for a dorm full of inmates who are
12  able-bodied?
13    MS. STRICKLAND:  Objection to form.  You can
14  answer.
15    A.  Can you -- can you be clear on your question?
16    BY MR. COOK:
17    Q.  Sure.  When you've got inmates who have
18  special needs, like being incontinent, having to use the
19  bathroom all the time, or having to go around in a
20  wheelchair, having to get special help to do some
21  things, sounds like it would be additional work for the
22  dorm staff.  Is that not true?
23    A.  It's not true.
24    Q.  I'm sorry, is it?
25    A.  No.

67

1    Q.  You've worked dorms that were not ADA dorms
2  before and obviously you worked this ADA dorm, Dorm N.
3  Would you say that they're the same amount of work?
4    MS. STRICKLAND:  Objection to form.  You can
5  answer.
6    A.  What do you mean the amount of work?  Can you
7  be more clear?
8    BY MR. COOK:
9    Q.  Well you usually have to run these dorms
10  short- staffed, right?
11    MS. STRICKLAND:  Object to form.
12    BY MR. COOK:
13    Q.  Is that right?
14    A.  Is that -- you want me to answer your first
15  question?
16    Q.  Yes, ma'am.
17    A.  Okay.  What -- can you be more clear on your
18  first question before I answer your next question?
19    Q.  Sure.  You've worked as dorm sergeant in dorms
20  that were ADA dorms and dorms that were non-ADA dorms
21  with able-bodied prisoners.  And my question was: Isn't
22  it more work to manage a dorm of disabled inmates?
23    A.  No.
24    Q.  Would you say that you tend to treat ADA or
25  disabled inmates pretty much the same as disabled

68

1  inmates?
2    MS. STRICKLAND:  Form.
3    A.  Can you be more clear on your question?
4    BY MR. COOK:
5    Q.  Sure.  And I may not have phrased it correctly
6  the way I intended.  Would you say that you tend to
7  treat ADA inmates the same way you do able-bodied
8  inmates?
9    MS. STRICKLAND:  Form.  You can answer.
10    A.  Treat them the same -- can you be more clear?
11    BY MR. COOK:
12    Q.  Sure.  Again, I'll give you an example.  There
13  was a guy in your dorm named Elmer Williams --
14    MS. STRICKLAND:  Hold on.  Hold on one second.
15  I'm sorry.
16     (OFF THE RECORD)
17    MS. STRICKLAND:  Yeah.  Sorry about that.
18    MR. COOK:  Okay.  We continue?
19    MS. STRICKLAND:  Yes.
20    BY MR. COOK:
21     (CERTIFIED QUESTION)
22    Q.  Okay.  As an example, you had a guy in your
23  dorm named Elmer Williams who fell down and said he
24  couldn't walk and you sent him to confinement for
25  refusing to walk; is that correct?

69

1    A.  No.
2    MS. STRICKLAND:  Objection.
3    BY MR. COOK:
4    Q.  That didn't happen?
5    MS. STRICKLAND:  Are you deposing her on
6  Williams or on Phillips?
7    MR. COOK:  I'm asking her right now about an
8  example, Elmer --
9    MS. STRICKLAND:  She's not here to testify
10  about Williams.  I'm instructing her not to answer
11  that question.
12    MR. COOK:  Okay.  Well we'll certify that.
13    MS. STRICKLAND:  That's fine.
14    BY MR. COOK:
15    Q.  Would there ever be a time when a disabled
16  inmate would need help and you would send them to
17  confinement for asking for help?
18    A.  No.
19    Q.  Is it true that in the process of supervising
20  inmates, you use a lot of foul language and threats?
21    MS. STRICKLAND:  Form.
22    A.  Can you be more specific on your question?
23    BY MR. COOK:
24    Q.  You know, use language like, motherfucker, and
25  don't give a shit, and that sort of thing?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

70

1     A.   Do you have a specific date and time this
2   occurred?
3     Q.   No, I'm talking about stuff that you do
4   frequently, like as a regular practice day to day?
5     A.   No.
6     Q.   Is the reason that you call inmate snitches is
7   so that they'll be beaten or killed by gang members?
8         MS. STRICKLAND:   Objection.
9         BY MR. COOK:
10    Q.   Is that the reason?
11    A.   Previous -- on your previous question earlier,
12  I told you I don't use snitch and -- no, I don't call me
13  inmates snitches.
14    Q.   And you didn't -- I think you said you didn't
15  know what snitch meant, right?
16        MS. STRICKLAND:   Mischaracterization of her
17        testimony.
18        MR. COOK:   Okay.  I'm asking, you can correct
19        me.
20        MS. STRICKLAND:   I think she told you it means
21        someone who tells.
22        MR. COOK:   That's right, she did.
23        BY MR. COOK:
24    Q.   I'm sorry.  There was something else that you
25  didn't know the meaning of, maybe writ writer.  Okay.  So

71

1   I think you said that you don't threaten inmates for
2   writing grievances, but I think you also said you never
3   saw a grievance, right?
4         MS. STRICKLAND:   Objection.
5     A.   What was your question?
6         BY MR. COOK:
7     Q.   Well the last part of my question was: I think
8   you said earlier that you've never seen an actual
9   written grievance; is that correct?
10        MS. STRICKLAND:   Same objection.
11        BY MR. COOK:
12    Q.   Go ahead.
13    A.   I believe I -- you said a, "written
14  grievance?"
15    Q.   Right.  An actual written grievance.  I think
16  you said you just saw you'd seen blank forms?
17    A.   Correct.
18    Q.   I'm going to go back to the complaint, and we
19  talked about Count I.  And so I'm going down to Count VI
20  and ask you about the allegations against you as to
21  Count VI, Interfering with Medical Care.  If someone is
22  sick or injured in your dorm, you would have to call
23  medical care, wouldn't it -- wouldn't you?
24        MS. STRICKLAND:   Form.
25    A.   Can you give me examples?

72

1         BY MR. COOK:
2     Q.   Well for instance, if somebody falls on the
3   floor and says they can't walk --
4         MS. STRICKLAND:   Do not answer that question.
5         We're not talking about Elmer Williams.  You have
6         questions about allegations from the Phillips
7         complaint.
8         MR. COOK:   She asked me -- she asked me for an
9         example and I gave her one --
10        MS. STRICKLAND:   Well --
11        BY MR. COOK:
12    Q.   Somebody fell on the floor and said they
13  couldn't walk, would you then call medical?
14        MS. STRICKLAND:   Do not answer that question.
15        You can certify it.  Do you have another example?
16        MR. COOK:   Sure.
17        MS. STRICKLAND:   Let's go.
18        MR. COOK:   If someone has a bleeding wound,
19        would you call medical?
20        MS. STRICKLAND:   Object to form.
21    A.   Explain your question more clearly, please?
22        BY MR. COOK:
23    Q.   Sure.  Yeah.  I -- and unfortunately, I have
24  to do it with examples because I don't know that there's
25  necessarily language for a corrections context that's

73

1   generally understood.  But obviously, if you're -- if a
2   person is in prison, that person can't have a friend
3   drive them to the emergency room and, you know, help
4   them in there, call an ambulance.  As a dorm sergeant,
5   you have to do that, don't you?
6         MS. STRICKLAND:   Form.
7         BY MR. COOK:
8     Q.   You have to get them to medical, right?
9         MS. STRICKLAND:   Object to form.
10        BY MR. COOK:
11    Q.   Because they're not free to move around the
12  way they want, correct?
13        MS. STRICKLAND:   Which question do you want her
14        to answer?
15        MR. COOK:   Those were just examples.
16        BY MR. COOK:
17    Q.   A person is not free to go and secure medical
18  care on their own in a prison, right?
19        MS. STRICKLAND:   Objection to form.
20        BY MR. COOK:
21    Q.   Is that right?
22    A.   What -- I would be able to answer your
23  question, but it's not clear.  I'm not understanding
24  exactly what you were trying to get me to answer.
25    Q.   Well I just gave you the example of a person



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

232020 Richardson Graham Savonia   10-06-2013   Page 74

74

1 with a bleeding wound?
2     A.  Can you be clear on that wound?
3     Q.  Be -- what kind of wound?
4     A.  Correct.
5     Q.  Serious, a serious wound, a wound that is the
6 person that is bleeding heavily?
7         MS. STRICKLAND:  Objection to form.  You can
8     answer.
9     A.  What -- what is considered a serious wound?
10         BY MR. COOK:
11     Q.  A wound that is bleeding heavily.
12     A.  Right, I understand that.
13     Q.  Well just for example, maybe a neck wound or a
14 wound that's appears to be in the chest near the heart
15 or possibly puncturing a lung?
16     A.  Okay.  Yes.
17     Q.  So what would you do --
18     A.  He needs a medical, yes.
19     Q.  Okay.  What would you do?
20     A.  As far as what do you mean?
21     Q.  I mean, what would you do?  As dorm sergeant,
22 what would you do if one of your inmates ended up with a
23 serious bleeding wound that looked like it was possibly
24 life-threatening?
25         MS. STRICKLAND:  Object to form.  You can

75

1     answer.
2         THE WITNESS:  They'll be seen by medical.
3         BY MR. COOK:
4     Q.  I'm sorry, what?
5     A.  They'll be seen by medical.
6     Q.  They'll be seen by medical, but what would you
7 do?  Would you summon medical?
8         MS. STRICKLAND:  Objection.  Form.  You can
9     answer.
10     A.  I'm really confused on your question.
11         BY MR. COOK:
12     Q.  Okay.  Someone could mean taking a radio and
13 calling someone and say, do we need medical?  Or I don't
14 know, maybe you have telephones.  I'm just not sure.  But
15 in some way asking medical to come because you've got
16 someone who has an emergency need for medical care,
17 would you do that?
18     A.  I don't really know how to answer the
19 question.
20     Q.  Okay.  Well let me try another one.  Suppose
21 you've got someone who falls on the floor in such a way
22 as it appears that they might have a neck or back
23 injury, would you call medical?  Would you ask for a
24 gurney and a backboard, and maybe a neck brace?
25         MS. STRICKLAND:  I'm instructing her not to

76

1 answer this because you're getting into facts of
2 Elmer Williams and we're here on Donny Phillips.
3         MR. COOK:  Okay.  Well, it's a fact pattern
4     that could apply to many people.
5         MS. STRICKLAND:  Okay.  Next question.
6         BY MR. COOK:
7     Q.  Okay.  So you're not going to answer that
8 question?
9         MS. STRICKLAND:  No, she's not.
10         BY MR. COOK:
11     Q.  Okay.  How about if a person falls to the
12 ground with a seizure and appears not to be able to --
13 appears to be controlled by a seizure so that they might
14 possibly do something to harm themselves, would you call
15 medical then?
16     A.  For a seizure?
17     Q.  Yeah.  For a seizure?
18     A.  I would do a radio traffic, yes.
19     Q.  Okay.  When you say, "do a radio traffic," do
20 you mean call someone?
21     A.  Yes.
22     Q.  Who would you call?
23         MS. STRICKLAND:  Object to form.
24     A.  When you ask who would I call, what do you
25 mean?  Who -- who do you mean who will I call?  More

77

1 clear?
2         BY MR. COOK:
3     Q.  So I don't know how things work internally in
4 the Department of Corrections, maybe you call medical
5 directly, maybe you called the officer in charge, maybe
6 you call the Emergency Action Center.  I don't know.  I'm
7 just asking you.
8         MS. STRICKLAND:  Is there a question?
9         MR. COOK:  Yes.
10         MS. STRICKLAND:  Do you know what question is?
11     A.  I'm about -- I'm thinking of how to answer it.
12 I'll do emergency traffic to the control room.
13         BY MR. COOK:
14     Q.  Okay.  Is that the Emergency Action Center?
15     A.  No.
16     Q.  Okay.  That's just emergency traffic to the
17 control room?
18     A.  Yes.
19     Q.  And is the idea that they would then contact
20 medical?
21     A.  No.
22     Q.  What would they do?
23     A.  Mirror my traffic back to me.
24     Q.  Excuse me?
25     A.  Mirror my traffic back to me.


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

78

1    Q.   Okay.  Mirror your traffic back to you, but
2  how would -- how would medical get the message?
3    A.   Via phone.
4    Q.   Via phone.  Oh, okay.  So the control room
5  person would call medical by phone?
6    A.   No.
7    Q.   What would happen?
8    A.   What is your question?
9    Q.   Well I think the question we were asking is:
10  If you -- I think you said something about emergency
11  traffic and the control room by radio and they would
12  mirror your traffic back to you, and then medical would
13  be alerted by phone, but you don't see -- you don't say
14  how.  Who would call them by phone in that scenario?
15    A.   The dorm staff.
16    Q.   Well the dorm staff, that's you, isn't it?
17      MS. STRICKLAND:  Object to form.
18      BY MR. COOK:
19    Q.   Aren't you part of dorm staff?
20    A.   Yes.
21    Q.   So would you get on the phone to them?
22      MS. STRICKLAND:  Object to form.
23    A.   What's your question?  Would your -- can you
24  make it more clear?
25      BY MR. COOK:

79

1    Q.   Sure.  Okay.  You just told me that if there
2  was a serious -- I think we were talking about a
3  seizure, you would get on -- emergency would mirror your
4  traffic back to you and medical would be alerted by dorm
5  staff.  And then I asked: Aren't you dorm staff?  And
6  you said, "yes."  And so then I asked you: So would you
7  get on the phone then and call medical?
8    A.   If I'm by a phone, yes.
9    Q.   If you're by -- if you're by a phone?
10    A.   Yes.
11    Q.   Okay.  And if not, if you were aware of it,
12  would you alert someone who was by a phone to call
13  medical?
14    A.   Yes.
15    Q.   Why would you radio the central -- the control
16  room before calling medical?
17      MS. STRICKLAND:  Object to form.
18    A.   Would -- can you be more clear on your
19  question?
20      BY MR. COOK:
21    Q.   Well if you've got an emergency situation, a
22  serious, I think we were talking about a seizure and
23  somebody's got to call medical on the phone, why
24  wouldn't you do that first instead of getting on the
25  radio?

80

1      MS. STRICKLAND:  Objection.  Form.  You can
2  answer.
3    A.   I would call -- I would do the radio for
4  additional staff.
5      BY MR. COOK:
6    Q.   Okay.  Additional security staff?
7    A.   And I would advise the officer of the dorm to
8  call medical.
9    Q.   Okay.
10    A.   For an apparent seizure because I'm not
11  medical, I can't -- I don't know if they're having a
12  seizure or not.
13    Q.   Okay.  Now when somebody is in the -- in your
14  dorm, in Dorm N, and they need to go to a call-out, you
15  have to release them, right?
16    A.   Yes.
17    Q.   So if they need medical attention, they can't
18  just leave the dorm on their own, correct?
19      MS. STRICKLAND:  Object to form.
20    A.   What do you mean if they need medical?  Can
21  you be clear on your questioned?
22      MR. COOK:
23    Q.   Sure.  If they need to go to medical, they
24  can't just do it without permission; is that correct?
25      MS. STRICKLAND:  Object to form.  You can

81

1  answer.
2    A.   They do not move around on a compound without
3  a call-out.
4      BY MR. COOK:
5    Q.   Okay.  But even with a call-out, they have to
6  be released, correct?
7    A.   Correct.
8    Q.   Okay.  Another allegation was that you worked
9  with other people, including medical staff and other
10  corrections staff, to violate the constitutional rights
11  of Donny Phillips.  Do you deny that allegation?
12    A.   Yes.
13    Q.   Did you ever have conversations with other
14  people about Donny Williams?
15      MS. STRICKLAND:  Object.  Donny Phillips?
16      BY MR. COOK:
17    Q.   Donny Phillips, sorry.
18      MS. STRICKLAND:  Object to form.  You can
19  answer.
20    A.   No.
21      BY MR. COOK:
22    Q.   Did you never have conversations that included
23  other inmates in which you asked them to harm Donny
24  Phillips?
25    A.   No.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

82

1    Q.  Okay.  And now on number eight, abuse or
2  neglect of a vulnerable adult.  And we talked earlier
3  about the care function of the dorm staff, presumably
4  including the dorm sergeant, and asked you whether dorm
5  supervisors don't have care functions with regard to
6  inmates and specifically as to vulnerable inmates like
7  disabled inmates.  Do you maintain that you don't have a
8  duty of care?
9      MS. STRICKLAND:  Object to form.
10    A.  Can you more clear on your question, please?
11     BY MR. COOK:
12    Q.  Yeah.  Aren't you responsible for the care of
13  disabled inmates?
14      MS. STRICKLAND:  Objection.  Asked and
15  answered.
16     BY MR. COOK:
17    Q.  Okay.  I think I recall your answer, but if
18  you could refresh my memory, so I don't have to ask the
19  court reporter to go back through the transcript?
20      MS. STRICKLAND:  Do you recall what your answer
21  was?
22    A.  Repeat your question.
23     BY MR. COOK:
24    Q.  Is -- are you -- are you in agreement that you
25  have a duty of care to disabled inmates?

83

1      MS. STRICKLAND:  Objection to form.
2    A.  What do you mean by care?
3     BY MR. COOK:
4    Q.  Care --
5    A.  I'm not -- can you be more clear?  Specify
6  your question, please?
7    Q.  You said that you understood what the word
8  care meant?
9      MS. STRICKLAND:  Objection.  I think she asked
10  for a definition or -- that's why you were giving
11  examples.
12     BY MR. COOK:
13    Q.  Right.  And when I talked about the duty of
14  custody, care -- custody, care, and control, I think I
15  said that -- that was the -- that the word care, I'm
16  defining it as it is defined in that terminology.  And I
17  think that you said, Sergeant Richardson, that you
18  understood what care meant in that context?
19      MS. STRICKLAND:  I believe her answer to you
20  was compassion.
21      MR. COOK:  Well that was one answer.  I think
22  there were -- there were other answers as well.
23    A.  Can you repeat it back to me, please?
24     BY MR. COOK:
25    Q.  Repeat what?  Your --

84

1    A.  You said you can go back in and tell me my
2  answer to refresh my memory, please.
3    Q.  Well I could ask the court reporter to go
4  back, but I think that would be very time-consuming.
5  And so if you don't agree that you have a duty of care
6  to disabled inmates, and care is just a common English
7  word we use every day, then I'll just go on to the next
8  question.
9      MS. STRICKLAND:  Objection.  Is there a
10  question pending?
11      MR. COOK:  Yeah.
12     BY MR. COOK:
13    Q.  Same question:  Do you agree that you have a
14  duty of care to disabled inmates as dorm sergeant?
15      MS. STRICKLAND:  Objection.  You can answer.
16      THE WITNESS:  Yes.
17     BY MR. COOK:
18    Q.  Would you agree that a disabled inmate is a
19  vulnerable inmate?
20      MS. STRICKLAND:  Objection.  Form.
21    A.  Can you give a clear question that's -- what
22  do you mean by vulnerable?
23     BY MR. COOK:
24    Q.  Well as usual, I can give you examples.  If
25  you've got someone who can get around in a wheelchair

85

1  and somebody who's been, you know, lifting weights for
2  the past decade that comes up and threatens them,
3  threatens to harm them, they can't necessarily defend
4  themselves in a prison context, right?
5      MS. STRICKLAND:  Object to form.  You can
6  answer.
7    A.  That I don't know.
8     BY MR. COOK:
9    Q.  Okay.  Well let me put it this way.  If a
10  person had some kind of limiting physical incapacity so
11  that they can't do certain things without help, that
12  would make them vulnerable, wouldn't it?
13      MS. STRICKLAND:  Object to form.
14    A.  That I don't know.
15     BY MR. COOK:
16    Q.  If somebody is a diabetic for instance, and
17  they needed insulin every day, and they can't get it on
18  their own, then that would make them -- they would --
19  they would require care in order to stay alive, right?
20      MS. STRICKLAND:  Object to form.
21    A.  Yes, medical.
22     BY MR. COOK:
23    Q.  Well it is -- it is medical, but it's also
24  common sense, isn't it?
25      MS. STRICKLAND:  Object to form.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

86

1    A.  What's your -- can you be more clear on your
2  question?
3       BY MR. COOK:
4    Q.  Sure.  A disabled person may not be able even
5  to survive without the help of other people.  Does that
6  -- does that seem accurate to you?
7       MS. STRICKLAND:  Object to form.
8    A.  I'm going to repeat your question before I try
9  to answer it.  You said a disabled person is not able
10 to?
11      BY MR. COOK:
12   Q.  I said, may not be able to survive without the
13 help of other persons?
14   A.  That I don't know.
15   Q.  You don't know?  You have been a corrections
16 officer and sergeant for how long?
17   A.  Since 2015.
18   Q.  2015?  Well you were an officer before that,
19 weren't you?
20   A.  Correct.
21   Q.  Okay.  So let's see.  Go back here and look at
22 what you said.  And it looks like you were sworn in in
23 2008, correct?
24   A.  Correct.
25   Q.  And so really, you have been a corrections

87

1  official for about 15 years, right?
2       MS. STRICKLAND:  Object to form.
3    A.  Can you more clear on your question?
4       BY MR. COOK:
5    Q.  Yeah.  Have you been a corrections officer for
6  around 15 years, including sergeant?
7    A.  Yes.
8    Q.  Okay.  From the time you got your GED, how
9  long have you kept a job?
10      MS. STRICKLAND:  Object to form.
11      BY MR. COOK:
12   Q.  A year?
13   A.  Are you asking -- are you asking on --
14 pertaining to a specific job?
15   Q.  No.  What was the longest you ever kept a job?
16   A.  I don't know.
17   Q.  Let's see.  You were -- worked for Freddy's
18 Cleaning Service from February 1, 2007 to the time that
19 you applied for the Department of Corrections.  What --
20 was that the longest job you ever held?
21      MS. STRICKLAND:  Are you talking about prior to
22   the Department of Corrections?
23      BY MR. COOK:
24   Q.  Was that the longest job you ever held?
25      MS. STRICKLAND:  Object to form.

88

1    A.  Can you be more clear on your question,
2  please?
3       BY MR. COOK:
4    Q.  Yeah, it -- it's fair -- prior to beginning
5  work for the Department of Corrections, it looks like
6  the longest you ever held a job was a year and some were
7  just a matter of months or weeks.  Is that fair; is that
8  true?
9    A.  If that's the -- what you have in front of
10 you, yes.
11   Q.  Okay.  And you were fired for using your phone
12 on the job or personal reasons or --
13      MS. STRICKLAND:  Object to form.
14   A.  What was your question?  Can you be more clear
15 on your question, please?
16      BY MR. COOK:
17   Q.  Yeah, I will.  I'm just going through all this
18 stuff.  Or for inappropriate behavior.  Those are the --
19 those are the reasons that you gave for leaving your
20 prior, very -- very short-term jobs?
21   A.  Which --
22      MS. STRICKLAND:  Object to form.
23   A.  Which job?  Can you be more clear on which
24 job?
25      BY MR. COOK:

89

1    Q.  Okay.  You were working at the Still Waters,
2  resident caregiver -- giver, cook, in Lake City from
3  January of 2006 until April of 2006.  It says, "Let go
4  for the use of your phone."  And Lake City Cluster home,
5  resident caregiver, you were let go for inappropriate
6  behavior; is that accurate?
7    A.  Yes.
8    Q.  But now you've been working for 15 years as a
9  corrections employee, and you've gotten at least one
10 promotion.  And I guess my question is: Is your approach
11 to corrections work acceptable in the Florida Department
12 of Corrections?
13      MS. STRICKLAND:  Object to form.
14   A.  Can you be more clear on your question,
15 please?
16      BY MR. COOK:
17   Q.  Do you feel like you're knowledgeable and
18 effective in your corrections work?
19   A.  Yes.
20   Q.  Can you think of any reason why there were so
21 many questions that you didn't know the answer to?
22      MS. STRICKLAND:  Object to form.
23   A.  Yes.
24      BY MR. COOK:
25   Q.  Do you basically have contempt for disabled


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

90

1  people?
2      MS. STRICKLAND:  Object to form.
3      A.  What -- what do you mean?
4      BY MR. COOK:
5      Q.  I mean you hold them in contempt, do you think
6  that they're not worthy of your efforts?
7      MS. STRICKLAND:  Object to form.
8      A.  No.  That's not true.
9      BY MR. COOK:
10     Q.  Do you -- do you have contempt for prisoners
11 then in general?
12     MS. STRICKLAND:  Object to form.
13     A.  I don't understand your question.  I don't
14 understand your question.
15     BY MR. COOK:
16     Q.  You know what contempt means?
17     A.  The issue?  No.
18     MR. COOK:  I don't have any other questions.
19          CROSS-EXAMINATION
20     BY MS. STRICKLAND:
21     Q.  Do you -- as the dorm sergeant or as dorm
22 officer even, do you have any role in processing
23 grievances?
24     A.  No, ma'am.
25     Q.  What happens to grievances once an inmate

91

1  fills it out?
2      A.  They put them in an inmate grievance box.
3      Q.  Is that up at the control gate?
4      A.  That's in a cell, yes.
5      Q.  Okay.  And when we were getting ready for this
6  deposition, I did show you some of the written
7  grievances that Donny Phillips had filled out, correct?
8      A.  Yes.
9      Q.  Okay.  And did you say you hadn't seen them
10 before, because you understand that our conversations
11 are privileged?
12     A.  Right, yes.
13     Q.  Okay.  Were you trying to be dishonest in any
14 way with Mr. Cook?
15     A.  No, ma'am.
16     Q.  Okay.  You were asked if you didn't release --
17 or let Mr. Phillips get supplies, and you said that you
18 don't recall ever doing that.  If anything like that did
19 ever happen, would that have been due to possible other
20 things happening on the compound that maybe inmates
21 don't know about?
22     MR. COOK:  I'm going to object to leading
23 questions here.
24     MS. STRICKLAND:  It's a cross-examination.  Mr.
25 Cook, that's what it is.

92

1      MR. COOK:  Your client.
2      MS. STRICKLAND:  I know.  You did it with
3  yours.  We're fine.  Thank you.
4      MR. COOK:  What was your question again?
5      BY MS. STRICKLAND:
6      Q.  So if you were asked if you didn't release --
7  if you ever refused to release Mr. Phillips to either
8  get medical supplies or if you wouldn't release him to
9  go when he was scheduled to, you don't recall ever doing
10 that?  If that ever did happen, would that have been
11 because of other circumstances or inmate movement on the
12 compound that may not be known to Mr. Phillips and
13 inmates?
14     MR. COOK:  Same objection.
15     BY MS. STRICKLAND:
16     Q.  Did you ever intentionally refuse to let Mr.
17 Phillips go get medical supplies?
18     A.  No.
19     Q.  Did you ever intentionally release him to get
20 medical supplies or go to other call-outs?
21     A.  No.
22     Q.  You were asked a lot about care of inmates.
23 Do you have -- or do the dorm officers have hygiene
24 items like toilet paper and soap?
25     A.  Yes.

93

1      Q.  What about Band-Aids?
2      A.  Yes.
3      Q.  And do you guys distribute that to the
4  inmates?
5      A.  If they ask and we have them, yes.
6      Q.  Have you ever refused to give Mr. Phillips any
7  toilet paper?
8      A.  No.  Not that I can recall, no.
9      Q.  Do you recall ever refusing to give him any
10 soap?
11     A.  Not that I recall, no.
12     Q.  You were asked about somebody -- an inmate
13 that would be bleeding.  Is there somebody came to you
14 and had a finger that was bleeding, would you give them
15 a Band-aid?
16     A.  Yes.
17     Q.  If it was -- looked like it was about to fall
18 off and you could see bone or tendons, would you then
19 activate medical?
20     A.  I would give them a medical.
21     Q.  Okay.  And inmates can declare medical
22 emergencies; is that correct?
23     A.  Yes.
24     Q.  Did Donny Phillips ever declare a medical
25 emergency that you recall?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

203200 Richardson Graham Savanna    10-06-2019    Page 91

94

1     A.  No, not that I recall.
2     Q.  Did Donny Phillips ever tell you that he was
3  incontinent?
4     A.  No.
5     Q.  Did you ever see a medical pass that indicated
6  that he was incontinent?
7     A.  No.
8     Q.  Did he ever tell you that he was sitting in
9  soiled clothing because of his incontinence?
10     A.  No.
11     Q.  Did you ever refuse to let him go to the
12  bathroom during count that you recall?
13     A.  No.
14     Q.  If he had told you that he was incontinent or
15  that he had soiled himself, would you have let him go to
16  the bathroom during count?
17     A.  Yes.
18     Q.  If he told you that he was in soiled clothing,
19  would you let him go to the shower even if it wasn't the
20  normal time to shower and clean himself?
21     A.  Yes.
22     Q.  Do you work in medical?
23     A.  No.
24     Q.  Okay.  Do you issue medical passes?
25     A.  No.

95

1     Q.  When you see a medical pass, what does it --
2  what do you see?  How do you see medical pass?  Do they
3  carry them?  Do they wear them?
4     A.  They're supposed to have them on them at all
5  times.
6     Q.  Okay.  Like in a pocket or something?
7     A.  Yes, or on their ID.
8     Q.  Okay.  On their ID?
9     A.  Yes.
10     Q.  Okay.  And does that list what the passes are
11  or what their medical passes are?
12     A.  Yes.
13     Q.  Okay.  And as the corrections employee, is it
14  your job to decide whether or not the passes are
15  appropriate?
16     A.  No.
17     Q.  Is it your job to comply with or honor those
18  passes?
19     A.  Yes.
20     Q.  You were asked a lot of questions about
21  cellulitis and soft tissue infection and gangrene.  Do
22  you have any medical training?
23     A.  CPR.
24     Q.  Okay.  Outside of that?
25     A.  No.

96

1     Q.  Okay.  Inmates' uniforms consist of pants; is
2  that correct?  And shorts, but the bottom is pants?
3     A.  Yes.  Part of the uniform.  Yes.
4     Q.  Okay.  Did they ever wear shorts?
5     A.  Yes.
6     Q.  Okay.  Did you ever see Donny Phillips -- any
7  wounds on Donny Phillips' leg or legs?
8     A.  No.
9     Q.  Did he ever show you any wounds on his leg or
10  his legs?
11     A.  No.
12     Q.  Did he ever tell you that he needed treatment
13  for wounds on his legs?
14     A.  No.
15     Q.  Did you ever call him a snitch?
16     A.  No.
17     Q.  Did you ever do anything to intentionally
18  endanger Donny Phillips?
19     A.  No.
20     Q.  Did you ever do anything to intentionally
21  endanger any inmates?
22     A.  No.
23     Q.  Are there inmates who work for you?  Carry
24  out, like, hits or anything like that for you?
25     A.  No.

97

1     Q.  Are there inmates that you give special
2  privileges to?
3     A.  No.
4     MS. STRICKLAND:  I have no further questions.
5        REDIRECT EXAMINATION
6  BY MR. COOK:
7     Q.  Sergeant Richardson, you just asked -- you
8  just answered a number of questions that Ms. Strickland
9  asked you in the affirmative as to how you would treat
10  different people with different emergency needs.  Is
11  that because those -- it is your duty to do those
12  things?
13     A.  What do you mean?  I don't --
14     Q.  You answered a series of questions in the
15  affirmative as to what you would do if someone had a
16  serious injury, or if they needed to use the bathroom,
17  or shower on an emergency basis and you said that you
18  would, and I'm asking you: Is that because it's your
19  duty to do those things?
20     A.  Yes.
21     MR. COOK:  No other questions.
22     MS. STRICKLAND:  She'll read.
23     THE REPORTER:  Okay.  Mr. Cook, did you want a
24  copy?
25     MR. COOK:  Yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Zoszoz Richardson Graham Latonia   10-26-2013   Page 98

98

1    THE REPORTER: Video as well?
2    MR. COOK: It's -- yeah, it's my depo, so I'm
3  ordering. And no, I don't need a video.
4    THE REPORTER: Just the transcript?
5    MR. COOK: Uh-huh.
6    THE REPORTER: Okay. Ms. Strickland, did you
7  want a copy of just the transcript as well?
8    MS. STRICKLAND: Yeah, we'll order a copy.
9  Thank you.
10   THE REPORTER: Okay. And before we get off
11  record, Mr. Cook, did you want to mark this document
12  as an exhibit?
13   MR. COOK: Oh, yeah. I think I went through 1
14  through --
15   THE REPORTER: I have 1 through 3 right now.
16   MR. COOK: 3 and I would like to admit 4 and 5.
17    (EXHIBIT 4 MARKED FOR IDENTIFICATION)
18    (EXHIBIT 5 MARKED FOR IDENTIFICATION)
19   THE REPORTER: Okay. All right. Let me get us
20  off record.
21    (DEPOSITION CONCLUDED AT 1:02 P.M.)
22
23
24
25

99

1              CERTIFICATE OF OATH
2
3  STATE OF FLORIDA
4  COUNTY OF ORANGE
5
6    I, the undersigned, certify that the witness in the
7  foregoing transcript personally appeared before me and
8  was duly sworn.
9
10  Identification: Produced Identification
11
12
13
14  _____
15         REHNESHA SANTOS
16         Court Reporter, Notary Public
17         State of Florida
18         Commission Expires: 01/11/2026
19         Commission Number:  HH 215460
20
21
22
23
24
25

100

1              C E R T I F I C A T E
2
3  STATE OF FLORIDA)
4  COUNTY OF ORANGE)
5
6    I, REHNESHA SANTOS, Court Reporter and Notary
7  Public for the State of Florida at Large, do hereby
8  certify that I was authorized to and did report the
9  foregoing proceeding, and that said transcript is a true
10  record of the said proceeding.
11
12    I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: October 26,2023
18
19
20  _____
21    REHNESHA SANTOS
22    Court Reporter, Notary Public
23
24
25

101

1               ERRATA
2
3  PAGE    LINE          CHANGE   REASON
4
5
6
7
8
9
10
11
12
13
14
15
16  I have read the entire transcript of my deposition taken
17  in the captioned matter or the same has been read to
18  me.I request that the following changes be entered upon
19  the record for the reasons indicated. I have signed my
20  name to the Errata Sheet and authorize you to attach the
21  changes to the original transcript.
22
23
24  _____   _____
25  Date          NAME



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

283202 Richardson-Graham Savoria    11-06-2025    Page 102

102

1
2
3
4
5          Read and Sign Letter
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

Deborah Richardson-Graham-Savoia   10-09-2025   Page 28

**0**

01/11/2026
  99:18

**1**

**1** 3:12 62:25
  63:3 87:18
  98:13,15

**1:02** 98:21

**10:23** 4:7 5:5

**100** 55:22

**12:04** 66:2

**12:11** 66:5

**15** 87:1,6 89:8

**17** 63:1

**2**

**2** 3:11 62:18,23

**2002** 9:1

**2003** 8:15,21
  9:1

**2005** 8:15

**2006** 89:3

**2007** 87:18

**2008** 10:12 11:7
  86:23

**2015** 13:10
  86:17,18

**2020** 15:15 26:8

**2021** 15:15

**2022**
  15:15,16,19
  16:8 26:8 63:1

**2023** 1:15 4:7

5:5

**215460** 99:19

**22** 29:25 62:22

**222-8080** 2:8

**236** 33:14,17

**25** 63:1

**26,2023** 100:17

**2898** 2:15

**2B** 61:12

**3**

**3** 3:10 62:15,16
  98:15,16

**3:22-CV-997-
  BJD-LLL** 1:4
  5:11

**30** 4:10

**303** 33:18,20,24

**303s** 33:13

**314** 2:6

**315** 4:4

**32301** 2:7

**32308** 2:17

**32801** 4:5

**38** 29:25

**4**

**4** 3:13 98:16,17

**4:30** 26:19

**5**

**5** 3:3,14
  98:16,18

**50** 55:14,20

**510** 4:5

**6**

**6** 1:15 2:16 3:4

**62** 3:10,11,12

**6th** 4:7 5:4

**8**

**8:00** 26:19

**850** 2:8,18

**877-7776** 2:18

**9**

**90** 3:5

**97** 3:6

**98** 3:13

**99** 3:14

**A**

**a.m** 4:7 5:5

**ability** 22:15

**able** 22:8,9
  73:22 76:12
  86:4,9,12

**able-bodied**
  66:12 67:21
  68:7

**absolutely**
  65:18

**abuse** 82:1

**acceptable**
  89:11

**access** 21:5
  59:4

**accurate** 86:6
  89:6

**Act** 17:9,11
  18:12 21:22

**action** 29:25
  34:22 77:6,14
  100:15

**activate** 93:19

**activities**
  61:16,20

**actual** 71:8,15

**actually**
  11:9,14 15:1
  60:1 62:20

**ADA** 3:10
  17:2,6,8,18,19
  18:11,15,18,23
  20:17,19,23
  21:7,13 36:22
  39:24 61:5,6
  66:8
  67:1,2,20,24
  68:7

**additional**
  55:25
  56:2,15,16,18,
  19 66:21
  80:4,6

**administrative**
  26:25

**admit**
  62:15,17,18,25
  98:16

**adult** 35:18
  37:3,7 39:22
  82:2

**adult-sized**



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

37:15

**advise** 80:7

**affirm** 6:4

**affirmative** 97:9,15

**against** 28:4 29:4,6,13 32:8,14 71:20

**ago** 24:11

**agreed** 4:10

**agreement** 25:5,7 82:24

**ahead** 18:21 42:8 53:23 56:22 57:19 71:12

**aid** 61:22

**al** 1:11 2:12 5:8

**Aldridge** 48:9 49:11,23 50:5,10

**alert** 79:12

**alerted** 78:13 79:4

**alive** 85:19

**allegation** 81:8,11

**allegations** 29:4,15 71:20 72:6

**allow** 35:12 47:18

**allowed** 21:10

**Alpha** 16:1

**already** 35:10 57:20

**am** 22:8,9 100:12,14

**ambulance** 73:4

**Amended** 3:12

**Americans** 17:11 18:11 21:22

**amount** 67:3,6

**amputation** 52:16,21

**annex** 16:7

**answer** 7:13,18,25 16:18 18:7,22 19:3,13,19,23 20:3,7,10,11,20 21:24,25 22:9,10,13,14,22,24 23:20 25:16 27:6,20 29:8 30:14 34:5,10 36:2 37:9,18 38:1,15,25 40:5,13 41:2,4 42:7,14 44:7 45:25 53:9,14 65:8,9,12 66:14 67:5,14,18 68:9 69:10 72:4,14 73:14,22,24 74:8 75:1,9,18 76:1,7 77:11 80:2 81:1,19

82:17,20 83:19,21 84:2,15 85:6 86:9 89:21

**answered** 8:18 37:25 45:22 57:20 82:15 97:8,14

**answers** 83:22

**anybody** 33:3

**anything** 7:5,6,11 20:12 23:15 27:17 28:23 41:14 50:2 91:18 96:17,20,24

**apologize** 57:22

**apparatus** 46:20

**apparent** 80:10

**appeal** 33:21,22

**appeals** 32:23

**appearance** 5:12

**APPEARANCES** 2:1

**appeared** 1:17 2:10,20 99:7

**appears** 74:14 75:22 76:12,13

**applied** 10:3 87:19

**apply** 76:4

**appreciate** 46:13

**approach** 89:10

**appropriate** 95:15

**approximately** 4:7 35:25

**April** 89:3

**area** 13:20,24 14:13 41:25

**areas** 12:5 57:2

**aren't** 58:19 78:19 79:5 82:12

**assigned** 13:24 14:13 15:10

**assignment** 15:8

**assignments** 13:7,11 14:19

**assistance** 18:4 61:17

**associate** 52:6 53:1

**associated** 51:15 58:4

**assume** 7:13 16:11 22:22 23:7 63:25

**attach** 101:20

**attend** 39:24 57:15

**attended** 4:6

**attending** 5:13

**attention** 80:17

**attorney** 19:1

**attorneys** 100:14

**auditory** 60:7

**authorize**



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

101:20

authorized 100:8

available 61:19

aware 37:3,6 43:6 46:21 50:15 79:11

_____
B

backboard 75:24

background 45:4

Band-aid 93:15

Band-Aids 93:1

basic 45:16

basically 19:7 89:25

basis 97:17

bathroom 24:4 35:13,19 42:23 44:18 45:2 46:2,4,6 65:17 66:19 94:12,16 97:16

beard 47:13,20,23,24

beaten 70:7

became 12:18

become 11:1 34:14

becoming 9:23

beds 36:22

begin 6:8

beginning 14:16 88:4

behalf 2:3,12

5:19

behavior 88:18 89:6

believe 20:17 26:14 71:13 83:19

besides 36:7

best 7:7 22:14 25:19

better 18:3

blank 71:16

bleeding 72:18 74:1,6,11,23 93:13,14

Block 12:9,10

blood 51:25

body 51:2,24 61:21

bone 51:25 93:18

books 22:16

bottom 96:2

bound 36:14 53:18 66:9

box 91:2

boxes 33:23

brace 46:20,21 75:24

braces 61:22

break 7:3,4 10:10 43:19 65:17

brief 8:1

Briefly

28:14,15

Buchan 2:14

Buchanan 5:17

Bulletin 3:10 21:11 60:6 61:3

Bulletins 21:7

bunks 54:22

_____
C

cabinet 31:23 32:2

call-out 80:14 81:3,5

call-outs 92:20

camera 23:12

cancer 47:20

canes 61:22

capacity 55:17

captioned 101:17

care 40:10,14,19,22 ,25 41:6,7,8,16,20 42:6 71:21,23 73:18 75:16 82:3,5,8,12,25 83:2,4,8,14,15 ,18 84:5,6,14 85:19 92:22

caregiver 89:2,5

caretaking 40:2

caring 66:10,11

carry 95:3 96:23

case 1:4 5:11 16:10 28:13 63:1

Cashier 9:9

cause 44:16 45:17

causes 29:24 34:22

cell 91:4

cellulitis 51:10 62:20 95:21

Center 12:2 77:6,14

central 79:15

certain 54:9,10 85:11

certainly 22:12 44:12

CERTIFICATE 99:1

certification 8:8 10:7,21,25 11:22

CERTIFIED 3:17 68:21

certify 69:12 72:15 99:6 100:8,12

chair 37:1

change 55:15 101:3

changes



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

101:18,21

changing 65:12

chapel 13:18

charge
30:10,16,22
77:5

check 22:19
33:24 58:25

checking 63:22

chest 74:14

chosen 57:13

chow 13:16

circumstances
92:11

City 89:2,4

Civil 4:9

clarify 7:13
17:21 32:10

class 21:21
22:3,17

classes 22:5
44:12 57:11,14

classified 17:6

clean 42:22
94:20

Cleaning 9:25
87:18

cleanliness
43:23 45:17
46:5,9

clear 16:23
28:1 32:16
34:6 35:4
37:11 39:8
41:4,6 44:9

45:1 51:13,18
63:18 64:17,23
66:15 67:7,17
68:3,10 73:23
74:2 77:1
78:24 79:18
80:21 82:10
83:5 84:21
86:1 87:3
88:1,14,23
89:14

clearly 72:21

Clerk 2:22

client 18:6
92:1

clothing 37:15
94:9,18

Cluster 89:4

Columbia 8:12
12:23

comes 63:21
85:2

comfortable 7:2

Commission
99:18,19

common
43:11,13,24
84:6 85:24

communicating
51:2

communication
30:11

communications
30:5

compassion
41:13 83:20

complaint 3:12
28:12 29:4
34:16 62:25
71:18 72:7

complaints
29:13

completed 4:13
33:8

complicated
58:19,20

comply 95:17

compound 10:9
16:2 81:2
91:20 92:12

CONCLUDED 98:21

conclusion 17:4

condition 61:16

conference 5:6
45:6

confinement
3:20 36:25
68:24 69:17

conflict 27:9
50:9,12

conflicts 50:16

confused 75:10

confusing 45:24

connection 46:8

consider 42:5

considered 65:3
74:9

consist 96:1

constitutional
81:10

contact 77:19

contempt 89:25
90:5,10,16

context 72:25
83:18 85:4

continue 19:17
68:18

contraband 65:3

control 14:22
15:4,22 16:4
40:14,20 41:7
43:4 65:25
77:12,17
78:4,11 79:15
83:14 91:3

controlled
76:13

convened 5:6

convenient
65:19

conversations
81:13,22 91:10

cook 2:4,5
3:4,6 5:15
6:1,10 7:10
8:20
16:14,20,25
17:5,10,15,20,
23
18:2,9,20,24
19:6,10,12,16,
21,25
20:4,8,13,24
22:2 23:2,22
24:15,18,19,25
25:4,8,14,18
27:8,16,23
28:2,19,21,25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

29:2,11,16,23
30:9,18
32:12,17
33:2,10
34:7,12
35:5,16 36:5
37:12,22
38:3,12,22,24
39:3,6 40:8,15
41:21 42:10,16
44:10
45:7,9,13,14
46:12,18
47:2,15 49:8,9
51:19
52:3,14,19
53:7,16,22
54:20 56:8
60:16,23 61:10
62:14,17,24
63:4,20 64:25
65:15,18,21
66:1,6,16
67:8,12
68:4,11,18,20
69:3,7,12,14,2
3
70:9,18,22,23
71:6,11
72:1,8,11,16,1
8,22
73:7,10,15,16,
20 74:10
75:3,11
76:3,6,10
77:2,9,13
78:18,25 79:20
80:5,22
81:4,16,21
82:11,16,23
83:3,12,21,24
84:11,12,17,23

85:8,15,22
86:3,11
87:4,11,23
88:3,16,25
89:2,16,24
90:4,9,15,18
91:14,22,25
92:1,4,14
97:6,21,23,25
98:2,5,11,13,1
6

cookjv@gmail.co
m 2:9

copy 28:19
97:24 98:7,8

correct 3:21
6:21 11:16,17
13:5 18:12
21:18 22:4,23
33:18 42:12,20
43:1 45:2
46:15 47:13,16
49:15 55:8,16
56:5 59:1,5,8
62:12 63:10
64:2 68:25
70:18 71:9,17
73:12 74:4
80:18,24
81:6,7
86:20,23,24
91:7 93:22
96:2

Correction 13:2

correctional
5:21 9:24 12:4
13:1

corrections 8:7
10:6,11

11:10,14,15,18
,21 13:8,12
21:8 30:13
34:14 43:4
55:24 61:2,4
72:25 77:4
81:10 86:15,25
87:5,19,22
88:5
89:9,11,12,18
95:13

correctly 68:5

counsel 5:14
6:8 100:12

count 55:5,7
59:7 71:19,21
94:12,16

counted 55:10

counts
29:6,15,17,18

County 8:12
99:4 100:4

course 57:6,8
59:7

court 1:1 4:11
5:4,9 7:24
82:19 84:3
99:16 100:6,22

CPR 95:23

cross-
examination
3:5 90:19
91:24

crutches 61:22

current 10:2

custody
40:14,19 41:7

83:14

cut 53:2 57:18

D

daily 58:24
59:12 61:18

danger 31:17

dangers 51:14

date 1:15 26:13
30:16,23 33:4
34:11 54:9,10
70:1 101:25

day 4:7 5:4
14:13
55:4,8,11 70:4
84:7 85:17

days 48:20,22

deal 62:11

deals 53:4

Deborah 48:9
49:22

decade 85:2

decide 95:14

declare
93:21,24

defecating
35:18

defend 85:3

DEFENDANT 2:12

Defendants 1:12

defined 61:16
83:16

defining 83:16

definition 28:7
41:11 51:13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Richardson - Graham Savoia    10-09-2024    Page 33

61:12,13,24
83:10

**degree** 8:8

**Delta** 12:9 16:1

**demonstrated**
59:17

**deny** 81:11

**Department**
11:9,15,18
21:8 30:12
43:4 61:2,4
77:4 87:19,22
88:5 89:11

**depending** 33:24

**depo** 98:2

**deposing** 69:5

**deposition**
4:3,8 5:6 7:4
20:1,5,9 91:6
98:21 101:16

**depositions**
25:1

**description**
58:24

**descriptions**
51:5

**devices** 61:22

**diabetic** 85:16

**diapers** 35:18
37:4,7,15,16,1
9,24 38:7,9,11
39:22 48:4
64:5,11 65:10

**difference**
18:18

**different** 14:3
27:12,17,22
33:23 46:14
47:10 48:23
49:14,17
57:2,3 65:1
97:10

**differently**
41:5

**difficult**
7:17,25

**DIRECT** 3:4 6:9

**directly** 77:5

**disabilities**
17:11 18:11
60:8

**disability** 17:9
21:22 23:18
61:14

**disabled** 61:13
67:22,25 69:15
82:7,13,25
84:6,14,18
86:4,9 89:25

**discussing** 51:7

**dishonest** 91:13

**distribute** 93:3

**District** 1:1,2
5:9,10

**Division** 1:3
5:10

**Dixon** 1:11 2:12
5:8

**document** 58:18
60:4,10,13,14
61:1,3,4,8

63:1,7 98:11

**documents** 58:2

**done** 14:11
22:11 59:14

**Donny** 1:6 2:3
3:11 5:7,15
16:15 23:17
25:20
27:5,9,18
32:9,13 35:1,6
36:24
37:3,14,24
38:7
50:2,6,10,13,1
5 53:17
54:1,16 76:2
81:11,14,15,17
,23 91:7 93:24
94:2 96:6,7,18

**door** 23:12

**doors** 59:4

**dorm** 3:19 12:9
15:5,6,7,10,11
,14
18:14,15,18
20:16,17,19,22
,23 25:23
26:7,11,16
31:21,23
32:2,3 35:25
36:8,11,14
37:6,14 38:7
40:2,9
42:19,25 46:7
48:11,13,16,17
,23
49:2,10,13,14,
17 53:12
54:1,23,25

56:1,3,9,12,16
,24
57:13,16,25
58:5,10,18,23
63:21 64:19
66:8,11,22
67:2,19,22
68:13,23 71:22
73:4 74:21
78:15,16,19
79:4,5
80:7,14,18
82:3,4 84:14
90:21 92:23

**dormitories**
13:17

**dormitory** 42:11

**dorms** 15:23,25
48:24
67:1,9,19,20

**dress** 42:2

**drive** 2:15 73:3

**due** 91:19

**duly** 99:8

**during** 23:5
26:16 94:12,16

**duties** 15:20,21
56:4,7,15 57:2
58:4 59:3,20

**duty** 14:12 42:6
58:24 82:8,25
83:13 84:5,14
97:11,19

---

E
---

**earlier** 46:1
53:8 70:11
71:8 82:2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**East** 4:4

**education** 8:2,5,6

**effective** 89:18

**efforts** 90:6

**eight** 57:8 82:1

**eight-hour** 57:5

**either** 6:23 18:6 32:23 43:13 92:7

**elevating** 48:6

**Elizabeth** 5:17

**Elmer** 3:19 68:13,23 69:8 72:5 76:2

**else** 23:15 41:14 48:14 70:24

**E-mail** 2:9,19

**emergencies** 93:22

**emergency** 73:3 75:16 77:6,12,14,16 78:10 79:3,21 93:25 97:10,17

**employed** 100:13

**employee** 89:9 95:13

**employment** 3:15 9:3,5

**empty** 34:19

**endanger** 96:18,21

**English** 84:6

**entailed** 56:4

**entered** 101:18

**enters** 52:9

**entire** 24:25 25:3 101:16

**entitled** 63:16,23

**equipment** 23:8,9,10,11 58:25 61:20

**Errata** 101:1,20

**escort** 58:13,15

**Esquire** 2:4,13

**established** 17:18,19 59:19

**estimate** 55:12

**et** 1:11 2:12 5:8

**everyone** 5:11

**exact** 58:24

**exactly** 53:9 56:10 59:18 73:24

**exam** 10:18,20,23

**EXAMINATION** 3:4,6 6:9 97:5

**example** 3:18 68:12,22 69:8 72:9,15 73:25 74:13

**examples** 51:21 71:25 72:24 73:15 83:11

84:24

**Excuse** 8:17 77:24

**exhibit** 3:9 62:14,16,18,23 ,25 63:3 98:12,17,18

**EXHIBITS** 3:8

**experience** 8:3,4,5

**Expires** 99:18

**explain** 13:21 32:18 50:21 51:17 72:21

**explanation** 19:18

**extent** 63:2

**extra** 57:5,7

**extremity** 51:4

―――――――――
        F
―――――――――
**fact** 5:24 39:12 55:7 76:3

**facts** 76:1

**factual** 29:15

**fail** 35:9

**fair** 7:14 8:22 16:11 25:20 34:22,25 53:19 59:20 61:11 88:4,7

**fall** 93:17

**falls** 42:9 72:2 75:21 76:11

**familiar** 26:2

29:3 61:12

**Family** 8:16

**faucets** 42:20

**February** 87:18

**Federal** 4:8

**feel** 7:20 89:17

**feet** 52:8,10 53:5

**fell** 3:19 68:23 72:12

**fence** 15:2

**file** 31:23 32:2

**filed** 31:22 32:1 63:1

**filled** 34:3 91:7

**fills** 91:1

**finally** 62:24

**financially** 100:14

**fine** 22:21 24:20 28:25 65:22 69:13 92:3

**finger** 93:14

**finish** 7:18

**finished** 7:19

**fired** 88:11

**first** 7:1 8:1 9:3 10:10 13:8 26:24 40:16 45:15,23 67:14,18 79:24

**five** 54:8,16



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**flagging** 19:7

**floor** 72:3,12
 75:21

**Florida** 1:2
 2:7,17 4:5,12
 5:10 43:3
 89:11 99:3,17
 100:3,7

**food** 13:17
 14:6,7

**foot** 64:10

**force** 23:4

**foregoing** 99:7
 100:9

**forgotten** 53:10

**form** 23:19
 33:8,14,17,18
 34:4 35:14
 36:1 37:8
 38:8,15 40:4
 41:19 42:13
 44:6
 46:11,16,24
 47:14 51:16
 52:17
 53:3,13,20
 54:18 56:6
 57:12 63:17
 64:22 66:13
 67:4,11 68:2,9
 69:21 71:24
 72:20
 73:6,9,19
 74:7,25 75:8
 76:23 78:17,22
 79:17
 80:1,19,25
 81:18 82:9
 83:1 84:20

 85:5,13,20,25
 86:7
 87:2,10,25
 88:13,22
 89:13,22
 90:2,7,12

**formal** 32:22
 33:20

**forms** 33:11,13
 34:19 71:16

**forward** 24:24

**foul** 69:20

**Four-and-a-half**
 12:21

**FRCP** 4:10

**Freddy's** 9:24
 87:17

**free** 73:11,17

**frequent** 15:7

**frequently** 27:3
 70:4

**Friday** 4:6

**friend** 73:2

**front** 30:20
 31:3 88:9

**full** 6:12 66:11

**full-time** 9:10

**function** 40:3
 82:3

**functions** 40:10
 82:5

---
G
---

**gang** 70:7

**gangrene**

 52:4,7,9,25
 53:1,5 95:21

**gate** 91:3

**GED** 8:10,11,17
 9:13,15 87:8

**general** 44:19
 45:16 58:17
 90:11

**generally** 73:1

**gesture** 7:23

**gets** 56:24

**getting** 11:22
 76:1 79:24
 91:5

**giver** 89:2

**giving** 83:10

**glad** 50:23

**gone** 55:24 63:2

**gotten** 89:9

**govern** 59:10

**graduation** 8:6

**Graham** 5:7,25
 6:2,11,18,21,2
 3,25 7:1

**grievance** 31:22
 32:1,8,13,22
 33:6,8,11,17,1
 8,20
 34:2,8,13,15
 71:3,9,14,15
 91:2

**grievances**
 27:19 31:9
 32:5,11,21,22
 33:9 71:2

 90:23,25 91:7

**ground** 76:12

**guess** 10:9 16:5
 30:21 57:7,9
 64:10 89:10

**gurney** 75:24

**guy** 3:18
 68:13,22

**guys** 93:3

---
H
---

**half** 51:2

**hand** 6:3

**handbook** 59:25

**handle** 13:11

**happen** 11:3
 69:4 78:7
 91:19 92:10

**happened** 11:11

**happens** 52:9
 90:25

**hard** 65:7,8

**harm** 76:14
 81:23 85:3

**hat** 47:13,19,25

**haven't** 17:18
 23:4,8 58:10

**having** 30:4
 48:2,4 50:15
 53:1
 66:18,19,20
 80:11

**Hawthorne** 50:13

**head** 7:23

**Health** 3:10,13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.**MILESTONEREPORTING**.com      Toll Free 855-MYDEPOS

21:7,11 60:6
61:3

**hear** 7:9
50:5,9,12

**heard** 28:9
31:14 32:5
51:4,22
52:5,25 57:21
61:23

**hearing** 31:25
61:22

**heart** 74:14

**heavily** 74:6,11

**held** 87:20,24
88:6

**help** 18:6 66:20
69:16,17 73:3
85:11 86:5,13

**helpful** 9:2
19:18

**helping** 36:25

**hereby** 100:7

**herein** 100:14

**he's**
17:6,17,18,19
38:19

**HH** 99:19

**high** 8:6

**highest** 35:25

**hired** 11:9,14

**hits** 96:24

**hold** 45:8,11
55:18 68:14
90:5

**home** 89:4

**honestly** 18:7

**honor** 95:17

**Hopefully** 19:18

**hours** 57:8

**housed** 18:23
20:23

**housing**
12:5,11,13
13:16
41:16,20,24
59:12,15,20
61:17

**Howell** 2:14

**hygiene**
42:11,24,25
43:6,22
44:15,16,25
45:1 46:1,4
92:23

---
I

**I'd** 10:10 58:22

**ID** 95:7,8

**ID'd** 5:22

**idea** 77:19

**Identification**
62:16,23 63:3
98:17,18 99:10

**I'll** 7:17 17:21
25:9 36:6
50:23 51:21
53:10 60:17
68:12 77:12
84:7

**I'm** 5:3,16,20

7:8 14:16 18:6
19:17 20:22
22:11 24:17,22
25:15
28:3,5,9,17
30:3 34:13
38:22 40:17
41:3,5 45:5
46:5,7 48:25
50:19 53:8
54:15 56:22
57:18 59:17
60:18
62:15,17,18
66:24 68:15
69:7,10
70:3,18,24
71:18,19 73:23
75:4,10,14,25
77:6,11 79:8
80:10 83:5,15
86:8 88:17
91:22 97:18
98:2

**impair** 24:8

**impaired** 21:22
22:7 23:24
51:3 62:11
66:9,10

**impairments**
60:7

**implement**
21:10,11

**inappropriate**
88:18 89:5

**incapacity**
85:10

**incident**
31:20,25

**include** 44:13

**included** 81:22

**includes** 44:12

**including** 8:7
62:19 81:9
82:4 87:6

**incontinence**
51:8 94:9

**incontinent**
24:1 66:18
94:3,6,14

**INDEX** 3:1

**indicated** 94:5
101:19

**individual** 60:2

**individuals**
60:2

**infection**
43:4,23 44:17
45:17 46:9
51:12,15,22
95:21

**infections** 43:7

**informal** 32:21

**information**
30:20 44:1,13

**initially** 54:12

**injured** 71:22

**injury** 75:23
97:16

**inmate**
17:2,7,19
31:17 33:13,14
34:15 36:25
46:19,20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      Toll Free 855-MYDEPOS

47:12,19 54:1
55:5
61:13,14,19
62:19,20
63:21,25
64:1,4,9,11,13
65:4 69:16
70:6 84:18,19
90:25 91:2
92:11 93:12

**inmates** 13:15
14:20 15:22
18:23 20:23
21:22,23 22:7
27:12 28:4
31:3 35:24
36:7,10,13
37:6,14,19,23
38:6,9
39:14,17 40:11
41:25 42:4,22
46:14,21,23
53:11,18 54:16
55:10,12 59:11
60:7 62:11
66:8,10,11,17
67:22,25
68:1,7,8 69:20
70:13 71:1
74:22 81:23
82:6,7,13,25
84:6,14 91:20
92:13,22
93:4,21
96:1,21,23
97:1

**in-service** 62:6

**inspect** 59:3

**inspection** 58:4

**instance** 14:6

23:3,10
46:19,20,21
47:19 72:2
85:16

**instead** 79:24

**Institution**
5:21 13:1,3

**instructing**
69:10 75:25

**instruction**
19:2

**insulin** 85:17

**intended** 68:6

**intentionally**
92:16,19
96:17,20

**intercepted**
32:5

**intercom** 23:11

**interested**
100:15

**interfered** 30:4
34:23 35:1

**Interfering**
71:21

**internally** 77:3

**inventory** 58:25

**involve** 31:21

**involved** 100:14

**involves** 31:21

**isn't** 66:10
67:21 78:16
85:24

**issue** 90:17

94:24

**issued** 23:8

**items** 92:24

**I've** 7:19 30:20
52:5 58:2
59:17

---

### J

**Jacksonville**
1:3 5:10

**James** 2:4,5
5:15

**January** 89:3

**Jefferson** 2:6

**job** 7:24
9:10,21 10:2
13:19 14:18
18:3 25:23
55:25 56:3
58:7
87:9,14,15,20,24
88:6,12,23,24
95:14,17

**jobs** 88:20

**journal** 50:6

**judge** 19:8

**June** 10:14

---

### K

**killed** 70:7

**kinds** 21:6
32:21 46:14
47:10,22

**knew** 23:25
39:10,18 63:12

**knowledge** 27:21
31:1,2,19
34:17 35:8
37:13
43:12,13,24
45:16

**knowledgeable**
89:17

**known** 92:12

**Krystal** 9:18

**Krystal's** 9:7,8

---

### L

**labeled** 31:17

**lack** 43:6,22
44:15,16 45:17

**Lake** 89:2,4

**language**
69:20,24 72:25

**Laquisha**
6:16,17

**large** 64:4,11
100:7

**last** 44:8 71:7

**late** 61:15

**later** 19:8
22:10

**Lauren** 2:13
5:19

**lauren@jsh-**
**pa.com** 2:19

**Law** 2:5,22

**lawsuit** 28:12

**lawyer** 19:9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

leading 91:22

learn 57:15
59:22

learned 39:12
46:7

least 53:18
89:9

leave 65:24
80:18

leaving 88:19

leg 46:21 48:6
96:7,9

legal 17:3
29:14

legs 96:7,10,13

less 9:19 55:22

let's 29:24
34:21 40:22
55:17 58:18
60:16 72:17
86:21 87:17

Letter 102:5

life 61:15

life-
  threatening
  74:24

lifting 85:1

limb 53:1

limiting 85:10

limits 61:15

line 42:9 101:3

list 3:11 62:19
95:10

listening 5:18

lists 62:21

little 27:14
44:8

live 42:1

living 61:18

location 5:13

locker 50:6
64:10,14

lockers 64:1

locks 23:12

log 58:10,15
59:12,18

logs 58:3,13,18

long 7:4 9:20
10:15 12:20
20:10 48:2
86:16 87:9

longer 39:10

longest
  87:15,20,24
  88:6

lot 27:18 47:9
58:2 69:20
92:22 95:20

lower 51:1,3

lung 74:15

---
M
---

ma'am 13:14
17:16 18:2
21:3 22:18
39:7 40:25
57:4 67:16
90:24 91:15

Mahan 2:15

main 16:2,5

maintain 82:7

major 29:12
61:15

manage 20:18
67:22

manual
  43:4,9,10

mark 98:11

MARKED 62:16,23
63:3 98:17,18

marking 28:22

married 6:20

materials 45:19

matter 4:9 5:7
22:7 46:6 88:7
101:17

may 4:12 6:8
8:9 9:1
14:10,11 19:1
28:4 53:9 68:5
86:4,12 92:12

maybe 10:14
70:25 74:13
75:14,24
77:4,5 91:20

me.I 101:18

mean 21:2 22:21
26:2 28:15
33:3,5 34:14
36:17 38:13
41:6,10,23,25
42:24 48:14,20
56:2,7,9,19,20
,24 57:11,18
59:24 60:3
64:17 67:6

74:20,21 75:12
76:20,25 80:20
83:2 84:22
90:3,5 97:13

meaning 44:5
45:21 70:25

means 17:8
18:11 19:7
31:12 39:11
40:23 41:1,8
51:1 70:20
90:16

meant 44:11
70:15 83:8,18

medical 12:2
34:23 35:1,7,9
47:8,9 61:22
64:5,12
71:21,23
72:13,19
73:8,17 74:18
75:2,5,6,7,13,
15,16,23 76:15
77:4,20
78:2,5,12
79:4,7,13,16,2
3
80:8,11,17,20,
23 81:9
85:21,23
92:8,17,20
93:19,20,21,24
94:5,22,24
95:1,2,11,22

medication 24:7
64:12

meet 61:18

meeting 40:6



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

meetings 39:25

members 70:7

memory 24:8
25:10 53:10
82:18 84:2

mental 61:14

mentioned 42:3

message 78:2

middle 1:2 5:9
6:16

Milestone 4:4

mind 28:23
60:21,24

mirror 77:23,25
78:1,12 79:3

mischaracteriza
tion 25:12
53:21 70:16

mischaracterize
24:13

mobility 23:24
60:7

moment 39:21

month 9:19
10:13 15:16

months
10:16,17,18
88:7

Mora 2:22

motherfucker
69:24

motor 51:2

move 13:19,25
19:20,23 73:11

81:2

moved 36:17

movement 92:11

multiple 62:20

---

**N**

necessarily
31:21 45:20
56:25 72:25
85:3

necessary 64:7

neck 74:13
75:22,24

neglect 82:2

night 48:7

nod 7:23

non-ADA 18:18
67:20

nor 100:14

normal 94:20

normally 25:11
26:8,11

Notary 4:11
99:16 100:6,22

nothing 6:6

November
15:17,18 16:8
26:8 63:1

numerals 29:20

numerous 24:4

---

**O**

oath 4:9 99:1

object 19:1
21:24 34:4

35:14 36:1
37:8 38:8,15
40:4 41:19
42:13 44:6
52:17
53:3,13,20
67:11 72:20
73:9 74:25
76:23 78:17,22
79:17 80:19,25
81:15,18 82:9
85:5,13,20,25
86:7
87:2,10,25
88:13,22
89:13,22
90:2,7,12
91:22

objected 20:11

objection
16:13,18,22
17:3 18:19
20:20 23:19
24:12 25:12
27:6,13,20,25
29:8 30:6,14
32:10,15,25
33:7 34:10
35:3 37:17
40:12 42:7
46:11 52:1,11
66:13 67:4
69:2 70:8
71:4,10 73:19
74:7 75:8 80:1
82:14 83:1,9
84:9,15,20
92:14

objections
24:16,23 25:2

objects 19:9,19

obviously 67:2
73:1

occur 63:15
64:13,15,18,20

occurred 70:2

occurs 66:10

October 1:15
4:7 5:5 62:22
100:17

office 2:5
45:12

officer 9:24
11:1,14
12:4,16
13:12,13 31:15
34:14 50:13
77:5 80:7
86:16,18 87:5
90:22

officers
13:23,24
14:12,14 23:11
31:23 32:2
33:9,11 92:23

officer's 50:7

official 87:1

oh 40:6 43:10
65:18 78:4
98:13

okay 3:18 5:2
6:8,16,18,20
7:1,9,11,16
8:11,21
9:2,17,23
10:2,5,9,20,23
12:22 13:2,23

---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

George Richardson Graham Gavaria   15-cv-03217   Page 40

14:5,10,18,21,
23  15:13,21
16:10  17:11,23
18:10,25  19:17
20:16,25  21:20
22:5,21
23:7,15
24:1,19,25
25:4  26:15
28:3,15,17,21
29:1,3,6,24
30:1,2,4,25
31:2  32:20
33:14  34:2
39:4,24  40:22
42:5,11,24
43:6,19,21
44:23  45:7,15
46:13
47:3,9,24  49:1
50:25  51:7
52:6,9,15,24
53:8  54:15
55:3,17
58:17,22
59:17,22
60:1,9,16
61:11,12
62:10,14
63:9,12,25
65:15,23  66:7
67:17  68:18,22
69:12  70:18,25
74:16,19
75:12,20
76:3,5,7,11,19
77:14,16
78:1,4  79:1,11
80:6,9,13
81:5,8  82:1,17
85:9  86:21
87:8  88:11

89:1
91:5,9,13,16
93:21  94:24
95:6,8,10,13,2
4  96:1,4,6
97:23
98:6,10,19

**old** 8:13

**ones** 12:8

**open** 20:23

**operating** 25:10

**opportunity**
21:21  22:6
63:5

**ORANGE** 99:4
100:4

**order** 58:23
85:19  98:8

**ordering** 98:3

**orders** 25:22
26:5

**original** 61:1
101:21

**Orlando** 4:5

**others** 30:5,8
54:4

**outside** 15:2
45:5  95:24

———————
P
———————

**P.A** 2:14

**p.m** 66:2,5
98:21

**page** 3:2,9
29:22,25
60:17,18,19,20

101:3

**pages** 50:7
60:17

**panel** 23:12

**pants** 96:1,2

**paper** 92:24
93:7

**paragraph** 29:21

**paraparesis**
50:18,20,25

**paraplegia** 51:1

**partial** 51:1

**participants**
4:6

**participate**
61:19

**particular**
13:24  14:5,13
28:4

**parties** 1:17
5:23  100:13

**pass**
47:3,5,7,8,9,1
2,18,23,24,25
48:2,4,6  94:5
95:1,2

**passes** 3:13
46:14,22  47:22
63:6  65:6,10
94:24
95:10,11,14,18

**past** 85:2

**pattern** 76:3

**pay** 11:18

**pending** 5:8  7:5

49:7  65:21
84:10

**people** 11:8,13
54:21  76:4
81:9,14  86:5
90:1  97:10

**perform** 40:2,9

**perhaps** 19:8

**perimeter** 14:25
15:1,4

**period** 13:20

**permanent** 61:16
63:10

**permission**
64:6,13,20
65:4  80:24

**permissions**
65:6

**person**
73:2,17,25
74:6  76:11
78:5  85:10
86:4,9

**personal** 88:12

**personally** 99:7

**persons** 86:13

**pertaining**
87:14

**Phillips** 1:6
2:3  3:11
5:8,16  16:15
23:17  25:20
27:5,9,18  30:5
31:8,22
32:1,9,14
34:21  35:2,6
36:7,24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

37:3,14,24
38:7
50:3,6,10,13,1
5 54:1,16
62:21 63:6,9
69:6 72:6 76:2
81:11,15,17,24
91:7,17
92:7,12,17
93:6,24 94:2
96:6,7,18

**phone**
78:3,4,5,13,14
,21
79:7,8,9,12,23
88:11 89:4

**phonetic** 48:9

**photographing**
50:7

**phrased** 68:5

**physical** 61:14
85:10

**places** 14:4
46:4

**plaintiff** 1:7
2:3 5:15

**Plaintiff's**
5:14

**please** 5:12 6:3
16:24 19:13,15
20:7 24:13
32:16 38:22
41:4 42:18
43:18 44:20
60:15 63:19
64:24 65:2
72:21 82:10
83:6,23 84:2

**pocket** 95:6

**point** 15:12
34:18 43:5
65:16

**points** 59:4

**policy** 21:13
59:24

**population**
20:23 58:17

**position** 24:15

**possible** 22:20
91:19

**possibly** 10:17
65:17 74:15,23
76:14

**post** 25:22

**practice** 70:4

**prepare** 57:24
58:1,6

**prescribed**
63:10

**Present** 2:22

**presumably** 82:3

**presume** 56:4

**pretty** 58:19
67:25

**previous** 3:14
41:2,3 70:11

**previously** 42:3

**primary** 15:11

**prior** 9:23
11:10,15,21
87:21 88:4,20

**prison** 31:15
50:16 73:2,18
85:4

**prisoners** 67:21
90:10

**privileged**
91:11

**privileges** 97:2

**probably** 18:25
29:20 58:22

**problem** 3:11
47:21 62:19,21

**procedure** 4:9
59:24

**procedures**
21:8,10,13

**proceeding**
100:9,10

**PROCEEDINGS** 3:3
5:1

**process** 59:7
69:19

**processing**
90:22

**proclivity**
47:20

**Produced** 99:10

**program** 10:11
11:15,19 61:18

**promotion** 89:10

**provide** 40:10

**providing**
41:16,20,24

**provisions** 42:5

**Public** 4:11

**puncturing**
74:15

**pursuant** 4:8,10

**pushing** 36:25

---

Q

**quarterly** 39:24

**question** 3:17
7:5,18,19,21
10:8,10 11:12
14:9 16:23
17:13,21
19:8,9,14,19
20:3,6,11,17,2
1 21:9
22:1,9,20 25:9
27:7,14 28:1
29:10 31:7,24
32:16,18 34:6
36:3 37:10
38:2,5
39:5,8,10,19,2
1 40:7,18,24
41:2,3,18
42:18 43:17
44:8,22
45:15,18,23,24
46:17 47:1,17
49:6,7
51:17,18 53:24
54:11,19 56:11
57:12 58:20
60:12 63:19
64:8,23,24
65:8,21
66:9,15
67:15,18,21
68:3,21
69:11,22 70:11

**prison** 31:15
50:16 73:2,18
85:4

99:16 100:7,22



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

71:5,7
72:4,14,21
73:13,23
75:10,19
76:5,8  77:8,10
78:8,9,23
79:19  82:10,22
83:6
84:8,10,13,21
86:2,8  87:3
88:1,14,15
89:10,14
90:13,14  92:4

**questioned**
80:21

**questions**
18:2,8  38:23
39:1  72:6
89:21  90:18
91:23  95:20
97:4,8,14,21

——————————
R
——————————
**radio** 75:12
76:18,19  78:11
79:15,25  80:3

**raise** 6:3

**rank** 13:5
49:4,5

**reading** 4:13

**ready** 91:5

**really** 21:25
22:8  65:7
75:10,18  86:25

**reason** 24:10
25:10  70:6,10
89:20  101:3

**reasons**

88:12,19
101:19

**rec** 56:10,13

**recall** 24:3
27:11  28:11
30:4,10  45:15
47:23  48:5
57:17,23  61:9
82:17,20  91:18
92:9
93:8,9,11,25
94:1,12

**receive** 20:18
21:15  60:2

**received** 8:9,10
9:1  21:9

**Reception** 12:2

**recognize** 61:7

**recollection**
53:25

**record** 5:2,23
6:12  7:3  25:7
66:2,3,4  68:16
98:11,20
100:10 101:19

**recreation**
56:13  57:1

**recreational**
13:17

**REDIRECT** 3:6
97:5

**redness** 51:23

**refer** 45:25
46:1

**referring**
17:12,14  28:5

44:25  45:1,10

**refers** 61:13

**refresh** 53:10
82:18  84:2

**refuse** 30:21
35:6,12  92:16
94:11

**refused**
35:19,22  92:7
93:6

**refusing** 3:21
30:10,15  68:25
93:9

**regard** 82:5

**regular** 70:4

**REHNESHA** 99:15
100:6,21

**Rei** 1:16  4:10
5:3

**related** 100:13

**release** 35:9
80:15  91:16
92:6,7,8,19

**released** 59:11
81:6

**remember**
8:12,13  10:13
11:3  12:5
22:12  23:17,23
24:11,13  25:19
27:17  29:12
31:20,25
38:14,18,20
39:11,23
48:5,8
54:13,14  62:1

**remembering**

53:9

**remotely** 4:6,10

**Renzo** 2:22

**repeat** 11:12
26:10,14  27:14
29:10  31:7,24
34:24  36:3
38:5  39:5  40:7
44:24  48:15
50:19  63:18
82:22  83:23,25
86:8

**rephrase**
21:18,19  53:25

**report** 100:8

**reporter** 1:16
4:11  5:2,4,22
6:2,8  66:2,4
82:19  84:3
97:23
98:1,4,6,10,15
,19  99:16
100:6,22

**reporter's** 7:24

**Reporting** 4:4

**request**
33:13,14
101:18

**require** 61:17
85:19

**required**
21:17,20  57:14
58:7  61:20

**requirements**
21:12  61:19

**resident** 89:2,5



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

Richardson-Graham Savonia   15-05-2023   Page 43

resources 61:18

respond 7:21

responsible 82:12

responsive 7:14

restraint 23:10

result 44:2

review 19:8

Richardson 3:14
5:7,24
6:13,14,17
18:11 66:7
83:17 97:7

Richardson-
Graham 1:14
4:3 5:20 6:24

Ricky 1:11 2:12
5:8

rights 81:10

RMC
12:3,15,20,22

Robinson 4:4

role 25:22
90:22

Roman 29:20

room 14:22
15:4,22 16:4
45:6 73:3
77:12,17
78:4,11 79:16

roster 14:5

rosters 14:12

routinely
37:14,21 38:10

rules 4:8

24:17,19 59:10

run 67:9

running 65:24
66:8

Ryan's 8:16 9:2

——————
S
——————
Santos 1:16
4:11 5:3 99:15
100:6,21

satisfied 6:1

Savonia 1:14
3:14 4:3
5:7,24
6:13,14,17

saw 47:24 62:1
64:19 71:3,16

scanned 28:15

scenario 78:14

scheduled 92:9

school 8:6 9:12

screen 5:17
28:17

scroll 60:11

search 64:1

searching 64:9

second
26:8,11,17,19
27:4 44:20
45:8,18,20,22,
23,24 60:19
68:14

secure 12:11,12
73:17

security 12:4

13:25 15:20,21
58:4 80:6

seem 86:6

seen 29:5
32:8,13,23
33:5,17
34:2,8,18 44:1
45:19 47:7
58:10,13 60:12
61:8 63:7
71:8,16
75:2,5,6 91:9

seizure
76:12,13,16,17
79:3,22
80:10,12

send 69:16

sense 27:11
41:8 44:5
85:24

sent 3:20 68:24

sergeant
5:20,24 13:5,9
14:18,20
15:5,7,10,14,2
3 25:23
26:7,12,16
40:2,9
48:10,13,16
49:1,2,10,11,1
3,16,22
50:5,10
56:1,3,9,12,17
,24 57:14,25
58:5,23 64:19
66:7 67:19
73:4 74:21
82:4 83:17
84:14 86:16

87:6 90:21
97:7

sergeants 57:16
59:20

series 24:25
25:3 97:14

serious
74:5,9,23
79:2,22 97:16

service 9:25
13:18 14:6,7
23:6 62:4,5,8
87:18

services 3:10
21:7,11 60:6
61:3,18

setting 32:11

seven 60:16

several 55:7,10

severity 61:17

shaking 7:23

share 28:17
58:8

shaving 47:21

Sheet 101:20

She'll 97:22

she's 19:7
20:11,12 69:9
76:9

shift 14:14,16
26:9,11,17,19,
21,23 27:2

shit 69:25

short 67:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

shorts 96:2,4

short-term
88:20

shower 24:4
35:22 42:2
94:19,20 97:17

showers 42:19

shown 32:11

sic 27:11

sick 71:22

Sign 102:5

signed 101:19

signing 4:13

single 54:25

sinks 42:20

sir 9:4,11
20:22 25:7
46:10
47:4,6,8,11
48:15 49:21
52:18

sister 30:11

sitting 94:8

situation 35:21
79:21

sketch 8:2

skills 51:3

sleep 42:1 48:7

sleeves 48:2

snitch
31:3,6,10,12,1
8 70:12,15
96:15

snitches

70:6,13

soap 64:12
92:24 93:10

soaps 64:5

soft
51:12,15,23
95:21

soiled 24:4
94:9,15,18

solemnly 6:4

somebody 45:3
72:2,12 80:13
85:1,16
93:12,13

somebody's
79:23

someone 31:13
56:25 58:6
70:21 71:21
72:18
75:12,13,16,21
76:20 79:12
84:25 97:15

somewhere 14:17

sorry 7:8 38:22
45:5,11 50:19
56:22 57:18
66:24 68:15,17
70:24 75:4
81:17

sort 23:12
69:25

sound 7:22

sounds 66:21

speak 49:20,22

speaking

24:16,23 25:2

special 8:8
20:18,25
21:1,9,15
43:13 44:2
46:20
56:4,7,15,16,1
8,19 57:5
61:17
64:5,6,13,20
65:4,6
66:8,18,20
97:1

specially 57:15

specific 17:1
23:1 30:7
34:13,25 35:15
36:4,16
40:7,24 42:15
46:17,25 47:1
54:19 69:22
70:1 87:14

specifically
27:15 82:6

specify 21:1,4
30:16 43:17
58:20 65:10
83:5

spelled 28:6

spoke 57:22

spread 51:24

staff 50:16
55:5 66:22
78:15,16,19
79:5 80:4,6
81:9,10 82:3

staffed 67:10

start 29:25

36:6 54:21
59:23

started 10:11
43:7,24

starting 5:14
8:6

state 4:12 5:12
6:11 56:11
99:3,17
100:3,7

stated 13:2
46:1

States 1:1 5:9

station 23:11
31:23 32:2
33:9,12 50:7

stay 85:19

Steakhouse 8:16
9:3

stick 58:18

STIPULATION 4:1

Street 2:6 4:4

Strickland 2:13
3:5 5:19 7:8
8:18
16:13,18,22
17:3,8,13,17,2
2,24
18:5,19,22
19:4,10,14,20,
23
20:2,6,12,20
21:24 22:24
23:19
24:12,17,21
25:2,6,12,16
27:6,13,20,25



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

28:19,22
29:1,8,14,21
30:6,14
32:10,15,25
33:7 34:4,10
35:3,14 36:1
37:8,17,25
38:8,15,19
39:1,4 40:4,12
41:19 42:7,13
44:6 45:5,8,11
46:11,16,24
47:14 49:7
51:16
52:1,11,17
53:3,13,20
54:18 56:6
60:14,19 61:7
63:17 64:22
65:15,19,23
66:13 67:4,11
68:2,9,14,17,1
9
69:2,5,9,13,21
70:8,16,20
71:4,10,24
72:4,10,14,17,
20
73:6,9,13,19
74:7,25
75:8,25
76:5,9,23
77:8,10
78:17,22 79:17
80:1,19,25
81:15,18
82:9,14,20
83:1,9,19
84:9,15,20
85:5,13,20,25
86:7
87:2,10,21,25

88:13,22
89:13,22
90:2,7,12,20
91:24
92:2,5,15
97:4,8,22
98:6,8
**strike** 19:20,23
**Strong** 2:14
**studying** 9:13
**stuff** 23:13
65:11 70:3
88:18
**subject** 22:7
**subjects** 22:23
23:1
**Submitted**
100:17
**substantially**
61:15
**Suite** 2:16 4:5
**summon** 75:7
**sun** 47:20
**supervise** 40:10
42:4
**supervises**
56:25
**supervising**
13:15 41:25
56:10,13 69:19
**supervision**
14:20 15:22
**supervisors**
82:5
**supplement**

22:22
**supplies** 35:7
91:17
92:8,17,20
**supply** 51:25
64:5,11
**support** 61:21
**suppose** 44:13
55:3 59:10
75:20
**supposed** 32:6
46:22 95:4
**sure** 7:9,16,22
18:7 25:3,4,6
27:17 29:24
36:6 37:13
38:6 42:17
44:21 45:13
46:19 51:20
54:21 57:13
59:17 60:16
63:21 66:1,17
67:19 68:5,12
72:16,23 75:14
79:1 80:23
86:4
**survive** 86:5,12
**Suwannee** 5:21
13:1,2
**swear** 4:12 6:4
**swelling** 51:23
**switching** 45:24
**sworn** 4:9
11:1,3 12:18
86:22 99:8
**systems** 51:24

————————
T
————————
**tablet**
30:11,16,22
**taking** 11:10
24:7 50:5
75:12
**talk** 7:17 49:25
**talked** 44:11
71:19 82:2
83:13
**talking** 28:3
33:7 45:3 46:5
62:5 66:7 70:3
72:5 79:2,22
87:21
**Tallahassee**
2:7,17 5:16
**taught** 21:11
**TEA** 11:24 12:1
**technician** 5:3
**Telephone**
2:8,18
**telephones**
75:14
**tend** 67:24 68:6
**tendons** 93:18
**term** 28:3,5,8,9
**terminology**
52:13,15,20,22
,23 53:6 83:16
**terms** 10:15
**test** 58:25
**testify** 69:9
**testimony** 1:14



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900            www.**MILESTONEREPORTING**.com            Toll Free 855-MYDEPOS

6:4 24:14
25:13,15 53:21
70:17

**Thank** 5:22 6:2
20:16 57:24
65:25 92:3
98:9

**Thanks** 9:2

**themselves**
42:22 76:14
85:4

**there's** 7:5,11
28:22 58:24
65:21 72:24

**they'll** 70:7
75:2,5,6

**they're** 14:1,15
32:6 58:19
63:23 67:3
73:11 80:11
90:6 95:4

**third** 26:24

**threaten** 36:24
71:1

**threatens**
85:2,3

**threats** 69:20

**throughout**
24:25 25:3

**throwing** 65:20

**thumbnail** 8:2

**time-consuming**
84:4

**timeframe** 15:13

**tissue**
51:12,15,23

95:21

**today** 5:4 13:3
24:8,22,24
25:3,11

**Today's** 5:4

**toilet** 92:24
93:7

**toilets** 42:19

**top** 33:23

**tower**
14:23,24,25
15:4

**traffic**
76:18,19
77:12,16,23,25
78:1,11,12
79:4

**trainee** 12:12

**training** 8:7,8
10:6,11,15
11:9,10,14,15,
19 18:17 20:18
21:2,4,6,9,15
22:17,23,25
23:3,5,7 43:13
44:2,12,13
45:18,19 46:8
55:25
56:2,16,18,19,
24 57:5 60:2,3
62:6,8,10,11
95:22

**transcript** 4:13
82:19 98:4,7
99:7 100:9
101:16,21

**treat** 27:22
67:24 68:7,10

97:9

**treatment** 34:23
35:1 96:12

**trouble** 51:2

**true** 66:22,23
69:19 88:8
90:8 100:9

**truth** 6:5,6

**truthful** 7:14

**truthfully** 18:7

**try** 7:17 18:3
39:3,9 51:20
75:20 86:8

**trying** 17:25
18:6 25:19
73:24 91:13

**typically** 36:20
53:11

------

U

**uh-huh** 7:23
29:20 98:5

**uh-uh** 7:24

**undersigned**
99:6

**understand** 6:20
7:7,12 11:8,13
17:21,25 18:10
19:22 20:14
21:6 27:7
32:20 39:2,20
40:18,19,23
45:13 46:13
49:5 56:21,23
74:12 90:13,14
91:10

**understanding**

13:23 14:11
41:3,12 48:25
64:6 73:23

**understands**
18:8 19:4,10

**understood**
45:16 73:1
83:7,18

**unfortunately**
57:22 72:23

**uniform** 96:3

**uniforms** 96:1

**unique** 59:19

**unit** 16:5 59:12

**United** 1:1 5:9

**upon** 101:18

**urgent** 35:13

**urinate** 42:1

**urinating** 35:17

**usual** 84:24

**usually** 42:12
51:1,23 57:7
67:9

------

V

**various** 21:6

**Verbatim** 26:1

**verbiage** 44:3,4

**VI** 29:17,19
71:19,21

**via** 1:17
2:10,20 4:5
78:3,4

**video** 4:3 5:3,6



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

Dolores Richardson - Graham Saveria    10-08-2024    Page 47

98:1,3

**videoconference**
1:18 2:10,20
4:5

**VII** 29:17,19

**VIII** 29:17,19

**violate** 81:10

**vision** 60:7

**vulnerable**
82:2,6
84:19,22 85:12

---
W
---

**wait** 7:18,19

**waived** 4:14

**walk** 3:20,21
68:24,25
72:3,13

**walker** 61:23

**wasn't** 9:19
52:22 94:19

**watching** 5:18

**water** 42:20

**Waters** 89:1

**ways** 43:23

**weakness** 51:4

**wear**
47:12,13,19
95:3 96:4

**wearing** 47:25

**weeks** 88:7

**weights** 85:1

**we'll** 25:6
69:12 98:8

**we're** 6:1 24:23
25:5,6,7 45:11
49:4 65:23
72:5 76:2 92:3

**West** 2:6

**we've** 32:11
51:7 59:19

**Whatever** 16:21

**wheelchair**
23:23,25
36:13,18
47:5,7
53:11,17 54:2
61:23
63:10,12,16,22
,23 66:9,20
84:25

**wheelchair-
bound** 35:24
36:7,10,15

**wheelchairs**
54:17

**whenever**
65:16,19

**wherever**
14:1,14

**whether** 20:10
21:9 39:10
45:16,18
46:5,7 54:15
63:22 82:4
95:14

**whole** 6:5 60:14

**who's** 5:17 85:1

**Williams** 3:19
68:13,23
69:6,10 72:5

76:2 81:14

**windows** 59:4

**wing** 55:12

**wings** 55:1,2

**wipes** 64:5,12
65:11

**witness** 4:12,14
5:12,23,24 6:7
8:19 16:19
27:21 75:2
84:16 99:6

**wondered** 58:5

**wore**
37:3,7,15,21,2
3 38:7,9,10
39:21

**work** 8:2,4,5
11:21
12:1,3,12,20
13:7,11,20
16:4 22:7
26:8,11,17,21,
23 48:11,20
49:17,25
66:11,21
67:3,6,22 77:3
88:5 89:11,18
94:22 96:23

**worked** 12:5,15
18:14 26:7
27:2
48:18,19,22
55:4 67:1,2,19
81:8 87:17

**worker's** 45:12

**working** 8:16
9:17,24 21:21
48:17,23

49:2,11,13,14,
16 89:1,8

**worthy** 90:6

**wound** 72:18
74:1,2,3,5,9,1
1,13,14,23

**wounds**
96:7,9,13

**writ** 27:24
28:5,6 31:5
70:25

**W-R-I-T** 28:6

**write** 27:18

**writer** 27:24
28:5 31:6
70:25

**writing** 31:9
34:9 71:2

**written** 34:15
71:9,13,15
91:6

---
Y
---

**yard** 13:16,17

**yearly** 23:5
62:9

**yesterday** 18:6
24:22

**yet** 8:18

**you-all** 63:25

**you'll** 45:15

**yours** 18:5 92:3

**you've** 22:11
23:3,7 28:9
34:18 58:10,13
66:17 67:1,19



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

71:8 75:15,21
79:21 84:25
89:8,9

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**