

# Bureau of Inmate Grievance Appeals

## Informal Grievance Summary By Inmate

**Report Date Range:** 11/2/2021 To 12/27/2022

**Report Date:** 12/28/2022

| Date Received | Inmate Number | Inmate Name | Disposition | Class Code | Log Number | Facility |
|---|---|---|---|---|---|---|
| 12/01/2021 | 086916 | WILLIAMS, ELMER | Denied | 06N - HYGIENE ITEMS (INST OPER) | 231-2112-0015 | 231 - SUWANNEE C.I. ANNEX |
| 12/01/2021 | 086916 | WILLIAMS, ELMER | Denied | 11F - STAFF NOT FOLLOWING | 231-2112-0032 | 231 - SUWANNEE C.I. ANNEX |
| 12/01/2021 | 086916 | WILLIAMS, ELMER | Returned | 07H - INADEQUATE TREATMENT (MEDICAL) | 231-2112-0028 | 231 - SUWANNEE C.I. ANNEX |
| 12/01/2021 | 086916 | WILLIAMS, ELMER | Denied | 07U - MOBILITY ISSUES (MEDICAL) | 231-2112-0026 | 231 - SUWANNEE C.I. ANNEX |
| 12/06/2021 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL (MEDICAL) | 231-2112-0048 | 231 - SUWANNEE C.I. ANNEX |
| 12/09/2021 | 086916 | WILLIAMS, ELMER | Returned | 02B - ADMIN CONFINEMENT (PGM | 231-2112-0075 | 231 - SUWANNEE C.I. ANNEX |
| 12/13/2021 | 086916 | WILLIAMS, ELMER | Denied | 07H - INADEQUATE TREATMENT (MEDICAL) | 231-2112-0089 | 231 - SUWANNEE C.I. ANNEX |
| 12/13/2021 | 086916 | WILLIAMS, ELMER | Denied | 11F - STAFF NOT FOLLOWING | 231-2112-0090 | 231 - SUWANNEE C.I. ANNEX |
| 12/28/2021 | 086916 | WILLIAMS, ELMER | Denied | 07G - MEDICATION ISSUES (MEDICAL) | 231-2112-0198 | 231 - SUWANNEE C.I. ANNEX |
| 01/05/2022 | 086916 | WILLIAMS, ELMER | Denied | 07U - MOBILITY ISSUES (MEDICAL) | 231-2201-0015 | 231 - SUWANNEE C.I. ANNEX |
| 01/05/2022 | 086916 | WILLIAMS, ELMER | Denied | 07H - INADEQUATE TREATMENT (MEDICAL) | 231-2201-0029 | 231 - SUWANNEE C.I. ANNEX |
| 01/06/2022 | 086916 | WILLIAMS, ELMER | Approved | 30A - E-MAIL | 231-2201-0040 | 231 - SUWANNEE C.I. ANNEX |
| 01/18/2022 | 086916 | WILLIAMS, ELMER | Denied | 07N - MEDICAL RECORDS (MEDICAL) | 231-2201-0120 | 231 - SUWANNEE C.I. ANNEX |
| 01/18/2022 | 086916 | WILLIAMS, ELMER | Denied | 07P - MEDICAL SUPPLIES (MEDICAL) | 231-2201-0121 | 231 - SUWANNEE C.I. ANNEX |
| 02/01/2022 | 086916 | WILLIAMS, ELMER | Denied | 07U - MOBILITY ISSUES (MEDICAL) | 231-2202-0009 | 231 - SUWANNEE C.I. ANNEX |
| 03/11/2022 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL (MEDICAL) | 231-2203-0067 | 231 - SUWANNEE C.I. ANNEX |
| 04/04/2022 | 086916 | WILLIAMS, ELMER | Denied | 07H - INADEQUATE TREATMENT (MEDICAL) | 231-2204-0014 | 231 - SUWANNEE C.I. ANNEX |
| 04/04/2022 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL (MEDICAL) | 231-2204-0021 | 231 - SUWANNEE C.I. ANNEX |



**Bureau of Inmate Grievance Appeals**

**Informal Grievance Summary By Inmate**

**Report Date Range: 11/2/2021 To 12/27/2022**

**Report Date: 12/28/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/07/2022 | 086916 | WILLIAMS, ELMER | Denied | 07P - MEDICAL SUPPLIES (MEDICAL) | 231-2207-0037 | 231 - SUWANNEE C.I. ANNEX |
| **Total:** | **19** | | | | | |