

# Bureau of Inmate Grievance Appeals
## Formal Grievance Summary By Inmate

**Report Date Range:** 11/2/2021  **To** 12/27/2022

**Report Date:** 12/28/2022

| Date Received | Inmate Number | Inmate Name | Disposition | Class Code | Log Number | Section Responsible | Facility |
|---|---|---|---|---|---|---|---|
| 12/01/2021 | 086916 | WILLIAMS, ELMER | Denied | 07P - MEDICAL SUPPLIES | 2112-231-004 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 12/16/2021 | 086916 | WILLIAMS, ELMER | Returned | 05F - IMPROPER TEAM | 2112-231-049 | CLASSIFICATION | 231 - SUWANNEE C.I. ANNEX |
| 12/16/2021 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL | 2112-231-046 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 12/16/2021 | 086916 | WILLIAMS, ELMER | Returned | 06N - HYGIENE ITEMS (INST | 2112-231-047 | Security | 231 - SUWANNEE C.I. ANNEX |
| 12/29/2021 | 086916 | WILLIAMS, ELMER | Denied | 07H - INADEQUATE | 2112-231-084 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 12/29/2021 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL | 2112-231-083 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 01/04/2022 | 086916 | WILLIAMS, ELMER | Returned | 05F - IMPROPER TEAM | 2201-231-011 | CLASSIFICATION | 231 - SUWANNEE C.I. ANNEX |
| 01/25/2022 | 086916 | WILLIAMS, ELMER | Returned | 07H - INADEQUATE | 2201-231-082 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 02/01/2022 | 086916 | WILLIAMS, ELMER | Denied | 07N - MEDICAL RECORDS | 2202-231-012 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 02/01/2022 | 086916 | WILLIAMS, ELMER | Denied | 07U - MOBILITY ISSUES | 2202-231-004 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 04/25/2022 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL | 2204-231-071 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 04/25/2022 | 086916 | WILLIAMS, ELMER | Denied | 07A - GENERAL MEDICAL | 2204-231-068 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 04/27/2022 | 086916 | WILLIAMS, ELMER | Denied | 07H - INADEQUATE | 2204-231-085 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 04/27/2022 | 086916 | WILLIAMS, ELMER | Denied | 07H - INADEQUATE | 2204-231-089 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 07/14/2022 | 086916 | WILLIAMS, ELMER | Denied | 07P - MEDICAL SUPPLIES | 2207-231-036 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| Total: | 15 | | | | | | |