UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.                                        Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

    Defendants.

_____

**ORDER**

The Court has been advised that the claims against Defendant Centurion of Florida, LLC, have been resolved. See Joint Stipulation of Dismissal of All Claims Against Centurion of Florida, LLC (Doc. 184). Pursuant to the Stipulation, the claims against Defendant Centurion are **DISMISSED with prejudice**, with all parties to bear their own fees and costs. There being no just reason for delay, the **Clerk** shall enter judgment dismissing with prejudice the claims against Defendant Centurion and terminate it as a party in this case. See Fed. R. Civ. P. 54(b).

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of March, 2025.

MARCIA MORALES HOWARD
United States District Judge

caw 3/21
c:
Counsel of Record