UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

## Plaintiff's Unopposed Motion to Enlarge Deadline to Respond to Pending Summary Judgment Motions

In this civil rights action against the Secretary of the Florida Department of Corrections ("FDOC") and personnel, the Court required the parties to file dispositive motions by March 17, 2025. [ECF No. 149]. Two of the three remaining defendants (Kalem Santiago and Savonia Richardson-Graham) filed motions for summary judgment on or before this date. [ECF Nos. 179 & 181]. Responses to those motions are due on or before April 7, 2025.

Prior to that deadline, however, FDOC sought an additional three days to file its motion for summary judgment. [ECF No. 180]. While resolving that motion, the Court was also tasked with resolving Plaintiff's motion to compel FDOC to provide unredacted records and a privilege log. [ECF No. 174]. On

March 19, 2025, the Court ordered FDOC to provide unredacted records by April 3, 2025 and sua sponte extended the dispositive motions deadline to April 17, 2025, while denying FDOC's motion for an extension of time as moot. [ECF No. 183].

On March 31, 2025, FDOC provided unredacted records to Plaintiff's counsel. Given that counsel will need to review these newly unredacted records, and that FDOC has not moved for summary judgment yet, Plaintiff respectfully requests that it be permitted to respond to the pending motions by Richardson-Graham and Santiago within 21 days of the date FDOC files a motion for summary judgment, or if not, within 21 days from the date of the new dispositive motions deadline, whichever occurs first. Having a unified briefing schedule and time to review the produced records will assist Plaintiff in ably responding to the pending motions and will likely streamline the issues. Defendants do not oppose this request.

## Local Rule 3.01(g) Certificate

I hereby certify that on March 31, 2025, the undersigned counsel conferred on these issues with defense counsel. Defendants do not oppose the request herein.

Dated: March 31, 2025.

        Respectfully submitted,

        /s/ *James V. Cook*
        James V. Cook (FBN 966843)
        LAW OFFICE OF JAMES COOK
        314 W. Jefferson Street
        Tallahassee, Florida 32301
        cookjv@gmail.com
        Tel. (850) 222-8080

        James M. Slater (FBN 111779)
        SLATER LEGAL PLLC
        2296 Henderson Mill Rd NE #116
        Atlanta, Georgia 30345
        james@slater.legal
        Tel. (404) 458-7283

        *Attorneys for Plaintiff Elmer Williams*