UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                                Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Plaintiff's Unopposed Motion to Enlarge Deadline to Respond to Pending Summary Judgment Motions (Doc. 187) is **GRANTED to the extent** that responses to all dispositive motions shall be filed by **May 8, 2025**.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of April, 2025.

                                            MONTE C. RICHARDSON
                                    UNITED STATES MAGISTRATE JUDGE

caw 4/1
c:
Counsel of Record