COPY



407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

# CASE NO. 3:22-CV-955-MMH-MCR

## ELMER WILLIAMS

## V.

## RICKY DIXON, ET AL.

### DEPONENT:

### DR. ALEXIS FIGUEROA

### DATE:

### JANUARY 16, 2025

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
1    UNITED STATES DISTRICT COURT

2    MIDDLE DISTRICT OF FLORIDA

3    JACKSONVILLE DIVISION

4

5    CASE NO. 3:22-CV-955-MMH-MCR

6

7    ELMER WILLIAMS,

8    Plaintiff

9

10   V.

11

12   RICKY DIXON, ET AL.,

13   Defendants

14

15

16

17

18

19

20

21

22

23   DEPONENT:  DR. ALEXIS FIGUEROA

24   DATE:      JANUARY 16, 2025

25   REPORTER:  HAYDEE MEDINA
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Case 3:22-cv-01221-MMH-MCR   Document 189-2   Filed 04/17/25   Page 3 of 145 PageID
2960

Williams vs. Dr. Figueroa, et al.  01-16-25                    2

```
 1              APPEARANCES

 2

     ON BEHALF OF THE PLAINTIFF, ELMER WILLIAMS:
 3   James Cook, Esquire
     Law Office of James Cook
 4   314 West Jefferson Street
     Tallahassee, Florida 32301
 5   Office: (850) 222-8080
     Email: cookjv@gmail.com
 6   (Appeared via videoconference)

 7

     ON BEHALF OF THE DEFENDANTS, DR. ALEXIS FIGUEROA, JASON
 8   HOWELL, TONY ABBOTT, CENTURION FLORIDA LLC:
     Jacob Hanson, Esquire
 9   Bradley, Arant, Boult, Cummings, LLP
     100 North Tampa Street
10   Suite 1000
     Tampa, Florida 33602
11   Office: (813) 559-5500
     Email: jhanson@bradley.com
12   (Appeared via videoconference)

13

     AND
14

15   Brian Wahl, Esquire
     Bradley Arant Boult Cummings LLP
16   1819 5th Avenue North
     Suite 200
17   Birmingham, Alabama 35203
     Office: (205) 521-8134
18   Email: bwahl@bradley.com
     (Appeared via videoconference)
19

20   ON BEHALF OF THE DEFENDANTS, RICKY DIXON, DR. KALEM
     SANTIAGO, SAVONIA RICHARDSON GRAHAM:
21   Thomas Buchan, Esquire
     Howell, Buchan & Strong
22   630 South Orange Avenue
     Suite 200
23   Sarasota, Florida 34236
     Office: (941) 779-4348
24   Email: tom@jsh-pa.com
     (Appeared via videoconference)
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Jeffrey Dr. Pigueron Atatric   01-16-25                    3

```
                              INDEX
                                             Page
PROCEEDINGS                                    6
DIRECT EXAMINATION BY MR. COOK                 7
CROSS-EXAMINATION BY MR. HANSON              103
REDIRECT EXAMINATION BY MR. COOK             119


                            EXHIBITS
Exhibit                                      Page
Plaintiff's Exhibits
 1 - Bio Reference Laboratories 09-13-2018    19
 2 - Bio Reference Laboratories 10-18-2018    21
 3 - Bio Reference Laboratories 09-21-2019    21
 4 - E-mail from Joseph Winfree to Amatucci
     Gerald 08-28-2019                        22
 5 - Bio Reference Laboratories 04-01-2020    29
 6 - Bio Reference Laboratories 07-06-2020    29
 7 - Bio Reference Laboratories 11-10-2020    30
 8 - Florida Department of Corrections
     Health Information Transfer / Arrival
     Summary 09-21-2021                       31
 9 - Bio Reference Laboratories 09-30-2021    34
10 - Florida Department of Corrections
     Chronic Illness Clinic                   34
11 - Florida Department of Corrections
     Chronological Record of Health Care
     10-04-2021                               34
12 - Florida Department of Corrections
     Consultation Request/ Consultant's
     Report                                   36
13 - Florida Department of Corrections
     Health Information Transfer / Arrival
     Summary 10-07-2021                       38
14 - Florida Department of Corrections
     Health Information Transfer / Arrival
     Summary 11-08-2021                       40
15 - Florida Department of Corrections
     Chronological Record of Health Care
     11-17-2021                               41
16 - Florida Department of Corrections
     Chronological Record of Health Care
     11-19-2021                               43
17 - Florida Department of Corrections
     Office of Health Services Chest Pain
     Protocol 11-23-2021                      44
18 - Florida Department of Corrections
     Pre-Special Housing Health Evaluation    47
19 - State of Florida Department of
     Corrections Inmate Request 12-04-2021    49
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

EXHIBITS (CONTINUED)

                                                               Page
20 - Florida Department of Corrections
     Office of Health Services Inmate
     Sick-Call Request 12-31-2021                               53
21 - Florida Department of Corrections
     Office of Health Services Infirmary
     Progress Record 01-11-2022                                 56
22 - Florida Department of Corrections
     Office of Health Services Infirmary
     Progress Record 01-12-2022                                 57
23 - Wound Evaluation and Treatment Record
     02-02-2022                                                 60
24 - Florida Department of Corrections
     Office of Health Services Infirmary
     Progress Record 02-14-2022                                 66
25 - Demographics OBIS Updates 02-17-2022                       67
26 - S/P Infirmary Discharge 02-23-2022                         69
27 - Consultants' Report 05-16-2022                             73
28 - Florida Department of Corrections
     Office of Health Services Infirmary
     Aug 5, 2022                                                75
29 - Chronological Record of Health Care                        80
30 - Consultants' Report 09-01-2022                             88
31 - Photographs (6) 10-06-2022                                109
Defendant's Exhibits
1 - Chron Record Health Care Physical
    Exam 12-20-2021                                            112
2 - Medical Grade Updated 01-07-2022                          112
3 - Weekly Rounds 1-11-2022                                   114
4 - Test Form 1-11-2022                                       115

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1                          STIPULATION

2

3    The deposition of DR. ALEXIS FIGUEROA was taken at

4    MILESTONE REPORTING COMPANY, LANDMARK CENTER ONE, 315

5    EAST ROBINSON STREET, SUITE 510, ORLANDO, FLORIDA 32801,

6    via videoconference in which all participants attended

7    remotely, on THURSDAY the 16th day of JANUARY 2025 at

8    9:59 a.m. (ET); said deposition was taken pursuant to

9    the FLORIDA Rules of Civil Procedure. It is agreed that

10   HAYDEE MEDINA, being a Notary Public and Court Reporter

11   for the State of FLORIDA, may swear the witness and that

12   the reading and signing of the completed transcript by

13   the witness is not waived.

14

15

16

17

18

19

20

21

22

23

24

25

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

30:34 Dr. Figueroa 04/16/25   6

```
 1                    PROCEEDINGS
 2         THE REPORTER:  Will everyone but the witness
 3    please state your appearance, how you are attending,
 4    and the location you are attending from, starting
 5    with the plaintiff's counsel?
 6         MR. COOK:  I'm James Cook.  I am the attorney
 7    for Elmer Williams.  I am attending by Zoom from
 8    Tallahassee.
 9         MR. HANSON:  Jacob Hanson.  I am one of the
10    attorneys for Dr. Figueroa, Jason Howell, Tony
11    Abbott, and Centurion of Florida, LLC.  I'm
12    attending via Zoom in Tampa, Florida.
13         MR. BUCHAN:  And Thomas Buchan, on behalf of
14    Ricky Dixon, Dr. Kalem Santiago, and Savonia
15    Richardson Graham, on Zoom from Sarasota, Florida.
16         MR. WAHL:  My name is Brian Wahl.  I am Jacob
17    Hanson's partner, representing the same defendants.
18    I'm appearing today via Zoom from Birmingham,
19    Alabama.
20         THE REPORTER:  Thank you.
21         Doctor, will you please state your name for the
22    record?
23         THE WITNESS:  Yes.  I am Dr. Alexis Figueroa.
24    I'm attending via -- oh, sorry.  I'm attending via
25    Zoom to Lake City -- from Lake City --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              THE REPORTER:  Thank you.
 2              THE WITNESS:  -- Florida.
 3              THE REPORTER:  Do you solemnly swear or affirm
 4        that the testimony you're about to give will be the
 5        truth, the whole truth, and nothing but the truth?
 6              THE WITNESS:  Yes, ma'am.
 7              THE REPORTER:  Thank you, sir.
 8        You may begin.
 9                   DIRECT EXAMINATION
10   BY MR. COOK:
11        Q.   Okay.  Dr. Figueroa, as you know, my name is
12   James Cook, and I represent Elmer Williams.  I think
13   I've taken your deposition before in the past.  And
14   you've had your deposition taken a number of times, have
15   you not?
16        A.   Yes, sir.
17        Q.   Okay.  Just to give a brief kind of intro and
18   that is that, first of all, I want you to be
19   comfortable.  And if you need to take a break, we can
20   take a break at any time as needed.  And just let us
21   know and we'll go off the record as long as there's not
22   a question pending at the time.  We have to be careful,
23   obviously, to not to speak over each other and to answer
24   questions with a word and not a gesture or something
25   like uh-huh and uh-uh so that the court reporter can
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   keep the record straight. If I ask you a question that

2   you don't understand, just let me know, and I'll clarify

3   it. We'll take the time necessary to make sure that you

4   understand what I'm talking about.  Sometimes my

5   questions are a little bit confusing.  I acknowledge

6   that. Let's see.  You are -- have a license to practice

7   in Florida?

8        A.   I have an ACN license to -- to practice in

9   Florida.  Yes, sir.

10        Q.   Okay.  And you -- where did you -- what was

11   the school that you attended for medical school?

12        A.   I did my four years of medical school at

13   Guadalajara, Mexico.  That was from 1996 to 2000.

14        Q.   And when did you begin practicing medicine?

15        A.   Do you mean right after med school or here in

16   Florida?

17        Q.   Well, I know that there is a -- I guess you

18   could say residency.  I -- I'm talking about practicing

19   medicine in any -- in any capacity, to start with?

20        A.   Okay.  So after my med school that I finished

21   in 2000, I did my transitional residency program in

22   Puerto Rico.  I finished that in 2002, and then I went

23   to -- to practice medicine.

24        Q.   Okay.  Here in Florida?

25        A.   I started in Puerto Rico, and then I came to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Florida in 2016, July 2016.

2      Q.   Okay.  When did you start working for

3  Centurion?

4      A.   July -- July 27 of 2016.

5      Q.   So that was your first job as a doctor in

6  Florida?

7      A.   In Florida?  Yes, sir.

8      Q.   Okay.  And what institution did you practice

9  -- did you begin practice at?

10      A.   I have only practiced in Suwannee Annex

11  Correctional Institution here in -- in Lake -- close to

12  Lake City.  That's Wellborn.

13      Q.   Okay.  And close to Live Oak, right?

14      A.   Yes, correct.

15      Q.   So you began your career as a doctor in

16  Florida as a, would you say, chief health officer of

17  Suwannee CI?

18      A.   No, sir.  When I came here from Puerto Rico, I

19  had worked already in the correctional system for close

20  to six years over there.  So that's what triggers for me

21  to pursue the correctional medicine.  And so I came from

22  Puerto Rico in 2016.  And then, when I was hired, I was

23  just hired as a provider, on site.

24      Q.   Okay.

25      A.   Not as a CHO.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   If you could explain a little bit how it

2   works. I know you have an annex there, and you also have

3   a main unit.  Did you work in both places or just one or

4   the other?

5     A.   So I -- the majority of the time, I would say

6   95 percent of the time, I would -- I was working in the

7   annex.  So when there was a need for me to go to the

8   main unit, I would move myself over there and then work.

9     Q.   Okay.  And did the annex have a different

10  mission in some respect than the main unit?

11    A.   Would you specify the question?  Do you mean -

12  - do you mean the type of work that I would do?

13    Q.   Well, just as an example, I understand that

14  most of the institutions that have, like, protective

15  management programs, or in the annex, sometimes it

16  sounds -- it seems like we have certain kinds of

17  prisoners or certain kinds of units in the annex as

18  opposed to the main unit.  And I just wondered if there

19  was -- there were different characteristics for the two?

20    A.   The difference between the annex and the main

21  unit, basically, but not only, would be that the annex

22  would handle more ADA patients, more chronic and elderly

23  patients, versus the main unit, they concentrate on

24  psych patients.  They do have situation where they have

25  to house an ADA patient because they're having a -- a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    psychiatric issue.  But the majority, it's -- it's

2    either people works and they go outside, youngsters. And

3    then we, at the annex, would have the orderly, the --

4    the elderly and the more complicated cases.

5         **Q.   Okay.  Did I understand you to say that the**

6    **main unit handles mostly psych cases?**

7         A.   Psych cases, yes.  Psych, psychiatric.

8    Self-harm, like for example.

9         **Q.   Mental health cases?**

10        A.   Uh-huh.  Mental health cases.  Correct.

11        **Q.   Okay.  So you had older and disabled and**

12   **chronic type patients, mostly?**

13        A.   Yes, sir.

14        **Q.   Okay.  Now, I understand that, and I kind of**

15   **didn't expect this, but that you are going to handle**

16   **both the deposition as to yourself and also as to the**

17   **30(b)(6).  Yeah.  No worries.  Is that -- is that --**

18        A.   Is that a question?  Yes, sir.

19             MR. HANSON:  Okay.  And, Mr. Cook, and if I can

20        just jump in here and explain, like Mr. Walt did

21        yesterday, Dr. Figueroa is designated as the

22        corporate representative for Centurion of Florida,

23        to the extent he has personal firsthand knowledge

24        that falls within the scope of the designated

25        topics.  To the extent a question is outside of the

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
1        designated topic areas in the Corporate
2        Representative Notice, Dr. Figueroa will be
3        testifying in his individual capacity as a party
4        defendant in the case.
5            MR. COOK:  Okay.  I appreciate that.  I presume
6        that I can also ask him questions that are directed
7        to him as an individual.  Is that your
8        understanding?
9            MR. HANSON:  Yes, that is correct.  This is a
10       hybrid deposition of him both as a party defendant
11       and as the designated corporate representative.
12           MR. COOK:  Okay.  That probably saves time.
13       Okay.  Now, at this point, I need to make this
14       disclosure.  I have an urgent matter that may be
15       occurring around 10:30, unexpected, that I may need
16       to jump off for maybe ten minutes.  Is that
17       acceptable to everyone?
18           MR. HANSON:  Yes, of course.  That's fine.
19           MR. COOK:  Okay, great.  Then we can take a
20       break at that point.  If my computer chooses to
21       crash, like you did yesterday, maybe it will crash
22       at the same time.  That would be convenient.
23   BY MR. COOK:
24       Q.   Okay.  So you are, I believe, familiar with my
25   client, Elmer Williams; is that true?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

 1         A.    Yes, sir.

 2         Q.    Okay.  And I think that he was in your

 3    facility from sometime in November of 2021 until the end

 4    of October of 2022; is that correct?

 5         A.    Yes, sir.

 6         Q.    Okay.  Do you have a current recollection of

 7    working with him, as to the records that you have?

 8         A.    What I can remember from Mr. Williams, it's

 9    not that I have a clear picture, but I do remember him

10    as a patient.  He was a very respectful patient.  I

11    never had any issue with him.  We kind of communicate

12    very well. Basically, that -- that's -- that's -- that's

13    all I -- I remember from him.

14         Q.    Okay.  I have done an event chronology here,

15    and I'm going to share my screen for a second and I'm

16    going to -- okay.

17              MR. COOK:  I see the court reporter's e-mail

18         address is in the chat for those who need it.

19    BY MR. COOK:

20         Q.    I will go ahead and share my screen.  Can you

21    see that?

22         A.    Could you be more specific about the date or

23    -- yes, I can see it.

24         Q.    Oh, okay.  Yeah.  The event chronology is just

25    a series of events that I'm going to be covering and I'm

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1   going to do it mostly through exhibits so that I may be

 2   able to point out things that we will be able to talk

 3   about. Does it comport with your recollection that

 4   Mr. Williams was diagnosed with prostate cancer in -- at

 5   the beginning of 2018?

 6        A.   If I -- no, sir.  If -- if I'm not looking at

 7   the medical record, I would not have a precise date of

 8   those events.

 9        Q.   Okay.  And I'm just asking you if you have a

10   general understanding of this time frame or if you

11   remember things differently, but I'll get into it with

12   specific exhibits.  Currently, thereafter, his cancer

13   was successfully treated with 43 rounds of radiation

14   therapy that brought his PSA down below the norm --

15   within the normal range?

16        A.   No, sir.  I -- I wasn't aware.

17        Q.   Okay.  And that of course was before he came

18   under your care, I'll acknowledge.  So I guess that

19   would strictly be a matter of the records. Do you recall

20   hearing that in -- at the end of September of 2021, the

21   lab report showed that he was -- his cancer had come out

22   of remission with an elevated PSA of 5.2?

23        A.   No, sir.  I -- I was not aware.  Unless I look

24   at the -- at the medical record, then again, you -- you

25   mentioned it.  He was not at Suwannee at that time.  He

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  came to Suwannee, I believe, in November, early November
 2  of 2021.
 3       Q.   That is correct.  That is correct.  He was at
 4  RMC at that time.  The next thing is -- and this is also
 5  before you worked with him as a patient, on October 4,
 6  2021, that he was supposed to have an urgent referral to
 7  a urologist, which was apparently written, but not
 8  responded to?
 9       A.   Oh, you asked -- could you -- could you --
10  could you repeat that question?
11       Q.   Right.  And do you recall that he was supposed
12  to have an urgent referral to a urologist -- in October,
13  shortly after the elevated PSA was found?
14       A.   Yes.
15       Q.   His --
16       A.   I was aware through one of my provider who had
17  kind of told me about it.  Yes.
18       Q.   Okay.  And now, as I understand it, he was
19  under your care.  I think he was maybe transferred on
20  November 8th, but I think he maybe got to your facility
21  in November 17.  And on the 23rd, he was complaining of
22  mobility problems.  Do you recall that?
23       A.   No, sir.  I would have to look at the medical
24  record to be precise on my answers there, because I -- I
25  don't recall.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   Okay.  Do you recall that he was placed in

2   confinement and had a pre-confinement medical that

3   cleared him for serving a disciplinary sentence in

4   confinement for refusing to walk?

5      A.   Sir, I wasn't aware.

6      Q.   Okay.  Were you aware that on December 31,

7   2021, that he complained of infected ankles from

8   dragging himself across the cell floor to access food

9   and hygiene?

10      A.   No, sir.  I wasn't aware.  I would have to see

11   the medical record to be more precise.  I -- I'll be

12   speculating as -- if I say that I do remember.

13      Q.   Okay.  And I'm just trying to remember -- to

14   find out what you remember from your own memory and what

15   you will be getting from the records.  And I'm going to

16   show you.  I think -- I think everything is here. Do you

17   recall at the beginning of early -- or early in January

18   of 2022, that there was an infirmary progress notes that

19   described foul order -- odors coming from his ankle

20   wounds?

21      A.   No, I don't remember.  I would -- again, I

22   would have to see those medical records to -- based on

23   my documentations, to agree with that statement.

24      Q.   Okay.  I don't know if we met, but do you

25   remember me coming out to the facility to take pictures

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    of some pressure sores and other infections?

2        A.   No, sir.  I -- I would have to say that I -- I

3    -- eventually they told me that you were, but the

4    specific days and the reasoning, no.  No, sir.

5        Q.   Oh, okay.  Do you recall the wound -- seeing a

6    wound evaluation and treatment record stating this

7    extensive necrotizing fasciitis in the right peroneal

8    area of his ankle?

9        A.   Once again, Mr. Cook, I would have to see the

10   -- the specific date and the note to kind of make a -- a

11   -- a -- answer you correctly.

12       Q.   Okay.  Well, I'll try to rush through this and

13   then we will get to the actual records.  Do you recall

14   the urologist, George Miquel, saying that he was treated

15   with androgen deprivation and radiation therapy with

16   good result with a PSA going to 0.2 and last seen by

17   Miquel in December of 2020 with a six-month request for

18   follow-up for PSA, but he has not been seen yet today --

19   yet until today.  And that was a statement of May 16,

20   2022.  Do you recall that?

21       A.   I don't recall, but I highly doubt that it's -

22   - it -- it's -- it will be there.  It looks more like

23   Dr. Miquel notes.

24       Q.   Yeah.  I should probably raise this because

25   the -- his Department of Health license document says

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1   that his name is Miquel with a Q and I see his name

 2   spelled both ways.  Do you -- what do you understand the

 3   spelling of his name is?

 4        A.   I believe it's Miquel.  Yeah, the way it's

 5   written.

 6        Q.   Okay.  Let's see.  Do you recall the radiation

 7   oncologist, Robert Field, writing in his findings that

 8   patient was doing good until they took him off his

 9   hormone therapy in 2021?  Does that sound familiar to

10   you?

11        A.   Again, I -- I don't remember.  I'll be glad to

12   look at the -- at the documentation, but I -- but it

13   looks like a comment or a statement from Dr. Field.

14        Q.   Okay.  And then the last thing is that -- a

15   statement from Oncologist, Vernon Montoya, who said that

16   the previous treatment with radiation therapy,

17   previously on Eligard for two years, which reduced his

18   PSA two 0.2, however, he had no follow-up exam for

19   almost two years. Do you recall that statement?

20        A.   I don't remember that statement.  I would have

21   to go and see it in the chart.

22        Q.   Okay.  And so I think that it's pretty much

23   that we're going to have to reconstruct this from the,

24   let's see, from the exhibits that I'm going to put on,

25   starting right now.  I've got exhibits that are numbered

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  with an ordinal number and then also with the date on

 2  which it occurs so that's part of the title.  But we see

 3  here that it looks like on September 21, September 21 of

 4  2021, that he was transferred from Lower Haganen

 5  (phonetic) to Lake City DOC.  But this is -- I think

 6  you'll agree that this is obviously RMC. Do you remember

 7  that he was at RMC?

 8       A.   I was told at one point that he was at RMC,

 9  either because he told me or my -- the provider that was

10  working with me told me.

11       Q.   Okay.  The -- hopefully -- or this is Exhibit

12  1, actually.  This is the lab report from -- I guess

13  this is September 13th of 2018, taken at Reception and

14  Medical Center.  Is that what the document says?

15            (PLAINTIFF'S EXHIBIT 1 MARKED FOR

16            IDENTIFICATION)

17       A.   Yes, sir.  It -- it looks like it, yep.

18  BY MR. COOK:

19       Q.    Is that -- I just made it a little bigger, but

20  I probably need to scroll.  But anyway, so this is from

21  one of the early PSA tests that was reported on

22  September 13th of 2018.  And I'm going to scroll down to

23  find the PSA reading.  This would've been shortly after

24  the rounds of radiation. And that shows a PSA total of

25  1.99.  Would you agree?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          A.   Yes, sir.

 2          Q.   Okay.  And would you also agree that the safe

 3     zone for PSA totals is less than 4.0?

 4               MR. HANSON:  Objection.  You may answer.

 5               THE WITNESS:  Based on the reference value that

 6          says 4, I would say, in general, in a general

 7          population, that, yes, below 9 -- 4.0, it -- it's

 8          considered normal -- on a -- on a -- on a -- in --

 9          in -- on -- in a general population.

10     BY MR. COOK:

11          Q.   And above 4.0, would that be considered

12     elevated generally?

13               MR. HANSON:  Objection.  You may answer.

14               THE WITNESS:  Yes.  Based on the reference

15          value, it could be considered elevated.

16     BY MR. COOK:

17          Q.   Okay.  And I'm not trying to make you an

18     expert.  I understand that most men who get up in age

19     know what the danger zone is since it's such a common

20     form of cancer.  Do you know how prostate cancer ranks

21     as being a danger for men in the United States?

22          A.   No, I do not have that information with me.

23          Q.   Okay.  Would you say it is a more prominent

24     form of cancer in older males?

25               MR. HANSON:  Objection.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  I do not have that information
 2      with me.
 3  BY MR. COOK:
 4      Q.   Okay.  That's fine.  And like I say, I'm not
 5  trying to make you an expert, but I'm just trying to
 6  figure out what the, you know, common understanding is.
 7  We've got another lab report and this one was done --
 8  This is my Exhibit 2. And by the way, as I go through
 9  these, I -- I'd like to ask that they be admitted,
10  starting with number 1 that we just finished. Number 2
11  is a lab report from October 18th of 2018.  And the --
12  let's see.  I'll make that bigger. Can you read that?
13              (PLAINTIFF'S EXHIBIT 2 MARKED FOR
14              IDENTIFICATION)
15      A.   Yes, sir.
16  BY MR. COOK:
17      Q.   Okay.  And so I'll go down here and for some
18  reason, the PSA numbers are always at the end.  Okay. So
19  that shows a PSA total of 0.5.  Would you agree?
20      A.   Based on the document that I'm looking at, it
21  says 0.50?  Correct.
22      Q.   Okay.  I'm going to go on and ask that that be
23  admitted and go on to my Exhibit 3. And that is a lab
24  report that was given on September 21 of 2019.  And I'll
25  go down to the bottom and see what they show is the PSA
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1    level. This one was apparently done at Tomoka and it
 2    shows a PSA total of 7.  Would you agree, 0.07?
 3              (PLAINTIFF'S EXHIBIT 3 MARKED FOR
 4              IDENTIFICATION)
 5        A.   Based on the document that you are showing,
 6    yes, it says PSA total 0.07.
 7    BY MR. COOK:
 8        Q.   Okay.  And if you have any questions about the
 9    authenticity of any of these documents, please let me
10    know.  We'll submit them after the deposition is
11    finished. So that was -- that would be my Exhibit number
12    3, and I'll ask that be admitted, and go on to number 4.
13    And number 4 purports to be an e-mail exchange between
14    Joseph Winfree and Gerald Amatucci, who is a utilization
15    management physician.  Do you recognize him as working
16    in utilization management, Amatucci?
17              (PLAINTIFF'S EXHIBIT 4 MARKED FOR
18              IDENTIFICATION)
19        A.   Yes, sir.
20    BY MR. COOK:
21        Q.   Okay.  I may get that bigger.  And this is
22    where a doctor from, I believe it was Dr. Calderone at
23    Tomoka.  He was requesting a urology follow-up six
24    months from September 19, 2019 at RMC.  And the response
25    is a denial, saying that there's no medical
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1    justification, that he can get a PSA on site, I guess

2    wherever he is, to determine need for urology at the

3    time.  And if the future situation changes, they can

4    submit a new consult. Do you agree that that's what the

5    e-mail says?

6        A.   Well, based on --

7            MR. HANSEN: Objection. You may answer.

8            THE WITNESS:    Based on the e-mail that you

9        are showing me, it -- it -- I can read that it says

10       that. This is the first time I've seen this

11       document, by the way.

12   BY MR. COOK:

13       Q.   Okay.  Do you know who Cesar Calderone is?

14       A.   I have heard about him, but I do not know him.

15       Q.   It -- could he be the doctor who works at

16   Tomoka?

17           MR. HANSON:  Objection.  You may answer.

18           THE WITNESS:  I do not know.

19   BY MR. COOK:

20       Q.   Okay.  And that's a fair answer.  Okay.

21           MR. COOK:  So I would submit number 4 to be

22       admitted.

23   BY MR. COOK:

24       Q.   The next lab report -- yeah.  Okay.  Here we

25   go.  Calderone, Cesar, is the physician, Centurion

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1    Tomoka.  There is a lab specimen reported.  Let's see.
 2    It was collected at the end of March of 2020, and it
 3    shows a report for April 1, 2020.  Can you read that?
 4         A.   Yes, sir.
 5         Q.   Do you agree that this is submitted by Dr.
 6    Calderone at Tomoka CI?
 7              MR. HANSON:  Objection.  You may answer.
 8              THE WITNESS:  I would not know.  You're asking
 9         me if he submitted it?
10    BY MR. COOK:
11         Q.   Right.  I -- that -- just asking you if that's
12    what the document says.  I don't mean for you --
13         A.   Yes.
14         Q.   -- to have to vouch for the authenticity of
15    the document.
16         A.   Yes, sir.  Yeah, it looks like it was -- it's
17    his name and it's a document that -- that state that he
18    either ordered it or -- or were seeing the -- the -- the
19    patient.
20         Q.   Okay.  And so the report is for April 1, 2020.
21    And I'll just go down here and find the PSA.  Let's see.
22    For some reason they're not doing as many.  Okay.  PSA
23    total is 0.31.  Do you agree that's what the document
24    says?
25         A.   It says, sir, the PSA -- total PSA is 0.31.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.   Right.   Okay.   And that's also within the

2    range, the safe range.   Is that your understanding?

3       A.   Could -- could you repeat that question?   I'm

4    sorry.   You kind of break down.

5       Q.   0.31 would be within the standard safe range

6    for a PSA reading.   Is that your understanding?

7            MR. HANSON:   Objection.   You may answer.

8            THE WITNESS:   On an -- on a normal individual.

9    It -- it would've been -- it would've been okay.

10   Yes, sir.

11   BY MR. COOK:

12      Q.   Okay.   And I understand there can be some

13   variation.   As a physician, when you see a PSA rating

14   over 4, would that motivate you to investigate further?

15      A.   Could you repeat that question?   Are you

16   asking me of the 0.31 or the 4?

17      Q.   If you got a report that you had ordered, and

18   it came up with a reading that was above 4, would that

19   motivate you or encourage you to do further

20   investigation?

21           MR. HANSON:   Objection.   You may answer.

22           THE WITNESS:   Yes, sir.

23   BY MR. COOK:

24      Q.   Okay.   We went over this yesterday that the --

25   that Centurion follows the medical procedures

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  promulgated by the Florida Department of Corrections.  Is
 2  that a true statement?
 3       A.   I would say it's a -- it's a -- it's a good
 4  statement.  Yes, sir.
 5       Q.   Okay.  And are these formalized in -- as
 6  Health Services Bulletins?
 7       A.   Could -- could you repeat that question?
 8       Q.   Are those standards that -- do you understand
 9  that the Florida Department of Corrections promulgates
10  these standards, their procedures, in the form of Health
11  Services Bulletins?
12            MR. HANSON:  Objection.  You may answer.
13            THE WITNESS:  We -- yeah, we followed the FDOC
14       policies and procedures in HSB, but we also follow
15       the National Guidelines concerning certain
16       conditions.
17  BY MR. COOK:
18       Q.   Oh, okay.  Well, can you tell me about the
19  National Guidelines?
20       A.   I -- I'm not -- I -- it's been two years, sir.
21  I haven't been in direct contact with patient, direct --
22  patient direct contact, so I would not know.  At this
23  point, I would not know.
24       Q.   Okay.  Because I haven't heard about National
25  Guidelines before, just the Department of Corrections

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1    policies and procedures.  Who promulgates the National

2    Guidelines?

3         A.   Well, Mr. Cook, if you see the reference in

4    this lab work, it says NCCN Guidelines.  So that means

5    National Comprehensive Cancer -- I believe it's -- the N

6    stand for National Comprehensive Cancer -- I forgot

7    about the N.

8         Q.   Okay.  That's okay.  I'll look it up. So my

9    next question was going to be that we were told

10   yesterday that the Health Services Bulletins are

11   available to all your medical providers as needed. Is

12   that a fair statement?

13        A.   Could you repeat that again?  I'm sorry.  I'm

14   breaking out at times.

15        Q.   Okay.  Yeah.  Let me move closer to my

16   microphone.

17        A.   Okay.

18        Q.   We heard yesterday that a set of -- that a set

19   of the Health Services Bulletins are available.  My

20   impression was that they're available online to your

21   providers at Suwannee CR Annex.  Is that a true

22   statement?

23        A.   That's a correct statement.  Yes, sir.

24        Q.   Okay.  And the National Guidelines, the

25   National -- what did you say -- the CC --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    Comprehensive --
 2        Q.    Comprehensive Cancer and whatever the N is,
 3   which I'll certainly find out.
 4             MR. HANSON:  Mr. Cook, I believe the last N is
 5      Network.  Network.
 6             THE WITNESS:  Network, correct.
 7             MR. COOK:  Net --
 8             THE WITNESS:  Yes.
 9             MR. COOK:  Okay.
10             THE WITNESS:  Thank you.
11             MR. COOK:  Okay.  That's a new one on, me.
12      Comprehensive --
13             THE WITNESS:  Cancer Network.
14   BY MR. COOK:
15        Q.    Are those guidelines also available online for
16   your providers?
17        A.    Yes, sir.
18             MR. COOK:  Okay.  Okay.  So at this point, it
19      looks like we're still within the general guidelines
20      for the Safe PSA level.  Is that -- does that seem
21      to be correct?
22             MR. HANSON:  Objection.  You may answer.
23             THE WITNESS:  In the general -- in the general
24      population, I would say yes.
25   BY MR. COOK:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1         Q.   Okay.  The next -- and I'll ask that -- I'll

 2    move for number 5 to be admitted. My number 6 is also a

 3    laboratory report and it is -- it purports to have been

 4    taken, again, from Tomoka on July -- the report is dated

 5    July 6, 2020.  Do you see that?

 6              (PLAINTIFF'S EXHIBIT 5 MARKED FOR

 7              IDENTIFICATION)

 8         A.   It kind of looks blurry.  Yeah.  The document

 9    I'm -- I'm seeing right now, it says 7 -- July 6, 2020.

10    BY MR. COOK:

11         Q.   July 6, 2020.  I have that for the date of the

12    report.  Is that what I said?

13         A.   July 6, 2020?  Yes, sir.

14         Q.   Okay.  So I'll go down here and see where we

15    are on the PSA to that date. Okay.  It shows as being

16    0.27.  Is that what you see?

17         A.   Yes.  The document that I'm -- I'm looking at,

18    it says 0.27 PSA, total PSA.

19         Q.   Okay.  So I'll move that number 6 be admitted

20    and go on to number 7. And that is a report, appears to

21    be also from Tomoka, and the date of the report is 11-

22    10-2020. Let me make that a little bigger.  Does that

23    appear to be correct?

24              (PLAINTIFF'S EXHIBIT 6 MARKED FOR

25              IDENTIFICATION)
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1        A.    Yes.   The document I'm -- I'm looking at, it

 2  says November -- the date of the report says, November

 3  10, 2020, from Tomoka.

 4  BY MR. COOK:

 5        **Q.    Okay.  And the PSA total is, I guess, 0.23.**

 6  **Does that seem correct?**

 7        A.    It's a document I'm looking at, it says Total

 8  PSA 0.23.

 9            MR. COOK:  Okay.  Okay.  This is -- and I ask

10        that number 7 be admitted. This is my number 8, and

11        that is a Transfer Arrival Summary.  And for some

12        reason it's on Page 2. Let me get up to Page 1.  It

13        shows transferring from September 21, 2021 from

14        Moore Haven to, and it says DOC. But let me see if I

15        can find something that shows that as being RMC. I

16        don't see anything.  So I won't ask you to agree

17        that that's RMC, and I'll just -- failing to find

18        any reference to RMC, I'll just go on to my next

19        exhibit. Let's see.  Can I take a five-minute break

20        right now and check on my matter that I was speaking

21        of?

22            (PLAINTIFF'S EXHIBIT 7 MARKED FOR

23             IDENTIFICATION)

24        MR. HANSON:  Certainly.

25        MR. COOK:  Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1            THE REPORTER:  The time is now 10:44 and we are
 2       off record.
 3                (OFF THE RECORD)
 4            THE REPORTER:  The time is now 10:57 and we are
 5       back on record.
 6            MR. COOK:  Okay.  So I think I got through my
 7       Exhibit number 8 and I would ask that that be
 8       admitted, and let me put up my number 9.
 9                (PLAINTIFF'S EXHIBIT 8 MARKED FOR
10                IDENTICATION)
11  BY MR. COOK:
12       Q.   Okay.  Everybody still see -- no, I guess I
13  stopped sharing.  Oh, let me re-share my screen. Okay.
14  Number 9 should be up and that is the elevated PSA from
15  September 30, 2021.  And that is the - - that is the
16  above level elevated PSA test that was taken at RMC and
17  that shows RMC here. And let me make this a little
18  bigger. So I'll go down to the PSA reading, and that
19  shows the PSA total of 5.21.  Do you agree that that's
20  what the laboratory document says?
21       A.   The document that I'm looking at is from
22  August 21, 2021, the total PSA says 5.21 H.  Yes, I
23  would agree that that's what it says.
24       Q.   Does the H stand for high, do you know?
25       A.   Yes, sir.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  And I think you said that that was an
 2   August date.  I've got that the final report, the date
 3   of the report is --
 4        A.   September --
 5        Q.   -- 30-2021.
 6        A.   It says September 30, 2021.
 7        Q.   Okay.  Correct.  So do you agree that, at
 8   least according to the document, that that is out of the
 9   safe range generally?
10             MR. HANSON:  Objection.  You may answer.
11             THE WITNESS:  I would not know if that's --
12        that would be a correct statement.
13   BY MR. COOK:
14        Q.   Okay.  That's fine. My document number 10.
15   Computer's being a little bit slow, I apologize. Okay.
16   My document number 10 is -- it shows from RMC West and
17   it purports to document that -- and I don't know whether
18   you can -- let me make this a little bigger.  It's very
19   faint, but it says, consultations if needed.  Urology
20   for urgent.  And then that may be -- oh, follow up.  And
21   then a up arrow and then, PSA. Do you understand that as
22   conveying that there needs to be an -- a urology
23   referral because of the elevated PSA?
24             MR. HANSON:  Objection.
25             THE WITNESS:  Okay, could you rephrase that
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        question?  Because I'm confused.  Are -- are you
 2        asking me if I agree that that's what it says in
 3        there? Urology.
 4   BY MR. COOK:
 5        Q.   Right.  I guess what I'm asking you is, as a
 6   physician, how would you read that?  It's not, you know,
 7   kind of every day on the street language, but it appears
 8   to say urology for urgent F/U, up arrow PSA. How would
 9   you read that as a medical provider?
10        A.   Well, I would read it just as you said it.
11   Urology for urgent follow up, increased PSA.  Status
12   post-radiation in 2019.
13        Q.   What was -- what did you say the SP was?
14        A.   SP status post --
15        Q.   Oh, status -- s/P --
16        A.   Oh --
17        Q.   -- status post -- so status after the
18   radiation?
19        A.   Uh-huh.  Correct.
20        Q.   Okay.  I would ask that my 9 and 10 be
21   admitted. And I'm putting up my 11, which purports to be
22   a chronological record of healthcare from the reception
23   in medical center and someone changed the date here, but
24   it seems like it's trying to say October 4, 2021. Is
25   that how you read that?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1                (PLAINTIFF'S EXHIBIT 9 MARKED FOR

 2                IDENTIFICATION)

 3                (PLAINTIFF'S EXHIBIT 10 MARKED FOR

 4                IDENTIFICATION)

 5        A.   It sounds accurate.  10 -- October 4, 2021.

 6   BY MR. COOK:

 7        Q.   Okay.  And there is a note by an APRN named

 8   Leveen, L-E-V-E-E-N, stating, refer back to urology. Is

 9   that -- do I have that right?

10        A.   It sounds accurate, yes.  Refer -- refer back

11   to urology.

12        Q.   Okay.  And so I would ask to admit number 11.

13   And my number 12 is a Referral Sheet, a Consultation

14   Request.  And the document purports to show consultation

15   request/consultant's report. Is that a standard

16   Department of Corrections form?

17                (PLAINTIFF'S EXHIBIT 11 MARKED FOR

18                IDENTIFICATION)

19        A.   When it was paper chart, it looks like a

20   DOC669 form.

21   BY MR. COOK:

22        Q.   Okay.  And let's see, this says DC4-70 --

23        A.   702.  That's a referral.  Correct.

24        Q.   Okay.  Now I see that it appears that Mr.

25   Williams has signed this as of October 4, 2021.  Would
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   there be a response on a sheet like this stating whether
 2   the -- whether the referral was accepted or not?
 3       A.   Mr. Cook, I would be speculating if I say yes,
 4   because I was in RMC and our institution in a way worked
 5   different.  They do have the same way of submitting the
 6   form, but I'm not 100 percent sure if, at that time,
 7   they were doing what you're asking me, so --
 8       Q.   Okay.
 9       A.   -- I would be speculating if I say yes or --
10   or no.
11       Q.   Would you agree that all we know from this is
12   that it was filled out and signed?
13           MR. HANSON:  Objection.  You may answer.
14           THE WITNESS:  Signed by Mr. Williams?
15   BY MR. COOK:
16       Q.   Or, you know, filled out by someone whose
17   stamped says Leveen, and signed by someone who purported
18   to be Elmer Williams.
19       A.   It -- it looks, like, yes.  I -- I would agree
20   with you that that's what it says.
21       Q.   The next page also, probably the back of that
22   sheet, also blue, is blank.  Should -- if that was
23   received and processed by Utilization Management, would
24   there be any markings on this?
25           MR. HANSON:  Objection.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  I would be speculating if I say
 2        yes or no, because, again, that -- this is RMC
 3        Hospital, so they do things differently.
 4   BY MR. COOK:
 5        Q.   Okay.  But by the terms of the document, it
 6   says, date -- you have, and that's blank, and it -- and
 7   the date scheduled, that's blank, and completed, yes or
 8   no, that's blank.  And see DC4-701 for alternative
 9   treatment plan, yes, no.  That's blank. Would you agree
10   that we can't determine from this document whether it
11   was received or processed?
12              MR. HANSON:  Objection.  You may answer.
13              THE WITNESS:  I -- I would -- again, I would
14        not know what would be their process of handling a
15        form like this one.
16              MR. COOK:  Okay.  Understood.  But I'm going to
17        submit my number 12.
18              (PLAINTIFF'S EXHIBIT 12 MARKED FOR
19              IDENTIFICATION)
20   BY MR. COOK:
21        Q.   And my number 13 is just a Transfer Arrival
22   Summary.  It purports to be from RMC West to Moore
23   Haven. Is that how you read that?
24        A.   I think 5-11 -- yes, state institution.
25        Q.   Yeah.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.    Yes, sir.

 2        Q.    And is it dated October 7, 2021?

 3        A.    Yes.  The document I'm looking at, it says

 4   10-7-2021.

 5        Q.    Okay.  Do you see these transfer arrival

 6   summaries when they come in?

 7        A.    In general, not all of them.  That's why we

 8   have providers that help with this --

 9        Q.    Sure.

10        A.    -- reviewing this type of form.

11        Q.    Okay.  Would it be fair to say that these are

12   forms where one institution is supposed to let another

13   institution know what they're getting with the -- with

14   the inmate, medical status and so forth?

15            MR. HANSON:  Objection.  You may answer.

16            THE WITNESS:  Are -- are you -- could you

17        rephrase that?  Could you be more specific?  Are you

18        -- are you talking to a specific or in general?

19   BY MR. COOK:

20        Q.    I'm talking in general about the purpose of a

21   transfer arrival form and what it is designed to

22   accomplish, and asking whether, in general, it is

23   supposed to provide information, including medical

24   information about the inmate that they are receiving?

25        A.    Yes.  I would agree with you, yes, sir, I
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   would agree with you.
 2           MR. COOK:  Okay.  Now the next thing I have is
 3      the same, and I would ask that 13 be admitted.
 4           (PLAINTIFF'S EXHIBIT 13 MARKED FOR
 5           IDENTIFICATION)
 6   BY MR. COOK:
 7      Q.   My 14th is the same thing, but it purports to
 8   be a Transfer Arrival Sheet from Moore Haven to your
 9   institution.  So I see that this date appears to be
10   November 8, 2021.  And I'm assuming that transferring
11   from MHCRF, I suppose is Moore Haven Corrections and
12   Rehabilitation Facility?  Would you read that as meaning
13   a transfer on that date to that place?
14      A.   The document -- oh, sorry.  Yes.  The document
15   that you were showing me, there you go.  The document
16   that you are showing, it's -- it is dated November 8,
17   2021, and it says, transfer from MHCRF.
18      Q.   Would you take that as being Moore Haven
19   Correctional and Rehabilitation Facility?
20      A.   Yes, sir.
21      Q.   Okay.  Now --
22      A.   It was a reception facility.
23      Q.   Oh, okay.
24      A.   Moore Haven Correctional Reception Facility.
25      Q.   Okay.  Got it.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        A.   We see --

 2        Q.   And let's see.  It does state on Page 2 that

 3   there is -- it says, urology pending.  It says, is

 4   inmate in chronic clinic?  Yes.  Consult needed?  Yes.

 5   Urology pending. I don't know what GS is.  Would you

 6   read that to that effect?

 7             MR. HANSON:  Objection.  You may answer.

 8             THE WITNESS:  The document I'm looking at,

 9        which is the DC4-7608, it says, urology pending,

10        question mark, GS.

11   BY MR. COOK:

12        Q.   And do you see a stamp by Tony Abbott on here?

13        A.   I do see it, yes.

14        Q.   Does that typically mean that Mr. Abbott

15   reviewed the document?

16        A.   Yes, sir.

17        Q.   And if you had reviewed the document, then

18   your stamp would be on it as well; is that fair?

19        A.   If I -- you're asking me if -- if I would've

20   review it, I would've stamp it?

21        Q.   Yes.

22        A.   Not necessarily if he had seen him already.

23        Q.   Okay.  So you might review it, but not stamp

24   it?

25        A.   I'm not -- I might -- I might have seen it,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1    but I was not required to stamp it.
 2              MR. COOK:  Okay.  Okay.  Now I put this
 3         exhibit, this is number 15, and I will also ask that
 4         14 be admitted.
 5                   (PLAINTIFF'S EXHIBIT 14 MARKED FOR
 6                   IDENTIFICATION)
 7    BY MR. COOK:
 8         Q.   The 15, it just purports to be a chronological
 9    record dated November 17 showing that Licensed Nurse
10    Cannon did an intake.  Is that your understanding of
11    what this document is meaning?
12         A.   Yes.  The document I'm -- I'm seeing is the
13    DC4 -- looks like the DC4-701.  And it could -- it could
14    mean an intake from Ms. Cannon.
15         Q.   This -- these initials, WNL, does that mean
16    within normal limits?
17         A.   Yes, sir.
18         Q.   Okay.  So is -- would that have the meaning of
19    the -- there are no abnormal conditions?
20              MR. HANSON:  Objection.  You may answer.
21              THE WITNESS:  No, sir.  That would mean that at
22         the time that he -- the intake was taken, the
23         patient was stable enough and -- and she would've
24         wrote it like within normal limits.
25    BY MR. COOK:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  So it says, inmate released to security
 2   staff at this time.
 3             So basically he's in the hands of the
 4   corrections officials, correct?
 5        A.   I would be believe so, yes, sir.
 6        MR. COOK:  So I would ask that my number 15 be
 7     admitted.
 8             (PLAINTIFF'S EXHIBIT 15 MARKED FOR
 9             IDENTIFICATION)
10   BY MR. COOK:
11        Q.   My number 16 is also a chronological record of
12   healthcare and this is also stamped by Tony Abbott.
13   Would you agree?
14        A.   Based on the document I'm looking at, yes.  It
15   says Tony Abbott, APRN.
16        Q.   Do you -- can you read the section that says,
17   Plan, beginning with urology referral?
18        A.   It says, "Urology referrals urgent.  Placed on
19   10-4-21.  Was this submitted to UM or to Mark?  Seen by
20   general surgery for hernia on 4-28-21, and recommended
21   surgical repair of RIH," which translate into right
22   inguinal hernia, "Was a pre-approval completed and
23   submitted?  See RX for medication renewals."
24        Q.   Who would that question be posed to?
25        MR. HANSON:  Objection.  You may answer.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  I would not -- I would not know
 2       because it's not my note, Mr. Cook.  I mean, I could
 3       guess.  I would be speculating if I say, well, that
 4       could have been for Ms. Pearson, which name is
 5       there, or it could have been for medical record. So
 6       again, I -- I would be speculating because it's not
 7       my personal note.
 8  BY MR. COOK:
 9       Q.   Do you know who Taylor Langley is?
10       A.   Ms. Taylor?  Could you repeat that name?
11       Q.   Do you know who Taylor Langley is?
12       A.   I do not.  I do not.  It might have been one
13  of the staff member from medical record.
14       Q.   That is my impression.  I saw that name in a
15  form that said that relating to medical records, so that
16  was my impression that that was a clerk in medical
17  records. And if I understood you just now, you said that
18  one of the possibilities would be that that could be a
19  question posed to a records clerk.  Is that what you
20  were trying to convey?
21              MR. HANSON:  Objection.  You may answer.
22              THE WITNESS:  Again, it would've -- it -- I
23       would be speculating because I -- it was not my
24       note. It could have been a question for Ms. Pearson,
25       that I see her note, her stamp there and signature,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        for her to answer those questions and find out what
 2        would've happened with the pre-approval, or it could
 3        have -- it could have been for medical record.
 4        Again, it's not my note.  I wish I could just be
 5        more specific on your -- on your question.
 6   BY MR. COOK:
 7        Q.   I -- I'm looking at this note in red, which
 8   appears to say, "Noted 11-19-21 at 1:45," and then it
 9   looks like the letter M, which could be the M in M.
10   Pearson. Do you read that as I do?
11             MR. HANSON:  Objection.
12             THE WITNESS:  M? M, yeah, I see.  It says M.
13        Pearson and it says, "Noted 11-19-21 at 1451," it
14        looks like.
15   BY MR. COOK:
16        Q.   Oh, okay.  That sounds -- I said 4:51, but
17   yeah, that must be 1451.  And then the letter M.  Does
18   that tell you anything?
19        A.   No -- no, sir.  I couldn't answer.  No, sir.
20   It could have -- could have been her signature or just
21   -- yeah, I -- I would not know.
22             MR. COOK:  Okay.  So I would submit number 16
23        for admission.
24             (PLAINTIFF'S EXHIBIT 16 MARKED FOR
25             IDENTIFICATION)
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1           MR. COOK:  And my next record is my number 17,

 2      and that is a chest pain protocol.

 3             (PLAINTIFF'S EXHIBIT 17 MARKED FOR

 4             IDENTIFICATION)

 5  BY MR. COOK:

 6      Q.   Are you familiar with that form of document?

 7      A.   Yes, sir.

 8      Q.   So if somebody complains about chest pain, is

 9  this typically the document that would be filled out?

10           MR. HANSON:  Objection.  You may answer.

11           THE WITNESS:  It is a chest pain protocol

12      completed by nursing.  I would say -- could you

13      scroll down a little bit just to make sure --

14  BY MR. COOK:

15      Q.   Sure.

16      A.   -- that I'm looking at the --

17      Q.   Before I scroll down, would you agree that

18  this says 11-23-21?

19      A.   Yeah.  Yes.  The document I'm looking at, it

20  says, November 23, 2021.

21      Q.   Okay.  And then as I scroll down, I see it

22  appears to say, "Does pain radiate?"  And he says, yes.

23  And then all the way to the legs.  Is that -- did you

24  read that in that way?

25           MR. HANSON:  Objection.  You may answer.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  I -- I agree that it does -- it
 2        does say, "Does pain radiate?"  And it looks like
 3        it's marked yes.  And then it says, "All."  I having
 4        issues with all.  If it's start at HT ways to LAS,
 5        legs.  Yeah. I mean, not clear.
 6   BY MR. COOK:
 7        Q.   The handwriting is not the best.
 8        A.   Yes, it's confusing.
 9        Q.   Do you -- do you agree that the symptoms
10   section -- additional symptoms says legs locking up?
11        A.   I read that the document -- document I'm
12   looking at, it says others and it says legs locking up.
13        Q.   Okay.  And then finally we have a Jason Howell
14   and stamped by Tony Abbott.  Would you conclude that
15   that was -- that the review was done or the document was
16   filled out by Jason Howell and reviewed by Tony Abbott?
17              MR. HANSON:  Objection.
18              THE WITNESS:  Based on the document I'm looking
19        at, I would believe that he reviewed this document,
20        stamped and signed it.
21   BY MR. COOK:
22        Q.   Okay.  That Tony Abbott reviewed and stamped?
23        A.   Correct.
24        Q.   Okay.  And would you agree that Jason Howell
25   actually created the document?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1              MR. HANSON:  Objection.
 2              THE WITNESS:  It looks like -- it looks like he
 3         signed and stamped the document.
 4    BY MR. COOK:
 5         Q.   Okay.  And it says, "Signature and stamp print
 6    of person completing form."  Is that correct?
 7         A.   "A signature and stamp/print of person
 8    completing form."  Yes, sir.
 9         Q.   All right.  Thanks.  Let's see.  I think
10    there's a Page 2 here.  Do you read the thing checked on
11    severe chest pain?
12         A.   Severe chest pain is checked.  That's correct.
13         Q.   Okay.  And what -- stat EKG.  What does that
14    mean?
15         A.   Stat EKG means that it needs to be done
16    immediately.
17         Q.   Okay.  Is that an electrocardiogram?
18         A.   Yes, sir.  Correct.
19         Q.   I believe there will be an electrocardiogram
20    somewhere in the records?
21              MR. HANSON:  Objection.
22              THE WITNESS:  I would not know.  This -- this
23         happens what day?  Sorry.  I lost track on the date
24         of the document.
25    BY MR. COOK:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1        Q.   11-23.

2        A.   11-23.  So I would --

3        Q.   It was written on the --

4        A.   I would guess that the EKG should have been

5   inside the paper chart.

6             MR. COOK:  Okay.  I think we're still

7        completely in paper at this point.  I guess

8        electronic medical records as I understand it from

9        yesterday are going to go live on December 2nd of

10       this year of 2021. But in any case, I would submit

11       my number 17, and this is my number 18, which

12       purports to be a pre special housing health

13       evaluation.

14             (PLAINTIFF'S EXHIBIT 18 MARKED FOR

15             IDENTIFICATION)

16   BY MR. COOK:

17       Q.   What is that?

18       A.   The pre special housing health evaluation,

19   it's when a patient is being placed in a either in

20   confinement or a special housing.  Could be SHOS,

21   anywhere outside the general population, including --

22       Q.   When you say -- I'm sorry.

23       A.   Yeah.

24       Q.   When you say SHOS, are you talking about

25   S-O-H-S?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1         A.    Correct.

 2         Q.    Okay.  Is that self harm observation status?

 3         A.    Self harm part observation status.  Correct.

 4         Q.    Okay.  So he could be being placed in

 5   confinement or in some kind of special observation.  Is

 6   that your understanding?

 7         A.    Are you -- are you talking about Mr. William

 8   or in general?

 9         Q.    I'm talking about Mr. Williams.  If this is --

10   if this relates to him.

11               THE WITNESS:  Yes.

12               MR. HANSON:  Objection.

13               THE WITNESS:  I would say yes.

14   BY MR. COOK:

15         Q.    Okay.  So he has -- he also here states his

16   legs are numb, correct?

17               MR. HANSON:  Objection.

18               THE WITNESS:  I'm reading from the document.

19         Just kind of blurry.  The first word.  I can read it

20         says his legs.  Yeah, I can't -- I -- it kind of --

21         can't understand it.  Says leg, his leg or it's not

22         clear.

23   BY MR. COOK:

24         Q.    On the next line does it say are numb?

25         A.    Numb.  Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

49

```
 1        Q.   Okay.  Were you aware that he was placed in
 2   confinement for refusing to walk?
 3             MR. HANSON:  Objection.
 4             THE WITNESS:  No, I wasn't.  I was not aware
 5        that he was in confinement.
 6             MR. COOK:  Okay.  I think this number, this
 7        next document here is the one that we just looked
 8        at. My number 17.  The -- yeah, the November 23,
 9        that's just repeated here.  So we can ignore that.
10        But I would submit my number 18 for admission.  And
11        I'm pulling up a number 19, which is an inmate
12        request.
13             (PLAINTIFF'S EXHIBIT 19 MARKED FOR
14             IDENTIFICATION)
15   BY MR. COOK:
16        Q.   Do you remember seeing this?
17        A.   I -- I do not.  I do not remember seeing this.
18        Q.   Okay.  It looks like it was originally made
19   out to medical and then it was checked instead to the
20   warden, but it appears to say that it was -- went to, is
21   that medical administration?
22        A.   I would guess that is medical administration.
23        Q.   There's another stamp down below that may be
24   easier.
25        A.   Yeah.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

 1     Q.   Okay.  It was answered by, I guess Ms. Corbin

 2  in the -- an administrative assistant.  Does Ms. Corbin

 3  work for Centurion?

 4     A.   To my knowledge, yes.

 5     Q.   Okay.  What you see here and I -- if you -- if

 6  you want to read it, I can just leave it there for a

 7  bit, but there's going to be a second page.  For present

 8  purposes I just wanted to confirm that it appeared to

 9  have been circulated to medical that was written on

10  December 4, 2021, at least purports to have been written

11  on that date and that it was received at December -- on

12  December 13, 2021 or purports to have been received on

13  that date and responded to on 12-21-21.  Can you agree

14  with those statements?

15         MR. HANSON:  Objection.

16         THE WITNESS:  I would have to read it.  Could

17     you allow me to read it?

18  BY MR. COOK:

19     Q.   Yeah, absolutely.

20     A.   Let me see.  Okay.  And then can we scroll

21  down?

22     Q.   Sure.  Why don't I go down to the second page

23  and then back up to the response?

24     A.   Okay.

25     Q.   Oops.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1     A.   No, I -- I have not seen this -- this document

 2  before.

 3     Q.   Okay.  You want to continue reading?

 4     A.   No, no, it's fine.  I -- I have not seen this

 5  document before.

 6     Q.   Okay.  Do you want to see the response?

 7     A.   So what was your question?  I'm sorry, Mr.

 8  Cook.

 9     Q.   Oh, okay.  I just wanted to -- I think I was

10  asking you about the dates.

11     A.   Okay.

12     Q.   But yet -- oh, and there was another place

13  where the medical administration -- yeah.  Here it is.

14  On Page 2, it says, "Medical mitten 20 CI."  Is that the

15  medical administration?

16     A.   I would -- I would -- I would guess that it

17  says yes, medical administration.  I mean, it says

18  admin, but I would -- I would agree that it's medical

19  administration.

20     Q.   Would that be the same as Centurion?

21     A.   I would imagine.  Yes, sir.

22     Q.   Okay.  And then the other thing I wanted to

23  confirm with you is the dates that are purported to be

24  written on December 4, 2021, that purported to be

25  received on December 13, 2021 and that purport to be

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1  answered on December 21, 2021.  And you agree just the
 2  purports to?
 3       A.   So the document says December/21/2021, but I
 4  would have no saying if it was written that day or it
 5  was turned in that day.  So I have no idea how the
 6  administration works in that sense.
 7       Q.   Okay.  Fair enough.  But can you agree that it
 8  purports to have been written on December 4th?
 9            MR. HANSON:  Objection.
10            THE WITNESS:  I would not know based on -- on
11       this document.
12  BY MR. COOK:
13       Q.   Okay.  Can you agree that it purports to have
14  been received on December 13th?
15            MR. HANSON:  Objection.
16            THE WITNESS:  I would -- I would've guess that
17       it was received on December 18.
18  BY MR. COOK:
19       Q.   Well --
20       A.   -- understanding if it's 18.  18-2021.
21       Q.   Let me make it bigger.
22       A.   Yeah, this -- oops.
23       Q.   Let's see that.  Oh, okay.  Here it is.  Does
24  that look like 18 or 13?
25       A.   That's a great question because I -- I cannot

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   distinguish if it is 18 or 13.
 2          MR. COOK:  I don't think I can either.  All
 3       right.  So we're unsure about that.  Let me ask that
 4       my 19 be admitted and go on to my number 20, which
 5       is a sick call request.
 6              (PLAINTIFF'S EXHIBIT 20 MARKED FOR
 7              IDENTIFICATION)
 8   BY MR. COOK:
 9       Q.   And now we're halfway through.  This purport
10   to be a sick call request dated 12-31-2021.  And do you
11   -- did you have a registered nurse named Jonas?
12       A.   If I'm not mistaken, we used to have a -- a
13   nurse called Ms. Jonas.  That's her last name.
14       Q.   Okay.
15       A.   Ms. Jones.  Ms. Jones.  Ms. Jones.
16       Q.   Yeah.  That would've been triaged, I guess, by
17   Ms. Jonas on a routine basis according to this, if I
18   understand it correctly.  Does this purport to raise a
19   concern that his ankles are badly infected and swollen?
20          MR. HANSON:  Objection.
21          THE WITNESS:  Again, I would not -- I mean,
22       this is a subject -- subjective complaint of a
23       patient. You're asking me if I would agree that
24       that's what it says there?
25   BY MR. COOK:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        Q.   Yeah, just the -- would you agree that that's
 2   what it says?  I -- I'm not asking you for the truth or
 3   --
 4        A.   Yeah, I would agree that it says, "My ankles
 5   are badly infected."  "Ankle."
 6        Q.   Right.  And the problem started three weeks
 7   ago.  Is that also accurate as to what it reports?
 8        A.   That's what it looks like.  Yes, sir.  That's
 9   what it looked like.
10        Q.   And let's see.  The nurse completing sick
11   call. Does that indicate that Jason Howell completed the
12   sick call?
13            MR. HANSON:  Objection.
14            THE WITNESS:  I would not know either if that
15        was him completing the triage or answering the sick
16        call.
17   BY MR. COOK:
18        Q.   This date --
19        A.   I wouldn't know.
20        Q.   Date patient assessed by nurse.  And it looks
21   to me like 1-9-21, but I could be wrong.  It could be a
22   seven or something else that's been written over and
23   that it's signature stamp of nurse completing sick call
24   is clearly Jason Howell.  Would you agree to that?
25        A.   I'll be -- I'll be guessing on the date
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  because like you said, it's kind of confusing.  And

2  someone probably wrote on top of another number, but it

3  does say it's Jason Howell and what appears to be his --

4  his signature.

5       Q.   Okay.  Would you agree that it that it

6  purports to be triaged on January 2, 2022?

7            MR. HANSON:  Objection.

8            THE WITNESS:  I would not know either if that's

9       the day that was filled out or was received by the

10      nurse --

11  BY MR. COOK:

12      Q.   It looks like --

13           THE WITNESS:  I would guess, I would guess that

14      it was picked up by Ms. Jonas on that specific day.

15           MR. HANSON:  And Dr. Figueroa, just a reminder,

16      please don't speak over Mr. Cook for the court

17      reporter.  Thank you.

18  BY MR. COOK:

19      Q.   Oh, let me move it back a little bit.  Does

20  that look to you, like date received?

21           MR. HANSON:  Objection.

22           THE WITNESS:  It's blurry.  Again, I would be

23      guessing that says date received.

24           MR. COOK:  Okay.  Well, I agree that it's hard

25      to read.  Let me just ask that my number 20 be

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1        admitted. And let me put up my number 21, which will
2        purport to be an infirmary progress record showing
3        that a PSA 21 has been reported.
4               (PLAINTIFF'S EXHIBIT 21 MARKED FOR
5               IDENTIFICATION)
6    BY MR. COOK:
7        Q.   Does that seem accurate to you?
8               MR. HANSON:  Objection.  You may answer.
9               THE WITNESS:  It's -- from the document --
10       document I'm looking at, it says, "Lotmore will
11       reflect elevated PSA 21.0.  I would like follow up
12       with urology urgently."  Yes, sir.
13   BY MR. COOK:
14       Q.   And we have a date of service there of
15   1-11-22. Is that correct?
16       A.   I concur with you 1-11-2022.
17              MR. HANSON:  Mr. Cook, could you scroll through
18       the whole document just to give Mr. Figueroa or Dr.
19       Figueroa an opportunity to review it before he
20       testifies about it?
21              MR. COOK:  Let me do that and I'll do it
22       slowly.  If I'm moving too fast, let me know.
23              THE WITNESS:  It's okay.
24   BY MR. COOK:
25       Q.   Okay.  That appears to be the end.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.    Okay.
 2        Q.    Do you remember signing that document?
 3        A.    Yes, sir.
 4            MR. COOK:  Okay.  Let me ask that my number 21
 5      be admitted and I'm putting up a 22.
 6            (PLAINTIFF'S EXHIBIT 22 MARKED FOR
 7            IDENTIFICATION)
 8            MR. COOK:  Now while we're waiting for that,
 9      I'm more than halfway finished, but the noon hour is
10      coming up.  And so I wonder whether people want to
11      take a break for lunch or keep on going.
12            MR. HANSON:  I'm happy to continue pushing
13      through and just taking a lunch after.
14            MR. COOK:  Okay.  Madam Court Reporter?
15            THE REPORTER:  I'm okay with that.
16            MR. COOK:  Tom?
17            MR. BUCHAN:  I'm good with that.
18            MR. COOK:  Dr. Figueroa?
19            THE WITNESS:  I agree with that.
20            MR. COOK:  Okay.  How about you, Brian?
21            MR. WAHL:  Yeah.  Pushing forward sounds great.
22            MR. COOK:  Okay.  I'll go as fast as I can. I'm
23      not naturally fast.
24  BY MR. COOK:
25        Q.    Okay.  So this is purports to be an informal -
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    - infirmary progress record.  In the old paper forms I

2    always saw chronological record or chronological note,

3    one of those.  Is infirmary progress record the

4    equivalent to under the EMR?

5        A.   It -- it -- it -- it would be the same.  It

6    would be the -- the forms are the same.  It's just that

7    there are now electronically embedded in the system.  So

8    the -- the forms are the same, the 701, 702, which is a

9    referral.  We used to in this particular case, if I may

10   because we were transitioning from paper charts to EMS

11   was a kind of confused -- confusion on how to document

12   or attach one document with the other one.  But that was

13   more like the scheduling issue.

14       Q.   Okay.  And still occasionally you have to

15   insert paper records, right?

16       A.   Excuse me?

17       Q.   I say still occasionally you have to insert

18   paper records even with your MRI system, correct?

19           MR. HANSON:  Objection.

20           THE WITNESS:  It -- I'm not sure I'm

21      understanding the question.  If it's in this

22      particular case or in general.  But if -- if I may,

23      if a study, an imaging study is done outside DOC,

24      then they would bring that paper or document it and

25      scan it to the system.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

BY MR. COOK:

Q.   Yeah.  That's what I mean.

A.   Okay.

Q.   It seems like I've seen that.  The, I guess
the grievances would be like that.  They would be
scanned and added into the electronic system.  Is that
fair?

A.   Yes, sir.

Q.   Okay.  So I've increased the size a little
bit. Could you read this section under comments?

A.   Comment says, "Patient out of bed, sitting up
in the wheelchair.  Orderly assisted IMP bag in bed,
dressing to right and left ankle done.  Dressing off.
Foul odor coming from wound on left ankle.  Currently on
Cipro, 500 milligrams twice a day.  Alert and oriented
times three.  Complain that WD," I could guess wound.
"Wound care was not given for the last two days. Patient
states he will be glad when he has his MRI done to find
out what is going on.  Report will be given to oncoming
nurse.  Respiration even and unlabored."

Q.   Okay.  Is IMP, does that stand for inmate
patient?

MR. HANSON:  Objection.  You may answer.

THE WITNESS:  I would not know because I don't
use those terms.  IMP.  In -- I -- I have no idea.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1       IMP.
 2   BY MR. COOK:
 3       Q.   Okay.  I see that sometimes.  And what did you
 4   say A&O x 3 means?
 5       A.   Alert and oriented times three.
 6       Q.   Oh.  Okay.  Okay.  Thank you.  And that was
 7   signed by you.  Do you remember signing that?
 8       A.   I signed off on her notes.  Yes, sir.
 9       Q.   I'm sorry.  You signed what?
10       A.   I -- I signed.  I'm sorry.  I signed the -- I
11   signed the note on 1-13-20 --
12           MR. COOK:  Okay.  So let's see.  I'll ask to
13       admit my Exhibit 22 and bring up number 23.
14           (PLAINTIFF'S EXHIBIT 23 MARKED FOR
15           IDENTIFICATION)
16           MR. COOK:  Maybe if I close some of these, it
17       will speed up a little bit.  Although I can bring
18       something back up if anybody needs to look at it.
19           MR. HANSON:  Mr. Cook.  While I don't need a
20       lunch break, might we take a five minute comfort
21       break when you're at a good stopping point?
22           MR. COOK:  Okay.  Let's just get through this
23       one and then we can take -- how much time should we
24       take?
25           MR. HANSON:  I'm okay with five minutes.  I
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1         don't think that I would need more than that.
 2              MR. COOK:  Okay.  Five minutes would be fine
 3         with me.  Let's just do this.
 4    BY MR. COOK:
 5         Q.   Could you read the notes under, this is my
 6    Exhibit 23, which purport to be a wound evaluation and
 7    treatment record.  Could you read the -- let's see. Date
 8    of service is February 2, 2022.  Could you read the text
 9    under wound evaluation and treatment record?
10         A.   The document is dated on 2-2-2022.  It says,
11    "Wound locations, right perineal area.  Type of wound,
12    other, explained.  Extensive necrotizing fasciitis.
13    Drainage type, serosanguinous.  And draining -- drainage
14    amount small.  Treatment, others.  Explained clean with
15    normal saline, apply dry gauze daily.  Measurements
16    every Thursday."  And then do you want me to continue?
17         Q.   No, I think that's enough.  I just need to ask
18    you, what does perineal mean?
19         A.   Perineal?  I mean, look at again, just to make
20    sure that I'm answering correctly.  It -- it'll -- it'll
21    be around the -- the pelvic area.
22         Q.   Okay.  Could that be the buttocks wound?
23         A.   It could -- it could be.  It's a general term.
24    It's not specific to -- it's like says the right leg.
25    Right?  So in this case, it's in the area close to the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  buttocks.
 2         MR. COOK:  Okay.  Got it.  Okay.  Well, it
 3     would be fine with me.  If we want to take a five
 4     minute break.  No question pending.  I'm going to
 5     get my next exhibit up when we come back.
 6         THE REPORTER:  The time is now 11:54 and we are
 7     off record.
 8            (OFF THE RECORD)
 9         THE REPORTER:  The time is now 12:00 and we are
10     back on record.
11  BY MR. COOK:
12     Q.   Okay.  I've managed to preload a number of my
13  exhibits, so hopefully things go faster.  Let me share.
14  Okay.  Dr. Figueroa, I have my Exhibit 4 up. And the
15  thing I want to ask you, it purports to be an infirmary
16  progress record dated February 14, 2022.  And in
17  comments, I see, "I have an abscess over my left cheek
18  and I have a discharge around my foley."  Do you
19  understand left cheek to mean the buttock's cheek?
20         THE WITNESS:  Yes.
21         MR. HANSON:  Objection.
22         THE WITNESS:  Yes, sir.
23         MR. COOK:  Okay.
24         THE WITNESS:  Yes.  Based on my notes, I have
25     wrote, I have an abscess.  I mean, that's a
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1          complaint. That's a subjective complaint of the

 2          patient.  So I'm trying to write what the patient is

 3          verbalizing.  So I'm using his own words.

 4               MR. COOK:  Okay.  And what is the foley refer

 5          to?

 6               THE WITNESS:  Excuse me?  I -- I kind of break

 7          that -- did -- did you --

 8     BY MR. COOK:

 9          Q.   It said he says, 'I have a discharge around my

10     Foley."  Is that a catheter?

11          A.   That is a catheter.  Yes, sir.

12          Q.   Okay.  So that would be a urine catheter?

13          A.   A urinary catheter.  Yes.

14          Q.   Okay.  And I see right at the end it says,

15     "Discharge from the infirmary."  Is that -- so is that

16     the point at which he returns to the dormitory?

17          A.   That is a patient being discharged from the

18     infirmary and that he would go back to his housing or

19     dorm or -- dorm.

20          Q.   And it says a patient will be discharged with

21     a wheelchair so he can get around while -- I can't

22     understand that.

23          A.   Wheelchair so he can get around while he --

24     well, yeah, I think that's a misspelling there.  Well,

25     it's being worked out.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1        Q.   Oh, okay.  So I remember seeing some documents
 2   in the file that say that he was denied a permanent
 3   wheelchair prior to release from the infirmary.  Is this
 4   wheelchair that is being provided now, is that a
 5   permanent wheelchair?
 6             MR. HANSON:  Objection.
 7             THE WITNESS:  I think -- I think it -- the
 8        question it is kind of -- the assessment or the --
 9        the way the question is -- it's kind of inaccurate -
10        - inaccurate.  I don't -- are you asking me if he
11        was denied a wheelchair?
12   BY MR. COOK:
13        Q.   Well, what I'm asking you specifically is when
14   it says patient will be discharged with a wheelchair, is
15   that and I understand that there's a difference between
16   a temporary wheelchair pass, which is for a person with
17   a temporary condition or a permanent wheelchair pass for
18   someone who has a permanent condition.  What -- do you
19   know which it is from that?
20        A.   No, sir.  Based on that note right there and
21   knowing that this happened three years ago, I have no
22   recollection if at that time a temporary wheelchair was
23   given -- a pass, or a permanent one.
24        Q.   But the pass would be somewhere in the medical
25   records, wouldn't it?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.   It would be -- it would be, or it would be in
 2   the EMR at that time.
 3        Q.   Okay.  Let's see what else we've got.  Well,
 4   let me ask you about this, where it says, and I see this
 5   a lot, benign -- at the point that it is concluded that
 6   his cancer has spread, it's no longer benign
 7   hyperplasia, is it?
 8             MR. HANSON:  Objection.
 9             THE WITNESS:  It -- it's a -- it's a good
10        question, Mr. Cook.  It's a -- this is the way we
11        document, even if you are -- even if you don't have
12        the condition, the way the EMR works, and our prior
13        paper charts documentation, you leave the history of
14        the Page -- that's part of the history.  So --
15   BY MR. COOK:
16        Q.   Okay.
17        A.   -- that diagnosis being there doesn't mean
18   that he does have the benign hyperplasia of prostate.
19   It could have -- it could have mean that he had it in
20   the past.
21        Q.   Okay.  I think I understand you.  You're
22   saying that he has a history of having had a benign
23   hyperplasia of prostate.  Is that -- do I understand
24   that accurately?
25        A.   He could, correct.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        Q.   Yeah.  Doesn't mean he has it now, but that --
 2   that's part of his history.  Okay.
 3             MR. COOK:  Ask that my 24 be admitted.
 4             (PLAINTIFF'S EXHIBIT 24 MARKED FOR
 5             IDENTIFICATION)
 6   BY MR. COOK:
 7        Q.   Number 25, I put this in there just to see if
 8   I correctly understood that he is now -- that these new
 9   values show that he's now part of the -- you know, that
10   he's back in corrections housing, not medical.
11        A.   Excuse me.  I -- I'm sorry.  Are you asking me
12   if -- if that's what that means?
13        Q.   Yeah.  Is that the significance of this where
14   they, you know, publish the work assignment and --
15        A.   Oh, I would not know, Mr. Cook.
16        Q.   Okay.  I guess I'm really just trying to
17   figure out why I put that in there.  But Page 2 here,
18   obviously this relates to his new PSA level, which
19   apparently is 43.40 at this point.  Is that --
20        A.   The document I'm looking at, it says process
21   specific Ag, antigen, it's 43.4.
22        Q.   Okay.  So that would be the -- as of February
23   16, 2022, he has this new PSA value; is that correct?
24             MR. HANSON:  Objection.
25             THE WITNESS:  I would agree with -- I would
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        agree that the document I'm looking at says date of
 2        service 02-16-2022 and it's elevated.  Yes.  It's
 3        elevated.
 4   BY MR. COOK:
 5        Q.   Okay.  I think that's all I wanted to ask on
 6   this.  I suppose that this is the EML equivalent of the
 7   lab report; is that correct?
 8             MR. HANSON:  Objection.  You may answer.
 9             THE WITNESS:  I -- I would not know.  I -- I
10        would not know how to answer that question because I
11        don't know the protocols in -- in -- in this
12        document.
13   BY MR. COOK:
14        Q.   Okay.  This is the only thing that I saw that
15   purported to stated what the levels were.  And so I made
16   that assumption, maybe I'm wrong.
17             MR. COOK:  Okay.  Signed by Tony Abbott.  I
18        would ask that 25 be admitted.
19             (PLAINTIFF'S EXHIBIT 25 MARKED FOR
20             IDENTIFICATION)
21   BY MR. COOK:
22        Q.   And my 26, I think you answered my question
23   for 26.  Oh, this shows that he's a medical grade 3; is
24   that right?
25        A.   It says care and medical grade 3.  Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  And I understand you tell me if I'm

2   right, that M5 is inpatient?

3      A.   M5.  It would be an -- an inpatient.  Yes.

4      Q.   Okay.  And --

5      A.   And can I add something, Mr. Cook?

6      Q.   Sure, please do.

7      A.   M5 would have -- an M5 mean that he would have

8   been an inpatient if it -- if it stays over 30 days in

9   the infirmary.  Like if a patient comes to our infirmary

10   for an acute condition, obviously it depends on the

11   provider whether he wants to increase his medical grade,

12   let's just say from 1 to 3 or 1 to 2.  And then once

13   those 30 days goes by, if the patient is going to be

14   housed in the infirmary, then we would change that M

15   grade to an M5.

16      Q.   Okay.  And what would -- what would be the

17   significance of an M4?

18         MR. HANSON:  Objection.

19         THE WITNESS:  An M4 in general, what it means

20      that -- is that -- that it's the frequency that --

21      that patient is going to be -- probably be seen.

22   BY MR. COOK:

23      Q.   Okay.  So that has significance for the

24   chronic illness clinics?

25      A.   Excuse me.  I'm sorry?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1        Q.   Does that -- M4 does that have that frequency

 2    have -- affect the frequency of the chronic illness

 3    clinics?

 4        A.   It would -- it would have.  Not necessarily,

 5    but it would.

 6        Q.   Okay.  And that's signed by you on February

 7    27, 2022; is that correct?  I'm sorry.  That -- that's

 8    your signature?

 9        A.   That is my signature.  Electronic signature.

10    Yes, sir.

11          MR. COOK:  All right.  Now we're -- I ask that

12      26 be admitted.

13            (PLAINTIFF'S EXHIBIT 26 MARKED FOR

14            IDENTIFICATION)

15    BY MR. COOK:

16        Q.   And my 27 here reports to be a consultant's

17    report by the urologist, George Miquel.  Could you read

18    the additional history here?

19        A.   The document I'm looking at says -- is dated

20    05-16-2022.

21        Q.   Can I just include -- made it bigger it?

22        A.   Thank you.  And it says, "Additional history,

23    55-year-old, African American with history, high grade

24    invasive prostate cancer treated with androgen

25    deprivation and radiation therapy with good results.  PSA

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

                                                                    70

```
 1   went to 0.2.  He was last seen on 12/20 with a
 2   six-month request for follow up with PSA.  However, he
 3   has not been seen until today.  The PSA at 09/21 was 5.2
 4   and now is 43." Do -- do you want me continue or just
 5   that?
 6        Q.   Yeah.
 7        A.   "So the patient is currently wheelchair bound
 8   and complains of pain and imaging with CT scan and bone
 9   scan confirm widespread metastasis disease.  He
10   currently has a Foley."
11        Q.   Okay.  And the Foley is a catheter; is that
12   correct?
13        A.   Correct.
14        Q.   Okay.  And that is signed by him and also
15   signed by you a couple of days later, and again, five
16   days later after that.  Why would you have two
17   signatures here?
18        A.   It might mean that I was reviewing the case
19   once again and I -- for some reason, I clicked the sign
20   button.  We were still in the process of learning the
21   EMR.
22        Q.   Okay.  Got it.
23        A.   I've done it multiple times.
24        Q.   So you would have reviewed it on the 18th and
25   also on the 23rd?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1        A.    I would guess, and I would say yes.

 2        Q.    Okay.  And here is says, recommendations are

 3   noted to you this day for oncologist referral passes and

 4   medication, and that's signed by you on 05-17.  Does

 5   that mean that you're noting his recommendations?

 6        A.    Well, there is a no sign -- oh, I would -- I

 7   would not -- I would not know because this is -- is

 8   05-17.  I noted this on the call to -- for hazardous.  I

 9   want say yes.

10        Q.    Okay.  What would be -- as of now, you have

11   the urologist, but now you're going to also put out a

12   referral to the oncologist; is that the correct

13   understanding?

14        A.    I would -- I would have to see the notes

15   again, because it says recommendation are noted, see

16   this date on oncologist.  So we would have to see the

17   oncologist recommendation.

18        Q.    Oh, I --

19        A.    Dr. Miquel.

20        Q.    Yeah.  He says -- in his note he says, urgent

21   consult with Dr. Montoya.  Who is, I guess, the

22   oncologist, is that --

23        A.    The oncologist, correct.  Yes, sir.

24        Q.    So that bottom note relates to this urgent

25   consult?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1        A.    That is the recommendation from the

 2  neurologist.   And then he -- obviously he wrote urgent

 3  consult with Dr. Montoya.   Back then I am almost

 4  positive that he would not know that he had a already

 5  consult -- oncology consult.   So can you scroll down?

 6  I'm guessing -- I'm trying to -- and then I would -- I

 7  would think -- so I would think that on 05-17, I was

 8  either reviewing the oncology referral on 05-17.   So I

 9  would have to go into the EMR on 05-17-2022 to see where

10  this now came from or why it came from.

11        Q.    Okay.

12        A.    Like this.

13        Q.    Let's see.   This Miquel note is dated 05-16.

14  And so I guess it would be whatever's after this.   So

15  you may have done a referral on 05-17; is that what

16  you're saying?

17        A.    Probably.   I'm guessing that Dr. Miquel saw

18  the patient 05-16, and then I signed that note on the

19  18. Well, looks like it.   This is confusing, Mr. Cook.

20  I'm -- I have to be honest with you, and that's the

21  problem that we have when it comes to the EMR.   We have

22  to literally go in there and review notes, especially --

23  especially at the very beginning of the EMR that the

24  there were so much confusion about how things were

25  placing in the EMR. So yeah, I -- I would literally have

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    to see in the EMR, what was the sequence of events that
 2    end up, you know, with the signing?  What -- what --
 3    what that meant.
 4         Q.   I presume that -- the answer to that is going
 5    to be somewhere in the records, correct?
 6              MR. HANSON:  Objection.
 7              MR. COOK:  Okay.  We have a Montoya exhibit
 8         coming up in a couple, so I'll just move on and ask
 9         that my 27 be admitted.
10              (PLAINTIFF'S EXHIBIT 27 MARKED FOR
11              IDENTIFICATION)
12    BY MR. COOK:
13         Q.   And go to 28, which reports to be a infirmary
14    or hospital daily nursing evaluation?  Oh, I know. Yeah.
15    I wanted to look at the wound evaluation and treatment
16    record.  Now we saw a reference to a pressure sore, I
17    think it was in February.  The pressure sores on the
18    buttocks, or the ulcers, whatever they're called, they
19    were still -- they still existed when he left the
20    department; is that correct?
21              MR. HANSON:  Objection.
22              THE WITNESS:  I would not know, Mr. --
23         Mr. Cook.
24    BY MR. COOK:
25         Q.   Do you know if they still -- those were --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  those wounds were still there when he left your

 2  facility?

 3          MR. HANSON:  Objection.

 4          THE WITNESS:  Again, what I can remember is

 5      that when he left Suwannee, he would have those open

 6      wounds.  Which wounds?  I would have to see my notes

 7      to make that -- to make a comment on it --

 8  BY MR. COOK:

 9      Q.   Okay.

10      A.   -- to answer.

11      Q.   All right, I went to RMC on October 6th and

12  took some photos.  So we'll look at those in just a bit.

13  So that I'll ask that my -- oh, I know what I wanted to

14  -- just note that a state -- if a -- if a wound takes

15  more than 90 days to heal, then it's a Stage 4 -- no,

16  I'm sorry.  If it takes more than a -- more than 120, or

17  up to 120 days, it's a Stage 4 wound; is that correct?

18          MR. HANSON:  Objection.

19          THE WITNESS:  No, based on what I know -- are

20      you asking me if the times determine the staging of

21      the wound?

22  BY MR. COOK:

23      Q.   Yeah, that's kind of what I thought I was

24  seeing, but I may be -- I may be misunderstanding what

25  that means.  I just highlighted the statement.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1        A.   Yes.  No -- no, it doesn't.  The -- the time

 2   doesn't stage the -- the wound.  So -- so again, what

 3   would be your question?  Because I'm -- I got confused

 4   there.

 5        Q.   I'm trying to -- I'm trying to understand what

 6   I'm looking at here.  It says, "Stage 1 - 14 days, Stage

 7   2 - 45 days, Stage 3 - 90 days, Stage 4 - 120 days."  I

 8   just don't know what that means.

 9        A.   Oh, this is a --

10             MR. HANSON:  Objection.

11             THE WITNESS:  Mr. Cook, this is a nursing

12        document that we don't go typically through it, so

13        I'm not 100 percent sure what that means either.

14   BY MR. COOK:

15        Q.   Okay.  Well, it says average healing time for

16   pressure ulcers.  So is -- could that be a presumptive

17   time for them to heal?

18        A.   I -- I'll be guessing if that's what it means.

19        Q.   Okay.  All right.  Well, maybe that helps me a

20   little bit.  I see that was signed by Jason Howell on

21   June 2, 2022.

22             MR. COOK:  The next -- and I would ask that 28

23        be admitted.

24                  (PLAINTIFF'S EXHIBIT 28 MARKED FOR

25                   IDENTIFICATION)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

BY MR. COOK:

    Q.   My 29, okay, says that Mr. Williams was seen by the radiation oncologist.  I think that is Robert Fields; does that sound right?

    A.   Yes, sir.

    Q.   Okay.  So we've got a statement here, and I just highlighted as a -- the first statement of the findings, but could you just read the section on findings?

    A.   So the document I'm reading is a consult report, and it says, "Finding, patient was doing good until they took him off his hormone therapy in 2021.  He had bilateral EXT disease in the prostate.  In November of 2021, the patient state he became unable to walk and it had no feeling from middle of chest down.  He has a Foley and he has swelling of the feet both with ulcers."  I'm sorry, but my glasses would not help here.  Patient was -- yeah.  And I can't my -- my eyes are jumping.

    MR. HANSON:  Could you zoom in please?

    MR. COOK:  Yeah, that's a good idea.  I'm falling down on the job here.

    THE WITNESS:  There we go.  So in then says, "Patient was placed on -- " and I don't understand that word, steroids. " -- and start his hormone therapy."

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

BY MR. COOK:

Q.    Steroids?

A.    Steroids.  I'm -- I'm guessing it's steroids.
"And started -- and started his hormone therapy again,
Eligard and Casodex."  And then it went to say, "The PSA
on 02-10-2022 was 43.40.  Patient had a bone scan on 05-
05-2022 that showed widespread metastasis chest, pelvic,
calvarium and bilateral femur and bilateral tibia." Do
you want me to continue on?

Q.    No, I think that's probably -- that probably
does it.  Let's see.  Okay.  Just shows him signing.
Does that all seem accurate?

MR. HANSON:  Objection.

THE WITNESS:  Could you be more specific about
are you asking me about a particular topic or the
note?

BY MR. COOK:

Q.    The note that you just read as far as you read
it, does that comport with your understanding of where
the case was?

MR. HANSON:  Objection.

THE WITNESS:  I would not -- I would be
speculating if I say that I know, yes, it was.

BY MR. COOK:

Q.    Okay.  But do you have anything that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   contradicts that?
 2           MR. HANSON:  Objection.
 3           THE WITNESS:  Again, it -- it's based --
 4       everything is based on the records.  So some of our
 5       patients, when they go and see the specialist, which
 6       they see them for 30 minutes, an hour, 45 minutes,
 7       they hear the patient complaints and that's what
 8       they write in there.  So they don't go through our
 9       medical record to determine if the veracity of what
10       they're saying.  So it -- it's our duty when they
11       come back to review that -- those recommendations
12       and those notes and then make sense. But because we
13       are the one that deals with the patient on a daily
14       basis, and we are the one that most of the time
15       established those treatment plans, and obviously
16       based on the specialty recommendations.
17   BY MR. COOK:
18       Q.   Right.  Obviously there's a lot of
19   self-reporting going on there.  But if you knew
20   something that was -- that was false, that was mistaken
21   in the expert or the specialist's report, you would
22   inform of him -- inform him of that, wouldn't you?
23           MR. HANSON:  Objection.
24           THE WITNESS:  No, sir.  I mean, our job is
25       patient care.  We would have difficulty contacting
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        the specialty doctors.  They do have their own
 2        scheduling and it would be very difficult for us to
 3        contact.  My experience is that 90 percent of the
 4        times that we try to contact the specialty doctors
 5        for any particular reason, it is very difficult.
 6   BY MR. COOK:
 7        Q.   Yeah, I have the same problem.  Okay.  But it
 8   is important that their understanding be accurate; is
 9   that not true?
10             MR. HANSON:  Objection.
11             THE WITNESS:  When -- to -- well, again, we
12        would go through the recommendations and we would
13        act upon those recommendations.  We know the
14        history.  So I have to say that if I go through the
15        findings to try to make a -- a -- a determination, I
16        would probably spend hours doing that.  So we know
17        the story, so we go to the recommendations and then
18        we follow those recommendations.
19   BY MR. COOK:
20        Q.   Yeah.  If you had a patient who told the
21   specialty doctor that he couldn't walk, but you saw him
22   playing tennis five days in a row last week, you would
23   let the specialty doctor know that if you could reach
24   him, wouldn't you?
25             MR. HANSON:  Objection.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  Again, that -- I like the

 2      hypothesis, but I would have -- every patient, it's

 3      an individual that has to be assessed based on what

 4      we see. If -- are you saying that if I wouldn't have

 5      seen and that patient comes after seeing the -- the

 6      specialty doctor and would complain to him, I would

 7      have to see this patient again and -- and -- and see

 8      if -- if it's true, that he did say that.

 9              MR. COOK:  Okay.  All right.  All right.  So

10      the next document -- and I ask that my 29 be

11      admitted.

12                  (PLAINTIFF'S EXHIBIT 29 MARKED FOR

13                  IDENTIFICATION)

14      BY MR. COOK:

15          Q.   Number 30 is a consultant's report, and this

16      one is from Dr. Montoya.  I'll just get down to the

17      signature part and then go back up in the consultants

18      report.  The top thing that says that, "No procedures

19      may be performed without prior approval by the regional

20      medical director or utilization management."  I don't

21      remember seeing that.  Is that a general rule?

22              MR. HANSON:  Objection.

23              THE WITNESS:  So it says -- I would not know

24      how to answer this.  Could you rephrase the

25      question?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

BY MR. COOK:

Q.   Yeah.  I may have seen this, no procedures may be performed without prior approval by the regional medical director or utilization management in other documents that I just don't remember it.  And at this point -- and so is that a general rule that no procedures may be performed without prior approval by the regional medical director or utilization management? Is that your understanding of the rule?

MR. HANSON:  Objection.

THE WITNESS:  No, this is a -- that is a UM protocol probably.  But at the time we, as decisions, don't -- don't -- we do follow policy obviously, but -- and -- and they do have a way of working a referral. But I -- I would not know how to answer your question based on -- on this document right there.  We don't look at those things.

BY MR. COOK:

Q.   Well, now, I believe at this moment, you are the regional medical director, are you not, for the second -- region 2?

A.   As of today?  Yes, I am.

Q.   Okay.  And you have been for some time, right? Couple years?

A.   Almost close to two years.  Yes, sir.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1          Q.   And so in your experience as the regional

 2     medical director for Region 2, can you give prior

 3     approval for a medical procedure?

 4               MR. HANSON:  Objection.

 5               THE WITNESS:  No, sir.  That's a UM -- that's a

 6          UM decision.

 7     BY MR. COOK:

 8          Q.   Okay.  So utilization management has to make

 9     the decision; is that what you're stating?

10          A.   No, sir.  They -- they -- they review the case

11     and they provide a -- an approval number.  Typically, we

12     review the case between the provider on site and the

13     regional.  Right.  We discuss the case.  We agree that

14     we are going to submit a -- a -- either a consult or an

15     approval.  And then UM review that documentation and

16     then return with an approvement number.

17          Q.   Okay.

18          A.   For then the scheduling -- the scheduling --

19     then the -- you know, go ahead and proceed with the

20     scheduling.

21          Q.   So you're saying that it would be inaccurate

22     to say that the regional medical director or utilization

23     management could give the approval?

24               MR. HANSON:  Objection.

25               THE WITNESS:  We don't -- we don't do approval.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        The regional medical doctor did not do approval.
 2        That's a UM process.
 3   BY MR. COOK:
 4        Q.   Well, so then it sounds like this is
 5   inaccurate?
 6             MR. HANSON:  Objection.
 7             THE WITNESS:  Again, can you rephrase the
 8        question?  Because I might not be understanding your
 9        question.
10   BY MR. COOK:
11        Q.   Okay.  Well, if I read this correctly, it
12   says, "No procedures may be performed without prior
13   approval by -- ", and then it says, "the medical
14   director", and then it says, "or utilization
15   management".  So the way I'm reading that one or the
16   other can give approval -- that either one can give
17   approval.  It sounds like you're saying that's not true?
18        A.   No -- no, I'm not saying that that is not
19   true. It is that everything that we submit, it goes
20   through a review either by me, right, as a regional, or
21   the utilization management.
22        Q.   Uh-huh.  But without their approval, it
23   doesn't happen; is that what you're saying?
24             MR. HANSON:  Objection.
25             THE WITNESS:  No, sir.  They -- they -- they
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          don't approve them -- anything.  All they do is to

 2          provide a approving number stating that they're

 3          going to pay for the procedure.

 4   BY MR. COOK:

 5          Q.   Uh-huh.

 6          A.   See?

 7          Q.   Okay.  And then by which you mean that

 8   Centurion's going to pay for the procedure; is that

 9   correct?

10          A.   I -- I would be wrong if I answer that

11   question.  I'll be speculating and I'm get involved into

12   UM policy and procedures.  I don't -- I have never

13   understand the -- how that works.  That's why we have a

14   statewide medical doctor at every time we have a concern

15   or any doubt about how that goes, we call him and then

16   he answer and we tell -- and he tell us, you know, what

17   to do and how to do things.

18          Q.   Well, okay.  Well, that makes two of us who

19   don't understand it.  I see the utilization management

20   folks talking about alternative treatment plans, and it

21   just seems to me like they can disapprove a procedure

22   and substitute their own idea of what should happen.  Is

23   that not correct?

24               MR. HANSON:  Objection.

25               THE WITNESS:  I would say it's inaccurate the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          way it's stated.  Typically what they do, if they

2          have any concern, they do have a clinical doctor,

3          which I think we mentioned it earlier, Dr. Amatucci,

4          and then he would review the case and he would

5          recommend -- create that --

6    BY MR. COOK:

7          Q.   Yeah.

8          A.   -- plan, right?  And then that alternative

9    treatment plan then would be passed to the provider. And

10   that would mean -- that would mean that something is

11   needed.  A document -- a document is missing, an

12   information is missing, before resubmitting again.

13         Q.   Okay.  Well, I wish I could say I understood

14   it now, but there's a lot I don't understand.  Could you

15   read the section by Dr. Montoya that says, additional

16   history?

17         A.   It says, "Additional history.  Patient with

18   diagnosis of prostate cancer diagnosed in 2018. Previous

19   treatment with RT.  Previously on Eligard for two years,

20   which reduced PSA to 0.2.  However, he had no follow up

21   exam for almost two years."

22         Q.   Okay.  Does RT stand for radiation therapy?

23         A.   Yes, sir.

24         Q.   Okay.  All right.  Let's see if there's

25   anything else.  Is Eligard and Casodex, do they always

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   go together?
 2          MR. HANSON:  Objection.
 3          THE WITNESS:  Mr. Cook, that would be a good
 4      answer for a specialty doctor.
 5   BY MR. COOK:
 6      Q.   Okay.
 7      A.   I don't know the answer.  That -- that would
 8   be my answer.  I do not know the answer.
 9      Q.   Okay.  I don't either.  It says -- what does
10   ROS mean in this context?
11          MR. HANSON:  Objection.
12          THE WITNESS:  ROS?  I -- I would guessing if I
13      said what it is, ROS --
14          MR. COOK:  Okay --
15          THE WITNESS:  -- what it stands for.
16   BY MR. COOK:
17      Q.   -- patient in wheelchair
18      A.   I -- I -- I could say anything.  Again, I
19   might be speculating.  It could be review of system.
20      Q.   Okay.
21      A.   But then again, that is -- that is my --
22      Q.   This S/C -- I -- I'm sorry. S/P, and you've
23   interpreted it once before, but what does that mean?
24   S/P?
25      A.   I would -- I would guess status post.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

87

```
 1        Q.    What?

 2        A.    Status -- status post.

 3        Q.    Status post?  Okay.

 4        A.    Yeah, it's post --

 5        Q.    Does that mean --

 6        A.    -- that's --

 7        Q.    -- the situation afterwards?

 8        A.    Yeah.  Excuse me?  Could you repeat?

 9        Q.    Does status slash -- does status post mean

10   what happened afterwards or what will happen afterwards?

11        A.    It -- it could be the past.  It could be --

12   yeah.  It could be the past.  No -- no -- no specific to

13   anything, maybe that something happened.

14        Q.    When it says RT to back lesions, is -- does

15   that indicate radiation therapy for the back lesions

16   that he's suffering?

17             MR. HANSON:  Objection.

18             THE WITNESS:  I would be guessing based on that

19        information that is there.  It's kind of vague.  RT

20        to back lesions.

21   BY MR. COOK:

22        Q.    Okay.  And his recommendations are -- it says,

23   "Recommendations, SPRT, PSA at target level, continue

24   Casodex/Eligard."

25             What is Zometa?  Do you know?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1         A.   I would be guessing if I -- if I say exactly

 2    what it was.

 3         Q.   Okay.  Let me see if Google knows.  It's

 4    called -- okay.  Zoladronic acid is a type of drug known

 5    as a biphosphate [sic] -- phosphonate.  Have you -- are

 6    you familiar with Zoledronic acid?

 7              MR. HANSON:  Objection.

 8              THE WITNESS:  No, sir.

 9    BY MR. COOK:

10         Q.   Okay.  It says that it prevents problems with

11    the bones, such as breaks in the bones and myeloma and

12    cancers that have spread to the bone.  Advanced cancers.

13    It is also called Zometa.  Okay.  Let's see.  So he

14    makes some recommendations.  Do you know if any of those

15    were followed?

16         A.   Who?  No, sir.

17              MR. COOK:  Okay.  I just got one more note and

18         then I have my photographs.  And I ask that my 30 be

19         admitted.

20              (PLAINTIFF'S EXHIBIT 30 MARKED FOR

21              IDENTIFICATION)

22    BY MR. COOK:

23         Q.   And that apparently there is a -- seems to

24    indicate that there's a drainage.  A wound drainage,

25    looks -- says, "Wound vacuumed to bilateral buttocks

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    wounds."  Is that something that was done?

 2         A.   I'm going to read what the document says.  It

 3    says, "Wound drainage collector, miscellaneous, wound

 4    care drainage supplies, apply wound from vac to

 5    bilateral buttocks wounds per manufacturer's

 6    instruction." So could you repeat the question again?

 7         Q.   Oh, basically, just asking whether there's a

 8    process and I think I've heard of it, where you vacuum

 9    out the wounds to get the debris and the liquids that

10    are building up.

11         A.   Yes, I -- I have heard about it, but -- but

12    again, I mean, I've seen it.  If that's the -- is that

13    what you're asking?  If I have seen it before?

14         Q.   Yeah.  If you're aware of that process.

15         A.   I'm not aware of the entire process.

16         Q.   Okay.  I see that in the problem list, it's

17    osteomyelitis, acute ankle/foot, is that bone infection?

18         A.   Yes, sir.

19         Q.   Okay.  Is it -- bone infection is hard to get

20    rid of, isn't it?

21              MR. HANSON:  Objection.

22              THE WITNESS:  I think it's a -- it's a general

23         perception that it's hard to -- to treat.  With the

24         right antibiotics, it's -- it -- it -- it heals.

25         It's treatable.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

BY MR. COOK:

    Q.    Okay.  Does that osteomyelitis occur because a
-- an infection goes right down to the bone?

        MR. HANSON:  Objection.

        THE WITNESS:  It could be one possibility.

    There's multiple possibility for a osteomyelitis to

    occur.  Cancer is one of them.

BY MR. COOK:

    Q.    Okay.  Osteomyelitis could be a cancer in the
bone?

    A.    No, sir.  What I'm saying is cancer itself,
and obviously that patient is being treated for cancer,
can depressing your immune system to defend yourself
against bacteria.  And obviously that bacteria, you
know, goes to your -- to your bone.

    Q.    Okay.  I get it.  Thank you. Okay, we're close
to being finished.  Okay.  I see this is signed by Dr.
Montoya, Vernon Montoya, and also Nalini Anandjiwala.  I
have certainly heard of Nalini Anandjiwala before, but
what is it -- is it she?

    A.    I have no -- this is RMC, so I'm not
familiarized with the staffing at RMC.

    Q.    Okay.  So you don't --

    A.    Even now.

    Q.    Is that what you're saying?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1       A.   Oh, I'm sorry.  Could you repeat that

 2   question? I -- I couldn't hear you.

 3       Q.   Yeah.  You don't personally know Dr.

 4   Anandjiwala?

 5       A.   No, sir.

 6       Q.   Okay.  Okay.  That -- those are all of my

 7   exhibits, except for the photographs, which I am going

 8   to put up right now.  There are six of them.  I'll go

 9   through them fairly quickly and then I will almost be

10   finished. Okay.  These purport to be the buttocks

11   wounds. Have you seen those at that stage?

12          MR. HANSON:  Objection.

13          THE WITNESS:  If -- well, if I have seen those

14      type of wounds -- are you -- could you be more

15      specific? If I have seen this on a specific day or -

16      - or in my --

17   BY MR. COOK:

18       Q.   Yes.

19       A.   -- my history of a physician?

20       Q.   Let me be more specific.  I took these

21   photographs on October 6th of 2022 at RMC.  And so my

22   question is, when you saw these wounds, did they look

23   like this?

24       A.   I do not remember that they would look like

25   that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  This is the wounds to the left ankle.

2  It's hard to see that this is an ankle, but this is --

3  these are the wounds that were alleged to have had a

4  foul smell.  Does a foul smell typically indicate

5  infection?

6    A.   No, sir.  Not -- not necessarily.  No, sir.

7  Not necessarily.

8    Q.   Okay.

9    A.   It -- it might be one of the indicators, but

10 not necessarily it means infection.

11   Q.   That was the left ankle.  And this is the left

12 heel.  Do you remember seeing that?

13   A.   I do not.  By looking at the picture, I do not

14 remember.  It's -- again, it's been three years.

15   Q.   Okay.  Did you at some point surgically remove

16 a core of necrotic tissue from Mr. Williams' heel?

17   A.   Yes, I did.

18   Q.   Both of them?

19   A.   I would have to see, Mr. Cook, my -- my -- my

20 notes to be more precise if it was done in one heel or

21 what type of area was -- that we were dealing with.  So

22 I -- I do not.  I know we did.  We did.  We removed part

23 of the skin, but I do not remember if it was on both, on

24 one.

25   Q.   Okay.  This is the left heel, and now the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   right heel right here, that looks a -- you know,
 2   somewhat more serious.  And I'll just add to that the
 3   wound on the right ankle.
 4         MR. HANSON:  Sorry, Mr. Cook for clarification.
 5      Have all of these pictures so far that you've
 6      introduced been from October 6, 2022?
 7         MR. COOK:  Yes.  Yes.  They're all from that
 8      date.
 9         THE WITNESS:  Yeah.  No.  No, I have not seen.
10      I don't remember.
11   BY MR. COOK:
12      Q.   Okay.  Now I think in another context we may
13   have discussed this, but my understanding was that there
14   was a wound care program for the Department of
15   Corrections.  This actually, I believe, is a part of
16   their Infection Control Program Manual, where a wound
17   that would not heal within two months would be sent to
18   one of six wound care centers, institutions that
19   specialized in wound care. And I think we've got the
20   list of the institutions that will do that.  And I was
21   inquiring this and I was told that the program was
22   discontinued at some point.  Do you remember that?
23      A.   I do not.
24      Q.   Here are some more specific descriptions of
25   the various wound stages that we were talking about.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1    Okay.  The wound care specialty areas are, or were, the
 2    Central Florida Reception Center South Unit, Lowell,
 3    Northwest, Florida Reception Center, Reception and
 4    Medical Center, and the South Florida Reception Center
 5    in Zephyr Hills. Do you know if there is anything in the
 6    Department or in Centurion that provides that kind of
 7    treatment for slow healing wounds?
 8              MR. HANSON:  Objection.
 9              THE WITNESS:  Could you -- could you repeat the
10        question?  I'm sorry.
11    BY MR. COOK:
12        Q.   Sure.
13        A.   If I know --
14        Q.   I read out the wound care specialty areas,
15    they named six facilities and I told you, I think, when
16    I checked into it that I was told that the program no
17    longer exists. And my question is, do you know what took
18    its place?
19        A.   No.  Like Dr. Lake (phonetic) was saying
20    yesterday, the wound care program is still there.  I
21    mean, we depend on it and -- and it's on RMC, the one
22    that we use in Region 2, it's RMC.  So that program is
23    still there and very much active and very successful.
24        Q.   I see. Do you remember when Mr. Williams got
25    to RMC?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1        A.   I would be guessing.  I would be -- I would

 2   have to see the -- the record to be precise, you know,

 3   precise on my answer.  I do not.  I think it was late --

 4   either August or early October.

 5        Q.   Yeah.  Okay.  And it says that the wound care

 6   specialty program, it says that, when the Chief Health

 7   Officer/institution's medical director identifies a need

 8   to transfer an inmate to a wound specialty area, they

 9   must notify the regional medical director. Do people

10   notify you with those requests?

11        A.   I'm -- I'm sorry, could you be more specific?

12   Are you asking me as a regional or as a CHO at that

13   time?

14        Q.   As a regional medical director now.  Have you

15   had any --

16        A.   Yes, I do.

17        Q.   -- transfer requests?

18        A.   Yes, I do.

19        Q.   Okay.  Then it said, "The Medical Regional

20   Director will review the case and approve or deny the

21   transfer using the following criteria.  Stage three

22   ulcers with no improvement in four weeks under

23   clinician's care.  Stage four ulcers that involve

24   tendon, ligament, and/or bone.  All wounds that fail to

25   heal within two months.  Wounds that repeatedly break

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

1    down.  All Charcot, insensate and dysvascular foot

2    wounds that fail to heal under physician's care.  All

3    wounds on the foot of a person with diabetes that has

4    not healed after two weeks in a clinician's care. Wounds

5    requiring negative pressure wound therapy, wound

6    vacuums.  Wounds requiring therapeutic support beds."

7    All of those would meet the criteria for transfer.  Do

8    you get those requests?

9         A.   Yes, sir.

10         Q.   Okay.  Now certainly Mr. Williams' wounds made

11    themselves known in January and February of 2022.  And

12    it looks like he wasn't moved to RMC until, I think you

13    said maybe July or later of 2022.  So that's, what, five

14    six months, right?

15         A.   Well, I -- I -- I have to say the -- the

16    statement as it is, it's incorrect.  Mr. William [sic],

17    when he was first admitted to the infirmary, which was

18    in early January, his wounds were not stage four or

19    three. He developed that in the course of the

20    progression of his condition, later on.  I would have to

21    definitely see what day or month he was diagnosed with

22    stage three or four.  But we did everything possibly,

23    it's well documented that we did everything to send him

24    back to RMC.  We even sent him to the hospital.  They

25    didn't have a bed available at that time, so -- so we

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1    were doing the wound care on site. So we did, at the

 2    time that he developed the stage three or four ulcers,

 3    that would require a more higher level of care, we, of

 4    course we did everything. We sent e-mails, we made some

 5    calls.  So yeah.

 6        Q.   But criterion three is, all wounds that fail

 7    to heal within two months.

 8        A.   This is -- you have to consider --

 9             MR. HANSON:  Objection.

10             THE WITNESS:  First of all, again, it -- it's

11        the -- you have to contemplate the -- the situations

12        in which Mr. William was going through.  He was a

13        cancer patient, right?  So as I mentioned earlier,

14        cancer patients do not do well when it comes to

15        healing.  Their cells has been exposed to chemicals

16        and all these sort of things.  Not to mention, I

17        mean, the stress that the body gets through, not

18        only have cancer, but just, as you know, just being

19        present. So the -- the process of healing is

20        completely different.  We cannot say that everyone

21        heals at the same time.  It -- it's just a -- it's a

22        box, right? It's a -- it's a gray area.  It -- it's

23        a -- it's a -- I'm looking for the word.  It's a

24        reference, right?  To say that a -- a -- from a

25        normal human, right, human patient, that we would

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        expect that in four weeks or in six weeks, this type
 2        of wound would heal. But on Mr. Elmer Williams, it -
 3        - it was different, and all -- all of this was
 4        communicated with him.  And like I said earlier,
 5        when we started talking, I never had any issue
 6        communicating with Mr. William. You know, he -- he
 7        would be open to hear our comments and we were -- we
 8        were just constantly educating him on everything
 9        that -- that was happening. We would -- we were
10        doing our best.  We were making calls.  Like I said,
11        and we would get in touch with RMC to get, you know,
12        a recommendation from there and over the phone.
13  BY MR. COOK:
14        Q.   At the time that you were dealing with those
15  issues, you're -- I think you're saying that only --
16  that of the six institutions that I mentioned, only RMC
17  was still considered a wound specialty institution?
18             MR. HANSON:  Objection.
19  BY MR. COOK:
20        Q.   That -- is that -- did I understand you
21  correctly?
22        A.   No, sir.  No, sir.  Are -- are you asking me
23  if I -- if the only route or venue that we were using
24  was RMC?  Or did I -- did I understand?
25        Q.   Was that the only option?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1        A.   No, we had all the options.  We -- we had

 2   Zephyr Hill, RMC, but obviously the more -- based on

 3   location, right?  The more -- the -- the closest one was

 4   RMC.

 5        Q.   Okay.  Now you mentioned that infections that

 6   involved also cancer are especially resistant and I can

 7   appreciate the extra special difficulty.  Diabetic foot

 8   wounds are also very resistant, are they not?

 9        A.   You -- could -- could you rephrase -- rephrase

10   that questions?  I got lost there.

11        Q.   Yeah, I was -- I was just referring to your --

12   the point that you made that when a -- when a patient

13   has cancer and also an infection, the cancer can make

14   the infection more resistant to treatment.  Is that --

15   did I understand that correctly?

16             MR. HANSON:  Objection.

17             THE WITNESS:  I would not use the word

18        resistant.  I would use -- I would say that the

19        patient's immune system, it would not respond the

20        same as a -- for example, a -- a guy who has -- was

21        a young 20-year-old or 30, right?  That's what I

22        mean.

23   BY MR. COOK:

24        Q.   Okay.  And that's what I meant to say, that

25   you say that it places a special burden on the immune

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1  system, which of course is fundamental to healing.  So

2  it's tough.  It's a hard case.  But a wound care center

3  has to deal with those kinds of cases, right?  With

4  cancers and also with diabetes, right?

5      A.   I -- I -- I would guess.  I mean, are you --

6  are you talking to other places other than Suwannee or

7  --

8      Q.   Well, I was talking about what -- whoever --

9  whatever the wound care centers are, they must have

10  special, you know, methodology, special tools, special

11  medication.  They -- some -- somehow they develop their

12  skills up to a higher level in treating those things, I

13  would assume.

14      A.   I -- I would be speculating --

15          MR. HANSON:  Objection.

16          THE WITNESS:  -- if I -- I would be speculating

17      if I -- if I make a comment on how different

18      institution other than the one that I was in, they

19      deal with situations like this.  I -- I would be --

20      it would -- it would be irresponsible for me to say

21      --

22  BY MR. COOK:

23      Q.   Right.

24      A.   -- that they did.

25      Q.   But Suwannee wasn't a specialty -- a wound

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    care specialty institution, was it?

2         A.   No, it was not.

3         Q.   And there were five -- in addition to RMC,

4    there were five others and none of them could take

5    Mr. Williams?

6              MR. HANSON:  Objection.

7              THE WITNESS:  I -- I -- again, I think I would

8         have to see my notes to make sure that everything

9         that I said to answer your question is right.  But

10        what I can remember is that we did everything

11        possible -- possible to move Mr. Williams from

12        Suwannee to any of these institutions, either

13        through phone calls, e-mails, et cetera.

14   BY MR. COOK:

15        Q.   Okay.  All right.  Well, I'm just about at the

16   end of my questions.  One more thing I wanted to ask you

17   about, and you may or may not remember this.  I hear

18   from a lot of inmates.  Do you remember another inmate,

19   I'll just call them WW so as not the violate the HIPAA,

20   who also had his Eligard stopped and who had his

21   prostate cancer numbers go up?  I think in his case in

22   the triple digits?  I would think that would be

23   memorable.

24             MR. HANSON:  Objection.

25             THE WITNESS:  I would not know exactly -- no.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1       What you're asking me, I mean, what the patient is.
 2       And not -- not -- no.
 3  BY MR. COOK:
 4       Q.    Yeah.  That fact pattern doesn't sound
 5  familiar?
 6       A.    Excuse me?  What -- what name?
 7       Q.    I said that fact pattern.  I just said his --
 8  I just gave you --
 9       A.    No.
10       Q.    -- the initials.
11       A.    No, sir.
12       MR. COOK:  No?  Okay.  All right.  Well, thank
13       you very much for your patience with me.  And those
14       are all the questions I have.
15       Jacob, do you have anything?
16       MR. HANSON:  I do --
17       MR. COOK:  Or do you want Mr. Buchan --
18       MR. HANSON:  Yeah, I was going to defer to Mr.
19       Buchan.
20       MR. BUCHAN:  I -- I'm all set.
21       MR. HANSON:  Okay.  Maybe we could take just a
22       short break, maybe a three or four-minute break here
23       before I ask my questions, just so I can get a
24       little bit more organized?
25       MR. COOK:  Okay, sure.  Why don't we just make
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        it the usual five?
 2             MR. HANSON:  That'll work.  Thank you.
 3             THE REPORTER:  The time is now 1:12 and we are
 4        off record.
 5                (OFF THE RECORD)
 6             THE REPORTER:  The time is now 1:19 and we are
 7        back on record.
 8                  CROSS-EXAMINATION
 9   BY MR. HANSON:
10        Q.   Dr. Figueroa, I have a few follow up questions
11   for you today. I want to start by asking you some
12   questions about the exhibits that Mr. Cook showed you.
13   I believe there were about 31 exhibits that were medical
14   records from Mr. Williams's medical file while he was
15   incarcerated. Other than reading those records and
16   reading what those records said, can you attest to the
17   veracity of the medical records and what's contained in
18   them?
19        A.   Can you rephrase that?  When you say veracity,
20   what do you mean by that?  Like --
21        Q.   Sure.  Can -- do you know for sure that what
22   was put in those medical records is true?
23        A.   Oh, no.
24        Q.   Okay.  One of the medical records that you
25   were shown, I believe it was Plaintiff's 23.  I'm going
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   to share my screen so I can show it to you here.  This
 2   is a Infirmary Hospital Daily Nursing Evaluation dated
 3   February 2, 2022.  And specifically I'm going to look at
 4   Page 3 of the record, which -- and documents Centurion
 5   has previously produced was Bates stamped CENTMR1753.
 6   This is where I believe a nurse, Kimberly Hancock, noted
 7   extensive necrotizing fascitis. Do you see that on this
 8   record?
 9        A.   Yes, I do see it.
10        Q.   And during this time frame, which would've
11   been February of 2022, this was while Mr. Williams was
12   at Suwannee Correctional Institute Annex in the
13   infirmary, correct?
14        A.   Correct.
15        Q.   And you were generally treating him during
16   that infirmary other than a brief vacation while you
17   were out of the country?
18        A.   Correct.
19        Q.   Did you ever diagnose Mr. Williams with
20   necrotizing fascitis?
21        A.   Well, I'll have to say, number one, and I
22   agree, I was on vacation, I believe the first week or
23   2nd of February.  So I wasn't there.  And secondly, just
24   to answer your question, necrotizing fascitis is a
25   diagnosis.  It's -- it's -- it's not a description of a
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    -- of an area.  It -- it's a -- the general population

2    might call it a -- a flesh eating bacteria, right? It --

3    it's a severe type of form of -- a severe bacterial

4    infection that involves fascia, which is a -- a -- a

5    muscle.  So it's a deep-seated bacteria, which I -- if I

6    would've seen it, obviously, I would've -- I would've

7    known that's an emergency situations. So I'm -- I would

8    say that it's inaccurate.  I don't think it was meant

9    that way.  It could have been the -- that she tried to

10   explain something, but like I said, that -- that is a

11   diagnosis.  It's not a -- it -- it's not a description

12   of a wound.

13       **Q.    Understood.  And did you personally ever**

14   **diagnose Mr. Williams with having necrotizing fascitis?**

15       A.    No, sir.

16       **Q.    Do you know if any other clinician diagnosed**

17   **Mr. Williams with having necrotizing fascitis?**

18       A.    No, sir.

19       **Q.    Do you think that this is just a mistake in**

20   **the medical record?**

21       A.    It could.  It could have been that she tried

22   to explain, and -- or it could have been in the EMR,

23   because a -- it could have been that she -- there's a

24   radio button that she had to click and she might have

25   clicked that one, but I -- I -- I think it's inaccurate

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   to say that the patient had, you know, an extensive
 2   necrotizing fascitis.
 3        Q.   So if I understood that correctly, you were
 4   talking about the EMR.  You don't think that this
 5   necessarily was someone misdiagnosing or thinking that
 6   he had necrotizing fascitis, they may have just hit the
 7   wrong button in the EMR?
 8           MR. COOK:  I -- I'm going to object to leading
 9        here.  I think it's gone on for a while.
10   BY MR. HANSON:
11        Q.   You may answer the question.
12        A.   Yes, it -- I -- I -- it could have been that,
13   but the -- the way the EMR is set up on certain areas,
14   you click on the explanation and then it give you a few
15   options and then you click on that.  And that would --
16   could have been there. But then again, that's -- that
17   would -- that would be a guess because this is a nursing
18   note.  But again, I think it -- it's inaccurate to say
19   that a extensive necrotizing fascitis is a description.
20   It -- it's a diagnosis.
21        Q.   Understood.  I want to move on and talk to you
22   a little bit or follow up, I guess I should say, a
23   little bit.  When you were asked about whether
24   Mr. Williams had a wheelchair and when he came to have a
25   wheelchair. So I want to show you a record from December
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1   20, 2021, and this record is four pages.  So I'm going

2   to zoom in and then I'll slowly scroll down so that you

3   can review it. All right.  I've reached the bottom.  Is

4   that your electronic signature on this?

5        A.   Yes, sir.

6        Q.   Do you recall December 20, 2021 being the

7   first time that you saw Mr. Williams?

8        A.   Yes, sir.  It was the first time I -- I have

9   seen Mr. Williams.

10       Q.   And tell me, do you recall what his complaints

11  were at the time?  I'm sure it's on here and I could

12  scroll up and find it if you need to refresh your

13  recollection.

14       A.   Yes, please.  Yes, please.  Can you scroll up?

15  Oh, okay.  So there you go.  So they complained -- where

16  are they?

17       Q.   I might not be there quite yet.  There you go.

18  Okay.

19       A.   So it was -- it says, remark, constipation

20  issues, back issues, and unable to walk.  That was the

21  -- the subjective complaint.

22       Q.   Okay.  And what did you do in response to Mr.

23  Williams's subjective complaints, if you recall?

24       A.   Well, typically, when we see someone

25  complaining of what Mr. Williams was complaining,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  obviously we do a complete physical examination and then

2  based on those physical examination, we move forward to

3  determine the cause of those complaints.  In this case,

4  I believe we -- I order an EMG and CV and some labs to

5  be followed later on. Obviously we have to do, like, a

6  risk assessment of the situation.  We have to go

7  backward and then -- and obviously we ask the patient,

8  you know, what's your history?  And then based on that,

9  then determine what is best for the patient.  Obviously,

10  you don't want to move too fast because you know the --

11  the complications and the disadvantage of moving too

12  fast. So -- so again, when we see a patient who is

13  developing any type of medical condition or issues, it

14  could be diabetes, right?  As it -- as it progresses, we

15  have to make sure that we understand what the problem is

16  and -- and kind of tailor our treatment based on those

17  stages. If we move too fast, we know what the problems

18  and complications that might bring.  Sometimes people

19  don't like to hear, I don't want to give you a

20  wheelchair.  I don't recommend a wheelchair.  But -- but

21  it's our -- it's our -- in our nature as a -- as humans

22  to walk.  Putting someone in a wheelchair or in bed, we

23  know the stress that -- that causes.  It -- it impose a

24  unnatural behavior.  We become anxious.  We become

25  depressed.  We gain weight. Obviously, all these -- and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    obviously in this case in particular, which Mr. William
 2    has suffered in the past for cancer, we take all of
 3    those into consideration before we move forward and
 4    recommend a wheelchair.  Because we understand that once
 5    we put those patients in a wheelchair, 70 percent of
 6    them, they don't return.  They stay
 7    wheelchair-dependent.  Prone to develop ulcers, worsen
 8    their -- their conditions. So that was the reasoning
 9    behind, probably, at this time, we want to find out
10    what's going on before we move forward and say, yeah,
11    just -- let me give you a wheelchair.  We don't want to
12    advance too fast in -- in their medical condition.  And
13    like I say, we tailor their treatment plan based on
14    those stages. So that's my --
15         Q.   Okay.
16         A.   -- answer to that.  I hope that answers --
17         Q.   Yes, it -- yes, thank you.  I do want to
18    follow up.  You mentioned some risk of being put in a
19    bed or in a wheelchair.  Do you remember Mr. Cook
20    showing you some photos of Mr. Williams?  This is that -
21    -
22         A.   If I --
23         Q.   Do you remember Mr. Cook showing you some
24    photos of Mr. Williams?  They were Exhibits 32 through
25    36, I believe, today?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

         A.   Yes.  Yes, sir.

         Q.   **Are those the types of wounds that can develop**

**that you were referring to?  The --**

         A.   Yes.

         Q.   **-- pressure ulcers on the buttocks?**

         A.   Exactly, yes, yes.  We want to avoid that.  So

the sooner we put them in a wheelchair, the sooner they

will develop the ulcers.  That -- that's -- that's

medical -- a medical fact.  That happens. So we -- we

want to try to avoid that.  I mean, but at one point

they will develop these type of ulcers, depending what

the situation is all about.  If it's -- and -- and what

area it's affecting.  Not all cancers, right, affect the

spinal cord, and not everyone behave the same way. So it

-- it's a unique case, it's base by base situation, so -

-

         Q.   **Okay.  And I think that you may have touched**

**on this a little bit, but instead of giving Mr. Williams**

**a wheelchair on this date, what did you do in response**

**to his complaints of being unable to walk or finding it**

**difficult to walk?**

         A.   Well, first of all, we did order, like,

studies to determine the cause of the problem.

Remember, this is a subjective complaint, right?  This

is the first time I have seen the patient.  So we want

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   to order what might be causing those issues.  And -- and
 2   I have to say, I mean, that -- that happens on 12-20, I
 3   believe, 12-21, and two -- two weeks later, the patient
 4   was in the infirmary and we provide him with, obviously,
 5   a assistant device.  We recommend the assistant device,
 6   because we knew what we were -- what we were facing.
 7        Q.   Okay.  And so just to, you know, I want to
 8   walk through here, but I see on this first page it says,
 9   orders added during this encounter.  Looks -- and I'm
10   not going to try to say this first word here, but
11   something that begins with T-H and then Spine A-P and
12   L-A-T.
13        A.   Yeah.  Those are imaging studies like
14   thoracolumbar spine, AP and lateral.
15        Q.   And what is --
16        A.   And the lumbar spine.
17        Q.   And you said that's a -- also an imaging
18   study?
19        A.   Those are imaging studies to -- to try to
20   determine the -- the cause or the root of a problem in
21   this case.
22        Q.   And then it says, refer to neurologist.  What
23   was that?
24        A.   That was for -- to determine, again, it --
25   it's a NCV and EMG study.  Electromyogram and narrow
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   conductive study.

 2       Q.   And I believe that's listed here under your

 3   impression and diagnosis.

 4       A.   It would be right there.  "I will order the x-

 5   ray and lower extremity and NCV and EMT to determine the

 6   cause of the patient complaint."

 7           MR. HANSON:  Okay.  And something else I want

 8       to follow up on that you just mentioned is, you said

 9       within a few weeks he was in the infirmary and you

10       provided an assistive device.  And just before I

11       move on, I'll admit this document as Defense Exhibit

12       1.

13              (DEFENDANT'S EXHIBIT 1 MARKED FOR

14               IDENTIFICATION)

15           MR. HANSON:  So I'm going to show you now what

16       I've marked as Defense Exhibit 2, which is a medical

17       grade updated, date of service January 7, 2022.

18              (DEFENDANT'S EXHIBIT 2 MARKED FOR

19               IDENTIFICATION)

20   BY MR. HANSON:

21       Q.   And do you recall, was that the day he entered

22   the infirmary?

23       A.   I think it was.

24       Q.   And I've highlighted a section down here under

25   Assignment Restrictions.  Can you please read that and
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  explain to us what it means?

2      A.    Assignment restrictions, it's just assistive

3  device.  That might include walker, wheelchair, or

4  crutches. So that is a -- the DC4706, it's a health

5  service profile.  Every time we have a patient who gets

6  admitted to the infirmary, we obviously have to upgrade

7  or update the -- the -- the -- the health service

8  profile. So we did in this case.  And then we -- the --

9  the -- what we, at that -- I at that time thought --

10  thought it was more appropriate.  Obviously, I include

11  the crutches and walker because as -- as I mentioned

12  before, that would be my first choice, right, before

13  moving forward to put someone in -- in a wheelchair,

14  that would cause some sort of harm. Now, because we

15  understand -- I understand the -- the -- how the

16  infirmary works, right?  Patients at times needs to move

17  from one place to one another -- another.  And if he

18  would have a problem, he would have a wheelchair, but

19  obviously I put walker and crutches so he would not be

20  limited to use just one thing.

21      Q.    Understood.  I want to switch gears here now

22  to my kind of last section and let me stop sharing for

23  now. When -- do you recall referring Mr. Williams to

24  urology?

25      A.    If -- if I -- I'm sorry to repeat yourself,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

 1    but I -- I want to make sure I understood.  If I recall

 2    referring him -- him -- referring him to urology?  Yes

 3    --

 4        Q.   Yeah.

 5        A.   -- I do.

 6            MR. HANSON:  Okay.  I'm going to show you now a

 7        document that is going to be Defense Exhibit 3.

 8            (DEFENDANT'S EXHIBIT 3 MARKED FOR IDENTIFICATION)

 9    BY MR. HANSON:

10        Q.   This is Weekly Rounds from January 11, 2022.

11    Again, I'll scroll through the whole document so you can

12    review it.  And for the record, this was previously

13    produced and Bates stamped as CENTMR2109 through 2111.

14    Is this your electronic signature on the document?

15        A.   Yes, sir, it is.

16        Q.   Now I want to just, you know, kind of walk

17    through this.  Can you explain what this weekly round

18    document is?

19        A.   It's a way of us -- well, it's -- it's a

20    document that we use to see the patients when they are

21    admitted in the infirmary.  This is like the progress

22    note that we do daily, right?  So there, we do, like, a

23    SOAP.  SOAP, that they call.  S-O-A-A-P.  We hear the

24    patient complaints.  We obviously take all the -- in --

25    the objective information, what we see.  We do an

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  assessment and then that -- we use that part to make

2  comments on whether the patient, you know, how the

3  patient is and if we need to do something.  You can use

4  it for multiple things. And then the P would stand for

5  Plan, then we state what we do.  What we're planning to

6  do, if it's -- if we're planning to do something

7  different.

8       **Q.   And I'll notice on here underneath Assessment,**

9  **and I've highlighted -- or excuse me, by Plan, rather.**

10  **Can you read what's there for Plan that I have**

11  **highlighted?**

12       A.   It says, "Refer to urologist urgently.  Keep

13  Foley in place, start him on Cipro 500 twice a day for

14  21 days.  DC Keflex and start him on Trileptal for

15  polyneuropathy."

16            MR. HANSON:  So specifically with regard to the

17       urologist, I also want to show you a -- another

18       document that I'll mark as Defense Exhibit 4.

19            (DEFENDANT'S EXHIBIT 4 MARKED FOR

20            IDENTICATION)

21  BY MR. HANSON:

22       **Q.   This is a test form.  It's one page that was**

23  **previously produced and Bates stamped CENTMR2107.  Do**

24  **you recognize this document?**

25       A.   Yes, that's a referral to urologist.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

     1          Q.   Okay.  And, I'm sorry, can you -- did you say
     2     this was a referral to the urologist?
     3          A.   No, no.  The referral, if I'm not mistaken,
     4     wasn't the document that you had there before.  Let -- I
     5     might be wrong.  Can you scroll down the one before?
     6          Q.   Sure.  So looking back at Defense Exhibit 3.
     7          A.   Slow, slow, slow.  Right there.  Let me see.
     8     Yeah, this should be the 702, refer to neurologist.
     9     Specialty service refer -- this is a referral right
    10     there.
    11          Q.   Okay.  And then so this test form, this is
    12     also dated January 11, 2022.  That -- what -- how is it
    13     connected?  Does it just reflect what's in the prior
    14     note or -- do you know?
    15          A.   I -- I do not know.  If I answer that I know -
    16     - I -- I do not know.
    17          Q.   So --
    18          A.   This is for -- this document is more for --
    19     I'm sorry.  This document is more for the scheduler and
    20     --
    21          Q.   Understood. So is it your recollection that
    22     you referred Mr. Williams to the urologist on January
    23     11, 2022?
    24          A.   I did refer him to the urologist -- urologist
    25     on -- on 11 -- 1-11-2022.  He had a -- what appears to

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1    be a referral prior to that, but I made sure to put it

 2    in once again, because of the transition from the paper

 3    -- paper charts to the EMR that would -- that happened

 4    in a month period, that month period.

 5         Q.   Do you know what happened to your urology

 6    referrals that you put in?

 7         A.   No, sir.  I would -- I -- I -- I didn't --

 8    number one, I wasn't aware that something was happening.

 9    Our job as physicians is just to literally see the

10    patient, do our evaluation, recommendation, put in their

11    orders and then there's the staff, additional medical

12    staffs that take care of those situations.

13         Q.   And so do you know whether Mr. Williams ever

14    saw Dr. Miquel based on your January 11, 2022 referral,

15    as opposed to some other referral, either the prior one

16    or one that was later entered?

17         A.   No, sir --

18         Q.   But --

19         A.   I did not.

20         Q.   -- it was your intention, when you made the

21    referral, or excuse me, let me rephrase that.

22              What --

23              MR. COOK:  Object to form.

24              MR. HANSON:  I'm sorry, Mr. Cook.  I couldn't

25         hear you.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          MR. COOK:  Yeah, I'm just -- I'm objecting to

2     leading again.

3  BY MR. HANSON:

4     Q.   Okay. Dr.  Figueroa, what was your intention

5  by putting in a referral to urology for Mr. Williams on

6  January 11th?  Let me rephrase that. What was your

7  intention by entering an urgent urology referral for Mr.

8  Williams on January 11, 2022?

9     A.   For -- I -- I know it sound a little bit

10  silly, right, the questions and probably the answer too,

11  but the -- the -- the -- the reason would be obviously

12  for him to be seen as soon as possible by Dr. Miquel,

13  which was the urologist. So the intentions from the

14  beginning was for him to be seen by a urologist.  I

15  would not -- I would not think that someone would even

16  suggest that we intentionally or unintentionally we did

17  something to avoid that. I mean -- so the intentions

18  from the beginning was for him to be seen by the

19  urologist.  That's my answer.

20     Q.   All right.  And I believe my final question

21  for you, Dr. Figueroa, at all times when you were

22  treating Mr. Williams, were you exercising your medical

23  judgment as to the best plan of care for him?

24     A.   Day one, from 12-20-2021, everything I did for

25  Mr. Williams was based on my medical judgment and -- and

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   experience.
 2          MR. HANSON:  All right.  That's all the
 3      questions I have for you.
 4                  REDIRECT EXAMINATION
 5   BY MR. COOK:
 6      Q.   I have a couple based on that.
 7          Dr.  Figueroa, I think you said that you saw
 8   Mr. Williams for the first time on December 20, 2021,
 9   correct?
10      A.   December 20, 2021 -- of '21?  No, I think I
11   believe it was 12-20-2021.  Yes, sir.  That's the first
12   time that I had a face-to-face encounter with Mr.
13   William.
14      Q.   Okay.  Was that because the sitting in
15   confinement for the approximately four weeks prior to
16   that --
17          MR. HANSON:  Objection.
18          THE WITNESS:  I would be guessing if I answer
19      your question because that part, I do not remember
20      what was the reasoning why he either was brought to
21      medical, or he came to my -- to medical.
22   BY MR. COOK:
23      Q.   Okay.  Well, he had been there for a month and
24   most of that month, he sat in confinement, paralyzed
25   from the chest down, dragging himself across the filthy
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  cell floor because he couldn't walk, and he was placed
2  in --
3          MR. HANSON:  Objection.  Assumes facts not in
4     evidence.
5  BY MR. COOK:
6     Q.   Oh, they're in evidence.  And in fact he wrote
7  a grievance about it, but we went over documents just a
8  little while ago that showed that he was complaining
9  about a serious medical condition that interfered with
10 his ability to walk, and then he was placed in
11 confinement because he supposedly refused to walk, with
12 the same person to whom he had complained about not
13 being able to walk. Do you know what Department of
14 Corrections Procedure Rule 403.003 is?
15    A.   No, sir.
16    Q.   Do you know what that is?
17    A.   No, sir.  No -- no, sir.  No, sir.
18    Q.   That you don't put an inmate exhibiting a --
19 an acute healthcare problem in confinement.  Okay?  You
20 don't put them in special housing.  And yet that's what
21 your staff did.  So when --
22          MR. HANSON:  Objection.
23 BY MR. COOK:
24    Q.   -- he got out and you refused to give him a
25 wheelchair, wasn't that just to show that you didn't

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    believe that he couldn't walk still?

2              MR. HANSON:  Objection.

3              THE WITNESS:  Again, when I saw Mr. William for

4         the first time in 12-20-2021, based on what I have

5         seen, I deemed clinically not necessary and what is

6         it? Deemed clinically necessary for him to have

7         wheelchair. Again, he was complaining of back pain,

8         lower extremity weakness, I believe, and

9         constipation. So I mean, we -- we see a patients, we

10        see 10 or 20 patients with the same complaints on a

11        daily basis in our institution, with the same

12        complaints.  So we have to make sure that those

13        complaints are addressed appropriately and we do

14        what is -- what is necessary, which is, in this

15        case, to determine the cause for those complaints.

16        So what -- that's what we did.  And like I said,

17        Mr. Cook, and I'm sorry, and -- and like I said --

18   BY MR. COOK:

19        Q.   It's okay.

20        A.   -- two weeks later, he was in the infirmary.

21        Q.   Right.  Were you aware that he had a call-out

22   to do a blood test while he was in confinement and he

23   couldn't get to the call-out because he didn't have a

24   wheelchair?  And because the corrections staff were --

25   wouldn't find him one?  Were you aware of that?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1            MR. HANSON:  Objection.  Objection --

 2            THE WITNESS:  No, sir.

 3            MR. HANSON:  -- assumes facts not in evidence.

 4            THE WITNESS:  No, sir.  No -- no, sir.  I'm

 5       sorry.

 6   BY MR. COOK:

 7       Q.    Okay.  I'm trying to think whether he provided

 8   that information in his grievance.  I think he may have

 9   done so. Yeah, it says, "He tried to declare a medical

10   emergency before he went to confinement and never got

11   one.  He was never pulled out to have his vital signs

12   checked.  When he did -- " and I'm looking at this

13   grievance that he wrote.  "When he did try to get a

14   medical provider to help him, he was told that he

15   couldn't get any kind of medical attention unless it was

16   during the daytime hours." That's all in his -- on the

17   inmate request, the informal grievance, and he wrote it

18   on December 4th.  So all that information was available.

19   He also said that he had a hard time getting diapers,

20   although he was incontinent. You say you referred him to

21   urology on 1-11-22, but nothing happened until the end

22   of March.  Dr. Montoya thought that it was strange that

23   he hadn't been examined for two years prior to the time

24   he saw him and he didn't get any kind of -- and this is

25   not entirely your fault, because you only had him for
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    the last, I guess, approximately one year.  But he

2    hadn't -- when he got that -- the 5.2 elevated PSA, he

3    hadn't had his PSAs checked for 10 months.  It -- it's -

4    - you know, seems a little too slow.

5              MR. HANSON:  Objection.

6    BY MR. COOK:

7        Q.   Putting aside your own decisions in this case,

8    do you feel like Centurion did the best that it could as

9    the designee?

10       A.   Yes, sir.

11             MR. HANSON:  Objection.

12             THE WITNESS:  Yes, sir.  I do believe so.

13             MR. COOK:  Okay.  I thought you might.

14             I have no other questions.

15             MR. HANSON:  Nothing further from me.

16             MR. COOK:  And we'll order if they --

17             MR. HANSON:  And Madam Court Reporter --

18             THE REPORTER:  And Mr. Cook, would you like a

19       hard copy or electronic version?

20             MR. COOK:  Electronic by e-mail, no frills.

21             THE REPORTER:  Is regular delivery okay, sir,

22       or did you need it rushed?

23             MR. COOK:  No, don't need it -- don't need to

24       rush.

25             THE REPORTER:  Okay.  Mr. --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        MR. COOK:  Regular --

 2        THE REPORTER:  Mr. Hanson --

 3        MR. COOK:  Regular delivery.

 4        THE REPORTER:  -- would you like a copy, sir?

 5        MR. HANSON:  Not at this time, but we will

 6   read.

 7        THE REPORTER:  Read?  No problem.  And

 8   Mr. Buchan, would you like a copy, sir?

 9        MR. BUCHAN:  Not right now.  Thank you, though.

10        THE REPORTER:  Okay.  And Mr. Wahl, would you

11   like a copy, sir?

12        MR. HANSON:  Mr. Wahl is my co-counsel --

13        THE REPORTER:  Oh, sorry --

14        MR. HANSON:  -- so --

15        THE REPORTER:  -- about that.  It's a force of

16   habit.

17        MR. HANSON:  It'll be the same.

18        THE REPORTER:  I apologize about that.  All

19   right.  And the time is now 1:54 and we are off

20   record.

21             DEPOSITION CONCLUDED AT 1:55 P.M. ET)

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF ORANGE

 5

 6         I, the undersigned, certify that the witness in the

 7    foregoing transcript personally appeared before me and

 8    was duly sworn.

 9

10    Identification:  Produced Identification

11

12

13

14

15         _____

16              HAYDEE MEDINA

17              Court Reporter, Notary Public

18              State of Florida

19              Commission Expires: 04/22/2027

20              Commission Number:  HH356077

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900        www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1                C E R T I F I C A T E

 2

 3    STATE OF FLORIDA)

 4    COUNTY OF ORANGE)

 5

 6        I, HAYDEE MEDINA  , Court Reporter and Notary

 7    Public for the State of Florida at Large, do hereby

 8    certify that I was authorized to and did report the

 9    foregoing proceeding, and that said transcript is a true

10    record of the said proceeding.

11

12        I FURTHER CERTIFY that I am not of counsel for,

13    related to, or employed by any of the parties or

14    attorneys involved herein, nor am I financially

15    interested in said action.

16

17    Submitted on: January 28, 2025.

18

19

20

21

22    _____

23        HAYDEE MEDINA

24        Court Reporter, Notary Public

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

**0**

**0.07** 22:2,6

**0.2** 17:16 18:18
70:1 85:20

**0.23** 30:5,8

**0.27** 29:16,18

**0.31** 24:23,25
25:5,16

**0.5** 21:19

**0.50** 21:21

**02-10-2022**
77:6

**02-16-2022**
67:2

**05-** 77:6

**05-16** 72:13,18

**05-16-2022**
69:20

**05-17** 71:4,8
72:7,8,15

**05-17-2022**
72:9

**05-2022** 77:7

**09/21** 70:3

**1**

**1** 19:12,15
21:10 24:3,20
30:12 68:12
75:6 112:12,13

**1-11-2022**
56:16 116:25

**1-11-22** 56:15
122:21

**1-13-20** 60:11

**1-9-21** 54:21

**1.99** 19:25

**10** 30:3 32:14,
16 33:20 34:3,5
121:10 123:3

**10-2020** 29:22

**10-4-21** 41:19

**10-7-2021** 37:4

**100** 35:6 75:13

**10:30** 12:15

**10:44** 31:1

**10:57** 31:4

**11** 33:21 34:12,
17 114:10
116:12,23,25
117:14 118:8

**11-** 29:21

**11-19-21** 43:8,
13

**11-23** 47:1,2

**11-23-21** 44:18

**11:54** 62:6

**11th** 118:6

**12** 34:13 36:17,
18

**12-20** 111:2

**12-20-2021**
118:24 119:11
121:4

**12-21** 111:3

**12-21-21** 50:13

**12-31-2021**
53:10

**12/20** 70:1

**120** 74:16,17
75:7

**12:00** 62:9

**13** 36:21 38:3,4
50:12 51:25
52:24 53:1

**13th** 19:13,22
52:14

**14** 40:4,5 62:16
75:6

**1451** 43:13,17

**14th** 38:7

**15** 40:3,8 41:6,8

**16** 17:19 41:11
43:22,24 66:23

**17** 15:21 40:9
44:1,3 47:11
49:8

**18** 47:11,14
49:10 52:17,20,
24 53:1 72:19

**18-2021** 52:20

**18th** 21:11
70:24

**19** 22:24 49:11,
13 53:4

**1996** 8:13

**1:12** 103:3

**1:19** 103:6

**1:45** 43:8

**1:54** 124:19

**1:55** 124:21

**2**

**2** 21:8,10,13
30:12 39:2
46:10 51:14
55:6 61:8 66:17
68:12 75:7,21
81:21 82:2
94:22 104:3
112:16,18

**2-2-2022** 61:10

**20** 51:14 53:4,6
55:25 107:1,6
119:8,10
121:10

**20-year-old**
99:21

**2000** 8:13,21

**2002** 8:22

**2016** 9:1,4,22

**2018** 14:5
19:13,22 21:11
85:18

**2019** 21:24
22:24 33:12

**2020** 17:17
24:2,3,20 29:5,
9,11,13 30:3

**2021** 13:3
14:20 15:2,6
16:7 18:9 19:4
30:13 31:15,22
32:6 33:24
34:5,25 37:2
38:10,17 44:20
47:10 50:10,12
51:24,25 52:1
76:12,14 107:1,
6 119:8,10

**2022** 13:4
16:18 17:20
55:6 61:8 62:16
66:23 69:7
75:21 91:21
93:6 96:11,13
104:3,11
112:17 114:10
116:12,23
117:14 118:8

**21** 19:3 21:24
30:13 31:22
52:1 56:1,3,4
57:4 115:14
119:10

**21.0** 56:11

**2111** 114:13

**22** 57:5,6 60:13

**23** 44:20 49:8
60:13,14 61:6
103:25

**23rd** 15:21
70:25

**24** 66:3,4

**25** 66:7 67:18,
19

**26** 67:22,23
69:12,13

**27** 9:4 69:7,16
73:9,10

**28** 73:13 75:22,
24

**29** 76:2 80:10,
12

**2nd** 47:9
104:23

**3**

**3** 21:23 22:3,12
60:4 67:23,25
68:12 75:7
104:4 114:7,8
116:6

**30** 31:15 32:6
68:8,13 78:6
80:15 88:18,20
99:21

**30(b)(6)** 11:17

**30-2021** 32:5

**31** 16:6 103:13

**32** 109:24

**36** 109:25

**4**

**4** 15:5 20:6
22:12,13,17
23:21 25:14,16,
18 33:24 34:5,
25 50:10 51:24
62:14 74:15,17
75:7 115:18,19

**4-28-21** 41:20

**4.0** 20:3,7,11

**403.003** 120:14

**43** 14:13 70:4

**43.4** 66:21

**43.40** 66:19
77:6

**45** 75:7 78:6

**4:51** 43:16

**4th** 52:8 122:18

**5**

**5** 29:2,6

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**5-11** 36:24

**5.2** 14:22 70:3
123:2

**5.21** 31:19,22

**500** 59:15
115:13

**55-year-old**
69:23

_____

**6**

**6** 29:2,5,9,11,
13,19,24 93:6

**6th** 74:11 91:21

_____

**7**

**7** 22:2 29:9,20
30:10,22 37:2
112:17

**70** 109:5

**701** 58:8

**702** 34:23 58:8
116:8

_____

**8**

**8** 30:10 31:7,9
38:10,16

**8th** 15:20

_____

**9**

**9** 20:7 31:8,14
33:20 34:1

**90** 74:15 75:7
79:3

**95** 10:6

_____

**A**

**A&o** 60:4

**A-P** 111:11

**Abbott** 6:11
39:12,14 41:12,

**15** 45:14,16,22
67:17

**ability** 120:10

**abnormal**
40:19

**abscess**
62:17,25

**absolutely**
50:19

**acceptable**
12:17

**accepted** 35:2

**access** 16:8

**accomplish**
37:22

**accurate** 34:5,
10 54:7 56:7
77:12 79:8

**accurately**
65:24

**acid** 88:4,6

**acknowledge**
8:5 14:18

**ACN** 8:8

**act** 79:13

**active** 94:23

**actual** 17:13

**acute** 68:10
89:17 120:19

**ADA** 10:22,25

**add** 68:5 93:2

**added** 59:6
111:9

**addition** 101:3

**additional**
45:10 69:18,22
85:15,17
117:11

**address** 13:18

**addressed**
121:13

**admin** 51:18

**administration**
49:21,22 51:13,
15,17,19 52:6

**administrative**
50:2

**admission**
43:23 49:10

**admit** 34:12
60:13 112:11

**admitted** 21:9,
23 22:12 23:22
29:2,19 30:10
31:8 33:21 38:3
40:4 41:7 53:4
56:1 57:5 66:3
67:18 69:12
73:9 75:23
80:11 88:19
96:17 113:6
114:21

**advance**
109:12

**Advanced**
88:12

**affect** 69:2
110:13

**affecting**
110:13

**affirm** 7:3

**African** 69:23

**Ag** 66:21

**age** 20:18

**agree** 16:23
19:6,25 20:2
21:19 22:2 23:4
24:5,23 30:16
31:19,23 32:7
33:2 35:11,19
36:9 37:25 38:1
41:13 44:17
45:1,9,24 50:13
51:18 52:1,7,13
53:23 54:1,4,24
55:5,24 57:19
66:25 67:1
82:13 104:22

**ahead** 13:20
82:19

**Alabama** 6:19

**Alert** 59:15
60:5

**Alexis** 6:23

**alleged** 92:3

**alternative**
36:8 84:20 85:8

**Amatucci**
22:14,16 85:3

**American**
69:23

**amount** 61:14

**Anandjiwala**
90:18,19 91:4

**and/or** 95:24

**androgen**
17:15 69:24

**ankle** 16:19
17:8 54:5
59:13,14 92:1,
2,11 93:3

**ankle/foot**
89:17

**ankles** 16:7
53:19 54:4

**annex** 9:10
10:2,7,9,15,17,
20,21 11:3
27:21 104:12

**answering**
54:15 61:20

**answers** 15:24
109:16

**antibiotics**
89:24

**antigen** 66:21

**anxious**
108:24

**AP** 111:14

**apologize**
32:15 124:18

**apparently**
15:7 22:1 66:19
88:23

**appearance**
6:3

**appeared** 50:8

**appearing**
6:18

**appears** 29:20
33:7 34:24 38:9
43:8 44:22
49:20 55:3
56:25 116:25

**apply** 61:15
89:4

**appropriately**
121:13

**approval**
80:19 81:3,7
82:3,11,15,23,
25 83:1,13,16,
17,22

**approve** 84:1
95:20

**approvement**
82:16

**approving**
84:2

**approximately**
119:15 123:1

**April** 24:3,20

**APRN** 34:7
41:15

**area** 17:8
61:11,21,25
92:21 95:8
97:22 105:1
110:13

**areas** 12:1
94:1,14 106:13

**arrival** 30:11
36:21 37:5,21
38:8

**arrow** 32:21
33:8

**assessed**
54:20 80:3

**assessment**
64:8 108:6

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

115:1,8

**assignment**
66:14 112:25
113:2

**assistant** 50:2
111:5

**assisted** 59:12

**assistive**
112:10 113:2

**assume**
100:13

**assumes**
120:3 122:3

**assuming**
38:10

**assumption**
67:16

**attach** 58:12

**attended** 8:11

**attending** 6:3,
4,7,12,24

**attention**
122:15

**attest** 103:16

**attorney** 6:6

**attorneys** 6:10

**August** 31:22
32:2 95:4

**authenticity**
22:9 24:14

**average** 75:15

**avoid** 110:6,10
118:17

**aware** 14:16,23
15:16 16:5,6,10
49:1,4 89:14,15
117:8 121:21,
25

———

**B**

**back** 31:5 34:8,
10 35:21 50:23
55:19 60:18

62:5,10 63:18
66:10 72:3
78:11 80:17
87:14,15,20
96:24 103:7
107:20 116:6
121:7

**backward**
108:7

**bacteria** 90:14
105:2,5

**bacterial** 105:3

**badly** 53:19
54:5

**bag** 59:12

**base** 110:15

**based** 16:22
20:5,14 21:20
22:5 23:6,8
41:14 45:18
52:10 62:24
64:20 74:19
78:3,4,16 80:3
81:16 87:18
99:2 108:2,8,16
109:13 117:14
118:25 119:6
121:4

**basically**
10:21 13:12
41:3 89:7

**basis** 53:17
78:14 121:11

**Bates** 104:5
114:13 115:23

**bed** 59:11,12
96:25 108:22
109:19

**beds** 96:6

**began** 9:15

**begin** 7:8 8:14
9:9

**beginning**
14:5 16:17
41:17 72:23
118:14,18

**begins** 111:11

**behalf** 6:13

**behave** 110:14

**behavior**
108:24

**benign** 65:5,6,
18,22

**bigger** 19:19
21:12 22:21
29:22 31:18
32:18 52:21
69:21

**bilateral** 76:13
77:8 88:25 89:5

**biphosphate**
88:5

**Birmingham**
6:18

**bit** 8:5 10:1
32:15 44:13
50:7 55:19
59:10 60:17
74:12 75:20
102:24 106:22,
23 110:18
118:9

**blank** 35:22
36:6,7,8,9

**blood** 121:22

**blue** 35:22

**blurry** 29:8
48:19 55:22

**body** 97:17

**bone** 70:8 77:6
88:12 89:17,19
90:3,10,15
95:24

**bones** 88:11

**bottom** 21:25
71:24 107:3

**bound** 70:7

**box** 97:22

**break** 7:19,20
12:20 25:4
30:19 57:11
60:20,21 62:4
63:6 95:25

102:22

**breaking**
27:14

**breaks** 88:11

**Brian** 6:16
57:20

**bring** 58:24
60:13,17
108:18

**brought** 14:14
119:20

**Buchan** 6:13
57:17 102:17,
19,20 124:8,9

**building** 89:10

**Bulletins** 26:6,
11 27:10,19

**burden** 99:25

**buttock's**
62:19

**buttocks** 61:22
62:1 73:18
88:25 89:5
91:10 110:5

**button** 70:20
105:24 106:7

———

**C**

**Calderone**
22:22 23:13,25
24:6

**call** 53:5,10
54:11,12,16,23
71:8 84:15
101:19 105:2
114:23

**call-out**
121:21,23

**called** 53:13
73:18 88:4,13

**calls** 97:5
98:10 101:13

**calvarium**
77:8

**cancer** 14:4,
12,21 20:20,24
27:5,6 28:2,13
65:6 69:24
85:18 90:7,9,
11,12 97:13,14,
18 99:6,13
101:21 109:2

**cancers** 88:12
100:4 110:13

**Cannon** 40:10,
14

**capacity** 8:19
12:3

**care** 14:18
15:19 59:17
67:25 78:25
89:4 93:14,18,
19 94:1,14,20
95:5,23 96:2,4
97:1,3 100:2,9
101:1 117:12
118:23

**career** 9:15

**careful** 7:22

**case** 12:4
47:10 58:9,22
61:25 70:18
77:20 82:10,12,
13 85:4 95:20
100:2 101:21
108:3 109:1
110:15 111:21
113:8 121:15
123:7

**cases** 11:4,6,7,
9,10 100:3

**Casodex** 77:5
85:25

**Casodex/
eligard** 87:24

**catheter** 63:10,
11,12,13 70:11

**causing** 111:1

**cell** 16:8 120:1

**cells** 97:15

**center** 19:14
33:23 94:2,3,4

**MILESTONE | REPORTING  COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

100:2

centers 93:18
100:9

CENTMR1753
104:5

CENTMR2107
115:23

CENTMR2109
114:13

Central 94:2

Centurion
6:11 9:3 11:22
23:25 25:25
50:3 51:20 94:6
104:4 123:8

Centurion's
84:8

Cesar 23:13,25

cetera 101:13

change 68:14

changed 33:23

characteristic
s 10:19

Charcot 96:1

chart 18:21
34:19 47:5

charts 58:10
65:13 117:3

chat 13:18

check 30:20

checked
46:10,12 49:19
94:16 122:12
123:3

cheek 62:17,19

chemicals
97:15

chest 44:2,8,11
46:11,12 76:15
77:7 119:25

chief 9:16 95:6

CHO 9:25
95:12

choice 113:12

chooses 12:20

chronic 10:22
11:12 39:4
68:24 69:2

chronological
33:22 40:8
41:11 58:2

chronology
13:14,24

CI 9:17 24:6
51:14

Cipro 59:15
115:13

circulated
50:9

City 6:25 9:12
19:5

clarification
93:4

clarify 8:2

clean 61:14

clear 13:9 45:5
48:22

cleared 16:3

clerk 42:16,19

click 105:24
106:14,15

clicked 70:19
105:25

client 12:25

clinic 39:4

clinical 85:2

clinically
121:5,6

clinician
105:16

clinician's
95:23 96:4

clinics 68:24
69:3

close 9:11,13,
19 60:16 61:25

81:25 90:16

closer 27:15

closest 99:3

co-counsel
124:12

collected 24:2

collector 89:3

comfort 60:20

comfortable
7:19

comment
18:13 59:11
74:7 100:17

comments
59:10 62:17
98:7 115:2

common 20:19
21:6

communicate
13:11

communicate
d 98:4

communicatin
g 98:6

complain
59:16 80:6

complained
16:7 107:15
120:12

complaining
15:21 107:25
120:8 121:7

complains
44:8 70:8

complaint
53:22 63:1
107:21 110:24
112:6

complaints
78:7 107:10,23
108:3 110:20
114:24 121:10,
12,13,15

complete
108:1

completed
36:7 41:22
44:12 54:11

completely
47:7 97:20

completing
46:6,8 54:10,
15,23

complicated
11:4

complications
108:11,18

comport 14:3
77:19

Comprehensiv
e 27:5,6 28:1,2,
12

computer
12:20

Computer's
32:15

concentrate
10:23

concern 53:19
84:14 85:2

conclude
45:14

concluded
65:5 124:21

concur 56:16

condition
64:17,18 65:12
68:10 96:20
108:13 109:12
120:9

conditions
26:16 40:19
109:8

conductive
112:1

confinement
16:2,4 47:20
48:5 49:2,5
119:15,24
120:11,19
121:22 122:10

confirm 50:8
51:23 70:9

confused 33:1
58:11 75:3

confusing 8:5
45:8 55:1 72:19

confusion
58:11 72:24

connected
116:13

consideration
109:3

considered
20:8,11,15
98:17

constantly
98:8

constipation
107:19 121:9

consult 23:4
39:4 71:21,25
72:3,5 76:10
82:14

consultant's
69:16 80:15

consultants
80:17

consultation
34:13,14

consultations
32:19

contact 26:21,
22 79:3,4

contacting
78:25

contained
103:17

contemplate
97:11

context 86:10
93:12

continue 51:3
57:12 61:16
70:4 77:9 87:23

contradicts

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

78:1

**Control** 93:16

**convenient**
12:22

**convey** 42:20

**conveying**
32:22

**Cook** 6:6 7:10,
12 11:19 12:5,
12,19,23 13:17,
19 17:9 19:18
20:10,16 21:3,
16 22:7,20
23:12,19,21,23
24:10 25:11,23
26:17 27:3
28:4,7,9,11,14,
18,25 29:10
30:4,9,25 31:6,
11 32:13 33:4
34:6,21 35:3,15
36:4,16,20
37:19 38:2,6
39:11 40:2,7,25
41:6,10 42:2,8
43:6,15,22
44:1,5,14 45:6,
21 46:4,25
47:6,16 48:14,
23 49:6,15
50:18 51:8
52:12,18 53:2,
8,25 54:17
55:11,16,18,24
56:6,13,17,21,
24 57:4,8,14,
16,18,20,22,24
59:1 60:2,12,
16,19,22 61:2,4
62:2,11,23
63:4,8 64:12
65:10,15 66:3,
6,15 67:4,13,
17,21 68:5,22
69:11,15 72:19
73:7,12,23,24
74:8,22 75:11,
14,22 76:1,20
77:1,17,24
78:17 79:6,19
80:9,14 81:1,18
82:7 83:3,10
84:4 85:6 86:3,

5,14,16 87:21
88:9,17,22
90:1,8 91:17
92:19 93:4,7,11
94:11 98:13,19
99:23 100:22
101:14 102:3,
12,17,25
103:12 106:8
109:19,23
117:23,24
118:1 119:5,22
120:5,23
121:17,18
122:6 123:6,13,
16,18,20,23
124:1,3

**copy** 123:19
124:4,8,11

**Corbin** 50:1,2

**cord** 110:14

**core** 92:16

**corporate**
11:22 12:1,11

**correct** 9:14
11:10 12:9 13:4
15:3 21:21
27:23 28:6,21
29:23 30:6
32:7,12 33:19
34:23 41:4
45:23 46:6,12,
18 48:1,3,16
56:15 58:18
65:25 66:23
67:7 69:7
70:12,13 71:12,
23 73:5,20
74:17 84:9,23
104:13,14,18
119:9

**correctional**
9:11,19,21
38:19,24
104:12

**corrections**
26:1,9,25 34:16
38:11 41:4
66:10 93:15
120:14 121:24

**correctly**

17:11 53:18
61:20 66:8
83:11 98:21
99:15 106:3

**counsel** 6:5

**country** 104:17

**couple** 70:15
73:8 81:24
119:6

**court** 7:25
13:17 55:16
57:14 123:17

**covering**
13:25

**CR** 27:21

**crash** 12:21

**create** 85:5

**created** 45:25

**criteria** 95:21
96:7

**criterion** 97:6

**CROSS-
EXAMINATIO
N** 103:8

**crutches**
113:4,11,19

**CT** 70:8

**current** 13:6

**CV** 108:4

——————

**D**

**daily** 61:15
73:14 78:13
104:2 114:22
121:11

**danger** 20:19,
21

**date** 13:22 14:7
17:10 19:1
29:11,15,21
30:2 32:2 33:23
36:6,7 38:9,13
46:23 50:11,13
54:18,20,25

55:20,23 56:14
61:7 67:1 71:16
93:8 110:19
112:17

**dated** 29:4
37:2 38:16 40:9
53:10 61:10
62:16 69:19
72:13 104:2
116:12

**dates** 51:10,23

**day** 33:7 46:23
52:4,5 55:9,14
59:15 71:3
91:15 96:21
112:21 115:13
118:24

**days** 17:4
59:17 68:8,13
70:15,16 74:15,
17 75:6,7 79:22
115:14

**daytime**
122:16

**DC** 115:14

**DC4** 40:13

**DC4-70** 34:22

**DC4-701** 36:8
40:13

**DC4-7608** 39:9

**DC4706** 113:4

**deal** 100:3,19

**dealing** 92:21
98:14

**deals** 78:13

**debris** 89:9

**December**
16:6 17:17 47:9
50:10,11,12
51:24,25 52:1,
8,14,17 106:25
107:6 119:8,10
122:18

**December/21/
2021** 52:3

**decision** 82:6,

9

**decisions**
81:13 123:7

**declare** 122:9

**deemed** 121:5,
6

**deep-seated**
105:5

**defend** 90:13

**defendant**
12:4,10

**DEFENDANT'
S** 112:13,18
114:8 115:19

**defendants**
6:17

**Defense**
112:11,16
114:7 115:18
116:6

**defer** 102:18

**delivery**
123:21 124:3

**denial** 22:25

**denied** 64:2,11

**deny** 95:20

**department**
17:25 26:1,9,25
34:16 73:20
93:14 94:6
120:13

**depend** 94:21

**depending**
110:11

**depends** 68:10

**deposition**
7:13,14 11:16
12:10 22:10
124:21

**depressed**
108:25

**depressing**
90:13

**deprivation**

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900        www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

17:15 69:25

**description**
104:25 105:11
106:19

**descriptions**
93:24

**designated**
11:21,24 12:1,
11

**designed**
37:21

**designee**
123:9

**determination**
79:15

**determine**
23:2 36:10
74:20 78:9
108:3,9 110:23
111:20,24
112:5 121:15

**develop**
100:11 109:7
110:2,8,11

**developed**
96:19 97:2

**developing**
108:13

**device** 111:5
112:10 113:3

**diabetes** 96:3
100:4 108:14

**Diabetic** 99:7

**diagnose**
104:19 105:14

**diagnosed**
14:4 85:18
96:21 105:16

**diagnosis**
65:17 85:18
104:25 105:11
106:20 112:3

**diapers** 122:19

**difference**
10:20 64:15

**differently**
14:11 36:3

**difficult** 79:2,5
110:21

**difficulty** 78:25
99:7

**digits** 101:22

**direct** 7:9
26:21,22

**directed** 12:6

**director** 80:20
81:4,8,20 82:2,
22 83:14 95:7,
9,14,20

**disabled** 11:11

**disadvantage**
108:11

**disapprove**
84:21

**discharge**
62:18 63:9,15

**discharged**
63:17,20 64:14

**disciplinary**
16:3

**disclosure**
12:14

**discontinued**
93:22

**discuss** 82:13

**discussed**
93:13

**disease** 70:9
76:13

**distinguish**
53:1

**Dixon** 6:14

**DOC** 19:5
30:14 58:23

**DOC669** 34:20

**doctor** 6:21
9:5,15 22:22
23:15 79:21,23
80:6 83:1 84:14

85:2 86:4

**doctors** 79:1,4

**document**
17:25 19:14
21:20 22:5
23:11 24:12,15,
17,23 29:8,17
30:1,7 31:20,21
32:8,14,16,17
34:14 36:5,10
37:3 38:14,15
39:8,15,17
40:11,12 41:14
44:6,9,19
45:11,15,18,19,
25 46:3,24
48:18 49:7
51:1,5 52:3,11
56:9,10,18 57:2
58:11,12,24
61:10 65:11
66:20 67:1,12
69:19 75:12
76:10 80:10
81:16 85:11
89:2 112:11
114:7,11,14,18,
20 115:18,24
116:4,18,19

**documentatio**
**n** 18:12 65:13
82:15

**documentatio**
**ns** 16:23

**documented**
96:23

**documents**
22:9 64:1 81:5
104:4 120:7

**dorm** 63:19

**dormitory**
63:16

**doubt** 17:21
84:15

**dragging** 16:8
119:25

**drainage**
61:13 88:24
89:3,4

**draining** 61:13

**dressing**
59:13

**drug** 88:4

**dry** 61:15

**duty** 78:10

**dysvascular**
96:1

___

**E**

**e-mail** 13:17
22:13 23:5,8
123:20

**e-mails** 97:4
101:13

**earlier** 85:3
97:13 98:4

**early** 15:1
16:17 19:21
95:4 96:18

**easier** 49:24

**eating** 105:2

**educating**
98:8

**effect** 39:6

**EKG** 46:13,15
47:4

**elderly** 10:22
11:4

**electrocardiog**
**ram** 46:17,19

**Electromyogr**
**am** 111:25

**electronic**
47:8 59:6 69:9
107:4 114:14
123:19,20

**electronically**
58:7

**elevated** 14:22
15:13 20:12,15
31:14,16 32:23
56:11 67:2,3
123:2

**Eligard** 18:17
77:5 85:19,25
101:20

**Elmer** 6:7 7:12
12:25 35:18
98:2

**embedded**
58:7

**emergency**
105:7 122:10

**EMG** 108:4
111:25

**EML** 67:6

**EMR** 58:4 65:2,
12 70:21 72:9,
21,23,25 73:1
105:22 106:4,7,
13 117:3

**EMS** 58:10

**EMT** 112:5

**encounter**
111:9 119:12

**encourage**
25:19

**end** 13:3 14:20
21:18 24:2
56:25 63:14
73:2 101:16
122:21

**entered** 112:21
117:16

**entering** 118:7

**entire** 89:15

**equivalent**
58:4 67:6

**established**
78:15

**evaluation**
17:6 47:13,18
61:6,9 73:14,15
104:2 117:10

**event** 13:14,24

**events** 13:25
14:8 73:1

**eventually**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900   www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
Toll Free 855-MYDEPOS

17:3

**evidence**
120:4,6 122:3

**exam** 18:18
85:21

**examination**
7:9 108:1,2
119:4

**examined**
122:23

**exchange**
22:13

**excuse** 58:16
63:6 66:11
68:25 87:8
102:6 115:9
117:21

**exercising**
118:22

**exhibit** 19:11,
15 21:8,13,23
22:3,11,17
29:6,24 30:19,
22 31:7,9 34:1,
3,17 36:18 38:4
40:3,5 41:8
43:24 44:3
47:14 49:13
53:6 56:4 57:6
60:13,14 61:6
62:5,14 66:4
67:19 69:13
73:7,10 75:24
80:12 88:20
112:11,13,16,
18 114:7,8
115:18,19
116:6

**exhibiting**
120:18

**exhibits** 14:1,
12 18:24,25
62:13 91:7
103:12,13
109:24

**existed** 73:19

**exists** 94:17

**expect** 11:15
98:1

**experience**
79:3 82:1 119:1

**expert** 20:18
21:5 78:21

**explain** 10:1
11:20 105:10,
22 113:1
114:17

**explained**
61:12,14

**explanation**
106:14

**exposed** 97:15

**EXT** 76:13

**extensive** 17:7
61:12 104:7
106:1,19

**extent** 11:23,
25

**extra** 99:7

**extremity**
112:5 121:8

**eyes** 76:18

---

**F**

**F/u** 33:8

**face-to-face**
119:12

**facilities** 94:15

**facility** 13:3
15:20 16:25
38:12,19,22,24
74:2

**facing** 111:6

**fact** 102:4,7
110:9 120:6

**facts** 120:3
122:3

**fail** 95:24 96:2
97:6

**failing** 30:17

**faint** 32:19

**fair** 23:20 27:12
37:11 39:18
52:7 59:7

**fairly** 91:9

**falling** 76:21

**falls** 11:24

**false** 78:20

**familiar** 12:24
18:9 44:6 88:6
102:5

**familiarized**
90:22

**fascia** 105:4

**fasciitis** 17:7
61:12

**fascitis** 104:7,
20,24 105:14,
17 106:2,6,19

**fast** 56:22
57:22,23
108:10,12,17
109:12

**faster** 62:13

**fault** 122:25

**FDOC** 26:13

**February** 61:8
62:16 66:22
69:6 73:17
96:11 104:3,11,
23

**feel** 123:8

**feeling** 76:15

**feet** 76:16

**femur** 77:8

**Field** 18:7,13

**Fields** 76:4

**Figueroa** 6:10,
23 7:11 11:21
12:2 55:15
56:18,19 57:18
62:14 103:10
118:4,21 119:7

**figure** 21:6
66:17

**file** 64:2 103:14

**filled** 35:12,16
44:9 45:16 55:9

**filthy** 119:25

**final** 32:2
118:20

**finally** 45:13

**find** 16:14
19:23 24:21
28:3 30:15,17
43:1 59:18
107:12 109:9
121:25

**finding** 76:11
110:20

**findings** 18:7
76:8,9 79:15

**fine** 12:18 21:4
32:14 51:4 61:2
62:3

**finished** 8:20,
22 21:10 22:11
57:9 90:17
91:10

**firsthand**
11:23

**five-minute**
30:19

**flesh** 105:2

**floor** 16:8
120:1

**Florida** 6:11,
12,15 7:2 8:7,9,
16,24 9:1,6,7,
16 11:22 26:1,9
94:2,3,4

**foley** 62:18
63:4,10 70:10,
11 76:16
115:13

**folks** 84:20

**follow** 26:14
32:20 33:11
56:11 70:2
79:18 81:13
85:20 103:10
106:22 109:18

**112:8**

**follow-up**
17:18 18:18
22:23

**food** 16:8

**foot** 96:1,3 99:7

**force** 124:15

**forgot** 27:6

**form** 20:20,24
26:10 34:16,20
35:6 36:15
37:10,21 42:15
44:6 46:6,8
105:3 115:22
116:11 117:23

**formalized**
26:5

**forms** 37:12
58:1,6,8

**forward** 57:21
108:2 109:3,10
113:13

**foul** 16:19
59:14 92:4

**found** 15:13

**four-minute**
102:22

**frame** 14:10
104:10

**frequency**
68:20 69:1,2

**frills** 123:20

**fundamental**
100:1

**future** 23:3

---

**G**

**gain** 108:25

**gauze** 61:15

**gave** 102:8

**gears** 113:21

**general** 14:10
20:6,9 28:19,23


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
Toll Free 855-MYDEPOS

37:7,18,20,22
41:20 47:21
48:8 58:22
61:23 68:19
80:21 81:6
89:22 105:1

**generally**
20:12 32:9
104:15

**George** 17:14
69:17

**Gerald** 22:14

**gesture** 7:24

**give** 7:4,17
56:18 82:2,23
83:16 106:14
108:19 109:11
120:24

**giving** 110:18

**glad** 18:11
59:18

**glasses** 76:17

**good** 17:16
18:8 26:3 57:17
60:21 65:9
69:25 76:11,20
86:3

**Google** 88:3

**grade** 67:23,25
68:11,15 69:23
112:17

**Graham** 6:15

**gray** 97:22

**great** 12:19
52:25 57:21

**grievance**
120:7 122:8,13,
17

**grievances**
59:5

**GS** 39:5,10

**Guadalajara**
8:13

**guess** 8:17
14:18 19:12
23:1 30:5 31:12

33:5 42:3 47:4,
7 49:22 50:1
51:16 52:16
53:16 55:13
59:4,16 66:16
71:1,21 72:14
86:25 100:5
106:17,22
123:1

**guessing**
54:25 55:23
72:6,17 75:18
77:3 86:12
87:18 88:1 95:1
119:18

**guidelines**
26:15,19,25
27:2,4,24
28:15,19

**guy** 99:20

———

**H**

**habit** 124:16

**Haganen** 19:4

**halfway** 53:9
57:9

**Hancock**
104:6

**handle** 10:22
11:15

**handles** 11:6

**handling** 36:14

**hands** 41:3

**handwriting**
45:7

**HANSEN** 23:7

**Hanson** 6:9
11:19 12:9,18
20:4,13,25
23:17 24:7
25:7,21 26:12
28:4,22 30:24
32:10,24 35:13,
25 36:12 37:15
39:7 40:20
41:25 42:21
43:11 44:10,25

45:17 46:1,21
48:12,17 49:3
50:15 52:9,15
53:20 54:13
55:7,15,21
56:8,17 57:12
58:19 59:23
60:19,25 62:21
64:6 65:8 66:24
67:8 68:18
73:6,21 74:3,18
75:10 76:19
77:13,21 78:2,
23 79:10,25
80:22 81:10
82:4,24 83:6,24
84:24 86:2,11
87:17 88:7
89:21 90:4
91:12 93:4 94:8
97:9 98:18
99:16 100:15
101:6,24
102:16,18,21
103:2,9 106:10
112:7,15,20
114:6,9 115:16,
21 117:24
118:3 119:2,17
120:3,22 121:2
122:1,3 123:5,
11,15,17 124:2,
5,12,14,17

**Hanson's** 6:17

**happen** 83:23
84:22 87:10

**happened**
43:2 64:21
87:10,13 117:3,
5 122:21

**happening**
98:9 117:8

**happy** 57:12

**hard** 55:24
89:19,23 92:2
100:2 122:19
123:19

**harm** 48:2,3
113:14

**Haven** 30:14
36:23 38:8,11,
18,24

**hazardous**
71:8

**heal** 74:15
75:17 93:17
95:25 96:2 97:7
98:2

**healed** 96:4

**healing** 75:15
94:7 97:15,19
100:1

**heals** 89:24
97:21

**health** 9:16
11:9,10 17:25
26:6,10 27:10,
19 47:12,18
95:6 113:4,7

**healthcare**
33:22 41:12
120:19

**hear** 78:7 91:2
98:7 101:17
108:19 114:23
117:25

**heard** 23:14
26:24 27:18
89:8,11 90:19

**hearing** 14:20

**heel** 92:12,16,
20,25 93:1

**helps** 75:19

**hernia** 41:20,
22

**high** 31:24
69:23

**higher** 97:3
100:12

**highlighted**
74:25 76:7
112:24 115:9,
11

**highly** 17:21

**Hill** 99:2

**Hills** 94:5

**HIPAA** 101:19

**hired** 9:22,23

**history** 65:13,
14,22 66:2
69:18,22,23
79:14 85:16,17
91:19 108:8

**hit** 106:6

**honest** 72:20

**hope** 109:16

**hormone** 18:9
76:12,24 77:4

**hospital** 36:3
73:14 96:24
104:2

**hour** 57:9 78:6

**hours** 79:16
122:16

**house** 10:25

**housed** 68:14

**housing** 47:12,
18,20 63:18
66:10 120:20

**Howell** 6:10
45:13,16,24
54:11,24 55:3
75:20

**HSB** 26:14

**HT** 45:4

**human** 97:25

**humans**
108:21

**hybrid** 12:10

**hygiene** 16:9

**hyperplasia**
65:7,18,23

**hypothesis**
80:2

———

**I**

**idea** 52:5 59:25
76:20 84:22

**IDENTICATIO
N** 31:10 115:20

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

**IDENTIFICATION** 19:16 21:14 22:4,18 29:7,25 30:23 34:2,4,18 36:19 38:5 40:6 41:9 43:25 44:4 47:15 49:14 53:7 56:5 57:7 60:15 66:5 67:20 69:14 73:11 75:25 80:13 88:21 112:14,19 114:8

**identifies** 95:7

**ignore** 49:9

**illness** 68:24 69:2

**imagine** 51:21

**imaging** 58:23 70:8 111:13,17,19

**immediately** 46:16

**immune** 90:13 99:19,25

**IMP** 59:12,21, 25 60:1

**important** 79:8

**impose** 108:23

**impression** 27:20 42:14,16 112:3

**improvement** 95:22

**inaccurate** 64:9,10 82:21 83:5 84:25 105:8,25 106:18

**incarcerated** 103:15

**include** 69:21 113:3,10

**including** 37:23 47:21

**incontinent** 122:20

**incorrect** 96:16

**increase** 68:11

**increased** 33:11 59:9

**indicators** 92:9

**individual** 12:3,7 25:8 80:3

**infected** 16:7 53:19 54:5

**infection** 89:17,19 90:3 92:5,10 93:16 99:13,14 105:4

**infections** 17:1 99:5

**infirmary** 16:18 56:2 58:1,3 62:15 63:15,18 64:3 68:9,14 73:13 96:17 104:2,13, 16 111:4 112:9, 22 113:6,16 114:21 121:20

**inform** 78:22

**informal** 57:25 122:17

**information** 20:22 21:1 37:23,24 85:12 87:19 114:25 122:8,18

**inguinal** 41:22

**initials** 40:15 102:10

**inmate** 37:14, 24 39:4 41:1 49:11 59:21 95:8 101:18 120:18 122:17

**inmates** 101:18

**inpatient** 68:2, 3,8

**inquiring** 93:21

**insensate** 96:1

**insert** 58:15,17

**inside** 47:5

**Institute** 104:12

**institution** 9:8, 11 35:4 36:24 37:12,13 38:9 98:17 100:18 101:1 121:11

**institutions** 10:14 93:18,20 98:16 101:12

**instruction** 89:6

**intake** 40:10, 14,22

**intention** 117:20 118:4,7

**intentionally** 118:16

**intentions** 118:13,17

**interfered** 120:9

**interpreted** 86:23

**intro** 7:17

**introduced** 93:6

**invasive** 69:24

**investigate** 25:14

**investigation** 25:20

**involve** 95:23

**involved** 84:11 99:6

**involves** 105:4

**irresponsible** 100:20

**issue** 11:1 13:11 58:13 98:5

**issues** 45:4 98:15 107:20 108:13 111:1

**J**

**Jacob** 6:9,16 102:15

**James** 6:6 7:12

**January** 16:17 55:6 96:11,18 112:17 114:10 116:12,22 117:14 118:6,8

**Jason** 6:10 45:13,16,24 54:11,24 55:3 75:20

**job** 9:5 76:21 78:24 117:9

**Jonas** 53:11, 13,17 55:14

**Jones** 53:15

**Joseph** 22:14

**judgment** 118:23,25

**July** 9:1,4 29:4, 5,9,11,13 96:13

**jump** 11:20 12:16

**jumping** 76:18

**June** 75:21

**justification** 23:1

**K**

**Kalem** 6:14

**Keflex** 115:14

**Kimberly**

**104**:6

**kind** 7:17 11:14 13:11 15:17 17:10 25:4 29:8 33:7 48:5,19,20 55:1 58:11 63:6 64:8,9 74:23 87:19 94:6 108:16 113:22 114:16 122:15, 24

**kinds** 10:16,17 100:3

**knew** 78:19 111:6

**knowing** 64:21

**knowledge** 11:23 50:4

**L**

**L-A-T** 111:12

**L-E-V-E-E-N** 34:8

**lab** 14:21 19:12 21:7,11,23 23:24 24:1 27:4 67:7

**laboratory** 29:3 31:20

**labs** 108:4

**Lake** 6:25 9:11, 12 19:5 94:19

**Langley** 42:9, 11

**language** 33:7

**LAS** 45:4

**late** 95:3

**lateral** 111:14

**leading** 106:8 118:2

**learning** 70:20

**leave** 50:6 65:13

**left** 59:13,14

62:17,19 73:19
74:1,5 92:1,11,
25

**leg** 48:21 61:24

**legs** 44:23
45:5,10,12
48:16,20

**lesions** 87:14,
15,20

**letter** 43:9,17

**Leveen** 34:8
35:17

**level** 22:1
28:20 31:16
66:18 87:23
97:3 100:12

**levels** 67:15

**license** 8:6,8
17:25

**Licensed** 40:9

**ligament** 95:24

**limited** 113:20

**limits** 40:16,24

**liquids** 89:9

**list** 89:16 93:20

**listed** 112:2

**literally** 72:22,
25 117:9

**live** 9:13 47:9

**LLC** 6:11

**location** 6:4
99:3

**locations**
61:11

**locking** 45:10,
12

**long** 7:21

**longer** 65:6
94:17

**looked** 49:7
54:9

**lost** 46:23
99:10

**lot** 65:5 78:18
85:14 101:18

**Lotmore** 56:10

**Lowell** 94:2

**lower** 19:4
112:5 121:8

**lumbar** 111:16

**lunch** 57:11,13
60:20

————————

**M**

**M4** 68:17,19
69:1

**M5** 68:2,3,7,15

**Madam** 57:14
123:17

**made** 19:19
49:18 67:15
69:21 96:10
97:4 99:12
117:1,20

**main** 10:3,8,10,
18,20,23 11:6

**majority** 10:5
11:1

**make** 8:3 12:13
17:10 20:17
21:5,12 29:22
31:17 32:18
44:13 52:21
61:19 74:7
78:12 79:15
82:8 99:13
100:17 101:8
102:25 108:15
114:1 115:1
121:12

**makes** 84:18
88:14

**making** 98:10

**males** 20:24

**managed**
62:12

**management**
10:15 22:15,16
35:23 80:20

81:4,8 82:8,23
83:15,21 84:19

**Manual** 93:16

**manufacturer'
s** 89:5

**March** 24:2
122:22

**mark** 39:10
41:19 115:18

**marked** 19:15
21:13 22:3,17
29:6,24 30:22
31:9 34:1,3,17
36:18 38:4 40:5
41:8 43:24 44:3
45:3 47:14
49:13 53:6 56:4
57:6 60:14 66:4
67:19 69:13
73:10 75:24
80:12 88:20
112:13,16,18
114:8 115:19

**markings**
35:24

**matter** 12:14
14:19 30:20

**meaning** 38:12
40:11,18

**means** 27:4
46:15 60:4
66:12 68:19
74:25 75:8,13,
18 92:10 113:1

**meant** 73:3
99:24 105:8

**Measurement
s** 61:15

**med** 8:15,20

**medical** 8:11,
12 14:7,24
15:23 16:2,11,
22 19:14 22:25
25:25 27:11
33:9,23 37:14,
23 42:5,13,15,
16 43:3 47:8
49:19,21,22
50:9 51:13,14,

15,17,18 64:24
66:10 67:23,25
68:11 78:9
80:20 81:4,8,20
82:2,3,22 83:1,
13 84:14 94:4
95:7,9,14,19
103:13,14,17,
22,24 105:20
108:13 109:12
110:9 112:16
117:11 118:22,
25 119:21
120:9 122:9,14,
15

**medication**
41:23 71:4
100:11

**medicine** 8:14,
19,23 9:21

**meet** 96:7

**member** 42:13

**memorable**
101:23

**memory** 16:14

**men** 20:18,21

**Mental** 11:9,10

**mention** 97:16

**mentioned**
14:25 85:3
97:13 98:16
99:5 109:18
112:8 113:11

**met** 16:24

**metastasis**
70:9 77:7

**methodology**
100:10

**Mexico** 8:13

**MHCRF** 38:11,
17

**microphone**
27:16

**middle** 76:15

**milligrams**
59:15

**minute** 60:20
62:4

**minutes** 12:16
60:25 61:2 78:6

**Miquel** 17:14,
17,23 18:1,4
69:17 71:19
72:13,17
117:14 118:12

**miscellaneous**
89:3

**misdiagnosin
g** 106:5

**missing** 85:11,
12

**mission** 10:10

**misspelling**
63:24

**mistake**
105:19

**mistaken**
53:12 78:20
116:3

**misunderstan
ding** 74:24

**mitten** 51:14

**mobility** 15:22

**moment** 81:19

**month** 96:21
117:4 119:23,
24

**months** 22:24
93:17 95:25
96:14 97:7
123:3

**Montoya** 18:15
71:21 72:3 73:7
80:16 85:15
90:18 122:22

**Moore** 30:14
36:22 38:8,11,
18,24

**motivate**
25:14,19

**move** 10:8
27:15 29:2,19

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

55:19 73:8
101:11 106:21
108:2,10,17
109:3,10
112:11 113:16

**moved** 96:12

**moving** 56:22
108:11 113:13

**MRI** 58:18
59:18

**multiple** 70:23
90:6 115:4

**muscle** 105:5

**myeloma**
88:11

—————

**N**

**Nalini** 90:18,19

**named** 34:7
53:11 94:15

**narrow** 111:25

**National**
26:15,19,24
27:1,5,6,24,25

**naturally**
57:23

**nature** 108:21

**NCCN** 27:4

**NCV** 111:25
112:5

**necessarily**
39:22 69:4
92:6,7,10 106:5

**necrotic** 92:16

**necrotizing**
17:7 61:12
104:7,20,24
105:14,17
106:2,6,19

**needed** 7:20
27:11 32:19
39:4 85:11

**negative** 96:5

**Net** 28:7

**Network** 28:5,
6,13

**neurologist**
72:2 111:22
116:8

**noon** 57:9

**norm** 14:14

**normal** 14:15
20:8 25:8
40:16,24 61:15
97:25

**Northwest**
94:3

**note** 17:10 34:7
42:2,7,24,25
43:4,7 58:2
60:11 64:20
71:20,24 72:13,
18 74:14 77:16,
18 88:17
106:18 114:22
116:14

**noted** 43:8,13
71:3,8,15 104:6

**notes** 16:18
17:23 60:8 61:5
62:24 71:14
72:22 74:6
78:12 92:20
101:8

**notice** 12:2
115:8

**notify** 95:9,10

**noting** 71:5

**November**
13:3 15:1,20,21
30:2 38:10,16
40:9 44:20 49:8
76:13

**numb** 48:16,
24,25

**number** 7:14
19:1 21:10
22:11,12,13
23:21 29:2,19,
20 30:10 31:7,
8,14 32:14,16
34:12,13 36:17,

21 40:3 41:6,11
43:22 44:1
47:11 49:6,8,
10,11 53:4
55:2,25 56:1
57:4 60:13
62:12 66:7
80:15 82:11,16
84:2 104:21
117:8

**numbered**
18:25

**numbers**
21:18 101:21

**nurse** 40:9
53:11,13 54:10,
20,23 55:10
59:20 104:6

**nursing** 44:12
73:14 75:11
104:2 106:17

—————

**O**

**Oak** 9:13

**object** 106:8
117:23

**objecting**
118:1

**Objection**
20:4,13,25
23:7,17 24:7
25:7,21 26:12
28:22 32:10,24
35:13,25 36:12
37:15 39:7
40:20 41:25
42:21 43:11
44:10,25 45:17
46:1,21 48:12,
17 49:3 50:15
52:9,15 53:20
54:13 55:7,21
56:8 58:19
59:23 62:21
64:6 65:8 66:24
67:8 68:18
73:6,21 74:3,18
75:10 77:13,21
78:2,23 79:10,
25 80:22 81:10

82:4,24 83:6,24
84:24 86:2,11
87:17 88:7
89:21 90:4
91:12 94:8 97:9
98:18 99:16
100:15 101:6,
24 119:17
120:3,22 121:2
122:1 123:5,11

**objective**
114:25

**observation**
48:2,3,5

**occasionally**
58:14,17

**occur** 90:2,7

**occurring**
12:15

**occurs** 19:2

**October** 13:4
15:5,12 21:11
33:24 34:5,25
37:2 74:11
91:21 93:6 95:4

**odor** 59:14

**odors** 16:19

**officer** 9:16

**Officer/**
**institution's**
95:7

**officials** 41:4

**older** 11:11
20:24

**oncologist**
18:7,15 71:3,
12,16,17,22,23
76:3

**oncology**
72:5,8

**oncoming**
59:19

**online** 27:20
28:15

**oops** 50:25
52:22

**open** 74:5 98:7

**opportunity**
56:19

**opposed** 10:18
117:15

**option** 98:25

**options** 99:1
106:15

**order** 16:19
108:4 110:22
111:1 112:4
123:16

**ordered** 24:18
25:17

**orderly** 11:3
59:12

**orders** 111:9
117:11

**ordinal** 19:1

**organized**
102:24

**oriented** 59:15
60:5

**originally**
49:18

**osteomyelitis**
89:17 90:2,6,9

—————

**P**

**P.M.** 124:21

**pages** 107:1

**pain** 44:2,8,11,
22 45:2 46:11,
12 70:8 121:7

**paper** 34:19
47:5,7 58:1,10,
15,18,24 65:13
117:2,3

**paralyzed**
119:24

**part** 19:2 48:3
65:14 66:2,9
80:17 92:22
93:15 115:1
119:19


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

Case 3:22-cv-01221-MMH-MCR   Document 189-2   Filed 04/17/25   Page 139 of 145
365116 b. r. figueroa 09-19-16.txt   PageID 3096
138

**partner** 6:17

**party** 12:3,10

**pass** 64:16,17, 23,24

**passed** 85:9

**passes** 71:3

**past** 7:13 65:20 87:11,12 109:2

**patience** 102:13

**patient** 10:25 13:10 15:5 18:8 24:19 26:21,22 40:23 47:19 53:23 54:20 59:11,17,22 63:2,17,20 64:14 68:9,13, 21 70:7 72:18 76:11,14,17,23 77:6 78:7,13,25 79:20 80:2,5,7 85:17 86:17 90:12 97:13,25 99:12 102:1 106:1 108:7,9, 12 110:25 111:3 112:6 113:5 114:24 115:2,3 117:10

**patient's** 99:19

**patients** 10:22, 23,24 11:12 78:5 97:14 109:5 113:16 114:20 121:9, 10

**pattern** 102:4,7

**pay** 84:3,8

**Pearson** 42:4, 24 43:10,13

**pelvic** 61:21 77:7

**pending** 7:22 39:3,5,9 62:4

**people** 11:2 57:10 95:9 108:18

**percent** 10:6 35:6 75:13 79:3 109:5

**perception** 89:23

**performed** 80:19 81:3,7 83:12

**perineal** 61:11, 18,19

**period** 117:4

**permanent** 64:2,5,17,18,23

**peroneal** 17:7

**person** 46:6,7 64:16 96:3 120:12

**personal** 11:23 42:7

**personally** 91:3 105:13

**phone** 98:12 101:13

**phonetic** 19:5 94:19

**phosphonate** 88:5

**photographs** 88:18 91:7,21

**photos** 74:12 109:20,24

**physical** 108:1,2

**physician** 22:15 23:25 25:13 33:6 91:19

**physician's** 96:2

**physicians** 117:9

**picked** 55:14

**picture** 13:9 92:13

**pictures** 16:25 93:5

**place** 38:13 51:12 94:18 113:17 115:13

**places** 10:3 99:25 100:6

**placing** 72:25

**plaintiff's** 6:5 19:15 21:13 22:3,17 29:6,24 30:22 31:9 34:1,3,17 36:18 38:4 40:5 41:8 43:24 44:3 47:14 49:13 53:6 56:4 57:6 60:14 66:4 67:19 69:13 73:10 75:24 80:12 88:20 103:25

**plan** 36:9 41:17 85:8,9 109:13 115:5,9,10 118:23

**planning** 115:5,6

**plans** 78:15 84:20

**playing** 79:22

**point** 12:13,20 14:2 19:8 26:23 28:18 47:7 60:21 63:16 65:5 66:19 81:6 92:15 93:22 99:12 110:10

**policies** 26:14 27:1

**policy** 81:13 84:12

**polyneuropath y** 115:15

**population** 20:7,9 28:24 47:21 105:1

**posed** 41:24

42:19

**positive** 72:4

**possibilities** 42:18

**possibility** 90:5,6

**possibly** 96:22

**post** 33:14,17 86:25 87:2,3,4, 9

**post-radiation** 33:12

**practice** 8:6,8, 23 9:8,9

**practiced** 9:10

**practicing** 8:14,18

**pre** 47:12,18

**pre-approval** 41:22 43:2

**pre-confinement** 16:2

**precise** 14:7 15:24 16:11 92:20 95:2,3

**preload** 62:12

**present** 50:7 97:19

**pressure** 17:1 73:16,17 75:16 96:5 110:5

**presume** 12:5 73:4

**presumptive** 75:16

**pretty** 18:22

**prevents** 88:10

**previous** 18:16 85:18

**previously** 18:17 85:19 104:5 114:12

115:23

**print** 46:5

**prior** 64:3 65:12 80:19 81:3,7 82:2 83:12 116:13 117:1,15 119:15 122:23

**prisoners** 10:17

**problem** 54:6 72:21 79:7 89:16 108:15 110:23 111:20 113:18 120:19 124:7

**problems** 15:22 88:10 108:17

**procedure** 82:3 84:3,8,21 120:14

**procedures** 25:25 26:10,14 27:1 80:18 81:2,7 83:12 84:12

**proceed** 82:19

**PROCEEDING S** 6:1

**process** 36:14 66:20 70:20 83:2 89:8,14,15 97:19

**processed** 35:23 36:11

**produced** 104:5 114:13 115:23

**profile** 113:5,8

**program** 8:21 93:14,16,21 94:16,20,22 95:6

**programs** 10:15

**progress**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

16:18 56:2
58:1,3 62:16
114:21

**progresses**
108:14

**progression**
96:20

**prominent**
20:23

**promulgated**
26:1

**promulgates**
26:9 27:1

**Prone** 109:7

**prostate** 14:4
20:20 65:18,23
69:24 76:13
85:18 101:21

**protective**
10:14

**protocol** 44:2,
11 81:12

**protocols**
67:11

**provide** 37:23
82:11 84:2
111:4

**provided** 64:4
112:10 122:7

**provider** 9:23
15:16 19:9 33:9
68:11 82:12
85:9 122:14

**providers**
27:11,21 28:16
37:8

**PSA** 14:14,22
15:13 17:16,18
18:18 19:21,23,
24 20:3 21:18,
19,25 22:2,6
23:1 24:21,22,
25 25:6,13
28:20 29:15,18
30:5,8 31:14,
16,18,19,22
32:21,23 33:8,
11 56:3,11

66:18,23 69:25
70:2,3 77:5
85:20 87:23
123:2

**PSAS** 123:3

**psych** 10:24
11:6,7

**psychiatric**
11:1,7

**publish** 66:14

**Puerto** 8:22,25
9:18,22

**pulled** 122:11

**pulling** 49:11

**purport** 51:25
53:9,18 56:2
61:6 91:10

**purported**
35:17 51:23,24
67:15

**purports** 22:13
29:3 32:17
33:21 34:14
36:22 38:7 40:8
47:12 50:10,12
52:2,8,13 55:6
57:25 62:15

**purpose** 37:20

**purposes** 50:8

**pursue** 9:21

**pushing** 57:12,
21

**put** 18:24 31:8
40:2 56:1 66:7,
17 71:11 91:8
103:22 109:5,
18 110:7
113:13,19
117:1,6,10
120:18,20

**putting** 33:21
57:5 108:22
118:5 123:7

**Q**

**question** 7:22

8:1 10:11
11:18,25 15:10
25:3,15 26:7
27:9 33:1 39:10
41:24 42:19,24
43:5 51:7 52:25
58:21 62:4
64:8,9 65:10
67:10,22 75:3
80:25 81:16
83:8,9 84:11
89:6 91:2,22
94:10,17 101:9
104:24 106:11
118:20 119:19

**questions**
7:24 8:5 12:6
22:8 43:1 99:10
101:16 102:14,
23 103:10,12
118:10 119:3
123:14

**quickly** 91:9

**R**

**radiate** 44:22
45:2

**radiation**
14:13 17:15
18:6,16 19:24
33:18 69:25
76:3 85:22
87:15

**radio** 105:24

**raise** 17:24
53:18

**range** 14:15
25:2,5 32:9

**ranks** 20:20

**rating** 25:13

**ray** 112:5

**re-share** 31:13

**reach** 79:23

**reached** 107:3

**read** 21:12 23:9
24:3 33:6,9,10,
25 36:23 38:12

39:6 41:16
43:10 44:24
45:11 46:10
48:19 50:6,16,
17 55:25 59:10
61:5,7,8 69:17
76:8 77:18
83:11 85:15
89:2 94:14
112:25 115:10
124:6,7

**reading** 19:23
25:6,18 31:18
48:18 51:3
76:10 83:15
103:15,16

**reason** 21:18
24:22 30:12
70:19 79:5
118:11

**reasoning**
17:4 109:8
119:20

**recall** 14:19
15:11,22,25
16:1,17 17:5,
13,20,21 18:6,
19 107:6,10,23
112:21 113:23
114:1

**received** 35:23
36:11 50:11,12
51:25 52:14,17
55:9,20,23

**receiving**
37:24

**reception**
19:13 33:22
38:22,24 94:2,
3,4

**recognize**
22:15 115:24

**recollection**
13:6 14:3 64:22
107:13 116:21

**recommend**
85:5 108:20
109:4 111:5

**recommendati
on** 71:15,17

72:1 98:12
117:10

**recommendati
ons** 71:2,5
78:11,16 79:12,
13,17,18 87:22,
23 88:14

**recommended**
41:20

**reconstruct**
18:23

**record** 6:22
7:21 8:1 14:7,
24 15:24 16:11
17:6 31:2,3,5
33:22 40:9
41:11 42:5,13
43:3 44:1 52:4
58:1,2,3 61:7,9
62:7,8,10,16
73:16 78:9 95:2
103:4,5,7
104:4,8 105:20
106:25 107:1
114:12 124:20

**records** 13:7
14:19 16:15,22
17:13 42:15,17,
19 46:20 47:8
58:15,18 64:25
73:5 78:4
103:14,15,16,
17,22,24

**red** 43:7

**REDIRECT**
119:4

**reduced** 18:17
85:20

**refer** 34:8,10
63:4 111:22
115:12 116:8,9,
24

**reference**
20:5,14 27:3
30:18 73:16
97:24

**referral** 15:6,
12 32:23 34:13,
23 35:2 41:17
58:9 71:3,12


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

72:8,15 81:15
115:25 116:2,3,
9 117:1,14,15,
21 118:5,7

**referrals** 41:18
117:6

**referred**
116:22 122:20

**referring** 99:11
110:3 113:23
114:2

**reflect** 56:11
116:13

**refresh** 107:12

**refused**
120:11,24

**refusing** 16:4
49:2

**regard** 115:16

**region** 81:21
82:2 94:22

**regional** 80:19
81:3,8,20 82:1,
13,22 83:1,20
95:9,12,14,19

**registered**
53:11

**regular** 123:21
124:1,3

**Rehabilitation**
38:12,19

**relates** 48:10
66:18 71:24

**relating** 42:15

**release** 64:3

**released** 41:1

**remark** 107:19

**remember**
13:8,9,13 14:11
16:12,13,14,21,
25 18:11,20
19:6 49:16,17
57:2 60:7 64:1
74:4 80:21 81:5
91:24 92:12,14,
23 93:10,22

94:24 101:10,
17,18 109:19,
23 110:24
119:19

**reminder**
55:15

**remission**
14:22

**remove** 92:15

**removed**
92:22

**renewals**
41:23

**repair** 41:21

**repeat** 15:10
25:3,15 26:7
27:13 42:10
87:8 89:6 91:1
94:9 113:25

**repeated** 49:9

**repeatedly**
95:25

**rephrase**
32:25 37:17
80:24 83:7 99:9
103:19 117:21
118:6

**report** 14:21
19:12 21:7,11,
24 23:24 24:3,
20 25:17 29:3,
4,12,20,21 30:2
32:2,3 34:15
59:19 67:7
69:17 76:11
78:21 80:15,18

**reported** 19:21
24:1 56:3

**reporter** 6:2,20
7:1,3,7,25 31:1,
4 55:17 57:14,
15 62:6,9
103:3,6 123:17,
18,21,25 124:2,
4,7,10,13,15,18

**reporter's**
13:17

**reports** 54:7
69:16 73:13

**represent** 7:12

**representative**
11:22 12:2,11

**representing**
6:17

**request** 17:17
34:14 49:12
53:5,10 70:2
122:17

**request/
consultant's**
34:15

**requesting**
22:23

**requests**
95:10,17 96:8

**require** 97:3

**required** 40:1

**requiring** 96:5,
6

**residency**
8:18,21

**resistant** 99:6,
8,14,18

**respect** 10:10

**respectful**
13:10

**Respiration**
59:20

**respond** 99:19

**responded**
15:8 50:13

**response**
22:24 35:1
50:23 51:6
107:22 110:19

**restrictions**
112:25 113:2

**resubmitting**
85:12

**result** 17:16

**results** 69:25

**return** 82:16
109:6

**returns** 63:16

**review** 39:20,
23 45:15 56:19
72:22 78:11
82:10,12,15
83:20 85:4
86:19 95:20
107:3 114:12

**reviewed**
39:15,17 45:16,
19,22 70:24

**reviewing**
37:10 70:18
72:8

**Richardson**
6:15

**Ricky** 6:14

**Rico** 8:22,25
9:18,22

**rid** 89:20

**RIH** 41:21

**risk** 108:6
109:18

**RMC** 15:4 19:6,
7,8 22:24
30:15,17,18
31:16,17 32:16
35:4 36:2,22
74:11 90:21,22
91:21 94:21,22,
25 96:12,24
98:11,16,24
99:2,4 101:3

**Robert** 18:7
76:3

**root** 111:20

**ROS** 86:10,12,
13

**round** 114:17

**rounds** 14:13
19:24 114:10

**route** 98:23

**routine** 53:17

**row** 79:22

**RT** 85:19,22
87:14,19

**rule** 80:21 81:6,
9 120:14

**rush** 17:12
123:24

**rushed** 123:22

**RX** 41:23

---

**S**

**S-O-A-A-P**
114:23

**S-O-H-S** 47:25

**S/c** 86:22

**s/p** 33:15
86:22,24

**safe** 20:2 25:2,
5 28:20 32:9

**saline** 61:15

**Santiago** 6:14

**Sarasota** 6:15

**sat** 119:24

**saves** 12:12

**Savonia** 6:14

**scan** 58:25
70:8,9 77:6

**scanned** 59:6

**scheduled**
36:7

**scheduler**
116:19

**scheduling**
58:13 79:2
82:18,20

**school** 8:11,
12,15,20

**scope** 11:24

**screen** 13:15,
20 31:13 104:1

**scroll** 19:20,22


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
Toll Free 855-MYDEPOS

44:13,17,21
50:20 56:17
72:5 107:2,12,
14 114:11
116:5

**section** 41:16
45:10 59:10
76:8 85:15
112:24 113:22

**security** 41:1

**Self-harm** 11:8

**self-reporting**
78:19

**send** 96:23

**sense** 52:6
78:12

**sentence** 16:3

**September**
14:20 19:3,13,
22 21:24 22:24
30:13 31:15
32:4,6

**sequence** 73:1

**series** 13:25

**serosanguino
us** 61:13

**service** 56:14
61:8 67:2
112:17 113:5,7
116:9

**Services** 26:6,
11 27:10,19

**serving** 16:3

**set** 27:18
102:20 106:13

**severe** 46:11,
12 105:3

**share** 13:15,20
62:13 104:1

**sharing** 31:13
113:22

**sheet** 34:13
35:1,22 38:8

**short** 102:22

**shortly** 15:13
19:23

**SHOS** 47:20,24

**show** 16:16
21:25 34:14
66:9 104:1
106:25 112:15
114:6 115:17
120:25

**showed** 14:21
77:7 103:12
120:8

**showing** 22:5
23:9 38:15,16
40:9 56:2
109:20,23

**shown** 103:25

**shows** 19:24
21:19 22:2 24:3
29:15 30:13,15
31:17,19 32:16
67:23 77:11

**sic** 88:5 96:16

**sick** 53:5,10
54:10,12,15,23

**sign** 70:19 71:6

**signature**
42:25 43:20
46:5,7 54:23
55:4 69:8,9
80:17 107:4
114:14

**signatures**
70:17

**signed** 34:25
35:12,14,17
45:20 46:3
60:7,8,9,10,11
67:17 69:6
70:14,15 71:4
72:18 75:20
90:17

**significance**
66:13 68:17,23

**signing** 57:2
60:7 73:2 77:11

**signs** 122:11

**silly** 118:10

**sir** 7:7,16 8:9
9:7,18 11:13,18
13:1,5 14:6,16,
23 15:23 16:5,
10 17:2,4 19:17
20:1 21:15
22:19 24:4,16,
25 25:10,22
26:4,20 27:23
28:17 29:13
31:25 37:1,25
38:20 39:16
40:17,21 41:5
43:19 44:7
46:8,18 51:21
54:8 56:12 57:3
59:8 60:8 62:22
63:11 64:20
69:10 71:23
76:5 78:24
81:25 82:5,10
83:25 85:23
88:8,16 89:18
90:11 91:5 92:6
96:9 98:22
102:11 105:15,
18 107:5,8
110:1 114:15
117:7,17
119:11 120:15,
17 122:2,4
123:10,12,21
124:4,8,11

**site** 9:23 23:1
82:12 97:1

**sitting** 59:11
119:14

**situation** 10:24
23:3 87:7 108:6
110:12,15

**situations**
97:11 100:19
105:7 117:12

**six-month**
17:17 70:2

**size** 59:9

**skills** 100:12

**skin** 92:23

**slash** 87:9

**slow** 32:15
94:7 116:7
123:4

**slowly** 56:22
107:2

**small** 61:14

**smell** 92:4

**SOAP** 114:23

**solemnly** 7:3

**sooner** 110:7

**sore** 73:16

**sores** 17:1
73:17

**sort** 97:16
113:14

**sound** 18:9
76:4 102:4
118:9

**sounds** 10:16
34:5,10 43:16
57:21 83:4,17

**South** 94:2,4

**SP** 33:13,14

**speak** 7:23
55:16

**speaking**
30:20

**special** 47:12,
18,20 48:5
99:7,25 100:10
120:20

**specialist** 78:5

**specialist's**
78:21

**specialized**
93:19

**specialty**
78:16 79:1,4,
21,23 80:6 86:4
94:1,14 95:6,8
98:17 100:25
101:1 116:9

**specific** 13:22
14:12 17:4,10
37:17,18 43:5

**55:14 61:24
66:21 77:14
87:12 91:15,20
93:24 95:11

**specifically**
64:13 104:3
115:16

**specimen** 24:1

**speculating**
16:12 35:3,9
36:1 42:3,6,23
77:23 84:11
86:19 100:14,
16

**speed** 60:17

**spelled** 18:2

**spelling** 18:3

**spend** 79:16

**spinal** 110:14

**spine** 111:11,
14,16

**spread** 65:6
88:12

**SPRT** 87:23

**stable** 40:23

**staff** 41:2 42:13
117:11 120:21
121:24

**staffing** 90:22

**staffs** 117:12

**stage** 74:15,17
75:2,6,7 91:11
95:21,23 96:18,
22 97:2

**stages** 93:25
108:17 109:14

**staging** 74:20

**stamp** 39:12,
18,20,23 40:1
42:25 46:5
49:23 54:23

**stamp/print**
46:7

**stamped** 35:17
41:12 45:14,20,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

22 46:3 104:5 114:13 115:23

**stand** 27:6 31:24 59:21 85:22 115:4

**standard** 25:5 34:15

**standards** 26:8,10

**stands** 86:15

**start** 8:19 9:2 45:4 76:24 103:11 115:13, 14

**started** 8:25 54:6 77:4 98:5

**starting** 6:4 18:25 21:10

**stat** 46:13,15

**state** 6:3,21 24:17 36:24 39:2 74:14 76:14 115:5

**stated** 67:15 85:1

**statement** 16:23 17:19 18:13,15,19,20 26:2,4 27:12, 22,23 32:12 74:25 76:6,7 96:16

**statements** 50:14

**states** 20:21 48:15 59:18

**statewide** 84:14

**stating** 17:6 34:8 35:1 82:9 84:2

**status** 33:11, 14,15,17 37:14 48:2,3 86:25 87:2,3,9

**stay** 109:6

**stays** 68:8

**steroids** 76:24 77:2,3

**stop** 113:22

**stopped** 31:13 101:20

**stopping** 60:21

**story** 79:17

**straight** 8:1

**strange** 122:22

**street** 33:7

**stress** 97:17 108:23

**strictly** 14:19

**studies** 110:23 111:13,19

**study** 58:23 111:18,25 112:1

**subject** 53:22

**subjective** 53:22 63:1 107:21,23 110:24

**submit** 22:10 23:4,21 36:17 43:22 47:10 49:10 82:14 83:19

**submitted** 24:5,9 41:19,23

**submitting** 35:5

**substitute** 84:22

**successful** 94:23

**successfully** 14:13

**suffered** 109:2

**suffering** 87:16

**suggest** 118:16

**summaries** 37:6

**Summary** 30:11 36:22

**supplies** 89:4

**support** 96:6

**suppose** 38:11 67:6

**supposed** 15:6,11 37:12, 23

**supposedly** 120:11

**surgery** 41:20

**surgical** 41:21

**surgically** 92:15

**Suwannee** 9:10,17 14:25 15:1 27:21 74:5 100:6,25 101:12 104:12

**swear** 7:3

**swelling** 76:16

**switch** 113:21

**swollen** 53:19

**symptoms** 45:9,10

**system** 9:19 58:7,18,25 59:6 86:19 90:13 99:19 100:1

———————

**T**

**T-H** 111:11

**tailor** 108:16 109:13

**takes** 74:14,16

**taking** 57:13

**talk** 14:2 106:21

**talking** 8:4,18 37:18,20 47:24 48:7,9 84:20 93:25 98:5 100:6,8 106:4

**Tallahassee** 6:8

**Tampa** 6:12

**target** 87:23

**Taylor** 42:9,10, 11

**temporary** 64:16,17,22

**ten** 12:16

**tendon** 95:24

**tennis** 79:22

**term** 61:23

**terms** 36:5 59:25

**test** 31:16 115:22 116:11 121:22

**testifies** 56:20

**testifying** 12:3

**testimony** 7:4

**tests** 19:21

**text** 61:8

**That'll** 103:2

**therapeutic** 96:6

**therapy** 14:14 17:15 18:9,16 69:25 76:12,25 77:4 85:22 87:15 96:5

**thing** 15:4 18:14 38:2,7 46:10 51:22 62:15 67:14 80:18 101:16 113:20

**things** 14:2,11 36:3 62:13 72:24 81:17 84:17 97:16

100:12 115:4

**thinking** 106:5

**Thomas** 6:13

**thoracolumbar** 111:14

**thought** 74:23 113:9,10 122:22 123:13

**Thursday** 61:16

**tibia** 77:8

**time** 7:20,22 8:3 10:5,6 12:12,22 14:10, 25 15:4 23:3,10 31:1,4 35:6 40:22 41:2 60:23 62:6,9 64:22 65:2 75:1,15,17 78:14 81:12,23 84:14 95:13 96:25 97:2,21 98:14 103:3,6 104:10 107:7,8, 11 109:9 110:25 113:5,9 119:8,12 121:4 122:19,23 124:5,19

**times** 7:14 27:14 59:16 60:5 70:23 74:20 79:4 113:16 118:21

**tissue** 92:16

**title** 19:2

**today** 6:18 17:18,19 70:3 81:22 103:11 109:25

**told** 15:17 17:3 19:8,9,10 27:9 79:20 93:21 94:15,16 122:14

**Tom** 57:16

**Tomoka** 22:1,


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
Toll Free 855-MYDEPOS

23 23:16 24:1,6
29:4,21 30:3

**Tony** 6:10
39:12 41:12,15
45:14,16,22
67:17

**tools** 100:10

**top** 55:2 80:18

**topic** 12:1
77:15

**topics** 11:25

**total** 19:24
21:19 22:2,6
24:23,25 29:18
30:5,7 31:19,22

**totals** 20:3

**touch** 98:11

**touched**
110:17

**tough** 100:2

**track** 46:23

**transfer** 30:11
36:21 37:5,21
38:8,13,17
95:8,17,21 96:7

**transferred**
15:19 19:4

**transferring**
30:13 38:10

**transition**
117:2

**transitional**
8:21

**transitioning**
58:10

**translate**
41:21

**treat** 89:23

**treatable**
89:25

**treated** 14:13
17:14 69:24
90:12

**treating** 100:12

104:15 118:22

**treatment** 17:6
18:16 36:9
61:7,9,14 73:15
78:15 84:20
85:9,19 94:7
99:14 108:16
109:13

**triage** 54:15

**triaged** 53:16
55:6

**triggers** 9:20

**Trileptal**
115:14

**triple** 101:22

**true** 12:25 26:2
27:21 79:9 80:8
83:17,19
103:22

**truth** 7:5 54:2

**turned** 52:5

**type** 10:12
11:12 37:10
61:11,13 88:4
91:14 92:21
98:1 105:3
108:13 110:11

**types** 110:2

**typically** 39:14
44:9 75:12
82:11 85:1 92:4
107:24

───────────

**U**

**uh-huh** 7:25
11:10 33:19
83:22 84:5

**uh-uh** 7:25

**ulcers** 73:18
75:16 76:16
95:22,23 97:2
109:7 110:5,8,
11

**unable** 76:14
107:20 110:20

**underneath**
115:8

**understand**
8:2,4 10:13
11:5,14 15:18
18:2 20:18
25:12 26:8
32:21 47:8
48:21 53:18
62:19 63:22
64:15 65:21,23
68:1 75:5 76:23
84:13,19 85:14
98:20,24 99:15
108:15 109:4
113:15

**understanding**
12:8 14:10 21:6
25:2,6 40:10
48:6 52:20
58:21 71:13
77:19 79:8 81:9
83:8 93:13

**understood**
36:16 42:17
66:8 85:13
105:13 106:3,
21 113:21
114:1 116:21

**unexpected**
12:15

**unintentionall
y** 118:16

**unique** 110:15

**unit** 10:3,8,10,
18,21,23 11:6
94:2

**United** 20:21

**units** 10:17

**unlabored**
59:20

**unnatural**
108:24

**unsure** 53:3

**update** 113:7

**updated**
112:17

**upgrade** 113:6

**urgent** 12:14
15:6,12 32:20
33:8,11 41:18
71:20,24 72:2
118:7

**urgently** 56:12
115:12

**urinary** 63:13

**urine** 63:12

**urologist** 15:7,
12 17:14 69:17
71:11 115:12,
17,25 116:2,22,
24 118:13,14,
19

**urology** 22:23
23:2 32:19,22
33:3,8,11 34:8,
11 39:3,5,9
41:17,18 56:12
113:24 114:2
117:5 118:5,7
122:21

**usual** 103:1

**utilization**
22:14,16 35:23
80:20 81:4,8
82:8,22 83:14,
21 84:19

───────────

**V**

**vac** 89:4

**vacation**
104:16,22

**vacuum** 89:8

**vacuumed**
88:25

**vacuums** 96:6

**vague** 87:19

**values** 66:9

**variation**
25:13

**venue** 98:23

**veracity** 78:9

103:17,19

**verbalizing**
63:3

**Vernon** 18:15
90:18

**version** 123:19

**versus** 10:23

**violate** 101:19

**vital** 122:11

**vouch** 24:14

───────────

**W**

**Wahl** 6:16
57:21 124:10,
12

**waiting** 57:8

**walk** 16:4 49:2
76:14 79:21
107:20 108:22
110:20,21
111:8 114:16
120:1,10,11,13
121:1

**walker** 113:3,
11,19

**Walt** 11:20

**wanted** 50:8
51:9,22 67:5
73:15 74:13
101:16

**warden** 49:20

**ways** 18:2 45:4

**WD** 59:16

**weakness**
121:8

**week** 79:22
104:22

**weekly** 114:10,
17

**weeks** 54:6
95:22 96:4 98:1
111:3 112:9
119:15 121:20



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

**weight** 108:25

**Wellborn** 9:12

**West** 32:16
36:22

**whatever's**
72:14

**wheelchair**
59:12 63:21,23
64:3,4,5,11,14,
16,17,22 70:7
86:17 106:24,
25 108:20,22
109:4,5,11,19
110:7,19 113:3,
13,18 120:25
121:7,24

**wheelchair-
dependent**
109:7

**widespread**
70:9 77:7

**William** 48:7
96:16 97:12
98:6 109:1
119:13 121:3

**Williams** 6:7
7:12 12:25 13:8
14:4 34:25
35:14,18 48:9
76:2 94:24 98:2
101:5,11
104:11,19
105:14,17
106:24 107:7,9,
25 109:20,24
110:18 113:23
116:22 117:13
118:5,8,22,25
119:8

**Williams'**
92:16 96:10

**Williams's**
103:14 107:23

**Winfree** 22:14

**WNL** 40:15

**wondered**
10:18

**word** 7:24

48:19 76:24
97:23 99:17
111:10

**words** 63:3

**work** 10:3,8,12
27:4 50:3 66:14
103:2

**worked** 9:19
15:5 35:4 63:25

**working** 9:2
10:6 13:7 19:10
22:15 81:15

**works** 10:2
11:2 23:15 52:6
65:12 84:13
113:16

**worries** 11:17

**worsen** 109:7

**would've**
19:23 25:9
39:19,20 40:23
42:22 43:2
52:16 53:16
104:10 105:6

**wound** 17:5,6
59:14,16,17
61:6,9,11,22
73:15 74:14,17,
21 75:2 88:24,
25 89:3,4 93:3,
14,16,18,19,25
94:1,14,20
95:5,8 96:5
97:1 98:2,17
100:2,9,25
105:12

**wounds** 16:20
74:1,6 89:1,5,9
91:11,14,22
92:1,3 94:7
95:24,25 96:2,
3,4,6,10,18
97:6 99:8 110:2

**write** 63:2 78:8

**writing** 18:7

**written** 15:7
18:5 47:3 50:9,
10 51:24 52:4,8
54:22

**wrong** 54:21
67:16 84:10
106:7 116:5

**wrote** 40:24
55:2 62:25 72:2
120:6 122:13,
17

**WW** 101:19

---

**X**

**x-** 112:4

---

**Y**

**year** 47:10
123:1

**years** 8:12 9:20
18:17,19 26:20
64:21 81:24,25
85:19,21 92:14
122:23

**yesterday**
11:21 12:21
25:24 27:10,18
47:9 94:20

**young** 99:21

**youngsters**
11:2

---

**Z**

**Zephyr** 94:5
99:2

**Zoladronic**
88:4

**Zoledronic**
88:6

**Zometa** 87:25
88:13

**zone** 20:3,19

**zoom** 6:7,12,
15,18,25 76:19
107:2



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS