UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

**NOTICE OF FILING COMPLETE FIRST DAY
OF DEPOSITION TESTIMONY FOR ELMER WILLIAMS**

In anticipation of Plaintiff Elmer Williams' forthcoming responses to pending motions for summary judgment, and in compliance with the Court's Scheduling Order's requirement that complete deposition transcripts must be filed in support of summary judgment [ECF No. 52 at 3], Mr. Williams files the complete transcript of the first day of his two-day deposition from January 10 through 11, 2023, as Defendants have only appended the second day in support of their motions. [*See, e.g.*, ECF No. 189-4].

Dated: May 5, 2025

Respectfully submitted,

<u>/s/ James M. Slater</u>
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
james@slater.legal
Tel. (305) 523-9023

<u>/s/ James V. Cook</u>
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff Elmer Williams*