

1  UNITED STATES DISTRICT COURT

2  MIDDLE DISTRICT OF FLORIDA

3  JACKSONVILLE DIVISION

4  CASE NO. 3:22-CV-955-MMH-MCR

5

6  ELMER WILLIAMS,

7  PLAINTIFF,

8

9  V.

10

11  RICKY DIXON, ET AL.,

12  DEFENDANTS.

13  _____/

14  VIDEO DEPOSITION OF ELMER WILLIAMS VIA VIDEOCONFERENCE

15  DATE:          JANUARY 10, 2023

16  REPORTER:      AMANDA BATES

17  PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE

18

19

20

21

22

23

24

25

**MILESTONE I REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

```
1   APPEARANCES

2   ON BEHALF OF THE PLAINTIFF, ELMER WILLIAMS:
    James Slater, Esquire
3   James Cook, Esquire
    Law Office of James Cook
4   314 West Jefferson Street
    Tallahassee, Florida 32301
5   Telephone No.: (305) 523-9023
    E-mail: james@slater.legal
6   (Appeared via videoconference)

7   ON BEHALF OF THE DEFENDANT, RICKY DIXON, IN HIS OFFICIAL
    CAPACITY AS SECRETARY OF THE FLORIDA DEPARTMENT OF
8   CORRECTIONS; KALEM SANTIAGO; ADELE JOHNS; WENDY
    MILLETTE; AND SGT. SAVONIA RICHARDSON-GRAHAM:
9   John Thomas Buchan, Esquire
    Howell, Buchan, and Strong
10  630 South Orange Avenue
    Suite 200-B
11  Sarasota, Florida 34236
    Telephone No.: (941) 779-4348
12  E-mail: tom@jsh-pa.com
    (Appeared via videoconference)
13
    ON BEHALF OF THE DEFENDANT, CENTURION OF FLORIDA, LLC;
14  MHM HEALTH PROFESSIONALS, LLC; ALEXIS FIGUEROA, M.D.;
    JASON HOWELL; ELIZABETH HOLMES; TONY ABBOTT; GERALD
15  KNAUS:
    Jacob Hanson, Esquire
16  Bradley, Arant, Boult, Cummings
    100 North Tampa Street
17  Suite 2200
    Tampa, Florida 33602
18  Telephone No.: (813) 559-5575
    E-mail: jhanson@bradley.com
19  (Appeared via videoconference)

20

21

22

23

24

25
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

```
1                          INDEX
                                              Page
2  PROCEEDINGS                                   5
   DIRECT EXAMINATION BY MR. SLATER              7
3  CROSS EXAMINATION BY MR. HANSON             153

4                        EXHIBITS
   Exhibit                                     Page
5     1        Amended Complaint for Damages     17
      2        Chronological Record of Health    21
6              Care 11-19-2021                             21
     4A        Grievance 12-02-2021              34
7    4B        Grievance Part B Response         52
      6        Sick Call Request 12-31-2021      72
8     8        Request for Administrative        78
               Remedy or Appeal 1-05-2022
9     9        Sworn Affidavit 01-05-2022        88
     10        Infirmary Progress Record         92
10             01-11-2022
     11        Photos 01-20-2022                 79
11   12        Sworn Affidavit                   96
               Part 2 02-02-2022
12   13        Request for Administrative       101
               Remedy or Appeal 02-10-2022           95 95
13 95 95 95 95 96 96
     14        Consultation Request 02-08-2022  105
14   15        PSA Total Urinalysis with        108
               Reflex To Culture 02-16-2022
15   16        Sick Call Request 02-18-2022     111
     17        Photos 10-02-2022                123
16   18        Chronological Record of Health   132
               Care 04-18-2022
17   19        Chronological Record of Health   133
               Care 07-23-2022
18

19

20

21

22

23

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                              STIPULATION

2

3    The video deposition of Elmer Williams taken via

4    videoconference on Tuesday the 10th day of January 2023

5    at approximately 10:01 a.m.; said deposition was taken

6    pursuant to the Florida Rules of Civil Procedure. It is

7    agreed that Amanda Bates, being a Notary Public and

8    Court Reporter for the State of Florida, may swear the

9    witness and that the reading and signing of the

10   completed transcript by the witness is not waived.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              PROCEEDINGS

 2        COURT REPORTER:  All right, we are on record.

 3   My name is Amanda Bates.  I'm the online video

 4   technician and court reporter today representing

 5   Milestone Reporting Company, located at 315 East

 6   Robinson Street, Suite 510, Orlando, Florida 32801.

 7   Today is the 10th day of January 2023.  The time of

 8   day is approximately 10:02 a.m.  We are convened by

 9   video conference to take the deposition of Elmer

10   Williams in the matter of Elmer Williams v. Ricky

11   Dixon, et al., pending in the District Court of the

12   Middle District Court of Florida in the Jacksonville

13   Division.  Case number 3:22-CV-955-MMH-MCR.  Will

14   everyone but the witness, please state your

15   appearance, how you're attending, the location

16   you're attending from, starting with

17   Plaintiff's Counsel.

18        MR. SLATER:  Sure.  James Slater on behalf of

19   Elmer Williams.  I am appearing in Tallahassee.

20        MR. COOK:  James Cook on behalf of Elmer

21   Williams.  I'm appearing in Broward County.

22        MR. BUCHAN:  Thomas Buchan on behalf of Dixon,

23   Santiago, Johns, Millette, and Richardson-Graham.

24   I'm in Sarasota.

25        MR. HANSON:  Jacob Hanson on behalf of the
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1    remaining defendants.  I'm in Tampa.  And just a

2    point of clarification, I believe that you gave a

3    different case number than what I had at the very

4    beginning.  I believe it's Case number 3:22-CV-

5    01221-MMH-MCR.

6         MR. SLATER:  Yeah, that's right.

7         COURT REPORTER:  Okay.

8         MR. SLATER:  Thank you, Jacob.

9         COURT REPORTER:  All right.  Mr. Williams, will

10   you please state your full name for the record and

11   show your ID to the camera?

12        THE WITNESS:  My name is Elmer Williams, Jr.

13        COURT REPORTER:  Thank you.  Do all parties

14   agree that the witness is in fact Elmer Williams?

15        MR. SLATER:  Yes.

16        MR. BUCHAN:  Yeah.

17        COURT REPORTER:  Thank you.  Mr. Williams, will

18   you please raise your right hand?

19        THE WITNESS:  Yes.

20        COURT REPORTER:  Do you solemnly swear or

21   affirm that the testimony you're about to give will

22   be the truth, the whole truth, and nothing but the

23   truth?

24        THE WITNESS:  Yes, ma'am.

25        COURT REPORTER:  Thank you.  You may begin.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1            MR. SLATER:  Great.  Good morning, Mr.

 2      Williams.

 3            THE WITNESS:  Morning.

 4            MR. SLATER:  Before I start taking some

 5      questions from you today, I just want to make a few

 6      points on the record, you know, for the benefit of

 7      Jacob and Tom.  We're having this deposition to

 8      preserve Mr. Williams' testimony.  We're having it

 9      prior to our Rule 26 conference.  We've agreed to

10      take this deposition at this time for those

11      purposes.  So unless anyone has any objection to

12      that, but I'm pretty sure we're all in agreement on

13      that.  Is that -- is that right?

14            MR. BUCHAN:  No objection.

15                 DIRECT EXAMINATION

16            BY MR. SLATER:

17      Q    Okay, great.  All right, very good.  Mr.

18 Williams, could you please state your name for

19 the record?

20      A    Elmer Williams, Jr.

21      Q    Okay, great.  What's your date of birth,

22 Mr. Williams?

23      A    ████ -66.  ██████████  1966.

24      Q    Okay.  I'm going to be asking you a series of

25 questions today about the facts and the circumstances
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  alleged in our -- in the lawsuit that the court reporter

2  referenced earlier.  When I ask -- and after I'm done

3  asking you questions, Defense Counsel will ask you some

4  questions as well.  When you are -- when you're being

5  asked a question, it's imperative that you respond

6  verbally.  You know, rather than shaking your head or

7  nodding or referring to a response with, "uh-huh," or

8  something like that.  It's imperative that you respond

9  clearly and not with gestures or something like that. Do

10  you understand, Mr. Williams?

11      A    Yes, sir.

12      Q    Okay.  At certain points during your testimony

13  today, you may hear, when we're asking you questions --

14  when I'm asking you questions, you may hear the defense

15  counsel object.  And when they're asking you questions,

16  you may hear me or Mr. Cook object.  When you -- when

17  someone's objecting to one of the questions that one of

18  the attorneys is giving, you will still be required to

19  answer the question unless you hear me or Mr. Cook

20  direct you not to answer the question on the basis of

21  some sort of privilege, like the attorney-client

22  privilege.  Do you understand that, Mr. Williams?

23      A    Yes, sir.

24      Q    Great.  Where are you currently, Mr. Williams?

25      A    I'm at Memorial Hospital, 3501 Johnson Street,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   Hollywood, Florida.

2       Q    And what -- where were you before you were in

3   Memorial Hospital?

4       A    I was at RMC, Reception Medical Center, Lake

5   Butler, Florida, Housing J Dorm Infirmary.

6       Q    And RMC is a facility in the Florida

7   Department of Correction System?

8       A    Florida Department of Corrections, yes, sir.

9       Q    And how did you find yourself released to

10  Memorial Hospital?

11      A    Medical release.

12      Q    And when -- do you remember when you were

13  granted a medical release?

14      A    In October.  October -- it was October 2022.

15  Can't remember the exact date.  20 something.

16  20 -- 21st.

17      Q    That -- that's fine.  October 2022.  All

18  right. So prior to -- prior to being in Memorial

19  Hospital, Memorial Regional Hospital, you were at RMC in

20  the custody of the Department of Corrections.  I'm going

21  to talk to you a bit today about your experiences there

22  leading to -- leading to your release from RMC to

23  Memorial Regional Hospital.  And sort of prefacing that,

24  I want to ask you about your health.  Do you have any

25  medical diagnoses, Mr. Williams?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Elmer Williams 03-20-2025   Page 10

1       A    I have metastasized cancers, with an S.

2   Metastasized cancers.

3       Q    What kind of cancers?

4       A    I have cancer on both sides of my prostate,

5   both of my -- on both sides of my hips, and my L1, L2,

6   L3, L4, and L5.  In between my shoulder blades, I have

7   lesions, and it's in my lymph nodes in my neck.

8       Q    Do you have any other medical conditions right

9   now, Mr. Williams?

10      A    I've developed diabetes, low blood pressure,

11  arthritis in my hand, my bones, and then my muscles

12  deteriorated in my hand.  I have no use in my hands

13  anymore.  I can't write.  They're numb.  I have no

14  mobility.  I'm paralyzed from my chest down.  I have

15  labored breathing.

16      Q    When were you first diagnosed with prostate

17  cancer, Mr. Williams; do you remember?

18      A    2000 -- 2017.  Can't remember the exact dates,

19  but 2017.

20      Q    And were you in the custody of the Department

21  of Corrections at that time?

22      A    Yes, sir.

23      Q    Could you describe to me briefly the course of

24  treatment that you received for your prostate cancer

25  starting in 2017?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1       A    Yes, they diagnosed me with prostate cancer,

2  and they gave me a treatment plan of 43 treatments of

3  radiation, and I was given the treatments at RMC Cancer

4  Center, and it was successful.  I got a certificate of

5  completion.  And --

6       Q    When did you get that certificate; do you

7  remember?

8       A    In 2018.  I can't remember the exact date.  I

9  can't remember the date.

10      Q    Okay.  What -- so what was the -- when you got

11  the certificate of completion, were you in remission at

12  the time?

13      A    I was in remission.

14      Q    And this -- that would've been what -- could

15  you remind me around what time you received the

16  certificate?

17      A    It was around '18, and my PSA then was 0.2.

18  It was in remission.

19      Q    What is a PSA, Mr. Williams?

20      A    That's a protein -- I can't remember the

21  initials for it, but that is the -- the -- a system that

22  they used to determine the levels of prostate cancer.

23      Q    And to your understanding is a 0.02 low -- a

24  good PSA score, good meaning that your cancer is in

25  remission?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          MR. HANSON:  Objection.

2      Q    You can still answer, Mr. Williams.

3      A    Okay.  It stays 0.2 with, you know, it stays

4  0.2 all the way my whole time while I was in remission.

5  If that's of -- I know from all the way to -- to 12-20-

6  2020.  It stayed in remission zero point --

7      Q    What -- it stayed in remission, sir.  Were you

8  receiving -- while you were in remission, were you

9  receiving any treatment?

10     A    Yes, I was.

11     Q    What kind of treatment were you receiving?

12     A    I was receiving shots of Eligard every --

13  three times a year.

14     Q    What's Eligard?

15     A    Eligard is a drug that's administered

16  intravenously stomach that keeps my prostate cancer in

17  remission.  Keeps everything in remission --

18     Q    While you were in remission, could you

19  describe to me your ability to move and get around?

20     A    Yes, I was doing really good.  I was well off.

21  And --

22     Q    Did you have any difficulties moving around

23  while you were in remission?

24     A    Not at all.  Not at all.

25     Q    Did -- you didn't -- did you need any

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  assistance to get around?

2       A    Not at all.

3       Q    Were you -- so you told me that you were

4  taking shots of what's -- I believe it's called Eligard.

5  Was there a time when you were taken off of those

6  treatments?

7       A    Yes.  I was told by my Doctor Miquel, which is

8  my primary doctor, that I'm doing so well that he's

9  going to run a test on me.  He is going to take me off

10 of the medication for six months, and for me to be --

11      Q    Do you remember when that -- do you remember

12 that -- when that would've been?

13      A    That was December the 20th of 2020, and he put

14 an appointment in for me to come back June of 2021.  I

15 was supposed to come back in six months.

16      Q    Did you go back to see him in six months?

17      A    Not at all.

18      Q    Did you receive any treatment for your

19 prostate cancer between December 20, 2020 when you saw -

20 - when you said you last saw Dr. Miquel and -- between

21 that time and your transfer to Suwannee Correction

22 Institution in November of 2021?

23      A    Not at all.  No treatments.

24      Q    I want to talk to you a little bit about your

25 transfer to Suwannee.  Do you know why you were

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

Elmer Williams 03/10/2025   Page 14

1  transferred to Suwannee Correction Institution in

2  November 2021?

3      A    Yes, sir.  I was transferred there from RMC --

4  from RMC, Reception Medical Center, for -- as a overflow

5  just for medical purposes.  I was at Suwannee just as a

6  overflow from Lake Butler because they didn't have any

7  room.  I didn't need my bunk or whatever, so I was just

8  sent over to Suwannee to await my medical issues to be

9  dealt with at Lake Butler.  That's what I was told at

10 classification at Suwannee, and I was told at RMC.

11     Q    When you were transferred to Suwannee in

12 November of 2021, Mr. Williams, had anyone told you what

13 your PSA level was at that time?

14     A    Before I went to Suwannee?

15     Q    When you went to Suwannee, did you know?

16     A    Yes, because I remember getting a PSA test in

17 September -- September, October, November.  It had

18 bumped up to 5.2.  I'm almost -- and I'm staying certain

19 that it went up an alarming -- because anything over

20 four is an indication that the cancer's back.

21     Q    When you had your PSA tested again, it sounds

22 like September or the fall of 2021, did anyone talk to

23 you about the increased level?

24     A    No, not -- '22, sir.  I mean -- '21.  No,

25 you're right, you're right -- my dates.  It's '23.  Okay,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   I'm sorry.

2        Q    No worries, Mr. Williams.  And if there's any

3   confusion like that, we can clarify and we have -- we

4   can go through -- we'll go through some documents to

5   help.

6        A    Okay.

7        Q    But when -- so you testified that you had your

8   PSA tested in the fall of 2021.  The level had gone up

9   from 0.2 to 5.  Did any of the medical professionals at

10  FDC talk to you about your elevated PSA?

11       A    Not at all.

12       Q    Now, when you got to Suwannee in November

13  2021, how were you feeling?

14       A    My equilibrium was off because I already had

15  had problems.  I was stumbling, and I -- I couldn't

16  walk.  I couldn't -- I couldn't -- I couldn't maintain

17  my balance.  I was off balance.  I didn't really know

18  what was wrong with me.  I just know I was off balance

19  really bad, and I had, you know, and I needed medical

20  attention, so I went --

21       Q    What -- do you remember going to seek medical

22  attention when you arrived at Suwannee?

23       A    Yes.

24       Q    Okay.  Can you talk to me about that, when you

25  first went to see the medical staff there?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A    Yes, I went to medical and told them the

 2   symptoms that I was having, and told them that I had

 3   fallen down and broke my teeth, but I had my teeth fixed

 4   before -- that was the incident before all this happened

 5   when I really knew that something was wrong because I

 6   was having -- I was passing out, and I told them about

 7   my hernia and my prostate cancer remission.  This is --

 8   I was talking to Nurse Howell.

 9        Q    And you said you had fallen?

10        A    Yes, I had fallen.

11        Q    Where did you fall?

12        A    On the bus.  On the bus transferring to RMC

13   and back because they -- I've made a couple of transfer

14   trips backwards and forward on my medical issues going,

15   but I don't know what the problem was.  But it was

16   something with me being at Moorehaven and at a private

17   camp coming from state to private.  So I kept going to

18   RMC, staying there a week or so, and they would transfer

19   me back to Moorehaven, and I was backwards and forward.

20   During one of them trips, I fell because I was getting

21   weaker and weaker from all the, transporting my

22   properties and all that stuff because I had a lot of

23   property, so it was wearing me down and wearing me out.

24   So by the time I got to Suwannee, I maybe walk 100 yards

25   or so and I would have to -- I would be out of breath. I
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  was -- it was hard for me to breathe and stuff like

2  that.  I just felt my -- myself deteriorating, so.

3      Q    I want to show you -- I'm going to share my

4  screen.  Okay.  All right.  Can you see what I'm

5  sharing, Mr. Williams?

6      A    Yes, sir.

7      Q    Okay.  This is what I'll be marking as Exhibit

8  1.  It is Bates stamped Plaintiffs 1 through 37, and it

9  is titled, "Amended Complaint for Damages."  Are you

10 familiar with the amended complaint in this case, Mr.

11 Williams?

12           (EXHIBIT 1 MARKED FOR IDENTIFICATION)

13     A    Could you explain the amended -- amended

14 complaint as far as me being how amended?

15     Q    Amended just means it's been revised.  But

16 are --

17     A    Thank you.

18     Q    -- you familiar with this document?

19     A    Yes, I am.

20     Q    Okay.  I'm going to take you through just to -

21 - I want to look -- I want you to look at Plaintiff 7 is

22 the Bates stamp, the common allegations of fact.  And in

23 paragraphs 24 and 25, we noted that you had fallen and

24 you'd seen medical attention at Suwannee in November 18,

25 2021.  Do you recall that?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A    Clearly.  Yes, I do.

2      Q    Can you talk to me about what happened?

3      A    Okay.  On that day I went to them and I

4  reported that I had severe back pain and, you know, I

5  needed -- I needed assistance.  I needed -- I needed a

6  wheelchair.  I needed assistance in walking.  And --

7      Q    What -- you had fallen out of your bunk?  What

8  happened when you fell out of your bunk?

9      A    Oh, that was -- that was a different -- that's

10 not -- oh, okay, that's -- yeah, okay.  I fell out of my

11 bunk, and I was on the floor, and the guys in the dorm

12 yelled for the -- the sergeant to come out and assist,

13 and she came out and she saw me on the floor, and she

14 told me to get my ass off the floor, that she's not

15 calling for a stretcher.

16     Q    Which sergeant is this?

17     A    That's Sergeant Graham.  Sergeant Richardson.

18     Q    So you said that she didn't call for a

19 stretcher.  What did she say to you?  Could you repeat

20 that?  Sorry.

21     A    She said, her exact words was, "I'm not

22 calling no damn stretcher for you.  Get your -- you got

23 to get your ass up off that floor."  I told her I

24 couldn't get up.  And she called two inmates over there

25 and grabbed this guy's wheelchair because I didn't have

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   a wheelchair, and told them to put me in the chair.  And
 2   they put me in the chair and she told me to hold up
 3   while she wrote a pass for me to go to medical.  And I
 4   held up and she wrote me a pass, which that pass should
 5   be in their log book.  She wrote the pass that same day
 6   for me to go to medical and told them to take me up to
 7   medical.  And then, when I got up there, I saw Nurse
 8   Howell, and I was telling him about the wheelchair
 9   situation, and he went and he told me to hold on.  I
10   guess he went to talk with Dr. Figueroa.  And he came
11   back and he gave me a shot of muscle relaxer, which made
12   it, you know, even harder for me.  I mean, he gave me
13   something for the pain, which was good.  But then, you
14   know, I told him "How I'm going to get around?"  He's
15   like, "I don't know how you going to get around.  Hold
16   onto the wall or whatever."  I'm like, "Well, I can't
17   get around."  He's like, "Well, you can go to
18   confinement."  And then -- so I seen the situation
19   turning into something more than what it was, so I just
20   -- I just left it alone, you know, and I made my way
21   back to the lobby or whatever, and got in the wheelchair
22   and whatever that -- that was brought and went back to
23   the dorm, and --
24        Q    Had you --
25        A    -- and I --
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

```
 1       Q    -- had you been threatened with confinement

 2   when you complained about medical issues in the past?

 3       A    I don't understand what you mean.  Like, when

 4   I was there, that was the first --

 5       Q    Well you just -- you said that, yeah, so you

 6   said that -- it sounds like you said that Nurse

 7   Howell --

 8       A    Threatened me with confinement.

 9       Q    -- threatened you with a confinement.  Was

10   that -- was that something that you had experienced

11   before in prison when you went to complain about

12   something that you were threatened with confinement?

13           MR. HANSON:  Objection.

14       Q    You can answer, Mr. Williams.

15       A    No.  Not -- not in that instances.  There's

16   some instances in this case right here that -- that I've

17   been threatened with confinement.

18       Q    Okay.  We'll talk about that.  I --

19       A    Okay.

20       Q    -- I want to ask you about your interactions

21   with Nurse Howell a little bit more.  So you went to see

22   Nurse Howell.  You said he gave you a shot.  Did you ask

23   for a wheelchair?

24       A    Yes, I did.

25       Q    And what were you told?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

210996 Elmer Williams 01.20.2025                    Page 21

```
 1        A    Told -- I was told that I'm not ADA, I can't

 2   get a wheelchair.  They're not giving me a wheelchair.

 3        Q    Did Nurse Howell talk to you at all about your

 4   prostate cancer?

 5        A    Not at all.

 6        Q    Okay.  I want to show you what's been marked

 7   as Exhibit 2.  Okay.  It's Bates stamped Plaintiff 88.

 8   Can you see this document, Mr. Williams?

 9             (EXHIBIT 2 MARKED FOR IDENTIFICATION)

10        A    Yes, sir.

11        Q    Okay.  It's titled, "Florida Department of

12   Corrections Chronological Record of Healthcare."  Have

13   you ever seen this document before?

14        A    Yes, I have.

15        Q    Okay.  If we look at the top left corner,

16   there's a column that says, "date and time," and it's

17   stamped November 19, 2021, and it looks like it's 12:50.

18   So 12:50 -- assuming that's p.m. --

19        A    Uh-huh.

20        Q    It -- would this is -- this is the day after

21   you went to see Nurse Howell with your initial

22   complaint; is that right?

23        A    Yes.

24        Q    Now, if we go down to the part that's titled,

25   "Plan," there is some handwriting.  Do you see that, Mr.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  Williams, in the middle of the page?

 2       A    Yes.  That's --

 3       Q    Okay.  And then, underneath the handwriting

 4  there is a signature and a stamp for Tony Abbott, APRN

 5  Suwannee CI, Centurion.  Is that --

 6       A    Uh-huh.

 7       Q    -- this is -- were you seen by -- when you

 8  went to see Nurse Howell on November 18th, was Nurse

 9  Abbott there as well?

10       A    He was not present.

11       Q    Okay.  Did you see Nurse Abbott after your

12  first interaction with Nurse Howell?

13       A    I saw Nurse Abbott with Dr. Figueroa.  I don't

14  remember -- recall seeing Abbott, because this is a

15  referral, because you have Nurse Bennett down here also,

16  which is the supervisor.  She stamped -- her name's

17  covered up in here, which --

18       Q    I see -- and that's -- that -- it looks like

19  that's for --

20       A    But I didn't -- yeah, I wasn't --

21       Q    Yeah, for 11-24-21.

22       A    Yes, sir.  But I asked a question.  It says,

23  "Urology Referral Urgent."  See this referral, I would

24  not know about it until they come to me and sign.  For

25  every visit that I take to go, like, just say if this
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  was official, there would be a green paper that goes

2  with it that I signed to agree to go see a urologist.

3  This is just a referral.

4      Q    Right.  So let's read through it.  It says,

5  "Urology plan.  Urology referral (urgent).  Placed on

6  10-4-21.  Was this submitted to UM?"

7      A    Right.  It wasn't --

8      Q    But --

9      A    -- but I made them aware.

10     Q    Were you -- were you aware that there was a

11 referral -- an urgent referral for 10-4-2021?

12     A    No, sir.

13     Q    Were you at -- were you at Suwannee on October

14 4, 2021?

15     A    Yes.  You said, "October?"  What did you say?

16     Q    October.

17     A    October 4th.

18     Q    Would this be before you were transferred to

19 Suwannee?

20     A    No, I -- I hadn't been at -- I was there, I

21 just can't remember the -- the exact dates.  That's what

22 I'm having trouble with.  Remember, but I hadn't have

23 been there cause that's where Abbott -- so I had to have

24 been there.

25     Q    Well, this is a document dated November 19

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  referring to a referral that was placed on October 4.

2      A    Oh --

3      Q    That would be --

4      A    Oh, oh, so --

5      Q    -- that would be before you were transferred.

6  Is that -- is that fair?

7      A    Yes.

8          MR. HANSON:  Objection.

9      Q    You can answer, Mr. Williams.

10     A    Yes.

11     Q    Okay.  So you had -- so on November 19, the

12  day after you went and complained about difficulties

13  walking to Nurse Howell, there's a record from your file

14  that questions whether an urgent urology referral was

15  submitted to UM.  Do you know what stands for?

16     A    No, sir.

17     Q    In November 2021, had anyone talked to you

18  about the need to take you to see a urologist?

19     A    No, they didn't.

20     Q    Let's talk a little bit more about what you

21  were experiencing in November.  What was your -- what

22  was your ability to walk around; do you remember?

23     A    My ability was -- was -- was -- was limited.

24     Q    After you -- after you went to see Nurse

25  Howell, did anyone refer you to see a neurologist for

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 | your difficulties walking or getting around?

2 |     A     No.

3 |     Q     To your knowledge?

4 |     A     To my knowledge, no.

5 |     Q     Were you having any -- besides difficulties

6 | walking, were you having any other medical conditions at

7 | the time?

8 |     A     Yes, I was having back and neck pains, pains

9 | in my legs, my shoulders.

10 |     Q     Could you describe to me how you got around at

11 | Suwannee while you were experiencing those medical

12 | conditions?

13 |     A     I had to borrow wheelchairs constantly when

14 | the guys that had wheelchairs weren't using them.

15 |     Q     Were they always available for you to use?

16 |     A     Not at all.  I missed meals.

17 |     Q     What about getting to the shower?  Were you

18 | able to get to the shower, Mr. Williams?

19 |     A     I had -- I had to be picked up out of my bed.

20 | I lost all mobility and put in the wheelchairs and,

21 | well, like two or three guys, and they would take me to

22 | the shower and clean the shower floor off and set me on

23 | the floor and I would have to --

24 |     Q     What do you mean -- what do you mean, "clean

25 | the shower floor?"  Why would they need to clean the

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1   shower floor?

2       A    Because it was unsanitary.  Because --

3       Q    Why?  What do you mean?

4       A    Because it's a -- like, a six or seven man

5   shower, and when people use the shower, of course, then

6   they're cleaning themselves and the floor, you know,

7   they urinate on the floor.  They -- the showers are

8   very, like, the dirtiest place in the -- in the

9   bathroom, so they would clean it off with bleach as best

10  they could to sit me on the floor.  And I had soiled my

11  pants, you know, my prison uniform because I had lost

12  all feeling and all control over my bowel movements and

13  urine.  So I would have to get in the shower because

14  when I could get put in there, and I'll have to get

15  assistance with taking my clothes off.  And I was

16  actually showering on the, sitting on the floor.

17      Q    Were -- what did the guards think about you

18  doing -- you borrowing wheelchairs, having to sit on the

19  floor of the shower, having soiled pants?

20      A    They had a problem with that.  They came and

21  they -- they -- they made a comment about it, "Sir, you

22  can't -- you can't --"  I say, "Well sir, I can't sit on

23  the handicap bench because my back, the cancers from L1

24  through L5," I didn't -- I mean, I wasn't able to sit on

25  the bench, so.  And the only way that I could get clean,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

210936 Elmer Williams 11-01-2023          Page 27

```
 1  because I didn't have assistance, I didn't know how they

 2  told me they were going to get me an assistant, but they

 3  never gave me an assistant, so I was left --

 4       Q    Did you ask for an assistant?

 5       A    Yes, I did.  They told me they was going to

 6  give me an assistant.

 7       Q    Who told you they were going to get you an

 8  assistant?

 9       A    Nurse Holmes told me.  When I got released for

10  medical one time, they said that I was able to take care

11  of myself and move around on my own, and that wasn't the

12  case, so before I left medical, they told me that they

13  would assign me an assistant, which I never got.  So I

14  went to the dorm and I had to fend for myself the best I

15  could.

16       Q    Let me -- let me take you through -- so still

17  in November of 2021, you know, less than a month after

18  you arrived at Suwannee, let me take you through what

19  I've marked as Exhibit 3, Bates stamped Plaintiff 89.

20  Have you seen this document before, Mr. Williams?  Do

21  you know?

22            (EXHIBIT 3 MARKED FOR IDENTIFICATION)

23       A    Yes, I have.

24       Q    What is this document?

25       A    That is a -- a grievance.  That is a -- a
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  informal grievance complaint.

2      Q    What is -- what is a -- what is the purpose of

3  a grievance?

4      A    The purpose of the -- a grievance is to file a

5  complaint.

6      Q    To file a complaint to do what?  To correct

7  something?  What -- what's the --

8      A    To correct --

9      Q    -- what's the end goal of a grievance?  Okay.

10     A    Yeah.  That's why I put on there -- you know,

11 to put you on notice that this nurse is purposely

12 denying me an aide and walking a wheelchair when I

13 clearly told them my --

14     Q    And we'll go through this.  Yeah, we'll go

15 through this, but I -- but first I want to make sure

16 this is -- on the -- on the top of it says. "from

17 Williams, Elmer.  Date 11-24-21."  And then at the

18 bottom of the first half, it's separated where it says,

19 "Do not write below this line."  Right above that, it

20 has inmate signature.  Is that your signature, Mr.

21 Williams?

22     A    Yes, it is.

23     Q    Okay.  Let's -- so this is dated November 24,

24 2021.  And it says, "Request.  This is an official

25 complaint against Nurse Jason Howell to put you as the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  warden on notice that this nurse is, quote, "purposely

2  denying me an aid in walking, a wheelchair, when I --

3  when I repeatedly told him of my numbness and paralysis

4  in my legs, which as a result, I'm being subjected to

5  cruel and unusual punishment. I have a hernia and a

6  pass that says, "15 pounds max no lift." Nurse Howell

7  called me a liar and told me to hold onto the medical

8  wall for support to make it back to the lobby. I want

9  audio video held of this incident that occurred on my

10  medical emergency. My life is in jeopardy." Do you

11  remember writing this grievance?

12      A    Yes, I do.

13      Q    Do you remember -- so you describe in here

14  that he was -- he told you you couldn't have -- denied

15  you an aid in walking, a wheelchair. And then you --

16  and then you say that he called you a liar and told you

17  to hold onto the medical wall for support to make it

18  back to the lobby. Was this -- was this during -- when

19  -- what was -- what was the purpose for encountering

20  Nurse Howell, if you remember?

21      A    The nurse -- I encountered him was because I

22  couldn't walk. I was -- I was becoming -- I was

23  becoming more and more off balance, and -- and -- and --

24  and -- and -- and I needed -- I needed a wheelchair. I

25  needed aid in walking and getting to and from going to

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  eat and stuff like that.  And --

 2      Q    Were you given a wheelchair at this time?

 3  Your own wheelchair?

 4      A    No, sir.

 5      Q    Were you -- were you assigned an aide or an

 6  inmate assistant at this time?

 7      A    No, sir.

 8      Q    Were you -- were you seen by a urologist in

 9  November 20 -- by November 24, 2021?

10      A    No, sir.

11      Q    Were you seen by a neurologist at this time?

12      A    No, sir.

13      Q    Were you scheduled to see a urologist to your

14  knowledge at this time?

15      A    No, sir.

16      Q    Were you scheduled to see a neuro --

17  neurologist, with an N, at this time?

18      A    No, sir.

19      Q    Could you describe for me, where you write in

20  here that you had to hold on -- he told you to hold onto

21  the medical wall for support, what did you do after he

22  told you that?

23      A    I had to hold onto the wall for support.

24  Because he had just gave me a shot of muscle relaxer, so

25  that made it even more harder.  Little mobility that I

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  had left, that was shot.

 2      Q    Well, tell me about that?  What did it feel

 3  like after you were given a muscle relaxer?

 4      A    You become -- it's like a pain killer.  You

 5  become just relaxed.  Like, you know, my muscles would

 6  just relax, like, more so.

 7      Q    How did it affect your -- how did it affect

 8  your mobility?

 9      A    It -- it -- it -- it made me even like more --

10  more like -- I was able to -- I mean, it was -- it made

11  it harder for me, really.

12      Q    Made it harder to move?

13      A    Yes, sir.

14      Q    So you're saying that after you were

15  administered a muscle relaxer, you were told to -- and

16  after you had complained about numbness and paralysis in

17  your legs, I'm reading from the -- from the grievance,

18  you were then told to walk and hold onto a wall for

19  support; is that correct?

20      A    Yes, sir.

21      Q    What did it -- what -- did you feel like you

22  had any choice --

23      A    Not at all.

24      Q    -- on whether you could do something else?

25      A    Not at all.

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1     Q    So then you did what Nurse Howell told you

2  to do?

3     A    Yes.  He became argumentative because I -- I -

4  - I was, like, insisted that I needed help, and he felt

5  that I shouldn't question his authority or whatever.  I

6  mean, he just got aggravated and just basically told me

7  to get out of there, and I can go to confinement if I

8  kept running my mouth, basically.  That's what it was.

9  You want me to tell you just directly.  Like, get out of

10 here.  I'm through dealing.  That's it.  I've done what

11 I can do.

12    Q    So that would be -- this would be the second

13 time you were --

14    A    Yes.

15    Q    -- threatened by Nurse Howell with confinement

16 for disobeying?

17         MR. HANSON:  Objection.

18    Q    Let me rephrase that.  This -- you -- you've

19 now told me that two times Nurse Howell threatened you

20 with confinement if you didn't -- if you didn't follow

21 his directions?

22         MR. HANSON:  Objection.

23    Q    You can answer, Mr. Williams.

24    A    Yes, sir.  That's how I took it.

25    Q    Okay.  So we're now November 24, 2021 is the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  date of this grievance.  You told me that you still

2  don't have your own wheelchair, you don't have an inmate

3  assistant.  Now this -- I'm looking now at the bottom

4  portion -- the bottom half of this grievance where it

5  says, "Do not write below the line," and it says,

6  "Response."  Okay.  And it's signed by, and I'm looking

7  at the stamp, and R. Corbin, administrative assistant

8  Suwannee CI.  And it says, "Audio video is a security

9  matter."  And you had referenced -- just looking in

10  here, "I want audio video held of this incident."  Have

11  you -- have you ever looked at the audio or video of

12  that encounter with Nurse Howell?

13      A    They never -- they -- they -- they never did

14  audio video.  I requested it.  But every time I

15  requested it, they denied it and went around my whole

16  point.  They didn't want to video anything in my

17  opinion.  Because it says, "audio video is a security

18  matter."

19      Q    It then says, "Your allegations against staff

20  are unfounded."  How did it feel receiving -- after

21  putting out all this information in your grievance, to

22  receive a response saying all of your allegations

23  against staff are unfounded, knowing how you felt at

24  the time?

25      A    It was very -- I was very frustrated having to

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

210998 Elmer Williams 01-27-2025          Page 34

1  deal with my medical issues without getting assistance.

2  And I felt very frustrated because none of my issues

3  were obviously getting investigated.  Because had they

4  investigated it, my issues would've been founded.

5       Q    The next sentence says, "Nursing does not make

6  the determination or issue wheelchairs.  Order for a

7  wheelchair is per a clinician.  You have a pending

8  appointment to be seen by a clinician." At any of the

9  follow-up appointments with any of the clinicians that

10 you saw at Suwannee Correctional Institution, did any of

11 them issue you a wheelchair?

12      A    No, sir.

13      Q    I want to now show you what I've marked as

14 Exhibit 4A.  It is another Inmate Request for Grievance.

15 It has from Williams Elmer, dated 12-2-21, and it is

16 Bates stamped Plaintiff 90.  Have you seen this record

17 before Mr. Williams?

18           (EXHIBIT 4A MARKED FOR IDENTIFICATION)

19      A    Yes, sir.

20      Q    Is that your signature above the part that

21 says, "Do not write below this line?"

22      A    Yes, sir.

23      Q    Do you remember making this grievance?

24      A    Yes, sir.

25      Q    And it says, "This is an informal grievance on

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  me being denied going to get my laboratory and blood

2  work samples done because I'm crippled and can't walk

3  and being denied a wheelchair to get to and from where I

4  need to go.  I'm here at Suwannee Annex for medical

5  reasons, and I would never refuse medical treatments.  I

6  -- I'm totally in the care, custody, and control of the

7  Florida Department of Corrections, and I'm depending and

8  relying on you-all to provide me with what I need while

9  in custody.  I'm in confinement because, 'I couldn't,'

10  go to ICT.  Now, 'my life and health is in jeopardy,'

11  because I'm being denied a wheelchair when I can't walk,

12  so I can't get my blood work done to determine where my

13  PSA level is and what's wrong with me."  Let's go

14  through this sort of sentence by sentence, Mr. Williams.

15  So this is on December 2nd.  This is about a week or so

16  after the last grievance we reviewed.  And you are --

17  you're saying you're being denied getting your blood and

18  lab work samples.  Were you asking for your blood and

19  lab work at the time?

20       A    Yes, sir.

21       Q    Why were you asking for -- yeah.  Why were you

22  asking for it?

23       A    Because they came to my cell door, my

24  confinement cell door, and said, "You got a blood work

25  called out.  Are you going?"  I said, "Yes, I need a

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   wheelchair to go to the callout for the blood work."  So

2   he said, "Well, we don't have a wheelchair, I'll be

3   right back," the confinement officer.  So he left me,

4   came back, he said, "We don't have a wheelchair, so what

5   they want you to do is sign a refusal, and we'll

6   reschedule it."  I said, "No, sir, I can't sign a

7   refusal for my blood work because my blood work is

8   important.  Could you please try to get a wheelchair?"

9   And he just -- he left and -- and never came back.  And

10  the last I heard from them again was on -- at the bottom

11  12-16.  So they just refused to pull me out of my cell

12  because I didn't have a wheelchair, and they wouldn't

13  assist me with getting one so I can be taken to my call

14  out to get my blood work.

15      Q    And I'm going to circle back on a few points

16  there, but do you remember this person's name?

17      A    No, sir, I don't.

18      Q    Okay.

19      A    I know it was on that day.  Whoever was

20  working that day.  I didn't -- I didn't get their names.

21  The names, that's another story.

22      Q    Now in the grievance and what you just said to

23  me, you referenced being in confinement.  How do you end

24  up in confinement, Mr. Williams?

25      A    I end up in confinement because of Mrs. Graham

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

1  slash Mrs. Richardson having a thing for me already from

2  me falling out of the bed.  I couldn't go to my IC call

3  -- the ICT callout because I couldn't walk.

4       Q    What is ICT?

5       A    ICT is -- it's a team of -- of -- of

6  classifications, assistant warden and security that

7  assigns you a job assignment.  They assign you a job

8  assignment when you get to -- when you come out of

9  confinement or you come into the institution new.  Their

10  job is to assign personnel, just put it like that.  They

11  assign you your job assignment.

12       Q    And so why -- and so you said you were -- you

13  weren't able to get up for call out.  Can you tell

14  me why?

15       A    Oh, because I was paralyzed.  I couldn't -- I

16  couldn't move around.  I couldn't get around in a

17  wheelchair to get around in.  And in order to go -- in

18  order for me to go to ICT, they're going to want me to

19  explain why I'm in a wheelchair.  And being that I

20  wasn't assigned a wheelchair, I needed to get permission

21  from security to go to the ICT callout in a wheelchair.

22  I couldn't just borrow one like I would normally do to

23  go and eat and to go to callouts.  This was a different

24  scenario because they're going to assign me a job.  And

25  they was not assign -- they would assign me a special

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  job had they known that I was wheelchair bound or

2  whatever, so.  But she was not giving me permission to

3  borrow a wheelchair, so I was --

4      Q    So what did -- what did she say -- what did

5  she say to you; do you remember?

6      A    She said -- I said, "Well, can I get

7  permission to borrow a wheelchair?"  And she was like --

8  like - like, "no."  Like -- but as soon as it was time -

9  - as soon as ICT callouts was over with, she came and

10  she locked me up for not going to ICT, and she borrowed

11  a wheelchair to take me to confinement.  But wouldn't

12  borrow a wheelchair so I could go to ICT.  That didn't

13  make no sense to me.

14      Q    Can you describe -- so you - so were you --

15  were you issued a disciplinary report?

16      A    Yes, I was.

17      Q    Do you remember what the violation was?

18      A    Disobeying a verbal order.

19      Q    And that would be the verbal order from

20  Sergeant Richardson-Graham?

21      A    Yes, sir.

22      Q    Could you explain -- could you sort of

23  describe to me what confinement is like?  What the --

24  you know, you're in a cell.  What -- what's sort of the

25  layout?

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A     They had me in a cell, and it was two beds in

 2   the cell that I was in.  It was a handicap set up cell.

 3   And there's a steel door there with the flap about three

 4   feet off the ground where you go and you get your mail

 5   and you get your food through this.  You got the steel

 6   bunks, and you got a toilet and a sink that's hooked up

 7   together in the back of the cell.  And you basically get

 8   to move around the cell is like a -- I don't know the

 9   measurements of it.  It ain't big.  About -- you got

10   about four feet this way and eight feet that way.  And -

11        -

12        Q     And this is a handicap cell?  This is a

13   handicap cell you said, right?

14        A     Yes, sir.

15        Q     So they had special cells for people that

16   were disabled?

17        A     Yes.

18        Q     You said it was a two-bunk cell.  Did you have

19   a bunk mate in confinement?

20        A     They would not give me one, no, sir.

21        Q     Did you ask for one?

22        A     No, I didn't ask for one.  When -- but I was -

23   - I was denied having one.  I can say that.

24        Q     So you're in confinement.  You're in a

25   handicap cell.  The cell has a food tray you described.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   It has a toilet, two bunks, and you're in there by

2   yourself. Were you able to walk around in the cell?

3       A    No, I had to -- I could move around in the

4   cell, but I mean -- yeah, I guess.

5       Q    Were you able to walk?  Were you able to walk

6   at this time?

7       A    I was -- I was -- I was, like, 50 -- I was,

8   like, not even 50 percent, I could say.  60 percent.

9   Because I was -- I had to move my legs around.  I wasn't

10  paralyzed like I am now.  It hadn't hit that yet, but I

11  was definitely had to hold on, pull up on the bunk.  I

12  could -- walk -- just standing up and walk?  No, I had

13  to --

14      Q    Got it.

15      A    -- hold on to things to pull up with my bunk.

16  I had to go on the wall and slide around on the blanket.

17  And I had to make -- I had to survive in there.  And I

18  really -- really was hurting myself bad.

19      Q    Were you having any other -- besides the

20  mobility issues you described, were you having any other

21  issues?  Any other health issues?

22      A    Yes.  I was having issues with -- with

23  especially, you know, my back, my neck, and my hips

24  because I would -- I would collapse a lot of time when I

25  put pressure on my leg.  I would fall to the floor, and

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  I was injuring myself because I didn't have any feeling.

 2  I didn't know when I was going to go down, so I busted

 3  up my knees pretty bad, scraped my ankles up.  And --

 4      Q    Do you recall about how long you were in

 5  confinement?

 6      A    About 27 days.  They gave me 30 days for

 7  the --

 8      Q    And this would be in -- this would be in

 9  December of 2021.  Does that --

10      A    Yes, sir.

11      Q    -- does that sound right?

12      A    The end of November and some into December.

13      Q    Did you spend -- how did you spend your time?

14  Were you in your bunk?  Were you somewhere else?  Where

15  do you spend most of your time?

16      A    At the beginning, when I had a little bit of

17  strength yet -- left, I was in my bunk because I was

18  being threatened.

19      Q    What do you mean you were being threatened?

20      A    I was being threatened to get off of

21  the floor.

22      Q    Who was threatening you to get off the floor?

23      A    The sergeants.  When they come around they

24  say, "Hey, you need to get off the floor."  Because

25  technically by the rule you're not supposed to be on the

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  floor, so they would threaten me.  So I did everything I

2  could to pull myself up on, because I had a lot of upper

3  body strength to pull myself up on the bunk.  Until all

4  my strengths waned and waned, and then I had to choose

5  between the floor and the bunk.  And I would have to --

6  when they come around in the morning, I would have to

7  make my bunk up sitting on the floor and be in the midst

8  of doing something when I hear the footsteps coming down

9  the hall, making an excuse to be on the floor, or they

10  would've wrote me another DR.  And that's another

11  matter.  I wouldn't have --

12      Q    Why --

13      A    I was just trying to get --

14      Q    Why were you on the floor?

15      A    Because I could no longer get on the bunk.  I

16  had to choose between -- I was on the floor so I could

17  crawl backwards and forward to the food flap to get my

18  food.  Because they would put my food on the food flap,

19  and that's as far as it go.  I had to make it to the

20  cell door so I could get my food, or I wouldn't eat.

21      Q    So the -- my understanding then, there's a

22  flap in the door and the food would be placed on the

23  flap, you'd have to go get it; is that -- am I

24  understanding that right?

25      A    Yes, sir.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q    Did you ever ask for help having your food

2  brought to you?

3    A    Yes, I did.  I kept -- I wanted to get the

4  wheelchair.  Because if I could have sat in the

5  wheelchair, then I could have moved.  Because in the

6  handicapped cell you can move around in your wheelchair

7  in the cell.  That's what it's designed for, for walking

8  aids and wheelchairs.  And --

9    Q    Did anyone accommodate your request to have

10  your food brought to you?

11    A    No.  That's as far as they would go to the

12  door.  They would bring --

13    Q    What do you mean that's as far as they would

14  go to the door?  They would just place it on the tray?

15    A    Place it in a tray flap.  It's a flap, a

16  square flap, and they set the tray on top.  And then you

17  -- you get your tray from the flap, you eat it, and you

18  place your tray back on the flap.  And once you --

19    Q    How would you get to -- how would you get to

20  your food?

21    A    I would slide on the floor.  I would crawl on

22  the floor.  I had a -- put -- I made, like, a sliding

23  board thing and I pulled myself to the door, and I would

24  prop myself up by the door, get my tray, eat at the

25  door, put it back up there, then slide back to my bunk.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  To my bed.

2      Q    How'd you go to the bathroom while you were in

3  confinement?

4      A    When I couldn't get on the toilet anymore, I

5  would use the bathroom on the floor any way I could,

6  just away from my body.  I would urinate on the floor.

7  You know, I would defecate, you know, when I did,

8  because I -- it was a period when I didn't use the

9  bathroom for three weeks.  That was one of my

10  conditions, too.  My body just wouldn't.  It just shut

11  down.  The tumors or whatever, my back, I couldn't

12  have --

13      Q    You said you defecated on the floor when you

14  could?  What --

15      A    Yeah, when I did go.

16      Q    Did you -- what did you do after that to --

17  did you do anything to clean it up, or what did you

18  do after?

19      A    Yeah, I picked it up and -- and threw it --

20  and threw -- and threw it in the toilet like I did with

21  the urine when I could.

22      Q    Did any of the guards come to help you use the

23  toilet while you were in confinement?

24      A    Not at all.

25      Q    Did you ask for help?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Elmer Williams - 12/6/2023   Page 45

```
 1        A    Yes, I asked for help, but they wouldn't --
 2   they couldn't -- they -- they -- they didn't have a
 3   wheelchair for inmates like me back there.  They were
 4   talking about getting one they had to borrow from other
 5   inmates to -- they only assisted me -- I think I put in
 6   there -- I guess I'm going further, but the few times
 7   that I took a shower, like maybe four times in 27 days,
 8   they borrowed a wheelchair.  But oftentimes they didn't
 9   have a wheelchair to assist me.
10        Q    So the guards would bring a borrowed
11   wheelchair to take you to the shower?
12        A    Every blue moon.  Every blue moon.  And when I
13   filed a grievance on it, they came back with it and said
14   that they were logging down on the log that they were
15   giving me showers and -- and assisted me, which they
16   weren't.  Everything they're saying have no proof of
17   like, whatever.  I'm just saying like, I didn't get any
18   assistance.
19        Q    All right.  Let's -- I'm going to talk a
20   little bit more about your time in confinement, but I
21   want to go back to our exhibit.  I'm going to pull it
22   back up. This is 4A, Bates stamped Plaintiff 90.  And
23   this is the grievance we were talking about, Mr.
24   Williams, on December 2, 2021.  So you had -- we had
25   talked about you being in confinement and you'd
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

210990 Elmer Williams 01-07-2025      Page 46

1  requested your blood work.  And you also reference --

2  I'm on the three lines from the bottom.  "My life is --

3  my li -- my life and health are in -- is in jeopardy

4  because I'm being denied a wheelchair when I can't walk,

5  so I can't get my blood work to determine where my PSA

6  level is and what is wrong with me."  So at this time

7  you're referencing your -- you're referencing your PSA

8  level, which we talked about.  That's one of the levels

9  to determine, you know, what the -- what the state of

10 your prostate cancer is?

11      A    Exactly.

12      Q    December --

13           MR. HANSON:  Object --

14      Q    December 2 -

15           MR. SLATER:  Sorry, did you object, Jake?

16           MR. HANSON:  Yes, I'm objecting.

17           MR. SLATER:  Okay, sorry.  Just cut out the

18    video.  I wasn't sure.

19           BY MR. SLATER:

20      Q    Okay.  You can answer, Mr. Williams.

21      A    Okay.  I'm concerned with my PSA level because

22 I want it noted that a PSA level only determines your

23 level of prostate cancer.  I have, like, four to five

24 different cancers, but the PSA determines the prostate

25 cancer.  And that's what was my biggest concern. Because

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   I knew that with my PSA level -- wherever my PSA level
 2   at, that will determine whether my cancer is spreading
 3   or not.  Because I've familiarized myself with the
 4   prostate cancer issue and prostate cancer spreads like
 5   wildfire.  Yeah.  Thank you.  So that was my biggest
 6   concern was my PSA level.  That's why I noted them,
 7   letting them know that my life is in jeopardy.
 8        Q    So you -- and this inmate request where you
 9   note -- where you asked about your PSA level and what's
10   wrong with you, it was sent to the warden; is that
11   right?
12        A    Yes, sir.
13        Q    On Dec -- so this is December of 2021, so your
14   second month at Suwannee.  Had anyone talked to you, any
15   of the clinicians talked to you about your PSA level at
16   this time?
17        A    No.  No, sir.  They came back two weeks later
18   with this thing.  And they -- they just -- all they said
19   was like -- they said if the lab tech goes to -- on to
20   draw blood, if there's an order, you would be on the
21   callout.  I was already on the callout.  That's what I
22   was telling them.  They never -- they never came back to
23   take me to do the blood work.
24        Q    Do you -- at this time, were you scheduled to
25   your knowledge for urology visit?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

210996 Elmer Williams 01-20-2025          Page 46

```
 1      A     No, sir.

 2      Q     Were you scheduled this time for a neurology

 3 visit, with an N?  Neurology?

 4      A     No, sir.  I want to clarify this, because when

 5 you say, "schedule," my doctor had already -- my primary

 6 had already scheduled me to come back in six months.  So

 7 I want to clarify that.  So I had already -- my -- my

 8 request to come back to see my urologist was long

 9 overdue.

10      Q     Right.

11      A     Did anybody readdress that, I guess that's the

12 word for it, when I got to Suwannee?  No.

13      Q     Right.  That's what I'm asking.  I'm asking

14 when you are at Suwannee, has anyone scheduled you at

15 Suwannee to go see a urologist?

16      A     Yes, sir.  No.  Sir.

17      Q     Okay.

18      A     I'm sorry.

19      Q     No, I -- I'm glad you clarified.  So you

20 haven't -- you haven't seen a urologist in December.

21 You're asking about your PSA level.  Were you provided -

22 - in December of 2021, were you provided a -- your own

23 wheelchair?

24      A     No, sir.

25      Q     Were you provided an inmate assistant in
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  December of 2021?

2       A    No, sir.

3       Q    Did you try to speak to any medical folks

4  while you were in confinement to address these issues?

5       A    Yes, I did.  I attempted to talk to medical

6  staff.  But medical staff does not -- did not -- did not

7  give me the time to talk to them.  They didn't -- they

8  didn't -- I -- I tried talking to them.  I put in

9  numerous sick call requests, and nobody came to talk to

10  me, except the one time I had the one incident with the

11  medical emergency.  But you haven't asked me about that

12  yet, so --

13      Q    Well, I'm going to ask you about that now.  So

14  you -- so you referenced a medical emergency.  Talk to

15  me about that.

16      A    Okay.  I did a medical emergency because I was

17  in pain, excruciating pain.  And Nurse Morris came down

18  there.  And I didn't know what was happening because I

19  passed out from the pain.  And when I looked up, I was

20  sitting on the floor, I was leaning back, I had passed

21  out.  I looked up and then I heard him say, "Oh, he's up

22  now."  He's like, "Well, what's your problem?"  I said,

23  "I'm having severe pack pain -- back pain.  I'm in pain,

24  sir, please help me.  Give me something for the pain."

25  He looked at his watch, he's like, "You can't do a

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  medical emergency at this time right here.  The doctor's

2  not here."  And at the time, of course I didn't know his

3  name, but I'm like, "What do you mean?"  He just smirked

4  at me and walked off from the door.  I guess he was

5  laughing with the guards or whatever, trying to make a

6  joke out of it.  But he walked off, and I asked him his

7  name, and he just kept on walking.  He didn't even care

8  what my problem was.  He didn't want to hear nothing I

9  had to say.  Like, "Okay, you're breathing?  You --"

10  well, I'm going into assumption now.  But it --

11  whatever.  He walked out from the door.  And --

12      Q    Were you on the floor in the -- in the cell?

13      A    Yes.  I was on the floor.  I was just coming

14  out of -- I had literally passed out.  I was passed out

15  from the pain.  I just blanked out.  Because like I told

16  you, I had been blacking out.  Black -- I blacked out.

17  And when I looked up, that's what I heard him say, "Oh,

18  he's up now."  Like, he came, I guess, a couple of

19  minutes earlier, and I was -- I guess he assumed I was

20  sleeping or whatever, and he didn't even -- and then he

21  looked up again and then he was like, "Oh, he's up now.

22  And then I wanted to explain to him what my problem was

23  that I was in pain.  "Please, please help me."  And he

24  just like, he just -- he just laughed at me and

25  walked off.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

```
 1        Q    Did he take your vitals?

 2        A    He didn't take my vitals.  He didn't do

 3   anything.  He didn't open that cell door.

 4        Q    He didn't even come into your cell?

 5        A    He didn't come into my cell.  The protocol is,

 6   if you want me to go into that.

 7        Q    Sure.

 8        A    Okay.  The protocol is when you declare a

 9   medical emergency or you have an issue with medical,

10   they'll come and have you handcuffed.  In my case, being

11   handicapped, they'll have me stick my arms out the door

12   and handcuff me and take me out in the hallway where

13   they have an examination room.  And in the examination

14   room, they'll do -- take your vital signs and all this

15   stuff.  They don't do it inside the cell.  The only time

16   they come in -- now, they should have came inside the

17   cell when I was passed out because I'm quite sure he

18   couldn't even determine whether I was breathing or not.

19   But he was supposed to pull me out of the cell and then

20   take my vital signs and fill out the paperwork to

21   document that he had come to see me for the medical

22   emergency, it's supposed to have been documented.  Was

23   -- that's why I requested for the audio video camera

24   evidence, which I never got.

25        Q    So you tried to declare this medical
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

210996 Elmer Williams 01-30-2025          Page 52

```
 1   emergency. The nurse doesn't come in to take your

 2   vitals.  Did any other medical staff come see you while

 3   you were in confinement?

 4        A    No, sir.

 5        Q    Were you aware of any of your family around

 6   this time calling, family or friends, calling to FTC

 7   about what was going on with you, Mr. Williams?

 8        A    While I was in confinement?

 9        Q    Yeah.  While you're in confinement?

10        A    No, because --

11        Q    Okay.  Now when were -- do you remember when

12   you were released from confinement, Mr. Williams?

13        A    Around December the -- I want to say December

14   the 20th.

15        Q    Okay.  So sometime towards the end, end of

16   December, would that be fair?

17        A    Yes, sir.

18        Q    Were you seen by medical staff after your

19   release from confinement?

20        A    Yes, sir.

21        Q    Okay.  I'm going to talk about that in just a

22   second, but before that I just want to go through what I

23   marked as Exhibit 4B.  Okay.  And it's marked Bates

24   stamp Plaintiff 61 through 65 and starting from the

25   bottom up from page 6 -- page 65.  This is the grievance
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  that we talked about from December 2, 2021, okay.  And

2  then --

3            (EXHIBIT 4B MARKED FOR IDENTIFICATION)

4            NURSE:  Take the sugar really quick.

5            MR. SLATER:  Do we need to take a break?

6            NURSE:  I didn't realize what you --

7            THE WITNESS:  Oh, yeah, but you're okay.  You

8       just need to let --

9            MR. HANSON:  Nurses come in.

10           NURSE:  Just to take the sugar, that's it.

11           THE WITNESS:  Okay, okay.

12           NURSE:  Sorry.

13           THE WITNESS:  One second, excuse me.

14           MR. SLATER:  Let's just go off the record for a

15      second.

16           COURT REPORTER:  All right.  The time is

17      approximately 11:11 a.m. and we are off record.

18            (OFF THE RECORD)

19           COURT REPORTER:  All right, we are back on the

20      record for the deposition of Elmer Williams being

21      conducted by video conference.  Today is January 10,

22      2022 -- or 2023, sorry.  The time is approximately

23      11:17 a.m., and my name is Amanda Bates.

24           BY MR. SLATER:

25      Q    All right, thanks.  Elmer, before we took a

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Elmer Williams   July 19, 2023      Page 54

```
 1  break, I was just going through your December 2nd
 2  grievance and showing that the chain here of grieving
 3  this all the way here on page PL 62 to the Secretary of
 4  the Florida Department of Corrections.  You see that's
 5  checked on page PL 62.  And I'm just going to read from
 6  part of it.  It says, "I made it clear to confinement
 7  officers on the midnight shift that I desperately need
 8  to have my blood work done because I have prostate
 9  cancer remission.  And the last blood work indicated
10  that my PSA level had jumped from 0.2 to 5.2, and I need
11  to get my blood work done to see if it is increasing or
12  not.  Because if my PSA level is increasing, then that's
13  an indication that my cancer has returned, and I'm on
14  the clock for needing treatment.  Because without
15  treatment or prolonging treatment, can and will lead to
16  death."  Okay.  And this is dated, I see at the bottom,
17  January 27, 2022.  And is that your signature on the
18  bottom there, Mr. Williams?
19       A    Yes, sir.
20       Q    Okay.  And we'll come back to this in a
21  minute, but then it says as of January that your PSA
22  level is approximately 22.
23       A    Yes.
24       Q    You see that, right?  Okay.  So -- but back in
25  December -- back in December, you hadn't been told of
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 any changes in your PSA; is that right?

2      A    Yes, sir.

3      Q    Okay.  And so you leave confinement in

4 December of 2021.  You've told us about the back pain

5 and things like that.  You've told us that you're on the

6 ground and you're crawling around.  Do you have any

7 other issues at this time when you're released from

8 confinement due to - - due to what was going on in

9 confinement, do you have any other issues with

10 your body?

11     A    At the time, I was concerned about the sores

12 that I had, and I was concerned about my PSA level

13 because up to that point they still hadn't did my blood

14 work yet.  I'm trying to figure out -- ask me that

15 question again, please, sir.

16     Q    Well, let me follow up with what you said.

17 You said you had sores.  Could you tell me about that?

18 What were these sores?  Where were they?

19     A    They were on my ankle at the time.  My ankle.

20     Q    Do you know what caused the sores?

21     A    Me crawling around on the floor, dragging my

22 feet on the floor.  I had no socks.  I had spasms, I

23 want to get this in there too, because when I would lay

24 down with -- at the time, from what I know now, the

25 tumors in my back were -- were on the nerves, and my

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  feet when I'm sleeping, would knock on the floor like
 2  this and grind on the floor and grind my ankles out, or
 3  bore holes in my ankles.  I couldn't control it because
 4  I had no -- I had no guard.  No -- no guard, which you
 5  wouldn't know what a guard is because I got a guard.  I
 6  had no ankle guards on my foot to protect me from
 7  friction on the floor.
 8      Q    All right.  Were your feet on the
 9  cement floor?
10      A    Yes, on the cold floor, yes.
11      Q    And there's nothing up against them to protect
12  you from the floor?
13      A    No, sir.
14      Q    Were the sores visible at this time?
15      A    Yes, very visible.
16      Q    Were they red?
17      A    Yeah, they were red.  They were infected.
18      Q    Was there any pus?
19      A    Yes, there were pus.  And what we -- what I
20  want to get to is, I don't want to go too far here.  I
21  want to just answer your questions on when everything
22  got worse because I have other things to add to my
23  medical issue.  When I went to medical, they got worse
24  under medical's care.  They were this deep when I left
25  confinement.  But I went to medical, they go all the way
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  to the bone because they were stuffing gauze inside

2  of it.

3       Q    These are your ankles?

4       A    Yes, my ankles.  And then when I went -- I had

5  a blister on my heel, and they popped the blister and

6  then the blister got infected and turned into necrotic.

7  And they went from one little blister with skin over it

8  to a big piece of necrotic about this thick where they

9  had to cut my heels out.  They had to cut my heels out.

10 And then I stayed in the wheelchair for a week at a

11 time, I was having to sleep in my wheelchair.  And

12 that's how I developed the big craters on my butt.  When

13 they was putting medicine in there, the medicine was

14 eating up the good and the bad tissues, so it became big

15 holes.  And -- and I'm dealing with that now.  So it was

16 an AC, and then I developed another.  Yes, sir?

17      Q    Oh no, sorry, go ahead, Elmer.

18      A    And then I developed other pressure sores.

19 They call them, "pressure sores," because like I

20 mentioned, the cramping from my legs and my nerves from

21 the cancer spreading to my spine and shut my immune

22 system down and started creating other sores on my skin

23 and infections.

24      Q    So when you went -- when you left confinement,

25 what -- where were the sores on your body at that time?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A      On my ankles.

 2        Q      Just on your ankles?

 3        A      Both of my ankles.  On the right and the left,

 4   yes, sir.

 5        Q      Were you seen by med -- by medical staff after

 6   your release from confinement in December?

 7        A      Yes, sir.  I did a medical emergency.  I went

 8   to medical.

 9        Q      So you de -- as soon as you got out of

10   confinement, you declared a medical emergency?

11        A      Immediately.

12        Q      And who did you see from the medical staff?

13        A      Nurse Howell.

14        Q      What did Nurse Howell do when you came?  Did

15   he inspect you -- your body?

16        A      Yes, he did.  And it ended up a situation to

17   where he went and got with Dr. Figueroa, and they pulled

18   me inside of a room and were talking to me, looking at

19   my ankles, and started asking me just questions like,

20   you know, like, what is like -- basically like, "What is

21   the problem?"  Like, you know, "We've already -- you got

22   -- you sending all these -- all these sick card

23   requests."  They didn't do anything for me.  They just

24   basically sent me back to the dorm.  They didn't even

25   want to address the wound care thing.  It was like, --
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  like they were upset about the grievances that I had

2  filed, and they wasn't doing anything for me.  And

3  that's when I had to contact my family.  And that's when

4  the phone calls, I think that's when they started.  I

5  know Stephanie called.  I don't remember exactly when

6  she called.  I don't know if it was while I was in

7  confinement, but I got to go back to confinement because

8  they really had a thing for me when I was in confinement

9  and I couldn't -- I remember sneaking a -- a -- a thing

10  out, a note to somebody, telling them, please, you know,

11  send some help.  You tell somebody I need help somebody,

12  you know, my family or whatever to get me help by then

13  because I really felt like my life was in jeopardy.  And

14  I felt like my mail was being thrown away because a lot

15  of sick call requests wasn't processed.  It was just one

16  hostile situation after another.  And I brought that up

17  because that's a part of me going through what I went

18  through.  But they did nothing for me.

19       MR. HANSON:  Objection and motion to strike the

20       testimony as to the motivations of Dr. Figueroa and

21       Nurse Howell.

22       BY MR. SLATER:

23       Q    All right.  Elmer -- Mr. Williams, I want to

24  ask you, so you're talking about you're in -- you

25  declared this medical emergency and you've, you have

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  these wounds on your legs.  You said, "they were red and

2  there was pus."  How did they smell?

3      A    A foul odor.  They -- when I was in medical,

4  they made a comment about it, and I told them that my

5  room smelled like death.  They brought --

6      Q    Do you remember who said that?

7      A    I can't remember this nurse's name.  She's one

8  of -- there was several people that said it, but the

9  nurse that brought -- clay brought stuff from home.  The

10 odor -- the odor things to put in my windows and -- and

11 around my cell.  They cleaned my cell up constantly

12 because my wounds was so -- the odor was so bad they

13 would just -- it was horrible.

14      MR. HANSON:  Objection.  Hearsay as to what the

15    nurses told other individuals.

16      Q    Okay.  Mr. Williams, did they do any cultures

17 on your sores -- on your ankles at this time?

18      A    What do you mean?  Did they do any --

19      Q    Did they take a -- did they take a sample from

20 your wounds to test them?

21      A    Not that I -- not that I know of.  I don't

22 know if they took any samples.  They attempted to -- to

23 treat them.  They put -- I mean, they sprayed them with

24 medication and did whatever.  I mean, they didn't do it.

25 I don't even know how to really answer that question.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  But I mean they tended to them.  But the way they tended
 2  to them was they had other inmates doing wound
 3  care also.
 4       Q    Who had other inmates doing wound care?
 5       A    The nurses.  The nurses over -- Nurse Holmes
 6  has the inmate doing her wound care, Nurse Hancock. They
 7  have inmates -- yeah -- that are there, that are not --
 8  that are not even supposed to be there.  They'll ask
 9  them what -- the inmates will be telling them more what
10  to do than what they're doing.
11       Q    When it's --
12       A    As far as the smell goes, I was smelling
13  it. Sir?
14       Q    Oh, sorry.  As far as the smell goes, you
15  said what?
16       A    I was smelling it.  I couldn't even get up
17  under my covers.  I was smelling myself, so nobody had
18  to ask me -- tell me about the smell, I was smelling it
19  myself, you know, that's why I was afraid.
20       Q    When you were -- when you did your medical
21  emergency after release from confinement, were you seen
22  by a urologist?
23       A    No, sir.
24       Q    Were you seen by a neurologist with an N?
25       A    No, sir.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

210990 Elmer Williams 03/26/2025                Page 62

```
 1        Q     Did -- was Dr. Figueroa present at your

 2   medical emergency in December of 2021?

 3        A     Yes, he was.

 4        Q     What about Nurse Abbott?

 5        A     Yes, he was.

 6        Q     Did either of them talk to you about your PSA

 7   level at that time?

 8        A     Not at all.  I informed him about my --

 9        Q     Go ahead, please.

10        A     No, I informed him about my prostate cancer

11   remission and my concerns, and he didn't do anything

12   about it, that I know.  He didn't do anything about it.

13        Q     Did they tell you that you were going to be

14   seen by a urologist?  Nurse Howell -- Nurse -- Nurses

15   Abbott or Howell, Dr. Figueroa, did any of them tell you

16   that you were going to be seen by a urologist?

17        A     No, sir.

18        Q     What about Nurse Holmes, did she tell you that

19   you were going to be seen by a urologist?

20        A     No, sir.

21        Q     What about Nurse Knaus?  Did Nurse Knaus see

22   you during your medical emergency?

23        A     He saw me, and again, he consulted with --

24   well there's no proof of that, so that's -- no, he

25   didn't. So answer the question.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1       Q     I'm sorry?

2       A     No, I wanted to ask because he left and went

3   and referred to him.  Because when you go for medical

4   emergency, when you go to medical, they pull your

5   records, your file, and once they go inside your file

6   and see certain notes in there, that's what they go by.

7   So Nurse Knaus, he basically just did my vital signs,

8   told me what they've been telling me, that my vital

9   signs are okay and he doesn't see anything wrong, and

10  there's nothing he can do.  I can't write you a pass for

11  wound care, there's nothing I can do for you. Basically,

12  what the whole medical staff was telling me.

13      Q     Did any of the medical staff issue you a

14  wheelchair at this time?

15      A     The whole time I was there, I was never issued

16  a -- a -- a wheelchair pass, like, at all.

17      Q     What about an inmate assistant?  Were you

18  assigned an inmate assistant at this time?

19      A     No, sir.

20      Q     You said that your family was calling -- your

21  family friends were calling about your -- about your

22  health around this time.  Do you know if -- do you know

23  if they spoke -- do you know if any of the guards came

24  to talk to you about what -- about your family's calls?

25      A     Yes, sir.  I had a major, I can't remember his

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  name, but there's only one major there come and see me.

2  I had a couple -- Lieutenant Hill came and seen me,

3  which was the one that saw me on the floor and told me

4  that I can't be on the floor.  So he went to medical and

5  he came back with a wheelchair.  This is, "I told them

6  they got to give you a wheelchair.  This is just

7  temporary for 90 days."  And that's why I said I never

8  signed for the wheelchair, security had to go and get

9  the wheelchair for me because they wouldn't do nothing

10  for me.  So security had to go and press the issue.  And

11  documentation will show that I never signed for a

12  wheelchair.

13      Q    Do you know if any of the corrections staff

14  talked to the medical staff about the complaints?

15      A    Yes, I know for sure.

16      Q    Can you talk to me about that?

17      A    Yes.  It was an issue because I had the --

18  while I was in the dorm, I was in the open bay dorm, you

19  got to think it's 70 people in the dorm.  I'm in the

20  middle of the dorm, and I'm paralyzed and I can't walk.

21  And I'm -- I'm -- I'm -- I'm, I don't know if I be

22  getting cursing.  I'm trying to use some words, but I

23  was defecating on myself and it was disturbing to people

24  around me.  So it became an issue, a hostile situation.

25  They telling me, "You got to get the hell up out of

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  here."  So I'm having to notify security that to get

2  sanitation bags and stuff because they got bags, yellow

3  bags, red bags, that you got to put your soiled clothes

4  in because they didn't want me putting my clothes in

5  with the other inmates' clothes.  But security had to

6  come out and evaluate the situation and, you know, and

7  then they're like, "Well what's the problem with

8  medical?"  And then we go into a whole different story.

9  But, you know, security was aware of the problem.  And

10 they would call medical and, "Hey, we got his inmate in

11 the dorm.  He's this and that and well, you want -- do

12 you want me to send him down?"  And it's like, "No, if

13 he's not dying, it's not a medical emergency nature,

14 life threatening him.  He could just come to sick call

15 in the morning."  But they were made aware of the

16 situation because it was --

17      Q    Okay.

18           MR. HANSON:  I'm sorry.  Objection, motion to

19      strike.

20           THE WITNESS:  Okay.

21           BY MR. SLATER:

22      Q    All right.  Mr. Williams, so after your

23 medical emergency, you -- it sounds like you were sent

24 to a dorm; is that right?

25      A    Yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Q    And could you describe to me about sort of

2  your daily life in the dorm?  Were you able to get

3  around in the dorm?  Let's see --

4    A    In my bed.  The only way I can get around in

5  the dorm is to borrow a wheelchair from somebody and

6  have two inmates pick me up out of the bed and place me

7  in the wheelchair.  I couldn't scoot my hips because I

8  got the cancer in my hips.  And I couldn't -- I couldn't

9  scoot in and out of my wheelchair.  So I needed to be

10  picked up the same as I do now to get in --

11    Q    How'd you get to chow?

12    A    I had to be pushed to chow.  If I didn't get a

13  wheelchair, I didn't go eat.  I -- I -- I never ate

14  breakfast because nobody would get up that early in the

15  morning to put me in the chair.  So I missed a lot of

16  meals because I couldn't get -- and showers as well.  I

17  was showering --

18    Q    How'd you get to the showers?

19    A    Two to three inmates would take me to the

20  shower and place me in the shower and help me take my

21  clothes off and help me get dressed, back in the

22  wheelchair, back to my bed.

23    Q    Were these inmates assigned to you as inmate

24  assistance?

25    A    No, they just -- they just helped me out.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  They just -- they just helped me out.  Some of them, I -

2  - I felt that I gave canteen too, you know, I paid them

3  to show my appreciation.  And they had to get me water,

4  I couldn't do nothing.  I was in the bed and couldn't

5  move unless somebody picked me up and put me in the --

6  the wheelchair to get around in.  Couldn't get water, I

7  couldn't do anything on my own.

8       Q    This --

9       A    I was totally incapacitated, whatever.

10      Q    Do the guards -- do the guards see that you

11 weren't able to get around, Mr. Williams?

12      A    Yes.

13      Q    What -- how did they respond to that?

14      A    They would order some guys to help me out

15 sometimes.  Like, "Help this guy out," some of them.  And

16 then it became an issue, if I had an issue, and I end up

17 having to move out of the dorm.  I had an issue with

18 Sergeant Graham, Sergeant Richardson, because when they

19 -- when I got released from medical, I already had an

20 issue with her putting me in confinement one time, they

21 put me in the dorm with her again.  And she came to me,

22 she was okay with it for the first couple of weeks, and

23 she came to me and she was like, "You need to, -- you

24 need to clean your area up better than this.  I'm going

25 to -- I'm going to write you a DR if you don't keep your

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   area straightened out," and this and that. Like, now --

2        Q    What's a DR?  Is that a disciplinary report?

3        A    A disciplinary report.

4        Q    What are the consequences of a disciplinary

5   report?

6        A    You can lose -- gain time, or you can go to

7   confinement, or you can lose privileges.

8        Q    And what -- what's gain time?

9        A    Gain time is gain time that you get every

10  month for a good time.

11       Q    So --

12       A    A bad, whatever.

13       Q    So you were being threatened with potentially

14  having a longer time in prison by losing your gain

15  time, right?

16       A    Yes.  And I made a phone call and got out of

17  that dorm immediately.  Stephanie --

18       Q    Who did you call?

19       A    Huh?

20       Q    And who is Stephanie?

21       A    Stephanie is my son's mother.  She called up

22  there immediately because I felt threatened, and I

23  didn't want to go through what I had went through before

24  of going to confinement.  So I called her and told her

25  what was going on, and she called the institution and

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  they moved me out of that dorm immediately.  Not even

2  two hours later to just get away from her.  I want

3  that noted.

4       Q    How were you handling count in the dorm?

5       A    They gave me special privileges.  They told me

6  that I didn't have to sit up because by this time I

7  couldn't even sit up anymore.

8       Q    Who's "they?"

9       A    The -- the sergeants.  Every time they did

10  master roster count at 10:00 p.m., they said, "Leave him

11  alone, just let him lay down," because I can no longer

12  sit up on my own.

13       Q    Were you -- and this is at -- and at this time

14  when they were letting you lay down at master roster

15  count, you weren't assigned a wheelchair, you weren't

16  assigned to an inmate assistant; is that right?

17       A    Yes, sir.  And I was changing, I had the guy

18  bringing me diapers, and I had to wait til the lights

19  went off at night.  So I cleaned the feces from my

20  buttocks and cleaned myself up because there were many

21  days that I couldn't get in the shower.  So that was an

22  issue with that as well, because you got female officers

23  working the dorm.  And I had to expose myself in front

24  of all these inmates because I wasn't being housed in

25  medical like I should have.  So now I'm sitting here

**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  with -- with doo-doo, I'm wiping and I'm cleaning, I got

2  the yellow bags and it was just one big mess.  And the

3  inmates complaining.

4      Q    What are the yellow bags?

5      A    The yellow bags are the -- are the sanitary

6  bags.  They got red bags for the blood, the yellow bags

7  is, like, for feces and soiled clothes and stuff like

8  that.  They would give me a -- a setup every night where

9  they would, the security would give me a setup every

10  night to change because I would tell Sarge, "When you

11  turn the lights off after counts clears about 11:00

12  p.m., I need some bags."  And I would give the guy who

13  was helping me at the time to go up there and say, "Tell

14  Sarge I need some bags."  And then I would clean and

15  wipe myself because, you know, I didn't want to expose

16  myself in front of all the people, which I was forced to

17  do a lot of times.  I would have to clean myself up in

18  front of all the inmates because they refused to take me

19  in the infirmary.

20      Q    Were you complaining about any of these

21  issues?

22      A    Yes, constantly.  That's what all my

23  grievances are about.  Because I just felt humiliated,

24  degraded. Psychologically, I wanted to -- I wanted to

25  really like, you know, like, hurt myself because I was

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1  really, that's really a low, that's a low in prison to
 2  be exposing in front of 70 some guys walking by you
 3  while you just there wiping your butt.  And they
 4  wouldn't give me no diapers or nothing.  I was soiling
 5  my clothes and my pants.  And then people next to me
 6  would, you know, say stuff and, "You all need to get the
 7  hell out of here. You need to go and you need to do -- "
 8  Hey, I can't do anything."  I was threatened.  I was --
 9  I was really in a bad place.
10       Q    Were you having any -- so were you still
11  having the sores on your ankles at this time?
12       A    Yes.
13       Q    And you testified earlier that they were --
14  that they had a foul odor.  Did they still have a foul
15  odor at this time?
16       A    No.
17       Q    Now, were you having any issues --
18       A    But they're still there.
19       Q    Go ahead, sorry.
20       A    No, they're still there, but they're --
21  they're better.  They're better.  The odors not there.
22       Q    The odor wasn't there when you were -- when
23  you were in the dorm?  And this is --
24       A    Oh yeah, the odor was there when I was in
25  the dorm.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Elmer Williams   01-30-2025                   Page  72

```
 1        Q     -- December.

 2        A     I thought you was talking about now.  Yeah.

 3        Q     Oh no, no, no.  I'm talking about in December.

 4        A     Oh yeah.

 5        Q     December of 2021?

 6        A     Oh --

 7        Q     Were you having -- were you having any issues

 8   with your bowel movement at the time?

 9        A     Yes.

10        Q     Could you talk to me about that, Mr. Williams?

11        A     Yeah.  I went, as far as I can remember, if I

12   remember correctly, I went almost three weeks without a

13   bowel movement.  And I was eating full-course meals.

14        Q     Were you --

15        A     I did my sick card, it was a week.  I put a

16   week on there, but then it went up to three weeks.

17        Q     And let me -- let me pull up some of your sick

18   calls.  I'm sharing with you what we've marked as

19   Exhibit 6.  It's Plaintiff -- the Bates Stamps are

20   Plaintiff 92 through 93.  Take a minute, Mr. Williams,

21   to look through these.

22             (EXHIBIT 6 MARKED FOR IDENTIFICATION)

23        A     Uh-huh.

24        Q     Okay.  All right, so these are sick call

25   requests.  I'm starting at the bottom one on Plaintiff
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  93 dated December 31, 2021, okay?  And under medical it

 2  says, "Explain."  It says, "My ankles are badly infected

 3  and swollen and need to be cleansed, sanitized, and

 4  bandaged up."  Do you remember -- do you remember

 5  writing this sick call request?

 6      A    Yes, sir.

 7      Q    There's another one from the same date, I'm on

 8  Plaintiff 92.  It says, under medical, "I'm paralyzed

 9  and suffering from severe nerve damage and knee pain,

10  shot for pain because naproxen or ibuprofen isn't strong

11  enough to assist the pain."  You remember writing this

12  sick call request?

13      A    Yes, sir.

14      Q    You wrote -- you wrote several sick call

15  requests.  Is that -- is that your recollection? Several

16  sick call requests in late December?

17      A    Yes, sir.

18      Q    Regarding your bowel movements as well, would

19  that be -- would that be fair?

20      A    Yes, sir.

21      Q    Okay.  Do you -- when you wrote these sick

22  call requests, what was the response from medical?

23      A    Medical?

24      Q    Yeah, let's start, did --

25      A    Did not --

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1       Q    Go ahead.

2       A    To assist me with my issues, what happened was

3  I explained my situation because when you declare

4  medical emergency and confinement, like I said, the

5  officer has to go and call medical and explain to them

6  what's going on.  "Well -- well, why is this guy

7  requesting a medical emergency?  What's wrong with him?

8  Is he conscious?  Is he bleeding?"  Is he -- what's he

9  going to say?  No, because of the nature of the problem.

10  But what they did do was send some magnesia, milk of

11  magnesia back with the sergeant, which didn't help me at

12  all, but they never came and officially saw me.  That's

13  why a lot of stuff is not on records because it was

14  never processed.  That's why I say, they're saying that

15  I didn't do this and that, but they have no records

16  saying that they investigated my issues or that they

17  properly dealt with my issues.  They responded on the

18  sick call request, but I never went and seen anybody.

19  I'm just getting notification back, "Oh, well, you need

20  to do this and you need to do that."  But nobody came

21  and saw me and evaluated me the whole time I was in

22  confinement.  I never had my vital signs done, and

23  there's no documentation in my records that shows where

24  they did anything for me.

25       Q    Were you ever told that you were abusing the

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  sick call system?

2      A    No, I wouldn't say the word, "abuse."  I'm

3  trying to figure out what do you mean by, "abusing."

4  Like, excessive -- excessive?

5      Q    Right.  You had -- you -- I showed you two

6  sick call requests, and it's my understanding that you

7  issued others during this period, after you were

8  released from confinement.  Were -- did anyone complain

9  about the, you know, about all these sick call requests?

10     A    I got notifications saying that me writing

11 multiple grievances wouldn't speed up the process or

12 progress or whatever, it's not going to make things --

13 but in my -- in my mind state, I was thinking that every

14 -- every day is a different issue.  Every day, if I have

15 an issue today and it's not dealt with, then I'm going

16 to address this issue tomorrow, until it's dealt with

17 and I'm going to keep -- but answering your question to

18 the best of my knowledge, I don't -- I don't -- I don't

19 think that -- that I think that they were thinking that

20 I was abusing the system.  I don't think they possibly

21 thought anything.  I think that they just didn't care.

22 So that's what I'm going to say, to -- to think that I

23 was abusing the sick call, they were encouraging me to

24 use the sick call in all their responses.  If you don't

25 like the treatment, you can refuse or you can do a sick

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  call or you can do this.

 2      Q    In one of the sick call requests I showed you,

 3  Mr. Williams, from December 31, it noted that your

 4  ankle, you wrote that your ankles were swollen,

 5  infected, and needed to be cleansed, sanitized, and

 6  bandaged up.  Had anyone at this -- you know, this is a

 7  few weeks after you were released from confinement.  Was

 8  anyone coming to routinely clean or bandage your ankles?

 9      A    Not at all.

10      Q    Were you -- were they ever -- between the time

11  you were released from confinement -- and we're going to

12  talk about your stay in the infirmary in just a minute,

13  but between that period of time, several weeks, did

14  anyone come to bandage your wounds?

15      A    Not at all.

16      Q    Did anyone come to clean your wounds?

17      A    Not at all.

18      Q    You -- in January of 2022, you went into the

19  infirmary.  Can you talk to me a little bit about that?

20      A    Okay.  I was -- I had gotten so bad, all

21  swollen up, my whole body was swollen. I was in the

22  canteen line, and I had a guy that was helping me out,

23  and I told him I wasn't feeling well, to take me to

24  medical, I need to go right now.  He rushed me to

25  medical, in the medical emergency.  And when I got

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  there, I went in the back, I don't even remember what
 2  nurse was, I don't know if it was Nurse Howell or who it
 3  was, but they took one look at me and -- and all I
 4  remember is Dr. Figueroa coming around the corner, and I
 5  remember my family calling up there the same day.  And
 6  they took one look at me and told them to take me back
 7  to the back, to put me in -- I don't know, the emergency
 8  room or whatever, I don't even -- I was so out of there
 9  and all I remember them sticking a catheter inside me,
10  and the whole urine bag filling up with urine.  I had so
11  much fluid inside my body, it was like -- and they ended
12  up from Friday to Mon -- it was on a Friday.  From
13  Friday to Monday, I drained out 30 pounds of the fluid,
14  that's how much fluid had built up in my body.  I got
15  pictures of, if you need me to show them --
16      Q    We're going to go through some of them in just
17  a moment, but I'm going to show you what we've marked as
18  Exhibit 8.  This is -- it's Bates stamp Plaintiff 38
19  through 39.  I want to direct your attention to
20  Plaintiff 39, page Plaintiff 39, and it's titled,
21  "Request for Administrative Remedy or Appeal."  And at
22  the top it has your name, Williams Elmer, and the
23  bottom, it's dated January 5, 2022.  Is that your
24  signature across from it?
25          (EXHIBIT 8 MARKED FOR IDENTIFICATION)
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A     Yep.  Yes, sir.

2      Q     Okay.  And this -- and if you look back to the

3  top of this grievance, this Request for Administrative

4  Remedy or Appeal, it's checked Secretary Florida

5  Department of Corrections.  Is that fair?

6      A     Yes, sir.

7      Q     Okay.  So this is a grievance sent directly to

8  the department, to the secretary?

9      A     Yes, sir.

10     Q     And it says, "This is an emergency grievance.

11  My health has declined to the point that my legs, knees,

12  feet, and ankles are swollen to the point of exploding.

13  And medical department here at Suwannee CI Annex is

14  telling me they can't do anything for me when my stomach

15  is bloated and tight and every time I have a muscle

16  spasm from moving my lower back, my body locks up and I

17  can't breathe, or my breathing is labored to the point

18  that I panic.  I'm confined to a borrowed wheelchair

19  because I can no longer lay down in my bed without

20  having severe muscle contractions and spells where I

21  can't breathe.  My nerves are severely damaged and

22  there's little to no oxygen going through my legs.  I

23  have severe pinched nerve, and I only become totally

24  paralyzed -- and not only have I become totally

25  paralyzed from my stomach to my toes, my legs, knees,

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  and calves and thighs are extremely swollen, inflamed,

2  and painful, and causing my stomach and intestines to

3  lock up my lungs, so I can't breathe and it's getting

4  worse every day.  I need emergency ca -- care.  Please

5  assist me in this matter."  Do you remember sending this

6  grievance to the secretary on or around January 5, 2022?

7       A    Yes, sir.

8       Q    And if we -- and if we come up to page

9  Plaintiff 38, the response from several days later

10 return -- says that your appeal is being returned

11 without action, signed by A. Johns.  Do you see that?

12      A    Yes, sir.

13      Q    So at this point, you had sent several

14 grievances to the warden at Suwannee, and several

15 grievances to the secretary.  And now you're grieving

16 these issues again in January 2022; is that right?

17      A    Yes, sir.

18      Q    You referenced -- I'm going to stop sharing

19 this.  I'm going to pull up, it's been marked as Exhibit

20 11.  It's a folder containing several photographs, I

21 don't know if -- when I share this, do you see the

22 photograph or the folder still?

23           (EXHIBIT 11 MARKED FOR IDENTIFICATION)

24      A    I see the photographs.

25      Q    Do you see the photo?  Do you see just one

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  photograph or all three?  Okay, let me --

 2       A    All three.

 3       Q    Let me -- one second.  Okay.  So these -- what

 4  I was showing you are a series of photographs taken. Can

 5  you see that, Mr. Williams?

 6       A    Yes, sir.

 7       Q    These are a series of photographs that were

 8  taken at Suwannee in January 2022.  Is that you in the

 9  photograph?

10       A    Yes, that's me.

11       Q    Can you describe what you look like in the

12  photograph, Mr. Williams?

13       A    I got on blues pulled up to my knees and --

14       Q    Your legs, are they normally -- were -- before

15  you arrived at Suwannee, were they normally that size?

16       A    Nowhere near that size.

17       Q    So this is -- that's them swollen?

18       A    That's them swollen.  My feet are swollen.

19       Q    Okay.  Can you see this next photo?

20       A    Yes.

21       Q    Okay.  What is this photo depicting?

22       A    It's depicting my foot.  It looks like my left

23  foot, and it's showing the sore on my ankle.

24       Q    All right.  And you can see that you're --

25  yeah, you can see the pus; is that right?  The white --

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    A    Yeah.

2    Q    -- white and green pus.  And I'm going to show

3  you now from the other side, is that you again in the

4  photograph?

5    A    Yes, that's me.

6    Q    Is that -- it looks like there's a tattoo on

7  the leg.  Is that your -- is that your tattoo?

8    A    Yes, sir.

9    Q    And again, you see your ankle, and it's -- it

10  appears bruised around it with white pus?

11    A    Yeah.

12    Q    Okay.  Are these fair and accurate depictions

13  of what you looked like in January 2022 at Suwannee?

14    A    Yes.

15    Q    So you're complaining about your legs, you're

16  in the infirmary, you're writing to the secretary about

17  these issues, about your bloating, about your back,

18  about your spasms, all of these things.  As -- what kind

19  of treatment are you receiving in the infirmary?

20    A    At Suwanee?

21    Q    In Suwannee?

22    A    They were doing wound care.  Okay.  And this

23  is where -- I don't know what -- what do you want me

24  to --

25    Q    Well, what were they doing -- what were they

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  doing for your wounds?  Were they regularly sanitizing

2  them?

3      A    Yes.  I'm trying to -- I'm trying to go back

4  to that time.  They were -- they were doing the wound

5  care, taking care of the catheter issue.

6      Q    And we'll talk about the catheter issue in a

7  second.  Were there any -- you were in the infirmary for

8  how long?

9      A    The first time I was there from January, the

10 beginning of January to Valentine's Day, February the

11 14th.  I don't know exactly what day I went in -- in

12 January, but I know I got kicked out February the 14th.

13 They came just out of nowhere and said, "You're going

14 back to open population.  You're being released."

15     Q    Did they give you a reason?

16     A    They said that I was able to take care of

17 myself, that I didn't no longer need to be in medical.

18     Q    Were you able to take care of your -- were you

19 able to take care of yourself, Mr. Williams?

20     A    Not at all.  I was in -- I was in worse shape

21 than when I went in.

22     Q    Let's talk about that.  You went in with --

23 you were -- these pictures show you swollen, they show

24 your ankles are infected.  Did any other issues -- did

25 any other medical issues happen, you know, occur while

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  you were in the infirmary?

2      A    Yes.  My body started shutting down more and

3  more.  The numbness in my body went from my hips to up

4  my back, like what it is now.  And it became numb all

5  the way up to my chest.  So I became more incapacitated

6  while I was in the infirmary.  And --

7      Q    Did you have the -- did you have the foul odor

8  coming from your ankle still while you're in the

9  infirmary?

10     A    Yes.  They had become worse because the

11 medicine that they were using, I need to get the name of

12 it, it's a good and bad tissue eating medication that is

13 not used prop -- I mean, it goes into something else,

14 but it got infected even more, and the holes got deeper

15 and deeper and deeper.  And --

16     Q    Who was treating you at this time?  Dr.

17 Figueroa, was he there in the infirmary?

18     A    He's the only one there.  He's the only

19 doctor there.

20     Q    What about Nurse Abbott, was Nurse

21 Abbott there?

22     A    Is just an assistant to Dr. Figueroa.  Abbott

23 is not -- Mr. Abbott is not a doctor.  He is -- I don't

24 want to use no disrespectful term or whatever, I'm

25 trying to think of what he is.  He is just -- I guess

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

210990 Elmer Williams 01-30-2025     Page 84

```
 1  he's in training with --

 2      Q    What about Nurse Holmes?  Was she there in the

 3  infirmary?

 4      A    Yes.

 5      Q    Did she treat your wounds?

 6      A    Yes.  Yes.  She -- she treated my wounds.

 7      Q    You said earlier that, that inmates were --

 8  that she was -- that inmates were tending to your wound

 9  care; is that right?

10      A    Yes.

11      Q    Who authorized that?

12      A    Nurse Holmes.  She let them -- she let them do

13  the wound care and change the diapers and tend to

14  the inmates.

15      Q    When you --

16      A    They were --

17      Q    Did you request a wheelchair while you were in

18  the infirmary?

19      A    Yes, I did.  And it became -- it was -- there

20  was an issue with the wheelchair, because the wheelchair

21  that I had borrowed, it was in my room when I went to

22  medical.  And then they took it from me, Nurse --

23  because again, they kept saying that I'm not ADA, which

24  being that I was denied proper medical treatment, not

25  proper medical treatment, but I was denied them helping
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  me, they never -- they never did anything for me.  I was
 2  never assigned a wheelchair.  So I had problems until I
 3  left there about a wheelchair, to answer that.
 4       Q    Did you have any other -- you had sores on
 5  your ankles when you arrived in the infirmary.  By the
 6  time you left in February of 2022, did you have any
 7  other sores on your body?
 8       A    By the time I left --
 9       Q    Yeah.  By -- so in January you came to the
10  infirmary with the sores on your ankles, right?
11       A    Yes.
12       Q    In February when you were released from the
13  infirmary, did you have any other wounds?
14       A    I'm trying to remember exactly when -- when my
15  -- when the blisters came on my ankles and my buttocks,
16  because that happened in the infirmary also.  It was
17  just different times when I was in the infirmary,
18  because I was in the infirmary from January to February,
19  then I went right back in, I think, May or April.  So I
20  can't remember when exactly I got the bed sores and I
21  got the necrotic on my heels, which both -- which the
22  wounds occurred and got worse while I was in -- in the
23  infirmary.  Does that answer the question?  Because it's
24  two different --
25       Q    Yeah.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Elmer Williams  01/16/2025   Page 86

1    A    -- I'm trying to get to --

2    Q    I'm asking if you had -- let me step back.  At

3    some point you developed some other sores on your body,

4    right?

5    A    Yes.

6    Q    On your butt?  On your buttocks?

7    A    Yes.

8    Q    On your heels?

9    A    Yes.

10   Q    Okay.  And what -- we're going to talk about

11   those a little bit, but I still want to talk about

12   what's going on in the infirmary.  You're there for

13   several -- you're there for -- you know, about a month

14   or so, maybe a little bit more.

15   A    Okay.

16   Q    Are you being treated for your prostate cancer

17   while you're in the infirmary?

18   A    No, not at all.

19   Q    Were -- did you see a urologist while you were

20   in the infirmary?

21   A    Not at all.  No, sir.

22   Q    Did anyone -- did Dr. Figueroa talk to you

23   about your prostate cancer while you were in the

24   infirmary?

25   A    No, sir.  I mentioned it to him, and he just

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   was -- he was just going around the -- going around the

2   issue.

3      Q   What do you mean by that?

4      A   He was going around the issue, like the only

5   thing that they was concerned with was my blood

6   pressures.  You see, my blood pressure was stable, and

7   my wounds were -- the ankle wounds were treatable, and

8   nothing else.  I didn't -- they ordered a couple of x-

9   rays on my back, I think.  I think.  And that was that.

10   My issues with my cancers and my paralysis was never

11   addressed.

12       MR. SLATER:  Let's -- folks, I think we should

13     probably talk about lunch before we continue.  Mr.

14     Williams, is it lunchtime for you yet?

15       THE WITNESS:  Yeah, they got the lunch in here,

16     but it's up to you-all.  I'm not -- I'm not -- they

17     can heat my food up anytime, sir.  Whatever you-all

18     want to do, I'm here.

19       MR. SLATER:  Why don't we -- I don't want your

20     food to get cold if they've already brought it --

21       THE WITNESS:  No, they'll heat it up --

22       MR. SLATER:  I didn't realize they already

23     brought it.  Folks, do you want to do 30 minutes,

24     get some food?

25       MR. HANSON:  That sounds good.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

210996 Elmer Williams 01/10/2023                                    Page 86

```
 1            MR. SLATER:  Okay.

 2            MR. BUCHAN:  Whatever you'd like to do.

 3            MR. SLATER:  All right, great.  Let's go off

 4      the record.

 5            COURT REPORTER:  All right, give me one second.

 6      All right.  The time is approximately 12:07 p.m. and

 7      we are off record.

 8            (OFF THE RECORD)

 9            COURT REPORTER:  All right, we are back on the

10      record for the deposition of Elmer Williams being

11      conducted by video conference.  Today is January 10,

12      2023.  The time is approximately 12:44 p.m., and my

13      name is Amanda Bates.

14            BY MR. SLATER:

15      Q    Thank you, Ms. Bates.  Mr. Williams, before we

16   -- before we took a lunch break, we were talking about

17   your time in the infirmary in January and February of

18   2022.  I want to go -- I want to pull up what we've

19   marked as Exhibit 9.  Can you see this document, Mr.

20   Williams?

21            (EXHIBIT 9 MARKED FOR IDENTIFICATION)

22      A    Yes, sir.

23      Q    All right.  It's Bates stamped, it's a little

24   long, it's Bates stamped Plaintiff's 94 through 119,

25   okay?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

210936 Elmer Williams 01-23-2025            Page 89

1      A    Yes.

2      Q    And at the top on page 1, which is Plaintiff

3  94, it says, "Sworn Affidavit.  This is a sworn

4  affidavit on the things that have transpired with me

5  since my declining health and denial of medical

6  treatments."  Do you recognize this document, Mr.

7  Williams?

8      A    Yes, sir.  I do.

9      Q    Have you reviewed this document?

10     A    Yes, sir.  I'm the one who wrote it.

11     Q    You're the one who wrote it.  And down on the

12  last -- on the second to last page; is that your

13  signature on Plaintiff 118?

14     A    Yes, that's my signature.

15     Q    And then on Plaintiff 119, it says, "Notarized

16  oath."  That it was taken, is that your signature there

17  dated --

18     A    Yes.

19     Q    -- January 5th?  Dated January 5, 2022?

20     A    Yes, that's me.

21     Q    And it's notarized?

22     A    Yes, sir.

23     Q    Okay.  Could you -- can you tell me a bit -- a

24  little bit about what this document is?

25     A    That's what I wrote from what actually took

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  place with me from the day of my arrival at Suwannee CI

2  Annex, up until the day I was released from confinement

3  and thereafter.

4      Q    Okay.  And I'm not going to go through this

5  entire thing with you, we've talked about a lot of these

6  things.  But I want to talk about January, you're in

7  confinement, and I have here continued January 4, 2022,

8  I'm on page Plaintiff 118.  You write again -- you write

9  that you're filing an informal grievance on Dr.

10  Figueroa, "Because my condition and health is worsened,

11  my feet are swollen to the point they look like they're

12  going to burst open.  My ankles are swollen, black, blue

13  and inflamed, red and infected.  My calves, knees and

14  thighs are swollen, and my stomach is extremely bloated,

15  hard, tight to the point I have labored breathing." What

16  -- you filed several grievances in this case, including

17  in January of 2022 where you grieved all the way up to

18  the Secretary of the Department of Corrections.  Did

19  anyone treat your back issues in January 2022?

20      A    No, sir.

21      Q    Did you see a urologist in January of 2022?

22      A    No, sir.

23      Q    Did you see a neurologist with an N in 2022?

24  January 2022?

25      A    No, sir.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

210930 Elmer Williams 01-10-2025                        Page 91

1      Q    In early January, were you aware of what your

2  PSA level was?

3      A    Only that it had went up to -- I hadn't

4  learned nothing new at Suwannee, I only knew about the

5  5.2 elevation.

6      Q    Okay.

7      A    At that point in time.

8      Q    So I'm going to show you -- just bear with me

9  for a second -- another document.  This is marked as

10 Exhibit 10, Plaintiff's 10, and it's Bates stamped PL

11 120 through 122.  And on page 122 it is signed -- it is

12 dated January 11, 2022, signed by Alexis Figueroa and

13 Elizabeth Holmes.  Do you see that?

14         (EXHIBIT 10 MARKED FOR IDENTIFICATION)

15     A    Uh-huh.

16     Q    And Alexis Figueroa, that's Dr. Figueroa, the

17 doctor at Suwannee.

18     A    Uh-huh.

19     Q    Okay.  And when I come up to the top, it says

20 on the top right corner, "Weekly rounds, date of

21 service."  And the date is January 11, 2022.  And then

22 below that, on the left, it has your name, Elmer

23 Williams.

24     A    Uh-huh.

25     Q    Okay.  And just below that it says, "Infirmary

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  progress record."  So you were -- you were still in the

2  infirmary in January -- on January 11, 2022; is

3  that right?

4       A    Yes, sir.

5       Q    And I'm going down on page Plaintiff 120 and

6  I'm going down where it says, "assessment."  Do you see

7  that?  Take your time.

8       A    Yes.

9       Q    And it says, "Patient is --"  You see it?

10 "Patient is a 54-year-old black male with a history of

11 hypertension, prostate cancer, status post-chemo

12 radiotherapy 2017.  Patient was admitted to the

13 infirmary due to an anasarca and urinary retention.  Lab

14 work reflected elevated PSA 21.0.  Requesting follow up

15 with urology urgently.  Last PSA was take -- last PSA

16 taken in 09 -- on 09-30-2021 was 5.21.  Mr. Williams has

17 been educated about the treatment plan, patient agrees

18 with treatment plan and verbalized understanding."  Was

19 this when you learned that your PSA had gone from 5.21

20 to 21 when you had -- when you had these weekly rounds

21 on January 11th?

22      A    I didn't learn it that day, but I learned it

23 afterwards.  Because I had to ask him about it one day.

24 I remember now I'm asking him about my PSA, and he is

25 like, "Oh, I think it's -- I think it's 21 or 22 because

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  he never brought any medical files with him or

 2  anything."  Okay.  So that's -- that's -- I didn't know

 3  that that happened at that time in January.  I know it

 4  happened while I was in the infirmary, the elevation of

 5  the PSA, but I wasn't -- I didn't know that it happened

 6  that day, 01-11.

 7       Q    So you're saying that the assessment here

 8  reflecting your elevated PSA and where it says you've

 9  been educated about a treatment plan, my understanding

10  from your testimony is, you were not told on this date

11  that your PSA was elevated to 21?

12       A    Not at all.  And there was no treatment plan

13  talked about.  We never talked about -- we never talked

14  about my treatment plan with the elevated PSA because

15  that doesn't make any sense, a treatment plan.

16       Q    What was your treatment in the past when your

17  PSA was elevated?  What did the doctors at FDC or

18  outside doctors do in 2017 when your PSA was elevated?

19       A    They gave me the Eligard shots that keeps the

20  prostate cancer in remission.

21       Q    Did Dr. Figueroa in January 2022 discuss

22  giving you any Eligard shots?

23       A    No, sir.

24       Q    Did Dr. Figueroa in January 2022 discuss any

25  treatment about your prostate cancer?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A     No, sir.

 2        Q     It also notes in that same assessment section,

 3   and this is signed, remember by Dr. Figueroa and Nurse

 4   Holmes on the last page, that they're requesting a

 5   follow-up with urology urgently.  Did you see a

 6   urologist in January of 2022?

 7        A     No, sir.

 8        Q     Did you see a urologist while you were in the

 9   infirmary in January or February 2022?

10        A     No, sir.

11        Q     I'm going to move on now to another sworn

12   statement you gave, but before that I want to go back to

13   what we had marked as Exhibit 9.  And this was the sworn

14   affidavit marked Plaintiff's 94 through 119, that was

15   dated January 5, 2022.  And you had told me that you had

16   taken some time to review this document recently; is

17   that right?

18        A     Yes.

19        Q     And so you've read through all 26 pages of

20   this document, and they're your statements; is that

21   right?

22        A     Yes, sir.

23        Q     And are they true statements?

24        A     Yes, sir.

25        Q     Okay.  I'm going to move on now to what we've
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

240938 Elmer Williams - 04-04-2025    Page 95

1   marked as Plaintiff's Exhibit 12.  Can you see the

2   document that I put up on the screen, Mr. Williams?

3             (EXHIBIT 12 MARKED FOR IDENTIFICATION)

4        A    Yes, sir.

5        Q    The top of it says, "sworn affidavit/part

6   two;" is that right?

7        A    Yes, sir.

8        Q    And it's marked Bates stamp Plaintiff's 1 --

9   Plaintiff 123 through 143.  And I'm on page Plaintiff

10  143, also marked at the top right-hand corner as page

11  21.  And there's a -- there's a notarized oath and it

12  says, "Under penalties of perjury, I, Elmer Williams."

13  With your DOC number, "Declare that I have read the

14  foregoing affidavit and all facts in are true and

15  correct, to the best of my knowledge."  It's dated

16  February 2, 2022 with your name and a signature.  Is

17  that your signature?

18       A    Yes, sir.  That's my signature.

19       Q    Did you write this sworn affidavit this

20  second? This part two?

21       A    Yes, sir.  I wrote that.

22       Q    Have you -- have you spent some time to review

23  this document?

24       A    Not recently, but I -- I -- I've read it.

25  I've read it and signed it.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Elmer Williams 1-30-2025          Page 96

```
 1      Q    And when you read -- when you wrote it and

 2 signed it, were the statements in it true to the best of

 3 your knowledge?

 4      A    That was true and correct.

 5      Q    Okay.

 6      A    -- to the best of my knowledge.

 7      Q    I'm looking on page -- and I'm sorry, I didn't

 8 mean to talk over you.  Could you -- can you

 9 repeat that?

10      A    No, no, no, no, no.  You're good.

11      Q    Yeah, well, it's not just -- it's not for me.

12 It's for the -- it's for Madam Court Reporter to make

13 sure she has a good --

14      A    Oh.

15      Q    -- transcript.

16           MR. SLATER:  Ms. Bates, were you able to get

17      that or do I need to --

18           COURT REPORTER:  I got it.

19           BY MR. SLATER:

20      Q    Okay, great.  So on Plaintiff 123, it starts

21 on December 20, 2021, right?  Do you see that, Mr.

22 Williams?

23      A    Yes, sir.

24      Q    Okay.  And I'm going down through your

25 statements, and I'm here on page Plaintiff 137 and you
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

 1  see it says -- there's a little star and then it says,

 2  "1-27-2022."

 3      A   Yes.

 4      Q   You see that?  And I'm going to read from it.

 5  "I am stressed to the max right now because Dr. Figueroa

 6  has told me that my PSA level is up to quote, '20 --

 7  22.' Shocking, because it was only 14 back in 2018 when

 8  I was diagnosed with prostate cancer.  So my PSA went

 9  from 0.2 to 0.5 -- to 5.2, to now it's 22.  So had my

10  blood work been done sooner as scheduled, this problem

11  would and could not, and should not have and should --

12  could -- would and could and should have been detected

13  sooner.  I'm going to copy down verbatim two of my

14  informal grievances that I'm doing appeals on because I

15  don't have copies and I have to use my only copy to

16  attach to my formal grievance, or they'll be turned

17  around and oftentimes they won't even send the

18  attachments back.  So to be on the safe side, I have

19  nothing better to do than write down what I filed

20  exactly."  Okay.  Do you remember writing that?

21      A   Yes, sir.

22      Q   Do you believe that it was on January 27, 2022

23  or around that time that Dr. Figueroa told you about the

24  level being increased to the 20s range -- the PSA?

25      A   Yes.  And I want to correct the 22 on there

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  because that's -- that's an indicator that I was not

2  told when it went to 21.  When I asked him -- asked Dr.

3  Figueroa about my PSA level, he said it was 21, 22.  He

4  just guessed at it.  That's why my number is off from

5  the 21 because he came off the top of his head with the

6  number because again, he didn't have my medical file

7  with him to discuss my PSA level to give me an accurate

8  reading on what my level was on that --

9       Q    Oh, go ahead, Mr. Williams.

10      A    No, no, no.  That's it.  That's it because I

11 got 22 there.  That's -- that's not correct.  That was

12 21 at the time.

13      Q    Right.  So you're telling me that that's based

14 on what Dr. Figueroa had told you; is that right?

15      A    Right.

16      Q    And what did Dr. Figueroa tell you when he

17 told you your PSA had gone up into the 20s?

18      A    Nothing.

19      Q    Did he tell you he was going to start any

20 treatment?

21      A    No, sir.  Not -- not -- not that I can recall.

22 He didn't.

23      Q    Did he tell you you were going to see a

24 urologist?

25      A    Not at that time, no, sir.  We didn't speak

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  about that back in January.

2       Q    Stop sharing that.  I'm going to show you now,

3  you're -- you told us earlier that you were in the

4  infirmary until Valentine's Day of 2022.

5       A    Yes.

6       Q    So I pulled now what we've marked as

7  Plaintiff's 13 and it's Bates stamped Plaintiffs 66

8  through 73.  Okay.  Okay.  And I'm -- what I'm

9  interested in starts on Plaintiff 67, and at the top it

10 says, "Request for administrative remedy or appeal."  It

11 says, "to," and it's checked Secretary Florida

12 Department of Corrections.  From, it says, "Williams,

13 Elmer."  At the bottom it says, "Date 2-10-2022."  And

14 then there's a signature.  Is that your signature, Mr.

15 Williams?

16            (EXHIBIT 13 MARKED FOR IDENTIFICATION)

17      A    Yes, sir.  That's my signature.

18      Q    What is this document, Mr. Williams?

19      A    That is a formal grievance to the Secretary of

20 the Florida Department of Corrections.  It's a 303 Form.

21      Q    And it's dated February 10, 2022?

22      A    February 10, 2022.  Yes, sir.

23      Q    Would that have been while you were still in

24 confinement that you wrote this grievance -- not

25 confinement, the infirmary?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A     I was in the infirmary on that date.

 2        Q     Take a minute to review it unless you've

 3   already reviewed it, in which case --

 4        A     -- issue was totally inappropriate then my

 5   issue in this claim occurred on a totally different day

 6   than the rest of my claim.  I -- every time by my

 7   doctor, nurse appropriate medical treatment -- medical

 8   doctor, medical department --

 9        Q     And Mr. Williams, I'm going to read some of it

10   to you as well.

11        A     Okay.  Go ahead.

12        Q     But I wanted to -- and well, I'll wait until

13   I'm done talking about it.  What I wanted to ask you was

14   whether you remember writing this and whether these are,

15   you know, these statements are true re -- recollections

16   of what you said, but we'll ask that -- I'll ask at the

17   end.  Let's just go through it together a little bit.  So

18   about halfway through, you write, "My life is in

19   jeopardy and my cancer is back.  And my PSA level is

20   higher than ever.  Even when I had full-blown prostate

21   cancer, the number one killer of man -- men every day,

22   my life is at risk.  And Dr. Figueroa is not treating my

23   condition as a life-threatening issue.  He's keeping me

24   in an isolation cell confined to a bed with a catheter

25   in me that's causing a urinary tract infection that is
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  not being treated.  My paralysis is not being treated.

2  My lower hernia is not being treated.  My prostate

3  cancer is not being treated.  My PSA has gone from 0.2

4  to 21 since October.  My feet are dropping from no

5  support braces.  My legs and skin and bones are walking

6  up from no therapy.  I mean, the list goes on, but I

7  suppose to just wait patiently when I'm under this kind

8  of malicious medical non-care.  No wheelchair, no

9  pampers, no pain pills, no update, no counseling.  This

10  is an official complaint."  Do you remember writing this

11  grievance, Mr. Williams?

12       A    Yes, sir.

13       Q    Is this -- do you remember, are these

14  statements -- the statements -- are these statements,

15  true statements that you made in February, 2022?

16       A    True and correct.

17       Q    What happened?  Did the secretary -- the

18  department come and do anything about this grievance?

19       A    Not at all.

20       Q    Did they deny your grievance?

21       A    That I can recall, yes.  All of my grievances

22  were denied.

23       Q    I'm turning now to Plaintiff's 66.  This is

24  the response.  It says on the very bottom, "Based on the

25  foregoing information, your appeal is returned without

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  action."  They write above that you're -- that you did

2  not attach a formal grievance with it.  And you had

3  referenced in the affidavit, I read earlier that there

4  are instances where your grievances weren't being

5  returned to you; is that right?

6      A    Yes, sir.  During the -- during the case of

7  emergency grievance, in emergency grievance, you don't

8  have to go through the -- the formal grievance process.

9  That was considered an emergency grievance.  And at the

10 top of the response, and before you get to the denial

11 part, it said that I was in non-compliance.  So they

12 didn't treat my -- this grievance as an emergency

13 grievance like they should have.

14     Q    You're complaining here that you're not being

15 treated for several things, and let's go through them.

16 Your paralysis -- you say you have a urinary tract

17 infection that's not being treated.  What's going on in

18 February 2022?  Talk to me about your urinary tract

19 infection.

20     A    Okay.  I was having a lot of discharge coming

21 out because the catheter has a clear tubing, and then

22 this clear tubing, you got to pay attention to the

23 stuff, they call it calcium, or whatever that was coming

24 out of me.  I was having a lot of discharge, and I was

25 complaining about it, and I wasn't -- I wasn't getting

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    any -- any treatment for it.  I don't know how to answer

2    the question no better than that.  They would always,

3    "Well, you know, your -- your body is going to release

4    whatever toxins.  It's going to do this and it's going

5    to do that."  And just kind of brushing me off.  But I

6    never got understanding of what was going on exactly.

7         Q    Let's talk then about your paralysis.  Were

8    you seeing a neurologist at this time?

9         A    No, sir.

10        Q    Were you seeing a urologist for your PSA?  You

11   complained about your level going up in February 2022.

12   Were you seeing a urologist?

13        A    No, sir.

14        Q    It says that you're having issues, you have no

15   wheelchair.  Were you assigned a wheelchair in February

16   of 2022?

17        A    No, sir.

18        Q    No pampers.  Were you officially -- were you

19   assigned passes for diapers in February of 2022?

20        A    Not that I can recall.  I was -- I was

21   officially given a pass for pampers, but I can't

22   remember what date it was.

23        Q    But we -- we've talked today about you having

24   to soil -- you soiling yourself before you went to the

25   infirmary back in the dorm.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Elmer Williams 01-30-2025                    Page 104

```
 1         A    Right.

 2         Q    You soiling yourself before that, you know,

 3    you weren't -- my -- is it my understanding that you're

 4    saying you weren't before you went to the infirmary

 5    assigned a pass for diapers?

 6         A    No, sir.  I was not.  Let me see.  Hold on.

 7    Because I was -- I was in the dorm when I had pampers,

 8    but it came late.  I'm trying to figure out what date it

 9    was.  Was it when I got out of the infirmary?  I think

10    it was when I got out of the infirmary Valentine's Day

11    during that period from February, March, April into the

12    second time, I went in an infirmary.  Those months I was

13    assigned -- they gave me a pass for diapers and -- and a

14    Foley bag.  A catheter, a Foley bag.  And that was it.

15         Q    Were -- but you weren't assigned -- when you

16    left the infirmary, were you assigned a wheelchair?

17         A    No, sir.

18         Q    When you left the infirmary on February 14,

19    2022, were you assigned an inmate assistant?

20         A    No, sir.

21         Q    Pardon me.  Sorry.  Let me pull up what I've

22    marked as Plaintiff's 14 and it is Bates stamped

23    Plaintiff 144 through 145.  It's two pages.  On the

24    second page is signed by Tony Abbott.  Is Mr. Abbott one

25    of the nurses that was -- that was -- that you were
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240736 Elmer Williams 04-30-2025    Page 105

1    seeing at Suwannee?

2              (EXHIBIT 14 MARKED FOR IDENTIFICATION)

3       A    Yes.

4       Q    And I'm looking at the top on page 144 and it

5    says on the top right, "Urgent urology consult request.

6              Date of service: February 8, 2022."  Do you

7    see that, Mr. Williams?

8       A    Yes, sir.

9       Q    And then, moving down on the left it says,

10   "Elmer Williams," below that.  And then just below that,

11   in bold it says, "Consultation request," and then

12   further down under specialty services, it says, "Refer

13   to urologist."  Do you see that?

14      A    Yes, sir.

15      Q    And then, I'm looking at now what's at the

16   bottom of 144 and the top of 145 under history of

17   present illness, "Patient is a 54-year old black male

18   with a history of hypertension, prostate cancer, SP

19   chemo radiotherapy 2017, recent lab work reflected

20   elevated PSA 21.0.  Urgent urologist evaluation was

21   placed by previous institution but never submitted. Last

22   PSA taken September 30, 2021 was 5.21."  Do you see

23   that, Mr. Williams?

24      A    Yes, sir.

25      Q    In February 8, 2022, you were still in the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1  infirmary; is that right?

2       A    Yes, sir.

3       Q    Were you told around this time, February 8,

4  2022 that you were going to go see a urologist by

5  Dr. Figueroa?

6       A    No, sir.

7       Q    By Nurse Abbott?

8       A    No, sir.

9       Q    Nurse Knaus?

10      A    No, sir.

11      Q    Nurse Holmes?

12      A    No, sir.

13      Q    Did you see a neurologist in February of 2022?

14      A    No, sir.

15      Q    What about March of 2022?  Did you see a

16 urologist then?

17      A    No, I'm not -- I'm not sure.  It's getting

18 close to the day.  I think I didn't see him -- to answer

19 your question, no.  Yeah, March.  So --

20      Q    You said, "no," from March?

21      A    No, sir.  I don't recall seeing him in March.

22      Q    I'm going to show you now what I've marked as

23 Plaintiff's 15, Mr. Williams.  Okay.  It's Bates stamped

24 PL 238 through 241.  It is dated 2-16-2022.  You see

25 that at the top, date of service February 16, 2022?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

240336 Elmer Williams 01-07-2025          Page 107

```
 1      A    Uh-huh.

 2      Q    That would be right -- that would be right

 3 after you left the infirmary; is that right?

 4      A    Yes, sir.  Two days.

 5      Q    And at the top it says, "PSA, total urinalysis

 6 with reflex to culture."

 7           (EXHIBIT 15 MARKED FOR IDENTIFICATION)

 8      A    Uh-huh.

 9      Q    All right.  And at the top on page 238, I

10 don't know if you can see what I'm highlighting.

11      A    Yeah.  My PSA is 43.

12      Q    43.4; is that right?

13      A    Yes, sir.

14      Q    Okay.  So when you were tested in the

15 infirmary, you were told that your PSA had gone up to 21

16 in January of 2022; is that right?

17      A    Yes, sir.

18      Q    And we're here a month later and it's doubled,

19 right?

20      A    Yes, sir.

21      Q    43.4.  When you previously had prostate

22 cancer, before you went into remission, had your PSA

23 ever gotten up to 43?

24      A    No, sir.

25      Q    What was the highest -- before you went to
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Elmer W. Williams 01-30-2025          Page 108

```
 1   Suwannee, what was the highest your PSA had ever been?

 2        A    It was 16 or 17.  One of the two, I think it

 3   was 17, my PSA when I got my treatment.

 4        Q    And over here to the right of where it says,

 5   "43.4 NG per milliliter," it says over to the right

 6   here, "less than symbol 4.0."

 7        A    Uh-huh.

 8        Q    Would that mean as far as you understand it,

 9   that your PSA should have been for someone who wouldn't

10   have any prostate cancer below 4.0 NG per milliliter?

11        A    Say that one more time.

12        Q    What is the significance to you of a PSA below

13   4.0?

14        A    Below -- below that?

15        Q    Below that number?

16        A    Anything -- anything over -- anything over --

17   anything over to two or three is -- is a -- is a really

18   it's over -- it's over four.  I mean, but that's that --

19   I don't even understand the number, but 43 is the number

20   I'm looking at.  That's what I know about.  That other

21   number with that arrow on, I don't know what that means.

22   But a 43 PSA is most definitely.

23        Q    Let's keep reading through this.  There's a

24   note right below that, and it says, "NCCN guidelines

25   recommend repeat testing every two to four years if PSA
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240950 Elmer Williams 01-30-2025          Page 109

```
 1  is less than one, and every one to two years of PSA is
 2  one to three in men age 45 to 75 years.  A PSA value of
 3  1.0 selects for the upper range of PSA values."  Okay.
 4  You -- so this is saying this report that was prepared
 5  for you is suggesting that if your PSA is below one, you
 6  -- you only need to be tested every one to two years. If
 7  it is between one to three -- or I'm sorry, every two to
 8  four years, if it's one to three, every one to -- one to
 9  two years.  You see that, right?
10       A    Yes, sir.
11       Q    And prior to -- and so your PSA now has been
12  tested -- it was tested when?  It was tested in December
13  of 2022; is that right?  I'm sorry, December of 2020.
14       A    December of '21.  It was tested again for 5.2
15  in February -- in January when it was 21.
16       Q    Okay.  And now here in February it's 43?
17       A    Yes, sir.
18       Q    44.  When you -- and you had previously
19  testified that you didn't see a urologist in February of
20  2022.  Is that -- is that correct?
21       A    Yes, sir.
22       Q    When were -- if you remember, when were you
23  made aware that your PSA had spiked up to 43.4?
24       A    While I was in the infirmary, they didn't tell
25  me because I was -- that's 2-16 I was out.  I didn't
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   find out about my PSA until I went back to medical,

2   whatever date that was.  I'm confused on my dates.

3       Q    So on February 16, 2022, no -- it's your

4   understanding that no one told you your PSA had gone up

5   to 43.4.  Is that fair?

6       A    Yes, sir.  To my knowledge.  Yeah, I never --

7       Q    No one came to -- no one came to the dorm to

8   get you or to call you into medical to let you know that

9   your PSA had doubled?

10      A    Yes, sir.

11      Q    Yes, sir.  Meaning no one had done

12  that, right?

13      A    No one had done that.

14      Q    So you're released from the infirmary in

15  February.  Do you go back to the dorm, Mr. Williams?

16      A    Yes.

17      Q    I'm going to show you what we've marked as

18  Plaintiff 16.  It's Bates stamped PL 146.  And at the

19  top it says, "Inmate sick call request."  The date is

20  February 18, 2022 at the top, Williams, Elmer.  And

21  there's a narrative almost all the way down at the

22  bottom under medical.  And it says, "I have a urine

23  tract infection, pus and blood is coming out of my penis

24  from around the catheter.  It's burn -- and it's burning

25  and throbbing and needs medical attention."  Do you see

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  that, Mr. Williams?

 2            (EXHIBIT 16 MARKED FOR IDENTIFICATION)

 3       A    Yes, sir.

 4       Q    Did you write that narrative?

 5       A    Yes, sir.

 6       Q    So this is two days after your -- or I'm

 7  sorry, four days after you're released from the

 8  infirmary; is that right?

 9       A    Yes.

10       Q    That you're filing a sick request?

11       A    Yes, sir.

12       Q    And so you're saying that you have pus and

13  blood coming out of your penis from around the catheter.

14  Were you seen on February 18, 2022 by the medical staff?

15       A    I can't -- I can't recall.

16       Q    I see a notation here at the bottom.  It says,

17  "2-23-22, Dr. Fig."  Do you see that?  It's circled.

18       A    Yes.

19       Q    Do you think that would've been around when

20  Dr. Figueroa saw you for the sick call request?

21       A    Yes.  Because with that incident, I remember

22  the infection.  I remember the infection clearly.  I --

23  when I went to medical, it kind of gets blank there

24  because I was never given -- hold on, let me try to

25  recall.  I can't really recall that because I was given
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

240530 Emmer Williams 01-30-2025          Page 112

1   antibiotics on one occasion.  I can't remember if it was

2   for that or not.  I was given antibiotics for a brief --

3        Q    Well, let me ask you, Mr. Williams: You're in

4   the infirmary for over a month, you're released and then

5   several days later you're complaining about blood and

6   pus coming from your body; is that right?

7        A    Yes.

8        Q    Coming from your catheter.  What else was

9   going on with your body?  Talk to me about your ankle --

10  your ankles.  Were they still wounded?

11       A    Yes, they were still wounded.  By this time

12  we're going back into the infirmary, right, from

13  February.  We're still in February.

14       Q    We're in February still.

15       A    Oh, okay.

16       Q    So I understand you go back to the infirmary

17  later, but let's talk about February when you're -- when

18  you go back to the dorm.  Talk to me about your wounds.

19       A    Okay.  I had injured my back from when I fell

20  out of the bunk in my neck and all that.  When the

21  incident with being put in the -- well her -- Ms.

22  Richardson not following the protocols.  I was still

23  dealing with some of those medical issues with my back

24  and my neck and my shoulders.  Okay.  The only thing

25  that was focused on while I was infirmary from January

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240556 Emer W. Adams 01-30-2025                    Page 113

 1   to February that I can recall to the best of my

 2   knowledge were my ankles and dealing with me -- me using

 3   the bathroom and whatnot.  They were doing -- they had

 4   to come and change me out a couple of times a day every

 5   time I, you know, used the bathroom or whatever.

 6       Q    Were your wounds on your ankle still -- were

 7   they -- was there any smell coming from them?

 8       A    Yes.  Yes.

 9       Q    Describe it for me.

10       A    They were -- they got infected, and whatever -

11   - whatever -- I don't even know how to answer that

12   because whatever medications they were using, whatever

13   they was doing, it was making it worse.  You, I -- I

14   mean I still have them.  I mean -- I mean it is what it

15   is, but they --

16       Q    What about the wounds on your butt -- on your

17   buttocks?  What were they like in February when you --

18   when you released from the infirmary?

19       A    They -- they weren't there.

20       Q    They weren't there in February.  They came

21   later.

22       A    They weren't, they came later.  I recall they

23   came later.

24       Q    When you were sent back to the dorm in

25   February, were you -- and I just want to make sure I

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1   think we already addressed this, but I just want to, I

 2   want -- I want us to be clear.  You were sent back.  How

 3   do you get back?  Were you put in a wheelchair to go

 4   back to the dorm?

 5        A    Yes.  Yes.

 6        Q    Yes.  Was that your wheelchair?

 7        A    No, it was not.  Again, it was an issue with

 8   the wheelchair.  They just refused to assign me a

 9   wheelchair.  Like, they just didn't want to admit that I

10   needed a wheelchair.  It just was a - or, "You can use

11   this," and they would basically tell the orderlies to

12   bring the chair back.  But when they dropped me off, I'm

13   like, "You got to leave this wheelchair here because

14   what am I supposed to do?  I -- I need this wheelchair."

15   So I was just -- keep the wheelchair and deal with the

16   consequences later.  But I was not assigned a

17   wheelchair.

18        Q    So you're back in the dorm in February of

19   2022. You don't have your own wheelchair.  How are you

20   getting around?

21        A    Inmates are picking me.  I was never giving

22   the assistant that they promised me, that Nurse Holmes

23   promised me, let me be specific.

24        Q    And when did she promise you that?  When you

25   were in the infirmary?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1       A     She told me because I had a problem with them

2   signing me out.  Because I'm like, "What am I supposed

3   to do?  I can't take care of myself.  You-all are

4   pushing me back out in population.  I have no help.  I

5   can't get in and out of my wheelchair."  And she was

6   like, "We're going to assign you an assistant."  And I

7   said, "Well, you tell me who that assistant is."  And I

8   never got the name.  She got the two medical orderlies.

9   One of them named Chandler started naming names who was

10  Nurse Holmes's main orderly, pushed me to the dorm and

11  just left the wheelchair.  And like, "You could just

12  keep the wheelchair while I'm going to the dorm," and

13  just left the wheelchair there.  And then I, you know, I

14  was left alone and luckily, I knew a few people there

15  and I asked them to help me out with my property and

16  stuff.  And I had to be placed in -- in and out of the

17  bed.  And -- and it went to the point to where I still

18  was left with the problem of being able -- not being

19  able to get in and out of my wheelchair.  Because

20  regardless of me having a wheelchair, when I did have

21  it, I couldn't transition from the bed to the wheelchair

22  without assistance.  So I still couldn't go where I

23  needed to go.  And there was not too many people willing

24  to pick a big guy like me and put him in -- and put them

25  in this chair.  It was causing a lot of -- a lot of

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  problems.  Like I'm not -- I'm not doing that.  So
 2  that's what -- where the problem came in at because I
 3  had to literally be picked up out of the bed and put it
 4  in the wheelchair and picked back up out of the chair
 5  and put it in the chair, put my feet up on the bed.
 6      Q    Do you know how much you weighed around this
 7  time?
 8      A    Probably like 2 -- 2 -- 210.  210.  Like 200.
 9  No, between 2 and 210.  207.  208.  Excuse me.
10      Q    What about getting to chow to eat?  Were you
11  able to do that every day?
12      A    If I could get some help, no, not at all.
13      Q    What would happen if you -- if you missed a
14  meal?  Would you -- would you just wait in the dorm?
15  What, -- where would you -- what would you do?
16      A    I would just lay in my -- in my bed.  I
17  couldn't get out.  I had no choice.  I couldn't move.
18      Q    Were you ever -- were you ever disciplined
19  again for not moving or threatened with discipline for
20  not moving?
21      A    Only the time when I was threatened by
22  Sergeant Richardson about my area not being in
23  compliance, not being clean.  Inspection ready they
24  call it.
25      Q    When was that; do you recall?
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

240956 Emmer Williams 04-04-2025          Page 117

1       A      When was that?  Let me see.  I went -- so I

2    got out January.  That was around -- that was sometime

3    in February, around the time when I got out because I

4    got out in February.  I got out Valentine's Day and I

5    went to her dorm, and I didn't stay that long.  I went

6    to her dorm.  I was around the end of February.

7       Q      Were you -- how'd you shower when you were

8    released from the infirmary?  How were you getting to

9    the shower?

10      A      I had to sit on the floor the same way.  I had

11   to -- I had to be lifted up, placed in the wheelchair by

12   other inmates, untrained inmates, and picked up out of

13   my wheelchair, placed on the floor.  They would pull my

14   -- take my clothes off of me and give me a water hose.  I

15   would have to check the water hose out -- on the log in

16   the dorm around that time.  I would check out the

17   handicap hose, put it over the wall and sit up against

18   the wall and run water and wash areas that I could wash.

19   And then what I couldn't wash, the inmates would --

20   would help me with washing.  And they would help me get

21   dressed -- clean up.  I had to push the -- because when

22   I moved around -- one of my conditions had came when

23   every time they moved me around, I would defecate.  So I

24   would actually use the bathroom -- do number two in the

25   shower and push it -- people didn't -- I had gloves on.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  I would actually smoosh it down the drain and smoosh it

2  out of there because I didn't have nowhere else to put

3  it.  It was a disgusting time for me.

4      Q    How'd it make you feel having to do that, Mr.

5  Williams?

6      A    Really stressed out, because I didn't want

7  other guys to see it, so I had to mash it down, kind of

8  take the water and -- and beat it down with the sprayed

9  nozzle -- the -- the hose.  I had to turn it on high and

10 kind of make the stuff go down and make it go down the

11 drain and get the smell out.  And I had like extra rags

12 and clothes.  I would clean the drain off with that.

13       because I had to clean myself because I

14 couldn't keep that stuff on me like that -- like -- you

15 know -- and I would clean up pretty good.  I would have

16 to dry the floor off because I would have to put my

17 clothes on still sitting down -- you know -- and the

18 guys would pick me up.  Help put my -- you know -- put -

19 - put the diaper on me -- put the diaper on me and put

20 my clothes on as best I could, get me in the chair.  And

21 then I would do whatever else I needed to do while I was

22 up. Brush my teeth or whatever, and then you-all take me

23 back to my bed and put me in my bed.

24      Q    Did the guards know that the -- that other

25 prisoners were having to help you do this?



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A    Yes.  They did.

2        Q    Did anyone complain about you having to shower

3   on the floor and that there were feces in the shower?

4        A    Yes.  The -- the -- the Lieutenant --

5   Lieutenant Lopez and Lieutenant Hale (phonetic).  They

6   told me, "We can't -- we can't -- this is not going to

7   happen."  So it is -- like -- this is unsanitary.  I'm

8   -- like, "Sir, this is the best I can do," because it

9   was count time several times.  And count time is -- like

10  -- the most serious time in prison.  Count time,

11  everybody has to go on their bunk.  Everything stops and

12  you go to your bed, you got to be counted.  But they

13  made special -- you know -- they gave me -- like -- I'm

14  -- like -- Sarge, can I please get in the shower during

15  count -- want to be in the shower during count.  That

16  way nobody's coming in there while I'm sitting on the

17  floor showering and defecating and pushing this stuff in

18  the drain because it is -- like -- a six-man shower, and

19  several people shower at one time.  So to avoid the

20  confrontations and have other guys in there while I'm

21  going through these unreason -- unreasonable

22  circumstances, they allowed me to take -- to do that

23  during count.  And they counted me in the shower a

24  couple of times.  So they were aware.

25       Q    If you were designated as an ADA inmate, would

```
 1  you have had help getting to the shower?

 2       A    Yes.  I mean -- that's an assumption, but I

 3  mean -- I mean -- I'm assuming that I would.  I just

 4  never was considered an ADA -- an ADA inmate.  They

 5  would never -- they would never give me -- they would

 6  never call me -- I don't even know how to word it, but

 7  they would not address the issue of me being paralyzed.

 8  It did nothing for me.  The -- Nurse Cannon, which is

 9  the ADA coordinator -- I guess that's what her title is,

10  wouldn't even -- I mean -- I never got to see her.  And

11  then it got to the point of when -- I mean -- we'll go

12  -- we in February, so just -- yeah.

13       Q    We -- we're going to start talking about you

14  were -- you were eventually transported from Suwannee;

15  is that right?  To another facility?

16       A    Yes.

17       Q    Okay.  When was that; do you recall?

18       A    From Suwannee?

19       Q    From Suwannee to -- yeah.

20       A    RMC?  Reception Medical Center.  That was

21  around August or September of '22.

22       Q    Okay.  So August or September of 2022.  We're

23  talking about February of 2022.  So let's start going

24  through some of these -- some of these other months.

25  Were you -- were you filing other grievances in February
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

1  of 2022, March -- that period from between February and

2  September of 2022, did you file other grievances about

3  what was going on with your ability -- inability

4  to walk?

5      A    Yes.  I -- yes.  I filed several grievances

6  and affidavits that I can recall because I remember

7  calling the notary -- I can't remember exactly what -- I

8  know I filed a complaint on my living conditions back

9  there, which was affecting my health also.  Because I

10 was in a broken bed that I was compelled to lay down

11 straight.  I was eating my food laying down and my food

12 wasn't being properly digested, and I told Dr. Figueroa

13 about that and --

14     Q    What did he do?  Did he do anything to help

15 you get another bed?

16     A    Nothing.  I stayed in that broken bed for

17 months, and it became an issue with my digestive system

18 as well.  I got even -- sick from that.  That grievance

19 should be in there somewhere.

20     Q    At any time, did Ms. -- did Dr. Figueroa tell

21 you that you had any sort of -- you know -- did -- you

22 had these wounds, right?  On your ankles?

23     A    Uh-huh.

24     Q    Were you aware that it had ever gone down to

25 the bone?  The infection?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A     Did -- did he tell me that?

2        Q     Yeah.  Did Dr. Figueroa tell you that?

3        A     No, I can -- I can -- I can see it.  They were

4  -- they were doing measurements on my ankles, and I was

5  hearing the numbers of how deep it had gotten.  It was

6  -- like -- getting deeper and deeper every time they did

7  the measurements, till it was all the way to the bone.

8        Q     What about the wounds on your -- on your

9  buttocks?  When did they develop?

10       A     They developed during my second trip to

11 medical.  They accumulated from my second trip to

12 medical -- which I can't remember the dates.  It was

13 after February.  I don't know if it was the beginning of

14 March or the end of March or the beginning of April.

15 When I went into the infirmary, I didn't have that.  And

16 then me laying in the bed and -- and them -- you know --

17 not caring for me the way they should have.  The sores

18 started off small, and they just got bigger and bigger

19 and bigger until they turned into craters.  I don't

20 understand that to this day.  And then the blisters on

21 my heels, it was just a regular blister that you

22 developed, you get a blister and you pop it.  And then

23 the next thing you know, I got nephrotic -- it's a big

24 pus thing about this big and this thick.  They're

25 cutting my heels out.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      Q    Let me --

 2      A    I don't got no heels, and my ankles --

 3      Q    And we're going to talk about that -- about --

 4      A    Okay.

 5      Q    -- about all of that, but before we do that, I

 6 want to kind of skip ahead for a second.

 7      A    Yes, sir.

 8      Q    And to take a look at some photographs of

 9 these wounds that were taken at RMC in October of 2022.

10 Let me share my screen.  This is marked as

11 Plaintiff's 17.

12           (EXHIBIT 17 MARKED FOR IDENTIFICATION)

13      A    Now, look at this shit.

14      Q    All right.  And it's -- there's 86 pages here.

15 It's marked Plaintiffs 152 through 237.  And I'm going

16 to start here at the bottom on page Plaintiff 237.  And

17 -- but before I do that, Mr. Williams, have you reviewed

18 these photographs prior to today?

19      A    Yes, sir.

20      Q    Okay.  Do you recall when Mr. Cook came to RMC

21 and took these photographs of your wounds?

22      A    Yes, sir.

23      Q    Okay.  Is this your ankle I'm looking at, Mr.

24 Williams?

25      A    Yes, sir.  Yes, sir.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240336 Elmer Williams 01-07-2025     Page 124

```
 1      Q    And you see on the cast on your right foot, it
 2  says, "10-6-2022?"
 3      A    Yes, sir.
 4      Q    Okay.  That would be October 6, 2022?
 5      A    Yes, sir.
 6      Q    And the staff wrote the date for your bandages
 7  on the date.  So if I'm seeing 10-6-2022, that would
 8  mean that the date the photograph was taken was
 9  October 6th?
10      A    Yes, sir, because they just turned -- I was at
11  Reception Medical Center there -- Lake Butler.
12      Q    Okay.  So I'm seeing -- I'm seeing a wound
13  here on your ankle; is that right?
14      A    Yes, sir.
15      Q    And that's the same wound we saw -- that's the
16  same wound we saw in January of 2022 that was covered in
17  pus?  Do you remember that?
18      A    Yes, sir.
19      Q    So I'm now on Plaintiff 228.  And you can see
20  that the infection is still -- is still present -- let
21  me rephrase that.  You can still see that the wound is
22  open at this time, right?
23      A    Yes, sir.
24      Q    I'm going to -- one second.  All right.  And
25  this again is the wound on the ankle.  Plaintiff's 195.
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   This is October.  This is -- so this is nine months

 2   after the earlier pictures where we saw the wounds?

 3        A    Yes, sir.

 4        Q    And so from the period of January until --

 5   January 2022 until October 2022, you still had these

 6   wounds on your ankle?

 7        A    Yes.

 8        Q    And they were still open?

 9        A    Yes.

10        Q    They were still open, right?

11        A    Yes, sir.

12        Q    You -- do you still have these wounds today,

13   Mr. Williams?

14        A    I do, but they -- they don't look like that.

15        Q    They'll -- me -- all right.  I'm going to now

16   -- I'm now -- we're going to go back to some of the

17   pictures I skipped, but on Plaintiff 166 right now.  And

18   it is a picture of your buttocks with wounds on each of

19   your -- on each of your buttocks.  Do you see that, Mr.

20   Williams?

21        A    Yes, sir.

22        Q    Do you see the wounds are open?

23        A    Yes, sir.

24        Q    And deep?  And you had these wounds that you -

25   - so you're -- what I'm -- what I'm understanding from
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240530 Elmer Williams 05-30-2023                                    Page 126

```
 1  your testimony, Mr. Williams, is that these wounds

 2  started to develop while you were at Suwannee in the

 3  infirmary; is that right?

 4       A    Yes, sir.

 5       Q    What was medical staff doing for these wounds

 6  on your buttocks when they started developing?

 7       A    I don't even know how to answer that question.

 8       Q    Were they turning you on your side?

 9       A    They were turning me over on my stomach and

10  supposedly treating the wounds.  I don't know -- I don't

11  know what happened really.  I don't know.  I don't know

12  what happened.  Because I was being treated and they

13  were dealing with my backside, but I never paid

14  attention to what they were doing.  By the time I

15  realized that it was taking so long -- one day I just so

16  happened to take a mirror and look back there, and I

17  panicked.  I screamed.  I screamed -- the guards came.

18  I'm -- like, "What the hell is this?  What happened?"

19  And nobody could tell me what happened.  It just -- they

20  were doing the wound care and instead of it getting

21  better, it was getting worse.  I just -- I don't -- I

22  can't explain that because it just --

23       Q    Were they doing wound -- were they doing wound

24  care every day?

25       A    No, I had a schedule.  I think they had it
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  down for every other day -- or something to that effect.

2  That was also confusing, too.

3      Q    What about when you left the infirmary?  Were

4  they doing wound care when you were outside of the

5  infirmary?

6      A    No.  I always had to go to the infirmary on my

7  own and get an -- a order.  When they called wound care

8  at 3:00 p.m., I would just go.  And when the lady asked

9  me what I was there for and why I was in the lobby, I

10 said, "I need to see wound care."  Now when I go in

11 there, the guy was like, "What's your name?"  He's -

12 like, "You're not in the books."  I said, "Well, sir my

13 ankle's infected.  I need you to help me out."  And he

14 was just volunteer to just - "Well, you got to get a

15 pass for this and the pass for that."  I said, "Well,

16 I'm trying, but Dr. Figueroa wouldn't give me a pass for

17 -- to get wound care, either."

18         MR. HANSON:  That was --

19     Q    So what I'm understanding is you weren't

20 scheduled for wound care?

21     A    Not at all.

22     Q    Despite having the wounds that -- from the

23 pictures I showed you from October?

24     A    Right.  And the one pass that I did get for

25 wound care was revoked.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q     By whom?

 2      A     It was revoked.  Meaning that when I went to

 3 get the wound care, they -- I can't remember her name,

 4 but it's going to be in the file -- who gave me the

 5 wound care pass, obviously -- I don't really want to say

 6 this because this is -- they told her not to honor that

 7 pass because she came out there and told me to go.  I'm

 8 no longer on wound care.  She just revoked my pass and

 9 told me to go -- to get out of medical, just go.  So I

10 was left to do my wound care on my own.  The pass was

11 revoked.  I don't know this lady's name.  I know she was

12 pregnant at the time.

13      Q     Do you know who told her to revoke your

14 wound pass?

15      A     Hmm?

16      Q     Do you know who told her?

17      A     No sir.  I know I just had -- they had it out

18 for me in medical, so -- they were tired of me, tired of

19 dealing with me.  And when I went over there, it was

20 always an issue.  Mr. -- Mr. -- Mr. Howell made his

21 business to -- to see me, even if he was seeing 100

22 inmates, he would put them aside and make sure he dealt

23 with me --

24      Q     Why?

25      A     -- dealt with me.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240536 Elmer Williams 01-30-2025          Page 129

```
 1            MR. HANSON:  Objection and motion to strike.
 2      Subjective motivations of the medical staff.
 3      A    Okay.
 4      Q    Mr. Williams, do you know why -- did Mr. --
 5 did Nurse Howell tell you why he made it his business to
 6 see you?  You can answer if you know.
 7      A    No.  I'm trying to think.  I don't recall him
 8 making any -- the only thing that he did was when I
 9 complained about a problem -- I went in there for my
10 back pain -- my neck -- he would say -- he would in it
11 every time the same, your vital signs or everything. The
12 only thing I could do it give you some ibuprofen of the
13 pain, and that's it.  There was no follow-up.  There was
14 no X-rays.  No -- I mean -- they're claiming that they
15 put referrals in, but when you put a referral in, I have
16 to sign for the referral.  Where's the -- where's the
17 paper that I signed saying that I agreed to go to the
18 urologist or the neurologist or the oncologist? There's
19 a second -- all these papers saying that they put the
20 referrals in.  There's a second paper that they got to
21 call me up there to sign.  That's not attached to that -
22 - to verify that they told me this and they, and I
23 agreed to it.  There's another step that's not there,
24 but we'll -- we'll get to that in time when --
25      Q    Did you ever sign?  Did you ever sign --
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Elmer Williams 01-30-2025                    Page 130

1  countersign a referral for urology?

2      A    When I finally did see him, yes, I did.

3      Q    Okay.  Let's go through some of that right

4  now. I'm going to -- I'm going to show you two more

5  exhibits. What we've marked as Plaintiff's 18.  And this

6  is marked -- Bates stamped Plaintiff 242 through 44.  On

7  the last page it says it's signed by Dr. Figueroa on

8  April 18, 2022.  Okay.  So this is about two months

9  after you initially left the infirmary.  Okay.  And at

10 the top on page 242, it says your name, Elmer Williams.

11          (EXHIBIT 18 MARKED FOR IDENTIFICATION)

12     A    Uh-huh.

13     Q    And it's a -- it says, "chronic rec care

14 consult request."  Okay.  And it's a record of your

15 healthcare.  And this is again dated April of 2022.

16 April 18.  And under remarks on that same page, it says,

17 "55-year-old AA male, last seen 12-20 with a history of

18 CA, presumably cancer, prostate treated with radiation

19 therapy to the prostate and androgen deprivation with

20 PSA level 2.2.  PSA on 9-21 was 5.2 and now is 43.

21 Request a follow up with urologist with bone scan and

22 abdominal pelvic CT urgently."  Urgent with a capital U.

23 This is April 18, 2022.  Did you -- did -- have you --

24 had you seen a urologist by this time at Suwannee?

25     A    No, not that I recall.  Not as soon as April.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1 | I think it was around -- well, maybe in the end of --

 2 | that's April 18th, you said?

 3 |     Q    Let me show you another document first --

 4 | we'll mark as Plaintiff's 19.  This is another medical

 5 | record. Bates stamp Plaintiff 245 through 48.  On 248,

 6 | it is signed by Dr. Figueroa on July 23, 2022.  Do you

 7 | see that, Mr. Williams?

 8 |          (EXHIBIT 19 MARKED FOR IDENTIFICATION)

 9 |     A    Yes, sir.

10 |     Q    I'm going to go now to the remarks on page 245

11 | and it says, "patient seen on 7-18-2022 by urology --"

12 |     A    Okay.  That's right.

13 |     Q    That's three months.  Already seen by oncology

14 | on 6-10-2022, which would follow visit after MRI.  PSA

15 | one week prior to uro eval.  Continue on Eligard and

16 | Casodex.  Patient already seen by radio -- rad onco who

17 | -- CT simulation of the T spine to the L spine.  Okay.

18 | So a CAT scan of certain vertebrae in your spine.  So

19 | this suggests that you were seen on July 18, 2022 by the

20 | -- by a urologist.

21 |          MR. HANSON:  Objection.

22 |     Q    Do you recall being seen by urologist in July

23 | of 2022?

24 |     A    Yes, sir.

25 |     Q    Do you recall being seen by a urologist prior

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  -- at Suwannee -- while you were at Suwannee prior to

 2  July 2022?

 3       A    I don't recall, but it's a -- it's still

 4  around that time.  Around May, June -- that I saw him.

 5  It was -- I'll go -- I'll go for that because it was --

 6  I was there probably seven months before I seen a

 7  urologist or oncologist.  I'll state that.  It's around

 8  that time.

 9       Q    So around this time.  And then it says,

10  "Already seen by onco on 6-10-2022," an oncologist.

11  Would that be a fair time -- a fair assessment of when

12  you -- when you saw an oncologist while you were at

13  Suwannee June 2022?

14       A    Yes, sir.

15       Q    Did you see an oncologist to your -- as far as

16  you remember, prior to June 2022 while you were at

17  Suwannee?

18       A    No, sir.  Not that I can recall.

19       Q    So September 2021, you didn't see an

20  oncologist, you didn't see a urologist, you didn't see a

21  neurologist, right?

22       A    Yes, sir.

23       Q    October 2021, the same.  You didn't see either

24  of those types of professionals; is that right?

25       A    No, sir.  '21?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

240336 Elmer W. Williams 01-07-2025        Page 133

```
 1      Q    Yeah.  November 2021.  Sorry -- I'm sorry.

 2 October 2021.  You didn't see an oncologist, right?

 3      A    No, but I had seen him back when they say that

 4 I saw him.

 5      Q    Right.  Prior to going to Suwannee?

 6      A    Oh, you're saying, "prior to going to

 7 Suwannee?"  No.

 8      Q    No.  Let me -- yeah, let me -- so at Suwannee,

 9 would that -- you were -- you were transferred to

10 Suwannee in November of 2021?

11      A    Yes.

12      Q    Is that right?  Between November in 2021 until

13 June of 2022, you don't believe you saw an oncologist?

14      A    No, sir.

15      Q    Is that right?

16      A    That I can recall, yes.  I don't know if it

17 was June or July that I saw him, but it was late.

18      Q    And so going back to the document we looked at

19 before this, what I had marked as Exhibit 18, it notes,

20 on page 242, as of April 18, 2022, that there is a

21 request for a follow-up with a urologist urgently.  Do

22 you believe you would've seen an oncologist or a

23 urologist in April of 2022?

24      A    That I went and saw one in April?

25      Q    Yeah.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

240550 Elmer Williams 01-30-2025          Page 134

```
 1        A    I -- I can't -- I can't recall.  I -- I don't
 2   -- I don't -- I don't recall seeing him --
 3        Q    Do you --
 4        A    -- that early.  It's a possibility, but
 5   remember.  All I remember is when I went and saw him, I
 6   know what happened then.
 7        Q    All right.  Well let's talk about that.  When
 8   you finally saw a urologist, do you remember when
 9   that was?
10        A    I don't remember the date.  No, sir.
11        Q    Okay.  What -- talk to me about the -- about
12   the appointments, about what the urologist told you.
13        A    Dr. Miquel, my primary doctor with my
14   prostate, said when he read the medical files and saw
15   them my PSA was 43, and he was shocked.  He was like, "I
16   don't understand what happened."  He called his
17   secretary up on the outside and said -- I don't remember
18   -- forget her name.  "When was the last time I saw
19   Williams? Elmer Williams?"  She said, "12-20-2020."
20   "And what did I have on there?"  She said, "He was
21   supposed to come back in six months."  He said, "That's
22   what I thought."
23            MR. HANSON:  Objection.  Motion to strike.
24        Hearsay.
25        Q    Mr. Williams?
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

240336 Baker w/2 Trans 01-30-2025                    Page 135

```
 1        A     Yes.

 2        Q     You were then transferred to RMC in the fall

 3   of 2022; is that right?

 4        A     Yes.

 5        Q     Can you describe to me the condition you were

 6   in when you were transferred to RMC?  Let's start with

 7   your ability to walk.  Were you able to get up and walk

 8   around freely?

 9        A     Not at all.

10        Q     Were you able to sit up in your bed on your

11   own without assistance?

12        A     Not at all.

13        Q     Were you able to get up and go walk to the

14   chow hall by yourself?

15        A     Not at all.  No.

16        Q     Were you able to get up and walk to the shower

17   by yourself?

18        A     No.

19        Q     Were you able to get up and walk to medical by

20   yourself?

21        A     No.

22        Q     Were you still experiencing the wounds on

23   your legs?

24        A     Yes.

25        Q     Now, you told me that Dr. Figueroa did a
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240596 Elmer Williams 01-30-2025          Page 156

1  procedure.  Can you tell me a little bit about that?

2      A    Yes.  He came in to do a routine check, and he

3  checked my heels, and it was so badly infected that he

4  told the nurses to go and get him some scalpels, and he

5  cut the necrotic -- whatever stuff out of my heels.

6  And --

7      Q    And I'm going to bring back what we had marked

8  as Plaintiff 17, page -- Plaintiff 179.  Have you

9  reviewed this picture, Mr. Williams?

10     A    Yes, sir.

11     Q    Is that your foot?

12     A    Yes, sir.

13     Q    And is that -- do you remember when this

14  photograph was taken?

15     A    That was taken at RMC.

16     Q    At RMC?

17     A    Yes.

18     Q    So this would be after Dr. Figueroa did the

19  procedure on your heel?

20     A    Way after.  Months after, yes.

21     Q    Did Dr. Figueroa obtain your consent prior to

22  doing the procedure?

23     A    No, sir.  There's no record of me signing any

24  consent form to perform that.  He just said that it was

25  an emergency surgery.  That he needed to do it because

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240336 Elmer Williams 03-20-2025          Page 137

1  the infection was -- and when he took the necrotic out,

2  he showed it to me and there was a deep pus pocket

3  inside of my heel that eventually he said would've --

4  whatever -- killed me, but he performed the surgery

5  right there.

6      Q   And when you were taken to RMC, did you --

7  before you were taken to RMC, you knew that your PSA had

8  gone up above 40.  Did you know how far the cancer --

9  the prostate cancer, had spread through your body?

10     A   I'm trying to figure out when they told me --

11 and I know that it had spread in -- I'm going to say,

12 no.  Because I didn't find out until -- until later when

13 I went for my treatments at the cancer center about

14 where exactly the cancers had spread.  They didn't tell

15 me that until later at the cancer center.  Dr. Figueroa

16 didn't tell me anything.

17     Q   Did you -- when you got to RMC, what did they

18 tell you about your cancer -- about your prostate

19 cancer?

20     A   They said that -- well, if we going back to

21 RMC and I got to go to Dr. Figueroa, who immediately

22 ordered me back on the Eligard.  So by the time I went

23 to the cancer center and they read from the report of

24 where all my cancers had spread, the Eligard shot -- for

25 one that he started giving me immediately dropped my PSA

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Baker v. Adams 01-30-2025          Page 138

```
 1  down, and then it went from the cancer being just in my
 2  prostate to -- on both sides of my prostate, to my hips,
 3  to my L-1 through five, to my lymph nodes -- and the
 4  list just went on and on.  It's -- like -- cancer's all
 5  over your body.  We just can't zap you.  I mean -- we
 6  got to treat one thing at a time and -- I'm gonna stop -
 7          -
 8      Q    What -- do you recall when Dr. Figueroa gave
 9  you Eligard?
10      A    When he gave it to me?  I'm due for my shot on
11  January 24th.  So January, December -- let's see,
12  October -- October, November -- September 24th.
13  September 24th was the shot that they gave me at
14  Suwanee.  September the 24th, because I'm due this 24th
15  right now for another Eligard shot.  That's when I got
16  there.
17      Q    So sometime in the fall you had a shot
18  of Eligard?
19      A    Yes.
20      Q    Okay.  And you didn't have any -- since you
21  were transferred to RMC, you had -- you -- prior to that
22  -- since you were transferred to Suwannee, you didn't
23  have any Eligard while you were at Suwannee?
24      A    No.  I got my first shot at Suwannee.  Right
25  before I left on September the 24th.  It wasn't but a
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Elmer McCrae, 01-10-2025                    Page 159

```
 1  couple of weeks after that -- that I left, now --

 2       Q    It would've been August or September --

 3       A    It was a couple --

 4            MR. SLATER:  Are you sure about the --

 5       A    I hope I'm sure because if I missed the shot

 6  then I might -- because it's four months, and I'm due

 7  this January the 24th, next two weeks or whatever.  So

 8  I'm counting four months from then.  I hope I'm right.

 9  So -- because when I went to see Miquel, he ordered the

10  shot, and I remember it so good because there was an

11  issue with the shot to where they put -- wrote down that

12  they gave me the shot, but they didn't give it to me. So

13  I had to get into a confrontation with them, with Nurse

14  Holmes because Nurse Holmes is the one that administered

15  the shot.  She claimed that she made a mistake and said

16  that she gave me the shot, but she didn't.  And me and

17  her talked and she was like, "Oh no, I didn't give it to

18  you."  And she gave it to me.  I remember.  But I was

19  already scheduled to go to RMC by that time.  I was just

20  waiting on a -- a bed, whatever.

21       Q    Were you told why you were scheduled to go

22  to RMC?

23       A    For medical treatment to get away from there.

24  My family had been going through all type of stuff to

25  get me out of that place, talking to John Palmer and
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

240590 Elmer Williams 01-30-2025                    Page 140

```
 1  everything, but we'll get into that later.
 2      Q    Okay.  Well, let's -- I want to talk a little
 3  bit about your time at RMC, and then let's talk about
 4  that.  So you go to RMC, and then you're in RMC for
 5  how long?
 6      A    Okay, October -- hold on.  It had to been
 7  before.  This still ain't make no sense.  Now you got me
 8  thinking now.  It might have been -- because I had to go
 9  to RMC in around September or August.  That's why I'm
10  confused with these dates because I just left October
11  31st, and I was there at least two months.  So August,
12  September, October, I guess I got to RMC -- I guess I
13  got to RMC in August.  I don't even know.
14      Q    Okay.  Well that -- that's fine.  It's okay if
15  we're not fully certain on that.  But you were at -- so
16  it sounds like you were at RMC for a few months before
17  you were released.
18      A    Yes.
19      Q    Okay.
20      A    Yes.
21      Q    Oh, and were you being treated at RMC for your
22  prostate cancer?
23      A    Yes.
24      Q    What -- were you seeing a urologist while you
25  were at RMC?
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240056 Elmer W. Williams 04-30-2025         Page 161

```
 1      A    Yes, I saw him a couple of times, yes.

 2      Q    Okay.  And then you were released from prison

 3  in October you said, right?

 4      A    Yes, October 31st.

 5      Q    And you -- why -- what was the basis for your

 6  release from prison?  Do you know?

 7      A    Yeah, because my condition was not getting any

 8  better.  When I went there, I wasn't able to eat, the

 9  medications had me sick, nauseous.  I didn't eat for a

10  week.  I was on liquids, and I was -- you know, my

11  health was deteriorating.  And like I said, they told

12  me, "Your cancer's everywhere.  It metastasized, you

13  know, you got six months, you know, we -- we going to

14  try to do what we can for you.  But you know, it -- it's

15  all over."  I mean, as far as the cancers and -- and

16  basically, if I had somebody that would come and get me

17  or whatever, that would help me out on the outside and

18  -- and I told them, "yes."  And --

19      Q    Did your family help you get out with the

20  compassion release?

21      A    Yes, with the condition that I would come to a

22  facility because, of course, I have to be in a facility

23  because I have to have around-the-clock treatment.  I

24  take Casodex.  I take cancer chemo pills.  I take

25  steroids.  I'm on multiple different medications to
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  stabilize it and keep me stabilized.  I have trouble

2  breathing and cancers off everywhere it was --

3       Q    Yeah, talk to me about -- talk to me about

4  your care now at Memorial Regional.  How does it compare

5  to the -- to the care you received at FTC?

6       A    It's much better.  The pictures will speak for

7  themselves as far as the current pictures because

8  opposed to seeing the dark holes, I still got the

9  craters.  The dark holes are a little bit smaller and

10  you can see the tissue inside of instead of a black

11  hole.  So it's healing, but it's going to take a while.

12  You know, they had me -- I just got off of IVs.  I was

13  on IVs from, wow, October to just three days -- fourth,

14  a week ago.  Around-the-clock IVs, PICC line, two lines

15  in my heart called, "PICC lines."  I got them --

16       Q    Are you able to get up and walk around?

17       A    Not at all.  I can't get in my wheelchair.

18  I've been out of this bed one time for 15 minutes to go

19  down the hallway and come back.  I can't -- I can't do

20  it because when I move, anytime I move, the tumor in my

21  back locks up my lungs and my airflow, and I can't

22  breathe, you know?

23       Q    What -- are you in any pain?

24       A    I'm in constant pain.  I'm in pain right now.

25       Q    What about any emotional pain?  Do you have

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240590 Elmer Williams 01-30-2025          Page 143

```
 1   any emotional?
 2       A    Beyond emotional pain, it's just no way you
 3   can describe my emotional pain.
 4       Q    Well, I'd like you to try to describe some
 5   of it.
 6       A    Okay.  Well, I can't sleep.  Sometimes I stay
 7   up 24 hours a day.  My mind won't -- won't really -- I
 8   mean my -- I'm -- I'm -- I'm in constant pain because
 9   I'm laying on my head and I, you know, it's just the
10   pressure from just laying down all the time and not
11   being able to get comfortable.  When you're paralyzed,
12   it's hard to -- for you to get comfortable.  And then, I
13   don't have anybody to put me in and out of my
14   wheelchair.  They're not going to do that.  They did it
15   the one time because I insisted that please let me go
16   outside and get some fresh air.  You know, I need to get
17   some fresh air.  I need to get up so my blood can flow
18   and I could just -- it's controlled air conditioning or
19   whatever.  It -- it -- it -- it messing with me
20   psychologically.  And then being paralyzed and being so
21   dependent on people is really depression and oppression
22   because I've -- I was -- I mean it's -- it's -- it -- it
23   affects me in the worst way mentally, you know, my
24   family and some --
25       Q    Yeah, how's it affected your family?  What --
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  what's going on with you?

 2          MR. HANSON:  Objection.

 3      Q   You can answer, Mr. Williams.

 4      A   Yeah.  It's affected me and my family to the

 5  point where they just, instead of them praying for me to

 6  live, they're praying for me to die, you know, because

 7  the numbers are low on -- on recovery and -- and -- and

 8  -- and living through what I'm going through.  So my

 9  family, like, I've done lost my partner.  I lost my best

10  friend and this is what they're telling me.  And it has

11  me feeling some type of way because I don't -- you know,

12  I'm a man.  I try to, you know, I try to, "Hey, it's my

13  time.  It's my time."  Any one of us can go any day now.

14  It's not promised to anybody.  But I'm trying to find

15  the words to sum it up to, like, it really messes with

16  me psychologically because I can't do -- I can't do

17  anything.  I'm just here all day in pain, can't get

18  comfortable, can't sleep.  I've been up all night as it

19  is.  And it's just, it's -- it's just dealing with the

20  constant -- the constant pain and just trying to be

21  positive in a way because the stress affects me as well

22  because the stress alone causes me stomach pains, gas,

23  my eyes hurt.  It's just a -- it's just constant pain.

24  And then the needles, because I've become diabetic since

25  I've been here as well.  And then I'm losing mobility in

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  my hands.  I'm constantly knocking stuff over, you know?

 2  And then, sometimes I get frustrated and -- and I kind

 3  of act out a little bit.  And I've been in a couple of

 4  arguments here.  It's just, I'm a -- I mean, it's hard

 5  to even describe it, but it's very -- it's very, very,

 6  very frustrating.  And -- and -- and -- and -- and --

 7  and for me to -- to live like this because I can't move

 8  at all.  If I could move my hips or move around a little

 9  bit or get in my wheelchair and I -- that would be

10  different.  But I can't do nothing.  I can't even turn

11  over.  I'm just, like, totally incapacitated.  I'm just,

12  everything is shut down on me.  And it's scary because

13  it's starting to get up in my neck.  And that's scary.

14  Sometimes I got to hold my head up just to breathe

15  because my face is nowhere near supposed to be this fat.

16  My face is supposed to be -- and it's blowing up.  And

17  even now, just doing that, I'm dizzy.  I'm disoriented.

18  So I'm afraid every day that it's going to be the last

19  day because sometimes I go to sleep and I'll breathe and

20  I -- and I wake up and I panic.  So I'm -- I'm, you

21  know, instead of preparing to live, I'm preparing for

22  whatever, you know?  That's the best way I can describe

23  it.  It's -- it's a miserable life.  But I try not to be

24  miserable, because, you know, it is what it is.  It's

25  not going to do anything -- me any good to worry because
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240596 Elmer Williams 04-30-2025                    Page 146

 1   what's going to happen is going to happen regardless

 2   whether I worry about it or not.  It's inevitable.

 3       Q    What -- what's it been like to have your

 4   family there with you?

 5       A    It's lovely.  I love having my family here

 6   with me.  But it's hard because of the time that I've

 7   been away, you know?  I did a lot of time.  I did 25

 8   years in prison, and I haven't been out here with my

 9   family.  So now I'm coming out here, and they're seeing

10   me in this condition and -- and messes with them

11   psychologically, and it messes with me because I have to

12   talk, "Hey, I might not make it.  I might not be here.

13   This is what my prognosis is.  They gave me six months

14   to live, but that doesn't mean anything.  Give me good

15   treatment, I can possibly live longer."  But they don't

16   want to get my hopes up.  I'm just letting you know that

17   this is a possibility.  And that's what I'm having to

18   deal with as well.

19       Q    And what --

20       A    We don't have a lot --

21       Q    Sorry, I didn't mean to interrupt you, Mr.

22   Williams.

23       A    No, I was really -- it is really not even --

24   it's just going on with the same thing.  Basically,

25   we're not having a pity party or whatever.  I'm just,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240056 Baker w/o name 01-20-2025         Page 147

```
 1   you know, there's really no words to express the

 2   anxieties and the pain, and -- and the suffering.

 3   There's no words for it.  You can't -- you can't -- it's

 4   horrible.  It's, like, horrible because I don't have --

 5   I can't even watch a movie, like, concentrate on a movie

 6   because I don't have -- it's like, I just -- I'm just

 7   thinking my life over.  I lay here with the TV off,

 8   radios off.  I just lay here and just -- and just think,

 9   you know?  It's just like I'm not even out.  I'm still

10   in prison.  I'm in a prison within the prison.  In my

11   mind, I'm just not -- because I'm not free.  I'm not --

12   this is no -- of no benefit to me.  The only benefit of

13   the being out here is the good treatment that I'm

14   getting while I'm in the hospital.  The food's different

15   or whatever, but my condition is still the same.  I

16   still got to move from here to the cancer center because

17   they basically doing the same things they was doing

18   there here, but doing it the way it is supposed to be

19   done.  They're administering it on time.  They come in

20   two, three times a day and do my wound care.  They're

21   really, you know, doing what they're supposed to do

22   here.  But it's still that the -- the -- the -- to

23   answer your question, the damage is so severe that

24   there's only so much that they can do.  They're

25   frustrated because I wanted just the instant
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Elmer William 01-30-2025        Page 148

```
 1  gratification.  And it's not going to happen.  It's not

 2  going to happen.  They're treating right now, to my

 3  knowledge, the bone cancer.  But then, what about my

 4  hips?  What about my -- my -- my -- what's this stuff?

 5  My lymph nodes, that cancer's still running wild.  So

 6  I'm still on the clock because while it -- my prostate

 7  is down a little bit, but the other cancer's running

 8  havoc through my body.  Now I become --

 9      Q    Is this the cancer you've told me you -- that

10  spread through your vertebrae and your lymph nodes from

11  your prostate?

12      A    Yes, sir, and then with my -- with my mute --

13  now I've become diabetic.  I've never been diabetic in

14  my life.  I now become diabetic from the medications

15  that they're giving me.  Now my blood pressure is so low

16  that it's alarming.  Sometimes I'm 70 over 40.  It's

17  like my body's just -- just shutting down, and then it's

18  like one problem is leading to another.  They had to

19  take me off the antibiotics before I become antibiotic

20  intolerant.  And it's just -- they're just switching up

21  because the medical is a science, so --

22      Q    And you said it -- you know, you said that --

23  you testified that, you know, you're -- you feel like

24  you're still in prison.  But what -- what's it been like

25  to have your family there with you?  You know, they
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240336 Baker vs Hamm 01-30-2025          Page 149

1   wouldn't be able to be there with you in prison, but

2   they're there with you.

3        A    Oh yeah -- oh yeah, I was speaking when I was

4   saying, "I feel like in prison," as far as in my mind,

5   like my living conditions, how I live and this, because

6   my family has to work.  So I can't expect them to just

7   be here around the clock like a little kid sleeping in

8   the room and all that.  But I appreciate having them. It

9   helps me mentally to have my family support.  That is a

10  big -- a big thing because they did tell me about the

11  stress.  They've addressed the stress.  You can't worry

12  because the worrying will do just as much damage as a

13  cancer in you because worrying weakens your immune

14  system.  And that's what I have.  I have a weak immune

15  system from my lymph nodes having cancer.  And -- and

16  that's what's prolonging my healing, the healing of my

17  wounds as well.

18       Q    Are there any kind of, you know, life lessons

19  or any kind of -- anything you want to sort of leave to

20  your family?  Any sort of -- any sort of messages

21  for them?

22       A    You know, that I love them and you know,

23  don't, you know, don't, you know, don't be bent over

24  this.  It was just -- it was just -- it was just -- I

25  just feel like it was just -- it was just meant to be,

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

240390 Baker Williams 01-20-2025          Page 150

```
 1  you know? I can't even really -- you know, I love them
 2  and -- and, you know, just, you know, just know that, I
 3  mean, things happen.  I don't want them to be bitter.  I
 4  don't want them to hold anything against anybody because
 5  I don't. It's what happened is just it just happened.  I
 6  don't -- I can't be bitter over it, and I'm not -- it's
 7  weird because I'm just the type of person that I'm a
 8  firm believer that you have to let the bad out to let
 9  the good in.  I can't lay up here.  And actually I go
10  through a lot psychologically, yeah, because I'm in pain
11  and I'm -- and I'm miserable.  But for the most part, I
12  -- I -- I -- I think positive, try to think positive.
13  And that's all I want them to do, just, just think
14  positive.  I mean that's all I can do.  That's all I can
15  really leave them with is, you know --
16       Q    What do you want your life to mean to
17  your family?
18       A    Sir?
19       Q    What do you want your life to mean to
20  your family?
21       A    What I want my life to mean to them?
22       Q    Yeah.
23       A    I mean, I want it to mean everything to them.
24  I mean, I'm -- I'm somebody, regardless of how my life
25  went, you know?  I'm still somebody, could have been
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   somebody.  I had plenty of plans when I got out what I
 2   was going to do with my life.
 3        Q    What kind of plans?
 4        A    Like -- huh?
 5        Q    What kind of plans?
 6        A    What kind of plans?  I planned to get out and
 7   -- because my family is -- my son is a first responder.
 8   My daughter's a manager at a place.  My son don't get in
 9   trouble with the law all.  He's in medical -- he's in
10   medical.  He's in the medical field.  He's an ex-Navy
11   Seal.  You know, I changed my life over.  I told -- I
12   taught my kids not to be like me, be better than me.
13   Don't follow my path because it's not worth it.  Nothing
14   you can do in life is worth you doing anything to go to
15   prison, period.  I always encouraged them to walk the
16   straight and narrow because prison is prison.  They got
17   a POW flag over the prison.  The United States flag is
18   below that.  So I mean, that tells you something right
19   there.  The constitutional, everything, it changes
20   there.  But I want my life to mean a lot for them
21   because I did the best that I can do for them from
22   prison and --
23        Q    But you said -- you said there were things
24   that you wanted to do with your life --
25        A    Right.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        Q    -- if you weren't in --

 2        A    I wanted to home and -- right, yeah, I didn't

 3   finish, but -- and my girl, she's a paralegal at a civil

 4   law firm.  She's the office manager there.  She runs the

 5   whole firm and, you know, she's set up nice and

 6   everything.  And that's my life partner.  And we had

 7   plans to be together and do things and, you know, was

 8   trying to fix a house up right now.  I told her, "Don't

 9   sell it, don't invest money into it."  And we planned on

10   getting the house out in the country.  And, you know,

11   getting the family there and just living, and just me

12   fishing and trying to have me some grandkids and -- and

13   just living my life.  I got all new friends.  I don't

14   hang out with people that get in trouble.  I just, you

15   know, I just wanted to get out here and just live my

16   life peacefully and have a -- be a law abiding, you

17   know, citizen, obey the rules of society and function as

18   a mature and responsible adult.  That's all I wanted to

19   do because I've -- I've done more than enough time to

20   learn my lesson.  You know, I went through what I went

21   through in prison.  I wasn't per se this model inmate

22   the whole time I was in prison.  I did what I had to do

23   to survive in there.  Just remind me -- five others.

24        Q    Sorry, someone in there, Mr. Williams?

25        A    Yes, sir, he's doing --
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240330 Elmer Williams 01-10-2023                                    Page 153

```
 1      Q    Oh.

 2           COURT REPORTER:  All right, the time is

 3      approximately 2:24 p.m.  We're off record.

 4             (OFF THE RECORD)

 5           COURT REPORTER:  All right, we're back on the

 6      record for the deposition of Elmer Williams being

 7      conducted by video conference.  Today is January 10,

 8      2023.  The time is approximately 2:28 p.m., and my

 9      name is Amanda Bates.

10           BY MR. SLATER:

11      Q    All right, Mr. Williams, we were just wrapping

12 up and unless there's anything else you want to add, I

13 have no further questions for you at this time.

14      A    No, sir.  That's about it.  We -- unless you

15 need anything else addressed, that's it.

16      Q    All right.  I'm going to pass the witness.

17      A    Okay.

18           MR. HANSON:  Mr. Buchan, did you want to go

19      first, or would you like me to go first?

20           MR. BUCHAN:  You can go first.  I imagine yours

21      would probably be a little longer than mine.

22           MR. HANSON:  Yeah.

23           MR. BUCHAN:  But I have no problem going last.

24             CROSS EXAMINATION

25           BY MR. HANSON:
```

MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q    Okay, Mr. Williams, my name is Jacob Hanson.

2    I'm the attorney who represents the medical providers. I

3    want to thank you for your time here today, and I am

4    going to have just a couple of questions for you.  But I

5    just wanted to first note that there were some exhibits

6    that were introduced today that I'd never seen before.

7    And so I'm going to also reserve my right to continue

8    this deposition once we've had a chance to conduct

9    discovery and I'm able to review some of these documents

10   in more detail since I've not had the benefit of seeing

11   them, and since we're doing this prior to discovery

12   taking place.  So I just wanted to put that on the -- on

13   the record before I got started.

14            MR. SLATER:  Yes, sir.

15            MR. HANSON:  And I'll -- Mr. Slater, I'll defer

16       to you.  I want to get his Social Security number.

17       Do you want us to go off the record for that?

18            MR. SLATER:  Sure, let's go off the record for

19       that.

20            MR. HANSON:  Okay.

21            COURT REPORTER:  All right.  The time is

22       approximately 2:29 p.m. and we're off record.

23            (OFF THE RECORD)

24            COURT REPORTER:  All right.  We're back on the

25       record for the deposition of Elmer Williams being

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

240996 Baker Witnesses 01-10-2025                          Page 155

1   contacted by video conference.  Today is January 10,

2   2023.  The time is approximately 2:32 p.m., and my

3   name is Amanda Bates.

4        MR. HANSON:  Based on the discussion amongst

5   Counsel, and given some medical treatment that Mr.

6   Williams is scheduled to receive, we've agreed to

7   continue the deposition until tomorrow, January

8   11th, at 10:00 a.m.  So I'll reserve my questions

9   until that time.

10        MR. SLATER:  Great.

11        MR. HANSON:  And with that, we can go back off

12   the record.

13        COURT REPORTER:  All right, are we reading or

14   waiving?

15        MR. SLATER:  We're going to read.

16        COURT REPORTER:  All right and then --

17        MR. SLATER:  But we're not done -- we're not

18   done yet, but yeah, eventually.

19        COURT REPORTER:  Right.  It's going to still

20   going to be, like, two different kind of transcripts

21   that they put together.

22        MR. SLATER:  I see.  That's all right, okay.

23        COURT REPORTER:  So do you want to order the

24   transcript and the video for this part?

25        MR. SLATER:  Yeah, for both parts, but yeah.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Bihler w/ Trans 01-20-2025          Page 156

```
 1              COURT REPORTER:  Okay.

 2              MR. SLATER:  Might as well.

 3              COURT REPORTER:  And then Mr. Hanson, you want

 4       a copy of the video and the transcript?

 5              MR. HANSON:  Yes, please.

 6              COURT REPORTER:  All right.  And then, Mr.

 7       Buchan, do you want a copy of the transcript and the

 8       video?

 9              MR. BUCHAN:  We'll let you know.  Can I just

10       have -- do you have a phone number?

11              COURT REPORTER:  I can give you -- when we go

12       off record, I can give you my e-mail.

13              MR. BUCHAN:  Okay.

14              COURT REPORTER:  All right.  And then, I didn't

15       get five or seven for the exhibits.

16              MR. SLATER:  Yeah, I didn't use those.

17              COURT REPORTER:  Okay, all right, just making

18       sure.

19              MR. SLATER:  Sorry, yeah.

20              COURT REPORTER:  All right, the time is

21       approximately 2:33 p.m., and this concludes the

22       video deposition.

23              (DEPOSITION CONCLUDED AT 2:33 P.M.)

24

25
```

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

CERTIFICATE OF OATH


STATE OF FLORIDA

COUNTY OF ORANGE


     I, the undersigned, certify that the witness in the

foregoing transcript personally appeared before me and

was duly sworn.


Identification:  Produced Identification


_____

Amanda Bates

Court Reporter, Notary Public

State of Florida

Commission Expires: March 6, 2026

Commission Number: HH 236289

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

C E R T I F I C A T E

STATE OF FLORIDA)

COUNTY OF ORANGE)


     I, Amanda Bates, Court Reporter and Notary Public

for the State of Florida at Large, do hereby certify

that I was authorized to and did report the foregoing

proceeding, and that said transcript is a true record of

the said proceeding.


     I FURTHER CERTIFY that I am not of counsel for,

related to, or employed by any of the parties or

attorneys involved herein, nor am I financially

interested in said action.


Submitted on: January 20, 2023.







Amanda Bates

               Court Reporter, Notary Public


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

240930 Enter WL Hamm 01-10-2025    Page 159

```
 1                            ERRATA

 2

 3  PAGE     LINE                    CHANGE      REASON

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16  I have read the entire transcript of my deposition taken

17  in the captioned matter or the same has been read to

18  me.I request that the following changes be entered upon

19  the record for the reasons indicated. I have signed my

20  name to the Errata Sheet and authorize you to attach the

21  changes to the original transcript.

22

23

24  _____    _____

25  Date                       NAME
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

**M I L E S T O N E  I  R E P O R T I N G  C O M P A N Y**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**January 20, 2023**

**James Slater, Esquire**
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

RE:    Deposition of **Elmer Williams**  taken on **1/10/2023**
ELMER WILLIAMS v RICKY DIXON, et al.,

Dear Mr. **Slater**,

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,

as considered reasonable under Federal Rules*.

 X      **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

___      **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

___      **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

___      **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___      The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 248956

cc:

Waiver:
I, Elmer Williams **,** hereby waive the reading and signing of my deposition transcript.

_____                    _____

Deponent Signature                                                              Date