UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, et al.,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

**PLAINTIFF'S NOTICE OF RESOLUTION
AS TO THE INDIVIDUAL DEFENDANTS ONLY**

Pursuant to Local Rule 3.09(a), Plaintiff Elmer Williams, through his counsel, respectfully notifies the Court that he has reached a settlement in this case with Defendants Kalem Santiago and Savonia Richardson-Graham (collectively, "Individual Defendants," and together with Plaintiff, the "Settling Parties"), whereby the parties will stipulate to a dismissal of the action as to the Individual Defendants only with prejudice with each side to bear their own fees and costs. Nothing in this notice is meant to affect Plaintiff's case against Defendant Secretary Ricky Dixon, which remains pending.

Counsel for the Settling Parties are in the process of drafting their settlement papers, and respectfully request that the Court deny the Individual Defendants' pending summary judgment motions [ECF Nos. 179 & 181] as moot. Counsel for the Settling Parties would ask the Court permit 60 days for the parties to complete those matters, at which time the parties would file a joint stipulation of dismissal. The Individual Defendants' counsel has reviewed this notice before filing and approves its contents.

Dated: May 7, 2025.

        Respectfully submitted,

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        2296 Henderson Mill Rd NE #116
        Atlanta, GA 30345
        Tel: (305) 523-9023
        james@slater.legal

        */s/ James V. Cook*
        James V. Cook (FBN 0966843)
        Law Office of James Cook
        314 W. Jefferson Street
        Tallahassee, Florida 32301
        Tel. (850) 222-8080
        cookjv@gmail.com

        *Attorneys for Plaintiff Elmer Williams*