UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, et al.,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Elmer Williams.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to annex documents and discovery materials to Plaintiff's Response in Opposition to Defendant Secretary Ricky Dixon's Motion for Summary Judgment. [ECF No. 189].

4. Attached as Exhibit A is a true and correct copy of an excerpt from Plaintiff's Florida Department of Corrections Chronological Record of Health Care (DC4-701), which was produced in this case by Defendants.

5. Attached as Exhibit B is a true and correct copy of an affidavit signed by Plaintiff and dated January 5, 2022.

6. Attached as Exhibit C is a true and correct copy of Plaintiff's Disciplinary Report for "Disobeying Order" and associated documents, which were produced by Defendants.

7. Attached as Exhibit D is a true and correct copy of an affidavit signed by Plaintiff and dated February 2, 2022.

8. Attached as Exhibit E is a true and correct copy of Wound Evaluation and Treatment Record, which was produced by Defendants.

9. Attached as Exhibit F is a true and correct copy of the Florida Department of Corrections Wound Program section of its Infection Control Program Manual.

10. Attached as Exhibit G is a true and correct copy of an investigative file stemming from an email copying Secretary Dixon concerning Plaintiff, which was produced by Defendants.

11. Attached as Exhibit H is a true and correct copy of the Expert Report of Homer Venters, M.D., who disclosed in this case, and which report was served on Defendants pursuant to Rule 26(a)(2).

12. Attached as Exhibit I is a true and correct copy of the settlement agreement between Disability Rights Florida and the Florida Department of Corrections.

13. Attached as Exhibit J is a true and correct copy of the October 14, 2022 legislative budget request from Secretary Dixon.

14. Attached as Exhibit K is a true and correct copy of the State of Florida Correctional Medical Authority 2021-2022 Annual Report & Update on the Status of Elderly Offenders in Florida's Prisons.

15. Attached as Exhibit L is a true and correct copy of the affidavit of Donny Phillips.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2025 in Atlanta, Georgia.

_____
James M. Slater