# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** NKDA

| DATE/TIME | Record Review: MD | Grades: |
|---|---|---|
| NOV 19 2021 1250 | ___ LAB Work Results NOTED... Action Taken Y__/N___ | M- 2 |
| | ___ Schedule Appt. w/MD | S- 3 |
| | ___ FOLLOW up | W- 2 |
| | ___ Radiology Report Noted   Action Taken Y__/N__ | |
| | ___ Study Report Noted   Action Taken Y__/N__   Work Camp Y/(N) | |
| | ___ Optometrist Rec Noted   Action Taken Y__/N__   Work OSG Y/(N) | |
| | ___ Radiology Request noted. | |
| | ___ Specialty Appointment Rec. reviewed   Action Taken Y__/N__ | |
| | ___ Refusal noted. Action Taken Y__/N__ | |
| | ___ Sick Call Request Noted. Action Taken Y__/N__  ___ EMID Noted. | |
| | (X) CD4 760A Noted.  ___ CD4 706 A Noted.  ___ DC4 701C Noted + DC4 708 Noted. | |
| | ___ OK to FILE, No further action at this time. | |
| | Passes: | |
| | (X) Plan: Urology referral (urgent) placed on 10/4/21, was this submitted to UM? Seen by general surgery for hernia on 4/28/21 and recommended surgical repair of RIH, was a pre-approval completed and submitted? See Rx for medication renewals. | |

Tony Abbott, APRN
Suwannee CI - Centurion

noted 11/19/21
M Pearson 11/19/21 1451
Suwannee CI

11/24/21 1450 Inc Note: Stephanie Bondrew called to check on appt. ROI valid.

B. Bennett
Junior HSA
Suwannee C.I.

**EOS Date:** ___

**Inmate Name** Williams, Elmer
**DC#** 086916   **Race/Sex** B /M
**Date of Birth** 10/2/1966
**Institution** Suwannee CI - AX

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTION
## OFFICE OF HEALTH SERVICES
## BACK PAIN PROTOCOL

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 11/18/21   Time: 1105   Age: ___   ☐ Sick Call   ☑ EMID
Allergies: NKDA
Current Medications: Flomax, Lisinopril, HCTZ, Vistaril, Prozac
Medical Hx: [illegible] Pain Shoulder
Hx of back pain/back problems? ☐ No ☐ Yes → what was the problem/diagnosis?
What treatment did patient receive for previous back pain? _____ 11/1/21
Chief complaint: Pinched nerve (L) Shoulder [illegible]
When did current pain begin? 11-5-21   Pain level: ☐0 ☐1 ☐2 ☐3 ☐4 ☑5 ☐6 ☐7 ☐8 ☐9 ☑10
What were you doing (activity) when the pain began? Walking
If back pain is the result of trauma, does patient have any other injuries? ☐ No ☐ Yes → Other injuries: ___

Description of pain: ☑ Sharp ☐ Aching ☑ Burning ☐ Other: ___
Location of pain:
  ☑ Cervical region   ☑ Left   ☐ Right   ☐ Center (over spinal column)
  ☐ Thoracic region   ☐ Left   ☐ Right   ☐ Center (over spinal column)
  ☐ Lumbar region     ☐ Left   ☐ Right   ☐ Center (over spinal column)
  ☐ Sacral region     ☐ Left   ☐ Right   ☑ Center (over spinal column)
Flank region pain with or without radiation to groin? ☑ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.
Is pain localized? ☐ No ☐ Yes OR Does pain radiate? ☐ No ☐ Yes, to: ___
Does pain increase with activity? ☐ No ☑ Yes → what activity? Standing/walking
Are you able to find position of comfort? ☐ No ☑ Yes: sitting
What decreases or relieves the pain? sitting
Does pain increase with deep inspiration? ☐ No ☐ Yes   NOTE: If inmate has any URI symptoms use "Cold/URI/Influenza Symptoms Protocol," DC4-683U instead.
Did you wake up with this pain (i.e., there was no pain when patient went to bed)? ☑ No ☐ Yes
Back muscle spasms? ☐ No ☐ Yes
Numbness or tingling in any extremity? ☐ No ☑ Yes → which extremity? Bilateral legs
Is numbness/tingling in extremities: ☐ Intermittent ☑ Constant
Problem with incontinence? ☐ No ☑ Yes → ☑ Bowel ☐ Bladder   Recent weight loss? ☑ No ☐ Yes
Pain with urination? ☑ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.
Blood in urine? ☑ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.

**OBJECTIVE:** Temp. 97.5°   Pulse 99   Resp: 18   Blood Pressure: 134/87   O2 sat: 99 %   Weight: 223
3 prev. weights w/dates: 240 10/7, 241 10/14, 230 9/20
Gait: ☐ Normal ☐ Limping ☑ Walks bent over ☐ Shuffling gait
Back exam: Swelling noted: ☑ No ☐ Yes → where: ___
Discoloration/bruising noted: ☑ No ☐ Yes → where: ___

NOV 18 2021

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Abnormal vital signs: ☐ BP less than 90/60 or greater than 160/100
                        ☐ Heart rate less than 60 or greater than 110
                        ☐ Temperature greater than 100.4°F
                        ☐ weight loss ≥ 10% of body weight in 6 months without trying
☑ Severe back pain
☐ Back pain with **new** onset of numbness or tingling in either or both lower extremities
☐ Back pain which radiates through buttock and down one extremity

Tony Abbott, APRN
Suwannee CI - Centurion

Jason Howell, RN
Suwannee CI - Centurion

NAME: WILLIAMS, ELMER
DC#: 086916   B/M
DOB: 10/02/66   AGE: 54
SUWANNEE CI-AX

X: ___

SIGNATURE AND STAMP/ PRINT of person completing form

RN OR CLINICIAN REVIEWER

DC4-683S (Revised 6/6/18)

Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
BACK PAIN PROTOCOL

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

| PLAN |
|---|
| ☑ Clinician: T. Abbott ARNP                    Time notified: 1120 |
| ☐ Give ibuprofen 200mg 2 tablets by mouth now **OR** ☐ acetaminophen 325mg 2 tablets by mouth now for pain |
| ☐ Prescribe OTC topical analgesic |
| ☐ Follow-up appointment |
| ☐ Pass: |
| ☐ Other: |

| EDUCATION |
|---|
| ☐ Inmate instructed to limit activity until discomfort improves |
| ☑ Inmate instructed to take: |
|   ☑ Medication as directed by physician, AND/OR |
|   ☑ Ibuprofen 200mg 2- 3 tabs by mouth 3-4 times/day OR |
|   ☐ Acetaminophen 325mg 2 tablets by mouth 3-4 times/day |
| ☐ For new onset of back pain (i.e., less than 72 hours), inmate instructed to apply covered ice pack or cold compress/towel to painful area 3-4 times a day. After 72 hours, inmate instructed to apply warm moist towel to painful area 3-4 times a day for relief of pain. |
| ☑ If prescribed analgesic balm, instructed to apply a thin layer in affected area 3-4 times a day for pain relief. Inmate instructed to wash hands thoroughly after applying balm. |
| ☐ Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop. |

NAME: WILLIAMS, ELMER
DC#: 086916   B/M
DOB: 10/02/66  AGE: 54

Jason Howell, RN
Suwannee CI - Centurion

SIGNATURE AND STAMP/ PRINT of person completing form

RN OR CLINICIAN REVIEWER

DC4-683S (Revised 6/6/18)

Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.