Sworn Affidavit

This is a sworn affidavit on the things that have transpired with me since my declining health and denial of medical treatment(s).

✳ On 11-18-2021, here at Suwannee C.I. Annex, I declared a medical emergency in N-dorm, side 2 because I had fallen and injured my back and neck. Sgt. Richardson was called out of the office/station's booth to aide and assist me. Upon approaching me she stated: "I'm not calling a stretcher for you, you can forget that!" She then called two inmates over to aide and assist her, names: FRANK PERRY AND LEON JOHNSON, ordered them to get another inmates wheel-chair, David L. Harmon # 110411, ordered them to pick me up off the floor and place me in the wheelchair and ordered me to wait on her to write me a pass to go to medical for my medical emergency in direct violation of the protocols for a slip-n-fall incidents that involved neck and back injuries. Once at medical, I was seen by NURSE JASON HOWELL; I explained my condition of having a pinched nerve, I've been diagnosed with a lower hernia and I have prostate cancer in remission and my PSA has gone from 0.2 to 5.2 in an alarming short period of time; my legs my lower back, my stomach, my intestines and my feet have gone numb and I'm going paralyzed more and more everyday, to please get me the help I need before things get any worse. Nurse Howell's response was: what you're telling me doesn't add up, let me go and speak with the doctor, I'll be back in 15 minutes later he comes back and gives me a shot of muscle relaxer in each hip and tells me that's all he can do for me for the pain. I asked

PL000094

him if I could get a wheelchair to get around in and he said hell no, I said/asked well how do you expect me to get around, he said, I don't know, hold on to the wall, or you can go to confinement, I can't recall the exact date and time of my 2nd medical emergency, however my medical file will indicate this information. I was seen again by nurse Jason Howell, who I told that I was having severe chest pains and pains in my legs. He did a quick E.K.G, told me that my heart is fine, he can't help me with my legs and sent me on my merry way.

✳ Please note that when I came to Suwannee C.I. on or about 11-15-2021, I was brought here for "Medical Purpose's," my permanent facility is Moore-haven C.I., I was at RMC west Unit before coming here. And before that D.O.C. has been bouncing me around backward and forward from Tomoka to Moorehaven to RMC west Unit back to South Florida Reception Center back to Moorehaven back to RMC west Unit to here all in a matter of a few months, lugging my heavy property around because D.O.C. doesn't have a policy and procedure in place to help medically unstable inmates with their property. And with a lower hernia, a possible swollen prostate and pinched nerve everything that could go wrong has gone wrong... And so the story goes.

✳ On 11-24-2021, I had a callout to go to I.C.T. for a job assignment, however with me being paralyzed I could not go to my callout without a wheelchair, because my legs had gone almost completely out by this time. And I "needed" authorization to go to my I.C.T. in a "borrowed" wheelchair because I.C.T. callout personel consist of "the head" of Classification,

PLS000095

*THE HEAD of SECURITY AND THE ASSISTANT WARDEN, AND policy AND procedure prohibits one inmate from borrowing another inmates walking aide i.e. walking cane, walker, wheelchair etc. So when I tried to explain to Sgt. Richardson my dilemma AND asked her if she would authorize me to use inmate David L. Harmon's wheelchair to go to my I.C.T. callout, she said hell, no! However as soon as she came on duty at 8:00 A.M. she observed me in the dayroom at the table writing an Informal Grievance on her for the incident that she was in violation for when she had refused to call a stretcher for me when I fell down and injured myself. She knew of my paralysis, but failed to give me permission to borrow a wheelchair, however as soon as the I.C.T. callouts were over with she borrowed the same inmates wheelchair David L. Harmon to take me to confinement on bogus charges of Disobeying A verbal order for not going to my I.C.T. callout in retaliation for me writing the Informal Grievance on her, which I had in my top pocket when she took me to medical for my preconfinement physical, which she took out of my top pocket along with your name, MR. Cook Esq. AND information, before placing me Administrative confinement cell P1-101, A handicap cell and leaving with the borrowed wheelchair and leaving me helpless in this cell. This is where it gets serious.

✱ On 11-25-21 I put in 4 sick call request to the nurse on each one of my medical issues

on - 11/29/21 - I put in another sick call request

on - 11-30-21 - The sick-call request was still not picked up.

On -11-30-21 LATER THAT EVENING BETWEEN 6:45 p.m. and 7:15 p.m. I fell out of my bunk and injured my

A300096

back, hip and neck, I was denied my call for a medical emergency and so I put in a sick call request stating that I had fell out of my bunk and injured my hip, back and neck and to date 12-28-21, my sick call request was never processed.

On 12-1-21 Officer on midnight shift made sure nurse got my sick call request from Monday at 2:00AM however to date, my sick call request was never processed.

On 12-1-21, Captain Lindblade was told about my situation of not being able to make it to the toilet and having to pee in cup, and his response was that I needed to get rid of the cups A.S.A.P. because I could be placed in a management cell for having the cup. "No concern for my health."

On 12-1-21 Sgt. had orderly clean my cell and take dirty cups out and soiled, pissy clothing.

On 12-2-21 Was suppose to go to D.R. court. Investigation delayed - Good cause.

* Their keeping me confined as long as possible to keep me away from the phone and contacting my family.

On 12-2-21 At approx. 2:30 p.m. I fell down on right knee trying to get to toilet. Knee was bent when it hit concrete floor in cell P1-101-L Don't know extent of damage because of numbness in my legs. It took all of my strength to pick myself up off the floor and get back in bed, I was sweating profusively.

* I'm stink more than ever now because my cell floor is pissy from me peeing on it all day when I don't have the strength to make it to the toilet.

* 12-2-21 - Haven't been given a shower in 9 days because I've gone paralyzed from the delayed

PL000097

MEDICAL TREATMENT "AND" This Facilities Refusal to give me a wheelchair to help me avoid injuring myself more so than I already am / have.

On - 12-3-21 - I'm cramping and having severe muscle spasms that are coming more and more frequent daily. I've pissed on floor 3xs already. Can't make it to toilet because my cramps are back to back now. Everytime I move my lower back any kinda way I cramp up and have out-of-control muscle spasms where my legs and feet will sometimes curl up or they'll lock up straight out in front of me, and the spasms will last up to a minute then start to loosen up. My cell is so stink, it smells like a public port-o-pot. At this point I'm using a uniform to place on the floor, I then place my feet apart in a strategic position for balance, then I use one hand to grab the top bunk and the other hand I push from the bed and pull from the top bunk with the other, and once my body and legs are upright, I brace myself for the uncontrollable muscle spasm I know are coming, where my legs, knees, feet and toes lock up, when the spasms stop, I then use all of my upper body strength to balance myself inbetween the top bunk I'm now holding onto and the wall about 5 ft. in front of me with a handicap bar attached to it. Once I manage to get this far, I then drag my feet planted securely across the floor enough to where I can grab the other handicap rail that's attached to the toilet and sink, and then from there I drag my feet more until I've manipulated them to where I can drop down on the toilet and do everything I've gotta do in that area from #1 to #2 to washing my face, hands, brushing my teeth to getting a drink of water from the sink, and

1000098

and when I'm done, I repeat the same process going back to my bunk, and believe me it may not sound like much of a task, but it's very strenuous and lately my strength just hasn't been up to the task, or the cramps and muscle spasms are back to back and too painful for me to make it, so I'm compelled to pull my pants down as far as I can, position myself away from my bed and piss on the floor, then I take an extra shirt or pair of pants and cover it up to absorb the piss, and once it's absorbed, I pick it up and place it out-of-site by my cell door so I don't get in trouble because since I've been back here in confinement, my every cry for help has been turned around on me. Security "and" medical make me feel like they're looking for a reason to write me a D.R./ Disciplinary Report for any reason. They add insult to injury. And with me having gone crippled and my life and health on the line, I have to be extremely humble and in compliance so I can make it out of here to get access to a phone to call home for help! Because I'm not getting it back here at all. I haven't been out of my cell since I came in here 10 days ago. No shower, no callouts for blood work, nothing.
✱ And then I wrote an informal grievance about not getting a shower and found out that the confinement Sgt/officer was lying and writing on my 229 that they were giving me 3 showers a week which I called the security camera as evidence that I hadn't had a shower at all at that point. And since I'm in cell P1-101L the first cell, by the time anyone important walks through, before I realize what's going on they're gone. And may God forbid if you yell out of the cell door, D.R. Action. They don't care what you have to say. I thought the warden would have

2294ccbf0de89877

INTERVENED by NOW, by NO. I saw THE WARDEN OR ASST. WARDEN COME THROUGH HERE A DAY OR SO AGO, but WHEN I saw him he WAS coming down THE STAIRS ABOUT 8 to 10 ft. AWAY FROM MY CELL, he WAS looking AT his phone AND MUMBLING SOMETHING TO SOMEONE UPSTAIRS TO THE effect of "THERE'S THE CAPTAIN Right THERE, TALK TO him." And he didn't EVEN look MY WAY. I would of THOUGHT he would COME SEE ME PERSONALLY being THAT I'VE put IN CLOSE TO 10 GRIEVANCES ON VARIOUS ISSUES RANGING from EMERGENCY GRIEVANCES TO ISSUES of NEEDING him TO ESTABLISH SOMETHING BACK HERE IN CONFINEMENT WHERE INMATES like ME CAN HAVE ACCESS TO A WHEELCHAIR TO GO TO AND FROM THE SHOWER AND CALLOUTS, because AS IT STANDS, I'm left GRIEVING MEDICAL FOR A WHEELCHAIR, but IN THE MEANTIME I'm STUCK IN A CELL WITH NO WAY TO get AROUND. I'm so ANXIOUS FOR MY RECORD REVIEW INTERVIEW So I CAN REVIEW AND HAVE copies MADE OF MY MEDICAL RECORDS So I CAN SEE who's been WRITING WHAT AND WHAT EXCUSE(S) THEY'VE been USING IN NOT GETTING ME THE immediate MEDICAL ATTENTION I'VE been NEEDING AND literally begging FOR. I'VE PUT IN OVER 7 SICK CALL REQUEST ALONE WHEN "ONE" should HAVE been SUFFICIENT. THE 1ST ONE WAS PUT IN ON THE 25th of NOV, 9 DAYS AGO. YOU GO figure. AND FOR THE RECORD, I'VE HAD 2 bowel MOVEMENTS SINCE I'VE BEEN IN HERE AND THANK GOD I WAS able TO MAKE IT TO THE TOILET IN TIME. HOWEVER, WITH ME NOT HAVING ANY MUSCLE CONTROL IN MY STOMACH TO push THE FECES OUT, IT CAME OUT MOST of THE WAY AND THEN I HAD TO DIG THE REST OF IT OUT AND GET IT ALL CLEANED UP WITH TOILET PAPER AND A WET SOAPY T-shirt. IT WAS DISGUSTING AND ONE big MESS BELIEVE ME. I dred THOSE TIMES... I'm IN So PAIN AND discomfort IT'S A SHAME. I CAN NOT Sleep but FOR VERY SHORT PERIODS OF TIME HERE AND THERE WHEN FOR SOME REASON THE PAIN GOES AWAY FOR A little WHILE, but THEN THE WORST

FDC000100

COMES WHEN I AWAKEN, because I have to move my lower spine and when I move there's another episode of cramps and spasms out of this world that cuts off my oxygen! And for some reason after coming out of a nap the spasms are the worst and I have to use all of my strength to pull myself up in a sitting position and stretch my back and legs until the spasm tension loosens up. And oh boy, it's a very painful process that I go through at least 10-15 times day and night. Everyone back here can hear my loud cries and moaning and groaning and it's all on Audio/video I'm quite sure because I heard someone up stairs commenting on it. The Officers don't care. They just walk by and keep it moving. There's NO, are you okay? Nothing. Medical doesn't care, so I guess they figure, why should they? And speaking of Medical, the root of the problem, Alot of this neglect is coming from "RETALIATION" for me writing JASON HOWELL up, the nurse. But it is what it is, because he was wrong, dead wrong. He was suppose to believe me and start the process of getting me a wheelchair, and Alot of my injuries could of been Avoided. I wouldn't be on bad terms with Sgt. Richardson where I fell and she went against policy and procedure in having inmates pick me up and place me in someone elses wheelchair to take me to medical, I would never be in confinement, I would of gotten my blood-work done, my property wouldn't be missing, I wouldn't have all of these issues in confinement etc. etc. But it happened and I'm going to fight tooth and nail for my life, health and rights and hold the people accountable that are responsible, because this is criminal and point-blank cruel and unusual punishment. And I'm prepared to play this grievance game with the higher ups because from experience I know they're going to try and

discourage me anyway they can by not responding to my Grievances at all or waiting until the last day to send me a response to kill my response time, They'll use EVERY technical error technic they can come up with, but Lord's Will, I'll prevail because God is for the good and Righteous. And I am that in every sense of the word.

12-3-21 - Afternoon, I'm starting to notice that my lower back/spine is becoming weaker and weaker daily. When I stand up, I catch pure hell straightening up. My lower back muscles are so weak, too weak exactly. And what's so "Ironic" is every time I move/twist/bend forward or stand straight up or I get in bed and go through the motions of laying back, my lower back muscles tense up extremely tight and my legs go completely stiff and my feet curl up stiff And I have a muscle spasm like that for about 30 sec,. Then it'll loosen up and the second I bend again, I'll spasm out of control again and it's getting worse daily, They need to do something A.S.A.P. or may God forbid, I may go all the way paralyzed, because as it stands, I can not stand up on my own at all anymore, I have to literally push my knee straight and pull myself up to stand up, and like the other day, if I stand up too long, with my legs gone numb, my knees will give out and I'll hit the floor. I have to pay close attention to my movements, I move very cautiously because I really don't want to be paralyzed for the rest of my life. And if it gets worse, it'll be because of the ~~entire~~ medical department's neglect and carelessness and no fault of my own.

12-3-21 - They finally came up with a wheelchair to take me to the shower, God is Good. The officer, Ofc. Cox stated: it's not for me to keep, that he borrowed it from an inmate in the next unit over, but it's a start,

PL000102

I'm grateful to feel fresh and clean, even if it's just for the moment.

12-4-21 - I can't take this pain anymore. I declared a medical emergency at approx. 2 and 2:30 a.m. when the officer passed by my cell. I told him that I fell and injured my right hip and now my upper spinal area is in excruciating pain that's nonstop and I need a shot of pain killer so I can sleep and be pain-free. And I'm being denied relief. The nurse, don't know their name, came to my cell and misadvised me that he can't do anything for me, that I'd have to get with the day shift when the doctors here and he refused to give me his name, and laughed at me and walked away. I filed an informal grievance against this male nurse and requested that the audio/video be retained until final disposition of this complaint. It's breakfast time in P1-101.

12-4-21 - I have cried and cried and cried tear of pain and frustration over the cruel and inhumane way I've been treated here at Suwannee C.I. Annex by the nurses "and" security. If I didn't have God on my side and the strong will to survive I would have committed suicide, that's just how much pain and anguish I feel inside. I'm hurting physically and mentally and crying out for help from the warden and he must "assume" that it's above his pay grade to come on the compound back here and interview me himself, I've sent in numerous grievances of an emergency nature directly to him pleading my cause and he just doesn't care, This goes against every constitutional law and against the Bill of Human Rights. They're trying to turn me into an animal mentally, but it's not going to work because I know their tricks. So even though I'm being subjected to cruel and unusual punishment

FL000103

in the form of refusing me a wheelchair when they visibly see I can't get around without a wheelchair because I can not walk. They deprived me of a shower for 9 days after coming to confinement because I can't walk on my own. They've refused giving me my prescribed pain pills that the doctor from Moorehaven prescribed for me over a month ago. I was on the callout to go to the medication pick up window to pick up my pain medication, however, "again" I can't walk, so I couldn't pick them up, however I've been in A/C confinement for 11 days now and I've put in numerous sick call request for my medication(s) and the medical department knows I'm back here, but since I'm on their BLACK LIST, I gets nothing, which is dead wrong, because as a professional, they should never bring their personal feelings into the equation of problem solving "And" doing their job. They're in position of authority with rules and laws that they must follow, and to stoop to the degrading, evil level of putting my life in jeopardy, along with my health is going way too far. That's criminal and I'm pressing charges for several reasons, because people in authority with that type of mentality should not be in position of authority that requires care, custody and control, because they don't care and someone else in my same position may come along and cross their paths and wind up dead or wind up crippled like me, because they weren't strong enough to endure all what these people are going to put you through. I've fallen several times in this cell trying to get to the toilet, injuring both my hips, my right knee and both of my shoulders and there's no telling what other injuries have been caused by me being compelled to strain and pull and drag myself around

PL000104

on the floor and my bunk, because there were a couple of times when I fell that it took me several tries to get back up in my bed. I was so exhausted and out of breath. I mean it's torture, all because Nurse Jason Howell is blocking me from getting a wheelchair out of pure hatred and bias and prejudice. I have been injured to the point that I have severe back and spinal injuries. I'm paralyzed, temporary or not. I can not move or feel anything from the bottom of my chest down. I've been diagnosed with a lower hernia, I have prostate cancer in remission, I have a severe pinched nerve that's obviously attached to the bone and has cut off the circulation in my middle to lower body. I'm under the doctors care, my PSA is up from 0.2 to 5.2. I can not fake these symptoms. I could see these people denying someone with no symptoms at all a wheelchair, but with all of these symptoms, there's no excuse. It's better not to risk the risk that Nurse Jason Howell and the doctor here at Suwannee C.I. Annex, I think his name is Dr. Figueroa?? not sure of correct spelling, is risking, because with my pinched nerve affecting my nerves and muscle tissue and blood flow and my back injuries. I could become paralyzed for life, because of their over-sight and stubbornness. I woke up a few minutes ago and had to pee so bad and couldn't make it to the toilet so I got my pants down as far as I could and with the help of a sandwich bag, I let it go, and because of my cramping and muscle spasms 90% went on the floor at 10% in the sandwich bag. I am so helpless, and to think that I'm at a prison full of staff/officers/nurses and doctors and not one of them will come to my aid is scary and pitiful and ridiculous. But God will see

L000105

ME THROUGH THIS. I'M SO THRISTY AND DEHYDRATED BECAUSE I JUST WOKE UP FROM BREATHING IN ALL OF THIS ICE COLD A/C, BUT I'M ABSOLUTELY TOO WEAK TO DRAG MYSELF TO THE SINK. MY MUSCLES NEED TO REST AND REBOOT, I'M SORE AND FATIGUE. MY WHOLE big guT is ALMOST gonE FROM BURNING ALL THE CALORIES I BURN FROM PULLING MYSELF AROUND. AND I'M building my MuSCLES UP good IN MY UPPER BODY FOR FUTURE STRUGGLES LIKE THIS. I JUST PRAY FOR JUSTICE TO PREVAIL SOON, BECAUSE THE CONDITIONS I'M LIVING UNDER ARE VERY INHUMANE, UNSANITARY, UNHEALTHY AND DETRIMENTAL TO MY HEALTH. I'M ON HIGHBLOOD PRESSURE MEDICATION THAT DEHYDRATES ME AND I'M UNABLE TO DRINK WATER LIKE I NEED TO BECAUSE I'M TOO WEAK TO GET TO THE SINK. AND I'M DREADING THE NEXT BOWEL MOVEMENT, BECAUSE I don'T KNOW how I'M going TO MANAGE THAT? SHITTING IN MY BED OR IN MY PANTS is going TO TAKE ME OVER-THE-TOP IN DEPRESSION. I'M HOLDING IT FOR DEAR SANITIES SAKE. I'LL MORE THAN LIKELY GET TO THE FLOOR AND GO BACK IN THE BACK OF THE CELL NEXT TO THE TOILET AND "TRY" TO PULL MYSELF UP, BUT IF I CAN'T, I'LL JUST STRIP DOWN AND LAY ON MY SIDE AND LET IT GO AND DO MY BEST TO CLEAN UP FROM THERE. AS LONG AS IT'S AWAY FROM ME I'LL DEAL WITH IT. WE'LL CROSS THAT ROAD WHEN WE GET TO IT.

X 12.4.21, "WELL," I SPOKE IT INTO EXISTENCE, I TOOK A DUMP AND ... I HAD TO DROP DOWN TO THE FLOOR, LETTING MY BUTT HIT THE PILLOW THAT I HAD PLACED ON THE FLOOR IN FRONT OF ME JUST FOR THAT PURPOSE, I DRAPED MY BLANKET ACROSS THE FLOOR AND CRAWLED OVER TO THE SINK AND TOILET AREA, WENT THROUGH AGONIZING SPASMS UNTIL I WAS ABLE TO PROP BOTH OF MY LEGS, BENT AT THE KNEES IN POSITION TO PULL MYSELF UP BY THE HANDICAP

FTC000106

bars attached to the sink/toilet and manipulated my way around until I was on the toilet, did what I had to do and went through pure hell to clean up. I almost busted my ass trying to get back to my bunk, I barely made it by the skin of my teeth. I was literally sweating profusively and breathing like I just rain a mile, but I made it. I have a big bruise on my right thigh and hip, its purple, blue and green.

12-5-21 - Now that I'm thinking about my situation and circumstances more. The Medical dept. here and at these other prisons I've been through on "Transit" are "ONLY" suppose to moniter and document in my medical file, my condition from their observation "And" what I tell them, "And" from there, there are 3 catagories of different stages that a patient could fall in : "Routine care", "Urgent care" and "Emergency care" and of course at the start of all this my medical file was marked "Urgent care", However, with my decliving health and strength and condition(s) this medical dept. here is suppose to upgrade my medical status to "Emergency care" and get my appointments with my primary doctor pushed up to a more current date, like A.S.A.P., This is another big time error medical is making, I'm up under an oncologist care, all they need to be concerned about and concentrating on is marking my file "Emergency care" and bumping my appointment date up to see him. Not aggtragonizing me and/or trying to figure out what's going on inside my body when they're NOT specialist. When I finally get to my primary doctor, Dr. Miquel, he'll be able to TELL me "Something" or even better he'll be able to set everything up that I need set up as far as the MRI, bone scan, and seeing a neurologist goes. But the problem is these people who have me

PL000107

IN THEIR CARE, CUSTODY AND CONTROL ARE doing "NOTHING" TO SPEED UP THE PROCESS, SO MY PRIMARY DOCTOR IS "ASSUMING" I'M OKAY, WHEN THE TRUTH IS, I'M FAR — FROM IT.!!! THE SCARY PART ABOUT ALL OF THIS ALSO IS I STILL HAVE TO GO THROUGH THE WAITING PERIOD OF F.L.D. D.C. APPROVING AND CUTTING THE CHECK FOR THESE PROCEDURES TO DONE, AND THERE'S NO TELLING HOW LONG THAT'LL TAKE. SO THE MORE THESE PEOPLE DELAY MARKING MY FILE EMERGENCY "AND" TAKING MY SUDDEN PARALYSIS SERIOUSLY, THE MORE MY LIFE AND HEALTH WILL BE IN JEOPARDY, BECAUSE MY STRENGTH HAS DEPLETED, THE NUMBNESS IN MY BODY HAS WOSENED, THE PAIN IN MY BACK AND NECK HAS INCREASED, MY PSA NUMBERS ARE UP, I'VE REACHED THE STAGE WHERE I'M COMPLETELY NUMB AND PARALYZED FROM THE BOTTOM OF MY CHEST DOWN TO MY TOES. I MEAN WHAT IS AN EMERGENCY STAGE???

12-5-21 - MY CONCERNS ARE NOW ON THE FACT THAT SINCE I CAN NOT MAKE THE FREQUENT TRIPS TO TOILET AND SINK, ACTUALLY, TO BE SPECIFIC, IT'S LUNCH TIME, AND I'VE PISSED ON THE FLOOR AND MYSELF 3 TIMES ALREADY BECAUSE I'M STUCK HAVE NO STRENGTH OR ABILITY TO MAKE IT TO GO THROUGH THE TORTURE OF BANGING MY BODY UP TO GET TO THE SINK AND TOILET AREA. IT'S BAD ENOUGH THAT MY CHEST CAVITY IS INJURED AND IT HURTS ME TO BREATHE. MY HANDS ARE DISGUSTING, NASTY AND GROSS AND CONTAMINATED AND I'M COMPELLED TO EAT MY FOOD THAT WAY. THE HEALTH DEPARTMENT ALSO NEEDS TO BE NOTIFIED OF THIS SITUATION, BECAUSE AS A RESULT OF SECURITY JUST DUMPING ME IN THIS CELL WITHOUT A WHEELCHAIR, I CAN NOT GET TO THE SINK TO WASH MY HANDS AND BRUSH MY TEETH BEFORE EATING AND HANDLING MY FOOD. ANOTHER CASE OF CRUEL AND UNUSUAL PUNISHMENT, A HEALTH HAZARD AND A VIOLATION OF THE EQUAL PROTECTION ACT, BECAUSE I HAVE THE RIGHT

000108

TO BE TREATED EQUALLY AS ANY OTHER INMATE OR PERSON
WITH A SIMILIAR DISABILITY AND/OR CONDITION. AND THESE
PEOPLE ARE SO EVIL AND VINDICTIVE THAT THEY WON'T
EVEN GIVE ME URINE BOTTLE TO URINE IN. <u>MY SICK CALL
REQUEST</u> HAS BEEN IN NOW <u>FOR 11 DAYS</u>. THE AVERAGE TIME
FOR THE PROCESS OF A SICK CALL REQUEST IS WITHIN A WEEK.
AND REALLY ALL OF THAT JUST STARTED BECAUSE BEFORE,
ON AVERAGE IT USE TO TAKE UP TO 48 HRS. AT MOST, DEPE-
NDING ON THE NATURE AND SERIOUSNESS OF THE PROBLEM.
WITH MY CONDITION "AND" NATURE OF COMPLAINTS, I SHOULD
HAVE BEEN CALLED IN A.S.A.P., BUT WITH THE <u>NURSE JASON</u>
HOWELL ISSUE, HE'S PUT WORD OUT TO THE OTHER NURSES TO
DRAG ME OUT UNTIL WHO KNOWS WHEN? I CAN'T HELP
THAT I'VE GONE CRIPPLED AND NEED A WHEELCHAIR. I PRAY
THAT I GET AWAY FROM THIS PLACE "SOON," BECAUSE MY
HEALTH IS AT IT'S LOWEST POINT, I FINALLY DROPPED DOWN
AND CRAWLED TO THE SINK TO GET SOME WATER THAT I SO
DESPERATELY NEEDED AND CAUGHT MORE HELL THAN EVER
GETTING BACK IN MY BED. I MEAN IT LITERALLY TOOK ABOUT
30 TO 45 MINUTES FOR ME TO FIGURE OUT OF WAY TO GET
MYSELF UP OFF THE FLOOR AND INTO MY BUNK. AND I KNOW
THAT MY LOWER BACK IS BRUISED TO HELL FROM IT. I DIDN'T
EVEN BOTHER TRYING TO USE THE TOILET OR EVEN TRYING TO
PULL MYSELF UP ON THE TOILET, I JUST USED A STYROFOAM
CUP I HELD BACK FROM DINNER/SUPPER TO FILL UP WITH
WATER AND DRINK FROM WHILE SITTING ON THIS COLD ASS
FLOOR. I'VE NEVER FELT THIS HELPLESS AND DESPERATE
AND IN SO MUCH PAIN IN MY ENTIRE LIFE! AND I CAN'T
EVEN GET A PAIN PILL. I CAN'T EVEN GET THE PAIN
MEDICATION THAT WAS PRESCRIBED TO ME. IN ALL OF MY
WISDOM, KNOWLEDGE AND UNDERSTANDING AND EXPERIENCES
IN LIFE, THIS IS ONE OF THE MOST CHALLENGING EXPERIENCES
THAT I'VE EVER BEEN THROUGH. MY BODY IS SHUTTING
DOWN MORE AND MORE AND MORE EVERYDAY AND NONE

PL000109

OF THESE people will LISTEN TO ME OR BELIEVE ME. THESE people ARE THE EVILEST, MOST TREACHEROUS people I've EVER ENCOUNTERED since doing TIME. THEY look AT ME CRAZY, LIKE I'm CRAZY, LIKE I'm just SEEKING ATTENTION OR SOMETHING. LIKE FOR INSTANCE, LAST NIGHT WHEN I WAS TRYING DESPERATELY TO GET BACK IN MY bed; DURING A NIGHTLY WALK-THROUGH doing A SECURITY CHECK, AN OFFICER just STOOD AT MY CELL door WATCHING ME bump my body AROUND IN DESPERATION TRYING TO pull myself up ON MY bed, TO NO AVAIL. AFTER A MINUTE OR SO HE just WALKED off, I MEAN, COME ON NOW, THERE WAS NO... ARE YOU OKAY? OR NOTHING! I VOLUNTEERED THE INFORMATION THAT I WAS PARALYZED AND dehydrated AND desperately NEEDED SOME WATER TO DRINK SO I HAD TO CRAWL TO THE SINK AND NOW I'm TRYING TO GET BACK IN bed. HE didn't SAY A WORD, HE just got his EYES full AND WALKED off, STRAIGHT up cold-HEARTED.

12-6-21 - I WOKE up IN THE middle OF THE NIGHT AND THOUGHT, PLANNED AND EXECUTED THE ACT OF MAKING up MY BUNK FROM MY SITTING position ON THE ICE-COLD floor, BECAUSE THIS NEXT shift THAT COMES ON FROM 8:00 A.M. Til 4:00 p.m WILL COME ON YELLING AND SCREAMING FOR US TO GET DRESSED AND MAKE OUR beds AND GET INSPECTION READY. AND THEY'LL WRITE ME up IF I'm NOT IN COMPLIANCE AND I don't NEED ANYMORE problems. It's hell MAKING my bed up while SITTING ON THE floor, BUT TO AVOID HAVING TO EXPLAIN myself AND fighting WITH THESE people MORE SO THAN I ALREADY AM. I just go THROUGH THE MOTIONS AND CHANGES of getting my bed MADE, THAT WAY THEY WHEN THEY WALK by AND look IN MY CELL AND SEE it's IN COMPLIANCE THEY KEEP it MOVING just LIKE I LIKE it.

※ I CAN HARDLY WAIT TO GET ALL OF MY MEDICAL NEEDS TAKEN CARE of; SURGERIES OR WHATEVER SO THE HEALING PROCESS

PL000110

12-6-21 CAN START. I just had another piss accident and pissed my pants... I fell out and took a power nap and woke up out of a deep nap and my kidneys were too full, I couldn't hold it, so I let it go and when the Captain did his rounds he stopped in his tracks when he passed my cell and asked me "why does it smell like piss in here? Where are you pissing? I pointed at my soiled pants on the floor drying and showed him my make shift urine sandwich bag and left it at that, because that's the same Captain that ignored what I was telling him about my situation/circumstances the last time he stopped by here. His only concern was chastising me for having cups in my cell, he threat- ened to put me in a strip/management cell.

12-6-21 - I've cried to God many, many, many times through this ordeal and I'm keeping the faith, because I know He's with me. I'm going through this torturous phase in my life preparing for this next chapter, whatever that may be. It's just one of those things in life that when it doesn't make any sense, you just have to be still, be quiet and meditate on positive thoughts and "sense" the presence of God.

12-6-21 - Thank God, the nurse just brought me some long over-due medication(s) that I've been anticipating, that was prescribed to me while I was at Moorehaven C.I. and Tomoka C.I., NAPROXEN 500mg for my pinched nerve, Lisinopril 10 mg for my blood pressure, Hydrochlorothiazide 12.5 mg prescribed at RMC West Unit by doctor to take with my blood pressure medication and the Tamsulosin HCL 0.4 mg. for my prostate. I pray that this pain medication is strong enough to knock out my back, spine, shoulder and legs and neck pain so I can finally get a good night's sleep. I'm so tired of the constant pain and discom-

000111

fort keeping me up all night, and when I manage to fall asleep, I sleep in fits and spells and I wake up in excruciating pain and I'm exhausted at the same time so it's a big challenge on me mentally, spiritually, emotionally and physically. I have to zone my mind out on positive thoughts to block out the pain. For some strange reason the pain isn't as intense when I'm sitting up as it is when I'm laying down. But you go figure, I'm only able to stay up for so long without being compelled to lay down and get some rest/sleep, because being as sleep deprived as I am is driving me crazy, to say the least, but I'm making it through the Grace of God, and now that I have my pain medication in my hands I pray that it relieves most, if not all, of my pain. I still can't walk, but as the saying goes... the wheels of Justice turn very slowly.

12-6-21 - I just came from the shower in a borrowed wheelchair, so I'm fresh and clean. The orderlies came in my cell and cleaned it with bleach and disinfectant. I took my second Naproxen already. I need to get a good amount of it in my system so this pain can start to go away already.

✳ Update: 12-20-2021

I was released from confinement and they/ the Confinement officers, did borrow a wheelchair for me and had one of their confinement orderlies take me to the dorm. From there, I immediately declared a medical emergency because it's impossible for me to get around without a wheelchair.

Medical sent a medical orderly to pick me up in a wheelchair and bring me back to medical where I was ~~meet~~ met by Dr. Figueredo, not sure of correct spelling, and 3 nurses, where "Dr. Fig," I'll call

PL000112

him, placed me in a room where he began to interrogate me about my paralysis, which I did my best to explain that my condition came about over a short period of time. I was diagnosed with a lower hernia, my PSA is up from 0.2 to 5.2 which could mean that my prostate cancer is out of remission, I have a swollen prostate and/or the cancer has ~~spread~~ spread. I have a pinched nerve of some sort, that is causing muscle deterioration in my upper left arm, noticeably in my tricept. I explained to the best of my ability how I've gone from walking perfectly a couple of months ago, to have severe nerve pain in my upper spinal area on the left side across to my lat, shoulder and neck on the left side. At first, I had difficulty standing upright. Then it became difficult for me to stay balanced when I walk. Then my legs started to become numb when I sit too long. And then the strain and pressures came with me being transferred so many times in a short period of time lugging all of my heavy personal property around and falling down through the process, at one point, on one incident I fell and broke my front teeth which I had repaired at Mooreh-Aven recently, which is on record.

★ Upon arriving here at Suwannee C.I., I was getting worse fast. I had other inmates carrying my property because I could no longer carry property of the weight and amount I have, because I have a lower hernia with a pass that states: no heavy lifting, pushing or pulling more than 15 lbs, "AND" with my legs and back going out rapidly and my balance being off, my hands had to be

L000113

FREE TO CATCH MYSELF INCASE I FALL. I WAS ABLE TO WALK "SLOWLY" FOR ABOUT 100 YARDS OR SO BEFORE I START TO GO DOWN AND NEEDED TO SIT DOWN OR LEAN ON SOMEONES SHOULDER FOR SUPPORT. WITHIN A WEEK I WAS WAKING UP WITH MILD TO SEVERE MUSCLE SPASMS WHERE IF I TRIED TO ROLL OVER IN MY BED, I WOULD ROLL COMPLETELY OUT OF BED WITHOUT BEING ABLE TO STOP MYSELF AND HIT THE FLOOR HIP OR THIGH FIRST, INJURING MY BACK, NECK AND HIP IN THE PROCESS.

✳ WHILE IN CONFINEMENT AND MEDICAL REFUSING TO GIVE ME A WHEELCHAIR, I WAS COMPELLED TO REMAIN ON THE ICE-COLD CONCRETE floor MY LAST THREE WEEKS IN CONFINEMENT. AND HAVING FILED NUMEROUS GRIEVANCES ON MEDICAL AND SECURITY, I WAS CONSTANTLY HARRASSED AND BELITTLED, BY SECURITY AND CONSTANTLY IGNORED BY THE NURSES. I HAD TO CRAWL AROUND ON THE FLOOR, CORRECTION, I HAD TO PULL MYSELF, USING MY UPPER BODY, AROUND ON THE FLOOR, AND MY ANKLES WERE/ARE RUBBED RAW AND INFECTED. I RUBBED MY ANKLES TO THE POINT THAT, TO DATE, THEY'RE STILL SWOLLEN AND INFECTED "AND" MEDICAL STILL REFUSES TO DO ANYTHING FOR ME ASIDE FROM CHANGING MY BANDAGES DAILY UPON MY PERSISTENCE TO GO TO MEDICAL EVERY-DAY AT 2:00 P.M. WHEN THEY CALL FOR DRESSING CHANGE. AND WHEN I SHOW UP AND GET INSIDE TO SEE THE NURSE SHE ASKS ME "IF I HAVE A PASS FOR DRESSING CHANGE" I TELL HER NO, I JUST COME DOWN EVERYDAY AND THEY CHANGE MY BANDAGES.

✳ PLEASE NOTE THAT I'M SO BAD OFF AT THIS POINT THAT I CAN NO LONGER SIT ON THE TOILET BECAUSE MY SPASMS WON'T ALLOW ME TO OPEN MY LEGS ENOUGH TO STRADDLE THE TOILET SO I ASKED MEDICAL TO GIVE ME A SUPPLY OF DIAPERS TO USE, AND WHEN

FL000114

THE ONE NICE NURSE TRIED TO GET THE PAPERWORK PROCESSED by THE DOCTOR, HE CAME INTO THE ROOM AND SNAPPED AT ME AND TOLD ME I WASN'T GETTING nothing UNTIL HE COULD PROVE WHAT WAS WRONG WITH ME! AND HE WENT ON TO SAY THAT NO MATTER HOW MANY TIMES I CAME TO MEDICAL COMPLAINING I WASN'T GETTING ANYTHING UNTIL HE'S READY TO GIVE IT TO ME. AND SO, AS IT STANDS: I'M NOT ASSIGNED A WHEELCHAIR, HOWEVER ~~I'M~~ I'M TOTALLY DEPENDENT ON A WHEELCHAIR bECAUSE I'm TOTALLY PARALYZED AND MY bACK IS SPINELESS I CAN'T EVEN SIT UP ON MY OWN ANYMORE, So luckily I KNOW AN ORDERLY IN MEDICAL THAT GAVE ME THE WHEELCHAIR I'M USING TO GET AROUND, AND I WAS GIVEN A FEW PAMPERS by ANOTHER ORDERLY TO GET ME by FOR A FEW DAYS. bUT ALL IN ALL IF <u>IT WAS UP TO THIS MEDICAL DEPT.</u> I'd STILL <u>bE</u> dRAGGING MYSELF AROUND ON THE FLOOR WITH SOILED UNDERWEAR AND PANTS WITH MY ANKLES AND FEET SWOLLEN AND INFECTED bEYOND RECOGNITION, bECAUSE THEY'RE REFUSING TO do ANYTHING FOR ME. I'VE HAD TO GET WHAT I GOT ON MY OWN, So nothing's ON RECORD, AND <u>I THINK THAT</u> THEIR PURPOSE OF KEEPING MY dRESSING CHANGES AND dENYING ME MEDICAL ATTENTION IS THAT THEY dON'T ~~AND~~ WANT TO CONCEDE THAT THEY WERE WRONG, HOWEVER, MR. COOK, I PROMISE YOU THAT EVERYTHING <u>I'M TELLING</u> you IS THE GOdS HONEST TRUTH AND WILL ~~STAND~~ WITHSTAND THE TEST OF TIME. AND I'VE HEARD GOOD THINGS ABOUT YOU FROM DONNY PHILLIPS AND FRANK, bOTH WERE IN N-dORM WITH ME AND WITNESSED MY dEMISE AND dECLINE IN HEALTH AND HARSH TREAT-MENTS by SECURITY, AND THEY bOTH RECOMMENDED YOU AND REFERRED ME TO YOU. AND I bEG YOU WITH

FCC000115

RESPECT TO TAKE MY CASE OR I'M AFRAID I'M GOING TO BE LEFT TO DIE HERE AT SUWANNEE C.I. ANNEX FOR TO DATE, MY SPASMS ARE SO SEVERE ALONG WITH MUSCLE CONTRATIONS THAT WHEN I TRY AND LAY DOWN FLAT ON MY BACK, MY LEGS, STOMACH AND LUNGS LOCK UP SO BAD I CAN'T BREATHE. I HAVE 4 OR 5 INMATES THAT ASSIST ME NIGHT AND DAY WITH PUTTING ME ON THE SHOWER FLOOR SO I CAN CLEAN THE POOP OFF OF ME. ANOTHER ONE CHANGES MY BANDAGES AFTER I CLEAN UP REUSING THE BANDAGES FROM MY EARLIER DRESSING CHANGE. AND LAST NIGHT I WAS COMPELLED TO SLEEP ON THE ICE-COLD FLOOR SO I COULD ELEVATE MY FEET AND LEGS BECAUSE MY FEET AND ANKLES AND LEGS AND CALVES ARE SO SWOLLEN THEY THROB AND TWITCH AND I'M AFRAID OF THE FEELINGS I FEEL FROM THE PRESSURE OF THE BUILT UP FLUIDS IN MY FEET AND LEGS AND STOMACH IF I DON'T DO SOMETHING, ELEVATE MY FEET. MY FIGHT FOR AIR IS ENOUGH TO PUT ME IN GEAR FOR MY LIFE, BECAUSE IF I GET ANY WORSE, WITH THIS MEDICAL STAFF I'M DOOMED. I NEED TO BE IN THE HOSPITAL AS IS. BUT RUMOR HERE IS IF I GO TO THE INFIRMARY HERE I'LL DIE, BECAUSE THEY'RE DOING NOTHING FOR THOSE GUYS BACK THERE. I EVEN TRIED TO GET MY PAIN MEDICATION PRESCRIPTION RENEWED AND THE NURSE LOOKED IN THE COMPUTER AND STATED THAT THE COMPUTER SHOWS THAT I GOT A 90 DAY SUPPLY OF NAPROXIN WHICH IS A LIE AND I SHOWED HIM THE DISCREPANCIES WHERE I SIGNED FOR 30, 500MG PILLS, A MONTH SUPPLY, HOWEVER I CAN SEE WHERE THE PROBLEM/MISUNDER-STANDING CAME IN AT, BECAUSE MY PRESCRIPTION LABEL READS 30, 500MG NAPROXIN NO REFILLS AND THEN HAS A DATE OF FEBRUARY 2022 ON IT AS

PL000116

a stop date. And my argument was that I only signed for the 30 pills. And even if they did prescribe me a 90 day supply, they sure as hell did not give them to me, and now I'm stuck grieving them for some pain pills, which in the mean time I have no pain pills. And this grievance process is so slow, and lawless that it's almost impossible to win, so it's useless to write anything up if you don't plan on taking it to court, because you can't win with these; they're right even when they're wrong! I filed on all of my medical issues and I'm keeping up with times, dates and incidents to preserve my issues for you if you'd take my case. I'm having to come out of my pocket for everything from buying a wheelchair, to buying pampers, to buying antibiotic cream and bandages to dress and sanitize my infected and severely swollen ankles. They "think" that they are so smart by throwing all of my sick call request away and trying to make it seem like I'm not putting any in, but my grievances contradict that idea and shows my intentions. And "another thing they're doing is denying me any and all medical supplies and treatment(s) because then they'll be admitting that they were wrong too prematurely. However they're just digging a deeper hole for themselves, I'm in the worst condition of anyone on the compound at this time. My stomach is swollen and rock hard and full of fluids of some sort. My feet, ankles, calves and thighs are swollen almost to compacity as if they're about to burst. My nerves are so damaged that when I have muscle spasm, which is a 100 times a day, I go through spells where I can't breathe because my intestines are enlarged and

PL000117

suffocating my air-flow and lungs. And my insides and intestines are rock hard to the touch and with all my might I can't even sit up in bed because my lower back is a weak as a baby. I have to have 3 guys helping me in the shower. I can't even sit up on the handicap bench, I have to sit on the floor, in the corner and go from side to side to clean myself, and even then I can't reach my feet, calves and back. And with all I'm going through, medical will do nothing for me. I'm afraid of slipping into unconsciousness and these people letting me die, I need to be in an outside hospital plain and simple. I need an MRI done immediately and major surgeries from there. Thankyou in advance for your time and assistance in this matter. I pray that I hear something positive from you soon, because my life depends on it. On-1-4-2022 I was denied medical treatment also.

Respectfully Submitted
Elmer Williams Jr. #086916
Elmer

Continued -1/4/2022 - I'm filing an Informal Grievance on Dr. Figueroa because my condition and health has worsened. My feet are swollen to the point they look like they're going to burst open, my ankles are swollen black, blue and inflamed red and infected. My calves, knees and thighs are swollen and my stomach is extremely bloated and ~~bloated~~ hard/tight to the point I have labored breathing. Elmer Williams Jr. #086916

## NOTARIZED OATH

UNDER PENALTIES OF PERJURY, STATE V. SHEARER, 628 So. 2d 1102, (FLA. 1993.) AND FLA. STATUTE §92.525, I DECLARE THAT I HAVE READ THE FOREGOING AND THAT THE FACTS IN IT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Elmer Williams #086916

1-5-2022

Elmer Williams

DATE:

SIGNATURE OF DECLARANT

NOTARY



Rebecca J. Grillo
Notary Public
State of Florida
Comm# HH126850
Expires 5/5/2025

01/05/2022

DATE

SIGNATURE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING Sworn Affidavit HAS BEEN SUBMITTED TO OFFICIALS OF THE FLORIDA DEPARTMENT OF CORRECTIONS THIS 5TH DAY OF JANUARY, 2022 FOR MAILING:

FROM: ELMER WILLIAMS - MAILED TO: STEPHANIE BOUDREAU
#086916                                    C/O KAYE BENDER REMBAUM P.L.
SUWANNEE C.I. ANNEX                1200 PARK CENTRAL BLVD.
5964 U.S. Highway 90              South Pompano Bch, Fla. 33064
LIVE OAK, FLA. 32060

PL000119