```
                        FLORIDA DEPARTMENT OF CORRECTIONS           12/09/2021
       ISSO152 (03)             DISCIPLINARY REPORT                 PAGE    2
                                LOG # 231-211089
-------------------------------------------------------------------------------
       DC#: 086916    INMATE NAME: WILLIAMS, ELMER  J.        INFRACTION
       VIOLATION CODE: 0061    TITLE: DISOBEYING ORDER        DATE: 11/24/2021
       FACILITY CODE: 231      NAME: SUWANNEE C.I. ANNEX      TIME: 08:35
-------------------------------------------------------------------------------
    V.           TEAM    FINDINGS AND ACTION    DATE: 12/09/2021, AT: 09:43
               INMATE OFFERED STAFF ASSISTANCE: DECLINED
               INMATE PLEA: NOT GUILTY    FINDINGS: GUILTY
               INM PRESNT: Y   WAIVED 24 HR NOTICE: N
          POSTPONEMENT:
          BASIS FOR DECISION:
               THE TEAM FINDS INMATE IS GUILTY BASED UPON ALL EVIDENCE
               SUBMITTED INCLUDING WITNESS STATEMENT, ORAL TESTIMONY AND
               STATEMENT OF FACTS IN SECTION I.
               SGT. RICHARDSON REPORTS WHILE ASSIGNED AS N-DORM HOUSING
               SERGEANT. SHE ADVISED THE DORM VIA PA SYSTEM TO GET READY,
               BE DRESSED AND BE ON THE DOOR A ONE TIME RELEASE FOR THEIR
               ICT CALL OUT. . SHE LATER OBSERVED INMATE WILLIAMS IN THE
               DAYROOM SITTING DOWN AND EATING. SGT RICHARDSON THEN MADE
               ANOTHER ANNOUNCEMENT FOR ALL INMATES TO BE ON THE DOOR FOR A
               ONETIME RELEASE FOR THEIR ICT CALL OUT. INMATE WILLIAMS THEN
               GETS UP AND GOES TO HIS ASSIGNED BUNK AND SLOWLY BEGAN TO
               GET READY. AFTER SEVERAL VERBAL ORDERS WERE GIVEN TO INMATE
               WILLIAMS TO GET IN THE VESTIBULE TO BE RELEASED, HE FAILED
               TO COMPLY.
               WITNESS STATEMENTS WERE REVIEWED AND CONSIDERED.
               INMATE REQUESTED REVIEW OF VIDEO/AUDIO FOOTAGE FROM DATE OF
               INCIDENT; DR INVESTIGATOR COMPLETED DC6-2028 AND PROVIDED TO
               DISCIPLINARY HEARING TEAM. BASED UPON THE REVIEW OF THE
               IDENTIFIED TAPE OR THE CAPABILITIES OF THE PARTICULAR TAPING
               EQUIPMENT, THE TAPE REQUESTED COULD NOT PROVIDE EVIDENCE TO
               SUPPORT THE INMATE.
               INMATE ADVISED HE HAS 15 DAYS TO APPEAL THE DECISION OF THE
               HEARING TEAM.

          HEARING DELAY COMMENTS:
               ADDITIONAL TIME BEING NEEDED FOR THE INVESTIGATING OFFICER
               TO REVIEW THE REQUESTED CAMERA FOOTAGE

       ACTIONS TAKEN:
       LOSS OF GAIN TIME:         0000; PROBATION DAYS SET: 000
       DISCIPLINARY CONFINEMENT:    30; PROBATION DAYS SET:   0 CONCURRENT
       ALTERNATIVE HOUSING:      0000;
                                 0000                       000

       RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

       TEAM CHAIRMAN:    CPD08 - CARTY, P. D.
       TEAM MEMBERS:     LRE19 - LINDBLADE, R.E.                -
-------------------------------------------------------------------------------
   VI. REVIEW AND FINAL ACTION: NO FINAL ACTION
            WARDEN:           -                       DATE:
-------------------------------------------------------------------------------
  VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
            WARDEN:           -                       DATE: 00/00/0000
-------------------------------------------------------------------------------

          INFORMATIONAL NOTES:
               MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:    0 DAYS
-------------------------------------------------------------------------------
   DC4-804
```

```
ISSO150 (01)              FLORIDA DEPARTMENT OF CORRECTIONS         11/30/2021      PAGE:  1
                            CHARGING DISCIPLINARY REPORT
                               LOG # 231-211089

DC#: 086916     INMATE NAME: WILLIAMS, ELMER    J.                INFRACTION
VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER                    DATE: 11/24/21
FACILITY CODE:  231    NAME:  SUWANNEE C.I. ANNEX                 TIME: 08:35
```

I.  STATEMENT OF FACTS
    ON NOVEMBER 24, 2021, AT APPROXIMATELY 8:35 AM, I WAS
    ASSIGNED AS N-DORMITORY HOUSING SERGEANT, WHILE PRESENT IN
    N-DORMITORY, I ADVISED THE DORMITORY VIA THE PA SYSTEM TO
    GET READY, BE DRESSED AND BE ON THE DOOR A ONETIME RELEASE
    FOR THEIR ICT CALL OUT. APPROXIMATELY, 5 MINUTES LATER I
    OBSERVED INMATE WILLIAMS, ELMER #086916, HOUSED N2-124L, IN
    THE DAYROOM SITTING DOWN AND EATING. I MADE ANOTHER
    ANNOUNCEMENT FOR ALL INMATES TO BE ON THE DOOR FOR A ONETIME
    RELEASE FOR THEIR ICT CALL OUT. INMATE WILLIAMS PROCEEDED
    TO GET UP AND GO TO HIS ASSIGNED BUNK AND HE SLOWLY BEGAN TO
    GET READY FOR HIS CALL OUT CAUSING THE OTHER INMATES IN THE
    VESTIBULE TO WAIT ON HIM. AFTER I HAD MADE SEVERAL VERBAL
    ORDERS TO INMATE WILLIAMS TO GET IN THE VESTIBULE TO BE
    RELEASED, HE FAILED TO COMPLY. THEN, INMATE WILLIAMS WENT
    INTO THE BATHROOM, BUT I OBSERVED HIM TALKING TO A FEW
    INMATES. INMATE WILLIAMS HAD A VERY POOR ATTITUDE WHILE
    BEING COUNSELED WITH. THEREFORE, INMATE WILLIAMS IS IN
    DIRECT VIOLATION OF CHAPTER 33-601.314; AND IS BEING CHARGED
    WITH (6-1), DISOBEYING VERBAL OR WRITTEN ORDER- ANY ORDER
    GIVEN TO AN INMATE OR INMATES BY A STAFF MEMBER OR
    OTHER AUTHORIZED PERSON. INMATE WILLIAMS WILL REMAIN IN
    ADMINISTRATIVE CONFINEMENT PENDING THE DISPOSITION OF THE
    ABOVE CHARGE

    REPORT WRITTEN: 11/24/21, AT 10:15        BY: RSL33 - RICHARDSON, SAVONIA

II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 11/30/21, AT 14:54

    NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
    EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
    NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
    33-601, FLORIDA ADMINISTRATIVE CODE.

                 DELIVERED BY: [signature]

    NOTICE TO INMATE:
    AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
    CONDUCT, YOU ARE ADVISED THE FOLLOWING:

    INVESTIGATION:
    AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
    DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED

---

Handwritten annotations (right margin):
- 2/3 N/6
- PEN 30
- DC 15
- TRD: 2035
- L/DR: 144.21
- Max: 30/60
- Matrix: N/A
- GT: 102
- A/C Cred: 15
- Time:
- Plea:
- Findings:

```
ISSO150 (01)            FLORIDA DEPARTMENT OF CORRECTIONS           11/30/2021
                         CHARGING DISCIPLINARY REPORT
                              LOG # 231-211089                        PAGE:  2

------------------------------------------------------------------------------
DC#: 086916       INMATE NAME: WILLIAMS, ELMER J.                   INFRACTION
VIOLATION CODE: 0061    TITLE: DISOBEYING ORDER               DATE: 11/24/21
FACILITY CODE:  231     NAME:  SUWANNEE C.I. ANNEX            TIME: 08:35
------------------------------------------------------------------------------
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
------------------------------------------------------------------------------
DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
------------------------------------------------------------------------------
DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF
PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
------------------------------------------------------------------------------
APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.
```

# Disciplinary Report Worksheet

**State of Florida**  **Department of Corrections**

Log # 231-211089   PREA log # _____

## I. Identifying Inmate Information

DC# 086916   Inmate Name WILLIAMS, Elmer

Violation Code and Short Title (6-1) Disobeying Verbal or Written Orders

Facility Name Suwannee CI Annex   Facility Code 231

Infraction Date 11-24-2021 Date Report Written 11-24-2021 Inmate Housing Assignment N2-124L

Inmate Work/Program Assignment Reception/Orientation

## II. Statement of Facts (Include date, time, place, circumstances, evidence and witnesses)

On November 24, 2021, at approximately 8:35 AM, I was assigned as N-dormitory Housing Sergeant, while present in N-dormitory, I advised the dormitory via the PA system to get ready, be dressed and be on the door a onetime release for their ICT call out. Approximately, 5 minutes later I observed Inmate Williams, Elmer #086916, housed N2-124L, in the dayroom sitting down and eating. I made another announcement for all inmates to be on the door for a onetime release for their ICT call out. Inmate Williams proceeded to get up and go to his assigned bunk and he slowly began to get ready for his call out causing the other inmates in the vestibule to wait on him. After I had made several verbal orders to Inmate Williams to get in the vestibule to be released, he failed to comply. Then, Inmate Williams went into the bathroom, but I observed him talking to a few inmates. Inmate Williams had a very poor attitude while being counseled with. Therefore, inmate Williams is in direct violation of Chapter 33-601.314; and is being charged with (6-1), disobeying verbal or written order– any order given to an inmate or inmates by a staff member or other authorized person. Inmate Williams will remain in administrative confinement pending the disposition of the above charge.

Date Report Written 11-24-2021   at 10:15 AM
Signature of Reporting Officer _____
Name and Position (print) S. Richardson, Sergeant   Staff ID RSL33

## III. Review of Disciplinary Report   Approved: x   DISAPPROVED:

Supervisor's Signature _____
Printed Name and Position R. Woods, Lieutenant   Staff ID WRR10
Date Report Reviewed 11-24-2021   at 10:20 AM

DC6-112F (Effective 7/06) (Revised 2/09)   Incorporated by Reference in Rule 33-601.313

|  | Disciplinary Investigative Report |  |
|---|---|---|
| **State of Florida** | Log # 231-21 | **Department of Corrections** |

**DC#** O86916   Inmate Name **WILLIAMS, Elmer**
Date Report Written   11/24/2021   , at   10:15   AM
Date Investigation Began   11/24/2021   , at   10:25   AM
(Use ball point pen, blue or black ink, when completing this form)

**I.**   **Staff Assistance Offered:**   (Declined)   Accepted   **Provided**   Yes   (No)

**II.**   **Charged Inmate's Version of Infraction:**   Date 11/30/21 , at 14 21 AM/(PM)
See attached DC6-112C: Inmate   WILLIAMS, Elmer   O86916

**III.**   **Charging Staff Member Interview:**   Date 11/24/2021 , at 10:25 AM
Sergeant S. Richardson   WAS INTERVIEWED AND STATED THAT THIS REPORT AND THAT FACTS CONTAINED IN IT ARE TRUE AND CORRECT AS WRITTEN AND REFLECTED BY THEIR STATEMENT

**IV.**   **Charging Staff/Pertinent individual(s) Interview(s):**
0

**V.**   **Other Inmate(s) Interview(s):**
0
0
0
0
0
0

**VI.**   **Explanation of Witness Statement Forms Not Completed and/or Other Interviews Not Completed:**

**VII.**   **Explanation of Delay(s) at Any Stage of Investigation:**   Additional Time needed by the investigating Officer to Review requested video footage

**VIII.**   **Evidence; Other Included Reports; Other Information:**   Offcier K. Tuckey
intiated this investigation by interviewing the charging staff member and taking their statement.
delivered charges, obtained statements, and reviewed necessary evidence.

STG: Y/(N)   DUR: O/(S)
Signature of Investigating Officer: _K Tuck_
Legibly Printed Name:   **Offcier K. Tuckey**

Date Investigation Completed: _____   Report Continued:   Yes   (No)

DC6-112A (Revised 5-00)   Original: Inmate File   Pink: Central Office

# Witness Statement

| **State of Florida** | Log# 231-21 | **Department of Corrections** |
|---|---|---|

## I. Identifying Inmate Information

DC # **O86916**   Inmate Name **WILLIAMS, Elmer**
Violation Code and Short Title   **(6-1) Disobeying Verbals Orders**
Use of Force #
Date Report Written   **11/24/2021**

## II. Witness

☐ Staff Member: Name and Position _____
☐ Other Individual: Name _____
☒ Inmate:   DC# **O86916**   Name **WILLIAMS, Elmer**

## III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____   Date _____
Signature of Investigating Officer _____   Date _____

## IV. Statement

I USED THE BROOM AS A CANE TO MAKE IT TO BATHROOM. I'M CALLING THE CAMERA IN A2-DORM AS EVIDENCE TO SHOW - THAT I CAN NOT WALK ON MY OWN "AT ALL" TO go ANYWHERE. I'M PARALYZED AND GETTING WORSE. MEDICAL DENIED ME A WHEELCHAIR CANE WAIVER ASS. I'M HELPLESS. SOMEONE ELSES WHEELCHAIR AND SGT. RICHARDSON WOULD NOT GIVE ME PERMISSION TO USE. I'M GRIEVING THIS SITUATION AT PRESENT. I HAD NO OTHER REASON NOT TO GO TO SEE ICT TO BE Assigned A Job. MY BACK AND LEGS ARE SERIOUSLY INJURED AND FUTHER TEST AND INVESTIGATION WILL PROVE IT. I WAS TAKEN TO MEDICAL PRECONFINEMENT

Witness Signature *Elmer S/Williams* BORROWED Date 11-30-21
Signature of Investigating Officer _____ Date 11-30-21
AND BROUGHT TO CONFINEMENT IN A WHEELCHAIR

DC6-112C (Revised 8/06)     Original: INmate File     COpy: Central Office

| | Witness Statement | |
|---|---|---|
| **State of Florida** | Log# 231-21 | **Department of Corrections** |

### I. Identifying Inmate Information

| | |
|---|---|
| DC # O86916 | Inmate Name **WILLIAMS, Elmer** |
| Violation Code and Short Title | **(6-1) Disobeying Verbals Orders** |
| Use of Force # | |
| Date Report Written | 11/24/2021 |

### II. Witness

- [x] Staff Member: Name and Position _____
- [ ] Other Individual: Name _____
- [ ] Inmate:   DC# 656771   Name Johnson, Leon

### III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____ Date _____

Signature of Investigating Officer _____ Date _____

### IV. Statement

He can't Relly walk He didn't no He had a callout

Witness Signature /s/   Date 12-2/21

Signature of Investigating Officer /s/   Date 12/1/14

DC6-112C (Revised 8/06)   Original: INmate File   COpy: Central C.

# Witness Statement

| State of Florida | Log# 231-21 | Department of Corrections |

## I. Identifying Inmate Information

DC # **O86916**  Inmate Name **WILLIAMS, Elmer**
Violation Code and Short Title  **(6-1) Disobeying Verbals Orders**
Use of Force #
Date Report Written  **11/24/2021**

## II. Witness

☑ Staff Member: Name and Position _____
☐ Other Individual: Name _____
☐ Inmate: DC# L0017  Name Perry, Frank

## III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____  Date _____
Signature of Investigating Officer _____  Date _____

## IV. Statement

He tried to move as fast as he could, but he really can't walk. And at the time she called call-outs he did'nt know he had a call-out

Witness Signature *Frank Perry*   Date 12/2/21
Signature of Investigating Officer _____  Date 11/2/21

DC6-112C (Revised 8/06)   Original: INmate File   COpy: Central Office

**Documentary or Physical Evidence Disposition**

| State of Florida | Log # | 231-21 | Department of Corrections |

DC#: O86916    Inmate Name: WILLIAMS, Elmer    Facility: 231
Violation Code and Short Title: (6-1) Disobeying Verbals Orders
Date Report Written: 11/24/2021    Date of Hearing: 12.9.21

### I. Notice to Inmate: The following shall be read to the charged inmate by the Investigating Officer:

The charged inmate shall identify any documentary or physical evidence that he wants considered. In the event that you have evidence that you want considered, it must be listed below. Failure to complete and sign Section II of this form will resulting a waiver of the opportunity to have documentary or physical evidence presented at hearing. If the evidence is a videotape, the investigator will determine whether the tape described will provide evidence to support the inmate's statement.

### II. Inmate Evidence: I do not have any evidence ☐    I do have evidence, listed below ☑

| # | Identification of evidence | Reason Evidence Requested | Disposition |
|---|---|---|---|
| 1. | CAMERA in N-2 dorm | will show I can't walk | |
| 2. | CAMERA in P-1 dorm | will show I can't walk | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

**For videotape/audiotape evidence only:**

**Inmate identification of videotape/audiotape:**

Video Camera Evidence Requested: Either my prostate is swollen and causing paralysis or my pinched cyatic

**Inmate Description of what tape will show:** nerve is cutting off the blood flow to my
(Inmate's version in his own handwriting) legs. In any event, I'm crippled and
I can not walk on my own and Sgt. Richardson
or medical would [not] authorize me to use someone else's
wheelchair but I was brought to confinement in a wheelchair
Signature of Inmate    Elmer Williams    security borrowed

**Summary of disposition of videotape/audiotape**

Based upon review of the identified tape to the capabilities of the particular taping equipment, the tape requested

___ provides evidence to support the inmate's statement

___ does not provide evidence to support the inmate's statement.

Signature and Title of Investigating Officer _____

### III. Investigating Officer Evidence: Evidence determined relevant during the investigation and not requested by charged inmate.

| # | Identification of evidence | Reason Evidence Requested | Disposition |
|---|---|---|---|
| 1. | 0 | | |
| 2. | 0 | | |
| 3. | 0 | | |
| 4. | 0 | | |
| 5. | 0 | | |
| 6. | 0 | | |

DC6-151 (3-05)    Original: Inmate File    Pink: Central Office

State of Florida
**Department of Corrections**
**Disposition of Videotape or Audiotape Evidence**

Log # 231-211089

Inmate Name: **Williams, Elmer**   DC#: **086916**   Facility: **SWCI**
Violation Code and Short Title: **(6-1) Disobeying Order**

This form is NOT for distribution to inmates. Due to security concerns this form will not be accessible to inmates, but will be maintained with other documentary evidence for the disciplinary report.

Inmate identification of videotape or audiotape: Inmate requested video be reviewed for date and time of incident.

Inmate description of what tape will show (video) or verbally reveal (audio): See attached DC6-151

**Investigator's statement/summary:**

I. Based upon **MY** review of the **XXX** videotape / **XXX** audiotape or **MY** review of the camera placement and equipment operation, the **XXX** videotape / **XXX** audiotape does not provide evidence to support the inmate's written statement for the following reasons (check one and provide details below):

☐ Tape quality not clear enough to show incident or hear the conversation recorded
☐ Activity out of range of camera
☐ Camera not filming at time of incident
☐ Camera records video only
☒ Other

Not relevant to charge as written.

II. Summary of tape review
BASED UPON REVIEW OF THE IDENTIFIED TAPE OR THE CAPABILITIES OF THE PARTICULAR TAPING EQUIPMENT, THE TAPE REQUESTED DOES NOT PROVIDE EVIDENCE TO SUPPORT THE INMATE'S STATEMENT.

III. ☒ Tape was not reviewed.

Signature of Investigating Officer         Title: Disciplinary Report Coordinator

DC6-2028 (3-05)

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### DAILY RECORD OF SPECIAL HOUSING

**Inmate Name:** WILLIAMS, ELMER
**FDC#:** 86916
**Institution:** Suwannee Correctional Institution
**Dorm & Cell #:** P1-1011    **Diet:** Reg

**Special Housing Category:** AC [X]  DC [ ]  CM [ ]  MM [ ]  CSU [ ]  TCU [ ]  MHTF [ ]
**This is sheet number** 2 **of inmate's current period of special housing.**
**Initial Placement Date:** 11/24/202
**Status:** A7   **Applicable Level:** B 3   **Team:** 16
**DC Time Begins:** 1   **Ends:**
**Eligible for Rec:**

**Security Alerts/Property/Privilege Restrictions:** INZ NSR

## SECURITY DEPARTMENT

| Day | Date | Physical Appearance | Attitude | Time | Remarks (check box if additional remarks included on back or DC6-229B) Inmates Weight ( 220 ) | Weight | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise | Dayroom Activities | Work Assignment | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 11/28/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received / or Refused Morning Meal; Received / or Refused Afternoon Meal Cell cleanup; Received / or Refused Evening Meal | | | | | | | | | | | |
| MON | 11/29/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received / or Refused Morning Meal; Received / or Refused Afternoon Meal; Received / or Refused Evening Meal | | | | | | | | | | | |
| TUES | 11/30/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received / or Refused Morning Meal; Received X or Refused Afternoon Meal; Received / or Refused Evening Meal | | / | | / | / | | | | | | |
| WED | 12/1/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received X or Refused Morning Meal; Received / or Refused Afternoon Meal Health of Control; Received / or Refused Evening Meal | | / | | / | / | | | | | | |
| THURS | 12/2/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received / or Refused Morning Meal; Received / or Refused Afternoon Meal; Received / or Refused Evening Meal | | | | | | | | | | | |
| FRI | 12/3/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received / or Refused Morning Meal; Received / or Refused Afternoon Meal; Received / or Refused Evening Meal | 220 | / | | / | / | | | | | | |
| SAT | 12/4/2021 | Sat Sat Sat | Sat Sat Sat | 1A 1P 8P | Received / or Refused Morning Meal; Received / or Refused Afternoon Meal; Received / or Refused Evening Meal | | | | | | | | | | | |

## MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| 11/29 | 1255 | 2 | MH | |
| 12/3 | 1015 | S | MH Rounds | |

## PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|

# Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks, Disposition | Signature |
|---|---|---|---|
| 11/26/21 | (illegible) | | (signed) |
| 11/30/21 | ICT | APPROVE INITIAL AC PLACEMENT | Scott |
| 12-3-21 | ICT | ICT REVIEW | |
| | | | |
| | | | |
| | | | |

**INSTRUCTIONS:**
Complete this form in one original only on every inmate placed in special housing. Maintain this form in the housing area for thirty (30) days. Forms for inmates in A/C and D/C will be forwarded to Classification for review and once reviewed will be forwarded to Classification for placement in the institutional inmate record. Forms for inmates in CM, after each 30-day review of the inmate by the ICT, shall be forwarded to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on the inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain: Excellent – (E), Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate area to signify completion. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

**REMARKS:** Full and complete remarks are required in the following situations:

**Security Department**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify Medical;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc. (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for non-emergency follow-up by mental health (code MH 4);
5. Evaluation and/or treatment provided (code MH 5).

**Classification/CT/SCO**
1. At each review of the case;
2. On release from special housing, or upon status change;
3. Job Assignment;
4. Privilege(s) restricted and/or reinstated by ICT;
5. SCO review of privilege restrictions over 30 days;
6. Other Classification Action.

**Programs**
1. Academic Services (code AS)
2. Wellness Education Program (code WE)
3. Fresh Start Smoking Cessation (code SC)
4. Betterment Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Transition (code TR)

**ADDITIONAL REMARKS:**

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DC6-229 (Effective 4/6/11)

Incorporated by Reference in Rule 33-601.800, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
DAILY RECORD OF SPECIAL HOUSING

**Inmate Name:** WILLIAMS, ELMER
**FDC#:** 86916
**Institution:** Suwannee Correctional Institution
**Dorm & Cell #:** P2-1051  **Diet:** Reg

**Special Housing Category:** AC ☐ DC ☒ CM ☐ MM ☐ CSU ☐ TCU ☐ MHTF ☐
**This is sheet number:** 4  of inmate's current period of special housing.
**Initial Placement Date:** 11/24/202
**Status:** DF   **Applicable Level:** 1   **Team:** B 3   **Ends:** 16
**Eligible for Rec:** Yes
**DC Time Begins:**

**Security Alerts/Property/Privilege Restrictions:** INZ NSR

## SECURITY DEPARTMENT

| Day | Date | Physical Appearance | Attitude | Time | Remarks (check box if additional remarks included on back or DC6-229B) Inmates Weight ( 220 ) | Weight | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise (# hours) | Dayroom Activities (# hours) | Work Assignment (# hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 12/12/2021 | Sat Sat Sat | Sat Sat Sat | 14 1A 4p | Received ☒ or Refused ☐ Morning Meal<br>Received ☐ or Refused ☒ Afternoon Meal Cell Clean up<br>Received ☒ or Refused ☐ Evening Meal | | | | | | | | | | | RB/RB |
| MON | 12/13/2021 | | | | Received ☒ or Refused ☐ Morning Meal<br>Received ☒ or Refused ☐ Afternoon Meal<br>Received ☒ or Refused ☐ Evening Meal | | | | | | | | | | | |
| TUES | 12/14/2021 | | | | Received ☒ or Refused ☐ Morning Meal<br>Received ☐ or Refused ☒ Afternoon Meal<br>Received ☒ or Refused ☐ Evening Meal | | / | / | / | / | | | | | | |
| WED | 12/15/2021 | | | | Received ☒ or Refused ☐ Morning Meal<br>Received ☒ or Refused ☐ Afternoon Meal Health & Comfort<br>Received ☒ or Refused ☐ Evening Meal | | / | / | / | / | | | | | | |
| THURS | 12/16/2021 | | | | Received ☒ or Refused ☐ Morning Meal<br>Received ☒ or Refused ☐ Afternoon Meal<br>Received ☒ or Refused ☐ Evening Meal | | | | | | | | | | | |
| FRI | 12/17/2021 | | | | Received ☒ or Refused ☐ Morning Meal<br>Received ☒ or Refused ☐ Afternoon Meal<br>Received ☒ or Refused ☐ Evening Meal | 220 | / | / | / | | | | | | | |
| SAT | 12/18/2021 | | | | Received ☒ or Refused ☐ Morning Meal<br>Received ☒ or Refused ☐ Afternoon Meal<br>Received ☐ or Refused ☒ Evening Meal | | | | | | | | | | | |

## MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| 12/15/2021 | | S | MH Rounds | JS |

## PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|

DC6-229 (Effective 4/6/11)   Incorporated by Reference in Rule 33-601.800, F.A.C.   Page 1 of 2

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| 1/13/21 | Us Thuls | Us Thuls | [signature] |
| 2-17-21 | ICT | ICT REVIEW | Perry |

### INSTRUCTIONS:
Complete this form in one original only on every inmate placed in special housing. Maintain this form in the housing area for thirty (30) days. Forms for inmates in A/C and D/C will be forwarded to the ICT for review and once reviewed will be forwarded to Classification for placement in the institutional inmate record. Forms for inmates in CM, after each 30-day review of the inmate by the ICT, shall be forwarded to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on the inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:   Excellent – (E), Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate area to signify completion. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

### REMARKS: Full and complete remarks are required in the following situations:

**Security Department**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify Medical;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for non-emergency follow-up by mental health (code MH 4).
5. Evaluation and/or treatment provided (code MH 5).

**Classification/ICT/SCO**
1. At each review of the case;
2. On release from special housing, or upon status change;
3. Job Assignment;
4. Privilege(s) restricted and/or reinstated by ICT;
5. SCO review of privilege restrictions over 30 days;
6. Other Classification Action.

**Programs**
1. Academic Services (code AS)
2. Wellness Education Program (code WE)
3. Fresh Start Smoking Cessation (code SC)
4. Betterment Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Transition (code TR)

### ADDITIONAL REMARKS:

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DC6-229 (Effective 4/6/11)   Incorporated by Reference in Rule 33-601.800, F.A.C.   Page 2 of 2