*Page 1*

*Sworn Affidavit / Part II*

On December 20th 2021 I was released from solitary confinement and assigned to Dorm/Bunk- J2131-S. I immediately declared a medical emergency for chest pains and because I had difficulty breathing because of the pressure build up "of some kind" in my chest and abdominal area. Once at Medical I was seen "Again" by Nurse Jason Howell who consulted Dr. Figueroa, who took me in an examination room along with 2 other nurses, can't recall their names, and 1 correctional officer, Ofc. Meadams, where Dr. Figueroa became to interrogate me on my condition. I did my best to explain my symptoms which is, I've gone from being able to walk perfectly to becoming totally paralyzed from my lower chest area down to my legs and feet and toes, and I'm numb totally in my legs, stomach and lower back, calves, toes and thighs and I get muscle spasms and nerve reflexes when I touch or the nurse touches my severely infected ankle(s) or my penis or when I have a bowel movement, I explained to Dr. Figueroa also that I've been suffering from a severe pinched nerve in my back that's been causing muscle deterioration in bicep and tricep on my left arm, my PSA level has gone up from 0.2 to 5.2 in an alarming short period of time, I'm totally dependent on untrained inmates in the dorm to put me

PL000123

in bed and take me out of bed, I can no longer get or sit on the toilet because my nerve damage is so severe that whenever I move my lower back my legs lock up, clamp up and I can't separate them to straddle the toilet, so I'm compelled to defecate on myself and remain that way until I can get help to get carried into the shower, to sit on the shower floor, propped up against the shower wall because I have no muscle control or strength in my lower back to sit up on my own or to stop myself from falling forward or backward without holding on to something for support. Dr. Figueroa was made aware of these facts way back on or about November 18th 2021 and again on December 20th 2021 and numerous times after that through my numerous medical emergencies and cries for help. And he just flat out refuses to assign me a wheelchair, refuses to give me a pass for diapers all because I'm utilizing and exercizing my Constitutional rights to the Grievance Procedure. Between Dr. Figueroa and Nurse Jason Howell and Nurse Bennett, all of the nurses treat me with diliberate indifference. Through the neglect and abuse I almost blew out my bladder, On January 7th 2022 my condition has worsened to the point that I couldn't drink or eat but a small portion at a time or I'd become to bloated to breath. I had just declared a medical emergency twice in one day on January 6th 2022 as was given

PL000124

some kind of pill I think lasix, to make me urinate but it obviously wasn't working. Nurse Jason Howell's suggestion on JANUARY 7th 2022 was to increase the dosage. However I explained to him that I'm struggling breathing and was in excruciating pain in my chest area and the swelling in my legs, feet and abdominal area was overwhelming, so he made a call I guess to Dr. Figueroa because after Nurse Jason Howell got off of the phone about 10 minutes later, Dr. Figueroa comes around the corner and looks at the severe swelling in my legs and feet and tells the nurses to put me in an isolation cell and he'll be around to see me. The nurse put an I.V. set up in my arm and injected something and I'm traumatized because I had been stuck in my wheelchair 24/7 literally since JANUARY 4th 2022 because when the guys helping me attempted to put me in bed, when my body was placed in the bed on my back, side or stomach my stomach would lock up so intensely that it would cut off my air-flow so I would panick and have them set me back up in the sitting position with my knees bent, because for some mysterious reason that's the only position the relieves the pressure in my stomach so I can breathe, because when we breathe our stomach moves up and down. So when they brought me into the isolation cell H2102 in the Infirmary area I was in panick mode when Dr. Figueroa told the medical orderlies to put me in the bed. I went into the bed and it took all of my

CONCENTRATION AND MIND CONTROL TO NOT PANICK
TOO MUCH BECAUSE DR. FIGUEROA AND A NURSE
NURSE HOLMES WAS PRESENT. NURSE HOLMES
WITHOUT ME EVEN REALIZING IT AT THE TIME HAD
INSERTED A CATHETER, NOT SURE OF CORRECT
SPELLING, INTO MY PENIS AND THE BAG FILLED UP
IMMEDIATELY AND SHE STATED THAT I'M LUCKY
I DIDN'T HAVE A BLADDER SPASM OR SOMETHING TO
THAT EFFECT, MEANING MY BLADDER ALMOST EXPLODED,
THANK GOD I CAME TO MEDICAL WHEN I DID OR
I'D BE WORSE OFF THAN I AM. SINCE BEING
HOUSED IN THE INFIRMARY DR. FIGUEROA HAS BEEN
AROUND TO SEE ME MAYBE 3 TIMES TO SEE ME.
PLEASE NOTE THAT FROM JANUARY 7th 2022 TIL
JANUARY 11th 2022 I WENT FROM 245 lbs. TO APPX.
225, TO DATE JANUARY ~~21st~~ 214 lbs.,
THAT'S A TOTAL OF 31 lbs OF RETAINED FLUIDS I
HAD IN MY BODY. DR. FIGUEROA IS INSISTENT ON
BLAMING MY CONDITION OF MY EATING HABITS, HOWEVER
I'M EATING NO DIFFERENTLY THAN I'VE ALWAYS EATEN.
AND THEN DR. FIGUEROA INSIST THAT I'M NOT
TAKING MY MEDICATION, BUT WHAT MEDICATION AM
I NOT TAKING THAT CAUSES THESE SYMPTOMS? HE
HAS NO ANSWER. I WAS ON LISINIPRIL 10mg FOR
A MINOR CASE OF HIGH BLOOD PRESSURE, PRESCRIBED
TO ME A WHILE BACK AT TOMOKA C.I, I WAS
PRESCRIBED SOME FLOMAX FOR MY ~~old~~ FREQUENT
URINATING WHICH IS COMMON AND I'VE BEEN ON
THAT SELDOWLY SINCE 2018 APPROX. AND THAT
~~xxxxxxx~~ WAS PRESCRIBED BY MY ONCOLOGIST
DR. MIGUEL. AND THE OTHER PILL, SOME OTHER
ALLEGED WATER PILL WAS PRESCRIBED TO ME AT
RMC WEST TO TAKE WITH MY BLOOD PRESSURE
MEDICATION, HOWEVER NONE OF THIS EXPLAINS

FL000126

my sudden paralysis, the numbness in my legs up to entire stomach and the middle of my back. This problem has not been addressed yet. I was on my feet when I came here to Suwannee C.I Annex on or about November 18th 2021. Since that time I have fallen out of bed several times causing further injuries to my already injured body. I was compelled to crawl around on the floor in confinement for approx 27 or 28 days and sometimes compelled to pull myself up in my bunk or get disciplinary action, further injuring myself. And to date I'm confined in a solitary cell in the infirmary with a catheter in my penis that full of pus. Dr. Figueroa still ignores the fact that I need a wheelchair. He goes around the question every time I ask him about one. So I'm stuck in the bed getting bed sores. I have had a bath in two weeks, my ankles look a little better but are still full of infection and stink bad from the dead skin and pus. My body is ~~constantly~~ hurting badly from laying down too long. My muscles are deteriorating at an alarming rate, and even though the swelling is gone I'm losing muscle tissue and one problem is turning into another problem after another problem. And Dr. Figueroa is playing the guessing game at what's going on with me instead of marking my file EMERGENCY and getting me immediate medical attention before even more goes wrong. They've only done back x-rays and my bloodwork finally and I haven't gotten

PL00012?

Any results on that, I've written numerous grievances on Sgt. Richardson violating protocol when she had two inmates Leon Johnson and Perry, last name pick me up off the floor and put me in a wheelchair because she said "hell naw she ain't calling for a stretcher," I wrote an informal grievance "and" a formal grievance at the institutional level on or about November 29th 2021 or before, and the formal was filed without a response on or about December 11th 2021 and to date still no response, so I filed another formal to the Secretary of the Fla. Dept. of Corrections on or about January 18th 2022 and to date January 21st 2022 I haven't even received a Part C Receipt yet. Obviously there's some technical games being played here to kill my time and discourage me, but I'm doing all I can possibly do to preserve each and every complaint and claim. Most of the receipts I get Part C are labeled in a general way with (Medical) or (Policy and Procedure) or (Discipline), so with me writing up so many issues at the same time on the same people it's confusing as to which grievance log # refers to which issue without seeing the actual grievance and/or response and this grievance coordinator plays on any advantage and looks for a way to get around the violations and help support the corruption that's ongoing at this facility, Suwannee C.I. Annex, and I'm justified in saying that whole-heartedly "because" since I've been here I've been retaliated on by "security" and "medical"

PE000128

for exercising my constitutional right to the grievance procedure(s). And they want to be right even when they're wrong. They grievance(s) I've filed have been denied without any such investigations, because each complaint could be founded/proven by the viewing of the audio/video tapes I requested for viewing and/or through the reviewing of my medical files which has a story book of misinformation in it. I've written Emergency Grievances to the Chief Medical Examiner and have not heard anything back, which is ironic being that the nature of my formal grievance was that I was in dire need of medical attention in that I had went paralyzed and was in excruciating pain and was repeatedly denied medical attention through medical emergency call ATTEMPTED "AND" through countless sick call request ATTEMPTS. All labeled ATTEMPTED because none of my calls were responded to, medical would not even pull me out for my bloodwork call-out on my PSA level check which was dangerous and detrimental to my health being that I have prostate cancer in "remission" "and" my PSA level, the last time I had bloodwork done, had gone from 0.2 to 5.2. which could mean a reoccurrance of cancer, may God forbid or a number of things "NOT GOOD." And the denial of taking my blood a month and a half ago very well put my health MORE AT RISK because every day the something goes undetected or neglected is a day my cells are shutting down. And to neglect their medical duties out of spite, personal feelings and/or retaliation is unprofessional

AND a violation of the code of conduct for MEDICAl STAFF, SECURITY AND STAFF in GENERAl AND put peoples lives, like mine, who ARE UNDER THEIR Authority of CARE, CUSTODY AND CONTROL in jeopardy. And as such I'm living in FEAR of my life AND health issues being AT THis fALITY SuwANNEE C.I. ANNEX UNDER DR. Figueroa's CARE AND in The SAME MEDICAl DEPARTMENT AS NURSE JASON HowEll AS he Rolls his eyes AT ME MALiciously every time he's in The infiRMARY AREA. HERE's A list of the fORMAl GRIEVANCES I've filed And am still waiting on A RESPONSE To; SOME of THE grieVANCES I should SAY: TITLE (MEDICAl) filing DATE <u>12-1-21</u> GRIEVANCE <u>Log# 2112-231-004</u> (Discipline) <u>12-16-21</u> GRIEVANCE <u>Log# 2112-231-049</u>, (INSTITUTIONAL OPERATIONS) <u>12-16-21</u> <u>Log# 2112-231-684</u>, MEDICAl, filing DATE <u>12-29-21</u> <u>Log# 2112-231-683</u>, MEDICAl, filing DATE <u>12-29-21</u> And This most RECENT APPEAl I did ToDAY <u>1-23-2022</u> To bring you All The WAY up To PAR I'm going to copy it down VERBATIM So you'll have RECORDS of it Just incase it mysteriously disAPPEARS like Some of my oTHER GRIEVANCES have here AT SuwANNEE C.I. ANNEX. They'll do the unthinkable here To win, believe that... This is An APPEAl To InfoRMAl GRIEVANCE log# 231-2201-0015 (ATTAchED) in THAT my InfoRMAl GRIEVANCE WAS NoT properly investigated And DEALT with which is very disturbing. The "ONly" REASON I'm in The InfiRMARY is becaUSE my fAMily conTACTED THE RegionAl DiRECTOR MR. PALMER And filed A complaint To him AND SENT him pictures of my legs, FEET, ANKLES AND thighs swollen To cAPAcity And pictures of my ANKLES SCRApped To The bone, swollen And oozing with infection, oTHER THAN StephAnie —

PL000130

Boudreaus complaining to Mr. Palmer, And sending proof via, those photographs And Mr. Palmer getting involved I wouldn't be in the infirmary. However since writing Informal Grievance log # 231-2201-0015, "And" being in the infirmary has made little to no difference at all to my "overall" health issues. Dr. Figueroa, for some reason, still violates the Deliberate Indifference Law(s) in dealing with my medical issue(s). I've done my part by telling him "Repeatedly" on numerous occasions what I'm feeling And experiencing with my body; specifically I've told him About my numbness in my legs, feet, thighs, stomach And lower back "And" my paralysis in my legs And lower back "And" my severe muscle spasms in my legs And stomach that cuts off my breathing that occur mostly when I change positions after sleeping or sitting up for awhile in my Adjustable bed, and then lying down straight And lowering my bed out straight. I've told him About the reasons for my muscle spasms during dressing change of my Ankles because I have A nerve sensitivity going on that when I touch my penis, genitals or my wounds my legs will jump and twitch And spasm. Or when I've been sitting up in a wheelchair-(continued) 2ⁿᵈ page... my feet and legs will have continuous spasms And nerve twitches that cause my feet to continuously slip off the paddles And fold up underneath the wheelchair all on there on Accord. And Dr. Figueroa will listen briefly and brush me off with A comment unrelated with what I just complained about. "Still denying me a wheelchair." I've gotta be the only inmate in medical that doesn't have an "assigned wheelchair." At his ready availability. I've told Dr. Figueroa About my loss of muscle control in my lower back which I can't sit up on my own without support nor remain-

sitting up on my own, without support, "Along with" my muscle spasms And nerve twitches which causes my legs And thighs to clamp together on there own accord, which in combination prevents me from being able to get on the toilet to defecate because I can't straddle the toilet nor remain sitting upright on the toilet, And Still Dr. Figueroa refuses to give me a pass for Diapers. My catheter has been in for 16 days And cleaned only one time. I've gone from being bloated, to my legs turning into skin and bones from RApidly daily Decrease in my muscle tissues from my paralysis and lack of movement and lack of therapy And delayed progress with me not getting the professional/specialist doctor care that is so obvious that I need. It's like I'm in the care of a MAD scientist that's trying to come up with a majic potion that is going to majically make All of my ailments go away. Dr. Figueroa doesn't even bring my medical file with him when he comes to see me, which has only been twice in 16 days. He doesn't update me on the results of my X-Rays, bloodwork or anything of relevance. And what he does say is things like:oh, if what you have is what I think you have then it'll probably be about 5 years before you get better And if you're faking And making yourself like this then it'll be 10 years before you get better. Which is weird for a doctor to say. And then Dr. Figueroa goes on to say that he's not giving me anything until he CAN prove what's wrong And "justify" giving it to me, which we know is impossible because only An MRI is going to be able to determine the extent of my nerve damage "And" to start that process I need to see a nerve specialist A.S.A.P. Dr. Figueroa And his staff of nurses have been giving me nothing but mental abuse and neglect

PL000493

AND IGNORING ALL OF MY CRIES FOR HELP SINCE <u>BEFORE</u>
I WENT ALL OF THE WAY PARALYZED WAY BACK IN
<u>NOVEMBER 2021</u>, AND TO DATE <u>1-23-2021</u>, I AM
COMPLETELY PARALYZED, NEED DIAPERS, HAVE A
CATHETER IN ME FOR THE PAST 16 DAYS, HAVE GONE
FROM 245 lbs. to 207 lbs IN 16 DAYS. I'M LOSING
MUSCLE MASS DAILY, MY ANKLES ARE STILL BADLY INFECTED
AND STINKY, I'M STILL HAVE THE WORST MUSCLE SPASMS
AND CRAMPS IN MY LEGS AND STOMACH, I HAVE
"VERY" PAINFUL BOWEL MOVEMENTS, MY BODY IS IN
EXCRUCIATING PAIN FROM BEING CONFINED TO BED AND
COMPELLED TO SHIFT FROM SIDE TO SIDE ROTATING THE
~~PAIN~~ PRESSURE(S) FROM ONE HIP TO THE OTHER, ~~~~
AND ROTATING THE WEIGHT FROM ONE ANKLE TO THE OTHER
BECAUSE IF ONE ANKLE STAYS PRESSED UP AGAINST THE
MATT TOO LONG I'LL GET MUSCLE SPASMS AND TWITCHES
THAT GRINDS THE ANKLE INTO THE MATT AND IRRITATES
IT, I GET NOTHING FOR THE PAIN BUT TYLENOL SO
THERE'S NO RELIEF FOR ME UNDER DR. FIGUEROA'S
MALICIOUS CARE. <u>RESPECTFULLY SUBMITTED</u>. 1-23-2021
<u>TO THE WARDEN AT SUWAANCE C.I. ANNEX. PLACED</u>
<u>IN OFFICIAL HANDS, IN THE LOCKED GRIEVANCE BOX</u>
<u>1-24-2022 FROM THE INFIRMARY</u>. I'M GOING TO
ALSO WRITE DOWN FORMAL GRIEVANCE VERBATIM
THAT I'M FILING ALONG WITH THE ABOVE-MENTIONED
GRIEVANCE "BECAUSE" I HAVE A FUNNY FEELING THAT
ADMINISTRATION OVER THE GRIEVANCE DEPARTMENT IS
GOING TO PLAY GAMES. YOU JUST <u>CANNOT</u> PUT <u>NOTHING</u>
PAST THESE PEOPLE AS FAR AS WHAT THEY WILL OR WON'T
DO TO COVER-UP AND AVOID LIABILITY ISSUES, ~~SO~~ AND
I'VE DONE TOO MUCH ALREADY TO LET THEM STIFF ME
AT THIS POINT. I CAN'T GET COPIES, SO I'LL DO IT
MYSELF. THIS ~~IS~~ MARKED TO: SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS: THIS IS AN APPEAL TO

L000133

GRIEVANCE log #2112-231-046 IN THAT MY COMPLAINT WAS IMPROPERLY DENIED. It's NOT possible FOR ANY NURSE OR DOCTOR OR ANYONE TO TELL ME WHAT I'M FEELING INSIDE OR OUTSIDE MY body, I'VE GONE "COPLETELY PARALYZED" SINCE COMING TO SUWANNEE C.I., ANNEX ON OR ABOUT THE NOVEMBER, THE beginning PART OF 2021. I'VE BEEN TO MEDICAL COUNTLESS OF TIMES ON MEDICAL EMERGENCIES "AND" EACH TIME NURSE JASON HOWELL MADE IT his business TO SEE ME "AND" EACH TIME I SAW him he brushed ME OFF by giving ME THE RUN-around DOWN THAT MY VITAL signs WERE OKAY, HERE'S SOME Ibuprophen FOR THE PAIN, THiS iS NOT A MEDICAL EMERGENCY ISSUE, PUT iN A SiCK CALL REQUEST, HAVE A NiCE DAY. As A RESULT, MY CONDITION HAS WORSENED TO THE POINT THAT ON NOVEMBER 18th 2021 I WAS "BARELY" ABLE TO WALK, TO DATE ON JANUARY 23rd 2022 I'M COMPLETELY PARALYZED WITH NO progress being MADE TO GET TO "THE ROOT OF THE problem." I FILED FORMAL GRiEVANCE log # 2112-231-046 (AN APPEAL TO INFORMAI GRiEVANCE log # 231-2112-0026 ON 12-13-2021, IT WAS RECEIVED 12-16-21 WHEN I WAS STILL IN CONFINEMENT P-DORM CRAWLING AND sleeping ON THE ICE-COLD CEMENT FLOOR "AND" EVERY CONFINEMENT OFFiCER SERGEANT, LEiTENTANT AND CAPTAIN THAT WALKED THROUGH THERE "WiTNESSED ME" ON THE FLOOR SO I DON'T KNOW WHO THE INVESTIGATOR IN THiS INCiDENT HAS BEEN TALKing TO. "AND" I DID ATTEMPT TO DECLARE NUMEROUS MEDiCAL EMERGENCiES AND ONLY ONE TIME A MALE NURSE CAME THROUGH SOME TIME IN THE WEE hours OF THE MORNING before BREAKFAST AND looked IN ON ME AND laughed AND SAiD THE DOCTORS NOT HERE you'll HAVE TO DO THiS ANOTHER TIME AND WALKED OFF AND REFUSED TO GIVE

*[left margin, handwritten sideways:]* ONLY PART ADDED IN, for I RECORDS SAKE WANTED YOU TO HAVE INFORMAL GRiEVANCE log # As WELL.

PL000134

ME his NAME "And" AFTER THAT all of my OTHER countless Medical Emergencies were totally ignored A NURSE NEVER CAME, "And" I put in countless Sick-Call Request (Attachment pg 1) ... on issues ranging from me falling out of my bunk, "THE REASON I stopped getting in my bed and lived on the floor," because I keep injuring my hip, back and neck and retained bruises on my side every time I fell. I put in a Sick-Call request also on me needing a wheelchair to get Around in because I only was taken for a shower in a borrowed wheelchair " 3 times in 27 days. I complained about rupturing my lower hernia crawling around on the floor "And" being compelled A couple times to pull my 200 + pounds up into my bunk or get a Disciplinary Report. I complained about the pain and numbness in my legs, feet, ankles, calves and thighs and about not having a bowel movement in week(s) up to 3-weeks and out of all of these complaints and Sick Calls and medical emergencies the one male nurse laughed at me and walked off mumbling the comment about the doctor ain't here and it's too early etc. which was totally out of line and the other time a nurse sent me (2) little one dose things of milk of MAGNESA, not sure of correct spelling, through one of the officers on the midnight shift. And as with me refusing treatments at any time? That's funny, because I'm not getting the treatment I so desperately "NEED" and have been begging and pleading for. The medical staff here at Suwannee C.I, Annex is refusing me the proper medical treatment I need and ignoring everything I'm complaining about and tending to

EP000135

only my infected ankles and doing a half job at that, because the medicine even says to apply TWICE a day to highly infected areas, but I only get it applied once a day. And the truth be told my ankles got like this from dragging myself across the floor in (page 2) confinement to get to and from the food flap on the cell door so I could get my food tray and mail, incoming and outgoing. And I rubbed both of my ankles to the bone/raw and it's been well over a month and a half and my ankles are still highly infected inspite of the swelling in my feet going down. My grievance log # 2112-231-046 was denied without proper review and/or investigation, also inthat there's no proof to medical treating me for any of my complaints, no documentations, no betterment in my condition(s) nothing. However, on the contrary, I was compelled to declare a medical emergency on 1-7-2022 in the early A.M. hours, I was rushed to an infirmary cell and given an I.V. set and a catheter was put in my bladder that resulted in the urine bag filling up immediately, which the nurse, Nurse Holmes stated that I'm lucky my bladder didn't explode! I weighed in at 245 lbs, to date 1-23-22 I'm down to 207 lbs, from a loss of water retainment. And I still have a catheter in me, and I'm still in the infirmary and I'm still begging for a wheelchair because I'm still paralyzed from my chest down, my spasms are still severe and cutting off my breathing, my body ackes from rotating from side to side and being on my butt too much. I have one bed sore

AND THE DOCTOR, DR. FIGUEROA HAS BEEN TO SEE ME TWICE SINCE MY ADMITTANCE AND HAS NOT ONCE BROUGHT MY MEDICAL FILE WITH HIM TO GIVE ME ANY INFORMATION (OR) TO TAKE NOTES. ALL SIGNS OF RETALIATION IN THE FORM OF NEGLECT, BARE MINIMUM MEDICAL TREATMENT, I'VE SIGNED NO CONSENT FORM (BLUE PAPER) TO BE SEEN BY MY PRIMARY DOCTOR FOR MY CANCER IN REMISSION, THE LIST GOES ON... 1-23-2022

AS I STATED AT THE BEGINNING, THIS IS GOING IN THE GRIEVANCE LOCK-BOX 1-24-22 FROM THE INFIRMARY.

✳ 1-27-2022, I AM STRESSED TO THE "MAX" RIGHT NOW BECAUSE DR. FIGUEROA HAS FINALLY TOLD ME THAT MY PSA LEVEL IS UP TO "22", "SHOCKING," BECAUSE IT WAS ONLY "14" BACK IN 2018 WHEN I WAS DIAGNOSED WITH PROSTATE CANCER. SO MY PSA LEVEL WENT FROM 0.2 TO 5.2 TO NOW IT'S 22. SO HAD MY BLOODWORK BEEN DONE SOONER AS SCHEDULED, THIS PROBLEM WOULD AND COULD AND SHOULD HAVE BEEN DETECTED SOONER. I'M GOING TO COPY DOWN VERBATIM TWO OF MY INFORMAL GRIEVANCES THAT I'M DOING APPEALS ON BECAUSE I DON'T HAVE COPIES AND I HAVE TO USE MY ONLY COPY TO ATTACH TO MY FORMAL GRIEVANCES OR THEY'LL BE TURNED AROUND "AND" OFTEN TIMES THEY WON'T EVEN SEND THE ATTACHMENTS BACK, SO TO BE ON THE SAFE SIDE I HAVE NOTHING BETTER TO DO THAN WRITE DOWN WHAT I FILED EXACTLY... INFORMAL GRIEVANCE LOG # 231-2112-0048 FILED 12-2-2021, RECEIVED STAMP 12-6-2021, THIS IS AN INFORMAL GRIEVANCE ON ME BEING DENIED GOING TO GET MY LABORATORY BLOODWORK SAMPLES DONE BECAUSE I'M CRIPPLED AND CAN'T WALK "AND" BEING DENIED A WHEELCHAIR TO GET TO AND FROM WHERE I NEED TO GO. I AM HERE AT SUWANNEE ANNEX FOR MEDICAL REASONS

JLC000137

AND I would "NEVER" REFUSE MEDICAL TREATMENT(S),
I'M TOTALLY IN THE CARE, CUSTODY AND CONTROL OF THE
FLORIDA DEPT. OF CORRECTIONS AND I'M DEPENDING AND
RELYING ON YOU ALL TO PROVIDE ME WITH WHAT I NEED.
WHILE IN CUSTODY. I'M IN CONFINEMENT BECAUSE I
"I COULDN'T" GO TO I.C.T. NOW "MY LIFE AND HEALTH
IS IN JEOPARDY" BECAUSE I'M BEING DENIED A WHEELCHAIR
WHEN I CAN'T WALK-SO I CAN'T GET MY BLOODWORK DONE
TO DETERMINE WHERE MY PSA LEVEL IS AT AND WHAT'S
WRONG WITH ME... RESPONSE? YOU ARE HOUSED
IN CONFINEMENT, LAB TECH GOES TO P-DORM TO
DRAW BLOOD. IF THERE IS AN ORDER YOU WILL BE ON
HER CALLOUT. ICT IS NOT MEDICAL. DENIED ON
12-16-2021, I FILED A FORMAL GRIEVANCE ON
APPEAL log# 2112-231-083 ON 12-24-2021,
RECEIVED STAMP 12-29-2021, RESPONSE DATE, DENIED
1-17-2022. NOW I'M FILING AN APPEAL TO THE
SECRETARY, FLORIDA DEPT. OF CORRECTIONS DATED
1-27-2022.
NOW THE NEXT ONE, INFORMAL GRIEVANCE log# 231-2112-D089
THIS IS AN OFFICIAL COMPLAINT AGAINST THE "MALE NURSE," HE
REFUSED TO GIVE ME HIS NAME, FOR BEING RUDE AND DENYING
ME MEDICAL TREATMENT, A MEDICAL EMERGENCY, "FOR
REASONS," QUOTE ON QUOTE, THAT I NEEDED TO GET WITH THE
DAY SHIFT WHEN THE DOCTORS HERE FOR A SHOT OF PAIN
MEDICATION, WHICH IS FALSE INFORMATION. HE STRAIGHT UP
REFUSED TO DO HIS JOB. I'VE BEEN UP ALL NIGHT IN EXCRUCIATING
PAIN IN MY UPPER SPINAL CORD AND SHOULDER BLADE, AUDIO/
VIDEO WILL PLAY OUT MY LOUD MOANS AND GROANS AND SCREAMS
FROM THE PAIN AND MUSCLE SPASMS THAT HAVE BEEN CONSTANT.
I'M SWEATING PROFUSIVELY AND CANNOT SLEEP AND IT'S
DRIVING ME CRAZY INSANE! I NEED A SHOT OF PAIN
MEDICATION DESPERATELY. THEY HAVEN'T EVEN BROUGHT
ME MY PAIN MEDS ORDERED A MONTH AGO, I'M BEING

C2000138

TREATED like I'm less THAN human here at Suwannee by these NURSES. Sick call was filed 9 days, ((SEE Attachment)) NO correction, 10 days ago, and I still haven't SEEN A NURSE/doctor aside from when I'm declaring A MEDICAL EMERGENCY and even then WHEN I SEE this nurse he doesn't even let me finish explaining my symtoms and pain? He doesn't even get me pulled out of my cell to check my VITAL signs? HE TALKS to me through the cell door and hides his face? And when "I try" to explain further he smirks at me and tells me that I have to do my Medical emergency on day shift when the doctor is here and walks away. And I called after him to give me his NAME and he just kept going without a care in the world, confident that he can get away with not doing his job. I know I'm in prison, and I do my TIME WELL, but I have to file on this issue because this nurse was just too cold hearted and biased for me to accept laying down. And this is all a PART of RETALIATION for me writing NURSE JASON HowEll up for having the same attitude. If it's going to be like this here for me I'm in FEAR of my life and in FEAR of more RETALIATION. I might be poisoned or who knows what extent these people with evil ways will go to get vengeance? I'm hurting and suffering and getting worse daily, and MEDICAL has the remedy to "RELIEVE MY pain" but is purposely keeping it from me and taunting me and trying to "PROVOKE ME" all in violation of F. . D.O.C.s policy and procedure code of conduct and I want this complaint Documented. PLEASE and THANKyou. Filed 12-4-2021, STAMPED RECEIVED 12-13-21 RESPONSE: 12-21-21: Your accusations against the HEALTH CARE are unfounded and there is no indication

PL008439

you have been denied medical care or treatment and no retaliation from the medical staff. You were ordered Acetaminophen on 12-21-21. You can also get this from your dorm officer or through sick call. The clinician reviewed your chart. Audio/Video is maintained by security and not medical. You can still access sick call or EMIO as needed. If an EMIO (emergency) is declared by you and nursing determines it to not be emergant, you can still be charged a copay. Filed appeal to warden on 12-24-2021, stamped received 12-29-21 formal grievance log # 2112-231-084. Response denied 1-17-2022. Filing formal grievance to secretary, Florida Dept. of Corrections on 1-27-21 1-30-2022 - Here's a list of the medications they have me taking : Spironolactone 25 mg., Lasix 40 mg., Lisinopril 10 mg., Cipro 500 mg., Oxcarbazepine A.K.A. Trileptal 150 mg. and Flomax. Which I'm worried about them having me on the Cipro, which is an antibiotic for more than the standard 10 - 14 days requirement for taking an antibiotic because of the danger it imposes to the kidneys. I've been on Cipro 500 mg. for over a month if I can remember correctly. And my other concern is this catheter being in me for 24 days. The doctor mumbled something about protecting my kidneys, but that doesn't make much sense to me, except for the fact that he has me on all of these different medications that have major side-effects...

   I'm getting ready to file another Informal Grievance on the fact that Dr. Figueroa is also putting my life at risk by not assigning me a wheelchair still to date 1-30-2022, because

FL000140

IN THE EVENT THERE'S A FIRE I WOULD BE HELPLESS TO GET OUT OF THIS BUILDING IN TIME. BY LAW HE'S PUTTING ME AT RISK. HE'S STILL IN RETALIATION MODE AND TRYING TO DISGUISE IT, BECAUSE WITH ALL THAT I'VE "BEEN THROUGH" AND "STILL" GOING THROUGH" AND" THE CATHETER "AND" ALL OF THESE DIFFERENT MEDICA-TIONS "AND" THE AUDIO/VIDEO CAMERA THEY HAVE ME UNDER SURVEILLANCE ON 24/7 TELLS A DIFFERENT STORY. IT'S A FORM, OF PUNISHMENT TO COMPEL ME TO BE IN BED 24/7 FOR WEEKS WITHOUT AN ASSIGNED WHEELCHAIR. ALSO IT'S A VIOLATION OF THE "EQUAL PROTECTION ACT" IN THAT NO OTHER INMATE IN THIS INFIRMARY IS BEING DENIED A WHEELCHAIR EXCEPT ME. I AM PARALYZED, I HAVE A LOWER-HERNIA THAT'S BEEN THROUGH ALL KINDS OF TRAUMA WITH ME BEING COMPELLED TO CRAWL AROUND ON THE FLOOR TO GET TO AND FROM MY DESTINATION. MY PSA LEVEL HAS GONE SKY HIGH AT AN ALARMING RATE. MY BUTTOX, HIPS, NECK AND BACK ARE IN CONSTANT PAIN FROM BEING IN BED 24/7. I'M BEING HELD IN AN ISOLATION CELL WITH NO ACCESS TO A T.V. OR KIOSK AS THE OTHER INFIRMARY INMATES HAVE ACCESS TO A T.V. AND KIOSK. "NORMALLY" THE DOCTOR AND NURSES WILL START AN INMATE OFF IN AN ISOLATION CELL, AND THEN WHEN A BED IS OPEN IN THE BAY AREA WHERE THE T.V. AND KIOSK IS AT THEY'LL MOVE THE INMATE OUT OF THE ISOLATION CELL INTO THE BAY AREA. BUT THAT HASN'T BEEN THE CASE WITH ME, THE ISOLATION CELL IS MY PERMANENT CELL "AND" TO SUPPORT MY ARGUMENT, THEY'RE DENYING ME A WHEELCHAIR SO I CAN'T EVEN GO IN THE BAY AREA TO VISIT TO WATCH T.V. AND GET ON THE KIOSK "AND" GO OUTSIDE FOR AIR

PL000141

like the other infirmary inmates get to do.
I need to get away from this place,
because there's too much animosity for
me here to trust these people with my life.
They're taking their sweet time doing the
little things that they do "AND" they're taking
their sweet time with filing the necessary
paperwork to get me out of here when
time is of essence when cancer is running
through my body. I haven't even signed the
CONSENT form yet that I normally sign
a week or so before I go see my primary
oncologist, Dr. Miguel, at Lake Butler /
R.M.C. Main Unit. So I know that games are
being played with my life. Filing Informal
Grievance today 1-31-2022: Verbatim: I'm
writing this Informal Grievance on the fact of my life
being in jeopardy as a direct result of me being
denied a wheelchair inthat in the case of a fire I
would be left helpless because I don't have an
assigned wheelchair to be able to get out of harms
way. I am paralyzed from my chest down and
Dr. Figueroa is giving me the run-around on
giving me a wheelchair, and as a result he's
putting my life in jeopardy in the case of a fire.
The medical staff here are not always in this
vicinity with a wheelchair readily available to get
me out of harms way in the case of a fire "or"
explosion. So along with denying me T.V. 3 Kiosk
you're denying me a safety net. Respectfully
Submitted,
2-2-2022, I'm going to close this out and get it
notarized and in the mail to you as I've given you
all I can think of at the moment. Please let me

WHAT ELSE YOU NEED AS I AM filing grievances continuously and timely to preserve any and all issues. It's just hell getting a response because anything of significance is thrown away and/or with held. But in any event I'll keep you posted and I'm here if you need me.

<u>NOTARIZED OATH</u>

UNDER PENALTIES OF PERJURY I, <u>Elmer Williams #086916</u> DECLARE THAT I HAVE READ THE foregoing <u>Affidavit</u> and The FACTS IN IT ARE TRUE AND CORRECT TO THE best of my Knowledge

<u>2-2-22</u>
DATE

Elmer Williams #086916
<u>Elmer Williams #086916</u>
SIGNATURE OF DECLARANT

<u>NOTARY</u>

STATE OF <u>Florida</u>
COUNTY OF <u>Suwannee</u>

SWORN TO (OR AFFIRMED) AND SUBSCRIBED BEFORE ME THIS DAY OF <u>Febuary   02</u>   2022 by <u>Elmer Williams</u> who is PERSONALLY KNOWN TO ME OR who has PRODUCED <u>086916</u>   AS IDENTIFICATION.

NOTARY PUBLIC SIGNATURE
PRINT, TYPE OR STAMP COMMISSIONED NAME of NOTARY PUBLIC.

Rebecca J. Grillo
Notary Public
State of Florida
Comm# HH126850
Expires 5/5/2025

MY COMMISSION EXPIRES: <u>05/05/2025</u>   SEAl

PL000143