**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

3/22/2022

Inf/Hosp Daily Nur Eval
Date of Service: 2/2/2022

**ELMER   WILLIAMS**
Male DOB: Oct 02, 1966                217136

## WOUND EVALUATION AND TREATMENT RECORD
**Wound Location:** right perineal area
**Type of Wound:** Other
**Explain:** extensive necrotizing fascitis
**Drainage Type:** Serosanguiness
**Drainage Amount:** Small
**Treatment:** Other
**Explain:** clean with normal saline apply dry guaze daily
Measurement- Every Thurs.
Average healing time for pressure ulcers: Stage 1 -14 days. Stage 2 - 45 days. Stage 3 - 90 days. Stage 4 -120 days.   www.emedicine.com
**Additional Notes:** right perineal wound almost healed.
Day Shift Assessment Nurse:   Complete a fall assessment, using DC4-684A, daily on all Acute Admissions and weekly on all Chronic Admissions and document the patien'92s score and risk level below.
DC4-684 Infirmary/Hosptial Daily Nursing Evaluation   (Revised 08/01/17)
This form is not to be amended, revised, or altered without       approval of the Office of Health Services Administration.


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
## BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
3-Slightly Limited

**Moisture - degree to which skin is exposed to moisture:**       4-Rarely Moist

**Activity - degree of physical activity:**       3-Walks Occasionally

**Mobility - ability to change and control body position:**       3-Slightly Limited

**Nutrition - usual food intake pattern:**       3-Adequate

**Friction and Shear:**       3-No Apparent Problem

**Total Score:** 19       **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.


**Fall Risk Assessment**

**231-SUWANNEE C.I. ANNEX**  
5965 US Hwy 90  
Live Oak, FL 32060  
Main: 3869636358 Fax: 3869636337

3/22/2022

Inf/Hosp Daily Nur Eval  
Date of Service: 2/2/2022

**ELMER   WILLIAMS**  
Male DOB: Oct 02, 1966              217136

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES  
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**  
Weak (10)

**Mental Status**  
Oriented to own ability (0)

**Total Fall Risk Score:  25**  
**Risk Level Low Risk**

Scoring:  
0-24= No Risk, Good Basic Nursing Care  
25-50= Low Risk, Implement Standard Fall Prevention Interventions  
>50 = High Risk, Implement High Risk Fall Prevention Interventions  
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)  
This form is not to be amended, revised, or altered without       approval of the Office of Health Services Administration.

Signed By: Hancock, Kimberly at 2/3/2022 12:49:01 PM

4 of 4