# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Suwannee C.I. Annex | **Incident Report Number:** | 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 |
| **Reporting Employee:** | Lieutenant Esly Hodge | **PREA Number:** | |
| **Employee ID Number:** | 74511 | **Date of incident:** | January 7, 2022 |
| **Person(s) Involved:** | Inmate Williams, Elmer #086916 | **Time of incident:** | 12:00pm |
| | | **Witness(es):** | |

Control Room Log Entry Made: ☐ Yes ☒ No    Disciplinary Report Initiated: ☐ Yes ☒ No
Inmate Placed in Confinement: ☐ Yes ☒ No    Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☐ Yes ☒ No Time: _____    MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☐ Yes ☒ No Time: _____    Duty Officer Name: N/A
Supporting Documents Attached   N/A

### DETAILS OF INCIDENT:

On January 7, 2022, I was assigned as the Annex Assistant Shift Supervisor. I received an email sent from Major Sidney Young regarding an allegation from Stephanie Boudreau, a personal friend to Inmate Williams, Elmer #096916. Upon review of the email Mrs. Boudreau stated "Elmer Williams was transferred to Suwannee CI Annex in November 2021. Since arriving at Suwannee, Williams has sent in multiple medical requests to address his back injury and the pain and loss of mobility in his legs which has caused him to need assistance in getting around as he can no longer walk on his own. Despite his condition, he has been denied any medical attention on every occasion." The email then further states "I have made several calls to Ms. Bennett, Medical Administrator, to express my concerns that Williams needs immediate medical attention and gave a medical background, which she has complete access to his records, and provided her with the most recent concerns of his back injury and the complications it was causing him. She told me it was out of her control because she is not in charge of movement of an inmate." The email also alleges that "I also called Classification Officer, Ms. Sword, and explained this issue and my concerns not only for Williams' physically health but also his mental health, as I received daily calls from Williams crying out for help! She cut me off and stated that she cannot discuss his medical records with me and does not even have access to his medical records."

**Lieutenant Esly Hodge**                      **Reporting Employee's Signature**         January 7, 2022
**Reporting Employee's Name (Print)**                                                      **Date**

**Shift Supervisor/ Department Head**

### COMMENT:

Inmate Williams is currently housed Infirmary cell 3 on GP status for observation by on duty medical staff. A copy of the email submitted by Mrs. Stephanie Boudreau is attached. I interviewed Inmate Williams which verbally stated, "I just want to get some help." Inmate Williams' tentative release date is 05/11/2035. Inmate Williams' mental health grade is a 3.

**Lieutenant Esly Hodge**                      **Supervisor's Signature**                 January 7, 2022
**Shift Supervisor's/ Department Head's Name (Print)**                                     **Date**

### REVIEW:

- Allegations of inadequate medical treatment, forwarded via MINS to OIG
- Family contacts documented

CC: Lt Hodge
    Mrs P. O'neal

(07H) MINS: 1098293
07H (Y) MINS #

**Major Mark A. Ficken**                       **Correctional Officer Chief's Signature**  1/10/2022
**Correctional Officer Chief's Name (Print)**                                              **Date**

### REVIEW:

MINS - Inadequate Medical treatment.

Forward to Medical for appropriate re[view]

CC: Mrs O'neal / Bennett / Medical.

**Warden Christopher Lane**                    **Warden's Signature**                     1/10/22
**Warden's Name (Print)**                                                                  **Date**

DC6-210 (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2



## *Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity★ Courage ★ Selfless Service ★Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Palmer, John <John.Palmer@fdc.myflorida.com>
**Sent:** Thursday, January 6, 2022 10:46 PM
**To:** Stephens, Danielle <Danielle.Stephens@fdc.myflorida.com>
**Subject:** FW: Elmer Williams DC#086916

---

**From:** Stephanie Boudreau <stephieb0605@gmail.com>
**Sent:** Thursday, January 6, 2022 10:45:41 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Palmer, John <John.Palmer@fdc.myflorida.com>
**Cc:** Dixon, Ricky <Ricky.Dixon@fdc.myflorida.com>
**Subject:** Elmer Williams DC#086916

Dear Mr. Palmer,

I am writing you today regarding inmate Elmer Williams, DC# 086916. I am very concerned with his health conditions. He is currently at Suwannee C.I. Annex. He was transferred there from Moore Haven back in November 2021 to be closer to Lake Butler, so he could have hernia surgery. Prior to arriving at Suwannee, he fell and injured his back and chipped his front teeth. His teeth have since been fixed by a dentist at Moore Haven, but unfortunately, his back was never addressed due to the fact he was transferred to Suwannee.

Since arriving at Suwannee, Williams has sent in multiple medical requests to address his back injury and the pain and loss of mobility in his legs which has caused him to need assistance in getting around as he can no longer walk on his own. Despite his condition, he has been denied any medical attention on every occasion. On or about, November 23, 2021, Williams was placed in confinement after being given an order that he could not fulfill due to the fact he could not physically do what was asked of him. While in confinement his condition continued to deteriorate, and he was forced to crawl/drag himself across the floor. He was still denied a wheelchair and told that he was faking his injury. He developed sores on both ankles which are now so infected and leaking of puss! Even though it was clear to see, the guards and staff continued to deny his request for medical treatment.

When Williams was released from confinement, he again requested for medial attention, to which still to this day he continues to be denied. I have made several calls to Ms. Bennett, Medical Administrator, to express my concerns that Williams needs immediate medical attention and gave a medical background, which she has complete access to his records, and provided her with the most recent concerns of his back injury and the complications it was causing him. She told me it was out of her control because she is not in charge of movement of an inmate. I also called Classification Officer, Ms. Sword, and explained this issue and my concerns not only for Williams' physically health but also his mental health, as I received daily calls from Williams crying out for help! She cut me off and stated that she cannot discuss his medical records with me and does not even have access to his medical records. I explained that I do not need to discuss his medical records, that I need her to get him HELP! Since I received no help from Ms. Sword, I then made calls to the mental health department and was told on two occasions that it would be investigated and that I would receive a call back. Well, I am still waiting on that return call as well. I then call to attempt to speak to the Warden and of course, I was told that he was busy and

was transferred to someone else. I wish I had gotten this person's name because he has been the only person who has stuck to his word! He assured me on this day that Williams would be seen by the medical staff within an hour of our conversation. Williams was taken to medical, but once again was denied medical treatment by Dr. Figueroa and was told that he will not be issued a wheelchair, will not be given a medical pass for adult diapers or any other assistance because until he can prove that he is injured or has something wrong, Williams could just be faking it!

Williams is now in a borrowed wheelchair and is forced to sit in feces and urine because he is physically unable to take care of himself and depends on other inmates to assist him. I don't know who or why someone would fake an injury to this extent and sit in their own shit and piss all day! This is humiliating and inhumane to say the least! Williams now has developed sores on his buttocks.

Williams has declared medical emergencies on 11-18-21, 11-22-21, 11-24-21 as well as other dates that I am just not sure of the exact dates as well as numerous sick call requests. To which all have been denied. Williams' condition is now so bad that he cannot even lay in his bed/bunk because what ever is wrong with him prevents him from being able to breathe whiling laying down. He is forced to sit in a wheelchair 24 hours a day.

Williams sent me a picture through jpay of his injuries on his leg on or about 12-22-21 and since then attempted to send me 4 additional pictures on 1-4-22; however, these pictures were denied and were not released to me. I can only assume they were censored and denied due to his condition, and someone doesn't want Williams' family to see the condition he is in. I want these 4 pictures released to me immediately because why was I able to receive the 12-22-21 picture but now that his condition is extremely worse, I have been denied access to these most recent pictures. But to my surprise I received 3 pictures, which are attached, from an anonymous person. As you will notice, Williams is in BAD shape and needs emergency medical attention! I want Elmer Williams removed from Suwannee C.I. immediately and sent to the closest hospital to receive the care he needs and deserves before he dies.

I want an investigation done at Suwannee C.I. and especially for the following named persons. Dr. Figueroa, as he has no business treating anyone or should we say lack of treating anyone and should lose his medical license. Nurse Jason Howell, Captain Lindblade, Sergeant Richardson, Ms. Bennett, Classification Officer Ms. Sword and Ms. McCain or could be Ms. McClain in the mental health department as they all IGNORED Williams' cry for help as well as his family members' numerous phone calls and messages to inform them of his condition. NOT ONE OF THESE HEARTLESS people did a damn thing to help, instead they sat back and played the blame game "that's out of my control, that's not my department"! You must be an evil devil to allow someone to suffer like this! Elmer Williams was held accountable and punished for his poor choices and actions the day he was sentenced. Now someone must be held accountable for their poor judgment, lack of action and poor decision when they chose NOT to give Williams the medical treatment he needs and deserves. I also find it weird how Williams still has not been to Lake Butler to this day? He was transferred to Suwannee for that only reason.

Mr. Palmer I hope and pray that you will see that there is a need for emergency care and that Williams is not lying about his condition. The pictures do not lie. Please let me know what action will be taken to ensure that Williams will get immediate attention. I left a message at your office yesterday on 1-6-22 at 3:30 p.m. and was told someone would call me back. I sure am looking forward to that call and I would appreciate a written response as well.

Thank you in advance for all the attention I pray you give to this emergency.

Sincerely,

Stephanie Boudreau

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence  1-7-22    Time of occurrence  1345
Date injury assessed by medical  1-7-22    Time injury assessed by medical  1400
☐ No injury identified

Description of injury:
Stage II Pressure ulcers to outer Ankles
Approx 2cm diameter

Staff Signature  E. Holmes, LPN

Inmate Name  Williams Elmer
DC#  D86916    Race/Sex  B/M
Date of Birth  10-2-66
Institution  SWCI

Signature: W. Figueroa  1/7/22

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution: White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:** ☒ Inmate ☐ Employee ☐ Visitor ☐ Post-Use-of-Force Exam ☐ Injury ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstances. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1345   Time of exam: 1400

Description of occurrence:

IMP Admitted to Infirmary

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A ☐ Yes ☐ Refused → ☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature 98.4  Pulse 111  Respiration 20  O2 Sat 98 %  Blood Pressure 107/61

Arrived via: ☐ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Other:

Condition on arrival (check all that apply): ☐ Alert ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?

Examination summary:
A/O x4 VS WNL c/o SOB when laying down O2 Sats 98% room air BLE c gross edema has band-aids on both outer ankles - IMP c stage II sores to both outer

Physician notified? ☐ No ☒ Yes  Name: Dr. Figueroa   Time: 1345
Treatment provided? ☐ No ☒ Yes  If yes, describe: IMP Admitted to Infirmary for Tx & Observation

Response to Treatment:
Compliant

Disposition: ☐ Population ☐ Confinement ☒ Infirmary ☐ Hospital ☐ Rescue ☐ Other (explain):

Discharge Instructions and Education:
F/U c Infirmary

Health Care Provider's Signature and Stamp: E. Holmes, LPN Suwannee CI   Date/Time: 1-7-22 1400
Reviewing Physician's Signature and Stamp:   Date/Time: 1/7/22

**Name** Williams Elmer
**DC#** 086916   **Race/Sex** B/M
**Date of Birth** 10-2-66
**Institution** SW CI AX

Inmate Distribution:
White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

```
01/10/2022                FLORIDA DEPARTMENT OF CORRECTIONS                      PAGE:  1
 MINO101                        MINS INCIDENT REPORT                             TIME 14:38


PREPARED BY: R230AJA JONES, AMANDA LYNN       INCIDENT NUMBER: 0001098293
INCIDENT TYPE: 07H INADEQUATE TREATMENT       STATUS OF INCIDENT: ENTERED
REPORT DATE:   01/10/2022                     REPORT TIME:   14:11
INCIDENT DATE: 01/07/2022                     INCIDENT TIME: 12:00
REPORTING FACILITY: 231 SUWANNEE C.I. ANNEX   INCIDENT REGION: 2
INCIDENT FACILITY : 231 SUWANNEE C.I. ANNEX   INCIDENT IG OFFICE: 04
INCIDENT LOCATION: 13 MEDICAL                 DAY CODE: 5       SHIFT CODE: 2
DATE REPORTED TO MANAGEMENT: 01/07/2022       W-B REVIEW BY:
IG NUMBER:                                    UOF NUMBER:
DATE ASSIGNED:
INJURIES: Y         STG/STI INVOLVEMENT: N    PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N     WEAPONS USED: N           INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N             CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                             SEND TO IG OFFICE: Y


           NAME                  TITLE            BIRTHDATE  R S   ID NUMBER
  -------------------- ----------------------- ---------- - - ----------------
COMPLAINANT (S)
  BOUDREAU, STEPHANIE  PERSONAL FRIEND           05/15/1972 1 2 B360790726750
REPORTING EMPLOYEE (S)
  HODGE, ESLY J.       CORRECTIONAL OFFICER LI  10/04/1992 1 1 74511
SUBJECT (S)
  WILLIAMS, ELMER  .   INMATE TRD:05/11/2035    10/02/1966 2 1 086916


CONTRABAND RECOVERED           TYPE      POSSESS     QUANTITY       UNIT MSR
--------------------------     ------    -------     ----------     --------


DESCRIPTION OF PHYSICAL EVIDENCE:
     ATTACHED TO REPORT: EMAIL FROM MS. STEPHANIE BOUDREAU TO MR.
     JOHN PALMER THAT WAS FORWARD TO INSTITUTION, AND MEDICAL
     FORMS DC4-708 (DIAGRAM OF INJURY) AND DC4-701C (EMERGENCY
     ROOM RECORD).


MEDICAL DEPT. DESCRIPTION OF INJURIES:
     DC4-708: STAGE II PRESSURE ULCERS TO OUTER ANKLES
     APPROXIMATELY (2 CM) DIAMETER.
     DC4-701C: INMATE ADMITTED TO INFIRMARY. ALERT AND ORIENTED
     X4. SHORTNESS OF BREATH WHEN LAYING DOWN O2 STATS 98%, GROSS
     EDEMA HAS BANDAIDS ON BOTH OUTER ANKLES. INMATE WITH STAGE
     II SORES TO BOTHER OUTER ANKLES.


DESCRIPTION OF INCIDENT:
     ON THE ABOVE DATE AND TIME, SECOND SHIFT ASSISTANT
     SUPERVISOR LIEUTENANT E. HODGE HAS RECIEVED AN EMAIL FROM
     MAJOR S. YOUNG REGARDING ALLEGATIONS MADE BY MS. STEPHANIE
```

    BOUDREA, A PERSONAL FRIEND OF SWCI ANNEX INMATE WILLIAMS, ELMER DC#086916 (HOUSED IN J2-131S). UPON REVIEWING THE EMAIL, MS. BOUDREAU STATED, "ELMER WILLIAMS WAS TRANSFERRED TO SUWANNEE CI ANNEX IN NOVEMBER 2021. SINCE ARRIVING AT SUWANNEE, WILLIAMS HAS SENT IN MULTIPLE MEDICAL REQUESTS TO ADDRESS HIS BACK INJURY AND THE PAIN AND LOSS OF MOBILITY IN HIS LEGS WHICH HAS CAUSED HIM TO NEED ASSISTANCE IN GETTING AROUND AS HE CAN NO LONGER WALK ON HIS OWN. DESPITE HIS CONDITION, HE HAS BEEN DENIED ANY MEDICAL ATTENTION ON EVERY OCCASION". THE EMAIL FURTHER STATES, "I HAVE MADE SEVERAL CALLS TO MS. BENNETT, MEDICAL ADMINISTRATOR, TO EXPRESS MY CONCERNS THAT WILLIAMS NEEDS IMMEDIATE MEDICAL ATTENTION AND GIVE A MEDICAL BACKGROUND, WHICH SHE HAS COMPLETE ACCESS TO HIS RECORDS, AND PROVIDED HER WITH THE MOST RECENT CONCERNS ON HIS BACK INJURY AND THE COMPLICATIONS IT WAS CAUSING HIM. SHE TOLD ME IT WAS OUT OF HER CONTROL BECAUSE SHE IS NOT IN CHARGE OF MOVEMENT OF AN INMATE". THE EMAIL ALSO ALLEGES THAT, "I ALSO CALL CLASSIFICATION OFFICER, MS. SWORD, AND EXPLAINED THIS ISSUE AND MY CONCERNS NOT ONLY FOR WILLIAMS' PHYSICAL HEALTH BUT ALSO HIS MENTAL HEALTH, AS I RECIEVED DAILY CALLS FROM WILLIAMS CRYING OUT FOR HELP! SHE CUT ME OFF ANS STATED THAT SHE CANNOT DISCUSS HIS MEDICAL RECORDS WITH ME AND DOES NOT EVEN HAVE ACCESS TO HIS MEDICAL RECORDS". LT. HODGE HAD INMATE WILLIAMS SENT TO MEDICAL FOR AN ASSESSMENT.

ACTION TAKEN:
    INMATE WILLIAMS WAS PLACED IN THE ANNEX INFIRMARY CELL #3 ON GENERAL POPULATION STATUS FOR OBSERVATION BY ON-DUTY MEDICAL STAFF; IT SHOULD BE NOTATED THAT ON 01.09.22 INMATE WILLIAMS WAS PLACED IN ANNEX INFIRMARY BED H2-102S. COPY OF THE EMAIL HAS BEEN ATTACHED TO REPORT AS WELL AS MEDICAL ASSESSMENT FORMS DC4-708 (DIAGRAM OF INJURY) AND DC4-701C (EMERGENCY ROOM RECORD) WITH NOTATED INJURIES TO ANKLES. LT. HODGE INTERVIEWED WITH INMATE WILLIAMS, TO WHICH HE STATED, "I JUST WANT TO GET SOME HELP". INMATE WILLIAMS IS MEDIUM CUSTODY, MEDICAL GRADE 2, MENTAL HEALTH GRADE 3, PER CDC SCREEN OT24 DOES NOT HAVE STG GANG AFFILIATIONS, AND HAS A TRD OF 05/11/2035.