**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**RON DESANTIS**

Secretary
**RICKY D. DIXON**

501 South Calhoun Street, Tallahassee, FL 32399-2500

www.dc.state.fl.us

## LEGISLATIVE BUDGET REQUEST

October 14, 2022

Mr. Chris Spencer, Policy Director
Office of Policy and Budget
Executive Office of the Governor
1701 The Capitol
Tallahassee, FL  32399-0001

Mr. Eric Pridgeon, Staff Director
House Appropriations Committee
221 The Capitol
Tallahassee, FL  32399-1300

Mr. John Shettle, Interim Staff Director
Senate Committee on Appropriations
201 The Capitol
Tallahassee, FL  32399-1300

Directors:

Pursuant to Chapter 216, Florida Statutes, our Legislative Budget Request for the Department of Corrections is submitted in the format prescribed in the budget instructions.  The information provided electronically and contained herein is a true and accurate presentation of our proposed needs for the 2023-24 Fiscal Year.

Sincerely

Ricky D. Dixon
Secretary

★INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★

DEPARTMENT OF CORRECTIONS

PAY ADDITIVE REQUEST

TEMPORARY SPECIAL DUTY – GENERAL

FOR FISCAL YEAR 2021-2022

The Department of Corrections requests the use of the **Temporary Special Duty (TSD) – General,** additive addressed in Section 110.2035(7)(a), F.S., as a regular and warranted management tool to appropriately compensate career service employees for performing duties in varying circumstances. Examples of these circumstances are:

- Providing appropriate work coverage and compensation for career service employees working out of title when an incumbent is absent for an extended period of time due to reasons that do not currently fall under the statutory direction of the TSD – Absent Co-Worker Additive. Examples of these reasons include but not limited to when the incumbent absent for extended sick leave, Family Supportive Work Program, or workers compensation claims.
- As a management tool, when the Department of Corrections may be considering privatization or out-sourcing of functions, programs, or facilities and the final decisions are impending but per statute, services must continue in the interim, the agency can provide appropriate labor support using existing resources, thereby, reducing costs associated with hiring additional temporary employees. Additionally, the agency can accomplish higher level work at a reduction of the cost to the department.
- Use of this additive for out of title compensation would compensate existing employees who temporarily perform higher level duties of a vacant position when filling such a position would impact the vacancy lapse factors established for institutions and program areas.

The employee's immediate supervisor must submit a request in writing through their chain of command including the program areas' budget manager for approval to use this additive. Once the employee has been approved to perform the higher-level duties, the incumbent must work more than 22 workdays within any six consecutive months, and she/he will be eligible to receive a TSD additive on the 23rd day for performing these special duties.

The additive will be authorized for 90 days internally. Each additional 90-day request must be pre-approved by the Department of Corrections Human Recourses Office, the Department of Management Services and Executive Office of the Governor (EOG) or Legislature.

The additive will be calculated at up to 15 percent of the employee's base rate of pay for the period of time the employee is assigned the TSD responsibilities.

The table below reflects the amount that was paid in Fiscal Year 2020-2021 for the TSD additive, which includes position classifications and the number of positions that were paid.

**Temporary Special Duties (TSD) Pay, FY21-22, by Class Title**

Prepared 07-26-2022

| Class Title | Total Paid in FY 21-22 | Number of Positions |
|---|---|---|
| CLASSIFICATION SUPERVISOR - SES | $262.60 | 1 |
| CONSTRUCTION PROJECTS CONSULTANT I | $290.08 | 1 |
| CORRECTIONAL OFFICER | $398.34 | 1 |
| CORRECTIONAL OFFICER CAPTAIN | $21,676.96 | 21 |
| CORRECTIONAL OFFICER LIEUTENANT | $41,505.28 | 70 |
| CORRECTIONAL OFFICER SERGEANT | $26,554.15 | 48 |
| CORRECTIONAL SENTENCE SPECIALIST - SES | $647.64 | 1 |
| CORRECTIONAL SERVICES CONSULTANT | $1,396.44 | 1 |
| MAINTENANCE & CONSTRUCTION OFFICER-DC | $3,070.60 | 1 |
| MAINTENANCE & CONSTRUCTION SUPT - SES | $216.26 | 1 |
| MASTER ELECTRICIAN | $1,170.33 | 1 |
| PLACEMENT & TRANSITION SPECIALIST | $1,755.01 | 1 |
| PLUMBER | $2,369.24 | 2 |
| SENIOR CLASSIFICATION OFFICER | $50,121.14 | 12 |
| SENIOR INSPECTOR - DC | $6,154.75 | 3 |
| SENIOR MAINTENANCE MECHANIC | $628.57 | 1 |
| SENIOR REFRIGERATION MECHANIC | $527.45 | 1 |
| SYSTEMS PROJECT ANALYST | $98.69 | 1 |
| VOCATIONAL FOOD SERVICE COORDINATOR | $1,453.49 | 2 |
| **Grand Total** | **$160,297.01** | **170** |

The following collective bargaining agreements contain language regarding the TSD:

- Security Services Unit (SSU) Article 21- Compensation for Temporary Special Duty in Higher Level Position
- FNA Article 21- Compensation for Temporary Special Duty in Higher Position
- AFSCME Article 21- Compensation for Temporary Special Duty in Higher Position

Each of the above agreements contains language that states, "Each time an employee is designated in writing by the employee's immediate supervisor to act in a vacant established position in a higher broadband level than the employee's current broadband level, and performs a major portion of the duties of the higher level position, irrespective of whether the higher level position is funded, for more than 22 workdays within any six consecutive months, the employee shall be eligible to receive a temporary special duty additive in accordance with Rule 60L-32, Florida Administrative Code, beginning with the 23rd day.."

Please note that all of the contract articles for the fiscal year 2020-2021 have been ratified and signed by the Governor.

The agency is not requesting additional appropriations for the use of these additives, as costs associated with the TSD additive will be managed with existing resources.



# Department Level Exhibits and Schedules

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Disability Rights Florida, Inc., v. Florida Department of Corrections |
| **Court with Jurisdiction:** | Second Judicial Circuit, Leon County, Florida |
| **Case Number:** | 2019 CA 2825 |
| **Summary of Complaint:** | Plaintiff claims that the Department failed to come into compliance with the settlement in a timely fashion. |
| **Amount of the Claim:** | The complaint seeks specific performance. |
| **Specific Law(s) Challenged:** | No state law has been challenged. The complaint alleges a breach of the Settlement Agreement entered into by DRF and FDC to settle case no. 4:16-cv-47-RH-CAS (N.D. Fla. 2016). |
| **Status of the Case:** | Settlement has been reached, and implementation of the agreement is underway. **This case is considered closed and will be removed from the report for the next fiscal year.** |
| **Agency Attorneys:** | Erik Figlio, Alexandra Akre, Samuel Walenz, Ausley McMullen, 123 S Calhoun St, Tallahassee, FL 32302. |
| **Plaintiff's Attorneys:** | Dante Trevisani, Esq. and Erica Selig, Florida Justice Institute, Inc., 3750 Miami Tower, 100 S.E. Second Street, Miami, Florida 33131, David Boyer, Esq. and Molly Paris, Esq., Disability Rights Florida, 1930 Harrison Street, Suite 104, Hollywood, Florida 33020, and Sharon Caserta, Morgan & Morgan, 76 South Laura Street, Suite 1100, Jacksonville, Florida 32202. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Alexandria Williams, Chief Legal Counsel     Phone: (850) 717-3603 |
| **Names of the Parties:** | Disability Rights Florida, Inc., On behalf of its Clients and Constituents v. Julie Jones, Secretary, Florida Department of Corrections in her Official Capacity and Florida Department of Corrections, an Agency of the State of Florida |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:18cv179-J-25-JRK |
| **Summary of Complaint:** | Plaintiff claims that the Department by their actions and inactions have deliberately and chronically denied mental health care to individuals with mental illness who were and are confined in inpatient mental health units operated and managed by the Department and due to the patients' confinement in segregated, harsh conditions, their illnesses are exacerbated and due to the segregation and isolation, the patients are denied benefits of many of the Department programs, services and activities. |
| **Amount of the Claim**: | The complaint seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The complaint claims a violation of the Americans with Disabilities Act, and Federal Rehabilitation Act, and the Eighth Amendment of the US Constitution. |
| **Status of the Case:** | On June 29, 2022, the parties filed a second joint motion to modify the settlement agreement.  On July 5, 2022, the court issued an order extending the jurisdiction of the consent decree.  A status conference was held on July 27, 2022, and the court ordered the parties to try and resolve the issue of how to conduct the next round of site visits. |
| **Agency Attorneys:** | Dorothy Burnsed, Esq., and Alexandria Williams, Esq. Department of Corrections, 501 S. Calhoun Street, Tallahassee, Florida 32399. |
| **Plaintiff's Attorneys**: | David Boyer, Esq., 820 1st St. NE, Suite 740, Washington, D.C. 20002, Laura  Renstrom, Esq., and George Schulz, Jr. Holland      & Knight, LLP, Suite 3900, 50 N Laura  St, Jacksonville, Florida 32202, Peter Prescott Sleasman, 4723-B NW 53rd Ave., Gainesville, Florida 32653, and Christopher Jones, Esq. Andrea Costello, Esq., 14260 W. Newberry Road, Suite 412, Newberry, Florida 32669, Kathryn Strobach Esq. and Molly Paris, Esq., 2400 E. Commercial Blvd., Suite 525, Ft. Lauderdale, Florida 33308, and Qian Shen, Esq., 400 South Hope Street, Los Angeles, CA 90071. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                                Department of Corrections

**Contact Person:**              Alexandria  Williams, Chief Legal Counsel          Phone: (850) 717-3603

**Names of the Parties:**       Florida Department of Corrections v. Justin Bates

**Court with Jurisdiction:**     Second Judicial Circuit, Leon County, Florida

**Case Number:**                   2021 CA 002131

**Summary of Complaint:**       The FDC asserts that Bates, through counsel, is abusing the compliance review hearing
request process, as it is provided for in chapter 112 part VI, by making successive
requests which are outside the scope of the part's specified rights and FDC's
corresponding procedures. FDC demands judgment declaring the rights of the parties
under Part VI of Chapter 112, Florida Statutes; injunctive relief requiring the defendant to
follow any declaratory judgment; injunctive relief requiring defendant to follow the
policies and procedures of the FDC as they pertain to Part VI of Chapter 112.

**Amount of the Claim:**          Injunctive and declaratory relief action

**Specific Law(s) Challenged:**  Concerns the interpretation of Part VI of Chapter 112 of the Florida Statutes

**Status of the Case:**           The case was voluntarily dismissed.    **The case is considered closed and will be
removed from the report for the next fiscal year.**

**Agency Attorneys:**             Department of Corrections, 501 S. Calhoun St, Tallahassee, FL 32399-2500.

**Plaintiff's Attorneys:**        Bobi J. Frank, Erica L. Hay 18 NW 33rd Court, Gainesville, FL 32607.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Alexandria Williams, Chief Legal Counsel Phone: (850) 717-3603 |
| **Names of the Parties:** | American Civil Liberties Union of Florida, Inc. v. Florida Department of Corrections, et al., |
| **Court with Jurisdiction:** | Seventeenth Judicial Circuit in and for Broward County |
| **Case Number:** | 2022 CA 421 |
| **Summary of Complaint:** | ACLU brings two claims against the FDC. In count I, ACLU alleges that FDC violated the Public Records Act by failing to provide ACLU with records responsive to its public records request. For relief, ACLU requests that the Court compel FDC to produce the records. In count II, ACLU alleges a violation of section 900.05, Florida Statutes. For relief, ACLU requests that the Court compel FDC to collect and forward data to the Florida Department of Law Enforcement ("FDLE"). |
| **Amount of the Claim**: | Injunctive and declaratory relief action |
| **Specific Law(s) Challenged:** | Concerns the interpretation of section 900.05, Florida Statutes. |
| **Status of the Case:** | The case has settled. **The case is considered closed and will be removed from the report for the next fiscal year.** |
| **Agency Attorneys:** | Florida Department of Corrections, 501 S. Calhoun Street, Tallahassee, Florida 32399. |
| **Plaintiff's Attorneys**: | Michael B. Chavies, Scott E. Allbright, Jr. Akerman LLP, Three Brickell City Centre, 98 Southeast Seventh Street, Suite 1100, Miami FL 33131, Benjamin James Stevenson, ACLU Foundation of Florida 3 W Garden St., Suite 712, Pensacola, FL 32502-5636, Jacqueline Nicole Azis, ACLU Foundation of Florida, 4023 N. Aremenia Ave., Suite 450, Tampa, FL 33607, Daniel Tilley, ACLU Foundation of Florida, 4343 W. Flagler St., Suite 400, Miami, FL 33134. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                    Department of Corrections

**Contact Person:**            Alexandria Williams, Chief Legal Counsel          Phone: (850) 717-3603

**Names of the Parties:**      Human Rights Defense Center v. Mark Inch, et al.

**Court with Jurisdiction:**   United States District Court, Southern District of Florida, West Palm Beach Division

**Case Number:**               21cv81391

**Summary of Complaint:**      Plaintiff claims that the Department has arbitrarily censored three publications produced
                               by Plaintiff and has done so largely with little explanation.

**Amount of the Claim:**       The complaint seeks damages and declaratory and injunctive relief.

**Specific Law(s) Challenged:** No state law has been challenged. The complaint alleges a violation of the Fourteenth
                               Amendment of the US Constitution.

**Status of the Case:**        On August 18, 2022, the court issued an order granting Defendant Inch's motion for
                               summary judgment.  The trial is scheduled to begin August 29, 2022.

**Agency Attorneys:**          Barbara Junge, Esq., and Christopher Kondziela, Esq., Office of the Attorney General,
                               110 S.E. 6th Street, Ft. Lauderdale, Florida 33301.

**Plaintiff's Attorneys:**     Daniel Marshall. Esq. and Jesse Isom, Esq. P.O. Box 1151, Lake Worth, Florida 33460,
                               Michael McGinley, Esq. 2929 Arch Street, Philadelphia, PA 19104, and Eric Hagerman,
                               Esq., 1900 K Street, NW, Washington, DC 20006.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Alexandria Williams, Chief Legal Counsel          Phone: (850) 717-3603 |
| **Names of the Parties:** | Mark Davis, Mark Geralds, Jesse Guardado, Joseph Jordan, Khalid Pasha, Robert Rimmer, John Troy, Steven Stein, and Gray Whitton, on behalf of themselves and all others similarly situated v. Julie Jones, et al. |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:17cv820-J-34PDB |
| **Summary of Complaint:** | The lawsuit is regarding the conditions of confinement and due process rights of inmates who are on death row. |
| **Amount of the Claim**: | The complaint seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The Plaintiffs allege a violation of the Eighth and Fourteenth Amendments of the US Constitution. |
| **Status of the Case:** | The court has approved the settlement agreement.  The department is working towards complying with the terms of the settlement agreement. |
| **Agency Attorney:** | Joe Belitzky, Esq., Office of the Attorney General, PL-01, The Capitol, Tallahassee, Florida 32399. |
| **Plaintiffs' Attorneys**: | Linda McDermott, Esq., 227 N. Bronough St., Suite 4200, Tallahassee, Florida 32301, Martin McClain, Esq., 141 NE 30th Street, Wilton Manors, Florida 33334, and Seth A. Rosenthal, Esq., 575 7th Street NW, Washington, DC 20004, Evan Shea, Esq., and Matthew T. Shea, Esq., 750 E. Pratt Street, Suite 900, Baltimore, MD 21202. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Alexandria Williams, Chief Legal Counsel          Phone: (850) 717-3603 |
| **Names of the Parties:** | William R. Davis v. Barry Reddish and Julie Jones |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:18cv353 |
| **Summary of Complaint:** | Plaintiff challenges the State of Florida's lethal injection protocol that was adopted which uses the drug etomidate as the first drug in a three-drug protocol. |
| **Amount of the Claim:** | The complaint declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The complaint claims a violation of the Eighth and Fourteenth Amendments of the United States Constitution. |
| **Status of the Case:** | The Plaintiff's motion to compel discovery is pending. |
| **Agency Attorneys:** | Joe Belitzky, Esq., Office of the Attorney General, Dept. of Legal Affairs, The Capitol, PL-01, Tallahassee, Florida 32399 and Scott Browne, Esq., Office of the Attorney General, 3507 E. Frontage Road, Suite 200, Tampa, Florida 33607. |
| **Plaintiff's Attorneys:** | Carol Wright, Esq., 400 N. Tampa St., Suite 2700, Tampa, Florida 33602, David Poell, Esq., 70 W. Madison St., Suite 4800, Chicago, Illinois 60602, and Maria DeLiberato, Esq., P.O. Box 18988, Tampa, Florida 33679. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency**: | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney     Phone: (850) 717-3597 |
| **Names of the Parties:** | Dorothy Carter, as the Parent and Natural Guardian of JC a Minor as the Natural Heir of James Carter v. State of Florida, et al. |
| **Court with Jurisdiction:** | Fourteenth Judicial Circuit, Jackson County, Florida |
| **Case Number:** | 2019-CA-603 |
| **Summary of Complaint:** | Plaintiff alleges that James Carter suffered from a number of health issues, including diabetes. Plaintiff alleges that James Carter experienced severe abdominal pain for a period of several days in November 2016 and did not see a licensed medical doctor and was treated with only milk of magnesium. Plaintiff alleges that after several days James Carter was hospitalized with ketoacidosis and eventually passed away on November 15, 2016. |
| **Amount of the Claim**: | Plaintiff seeks actual, compensatory, and punitive damages. |
| **Specific Law(s) Challenged**: | No state law is specifically challenged.  The complaint alleges a violation of the wrongful death act. |
| **Status of the Case:** | The parties are currently engaging in discovery. |
| **Agency Attorney:** | Jeffrey Howell, Esq., 2898-6 Mahan Drive, Tallahassee, FL 32308. |
| **Plaintiff Attorneys:** | Pro Se |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Belinda Chambliss and Lisa M. Jordan Holmes as Co-Personal Representatives of the Estate of De'Metris Jordan v. Florida Department of Corrections, as agency of the State of Florida, et al. |
| **Court with Jurisdiction:** | Nineteenth Judicial Circuit, Martin County, Florida |
| **Case Number:** | 13-1126-CA |
| **Summary of Complaint:** | The Plaintiff alleges that despite the attempt of self-harm by inmate Jordan by placing a noose around his neck, the Department failed to use care for inmate Jordan by providing adequate and proper mental health/medical services to inmate Jordan, a minor. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The complaint claims a violation of 42 U.S.C. §1983, Fourteenth Amendment of the US Constitution, and the Wrongful Death Act. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorneys:** | James O. Williams, Esq. and David O. Doyle, Esq., 50 E. Ocean Blvd., Suite 203, Stuart, Florida 34994. |
| **Plaintiffs' Attorney:** | Andrew Sholtes, Esq., 309 Orange Avenue, Fort Pierce, Florida 34950. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                        Department of Corrections

**Contact Person:**               Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597

**Names of the Parties:**         Theresa Cineus as Personal Representative of the Estate of Gamaliel Cineus v. State of
                                  Florida, Department of Corrections, Centurion of Florida, LLC.

**Court with Jurisdiction:**      United States District Court, Middle District of Florida, Tampa Division

**Case Number:**                  8:21cv1659

**Summary of Complaint:**         This is a death case stemming from allegations that staff failed to provide appropriate
                                  medical care for decedent who died due to having a pulmonary embolism.

**Amount of the Claim:**          The complaint seeks damages.

**Specific Law(s) Challenged:**   No state law is specifically challenged.   The complaint claims violations of 42
                                  U.S.C. §1983 and Eighth Amendment to US Constitution.

**Status of the Case:**           The Department's motion to dismiss is pending.

**Agency Attorneys:**             Thomas Thompson, Esq. and Mallory Brown, Esq., 1330 Thomasville Road,
                                  Tallahassee, Florida 32303 (Atty. For the Department).

**Plaintiff's Attorney:**         Jerry Girley, Esq., 117 E. Marks Street, Suite A, Orlando, Florida 32803.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency**: | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Edwards, Yvonne as Personal Representative for the Estate of Terrance Williams v. Dixon, et al. |
| **Court with Jurisdiction:** | Eighth Judicial Circuit, Union County, Florida |
| **Case Number:** | 2022-CA-9 |
| **Summary of Complaint:** | Plaintiff claims deliberate indifference to the medical needs that resulted in the death of Terrence Williams. Plaintiff alleges that staff failed to treat the decedent for diabetes. |
| **Amount of the Claim**: | Plaintiff seeks actual, compensatory and punitive damages. |
| **Specific Law(s) Challenged**: | No state law is specifically challenged.  The complaint claims a violation of 42 U.S.C. §1983, Fourteenth Amendment of the US Constitution, and the Wrongful Death Act. |
| **Status of the Case:** | Motion for Abatement is pending. |
| **Agency Attorney:** | Anthony Johnson, Esq., Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050. |
| **Plaintiff Attorney:** | Marwan Porter, Porter Law Firm, 5033 SE Federal Hwy, Stuart, FL, 34997. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency**: | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Coleen Eslinger as Personal Rep of the Estate of Alyse Rolnick v.  FDOC, et al., |
| **Court with Jurisdiction:** | United States District Court, Middle District, Jacksonville Division |
| **Case Number:** | 5:20-cv-11 |
| **Summary of Complaint:** | Plaintiff claims deliberate indifference to the medical needs that resulted in the death of Alyse Rolnick during her incarceration at Lowell. Plaintiff alleges that staff failed to treat the decedent for pulmonary Arterial Hypertension (PAH). |
| **Amount of the Claim**: | Plaintiff seeks actual, compensatory and punitive damages. |
| **Specific Law(s) Challenged**: | No state law is specifically challenged.  The complaint claims a violation of 42 U.S.C. §1983, Eighth and Fourteenth Amendments to US Constitution. |
| **Status of the Case:** | Settlement was reached in this case March 31, 2022. **This case is considered closed and will be removed from the report for the next fiscal year.** |
| **Agency Attorneys:** | Mallory Brown, Esq. and Tom Thompson, Esq., Thompson, Crawford, & Smiley, P.A. 1330 Thomasville Rd. Tallahassee, FL 32303. |
| **Plaintiff Attorneys:** | John Klotz, Esq., 510 E. Zaragoza St. Pensacola, Florida 32502 and Eric Stevenson, Esq., 212 W. Intendencia Street, Suite A, Pensacola, Florida 32502. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Leroy Ferrell as Executor of the Estate of Larian Ferrell v. FDC, et al. |
| **Court with Jurisdiction:** | United States District Court, Northern District of Florida, Tallahassee Division |
| **Case Number:** | 4:21-cv-397 |
| **Summary of Complaint:** | Complaint alleges violations of section 1983 for failure to intervene and protect. |
| **Amount of the Claim**: | The complaint seeks compensatory damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  This case is a wrongful death action. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorney:** | Liane Labeouf, Esq., 2898-6 Mahan Dr, Tallahassee, FL 32308. |
| **Plaintiff's Attorney**: | Amber Hall, 113 S. Monroe St, Tallahassee, 32301. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597 |
| **Names of the Parties:** | Denise Frazier, as the Personal Representative for the Estate of Lorenzo Tyrone McCloud v. Florida Department of Corrections |
| **Court with Jurisdiction:** | Second Judicial Circuit, Leon County, Florida |
| **Case Number:** | 2021-CA-136 |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations that the decedent died as a result of a ceiling fan dislodging from its mount and landing on his head and left shoulder. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No specific state law is challenged. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorney:** | Thomas Thompson, Esq. 1330 Thomasville Road, Tallahassee, Florida 32303. |
| **Plaintiff's Attorney:** | Marie Mattox, Esq., 203 North Gadsden Street, Tallahassee, Florida 32301. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney     Phone: (850) 717-3597 |
| **Names of the Parties:** | Dawn Gallashaw, Administrator and Personal Representative for the Estate of Antonio Gallashaw v. William Moody, et al. |
| **Court with Jurisdiction:** | United States District Court, Middle District, Jacksonville Division |
| **Case Number:** | 3:20cv106 |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations that the decedent died as a result of an excessive use of force. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No specific state law is challenged.  The complaint claims a violation of 42 U.S.C. §1983. |
| **Status of the Case:** | Motion for Summary Judgment is pending. |
| **Agency Attorneys:** | Leonard Hackett, Esq. and William Blume, Esq., 4309 Salisbury Road, Jacksonville, Florida 32216 (Defendant FDC); Jamie Reitz, Esq., 5544 Central Avenue, St. Petersburg, Florida 33707 (Defendant Faltz)l Thomas Thompson, Esq. and Mallory Brown, Esq., 1330 Thomasville Road, Tallahassee, Florida 32303 (Defendant Moody). |
| **Plaintiff's Attorney:** | Neil Henrichsen, Esq. 301 W. Bay Street, Suite 1400, Jacksonville, Florida 32202. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597 |
| **Names of the Parties:** | Estate of Glenn Mitchell Hand, by and through Phyllis A. Hand, Personal Representative v. Florida Department of Corrections, et al. |
| **Court with Jurisdiction:** | Eleventh Circuit Court of Appeals, Atlanta, Georgia |
| **Case Number:** | 21-11542 (Eleventh Circuit); 4:20cv66(Northern District); 2019CA1255 (Leon County) |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations staff failed to provide the appropriate medical care and supervision of the decedent who died while in the department custody. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No specific state law is challenged.  The complaint claims a violation of 42 U.S.C. §1983. |
| **Status of the Case:** | The case is currently on appeal.  On January 13, 2021, the Northern District Court dismissed the federal claims and subsequently remanded the state law claims back to state court.  The Leon County case is stayed pending the ruling of the appeal. |
| **Agency Attorneys:** | Thomas Thompson, Esq. and Mallory Brown, Esq., 1330 Thomasville Road, Tallahassee, Florida 32303 (Atty. For the Department). |
| **Plaintiff's Attorney:** | Adam Anderson, Esq. 5 Miracle Strip Loop, Ste. 7, Panama City Beach, Florida 32407. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Andrew Holston, Jr. v. Lars Severson, et al. |
| **Court with Jurisdiction:** | Nineteenth Judicial Circuit, Okeechobee County, Florida |
| **Case Number:** | 2022-CA-78 |
| **Summary of Complaint:** | Complaint alleges violations of section 1983 for failure to intervene and protect decedent from synthetic marijuana. |
| **Amount of the Claim**: | The complaint seeks compensatory and punitive damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  This case is a wrongful death action. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorney:** | David Tadros, Wyland and Tadros, 2505 Metrocentre Blvd, 2nd Floor, West Palm Beach, FL 33407. |
| **Plaintiff's Attorney**: | Pro Se. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Amber Kirkland as PR of the Estate of Antonio Kirkland v. Ricky Dixon, et al. |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Ft. Myers Division |
| **Case Number:** | 2:21-cv-562 |
| **Summary of Complaint:** | Complaint alleges violations of section 1983 for failure to intervene and protect. |
| **Amount of the Claim**: | The complaint seeks compensatory damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  This case is a wrongful death action. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorney:** | Jeff Howell, Esq., 2898-6 Mahan Dr, Tallahassee, FL 32308. |
| **Plaintiff's Attorney**: | James Cook, 314 W Jefferson St, Tallahassee, FL 32301. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                      Department of Corrections

**Contact Person:**              Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597

**Names of the Parties:**        Lorraine & Leo Kubinski, Individually and a Successors-in-Interest to the Estate of
                                 Richard Paul Kubinski, their son v. Joseph Edwards, et al.

**Court with Jurisdiction:**     United States District Court, Middle District of Florida, Jacksonville Division

**Case Number:**                 3:21cv34

**Summary of Complaint:**        This is a wrongful death case stemming from allegations staff failed to provide the
                                 appropriate medical care and treatment of the decedent who suffered from mental illness
                                 and died while in the department's custody.

**Amount of the Claim:**         The complaint seeks damages.

**Specific Law(s) Challenged:**  No specific state law is challenged.  The complaint claims a violation of 42 U.S.C.
                                 §1983.

**Status of the Case:**          Discovery is ongoing.

**Agency Attorney:**             Thomas Buchan, Esq. 2898-6 Mahan Drive, Tallahassee, Florida 32308.

**Plaintiff's Attorney:**        Chigozie Nwankwo, Esq., 222 San Marco Ave., Suite C, St. Augustine, Florida 32084.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Olivia Lee, as surviving spouse and Personal Representative of the Estate of Martavias Watkins v. Florida Department of Corrections, et al. |
| **Court with Jurisdiction:** | Eleventh Judicial Circuit, Miami-Dade County, Florida |
| **Case Number:** | 2021-CA-27256 |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations that staff failed to properly diagnose and treat the decedent who had a tracheotomy. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No specific state law is challenged. The complaint claims a violation of 42 U.S.C. §1983. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorney:** | Daniel Foodman, Esq., 777 Brickell Avenue, Suite 500, Miami, Florida 33131. |
| **Plaintiff's Attorneys:** | Judd Rosen, Esq., Brett Rosen, Esq., Mustafa Dandashly, Esq., 2 South Biscayne Blvd., Suite 3650, Miami, Florida 33131. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                          Department of Corrections

**Contact Person:**                  Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597

**Names of the Parties:**            Jatoon Moss as the Personal Representative of the Estate of Craig Ridley v. Ricky Dixon, et al.

**Court with Jurisdiction:**         United States District Court, Middle District, Jacksonville Division

**Case Number:**                     3:21-cv-1026

**Summary of Complaint:**            Complaint alleges violations of section 1983 for failure to intervene and wrongful death.

**Amount of the Claim:**             The complaint seeks damages.

**Specific Law(s) Challenged:**      No specific state law is challenged.

**Status of the Case:**              Discovery is ongoing.

**Agency Attorney:**                 Michael Andrew Price, Esq., 4309 Salisbury Road, Jacksonville, FL 32216.

**Plaintiff's Attorney:**            James Cook, Esq., 314 W Jefferson St. Tallahassee, FL 32301.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                    Department of Corrections

**Contact Person:**            Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597

**Names of the Parties:**      Kenna Myles, as Executor de son Tort of The Estate of Anthony Spencer, Jr., and on
                               behalf of survivors, Kenna Myles, and Anthony Spencer, Sr. v. Florida Department of
                               Corrections, et al.

**Court with Jurisdiction:**   Second Judicial Circuit, Leon County, Florida

**Case Number:**               2020-CA-1695

**Summary of Complaint:**      This is a wrongful death case stemming from allegations staff failed to protect decedent
                               and failed to provide proper medical care of the decedent who died as a result of an
                               assault.

**Amount of the Claim:**        The complaint seeks damages.

**Specific Law(s) Challenged:** No specific state law is challenged.  The complaint claims a violation of 42 U.S.C.
                               §1983.

**Status of the Case:**         Discovery is ongoing.

**Agency Attorneys:**           Thomas Thompson, Esq. and Mallory Brown, Esq., 1330 Thomasville Road,
                                Tallahassee, Florida 32303.

**Plaintiff's Attorney:**       Amber Hall, Esq., 820 East Park Avenue, Building B, Tallahassee, Florida 32301.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                  Department of Corrections

**Contact Person:**          Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597

**Names of the Parties:**    Laryssa Rice, Individually, and as Personal Representative of the Estate of Travis Rice,
                             deceased v. Florida Department of Corrections et al.

**Court with Jurisdiction:** United States District Court, Middle District of Florida, Jacksonville Division

**Case Number:**             3:20cv1206

**Summary of Complaint:**    This is a wrongful death case stemming from allegations the decedent was strangled to
                             death while in the Department's custody.

**Amount of the Claim:**      The complaint seeks damages.

**Specific Law(s) Challenged:** No specific state law is challenged.  The complaint claims a violation of 42 U.S.C.
                             §1983.

**Status of the Case:**       Discovery is ongoing.

**Agency Attorneys:**         Leonard Hackett, Esq., and Vincent Cano, Esq. 4309 Salisbury Road, Jacksonville,
                              Florida 32216 (Attorneys for FDC); Thomas Thompson, Esq., 1330 Thomasville Road,
                              Tallahassee, Florida 32303. (Attorney for Individual Defendants).

**Plaintiff's Attorneys:**    Farnita Hill, Esq. and Adrian Mendiondo, Esq., 333 W. Vine Street, Suite 1200,
                              Lexington, KY 40507, Thomas Fichtelman, Esq., 2601 N. Ponce De Leon Blvd., St.
                              Augustine, Florida 32084.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**      Department of Corrections

**Contact Person:**      Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597

**Names of the Parties:**      Robert Pernell Rowe, Sr. and Normal Jean Rowe as the personal representative of the Estate of Rudolph Pernell Rowe, Jr. v. Julie Jones, et al

**Court with Jurisdiction:**      Seventh Judicial Circuit, St. Johns County, Florida

**Case Number:**      2018 CA 1547

**Summary of Complaint:**      This is a wrongful death case stemming from allegations that the decedent suffered a traumatic brain injury that affected his mental health and cognitive abilities related to excessive physical force on part of the Department's employees and medical staff. Decedent was admitted to the Mental Health Unit at Lake Correctional Institution and on December 23, 2016, Decedent was found unresponsive, leaning over the toilet of his cell having vomited. Plaintiff claims that the defendants failed to adhere to the notice and due process requirements of the Informed Consent Law.

**Amount of the Claim:**      The complaint seeks damages.

**Specific Law(s) Challenged:**      945.48 Florida Statues (2016), 766.103 Florida Statues (2018), 42 U.S.C. § 1983,

**Status of the Case:**      Discovery is ongoing.

**Agency Attorney:**      Leonard Hackett, Esq., 4309 Salisbury Road, Jacksonville, FL 32216. (Atty. For the Department).

**Plaintiff's Attorney:**      Shannon Brook Schott, Esq., 135 W. Adams Street, Jacksonville, Florida 32202.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Barbara Scayles, as Personal Representative of the Estate of Ulysses G. Williams; Julie McAfee on behalf of Alyssa Williams, a minor; Alyssa Williams, a legal minor; and Nicole Berrios, on behalf of Peyton Berrios, a minor v. Mark Inch, Secretary of Florida Department of Corrections |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:19cv1311 |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations that staff failed to provide the appropriate medical care to the decedent and as a result he suffered a myocardial infarction and died. |
| **Amount of the Claim**: | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The complaint claims a violation of 42 U.S.C. §1983. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorneys:** | Leonard Hackett, Esq., and William Blume, Esq., 4309 Salisbury Road, Jacksonville, Florida 32216. |
| **Plaintiff's Attorney**: | Kevin Anderson, Esq., 500 S. Australian Ave., 6th Floor, West Palm Beach, Florida 33401. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney     Phone: (850) 717-3597 |
| **Names of the Parties:** | Douglas B. Stalley as the Personal Representative of the Estate of Jose Gregory Villegas v. Cumbie, et. al |
| **Court with Jurisdiction:** | Eleventh Circuit Court of Appeals, Atlanta, Georgia |
| **Case Number:** | 5:19-cv-00280 (Middle District);  22-10881 (Eleventh Circuit) |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations that the Department failed to provide proper medical care for the decedent when he was found unresponsive in his cell due to the ingestion of the K-2 drug. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged. |
| **Status of the Case:** | Defendants' motion for summary judgment was granted.  The case is currently on appeal. |
| **Agency Attorney:** | Jeffrey Weiss, Esq., 111 N Orange Ave, Suite 2000, Orlando, FL 32801. |
| **Plaintiff's Attorney:** | Alan Landerman, Esq., 225 E Robinson St., Suite 475, Landmark Center Two, Orlando, FL 32801. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597 |
| **Names of the Parties:** | Monica Stone as Personal Representative of the Estate of Christopher Cox v. Robert Hendry, et al. |
| **Court with Jurisdiction:** | Nineteenth Judicial Circuit, Martin County, Florida |
| **Case Number:** | 2017 CA 291 |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations by the Plaintiff that former inmate Christopher Cox was murdered by a fellow inmate and the correctional officers and personnel at the prison were negligent when they failed to timely respond to the other inmates in Cox's dormitory, calls and signals for help.  The Plaintiff also alleges that staff were negligent in rendering aid in a timely manner to Cox who should have never been placed in a cell with his attacker. |
| **Amount of the Claim**: | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged. |
| **Status of the Case:** | Discovery is ongoing. |
| **Agency Attorneys:** | Phillip B. Wiseberg, Esq. and James O. Williams, Jr., Esq., 11300 U.S. Highway One, Suite 300, North Palm Beach, Florida 33408 (Defendants Hendry and Fiepel). Christopher J. Whitelock, Esq., 300 SE 13th Street, Ft. Lauderdale, Florida 33316 (Defendants Rose and Bailes).  Barry A. Postman, Esq., 1645 Palm Beach Lakes Blvd., West Palm Beach, Florida 33401 (Defendant Conrad). |
| **Plaintiff's Attorney**: | James Cook, Esq., 314 West Jefferson Street, Tallahassee, FL 32301. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597 |
| **Names of the Parties:** | Wilfred Wilkerson as the personal representative of the Estate of Randall David Wilkerson v. Florida Department of Corrections, et al. |
| **Court with Jurisdiction:** | Sixteenth Judicial Circuit, Union County, Florida |
| **Case Number:** | 2018 CA 90 |
| **Summary of Complaint:** | This is a wrongful death case stemming from allegations that the Department failed to properly classify, house, and supervise the decedent and negligently failed to timely come to his aid when decedent was attacked and brutally beaten by his cellmate. |
| **Amount of the Claim:** | The complaint seeks damages. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged. |
| **Status of the Case:** | The case has settled. **This case is considered closed and will be removed from the report for the next fiscal year.** |
| **Agency Attorney:** | Michael Price, Esq., 4309 Salisbury Road, Jacksonville, FL 32216. (Atty.  For  Department). |
| **Plaintiff's Attorney:** | Jared Wilkerson, Esq., 3955 Riverside Avenue, Suite 203, Jacksonville, FL 32205. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

**Agency:**                        Department of Corrections

**Contact Person:**                Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597

**Names of the Parties:**          William Melendez, Ricky Dixon, et al.

**Court with Jurisdiction:**       United States District Court, Middle District of Florida, Jacksonville

**Case Number:**                   3:20-cv-1023

**Summary of Complaint:**          Plaintiff alleges that the conditions of confinement in Florida's Close Management
                                   housing status constitutes an 8th Amendment violation, a due process claim regarding
                                   Plaintiff's assignment to Close Management, and Excessive Force, Retaliation, and ADA
                                   violations.

**Amount of the Claim**:           The complaint seeks injunctive relief and compensatory damages.

**Specific Law(s)**
**Challenged:**                    8th Amendment, 14th Amendment, section 1983, ADA

**Status of the Case:**            Discovery is ongoing.

**Agency Attorney:**               Samantha Baker, 3507 E. Frontage Rd, Tampa, FL 33607.

**Plaintiff's Attorney**:          Maggie Filler, 375 E Chicago Ave, Chicago, IL 60611.

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Alexandria Williams, Chief Legal Counsel        Phone: (850) 717-3603 |
| **Names of the Parties:** | Jac'Quann (Admire) Harvard, et al.  v. Mark Inch, in his official capacity as Secretary of the Florida Department of Corrections, and Florida Department of Corrections, an Agency of the State of Florida |
| **Court with Jurisdiction:** | United States District Court, Northern District of Florida, Tallahassee Division |
| **Case Number:** | 4:19cv212-MW-CAS |
| **Summary of Complaint:** | Plaintiffs allege that the policies and practices of the Department subject Plaintiffs and Plaintiff class to a risk of serious harm and deprives them of the minimal civilized measure of life's necessities and human dignity through excessive and inappropriate use of isolation. |
| **Amount of the Claim**: | The complaint seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The complaint claims a violation of the Eighth and Fourteenth Amendments of the US Constitution, ADA, and Rehabilitation Act. |
| **Status of the Case:** | On July 25, 2022, the court issued an order denying the motion for class certification.  On July 27, 2022, the court issued an order denying the department's motion for partial summary judgment.  A trial date has not been set. |
| **Agency Attorneys:** | Daniel Gerber, Esq. and Samantha Duke, Esq., 300 S. Orange Avenue, Orlando, Florida 32801 and Nicole Smith, Esq., 101 North Monroe Street, Ste. 120, Tallahassee, Florida 32301. |
| **Plaintiffs' Attorneys**: | Christopher Jones, Esq. and Andrea Costello, Esq., 14260 W. Newberry Road, Suite 412, Newberry, Florida 32669, Rebecca Klonel, Esq. and Maite Garcia, Esq., P.O. Box 533986, Orlando, Florida 32853, Dante Pasquale Trevisani, Esq., Kara Wallis, Esq., 2 S. Biscayne Blvd., 32nd Floor, Miami, Florida 33131, Kelly Knapp, Esq., P.O. Box 12463, Miami, Florida 33101, Krista Dolan, Esq.. 106 E. College Ave., Suite 1010, Tallahassee, Florida 32301, Lori E. Rifkin, Esq., 3630 High Street, Suite 18917, Oakland, CA 94619. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Katie Jackson, Assistant General Counsel        Phone: (904) 431-6854 |
| **Names of the Parties:** | Donald Martinetti v. Kenneth S. Tucker, Secretary of the Florida Department of Corrections, in his official capacity |
| **Court with Jurisdiction:** Division | United States District Court, Southern District of Florida, West Palm Beach |
| **Case Number:** | 11cv81146-Hurley/Hopkins |
| **Summary of Complaint:** | Plaintiff alleges that he is confined to a wheelchair due to degenerative disc disease of the spine.  Plaintiff claims that the Department failed to comply with the ADA act by failing to develop a transition plan for structural compliance for facilities built after 1992 and failed to make modifications to allow compliance with the act in facilities built.  Plaintiff also alleges that there was a failure to follow a medical specialist's recommendations, failure to provide disability aids, and failure to have the ADA coordinator respond to grievances.  The case has been settled. |
| **Amount of the Claim**: | The complaint seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The complaint claims a violation of Title II of the ADA and Rehabilitation Act. |
| **Status of the Case:** | The parties entered into a settlement agreement in December 2012; however, the Plaintiff subsequently filed a motion to re-open the case and enforce the stipulations of settlement. The parties are working towards submitting a proposed stipulated order to resolve the motion.  The case has been settled, however the Plaintiff claims FDC has failed to comply with the terms of the settlement.  The parties are working on drafting the terms of a mutually agreeable order in an attempt to resolve the case. **There has been no activity in the case since June 22, 2016, and the inmate is no longer in our custody. Due to lack of activity, we will remove this case from future reports.** |
| **Agency Attorneys:** | John Bajger, Esq. Office of the Attorney General, 1515 N. Flagler Drive, 9th Floor, West Palm Beach, Florida 33401. |
| **Plaintiff's Attorneys**: | Karen Marcell, Esq., and Michael Colgan, Esq., Katzman, Garfinkel and Berger, 300 North Maitland Avenue, Maitland, Florida 32751 and Lawrence Fuller, Esq., Fuller and Fuller, PA., 12000 Biscayne Blvd., Suite 609, North Miami, Florida 33181. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Jabbaar Abdul A/K/A Mujaahid Abdul Jabaar, v. Mark Inch and Jerrod Hunter |
| **Court with Jurisdiction:** | United States District Court, Northern District of Florida, Tallahassee Division |
| **Case Number:** | 4:21-cv-153-MW/MJF |
| **Summary of Complaint:** | Plaintiff claims that staff forced him to shave his beard, which is maintained as part of his faith. |
| **Amount of the Claim**: | Plaintiff seeks nominal, compensatory, punitive damages, and injunctive relief. |
| **Specific Law(s) Challenged**: | No specific state law is challenged. The Plaintiff alleges a violation of 42 U.S.C. §2000 (RLUIPA), and the First Amendment of the US Constitution. |
| **Status of the Case:** | The case is stayed pending the outcome of *Sims v. Inch*, 11th Cir.  Case number 19-13745. |
| **Agency Attorney:** | Kristen Lonergan, Esq., Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050. |
| **Plaintiff Attorney:** | Pro Se |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597 |
| **Names of the Parties:** | Jarrod Blackwood, v. Mark Inch |
| **Court with Jurisdiction:** | Second Judicial Circuit, Leon County, Florida |
| **Case Number:** | 2021-CA-00511 |
| **Summary of Complaint:** | Plaintiff is an adherent to the Islamic faith and alleges that he is required to grow his beard to a fist length. Plaintiff alleges that he has been compelled to shave his beard below one-half inch. |
| **Amount of the Claim**: | Plaintiff seeks nominal and compensatory damages and injunctive relief. |
| **Specific Law(s) Challenged**: | The Plaintiff alleges a violation of Article I, Section 3 of the Florida Constitution, Section 761.03, Florida Statutes, and the Fourteenth Amendment of the US Constitution. |
| **Status of the Case:** | Defendant's motion to dismiss and motion to stay discovery filed August 2, 2021, are pending. |
| **Agency Attorney:** | Kristen Lonergan, Esq., Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050. |
| **Plaintiff Attorney:** | Pro Se |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney     Phone: (850) 717-3597 |
| **Names of the Parties:** | Walker Davis  v. Mark Inch |
| **Court with Jurisdiction:** | United States District Court, Southern District of Florida, Fort Pierce Division |
| **Case Number:** | 2:21-cv-14106 |
| **Summary of Complaint:** | Inmate claims that the grooming policy violated his 1st Amendment right to freely practice his religion under the Religious Land Use Institutionalized Persons Act (RLUIPA), prohibiting him from growing a fist length beard (about 3 1/2 - 4 inches). |
| **Amount of the Claim**: | Plaintiff seeks injunctive relief. |
| **Specific Law(s) Challenged**: | No specific state law is challenged. The Plaintiff alleges a violation of 42 U.S.C. §2000 (RLUIPA), and the First Amendment of the US Constitution. |
| **Status of the Case:** | The case is stayed pending the outcome of *Sims v. Inch*, 11th Cir.  Case No. 19-13745. |
| **Agency Attorney:** | Christopher M. Kondziela, Esq., 110 S.E. 6th Street, 10th Floor, Fort Lauderdale, Florida 33301. |
| **Plaintiff Attorney:** | Pro Se |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency**: | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Abdul Hakeem Jahmal Naseer Shabazz a.k.a. Owen Denson, Jr. v. Mark S. Inch, Sec'y, Fla. D.O.C. |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Fort Myers Division |
| **Case Number:** | 2:17-cv-00648-JES-UAM |
| **Summary of Complaint:** | Plaintiff, a Sunni Muslim, claims that enforcement of the grooming policy limiting his beard to no longer than 1/2" violates his rights under RLUIPA. |
| **Amount of the Claim**: | Plaintiff seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged**: | No state laws is specifically challenged.  The Plaintiff alleges a violation of 42 U.S.C. §2000 (RLUIPA) |
| **Status of the Case:** | A jury trial is set for November 2022. |
| **Agency Attorney:** | Caryn Siperstein Klein, Esq.,Office of the Attorney General, 1515 North Flagler Drive, Suite 900, West Palm Beach, FL 33401. |
| **Plaintiff Attorneys:** | Victor R. Bermudez, Esq. & Todd B. Allen, Esq., 13180 Livingston Road, Suite 206, Naples, FL 34109. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency**: | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney      Phone: (850) 717-3597 |
| **Names of the Parties:** | Abdul Hakeem Jahmal Naseer Shabazz a.k.a. Owen Denson, Jr. v. Mark S. Inch, Sec'y, Fla. D.O.C. |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Fort Myers Division |
| **Case Number:** | 2:20-cv-358 |
| **Summary of Complaint:** | Plaintiff alleges conspiracy in an attempt to shave his beard in violation of a temporary restraining order and realleges the same claims raised in case 2:17-cv-00648-JES-UAM. |
| **Amount of the Claim**: | Plaintiff seeks declaratory relief, injunctive relief, and $50,000 in punitive damages. |
| **Specific Law(s) Challenged**: | No state laws is specifically challenged. The Plaintiff alleges a violation of 42 U.S.C. §2000 (RLUIPA), Religious Freedom Restoration Act of 1993, 1st, 8th, and 14th Amendment rights. |
| **Status of the Case:** | Motion to Dismiss granted July 22, 2022. |
| **Agency Attorneys:** | Caryn Siperstein Klein, Esq.,Office of the Attorney General, 1515 North Flagler Drive, Suite 900, West Palm Beach, FL 33401. |
| **Plaintiff Attorney:** | Pro se |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney        Phone: (850) 717-3597 |
| **Names of the Parties:** | Durrell Sims v. Mark Inch |
| **Court with Jurisdiction:** | Nineteenth Judicial Circuit Court, Martin County, Florida |
| **Case Number:** | 2020CA181 |
| **Summary of Complaint:** | Plaintiff alleges that the Department is violating his rights to practice his religion by shaving his beard. |
| **Amount of the Claim**: | The complaint seeks damages and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged. |
| **Status of the Case:** | The Department's motion to dismiss is pending. |
| **Agency Attorney:** | Caryn Siperstein-Klein, Esq., Office of the Attorney General, 110 S.E. 6th Street, 10th Floor, Ft. Lauderdale, Florida 33301. |
| **Plaintiff Attorney:** | Pro Se. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Durrell Sims v. Mark Inch |
| **Court with Jurisdiction:** | Eleventh Circuit Court of Appeals, Atlanta, Georgia |
| **Case Number:** | 19-13745(Eleventh Circuit); 4:16cv49(Northern District) |
| **Summary of Complaint:** | Plaintiff alleges that the Department's grooming policy violates his rights under the First Amendment and RLUIPA to practice his religion freely by prohibiting him from wearing a fist length beard. |
| **Amount of the Claim**: | The complaint seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The Complaint claims a violation of the First Amendment of the United States Constitution and RLUIPA. |
| **Status of the Case:** | The District Court issued an order granting the injunction to allow the Plaintiff to wear a fist length beard.  The case is currently on appeal.  Oral arguments were held on May 14, 2021. |
| **Agency Attorney:** | James Hamilton Percival, II, Esq., Office of the Attorney General, Department of Legal Affairs, PL-01, The Capitol, Tallahassee, Florida 32399. |
| **Plaintiff's Attorneys:** | Paul Hancock, Esq., Olivia Kelman, Esq., and Joshua Carpenter, Esq. 200 S. Biscayne Blvd., Suite 3900, Miami, Florida 33131. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Jamal Sultan v. Ricky Dixon, et al. |
| **Court with Jurisdiction:** | United States District Court, Middle District of Florida, Ocala Division |
| **Case Number:** | 5:21cv590 |
| **Summary of Complaint:** | Plaintiff alleges that the Department's grooming policy violates his rights under the First and Fourteenth Amendments and RLUIPA to practice his religion freely by prohibiting him from wearing a fist length beard. |
| **Amount of the Claim**: | The complaint seeks declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The Complaint claims a violation of the First and Fourteenth Amendments of the United States Constitution and RLUIPA. |
| **Status of the Case:** | On March 4, 2022, the court issued an order staying the case pending a resolution in *Sims v. Inch*,  Case No. 19-13745. |
| **Agency Attorney:** | Kelly Forren, Esq., Office of the Attorney General, Office of the Attorney General, Department of Legal Affairs, PL-01, The Capitol, Tallahassee, Florida 32399. |
| **Plaintiff's Attorney:** | Pro Se. |

**Schedule VII: Agency Litigation Inventory**
**Significant Litigation Impacting Budget, Policy, or Agency Functions**
**August 23, 2022**

| | |
|---|---|
| **Agency:** | Department of Corrections |
| **Contact Person:** | Sean J. Anderson, Executive Senior Attorney    Phone: (850) 717-3597 |
| **Names of the Parties:** | Lester Watson v. Mark Inch, et al. |
| **Court with Jurisdiction:** | United States District Court, Southern District of Florida, Miami Division |
| **Case Number:** | 21-21945 |
| **Summary of Complaint:** | Plaintiff alleges that the Department's grooming policy violates his rights under the First and Fourteenth Amendments and RLUIPA to practice his religion freely by prohibiting him from wearing a fist length beard. |
| **Amount of the Claim**: | The complaint seeks damages and declaratory and injunctive relief. |
| **Specific Law(s) Challenged:** | No state law is specifically challenged.  The Complaint claims a violation of the First and Fourteenth Amendments of the United States Constitution and RLUIPA. |
| **Status of the Case:** | On August 13, 2021, the court issued an order staying the case pending a resolution in *Smith v. Dozier*, No. 19-3520 and *Sims v. Inch*, No. 19-13745. |
| **Agency Attorney:** | Christopher Kondziela, Esq., Office of the Attorney General, 110 S.E. 6th Street, 10th Floor, Ft. Lauderdale, Florida 33301. |
| **Plaintiff's Attorney:** | Omar Selah, Esq., 8076 N. 56th Street, Tampa, Florida 33617. |





Name of Agency: DEPARTMENT OF CORRECTIONS/OFFICE OF THE SECRETARY
Division/Comparable:
Bureau/Comparable:
Section/Subsection:

# SECRETARY'S OFFICE

**CURRENT**

DEPARTMENT OF CORRECTIONS .
CHIEF EXECUTIVES
LEVEL 3 - EXECUTIVE
SECRETARY OF CORRECTIONS
70000001
10-1011-03(9886) 025(950)

**CHIEF OF STAFF**
EXECUTIVE SEC & EXEC ADMIN ASSISTANTS
LEVEL 4 – OFFICE/ADMINISTRATIVE SUPPORT
EXECUTIVE ASSISTANT I - SES
**70000584**
43-6011-04(0718) 006(422)

SECURITY & INSTITUTIONAL MGMT .
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DEPUTY SECRETARY-DC
70000005
10-1021-02(9887) 024(950)

COMMUNITY CORRECTIONS .
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 2 - EXECUTIVE
ASST SECRETARY FOR COMMUNITY CORRECTIONS
70000100
10-9151-02(9889) 024(940)

HEALTH SERVICES .
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
70015231
10-9111-02(7878) 024(860)

PROGRAMS AND RE-ENTRY .
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DIRECTOR OF PROGRAMS AND RE-ENTRY
70031382
10-1021-02(7040) 025(940)

CHIEF OF STAFF .
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
CHIEF OF STAFF-DC
70003059
10-1021-02(9892) 024(940)

INSPECTOR GENERAL .
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
INSPECTOR GENERAL-DC
70000583
10-1021-02(5100) 024(940)

GENERAL COUNSEL .
MANAGERS, ALL OTHER
LEVEL 2 - EXECUTIVE
GENERAL COUNSEL-DC
70005396
10-9199-02(8958) 024(940)



Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: DEPUTY  SECRETARY/SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG III
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG IV

Bureau/Comparable: CLASSIFICATION MANAGEMENT
Bureau/Comparable: ADMISSION & RELEASE
Bureau/Comparable: COLLECTION & INTERDICTION
Bureau/Comparable: INTELLIGENCE & ANALYTICAL SUPPORT
Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection: RECORDS DISTRIBUTION CENTER
Section/Subsection: POPULATION MANAGEMENT
Section/Subsection: PREA
Section/Subsection: AUDITS
Section/Subsection: EMERGENCY MANAGEMENT
Section/Subsection: EAC

**CURRENT**

**DEPARTMENT OF CORRECTIONS**
CHIEF EXECUTIVES
LEVEL 3 - EXECUTIVE
**SECRETARY OF CORRECTIONS**
70000001
10-1011-03(9886)                                  **025(950)**

**SECRETARY'S OFFICE**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DEPUTY SECRETARY-DC
**70000005**
10-1021-02(9887)                          024(950)

**SECURITY & INSTITUTIONAL OPERATIONS**
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
OFFICE AND ADMINISTRATIVE SUPPORT
EXECUTIVE ASSISTANT I - SES
**70000584**
43-6011-04(0718)                          006(422)

**SECURITY & INSTITUTIONAL OPERATIONS**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DIRECTOR OF INSTITUTIONS
**70000068**
10-1021-02(9888)                          024(940)

**SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST**
MANAGERS, ALL OTHER
LEVEL 1 - EXECUTIVE
REGIONAL DIRECTOR OF INSTITUTIONS-DC
Region I – 70033898
Region II –70005813
Region III-70005815
Region IV -70005637
10-9199-01(8271)                          023(930)

**INSTITUTIONAL OPERATIONS**
MANAGERS, ALL OTHER
LEVEL 1 – EXECUTIVE
DIRECTOR OF INSTITUTIONAL OPERATIONS
**70000025**
10-9199-01(5180)                          023(920)

**RECORDS RETENTION CENTER**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR
**70031245** – Region II
11-9199-02(8058)                          020(423)

**INTELLIGENCE & ANALYTICAL SUPPORT**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGERS
CHIEF OF INTELLIGENCE & ANALYTICAL SUPPORT
**70027289**
11-9199-03(8089)                          021(530)

**INSTITUTIONAL OPERATIONS**
GENERAL AND OPERATIONS MANAGERS
LEVEL 3 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**70021365**
11-1021-04(9032)                          022(550)

**SECURITY OPERATIONS**
MANAGERS, ALL OTHERI
LEVEL 3 – MANAGER
CHIEF OF SECURITY OPERATIONS - DC
**70000070**
11-9199-03(5181)                          021(540)

**SECURITY OPERATIONS (PREA)**
GENERAL AND OPERATIONS MANAGERS
LEVEL 3 – MANAGER
OPERATIONS MANAGER C-SES
**70035328**
11-1021-02(9119)                          020(426)

**INSTITUTION OPERATIONS**
ENGINEERING, ALL OTHER
LEVEL 4 - ARCHITECT/SURVYOR/CARTOGR/ENGR
UTILITIES SYSTEM/ENGINEERING SPEC-SES
**70033832**
17-2199-04(4678)                          011(428)

**Emergency Management**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70026530**
11-1021-02(9119)                          020(426)

DIR. OF INSTITUTIONS

**CURRENT**

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: DEPUTY SECRETARY/SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG III
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG IV

Bureau/Comparable:  CLASSIFICATION MANAGEMENT
Bureau/Comparable:  ADMISSION & RELEASE
Bureau/Comparable:  COLLECTION & INTERDICTION
Bureau/Comparable:  INTELLIGENCE & ANALYTICAL SUPPORT
Bureau/Comparable:  SECURITY OPERATIONS

Section/Subsection: RECORDS DISTRIBUTION CENTER
Section/Subsection: POPULATION MANAGEMENT
Section/Subsection: PREA
Section/Subsection: AUDITS
Section/Subsection: EMERGENCY MANAGEMENT
Section/Subsection: EAC



DIR. INSTITUTIONAL OPERATIONS - DIRECTOR

Name of Agency:      DEPARTMENT OF CORRECTIONS

Division/Comparable: DEPUTY  SECRETARY/SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: COLLECTION & INTERDICTION
Bureau/Comparable: INTELLIGENCE & ANALYTICAL SUPPORT
Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection: POPULATION MANAGEMENT
Section/Subsection: PREA
Section/Subsection: AUDITS
Section/Subsection: EMERGENCY MANAGEMENT
Section/Subsection: EAC

**CURRENT**



**SECURITY & INSTITUTIONAL OPERATIONS**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DIRECTOR OF INSTITUTIONS
**70000068**
10-1021-02(9888)                                          024(940)

**INSTITUTION OPERATIONS**
MANAGERS, ALL OTHER
LEVEL 1 – EXECUTIVE
DIRECTOR OF INSTITUTIONAL OPERATIONS
**70000025**
10-9199-01(5180)                                          023(920)

**INSTITUTION OPERATIONS**
MANAGEMENT ANALYSTS
LEVEL 4 -BUSINESS OPERATIONS
MANAGEMENT REVIEW SPECIALIST-SES
**70023736**
13-1111-04(2239)                                          010(424)

**INSTITUTION  OPERATIONS**
GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**70021365**
11-1021-04(9032)                                          022(550)

**INTELLIGENCE & ANALYTICAL SUPPORT**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGERS
CHIEF OF INTELLIGENCE & ANALYTICAL SUPPORT
**70027289**
11-9199-03(8089)                                          021(530)

**SECURITY OPERATIONS**
MANAGERS, ALL OTHERI
LEVEL 3 - MANAGER
CHIEF OF SECURITY OPERATIONS - DC
**70000070**
11-9199-03(5181)                                          021(540)

**INSTITUTION OPERATIONS**
ENGINEERING, ALL OTHER
LEVEL 4 - ARCHITECT/SURVYOR/CARTOGR/ENGR
UTILITIES SYSTEM/ENGINEERING SPEC-SES
**70033832**
17-2199-04(4678)                                          011(428)

**COLLECTION & INTERDICTION**
FIRST-LINE SUPV/MGR OF CORR ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
CO- COLONEL- INTERDICTION INTELLIGENCE SUPERVISOR
**7002911**
33-1011-06(8017)                                          012(507)

**INTELLIGENCE & ANALYTICAL SUPPORT**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70002908**
11-9199-02(8094)                                          020(425)

**Emergency Management**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70026530**
11-1021-02(9119)                                          020(426)

**SECURITY OPERATIONS (PREA)**
GENERAL AND OPERATIONS MANAGERS
LEVEL 3 – MANAGER
OPERATIONS MANAGER C-SES
Working Title PREA COORDINATOR
**70035328**
11-1021-02(9119)                                          020(426)

DEPUTY DIR. INSTITUTIONAL OPERATIONS

Name of Agency:        DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable:  COLLECTION & INTERDICTION
Bureau/Comparable:  INTELLIGENCE & ANALYTICAL SUPPORT
Bureau/Comparable:  SECURITY OPERATIONS

Section/Subsection: POPULATION MANAGEMENT
Section/Subsection EMERGENCY  MANAGEMENT
Section/Subsection PREA
Section/Subsection AUDITS

**CURRENT**

**INSTITUTION OPERATIONS**
MANAGERS, ALL OTHER
LEVEL 1 – EXECUTIVE
DIRECTOR OF INSTITUTIONAL OPERATIONS
**70000025**
10-9199-01(5180)                                    023(920)

**INSTITUTION  OPERATIONS**
GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**7002136S**
11-1021-04(9032)                                    022(550)

**SECURITY OPERATIONS**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF SECURITY OPERATIONS - DC
**70000070**
11-9199-03(5181)                    021(540)

**INSTITUTION OPERATIONS**
ENGINEERING, ALL OTHER
LEVEL 4 - ARCHITECT/SURVYOR/CARTOGR/ENGR
UTILITIES SYSTEM/ENGINEERING SPEC - SES
**70033832**
17-2199-04(4678)                    011(428)

**SECURITY OPERATIONS (PREA)**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS MANAGER C- SES
Working Title PREA COORDINATOR
**70035328**
11-1021-02(9119)                    020(426)

**SECURITY OPERATIONS**
(Emergency Management)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C – SES
**70026530**
11-1021-02(9119)                    020(426)

**SECURITY OPERATIONS**
(Audits)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70029085**
11-1021-02(9119)                    020(426)

**INSTITUTION OPERATIONS**
ENGINEERING, ALL OTHER
LEVEL 3 - ARCHITECT/SURVYOR/CARTOGR/ENGR
ENGINEERING SPECIALIST IV
**70036361**
17-2199-03(4635)                    09(026)

**SECURITY OPERATIONS**
(PREA)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70014840**
13-1111-04(8058)                    010(023)

**INSTITUTION  OPERATIONS**
(Emergency Management)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70020724**
11-9199-02(80S8)                    020(423)

**SECURITY OPERATIONS**
(Population Management)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70033822**
11-1021-02(9119)                    020(426)

**SECURITY OPERATIONS**
(Emergency Management)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ASST. ADMINISTRATOR - SES
**70026272**
11-9199-02(8055)                    020(421)

**SECURITY OPERATIONS**
(PREA)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70031163**
13-1111-04(8058)                    010(023)

**SECURITY OPERATIONS**
(Emergency Management)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70042266**
11-9199-02(8058)                    020(423)

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON **(7)**
**700**03307,70003308, 0022193,70022194,
70022196,70024393,70035864
**33-9099-02(1353)**                    06(017)

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS- NON SWORN
LEVEL 1- MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**(3)**
**700**16407,70016896,70036294
**33-9099-01(8410)**                    05(014)

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable:  SECURITY OPERATIONS

Section/Subsection: AUDITS
Section/Subsection: POPULATION MANAGEMENT

**CURRENT**



CHIEF SECURITY OPERATIONS (29085)

SECURITY OPERATIONS

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF SECURITY OPERATIONS - DC
**70000070**

11-9199-03(5181)                    021(540)

SECURITY OPERATIONS  (Audits)

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70029085**

11-1021-02(9119)                    020(426)

---

SECURITY OPERATIONS
(Audits)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70042264**
11-9199-02(8058)          020(423)

SECURITY OPERATIONS
(Audits)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70013251**
13-1111-04(8058)          010(023)

SECURITY OPERATIONS
(Audits)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70006072**
13-1111-04(8058)          010(023)

SECURITY OPERATIONS
(Audits)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035041**
13-1111-04(8058)          010(023)

SECURITY OPERATIONS
(Audits)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70009130**
13-1111-04(8058)          010(023)

SECURITY OPERATIONS
(Audits)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035062**
13-1111-04(8058)          010(023)

SECURITY OPERATIONS
(Audits)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
(2)
**70033746,70033745**
13-1111-04(8058)          010(023)

CHIEF SECURITY OPERATIONS (33822)

Name of Agency:     DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable:  SECURITY OPERATIONS

Section/Subsection: AUDITS
Section/Subsection: POPULATION MANAGEMENT

**CURRENT**



**SECURITY OPERATIONS**

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF SECURITY OPERATIONS - DC
**70000070**

11-9199-03(5181)                                          021(540)

**SECURITY OPERATIONS  (Population Management)**

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70033822**

11-1021-02(9119)                                          020(426)

**SECURITY OPERATIONS (Population Management)**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70028984**

11-9199-02(8094)                                          020(425)

**SECURITY OPERATIONS (Population Management)**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70024231**

11-9199-02(8094)                                          020(425)

**SECURITY OPERATIONS (Population Management)**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70027324**

13-1111-04(8058)                                          010(023)

**SECURITY OPERATIONS (Population Management)**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70007307, 70022190, 70035414**

13-1111-03(8055)                                          007(021)

**SECURITY OPERATIONS (Population Management)**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70032236**

13-1111-04(8058)                                          010(023)

**SECURITY OPERATIONS (Population Management)**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70005948, 70022191, 70026758**

13-1111-04(8058)                                          010(023)

**SECURITY OPERATIONS (Population Management)**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70018301, 70035485**

13-1111-03(8055)                                          007(021)

# SECURITY OPERATIONS - PREA (35328)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection: PREA

**CURRENT**

**INSTITUTION OPERATIONS** .

GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**70021365**

11-1021-04(8091) 022(550)

**SECURITY OPERATIONS (PREA)**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS MANAGER C – SES
Working Title PREA COORDINATOR
**70035328**
11-1021-02(9119) 020(426)

**SECURITY OPERATIONS (PREA)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70014840**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (PREA)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70031163**
13-1111-04(8058) 010(023)



SECURITY OPERATIONS - Emergency Operations Manager  26530)

Name of Agency:      DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable:  SECURITY OPERATIONS

Section/Subsection:   Emergency Management

**CURRENT**



INSTITUTION  OPERATIONS

GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**70021365**

11-1021-04(8091)                                    022(550)

SECURITY OPERATIONS
**(Emergency Management)**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70026530**

11-1021-02(9119)                                    020(426)

SECURITY OPERATIONS  (Emergency
Management)

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70042266**

11-9199-02(8058)                                    020(423)

SECURITY OPERATIONS  (Emergency
Management)

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70020724**

11-9199-02(8058)                                    020(423)

SECURITY OPERATIONS  (Emergency
Management)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70015813**

13-1111-04(8058)                                    010(023)

SECURITY OPERATIONS  (Emergency
Management)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70024235**

13-1111-04(2239)                                    010(024)

SECURITY OPERATIONS  (Emergency
Management)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70026689**

13-1111-04(8058)                                    010(023)

SECURITY OPERATIONS  (Emergency
Management)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70044917**

13-1111-03(2224)                                    007(022)

UTILITIES SYSTEMS/ENGINEERING SPEC-SES (33832)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: COLLECTION & INTERDICTION
Bureau/Comparable: INTELLIGENCE & ANALYTICAL SUPPORT
Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection EMERGENCY  MANAGEMENT

**CURRENT**



**INSTITUTION  OPERATIONS**

GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**70021365**

11-1021-04(8091)                                        022(550)

**INSTITUTION OPERATIONS**

ENGINEERING, ALL OTHER
LEVEL 4 - ARCHITECT/SURVYOR/CARTOGR/ENGR
UTILITIES SYSTEMS/ENGINERING SPEC - SES
**70033832**

17-2199-04(4678)                                        011(428)

**SECURITY OPERATIONS**
**(Emergency Management)**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ASST. ADMINISTRATOR - SES
**70026272**

11-9199-02(8055)                                        020(421)

**INSTITUTION OPERATIONS**

ENGINEERING, ALL OTHER
LEVEL 3 - ARCHITECT/SURVYOR/CARTOGR/ENGR
ENGINEERING SPECIALIST IV
**70036361**

17-2199-03(4635)                                        09(026)

UTILITIES SYSTEMS/ENGINEERING SPEC-SES (26272)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: COLLECTION & INTERDICTION
Bureau/Comparable: INTELLIGENCE & ANALYTICAL SUPPORT
Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection EMERGENCY MANAGEMENT

**CURRENT**

**INSTITUTION OPERATIONS** .
GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGER
DEPUTY DIRECTOR OF INSTITUTIONAL OPERATIONS
**70021365**
11-1021-04(8091) 022(550)

**INSTITUTION OPERATIONS**
ENGINEERING, ALL OTHER
LEVEL 4 - ARCHITECT/SURVYOR/CARTOGR/ENGR
UTILITIES SYSTEMS/ENGINEERING SPEC - SES
**70033832**
**17-2199-04(4678) 011(428)**

**SECURITY OPERATIONS**
**(Emergency Management)**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ASST. ADMINISTRATOR - SES
**70026272**
11-9199-02(8055) 020(421)

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70003307**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70003308**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70022193**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70022194**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70022196**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70024393**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS-NON SWORN
LEVEL 2- MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70035864**
**33-9099-02(1353) 06(017)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS- NON SWORN
LEVEL 1- MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**70016407**
**33-9099-01(8410) 05(014)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS- NON SWORN
LEVEL 1- MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**70016896**
**33-9099-01(8410) 05(014)**

**SECURITY OPERATIONS**
PROTECTIVE SERVICE WORKERS- NON SWORN
LEVEL 1- MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**70036294**
**33-9099-01(8410) 05(014)**



Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable:  INTELLIGENCE & ANALYTICAL SUPPORT

INTELLIGENCE & ANALYTICAL SUPPORT

**CURRENT**



**INSTITUTION OPERATIONS**

MANAGERS, ALL OTHER
LEVEL 1 – EXECUTIVE
DIRECTOR OF INSTITUTIONAL OPERATIONS
**70000025**

10-9199-01(5180)                                    023(920)

---

**INTELLIGENCE & ANALYTICAL SUPPORT**

MANAGERS, ALL OTHER
LEVEL 3 - MANAGERS
CHIEF OF INTELLIGENCE & ANALYTICAL SUPPORT
**70027289**

11-9199-03(8089)                                    021(530)

---

**INTELLIGENCE & ANALYTICAL SUPPORT**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70002908**

11-9199-02(8094)                  020(425)

---

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV/MGR OF CORR ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
CO- COLONEL- INTERDICTION INTELLIGENCE SUPERVISOR
**7002911**

33-1011-06(8017)                  012(S07)

---

**INTELLIGENCE & ANALYTICAL SUPPORT**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70004237**

13-1111-04(8058)                  010(023)

---

**INTELLIGENCE & ANALYTICAL SUPPORT**

PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE INFORMATION ANALYST II
**70042267**

33-9099-02(7770)                  006(021)

---

**INTELLIGENCE & ANALYTICAL SUPPORT**

PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE INFORMATION ANALYST I
**70017985**

33-9099-02(7769)                  006(018)

---

**INTELLIGENCE & ANALYTICAL SUPPORT**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70017373**

13-1111-03(2224)                  007(022)

---

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR – SES
**70009864**

33-1011-05(8015)                  011(506)

---

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR – SES
**70004354**

33-1011-05(8015)                  011(506)

---

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR – SES
**70002927**

33-1011-05(8015)                  011(506)

Name of Agency:     DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: COLLECTION & INTERDICTION

COLLECTION & INTERDICTION

**CURRENT**



**INSTITUTION OPERATIONS**                                    .

MANAGERS, ALL OTHER
LEVEL 1 – EXECUTIVE
DIRECTOR OF INSTITUTIONAL OPERATIONS
**70000025**

10-9199-01(5180)                                        023(920)

**INTELLIGENCE & ANALYTICAL SUPPORT**                         .

MANAGERS, ALL OTHER
LEVEL 3 - MANAGERS
CHIEF OF INTELLIGENCE & ANALYTICAL SUPPORT
**70027289**

11-9199-03(8089)                                        021(530)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER COLONEL - SES
**70002911**

33-1011-06(8017)                                        012(507)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR – SES
**70002927**

33-1011-05(8015)                                        011(506)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR – SES
**70004354**

33-1011-05(8015)                                        011(506)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR – SES
**70009864**

33-1011-05(8015)                                        011(506)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**70010388, 70019008, 70040083, 70043707, 70043708, 70043709, 70043710,
70043713, 70043715**

33-1011-04(8013)                                        010(504)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**70015067, 70021454, 70029818, 70038985, 70038986, 70038987, 70040081,
70040085, 70040082, 70043711, 70043712, 70043714, 70043716**

33-1011-04(8013)                                        010(504)

**COLLECTION & INTERDICTION**

FIRST-LINE SUPV OF CORR ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**70002249, 70004998, 70005443, 70015192, 70015452, 70017365, 70032437,
70040084, 70044460**

33-1011-04(8013)                                        010(504)

REGIONAL DIRECTOR'S OFFICE (OVERVIEW)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG III
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG IV

Bureau/Comparable: WARDEN'S OFFICE
Section/Subsection: Records Retention Center

**CURRENT**

GENERAL AND OPERATIONS MANAGERS
**LEVEL 2 - EXECUTIVE**
**DEPUTY SECRETARY-DC**
**70000005**
10-1021-02 (9887) 024 (950)

MANAGERS, ALL OTHER
**LEVEL 1 - EXECUTIVE**
**REGIONAL DIRECTOR OF INSTITUTIONS-DC**

**Region I – 70033898**
**Region II – 70005813**
**Region III – 70005815**
**Region IV – 70005637**
10-9199-01(8271) 023(930)

**RECORDS RETENTION CENTER**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR

70031245 – Region II
11-9199-02 (8058) 020 (423)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT I - SES
21990 – Personnel Records
29276 – Classification Records
29259 – Medical Records
13-1111-03(2234) 007(421)

**REGIONAL DIRECTOR'S OFFICE-INST REG I** **70-31-10-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR

**70036891** – Region I (SECURITY OPS)
**70023755** – Region I (PROGRAMS)
11-9199-04 (8273) 022 (540)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR

**70026271** – Region II (SECURITY OPS)
**70007805** – Region II (PROGRAMS)
11-9199-04 (8273) 022 (540)

**REGIONAL DIRECTOR'S OFFICE-INST REG III** **70-33-30-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR

**70003754** – Region III (SECURITY OPS)
**70017813 –** Region III (PROGRAMS)
11-9199-04 (8273) 022 (540)

**REGIONAL DIRECTOR'S OFFICE-INST REG IV** **70-34-40-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR

**70041532 –** Region IV (SECURITY OPS)
**70011162 –** Region IV (PROGRAMS)
11-9199-04 (8273) 022 (540)



Name of Agency:        DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG III
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG IV

Bureau/Comparable:   WARDEN'S OFFICE
Section/Subsection:   Records Retention Center

**REGIONAL DIRECTOR'S OFFICE (WITH INST.)**

**CURRENT**

---

GENERAL AND OPERATIONS MANAGERS
**LEVEL 2 - EXECUTIVE**
**DEPUTY SECRETARY-DC**
**70000005**
10-1021-02 (9887)                     024 (950)

---

MANAGERS, ALL OTHER
**LEVEL 1 - EXECUTIVE**
**REGIONAL DIRECTOR OF INSTITUTIONS-DC**

**Region I – 70033898**
**Region II – 70005813**
**Region III – 70005815**
**Region IV – 70005637**
10-9199-01(8271)                     023(930)

---

| REGIONAL DIRECTOR'S OFFICE<br>REG I | 70-31-10-90-01-00-00-00-00000000 | REGIONAL DIRECTOR'S OFFICE-INST<br>REG II | 70-32-20-90-01-00-00-00-00000000 | REGIONAL DIRECTOR'S OFFICE-INST<br>REG III | 70-33-30-90-01-00-00-00-00000000 | REGIONAL DIRECTOR'S OFFICE-INST<br>REG IV | 70-34-40-90-01-00-00-00-00000000 |

REG I:
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70036891** – Region I (SECURITY OPS)
**70023755** – Region I (PROGRAMS)
11-9199-04 (8273)                     022 (540)

REG II:
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70026271** – Region II (SECURITY OPS)
**70007805** – Region II (PROGRAMS)
11-9199-04 (8273)                     022 (540)

REG III:
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70003754** – Region III (SECURITY OPS)
**70017813** – Region III (PROGRAMS)
11-9199-04 (8273)                     022 (540)

REG IV:
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70041532** – Region IV (SECURITY OPS)
**70011162** – Region IV (PROGRAMS)
11-9199-04 (8273)                     022 (540)

---

REGIONAL DIRECTOR'S OFFICE-INST REG I-
WARDENS                                          ...

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70022885 – JEFFERSON (OPERATIONS)**
**70044900 – GADSDEN RE-ENTRY (OPERATIONS)**
**70038553 – FRANKLIN (OPERATIONS)**
**70016079 – HOLMES (OPERATIONS)**
**70017110 – CALHOUN (OPERATIONS)**
**70032827 – GULF (OPERATIONS)**
**70020183 – LIBERTY (OPERATIONS)**
**70032827 – WAKULLA (PRORGAMS)**
**70029542 – NWFRC (PRORGAMS)**
**70021939 – WALTON (PRORGAMS)**
**70013785 – OKALOOSA (PRORGAMS)**
**70032535 – SANTA ROSA (PRORGAMS)**
**70000147 – APALACHEE (PRORGAMS)**
**70024502 – JACKSON (PRORGAMS)**
**70025199 – CENTURY (PRORGAMS)**
11-9199-03(7948)                     021(540)

---

REGIONAL DIRECTOR'S OFFICE-INST REG II-
WARDENS                                          ...

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70000856 – FSP (OPERATIONS)**
**70001793 – RMC (OPERATIONS)**
**70026702 – COLUMBIA (OPERATIONS)**
**70029550 – TAYLOR (OPERATIONS)**
**70002159 – UNION (OPERATIONS)**
**70041473 – SUWANNE (OPERATIONS)**
**70016140 – HAMILTON (OPERATIONS)**
**70012958 – MAYO (OPERATIONS)**
**70002610 – CROSS CITY (OPERATIONS)**
**70012958 – RMC (OPERATIONS)**
**70005646 – LAWTEY (PRORGAMS)**
**70009437 – BAKER (PRORGAMS)**
**70010345 – LANCASTER (PRORGAMS)**
**70010956 – TOMOKA (PRORGAMS)**
**70013481 – PUTNAM (PRORGAMS)**
**70019928 – MADISON (PRORGAMS)**
11-9199-03(7948)                     021(540)

---

REGIONAL DIRECTOR'S OFFICE-INST REG III-
WARDENS                                          ...

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70025892 – HARDEE (OPERATIONS)**
**70017975 – CFRC (OPERATIONS)**
**70001398 – SUMTER (OPERATIONS)**
**70002755 – LAKE (OPERATIONS)**
**70000629 – DESOTO (OPERATIONS)**
**70030733 – LOWELL (OPERATIONS)**
**70016140 – HAMILTON (OPERATIONS)**
**70012958 – MAYO (OPERATIONS)**
**70002610 – CROSS CITY (OPERATIONS)**
**70012958 – RMC (OPERATIONS)**
**70000420 – AVON PARK (PRORGAMS)**
**70001190 – FWRC (PRORGAMS)**
**70006066 – ZEPHYRHILLS (PRORGAMS)**
**70034498 – HERNANDO (PRORGAMS)**
**70005633 – MARION (PRORGAMS)**
**70009270 – POLK (PRORGAMS)**
11-9199-03(7948)                     021(540)

---

REGIONAL DIRECTOR'S OFFICE-INST REG IV-
WARDENS                                          ...

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70012926 – MARTIN (OPERATIONS)**
**70031383 – OKEECHOBEE (OPERATIONS)**
**70005510 – DADE (OPERATIONS)**
**70021353 – CHARLOTTE (OPERATIONS)**
**70014783 – SFRC (PRORGAMS)**
**70030801 – EVERGLADES (PRORGAMS)**
**70003529 – HOMESTEAD (PRORGAMS)**
11-9199-03(7948)                     021(540)

---

Security and Institutional Operations - EOG 2022    (14 of 22)

REGI DIRECTOR'S OFFICE

**CURRENT**

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I

Bureau/Comparable: WARDEN'S OFFICE
Section/Subsection:



**GENERAL AND OPERATIONS MANAGERS**
LEVEL 2 - EXECUTIVE
DEPUTY SECRETARY-DC
**7000005**
10-1021-02 (9887)    024 (950)

---

**REGIONAL DIRECTOR'S OFFICE-INST REG I**    70-31-10-90-01-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 1 - EXECUTIVE
REGIONAL DIRECTOR OF INSTITUTIONS-DC
**70033898**
10-9199-01(8271)    010(504)

---

**REGIONAL DIRECTOR'S OFFICE-INST REG I**    70-31-10-90-01-00-00-00-00000000
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 – CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**70046035**
33-1011-04(8013)    010(504)

**REGIONAL DIRECTOR'S OFFICE-INST REG I**    70-31-10-90-01-00-00-00-00000000
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 4 – OFFICE AND ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT III
**70003055**
43-6011-04(0714)    006(021)

---

**REGIONAL DIRECTOR'S OFFICE-INST REG I (OPERATIONS)**    70-31-10-90-13-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70023755**
11-9199-04 (8273)    022 (540)

**REGIONAL DIRECTOR'S OFFICE-INST REG I (PROGRAMS)**    70-31-10-90-13-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70036891**
11-9199-04 (8273)    022 (540)

---

**SIM CLASSIFICATION-INST REG I**    70-31-10-90-13-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR
**70003053**
11-9199-02 (8058)    020 (423)

**REGIONAL DIRECTOR'S OFFICE-INST REG I (Liberty C.I.)**    70-31-10-90-01-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70018820**
13-1111-03(2224)    007(022)

**SIM CLASSIFICATION-INST REG I**    70-31-10-90-13-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR
**70001800**
11-9199-02 (8058)    020 (423)

**REGIONAL DIRECTOR'S OFFICE-INST REG I**    70-31-10-90-01-00-00-00-00000000
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 – OFFICE AND ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT I
**70005833**
43-6011-02(0709)    003(015)

---

**REGION I-WARDENS (OPERATIONS)**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70022885 – JEFFERSON**
**70044900 – GADSDEN RE-ENTRY**
**70038553 – FRANKLIN**
**70016079 – HOLMES**
**70017110 – CALHOUN**
**70032827 – GULF**
**70020183 – LIBERTY**
11-9199-03(7948)    021(540)

**REGIONAL DIRECTOR'S OFFICE-INST REG I**    70-31-10-90-01-00-00-00-00000000
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70047248**
11-3121-02(1333)    020(424)

**REGION I-WARDENS (PROGRAMS)**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70032827 – WAKULLA**
**70029542 – NWFRC**
**70021939 – WALTON**
**70013785 – OKALOOSA**
**70032535 – SANTA ROSA**
**70000147 – APALACHEE**
**70024502 – JACKSON**
**70025199 – CENTURY**
11-9199-03(7948)    021(540)

REG II DIRECTOR'S OFFICE

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I

Bureau/Comparable: WARDEN'S OFFICE
Section/Subsection:

**CURRENT**

GENERAL AND OPERATIONS MANAGERS
**LEVEL 2 - EXECUTIVE**
**DEPUTY SECRETARY-DC**
**70000005**
10-1021-02 (9887) 024 (950)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 1 - EXECUTIVE
REGIONAL DIRECTOR OF INSTITUTIONS-DC
**70005813**
10-9199-01(8271) 010(504)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 – CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**70046036**
33-1011-04(8013) 010(504)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 4 – OFFICE AND ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT III
**70005834**
43-6011-04(0714) 006(021)

**REGIONAL DIRECTOR'S OFFICE-INST REG II (OPERATIONS)** **70-32-20-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70026271**
11-9199-04 (8273) 022 (540)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70047251**
11-3121-02(1333) 020(424)

**SIM CLASSIFICATION-INST REG II** **70-32-20-90-13-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70003710**
11-9199-02 (8058) 020 (423)

**REGION II-WARDENS (OPERATIONS)**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70000856 – FSP**
**70001793 – RMC**
**70026702 – COLUMBIA**
**70029550 – TAYLOR**
**70002159 – UNION**
**70041473 – SUWANNE**
**70016140 – HAMILTON**
**70012958 – MAYO**
**70002610 – CROSS CITY**
**70012958 – RMC**
11-9199-03(7948) 021(540)

**REGIONAL DIRECTOR'S OFFICE-INST REG II (PROGRAMS)** **70-32-20-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70007805**
11-9199-04 (8273) 022 (540)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR
**70005814**
11-9199-02 (8058) 020 (423)

**REGIONAL DIRECTOR'S OFFICE-INST REG II** **70-32-20-90-01-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70032882**
13-1111-03(2224) 007(022)

**REGION II-WARDENS (PROGRAMS)**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70005646 – LAWTEY**
**70009437 – BAKER**
**70010345 – LANCASTER**
**70010956 – TOMOKA**
**70013481 – PUTNAM**
**70019928 – MADISON**
11-9199-03(7948) 021(540)



REG III DIRECTOR'S OFFICE

Name of Agency:       DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I

Bureau/Comparable: WARDEN'S OFFICE
Section/Subsection:

**CURRENT**

GENERAL AND OPERATIONS MANAGERS
**LEVEL 2 – EXECUTIVE**
**DEPUTY SECRETARY-DC**
**70000005**
10-1021-02 (9887)                    024 (950)

REGIONAL DIRECTOR'S OFFICE-INST REG III          70-33-30-90-01-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 1 - EXECUTIVE
REGIONAL DIRECTOR OF INSTITUTIONS-DC
**70005815**
10-9199-01(8271)                    010(504)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG III                              00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 – CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**70046037**
33-1011-04(8013)                    010(504)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG III                              00000000

EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 4 – OFFICE AND ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT III
**70005835**
43-6011-04(0714)                    006(021)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-
INST REG III (OPERATIONS)                 00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70003754**
11-9199-04 (8273)                    022 (540)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG III (PROGRAMS)                 00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT REGIONAL DIRECTOR
**70017813**
11-9199-04 (8273)                    022 (540)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG III                              00000000

HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70047254**
11-3121-02(1333)                    020(424)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG III                              00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70026723**
11-9199-02 (8058)                    020 (423)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG III                              00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70023381**
11-9199-02 (8058)                    020 (423)

REGIONAL DIRECTOR'S OFFICE-          70-33-30-90-01-00-00-00-
INST REG II                              00000000

MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70044579**
13-1111-03(2224)                    007(022)

REGION III-WARDENS (OPERATIONS)

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70025892 – HARDEE**
**70017975 – CFRC**
**70001398 – SUMTER**
**70002755 – LAKE**
**70001629 – DESOTO**
**70030733 – LOWELL**
**70016140 – HAMILTON**
**70012958 – MAYO**
**70002610 – CROSS CITY**
**70012958 – RMC**
11-9199-03(7948)                    021(540)

REGION III-WARDENS
(PROGRAMS)
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
**70000420 – AVON PARK**
**70001190 – FWRC**
**70006066 – ZEPHYRHILLS**
**70034498 – HERNANDO**
**70005633 – MARION**
**70009270 – POLK**
11-9199-03(7948)                    021(540)

REG IV DIRECTOR'S OFFICE

Name of Agency:       DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG I

Bureau/Comparable:  WARDEN'S OFFICE
Section/Subsection:

**CURRENT**

```
┌─────────────────────────────────────────┐
│  GENERAL AND OPERATIONS MANAGERS          │
│  LEVEL 2 - EXECUTIVE                       │
│  DEPUTY SECRETARY-DC                       │
│  70000005                                  │
│  10-1021-02 (9887)            024 (950)    │
└─────────────────────────────────────────┘
```

```
┌─────────────────────────────────────────────────────────────────┐
│  REGIONAL DIRECTOR'S OFFICE-INST REG IV     70-34-40-90-01-00-00-00-00000000 │
│                                                                    │
│  MANAGERS, ALL OTHER                                               │
│  LEVEL 1 - EXECUTIVE                                               │
│  REGIONAL DIRECTOR OF INSTITUTIONS-DC                              │
│  70005815                                                          │
│  10-9199-01(8271)                            010(504)              │
└─────────────────────────────────────────────────────────────────┘
```

```
┌──────────────────────────────────────────────┐   ┌──────────────────────────────────────────────┐
│ REGIONAL DIRECTOR'S OFFICE-   70-34-40-90-01-00-00- │   │ REGIONAL DIRECTOR'S OFFICE-   70-34-40-90-01-00-00- │
│ INST REG IV                        00000000   │   │ INST REG IV                        00000000   │
│                                                │   │                                                │
│ FIRST-LINE SUPV OF CORRECTIONAL OFFICERS       │   │ EXEC SECRETARIES & EXEC ADMIN ASSISTANTS       │
│ LEVEL 4 – CORRECTIONAL ENFORCEMENT             │   │ LEVEL 4 – OFFICE AND ADMINISTRATIVE SUPPORT    │
│ CORRECTIONAL OFFICER CAPTAIN                   │   │ ADMINISTRATIVE ASSISTANT III                   │
│ 70046038                                       │   │ 70041535                                       │
│ 33-1011-04(8013)             010(504)          │   │ 43-6011-04(0714)             006(021)          │
└──────────────────────────────────────────────┘   └──────────────────────────────────────────────┘
```

```
┌──────────────────────────────────────────────┐   ┌──────────────────────────────────────────────┐
│ REGIONAL DIRECTOR'S OFFICE-   70-34-40-90-01-00-00- │   │ REGIONAL DIRECTOR'S OFFICE-   70-34-40-90-01-00-00- │
│ INST REG IV (OPERATIONS)           00000000   │   │ INST REG IV (PROGRAMS)             00000000   │
│                                                │   │                                                │
│ MANAGERS, ALL OTHER                            │   │ MANAGERS, ALL OTHER                            │
│ LEVEL 3 - MANAGER                              │   │ LEVEL 3 - MANAGER                              │
│ ASSISTANT REGIONAL DIRECTOR                    │   │ ASSISTANT REGIONAL DIRECTOR                    │
│ 70041532                                       │   │ 70011162                                       │
│ 11-9199-04 (8273)            022 (540)         │   │ 11-9199-04 (8273)            022 (540)         │
└──────────────────────────────────────────────┘   └──────────────────────────────────────────────┘
```

```
┌──────────────────────────────────┐  ┌──────────────────────────────────┐      ┌──────────────────────────────────┐  ┌──────────────────────────────────┐
│ REGIONAL DIRECTOR'S OFFICE- 70-34-40-90-01-00-00-00- │  │ REGIONAL DIRECTOR'S OFFICE- 70-34-40-90-01-00-00-00- │      │ REGIONAL DIRECTOR'S OFFICE- 70-34-40-90-01-00-00-00- │  │ REGIONAL DIRECTOR'S OFFICE- 70-34-40-90-01-00-00-00- │
│ INST REG IV              00000000 │  │ INST REG IV              00000000 │      │ INST REG IV              00000000 │  │ INST REG IV              00000000 │
│                                    │  │                                    │      │                                    │  │                                    │
│ HUMAN RESOURCE MANAGERS            │  │ MANAGERS, ALL OTHER                │      │ MANAGERS, ALL OTHER                │  │ MANAGEMENT ANALYSTS                │
│ LEVEL 2 - MANAGER                  │  │ LEVEL 2 - MANAGER                  │      │ LEVEL 2 - MANAGER                  │  │ LEVEL 3 – BUSINESS OPERATIONS      │
│ HUMAN RESOURCE MANAGER - SES       │  │ CORRECTIONAL SERVICE ADMINISTRATOR - SES │  │ CORRECTIONAL SERVICE ADMINISTRATOR - SES │  │ GOVERNMENT ANALYST I               │
│ 70047257                           │  │ 70030032                           │      │ 70016168                           │  │ 70003481                           │
│ 11-3121-02(1333)      020(424)     │  │ 11-9199-02 (8058)     020 (423)    │      │ 11-9199-02 (8058)     020 (423)    │  │ 13-1111-03(2224)      007(022)     │
└──────────────────────────────────┘  └──────────────────────────────────┘      └──────────────────────────────────┘  └──────────────────────────────────┘
```

```
                    ┌──────────────────────────────────┐                                  ┌──────────────────────────────────┐
                    │ REGION IV-WARDENS (OPERATIONS)     │                                  │ REGION IV-WARDENS (PROGRAMS)       │
                    │                                    │                                  │                                    │
                    │ MANAGERS, ALL OTHER                │                                  │ MANAGERS, ALL OTHER                │
                    │ LEVEL 3 - MANAGER                  │                                  │ LEVEL 3 - MANAGER                  │
                    │ WARDEN-DC                          │                                  │ WARDEN-DC                          │
                    │ 70012926 – MARTIN                  │                                  │ 70014783 – SFRC                    │
                    │ 70031383 – OKEECHOBEE              │                                  │ 70030801 – EVERGLADES             │
                    │ 70005510 – DADE                   │                                  │ 70003529 – HOMESTEAD              │
                    │ 70021353 – CHARLOTTE              │                                  │                                    │
                    │ 11-9199-03(7948)      021(540)     │                                  │ 11-9199-03(7948)      021(540)     │
                    └──────────────────────────────────┘                                  └──────────────────────────────────┘
```

REGIONAL DISTRIBUTION CENTER

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable:  RECORDS RETENTION CENTER

Section/Subsection:  PERSONNEL RECORDS
Section/Subsection:  INMATE CLASSIFICATION RECORDS
Section/Subsection:  INMATE MEDICAL RECORDS

**CURRENT**

---

**INMATE MEDICAL RECORDS**   70-32-20-90-02-01-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 1 - EXECUTIVE
REGIONAL DIRECTOR OF INSTITUTIONS-DC
**70005813**
10-9199-01(8271)                                023(930)

---

**RECORDS RETENTION CENTER**           70-32-20-90-02-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70031245**

11-9199-02(8094)                                020(425)

---

**PERSONNEL RECORDS**                      .
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT II - SES
**70021990**
13-1111-04(2236)                    010(423)

**INMATE CLASSIFICATION RECORDS**     .
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT I - SES
**70029276**
13-1111-03(2234)                    007(421)

**INMATE MEDICAL RECORDS**   70-32-20-90-02-01-00-00-
00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT II - SES
**70029259**
13-1111-04(2236)                    010(423)

---

**INMATE MEDICAL RECORDS**   70-32-20-90-02-01-00-00-
00000000
MANAGEMENT ANALYSTS
LEVEL 1 - BUSINESS OPERATIONS
RECORDS ANALYST
**70036287**
13-1111-01(2208)                    003(017)

.                            MANAGEMENT ANALYSTS
LEVEL 1 - BUSINESS OPERATIONS
RECORDS ANALYST
**70035421**
13-1111-01(2208)                    003(017)

.                            MANAGEMENT ANALYSTS
LEVEL 1 - BUSINESS OPERATIONS
RECORDS ANALYST
**70035427**
13-1111-01(2208)                    003(017)

---

**INMATE MEDICAL RECORDS**   70-32-20-90-02-01-00-00-
00000000
FILE CLERKS
LEVEL 3 – OFFICE/ADMINISTRATIVE SUPPORT
HEALTH INFORMATION SPECIALIST-SES
**70003545**
43-4071-03(5666)                    005(415)

INFORMATION & RECORD CLERKS, ALL OTHER
LEVEL 2 – OFFICE/ADMINISTRATIVE SUPPORT
RECORDS SPECIALIST
**70029258**
43-4199-02(0130)                    003(015)

.                            MANAGEMENT ANALYSTS
LEVEL 1 - BUSINESS OPERATIONS
RECORDS ANALYST
**70035424**
13-1111-01(2208)                    003(017)

---

**INMATE MEDICAL RECORDS**   70-32-20-90-02-01-00-00-
00000000
MANAGEMENT ANALYSTS
LEVEL 1 - BUSINESS OPERATIONS
RECORDS ANALYST
**70035428**
13-1111-01(2208)                    003(017)

**INMATE MEDICAL RECORDS**   70-32-20-90-02-01-00-00-
00000000
INFORMATION & RECORD CLERKS, ALL OTHER
LEVEL 2 – OFFICE/ADMINISTRATIVE SUPPORT
RECORDS SPECIALIST
**70029257**
43-4199-02(0130)                    003(015)

**REGIONAL DISTRIBUTION CENTER**   70-32-20-90-02-00-00-00-
00000000
MANAGEMENT ANALYSTS
LEVEL 1 - BUSINESS OPERATIONS
RECORDS ANALYST
**70003534**
13-1111-01(2208)                    003(017)

---



# SECURITY OPERATIONS Audits (Operations Manager 29085)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection: AUDITS

**CURRENT**

**SECURITY OPERATIONS** .
MANAGERS, ALL OTHERI
LEVEL 3 - MANAGER
CHIEF OF SECURITY OPERATIONS - DC
**70000070**
11-9199-03(5181) 021(540)

**SECURITY OPERATIONS (Audits)** .
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70029085**
11-1021-02(9119) 020(426)

**SECURITY OPERATIONS (Audits)**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70042264**
11-9199-02(8094) 020(425)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70033745**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70033746**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70006072**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70009130**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70013251**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035041**
13-1111-04(8058) 010(023)

**SECURITY OPERATIONS (Audits)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035062**
13-1111-04(8058) 010(023)



SECURITY OPERATIONS Population Management (Operations Manager 33822)

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable:  SECURITY OPERATIONS

Section/Subsection:  POPULATION MANAGEMENT

**CURRENT**

```
                        SECURITY OPERATIONS

                          MANAGERS, ALL OTHER
                          LEVEL 3 - MANAGER
                          CHIEF OF SECURITY OPERATIONS - DC
                          70000070

        11-9199-03(5181)                              021(540)
```

```
                        SECURITY OPERATIONS
                        (Population Management)
                          GENERAL AND OPERATIONS MANAGERS
                          LEVEL 2 - MANAGER
                          OPERATIONS MANAGER C-SES
                          70033822

        11-1021-02(9119)                              020(426)
```

| SECURITY OPERATIONS (Population Management) | SECURITY OPERATIONS (Population Management) | SECURITY OPERATIONS (Population Management) |
|---|---|---|
| MANAGEMENT ANALYSTS | MANAGERS, ALL OTHER | MANAGERS, ALL OTHER |
| LEVEL 4 - BUSINESS OPERATIONS | LEVEL 2 - MANAGER | LEVEL 2 - MANAGER |
| CORRECTIONAL SERVICES CONSULTANT | CORRECTIONAL PROGRAM ADMINISTRATOR - SES | CORRECTIONAL PROGRAM ADMINISTRATOR - SES |
| **70027324** | **70024231** | **70028984** |
| 13-1111-04(8058)          010(023) | 11-9199-02(8094)          020(425) | 11-9199-02(8094)          020(425) |

```
        SECURITY OPERATIONS                SECURITY OPERATIONS
        (Population Management)            (Population Management)
          MANAGEMENT ANALYSTS               MANAGEMENT ANALYSTS
          LEVEL 4 - BUSINESS OPERATIONS     LEVEL 3 - BUSINESS OPERATIONS
          CORRECTIONAL SERVICES CONSULTANT  CORRECTIONAL SERVICES ASST CONSULTANT
          70032236                          70035415

    13-1111-04(8058)        010(023)    13-1111-03(8055)        007(021)
```

```
        SECURITY OPERATIONS
        (Population Management)
          MANAGEMENT ANALYSTS
          LEVEL 3 - BUSINESS OPERATIONS
          CORRECTIONAL SERVICES ASST CONSULTANT
          70018301

    13-1111-03(8055)        007(021)
```

```
        SECURITY OPERATIONS                SECURITY OPERATIONS
        (Population Management)            (Population Management)
          MANAGEMENT ANALYSTS               MANAGEMENT ANALYSTS
          LEVEL 4 - BUSINESS OPERATIONS     LEVEL 4 - BUSINESS OPERATIONS
          CORRECTIONAL SERVICES CONSULTANT  CORRECTIONAL SERVICES CONSULTANT
          70005948                          70022191

    13-1111-04(8058)        010(023)    13-1111-04(8058)        010(023)
```

```
        SECURITY OPERATIONS                SECURITY OPERATIONS
        (Population Management)            (Population Management)
          MANAGEMENT ANALYSTS               MANAGEMENT ANALYSTS
          LEVEL 4 - BUSINESS OPERATIONS     LEVEL 3 - BUSINESS OPERATIONS
          CORRECTIONAL SERVICES CONSULTANT  CORRECTIONAL SERVICES ASST CONSULTANT
          70026758                          70007307

    13-1111-04(8058)        010(023)    13-1111-03(8055)        007(021)
```

```
        SECURITY OPERATIONS                SECURITY OPERATIONS
        (Population Management)            (Population Management)
          MANAGEMENT ANALYSTS               MANAGEMENT ANALYSTS
          LEVEL 3 - BUSINESS OPERATIONS     LEVEL 3 - BUSINESS OPERATIONS
          CORRECTIONAL SERVICES ASST CONSULTANT  CORRECTIONAL SERVICES ASST CONSULTANT
          70022190                          70035414

    13-1111-03(8055)        007(021)    13-1111-03(8055)        007(021)
```

Security and Institutional Operations - EOG 2022    (21 of 22)

# SECURITY OPERATIONS - EAC (Correctional Svc. Asst. Administrator - SES 26272)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS/INSTITUTION OPERATIONS

Bureau/Comparable: SECURITY OPERATIONS

Section/Subsection: Emergency Management

**CURRENT**

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ASST. ADMINISTRATOR - SES
**70026272**
11-9199-02(8055) 020(421)

Reporting positions:

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70003307**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70003308**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70022193**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70022194**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70022196**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70024393**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 2 - MISC PROTECTIVE SERVICE WORKER
CRIMINAL JUSTICE COMMUNICATION LIAISON
**70035864**
33-9099-02(1353) 006(017)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 1 - MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**70016407**
33-9099-01(8410) 005(014)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 1 - MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**70016896**
33-9099-01(8410) 005(014)

**SECURITY OPERATIONS (Emergency Management)** **70-30-10-10-00-00-00-00-00000000**
PROTECTIVE SERVICE WORKERS - NON SWORN
LEVEL 1 - MISC PROTECTIVE SERVICE WORKER
DUTY OFFICER
**70036294**
33-9099-01(8410) 005(014)



RECEPTION & MEDICAL CENTER - WARDEN'S OFFICE

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER WARDEN'S OFFICE
Section/Subsection:

**CURRENT**

REGIONAL DIRECTOR'S OFFICE 70-32-20-90-01-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 1 - EXECUTIVE
REGIONAL DIRECTOR OF INSTITUTIONS-DC
70005813
10-9199-01(8271) 023(930)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
WARDEN-DC
70001793
11-9199-03(7948) 021(540)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-00-00-00000000
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
STAFF ASSISTANT
70001795
43-6011-02(0120) 003(013)

MAIN-WARDEN'S OFFICE-SAFETY 70-32-20-09-49-01-05-00-00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70033450
33-3012-02(8005) 008(501)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASSISTANT WARDEN-DC
70001794
11-9199-02(7941) 020(520)

MAIN-SECURITY 70-32-20-09-49-22-00-00-00000000
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER COLONEL - SES
7001861
33-1011-06(8017) 012(507)

MAIN-FOOD SERVICE 70-32-20-09-49-15-00-00-00000000
FOOD SERVICE MANAGERS
LEVEL 1 - MANAGER
FOOD SERVICE DIRECTOR II - SES
70042365
11-9051-01(6224) 019(418)

MAIN-WARDEN'S OFFICE (MENTAL HEALTH UNIT) 70-32-20-09-49-01-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASSISTANT WARDEN-DC
70009773
11-9199-02(7941) 020(520)

HOSPITAL-SECURITY 70-32-20-09-59-22-00-00-00000000
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70001862
33-1011-05(8015) 011(506)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-00-00-00000000
ADMINISTRATIVE SERVICES MANAGER
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
70001801
11-9199-02(7941) 020(520)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-01-00-00000000
HUMAN RESOURCES SPECIALISTS
LEVEL 4 – BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR - SES
70036885
13-1071-04(0193) 010(426)

MAIN-WAREHOUSE 70-32-20-09-49-17-00-00-00000000
BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 3 - BUSINESS OPERATIONS
GENERAL SERVICES SPECIALIST - SES
70036298
13-1199-03(0839) 007(421)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASSISTANT WARDEN-DC
70021940
11-9199-02(7941) 020(520)

MAIN-WARDEN'S OFFICE 70-32-20-09-49-01-00-00-00000000
SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
SECRETARY SPECIALIST - F/C
70001835
43-6014-01(0106) 001(011)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
70001804
11-9199-02(8058) 020(423)

MAIN-ACADEMIC EDUCATION 70-32-20-09-49-37-00-00-00000000
ADLT BASIC & SEC EDU & LIT TEACH & INSTR
LEVEL 4 - EDUCATORS AND ADMINISTRATORS
EDUCATION SUPERVISOR I-SES
70040271
25-3011-04(8082) 009(422)

MAIN-CHAPLAINCY SERVICES 70-32-20-09-49-26-00-00-00000000
CLERGY
LEVEL 2 - COUNSELING AND SOCIAL WORK
SENIOR CHAPLAIN - F/C
70002021
21-2011-02(5823) 005(019)



# RECEPTION & MEDICAL CENTER - CLASSIFICATION - RECEPTION & ORIENTATION (ADMINISTATOR)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-CLASS-RECEPTION & ORIENTATION

**CURRENT**

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70001804**
11-9199-02(8058) 020(423)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  SECRETARY SPECIALIST - F/C
  **70001816**
  43-6014-01(0106) 001(011)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION SUPERVISOR - SES
  **70001806**
  21-1092-04(8053) 008(422)
  - **MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
    PROBATION OFFICER & CORR TREATMENT SPEC
    LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
    SENIOR CLASSIFICATION OFFICER
    **70012100**
    21-1092-03(8052) 007(021)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION SUPERVISOR - SES
  **70001805**
  21-1092-04(8053) 008(422)
  - **MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
    PROBATION OFFICER & CORR TREATMENT SPEC
    LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
    CLASSIFICATION OFFICER
    **70039852**
    21-1092-02(8051) 005(019)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  MANAGERS, ALL OTHER
  LEVEL 2 - MANAGER
  CORRECTIONAL SERVICES ASST ADMIN - SES
  **70001814**
  11-9199-02(8055) 020(421)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION SUPERVISOR - SES
  **70001811**
  21-1092-04(8053) 008(422)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION SUPERVISOR - SES
  **70021980**
  21-1092-04(8053) 008(422)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-CLASS-RECEPTION & ORIENTATION

**CURRENT**

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION SUPERVISOR - SES
**70001805**
21-1092-04(8053) 008(422)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
  SENIOR CLASSIFICATION OFFICER
  **70001809**
  21-1092-03(8052) 007(021)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
  SENIOR CLASSIFICATION OFFICER
  **70020728**
  21-1092-03(8052) 007(021)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
  SENIOR CLASSIFICATION OFFICER
  **70021981**
  21-1092-03(8052) 007(021)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION OFFICER
  **70002131**
  21-1092-02(8051) 005(019)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION OFFICER
  **70012356**
  21-1092-02(8051) 005(019)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION OFFICER
  **70016162**
  21-1092-02(8051) 005(019)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  PROBATION OFFICER & CORR TREATMENT SPEC
  LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
  CLASSIFICATION OFFICER
  **70004676**
  21-1092-02(8051) 005(019)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-CLASS-RECEPTION & ORIENTATION

**CURRENT**

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION SUPERVISOR - SES
**70001806**
21-1092-04(8053) 008(422)

**MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
SENIOR CLASSIFICATION OFFICER
**70012101**
21-1092-03(8052) 007(021)

**MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
SENIOR CLASSIFICATION OFFICER
**70039851**
21-1092-03(8052) 007(021)

**MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70000874**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70001808**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70001831**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70001839**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70021982**
21-1092-02(8051) 005(019)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-CLASS-RECEPTION & ORIENTATION

**CURRENT**

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION SUPERVISOR - SES
**70001811**
21-1092-04(8053) 008(422)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
SECRETARY SPECIALIST - F/C
**70021986**
43-6014-01(0106) 001(011)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
CORRECTIONAL SENTENCE SPECIALIST - SES
**70021984**
21-1092-01(8073) 004(416)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
WORD PROCESSORS AND TYPISTS
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
WORD PROCESSING SYSTEMS OPERATOR-F/C
**70012097**
43-9022-01(0091) 001(011)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
DATA ENTRY KEYERS
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
DATA ENTRY OPERATOR - F/C
**70012085**
43-9021-01(2000) 001(010)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
DATA ENTRY KEYERS
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
DATA ENTRY OPERATOR - F/C
**70012086**
43-9021-01(2000) 001(010)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
DATA ENTRY KEYERS
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
DATA ENTRY OPERATOR - F/C
**70012087**
43-9021-01(2000) 001(010)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
SENIOR CLASSIFICATION OFFICER
**70002128**
21-1092-03(8052) 007(021)

MAIN-CLASSIFICATION & RECORDS 70-32-20-09-49-13-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
SENIOR CLASSIFICATION OFFICER
**70012100**
21-1092-03(8052) 007(021)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70001842**
21-1092-02(8051) 005(019)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70012102**
21-1092-02(8051) 005(019)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70002127**
21-1092-02(8051) 005(019)

MAIN-CLASS-RECEPTION & ORIENTATION 70-32-20-09-49-13-02-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70011826**
21-1092-02(8051) 005(019)



RECEPTION & MEDICAL CENTER - CLASSIFICATION - RECEPTION & ORIENTATION (21980)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-CLASS-RECEPTION & ORIENTATION

**CURRENT**

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 4 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION SUPERVISOR - SES
**70021980**
21-1092-04(8053) 008(422)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
SENIOR CLASSIFICATION OFFICER
**70001829**
21-1092-03(8052) 007(021)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 3 - PROBAT OFFICER & CORR TREATMNT
SENIOR CLASSIFICATION OFFICER
**70001838**
21-1092-03(8052) 007(021)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70001810**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70001843**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70011827**
21-1092-02(8051) 005(019)

**MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70012088**
21-1092-02(8051) 005(019)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70012103**
21-1092-02(8051) 005(019)

**WEST UNIT-CLASSIFICATION & RECORDS** **70-32-20-09-53-13-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70038522**
21-1092-02(8051) 005(019)

**MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 2 - PROBAT OFFICER & CORR TREATMNT
CLASSIFICATION OFFICER
**70039852**
21-1092-02(8051) 005(019)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-CLASS-RECEPTION & ORIENTATION

**CURRENT**

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICES ASST ADMIN - SES
**70001814**
11-9199-02(8055) 020(421)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
CORRECTIONAL SENTENCE SPECIALIST - SES
**70001815**
21-1092-01(8073) 004(416)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 1 - BUSINESS OPERATIONS
  CORRECTIONAL SENTENCE TECHNICIAN - F/C
  **70001813**
  13-1111-01(8070) 003(013)
- **MAIN-CLASSIFICATION & RECORDS** **70-32-20-09-49-13-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 1 - BUSINESS OPERATIONS
  CORRECTIONAL SENTENCE TECHNICIAN - F/C
  **70025193**
  13-1111-01(8070) 003(013)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 1 - BUSINESS OPERATIONS
  CORRECTIONAL SENTENCE TECHNICIAN - F/C
  **70001830**
  13-1111-01(8070) 003(013)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 1 - BUSINESS OPERATIONS
  CORRECTIONAL SENTENCE TECHNICIAN - F/C
  **70012094**
  13-1111-01(8070) 003(013)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 1 - BUSINESS OPERATIONS
  CORRECTIONAL SENTENCE TECHNICIAN - F/C
  **70001832**
  13-1111-01(8070) 003(013)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
CORRECTIONAL SENTENCE SPECIALIST - SES
**70005402**
21-1092-01(8073) 004(416)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  DATA ENTRY KEYERS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  DATA ENTRY OPERATOR - F/C
  **70021988**
  43-9021-01(2000) 001(010)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  WORD PROCESSORS AND TYPISTS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  CLERK TYPIST SPECIALIST - F/C
  **70001821**
  43-9022-01(0079) 001(009)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  WORD PROCESSORS AND TYPISTS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  CLERK TYPIST SPECIALIST - F/C
  **70012098**
  43-9022-01(0079) 001(009)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  OFFICE CLERKS, GENERAL
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  SENIOR CLERK - F/C
  **70001819**
  43-9061-02(0006) 003(012)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  WORD PROCESSORS AND TYPISTS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  CLERK TYPIST SPECIALIST - F/C
  **70012095**
  43-9022-01(0079) 001(009)

**MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
FRST-LINE SUPV OF OFFI ADMIN SUPPT WRKRS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERICAL SUPERVISOR-F/C - SES
**70001824**
43-1011-02(0010) 003(413)

- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  DATA ENTRY KEYERS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  DATA ENTRY OPERATOR-F/C
  **70005403**
  43-9021-01(2000) 001(010)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  DATA ENTRY KEYERS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  DATA ENTRY OPERATOR - F/C
  **70039853**
  43-9021-01(2000) 001(010)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  WORD PROCESSORS AND TYPISTS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  CLERK TYPIST SPECIALIST - F/C
  **70001822**
  43-9022-01(0079) 001(009)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  WORD PROCESSORS AND TYPISTS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  CLERK TYPIST SPECIALIST - F/C
  **70020730**
  43-9022-01(0079) 001(009)
- **MAIN-CLASS-RECEPTION & ORIENTATION** **70-32-20-09-49-13-02-00-00000000**
  WORD PROCESSORS AND TYPISTS
  LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
  CLERK TYPIST SPECIALIST - F/C
  **70020732**
  43-9022-01(0079) 001(009)



Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable:  RECEPTION MEDICAL CENTER
Section/Subsection:   MAIN-ACADEMIC EDUCATION

**CURRENT**



MAIN-ACADEMIC EDUCATION                    70-32-20-09-49-37-00-00-00000000

ADLT BASIC & SEC EDU & LIT TEACH & INSTR
LEVEL 4 - EDUCATORS AND ADMINISTRATORS
EDUCATION SUPERVISOR I-SES
**70040271**

25-3011-04(8082)                                              009(422)

---

MAIN-EDUCATION                    70-32-20-09-49-37-02-90-
ADMINISTRATION (SIO)                          00000000
EDUC, GUIDANCE, SCHOOL & VOCATIO COUNSLRS
LEVEL 3 - COUNSELING AND SOCIAL WORK
PLACEMENT & TRANSITION SPECIALIST
**70029052**
21-1012-03(8081)                        007(021)

MAIN-ACADEMIC EDUCATION          70-32-20-09-49-37-00-00-
                                                         00000000
ADLT BASIC & SEC EDU & LIT TEACH & INSTR
LEVEL 3 - EDUCATORS AND ADMINISTRATORS
ACADEMIC TEACHER
**70002134**
25-3011-03(8093)                        007(020)

MAIN-ACADEMIC EDUCATION          70-32-20-09-49-37-00-00-
                                                         00000000
SPECIAL EDUCATION TEACHER, SECONDARY SCH
LEVEL 3 - EDUCATORS AND ADMINISTRATORS
SPECIAL EDUCATION TEACHER
**70035143**
25-2043-03(9095)                        007(020)

MAIN-WELLNESS EDUCATION          70-32-20-09-49-32-00-00-
                                                         00000000
TEACHERS AND INSTRUCTORS, ALL OTHER
LEVEL 2 - EDUCATORS AND ADMINISTRATORS
WELLNESS EDUCATION SPECIALIST I-F/C
**70046683**
25-3099-02(5567)                        005(019)

RECEPTION & MEDICAL CENTER-CHAPLAINCY SERVICES

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable:   RECEPTION MEDICAL CENTER
Section/Subsection:   MAIN-CHAPLAINCY SERVICES

**CURRENT**



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-FOOD SERVICE

**CURRENT**

- **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
  FOOD SERVICE MANAGERS
  LEVEL 1 - MANAGER
  FOOD SERVICE DIRECTOR II - SES
  **70042365**
  11-9051-01(6224) 019(418)
  - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
    FOOD SERVICE MANAGERS
    LEVEL 1 - MANAGER
    FOOD SERVICE DIRECTOR I - SES
    **70042369**
    11-9051-01(6223) 019(415)
    - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
      VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
      LEVEL 1 - EDUCATORS AND ADMINISTRATORS
      VOCATIONAL FOOD SERVICE COORDINATOR
      **70042370**
      25-1194-01(1320) 002(013)
    - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
      VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
      LEVEL 1 - EDUCATORS AND ADMINISTRATORS
      VOCATIONAL FOOD SERVICE COORDINATOR
      **70042371**
      25-1194-01(1320) 002(013)
    - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
      VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
      LEVEL 1 - EDUCATORS AND ADMINISTRATORS
      VOCATIONAL FOOD SERVICE COORDINATOR
      **70042372**
      25-1194-01(1320) 002(013)
  - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
    VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
    LEVEL 1 - EDUCATORS AND ADMINISTRATORS
    VOCATIONAL FOOD SERVICE COORDINATOR
    **70042366**
    25-1194-01(1320) 002(013)
  - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
    VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
    LEVEL 1 - EDUCATORS AND ADMINISTRATORS
    VOCATIONAL FOOD SERVICE COORDINATOR
    **70042367**
    25-1194-01(1320) 002(013)
  - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
    VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
    LEVEL 1 - EDUCATORS AND ADMINISTRATORS
    VOCATIONAL FOOD SERVICE COORDINATOR
    **70042368**
    25-1194-01(1320) 002(013)
  - **MAIN-FOOD SERVICE** **70-32-20-09-49-15-00-00-00000000**
    VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
    LEVEL 1 - EDUCATORS AND ADMINISTRATORS
    VOCATIONAL FOOD SERVICE COORDINATOR
    **42533**
    25-1194-01(1320) 002(013)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-WAREHOUSE

**CURRENT**

**MAIN-WAREHOUSE** **70-32-20-09-49-17-00-00-00000000**
BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 3 - BUSINESS OPERATIONS
GENERAL SERVICES SPECIALIST - SES
**70036298**
13-1199-03(0839) 007(421)

Reporting to the above:

**MAIN-WAREHOUSE-MAILROOM** **70-32-20-09-49-17-02-00-00000000**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**70036404**
13-1081-02(0929) 006(017)

**MAIN-WAREHOUSE-MAILROOM** **70-32-20-09-49-17-02-00-00000000**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**70036405**
13-1081-02(0929) 006(017)

**MAIN-WAREHOUSE-MAILROOM** **70-32-20-09-49-17-02-00-00000000**
OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK - F/C
**70002007**
43-9061-02(0006) 003(012)



# RECEPTION & MEDICAL CENTER - SECURITY MAIN

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-SECURITY

**CURRENT**

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER COLONEL - SES
**7001861**
33-1011-06(8017) 012(507)

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
SECRETARY SPECIALIST - F/C
70**01956**
43-6014-01(0106) 001(011)

**MAIN-SECURITY (STD SHIFT- 8.5 HR)** **70-32-20-09-49-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**01863,01864,01865,01866,13990**
33-1011-04(8013) 010(504)

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
**01902,01931,01934,01940,01945,01971,01981,01982,01983,01987,02002,02013,02015,02142,03670,09194,10435,15202,15204,15205,15206,15227,16643,16661,16672,16673,16686,20800,20803,20804,21967,22117,25876,25878,25880,29370,29440,29407,29631,29632,29640,29641,33449,34193,38168,38169,38171,38200,38333,38334,38335,38336,38337,40060,44926,46872,46873**
33-3012-02(8005) 008(501)

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01922,01942,01949,01951,01957,01968,01973,01974,01976,01977,01980,02004,02006,03656,03657,03660,03661,03663,03665,03666,03667,03668,15195,03672,09230,09233,09234,09236,15194,15212,15215,15218,15219,15221,15228,16387,16388,16391,16628,25881,25885,25887,25888,25889,29637,29638,29643,33444,33445,34284,34285,37255,38338,38339,38340,38342,38344,46862,46863,46864,46865,46866**
33-3012-01(8003) 007(500)

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01927,01944,01946,01950,01963,01964,01965,01967,01972,01978,01979,02005,03652,03654,03655,03658,03659,03662,03664,03669,03671,04875,04876,09231,09238,09241,15193,15199,15211,15217,15220,15222.15223,15225,15226,16386,16389,16390,16648,20859,25882,25883,25884,25886,25890,29633,29635,29636,29642,34283,34286,37254,38341,38345,38346,38347,46867,46868,46869,46870,46871**
33-3012-01(8003) 007(500)

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**01959**
33-1011-03(8011) 009(502)

**MAIN-SECURITY-INTERNAL WORK SQUAD** **70-32-20-09-49-22-11-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**01867**
33-1011-03(8011) 009(502)

**MAIN-SECURITY-RECEPTION TRANSFERS** **70-32-20-09-49-22-03-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
70**02017**
33-1011-04(8013) 010(504)

**MAIN-SECURITY** **70-32-20-09-49-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**01911**
33-1011-03(8011) 009(502)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70**21999**
33-1011-05(8015) 011(506)

**WORK CAMP-SECURITY** **70-32-20-09-50-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70**39866**
33-1011-05(8015) 011(506)



# RECEPTION & MEDICAL CENTER – SECURITY MAIN - ADMIN

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-SECURITY

**CURRENT**

**MAIN-SECURITY** — **70-32-20-09-49-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**01911**
33-1011-03(8011) — 009(502)

- **MAIN-SECURITY – HOUSING ASSIGNMENT** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 2 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER SERGEANT
  70**09193**
  33-3012-02(8005) — 008(501)

- **MAIN-SECURITY - ARSENAL** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 2 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER SERGEANT
  70**20801**
  33-3012-02(8005) — 008(501)

- **MAIN-SECURITY - CANINE** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 2 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER SERGEANT
  70**01885**
  33-3012-02(8005) — 008(501)

- **MAIN-SECURITY-LAUNDRY** — **70-32-20-09-49-22-17-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 2 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER SERGEANT
  **70025879**
  33-3012-02(8005) — 008(501)

- **MAIN-SECURITY – LOCK & KEY** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 2 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER SERGEANT
  70**16699**
  33-3012-02(8005) — 008(501)

- **MAIN-SECURITY - ADMINISTRATIVE** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 2 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER SERGEANT
  70**01893**
  33-3012-02(8005) — 008(501)

- **MAIN-SECURITY - CANINE** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**15192**
  33-3012-01(8003) — 007(500)

- **MAIN-SECURITY-LAUNDRY** — **70-32-20-09-49-22-17-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**02141,70002143**
  33-3012-01(8003) — 007(500)

- **MAIN-SECURITY - UTILITY** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**01925,70002009**
  33-3012-01(8003) — 007(500)

- **MAIN-SECURITY-CONTRACTED FOOD SERVICE** — **70-32-20-09-49-22-15-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**01853,70001854,70021966**
  33-3012-01(8003) — 007(500)

- **MAIN-SECURITY-WELLNESS PROGRAM** — **70-32-20-09-49-22-16-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**02137,70004890,70004891,70016414**
  33-3012-01(8003) — 007(500)

- **MAIN-SECURITY – INTERNAL MOVEMENT** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**01888,70015224,70025891,70029634**
  33-3012-01(8003) — 007(500)

- **MAIN-SECURITY – MEDICAL MOVEMENT** — **70-32-20-09-49-22-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 1 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL OFFICER
  70**29639,70034287**
  33-3012-01(8003) — 007(500)



Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable:  RECEPTION MEDICAL CENTER
Section/Subsection:   MAIN-SECURITY-INTERNAL WORK SQUAD

**CURRENT**



MAIN-SECURITY-INTERNAL WORK SQUAD          70-32-20-09-49-22-11-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70001867

33-1011-03(8011)                                    009(502)

---

MAIN-SECURITY-INTERNAL WORK          70-32-20-09-49-22-11-00-
SQUAD                                                          00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70016683

33-3012-02(8005)                    008(501)

---

MAIN-SECURITY-INTERNAL WORK          70-32-20-09-49-22-11-00-
SQUAD                                                          00000000
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70001926,15196

33-3012-01(8003)                    007(500)

---

MAIN-SECURITY-EXTERNAL WORK          70-32-20-09-49-22-12-00-
SQUAD                                                          00000000
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70015354,70021313

33-3012-01(8003)                    007(500)

RECEPTION & MEDICAL CENTER - SECURITY HOSPITAL

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: HOSPITAL-SECURITY

**CURRENT**

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70**01862**
33-1011-05(8015) 011(506)

---

**HOSPITAL-SECURITY (STD SHIFT- 8.5 HR)** **70-32-20-09-59-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
**01886,01929,01969,09235,15201**
33-1011-03(8011) 009(502)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
**01869,01871,01875,01881,01985,04878,15200,15203,16695,16697,16701,46891**
33-3012-02(8005) 008(501)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01900,01943,01990,02000,02001,02126,04881,16636,16639,16640,16645,16647,16650,16659,16662,16665,16666,16671,16674,16678,16680,16685,16687,16689,20844,20848,20857,46889,46890**
33-3012-01(8003) 007(500)

---

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**13991**
33-1011-03(8011) 009(502)

---

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**34291**
33-3012-01(8003) 007(500)

---

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**16679**
33-3012-01(8003) 007(500)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-SECURITY-MENTAL HEALTH UNIT

**CURRENT**

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-28-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70**01862**
33-1011-05(8015) 011(506)

**MAIN-SECURITY-MENTAL HEALTH UNIT** **70-32-20-09-49-22-00-28-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
**46170,46171,46172,46173,46174, 46175,46176,46177,46178,46179,46180**
33-3012-02(8005) 007(500)

**MAIN-SECURITY-MENTAL HEALTH UNIT - MEDICAL ESCORT** **70-32-20-09-49-22-06-28-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01988,01996, 02012**
33-3012-01(8003) 007(500)

**MAIN-SECURITY-MENTAL HEALTH UNIT** **70-32-20-09-49-22-00-28-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**04883,04886,04889,13992,16651,16668,16688,20853,46181, 46182,46183,46184,46185,46186,46187,46188,46189,46190,46191**
33-3012-01(8003) 007(500)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: HOSPITAL-SECURITY (Administration)

**CURRENT**

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**13991**
33-1011-03(8011) 009(502)

Reporting positions:

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**16694**
33-3012-02(8005) 008(501)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**34194**
33-3012-02(8005) 008(501)

**HOSPITAL-SECURITY-MEDICAL ESCORT** **70-32-20-09-59-22-06-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
**01870,01874,01876,04880,16696,16698,16702**
33-3012-02(8005) 008(501)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**01899,70001947**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**01941**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**01999,70016682**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY-MEDICAL ESCORT** **70-32-20-09-59-22-06-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01928,02084,02085,04887,13993,16644,16692,16693**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**01914,70001932**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**20843**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**20846**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**01908**
33-3012-01(8003) 007(500)

**HOSPITAL-SECURITY** **70-32-20-09-59-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**33447**
33-3012-01(8003) 007(500)



Name of Agency:       DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable:  RECEPTION MEDICAL CENTER
Section/Subsection:   HOSPITAL-SECURITY (Jacksonville Medical Security)


**CURRENT**



**HOSPITAL-SECURITY**                    70-32-20-09-59-22-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70**001862**

33-1011-05(8015)                                                        011(506)

---

**JACKSONVILLE MEDICAL**              70-32-20-09-60-22-00-00-
**SECURITY UNIT (STD - 8.5 HR)**                      00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
01887,04877,16393,16700,38343

33-1011-03(8011)                                                        009(S02)

---

**JACKSONVILLE MEDICAL**              70-32-20-09-60-22-00-00-
**SECURITY UNIT**                                    00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
01868,01872,01873,01877,01878,01879,01880,01882,15198,46895

33-3012-02(8005)                                                        008(S01)

---

**JACKSONVILLE MEDICAL SECURITY**
**UNIT**                                  70-32-20-09-60-22-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
01894,01895,01896,01897,01898,01903,01904,01905,01906,01915,01920,
01937,01953,01958,01960,01986,01989,01991,01992,01993,01994,01995,
01997,01998,02008,02010,02011,04882,04884,04885,04888,16637,16638,
16641,16642,16646,16649,16652,16653,16654,16655,16656,16657,16658,
16660,16663,16664,16667,16669,16675,16676,16677,16681,16684,16690,
16691,20842,20849,20850,20851,20854,20855,20856,33448,34288,34289,
34290,46892,46893,46894

33-3012-01(8003)                                                        007(500)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: MAIN-SECURITY-RECEPTION TRANSFERS

**CURRENT**

**MAIN-SECURITY-RECEPTION TRANSFERS** **70-32-20-09-49-22-03-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
70**02017**
33-1011-04(8013) 010(504)

**MAIN-SECURITY-RECEPTION & ORIENTATION** **70-32-20-09-49-22-02-00-00000000**
VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
LEVEL 2 - EDUCATORS AND ADMINISTRATORS
VOCATIONAL INSTRUCTOR III - F/C
70**01812**
25-1194-02(1315) 005(016)

**MAIN-SECURITY-RECEPTION & ORIENTATION** **70-32-20-09-49-22-02-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**05499**
33-3012-02(8005) 008(501)

**MAIN-SECURITY-RECEPTION & ORIENTATION** **70-32-20-09-49-22-02-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**12089**
33-3012-02(8005) 008(501)

**MAIN-SECURITY-RECEPTION TRANSFERS** **70-32-20-09-49-22-03-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
****01984,**02003,**02018,**02019,**02020,**02900,**02901,**04021,**04022,**04892,**04893,**09192,**15207,**15208,**15209,**15210**
33-3012-02(8005) 008(501)

**MAIN-SECURITY-RECEPTION & ORIENTATION** **70-32-20-09-49-22-02-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01961,09232,16392**
33-3012-01(8003) 007(500)

**MAIN-SECURITY-RECEPTION & ORIENTATION** **70-32-20-09-49-22-02-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01091,01833,12090,16385**
33-3012-01(8003) 007(500)

**MAIN-SECURITY-RECEPTION & ORIENTATION** **70-32-20-09-49-22-02-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**01837,01966,04873,12099**
33-3012-01(8003) 007(500)

**MAIN-SECURITY-RECEPTION TRANSFERS** **70-32-20-09-49-22-03-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**38278,**38279**
33-3012-01(8003) 007(500)

**MAIN-SECURITY-RECEPTION & ORIENTATION-STG** **70-32-20-09-49-22-02-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**45846**
33-3012-02(8005) 008(501)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: WEST UNIT-SECURITY

**CURRENT**

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
700**21999**
33-1011-05(8015) 011(506)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
SECRETARY SPECIALIST - F/C
70022116
43-6014-01(0106) 001(011)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
**(STD SHIFT- 8.5 HR)**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER CAPTAIN
**22002,22003,22004,22005,22006**
33-1011-04(8013) 010(504)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70022000
33-1011-03(8011) 009(502)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
**22007,22008,22009,22010,22011,22017,22018,22019,22020,22021,22032,22033,22034,22035,22045,22046,22047,22049,22059,22060,22061,22062,22063,22073,22074,22076,22077,22087,22088,22089,22090,22101,22102,22103,22104,22139,22158,22159,33451,34195,34196,38164,38165,38197,44919,44920,44921,44922,44923,46884,46885**
33-3012-02(8005) 008(501)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**22001,22013,22014,22016,22022,22025,22029,22039,22041,22042,22052,22053,22055,22058,22064,22067,22068,22070,22071,22072,22082,22084,22086,22093,22094,22095,22096,22097,22098,22099,22100,22105,22107,22108,22112,22113,22121,22127,22132,22135,22142,22147,22148,22149,22151,22160,22161,22162,22164,34294,38170,38172,38175,38176,38198,38201,38203,38204,38206**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**22015,22027,22028,22030,22037,22043,22056,22066,22078,22079,22080,22109,22111,22114,22118,22120,22134,22137,22141,22144,22145,22146,22150,34292,34293,34296,38173,38174,38205,44924,44925,44927,44928,44929,44930,44931,46874,46875,46876,46877,46878,46879,46880,46881,46882,46883**
33-3012-01(8003) 007(500)



RECEPTION & MEDICAL CENTER - SECURITY - WEST UNIT - ADMIN

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: WEST UNIT-SECURITY

**CURRENT**

**WEST UNIT-SECURITY** **70-32-20-09-53-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
70**22000**
33-1011-03(8011) 009(502)

**WEST UNIT-SECURITY – ORIENTATION/TRAINING** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**22048**
33-3012-02(8005) 008(501)

**WEST UNIT-SECURITY – PROPERTY/HOUSING** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**22075**
33-3012-02(8005) 008(501)

**WEST UNIT-SECURITY-INTERNAL WS** **70-32-20-09-53-22-11-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**22152**
33-3012-02(8005) 008(501)

**WEST UNIT-SECURITY-CONTRACTED FOOD SERV** **70-32-20-09-53-22-15-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**01858,70021971**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY - CLOTHING** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**22038**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY – PROPERTY/HOUSING** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**22069**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY-EXTERNAL WS** **70-32-20-09-53-22-12-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**22040,22153,22155,22156**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY - UTILITY** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**22044**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY – VEHICLE GATE** **70-32-20-09-53-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**22081**
33-3012-01(8003) 007(500)

**WEST UNIT-SECURITY-WELLNESS PROGRAM** **70-32-20-09-53-22-16-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**02136,21995,21996**
33-3012-01(8003) 007(500)



# RECEPTION & MEDICAL CENTER - SECURITY - WORK CAMP

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: SECURITY AND INSTITUTIONAL OPERATIONS/REGIONAL DIRECTOR'S OFFICE-INST REG II
Bureau/Comparable: RECEPTION MEDICAL CENTER
Section/Subsection: WORK CAMP-SECURITY

**CURRENT**

**WORK CAMP-SECURITY** **70-32-20-09-50-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER MAJOR - SES
70**39866**
33-1011-05(8015) 011(506)

**WORK CAMP-SECURITY** **70-32-20-09-50-22-00-00-00000000**
SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
SECRETARY SPECIALIST - F/C
70**39899**
43-6014-01(0106) 001(011)

**WORK CAMP-SECURITY (STD SHIFT- 8.5 HR)** **70-32-20-09-50-22-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER LIEUTENANT
**39867,39868,39869,39870,39871**
33-1011-03(8011) 009(502)

**WORK CAMP-SECURITY** **70-32-20-09-50-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
**39872,39873,39874,39876,40016,40017,40018,40019,40020,40021,40022,40023,40024,40025,40026,40027,40028,40029,40030,46888**
33-3012-02(8005) 008(501)

**WORK CAMP-SECURITY** **70-32-20-09-50-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
**39883,39884,39885,39887,39888,39890,39891,39892,39895,39897,39898,40031,40032,40033,40034,40035,40036,40037,40038,40040,40041,40042,40046,40047,40049,40050,40051,40052,40053,40054,40055,40056,40057,40058,46886,46887**
33-3012-01(8003) 007(500)

**WORK CAMP-SECURITY - ADMINISTRATIVE** **70-32-20-09-50-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**39877**
33-3012-02(8005) 008(501)

**WORK CAMP-SECURITY – PROPERTY/CLOTHING** **70-32-20-09-50-22-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**39886**
33-3012-01(8003) 007(500)

**WC-SECURITY-EXTERNAL WS-CONTRACT-CWP** **70-32-20-09-50-22-13-94-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
****70045696**
33-3012-01(8003) 007(500)

**WC-SECURITY-INTERNAL WS** **70-32-20-09-50-22-11-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER SERGEANT
70**39878**
33-3012-02(8005) 008(501)

**WC-SECURITY-INTERNAL WS** **70-32-20-09-50-22-11-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**39879**
33-3012-01(8003) 007(500)

**WC-SECURITY-EXTERNAL WS** **70-32-20-09-50-22-12-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**039881,70039882**
33-3012-01(8003) 007(500)

**WC-SECURITY-EXTERNAL WS** **70-32-20-09-50-22-12-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 1 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL OFFICER
70**44318**
33-3012-01(8003) 007(500)



CLASSIFICATION MANAGEMENT OVERVIEW

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable:  CLASSIFICATION MANAGEMENT

Section/Subsection: State Classification
Section/Subsection: Central Records
Section/Subsection: Community Release Programs Unit
Section/Subsection: State Classification Unit
Section/Subsection: Electronic Monitoring Unit
Section/Subsection: Classification Services, System Development
Section/Subsection: Public Records

**CURRENT**

**SECURITY & INSTITUTIONAL OPERATIONS**

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DIRECTOR OF INSTITUTIONS
**70000068**

10-1021-02(9888)                                        024(940)

**CLASSIFICATION MANAGEMENT**

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF CLASSIFICATION MANAGEMENT
**70000036**

11-9199-03(5183)                                        021(530)

**CLASSIFICATION MANAGEMENT**

MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70035408**

13-1111-03(2234)                                        007(021)

**CLASSIFICATION MANAGEMENT**
(CLASSIFICATION)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C -SES
**70832218**

11-1021-02(9119)                                        020(426)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
**70035063**

13-1111-04(8094)                                        010(025)

**CLASSIFICATION MANAGEMENT**
(Classification Services, System
Development, and Public Records)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C -SES
**70012166**

11-1021-02(9119)                                        020(426)

**CLASSIFICATION MANAGEMENT**
(STATE CLASSIFICATION)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR-SES
**70044908**

11-9199-02(8094)                                        020(425)

**CLASSIFICATION MANAGEMENT**
(STATE CLASSIFICATION)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR-SES
**70026996**

11-9199-02(8094)                                        020(425)

**CLASSIFICATION MANAGEMENT**
(Public Records)
MANAGERS,  ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR-SES
**70031373**

11-9199-02(8058)                                        020(423)

**CLASSIFICATION MANAGEMENT**
(STATE CLASSIFICATION)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR-SES
**70018300**

11-9199-02(8094)                                        020(425)

Classification Management  EOG 2022    (1 of 4)

OPERATIONS MANAGER C- SES (32218)

Name of Agency:      DEPARTMENT OF CORRECTIONS

Division/Comparable:  SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable:   CLASSIFICATION MANAGEMENT

Section/Subsection:   Community Release Programs
Section/Subsection:   State Classification
Section/Subsection:   Electronic Monitoring

**CURRENT**

---

**CLASSIFICATION MANAGEMENT**
MANAGERS, ALL OTHER
LEVEL 3 – MANAGER
CHIEF OF CLASSIFICATION MANAGEMENT
**70000036**
11-9199-03(5183)                 021(530)

**CLASSIFICATION MANAGEMENT**
(Classification)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS MANAGER C-SES
**70032218**
11-1021-02(9119)                 020(426)

**CLASSIFICATION MANAGEMENT**
(Classification)
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
ADMINISTRATIVE SECRETARY
**70002909**
43-6011-02(0108)                 003(012)

**CLASSIFICATION MANAGEMENT**
(Community Release Programs)
MANAGERS, ALL OTHER
LEVEL 2 – MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70018300**
11-9199-02(8094)                 020(425)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGERS, ALL OTHER
LEVEL 2 – MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR-SES
**70044908**
11-9199-02(8094)                 020(425)

**CLASSIFICATION MANAGEMENT**
(Community Release Programs)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70011324**
11-9199-02(8058)                 020(423)

**CLASSIFICATION MANAGEMENT**
(CLASSIFICATION-WORK RELEASE)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70044910**
13-1111-04(8058)                 010(023)

**CLASSIFICATION MANAGEMENT**
(STATE CLASSIFICATION)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR- SES
**70026966**
11-9199-02(8094)                 020(425)

**CLASSIFICATION MANAGEMENT**
(CLASSIFICATION-WORK RELEASE)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
(2)
**70040653, 70044909**
13-1111-04(8058)                 010(023)

**CLASSIFICATION MANAGEMENT**
(Community Release Programs)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70028107, 70039087**
13-1111-04(8058)                 010(023)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
MANAGEMENT REVIEW SPECIALIST - SES
**70033829**
13-1111-04(2239)                 010(424)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70017146**
11-9199-02(8058)                 020(423)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70010358**
11-9199-02(8058)                 020(423)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70016912**
11-9199-02(8058)                 020(423)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
(3)
**70014356, 70027769, 70017970**
13-1111-04(8058)                 010(023)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
(2)
**70018244, 70040847**
13-1111-04(8058)                 010(023)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
(3)
**70026236, 70016417, 70018299**
13-1111-04(8058)                 010(023)

**CLASSIFICATION MANAGEMENT**
(State Classification)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
(3)
**70038960, 70024598,700 31236**
13-1111-04(8058)                 010(023)

Classification Management  EOG 2022    (2 of 4)

# CPA-SES (26996) STATE CLASSIFICATION

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: CLASSIFICATION MANAGEMENT

Section/Subsection: State Classification

**CURRENT**

- **CLASSIFICATION MANAGEMENT (CLASSIFICATION)** — GENERAL AND OPERATIONS MANAGERS; LEVEL 2 - MANAGER; OPERATIONS MANAGER C -SES; **70832218**; **11-1021-02(9119)**; 020(426)
  - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL PROGRAM ADMINISTRATOR - SES; **70026996**; 11-9199-02(8094); 020(425)
    - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; MANAGEMENT REVIEW SPECIALIST - SES; **70033829**; 13-1111-04(2239); 010(424)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70016417**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70017970**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70027769**; 13-1111-04(8058); 010(023)
    - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL SERVICE ADMINISTRATOR - SES; **70010358**; 11-9199-02(8058); 020(423)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70014356**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70018244**; 13-1111-04(8058); 010(023)
    - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL SERVICE ADMINISTRATOR - SES; **70016912**; 11-9199-02(8058); 020(423)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70026236**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70031236**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70024598**; 13-1111-04(8058); 010(023)
    - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL SERVICE ADMINISTRATOR - SES; **70017146**; 11-9199-02(8058); 020(423)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70018299**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70038960**; 13-1111-04(8058); 010(023)
      - **CLASSIFICATION MANAGEMENT (State Classification)** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; **70040847**; 13-1111-04(8058); 010(023)

OPERATIONS MANAGER C- SES CLASS. SYSTEM DEV. PUBLIC RECORDS

Name of Agency:       DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable:  CLASSIFICATION MANAGEMENT

Section/Subsection:  Classification Services, System Development
Section/Subsection:  Public Records

**CURRENT**

CLASSIFICATION MANAGEMENT

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF CLASSIFICATION MANAGEMENT
**70000036**

11-9199-03(5183)                                      021(530)

CLASSIFICATION MANAGEMENT (Classification
Services, System Development, and Public
Records)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C -SES
**70012166**

11-1021-02(9119)                                      020(426)

---

CLASSIFICATION MANAGEMENT
(Public Records)
MANAGERS,  ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR-SES
**70031373**

11-9199-02(8058)                020(423)

CLASSIFICATION MANAGEMENT
(Services, System Development)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
**70032223**

13-1111-04(8094)                010(025)

CLASSIFICATION MANAGEMENT
(Services, System Development)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
**70035407**

13-1111-04(8094)                010(025)

CLASSIFICATION MANAGEMENT
(Services, System Development)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70010036**

13-1111-04(8058)                010(023)

CLASSIFICATION MANAGEMENT
(Services, System Development)
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035423**

13-1111-04(8058)                010(023)

---

CLASSIFICATION MANAGEMENT
(Public Records)
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70011717**

13-1111-03(8055)                007(021)

CLASSIFICATION MANAGEMENT
(Public Records)
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70020733**

13-1111-03(8055)                007(021)

CLASSIFICATION MANAGEMENT
(Public Records)
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70035431**

13-1111-03(8055)                007(021)

CLASSIFICATION MANAGEMENT
(Public Records)
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70021991**

13-1111-03(8055)                007(021)

Classification Management  EOG 2022    (4 of 4)

ADMISSIONS AND RELEASES

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection:

**CURRENT**



SECURITY & INSTITUTIONAL OPERATIONS
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DIRECTOR OF INSTITUTIONS
**70000068**
10-1021-02(9888)          024(940)

ADMISSION AND RELEASE
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF ADMISSION AND RELEASE
**70035387**
11-9199-03(5184)          021(530)

ADMISSION AND RELEASE
(Admissions)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70035412**
11-1021-02(9119)          020(426)

ADMISSION AND RELEASE
(Releases)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70015167**
11-1021-02(9119)          020(426)

ADMISSIONS                70-30-10-11-02-01-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
**70035410**
13-1111-04(8094)          010(025)

ADMISSIONS (Operations Manager 35412)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Admissions

CURRENT

**ADMISSION AND RELEASE (Admissions)**

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70035412**

11-1021-02(9119) 020(426)

---

**ADMISSION AND RELEASE (Admissions)** **70-30-10-11-02-01-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70000034**
11-9199-02(8094) 020(425)

**ADMISSION AND RELEASE (Admissions)** **70-30-10-11-02-01-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70015523**
11-9199-02(8094) 020(425)

**ADMISSION AND RELEASE (Admissions)** **70-30-10-11-02-01-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70035409**
11-9199-02(8094) 020(425)



ADMISSIONS (Correctional Program Administrator 00034)

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable:  ADMISSION AND RELEASE

Section/Subsection:  Admissions

**CURRENT**

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGERS, ALL OTHER | |
| LEVEL 2 - MANAGER | |
| CORRECTIONAL PROGRAM ADMINISTRATOR - SES | |
| **70000034** | |
| 11-9199-02(8094) | 020(425) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 4 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES CONSULTANT | |
| **70007057** | |
| 13-1111-04(8058) | 010(023) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 4 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES CONSULTANT | |
| **70025399** | |
| 13-1111-04(8058) | 010(023) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 4 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES CONSULTANT | |
| **70035388** | |
| 13-1111-04(8058) | 010(023) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70035391** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70035413** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70035422** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSION AND RELEASE (Admissions) | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70043839** | |
| 13-1111-03(8055) | 007(021) |

ADMISSIONS (Correctional Program Administrator 15523)

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable:  ADMISSION AND RELEASE

Section/Subsection:  Admissions

**CURRENT**



ADMISSION AND RELEASE (Admissions)        70-30-10-11-02-01-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70015523**

11-9199-02(8094)                              020(425)

---

ADMISSION AND RELEASE        70-30-10-11-02-01-00-00-
(Admissions)                                      00000000

MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70022192**

13-1111-04(8058)                  010(023)

---

ADMISSION AND RELEASE        70-30-10-11-02-01-00-00-
(Admissions)                                      00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035390**

13-1111-04(8058)                  010(023)

---

ADMISSION AND RELEASE        70-30-10-11-02-01-00-00-
(Admissions)                                      00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035648**

13-1111-04(8058)                  010(023)

---

ADMISSION AND RELEASE        70-30-10-11-02-01-00-00-
(Admissions)                                      00000000

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70036831**

13-1111-03(8055)                  007(021)

---

ADMISSIONS        70-30-10-11-02-01-00-00-
                                      00000000

MANAGEMENT ANALYSTS
LEVEL 3- BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
70043844

13-1111-03(8055)                  004(021)

ADMISSIONS (Correctional Program Administrator 35409)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Admissions

**CURRENT**

**ADMISSION AND RELEASE (Admissions)** **70-30-10-11-02-01-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70035409**
11-9199-02(8094) 020(425)

Reporting to the above:

**ADMISSIONS** **70-30-10-11-02-01-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70035433**
11-9199-02(8058) 020(423)

**ADMISSIONS** **70-30-10-11-02-01-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035389**
13-1111-04(8058) 010(023)

**ADMISSIONS** **70-30-10-11-02-01-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70022188**
13-1111-03(8055) 007(021)

**ADMISSIONS** **70-30-10-11-02-01-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70025186**
13-1111-03(8055) 007(021)



ADMISSIONS (Correctional Service Administrator 35433)

Name of Agency:    DEPARTMENT OF CORRECTIONS

Division/Comparable:  SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable:  ADMISSION AND RELEASE

Section/Subsection:  Admissions

**CURRENT**



| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGERS, ALL OTHER | |
| LEVEL 2 - MANAGER | |
| CORRECTIONAL SERVICE ADMINISTRATOR - SES | |
| **70035433** | |
| 11-9199-02(80S8) | 020(423) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| PROBATION OFFICER & CORR TREATMENT SPEC | |
| LEVEL 1 - PROBAT OFFICER & CORR TREATMNT | |
| CORRECTIONAL SENTENCE SPECIALIST | |
| **70000035** | |
| 21-1092-01(8073) | 004(016) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70005953** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70010521** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| PROBATION OFFICER & CORR TREATMENT SPEC | |
| LEVEL 1 - PROBAT OFFICER & CORR TREATMNT | |
| CORRECTIONAL SENTENCE SPECIALIST | |
| **70023503** | |
| 21-1092-01(8073) | 004(016) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70025188** | |
| 13-1111-03(8055) | 004(021) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70043840** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70043841** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70043842** | |
| 13-1111-03(8055) | 007(021) |

| ADMISSIONS | 70-30-10-11-02-01-00-00-00000000 |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 - BUSINESS OPERATIONS | |
| CORRECTIONAL SERVICES ASST CONSULTANT | |
| **70043843** | |
| 13-1111-03(8055) | 004(021) |

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Releases

# RELEASES (Operations Manager 15167)

**CURRENT**

ADMISSION AND RELEASE (Releases)
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70015167**
11-1021-02(9119) 020(426)

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70001834**
11-9199-02(8094) 020(425)

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70014819**
11-9199-02(8094) 020(425)

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70018303**
11-9199-02(8094) 020(425)

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYTSTS
LEVEL 4 – BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70043845**
13-1111-04(8058) 010(023)

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70022186**
13-1111-03(8055) 007(021)



RELEASES (Correctional Program Administrator 01834)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Releases

CURRENT

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70001834**
11-9199-02(8094) 020(425)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70007974**
13-1111-04(8058) 010(023)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70032224**
13-1111-04(8058) 010(023)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70035972**
13-1111-04(8058) 010(023)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70031094**
13-1111-03(8055) 007(021)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70035404**
13-1111-03(2234) 007(021)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70035406**
13-1111-03(8055) 007(021)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70035974**
13-1111-03(8055) 007(021)



RELEASES (Correctional Service Administrator 14819)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Releases

**CURRENT**

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR – SES
**70014819**

11-9199-02(8094) 020(425)

---

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70000031**

13-1111-04(8058) 010(023)

---

ADMISSION AND RELEASE (Releases) **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70042265**

13-1111-04(8058) 010(023)



# RELEASES (Correctional Service Administrator 18303)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Releases

**CURRENT**

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70018303**

11-9199-02(8094) 020(425)

---

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70047229**

13-1111-03(8055) 007(021)

---

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70003061**

13-1111-03(8055) 007(021)

---

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
CORRECTIONAL SENTENCE SPECIALIST
**70035432**

21-1092-01(8073) 004(016)



RELEASES (Correctional Services Administrator 47228)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: SECURITY & INSTITUTIONAL OPERATIONS

Bureau/Comparable: ADMISSION AND RELEASE

Section/Subsection: Releases

**CURRENT**

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICE ADMINISTRATOR - SES
**70047228**

11-9199-02(8058) 020(423)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70047230**

13-1111-03(8055) 007(021)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70047231**

13-1111-03(8055) 007(021)

**ADMISSION AND RELEASE (Releases)** **70-30-10-11-02-02-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70047232**

13-1111-03(8055) 007(021)



COMMUNITY CORRECTIONS

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   COMMUNITY CORRECTIONS

Bureau/Comparable:     COMMUNITY PROGRAMS
Bureau/Comparable:     P&P FIELD SERVICES & INTERSTATE COMPACT

Section/Subsection:

**CURRENT**

---

**COMMUNITY CORRECTIONS**                    70-40-00-00-00-00-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 2 - EXECUTIVE
ASST SECRETARY FOR COMMUNITY CORRECTIONS
**70000100**

10-9151-02(9889)                                          024(940)

---

**COMMUNITY CORRECTIONS**       70-40-00-00-00-00-00-00-00000000

EXECUTIVE SEC & EXEC ADMIN ASSISTANTS
LEVEL 4 – OFFICE/ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT III - SES
**70021073**

43-6011-04(0714)                                  006(421)

---

**COMMUNITY CORRECTIONS**      70-40-00-00-00-00-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
LEAD REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70023981**

10-9151-01(8272)                               023(930)

---

**REGIONAL DIRECTOR'S OFF-**      70-43-30-90-01-00-00-00-
**COMM CORR REG III**                               00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70033890**

10-9151-01(8272)                               023(930)

---

**BUSINESS OPERATIONS**      70-30-10-12-00-00-00-00-
                                                    00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70035145**

11-1021-02(2238)                               020(425)

---

**REGIONAL DIRECTORS OFF-**      70-44-40-90-01-00-00-00-
**COMM CORR REG IV**                               00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70033892**

10-9151-01(8272)                               023(930)

---

**REGIONAL DIRECTOR'S OFF-**      70-43-20-90-01-00-00-00-
**COMM CORR REG II**                               00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70023578**

10-9151-01(8272)                               023(930)

---

**COMMUNITY PROGRAMS**      70-40-10-14-00-00-00-00-
                                                    00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT DIR OF TRANSITION SERVICES-DC
**70037180**

11-9199-03(7146)                               021(540)

---

**REGIONAL DIRECTOR'S OFF-**      70-43-30-90-01-00-00-00-
**COMM CORR REG III**                               00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 3 - MANAGER
DEPUTY REG DIR OF COMMUNITY CORR
(ASST REGIONAL DIR OF COMMUNITY CORR – working title)
**70023741**

11-9151-03(5257)                               021(540)

---

**BUSINESS OPERATIONS**      70-30-10-12-00-00-00-00-
                                                    00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70012924**

13-1111-04(2236)                               010(023)

---

**REGIONAL DIRECTORS OFF-**      70-44-40-90-01-00-00-00-
**COMM CORR REG IV**                               00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 3 - MANAGER
DEPUTY REG DIR OF COMMUNITY CORR
(ASST REGIONAL DIR OF COMMUNITY CORR – working title)
**70015724**

11-9151-03(5257)                               021(540)

---

**COMMUNITY PROGRAMS**      70-40-10-14-00-00-00-00-
                                                    0000000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70002884**

13-1111-03(8055)                               020(021)

---

**P&P FIELD SERVICES &**      70-40-10-13-00-00-00-00-
**INTERSTATE COMPACT**                      00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF PROBAT/PAROLE FIELD SERVICES-DC
**70005938**

11-9199-03(5191)                               021(530)

---

**BUSINESS OPERATIONS**      70-30-10-12-00-00-00-00-
                                                    00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70002174**

13-1111-04(2236)                               010(023)

---

**FT LAUDERDALE CIR 17 OFFICE**      70-44-40-17-00-00-00-00-
                                                    00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70008166**

13-1111-04(2236)                               010(023)

---

**REGIONAL DIRECTOR'S OFF-**      70-41-10-90-01-00-00-00-
**COMM CORR REG I**                               00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70015665**

10-9151-01(8272)                               023(930)

---

**PROBATION & FIELD SERVICES**      70-40-10-13-01-00-00-00-
                                                    00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70016545**

13-1111-04(8058)                               010(0023)

---

**BUSINESS OPERATIONS**      70-30-10-12-00-00-00-00-
                                                    00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70032544**

13-1111-04(2236)                               010(023)

---

**BUSINESS OPERATIONS**      70-30-10-12-00-00-00-00-
                                                    00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70014248**

13-1111-04(2238)                               010(025)

---

COMMUNITY CORRECTIONS (PROGRAMS)

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   COMMUNITY CORRECTIONS

Bureau/Comparable:     COMMUNITY PROGRAMS
Bureau/Comparable:     P&P FIELD SERVICES & INTERSTATE COMPACT

Section/Subsection:

**CURRENT**

---

**COMMUNITY CORRECTIONS**   70-40-00-00-00-00-00-00-00000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
LEAD REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70023981**
10-9151-01(8272)                                    023(930)

**COMMUNITY PROGRAMS**      70-40-10-14-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT DIR OF TRANSITION SERVICES-DC
**70037180**
11-9199-03(7146)                                    021(540)

**VICTIM'S ASSISTANCE**   70-40-10-14-01-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70023504**
11-9199-02(8094)                        020(425)

**COMMUNITY PROGRAMS**   70-40-10-14-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70034566**
13-1111-04(8058)                        010(023)

**COMMUNITY PROGRAMS**   70-40-10-14-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70023505, 70034564, 70012168**
13-1111-03(8055)                        020(021)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70035403**
11-1021-02(9119)                        020(426)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70024253**
11-9199-02(8094)                        020(425)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70007110**
13-1111-04(8058)                        010(023)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70000039**
13-1111-03(8055)                        007(021)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70005981**
13-1111-03(8055)                        007(021)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70010653**
13-1111-03(8055)                        007(021)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70010729**
13-1111-03(8055)                        007(021)

**INTERSTATE COMPACT**   70-40-10-13-02-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70030561**
13-1111-03(8055)                        007(021)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable:   COMMUNITY CORRECTIONS

Bureau/Comparable:   P&P FIELD SERVICES & INTERSTATE COMPACT

Section/Subsection:   Interstate Compact
Section/Subsection:   Probation & Field Services

P&P FIELD SERVICES & INTERSTATE COMPACT

**CURRENT**

---

**P&P FIELD SERVICES & INTERSTATE COMPACT**    **70-40-10-13-00-00-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 3 – MANAGER
CHIEF OF PROBAT/PAROLE FIELD SERVICES-DC
**70005938**

11-9199-03(5191)                                    021(530)

---

**TAMPA CIR 13 OFFICE**    **70-43-30-13-00-00-00-00-00000000**

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 – BUSINESS OPERATIONS
RESEARCH TRAINING SPECIALIST
**70013648**

13-1151-04(1334)                    003(011)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-01-00-00-00-00000000**

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS MANAGER C-SES
**70007238**

11-1021-02(9119)                    020(426)

---

**COMMUNITY PROGRAMS**    **70-40-10-14-00-00-00-0000000000**

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70023924**

13-1151-04(1334)                    010(023)

---

**COMMUNITY PROGRAMS**    **70-40-10-14-00-00-00-0000000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70028559**

11-9199-02(8094)                    020(425)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-01-00-00-00-0000000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70009297**

11-9199-02(8094)                    020(425)

---

**COMMUNITY PROGRAMS**    **70-40-10-14-00-00-00-0000000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70003749, 70005942, 70011652**

13-1111-04(8058)                    010(023)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-02-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70028914**

13-1111-03(8055)                    007(021)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-02-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70044248**

13-1111-03(8055)                    007(021)

---

**COMMUNITY PROGRAMS**    **70-40-10-14-00-00-00-0000000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70012777**

13-1111-03(8055)                    020(021)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-02-00-00-00-0000000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70037182**

13-1111-03(8055)                    007(021)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-02-00-00-00-0000000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70011380**

13-1111-04(8058)                    010(023)

---

**PROBATION & FIELD SERVICES**    **70-40-10-13-02-00-00-00-0000000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70025849**

13-1111-04(8058)                    010(023)

---

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable:  COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF
COMM CORR REG I

Bureau/Comparable:  CIRCUIT 01 - PENSACOLA
Bureau/Comparable:  CIRCUIT 02 - TALLAHASSEE
Bureau/Comparable:  CIRCUIT 14 - PANAMA CITY

Section/Subsection:

REGIONAL

**CURRENT**

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-41-10-90-01-00-00-00-00000000**

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70015665**

10-9151-01(8272)                                              023(930)

---

**CIRCUIT 01 - PENSACOLA**          **70-41-10-01-00-00-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007155**

11-9199-03(5256)                        021(530)

---

**CIRCUIT 02 - TALLAHASSEE**          **70-41-10-02-00-00-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70008000**

11-9199-03(5256)                        021(530)

---

**CIRCUIT 14 - PANAMA CITY**          **70-41-10-14-00-00-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007204**

11-9199-03(5256)                        021(530)

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-41-10-90-01-00-00-00-00000000**

ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
**70034565**

11-3011-02(6040)                        020(427)

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-41-10-90-01-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70040654**

13-1111-04(2236)                        010(023)

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-41-10-90-01-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70023686**

13-1111-04(8058)                        010(023)

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-41-10-90-01-00-00-00-00000000**

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70008042**

21-1092-01(8106)                        004(017)

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-41-10-90-01-00-00-00-00000000**

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70024378**

21-1092-01(8106)                        004(017)

---

**REGIONAL DIRECTOR'S OFF-COMM CORR REG I**          **70-43-20-90-01-00-00-00-00000000**

HUMAN RESOURCES SPECIALIST
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70023691**

13-1071-04(0193)                        010(426)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF
COMM CORR REG II

Bureau/Comparable: CIRCUIT 03 - LAKE CITY
Bureau/Comparable: CIRCUIT 04 - JACKSONVILLE
Bureau/Comparable: CIRCUIT 07 - DAYTONA BEACH
Bureau/Comparable: CIRCUIT 08 - GAINESVILLE

Section/Subsection:

REGIONAL

**CURRENT**



REGIONAL DIRECTOR'S OFF-COMM CORR REG II          70-43-20-90-01-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70023578**

10-9151-01(8272)                                              023(930)



| CIRCUIT 03 - LAKE CITY   70-42-10-03-00-00-00-00000000 | CIRCUIT 04 - JACKSONVILLE   70-42-10-04-00-00-00-00000000 | CIRCUIT 07 - DAYTONA BEACH   70-43-20-07-00-00-00-00000000 | CIRCUIT 08 - GAINESVILLE   70-42-10-08-00-00-00-00000000 |
|---|---|---|---|
| MANAGERS, ALL OTHER LEVEL 3 - MANAGER CIRCUIT ADMINISTRATOR-DC **70007980** | MANAGERS, ALL OTHER LEVEL 3 - MANAGER CIRCUIT ADMINISTRATOR-DC **70007228** | MANAGERS, ALL OTHER LEVEL 3 - MANAGER CIRCUIT ADMINISTRATOR-DC **70007755** | MANAGERS, ALL OTHER LEVEL 3 - MANAGER CIRCUIT ADMINISTRATOR-DC **70007986** |
| 11-9199-03(5256)    021(530) | 11-9199-03(5256)    021(530) | 11-9199-03(5256)    021(530) | 11-9199-03(5256)    021(530) |

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70014486**
13-1111-04(2236)                                            010(023)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70024384**
33-1011-04(8045)                                            010(402)

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**          70-43-30-90-01-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70007321**
11-9199-02(8094)                                            020(425)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
**70023646**
11-3011-02(6040)                                            020(427)



**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
HUMAN RESOURCES SPECIALIST
LEVEL 4- BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70011156**
13-1071-04(0193)                                            010(426)



**GAINESVILLE CIR 8 OFFICE**          70-42-10-08-00-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023737**
21-1092-01(8106)                                            004(017)

**GAINESVILLE CIR 8 OFFICE**          70-42-10-08-00-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST (ES)
**70007183**
21-1092-01(8106)                                            004(017)



**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70008016**
21-1092-01(8106)                                            004(017)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70043799**
21-1092-01(8106)                                            004(017)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**          70-43-20-90-01-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70023592**
13-1111-03(2234)                                            007(021)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:    COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG III

Bureau/Comparable:    CIRCUIT 05 - TAVARES
Bureau/Comparable:    CIRCUIT 06 - CLEARWATER
Bureau/Comparable:    CIRCUIT 09 - ORLANDO
Bureau/Comparable:    CIRCUIT 10 - LAKELAND
Bureau/Comparable:    CIRCUIT 12 - SARASOTA
Bureau/Comparable:    CIRCUIT 13 - TAMPA
Bureau/Comparable:    CIRCUIT 18 - SANFORD

Section/Subsection:

**REGION III**

**CURRENT**



REGIONAL DIRECTOR'S OFF-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70033890**

10-9151-01(8272)    023(930)

---

REGIONAL DIRECTOR'S OFF-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
EXECUTIVE SECRETARY
**70005871**

43-6011-02(0114)    003(015)

---

REGIONAL DIRECTOR'S OFF-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 3 - MANAGER
DEPUTY REG DIR OF COMMUNITY CORR
(ASST REGIONAL DIR OF COMMUNITY CORR – working title)
**70023741**

11-9151-03(5257)    021(540)

---

CIRCUIT 10 - LAKELAND    70-43-30-10-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007413**

11-9199-03(5256)    021(530)

---

CIRCUIT 06 - CLEARWATER    70-43-30-06-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007627**

11-9199-03(5256)    021(530)

---

CIRCUIT 12 - SARASOTA    70-43-30-12-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007698**

11-9199-03(5256)    021(530)

---

REGIONAL DIRECTOR'S OFF-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
**70018422**

11-3011-02(6040)    020(427)

---

REGIONAL DIRECTOR OFFC-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70021304**

11-9199-02(8094)    020(425)

---

REGIONAL DIRECTOR'S OFF-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70007446**

33-1011-04(8045)    010(402)

---

REGIONAL DIRECTOR'S OFF-COMM CORR REG III    70-43-30-90-01-00-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70005881**

13-1111-04(8058)    010(023)

---

REGIONAL DIRECTOR OFFC-COMM CORR REG III - LEASING    70-43-30-90-01-90-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70002174**

13-1111-04(2236)    010(023)

---

REGIONAL DIRECTOR'S OFF-COMM CORR REG III - LEASING    70-43-30-90-01-90-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70032544**

13-1111-03(2236)    010(023)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:    COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG III    REGION III (cont.)

Bureau/Comparable:    CIRCUIT 05 - TAVARES
Bureau/Comparable:    CIRCUIT 06 - CLEARWATER
Bureau/Comparable:    CIRCUIT 09 - ORLANDO                                                                                    **CURRENT**
Bureau/Comparable:    CIRCUIT 10 - LAKELAND
Bureau/Comparable:    CIRCUIT 12 - SARASOTA
Bureau/Comparable:    CIRCUIT 13 - TAMPA
Bureau/Comparable:    CIRCUIT 18 - SANFORD

Section/Subsection:

**REGIONAL DIRECTOR'S OFF-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70033890**

10-9151-01(8272)                                                          023(930)

---

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70021304**

11-9199-02(8094)                                          020(425)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 3 - MANAGER
DEPUTY REG DIR OF COMMUNITY CORR
(ASST REGIONAL DIR OF COMMUNITY CORR – working title)
**70023741**

11-9151-03(5257)                                          021(540)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
**70018422**

11-3011-02(6040)                                          020(427)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70007446**

33-1011-04(8045)                                          010(402)

---

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICES ASST ADMIN - SES
**70015399**

11-9199-02(8055)                                          020(421)

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70024095**

21-1092-01(8106)                                          004(017)

**CIRCUIT 05 - TAVARES**    70-43-20-05-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007479**

11-9199-03(5256)                                          021(530)

**CIRCUIT 09 - ORLANDO**    70-43-20-09-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007721**

11-9199-03(5256)                                          021(530)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**    70-43-30-90-01-00-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70009418**

13-1111-03(2234)                                          007(021)

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023734**

21-1092-01(8106)                                          004(017)

---

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023845**

21-1092-01(8106)                                          004(017)

**CIRCUIT 13 - TAMPA**    70-43-30-13-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007313**

11-9199-03(5256)                                          021(530)

**CIRCUIT 18 - SANFORD**    70-43-20-18-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007765**

11-9199-03(5256)                                          021(530)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**    70-43-20-09-00-00-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70007256**

13-1111-03(2234)                                          007(021)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**    70-43-30-90-01-00-00-00-00000000

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023625**

21-1092-01(8106)                                          004(017)

---

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70024377**

33-1011-04(8045)                                          010(402)

**COMMUNITY CORRECTIONS - TRAINING**    70-43-20-90-01-90-01-00-00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70040655**

13-1111-04(2236)                                          010(023)

**REGIONAL DIRECTOR'S OFF-COMM CORR REG II**    70-43-20-90-01-00-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70040656**

13-1111-04(2236)                                          010(023)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:    COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG IV

REGION IV

**PROPOSED**

Bureau/Comparable:    CIRCUIT 11 - MIAMI
Bureau/Comparable:    CIRCUIT 15 - WEST PALM BCH
Bureau/Comparable:    CIRCUIT 16 - KEY WEST
Bureau/Comparable:    CIRCUIT 17 - FT LAUDERDALE
Bureau/Comparable:    CIRCUIT 19 - FT PIERCE
Bureau/Comparable:    CIRCUIT 20 - FT MYERS

Section/Subsection:

---

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00000000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 1 - EXECUTIVE
REGIONAL DIR OF COMMUNITY CORRECTIONS-DC
**70033892**
10-9151-01(8272)    023(930)

---

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70007063**
13-1111-04(2238)    010(025)

**REGIONAL DIRECTOR OFFC-COMM CORR REG III**    70-43-30-90-01-00-00-00-00000000
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
EXECUTIVE SECRETARY
**70005902**
43-6011-02(0114)    003(015)

---

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00000000000
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 3 - MANAGER
DEPUTY REG DIR OF COMMUNITY CORR
(ASST REGIONAL DIR OF COMMUNITY CORR – working title)
**70015724**
11-9151-03(5257)    021(540)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00000000000
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70007582**
33-1011-04(8045)    010(402)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-90-01-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70040657**
13-1111-04(2236)    010(023)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
**70018608**
11-3011-02(6040)    020(427)

---

**CIRCUIT 11 - MIAMI**    70-44-40-11-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007498**
11-9199-03(5256)    021(530)

**CIRCUIT 15 - WEST PALM BCH**    70-44-40-15-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007814**
11-9199-03(5256)    021(530)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70008050**
21-1092-01(8106)    004(017)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70007968**
13-1111-04(2236)    010(023)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL SERVICES ASST ADMIN - SES
**70023973**
11-9199-02(8055)    020(421)

---

**CIRCUIT 16 - KEY WEST**    70-44-40-16-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007617**
11-9199-03(5256)    021(530)

**CIRCUIT 17 - FT LAUDERDALE**    70-44-40-17-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007900**
11-9199-03(5256)    021(530)

**FT LAUDERDALE CIR 17 OFFICE**    70-44-40-17-00-00-00-00-00000000
SEC & ADMN ASST, EXPT LEGAL, MED & EXEC
LEVEL 1 - OFFICE/ADMINISTRATIVE SUPPORT
SECRETARY SPECIALIST
**70010817**
43-6014-01(0105)    001(010)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70007520**
21-1092-01(8106)    004(017)

---

**CIRCUIT 19 - FT PIERCE**    70-43-40-19-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007865**
11-9199-03(5256)    021(530)

**CIRCUIT 20 - FT MYERS**    70-43-30-20-00-00-00-00-00000000
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007878**
11-9199-03(5256)    021(530)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
HUMAN RESOURCES SPECIALIST
LEVEL 4- BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70007284**
13-1071-04(0193)    010(426)

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023931**
21-1092-01(8106)    004(017)

---

**REGIONAL DIRECTORS OFF-COMM CORR REG IV**    70-44-40-90-01-00-00-00-00000000
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70030637**
21-1092-01(8106)    004(017)

COMMUNITY PROGRAMS

PROPOSED

Name of Agency:       DEPARTMENT OF CORRECTIONS
Division/Comparable:  COMMUNITY CORRECTIONS

Bureau/Comparable:    COMMUNITY PROGRAMS



COMMUNITY PROGRAMS                              70-40-10-14-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 3 – MANAGER
ASSISTANT DIR OF TRANSITION SERVICES-DC
**70037180**

11-9199-03(7146)                                                    021(540)

---

**COMMUNITY PROGRAMS –**     70-40-10-14-00-00-00-
**ELECTRONIC MONITORING**    00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70028559**

11-9199-02(8094)                    020(425)

---

**VICTIM'S ASSISTANCE**      70-40-10-14-01-00-00-00-
                              00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70023504**

11-9199-02(8094)                    020(425)

---

**COMMUNITY PROGRAMS**       70-40-10-14-00-00-00-00-
                              00000000

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70023924**

13-1151-04(1334)                    010(023)

---

**COMMUNITY PROGRAMS**       70-40-10-14-00-00-00-00-
                              00000000

BUSINESS OPERATIONS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70002884**

13-1111-03(8055)                    007(021)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS

Bureau/Comparable: COMMUNITY PROGRAMS

Sect/Sub-Section: VICTIM'S ASSISTANCE

# VICTIM'S ASSISTANCE

**PROPOSED**

**VICTIM'S ASSISTANCE** **70-40-10-14-01-00-00-00-00000000**

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70023504**

11-9199-02(8094) 020(425)

---

**P&P FIELD SVC-SENTENCING GUIDELINES** **70-40-10-13-01-01-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70034566**

13-1111-04(8058) 010(023)

---

**VICTIM'S ASSISTANCE** **70-40-10-14-01-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70012168**

13-1111-03(8055) 007(021)

---

**VICTIM'S ASSISTANCE** **70-40-10-14-01-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70023505**

13-1111-03(8055) 007(021)

---

**VICTIM'S ASSISTANCE** **70-40-10-14-01-00-00-00-00000000**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70034564**

13-1111-03(8055) 007(021)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS

Bureau/Comparable: COMMUNITY PROGRAMS

Sect/Sub-Section: SECURITY

# ELECTRONIC MONITORING

**PROPOSED**

**COMMUNITY PROGRAMS** — **70-40-10-14-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
ASSISTANT DIR OF TRANSITION SERVICES-DC
**70037180**
11-9199-03(7146) — 021(540)

**COMMUNITY PROGRAMS – ELECTRONIC MONITORING** — **70-40-10-14-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**70028559**
11-9199-02(8094) — 020(425)

**COMMUNITY PROGRAMS - ABSCONDERS UNIT** — **70-40-10-14-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70003749**
13-1111-04(8058) — 010(0023)

**COMMUNITY PROGRAMS – ELECTRONIC MONITORING** — **70-40-10-14-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70005942**
13-1111-04(8058) — 010(023)

**COMMUNITY PROGRAMS - ABSCONDERS UNIT** — **70-40-10-14-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70011652**
13-1111-04(8058) — 010(023)

**COMMUNITY PROGRAMS - ABSCONDERS UNIT** — **70-40-10-14-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70012777**
13-1111-03(8055) — 007(021)



# WEST PALM BEACH - CIRCUIT 15 (CA 07814)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CIRCUIT ADMINISTRATOR-DC
**70007814**
11-9199-03(5256) 021(530)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
DEPUTY CIRCUIT ADMINISTRATOR-DC
**70007846**
11-9199-02(5258) 020(520)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70007821**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70013656**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70021183**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70023875**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70024037**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70007856**
33-1011-04(8045) 010(402)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST (SA)
**70007827**
21-1092-01(8106) 004(017)

WEST PALM BEACH – CIRCUIT 15 (DCA 07846)

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable:   CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

---

**WEST PALM BCH CIR 15 OFFICE**          70-44-40-15-00-00-00-00-00000000

MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
DEPUTY CIRCUIT ADMINISTRATOR-DC
**70007846**

11-9199-02(5258)                                             020(520)

---

**WEST PALM BCH CIR 15 OFFICE**     70-44-40-15-00-00-00-00-
00000000

PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST (ES)
**70028789**

21-1092-01(8106)                                             004(017)

# WEST PALM BEACH - CIRCUIT 15 (CPSupv 07856)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70007856**
33-1011-04(8045) — 010(402)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007824**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007833**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70012760**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70013747**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70016537**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70023864**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70024397**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70024398**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70028781**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70008047**
43-4199-02(8445) — 003(011)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
**70030613**
43-9061-02(0004) — 003(011)

# WEST PALM BEACH - CIRCUIT 15 (CPSS 07821)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70007821**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70024402**
33-1011-04(8045) 010(402)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70028788**
33-1011-04(8045) 010(402)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70008104**
33-3012-03(8040) 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70011682**
33-3012-03(8040) 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70011689**
33-3012-03(8040) 009(401)

**WEST PALM BCH CIR 15-PRETRIAL INT** **70-44-40-15-01-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70013746**
33-3012-02(8036) 008(400)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
WORD PROCESSORS AND TYPISTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR WORD PROCESS SYSTEM OPERATOR -SES
**70012758**
43-9022-02(0093) 003(412)



Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable:  COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable:   CIRCUIT 15 – WEST PALM BEACH

**CURRENT**



WEST PALM BCH CIR 15 OFFICE                    70-44-40-15-00-00-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70024402**

33-1011-04(8045)                                                  010(402)

---

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70023865**
33-3012-03(8039)                     009(401)

WEST PALM BCH CIR 15-D.O.P.    70-44-40-15-11-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70028677**
33-3012-03(8039)                     009(401)

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70007851**
33-3012-02(8036)                     008(400)

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70007852**
33-3012-02(8036)                     008(400)

---

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70011246**
33-3012-02(8036)                     008(400)

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70013478**
33-3012-02(8036)                     008(400)

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70021205**
**33-3012-02(8036)**                 **008(400)**

WEST PALM BCH CIR 15 OFFICE    70-44-40-15-00-00-00-00-
00000000
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70023868**
33-3012-02(8036)                     008(400)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

# WEST PALM BEACH - CIRCUIT 15 (CPSupv 28788)

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70028788**
33-1011-04(8045) 010(402)

**WEST PALM BCH CIR 15-D.O.P.** **70-44-40-15-11-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007839**
33-3012-03(8039) 009(401)

**WEST PALM BCH CIR 15-D.O.P.** **70-44-40-15-11-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70015410**
33-3012-03(8039) 009(401)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007834**
33-3012-03(8039) 009(401)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70024404**
33-3012-03(8039) 009(401)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70007850**
33-3012-02(8036) 008(400)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70008158**
33-3012-02(8036) 008(400)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70012631**
33-3012-02(8036) 008(400)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70018431**
33-3012-02(8036) 008(400)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70021185**
33-3012-02(8036) 008(400)



# WEST PALM BEACH - CIRCUIT 15 (SWPSO-SES 12758)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**

WORD PROCESSORS AND TYPISTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR WORD PROCESS SYSTEM OPERATOR -SES
**70012758**

43-9022-02(0093) 003(412)

---

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**

INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70007813**

43-4199-02(8445) 003(011)

---

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**

OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
70024405

43-9061-02(0004) 003(011)



# WEST PALM BEACH - CIRCUIT 15 (CPSS 13656)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70013656**
33-1011-05(8046) — 011(403)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** — **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70023872**
33-3012-03(8040) — 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** — **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70035721**
33-3012-03(8040) — 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** — **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70035723**
33-3012-03(8040) — 009(401)

**WEST PALM BCH CIR 15-COMM CONTROL** — **70-44-40-15-04-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70013479**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-D.O.P.** — **70-44-40-15-11-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70011978**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007289**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70018476**
43-4199-02(8445) — 003(011)

**WEST PALM BCH CIR 15 OFFICE**
OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
**70010818**
43-9061-02(0004) — 003(011)



# WEST PALM BEACH - CIRCUIT 15 (CPSS 21183)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70021183**
33-1011-05(8046) — 011(403)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70012765**
33-1011-04(8045) — 010(402)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70025789**
33-1011-04(8045) — 010(402)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** — **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70011258**
33-3012-03(8040) — 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** — **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70011673**
33-3012-03(8040) — 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** — **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70013475**
33-3012-03(8040) — 009(401)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-01-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70018432**
33-3012-02(8036) — 008(400)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70023866**
43-4199-02(8445) — 003(011)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70023878**
43-4199-02(8445) — 003(011)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70008050**
21-1092-01(8106) — 004(017)



# WEST PALM BEACH - CIRCUIT 15 (CPSupv 12765)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70012765**
33-1011-04(8045) — 010(402)

| Office | Org Code | Class | Level | Title | Position | Code | Pay |
|---|---|---|---|---|---|---|---|
| **WEST PALM BCH CIR 15-D.O.P.** | **70-44-40-15-11-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 3 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION SENIOR OFFICER | **70007815** | 33-3012-03(8039) | 009(401) |
| **WEST PALM BCH CIR 15-D.O.P.** | **70-44-40-15-11-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 3 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION SENIOR OFFICER | **70028785** | 33-3012-03(8039) | 009(401) |
| **WEST PALM BCH CIR 15 OFFICE** | **70-44-40-15-00-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 3 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION SENIOR OFFICER | **24400** | **33-3012-03(8039)** | **009(401)** |
| **WEST PALM BCH CIR 15 OFFICE** | **70-44-40-15-00-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 3 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION SENIOR OFFICER | **70028782** | 33-3012-03(8039) | 009(401) |
| **WEST PALM BCH CIR 15 OFFICE** | **70-44-40-15-00-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 2 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION OFFICER | **70007803** | 33-3012-02(8036) | 008(400) |
| **WEST PALM BCH CIR 15 OFFICE** | **70-44-40-15-00-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 2 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION OFFICER | **70010787** | 33-3012-02(8036) | 008(400) |
| **WEST PALM BCH CIR 15 OFFICE** | **70-44-40-15-00-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 2 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION OFFICER | **70018613** | 33-3012-02(8036) | 008(400) |
| **WEST PALM BCH CIR 15 OFFICE** | **70-44-40-15-00-00-00-00-00000000** | CORRECTIONAL ENFORCEMENT | LEVEL 2 - CORRECTIONAL ENFORCEMENT | CORRECTIONAL PROBATION OFFICER | **70023844** | 33-3012-02(8036) | 008(400) |

WEST PALM BEACH - CIR 15 (CPSupv 25789)

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable:  COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable:   CIRCUIT 15 – WEST PALM BEACH

**CURRENT**



WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70025789**

33-1011-04(8045)                                          010(402)

---

WEST PALM BCH CIR 15-D.O.P.        70-44-40-15-11-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70023862**

33-3012-03(8039)                          009(401)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007150**

33-3012-03(8039)                          009(401)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70010796**

33-3012-03(8039)                          009(401)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70028783**

33-3012-03(8039)                          009(401)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70010790**

33-3012-02(8036)                          008(400)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70010795**

33-3012-02(8036)                          008(400)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70030600**

33-3012-02(8036)                          008(400)

---

WEST PALM BCH CIR 15 OFFICE        70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70030602**

33-3012-02(8036)                          008(400)

Circuit 15 - West Palm Beach - EOG 2022    (11 of 16)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

# WEST PALM BEACH - CIRCUIT 15 (CPSS 23875)

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70023875**
33-1011-05(8046) — 011(403)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70011256**
33-1011-04(8045) — 010(402)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007832**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70013738**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70030610**
33-3012-03(8039) — 009(401)

**WEST PALM BCH CIR 15-INTAKE** — **70-44-40-15-18-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023863**
21-1092-01(8106) — 004(017)

**WEST PALM BCH CIR 15-INTAKE** — **70-44-40-15-18-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70023874**
21-1092-01(8106) — 004(017)

**WEST PALM BCH CIR 15-INTAKE** — **70-44-40-15-18-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70025785**
21-1092-01(8106) — 004(017)

**WEST PALM BCH CIR 15-SENTENCING GUIDELIN** — **70-44-40-15-10-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70035020**
21-1092-01(8106) — 004(017)

**WEST PALM BCH CIR 15-SENTENCING GUIDELIN** — **70-44-40-15-10-00-00-00-00000000**
PROBATION OFFICER & CORR TREATMENT SPEC
LEVEL 1 - PROBAT OFFICER & CORR TREATMNT
PAROLE/PROBATION SPECIALIST
**70008081**
21-1092-01(8106) — 004(017)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
**70028843**
43-9061-02(0004) — 003(011)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
WORD PROCESSORS AND TYPISTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR WORD PROCESS SYSTEM OPERATOR -SES
**70023879**
43-9022-02(0093) — 003(412)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
**70008076**
43-9061-02(0004) — 003(011)

**WEST PALM BCH CIR 15 OFFICE** — **70-44-40-15-00-00-00-00-00000000**
INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70010816**
43-4199-02(8445) — 003(011)



# WEST PALM BEACH – CIRCUIT 15 CPSupv 11256)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70011256**
33-1011-04(8045) 010(402)

Reporting positions:

- **WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 3 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL PROBATION SENIOR OFFICER
  **70007826**
  33-3012-03(8039) 009(401)
- **WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 3 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL PROBATION SENIOR OFFICER
  **70012756**
  33-3012-03(8039) 009(401)
- **WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 3 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL PROBATION SENIOR OFFICER
  **70028784**
  33-3012-03(8039) 009(401)
- **WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 3 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL PROBATION SENIOR OFFICER
  **70030604**
  33-3012-03(8039) 009(401)
- **WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 3 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL PROBATION SENIOR OFFICER
  **70030603**
  33-3012-03(8039) 009(401)
- **WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
  CORRECTIONAL ENFORCEMENT
  LEVEL 3 - CORRECTIONAL ENFORCEMENT
  CORRECTIONAL PROBATION SENIOR OFFICER
  **70030608**
  33-3012-03(8039) 009(401)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4
Bureau/Comparable: CIRCUIT 15 – WEST PALM BEACH

# WEST PALM BEACH - CIRCUIT 15 (CPSS 24037)

**CURRENT**

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 5 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR SUPERVISOR
**70024037**
33-1011-05(8046) 011(403)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70010639**
33-1011-04(8045) 010(402)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70011690**
33-1011-04(8045) 010(402)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70011243**
33-3012-03(8040) 009(401)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70035722**
33-3012-03(8040) 009(401)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70010794**
33-3012-02(8036) 008(400)

**WEST PALM BCH CIR 15-CLOSE RISK SUPERVIS** **70-44-40-15-16-00-00-00-00000000**
CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SPECIALIST
**70035724**
33-3012-03(8040) 009(401)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
FRST-LINE SUPV OF OFFI ADMIN SUPPT WRKRS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
WORD PROCESSING SYSTEM OPERAT SUPV - SES
**70021204**
43-1011-02(0096) 003(413)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
INFORMATION AND RECORD CLERKS, ALL OTHER
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
CRIMINAL JUSTICE INFORMATION TECHNICIAN
**70007853**
43-4199-02(8445) 003(011)

**WEST PALM BCH CIR 15 OFFICE** **70-44-40-15-00-00-00-00-00000000**
OFFICE CLERKS, GENERAL
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
**70007818**
43-9061-02(0004) 003(011)



WEST PALM BEACH - CIR 15 (CPSupv 10639)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:    COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable:    CIRCUIT 15 – WEST PALM BEACH

**CURRENT**



WEST PALM BCH CIR 15 OFFICE                70-44-40-15-00-00-00-00-00000000

FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 4 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SUPERVISOR
**70010639**

33-1011-04(8045)                                                010(402)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70007840**

33-3012-03(8039)                            009(401)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 3 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION SENIOR OFFICER
**70015613**

33-3012-03(8039)                            009(401)

---

WEST PALM BCH CIR 15 OFFICE          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70010793**

33-3012-02(8036)                            008(400)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70021022**

33-3012-02(8036)                            008(400)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70024403**

33-3012-02(8036)                            008(400)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70030556**

33-3012-02(8036)                            008(400)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70030601**

33-3012-02(8036)                            008(400)

---

WEST PALM BCH CIR 15          70-44-40-15-00-00-00-00-00000000

CORRECTIONAL ENFORCEMENT
LEVEL 2 - CORRECTIONAL ENFORCEMENT
CORRECTIONAL PROBATION OFFICER
**70043798**

33-3012-02(8036)                            008(400)

WEST PALM BEACH CIRCUIT 15 (CPS 11690)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:    COMMUNITY CORRECTIONS/REGIONAL DIRECTOR'S OFF COMM CORR REG 4

Bureau/Comparable:    CIRCUIT 15 – WEST PALM BEACH

**CURRENT**

| WEST PALM BCH CIR 15 OFFICE | 70-44-40-15-00-00-00-00-00000000 |
|---|---|
| FIRST-LINE SUPV OF CORRECTIONAL OFFICERS | |
| LEVEL 4 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION SUPERVISOR | |
| **70011690** | |
| 33-1011-04(8045) | 010(402) |

| WEST PALM BCH CIR 15-D.O.P. | 70-44-40-15-88-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 3 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION SENIOR OFFICER | |
| **70024363** | |
| 33-3012-03(8039) | 009(401) |

| WEST PALM BCH CIR 15-D.O.P. | 70-44-40-15-11-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 3 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION SENIOR OFFICER | |
| **70030609** | |
| 33-3012-03(8039) | 009(401) |

| WEST PALM BCH CIR 15 | 70-44-40-15-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 3 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION SENIOR OFFICER | |
| **70016540** | |
| 33-3012-03(8039) | 009(401) |

| WEST PALM BCH CIR 15 OFFICE | 70-44-40-15-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 3 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION SENIOR OFFICER | |
| **70030605** | |
| 33-3012-03(8039) | 009(401) |

| WEST PALM BCH CIR 15 | 70-44-40-15-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 2 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION OFFICER | |
| **70007829** | |
| 33-3012-02(8036) | 008(400) |

| WEST PALM BCH CIR 15 | 70-44-40-15-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 2 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION OFFICER | |
| **70011247** | |
| 33-3012-02(8036) | 008(400) |

| WEST PALM BCH CIR 15 | 70-44-40-15-00-00-00-00-00000000 |
|---|---|
| CORRECTIONAL ENFORCEMENT | |
| LEVEL 2 - CORRECTIONAL ENFORCEMENT | |
| CORRECTIONAL PROBATION OFFICER | |
| **70023871** | |
| 33-3012-02(8036) | 008(400) |

Circuit 15 - West Palm Beach - EOG 2022    (16 of 16)

CHIEF OF STAFF Overview

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF

Bureau/Comparable:

**CURRENT**



DEPARTMENT OF CORRECTIONS

CHIEF EXECUTIVES
LEVEL 3 - EXECUTIVE
SECRETARY OF CORRECTIONS
00001
10-1011-03(9886)                          025(950)

CHIEF OF STAFF

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
CHIEF OF STAFF-DC
03059
10-1021-02(9892)                          024(940)

CHIEF OF STAFF

EXECUTIVE SEC & EXEC ADMIN ASSISTANTS
LEVEL 4 – OFFICE/ADMINISTRATIVE SUPPORT
EXECUTIVE ASSISTANT I - SES
**70034739**
43-6011-04(0718)                          006(422)

**OIT**

COMPUTER & INFORMATION MANAGERS
LEVEL2 – EXECUTIVE
CHIEF INFORMATION OFFICER
70035926
**10-3021-02(0197)**      **024(940)**

**PUBLIC AFFAIRS**

PUBLIC RELATIONS & FUNDRAISING MANAGERS
LEVEL 3 - MANAGER
PUBLIC AFFAIRS DIRECTOR-DC
70035894
11-2031-03(8186)      **021(150)**

**LEGISLATIVE AFFAIRS**

GENERAL AND OPERATIONS MANAGERS
LEVEL 3 - MANAGER
LEGISLATIVE AFFAIRS DIRECTOR-SES
70000054
11-1021-03(8955)      **021(150)**

**HUMAN RESOURCES**

GENERAL AND OPERATIONS MANAGERS
LEVEL 1 - EXECUTIVE
DIRECTOR OF HUMAN RESOURCES
36219
10-1021-01(9759)      **023(930)**

**STRATEGIC INITIATIVES**

GENERAL AND OPERATIONS MANAGERS
LEVEL 1 – EXECUTIVE
DIRECTOR OF STRATEGIC INITIATIVES
14475
10-1021-01(6782)      **023(930)**

**OFFICE OF ADMINISTRATION**

ADMINISTRATIVE SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
DIRECTOR OF ADMINISTRATION - DC
00007
10-3011-015206)      **023(930)**

**FACILITIES SERVICES**

CONSTRUCTION MANAGERS
LEVEL 1 – EXECUTIVE
DIR FACILITIES MGT & BLDG CONSTRUCTION
05662
10-9021-01(9137)      **023(930)**

# CHIEF FINANCIAL OFFICER

**CURRENT**

Name of Agency:  DEPARTMENT OF CORRECTIONS

Division/Comparable:   CHIEF FINANCIAL OFFICER
Bureau/Comparable:   BUDGET & MGMT. EVALUATION
Bureau/Comparable:   FINANCE & ACCOUNTING
Section/Subsection:   ITF/COPS
Section/Subsection:   FINANCIAL AND SYSTEMS REPORTING
Section/Subsection:   ACCOUNTS PAYABLE/ACCOUNTS RECEIVABLE
Section/Subsection:   PROP INV./FIELD AUDIT

Division/Comparable:   CHIEF FINANCIAL OFFICER/PROCUREMENT
Bureau/Comparable:   PURCHASING
Bureau/Comparable:   CONTRACT ADMINISTRATION



**CFO- Budget, Accounting, Purchasing - EOG 2022     (1 of 15)**

Name of Agency:       DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF FINANCIAL OFFICER
Bureau/Comparable:  BUDGET & MGMT EVALUATION

**CURRENT**



| | | | |
|---|---|---|---|
| **OFFICE OF THE SECRETARY** | FINANCIAL MANAGERS<br>LEVEL 2 - EXECUTIVE<br>ASSISTANT SECRETARY - CHIEF FINANCIAL OFFICER<br>**70035957** | | |
| 10-3031-02(8135) | | 024(940) | |

| **BUDGET & MGMT EVALUATION** | FINANCIAL MANAGERS<br>LEVEL 1 - EXECUTIVE<br>POLICY AND BUDGET DIRECTOR<br>**70034737** |
|---|---|
| 10-3031-01(7879) | 023(920) |

| **BUDGET & MGMT EVALUATION** | FINANCIAL MANAGERS<br>LEVEL 2 - MANAGER<br>FINANCIAL ADMINISTRATOR - SES<br>**70036816** |
|---|---|
| 11-3031-02(1587) | 020(429) |

| **BUDGET & MGMT EVALUATION** | FINANCIAL MANAGERS<br>LEVEL 2 - MANAGER<br>AREA FINANCIAL MANAGER - SES<br>**70036799** |
|---|---|
| 11-3031-02(1584) | 020(428) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70005651** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70024440** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70013978** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70035146** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70036807** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70036810** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70036800** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70036801** |
|---|---|
| 13-1111-04(2225) | 010(426) |

| **BUDGET & MGMT EVALUATION** | MANAGEMENT ANALYSTS<br>LEVEL 4 - BUSINESS OPERATIONS<br>SENIOR MANAGEMENT ANALYST II - SES<br>**70004002** |
|---|---|
| 13-1111-04(2225) | 010(426) |

CFO- Budget, Accounting, Purchasing - EOG 2022     (2 of 15)

# F&A Overview

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF FINANCIAL OFFICER
Bureau/Comparable: FINANCE & ACCOUNTING

Section/Subsection: INMATE TRUST FUND/COURT ORDERED PAYMENT SYSTEM (COPS)
Section/Subsection: FINANCIAL AND SYSTEMS REPORTING
Section/Subsection: ACCOUNTS PAYABLE/ACCOUNTS RECEIVABLE
Section/Subsection: PROP INV/FIELD AUDIT

**CURRENT**



# F&A-ITF/COPS (ITF Unit)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF FINANCIAL OFFICER
Bureau/Comparable: FINANCE & ACCOUNTING

Section/Subsection: INMATE TRUST FUND (ITF)

**CURRENT**

- **FINANCE & ACCOUNTING** — FINANCIAL MANAGERS; LEVEL 2 - MANAGER; FINANCIAL ADMINISTRATOR - SES; **70036820**; 11-3031-02(1587); 020(429)
  - **INMATE TRUST FUND** — ACCOUNTANTS AND AUDITORS; LEVEL 4 - FINANCE; PROFESSIONAL ACCOUNTANT SUPERVISOR - SES; **70018934**; 13-2011-04(1470); 009(426)
    - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST – SES; **70016071**; 13-2011-03(1469); 008(424)
      - **INMATE TRUST FUND-GRANT** — MANAGEMENT ANALYSTS; LEVEL 3 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT I; **70007015**; 13-1111-03(2234); 007(021)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 2 - FINANCE; ACCOUNTANT III; **70017374**; 13-2011-02(1436); 006(018)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 2 - FINANCE; ACCOUNTANT III; **70030292**; 13-2011-02(1436); 006(018)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 1 - FINANCE; ACCOUNTANT II; **70016094**; 13-2011-01(1430); 004(016)
      - **INMATE TRUST FUND (ADMIN)** — ACCOUNTANTS AND AUDITORS; LEVEL 1 - FINANCE; ACCOUNTANT II; **70032550**; 13-2011-01(1430); 004(016)
    - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST - SES; **70035947**; 13-2011-03(1469); 008(424)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 2 - FINANCE; ACCOUNTANT III; **70024459**; 13-2011-02(1436); 006(018)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 1 - FINANCE; ACCOUNTANT II; **70036877**; 13-2011-01(1430); 004(016)
    - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST - SES; **70037038**; 13-2011-03(1469); 008(424)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70023127**; 13-2011-03(1437); 008(020)
      - **INMATE TRUST FUND-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70023490**; 13-2011-03(1437); 008(020)
      - **INMATE TRUST FUND-GRANT** — MANAGEMENT ANALYSTS; LEVEL 3 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT I; **70005808**; 13-1111-03(2234); 007(021)
    - **INMATE TRUST FUND-GRANT** — MANAGEMENT ANALYSTS; LEVEL 3 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT I; **70036821**; 13-1111-03(2234); 007(021)



F&A-ITF/COPS (COPS Unit)

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF FINANCIAL OFFICER
Bureau/Comparable:    FINANCE & ACCOUNTING

Section/Subsection:    COURT ORDERED PAYMENT SYSTEM (COPS)

**CURRENT**



**FINANCE & ACCOUNTING**

FINANCIAL MANAGERS
LEVEL 2 - MANAGER
FINANCIAL ADMINISTRATOR - SES
**70036820**

11-3031-02(1587)                                         020(429)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 4 - FINANCE
PROFESSIONAL ACCOUNTANT SUPERVISOR - SES
**70035939**

13-2011-04(1470)                                         009(426)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST - SES
**70035944**

13-2011-03(1469)                                         008(424)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST - SES
**70036823**

13-2011-03(1469)                                         008(424)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70035943**

13-1111-03(2234)                                         007(021)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035949**

13-2011-01(1430)                                         004(016)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
**70001200**

13-2011-03(1437)                                         008(020)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
**70035955**

13-2011-02(1436)                                         006(018)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035950**

13-2011-01(1430)                                         004(016)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035951**

13-2011-01(1430)                                         004(016)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035945**

13-2011-01(1430)                                         004(016)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035956**

13-2011-01(1430)                                         004(016)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035952**

13-2011-01(1430)                                         004(016)

---

**COURT ORDERED PAYMENT SYSTEM (COPS)**

ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
**70035958**

13-2011-01(1430)                                         004(016)

F&A-Financial & Systems Reporting 1/2

**CURRENT**

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF FINANCIAL OFFICER
Bureau/Comparable:     FINANCE & ACCOUNTING

Section/Subsection:    FINANCIAL AND SYSTEMS REPORTING
Section/Subsection:    GRANTS & ACCOUNTS RECEIVABLE



**FINANCE & ACCOUNTING**

FINANCIAL MANAGERS
LEVEL 2 - MANAGER
FINANCIAL ADMINISTRATOR - SES
**70036832**

11-3031-02(1587)                                020(429)

---

**FINANCE & ACCOUNTING**
ACCOUNTANTS AND AUDITORS
LEVEL 4 - FINANCE
PROFESSIONAL ACCOUNTANT SUPERVISOR - SES
**70005954**
13-2011-04(1470)                     009(426)

**FINANCIAL REPORTING**
ACCOUNTANTS AND AUDITORS
LEVEL 4 - FINANCE
PROFESSIONAL ACCOUNTANT SUPERVISOR - SES
**70021694**
13-2011-04(1470)                     009(426)

**GENERAL ACCOUNTING**
FINANCIAL MANAGERS
LEVEL 2 - MANAGER
AREA FINANCIAL MANAGER - SES
**70036830**
11-3031-02(1584)                     020(428)

**FINANCE & ACCOUNTING**
ACCOUNTANTS AND AUDITORS
LEVEL 4 - FINANCE
PROFESSIONAL ACCOUNTANT SUPERVISOR - SES
**70017986**
13-2011-04(1470)                     009(426)

---

**FINANCE & ACCOUNTING**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST - SES
**70036803**
13-2011-03(1469)                     008(424)

**FINANCE & ACCOUNTING**
FINANCIAL ANALYSTS
LEVEL 4 - FINANCE
FINANCIAL SPECIALIST
**70030037**
13-2051-04(1566)                     009(025)

---

**FINANCE & ACCOUNTING**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST
**70009843**
13-2011-03(1469)                     008(024)

**FINANCIAL REPORTING**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTING SERVICES ANALYST B
**70021670**
13-2011-03(4948)                     008(023)

CFO- Budget, Accounting, Purchasing - EOG 2022    (6 of 15)



# F&A-Financial & Systems Reporting 2/2

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF FINANCIAL OFFICER
Bureau/Comparable: FINANCE & ACCOUNTING

Section/Subsection: FINANCIAL AND SYSTEMS REPORTING

**CURRENT**

- **FINANCE & ACCOUNTING** – FINANCIAL MANAGERS, LEVEL 2 - MANAGER, FINANCIAL ADMINISTRATOR - SES, **70036832**, 11-3031-02(1587), 020(429)
  - **GENERAL ACCOUNTING** – FINANCIAL MANAGERS, LEVEL 2 - MANAGER, AREA FINANCIAL MANAGER - SES, **70036830**, 11-3031-02(1584), 020(428)
    - **GENERAL ACCOUNTING** – FINANCIAL ANALYSTS, LEVEL 4 - FINANCE, FINANCIAL SPECIALIST - SES, **70015662**, 13-2051-04(1566), 009(425)
      - **GENERAL ACCOUNTING** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT SPECIALIST, **70009125**, 13-2011-03(1469), 008(024)
      - **GENERAL ACCOUNTING** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT SPECIALIST, **70023502**, 13-2011-03(1469), 008(024)
      - **FINANCIAL REPORTING** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT SPECIALIST, **70024836**, 13-2011-03(1469), 008(024)
      - **FINANCE & ACCOUNTING** – FINANCIAL ANALYSTS, LEVEL 4 - FINANCE, FINANCIAL SPECIALIST, **70017368**, 13-2051-04(1566), 009(025)
    - **ACCOUNTS RECEIVABLE** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT SPECIALIST - SES, **70036829**, 13-2011-03(1469), 008(424)
      - **ACCOUNTS RECEIVABLE** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, SENIOR PROFESSIONAL ACCOUNTANT, **70024341**, 13-2011-03(1468), 008(022)
      - **ACCOUNTS RECEIVABLE** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT, **70021787**, 13-2011-03(1467), 008(020)
      - **ACCOUNTS RECEIVABLE** – ACCOUNTANTS AND AUDITORS, LEVEL 2 - FINANCE, ACCOUNTANT III, **70003855**, 13-2011-02(1436), 006(018)
      - **FINANCIAL SERVICES** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, ACCOUNTANT IV, **70011535**, 13-2011-03(1437), 008(020)
  - **FINANCIAL REPORTING** – ACCOUNTANTS AND AUDITORS, LEVEL 4 - FINANCE, PROFESSIONAL ACCOUNTANT SUPERVISOR - SES, **70021694**, 13-2011-04(1470), 009(426)
    - **GENERAL ACCOUNTING** – FINANCIAL ANALYSTS, LEVEL 4 - FINANCE, FINANCIAL SPECIALIST, **70002904**, 13-2051-04(1566), 009(025)
    - **FINANCIAL AND SYSTEMS REPORTING** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT SPECIALIST, **70036840**, 13-2011-03(1469), 008(024)
    - **FINANCIAL REPORTING** – ACCOUNTANTS AND AUDITORS, LEVEL 3 - FINANCE, PROFESSIONAL ACCOUNTANT SPECIALIST, **70020794**, 13-2011-03(1469), 008(024)



# F&A-Property Inv/Field Audit

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF FINANCIAL OFFICER
Bureau/Comparable: FINANCE & ACCOUNTING

Section/Subsection: PROP INV/FIELD AUDIT

**CURRENT**

- **FINANCE & ACCOUNTING** — FINANCIAL MANAGERS / LEVEL 2 - MANAGER / FINANCIAL ADMINISTRATOR - SES / **70036832** / 11-3031-02(1587) / 020(429)
  - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 4 - FINANCE / PROFESSIONAL ACCOUNTANT SUPERVISOR - SES / **70017986** / 13-2011-04(1470) / 090(426)
    - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / PROFESSIONAL ACCOUNTANT SPECIALIST - SES / **70000860** / 13-2011-03(1469) / 008(424)
      - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / ACCOUNTANT IV / **70025198** / 13-2011-03(1437) / 008(020)
    - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / PROFESSIONAL ACCOUNTANT SPECIALIST - SES / **70005877** / 13-2011-03(1469) / 008(424)
      - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / ACCOUNTANT IV / **70021961** / 13-2011-03(1437) / 008(020)
      - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / ACCOUNTANT IV / **70030293** / 13-2011-03(1437) / 008(020)
    - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / PROFESSIONAL ACCOUNTANT SPECIALIST - SES / **70022207** / 13-2011-03(1469) / 008(424)
      - **FINANCIAL SERVICES** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / ACCOUNTANT IV / **70005508** / 13-2011-03(1437) / 008(020)
      - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / ACCOUNTANT IV / **70016901** / 13-2011-03(1437) / 008(020)
    - **FINANCIAL SERVICES** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / ACCOUNTANT IV / **70016148** / 13-2011-03(1437) / 008(020)
    - **GENERAL ACCOUNTING** — ACCOUNTANTS AND AUDITORS / LEVEL 3 - FINANCE / PROFESSIONAL ACCOUNTANT SPECIALIST / **70015814** / 13-2011-03(1469) / 008(024)



# F&A-AP/AR Overview

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF FINANCIAL OFFICER
Bureau/Comparable: FINANCE & ACCOUNTING

Section/Subsection: ACCOUNTS PAYABLE/ACCOUNTS RECEIVABLE

**CURRENT**

- **FINANCE & ACCOUNTING** — FINANCIAL MANAGERS; LEVEL 2 - MANAGER; FINANCIAL ADMINISTRATOR - SES; **70036836**; 11-3031-02(1587); 020(429)
  - **ACCOUNTS PAYABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 4 - FINANCE; PROFESSIONAL ACCOUNTANT SUPERVISOR - SES; **70003440**; 13-2011-04(1470); 009(426)
    - **ACCOUNTS PAYABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST - SES; **70029074**; 13-2011-03(1469); 008(424)
    - **GEN ACCT/FCO/PROPERTY-GRANTS** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST-SES; **70023965**; 13-2011-03(1469); 008(424)
  - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS; LEVEL 4 - FINANCE; PROFESSIONAL ACCOUNTANT SUPERVISOR - SES; **70007003**; 13-2011-04(1470); 009(426)
    - **ACCOUNTS PAYABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST - SES; **70035941**; 13-2011-03(1469); 008(424)
    - **FINANCIAL REPORTING** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST – SES; **70024433**; 13-2011-03(1469); 008(424)
    - **ACCOUNTS PAYABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST - SES; **70036844**; 13-2011-03(1469); 008(424)
  - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS; LEVEL 4 - FINANCE; PROFESSIONAL ACCOUNTANT SUPERVISOR - SES; **70045701**; 13-2011-04(1470); 009(426)
    - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70003144**; 13-2011-03(1437); 008(020)
    - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70037047**; 13-2011-03(1437); 008(020)
    - **FINANCE & ACCOUNTING** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70043789**; 13-2011-03(1437); 008(020)
    - .. — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70036389**; 13-2011-03(1437); 008(020)
    - **ACCOUNTS PAYABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST; **70005635**; 13-2011-03(1469); 008(024)
  - **ACCOUNTS RECEIVABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST - SES; **70007978**; 13-2011-03(1469); 008(424)
    - **FINANCIAL SERVICES** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; ACCOUNTANT IV; **70036866**; 13-2011-03(1437); 008(020)
    - **ACCOUNTS RECEIVABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 1 - FINANCE; ACCOUNTANT II; **70024484**; 13-2011-01(1430); 004(016)
    - **FINANCIAL SERVICES** — ACCOUNTANTS AND AUDITORS; LEVEL 1 - FINANCE; ACCOUNTANT II; **70036843**; 13-2011-01(1430); 004(016)
    - **ACCOUNTS PAYABLE** — ACCOUNTANTS AND AUDITORS; LEVEL 1 - FINANCE; ACCOUNTANT II; **70036855**; 13-2011-01(1430); 004(016)
    - **ACCOUNTS PAYABLE-GRANT** — ACCOUNTANTS AND AUDITORS; LEVEL 2 - FINANCE; ACCOUNTANT III; **70011365**; 13-2011-02(1436); 006(018)
  - **FINANCIAL REPORTING** — ACCOUNTANTS AND AUDITORS; LEVEL 3 - FINANCE; PROFESSIONAL ACCOUNTANT SPECIALIST; **70003134**; 13-2011-03(1469); 008(024)



# F&A-AP/AR Accounting Unit (Travel/Contracts)



Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF FINANCIAL OFFICER
Bureau/Comparable:  FINANCE & ACCOUNTING
Section/Subsection:   ACCOUNTS PAYABLE/ACCOUNTS RECEIVABLE

**CURRENT**



**FINANCE & ACCOUNTING**
FINANCIAL MANAGERS
LEVEL 2 - MANAGER
FINANCIAL ADMINISTRATOR - SES
**70036836**
11-3031-02(1587)                                020(429)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 4 - FINANCE
PROFESSIONAL ACCOUNTANT SUPERVISOR - SES
**70003440**
13-2011-04(1470)                                009(426)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST - SES
**70029074**
13-2011-03(1469)                                008(424)

**GEN ACCT/FCO/PROPERTY-GRANTS**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST-SES
**70023965**
13-2011-03(1469)                                008(024)

**FINANCIAL SERVICES**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTING SERVICES ANALYST B
**70010083**
13-2011-03(4948)                                008(023)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
SENIOR PROFESSIONAL ACCOUNTANT
**70024462**
13-2011-03(1468)                                008(022)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
**70000013**
13-2011-03(1437)                                008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
**70028117**
13-2011-03(1437)                                008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
**70032838**
13-2011-03(1437)                                008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
**70036846**
13-2011-03(1437)                                008(020)

**FINANCIAL REPORTING**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT
**70035954**
13-2011-03(1467)                                008(020)

**GENERAL ACCOUNTING**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
SENIOR PROFESSIONAL ACCOUNTANT
**70000153**
13-2011-03(1468)                                008(022)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
**70024559**
13-2011-03(1437)                                008(020)

**CFO- Budget, Accounting, Purchasing - EOG 2022    (10 of 15)**

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF FINANCIAL OFFICER
Bureau/Comparable:  FINANCE & ACCOUNTING

Section/Subsection:  ACCOUNTS PAYABLE/ACCOUNTS RECEIVABLE

**F&A-AP/AR Accounts Payable 3847 (Commodities/FCOR)**
Page 1 of 1

**CURRENT**

**FINANCE & ACCOUNTING**
FINANCIAL MANAGERS
LEVEL 2 - MANAGER
FINANCIAL ADMINISTRATOR - SES
**70036836**
11-3031-02(1587)    020(429)

**FINANCE & ACCOUNTING**
ACCOUNTANTS AND AUDITORS
LEVEL 4 - FINANCE
PROFESSIONAL ACCOUNTANT SUPERVISOR – SES
**70007003**
13-2011-04(1470)    009(426)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST - SES
**70035941**
13-2011-03(1469)    008(424)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST - SES
**70036844**
13-2011-03(1469)    008(424)

**FINANCIAL REPORTING**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT SPECIALIST – SES
**70024433**
13-2011-03(1469)    008(424)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTING SERVICES ANALYST B
13-2011-03(4948)    **70026719**    008(023)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70036868**    008(020)

**FINANCIAL SERVICES**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70004749**    008(020)

**FINANCIAL SERVICES**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTING SERVICES ANALYST B
13-2011-03(4948)    **70001186**    008(023)

**FINANCIAL SERVICES**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70027750**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTING SERVICES ANALYST B
13-2011-03(4948)    **700024457**    008(023)

**FINANCIAL SERVICES**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70017983**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
13-2011-02(1436)    **70021709**    006(018)

**ACCOUNTS RECEIVABLE-GRANT**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
SENIOR PROFESSIONAL ACCOUNTANT
13-2011-03(1468)    **70024907**    008(022)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
13-2011-02(1436)    **70021959**    006(018)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70017810**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
13-2011-01(1430)    **70032839**    004(016)

**ACCOUNTS RECEIVABLE-GRANT**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
PROFESSIONAL ACCOUNTANT
13-2011-03(1467)    **70035350**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
13-2011-02(1436)    **70026604**    006(018)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
13-2011-02(1436)    **70000364**    006(018)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
13-2011-01(1430)    **70036873**    004(016)

**ACCOUNTS RECEIVABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
13-2011-02(1436)    **70036854**    006(018)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70024557**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 1 - FINANCE
ACCOUNTANT II
13-2011-01(1430)    **70000864**    004(016)

**FINANCIAL SERVICES**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70026712**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70036853**    008(020)

**ACCOUNTS PAYABLE**
ACCOUNTANTS AND AUDITORS
LEVEL 3 - FINANCE
ACCOUNTANT IV
13-2011-03(1437)    **70027297**    008(020)

**FINANCIAL REPORTING**
ACCOUNTANTS AND AUDITORS
LEVEL 2 - FINANCE
ACCOUNTANT III
13-2011-02(1436)    **70020749**    006(018)

**CFO- Budget, Accounting, Purchasing - EOG 2022    (11 of 15)**

Name of Agency:       DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/BUREAU OF PROCUREMENT

Bureau/Comparable: **PROCUREMENT**
Section/Subsection:   PURCHASING
Section/Subsection:   CONTRACT ADMINISTRATION

PROCUREMENT

**CURRENT**



| PURCHASING | ..... |
|---|---|
| FINANCIAL MANAGERS | |
| LEVEL 3 - MANAGER | |
| CHIEF OF SUPPORT SERVICES | |
| **70002895** | |
| 11-3031-03(6776) | 021(530) |

| PURCHASING | ..... |
|---|---|
| GENERAL AND OPERATIONS MANAGERS | |
| LEVEL 2 - MANAGER | |
| OPERATIONS MANAGER C-SES | |
| **70028114** | |
| 11-1021-02(9119) | 020(426) |

| PURCHASING | ..... |
|---|---|
| FINANCIAL MANAGERS | |
| LEVEL 2 - MANAGER | |
| FINANCIAL ADMINISTRATOR -SES | |
| **70036879** | |
| 11-3031-02(1587) | 020(429) |

| PURCHASING | ..... |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 4 - BUSINESS OPERATIONS | |
| GOVERNMENT OPERATIONS CONSULTANT III | |
| **70036809** | |
| 13-1111-04(2238) | 010(025) |

| PURCHASING | ..... |
|---|---|
| MANAGEMENT ANALYSTS | |
| LEVEL 3 – BUSINESS OPERATIONS | |
| GOVERNMENT OPERATIONS CONSULTANT I | |
| **70002896** | |
| 13-1111-03(2234) | 007(021) |

CFO- Budget, Accounting, Purchasing - EOG 2022    (12 of 15)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/BUREAU OF PROCUREMENT
Bureau/Comparable:    PROCUREMENT
Section/Subsection:    CONTRACT ADMINISTRATION

CONTRACT ADMINISTRATION

CURRENT



**PURCHASING**                                          .....

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70028114**

11-1021-02(9119)                                   020(426)

---

**PURCHASING**                          .....

PURCHASING AGENTS
LEVEL 4 – BUSINESS OPERATIONS
PURCHASING SPECIALIST SUPERVISOR - SES
**70008003**

13-1023-04(0819)              010(424)

---

**PURCHASING**                          .....

PURCHASING AGENTS
LEVEL 4 – BUSINESS OPERATIONS
PURCHASING ANALYST
**70024902**

13-1023-04(0830)              010(023)

---

**PURCHASING**                          .....

PURCHASING AGENTS
LEVEL 4 – BUSINESS OPERATIONS
PURCHASING ANALYST
**70036893**

13-1023-04(0830)              010(023)

---

**PURCHASING**                          .....

PURCHASING AGENTS
LEVEL 4 – BUSINESS OPERATIONS
PURCHASING ANALYST
**70007000**

13-1023-04(0830)              010(023)

---

**PURCHASING**                          .....

PURCHASING AGENTS
LEVEL 4 – BUSINESS OPERATIONS
PURCHASING ANALYST
**70020955**

13-1023-04(0830)              010(023)

---

CFO- Budget, Accounting, Purchasing - EOG 2022    (13 of 15)

# Purchasing (36879)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/BUREAU OF PROCUREMENT
Bureau/Comparable: PROCUREMENT
Section/Subsection: PURCHASING

**CURRENT**

- **PURCHASING** — FINANCIAL MANAGERS; LEVEL 2 - MANAGER; FINANCIAL ADMINISTRATOR - SES; **70036879**; 11-3031-02(1587); 020(429)
  - **PURCHASING** — GENERAL AND OPERATIONS MANAGERS; LEVEL 2 - MANAGER; OPERATIONS MANAGER C - SES; **70035909**; 11-1021-02(9119); 020(426)
    - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING SPECIALIST SUPERVISOR - SES; **70035444**; 13-1023-04(0819); 010(424)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70036887**; 13-1023-03(0818); 007(021)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70036890**; 13-1023-03(0818); 007(021)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **70036886**; 13-1023-04(0830); 010(023)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70036888**; 13-1023-03(0818); 007(021)
    - **PURCHASING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT III; **70015287**; 13-1111-04(2238); 010(025)
    - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **70018257**; 13-1023-04(0830); 010(023)
  - **PURCHASING** — FINANCIAL MANAGERS; LEVEL 2 - MANAGER; AREA FINANCIAL MANAGER - SES; **70015165**; 11-3031-02(1584); 020(428)
    - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING SPECIALIST SUPERVISOR – SES; **70018598**; 13-1023-04(0819); 010(424)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST - SES; **70017116**; 13-1023-04(0830); 010(423)
        - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70021962**; 13-1023-03(0818); 007(021)
        - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70018302**; 13-1023-03(0818); 007(021)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **7001781**; 13-1023-04(0830); 010(023)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **70021674**; 13-1023-04(0830); 010(023)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **70036883**; 13-1023-04(0830); 010(023)
    - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING SPECIALIST SUPERVISOR - SES; **70036880**; 13-1023-04(0819); 010(424)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST - SES; **70005642**; 13-1023-04(0830); 010(423)
        - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70011315**; 13-1023-03(0818); 007(021)
        - **PURCHASING** — PURCHASING AGENTS; LEVEL 3 - BUSINESS OPERATIONS; PURCHASING SPECIALIST; **70032542**; 13-1023-03(0818); 007(021)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **70036882**; 13-1023-04(0830); 010(023)
      - **PURCHASING** — PURCHASING AGENTS; LEVEL 4 - BUSINESS OPERATIONS; PURCHASING ANALYST; **70036862**; 13-1023-04(0830); 010(023)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/BUREAU OF PROCUREMENT
Bureau/Comparable: PROCUREMENT

# Purchasing (17116)

**CURRENT**

**PURCHASING** .....
PURCHASING AGENTS
LEVEL 4 - BUSINESS OPERATIONS
PURCHASING ANALYST - SES
**70017116**
13-1023-04(0830) 010(423)

- **PURCHASING** .....
  PURCHASING AGENTS
  LEVEL 3 - BUSINESS OPERATIONS
  PURCHASING SPECIALIST
  **70018302**
  13-1023-03(0818) 007(021)

- **PURCHASING** .....
  PURCHASING AGENTS
  LEVEL 3 - BUSINESS OPERATIONS
  PURCHASING SPECIALIST
  **70021962**
  13-1023-03(0818) 007(021)



OFFICE OF ADMINISTRATION (OVERVIEW)

**CURRENT**

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION

Bureau/Comparable: **ADMINISTRATION SERVICES**
Section/Subsection:  GENERAL SERVICES
Section/Subsection:  FLEET

Bureau/Comparable: **CONTRACT MANAGEMENT AND MONITORING**
Section/Subsection:  CONTRACT MONITORING
Section/Subsection:  CONTRACT MANAGEMENT
        Subsection:  FARM OPERATIONS

**DEPARTMENT OF CORRECTIONS**
CHIEF EXECUTIVES
LEVEL 3 - EXECUTIVE
SECRETARY OF CORRECTIONS
00001
10-1011-03(9886)                      025(950)

**CHIEF OF STAFF**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
CHIEF OF STAFF-DC
03059
10-1021-02(9892)                      024(940)

**ADMINISTRATION**      70-20-10-12-00-00
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
DIRECTOR OF ADMINISTRATION
**00007**
10-3011-01(5206)                      023(930)

**GENERAL SERVICES**      70-30-10-13-03-00-00
MANAGEMENT ANALYSTS
LEVEL 2 - MANAGER
SENIOR MANAGEMENT ANALYST SUPV - SES
**00004**
13-1111-04(2228)                      010(426)

**FLEET**      70-20-10-12-00-00
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**01797**
11-1021-02(9119)                      020(426)

**CONTRACT MANAGEMENT AND MONITORING**      70-20-10-17-00-00-00
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 3 – MANAGER
CHIEF OF CONTRACT MANAGEMENT AND MONITORING
**03878**
11-3011-03(6773)                      021(530)

**PUBLIC RECORDS**      70-10-20-20-00-00-00
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
15166
11-1021-02(2238)                      020(425)

**OFFICE OF ADMINISTRATION**      70-20-10-12-00-00-00
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT I - SES
15166
13-1111-03(2234)                      007(421)

**STRATEGIC INITIATIVES**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**29042**
13-1111-04(2236)                      010(023)

Administration - EOG 2022    (1 of 15)

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION

PUBLIC RECORDS UNIT

**CURRENT**



**ADMINISTRATION**

ADMINISTRATIVE SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
DIRECTOR OF ADMINISTRATION
7000007

10-3011-01(5206)                                        023(930)

**PUBLIC RECORDS**

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
70015367

11-1021-02(2238)                                        020(425)

**PUBLIC RECORDS**

MANAGEMENT ANALYST
LEVEL 4 – BUSINESS OERATIONS
OPERATIONS & MGMT CONSULTANT II - SES
70018842

13-1111-04(2236)                    010(423)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
70026559

13-1111-03(2234)                    007(021)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
70035434, 70037176

13-1111-03(2234)                    007(021)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: ADMINISTRATION SERVICES
Section/Subsection:  GENERAL SERVICES

**CURRENT**



ADMINISTRATION

ADMINISTRATIVE SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
DIRECTOR OF ADMINISTRATION
7000007

10-3011-01(5206)                                                023(930)

GENERAL SERVICES

MANAGEMENT ANALYSTS
LEVEL4 – BUSINESS OPERATIONS
SENIOR MANAGEMENT ANALYST SUPV - SES
7000004

13-1111-04(2228))                                               010(426)

GENERAL SERVICES

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
(4)
70017973,70036812,70014923,70043831
13-1111-04(2236)                      010(023)

GENERAL SERVICES

OFFICE CLERKS, GENERAL
LEVEL  2 – OFFICE/ADMINISTRATIVE SUPPORT
SENIOR CLERK
70017642
43-9061-02(0004)                      003(011)

# FLEET SERVICES OVERVIEW

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: **ADMINISTRATION SERVICES**
Section/Subsection: FLEET

**CURRENT**

**ADMINISTRATION SERVICES** .....
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70001797**
11-1021-02(9119) 020(426)

**FLEET REG I** ....
MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70000360**
11-9199-01(6542) 019(419)

**FLEET REG II** .....
MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70002157**
11-9199-01(6542) 019(419)

**FLEET REG III** .....
MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70002569**
11-9199-01(6542) 019(419)

**FLEET REG IV** .....
MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70014854**
11-9199-01(6542) 019(419)

**FLEET SERVICES** .....
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
GENERAL SERVICES MANAGER - SES
**70024252**
11-3011-02(0749) 020(424)

**FLEET** .....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70019945**
**13-1111-04(2236)** **010(023)**



Name of Agency:       DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable:   **SUPPORT SERVICES**

Section/Subsection:   FLEET/REG I

**CURRENT**



FLEET SERVICES/REGION I                                                    ....

MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70000360**

11-9199-01(6542)                                                    019(419)

---

FLEET REG I                              ....

BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 3 - BUSINESS OPERATIONS
GENERAL SERVICES SPECIALIST
**70036243**

13-1199-03(0839)                     007(021)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70039237**

49-9042-02(6467)                     004(017)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70027030**

49-9042-02(6467)                     004(017)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70023155**

49-9042-02(6467)                     004(017)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70022236**

49-9042-02(6467)                     004(017)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70011989**

49-9042-02(6467)                     004(017)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70006063**

49-9042-02(6467)                     004(017)

---

FLEET REG I                              ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70000343**

49-9042-02(6467)                     004(017)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable:   SUPPORT SERVICES
Section/Subsection:  FLEET/REG II

**CURRENT**



FLEET SERVICES/REGION II                                    ....

MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70002157**

11-9199-01(6542)                                   019(419)

---

FLEET REG II                          ....

BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 3 - BUSINESS OPERATIONS
GENERAL SERVICES SPECIALIST
**70016145**

13-1199-03(0839)              007(021)

---

FLEET REG II                          ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70026541**

49-9042-02(6467)              004(017)

---

FLEET REG II                          ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70021978**

49-9042-02(6467)              004(017)

---

FLEET REG II                          ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70020507**

49-9042-02(6467)              004(017)

---

FLEET REG II                          ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70000573**

49-9042-02(6467)              004(017)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable:   SUPPORT SERVICES

Section/Subsection:  FLEET/REG III

**CURRENT**



FLEET SERVICES/REGION III ....

MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70002569**

11-9199-01(6542)                          019(419)

---

FLEET REG III ....

BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 3 - BUSINESS OPERATIONS
GENERAL SERVICES SPECIALIST
**70003325**
13-1199-03(0839)                  007(021)

---

FLEET REG III ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70044461**
49-9042-02(6467)                  004(017)

---

FLEET REG III ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70032867**
49-9042-02(6467)                  004(017)

---

FLEET REG III ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70032579**
49-9042-02(6467)                  004(017)

---

FLEET REG III ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70029140**
49-9042-02(6467)                  004(017)

---

FLEET REG III ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70024237**
49-9042-02(6467)                  004(017)

---

FLEET REG III ....

INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70000844**
49-9042-02(6467)                  004(017)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: **SUPPORT SERVICES**
Section/Subsection: FLEET/REG IV

**CURRENT**

**FLEET SERVICES/REGION IV** .....
MANAGERS, ALL OTHER
LEVEL 1 - MANAGER
AUTOMOTIVE EQUIPMENT MAINTENANCE SUPT-SES
**70014854**
11-9199-01(6542) 019(419)

Reporting to the above:

**FLEET REG IV** ....
BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 3 - BUSINESS OPERATIONS
GENERAL SERVICES SPECIALIST
**70013357**
13-1199-03(0839) 007(021)

**FLEET REG IV** ....
INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70024916**
49-9042-02(6467) 004(017)

**FLEET REG IV** ....
INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70021599**
49-9042-02(6467) 004(017)

**FLEET REG IV** ....
INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70015803**
49-9042-02(6467) 004(017)

**FLEET REG IV** ....
INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70014537**
49-9042-02(6467) 004(017)

**FLEET REG IV** ....
INSTALLATION, MAINTENANCE AND REPAIR
LEVEL 2 - INSTALLATION, MAINT & REPAIR
SENIOR MAINTENANCE MECHANIC
**70010193**
49-9042-02(6467) 004(017)



# FLEET SERVICES

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: **ADMINISTRATION SERVICES**
Section/Subsection: FLEET SERVICES

**CURRENT**

**FLEET SERVICES** .....
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
GENERAL SERVICES MANAGER - SES
**24252**
11-3011-02(0749) 020(424)

**FLEET** .....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**38988**
13-1111-04(2236) 010(023)

**FLEET** .....
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**30297**
13-1111-03(2234) 007(021)

**FLEET** .....
MANAGEMENT ANALYSTS
LEVEL 2 - BUSINESS OPERATIONS
OPERATIONS ANALYST I
**23108**
13-1111-02(2209) 006(017)



CONTRACT MANAGEMENT & MONITORING OVERVIEW

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable:     **BUREAU OF CONTRACT MANAGEMENT & MONITORING**
Section/Subsection:    CONTRACT ADMINISTRATION
Section/Subsection:    FARM PROGRAM
Section/Subsection:    CONTRACT MANAGEMENT
Section/Subsection:    CONTRACT MONITORING

**CURRENT**

```
+--------------------------------------------------+
| CONTRACT MANAGEMENT AND                     ..... |
| MONITORING                                        |
|                                                   |
|         ADMINISTRATIVE SERVICES MANAGERS          |
|                 LEVEL 3 - MANAGER                 |
|     CHIEF OF CONTRACT MANAGEMENT AND MONITORING   |
|                    70003878                       |
|                                                   |
| 11-3011-03(6773)                      021(530)    |
+--------------------------------------------------+
```

```
+----------------------------+   +----------------------------+   +----------------------------+   +----------------------------+
| CONTRACT MANAGEMENT  .....  |   | CONTRACT MANAGEMENT  .....  |   | CONTRACT MANAGEMENT  .....  |   | FARM PROGRAM        .....   |
|                             |   |                             |   |                             |   |                             |
| GENERAL AND OPERATIONS      |   | GENERAL AND OPERATIONS      |   | GENERAL AND OPERATIONS      |   | GENERAL AND OPERATIONS      |
|        MANAGERS             |   |        MANAGERS             |   |        MANAGERS             |   |        MANAGERS             |
|    LEVEL 2 - MANAGER        |   |    LEVEL 2 - MANAGER        |   |    LEVEL 2 - MANAGER        |   |    LEVEL 2 - MANAGER        |
|  OPERATIONS MANAGER C-SES   |   |  OPERATIONS MANAGER C-SES   |   |  OPERATIONS MANAGER C-SES   |   |  OPERATIONS MANAGER C-SES   |
|          07670              |   |          14834              |   |          32876              |   |          35963              |
|                             |   |                             |   |                             |   |                             |
| 11-1021-02(9119) 020(426)   |   | 11-1021-02(9119) 020(426)   |   | 11-1021-02(9119) 020(426)   |   | 11-1021-02(9119) 020(426)   |
+----------------------------+   +----------------------------+   +----------------------------+   +----------------------------+
```

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable:   CONTRACT MANAGEMENT & MONITORING
Section/Subsection:  CONTRACT MANAGEMENT (SECTION?)

CONTRACT MANAGEMENT

**CURRENT**



CONTRACT MANAGEMENT
(SECTION?)                                          ....
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**07670**
11-1021-02(9119)                              020(426)

---

CONTRACT ADMINISTRATION                      ....
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**17372**
11-1021-02(2238)                              020(425)

CONTRACT MANAGEMENT
(SECTION?)                                    ....
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**18709**
11-1021-02(2238)                              020(425)

CONTRACT MANAGEMENT
(SECTION?)                                    ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**11307**
13-1111-04(2239)                              010(024)

CONTRACT MANAGEMENT
(SECTION?)                                    ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**36869**
13-1111-04(2239)                              010(024)

CONTRACT MANAGEMENT
(SECTION?)                                    ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**42536**
13-1111-04(2239)                              010(024)

---

CONTRACT ADMINISTRATION                      ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**16093**
13-1111-04(2236)                              010(023)

CONTRACT MANAGEMENT
(SECTION?)                                    ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**20763**
13-1111-04(2239)                              010(024)

---

CONTRACT ADMINISTRATION                      ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**15285**
13-1111-04(2236)                              010(023)

CONTRACT MANAGEMENT
(SECTION?)                                    ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**20755**
13-1111-04(2239)                              010(024)

---

CONTRACT MANAGEMENT
(SECTION?)                                    ....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**44352**
13-1111-04(2239)                              010(024)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: CONTRACT MANAGEMENT & MONITORING
Section/Subsection: CONTRACT MANAGEMENT

**CURRENT**

**CONTRACT MANAGEMENT** .....
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**14474**
11-1021-02(9119) 020(426)

Reporting to the above:

**CONTRACT MANAGEMENT**
EXECUTIVE SECRETARIES & ADMIN ASSISTANTS
LEVEL 4 - OFFICE/ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT II - SES
**26599**
43-6011-04(0712) 006(421)

**CONTRACT MANAGEMENT** .....
DIETITIANS AND NUTRITIONISTS
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITNR
PUBLIC HEALTH NUTRITION CONSULTANT
**42538**
29-1031-04(5224) 010(091)

**CONTRACT MANAGEMENT** .....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**42536**
13-1111-04(2239) 010(024)



# CONTRACT FIELD MONITORING

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: **CONTRACT MANAGEMENT & MONITORING**
Section/Subsection: **CONTRACT FIELD MONITORING**

**CURRENT**

- **CONTRACT FIELD MONITORING** — GENERAL AND OPERATIONS MANAGERS; LEVEL 2 - MANAGER; OPERATIONS MANAGER C-SES; **14834**; 11-1021-02(9119); 020(426)
  - **CONTRACT FIELD MONITORING** — GENERAL AND OPERATIONS MANAGERS; LEVEL 2 - MANAGER; OPERATIONS & MGMT CONSULTANT MGR - SES; **16276**; 11-1021-02(2238); 020(425)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **08982**; 13-1111-04(2236); 010(023)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **15286**; 13-1111-04(2236); 010(023)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **43793**; 13-1111-04(2236); 010(023)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **43829**; 13-1111-04(2236); 010(023)
  - **CONTRACT FIELD MONITORING** — GENERAL AND OPERATIONS MANAGERS; LEVEL 2 - MANAGER; OPERATIONS & MGMT CONSULTANT MGR - SES; **16279**; 11-1021-02(2238); 020(425)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **04973**; 13-1111-04(2236); 010(023)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **15162**; 13-1111-04(2236); 010(023)
    - **CONTRACT FIELD MONITORING** — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; **23143**; 13-1111-04(2236); 010(023)



CONTRACT MANAGEMENT (32876)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION
Bureau/Comparable: **CONTRACT MANAGEMENT & MONITORING**

Section/Subsection:  **CONTRACT FIELD MONITORING**

**CURRENT**



CONTRACT MANAGEMENT
(SECTION?)                                    .....
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS AND  MANAGEMENT CONSULTANT -SES
**70032876**
11-1021-02(2238)                    020(425)

CONTRACT MANAGEMENT
(SECTION?)                    .....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70033884**
13-1111-04(2239)        010(024)

CONTRACT MANAGEMENT
(SECTION?)                    .....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70005928**
13-1111-04(2239)        010(024)

CONTRACT MANAGEMENT
(SECTION?)                    .....
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70024903**
13-1111-04(2239)        010(024)

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/OFFICE OF ADMINISTRATION

Bureau/Comparable:  **CONTRACT MANAGEMENT AND MONITORING**

Section/Subsection:  FARM PROGRAM
              REGION 1
              REGION 2
              REGION 3
              REGION 4

**CURRENT**

**FARM PROGRAM**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**35963**
11-1021-02(9119)          020(426)

**FARM PROGRAM – REGION 1**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS & MANAGEMENT CONSULTANT II-SES
**35964**
13-1111-04(2236)          010(423)

**FARM PROGRAM - REGION 2**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS & MANAGEMENT CONSULTANT II-SES
**02111**
13-1111-04(2236)          010(423)

**FARM PROGRAM - REGION 3**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS & MANAGEMENT CONSULTANT II-SES
**36460**
13-1111-04(2236)          010(423)

**FARM PROGRAM – REGION 4**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MANAGEMENT CONSULTANT II-SES
**15161**
13-1111-04(2236)          010(423)

**FARM PROGRAM**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**27303**
13-1111-04(2239)          010(024)

**CONTRACT MANAGEMENT**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**14474**
11-1021-02(2238)          020(425)

**FARM PROGRAM – REGION 1**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36235**
13-1081-02(0929)          006(017)

**FARM PROGRAM - REGION 2**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**44355**
13-1081-02(0929)          006(017)

**FARM PROGRAM - REGION 3**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36348**
13-1081-02(0929)          006(017)

**FARM PROGRAM – REGION 4**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36327**
13-1081-02(0929)          006(017)

**CONTRACT MANAGEMENT**
DIETITIANS AND NUTRITIONISTS
LEVEL 1 - HLTH DIAGNOS & TREAT PRACTITNR
PUBLIC HEALTH NUTRITIONIST
**26599**
29-1031-01(5213)          006(086)

**FARM PROGRAM – REGION 1**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36326**
13-1081-02(0929)          006(017)

**FARM PROGRAM - REGION 2**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36349**
13-1081-02(0929)          006(017)

**FARM PROGRAM - REGION 3**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36350**
13-1081-02(0929)          006(017)

**FARM PROGRAM – REGION 4**
LOGISTICIANS
LEVEL 2 - BUSINESS OPERATIONS
STORES CONSULTANT - F/C
**36328**
13-1081-02(0929)          006(017)

**CONTRACT MANAGEMENT**
DIETITIANS AND NUTRITIONISTS
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITNR
PUBLIC HEALTH NUTRITION CONSULTANT
**42537, 42538**
29-1031-04(5224)          010(091)

# LEGISLATIVE AFFAIRS

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/CHIEF OF STAFF
Bureau/Comparable: LEGISLATIVE AFFAIRS
Section/Subsection:

**CURRENT**

- **CHIEF OF STAFF** — **70-10-10-00-00-00-00-00-00000000**
  GENERAL AND OPERATIONS MANAGERS
  LEVEL 2 - EXECUTIVE
  CHIEF OF STAFF-DC
  **70003059**
  10-1021-02(9892) — 024(940)
  - **LEGISLATIVE AFFAIRS** — **70-10-10-20-00-00-00-00-00000000**
    GENERAL AND OPERATIONS MANAGERS
    LEVEL 3 - MANAGER
    LEGISLATIVE AFFAIRS DIRECTOR-SES
    **70000054**
    11-1021-03(8955) — 021(150)
    - **LEGISLATIVE AFFAIRS** — **70-10-10-20-00-00-00-00-00000000**
      GENERAL AND OPERATIONS MANAGERS
      LEVEL 2 - MANAGER
      OPERATIONS & MGMT CONSULTANT MGR - SES
      **70036815**
      11-1021-02(2238) — 020(425)
      - **LEGISLATIVE AFFAIRS** — **70-10-10-20-00-00-00-00-00000000**
        MANAGEMENT ANALYSTS
        LEVEL 4 - BUSINESS OPERATIONS
        OPERATIONS & MGMT CONSULTANT II - SES
        **70035147**
        13-1111-04(2236) — 010(423)
      - **LEGISLATIVE AFFAIRS** — **70-10-10-20-00-00-00-00-00000000**
        MANAGEMENT ANALYSTS
        LEVEL 3 - BUSINESS OPERATIONS
        LEGISLATION SPECIALIST - SES
        **70000089**
        13-1111-04(0717) — 010(424)



FACILITIES - Overview

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION

Bureau/Comparable: CONSTRUCTION
Bureau/Comparable: MAINTENANCE AND REPAIRS
Bureau/Comparable: ENGINEERING SUPPORT
Bureau/Comparable: BUSINESS OPERATION

**CURRENT**

**FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION** **70-30-10-12-00-00-00-00-00000000**
CONSTRUCTION MANAGERS
LEVEL 1 - EXECUTIVE
DIR FACILITIES MGT & BLDG CONSTRUCTION
**70005662**
10-9021-01(9137) 023(930)

**FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION** **70-30-10-12-02-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
MANAGEMENT REVIEW SPECIALIST-SES
**70027027**
13-1111-04(2239) 010(424)

**FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION** **70-30-10-12-02-00-00-00-00000000**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 -BUSINESS OPERATIONS
SENIOR MANAGEMENT ANALYST II - SES
**70030021**
13-1111-04-04(2225) 010(426)

**CONSTRUCTION** **70-30-10-12-00-00-00-00-00000000**
CONSTRUCTION MANAGERS
LEVEL 3 – MANAGER
MAINTENANCE AND CONSTUCTION OFFICER-DC
**(WT: CHIEF OF CONSTRUCTION)**
70035933
11-9021-03(6774) 021(530)

**MAINTENANCE & REPAIRS** **70-30-10-12-00-00-00-00-00000000**
CONSTRUCTION MANAGERS
LEVEL 3 – MANAGER
MAINTENANCE AND CONSTUCTION OFFICER-DC
**(WT: CHIEF OF MAINTENANCE & REPAIRS)**
70031427
11-9021-03(6774) 021(530)

**ENGINEERING SUPPORT** **70-30-10-12-00-00-00-00-00000000**
CONSTRUCTION MANAGERS
LEVEL 3 – MANAGER
MAINTENANCE AND CONSTUCTION OFFICER-DC
**(WT: CHIEF OF ENGINEERING SUPPORT)**
70021361
11-9021-03(6774) 021(530)

**BUSINESS OPERATIONS** **70-30-10-12-00-00-00-00-00000000**
CONSTRUCTION MANAGERS
LEVEL 3 – MANAGER
MAINTENANCE AND CONSTUCTION OFFICER-DC
**(WT: CHIEF OF BUSINESS OPERATIONS)**
70036053
11-9021-03(6774) 021(530)



Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION
Bureau/Comparable:  CONSTRUCTION
Section/Subsection:

**CURRENT**



**CONSTRUCTION**                                    70-30-10-12-00-00-00-00-00000000
                        CONSTRUCTION MANAGERS
                        LEVEL 3 – MANAGER
                        MAINTENANCE AND CONSTUCTION OFFICER-DC
                        **(WT:  CHIEF OF CONSTRUCTION)**
11-9021-03(6774)                    70035933                    021(530)

---

**CONSTRUCTION**           70-30-10-12-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
SUPV CONSTRUCTION PROJECTS ADMIN - SES
**70011308**
11-9041-02(4693)                    020(520)

**CONSTRUCTION-REG I**       70-21-70-03-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 2 - MANAGER
SUPV CONSTRUCTION PROJECTS ADMIN - SES
**70036054**
11-9041-02(4693)                    020(425)

**CONSTRUCTION-REG II**      70-22-70-03-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 2 - MANAGER
SUPV CONSTRUCTION PROJECTS ADMIN - SES
**70036050**
11-9041-02(4693)                    020(425)

**CONSTRUCTION-REG III**      70-23-70-03-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 2 - MANAGER
SUPV CONSTRUCTION PROJECTS ADMIN - SES
**70036129**
11-9041-02(4693)                    020(425)

**CONSTRUCTION-REG IV**      70-30-10-12-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 2 - MANAGER
SUPV CONSTRUCTION PROJECTS ADMIN - SES
**70036125**
11-9041-02(4693)                    020(425)

---

**CONSTRUCTION**           70-30-10-12-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT II
**70011314, 70023468, 70036263, 70041235, 70041878**
11-9021-02(4692)                    020(024)

**CONSTRUCTION-REG I**       70-21-70-03-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT II
**70023470, 70036119**
11-9021-02(4692)                    020(024)

**CONSTRUCTION-REG II**      70-22-70-03-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT II
**70036121, 70036123**
11-9021-02(4692)                    020(024)

**CONSTRUCTION-REG III**      70-23-70-03-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT II
**70009678, 70012449**
11-9021-02(4692)                    020(024)

**CONSTRUCTION-REG IV**      70-24-70-03-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT II
**70001356, 70036130**
11-9021-02(4692)                    020(024)

---

**CONSTRUCTION-REG I**       70-21-70-03-00-00000000
VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
LEVEL 2 – EDUCATORS AND ADMINISTRATORS
CONSTRUCTION PROJECTS CONSULTANT I
**70018710**
11-9021-02(4691)                    020(022)

**CONSTRUCTION-REG II**      70-22-70-03-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT I
**70014031, 70024490, 70033879, 70040079**
11-9021-02(4691)                    020(022)

**CONSTRUCTION-REG III**      70-23-70-03-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT I
**70029164, 70043965**
11-9021-02(4691)                    020(022)

---

**CONSTRUCTION-REG III**      70-24-70-03-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 – MANAGER
CONSTRUCTION PROJECTS CONSULTANT I
**70037942**
11-9021-02(4691)                    020(022)

---

**CONSTRUCTION-REG III**      70-33-30-20-49-36-00-00-00000000
LAKE C.I.
VOCATIONAL EDUCAT TEACHER, POSTSECONDARY
LEVEL 2 – EDUCATORS AND ADMINISTRATORS
VOCATIONAL INSTRUCTOR III – F/C
**70034871**
25-1194-02(1315)                    005(016)

MAINT & REPAIRS - Overview

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF/FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION
Bureau/Comparable:    BUREAU OF MAINTENANCE & REPAIRS
Section/Subsection:

**CURRENT**

| MAINTENANCE & REPAIRS | 70-30-10-12-00-00-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 3 – MANAGER | |
| MAINTENANCE AND CONSTRUCTION OFFICER - DC | |
| **(WT:  CHIEF OF MAINTENANCE & REPAIRS)** | |
| 70031427 | |
| 11-9021-03(6774) | 021(530) |

| MAINTENANCE & REPAIRS | 70-30-10-12-00-00-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 3 – MANAGER | |
| MAINTENANCE & CONSTRUCTION OFFICER - DC | |
| (WT:  DEPUTY BUREAU CHIEF OF MAINTENANCE & REPAIRS) **70031395** | |
| 11-9021-03(6774) | 021(530) |

| MAINTENANCE & REPAIRS-REG I | 70-21-70-00-00-00-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 3 – MANAGER | |
| MAINTENANCE & CONSTRUCTION OFFICER - DC | |
| (WT:  REGIONAL ASST CHIEF OF MAINTENANCE & REPAIRS) **70016175** | |
| 11-9021-03(6774) | 021(530) |

| MAINTENANCE & REPAIRS-REG II | 70-22-70-00-00-00-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 3- MANAGER | |
| MAINTENANCE & CONSTRUCTION OFFICER - DC | |
| (WT:  REGIONAL ASST CHIEF OF MAINTENANCE & REPAIRS) 70041545 | |
| 11-9021-03(6774) | 021(530) |

| MAINTENANCE & REPAIRS-REG III | 70-23-70-00-00-00-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 3- MANAGER | |
| MAINTENANCE & CONSTRUCTION OFFICER - DC | |
| (WT:  REGIONAL ASST CHIEF OF MAINTENANCE & REPAIRS) 70014048 | |
| 11-9021-03(6774) | 021(530) |

| MAINTENANCE & REPAIRS-REG IV | 70-24-70-00-00-00-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 3- MANAGER | |
| MAINTENANCE & CONSTRUCTION OFFICER - DC | |
| (WT:  REGIONAL ASST CHIEF OF MAINTENANCE & REPAIRS) 70030058 | |
| 11-9021-03(6774) | 021(530) |

| MAINTENANCE & REPAIRS | 70-30-10-12-00-00-00-00-00000000 |
|---|---|
| EXEC SECRETARIES & EXEC ADMIN ASSISTANTS | |
| LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT | |
| STAFF ASSISTANT | |
| **70023121** | |
| 43-6011-02(0120) | 003(013) |

| MAINTENANCE & REPAIRS | 7030-10-12-00-00-00-00000000 |
|---|---|
| BUSINESS AND FINANCE, MANAGEMENT ANALYSTS | |
| LEVEL 4 – BUSINESS OPERATIONS | |
| OPERATIONS REVIEW SPECIALIST | |
| **70041637** | |
| 13-1111-04(2239) | 010(024) |

| MAINTENANCE & REPAIRS - REG I – Apalachee CI | 70-31-10-02-49-36-00-00-00000000 |
|---|---|
| CONSTRUCTION MANAGERS | |
| LEVEL 2 - MANAGER | |
| MAINTENANCE & CONSTRUCTION SUPT - SES | |
| 70000344 | |
| 11-9021-02(6387) | 020(422) |

Facilities Management & Building Construction - EOG 2022    (3 of 6)

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION
Bureau/Comparable:  BUREAU OF BUSINESS OPERATIONS
Section/Subsection:

BUSINESS OPERATIONS

**CURRENT**



**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 3 – MANAGER
MAINTENANCE AND CONSTUCTION OFFICER-DC
**(WT: CHIEF OF BUSINESS OPERATIONS)**
70036053
11-9021-03(6774)                                021(530)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70001168**
13-1111-03(2234)                                007(021)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70020193**
11-1021-02(9119)                                020(426)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGERS
OPERATIONS & MGMT CONSULTANT MGR - SES
**70039664**
11-1021-02(2238)                                020(425)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGERS
OPERATIONS & MGMT CONSULTANT MGR - SES
**70012215**
11-1021-02(2238)                                020(425)

**BUSINESS OPERATIONS-REG I**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70024904**
13-1111-04(2236)                                010(023)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70035317**
13-1111-04(2236)                                010(023)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70000017**
13-1111-04(2236)                                010(023)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
BUSINESS OPERATIONS
LEVEL 4 – BUSINESS OPERATIONS
SENIOR ACQUISITION REVIEW AGENT
**70017625**
13-1199-04(4459)                                010(024)

**BUSINESS OPERATIONS-REG II**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70036128**
13-1111-04(2236)                                010(023)

**BUSINESS OPERATIONS-REG IV**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70030316**
13-1111-04(2236)                                010(023)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70004526**
13-1111-03(2234)                                007(021)

**BUSINESS OPERATIONS**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70014820**
13-1111-03(2234)                                007(021)

**BUSINESS OPERATIONS-REG III**    70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70004485**
13-1111-04(2236)                                010(023)

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION
Bureau/Comparable:  ENGINEERING SUPPORT
Section/Subsection:

ENGINEERING SUPPORT

**CURRENT**



ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
CONSTRUCTION MANAGERS
LEVEL 3 – MANAGER
MAINTENANCE AND CONSTUCTION OFFICER-DC
**(WT: CHIEF OF ENGINEERING SUPPORT)**
70021361
11-9021-03(6774)                021(530)

---

ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 2 – MANAGER
PROFESSIONAL ENGINEER ADMINISTRATOR
**70011310**
11-9041-02(8639)                020(230)

ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS MANAGERS C – SES
**(WT: ADA COORDINATOR)**
70017815
11-1021-02(9119)                020(426)

ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
ENGINEERING, ALL OTHER
LEVEL 3 – ARCHITECH/SURVYOR/CRTOGR/ENGR
ENGINEERING SPECIALIST III
**70039648**
17-2199-03(4633)                009(024)

ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
ENGINEERING, ALL OTHER
LEVEL 3 – ARCHITECH/SURVYOR/CRTOGR/ENGR
ENGINEERING SPECIALIST III
**70032866**
17-2199-03(4633)                009(024)

ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
ENGINEERING, ALL OTHER
LEVEL 3 – ARCHITECH/SURVYOR/CRTOGR/ENGR
ENGINEERING SPECIALIST III
**70005898**
17-2199-03(4633)                009(024)

---



ENGINEERING SUPPORT-REG II — 70-30-10-12-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 4 – ARCHITECH/SURVYOR/CRTOGR/ENGR
PROFESSIONAL ENGINEER III
**70026373**
17-2199-04(4663)                011(029)

ENGINEERING SUPPORT-REG I — 70-30-10-12-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 4 – ARCHITECH/SURVYOR/CRTOGR/ENGR
PROFESSIONAL ENGINEER III
**70017624**
17-2199-04(4663)                011(029)

ENGINEERING SUPPORT-REG III — 70-30-10-12-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 4 – ARCHITECH/SURVYOR/CRTOGR/ENGR
PROFESSIONAL ENGINEER III
**70003790**
17-2199-04(4663)                011(029)

ENGINEERING SUPPORT-REG IV — 70-30-10-12-00-00-00-00-00000000
ARCHITECTURAL AND ENGINEERING MANAGERS
LEVEL 4 – ARCHITECH/SURVYOR/CRTOGR/ENGR
PROFESSIONAL ENGINEER II
**70043135**
17-2199-04(4660)                011(027)



ENGINEERING SUPPORT — 70-30-10-12-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70034741, 70046044**
13-1111-04(2238)                010(025)

ENGINEERING SUPPORT — 00-00-00-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046645, 70046644, 70046643, 70046642, 70046638, 70046637,
70046634, 70046054, 70046053, 70046052, 70046051, 70046049,
70005663,**
13-1111-04(2236)                010(023)

ENGINEERING SUPPORT – — 00-00-00-00-00-00-00-00-00000000
**ADA COMPLIANCE & SERVICES**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
STAFF INTERPRETER/TRANSLATOR
**70046043, 70046045, 70046046, 70046047, 70046048, 70046050,
70046635, 70046636, 70046639, 70046640, 70046641**
21-1099-02(5988)                005(017)

ENGINEERING SUPPORT – ADA COMPLIANCE

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/FACILITIES MANAGEMENT AND BUILDING CONSTRUCTION
Bureau/Comparable: ENGINEERING SUPPORT
Section/Subsection: ADA COMPLIANCE & SERVICES

**CURRENT**

**ENGINEERING SUPPORT** **70-30-10-12-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS & MGMT CONSULTANT MGR – SES
**70017815**
11-1021-02(2238) 020(425)

**ENGINEERING SUPPORT – REGION 1 – ADA COORDINATOR** **70-21-70-03-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046642, 70046051, 70046049**
13-1111-04(2236) 010(023)

**ENGINEERING SUPPORT - REGION 2– ADA COORDINATOR** **70-22-70-03-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046643, 70046052, 70046638**
13-1111-04(2236) 010(023)

**ENGINEERING SUPPORT – REGION 3 – ADA COORDINATOR** **70-23-70-03-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046644, 70046053**
13-1111-04(2236) 010(023)

**ENGINEERING SUPPORT – REGION 4 – ADA COORDINATOR** **70-24-70-03-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046645, 70046054**
13-1111-04(2236) 010(023)

**FACILITIES SERVICES** **70-30-10-12-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70034741, 70005663**
13-1111-04(2238) 010(025)

**FACILITIES SERVICES** **70-30-10-12-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046044**
13-1111-04(2236) 010(023)

**ENGINEERING SUPPORT (ADA SERVICES)** **70-31-10-56-49-36-03-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046634, 70046637**
13-1111-04(2236) 010(023)

**ENGINEERING SUPPORT (ADA SERVICES)** **70-31-10-56-49-36-03-00-00000000**
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 2 – COUNSELING AND SOCIAL WORK
STAFF INTERPRETER/TRANSLATOR
**70046043, 70046045, 70046046, 70046047, 70046048, 70046050, 70046635, 70046636, 70046639, 70046640, 70046641**
21-1099-02(5988) 005(017)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: CHIEF OF STAFF/STRATEGIC INITIATIVES
Division/Comparable: CHIEF OF STAFF/POLICY MANAGEMENT AND INMATE APPEALS

Division/Comparable: CHIEF OF STAFF
Bureau/Comparable: PUBLIC AFFAIRS

Section/Subsection:

# PUBLIC AFFAIRS

**CURRENT**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-00000000**
PUBLIC RELATIONS MANAGERS
LEVEL 3 - MANAGER
PUBLIC AFFAIRS DIRECTOR-DC
**70035894**
**11-2031-03(8186)** — **021(150)**

**PUBLIC AFFAIRS** — **70-10-10-00-36-17-00-10-2000001000000**
EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 4 - OFFICE/ADMINISTRATIVE SUPPORT
ADMINISTRATIVE ASSISTANT III
70004047
**43-6011-04(0714)** — **060(021)**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-00000000**
PUBLIC RELATIONS & FUNDRAISING MANAGERS
LEVEL 3 - MANAGER
COMMUNICATIONS ADMINISTRATOR (DEPUTY COMMUNICATIONS DIRECTOR)
**70011996**
**11-2031-03(9490)** — **021(530)**

**PUBLIC AFFAIRS** — **70-10-10-00-36-17-00-10-2000001000000**
TRAINING AND DEVELOPMENT SPECIALIST
LEVEL 4- BUSINESS OPERATIONS
(A/V- TRAINING AND RESEARCH CONSULTANT)
**70010045**
13-1151-04(6004) — 010(026)

**CITIZEN SERVICES** — **70-10-10-00-36-17-00-10-2000001000000**
GENERAL OPERATIONS MANAGERS
LEVEL 4- BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT MGR - SES
**70029273**
**11-1021-02(2338)** — **010(024)**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-00000000**
PUBLIC RELATIONS & FUNDRAISING MANAGERS
LEVEL 3 - MANAGER
PRESS SECRETARY
**70035920**
**11-2031-03(3499)** — **021(530)**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-00000000**
ARTISTS AND RELATED WORKERS, ALL OTHER
LEVEL 1 - ARTISTS AND DESIGNERS
GRAPHICS CONSULTANT
**70000012**
**27-1019-03(3718)** — **007(018)**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-0000000000000**
MANAGMENT ANALYSTS
LEVEL 4- BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70004053**
13-1111-04(22388) — 010(025)

**CITIZEN SERVICES** — **70-10-10-00-36-17-00-10-2000001000000**
MANAGEMENT ANALYSTS
LEVEL 2- BUSINESS OPERATIONS
OPERATIONS ANALYST I
**70035419**
**11-1021-02(2338)** — **010(024)**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-0000000000000**
MANAGMENT ANALYSTS
LEVEL 4- BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
**70004053**
**13-1111-04(8058)** — **010(023)**

**PUBLIC AFFAIRS** — **70-10-10-21-00-00-00-00-00000000**
PUBLIC RELATIONS SPECIALISTS
LEVEL 2 - MEDIA AND COMMUNICATIONS
**PUBLIC INFORMATION SPECIALIST II**
*(SOCIAL MEDIA & MARKETING COMM SPECIALIST)*
**70000093**
**27-3031-02(2505)** — **006(021)**

**PUBLIC AFFAIRS** — .
WEB DEVELOPERS
LEVEL 4 - COMPUTER
WEB MANAGER - SES
**70035327**
**15-1134-04(2132)** — **009(426)**

**CITIZEN SERVICES** — **70-10-10-00-36-17-00-10-2000001000000**
MANAGMENT ANALYSTS
LEVEL 3- BUSINESS OPERATIONS
CORRECTIONAL SERVICES ASST CONSULTANT
**70005933**
**13-1111-03(8055)** — **007(021)**



# PUBLIC AFFAIRS (Comm Team)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: CHIEF OF STAFF/STRATEGIC INITIATIVES
Division/Comparable: CHIEF OF STAFF/POLICY MANAGEMENT AND INMATE APPEALS

Division/Comparable: CHIEF OF STAFF
Bureau/Comparable: PUBLIC AFFAIRS

Section/Subsection:

**CURRENT**

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS & FUNDRAISING MANAGERS
LEVEL 3 - MANAGER
COMMUNICATIONS ADMINISTRATOR (DEPUTY COMMUNICATIONS DIRECTOR)
**70011996**
11-2031-03(9490) 021(530)

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS MANAGERS
LEVEL 3 - MANAGER
PUBLIC AFFAIRS DIRECTOR-DC
**70035894**
11-2031-03(8186) 021(150)

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS & FUNDRAISING MANAGERS
LEVEL 3 - MANAGER
PRESS SECRETARY
**70035920**
11-2031-03(3499) 021(530)

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS SPECIALISTS
LEVEL 2 - MEDIA AND COMMUNICATIONS
PUBLIC INFORMATION SPECIALIST II
**70013360**
27-3031-02(2505) 006(021)

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS SPECIALISTS
LEVEL 2 - MEDIA AND COMMUNICATIONS
PUBLIC INFORMATION SPECIALIST II
**70004046**
27-3031-02(2505) 006(021)

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS SPECIALISTS
LEVEL 2 - MEDIA AND COMMUNICATIONS
PUBLIC INFORMATION SPECIALIST II
**70004044**
27-3031-02(2505) 006(021)

**PUBLIC AFFAIRS** 70-10-10-21-00-00-00-00-00000000
PUBLIC RELATIONS SPECIALISTS
LEVEL 2 - MEDIA AND COMMUNICATIONS
PUBLIC INFORMATION SPECIALIST II
**70004043**
27-3031-02(2505) 006(021)



PUBLIC AFFAIRS (WEB TEAM)

Name of Agency: DEPARTMENT OF CORRECTIONS

Division/Comparable: CHIEF OF STAFF
Bureau/Comparable: PUBLIC AFFAIRS

Section/Subsection:

**CURRENT**

**PUBLIC AFFAIRS**

WEB DEVELOPERS
LEVEL 4 - COMPUTER
WEB MANAGER - SES
**70035327**

15-1134-04(2132) 009(426)

---

**PUBLIC AFFAIRS** **70-10-10-21-00-00-00-00-00000000**

WEB DEVELOPERS
LEVEL 4- COMPUTER
WEB MANAGER
**70028095**

**15-1134-04(2132)** **009(026)**

---

COMPUTER PROGRAMMERS
LEVEL 2 - COMPUTER
COMPUTER PROGRAMMER ANALYST II
**70031020**

15-1131-02(2103) 006(022)



HR - Overview

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable: HUMAN RESOURCE SERVICES
Bureau/Comparable: HUMAN RESOURCE SUPPORT
Bureau/Comparable: STAFF DEVELOPMENT

Section/Subsection: ORGANIZATIONAL MANAGEMENT SYSTEMS
Section/Subsection: PAYROLL
Section/Subsection: RECRUITMENT
Section/Subsection: EMPLOYEE RELATIONS
Section/Subsection: ADMINISTRATION
Section/Subsection: STAFF DEVELOPMENT

**CURRENT**

**CHIEF OF STAFF**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
CHIEF OF STAFF-DC
**70003059**
**10-1021-02(9892)** 024(940)

**HUMAN RESOURCES**
GENERAL AND OPERATIONS MANAGERS
LEVEL 1 - EXECUTIVE
DIRECTOR OF HUMAN RESOURCES (Wrk)
**70036219**
**10-1021-01(9759)** 023(930)

**HUMAN RESOURCE SUPPORT**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**70035833**
11-3121-03(9756) 021(530)

- **EMPLOYEE RELATIONS**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER B - SES
  **70005438**
  11-3121-02(2281) 020(425)
- **ADMINISTRATION**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER B - SES
  **70033893**
  11-3121-02(2281) 020(425)

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**70005658**
11-3121-03(9756) 021(530)

- **STAFF DEVELOPMENT**
  HUMAN RESOURCES MANAGER
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER B-SES
  **70022650**
  11-1021-02(2281) 020(425)
- **STAFF DEVELOPMENT**
  HUMAN RESOURCES MANAGER
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER A-SES
  **70027955**
  11-1021-02(2280) 020(421)

**HUMAN RESOURCE SERVICES**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**70000040**
11-3121-03(9756) 021(530)

- **ORGANIZATIONAL MANAGEMENT SYSTEMS**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER B - SES
  **70011187**
  11-3121-02(2881) 020(425)
- **ADMINISTRATION – PAYROLL & BENEFITS SECTION**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER B - SES
  **70027290**
  11-3121-02(2281) 020(425)
- **RECRUITMENT SECTION**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  HUMAN RESOURCE MANAGER B - SES
  **70016172**
  11-3121-02(2281) 020(425)
- **RECRUITMENT SECTION (Non-Security)**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  SENIOR PERSONNEL MANAGER - SES
  **70024550**
  11-3121-02(1049) 020(421)
- **RECRUITMENT SECTION (SES Promotion)**
  HUMAN RESOURCE MANAGERS
  LEVEL 2 - MANAGER
  SENIOR PERSONNEL MANAGER - SES
  **70014228**
  11-3121-02(1049) 020(424)





Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable:     HUMAN RESOURCE SERVICES
Section/Subsection:    ORGANIZATIONAL MANAGEMENT SYSTEMS
Section/Subsection:    CLASSIFICATION AND PAY
Section/Subsection:    HR SYSTEMS

**CURRENT**

**HUMAN RESOURCE SERVICES**

HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**7000040**

11-3121-03(9756)                              021(530)

---

**ORGANIZATIONAL MANAGEMENT SYSTEMS**

HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER B – SES
**70011187**

11-3121-02(2281)                              020(425)

---

**HR SYSTEMS**

HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**7000133**

13-1071-04(0193)                010(426)

**HR SYSTEMS**

HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**7002623**

13-1071-04(0193)                010(426)

**HR SYSTEMS**

HUMAN RESOURCE SPECIALISTS
LEVEL 4 – BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70016081**

13-1071-04(0193)                010(426)

**CLASSIFICATION AND PAY**

HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70024474**

13-1071-04(0193)                010(426)

---

**CLASSIFICATION AND PAY**

HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANAYST/HR-SES
**70002616**

13-1071-04(0192)                010(424)

**CLASSIFICATION AND PAY**

HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70031228**

13-1071-03(0189)                007(421)

**CLASSIFICATION AND PAY**

HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70036221**

13-1071-03(0189)                007(421)

**CLASSIFICATION AND PAY**

HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70022187**

13-1071-03(0189)                007(421)

Name of Agency:   DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable:   HUMAN RESOURCE SERVICES
Section/Subsection:   RECRUITMENT (NON-SECURITY)

HR (Recruitment/NS)

**CURRENT**



**HUMAN RESOURCE SERVICES**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**70000040**
11-3121-03(9756)                                021(530)

**RECRUITMENT SECTION (Non-Security)**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70024550**
11-3121-02(1049)                                020(421)

**RECRUITMENT SECTION (Non-Security)**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70014419**
13-1071-04(0192)          010(424)

**RECRUITMENT SECTION (Non-Security)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70013042**
13-1071-03(0190)          007(423)

**RECRUITMENT SECTION (Non-Security)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70014456**
13-1071-03(0189)          007(421)

**RECRUITMENT SECTION (Non-Security)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70021695**
13-1071-03(0189)          007(421)

**RECRUITMENT SECTION (Non-Security)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70023001**
13-1071-03(0189)          007(421)

SES PROMOTION

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable:   HUMAN RESOURCE SERVICES
Section/Subsection:   SES PROMOTION



**CURRENT**



**HUMAN RESOURCE SERVICES**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**70000040**

11-3121-03(9756)                          021(530)

**SES Promotion**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70014228**

11-3121-02(1049)                          020(424)

**SES Promotion**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST /HR-SES
**70003885**

13-1071-04(0192)                          008(424)

**SES Promotion**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70013042**

13-1071-03(0189)                          007(421)

**SES Promotion**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70017996**

13-1071-03(0189)                          007(421)

**SES Promotion**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70020944**

13-1071-03(0189)                          007(421)

HR - Recruitment

Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable:  HUMAN RESOURCE SERVICES
  Section/Subsection:  RECRUITMENT-SECURITY
  Section/Subsection:  RECRUITMENT SECTION (Non-Security)

**CURRENT**



**HUMAN RESOURCE SERVICES**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
**7000040**
11-3121-03(9756)                    021(530)

**RECRUITMENT SECTION**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER B - SES
**70016172**
11-3121-02(2281)                    020(425)

**RECRUITMENT SECTION**
(Certification)
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70000041**
11-3121-02(1049)                    020(424)

**RECRUITMENT SECTION (Intake)**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70000152**
11-3121-02(1049)                    020(424)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT /HR-SES
**70017978**
13-1141-04(0193)                    010(426)

**RECRUITMENT SECTION**
(Certification)
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70009123**
13-1071-03(0190)                    007(423)

**RECRUITMENT SECTION (Intake)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70023129**
13-1071-03(0190)                    007(423)

**RECRUITMENT SECTION (Intake)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70018721**
13-1071-03(0189)                    007(421)

**RECRUITMENT SECTION**
(Certification)
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
70030808
13-1071-03(0190)                    007(423)

**RECRUITMENT SECTION (Intake)**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70005639**
13-1071-03(0189)                    007(421)

HR - Recruitment (17978)

**CURRENT**

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable:  HUMAN RESOURCE SERVICES
Section/Subsection:  RECRUITMENT-SECURITY



**RECRUITMENT SECTION**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER B - SES
**70016172**
11-3121-02(2281)                              020(425)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT /HR-SES
**70017978**
13-1141-04(0193)                              010(426)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70012629**
13-1071-04(0192)                              008(424)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70017117**
13-1071-03(0190)                              007(423)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70018235**
13-1071-03(0190)                              007(423)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70013787**
13-1071-03(0190)                              007(423)

**RECRUITMENT SECTION**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
HUMAN RESOURCE SPECIALIST/HR-SES
**70017369**
13-1071-03(0190)                              007(423)

Human Resources & Staff Development - EOG 2022    (6 of 17)

# HR-PAYROLL

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable: HUMAN RESOURCE SERVICES
Section/Subsection: PAYROLL SECTION

**CURRENT**

- **HUMAN RESOURCE SERVICES** — HUMAN RESOURCE MANAGERS; LEVEL 3 - MANAGER; CHIEF OF HUMAN RESOURCE MANAGEMENT; **00040**; 11-3121-03(9756); 021(530)
  - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCE MANAGERS; LEVEL 2 - MANAGER; HUMAN RESOURCE MANAGER B - SES; **70027290**; 11-3121-02(2281); 020(425)
    - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCE MANAGERS; LEVEL 2- MANAGER; SENIOR PERSONNEL MANAGER- SES; **70018712**; **11-3121-02(1049)**; 020(424)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCE SPECIALIST; LEVEL 3 - BUSINESS OPERATIONS; HUMAN RESOURCE SPECIALIST/HR-SES; **70021124**; **13-1071-03(0190)**; 007(423)
    - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCE MANAGER; LEVEL 2 - MANAGER; SENIOR PERSONNEL MANAGER - SES; **70000022**; **11-3121-02(1049)**; 020(424)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; HUMAN RESOURCE SPECIALIST/HR-SES; **70013049**; 13-1071-03(0190); 007(423)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; HUMAN RESOURCE SPECIALIST/HR-SES; **70003327**; 13-1071-03(0190); 007(423)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; PERSONNEL SERVICES SPECIALIST/HR-SES; **70032833**; 13-1071-03(0189); 007(421)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; PERSONNEL SERVICES SPECIALIST/HR-SES; **70017118**; 13-1071-03(0189); 007(421)
    - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCE MANAGER; LEVEL 2 - MANAGER; SENIOR PERSONNEL MANAGER - SES; **70000043**; **11-3121-02(1049)**; 020(424)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; HUMAN RESOURCE SPECIALIST/HR-SES; **70028116**; 13-1071-03(0190); 007(423)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; HUMAN RESOURCE SPECIALIST/HR-SES; **70028116**; 13-1071-03(0190); 007(423)
      - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCES SPECIALISTS; LEVEL 3 - BUSINESS OPERATIONS; PERSONNEL SERVICES SPECIALIST/HR-SES; **70024950**; 13-1071-03(0189); 007(421)
    - **HUMAN RESOURCE SERVICES - PAYROLL** — HUMAN RESOURCE SPECIALISTS; LEVEL 4 – BUSINESS OPERATIONS; HUMAN RESOURCE CONSULTANT/HR-SES; **70029803**; 13-1071-04(0193); 010(426)
      - **HUMAN RESOURCE SERVICES - PAYROLL** **70-70-03-01-03-00-00-00-00000000** — HUMAN RESOURCE SPECIALISTS; LEVEL 4 – BUSINESS OPERATIONS; HUMAN RESOURCE ANALYST/HR-SES; **70010960**; 13-1071-04(0192); 010(424)

HR - LR-ER

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable: HUMAN RESOURCE SUPPORT
Section/Subsection: EMPLOYEE RELATIONS
Section/Subsection: LABOR RELATIONS
Section/Subsection:

**CURRENT**

**HUMAN RESOURCE SUPPORT**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
70035833
**11-3121-03(9756)** 021(530)

**EMPLOYEE RELATIONS**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER B - SES
**70005438**
11-3121-02(2281) 020(425)

**EMPLOYEE RELATIONS**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70000165**
11-3121-02(1049) 020(424)

- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 4 - BUSINESS OPERATIONS
  HUMAN RESOURCE ANALYST/HR-SES
  **70027538**
  13-1071-04(0192) 010(424)
- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 3 - BUSINESS OPERATIONS
  HUMAN RESOURCE SPECIALIST/HR-SES
  **70003250, 70024338**
  13-1071-03(0190) 007(423)
- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 3 - BUSINESS OPERATIONS
  PERSONNEL SERVICES SPECIALIST/HR-SES
  **70024957**
  13-1071-03(0189) 007(421)

**EMPLOYEE RELATIONS**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70024949**
11-3121-02(1049) 020(424)

- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 4 - BUSINESS OPERATIONS
  HUMAN RESOURCE ANALYST/HR-SES
  **70021696**
  13-1071-04(0192) 010(424)
- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 3 - BUSINESS OPERATIONS
  HUMAN RESOURCE SPECIALIST/HR-SES
  **70028106, 70047227**
  13-1071-03(0190) 007(423)
- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 3 - BUSINESS OPERATIONS
  PERSONNEL SERVICES SPECIALIST/HR-SES
  **70000166**
  13-1071-03(0189) 007(421)

**EMPLOYEE RELATIONS**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70047223**
13-1071-04(0193) 010(426)

- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 4 - BUSINESS OPERATIONS
  HUMAN RESOURCE ANALYST/HR-SES
  **70047224, 70047225**
  13-1071-04(0192) 010(424)
- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 3 - BUSINESS OPERATIONS
  HUMAN RESOURCE SPECIALIST/HR-SES
  **70009440, 70047226**
  13-1071-03(0190) 007(423)
- **EMPLOYEE RELATIONS**
  HUMAN RESOURCES SPECIALISTS
  LEVEL 2 - BUSINESS OPERATIONS
  PERSONNEL TECHNICIAN III/HR-SES
  **70012096**
  13-1071-02(0188) 003(419)

**EMPLOYEE RELATIONS**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70007018**
13-1071-04(0192) 010(424)

**EMPLOYEE RELATIONS**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70005441**
13-1071-04(0192) 010(424)



Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable:    CHIEF OF STAFF/HUMAN RESOURCES

Bureau/Comparable:    HUMAN RESOURCE SUPPORT

Section/Subsection:    ADMINISTRATION

**CURRENT**



**HUMAN RESOURCE SUPPORT**
HUMAN RESOURCE MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HUMAN RESOURCE MANAGEMENT
70035833
11-3121-03(9756)                    021(530)

**ADMINISTRATION**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER B - SES
**70033893**
11-3121-02(2281)                    020(425)

**ADMINISTRATION**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
SENIOR PERSONNEL MANAGER - SES
**70000046**
11-3121-02(1049)                    020(424)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70004489**
13-1071-04(0193)                    010(426)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE CONSULTANT/HR-SES
**70012710**
13-1071-04(0193)                    010(426)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70021491**
13-1071-04(0192)                    010(424)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70014416**
13-1071-04(0192)                    010(424)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70000048**
13-1071-04(0192)                    010(424)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70031678**
13-1071-04(0192)                    010(424)

**LABOR RELATIONS**
HUMAN RESOURCES SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
PERSONNEL SERVICES SPECIALIST/HR-SES
**70027002**
13-1071-03(0189)                    007(421)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 2 - BUSINESS OPERATIONS
PERSONNEL TECHNICIAN III/HR-SES
**70015651**
13-1071-02(0188)                    003(419)

**ADMINISTRATION**
HUMAN RESOURCES SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
HUMAN RESOURCE ANALYST/HR-SES
**70011514**
13-1071-04(0192)                    010(424)

STAFF DEVELOPMENT (05658)

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable:     STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**

```
STAFF DEVELOPMENT

            GENERAL AND OPERATIONS MANAGERS
                     LEVEL 2 - MANAGER
            CHIEF OF HUMAN RESOURCE MANAGEMENT
                        70005658

11-3121-03(9756)                              021(530)
```

```
STAFF DEVELOPMENT

      HUMAN RESOURCES MANAGER
           LEVEL 2 - MANAGER
    HUMAN RESOURCE MANAGER B-SES
            70022650

11-1021-02(2281)          020(425)
```

```
STAFF DEVELOPMENT

      HUMAN RESOURCES MANAGER
           LEVEL 2 - MANAGER
    HUMAN RESOURCE MANAGER A-SES
            70027955

11-1021-02(2280)          020(421)
```

SD (HR MANAGER B-SES 22650)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable: STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**

**STAFF DEVELOPMENT**
HUMAN RESOURCES MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER B-SES
**70022650**
11-3121-02(2281) 020(425)

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70005516**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70007027**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70021028**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70021253**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
HUMAN RESOURCES MANAGER
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER A-SES
**70028108**
11-1021-02(2280) 020(421)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70010046**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70022647**
13-1151-04(1334) 010(023)



SD (HR MANAGER-SES 05516)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable: STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70005516**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70005931**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
***70016255**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70016373**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
***70022900**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70025895**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70007035**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047240**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047241**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047242**
13-1151-04(1334) 010(023)



SD (HR MANAGER - SES 07027)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable:   STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**



STAFF DEVELOPMENT

HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70007027**

11-3121-02(1333)                                          020(424)

STAFF DEVELOPMENT

EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
STAFF ASSISTANT
**70021195**

43-6011-02(0120)                                          003(013)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70026992, 70047233, 70047234, 70047235**

13-1151-04(1334)                                          010(023)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70000126**

13-1151-03(1332)                                          007(021)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**\*70015552**

13-1151-03(1332)                                          007(021)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**\*70016234**

13-1151-03(1332)                                          007(021)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70021860**

13-1151-03(1332)                                          007(021)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70022737**

13-1151-03(1332)                                          007(021)

STAFF DEVELOPMENT

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70035995**

13-1151-03(1332)                                          007(021)

SD (HR MANAGER-SES 21028)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable: STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70021028**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
***70000134**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
***70003369**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70005519**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70019931**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70020491**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70026705**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
***70035996**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70036003**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047236**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70029064**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70046666**
13-1151-04(1334) 010(023)



SD (HR MANAGER-SES 21253)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable: STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**

**STAFF DEVELOPMENT**
HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70021253**
11-3121-02(1333) 020(424)

**STAFF DEVELOPMENT**
EXEC SERETARIS & EXEC ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
STAFF ASSISTANT
**70005930**
43-6011-02(0120) 003(013)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70000131**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
***70003761**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70010043**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70012451**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
***70022653**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70023509**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70035998**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70021707**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 3 - BUSINESS OPERATIONS
STAFF DEVELOPMENT TRAINING CONSULTANT
**70046667**
13-1151-03(1332) 007(021)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70002253**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047237**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047238**
13-1151-04(1334) 010(023)

**STAFF DEVELOPMENT**
TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70047239**
13-1151-04(1334) 010(023)



SD (HR MANAGER 28108)

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable:   CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable:     STAFF DEVELOPMENT
Section/Subsection:

**CURRENT**



| STAFF DEVELOPMENT | |
|---|---|
| HUMAN RESOURCES MANAGER | |
| LEVEL 2 - MANAGER | |
| HUMAN RESOURCE MANAGER A-SES | |
| **70028108** | |
| 11-1021-02(2280) | 020(421) |

| STAFF DEVELOPMENT | | STAFF DEVELOPMENT | |
|---|---|---|---|
| TRAINING AND DEVELOPMENT SPECIALISTS | | TRAINING AND DEVELOPMENT SPECIALISTS | |
| LEVEL 4 - BUSINESS OPERATIONS | | LEVEL 4 - BUSINESS OPERATIONS | |
| RESEARCH AND TRAINING SPECIALIST | | RESEARCH AND TRAINING SPECIALIST | |
| **70010046** | | **70022647** | |
| 13-1151-04(1334) | 010(023) | 13-1151-04(1334) | 010(023) |

SD (HR MANAGER A-SES 27955)

**CURRENT**

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/HUMAN RESOURCES
Bureau/Comparable:   STAFF DEVELOPMENT
Section/Subsection:

**STAFF DEVELOPMENT**

HUMAN RESOURCES MANAGER
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER A-SES
**70027955**

11-1021-02(2280)                                020(421)

---

**STAFF DEVELOPMENT**

HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70020979**

11-3121-02(1333)          020(424)

**STAFF DEVELOPMENT**

HUMAN RESOURCE MANAGERS
LEVEL 2 - MANAGER
HUMAN RESOURCE MANAGER - SES
**70027343**

11-3121-02(1333)          020(424)

---

**STAFF DEVELOPMENT**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70042212**

13-1111-04(2239)          010(024)

**STAFF DEVELOPMENT**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70007616**

13-1111-04(2239)          010(024)

**STAFF DEVELOPMENT**

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
**70022649**

13-1111-04(2239)          010(024)

**STAFF DEVELOPMENT**

TRAINING AND DEVELOPMENT SPECIALISTS
LEVEL 4 - BUSINESS OPERATIONS
RESEARCH AND TRAINING SPECIALIST
**70036005**

13-1151-04(1334)          010(023)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable:  CHIEF OF STAFF/STRATEGIC INITIATIVES
Bureau/Comparable:  POLICY MANAGEMENT AND INMATE APPEALS
Bureau/Comparable:  RESEARCH & DATA ANALYSIS
Section/Subsection:

**CURRENT**



| CHIEF OF STAFF | 70-10-10-00-00-00-00-00 00000000 |
| --- | --- |
| | GENERAL AND OPERATIONS MANAGERS |
| | LEVEL 2 - EXECUTIVE |
| | CHIEF OF STAFF-DC |
| | 70003059 |
| 10-1021-02(9892) | 024(940) |

| STRATEGIC INITIATIVES | 70-70-04-00-00-00-00-00 00000000 |
| --- | --- |
| | GENERAL AND OPERATIONS MANAGERS |
| | LEVEL 1 – EXECUTIVE |
| | DIRECTOR OF STRATEGIC INITIATIVES |
| | **70014475** |
| 10-1021-01(6782) | 023(930) |

| STRATEGIC INITIATIVES | 70-70-04-00-00-00-00-00 00000000 |
| --- | --- |
| | COMPUTER & INFORMATION SYSTEMS MANAGERS |
| | LEVEL 4 - MANAGER |
| | STRATEGIC PLANNING COORDINATOR |
| | **70004924** |
| 13-3021-04(2214) | 022(429) |

| STRATEGIC INITIATIVES | 70-70-04-00-00-00-00-00 00000000 |
| --- | --- |
| | MANAGEMENT ANALYSTS |
| | LEVEL 4 - BUSINESS OPERATIONS |
| | PLANNING CONSULTANT |
| | **70005903** |
| 13-1111-04(2336) | 010(024) |

| RESEARCH & DATA ANALYSIS | 70-70-04-02-00-00-00-00 00000000 |
| --- | --- |
| | GENERAL AND OPERATIONS MANAGERS |
| | LEVEL 3 - MANAGER |
| | CHIEF OF RESEARCH AND DATA ANALYSIS-DC |
| | **70005926** |
| 11-1021-03(5289) | 021(530) |

OVERVIEW

ame of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES/ CLINICAL SERVICES

Bureau/Comparable: HEALTH SERVICES ADMINISTRATION
Bureau/Comparable: MEDICAL SERVICES
Bureau/Comparable: DENTAL SERVICES
Bureau/Comparable: MENTAL HEALTH SERVICES
Bureau/Comparable: NURSING SERVICES
Bureau/Comparable: PHARMACEUTICAL SERVICES

Section/Subsection:

**CURRENT**

**DEPARTMENT OF CORRECTIONS** .
CHIEF EXECUTIVES
LEVEL 3 - EXECUTIVE
SECRETARY OF CORRECTIONS
00001
10-1011-03(9886) 025(950)

**HEALTH SERVICES** **70-50-00-00-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
**70015231**
10-9111-02(7878) 024(860)

**HEALTH SERVICES ADMINISTRATION** **70-50-20-00-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
CLINICAL ADVISOR
**70015234**
10-9111-01 (7940) 023(860)

**HEALTH SERVICES** **70-50-00-00-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
OPERATIONS ANALYST II
**70002477**
13-1111-04(2238) 010(025)

MEDICAL SERVICES **70-50-10-00-00-00-00-00-**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
CHIEF OF MEDICAL SERVICES
**70039765**
10-9111-01 (7947) 023(860)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70010341**
11-1021-02(9119) 020 (426)

**PHARMACEUTICAL SERVICES** **70-50-10-20-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF PHARMACEUTICAL SERVICES
**70002040**
11-9111-03 (8077) 021(230)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF NURSING SERVICES
**70005666**
11-9111-03 (5344) 021(220)

**HEALTH SERVICES ADMINISTRATION** **70-50-20-00-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF HEALTH SERVICES ADMINISTRATION
**70012619**
11-9111-03 (7766) 021(230)

**DENTAL SERVICES** **70-50-10-21-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF DENTAL SERVICES
**70014804**
11-9111-03 (5271) 021(230)



MEDICAL SERVICES (39765)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: MEDICAL SERVICES

Section/Subsection: MEDICAL
Section/Subsection: NURSING SERVICES
Section/Subsection: ADMINISTRATION
Section/Subsection: ADMINISTRATION/QUALITY MANAGEMENT

**CURRENT**

**HEALTH SERVICES** **70-50-00-00-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
**70015231**
10-9111-02 (7878) 024 (860)

**MEDICAL SERVICES** **70-50-10-00-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
CHIEF OF MEDICAL SERVICES
**70039765**
10-9111-01 (7947) 023 (860)

**ADMINISTRATION** **70-50-10-XX-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70000519**
**11-1021-02 (2238)** **020 (425)**

**MEDICAL (Utilization)** **70-50-10-XX-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70038932**
13-1111-04 (2238) 010 (025)

**NURSING (Public Health)** **70-50-10-XX-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70016851**
13-1111-04 (2238) 010 (025)

**NURSING (Public Health)** **70-50-10-XX-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70016764**
13-1111-04 (2238) 010 (025)

**ADMINISTRATION** **70-50-20-00-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70004556**
**13-1111-04 (2238)** **010 (025)**

**QUALITY MANAGEMENT** **70-50-20-24-XX-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 2 - BUSINESS OPERATIONS
OPERATIONS ANALYST I
**70031329**
**13-1111-02(2209)** **006(017)**

**MEDICAL (Utilization)** **70-50-10-XX-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 2 - BUSINESS OPERATIONS
OPERATIONS ANALYST I
**70017591**
13-1111-02(2209) 006(017)



MENTAL HEALTH SERVICES (00085)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: MENTAL HEALTH SERVICES
Section/Subsection: QUALITY MANAGEMENT

**CURRENT**

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF MENTAL HEALTH SERVICES
**70000085**
11-9111-03 (5241) 021 (230)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70045515**
11-1021-02(9119) 020 (426)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70010341**
11-1021-02(9119) 020 (426)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PSYCHOLOGICAL SERVICES DIRECTOR-FC
**70034879**
11-9111-02(5242) 020 (097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
BUSINESS OPERATION SPECIALIST, ALL OTHER
LEVEL 4 - BUSINESS OPERATIONS
SENIOR PROGRAM ANALYST
**70046632**
13-1199-04(6843) 010 (027)

Position (#34879) Government Analyst II, Psychological Services Director-FC
Position (#46632) Government Analyst II, reclassification to Senior Program Analyst.

MENTAL HEALTH SERVICES (45515)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: MENTAL HEALTH SERVICES
Section/Subsection:

**CURRENT**

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70045515**
11-1021-02(8094) 020 (426)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70046396**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70046395**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70045923**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70045519**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70045518**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70045517**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70004990**
19-3099-04(5240) 011(097)



Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: MENTAL HEALTH SERVICES
Section/Subsection:

MENTAL HEALTH SERVICES (10341)

**CURRENT**

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70010341**
11-1021-02(9119) 020 (426)

---

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70046398**
19-3099-04(5240) 011(097)

- **MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT ANALYST II
  **70046397**
  13-1111-04 (2225) 010 (026)

- **MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT ANALYST II
  **70028558**
  13-1111-04 (2225) 010 (026)

- **MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT OPERATIONS CONSULTANT III
  **70045516**
  13-1111-04(2238) 010(025)

- **MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT OPERATIONS CONSULTANT II
  **70039208**
  13-1111-04(2236) 010(023)

---

**QUALITY MANAGEMENT** **70-50-20-24-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70042732**
19-3099-04(5240) 011(097)

- **MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT ANALYST II – CLINICAL CONTRACT MONITOR (MENTAL HEALTH)
  **70046041**
  13-1111-04 (2225) 010 (026)

- **MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT ANALYST II – CLINICAL CONTRACT MONITOR (MENTAL HEALTH)
  **70046040**
  13-1111-04 (2225) 010 (026)

---

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70046042**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70043694**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70043577**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70042746**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
SOCIAL SCIENTISTS & RELATED WORKERS, ALL OTHER
LEVEL 4 - SOCIAL SCIENCE
REGIONAL MENTAL HEALTH CONSULTANT
**70035377**
19-3099-04(5240) 011(097)

**MENTAL HEALTH SERVICES** **70-50-10-22-00-00-00-00-00000000**
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70046633**
13-1111-04(2236) 010(023)



Name of Agency:       DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable:  PHARMACEUTICAL SERVICES

Section/Subsection:  PHARMACY SERVICES (Region I)
Section/Subsection:  PHARMACY SERVICES (Region II)
Section/Subsection:  PHARMACY SERVICES (Region III)
Section/Subsection:  PHARMACY SERVICES (Region IV)

PHARMACEUTICAL SERVICES (02040)

**CURRENT**



HEALTH SERVICES                    70-50-00-00-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
**70015231**
10-9111-02 (7878)                              024 (860)

PHARMACEUTICAL SERVICES            70-50-10-20-00-00-00-00-00000000
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF PHARMACEUTICAL SERVICES
**70002040**
11-9111-03(8077)                                021 (230)

PHARMACY SERVICES (Main)           70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER F/C
**70005677**
11-9111-02(5251)                                020(096)

PHARMACY SERVICES (R2)             70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70013065**
11-9111-02(5253)                                020(096)

PHARMACY SERVICES                  70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70016459**
11-9111-02(5253)                                020(096)

PHARMACY SERVICES (R3)             70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70016831**
11-9111-02(5253)                                020(096)

PHARMACY SERVICES                  70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70017579**
11-9111-02(5253)                                020(096)

PHARMACY SERVICES                  70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70020148**
11-9111-02(5253)                                020(096)

PHARMACY SERVICES (R1)             70-50-10-20-XX-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70024818**
11-9111-02(5253)                                020(096)

PHARMACEUTICAL SERVICES            70-50-10-20-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT ANALYST II
**70015290**
13-1111-04(2225)                                010(026)

PHARMACY SERVICES (Main - 05677)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: PHARMACEUTICAL SERVICES

Section/Subsection: PHARMACY SERVICES (Main)

**CURRENT**

**PHARMACEUTICAL SERVICES** **70-50-10-20-00-00-00-00-00000000**
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF PHARMACEUTICAL SERVICES
**70002040**
11-9111-03(8077) 021(230)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER-F/C
**70005677**
11-9111-02(5251) 020(096)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST - F/C
**70002041**
29-1051-05(5249) 011(094)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST - F/C
**70016739**
29-1051-05(5249) 011(094)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN-F/C
**70002024**
29-2052-02(5501) 004(014)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN-F/C
**70002067**
29-2052-02(5501) 004(014)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN-F/C
**70014000**
29-2052-02(5501) 004(014)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN-F/C
**70015242**
29-2052-02(5501) 004(014)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN-F/C
**70026974**
29-2052-02(5501) 004(014)

**MAIN-PHARMACY SERVICES** **70-32-20-09-49-27-05-0000000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN-F/C
**70028932**
29-2052-02(5501) 004(014)



PHARMACY SERVICES (R1 - 24818)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: PHARMACEUTICAL SERVICES

Section/Subsection: PHARMACY SERVICES (Region I)

**CURRENT**

**PHARMACEUTICAL SERVICES** — **70-50-10-20-00-00-00-00-00000000**
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF PHARMACEUTICAL SERVICES
**02040**
11-9111-03(8077) — 021(230)

**PHARMACY SERVICES (R1)** — **70-50-10-20-XX-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70024818**
11-9111-02(5253) — 020(096)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70012997**
29-1051-05(5248) — 011(093)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70022824**
29-1051-05(5248) — 011(093)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70025664**
29-1051-05(5248) — 011(093)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70042661**
29-1051-05(5248) — 011(093)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70014232**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70022470**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70026258**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70028911**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70028919**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70028988**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70029256**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70031052**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70031275**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70042662**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70042663**
29-2052-02(5500) — 004(013)

**PHARMACY SERVICES** — **70-21-02-02-00-00-00-00-00000000**
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70042664**
29-2052-02(5500) — 004(013)



PHARMACY SERVICES (R2 - 13065)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: PHARMACEUTICAL SERVICES

Section/Subsection: PHARMACY SERVICES (Region II)

**CURRENT**

**PHARMACEUTICAL SERVICES** — **70-50-10-20-00-00-00-00-00000000**
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF PHARMACEUTICAL SERVICES
**02040**
11-9111-03(8077) — 021(230)

**PHARMACY SERVICES (R2)** — **70-50-10-20-XX-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70013065**
11-9111-02(5253) — 020(096)

| Unit | Code | Occupation | Level | Title | Position | Class | Pay |
|---|---|---|---|---|---|---|---|
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACISTS | LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR | SENIOR PHARMACIST | 70002484 | 29-1051-05(5248) | 011(093) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACISTS | LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR | SENIOR PHARMACIST | 70009815 | 29-1051-05(5248) | 011(093) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACISTS | LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR | SENIOR PHARMACIST | 70026161 | 29-1051-05(5248) | 011(093) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACISTS | LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR | SENIOR PHARMACIST | 70042665 | 29-1051-05(5248) | 011(093) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70002446 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70005409 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70013998 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70016633 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70026430 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70026437 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70027930 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70031282 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70035834 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70042666 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70042667 | 29-2052-02(5500) | 004(013) |
| PHARMACY SERVICES | 70-50-10-20-XX-00-00-00-00000000 | PHARMACY TECHNICIANS | LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN | PHARMACY TECHNICIAN | 70042668 | 29-2052-02(5500) | 004(013) |



Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable:   PHARMACEUTICAL SERVICES

Section/Subsection:  PHARMACY SERVICES (Region III)

**CURRENT**



**PHARMACEUTICAL SERVICES** — 70-50-10-20-00-00-00-00000000
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF PHARMACEUTICAL SERVICES
**02040**
11-9111-03(8077)                021(230)

**PHARMACY SERVICES (R3)** — 70-23-02-02-00-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - MANAGER
PHARMACY MANAGER
**70020148**
11-9111-02(5253)                020(096)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70000788**
29-1051-05(5248)                011(093)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70015040**
29-1051-05(5248)                011(093)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70018265**
29-1051-05(5248)                011(093)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70028556**
29-1051-05(5248)                011(093)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACISTS
LEVEL 5 - HLTH DIAGNOS & TREAT PRACTITNR
SENIOR PHARMACIST
**70042669**
29-1051-05(5248)                011(093)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70000526**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70005716**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70014025**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70016725**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70016791**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70017105**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70017632**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70024212**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70026455**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70028557**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70035150**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70035437**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70042670**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70042671**
29-2052-02(5500)                004(013)

**PHARMACY SERVICES** — 70-50-10-20-XX-00-00-00-00000000
PHARMACY TECHNICIANS
LEVEL 2 - HLTH TECHNOLOGIST & TECHNICIAN
PHARMACY TECHNICIAN
**70042672**
29-2052-02(5500)                004(013)

# NURSING SERVICES (05666)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: NURSING SERVICES
Section/Subsection:

**CURRENT**

**HEALTH SERVICES** **70-50-00-00-00-00-00-00-00000000**
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
**70015231**
10-9111-02 (7878) 024 (860)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 3 - MANAGER
CHIEF OF NURSING SERVICES
**70005666**
**11-9111-03 (5344)** **021 (220)**

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
GENERAL AND OPERATION MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70015233**
11-1021-02(9119) 020 (426)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
REGISTERED NURSES
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITN
RGISTERED NURSING CONSULTANT
**70036620**
29-1141-04 (5312) 010 (080)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
REGISTERED NURSES
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITN
RGISTERED NURSING CONSULTANT
**70043221**
29-1141-04 (5312) 010 (080)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
REGISTERED NURSES
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITN
RGISTERED NURSING CONSULTANT
**70043725**
29-1141-04 (5312) 010 (080)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
REGISTERED NURSES
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITN
RGISTERED NURSING CONSULTANT
**70039281**
29-1141-04 (5312) 010 (080

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
REGISTERED NURSES
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITN
RGISTERED NURSING CONSULTANT
**70042923**
29-1141-04 (5312) 010 (080)

**NURSING SERVICES** **70-50-10-23-00-00-00-00-00000000**
REGISTERED NURSES
LEVEL 4 - HLTH DIAGNOS & TREAT PRACTITN
RGISTERED NURSING CONSULTANT
**70043096**
29-1141-04 (5312) 010 (080)



HEALTH SERVICES ADMINISTRATION (12619)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable:   HEALTH SERVICES ADMINISTRATION

Section/Subsection:  MEDICAL SERVICES-AIDS-GRANT
Section/Subsection:  CONTRACTS

**CURRENT**



**HEALTH SERVICES**                                70-50-00-00-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
**70015231**
10-9111-02 (7878)                                               024 (860)

**HEALTH SERVICES ADMINISTRATION**      70-50-20-00-00-00-00-00-00000000
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
CHIEF OF  HEALTH SERVICES ADMINISTRATION
**70012619**
11-9111-03 (7766)                                               021 (230)

**CONTRACTS**                                70-50-20-20-00-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**70035163**
11-1021-02(9119)                                020(426)

**MEDICAL SERVICES-AIDS-GRANT**        70-50-10-25-91-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70013989**
11-1021-02(2238)                                020(425)

**CONTRACTS**                                70-50-20-20-00-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70014809**
11-1021-02(2238)                                020(425)

**HEALTH SERVICES ADMINISTRATION**        70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70015232**
13-1104-04(2238)                                010(025)

**HEALTH SERVICES ADMINISTRATION (R3)**        70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70013486**
13-1111-04(2238)                                010(025)

**HEALTH SERVICES ADMINISTRATION (R1)**        70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70014509**
13-1111-04(2238)                                010(025)

**HEALTH SERVICES ADMINISTRATION**        70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYST
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70026973**
13-1111-04(2238)                                010(025)

**HEALTH SERVICES ADMINISTRATION (R2)**        70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70025679**
13-1111-04(2238)                                010(025)

**HEALTH SERVICES ADMINISTRATION (R1)**        70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70047243**
13-1111-04(2238)                                010(025)

HEALTH SERVICE ADMINISTRATION CONT. (12619)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable: HEALTH SERVICES ADMINISTRATION

Section/Subsection: MEDICAL SERVICES-AIDS-GRANT
Section/Subsection: CONTRACTS

**CURRENT**

**HEALTH SERVICES** 70-50-00-00-00-00-00-00-00000000
MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 2 - EXECUTIVE
HEALTH SERVICES DIRECTOR
**70015231**
10-9111-02 (7878) 024 (860)

**HEALTH SERVICES ADMINISTRATION** 70-50-20-00-00-00-00-00-00000000
MEDICAL & HEALTH SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
CHIEF OF HEALTH SERVICES ADMINISTRATION
**70012619**
11-9111-03 (7766) 021 (230)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70013989**
11-1021-02(2238) 020(425)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
HUMAN SERVICES PROGRAM CONSULTANT III
**70002070**
21-1099-03(5920) 007(023)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
HUMAN SERVICES PROGRAM CONSULTANT III
**70016418**
21-1099-03(5920) 007(023)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
HUMAN SERVICES PROGRAM CONSULTANT III
**70029850**
21-1099-03(5919) 007(022)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
HUMAN SERVICES PROGRAM CONSULTANT III
**70035153**
21-1099-03(5920) 007(023)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
HUMAN SERVICES PROGRAM CONSULTANT III
**70042724**
21-1099-03(5919) 007(022)

**MEDICAL SERVICES-AIDS-GRANT** 70-50-10-25-91-00-00-00-00000000
COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
HUMAN SERVICES PROGRAM CONSULTANT II
**70014845**
21-1099-03(5919) 007(022)

**CONTRACTS** 70-50-20-20-00-00-00-00-00000000
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70014809**
11-1021-02(2238) 020(425)

**CONTRACTS (R1)** 70-50-20-20-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70028909**
13-1111-03(2224) 007(022)

**CONTRACTS (R2)** 70-50-20-20-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70040529**
13-1111-03(2224) 007(022)

**CONTRACTS (R3)** 70-50-20-20-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70026159**
13-1111-03(2224) 007(022)

**CONTRACTS (R4)** 70-50-20-20-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT ANALYST I
**70047247**
13-1111-03(2224) 007(022)

**HEALTH SERVICES ADMINISTRATION** 70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**70015232**
13-1111-04(2238) 010(025)

**HEALTH SERVICES ADMINISTRATION** 70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**70005672**
13-1111-03(2234) 007(021)

**HEALTH SERVICES ADMINISTRATION** 70-50-20-00-00-00-00-00-00000000
MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
OPERATIONS ANALYST II
**70014842**
13-1111-03(2212) 007(019)



Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable:  HEALTH SERVICES ADMINISTRATION

Section/Subsection:  MEDICAL SERVICES-AIDS-GRANT
Section/Subsection:  CONTRACTS

**CURRENT**



| | |
|---|---|
| **HEALTH SERVICES ADMINISTRATION** | 70-50-20-00-00-00-00-00-00000000 |
| | MEDICAL & HEALTH SERVICES MANAGERS |
| | LEVEL 1 - EXECUTIVE |
| | CHIEF OF  HEALTH SERVICES ADMINISTRATION |
| | **70012619** |
| 11-9111-03 (7766) | 021 (230) |

| | |
|---|---|
| **CONTRACTS** | 70-50-20-20-00-00-00-00-00-00000000 |
| | GENERAL AND OPERATIONS MANAGERS |
| | LEVEL 2 - MANAGER |
| | OPERATIONS MANAGER C-SES |
| | **70035163** |
| 11-1021-02 (9119) | 020 (426) |

| | |
|---|---|
| **HEALTH SERVICES ADMINISTRATION** | 70-50-20-00-00-00-00-00-00000000 |
| | MANAGEMENT ANALYSTS |
| | LEVEL 4 - BUSINESS OPERATIONS |
| | GOVERNMENT ANALYST II |
| | **70018955** |
| 13-1111-04(2225) | 010(026) |

| | |
|---|---|
| **CONTRACTS** | 70-50-20-20-00-00-00-00-00-00000000 |
| | MANAGEMENT ANALYSTS |
| | LEVEL 4 - BUSINESS OPERATIONS |
| | OPERATIONS REVIEW SPECIALIST |
| | **70036881** |
| 13-1111-04(2239) | 010(024) |

| | |
|---|---|
| **MEDICAL SERVICES** | 70-50-10-00-00-00-00-00-00000000 |
| | MANAGEMENT ANALYSTS |
| | LEVEL 4 - BUSINESS OPERATIONS |
| | GOVERNMENT OPERATIONS CONSULTANT II |
| | **70011396** |
| 13-1111-04(2236) | 010(023) |

| | |
|---|---|
| **HEALTH SERVICES ADMINISTRATION** | 70-50-20-00-00-00-00-00-00000000 |
| | MANAGEMENT ANALYSTS |
| | LEVEL 4 - BUSINESS OPERATIONS |
| | GOVERNMENT OPERATIONS CONSULTANT II |
| | **70017634** |
| 13-1111-04(2236) | 010(023) |

| | |
|---|---|
| **CONTRACTS** | 70-50-20-20-00-00-00-00-00-00000000 |
| | MANAGEMENT ANALYSTS |
| | LEVEL 3 - BUSINESS OPERATIONS |
| | OPERATIONS ANALYST II |
| | **70035051** |
| 13-1111-03(2212) | 007(019) |

Name of Agency:         DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable:   HEALTH SERVICES ADMINISTRATION

Section/Subsection:   HEALTH SERVICES
Section/Subsection:

HEALTH SERVICES ADMINISTRATION (15234)

**CURRENT**



HEALTH SERVICES ADMINISTRATION          70-50-20-00-00-00-00-00-00000000

MEDICAL AND HEALTH SERVICES MANAGERS
LEVEL 1 - EXECUTIVE
CLINICAL ADVISOR
**70015234**

10-9111-01 (7940)                                              023(860)

HEALTH SERVICES          70-50-00-00-00-00-00-00-00000000

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III-SES
**70014498**

13-1111-04(2235)                                              010(425)

Name of Agency:      DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/HEALTH SERVICES
Bureau/Comparable:  DENTAL SERVICES
Section/Subsection:

DENTAL SERVICES (14804)

**CURRENT**



HEALTH SERVICES                               70-50-00-00-00-00-00-00-
                                              00000000
                    MEDICAL AND HEALTH SERVICES MANAGERS
                             LEVEL 2 - EXECUTIVE
                           HEALTH SERVICES DIRECTOR
                                  **70015231**
10-9111-02 (7878)                                        024 (860)

DENTAL SERVICES                        70-50-10-21-00-00-00-00-00000000
                    MEDICAL AND HEALTH SERVICES MANAGERS
                             LEVEL 3 - MANAGER
                           CHIEF OF DENTAL SERVICES
                                  **70014804**
11-9111-03 (5271)                                        021(230)

DENTAL SERVICES              70-50-10-21-00-00-00-00-
                             00000000
              DENTISTS, GENERAL
  LEVEL 6 - HLTH DIAGNOS & TREAT PRACTITNR
      ASSISTANT CHIEF OF DENTAL SERVICES
                  **70043664**
29-1021-06 (5279)                   018(067)

DENTAL SERVICES              70-50-10-21-00-00-00-00-
                             00000000
              DENTISTS, GENERAL
  LEVEL 6 - HLTH DIAGNOS & TREAT PRACTITNR
      ASSISTANT CHIEF OF DENTAL SERVICES
                  **70046039**
29-1021-06 (5279)                   018(067)

**CURRENT**



**OFFICE OF THE SECRETARY**
CHIEF EXECUTIVES
LEVEL 3 - EXECUTIVE
SECRETARY OF CORRECTIONS
10-1011-03(9886)          **70000001**          025(950)

**INSPECTOR GENERAL**
GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGERS
INSPECTOR GENERAL-DC
10-1021-02 (5100)          **70000583**          024(940)

**INSPECTOR GENERAL**
GENERAL AND OPERATIONS MANAGERS
LEVEL 4 - MANAGERS
DEPUTY INSPECTOR GENERAL-DC
11-1021-04 (8019)          **70004015**          022(550)

**INSPECTOR GENERAL**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III-SES
13-1111-04(2235)          **7000006**          010(425)

**INTERNAL AUDIT**
FINANCIAL MANAGERS
LEVEL 3 - MANAGER
CHIEF INTERNAL AUDITOR-DC
11-3031-03(8961)          **70005653**          021(530)

**CRIMINAL INVESTIGATIONS**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF INVESTIGATIONS - DC
11-9199-03(9032)          **70026669**          021(540)

**INTERNAL AFFAIRS**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF INVESTIGATIONS - DC
11-9199-03(9032)          **70026648**          021(540)

**CURRENT**



# Health & Safety, Records, Compliance

**CURRENT**

- **INSPECTOR GENERAL**
  GENERAL AND OPERATIONS MANAGERS
  LEVEL 4 - MANAGER
  DEPUTY INSPECTOR GENERAL-DC
  **70004015**
  11-1021-04 (8019) 022(550)

  - **CENTRAL RECORDS**
    GENERAL AND OPERATIONS MANAGERS
    LEVEL 2 - MANAGER
    OPERATIONS MANAGER C-SES
    **70014461**
    11-1021-02(9119) 020(426)

    - **CENTRAL RECORDS**
      EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
      LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
      ADMINISTRATIVE ASSISTANT I
      **70044213**
      43-6011-02(0709) 003(015)
    - **CENTRAL RECORDS**
      NETWORK & COMPUTER SYSTEMS ADMINISTRATOR
      LEVEL 4 - COMPUTER
      SYSTEMS PROGRAMMER III - SES
      **70036107**
      15-1142-04(2115) 009(425)
    - **CENTRAL RECORDS**
      MANAGEMENT ANALYSTS
      LEVEL 4 - BUSINESS OPERATIONS
      GOVERNMENT OPERATIONS CONSULTANT III-SES
      **70026691**
      13-1111-04(2235) 010(425)

      - **CENTRAL RECORDS**
        EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
        LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
        ADMINISTRATIVE ASSISTANT I - SES
        **70011516**
        43-6011-02(0709) 003(415)
      - **CENTRAL RECORDS**
        MANAGEMENT ANALYSTS
        LEVEL 3 – BUSINESS OPERATIONS
        OPERATIONS & MGMT CONSULTANT I - SES
        **70026668**
        13-1111-03(2234) 007(421)

  - **HEALTH AND SAFETY**
    GENERAL AND OPERATIONS MANAGERS
    LEVEL 2 - MANAGER
    OPERATIONS MANAGER C - SES
    **70003058**
    11-1021-02(9919) 020(426)

    - **HEALTH AND SAFETY**
      MANAGEMENT ANALYSTS
      LEVEL 4 - BUSINESS OPERATIONS
      GOVERNMENT OPERATIONS CONSULTANT II
      **70036835**
      13-1111-04(2236) 010(023)
    - **HEALTH AND SAFETY**
      MANAGEMENT ANALYSTS
      LEVEL 3 - BUSINESS OPERATIONS
      SAFETY PROGRAM CONSULTANT
      **70006051, 70017125, 70029289, 70033366**
      13-1111-03(8712) 007(021)

  - **COMPLIANCE**
    CORRECTIONAL ENFORCEMENT
    LEVEL 6 - CORRECTIONAL ENFORCEMENT
    SENIOR INSPECTOR – DC
    **70027248**
    33-3012-06(8028) 012(507)

  - **COMPLIANCE**
    CORRECTIONAL ENFORCEMENT
    LEVEL 4 - CORRECTIONAL ENFORCEMENT
    INSPECTOR – DC
    **70023305**
    33-3012-04(8026) 010(504)

  - **INSPECTOR GENERAL**
    CORRECTIONAL ENFORCEMENT
    LEVEL 6 - CORRECTIONAL ENFORCEMENT
    SENIOR INSPECTOR – DC
    **70000452**
    33-3012-06(8028) 012(507)

  - **CENTRAL INTAKE**
    FIRST-LINE SUPV OF CORRECTONAL OFFICERS
    LEVEL 6 - CORRECTIONAL ENFORCEMENT
    INSPECTOR SUPERVISOR - DC
    **70011491**
    33-1011-06(8029) 012(189)

    - **CENTRAL INTAKE**
      CORRECTIONAL ENFORCEMENT
      LEVEL 6 - CORRECTIONAL ENFORCEMENT
      SENIOR INSPECTOR – DC
      **70014659**
      33-3012-06(8028) 012(507)
    - **CENTRAL INTAKE**
      CORRECTIONAL ENFORCEMENT
      LEVEL 4 - CORRECTIONAL ENFORCEMENT
      INSPECTOR – DC
      **70047189, 70047197, 70047198, 70047199, 70047200**
      33-3012-04(8026) 010(504)



CURRENT



**INTERNAL AFFAIRS**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF INVESTIGATIONS - DC
70026648
11-9199-03(9032)                     021(540)

**INTERNAL AFFAIRS**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASST CHIEF OF INVESTIGATIONS - DC
70026658
11-9199-02(9019)          020(520)

**INTERNAL AFFAIRS**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASST CHIEF OF INVESTIGATIONS - DC
70026646
11-9199-02(9019)          020(520)

**RREGION I - INTERNAL AFFAIRS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR - DC
70030804
33-1011-06(8029)          012(189)

**REGION II - INTERNAL AFFAIRS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
70026671
33-1011-06(8029)          012(189)

**USE OF FORCE**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR - DC
70026670
33-1011-06(8029)          012(189)

**REGION III - INTERNAL AFFAIRS**
FIRST-LINE SUPV OF CORRECTION OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR - DC
70040086
33-1011-06(8029)          012(189)

**REGION IV - INTERNAL AFFAIRS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
70026674
33-1011-06(8029)          012(189)

**REGION V - INTERNAL AFFAIRS**
FIRST-LINE SUPV OF CORRECTION OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
70038045
33-1011-06(8029)          012(189)

**REGION I - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR - DC
70014701, 70026645
33-3012-06(8028)          012(507)

**REGION II - INTERNAL AFFAIRS**
WORD PROCESSORS AND TYPISTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR WORD PROCESS SYSTEM OPERATOR-SES
70026663
43-9022-02(0093)          003(412)

**USE OF FORCE**
MANAGEMENT ANALYSTS
LEVEL 3 – BUSINESS OPERATIONS
OPERATIONS & MGMT CONSULTANT I - SES
70026666
13-1111-03(2234)          007(421)

**REGION III - INTERNAL AFFAIRS**
DETECTIVES AND CRIMINAL INVESTIGATORS
LEVEL 1 - DETECTIVES & CRIM INVESTIGATOR
CRIME INTELLIGENCE ANALYST I - SES
70026659
33-3021-01(8433)          005(417)

**REGION IV - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
70000094, 70004282
33-3012-06(8028)          012(507)

**REGION V - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
70005442, 70020943, 70021948, 70029059,
70033707
33-3012-06(8028)          012(507)

**REGION I - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
70047202, 70047203, 70047204, 70047205,
70047206, 70047279, 70047280, 70047281,
70047282
33-3012-04(8026)          010(504)

**REGION II - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
70035805, 70035831
33-3012-06(8028)          012(507)

**USE OF FORCE**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR - DC
70014223
33-3012-06(8028)          012(507)

**REGION III - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
70021949, 70026651, 70029226, 70039401
33-3012-06(8028)          012(507)

**REGION IV - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
70009329, 70011968, 70047215, 70047216,
70047217, 70047218
33-3012-04(8026)          010(504)

**REGION V - INTERNAL AFFAIRS**
WORD PROCESSORS AND TYPISTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
SENIOR WORD PROCESS SYSTEM OPERATOR -SES
43-9022-02(0093)          003(412)
70026665

**REGION II - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
70047201, 70047207, 70047208, 70047209,
70047210, 70047211, 70047283
33-3012-04(8026)          010(504)

**USE OF FORCE**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
70047190, 70047191, 70047192, 70047193,
70047194, 70047195, 70047196
33-3012-04(8026)          010(504)

**REGION III - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
70003340, 70003341, 70003344, 70003343,
70047212, 70047213, 70047214, 70047222
33-3012-04(8026)          010(504)

**REGION V - INTERNAL AFFAIRS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
70046676, 70047219, 70047220, 70047221
70011969, 70020970
33-3012-04(8026)          010(504)

Inspector General - EOG 2022    (4 of 5)

Criminal Investigations District 1-5



**FORENSIC LAB**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70047186, 70047187, 70047188**
33-3012-04(8026)          010(504)

**FORENSIC LAB**
DETECTIVES AND CRIMINAL INVESTIGATORS
LEVEL 2 - DETECTIVES & CRIM INVESTIGATOR
CRIME INTELLIGENCE ANALYST II
**70016147, 70018335, 70002939, 70005935**
33-3021-02(8436)          008(020)

**FORENSIC LAB**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**70025873**
11-1021-02(2238)          020(425)

**CRIMINAL INVESTIGATIONS**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF INVESTIGATIONS - DC
**70026669**
11-9199-03(9032)          021(540)

**REGION III - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70000639, 70000968, 70017836, 70018936, 70022199, 70046668, 70046669, 70047276, 70047277, 70047278**
33-3012-04(8026)          010(504)

**CURRENT**

**REGION III - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70018688, 70026649**
33-3012-06(8028)          012(507)

**REGION II - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70047273**
33-1011-06(8029)          012(189)

**CRIMINAL INVESTIGATIONS**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASST CHIEF OF INVESTIGATIONS - DC
**70017954**
11-9199-02(9019)          020(520)

**CRIMINAL INVESTIGATIONS**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
ASST CHIEF OF INVESTIGATIONS - DC
**70002892**
11-9199-02(9019)          020(520)

**REGION III - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70033339**
33-1011-06(8029)          012(189)

**REGION I - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70032427**
33-1011-06(8029)          012(189)

**REGION I - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70032539**
33-1011-06(8029)          012(189)

**REGION II - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70030735**
33-1011-06(8029)          012(189)

**EVIDENCE**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR - DC
**70026650**
33-1011-06(8029)          012(189)

**REGION III - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70035825**
33-1011-06(8029)          012(189)

**REGION IV - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70026672**
33-1011-06(8029)          012(189)

**REGION V - CRIMINAL INVESTIGATIONS**
FIRST-LINE SUPV OF CORRECTIONAL OFFICERS
LEVEL 6 - CORRECTIONAL ENFORCEMENT
INSPECTOR SUPERVISOR – DC
**70014477**
33-1011-06(8029)          012(189)

**REGION I - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70022738, 70026647, 70026656, 70026657**
33-3012-06(8028)          012(507)

**REGION I - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70000097, 70011513, 70013231, 70024499, 70033708, 70033864, 70043717**
33-3012-06(8028)          012(507)

**REGION II - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70010524, 70021357, 70026653, 70035828, 70035832, 70039400**
33-3012-06(8028)          012(507)

**EVIDENCE**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70011552, 70015139, 70016170, 70016894, 70018232, 70022157, 70024954, 70025896, 70026192, 70034575, 70036511**
33-3012-04(8026)          010(504)

**REGION III - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70002214, 70022891, 70035814, 70038396**
33-3012-06(8028)          012(507)

**REGION IV - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70010863, 70026652, 70026655, 70035209, 70043719**
33-3012-06(8028)          012(507)

**REGION V - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 6 - CORRECTIONAL ENFORCEMENT
SENIOR INSPECTOR – DC
**70002345, 70005440, 70018211, 70018322, 70026644, 70026654, 70029051**
33-3012-06(8028)          012(507)

**REGION I - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70019932, 70026993, 70030286, 70031750, 70043702, 70047274, 70047275**
33-3012-04(8026)          010(504)

**REGION I - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70000281, 70005018, 70011149, 70032830, 70043706, 70046672**
33-3012-04(8026)          010(504)

**REGION II - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70003683, 70011806, 70013201, 70014036, 70018315, 70020185, 70025249, 70028256, 70030027, 70033086, 70039494, 70039659, 70043132, 70043705, 70046671, 70046677**
33-3012-04(8026)          010(504)

**REGION III - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70000582, 70002403, 70008606, 70008611, 70010987, 70021952, 70023090, 70030141**
33-3012-04(8026)          010(504)

**REGION IV - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70015514, 70029801, 70041550, 70046670, 70046674**
33-3012-04(8026)          010(504)

**REGION V - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70015347, 70017113, 70020723, 70022154, 70031387, 70046673**
33-3012-04(8026)          010(504)

**REGION IV - CRIMINAL INVESTIGATIONS**
CORRECTIONAL ENFORCEMENT
LEVEL 4 - CORRECTIONAL ENFORCEMENT
INSPECTOR – DC
**70046675**
33-3012-04(8026)          010(504)

**REGION IV - CRIMINAL INVESTIGATIONS**
DETECTIVES AND CRIMINAL INVESTIGATORS
LEVEL 1 - DETECTIVES & CRIM INVESTIGATOR
CRIME INTELLIGENCE ANALYST I
**70026660**
33-3021-01(8433)          005(017)

**REGION V - CRIMINAL INVESTIGATIONS**
DETECTIVES AND CRIMINAL INVESTIGATORS
LEVEL 1 - DETECTIVES & CRIM INVESTIGATOR
CRIME INTELLIGENCE ANALYST I
**70036837**
33-3021-01(8433)          005(017)

Inspector General - EOG 2022    (5 of 5)

# GC OVERVIEW

Name of Agency: Department of Corrections
Division/Comparable: Office Of The Secretary/General Counsel
Bureau/Comparable:
Section/Subsection:

**CURRENT**

- **DEPARTMENT OF CORRECTIONS** 70-10-30-00-00-00-00-00-00000000 — CHIEF EXECUTIVES; LEVEL 3 - EXECUTIVE; SECRETARY OF CORRECTIONS; **70000001**; 10-1011-03(9886); 025(950)
  - **GENERAL COUNSEL** 70-10-20-00-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 2 - EXECUTIVE; GENERAL COUNSEL-DC; **70005396**; 10-9199-02(8958); 024(940)
    - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70036084**; 23-1011-04(7738); 014(230)
    - **GENERAL COUNSEL** 70-10-20-00-00-00-00-00-00000000 — EXECUTIVE SECRETARIES & ADMIN ASSISTANTS; LEVEL 4 - OFFICE/ADMINISTRATIVE SUPPORT; ADMINISTRATIVE ASSISTANT III - SES; **70011485**; 43-6011-04(0714); 006(421)
    - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 4 - MANAGER; DEPUTY GENERAL COUNSEL-DC; **70024903**; 11-9199-04(8898); 022(240)
      - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF LEGAL COUNSEL; **70011823**; 11-9199-03(7741); 021(240)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70005848, 70033873, 70039862**; 23-1011-04(7738); 014(230)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; EXECUTIVE SENIOR ATTORNEY; **70033875**; 23-1011-04(7739); 014(240)
      - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF LEGAL COUNSEL; **70033867**; 11-9199-03(7741); 021(240)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70036136, 70002893, 70027728, 70036137**; 23-1011-04(7738); 014(230)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; EXECUTIVE SENIOR ATTORNEY; **70011824**; 23-1011-04(7739); 014(240)
      - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; OPERATIONS & MGMT CONSULTANT II - SES; **70033880**; 13-1111-04(2236); 010(423)
        - PARALEGALS AND LEGAL ASSISTANTS; LEVEL 1 - LEGAL SUPPORT; PARALEGAL SPECIALIST; **70000127, 70007745, 70027727, 70031358, 70036133, 70036134, 70035318,70036139, 70036132**; 23-2011-01(7703); 005(013)
        - MANAGEMENT ANALYSTS; LEVEL 3 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT I; **70035434**; 13-1111-03(2234); 007(021)
    - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 4 - MANAGER; DEPUTY GENERAL COUNSEL-DC; **70028987**; 11-9199-04(8898); 022(240)
      - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF LEGAL COUNSEL; **70000091**; 11-9199-03(7741); 021(240)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70003205, 70035140, 70035141**; 23-1011-04(7738); 014(230)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; EXECUTIVE SENIOR ATTORNEY; **70027729**; 23-1011-04(7739); 014(240)
      - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF LEGAL COUNSEL; **70031098**; 11-9199-03(7741); 021(240)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; EXECUTIVE SENIOR ATTORNEY; **70028986**; 23-1011-04(7739); 014(240)
        - LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70005951, 70020559, 70024361**; 23-1011-04(7738); 014(230)
        - PARALEGALS AND LEGAL ASSISTANT; LEVEL 2 – LEGAL SUPPORT; SENIOR LEGAL ASSISTANT-SES; **70024552**; 23-2011-02(3127); 006(422)
    - **POLICY MANAGEMENT AND INMATE APPEALS** 70-70-04-01-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF OF INMATE GRIEVANCE APPEALS-DC; **70007009**; 11-9199-03(9577); 021(530)

GENERAL COUNSEL 70005396

Name of Agency:        Department of Corrections
Division/Comparable:   Office Of The Secretary/General Counsel
Bureau/Comparable:
Section/Subsection:

**CURRENT**



| DEPARTMENT OF CORRECTIONS | 70-10-30-00-00-00-00-00-00000000 |
| --- | --- |
| | CHIEF EXECUTIVES |
| | LEVEL 3 - EXECUTIVE |
| | SECRETARY OF CORRECTIONS |
| | **70000001** |
| 10-1011-03(9886) | 025(950) |

| GENERAL COUNSEL | 70-10-20-00-00-00-00-00-00000000 |
| --- | --- |
| | MANAGERS, ALL OTHER |
| | LEVEL 2 - EXECUTIVE |
| | GENERAL COUNSEL-DC |
| | **70005396** |
| 10-9199-02(8958) | 024(940) |

| LEGAL SERVICES-POLICE LEGAL ADVISOR | 70-10-20-20-00-00-00-00-00000000 |
| --- | --- |
| | LAWYERS |
| | LEVEL 4 - LAWYERS AND JUDGES |
| | SENIOR ATTORNEY |
| | **70036084** |
| 23-1011-04(7738) | 014(230) |

| GENERAL COUNSEL | 70-10-20-00-00-00-00-00-00000000 |
| --- | --- |
| | EXECUTIVE SECRETARIES & ADMIN ASSISTANTS |
| | LEVEL 4 - OFFICE/ADMINISTRATIVE SUPPORT |
| | ADMINISTRATIVE ASSISTANT III - SES |
| | **70011485** |
| 43-6011-04(0714) | 006(421) |

| LEGAL SERVICES | 70-10-20-20-00-00-00-00-00000000 |
| --- | --- |
| | MANAGERS, ALL OTHER |
| | LEVEL 4 - MANAGER |
| | DEPUTY GENERAL COUNSEL-DC |
| | **70024903** |
| 11-9199-04(8898) | 022(240) |

| LEGAL SERVICES | 70-10-20-20-00-00-00-00-00000000 |
| --- | --- |
| | MANAGERS, ALL OTHER |
| | LEVEL 4 - MANAGER |
| | DEPUTY GENERAL COUNSEL-DC |
| | **70024903** |
| 11-9199-04(8898) | 022(240) |

| POLICY MANAGEMENT AND INMATE APPEALS | 70-70-04-01-00-00-00-00-00000000 |
| --- | --- |
| | MANAGERS, ALL OTHER |
| | LEVEL 3 - MANAGER |
| | CHIEF OF INMATE GRIEVANCE APPEALS-DC |
| | **70007009** |
| 11-9199-03(9577) | 021(530) |

General Counsel - eff 2022-07-01    (2 of 6)



# LEGAL SERVICES (Deputy General Counsel 70024903)

Name of Agency: Department of Corrections
Division/Comparable: Office Of The Secretary/General Counsel
Bureau/Comparable: Legal Services/Deputy General Counsel-DC
Section/Subsection:

**CURRENT**

- **GENERAL COUNSEL** 70-10-20-00-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 2 - EXECUTIVE; GENERAL COUNSEL-DC; **70005396**; 10-9199-02(8958); 024(940)
  - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 4 - MANAGER; DEPUTY GENERAL COUNSEL-DC; **70024903**; 11-9199-04(8898); 022(240)
    - MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF LEGAL COUNSEL; **70011823**; 11-9199-03(7741); 021(240)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; EXECUTIVE SENIOR ATTORNEY; **700003205**; 23-1011-04(7738); 014(240)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70039862**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70033873**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70005848**; 23-1011-04(7738); 014(230)
    - **LEGAL SERVICES** 70-10-20-20-00-00-00-00-00000000 — MANAGERS, ALL OTHER; LEVEL 3 - MANAGER; CHIEF LEGAL COUNSEL; **70033867**; 11-9199-03(7741); 021(240)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; EXECUTIVE SENIOR ATTORNEY; **70002893**; 23-1011-04(7738); 014(240)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70047267**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70047266**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70047265**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70036137**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70036136**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — **LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; 70027728**; 23-1011-04(7738); 014(230)
      - **LEGAL SERVICES** — LAWYERS; LEVEL 4 - LAWYERS AND JUDGES; SENIOR ATTORNEY; **70002893**; 23-1011-04(7738); 014(230)
    - **LEGAL SERVICES** — MANAGEMENT ANALYSTS; LEVEL 2 – MANAGER; OPERATIONS & MGMT CONSULTANT MGR - SES; **70033880**; 11-1021-02(2238); 020(425)
      - **LEGAL SERVICES** — PARALEGALS AND LEGAL ASSISTANTS; LEVEL 1 - LEGAL SUPPORT; PARALEGAL SPECIALIST; **70007745, 70027727, 70031358, 70036133, 70036134, 70035318,70036139**; 11-1021-02(2238); 020(425)
      - **LEGAL SERVICES** — MANAGEMENT ANALYSTS; LEVEL 3 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT I; **70035434**; 13-1111-03(2234); 007(021)

LEGAL SERVICES (Attorney 70000091)

Name of Agency:      Department of Corrections
Division/Comparable: Office Of The Secretary/General Counsel
Bureau/Comparable:   Legal Services
Section/Subsection:

**CURRENT**



| LEGAL SERVICES | 70-10-20-20-00-00-00-00-00000000 |
|---|---|
| | MANAGERS, ALL OTHER |
| | LEVEL 4 - MANAGER |
| | DEPUTY GENERAL COUNSEL-DC |
| | **70028987** |
| 11-9199-04(8898) | 022(240) |

| LEGAL SERVICES | 70-10-20-20-00-00-00-00-00000000 |
|---|---|
| | MANAGERS, ALL OTHER |
| | LEVEL 3 - MANAGER |
| | CHIEF LEGAL COUNSEL |
| | **70000091** |
| 11-9199-03(7741) | 021(240) |

| LAWYERS | |
|---|---|
| LEVEL 4 - LAWYERS AND JUDGES | |
| SENIOR ATTORNEY | **70035141** |
| 23-1011-04(7738) | 014(230) |

| LAWYERS | |
|---|---|
| LEVEL 4 - LAWYERS AND JUDGES | |
| SENIOR ATTORNEY | **70003205** |
| 23-1011-04(7738) | 014(230) |

| LAWYERS | |
|---|---|
| LEVEL 4 - LAWYERS AND JUDGES | |
| SENIOR ATTORNEY | **70035140** |
| 23-1011-04(7738) | 014(230) |

| LAWYERS | |
|---|---|
| LEVEL 4 - LAWYERS AND JUDGES | |
| EXECUTIVE SENIOR ATTORNEY | **70027729** |
| 23-1011-04(7739) | 014(240) |

# LEGAL SERVICES (Attorney Supervisor 70031098)

Name of Agency: Department of Corrections
Division/Comparable: Office Of The Secretary/General Counsel
Bureau/Comparable: Legal Services
Section/Subsection:

**CURRENT**

**LEGAL SERVICES** **70-10-20-20-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 4 - MANAGER
DEPUTY GENERAL COUNSEL-DC
**70028987**
11-9199-04(8898) 022(240)

**LEGAL SERVICES** **70-10-20-20-00-00-00-00-00000000**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF LEGAL COUNSEL
**70031098**
11-9199-03(7741) 021(240)

LAWYERS
LEVEL 4 - LAWYERS AND JUDGES
EXECUTIVE SENIOR ATTORNEY
**70028986**
23-1011-04(7739) 014(240)

LAWYERS
LEVEL 4 - LAWYERS AND JUDGES
SENIOR ATTORNEY
**70005951**
23-1011-04(7738) 014(230)

LAWYERS
LEVEL 4 - LAWYERS AND JUDGES
SENIOR ATTORNEY
**70020559**
23-1011-04(7738) 014(230)

LAWYERS
LEVEL 4 - LAWYERS AND JUDGES
SENIOR ATTORNEY
**70024361**
23-1011-04(7738) 014(230)

PARALEGAL AND LEGAL ASSISTANTS
LEVEL 2 – LEGAL SUPPORT
SENIOR LEGAL ASSISTANT - SES
**70024552**
23-1011-02(3127) 006(422)

LEGAL SERVICES (DC661 70033880)

Name of Agency:      Department of Corrections
Division/Comparable:  Office Of The Secretary/General Counsel
Bureau/Comparable:   Legal Services
Section/Subsection:

**CURRENT**

| LEGAL SERVICES | 70-10-20-20-00-00-00-00-00000000 |
|---|---|
| | MANAGERS, ALL OTHER |
| | LEVEL 4 - MANAGER |
| | DEPUTY GENERAL COUNSEL-DC |
| | **70024903** |
| 11-9199-04(8898) | 022(240) |

| LEGAL SERVICES | 70-10-20-20-00-00-00-00-00000000 |
|---|---|
| | MANAGEMENT ANALYSTS |
| | LEVEL 4 - BUSINESS OPERATIONS |
| | OPERATIONS & MGMT CONSULTANT II - SES |
| | **70033880** |
| 11-1021-02(2238) | 020(425) |

| MANAGEMENT ANALYSTS LEVEL 3 - BUSINESS OPERATIONS GOVERNMENT OPERATIONS CONSULTANT I **70005661** 13-1111-03(2234)  007(021) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70036139** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70007745** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70036133** 23-2011-01(7703)  005(013) |
|---|---|---|---|
| PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70031358** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70000127** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70035318** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70027727** 23-2011-01(7703)  005(013) |
| PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70047269** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70036134** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70036132** 23-2011-01(7703)  005(013) | OFFICE CLERKS, GENERAL LEVEL 1 – OFFICE/ADMINISTRATIVE SUPPORT SENIOR CLERK **70047272** 43-9061-02(0004)  003(011) |
| | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70047270** 23-2011-01(7703)  005(013) | PARALEGALS AND LEGAL ASSISTANTS LEVEL 1 - LEGAL SUPPORT PARALEGAL SPECIALIST **70047271** 23-2011-01(7703)  005(013) | |

**General Counsel - eff 2022-07-01    (6 of 6)**

PROGRAMS AND RE-ENTRY OVERVIEW
Page 219

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable:  RE-ENTRY AND COMMUNITY TRANSITION
Bureau/Comparable:  APPLIED SCIENCE, RESEARCH AND POLICY
Bureau/Comparable:  PROGRAMS
Section/Subsection:   TRANSITION SERVICES (SIO)

CURRENT



---

**DEPARTMENT OF CORRECTION-CHIEF EXECUTIVES**
LEVEL 3 - EXECUTIVE
SECRETARY OF CORRECTIONS
10-1011-03(9886)          70000001          025(950)

**PROGRAMS AND RE-ENTRY**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - EXECUTIVE
DIRECTOR OF PROGRAMS AND RE-ENTRY
31382
10-1021-02(7040)          024(940)

**MEDICAL AND HEALTH SERVICES MANAGERS**
LEVEL 3 - MANAGER
CHIEF OF RE-ENTRY AND COMMUNITY TRANSITION
03314
11-9111-03(8110)          021(540)

**APPLIED SCIENCE, RESEARCH AND POLICY**
GENERAL AND OPERATIONS MANAGERS
LEVEL 3 - MANAGER
CHIEF OF GENERAL OPERATIONS
34738
11-1021-03(9328)          021(540)

**TRANSITION SERVICES (SIO)**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS
MANAGEMENT REVIEW SPECIALIST - SES
70028658
13-1111-04(2239)          010(424)

**CHAPLAINCY SERVICES**
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 2 - MANAGER
CHAPLAINCY SERVICES ADMINISTRATOR-DC
00071
11-9151-02(9755)          020(140)

**PROGRAMS**
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF PROGRAMS
16088
11-9199-03(6808)          021(540)

**PROGRAMS AND RE-ENTRY**
ADMINISTRATIVE SERVICES MANAGERS
LEVEL 2 - MANAGER
FIELD OFFICE MANAGER - SES
05908
11-3011-02(6040)          020(427)

**SUBSTANCE ABUSE**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
20968
11-1021-02(9119)          020(426)

**RE-ENTRY AND COMMUNITY TRANSITION**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
18660
11-1021-02(9119)          020(426)

**MANAGEMENT ANALYSTS**
LEVEL3 – BUSINESS OPERATIONS
OPERATIONS REVIEW SPECIALIST
21873
13-1111-04(2239)          010(024)

**CLERGY**
LEVEL 3 - COUNSELING AND SOCIAL WORK
CORRECTIONAL CHAPLAINCY SERVICES SPEC
37204
21-2011-03(8099)          007(023)

**CLERGY**
LEVEL 3 - COUNSELING AND SOCIAL WORK
CORRECTIONAL CHAPLAINCY SERVICES SPEC
33339
21-2011-03(8099)          007(023)

**MANAGEMENT ANALYSTS**
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
35463
13-1111-04(2236)          010(023)

**COMMUNITY TRANSITION-CHAPLAINCY SERVICES** CLERGY
LEVEL 3 - COUNSELING AND SOCIAL WORK
CORRECTIONAL CHAPLAINCY SERVICES SPEC
31244-Region I
26690-Region II
30852-Reion III
21-2011-03(8099)  14524-Region IV    007(023)

**PROGRAMS-Career & Technical Education**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
ASST. CHIEF OF PROGRAMS
01139
11-1021-02(9119)          020(426)

**PROGRAMS- Education**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
37177
11-1021-02(9119)          020(426)

**CHAPLAINCY SERVICES**
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 2 - MANAGER
CHAPLAINCY SERVICES ADMINISTRATOR-DC
00071
11-9151-02(9755)          020(140)

**BUDGET MANAGEMENT**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
18661
13-1111-04(2236)          010(023)

# RE-ENTRY AND COMMUNITY TRANSITION

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable:   READINESS AND COMMUNITY TRANSITION
Section/Subsection:   COMMUNITY TRANSITION

**CURRENT**



SUBSTANCE ABUSE
Page ID 8928

Name of Agency:        DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable:  READINESS AND COMMUNITY TRANSITION
Section/Subsection:   SUBSTANCE ABUSE

**CURRENT**



**SUBSTANCE ABUSE-USE DISORDERS**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS MANAGER C-SES
20968
11-1021-02(9119)                            020(426)

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 – MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
26529
11-1021-02(2238)                            020(425)

**REG I**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
04088
13-1111-04(8094)         010(025)

**REG II**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
20752
11-9199-02(8094)          020(425)

**REG III**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
35349
11-9199-02(8094)          020(425)

**PROGRAMS**
MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
22583
13-1111-04(8094)         010(025)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
05816
13-1111-04(8058)         010(023)

**REG IV**
MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
41469
13-1111-04(8094)         010(025)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
35219
13-1111-03(2234)         007(021)

# SUBSTANCE ABUSE (CON'T)

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable: READINESS AND COMMUNITY TRANSITION
Section/Subsection: SUBSTANCE ABUSE (Con't)

**CURRENT**

**SUBSTANCE ABUSE**
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C -SES
**20968**
**11-1021-02(9119)** **020(426)**

**SUBSTANCE ABUSE**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**20752**

MANAGEMENT ANALYSTS
LEVEL 2 - BUSINESS OPERATIONS
OPERATIONS ANALYST I
20765
**13-1111-02(2209)** **006(017)**

MANAGEMENT ANALYSTS
LEVEL 4 – BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
17973
**13-1111-04(8094)** **010(025)**

**SUBSTANCE ABUSE**
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR - SES
**35349**

COMMUNITY/SOCIAL SERVICE SPEC/ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
SOCIAL WORK SERVICES PROGRAM CONSULTANT
**44465**
**21-1099-03(5943)** **007(021)**

COUNSELORS, ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
COUNSELING & SOC SVS SUP I - F/C - SES
**33806**
**21-1019-03(5947)** **007(421)**

COUNSELORS, ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
SOCIAL SERVICES COUNSELOR-F/C
**44250**
**21-1019-03(5960)** **007(019)**

COUNSELORS, ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
SOCIAL SERVICES COUNSELOR-F/C
**35496**
**21-1019-03(5960)** **007(019)**

COUNSELORS, ALL OTHER
LEVEL 3 - COUNSELING AND SOCIAL WORK
SOCIAL SERVICES COUNSELOR-F/C
**23379**
**21-1019-03(5960)** **007(019)**



# APPLIED SCIENCE RESEARCH & POLICY

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable: APPLIED SCIENCE RESEARCH & POLICY

**CURRENT**

**APPLIED SCIENCE RESEARCH & POLICY**
GENERAL AND OPERATIONS MANAGERS
LEVEL 3 - MANAGER
CHIEF OF GENERAL OPERATIONS
**34738**
**11-1021-03(9328)** **021(540)**

- **RESEARCH** .
  GENERAL AND OPERATIONS MANAGERS
  LEVEL 2 – MANAGER
  OPERATIONS MANAGER C - SES
  **42414**
  **11-1021-02(9119)** **020(426)**
  - **OPERATIONS** .
    MANAGEMENT ANALYSTS
    LEVEL 4 - BUSINESS OPERATIONS
    OPERATIONS REVIEW SPECIALIST
    **45396**
    **13-1111-04(2239)** **010(024)**
  - **TRAINING & DEVELOPMENT** .
    MANAGEMENT ANALYSTS
    LEVEL 4 - BUSINESS OPERATIONS
    OPERATIONS REVIEW SPECIALIST
    **40266**
    **13-1151-04(1334)** **010(024)**
  - **OPERATIONS** .
    MANAGEMENT ANALYSTS
    LEVEL 4 - BUSINESS OPERATIONS
    OPERATIONS REVIEW SPECIALIST
    **00814**
    **13-1111-04(2239)** **010(024)**
- **SYSTEM DEVELOPMENT & DATA ANALYSIS** .
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  CORRECTIONAL PROGRAMS CONSULTANT
  **02544**
  **13-1111-04(8094)** **010(025)**
- **TRANSITION SERVICES (SIO)** .
  MANAGEMENT ANALYSTS
  LEVEL 4 - BUSINESS OPERATIONS
  GOVERNMENT OPERATIONS CONSULTANT II
  **40856**
  **13-1111-04(2236)** **010(023)**



PROGRAM OVERVIEW
Page ID 3927

Name of Agency:     DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable: PROGRAMS

Section/Subsection:  CAREER & TECHNICAL EDUCATION
Section/Subsection:  EDUCATION
Section/Subsection:  CHAPLAINCY & VOLUNTEER SERVICES

**CURRENT**



PROGRAMS
MANAGERS, ALL OTHER
LEVEL 3 - MANAGER
CHIEF OF PROGRAMS
16088
11-9199-03(6808)                    021(540)

CAREER & TECHNICAL EDUCATION ......
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
ASST. CHIEF OF PROGRAMS
01139
11-1021-02(9119)               020(426)

PROGRAMS-EDUCATION
GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
37177
11-1021-02(9119)               020(426)

CHAPLAINCY SERVICES
COMMUNITY AND SOCIAL SERVICE MANAGERS
LEVEL 2 - MANAGER
CHAPLAINCY SERVICES ADMINISTRATOR-DC
00071
11-9151-02(9755)               020(140)

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
06019
11-1021-02(2238)               020(425)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
29528
13-1111-04(2236)               010(023)

MANAGEMENT ANALYSTS
LEVEL 4 -BUSINESS OPERATIONS
CORRECTIONAL PROGRAMS CONSULTANT
00571
13-1111-04(8094)               010(025)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
CORRECTIONAL SERVICES CONSULTANT
28102
13-1111-04(8058)               010(023)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
38400
13-1111-03(2234)               007(021)

REGIONAL EDUCATION ......
MANAGERS, ALL OTHER
LEVEL 2 - MANAGER
CORRECTIONAL PROGRAM ADMINISTRATOR – SES
33885-Region I
05837-Region II
00537-Region III
04099-Region IV
11-9199-02(8094)               020(425)

# CAREER & TECHNICAL EDUCATION

Name of Agency: DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable: PROGRAMS
Section/Subsection: CAREER & TECHNICAL EDUCATION

**CURRENT**

- **CAREER & TECHNICAL EDUCATION** — GENERAL AND OPERATIONS MANAGERS; LEVEL 2 - MANAGER; ASST. CHIEF OF PROGRAMS; 01139; 11-1021-02(9119); 020(426)
  - **REG. I** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL PROGRAM ADMINISTRATOR - SES; 33885; 11-9199-02(8094); 020(425)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 40265; 13-1111-04(8058); 010(023)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 28103; 13-1111-04(8058); 010(023)
  - **REG. II** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL PROGRAM ADMINISTRATOR - SES; 05837; 11-9199-02(8094); 020(425)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 04518; 13-1111-04(8058); 010(023)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 36165; 13-1111-04(8058); 010(023)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; 33726; 13-1111-04(2236); 010(023)
  - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT ANALYST II; 43959; 13-1111-04(2225); 010(026)
  - **REG. III** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL PROGRAM ADMINISTRATOR - SES; 00537; 11-9199-02(8094); 020(425)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 38923; 13-1111-04(8058); 010(023)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 10002; 13-1111-04(8058); 010(023)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; GOVERNMENT OPERATIONS CONSULTANT II; 36160; 13-1111-04(2236); 010(023)
  - **REG. IV** — MANAGERS, ALL OTHER; LEVEL 2 - MANAGER; CORRECTIONAL PROGRAM ADMINISTRATOR - SES; 04099; 11-9199-02(8094); 020(425)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 44273; 13-1111-04(8058); 010(023)
    - MANAGEMENT ANALYSTS; LEVEL 4 - BUSINESS OPERATIONS; CORRECTIONAL SERVICES CONSULTANT; 44267; 13-1111-04(8058); 010(023)
  - TRAINING AND DEVELOPMENT SPECIALISTS; LEVEL 4 - BUSINESS OPERATIONS; RESEARCH & TRAINING SPECIALIST; 33341; 13-1151-04(1334); 010(023)





Name of Agency:    DEPARTMENT OF CORRECTIONS
Division/Comparable: OFFICE OF THE SECRETARY/PROGRAMS AND RE-ENTRY
Bureau/Comparable:  PROGRAMS
Section/Subsection:  EDUCATION

**CURRENT**



**PROGRAMS-EDUCATION**

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS MANAGER C-SES
**37177**

11-1021-02(9119)                                          020(426)

---

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**37051**
11-1021-02(2238)          020(425)

GENERAL AND OPERATIONS MANAGERS
LEVEL 2 - MANAGER
OPERATIONS & MGMT CONSULTANT MGR - SES
**03438**
11-1021-02(2238)          020(425)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**37410**
13-1111-04(2238)          010(025)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**02888**
13-1111-04(2236)          010(023)

---

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT I
**35751**
13-1111-03(2234)          007(021)

SPEECH-LANGUAGE PATHOLOGISTS
LEVEL 1 - HLTH DIAGNOS & TREAT PRACTITNR
SPEECH AND HEARING THERAPIST-F/C
**40855**
29-1127-01(5406)          006(088)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**29536**
13-1111-04(2236)          010(023)

---

EXEC SECRETARIES & EXEC ADMIN ASSISTANTS
LEVEL 2 - OFFICE/ADMINISTRATIVE SUPPORT
STAFF ASSISTANT
**01594**
43-6011-02(0120)          003(013)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**70033713**
25-9041-01(4133)          002(006)

MANAGEMENT ANALYSTS
LEVEL 4 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT III
**40854**
13-1111-04(2236)          010(023)

MANAGEMENT ANALYSTS
LEVEL 3 - BUSINESS OPERATIONS
GOVERNMENT OPERATIONS CONSULTANT II
**38896**
13-1111-04(2236)          010(023)

| CORRECTIONS, DEPARTMENT OF | | | | |
|---|---|---|---|---|
| | | | **FISCAL YEAR 2021-22** | |
| **SECTION I: BUDGET** | | | **OPERATING** | **FIXED CAPITAL OUTLAY** |
| TOTAL ALL FUNDS GENERAL APPROPRIATIONS ACT | | | 2,820,115,489 | 76,333,869 |
| ADJUSTMENTS TO GENERAL APPROPRIATIONS ACT (Supplementals, Vetoes, Budget Amendments, etc.) | | | 11,150,454 | 26,145,970 |
| FINAL BUDGET FOR AGENCY | | | 2,831,265,943 | 102,479,839 |

| SECTION II: ACTIVITIES * MEASURES | Number of Units | (1) Unit Cost | (2) Expenditures (Allocated) | (3) FCO |
|---|---|---|---|---|
| *Executive Direction, Administrative Support and Information Technology (2)* | | | | 0 |
| Maintenance * **Square footage of correctional facilities maintained** | 22,411,408 | 6.00 | 134,495,874 | 99,555,882 |
| Pharmacy Services * **Number of prescriptions filled** | 1,145,730 | 119.77 | 137,229,512 | |
| Contracted Comprehensive Health Care * **Average daily population** | 70,175 | 6,134.80 | 430,509,594 | |
| Maintaining Security * **Number of adult male inmates** | 80,016 | 19,803.69 | 1,584,611,962 | |
| Classification * **Number of inmate assessments per year.** | 28,069 | 284.51 | 7,985,782 | |
| Director Of Security And Institutional Operations * **Number of unannounced security audits per year** | 33 | 740,174.45 | 24,425,757 | |
| Victims Assistance * **Number of victim notifications per year** | 35,696 | 28.50 | 1,017,203 | |
| Inspector General Investigations * **Number of investigations completed per year** | 7,404 | 2,229.73 | 16,508,884 | |
| Inmate Substance Abuse Program * **Number of inmates participating in substance abuse programs** | 33,726 | 561.51 | 18,937,615 | |
| Offender Substance Abuse Programs * **Number of offenders served per year** | 26,140 | 994.96 | 26,008,372 | |
| Education Programs * **Number of inmates participating in education programs** | 14,638 | 2,682.32 | 39,263,767 | |
| Chapel Programs * | 1,144,327 | 4.80 | 5,494,700 | |
| Transition Skills Training * **Number of inmates participating in transition skills programs** | 16,577 | 549.62 | 9,111,083 | |
| Instruct, Supervise, Investigate And Report * **Number of offenders actively supervised in a year.** | 115,451 | 2,111.82 | 243,811,481 | |
| | | | | |
| **TOTAL** | | | 2,679,411,586 | 99,555,882 |

| SECTION III: RECONCILIATION TO BUDGET | | | | |
|---|---|---|---|---|
| **PASS THROUGHS** | | | | |
| TRANSFER - STATE AGENCIES | | | | |
| AID TO LOCAL GOVERNMENTS | | | | |
| PAYMENT OF PENSIONS, BENEFITS AND CLAIMS | | | | |
| OTHER | | | | |
| REVERSIONS | | | 151,854,324 | 2,923,957 |
| | | | | |
| TOTAL BUDGET FOR AGENCY (Total Activities + Pass Throughs + Reversions) - Should equal Section I above. (4) | | | 2,831,265,910 | 102,479,839 |

## SCHEDULE XI/EXHIBIT VI: AGENCY-LEVEL UNIT COST SUMMARY

(1) Some activity unit costs may be overstated due to the allocation of double budgeted items.

(2) Expenditures associated with Executive Direction, Administrative Support and Information Technology have been allocated based on FTE.  Other allocation methodologies could result in significantly different unit costs per activity.

(3) Information for FCO depicts amounts for current year appropriations only. Additional information and systems are needed to develop meaningful FCO unit costs.

(4) Final Budget for Agency and Total Budget for Agency may not equal due to rounding.

**Schedule XIV**
**Variance from Long Range Financial Outlook**

Agency:  __Department of Corrections_____    Contact:  ____Mark Tallent_____

Article III, section 19(a)3 of the Florida Constitution, requires each agency Legislative Budget Request to be based upon and reflect the long range financial outlook adopted by the Joint Legislative Budget Commission or to explain any variance from the outlook.

1) Does the long range financial outlook adopted by the Joint Legislative Budget Commission in September 2022 contain revenue or expenditure estimates related to your agency?

Yes | X |     No | |

2) If yes, please list the estimates for revenues and  budget drivers that reflect an estimate for your agency for Fiscal Year 2023-2024 and list the amount projected in the long range financial outlook and the amounts projected in your Schedule I or budget request.

|   | Issue (Revenue or Budget Driver) | R/B* | FY 2023-2024 Estimate/Request Amount | |
|---|---|---|---|---|
|   |   |   | Long Range Financial Outlook | Legislative Budget Request |
| a | Risk Management Insurance | B | $6.01M | 0 |
| b | Education and Training Programs | B | $1.6M | $24.7M |
| c |   |   |   |   |
| d |   |   |   |   |
| e |   |   |   |   |
| f |   |   |   |   |

3) If your agency's Legislative Budget Request does not conform to the long range financial outlook with respect to the revenue estimates (from your Schedule I) or budget drivers, please explain the variance(s) below.

A.  The Outlook is based on a three-year funding shortfall caused by COVID-19 claims.  Based on current recurring appropriation and projected expenditures, the Department does not anticipate additional need for FY 23-24.
B.  The Outlook is based on a three-year funding average.  The Department's request includes expansion of career, technical, academic and wellness programming to meet criminogenic need, as well as pay parity for the stability of instructors.

* R/B = Revenue or Budget Driver

*Office of Policy and Budget - July 2022*



# Exhibits or Schedules

# Schedule I Series

# SCHEDULE IC:  RECONCILIATION OF UNRESERVED FUND BALANCE

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department Of Correctic |
| **Trust Fund Title:** | Administrative Trust Fund |
| **Budget Entity:** | Department Level |
| **LAS/PBS Fund Number:** | 2021 |

| | Balance as of 6/30/2022 | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 3,024,772 (A) | | 3,024,772 |
| ADD: Other Cash (See Instructions) | (B) | | 0 |
| ADD: Investments | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | 330,850 (D) | | 330,850 |
| ADD: _____ | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **3,355,622** (F) | **0** | **3,355,622** |
| LESS  Allowances for Uncollectibles | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | 29,702 (H) | | 29,702 |
| Approved "B" Certified Forwards | 655,699 (H) | | 655,699 |
| Approved "FCO" Certified Forwards | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | 72,262 (I) | | 72,262 |
| LESS: _____ | (J) | | 0 |
| **Unreserved Fund Balance, 07/01/22** | **2,597,959** (K) | **0** | **2,597,959** ** |

**Notes:**

**\*SWFS = Statewide Financial Statement**

**\*\* This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal
     year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | Administrative Trust Fund |
| **LAS/PBS Fund Number:** | 2021 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                                    **3,253,658** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                                    (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

   SWFS Adjustment #  and Description                                    (C)

   SWFS Adjustment # and Description                                    (C)

**Add/Subtract Other Adjustment(s):**

   Approved "B" Carry Forward (Encumbrances) per LAS/PBS            (655,699) (D)

   Approved FCO Certified Forward per LAS/PBS                            (D)

   A/P not C/F-Operating Categories                                    (D)

                                       (D)

                                       (D)

                                       (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                                    **2,597,959** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**                            **2,597,959** (F)

**DIFFERENCE:**                                    **0** (G)*

***SHOULD EQUAL ZERO.**

# SCHEDULE IC:  RECONCILIATION OF UNRESERVED FUND BALANCE

**Department Title:**
**Trust Fund Title:**
**Budget Entity:**
**LAS/PBS Fund Number:**

Budget Period:  2023 - 2024
Department Of Correctic
Criminal Justice Standards and Training Trust Fund
Department Level
2148

| | Balance as of 6/30/2022 | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 355,169 (A) | | 355,169 |
| ADD: Other Cash (See Instructions) | (B) | | 0 |
| ADD: Investments | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | (D) | | 0 |
| ADD: _____ | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **355,169** (F) | **0** | **355,169** |
| LESS  Allowances for Uncollectibles | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | 24,432 (H) | | 24,432 |
| Approved "B" Certified Forwards | 10,860 (H) | | 10,860 |
| Approved "FCO" Certified Forwards | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | (I) | | 0 |
| LESS: _____ | (J) | | 0 |
| **Unreserved Fund Balance, 07/01/22** | **319,877** (K) | **0** | **319,877** ** |

Notes:

**\*SWFS = Statewide Financial Statement**

**\*\* This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal
year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | Criminal Justice Standards and Training Trust Fund |
| **LAS/PBS Fund Number:** | 2148 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                    **330,737** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                    (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

  SWFS Adjustment #  and Description                    (C)

  SWFS Adjustment # and Description                    (C)

**Add/Subtract Other Adjustment(s):**

  Approved "B" Carry Forward (Encumbrances) per LAS/PBS         **(10,860)** (D)

  Approved FCO Certified Forward per LAS/PBS                    (D)

  A/P not C/F-Operating Categories                    (D)

                    (D)

                    (D)

                    (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                    **319,877** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**              **319,877** (F)

**DIFFERENCE:**                    **0** (G)*

**\*SHOULD EQUAL ZERO.**

# SCHEDULE IC:  RECONCILIATION OF UNRESERVED FUND BALANCE

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department Of Correctic |
| **Trust Fund Title:** | Correctional Work Program Trust Fund |
| **Budget Entity:** | Department Level |
| **LAS/PBS Fund Number:** | 2151 |

| | Balance as of 6/30/2022 | | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 131,092 | (A) | | 131,092 |
| ADD: Other Cash (See Instructions) | | (B) | | 0 |
| ADD: Investments | | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | 473,957 | (D) | | 473,957 |
| ADD: _____ | | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **605,049** | (F) | **0** | **605,049** |
| LESS  Allowances for Uncollectibles | | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | 85,400 | (H) | | 85,400 |
| Approved "B" Certified Forwards | 9,505 | (H) | | 9,505 |
| Approved "FCO" Certified Forwards | | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | | (I) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | | (J) | | 0 |
| **Unreserved Fund Balance, 07/01/22** | **510,144** | (K) | **0** | **510,144** ** |

**Notes:**

   **\*SWFS = Statewide Financial Statement**

   **\*\* This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal
      year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

**Department Title:**              Department of Corrections

**Trust Fund Title:**              Correctional Work Program Trust Fund

**LAS/PBS Fund Number:**              2151

**BEGINNING TRIAL BALANCE:**

    **Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
        Total all GLC's 5XXXX for governmental funds;                         **34,579** (A)
        GLC 539XX for proprietary and fiduciary funds

    **Subtract Nonspendable Fund Balance (GLC 56XXX)**                              (B)

    **Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

        SWFS Adjustment #  and Description                                    (C)

        SWFS Adjustment # and Description                                     (C)

    **Add/Subtract Other Adjustment(s):**

        Approved "B" Carry Forward (Encumbrances) per LAS/PBS      (9,505) (D)

        Approved FCO Certified Forward per LAS/PBS                           (D)

        A/P not C/F-Operating Categories                            3,909 (D)

        Capital Assets                                            -10,193 (D)

        Compensated Absences                                      491,355 (D)

                                                                              (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                          **510,144** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**            **510,144** (F)

**DIFFERENCE:**                                                    **0** (G)*

**\*SHOULD EQUAL ZERO.**

*Office of Policy and Budget - July 2022*

# SCHEDULE IC:  RECONCILIATION OF UNRESERVED FUND BALANCE

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department Of Correctic |
| **Trust Fund Title:** | Federal Grants Trust Fund |
| **Budget Entity:** | Department Level |
| **LAS/PBS Fund Number:** | 2261 |

| | Balance as of 6/30/2022 | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 2,578,996 (A) | | 2,578,996 |
| ADD: Other Cash (See Instructions) | (B) | | 0 |
| ADD: Investments | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | 2,300,412 (D) | | 2,300,412 |
| ADD: Anticipated Receivables | 1,027,989 (E) | | 1,027,989 |
| **Total Cash plus Accounts Receivable** | **5,907,397** (F) | **0** | **5,907,397** |
| LESS  Allowances for Uncollectibles | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | 245,196 (H) | | 245,196 |
| Approved "B" Certified Forwards | 773,518 (H) | | 773,518 |
| Approved "FCO" Certified Forwards | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | (I) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | (J) | | 0 |
| **Unreserved Fund Balance, 07/01/22** | **4,888,683** (K) | **0** | **4,888,683** ** |

**Notes:**

   **\*SWFS = Statewide Financial Statement**

   **\*\* This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal
        year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | Federal Grants Trust Fund |
| **LAS/PBS Fund Number:** | 2261 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                         **4,574,539** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                              (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

SWFS Adjustment #  and Description                                             (C)

SWFS Adjustment # and Description                                             (C)

**Add/Subtract Other Adjustment(s):**

Approved "B" Carry Forward (Encumbrances) per LAS/PBS          (773,518) (D)

Approved FCO Certified Forward per LAS/PBS                                 (D)

A/P not C/F-Operating Categories                                      57,927 (D)

Compensated Absences                                                  1,746 (D)

Anticipated Receivables                                           1,027,989 (D)

                                                                          (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                            **4,888,683** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**              **4,888,683** (F)

**DIFFERENCE:**                                                        **0** (G)*

**\*SHOULD EQUAL ZERO.**

# SCHEDULE IC:  RECONCILIATION OF UNRESERVED FUND BALANCE

**Budget Period: 2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department Of Correctio |
| **Trust Fund Title:** | Grants and Donations Trust Fund |
| **Budget Entity:** | Department Level |
| **LAS/PBS Fund Number:** | 2339 |

| | Balance as of 6/30/2022 | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 8,600,538 (A) | | 8,600,538 |
| ADD: Other Cash (See Instructions) | (B) | | 0 |
| ADD: Investments | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | 77,704 (D) | | 77,704 |
| ADD: _____ | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **8,678,242** (F) | **0** | **8,678,242** |
| LESS  Allowances for Uncollectibles | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | 13,200 (H) | | 13,200 |
| Approved "B" Certified Forwards | 7,641 (H) | | 7,641 |
| Approved "FCO" Certified Forwards | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | 25,802 (I) | | 25,802 |
| LESS: Other Accounts Payable (Nonoperating) | 21,957 (J) | | 21,957 |
| **Unreserved Fund Balance, 07/01/22** | **8,609,642** (K) | **0** | **8,609,642** ** |

**Notes:**

   **\*SWFS = Statewide Financial Statement**

   **\*\* This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal
       year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | Grants and Donations Trust Fund |
| **LAS/PBS Fund Number:** | 2339 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                                    **8,617,283** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                                   (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

   SWFS Adjustment #  and Description                                          (C)

   SWFS Adjustment # and Description                                           (C)

**Add/Subtract Other Adjustment(s):**

   Approved "B" Carry Forward (Encumbrances) per LAS/PBS              **(7,641)** (D)

   Approved FCO Certified Forward per LAS/PBS                                 (D)

   A/P not C/F-Operating Categories                                           (D)

                                                                             **0** (D)

                                                                              (D)

                                                                              (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                                   **8,609,642** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**                      **8,609,642** (F)

**DIFFERENCE:**                                                              **0** (G)*

**\*SHOULD EQUAL ZERO.**

# SCHEDULE IC: RECONCILIATION OF UNRESERVED FUND BALANCE

**Budget Period: 2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department Of Correction |
| **Trust Fund Title:** | State Operated Inmate Welfare Trust Fund |
| **Budget Entity:** | Department Level |
| **LAS/PBS Fund Number:** | 2523 |

| | Balance as of 6/30/2022 | | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 1,140,001 | (A) | | 1,140,001 |
| ADD: Other Cash (See Instructions) | | (B) | | 0 |
| ADD: Investments | | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | | (D) | | 0 |
| ADD: _____ | | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **1,140,001** | (F) | **0** | **1,140,001** |
| LESS Allowances for Uncollectibles | | (G) | | 0 |
| LESS Approved "A" Certified Forwards | 88,309 | (H) | | 88,309 |
| Approved "B" Certified Forwards | 1,026,726 | (H) | | 1,026,726 |
| Approved "FCO" Certified Forwards | | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | | (I) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | | (J) | | 0 |
| **Unreserved Fund Balance, 07/01/22** | **24,966** | (K) | **0** | **24,966** ** |

**Notes:**

    **\*SWFS = Statewide Financial Statement**

    **\*\* This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION: BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period: 2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | State Operated Inmate Welfare Trust Fund |
| **LAS/PBS Fund Number:** | 2523 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                     **1,051,692** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                     (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

   SWFS Adjustment # and Description                     (C)

   SWFS Adjustment # and Description                     (C)

**Add/Subtract Other Adjustment(s):**

   Approved "B" Carry Forward (Encumbrances) per LAS/PBS     (1,026,726) (D)

   Approved FCO Certified Forward per LAS/PBS                     (D)

   A/P not C/F-Operating Categories                     (D)

                     (D)

                     (D)

                     (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                     **24,966** (E)

**UNRESERVED FUND BALANCE, SCHEDULE IC (Line K)**     **24,966** (F)

**DIFFERENCE:**                     **0** (G)*

**\*SHOULD EQUAL ZERO.**

*Office of Policy and Budget - July 2022*

# SCHEDULE IC:   RECONCILIATION OF UNRESERVED FUND BALANCE

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department Of Correctic |
| **Trust Fund Title:** | Sales of Goods and Services Trust Fund |
| **Budget Entity:** | Department Level |
| **LAS/PBS Fund Number:** | 2606 |

| | Balance as of 6/30/2022 | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 1,751,774 (A) | | 1,751,774 |
| ADD: Other Cash (See Instructions) | (B) | | 0 |
| ADD: Investments | (C) | | 0 |
| ADD: Outstanding Accounts Receivable | (D) | 58,385 | 58,385 |
| ADD: _____ | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **1,751,774** (F) | **58,385** | **1,810,159** |
| LESS  Allowances for Uncollectibles | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | (H) | | 0 |
| Approved "B" Certified Forwards | (H) | | 0 |
| Approved "FCO" Certified Forwards | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | 29,052 (I) | | 29,052 |
| LESS: Other Accounts Payable (Nonoperating) | (J) | | 0 |
| **Unreserved Fund Balance, 07/01/22** | **1,722,722** (K) | **58,385** | **1,781,107** ** |

**Notes:**

   **\*SWFS = Statewide Financial Statement**

   ** **  This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal
          year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | Sales of Goods and Services Trust Fund |
| **LAS/PBS Fund Number:** | 2606 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                                    **1,722,722** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                              (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

    SWFS Adjustment B7000003, Outstanding Accounts Receivable                58,385 (C)

    SWFS Adjustment # and Description                                        (C)

**Add/Subtract Other Adjustment(s):**

    Approved "B" Carry Forward (Encumbrances) per LAS/PBS                    (D)

    Approved FCO Certified Forward per LAS/PBS                               (D)

    A/P not C/F-Operating Categories                                        (D)

                                                                            (D)

                                                                            (D)

                                                                            (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                                    **1,781,107** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**                       **1,781,107** (F)

**DIFFERENCE:**                                                              **0** (G)*

**\*SHOULD EQUAL ZERO.**

# SCHEDULE IC:   RECONCILIATION OF UNRESERVED FUND BALANCE

**Department Title:** 
**Trust Fund Title:** 
**Budget Entity:** 
**LAS/PBS Fund Number:** 

**Budget Period:  2023 - 2024**
Department Of Correctic
Private Inmate Welfare Trust Fund
Department Level
2623

| | Balance as of 6/30/2022 | SWFS* Adjustments | Adjusted Balance |
|---|---|---|---|
| **Chief Financial Officer's (CFO) Cash Balance** | 400,001 (A) | | 400,001 |
| ADD: Other Cash (See Instructions) | (B) | | 0 |
| ADD: Investments | 8,868,958 (C) | | 8,868,958 |
| ADD: Outstanding Accounts Receivable | 79,307 (D) | | 79,307 |
| ADD: _____ | (E) | | 0 |
| **Total Cash plus Accounts Receivable** | **9,348,266** (F) | **0** | **9,348,266** |
| LESS  Allowances for Uncollectibles | (G) | | 0 |
| LESS  Approved "A" Certified Forwards | 1,924,003 (H) | | 1,924,003 |
| Approved "B" Certified Forwards | (H) | | 0 |
| Approved "FCO" Certified Forwards | (H) | | 0 |
| LESS: Other Accounts Payable (Nonoperating) | 862 (I) | | 862 |
| LESS: Other Accounts Payable (Nonoperating) | 101,999 (J) | | 101,999 |
| **Unreserved Fund Balance, 07/01/22** | **7,321,402** (K) | **0** | **7,321,402** ** |

**Notes:**

**\*SWFS = Statewide Financial Statement**

** **  This amount should agree with Line I, Section IV of the Schedule I for the most recent completed fiscal year and Line A for the following year.**

*Office of Policy and Budget - July 2022*

**RECONCILIATION:  BEGINNING TRIAL BALANCE TO SCHEDULE I and IC**

**Budget Period:  2023 - 2024**

| | |
|---|---|
| **Department Title:** | Department of Corrections |
| **Trust Fund Title:** | Private Inmate Welfare Trust Fund |
| **LAS/PBS Fund Number:** | 2623 |

**BEGINNING TRIAL BALANCE:**

**Total Fund Balance Per FLAIR Trial Balance, 07/01/22**
Total all GLC's 5XXXX for governmental funds;                        **7,321,402** (A)
GLC 539XX for proprietary and fiduciary funds

**Subtract Nonspendable Fund Balance (GLC 56XXX)**                                      (B)

**Add/Subtract Statewide Financial Statement (SWFS)Adjustments :**

  SWFS Adjustment #  and Description                                      (C)

  SWFS Adjustment # and Description                                      (C)

**Add/Subtract Other Adjustment(s):**

  Approved "B" Carry Forward (Encumbrances) per LAS/PBS                                      (D)

  Approved FCO Certified Forward per LAS/PBS                                      (D)

  A/P not C/F-Operating Categories                                      (D)

                                                                                               (D)

                                                                                               (D)

                                                                                               (D)

**ADJUSTED BEGINNING TRIAL BALANCE:**                        **7,321,402** (E)

**UNRESERVED FUND BALANCE,  SCHEDULE IC (Line K)**              **7,321,402** (F)

**DIFFERENCE:**                                              **0** (G)*

**\*SHOULD EQUAL ZERO.**

# Schedule IV-B for Officer Station Network

For Fiscal Year 2023-24



**October 15, 2022**

**Florida Department of Corrections**

**SCHEDULE IV-B FOR OFFICER STATION NETWORK**

# Contents

I.      Schedule IV-B Cover Sheet.................................................................................................2

    Executive Summary............................................................................................................3

II.     Schedule IV-B Business Case – Strategic Needs Assessment.........................................4

    A.      Background and Strategic Needs Assessment .............................................................4

        1.      Business Need ......................................................................................................4

        2.      Business Objectives .............................................................................................4

    B.      Baseline Analysis ........................................................................................................4

        1.      Current Business Process(es) ...............................................................................4

        2.      Assumptions and Constraints ...............................................................................4

    C.      Proposed Business Process Requirements ...................................................................5

        1.      Proposed Business Process Requirements ...........................................................5

        2.      Business Solution Alternatives.............................................................................5

        3.      Rationale for Selection .........................................................................................5

        4.      Recommended Business Solution .........................................................................5

    D.      Functional and Technical Requirements .....................................................................5

III.    Success Criteria ...............................................................................................................6

IV.     Schedule IV-B Benefits Realization and Cost Benefit Analysis ...................................7

    A.      Benefits Realization Table...........................................................................................7

    B.      Cost Benefit Analysis (CBA) ......................................................................................7

V.      Schedule IV-B Major Project Risk Assessment ...........................................................7

VI.     Schedule IV-B Technology Planning .............................................................................8

    A.      Current Information Technology Environment ...........................................................8

        1.      Current System.....................................................................................................8

        2.      Information Technology Standards........................................................................8

    B.      Current Hardware and/or Software Inventory .............................................................8

    C.      Proposed Technical Solution .......................................................................................8

        1.      Technical Solution Alternatives............................................................................8

        2.      Rationale for Selection .........................................................................................9

        3.      Recommended Technical Solution........................................................................9

    D.      Proposed Solution Description ...................................................................................10

        1.      Summary Description of Proposed System.........................................................10

        2.      Resource and Summary Level Funding Requirements for Proposed Solution (if known).........................10

VII.    Schedule IV-B Project Management Planning .............................................................10

    A.      Project Management Methodology.............................................................................10

VIII.   Appendices ................................................................................................................................................11

# I.   Schedule IV-B Cover Sheet

| Schedule IV-B Cover Sheet and Agency Project Approval | |
|---|---|
| Agency: **Department of Corrections** | Schedule IV-B Submission Date: **10-15-2022** |
| Project Name: **Officer Station Network** | Is this project included in the Agency's LRPP? ✓ Yes ___ No |
| FY 2023-24 LBR Issue Code: **36265C0** | FY 2023-24 LBR Issue Title: **Officer Station Network Connectivity** |
| Agency Contact for Schedule IV-B (Name, Phone #, and E-mail address): Wendy Ling, 850-717-3963, wendy.ling@fdc.myflorida.com | |
| **AGENCY APPROVAL SIGNATURES** | |
| I am submitting the attached Schedule IV-B in support of our legislative budget request. I have reviewed the estimated costs and benefits documented in the Schedule IV-B and believe the proposed solution can be delivered within the estimated time for the estimated costs to achieve the described benefits. I agree with the information in the attached Schedule IV-B. | |
| Agency Head: Printed Name: Ricky Dixon | Date: 10/14/22 |
| Agency Chief Information Officer (or equivalent): Printed Name: Wendy Ling | Date: 10/11/22 |
| Budget Officer: Printed Name: Mark Tallent | Date: 10/13/22 |
| Planning Officer: Printed Name: Eric Henderson | Date: 10/14/22 |
| Project Sponsor: Printed Name: Ricky Dixon | Date: 10/14/77 |
| Schedule IV-B Preparers (Name, Phone #, and E-mail address): | |
| Business Need: | Greg Prescott, 850-717-3895, greg.prescott@fdc.myflorida.com |
| Cost Benefit Analysis: | Greg Prescott, 850-717-3895, greg.prescott@fdc.myflorida.com |
| Risk Analysis: | Andrew Morton, 850-717-9926, andrew.morton@fdc.myflorida.com |
| Technology Planning: | Wendy Ling, 850-717-3963, wendy.ling@fdc.myflorida.com |
| Project Planning: | Andrew Morton, 850-717-9926, andrew.morton@fdc.myflorida.com |

## Executive Summary

Pursuant to Chapter 945, Florida Statutes (F.S.), the Florida Department of Corrections (Department or FDC) is entrusted with the care and custody of inmates in Florida prisons. The FDC is the third largest state prison system in the country with an annual budget of $2.9 billion, approximately 80,000 inmates incarcerated, and nearly 140,000 offenders under community supervision. As such, the Department's operations are critical to the safety and security of the public as well as our staff.

The Department is comprised of two major functional components, Institutions and Community Corrections, along with support entities and staff for Administration, Health Services, and Programs and Re-Entry. The Office of Institutions is responsible for the supervision of all four institutional regions and operational management of all correctional facilities; auditing security at facilities; maintaining accreditation standards; special operations; membership on the State Emergency Response Team (SERT); tracking incident reports; maintaining records on all inmates incarcerated; assisting law enforcement in their investigations; monitoring and interpreting court orders; establishing security standards for all facilities; maintaining the inmate transportation system; conducting training programs on security issues, classification, records, sentence structure, and court orders, as well as other related areas; and establishing policy and direction for all classification and records functions from reception to release. The Office of Community Corrections in Central Office assists the administration in carrying out its mission for public safety by providing support, technical assistance, and policy for approximately 2,620 Community Corrections staff in the state.

The Department relies on critical IT systems and support to fulfill its mission in providing a continuum of services to meet the needs of those entrusted to our care, creating a safe and professional environment with the outcome of reduced victimization, safer communities, and an emphasis on the premium of life. Core operations are primarily manual, paper-based processes that are later entered into a home-grown mainframe application known as the Offender Based Information System, or OBIS. In addition, there are several peripheral applications surrounding OBIS.

Over the last several decades, the Department has been limited by the critical network infrastructure. Of the 149 main units, work camps, and annex sites, only a handful of those built-in recent decades have been properly scoped for emerging technology and connectivity needs. As it stands today, Department leadership cannot directly communicate with the officers in the field due to the inaccessibility of technology behind the secure perimeter, extending to the various buildings and officer stations—including computers and connectivity—for basic email and access to the Department's intranet site. The lack of technology access also limits the future of offender management when talking about automation opportunities requiring real-time upload of information for routine, statutorily required processes such as the various counts and cell checks required.

The Department also recently launched a pilot program at Jackson CI in three AMU housing units, installing fiber and wireless access points. This base installation enabled the Department to offer a mobile OBIS program for classification officers to use, bringing their routine inmate meetings directly to the inmates. This allowed classification officers to meet with more inmates, lessened the burden on corrections officers for various inmate call outs, and consolidated the mobile meetings with a real-time exchange of information benefiting both officers and inmates. Expanding the network infrastructure to include officer stations and wireless installations will enable such advancements in the use of technology behind the secure perimeter.

## II.     Schedule IV-B Business Case – Strategic Needs Assessment

### A.  Background and Strategic Needs Assessment

#### 1.   Business Need

The Department provides for the safety and security of inmates and staff behind the secure perimeter, including various daily manual tasks. Network connectivity at institutional sites in housing units has been limited by old infrastructure and a lack of resources.

The Department seeks to remedy a lack of network connectivity to approximately 848 housing units, also often referred to as dorms, behind the secure perimeter. The current situation limits the possibility for automation and efficiency for functions that require additional staff to assist with manual data entry. Expanding and securing the Department's staff network infrastructure provides a cost-effective solution for multiple efficiency gains and frees up security staff for more critical public safety posts that might remain unfilled due to staff vacancies.

#### 2.   Business Objectives

Expanding network connectivity will provide the following benefits.

- Enables direct communication channels via Microsoft Outlook email, MS Teams, and DC Web (Intranet access).
- Provides for considerable efficiency gains via process automation and workflows, such as activity and security logs, incident reporting, use of force, human resource applications and tools, etc.
- Frees up security staff for more critical public safety posts that otherwise might remain unfilled due to staff vacancies
- Provides the infrastructure foundation for a future networked camera solution

### B.  Baseline Analysis

#### 1.   Current Business Process(es)

There is currently limited network connectivity behind the secure perimeter.

#### 2.   Assumptions and Constraints

##### Assumptions

- Project activities will be compliant with  all applicable state and federal policies, statutes, and rules.
- Equipment and services can be procured timely to ensure project completion.
- Vendors can implement the proposed solution in the designated timeframe, in the sequence prescribed, and in alignment with budgetary allocations/restrictions.
- The additional network connectivity will enable direct communications and promote operational efficiencies.
- The project team, both the Department and the vendor, will be staffed appropriately to coordinate the procurement and installation of all infrastructure and services per the project objectives.
- The project can be implemented in single fiscal year.
- Implementation of the proposed vendor solution will comply with Chapter 60GG-1, F.A.C., Florida Information Technology Project Management and Oversight Standards.
- The proposed vendor solution will consider public safety as an overarching goal of the Department.

*Constraints*

- Project activities, schedules, and milestones depend on the appropriate funding.
- State statutory changes, changes in administrative rules, and Department policy changes could affect the project.

## C.  Proposed Business Process Requirements

### 1.  Proposed Business Process Requirements

*Functional Requirements*

The Department requires the following to meet the intent of this request:

1. All required equipment, such as additional network switches, wireless access points, wireless intrusion protection, and computer workstations for the officer stations
2. All required fiber pairs for installation to all housing units/dorms behind the secure perimeter
3. Installation services
4. Additional OIT staff to augment the support and maintenance of the additional endpoint devices and expanded network use

### 2.  Business Solution Alternatives

The Department has not identified alternative solutions to the business need that do not require a technology expenditure.  Without technology the Department handles these needs with time-consuming, paper-based processes. All functional requirements are necessary for the Department to ensure the health and safety of inmates and officers.

### 3.  Rationale for Selection

Expanding network connectivity will provide the following benefits.

- Enables direct communication channels via Microsoft Outlook email, MS Teams, and DC Web (Intranet access)
- Provides for considerable efficiency gains via process automation and workflows, such as activity and security logs, incident reporting, use of force, human resource applications and tools, etc.
- Frees up security staff for more critical public safety posts that otherwise might remain unfilled due to staff vacancies
- Provides the infrastructure foundation for a future networked camera solution

### 4.  Recommended Business Solution

Establish statewide network connectivity and wireless access behind the secure perimeter for officer stations in all housing units.

## D.  Functional and Technical Requirements

All correctional institutions have a base level of connectivity with fiber cabling between a handful of buildings and wide area network connection to the state data center over the MyFloridaNet with Internet access.  A majority of the nearly 900[1] housing units do not have connectivity and officers do not have access to computers or agency applications. Connectivity with sufficient bandwidth and computers to access existing agency applications are detailed below.

- Connectivity between buildings will be provided using fiberoptic cabling that is run through new conduit in the ground.
- Connectivity in each housing unit will include new switch equipment for desktop computers to obtain connectivity through Ethernet cabling.

---

[1] Note the total number of housing units varies depending on staffing levels available for use. This issue estimates the need for all housing units available vs. necessarily open and in use.

SCHEDULE IV-B FOR OFFICER STATION NETWORK

- Connectivity in each housing unit will include new wireless access point equipment enabling computers and mobile devices to connect over WiFi that complies with FIPS 140-2 security requirements.
- Approximately 1,000 new desktop computers with Microsoft licensing will be installed in each housing unit for correctional officers to access network resources and agency applications.
- This infrastructure also then enables the Department to consider future technology solutions, replacing paper-based business processes with digital solutions. The expanded infrastructure ultimately also provides for future digital solutions and fosters direct communication opportunities using Microsoft Outlook email, Microsoft Teams, and DC Web (Intranet access).

## III.    Success Criteria

| # | Description of Criteria | How will the Criteria be measured/assessed? | Who benefits? | Realization Date (MM/YY) |
|---|---|---|---|---|
| **Success Criteria Table** | | | | |
| 1 | The solution will support the Department in its on-going practice of sound fiscal stewardship of its assets. | Operating costs for Security and Institutional Operations<br><br>Overhead costs for Department Administration | All those who are currently using paper processes to capture data in the correctional institutions. | 07/2024 |
| 2 | The solution will provide value to the Department through additional portable options. | Percent of supervision case notes completed by use of automation or mobile devices.<br><br>Efficiencies/performance increases | Correctional supervisors and officers. | 07/2024 |
| 3 | The solution will positively impact the user experience and increase employee satisfaction. | Employee satisfaction survey results. | FDC | 07/2024 |
| 4 | The solution will provide an underlying network infrastructure capable of handling new digital processes. | Cost to implement new capabilities/requirements | FDC | 07/2024 |
| 5 | The project will be completed on-schedule, following an approved project plan. | Project milestones | FDC | 07/2024 |
| 6 | The project will be completed within the prescribed budget constraints defined in advance of project initiation. | Project financial data | FDC | 07/2024 |

## IV.    Schedule IV-B Benefits Realization and Cost Benefit Analysis

### A.  Benefits Realization Table

Expanding network infrastructure ultimately provides for future technologies, enables direct communications with staff, and supports multiple process efficiencies. Direct communications with officers has many intangible benefits, including improved morale and incentives for recruitment in using newer technologies for their day-to-day tasks.

| | | | | | |
|---|---|---|---|---|---|
| **BENEFITS REALIZATION TABLE** | | | | | |
| # | **Description of Benefit** | **Who receives the benefit?** | **How is benefit realized?** | **How is the realization of the benefit measured?** | **Realization Date (MM/YY)** |
| 1 | Provides the infrastructure to support future technologies and process efficiencies. | FDC | Decreased staff time spent on data entry by 20%. Decrease use of paper by 50% or more. | Compare the data entry time between the paper-based processes and the digitized processes using computers. Establish a baseline of paper usage prior to the network expansion and compare that to the paper usage upon implementation. | 07/2024 |

### B.  Cost Benefit Analysis (CBA)

The CBA Forms are included in Appendix D – Cost Benefit Analysis.

## V.    Schedule IV-B Major Project Risk Assessment

The Risk Assessment Tool and Risk Assessment Summary are included in Appendix A – Risk Assessment Tool.

# VI.    Schedule IV-B Technology Planning

## A.  Current Information Technology Environment

### 1.  Current System

#### a.  Description of Current System

Approximately 848 housing units are included in this request.  A portion of those have old, brittle fiber that should be replaced, and the majority do not have any type of network connectivity today.

#### b.  Current System Resource Requirements

Housing units without network connectivity do not have the necessary switches, transceivers, cables, and computers.

#### c.  Current System Performance

Housing units without network connectivity use paper and do not have a technology component today.

### 2.  Information Technology Standards

## B.  Current Hardware and/or Software Inventory

Switching equipment and computers for the proposed solution do not existing and must be purchased new.

## C.  Proposed Technical Solution

### 1.  Technical Solution Alternatives

The department researched three alternatives.

*Point to Point Wireless.*

This solution would be similar and slightly less expensive than fiberoptic cabling but does not have sufficient bandwidth for transferring future applications such as camera video.  Additionally, there is a likely potential for radio frequency interference with existing WiFi networks installed by third party vendors.  A fiberoptic network lays the groundwork for future use of body cameras and centralized surveillance cameras that might be required by future legislation.

*Cell 4G LTE Service.*

This solution is not feasible because cell service providers do not provide sufficient data speeds in the rural areas were most of the institutions are located.  A cell service solution would require stronger signals from the service providers for outdoor coverage and cell boosters to amply the cell signal for indoor coverage.  Monthly data usage rates are not a cost-effective solution.

*Private 5G.*

5G is a new technology with lower latency than 4G LTE but is untested and vendors capable of installing standalone Private 5G network using Citizens Broadband Radio Service (CBRS) radio frequencies are limited.  The Department spoke to one vendor who estimated the cost at approximately $500,000 for each deployed location, resulting in a $30M rough order of magnitude.

Extensive testing is needed to:

- evaluate the integration of a 5G service-based core network architecture with existing architecture;
- perform signal analysis and performance testing to support high reliability and quality of service (QoS);
- identify protected locations where small cell transceivers and antennas can be mounted; and,
- evaluate the market for tablets and computers that have Private 5G CBRS enabled radios and replace current equipment that is WiFi only and does not support 5G.

The Department's support staff is unfamiliar with this new technology. Requirements would include either formal training of 125 staff members or payments to a service provide for outsourcing the long-term administration and support of the new technology.

The corrections environment is not a good starting point for testing new infrastructure that will be used for critical communications.

## 2. Rationale for Selection

| Evaluation Criteria | Factors |
|---|---|
| Stakeholder Value | **Supports Evolving Needs -** The solution supports evolving stakeholder needs, including sufficient bandwidth for new applications and camera video.<br><br>**Stakeholder Experience -** The solution offers an improved stakeholder experience that should result in increased stakeholder satisfaction and an improved relationship between the correctional officers and executive management. |
| Technical Architecture | **Flexibility -** The solution offers the flexibility for the Department to be responsive to future state and federal mandates in a cost-effective manner; and respond to a continually changing environment.<br><br>**Future Needs -** The solution offers the stability and scalability necessary to support future needs.<br><br>**Meets Standards -** The solution is aligned with industry standards. |
| Business Alignment | **Current Business Process -** The solution supports the Department's current business processes and would eliminate current manual, intensive use of paper.<br><br>**Positive Impact -** The solution will positively impact the user experience/staff satisfaction and will result in enhanced fiscal responsibility through efficient operations.<br><br>**Resource Capacity -** The solution will free-up manual and wasteful resource capacity so that it can be applied to public safety activities. |
| Financial | **One-time Project Costs -** The solution has a manageable project cost for implementation and other one-time components.<br><br>**Ongoing Operational Costs -** The solution's ongoing operational costs are within acceptable ranges and feasible for the Department.<br><br>**Tangible Benefits -** The solution realizes tangible benefits for stakeholders. |

## 3. Recommended Technical Solution

Establish statewide network connectivity and wireless access behind the secure perimeter for officer stations in all housing units with new computers.

## D.  Proposed Solution Description

### 1.  Summary Description of Proposed System

Network connectivity with sufficient bandwidth and computers to access existing agency applications will be installed in all housing units for officers to access existing Department network resources and applications. Connectivity between buildings will be provided using fiberoptic cabling that is run through new conduit in the ground. Connectivity in each housing unit will include new switch equipment for desktop computers to obtain connectivity through Ethernet cabling. Connectivity in each housing unit will include new wireless access point equipment for tablet computers to obtain connectivity over WiFi that complies with FIPS 140-2 security requirements. Approximately 1,000 new desktop computers with Microsoft licensing will be installed in each housing unit for correctional officers to access network resources and agency applications. The new infrastructure will provide opportunities for the Department to capitalize on operational efficiencies, replacing paper-based processes with digital solutions that enable correctional officers to capture data directly into agency applications in real-time and enable direct communications using Microsoft Outlook email, Microsoft Teams, and the intranet.

### 2.  Resource and Summary Level Funding Requirements for Proposed Solution (if known)

| Funding | Item | Amount |
|---|---|---|
| Non-recurring | Network Fiber Installation | $12,866,800 |
| Non-recurring | Network Equipment | $15,001,200 |
| Non-recurring | Computers | $1,325,000 |
| Recurring | Network Maintenance | $245,688 |
| Recurring | DMS MFN2 State Network Bandwidth | $840,000 |
| Recurring | Microsoft G3 License Subscription | $1,450,080 |
| Recurring | 5-Year Computer Refresh | $265,000 |
| | **Total** | **$31,993,768** |

## VII.    Schedule IV-B Project Management Planning

## A.  Project Management Methodology

The primary project management methodology used by FDC is based on the PMI's Project Management Framework and complies with Rule 60GG-1, F.A.C., Project Management and Oversight standards. The FDC Project Management Office and the implementation vendor will coordinate any adjustments in the project management approach and methodology.

SCHEDULE IV-B FOR OFFICER STATION NETWORK

The following control mechanisms will be applied to all phases of this project, including:

- Project Charter that conveys what will be accomplished by the project, signed, and authorized by the Project Executive Sponsor
- Project contract(s)
- Project Management Plan
- Baseline project schedule
- Independent Verification and Validation (IV&V)
- Project Change Management
- Organizational Change Management
- Quality Management
- Project Issues Log
- Project Risk Log
- Financial Management
- Reporting

The use of the project control framework indicated above, together with application of the Project Management Plan, will assist both the FDC and Vendor project managers in planning, executing, managing, administering, and controlling all phases of the project. Control activities will include, but may not be limited to:

- Monitoring project progress; identifying, documenting, evaluating, and resolving project related problems that may arise
- Reviewing, evaluating, and making decisions with regard to proposed changes; Changes to project scope will be tightly controlled according to a documented change request, review and approval process agreed to by all stakeholders
- Monitoring and taking appropriate actions with regard to risks as required by the risk management plan
- Monitoring and tracking issues as required by a documented issue reporting and management process
- Monitoring the quality of project deliverables and taking appropriate actions with regard to any project deliverables that are deficient in quality

## VIII.    Appendices

### A.  Risk Assessment Tool

### B.  Project Charter

### C.  Draft Project Management Plan

### D.  Cost Benefit Analysis Forms

**SCHEDULE IV-B FOR OFFICER STATION NETWORK**

*Appendix A – Risk Assessment Tool*

**IT Project Risk Assessment Tool**                    Schedule IV-B

|   | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 3 | **Project** | | *Officer Stations* | | | | |
| 4 | | | | | | | |
| 5 | **Agency** | | *Florida Department of Corrections* | | | | |
| 6 | **FY 2023-24 LBR Issue Code:** | | | **FY 2023-24 LBR Issue Title:** | | | |
| 7 | *Issue Code* | | | *Officer Stations* | | | |
| 8 | **Risk Assessment Contact Info (Name, Phone #, and E-mail Address):** | | | | | | |
| 9 | *Name ------ Phone # ------ E-mail address* | | | | | | |
| 10 | **Executive Sponsor** | | *Ricky Dixon* | | | | |
| 11 | **Project Manager** | | *Andrew Morton* | | | | |
| 12 | **Prepared By** | | *Andrew Morton* | | *10/6/2022* | | |



**Risk Assessment Summary**

Business Strategy — Most Aligned / Least Aligned

Level of Project Risk — Least Risk / Most Risk

| | **Project Risk Area Breakdown** | |
|---|---|---|
| 34 | | |
| 35 | **Risk Assessment Areas** | *Risk Exposure* |
| 36 / 37 | **Strategic Assessment** | MEDIUM |
| 38 / 39 | **Technology Exposure Assessment** | HIGH |
| 40 / 41 | **Organizational Change Management Assessment** | HIGH |
| 42 / 43 | **Communication Assessment** | HIGH |
| 44 / 45 | **Fiscal Assessment** | HIGH |
| 46 / 47 | **Project Organization Assessment** | MEDIUM |
| 48 / 49 | **Project Management Assessment** | MEDIUM |
| 50 / 51 | **Project Complexity Assessment** | HIGH |
| 53 | *Overall Project Risk* | HIGH |

**IT Project Risk Assessment Tool**                    **Schedule IV-B**

|   | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency:  Florida Department of Corrections | | | Project:  Officer Stations |
| 3 | | Section 1 -- Strategic Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 1.01 | Are project objectives clearly aligned with the agency's legal mission? | 0% to 40% -- Few or no objectives aligned | 81% to 100% -- All or nearly all objectives aligned |
| 6 | | | 41% to 80% -- Some objectives aligned | |
| 7 | | | 81% to 100% -- All or nearly all objectives aligned | |
| 8 | 1.02 | Are project objectives clearly documented and understood by all stakeholder groups? | Not documented or agreed to by stakeholders | Documented with sign-off by stakeholders |
| 9 | | | Informal agreement by stakeholders | |
| 10 | | | Documented with sign-off by stakeholders | |
| 11 | 1.03 | Are the project sponsor, senior management, and other executive stakeholders actively involved in meetings for the review and success of the project? | Not or rarely involved | Most regularly attend executive steering committee meetings |
| 12 | | | Most regularly attend executive steering committee meetings | |
| 13 | | | Project charter signed by executive sponsor and executive team actively engaged in steering committee meetings | |
| 14 | 1.04 | Has the agency documented its vision for how changes to the proposed technology will improve its business processes? | Vision is not documented | Vision is completely documented |
| 15 | | | Vision is partially documented | |
| 16 | | | Vision is completely documented | |
| 17 | 1.05 | Have all project business/program area requirements, assumptions, constraints, and priorities been defined and documented? | 0% to 40% -- Few or none defined and documented | 41% to 80% -- Some defined and documented |
| 18 | | | 41% to 80% -- Some defined and documented | |
| 19 | | | 81% to 100% -- All or nearly all defined and documented | |
| 20 | 1.06 | Are all needed changes in law, rule, or policy identified and documented? | No changes needed | Changes unknown |
| 21 | | | Changes unknown | |
| 22 | | | Changes are identified in concept only | |
| 23 | | | Changes are identified and documented | |
| 24 | | | Legislation or proposed rule change is drafted | |
| 25 | 1.07 | Are any project phase or milestone completion dates fixed by outside factors, e.g., state or federal law or funding restrictions? | Few or none | Few or none |
| 26 | | | Some | |
| 27 | | | All or nearly all | |
| 28 | 1.08 | What is the external (e.g. public) visibility of the proposed system or project? | Minimal or no external use or visibility | Minimal or no external use or visibility |
| 29 | | | Moderate external use or visibility | |
| 30 | | | Extensive external use or visibility | |
| 31 | 1.09 | What is the internal (e.g. state agency) visibility of the proposed system or project? | Multiple agency or state enterprise visibility | Single agency-wide use or visibility |
| 32 | | | Single agency-wide use or visibility | |
| 33 | | | Use or visibility at division and/or bureau level only | |
| 34 | 1.10 | Is this a multi-year project? | Greater than 5 years | Between 1 and 3 years |
| 35 | | | Between 3 and 5 years | |
| 36 | | | Between 1 and 3 years | |
| 37 | | | 1 year or less | |

Officer Station Network Risk Assessment.xlsx
1_Strategic

**IT Project Risk Assessment Tool**            **Schedule IV-B**

|   | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency:  Florida Department of Corrections | | | Project:  Officer Stations |
| 3 | | Section 2 -- Technology Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 2.01 | Does the agency have experience working with, operating, and supporting the proposed technical solution in a production environment? | Read about only or attended conference and/or vendor presentation | Supported prototype or production system less than 6 months |
| 6 | | | Supported prototype or production system less than 6 months | |
| 7 | | | Supported production system 6 months to 12 months | |
| 8 | | | Supported production system 1 year to 3 years | |
| 9 | | | Installed and supported production system more than 3 years | |
| 10 | 2.02 | Does the agency's internal staff have sufficient knowledge of the proposed technical solution to implement and operate the new system? | External technical resources will be needed for implementation and operations | External technical resources will be needed through implementation only |
| 11 | | | External technical resources will be needed through implementation only | |
| 12 | | | Internal resources have sufficient knowledge for implementation and operations | |
| 13 | 2.03 | Have all relevant technical alternatives/ solution options been researched, documented and considered? | No technology alternatives researched | Some alternatives documented and considered |
| 14 | | | Some alternatives documented and considered | |
| 15 | | | All or nearly all alternatives documented and considered | |
| 16 | 2.04 | Does the proposed technical solution comply with all relevant agency, statewide, or industry technology standards? | No relevant standards have been identified or incorporated into proposed technology | Proposed technology solution is fully compliant with all relevant agency, statewide, or industry standards |
| 17 | | | Some relevant standards have been incorporated into the proposed technology | |
| 18 | | | Proposed technology solution is fully compliant with all relevant agency, statewide, or industry standards | |
| 19 | 2.05 | Does the proposed technical solution require significant change to the agency's existing technology infrastructure? | Minor or no infrastructure change required | Extensive infrastructure change required |
| 20 | | | Moderate infrastructure change required | |
| 21 | | | Extensive infrastructure change required | |
| 22 | | | Complete infrastructure replacement | |
| 23 | 2.06 | Are detailed hardware and software capacity requirements defined and documented? | Capacity requirements are not understood or defined | Capacity requirements are defined only at a conceptual level |
| 24 | | | Capacity requirements are defined only at a conceptual level | |
| 25 | | | Capacity requirements are based on historical data and new system design specifications and performance requirements | |

Officer Station Network Risk Assessment.xlsx
2_Technology

**IT Project Risk Assessment Tool**                    **Schedule IV-B**

|   | B | C | D | E |
|---|---|---|---|---|
| 1 | **Agency:  Florida Department of Corrections** | | | **Project:  Officer Stations** |
| 3 | **Section 3 -- Organizational Change Management Area** | | | |
| 4 | **#** | **Criteria** | **Values** | **Answer** |
| 5 | 3.01 | What is the expected level of organizational change that will be imposed within the agency if the project is successfully implemented? | Extensive changes to organization structure, staff or business processes | Moderate changes to organization structure, staff or business processes |
| 6 | | | Moderate changes to organization structure, staff or business processes | |
| 7 | | | Minimal changes to organization structure, staff or business processes structure | |
| 8 | 3.02 | Will this project impact essential business processes? | Yes | Yes |
| 9 | | | No | |
| 10 | 3.03 | Have all business process changes and process interactions been defined and documented? | 0% to 40% -- Few or no process changes defined and documented | 41% to 80% -- Some process changes defined and documented |
| 11 | | | 41% to 80% -- Some process changes defined and documented | |
| 12 | | | 81% to 100% -- All or nearly all processes defiined and documented | |
| 13 | 3.04 | Has an Organizational Change Management Plan been approved for this project? | Yes | No |
| 14 | | | No | |
| 15 | 3.05 | Will the agency's anticipated FTE count change as a result of implementing the project? | Over 10% FTE count change | Less than 1% FTE count change |
| 16 | | | 1% to 10% FTE count change | |
| 17 | | | Less than 1% FTE count change | |
| 18 | 3.06 | Will the number of contractors change as a result of implementing the project? | Over 10% contractor count change | 1 to 10% contractor count change |
| 19 | | | 1 to 10% contractor count change | |
| 20 | | | Less than 1% contractor count change | |
| 21 | 3.07 | What is the expected level of change impact on the citizens of the State of Florida if the project is successfully implemented? | Extensive change or new way of providing/receiving services or information) | Minor or no changes |
| 22 | | | Moderate changes | |
| 23 | | | Minor or no changes | |
| 24 | 3.08 | What is the expected change impact on other state or local government agencies as a result of implementing the project? | Extensive change or new way of providing/receiving services or information | Moderate changes |
| 25 | | | Moderate changes | |
| 26 | | | Minor or no changes | |
| 27 | 3.09 | Has the agency successfully completed a project with similar organizational change requirements? | No experience/Not recently (>5 Years) | Recently completed project with fewer change requirements |
| 28 | | | Recently completed project with fewer change requirements | |
| 29 | | | Recently completed project with similar change requirements | |
| 30 | | | Recently completed project with greater change requirements | |

**IT Project Risk Assessment Tool**                    **Schedule IV-B**

|   | B | C | D | E |
|---|---|---|---|---|
| 1 | **Agency:  Agency  Name** | | | **Project:  Project Name** |
| 3 | | **Section 4 -- Communication Area** | | |
| 4 | **#** | **Criteria** | **Value Options** | **Answer** |
| 5 | 4.01 | Has a documented Communication Plan been approved for this project? | Yes | No |
| 6 | | | No | |
| 7 | 4.02 | Does the project Communication Plan promote the collection and use of feedback from management, project team, and business stakeholders (including end users)? | Negligible or no feedback in Plan | Routine feedback in Plan |
| 8 | | | Routine feedback in Plan | |
| 9 | | | Proactive use of feedback in Plan | |
| 10 | 4.03 | Have all required communication channels been identified and documented in the Communication Plan? | Yes | No |
| 11 | | | No | |
| 12 | 4.04 | Are all affected stakeholders included in the Communication Plan? | Yes | No |
| 13 | | | No | |
| 14 | 4.05 | Have all key messages been developed and documented in the Communication Plan? | Plan does not include key messages | Some key messages have been developed |
| 15 | | | Some key messages have been developed | |
| 16 | | | All or nearly all messages are documented | |
| 17 | 4.06 | Have desired message outcomes and success measures been identified in the Communication Plan? | Plan does not include desired messages outcomes and success measures | Plan does not include desired messages outcomes and success measures |
| 18 | | | Success measures have been developed for some messages | |
| 19 | | | All or nearly all messages have success measures | |
| 20 | 4.07 | Does the project Communication Plan identify and assign needed staff and resources? | Yes | Yes |
| 21 | | | No | |

IT Project Risk Assessment Tool                                                   Schedule IV-B

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: Florida Department of Corrections | | | Project: Officer Stations |
| 3 | | **Section 5 -- Fiscal Area** | | |
| 4 | | **Criteria** | **Values** | **Answer** |
| 5 | 5.01 | Has a documented Spending Plan been approved for the entire project lifecycle? | Yes | No |
| 6 | | | No | |
| 7 | 5.02 | Have all project expenditures been identified in the Spending Plan? | 0% to 40% -- None or few defined and documented | 41% to 80% -- Some defined and documented |
| 8 | | | 41% to 80% -- Some defined and documented | |
| 9 | | | 81% to 100% -- All or nearly all defined and documented | |
| 10 | 5.03 | What is the estimated total cost of this project over its entire lifecycle? | Unknown | Greater than $10 M |
| 11 | | | Greater than $10 M | |
| 12 | | | Between $2 M and $10 M | |
| 13 | | | Between $500K and $1,999,999 | |
| 14 | | | Less than $500 K | |
| 15 | 5.04 | Is the cost estimate for this project based on quantitative analysis using a standards-based estimation model? | Yes | Yes |
| 16 | | | No | |
| 17 | 5.05 | What is the character of the cost estimates for this project? | Detailed and rigorous (accurate within ±10%) | Order of magnitude -- estimate could vary between 10-100% |
| 18 | | | Order of magnitude -- estimate could vary between 10-100% | |
| 19 | | | Placeholder -- actual cost may exceed estimate by more than 100% | |
| 20 | 5.06 | Are funds available within existing agency resources to complete this project? | Yes | No |
| 21 | | | No | |
| 22 | 5.07 | Will/should multiple state or local agencies help fund this project or system? | Funding from single agency | Funding from single agency |
| 23 | | | Funding from local government agencies | |
| 24 | | | Funding from other state agencies | |
| 25 | 5.08 | If federal financial participation is anticipated as a source of funding, has federal approval been requested and received? | Neither requested nor received | Not applicable |
| 26 | | | Requested but not received | |
| 27 | | | Requested and received | |
| 28 | | | Not applicable | |
| 29 | 5.09 | Have all tangible and intangible benefits been identified and validated as reliable and achievable? | Project benefits have not been identified or validated | Most project benefits have been identified but not validated |
| 30 | | | Some project benefits have been identified but not validated | |
| 31 | | | Most project benefits have been identified but not validated | |
| 32 | | | All or nearly all project benefits have been identified and validated | |
| 33 | 5.10 | What is the benefit payback period that is defined and documented? | Within 1 year | Within 5 years |
| 34 | | | Within 3 years | |
| 35 | | | Within 5 years | |
| 36 | | | More than 5 years | |
| 37 | | | No payback | |
| 38 | 5.11 | Has the project procurement strategy been clearly determined and agreed to by affected stakeholders? | Procurement strategy has not been identified and documented | Stakeholders have not been consulted re: procurement strategy |
| 39 | | | Stakeholders have not been consulted re: procurement strategy | |
| 40 | | | Stakeholders have reviewed and approved the proposed procurement strategy | |
| 41 | 5.12 | What is the planned approach for acquiring necessary products and solution services to successfully complete the project? | Time and Expense (T&E) | Combination FFP and T&E |
| 42 | | | Firm Fixed Price (FFP) | |
| 43 | | | Combination FFP and T&E | |
| 44 | 5.13 | What is the planned approach for procuring hardware and software for the project? | Timing of major hardware and software purchases has not yet been determined | Just-in-time purchasing of hardware and software is documented in the project schedule |
| 45 | | | Purchase all hardware and software at start of project to take advantage of one-time discounts | |
| 46 | | | Just-in-time purchasing of hardware and software is documented in the project schedule | |
| 47 | 5.14 | Has a contract manager been assigned to this project? | No contract manager assigned | Contract manager assigned is not the procurement manager or the project manager |
| 48 | | | Contract manager is the procurement manager | |
| 49 | | | Contract manager is the project manager | |
| 50 | | | Contract manager assigned is not the procurement manager or the project manager | |
| 51 | 5.15 | Has equipment leasing been considered for the project's large-scale computing purchases? | Yes | No |
| 52 | | | No | |
| 53 | 5.16 | Have all procurement selection criteria and outcomes been clearly identified? | No selection criteria or outcomes have been identified | Some selection criteria and outcomes have been defined and documented |
| 54 | | | Some selection criteria and outcomes have been defined and documented | |
| 55 | | | All or nearly all selection criteria and expected outcomes have been defined and documented | |
| 56 | 5.17 | Does the procurement strategy use a multi-stage evaluation process to progressively narrow the field of prospective vendors to the single, best qualified candidate? | Procurement strategy has not been developed | Multi-stage evaluation not planned/used for procurement |
| 57 | | | Multi-stage evaluation not planned/used for procurement | |
| 58 | | | Multi-stage evaluation and proof of concept or prototype planned/used to select best qualified vendor | |
| 59 | 5.18 | For projects with total cost exceeding $10 million, did/will the procurement strategy require a proof of concept or prototype as part of the bid response? | Procurement strategy has not been developed | No, bid response did/will not require proof of concept or prototype |
| 60 | | | No, bid response did/will not require proof of concept or prototype | |
| 61 | | | Yes, bid response did/will include proof of concept or prototype | |
| 62 | | | Not applicable | |

Officer Station Network Risk Assessment.xlsx
5_Fiscal

10/10/2022 6:12 PM

**IT Project Risk Assessment Tool**          **Schedule IV-B**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: | Florida Department of Corrections | | Project: Officer Stations |
| 3 | | Section 6 -- Project Organization Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 6.01 | Is the project organization and governance structure clearly defined and documented within an approved project plan? | Yes | No |
| 6 | | | No | |
| 7 | 6.02 | Have all roles and responsibilities for the executive steering committee been clearly identified? | None or few have been defined and documented | Some have been defined and documented |
| 8 | | | Some have been defined and documented | |
| 9 | | | All or nearly all have been defined and documented | |
| 10 | 6.03 | Who is responsible for integrating project deliverables into the final solution? | Not yet determined | System Integrator (contractor) |
| 11 | | | Agency | |
| 12 | | | System Integrator (contractor) | |
| 13 | 6.04 | How many project managers and project directors will be responsible for managing the project? | 3 or more | 2 |
| 14 | | | 2 | |
| 15 | | | 1 | |
| 16 | 6.05 | Has a project staffing plan specifying the number of required resources (including project team, program staff, and contractors) and their corresponding roles, responsibilities and needed skill levels been developed? | Needed staff and skills have not been identified | Some or most staff roles and responsibilities and needed skills have been identified |
| 17 | | | Some or most staff roles and responsibilities and needed skills have been identified | |
| 18 | | | Staffing plan identifying all staff roles, responsibilities, and skill levels have been documented | |
| 19 | 6.06 | Is an experienced project manager dedicated fulltime to the project? | No experienced project manager assigned | Yes, experienced project manager dedicated full-time, 100% to project |
| 20 | | | No, project manager is assigned 50% or less to project | |
| 21 | | | No, project manager assigned more than half-time, but less than full-time to project | |
| 22 | | | Yes, experienced project manager dedicated full-time, 100% to project | |
| 23 | 6.07 | Are qualified project management team members dedicated full-time to the project | None | Yes, business, functional or technical experts dedicated full-time, 100% to project |
| 24 | | | No, business, functional or technical experts dedicated 50% or less to project | |
| 25 | | | No, business, functional or technical experts dedicated more than half-time but less than full-time to project | |
| 26 | | | Yes, business, functional or technical experts dedicated full-time, 100% to project | |
| 27 | 6.08 | Does the agency have the necessary knowledge, skills, and abilities to staff the project team with in-house resources? | Few or no staff from in-house resources | Few or no staff from in-house resources |
| 28 | | | Half of staff from in-house resources | |
| 29 | | | Mostly staffed from in-house resources | |
| 30 | | | Completely staffed from in-house resources | |
| 31 | 6.09 | Is agency IT personnel turnover expected to significantly impact this project? | Minimal or no impact | Minimal or no impact |
| 32 | | | Moderate impact | |
| 33 | | | Extensive impact | |
| 34 | 6.10 | Does the project governance structure establish a formal change review and control board to address proposed changes in project scope, schedule, or cost? | Yes | Yes |
| 35 | | | No | |
| 36 | 6.11 | Are all affected stakeholders represented by functional manager on the change review and control board? | No board has been established | Yes, all stakeholders are represented by functional manager |
| 37 | | | No, only IT staff are on change review and control board | |
| 38 | | | No, all stakeholders are not represented on the board | |
| 39 | | | Yes, all stakeholders are represented by functional manager | |

Officer Station Network Risk Assessment.xlsx
6_Proj_Org

IT Project Risk Assessment Tool

Schedule IV-B

|  | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: **Florida Department of Corrections** | | | **Project: Officer Stations** |
| 3 | **Section 7 -- Project Management Area** | | | |
| 4 | **#** | **Criteria** | **Values** | **Answer** |
| 5 | 7.01 | Does the project management team use a standard commercially available project management methodology to plan, implement, and control the project? | No | Yes |
| 6 | | | Project Management team will use the methodology selected by the systems integrator | |
| 7 | | | Yes | |
| 8 | 7.02 | For how many projects has the agency successfully used the selected project management methodology? | None | More than 3 |
| 9 | | | 1-3 | |
| 10 | | | More than 3 | |
| 11 | 7.03 | How many members of the project team are proficient in the use of the selected project management methodology? | None | Some |
| 12 | | | Some | |
| 13 | | | All or nearly all | |
| 14 | 7.04 | Have all requirements specifications been unambiguously defined and documented? | 0% to 40% -- None or few have been defined and documented | 41 to 80% -- Some have been defined and documented |
| 15 | | | 41 to 80% -- Some have been defined and documented | |
| 16 | | | 81% to 100% -- All or nearly all have been defined and documented | |
| 17 | 7.05 | Have all design specifications been unambiguously defined and documented? | 0% to 40% -- None or few have been defined and documented | 41 to 80% -- Some have been defined and documented |
| 18 | | | 41 to 80% -- Some have been defined and documented | |
| 19 | | | 81% to 100% -- All or nearly all have been defined and documented | |
| 20 | 7.06 | Are all requirements and design specifications traceable to specific business rules? | 0% to 40% -- None or few are traceable | 41 to 80% -- Some are traceable |
| 21 | | | 41 to 80% -- Some are traceable | |
| 22 | | | 81% to 100% -- All or nearly all requirements and specifications are traceable | |
| 23 | 7.07 | Have all project deliverables/services and acceptance criteria been clearly defined and documented? | None or few have been defined and documented | Some deliverables and acceptance criteria have been defined and documented |
| 24 | | | Some deliverables and acceptance criteria have been defined and documented | |
| 25 | | | All or nearly all deliverables and acceptance criteria have been defined and documented | |
| 26 | 7.08 | Is written approval required from executive sponsor, business stakeholders, and project manager for review and sign-off of major project deliverables? | No sign-off required | Review and sign-off from the executive sponsor, business stakeholder, and project manager are required on all major project deliverables |
| 27 | | | Only project manager signs-off | |
| 28 | | | Review and sign-off from the executive sponsor, business stakeholder, and project manager are required on all major project deliverables | |
| 29 | 7.09 | Has the Work Breakdown Structure (WBS) been defined to the work package level for all project activities? | 0% to 40% -- None or few have been defined to the work package level | 0% to 40% -- None or few have been defined to the work package level |
| 30 | | | 41 to 80% -- Some have been defined to the work package level | |
| 31 | | | 81% to 100% -- All or nearly all have been defined to the work package level | |
| 32 | 7.10 | Has a documented project schedule been approved for the entire project lifecycle? | Yes | No |
| 33 | | | No | |
| 34 | 7.11 | Does the project schedule specify all project tasks, go/no-go decision points (checkpoints), critical milestones, and resources? | Yes | No |
| 35 | | | No | |
| 36 | 7.12 | Are formal project status reporting processes documented and in place to manage and control this project? | No or informal processes are used for status reporting | Project team and executive steering committee use formal status reporting processes |
| 37 | | | Project team uses formal processes | |
| 38 | | | Project team and executive steering committee use formal status reporting processes | |
| 39 | 7.13 | Are all necessary planning and reporting templates, e.g., work plans, status reports, issues and risk management, available? | No templates are available | All planning and reporting templates are available |
| 40 | | | Some templates are available | |
| 41 | | | All planning and reporting templates are available | |
| 42 | 7.14 | Has a documented Risk Management Plan been approved for this project? | Yes | No |
| 43 | | | No | |
| 44 | 7.15 | Have all known project risks and corresponding mitigation strategies been identified? | None or few have been defined and documented | Some have been defined and documented |
| 45 | | | Some have been defined and documented | |
| 46 | | | All known risks and mitigation strategies have been defined | |
| 47 | 7.16 | Are standard change request, review and approval processes documented and in place for this project? | Yes | Yes |
| 48 | | | No | |
| 49 | 7.17 | Are issue reporting and management processes documented and in place for this project? | Yes | Yes |
| 50 | | | No | |

**IT Project Risk Assessment Tool**                    Schedule IV-B

|   | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency:  Florida Department of Corrections | | | Project:  Officer Stations |
| 2 | | | | |
| 3 | Section 8 -- Project Complexity Area | | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 8.01 | How complex is the proposed solution compared to the current agency systems? | Unknown at this time | Similar complexity |
| 6 | | | More complex | |
| 7 | | | Similar complexity | |
| 8 | | | Less complex | |
| 9 | 8.02 | Are the business users or end users dispersed across multiple cities, counties, districts, or regions? | Single location | More than 3 sites |
| 10 | | | 3 sites or fewer | |
| 11 | | | More than 3 sites | |
| 12 | 8.03 | Are the project team members dispersed across multiple cities, counties, districts, or regions? | Single location | Single location |
| 13 | | | 3 sites or fewer | |
| 14 | | | More than 3 sites | |
| 15 | 8.04 | How many external contracting or consulting organizations will this project require? | No external organizations | More than 3 external organizations |
| 16 | | | 1 to 3 external organizations | |
| 17 | | | More than 3 external organizations | |
| 18 | 8.05 | What is the expected project team size? | Greater than 15 | Greater than 15 |
| 19 | | | 9 to 15 | |
| 20 | | | 5 to 8 | |
| 21 | | | Less than 5 | |
| 22 | 8.06 | How many external entities (e.g., other agencies, community service providers, or local government entities) will be impacted by this project or system? | More than 4 | More than 4 |
| 23 | | | 2 to 4 | |
| 24 | | | 1 | |
| 25 | | | None | |
| 26 | 8.07 | What is the impact of the project on state operations? | Business process change in single division or bureau | Statewide or multiple agency business process change |
| 27 | | | Agency-wide business process change | |
| 28 | | | Statewide or multiple agency business process change | |
| 29 | 8.08 | Has the agency successfully completed a similarly-sized project when acting as Systems Integrator? | Yes | No |
| 30 | | | No | |
| 31 | 8.09 | What type of project is this? | Infrastructure upgrade | Infrastructure upgrade |
| 32 | | | Implementation requiring software development or purchasing commercial off the shelf (COTS) software | |
| 33 | | | Business Process Reengineering | |
| 34 | | | Combination of the above | |
| 35 | 8.10 | Has the project manager successfully managed similar projects to completion? | No recent experience | Similar size and complexity |
| 36 | | | Lesser size and complexity | |
| 37 | | | Similar size and complexity | |
| 38 | | | Greater size and complexity | |
| 39 | 8.11 | Does the agency management have experience governing projects of equal or similar size and complexity to successful completion? | No recent experience | Similar size and complexity |
| 40 | | | Lesser size and complexity | |
| 41 | | | Similar size and complexity | |
| 42 | | | Greater size and complexity | |

**SCHEDULE IV-B FOR OFFICER STATION NETWORK**

*Appendix B – Project Charter*

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

# FLORIDA DEPARTMENT OF CORRECTIONS

# Office of Information Technology

# Project Management Office



# OFFICER STATIONS NETWORK

# PROJECT CHARTER

# 10/6/2022



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

# CONTACTS

| Agency Project Manager: | | Agency Project Sponsor: | |
|---|---|---|---|
| Andrew Morton, PMP | | Richard Comerford, Deputy Secretary | |
| Phone: | 850-717-9926 | Phone: | 850-717-3037 |
| Email: | Andrew.Morton@fdc.myflorida.com | Email: | Richard.Comerford@fdc.myflorida.com |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

# TABLE OF CONTENTS

1.0  EXECUTIVE SUMMARY ................................................................................................ 4

2.0  BUSINESS NEED AND OBJECTIVES ........................................................................ 5

2.1  Business Need and Justification ................................................................. 5

3.0  PROJECT SUMMARY ................................................................................................ 5

3.1  Project Description ................................................................................... 5

3.2  Scope ......................................................................................................... 5

3.3  Assumptions and Constraints ................................................................... 6

3.3.1  Assumptions ...................................................................................... 6

3.3.2  Constraints ........................................................................................ 7

3.4  Milestones ................................................................................................ 7

3.5  Deliverables .............................................................................................. 8

4.0  INITIAL PROJECT PLAN ........................................................................................... 10

4.1  Estimated Budget .................................................................................... 10

4.2  Funding Source(s) ................................................................................... 10

4.3  Procurement Strategy ............................................................................. 11

4.4  Project Schedule Estimate ...................................................................... 11

5.0  PROJECT AUTHORITY ............................................................................................. 11

5.1  Project Sponsor(s) and Leadership Team ............................................... 11

5.2  Project Manager ...................................................................................... 12

5.3  Project Organizational and Governance Structure ................................ 12

6.0  PROJECT RISKS ...................................................................................................... 15

6.1  Risk and Complexity Category ................................................................ 15

6.2  Initial Project Risks ................................................................................. 15

7.0  PROJECT APPROVALS ............................................................................................ 17



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 1.0    EXECUTIVE SUMMARY

Pursuant to Chapter 945, Florida Statutes (F.S.), the Florida Department of Corrections (Department or FDC) is entrusted with the care and custody of inmates in Florida prisons. The FDC is the third largest state prison system in the country with an annual budget of $2.9 billion, approximately 80,000 inmates incarcerated, and nearly 140,000 offenders under community supervision. As such, the Department's operations are critical to the safety and security of the public as well as our staff.

The Department is comprised of two major functional components, Institutions and Community Corrections, along with support entities and staff for Administration, Health Services, and Programs and Re-Entry. The Office of Institutions is responsible for the supervision of all four institutional regions and operational management of all correctional facilities; auditing security at facilities; maintaining accreditation standards; special operations; membership on the State Emergency Response Team (SERT); tracking incident reports; maintaining records on all inmates incarcerated; assisting law enforcement in their investigations; monitoring and interpreting court orders; establishing security standards for all facilities; maintaining the inmate transportation system; conducting training programs on security issues, classification, records, sentence structure, and court orders, as well as other related areas; and establishing policy and direction for all classification and records functions from reception to release. The Office of Community Corrections in Central Office assists the administration in carrying out its mission for public safety by providing support, technical assistance, and policy for approximately 2,620 Community Corrections staff in the state.

The Department relies on critical IT systems and support to fulfill its mission in providing a continuum of services to meet the needs of those entrusted to our care, creating a safe and professional environment with the outcome of reduced victimization, safer communities, and an emphasis on the premium of life. Core operations are primarily manual, paper-based processes that are later entered into a home-grown mainframe application known as the Offender Based Information System, or OBIS. In addition, there are several peripheral applications surrounding OBIS. Over the last several decades, the Department has been limited by the critical network infrastructure. Of the 149 main units, work camps, and annex sites, only a handful of those built-in recent decades have been properly scoped for emerging technology and connectivity needs. As it stands today, Department leadership cannot directly communicate with the officers in the field due to the inaccessibility of technology behind the secure perimeter, extending to the various buildings and officer stations—including computers and connectivity—for basic email and access to the Department's intranet site. The lack of technology access also limits the future of offender management when talking about automation opportunities requiring real-time upload of information for routine, statutorily required processes such as the various counts and cell checks Required.

The Department also recently launched a pilot program at Jackson CI in three AMU housing units, installing fiber and wireless access points. This base installation enabled the Department to offer a mobile OBIS program for classification officers to use, bringing their routine inmate meetings directly to the inmates. This allowed classification officers to meet with more inmates, lessened the burden on corrections officers for various inmate call outs, and consolidated the mobile meetings with a real-time exchange of information benefiting both officers and inmates. Expanding

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

the network infrastructure to include officer stations and wireless installations will enable such advancements in the use of technology behind the secure perimeter.

## 2.0    BUSINESS NEED AND OBJECTIVES

## 2.1    Business Need and Justification

The Expanding network connectivity will provide the following benefits.

- Enables direct communication channels via Microsoft Outlook email, MS Teams, and DC Web (Intranet access)
- Provides for considerable efficiency gains via process automation and workflows, such as activity and
- security logs, incident reporting, use of force, human resource applications and tools, etc.
- Frees up security staff for more critical public safety posts that otherwise might remain unfilled due to staff vacancies
- Provides the infrastructure foundation for a future networked camera solution

## 3.0    PROJECT SUMMARY

## 3.1    Project Description

Network connectivity with sufficient bandwidth and computers to access existing agency applications will be installed in all housing units for officers to access existing Department network resources and applications.  Connectivity between buildings will be provided using fiberoptic cabling that is run through new conduit in the ground. Connectivity in each housing unit will include new switch equipment for desktop computers to obtain connectivity through Ethernet cabling. Connectivity in each housing unit will include new wireless access point equipment for tablet computers to obtain connectivity over WiFi that complies with FIPS 140-2 security requirements. Approximately 1,000 new desktop computers with Microsoft licensing will be installed in each housing unit for correctional officers to access network resources and agency applications. The paper-based business process will be replaced with digital solutions so that correctional officers can input data through agency applications in real-time and enable direct communication channels using Microsoft Outlook email, Microsoft Teams, and DC Web (Intranet access).

## 3.2    Scope

The scope of this project includes the procurement, implementation, and management of network resources required to support statewide network connectivity and wireless access.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

The table below summarizes the activities to support the Officer Stations Network project:

| Activity | Description |
|---|---|
| Analysis | Validation of the system requirements collected during previous business process improvement and requirements gathering efforts. |
| Design | Joint Application Design sessions with end users, functional and technical design documentation, and user interface prototyping. |
| Build | Application configuration and system development, database development, data conversion, data migration, data warehouse development, unit testing, creation of help screens and development of an online user tutorial. |
| Test | Creation of test plans and test cases, and the performance of integration and system testing, user acceptance testing, and regression testing. |
| Deploy | Implementation planning and the deployment of the new system to a production environment. |
| Operations | Begins during the implementation phase. The emphasis of this phase will be to ensure that the necessary equipment, staff, and procedures are in place to meet the needs of end users and ensure that the system will continue to perform as specified. |

## 3.3    Assumptions and Constraints

The Officer Stations Network project is dependent upon a wide range of assumptions and constraints. Assumptions refer to things which are, based on functional, technical, statutory, and/or best practices, believed to have potential impact on the overall goals of the project. Constraints are defined as things that are known to prevail today or will be required in the future, which limit or influence subsequent functionality, the technical environment, budgets, implementation planning, project execution, and operations and maintenance activities.

From a fundamental perspective, the most important aspect of Officer Stations Network is an understanding that the functions of the Department to meet its mission cannot be interrupted.

### 3.3.1  Assumptions

- Project activities will be compliant with all applicable state and federal policies, statutes, and rules.
- Equipment and services can be procured timely to ensure project completion.
- Vendors can implement the proposed solution in the designated timeframe, in the sequence prescribed, and in alignment with budgetary allocations/restrictions.
- The additional network connectivity will enable direct communications and promote operational efficiencies.
- The project team, both the Department and the vendor, will be staffed appropriately to coordinate the procurement and installation of all infrastructure and services per the project objectives.
- The project can be implemented in single fiscal year.
- Implementation of the proposed vendor solution will comply with Chapter 60GG-1, F.A.C., Florida
- Information Technology Project Management and Oversight Standards.

 **FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

- The proposed vendor solution will consider public safety as an overarching goal of the Department.

### 3.3.2 Constraints

- Project activities, schedules, and milestones depend on the appropriate funding.
- State statutory changes, changes in administrative rules, and Department policy changes could affect the project.

## 3.4 Milestones

| Milestone | Deliverable(s) to Complete |
|---|---|
| Legislative Approval | Updated Schedule IV-B |
| Procurement (RFQ) | Solicitation Document and Contract |
| Procurement (Support resources and software) | Solicitation Document and Contract |
| Project Kick-Off | Project Charter |
| Project Management Documents Completed | Various (See deliverable list) |
| Business Process Analysis Completed | As-Is Business Process Flows<br>To-Be Business Process Flows |
| Acceptance of Functional and Technical Requirements | System Requirements Document<br>Offender Management System Requirements Document |
| Acceptance of Validated Requirements | Validated Functional Requirements Document |
| Hardware Purchase Completed | Hardware Received |
| Acceptance of Functional and Technical Design Specifications | Functional and Technical Design Specification documents |
| Network Infrastructure Installed | Wired and Wireless Network Installation and Configuration |
| User Acceptance Testing Complete | User Acceptance Document Sign-off |
| End User Training Complete | On-site training sessions<br>Training materials |
| System Deployment | Functional system released into production |
| Project Close-out | Lessons Learned<br>Knowledge Transfer<br>Contract Compliance Checklist<br>Project Close-out Checklist |
| | |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 3.5   Deliverables

| Name | Deliverable Description |
|------|-------------------------|
| Project Management Status Reports | Weekly status reports to project management team. |
| Risk and Issue Registers | Prioritized lists of risks and issues identified and reviewed during the project. |
| Meeting Minutes | Record of decisions, action items, issues, and risks identified during formal stakeholder meetings. |
| Project Charter | Issued Project Sponsor that formally authorizes the existence of the project and provides the Project Manager with the authority to apply organizational resources to project activities. |
| Project Management Plan | Includes the following documents as required by the FDC Project Director and/or the PMO:<br>• Work Breakdown Structure<br>• Resource Loaded Project Schedule<br>• Change Management Plan<br>• Communication Plan<br>• Document Management Plan<br>• Scope Management Plan<br>• Quality Management Plan<br>• Risk Management Plan<br>• Risk Response Plan<br>• Issue Management Plan<br>• Resource Management Plan<br>• Conflict Resolution Plan<br>• Baseline Project Budget |
| As-Is Business Process Flows | Represents, graphically, the current business processes using standard business process notation. This document should include narrative descriptions of key activities, including owners, inputs, and outputs. |
| To-Be Business Process Flows | Represents the future state of the Florida Offender Management System business processes, as reengineered by the vendor in conjunction with FDC subject matter experts. The process flows are developed using standard business process notation. This document should include narrative descriptions of key activities, including owners, inputs, and outputs. |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Name | Deliverable Description |
|------|------------------------|
| Technical Design Specification | Detailed technical design for data and information processing in the new business system to include:<br>• Environment/Platform/Tools used<br>• Specifications for each functional module covering inputs, sources, processing, logic, outputs, and targets<br>• Interactions/data exchanges with external systems<br>• Interface API/Web-service specifications<br>• Data Model/ERD<br>• Data Dictionary<br>• Technical Architecture (to include a hardware usage plan) |
| Design Demonstration | Review and acceptance of the system integrator's design required before proceeding to development. Key stakeholders will experience the prototype and then a go/no-go decision will be submitted to the Project Sponsors for action. |
| Status Reports | Weekly status reports to project management team. |
| Stakeholder Analysis | Identifies the groups impacted by the change, the type and degree of impact, group attitude toward the change and related change management needs. |
| Training Plan | Defines the objectives, scope, and approach for training all stakeholders who require education about the new organizational structures, processes, policies, and system functionality. |
| Change Readiness Assessment | Surveys the readiness of the impacted stakeholders to "go live" with the project and identifies action plans to remedy any lack of readiness. |
| IV&V Project Charter | A document issued by the Project Sponsor that formalizes the scope, objectives, and deliverables of the IV&V effort. |
| IV&V Status Reports | Quarterly reports to the Executive Management Team. |
| IV&V Periodic Assessments | Documents the results of IV&V activity to determine the status of project management processes and outcomes including but not limited to:<br><br>• Schedule Review Summary<br>• Budget Review Summary<br>• Business Alignment Summary<br>• Risk Review Summary<br>• Issue Review Summary<br>• Organizational Readiness Summary<br>• Recommended Next Steps/Actions for each of the above areas<br>• Milestone and Deliverable reviews (to determine if the project is prepared to proceed to the next phase in the project work plan)<br>• Current scorecard of the project management disciplines<br>• Strengths and areas for improvement in the project management disciplines<br>• IV&V Next Steps/Actions |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Name | Deliverable Description |
|---|---|
| IV&V Contract Compliance Checklist | Documents that vendors involved with the project have met all contractual requirements. |
| Test Plans | Detailed test plans for unit testing, system testing, load testing, and user acceptance testing. |
| Test Cases | Documented set of actions to be performed within the system to determine whether all functional requirements have been met. |
| Implementation Plan | Detailed process steps for implementing the new system statewide. |
| Knowledge Transfer Plan | Based on a gap analysis, this plan will detail the steps taken to transfer knowledge about the system to the resources that ultimately will be responsible for post-implementation support. |
| Functional Network | Final production version of the new business system. |
| System Operation and Maintenance Plan | Detailed plan for how the finished system will be operated and maintained. |
| System Documentation | All the documentation required to enable FDC staff to troubleshoot, maintain and enhance the newer system. |

## 4.0   INITIAL PROJECT PLAN

### 4.1   Estimated Budget

The total project cost is estimated to about $31,993,768.

| Funding | Item | Amount |
|---|---|---|
| Non-recurring | Network Fiber Installation | $12,866,800 |
| Non-recurring | Network Equipment | $15,001,200 |
| Non-recurring | Computers | $1,325,000 |
| Recurring | Network Maintenance | $245,688 |
| Recurring | DMS MFN2 State Network Bandwidth | $840,000 |
| Recurring | Microsoft G3 License Subscription | $1,450,080 |
| Recurring | 5-Year Computer Refresh | $265,000 |
| | **Total** | **$31,993,768** |

### 4.2   Funding Source(s)

Funding for the Officer Stations Network is dependent on approval of the Department's FY 2023-24 Legislative Budget Request (LBR). Without funding approval, the project will not move forward.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 4.3    Procurement Strategy

Any procurement of resources or services for the project will be conducted using State and Department policies and procedures.  Specific procurement plans and approaches will be defined during the planning phase (FY 2021-22) of this project.

## 4.4    Project Schedule Estimate

The graphics below depict the high-level timeline for major activities or workstreams for the project.

| Task Name | Duration | Start | Finish |
|---|---|---|---|
| Officer Stations LBR V2 | 398 days | Tue 11/1/22 | Fri 5/31/24 |
| Preparation | 153 days | Tue 11/1/22 | Mon 6/12/23 |
| Schedule IV-B | 153 days | Tue 11/1/22 | Mon 6/12/23 |
| Drafting | 60 days | Tue 11/1/22 | Tue 1/31/23 |
| Internal Review | 30 days | Wed 2/1/23 | Tue 3/14/23 |
| Session | 45 days | Mon 4/10/23 | Mon 6/12/23 |
| Budget Approval (Gov Signature) | 0 days | Mon 6/26/23 | Mon 6/26/23 |
| TIPS Quote for Fiber Install | 168 days | Tue 11/1/22 | Mon 7/3/23 |
| IV&V RFQ | 168 days | Tue 11/1/22 | Mon 7/3/23 |
| Hardware Purchase and Installation RFQ | 203 days | Tue 11/1/22 | Tue 8/22/23 |
| Project Execution | 230 days | Wed 7/5/23 | Fri 5/31/24 |
| Project Complete | 0 days | Thu 5/16/24 | Thu 5/16/24 |

# 5.0    PROJECT AUTHORITY

## 5.1    Project Sponsor(s) and Leadership Team

The project sponsor is responsible for championing the project and providing authority to the Project Manager to execute the project. The project sponsor governs the project through direction of the Project Leadership Team. The Officer Stations Network Project Sponsor is Deputy Secretary Ricky Dixon.



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

The Project Leadership Team is made up of key stakeholders representing the different organizational areas involved with the project.  These roles and responsibilities of the project leadership team is identified in Section 5.3.

## 5.2    Project Manager

The Project Manager is responsible for managing the project and keeping the project leadership team and stakeholders informed. The Officer Stations Network Project Manager for the duration of pre-DDI activities is Danny Johnson.

## 5.3    Project Organizational and Governance Structure

The FDC Project Management Team will be headed by the FDC Project Manager and will include the vendor Project Manager. This team will be responsible for day-to-day oversight of the project. In addition, the Project Management Team will work closely with the Florida Digital Services (FL[DS]) to ensure sufficient external project oversight is established and maintained.

For a project of this size and duration, the Department will implement a Project Management Team to monitor project issues and risks and provide general support to the Project Manager throughout the project. This team will be staffed with at least one Certified Project Management Professionals (PMP®).



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology



| Role Name | Description | Assigned To |
|---|---|---|
| Executive Sponsor | • Provides executive oversight to the project<br>• Acts as final escalation for decisions if these issues cannot be resolved by any of the three governance levels<br>• Directs governance | FDC Deputy Secretary or Designee – Ricky Dixon |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Role Name | Description | Assigned To |
|---|---|---|
| Project Leadership Team (Executive Steering Committee) | <ul><li>Ensure the project meets overall objectives</li><li>Provide management direction and support to the Project Management Team</li><li>Assess the project's alignment with the strategic goals of the department</li><li>Review and approve or disapprove high-priority changes to the project's scope, schedule and costs.</li><li>Review, approve or disapprove and determine whether to proceed with any major project deliverables; and</li><li>Recommend suspension or termination of the project to the Governor, the President of the Senate, and the Speaker of the House of Representatives if determined that the primary objectives cannot be achieved.</li></ul> | FDC Deputy Secretary or Designee, FDC Chief Information Officer, FDC Chief Financial Officer, FDC Chief Technology Officer, FDC Deputy Secretaries |
| IV&V vendor | <ul><li>Verifies that the system is developed following validated requirements and design specifications</li><li>Validates that the system performs its functions satisfactorily</li><li>Monitors project management processes and provides feedback on any deficiencies noted</li><li>Reviews and provides feedback on project deliverables</li><li>Presents to Executive Sponsor(s)on IV&V activities</li></ul> | Awardee from competitive procurement |
| Project Manager | <ul><li>Has overall responsibility for the successful development and implementation of the project</li><li>Oversees the development and implementation of the project</li><li>Oversees the Project Management Team for the project</li><li>Liaison with Project Leadership Team for internal and budget resources</li></ul> | FDC Designee |
| Project Management Team | <ul><li>Responsible for day-to-day project oversight</li><li>Provides overall guidance and direction to the System Integrator</li><li>Coordinates with the Executive Steering Committee for resources</li><li>Works with System Integrator Project Manager to ensure stakeholder needs are met</li><li>Has daily decision-making authority</li><li>Oversees and manages project plan</li><li>Coordinates project resources, budgets, and contract management</li><li>Reviews and provides feedback on project deliverables</li><li>Responsible for project management areas including scope, risk, quality, and change control</li><li>Coordinates project status communications</li><li>Liaison with external agencies as needed</li></ul> | Whether outsourced or staffed internally, this role will report to and be managed within the structure and guidelines of the FDC PMO. |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Role Name | Description | Assigned To |
|---|---|---|
| Systems Integrator (SI) Project Manager | • Reports to the Project Manager<br>• Works with the Project Management Team to seek guidance and direction<br>• Responsible for systems integrator project management activities<br>• Leads the planning and development of project deliverables<br>• Develops and manages the project schedule and associated tasks<br>• Maintain all project documentation including detailed project plan<br>• Ensure adherence to the process and project management standards and guidelines<br>• Responsible for project management areas including scope, risk, quality, and change control<br>• Prepare formal project reports and presentations<br>• Ensure deliverables conform to FDC standards<br>• Facilitate project related meetings as required | SI vendor |

## 6.0   PROJECT RISKS

### 6.1   Risk and Complexity Category

The Florida Information Technology Project Management and Oversight Standards, Rule 60GG-1, F.A.C, requires agencies to complete a risk and complexity assessment for all IT projects to determine the minimum level of project management required for each IT-related project. This project is scored as a Category 4, representing High Risk and High Complexity projects, according to Florida Digital Services (FLDS) Risk and Complexity Assessment Tool (Rule 60GG-1, F.A.C.).  The project will be managed accordingly using FLDS and Project Management Institute (PMI) standards and practices and include oversight from FLDS.

### 6.2   Initial Project Risks

The overall risk assessment of the project is rated as "High" based on the Schedule IV-B risk assessment tool.   This rating reflects assessment ratings of "Medium" in three of the eight assessment areas and "High" in five areas of eight areas. As would be expected at this early stage, the project carries some risk. It is expected that overall project risk will diminish significantly by the conclusion of the first year when the project structure is fully in place and the foundational process and technology elements have been implemented.

The categories assessed as high risk and the primary causes for that assessment level include:

- Technology Exposure Assessment – because the technology approach has been conceptually identified and the resources needed will be external to the Department throughout implementation. There will be a learning curve for current staff for future sustainability and support.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

- Organizational Change Management – because the new system will enable cross organization integration capabilities, the change related to the system is considered extensive. Extensive change can be a significant risk because staff is not adept at dealing with changes of this size.
- Communication Assessment – because the new systems have many external stakeholders the communication required is extensive.
- Fiscal Assessment – the size and duration of the project are significant drivers in the overall risk classification for this category. Likewise, uncertainty around benefit amounts and timing are also contributors.
- Project Organization – the duration of the project and less than full time commitment of some of the project team members are a significant risk.
- Project Complexity - because the proposed project is larger than any other project performed by the Department and involves more than 3 stakeholders, this assessment area was also rated as High. For a project of this type this risk level is expected.



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 7.0    PROJECT APPROVALS

The undersigned acknowledge they have reviewed the **Officer Stations Network Project Charter** and agree with the information contained herein.  The undersigned hereby give the project manager the authority to apply the approved level of organizational resources to project activities.

Signature: _____    Date: _____
Print Name: **Richard Comerford**
Title: **Deputy Secretary**
Agency: **Florida Department of Corrections**
Role: **Project Sponsor**

Signature: _____    Date: _____
Print Name: **Mark Tallent**
Title: **Chief Financial Officer**
Agency: **Florida Department of Corrections**
Role: _____

Signature: _____    Date: _____
Print Name: **Tim Fitzgerald**
Title: **Chief of Staff**
Agency: **Florida Department of Corrections**
Role: _____

Signature: _____    Date: _____
Print Name: **Wendy Ling**
Title: **Chief Information Officer**
Agency: **Florida Department of Corrections**
Role: _____

*Appendix C – Draft Project Management Plan*

# FLORIDA DEPARTMENT OF CORRECTIONS

## Office of Information Technology

## Project Management Office



# OFFICER STATIONS NETWORK

## PROJECT MANAGEMENT PLAN

### VERSION 1.0



**Florida Department of Corrections**
*Office of Information Technology*

## CONTACTS

| Agency Project Manager: | | Agency Project Sponsor: | |
|---|---|---|---|
| *Andrew Morton, PMP* | | **Deputy Secretary Richard Comerford** | |
| **Phone:** | 850-717-9926 | **Phone:** | 850-717-3037 |
| **Email:** | Andrew.Morton@fdc.myflorida.com | **Email:** | Richard.Comerford@fdc.myflorida.com |

 Florida Department of Corrections
*Office of Information Technology*

## SIGNATURE AND ACCEPTANCE PAGE

I have reviewed this Project Management Plan (PMP) and agree that the content of the document is accurate and clearly describes the project management methodology for the project.

Signature: _____    Date: _____

Print Name: **Richard Comerford**

Title: **Deputy Secretary**

Agency: **Florida Department of Corrections**

Role: **Project Sponsor**

Signature: _____    Date: _____

Print Name: **Mark Tallent**

Title: **Chief Financial Officer**

Agency: **Florida Department of Corrections**

Role: _____

Signature: _____    Date: _____

Print Name: **Tim Fitzgerald**

Title: **Chief of Staff**

Agency: **Florida Department of Corrections**

Role: _____

Signature: _____    Date: _____

Print Name: **Wendy Ling**

Title: **Chief Information Officer**

Agency: **Florida Department of Corrections**

Role: _____

Signature: _____    Date: _____

Print Name: **Andrew Morton**

Title: **Project Manager**

Agency: **Florida Department of Corrections**

Role: _____



Florida Department of Corrections
*Office of Information Technology*

# TABLE OF CONTENTS

SIGNATURE AND ACCEPTANCE PAGE ............................................................................................. 2
1    EXECUTIVE SUMMARY ...................................................................................................... 5
2    PROJECT SCOPE ................................................................................................................. 5
   2.1    Project Summary ......................................................................................................... 5
   2.2    In Scope ....................................................................................................................... 6
   2.3    Out of Scope ................................................................................................................ 7
   2.4    Project Objectives ....................................................................................................... 7
   2.5    Assumptions and Constraints ..................................................................................... 7
      2.5.1    **Assumptions** ...................................................................................................... 7
      2.5.2    **Constraints** ........................................................................................................ 8
   2.6    Milestones .................................................................................................................. 9
   2.7    Deliverables .............................................................................................................. 10
   2.8    Requirements Traceability ....................................................................................... 12
3    PROJECT APPROACH ....................................................................................................... 12
   3.1    Project Management Methodology ........................................................................... 12
4    PROJECT ORGANIZATIONAL AND GOVERNANCE STRUCTURE ....................................... 13
   4.1    Project Organizational & Governance Chart ............................................................. 14
   4.2    Identify Stakeholders ................................................................................................ 14
   4.3    Identify Project Team ................................................................................................ 14
   4.4    Project Governance Process ...................................................................................... 15
   4.5    Escalation Process ..................................................................................................... 15
5    RESOURCE PLAN .............................................................................................................. 17
   5.1    Human Resources ...................................................................................................... 17
   5.2    Equipment/Materials Resources ............................................................................... 17
6    WORK BREAKDOWN STRUCTURE .................................................................................... 17
7    PROJECT SCHEDULE MANAGEMENT PLAN ...................................................................... 18
   7.1    Project Schedule ........................................................................................................ 18
   7.2    Schedule Management ............................................................................................... 18
8    COST MANAMGENT PLAN ............................................................................................... 19
   8.1    Project Estimated Budget .......................................................................................... 19
   8.2    Project Spending Plan ................................................................................................ 19
   8.3    Cost Management ....................................................................................................... 20



9      PROCUREMENT MANAGEMENT PLAN ...................................................... 20
9.1    Procurement Management Procedure ............................................... 20
9.2    Contracts Management Procedure ................................................... 20
10     COMMUNICATIONS MANAGEMENT PLAN ............................................ 20
10.1   Updates to the Communications Plan .............................................. 21
10.2   Documentation Standards .............................................................. 21
10.2.1  Document Naming Conventions .................................................. 22
10.3   Centralized Document Repository .................................................. 22
11     CHANGE MANAGEMENT PLAN ....................................................... 23
11.1   Change Control Process ................................................................ 23
11.2   Track Project Changes .................................................................. 24
12     ORGANIZATIONAL CHANGE MANAGEMENT PLAN ............................... 24
13     QUALITY MANAGEMENT PLAN ...................................................... 25
13.1   Deliverable Quality ....................................................................... 27
13.2   Deliverable Review Process ........................................................... 27
13.3   Deliverable Quality Metrics ........................................................... 28
13.4   Quality Assurance Assessments – Internal and External ................... 28
13.5   System Quality ............................................................................. 29
13.5.1  Requirements Traceability ......................................................... 29
13.5.2  Testing and Defect Management ................................................ 30
14     RISK AND ISSUE MANAGEMENT ..................................................... 30
14.1   Defining a Risk ............................................................................. 30
14.2   Risk Management Plan .................................................................. 32
14.3   Issue Management and Resolution .................................................. 33
15     SYSTEM SECURITY PLAN .............................................................. 34



Florida Department of Corrections
*Office of Information Technology*

## 1    EXECUTIVE SUMMARY

This Project Management Plan (PMP) provides methodology, plans, and processes for effective execution and management of the Officer Stations Network Project.  This plan identifies the project's:

- Scope
- Approach
- Organizational and Governance Structure
- Resource Plan
- Work Breakdown Structure
- Schedule Management Plan
- Cost Management Plan
- Procurement Management Plan
- Communications Management Plan
- Change Management Plan
- Organizational Change Management Plan
- Quality Management Plan
- Risk and Issue Management Plans
- System Security Plan

The Program Management Plan (PMP) is a "living" document that is initially prepared early in the Planning Phase of the project. The PMP identifies key elements of the project management strategy and the high-level activities and deliverables of the program.

## 2    PROJECT SCOPE

## 2.1    Project Summary

Pursuant to Chapter 945, Florida Statutes (F.S.), the Florida Department of Corrections (Department or FDC) is entrusted with the care and custody of inmates in Florida prisons. The FDC is the third largest state prison system in the country with an annual budget of $2.9 billion, approximately 80,000 inmates incarcerated, and nearly 140,000 offenders under community supervision. As such, the Department's operations are critical to the safety and security of the public as well as our staff.

The Department is comprised of two major functional components, Institutions and Community Corrections, along with support entities and staff for Administration, Health Services, and Programs and Re-Entry. The Office of Institutions is responsible for the supervision of all four institutional regions and operational management of all correctional facilities; auditing security at facilities; maintaining accreditation standards; special operations; membership on the State Emergency Response Team (SERT); tracking incident reports; maintaining records on all inmates incarcerated; assisting law enforcement in their investigations; monitoring and interpreting court orders; establishing security standards for all facilities; maintaining the inmate transportation system; conducting training programs on security issues, classification, records, sentence structure, and court orders, as well as other related areas; and establishing policy and direction for all classification and records functions from reception to release. The Office of Community Corrections in Central Office assists the administration in carrying out its mission for public



Florida Department of Corrections
*Office of Information Technology*

safety by providing support, technical assistance, and policy for approximately 2,620 Community Corrections staff in the state.

The Department relies on critical IT systems and support to fulfill its mission in providing a continuum of services to meet the needs of those entrusted to our care, creating a safe and professional environment with the outcome of reduced victimization, safer communities, and an emphasis on the premium of life. Core operations are primarily manual, paper-based processes that are later entered into a home-grown mainframe application known as the Offender Based Information System, or OBIS. In addition, there are several peripheral applications surrounding OBIS.

Over the last several decades, the Department has been limited by the critical network infrastructure. Of the 149 main units, work camps, and annex sites, only a handful of those built-in recent decades have been properly scoped for emerging technology and connectivity needs. As it stands today, Department leadership cannot directly communicate with the officers in the field due to the inaccessibility of technology behind the secure perimeter, extending to the various buildings and officer stations—including computers and connectivity—for basic email and access to the Department's intranet site. The lack of technology access also limits the future of offender management when talking about automation opportunities requiring real-time upload of information for routine, statutorily required processes such as the various counts and cell checks required.

The Department also recently launched a pilot program at Jackson CI in three AMU housing units, installing fiber and wireless access points. This base installation enabled the Department to offer a mobile OBIS program for classification officers to use, bringing their routine inmate meetings directly to the inmates. This allowed classification officers to meet with more inmates, lessened the burden on corrections officers for various inmate call outs, and consolidated the mobile meetings with a real-time exchange of information benefiting both officers and inmates. Expanding the network infrastructure to include officer stations and wireless installations will enable such advancements in the use of technology behind the secure perimeter.

## 2.2    In Scope

The scope of this project includes the procurement, implementation, and management of network resources required to support statewide network connectivity and wireless access, as described below:

- Addition of network connectivity with sufficient bandwidth and computers to access existing agency applications will be installed in all housing units for officers to access existing Department network resources and applications.
- Connectivity between buildings will be provided using fiberoptic cabling that is nm through new conduit in the ground. Connectivity in each housing unit will include new switch equipment for desktop computers to obtain connectivity through Ethernet cabling.
- Connectivity in each housing unit to include new wireless access point equipment for tablet computers to obtain connectivity over WiFi that complies with FIPS 140-2 security requirements.
- Approximately 1,000 new desktop computers with Microsoft licensing will be installed in each housing unit for correctional officers to access network resources and agency applications.
- The new infrastructure will provide opportunities for the Department to capitalize on operational efficiencies, replacing paper-based processes with digital solutions that enable correctional officers to capture data directly into agency applications in real-time and enable direct communications using Microsoft Outlook email, Microsoft Teams, and the intranet.



Florida Department of Corrections
*Office of Information Technology*

Also Included in the project scope:

- Establishment of a Project Management Team
- Organizational Change Management
- Independent Verification and Validation (IV&V)
- Statewide infrastructure implementation
- Content development for training materials and system help screens
- End-user training
- Operations and maintenance planning

## 2.3    Out of Scope

Due to the broad scope of this project, anything not stated as in-scope is considered out of scope for this project.

## 2.4    Project Objectives

Expanding network connectivity will provide the following benefits.

- Enables direct communication channels via Microsoft Outlook email, MS Teams, and DC Web (Intranet access).
- Provides for considerable efficiency gains via process automation and workflows, such as activity and security logs, incident reporting, use of force, human resource applications and tools, etc.
- Frees up security staff for more critical public safety posts that otherwise might remain unfilled due to staff
- vacancies
- Provides the infrastructure foundation for a future networked camera solution
- Improve business connectivity and officer safety by establishing statewide network connectivity and wireless access behind the secure perimeter for officer stations in all housing units.
- Connects staff to Department resources, including intranet and email access.
- Provides necessary infrastructure for the use of web and mobile-based applications.
- Establishes core infrastructure to support future networked camera solutions.
- Reduces the Department's costly dependency on paper-based forms and storage.

## 2.5    Assumptions and Constraints

The implementation of an Officer Stations Network is dependent upon a wide range of assumptions and constraints. Assumptions refer to things which are, based on functional, technical, statutory, and/or best practices, believed to have potential impact on the overall goals of the project. Constraints are defined as things that are known to prevail today or will be required in the future, which limit or influence subsequent functionality, the technical environment, budgets, implementation planning, project execution, and operations and maintenance activities.

From a fundamental perspective, the most important aspect of implementing an Officer Stations Network is an understanding that the functions of the Department to meet its mission cannot be interrupted.

### 2.5.1    Assumptions

- Funding to maintain and operate the current network will continue until the new infrastructure is operational.

Florida Department of Corrections
*Office of Information Technology*

- The proposed vendor solution complies at a minimum with the FBI Criminal Justice Information Services (CJIS) Security Policy.
- The proposed vendor solution will be compliant with the National Institute of Standards and Technology (NIST), the FBI CJIS Security Policy, the Health Insurance Portability and Accountability Act of 1996 (HIPAA), and standards for protecting Personally Identifiable Information (PII).
- Implementation of the proposed vendor solutions will comply with Chapter 60GG-1, F.A.C., Florida Information Technology Project Management and Oversight Standards.
- The proposed vendor solution will be compliant with Chapter 60GG-2, F.A.C., Florida Cybersecurity Standards, and Chapter 60GG-3, F.A.C., Data Center Operations.
- Vendors can implement the proposed solution in the designated timeframe, in the sequence prescribed, and in alignment with budgetary allocations/restrictions.
- The proposed vendor solution will increase operational efficiencies and effectiveness and eliminate manual processes which rely upon the use of ad-hoc tools.
- The cost avoidance from operational efficiencies and resource gains resulting from an Officer Stations Network will be allocated to activities which directly support the Department's mission.
- The proposed vendor solution will use an architecture model that facilitates rapid and scalable deployment of the technical and functional requirements.
- The Department will employ the Organizational Change Management (OCM) activities required to successfully implement the recommended solution.
- The project team, both the Department and the vendor, will be staffed appropriately to complete the deliverables, achieve milestones, implement infrastructure changes, manage user involvement, and ensure proper testing.
- The Department's executive leadership and key project stakeholders will remain invested in the success of the project throughout the implementation.
- Computers and mobile devices used to enter data without using paper will not negatively affect the safety of officers, staff, or inmates.
- The proposed vendor solution will consider public safety as an overarching goal of the Department.

### 2.5.2    Constraints

- Project activities, schedules, and milestones depend on the appropriate funding.
- State statutory changes, changes in administrative rules, and Department policy changes could affect the project.
- Infrastructure must comply with Department standards, which may be limited due to ongoing international supply chain constraints.
- There is a limit to the workload that Department staff can dedicate to external project work.
- Site visits require staff facilitation, advanced approval, and background screening.
- Federal infrastructure improvement efforts may limit the resource available to commit to a large-scale, statewide deployment.



Florida Department of Corrections
*Office of Information Technology*

## 2.6    Milestones

| Milestone | Deliverable(s) to Complete |
|---|---|
| Legislative Approval | Updated Schedule IV-B |
| Procurement (IV&V) | Solicitation Document and Contract |
| Procurement (Support resources and software) | Solicitation Document and Contract |
| Project Kick-Off | Project Charter |
| Project Management Documents Completed | Various (See deliverable list) |
| Business Process Analysis Completed | As-Is Business Process Flows<br>To-Be Business Process Flows |
| Acceptance of Functional and Technical Requirements | System Requirements Document<br>Offender Management System Requirements Document |
| Acceptance of Validated Requirements | Validated Functional Requirements Document |
| Acceptance of User Interface Prototypes | User Interface Prototypes |
| Acceptance of Functional and Technical Design Specifications | Functional and Technical Design Specification documents |
| User Acceptance Testing Complete | NA |
| System Deployment | Functional system released into production |
| Project Close-out | Lessons Learned<br>Knowledge Transfer<br>Contract Compliance Checklist<br>Project Close-out Checklist |



Florida Department of Corrections
*Office of Information Technology*

## 2.7    Deliverables

| Name | Deliverable Description |
|------|------------------------|
| Project Management Status Reports | Weekly status reports to project management team. |
| Risk and Issue Registers | Prioritized lists of risks and issues identified and reviewed during the project. |
| Meeting Minutes | Record of decisions, action items, issues, and risks identified during formal stakeholder meetings. |
| Project Charter | Issued by Project Sponsor, formally authorizing the existence of the project and provides the Project Manager with the authority to apply organizational resources to project activities. |
| Project Management Plan | Includes the following documents as required by the FDC Project Director and/or the PMO:<br>• Work Breakdown Structure<br>• Resource Loaded Project Schedule<br>• Change Management Plan<br>• Communication Plan<br>• Document Management Plan<br>• Scope Management Plan<br>• Quality Management Plan<br>• Risk Management Plan<br>• Risk Response Plan<br>• Issue Management Plan<br>• Resource Management Plan<br>• Conflict Resolution Plan<br>• Baseline Project Budget |
| As-Is Network Diagrams | Represents, graphically, the current state of existing network infrastructure. This document should include narrative descriptions of key infrastructure, including access points, switches, and network devices. |
| To-Be Business Network Diagrams | Represents the future state of the Officer Stations Network architecture, as reengineered by the vendor in conjunction with FDC subject matter experts and in compliance with Department standards. |
| Technical Design Specification | Detailed technical design for data and information processing in the network architecture. |
| Design Demonstration | Review and acceptance of the system integrator's design required before proceeding to development. Key stakeholders will experience the prototype and then a go/no-go decision will be submitted to the Project Sponsors for action. |
| Organizational Change Management (OCM) Plan | Describes the overall objectives and approach for managing organizational change during the project, including the methodologies and deliverables that will be used to implement OCM for the project. This includes Workforce Transition as roles may change with the implementation of new solution. |
| OCM Status Reports | Weekly status reports to project management team. |
| Stakeholder Analysis | Identifies the groups impacted by the change, the type and degree of impact, group attitude toward the change and related change management needs. |



Florida Department of Corrections
*Office of Information Technology*

| Name | Deliverable Description |
|------|------------------------|
| Transition Plan | Defines how the new system will be managed and maintained by Department staff post implementation, including any technical training requirements. |
| Change Readiness Assessment | Surveys the readiness of the impacted stakeholders to "go live" with the project and identifies action plans to remedy any lack of readiness. |
| IV&V Project Charter | A document issued by the Project Sponsor that formalizes the scope, objectives, and deliverables of the IV&V effort. |
| IV&V Status Reports | Quarterly reports to the Executive Management Team. |
| IV&V Periodic Assessments | Documents the results of IV&V activity to determine the status of project management processes and outcomes including but not limited to:<br>Schedule Review Summary<br><ul><li>Budget Review Summary</li><li>Business Alignment Summary</li><li>Risk Review Summary</li><li>Issue Review Summary</li><li>Organizational Readiness Summary</li><li>Recommended Next Steps/Actions for each of the above areas</li><li>Milestone and Deliverable reviews (to determine if the project is prepared to proceed to the next phase in the project work plan)</li><li>Current scorecard of the project management disciplines</li><li>Strengths and areas for improvement in the project management disciplines</li><li>IV&V Next Steps/Actions</li></ul> |
| IV&V Contract Compliance Checklist | Documents that vendors involved with the project have met all contractual requirements. |
| Test Plans | Detailed test plans for unit testing, system testing, load testing, and user acceptance testing. |
| Test Cases | Documented set of actions to be performed within the system to determine whether all functional requirements have been met. |
| Implementation Plan | Detailed process steps for implementing the new business system statewide. |
| Knowledge Transfer Plan | Based on a gap analysis, this plan will detail the steps taken to transfer knowledge about the system to the resources that ultimately will be responsible for post-implementation support. |
| Functional Business System | Final production version of the new business system. |
| System Operation and Maintenance Plan | Detailed plan for how the finished system will be operated and maintained. |
| Training Plan | <ul><li>Train the trainer</li><li>Train the user</li><li>Training manuals</li></ul> |
| System documentation | All the documentation required to enable FDC staff to trouble shoot, maintain and enhance the newer system. |



Florida Department of Corrections
*Office of Information Technology*

## 2.8    Requirements Traceability

Requirements Traceability is the ability to trace from business requirements to the various design, build, and test components throughout all phases of the project.  Requirements tracing is a practice that greatly increases the quality and reliability of a project's final output while minimizing costly rework resulting from requirements errors.  The project will use a Requirements Traceability Matrix (RTM) to confirm traceability across phases of the project.

Bidirectional traceability means that requirements can be traced both forwards and backwards ideally through each step of the project.  Bidirectional traceability helps determine that the solution addresses the source requirements and that all requirements and deliverables can be traced to a baselined RTM.

The business and technical requirements that are documented as part of the Schedule IV-B shall be further refined and validated.  Once the requirements are complete for each workstream they will be baselined.  The baseline provides the inventory of confirmed requirements against which changes can be monitored and measured.

Beyond the baseline of these requirements, the following shall apply to support overall system quality:

1. Requirements altered or added as part of the requirements confirmation sessions will be recorded as part of the project's Change Management Plan.
2. During the design phases of the Project, the first portion of the requirements traceability will be initiated whereby the design that supports a particular requirement will be noted.
3. During the User Acceptance testing phases, the second portion of the requirements traceability task would commence.  During this task, the test scenario used to validate a particular requirement would be noted.
4. The requirements, at the conclusion of testing, would be evaluated prior to deployment to ensure the business requirements have been addressed.

## 3    PROJECT APPROACH

## 3.1    Project Management Methodology

The prima1y project management methodology used by FDC is based on the PMI's Project Management Framework and complies with Rule 60GG-1, F.A.C., Project Management and Oversight standards. The FDC Project Management Office and the implementation vendor will coordinate any adjustments in the project management approach and methodology.

The following control mechanisms will be applied to all phases of this project, including:

- Project Chatter that conveys what will be accomplished by the project, signed, and authorized by the Project Executive Sponsor
- Project contract(s)
- Project Management Plan
- Baseline project schedule
- Independent Verification and Validation (IV&V)
- Project Change Management
- Organizational Change Management
- Quality Management
- Project Issues Log

Florida Department of Corrections
*Office of Information Technology*

- Project Risk Log
- Financial Management
- Reporting

The use of the project control framework indicated above, together with application of the Project Management Plan, will assist both the FDC and Vendor project managers in planning, executing, managing, administering, and controlling all phases of the project. Control activities will include, but may not be limited to:

- Monitoring project progress; identifying, documenting, evaluating, and resolving project related problems that may arise
- Reviewing, evaluating, and making decisions with regard to proposed changes; Changes to project scope will be tightly controlled according to a documented change request, review and approval process agreed to by all stakeholders
- Monitoring and taking appropriate actions with regard to risks as required by the risk management plan
- Monitoring and tracking issues as required by a documented issue reporting and management process
- Monitoring the quality of project deliverables and taking appropriate actions with regard to any project deliverables that are deficient in quality

# 4    PROJECT ORGANIZATIONAL AND GOVERNANCE STRUCTURE

Effective Governance provides strategic direction to a project, helps remove barriers for the project team, and authorizes human, financial, or material resources to be allocated based on expected performance and benefits.  For issues that are beyond the control of the project manager or team, the Project Leadership Team and Department Management serve as an escalation path.

Florida Department of Corrections
*Office of Information Technology*

## 4.1    Project Organizational & Governance Chart



## 4.2    Identify Stakeholders

Key stakeholders will be confirmed during the planning phase of the project (FY21-22).  The stakeholders will be captured in the project stakeholder registry, a table identifying all stakeholders and project participants to include their level of involvement or how they are impacted by this project.

An initial list of key stakeholders is developed and available in the accompanying Schedule IV-B.

## 4.3    Identify Project Team

The Project Team will be identified and confirmed during the planning phase of the project (FY21-22).  Team membership will be updated throughout the lifecycle of the project as additional resources are identified and/or procured.  All project team members will be logged and maintained in the project stakeholder registry.



Florida Department of Corrections
*Office of Information Technology*

## 4.4 Project Governance Process

The Project's Governance Process consists of three levels of governance: the Project Leadership Team, the Project Management Team, and the Project Team. The roles and responsibilities for each level are defined within the decision escalation matrix in section 4.5. The individuals that make up each governance level will be identified during the planning phase of the project (FY20-21). Governance will take place during reoccurring status meetings, tentatively scheduled monthly. In the result a critical change or decision is needed, emergency meetings of any of the governing bodies may be scheduled at the Project Manager's discretion.

## 4.5 Escalation Process

| Governance Body | Schedule | Scope | Budget | Risks / Issues | Resources |
|---|---|---|---|---|---|
| | *Decisions involving the creation and management of the project's Integrated Master Schedule (IMS). Includes any cross-project dependency identification and management.* | *Decisions involving the development and management of the project's scope. Includes management of both product and project scope.* | *Decisions involving the creation and management of the project's budget* | *Decisions involving potential impacts (risks) and issues that may jeopardize fulfilment of project objectives.* | *Decisions involving the acquisition and management of project resources.* |
| **High Priority Items** | | | | | |
| **Project Leadership Team** *Ensure the project meets overall objectives and: – Provide management direction and support to the Project Management Team; – Assess the project's alignment with the strategic goals of the Department; – Review and approve or disapprove high-priority changes to the project's scope, schedule and costs. – Review, approve or disapprove and determine whether to proceed with any major project deliverables; and – Recommend suspension or termination of the project to the Governor, the President of the Senate, and the Speaker of the House of Representatives if determined that the primary objectives cannot be achieved.* | - Missed phase gate. - Schedule variances that will impact the IMS baseline (warranting re-baseline). - Significant schedule slippage that may include missing key deliverables or milestone dates. - Schedule variances that will case a delay in work along the critical path. - SPI trending < 0.90 (± 10%). | - Changes in scope that impact the overall project definition and direction. - Legislative and/or policy directives. - Unstable project scope. - Deferral of functionality with impact to business objectives. - Go/No-Go decision points. | - Spending over/under budget for an established reporting period (± 10%) - Changes to the overall project budget (allocation, distribution, etc.). - CPI trending < 0.95 variance across three (3) or more months. | - Escalating or new risks that will most likely impact the success of the project. - Escalating or new issues that are impacting the success of the project. | - Enterprise (cross-department) staffing and resource management (allocations). |



**Florida Department of Corrections**
*Office of Information Technology*

| Governance Body | Schedule | Scope | Budget | Risks / Issues | Resources |
|---|---|---|---|---|---|
| | *Decisions involving the creation and management of the project's Integrated Master Schedule (IMS). Includes any cross-project dependency identification and management.* | *Decisions involving the development and management of the project's scope. Includes management of both product and project scope.* | *Decisions involving the creation and management of the project's budget* | *Decisions involving potential impacts (risks) and issues that may jeopardize fulfilment of project objectives.* | *Decisions involving the acquisition and management of project resources.* |
| **Medium Priority Items** | | | | | |
| **Project Management Team** (Led by Project Manager) *Provide daily planning, management, and oversight of the project.* | - Isolated schedule slippage. Impact >5 working days to 10 working days and can be managed within the working team (unless on the critical path). <br> - Schedule variances that will not cause a delay in work along the critical path. <br> - Schedule variances that will not significantly impact the IMS baseline (not warranting re-baseline). <br> - Decisions that affect a dependency external to the project | - Minor changes to project scope (or requirement delays) that can be managed within the working team. Workaround exists. | - Spending over/under budget for an established reporting period (± 5%). <br> - Impact can be managed within the project budget. | - New risks and issues that do not pose a significant threat to project success and can be managed within the working team. | - Resource management (allocations) within the project. |
| **Low Priority Items** | | | | | |
| **Project Team Lead(s)** In consultation with the Project Manager <br><br> *Provide daily planning, management, and oversight of the project's workstreams* | - Impact 5 business days or less and can be managed within the workstream (unless on the critical path). <br> - Schedule variances that will not cause a delay in work along the critical path. <br> - Schedule variances that will not significantly impact the project schedule baseline (not warranting re-baseline). <br> - Decisions that affect a dependency internal to the project. | - Minor changes to workstream scope (or requirement delays) that can be managed within the working team. Workaround exists. | - Impact can be managed within the workstream. | - New risks and issues that do not pose a significant threat to workstream success and can be managed within the working team. | - workstream resource management (allocations). |

Florida Department of Corrections
*Office of Information Technology*

## 5    RESOURCE PLAN

### 5.1    Human Resources

Human resource management is the process developed to effectively identify, acquire, and manage the resources needed to meet the project objectives. This includes defining what resources are needed, assessing appropriate skill sets, and determining when and how long resources are needed for the project. As such, the procedures within the resource management plan focus on assessing resource needs, escalating the need to project leadership, and managing the need through work re-assignment, training or on-boarding of additional personnel.  Please refer to the Officer Stations Network Program Resource Plan that will be developed as part of the project initiation activities. The resource plan includes, for each anticipated person: the role on the project, the anticipated start date, the duration the resource will be needed and their assigned supervisor. The most current version of the resource plan shall be kept as part of the Project Control Book.  Project resource planning does not account for resources contracted through the Support Services vendor.

### 5.2    Equipment/Materials Resources

All equipment, materials, and otherwise non-human resources will be identified and managed as deliverables within the project.  Resources will be acquired via state procurement processes.

## 6    WORK BREAKDOWN STRUCTURE

The project schedule is currently under development as part of the detailed planning occurring for the remainder of this fiscal year (FY 2022-23).  The project management plan is a living document and will be updated throughout the life of the project.



Florida Department of Corrections
*Office of Information Technology*

# 7    PROJECT SCHEDULE MANAGEMENT PLAN

## 7.1    Project Schedule

The project schedule is currently under development as part of the detailed planning occurring for the remainder of this fiscal year (FY 2022-23).  The project management plan is a living document and will be updated throughout the life of the project.  A high-level schedule has been developed and is detailed below.

| Task Name | Duration | Start | Finish |
|---|---|---|---|
| Officer Stations LBR V2 | 398 days | Tue 11/1/22 | Fri 5/31/24 |
| Preparation | 153 days | Tue 11/1/22 | Mon 6/12/23 |
| Schedule IV-B | 153 days | Tue 11/1/22 | Mon 6/12/23 |
| Drafting | 60 days | Tue 11/1/22 | Tue 1/31/23 |
| Internal Review | 30 days | Wed 2/1/23 | Tue 3/14/23 |
| Session | 45 days | Mon 4/10/23 | Mon 6/12/23 |
| Budget Approval (Gov Signature) | 0 days | Mon 6/26/23 | Mon 6/26/23 |
| TIPS Quote for Fiber Install | 168 days | Tue 11/1/22 | Mon 7/3/23 |
| IV&V RFQ | 168 days | Tue 11/1/22 | Mon 7/3/23 |
| Hardware Purchase and Installation RFQ | 203 days | Tue 11/1/22 | Tue 8/22/23 |
| Project Execution | 230 days | Wed 7/5/23 | Fri 5/31/24 |
| Project Complete | 0 days | Thu 5/16/24 | Thu 5/16/24 |

## 7.2    Schedule Management

Schedule management refers to the processes required to ensure timely completion of the program objectives. The Program Manager is responsible for establishing the baseline and updating the IMS weekly with input from the respective project managers and teams.

- The IMS will be resource leveled. Resource leveling is the project management function of resolving resource over-allocation. Over-allocation means that a resource has been assigned more work than can be accomplished in available time as dictated by the resource's calendar definition.
- Tasks will be completed according to the program schedule and within the established timeframes. In the event of a slipping task, the process described in the section below will be followed.

The IMS will be updated on a routine basis with input from the individual team leads and respective teams. The initial baseline will be set in Microsoft Project as "Baseline 0." The Project Manager will be responsible for tracking and managing individual project tasks and reporting any slippage.

- The Project Manager will co-manage updates to the IMS with the Team Leads on a weekly basis. Information will be collected via weekly team meetings, analyzed, and reviewed collectively prior to incorporation. The updated IMS will be made available to all team members, reported in weekly status reports / meetings, and communicated to all governing bodies.
- The Project Manager will oversee the development of specific project tasks and manage resources to ensure that individual project objectives are met within the established timeframes.



Florida Department of Corrections
*Office of Information Technology*

- Weekly updates shall focus on recording the percent complete for tasks in 10% increments.

Schedule changes will be managed according to the Decision Escalation Matrix referenced in Section 4.5. Changes will follow the Change Management Process documented in Section 11. Schedule changes approved by the appropriate governing body will be documented in a separate spreadsheet that tracks the detailed description of the change, the person making the change, the version number of the schedule altered, and the rationale behind the requested change. Changes may not require an entirely new baseline and thus the baseline will also be tracked to document specific line item changes.

In accordance with IV&V and the Florida Digital Services (FLDS) project management expectations, the IMS will be tracked and monitored using the Schedule Performance Index (SPI) noting any standard deviations above or below 10% from the planned and actual start/finish dates, and the Cost Performance Index (CPI) noting changes to the overall program budget (allocation, distribution, etc.).

# 8 COST MANAMGENT PLAN

## 8.1 Project Estimated Budget

The Legislative Budget Request (LBR) submitted for FY 2023-24, estimates total project costs at $31,993,768 million. The budget for this project will be co-managed by the Project Manager and Contract and Budget Staff internal to the department. An overview of the project budget is shown in the below chart. For detailed budget information, please refer to the Schedule IV-B Cost Benefit Analysis (CBA).

| Funding | Item | Amount |
|---|---|---|
| Non-recurring | Network Fiber Installation | $12,866,800 |
| Non-recurring | Network Equipment | $15,001,200 |
| Non-recurring | Computers | $1,325,000 |
| Recurring | Network Maintenance | $245,688 |
| Recurring | DMS MFN2 State Network Bandwidth | $840,000 |
| Recurring | Microsoft G3 License Subscription | $1,450,080 |
| Recurring | 5-Year Computer Refresh | $265,000 |
| | **Total** | **$31,993,768** |

## 8.2 Project Spending Plan

The Contract and Budget Staff will develop an overall Project Spend Plan for each fiscal year that estimates the anticipated budget by month. The same budget information will be recorded in the PPM tool each month for monitoring and tracking by stakeholders.

The Contract and Budget Staff will review the budget information for all workstreams within the program once a month with the Program Manager and update the spend plan monthly to reflect actual expenditures to date for reporting to IV&V, FLDS, and the ESC.



Florida Department of Corrections
*Office of Information Technology*

## 8.3    Cost Management

Once a month, the Contract and Budget Staff and Project Manager will jointly review the planned budget and actual expenditures tracked in the Spend Plan to determine if the program is efficiently spending the resources. As specified in Section 13.4, Quality Assurance Assessments – Internal and External, the Contract and Budget Staff will review the Budget to Date as well as the overall Budget and report any variance.

All Team Leads will notify the Project Manager (and Contract and Budget Staff) in writing as to any anticipated budget revisions, the cause, and the impact to the project. In addition, the notification shall indicate when a decision is needed. This information shall be what is then used to initiate the Issue Management and Resolution process or the Change Control process, as agreed to by the Project Manager. For specific information on how budget issues will be handled, please refer to the Decision Escalation Matrix referenced in Section 4.5.

## 9    PROCUREMENT MANAGEMENT PLAN

### 9.1    Procurement Management Procedure

Any procurement of resources or services for the project will be conducted using State and Department policies and procedures.  Specific procurement plans and approaches will be defined during the planning phase (FY 2021-22) of this project.

### 9.2    Contracts Management Procedure

Any contracts initiated for the project will be developed using State and Department policies and procedures.  Specific contract management plans and approaches will be defined during the planning phase (FY 2021-22) of this project.

## 10    COMMUNICATIONS MANAGEMENT PLAN

Effective communication is one of the most important factors contributing to the success of the Officer Stations Network Project.

Three clear communication channels will be established during the project organization and include:

1. Upward channel with senior executives and steering committee to highlight issues, risks and scope exceptions.
2. Lateral channel with sponsor(s), stakeholders, and other Department management involving requirements, resources, budgets and time allocations.
3. Downward channel with the team highlighting processes, activities, dates, status and general team briefings.

The communications plan describes how project communication events will occur across the channels described above. The events themselves may be periodic or one-time in nature.

The Project Manager will meet weekly with the Project Management Team. Monthly meetings will be held with the Executive Steering Committee (ESC). Any decisions made by the ESC or recommendations made by the Project Management Team will be documented and included in the project artifacts. For clarification of governance roles and escalation practices, please refer to the Decision Escalation Matrix referenced in Section 4.5.


Florida Department of Corrections
*Office of Information Technology*

Additionally, the Project's Communication Consultant will be responsible for communications conducted as a part of Organizational Change Management (referenced in Section 12).

The following table details the project communications and meetings used to manage the project at this time. Additional details to the communications plan will be developed during the planning phase (FY 2022-23) of the project.

| Project Communications | | | | |
|---|---|---|---|---|
| **Description** | **Target Audience** | **Delivery Method** | **Delivery Frequency** | **Owner** |
| Project Control Book (includes risks, issues, action items, decisions, change control log, etc.) | Project Team, Project Management Team | Microsoft Teams | Weekly | Project Manager |
| Project Management Plan Document | Project Team, Sponsors, and Governing Bodies | Microsoft Teams | Within 30 days of approval | Project Manager |
| Status Reports | Project Team, Sponsors, and Governing Bodies | Microsoft Teams, Email | Monthly | Project Manager |
| Integrated Master Schedule (IMS) | Project Team, Sponsors, and Governing Bodies | Microsoft Teams, Email | Weekly | Project Manager |
| Support Services Vendor Deliverables | Project Team, Sponsors, and Governing Bodies | Microsoft Teams | Per Contractual Agreement | Vendor Project Manager |
| Periodic Demos and Presentations | Specific functional areas/groups, Sponsors, Governing Bodies | Presentation | As needed | Dependent on material |
| **Meetings** | | | | |
| **Description** | **Target Audience** | **Delivery Method** | **Delivery Frequency** | **Owner** |
| Project Management Team Meeting | Project Management Team, Project Team | Meeting | Weekly | Project Manager |

## 10.1   Updates to the Communications Plan

The Project's Communications Plan will be updated by the Communications Consultant quarterly and distributed via e-mail.

## 10.2   Documentation Standards

The following Document Management Guidelines are in place to support the project:

- Version history is tracked for all documents within the PCB

---



Florida Department of Corrections
*Office of Information Technology*

- Document feedback and approvals are logged in the PCB

- Drafts and Final Submission Deliverables are clearly distinguished

- Approved Documents are stored in a separate folder in the PCB

- Document control information is captured for all official deliverables

### 10.2.1  Document Naming Conventions

Deliverable Expectation Document (DED)

The Deliverable Expectation Document (DED) naming standard (one DED for every deliverable) is as follows:

**DED Del # - <Deliverable Name> v #.**

Versions will be 1.0 for initial submission and increment by whole numbers for each formal submission.  Incremental updates will utilize the minor version increments (e.g., 1.1, 1.2, and 1.3). All versions will be recorded in the document control section at the beginning of the document.

Deliverables

The Deliverable naming standard is as follows:

**Del # - <Deliverable Name> v #.**

Versions will be 1.0 for initial submission and increment by whole numbers for each formal submission.  Incremental updates will utilize the minor version increments (e.g., 1.1, 1.2, and 1.3). All versions will be recorded in the document control section at the beginning of the document.

Deliverable Consolidated Comments

The Deliverable Consolidated Comments naming standard is as follows:

**Del # - <Deliverable Name>Consolidated Comments v #.**

Versions will be 1.0 for initial submission and increment by whole numbers for each formal submission.  Incremental updates will utilize the minor version increments (e.g., 1.1, 1.2, and 1.3). All versions will be recorded in the document control section at the beginning of the document.

## 10.3   Centralized Document Repository

The Project Manager will establish a Project Control Book for the Officer Stations Network Project within the Department's Microsoft Teams application. The Project Control Book contains artifacts specific to the project management aspects of the project as well as memorandums and meeting minutes. The Project Manager or their designee shall be responsible for publishing artifacts to this repository.  Once available, a link to the specific 'Team' within Microsoft Teams will be added in this section.



Florida Department of Corrections
*Office of Information Technology*

## 11    CHANGE MANAGEMENT PLAN

Changes should be expected during the project.  These changes can result from the realization of risks, externally imposed requirements, estimation errors, leadership decisions, or adoption of new approaches to gain efficiency. Regardless the source, it is important that changes be managed to minimize adverse impacts to the project. Any change affecting scope, schedule, or cost initiates the change management process.  Change management activities are subject to the governance and escalation processes described in the Organizational and Governance Plan.

## 11.1   Change Control Process

Below is a brief description of the change control process.

- A change to the project is identified.
- A change request is submitted to the Project Manager.
- The Project Manager will ensure the change is within the project's scope, identify impacts to the project's cost, schedule, and resources, and obtain specific requirements to implement the change.
- Change request is then evaluated for technical feasibility.
- Results of the change request evaluation are provided to the Project Management Team (PMT).
- PMT may approve, reject, or escalate to the Executive Steering Committee.
- If escalated, Governance team members will review the request and vote to either approve or reject the request.
- Requestor is notified of decision.

Please refer to the Change Management Process depicted on the following page:



Florida Department of Corrections
*Office of Information Technology*



## 11.2  Track Project Changes

All change requests will be tracked and managed via the change control log.  The previously defined governance processes will be used to control changes.

## 12      ORGANIZATIONAL CHANGE MANAGEMENT PLAN

The goal of change is to improve the organization by altering what and/or how work is done. The re-engineering of the OBIS technology environment will affect business processes, skill sets, roles, and responsibilities. Change management activities are integral to the success of the project. Organizational change management (OCM) activities are facilitated by the project's Communications Consultant. OCM outlines the activities necessary to ensure staff participation in process development and improvement, skill set changes, and technology acceptance. Examples of these activities are the communication of project goals and benefits, documentation and communication of solution vendor/Department roles/responsibilities, development and communication of new process maps/roles, development and communication of a skills gap analysis, and the development and communication of a training plan.



Florida Department of Corrections
*Office of Information Technology*

Organizational change management (OCM) planning documents will be developed by the Department for Officer Stations Network. These include the following artifacts:

- Communications Strategy and Plan: Helps to manage expectations about the Officer Stations Network project and provides consistent messages among project team members, eventual end-users of the solution and other impacted stakeholders. Included as a component of this document is a tactical Communication Plan that charts out recurring and one-time communication events. This living document will be updated on a quarterly basis.
- Organizational Analysis: Details key aspects of the various end-user groups (internal and external, as applicable) for consideration into the to-be business processes and technology. It is intended to provide a gap-analysis of the end-user groups' current and future work environments, tasks and activities, and knowledge, skills and abilities.
- Training and Performance Support Strategy: Details the overarching training needs and objectives for the project, per the Organizational Analysis. It also describes the various training methods (ex: Instructor-led, Web-based, Videos, Online Tip-sheets) that will be used; lays out a general training curriculum per user group; and describes any point-of-deployment and/or ongoing performance support mechanisms that will be used, such as help desks / user support sites.

The Support Services Vendor will have a series of OCM focused deliverables and activities as part of the contracted services. The vendor will work closely with the Communications Consultant as well as other members of the Project Team to conduct the activities and gather information to construct these OCM deliverables as outlined in the contract. The Communications Consultant will facilitate execution of the OCM plans and conduct periodic OCM readiness assessments throughout the project's life cycle to measure progress of closing gaps identified in the Organizational Analysis.  Please refer to the program's PCB for additional information on OCM (once established).

## 13    QUALITY MANAGEMENT PLAN

The Quality Management Plan describes how quality will be managed throughout the lifecycle of the project. As part of the reporting and monitoring performed by Florida Digital Services (FLDS) as well as IV&V, the project will implement quality metrics to support transparency, traceability, and accountability against business objectives and benefits realization.  The following tools will be used to manage quality of the project.

| Tool | Description |
|------|-------------|
| Earned Value Management (EVM) | The Integrated Master Schedule (IMS) will be analyzed for earned value (EV) against the approved baseline. |
| Budget Variance | The IMS and Spend Plan will be analyzed for cost performance against the approved baseline. |
| Schedule Performance Index (SPI) | The IMS will be analyzed for schedule performance against the approved baseline. |
| Cost Performance Index (CPI) | The IMS will be analyzed for schedule performance against the approved baseline. |



Florida Department of Corrections
*Office of Information Technology*

| Tool | Description |
|------|-------------|
| Status Reports | The Project Manager will produce a weekly status report to keep stakeholders apprised, monitor the quality of the current project activities, and assess the likelihood of achieving key milestones. These status reports will also help monitor lessons learned and identify improvements for future phases and workstreams of the project.<br><br>The weekly status report currently includes information to derive the following quality indicators:<br><br>• Progress against the baseline plan's key milestones<br>• Deliverables Progress – timeliness of submission, reviews, and approvals are key quality aspects for deliverables<br>• Issues – Number of open priority issues and aging of issues<br>• Risks – Total number of open Medium and High Risks<br>• Action Items – Number and aging of open action items<br><br>Team members accountable for each workstream will provide the project manager with the data to support the Status Reports.<br><br>Any Support Services vendor will produce:<br><br>• Weekly status reports for stakeholders<br>• Monthly summary status reports for stakeholders |
| Deliverable Expectations Document (DED) | The Project Team will work with the Vendor to document acceptance criteria for each deliverable, identify appropriate reviewers, and streamline the deliverable review process. |

The purpose of the Quality Management Plan is to outline the processes to instill quality in the deliverables produced and services provided. The plan outlines both quality assurance activities as well as quality management metrics.

The objectives of the Quality Management Activities are to:

• Identify and correct defects early in the process
• Evaluate a deliverable against project standards and deliverable expectations
• Reduce the number of errors as the work effort progresses
• Reduce time and costs resulting from rework
• Monitor adherence to agreed-upon project processes

For purposes of this document, quality is defined as the degree to which a system, deliverable, or process meets specified requirements. The Quality Management Plan is made up of quality activities that fit into three main categories:

• Deliverable Quality
• Process Quality
• System Quality



Florida Department of Corrections
*Office of Information Technology*

The following subsections outline the key activities within the deliverable quality assurance, process quality management, and system quality categories.

## 13.1    Deliverable Quality

Deliverable Quality is used to evaluate whether project deliverables comply with the standards and objectives of the stakeholders.  A key step in formulating a quality deliverable is to establish a shared set of expectations of what should be contained within the deliverable, who should contribute to the deliverable, and ultimately who will be involved in the review and approval of the work product.

These tenets of the formal Project deliverables will be documented and agreed to as part of the Officer Stations Network Project's Deliverable Review Process.

## 13.2    Deliverable Review Process

Prior to starting the work to gather input and construct a deliverable, the Project manager and deliverable author will confirm those individuals that will be responsible for contributing to and/or reviewing a deliverable.  The Project Manager or deliverable owner will draft a Deliverable Expectation Document (DED) for the deliverable.  The DED provides the author(s) guidance and direction on the deliverable format, level of detail. Identifies individuals that will contribute to the deliverable, confirms the deliverable reviewers, and reiterates the deliverable's deadlines.

The DED is an important project artifact in aligning expectations for the deliverable, defining specific roles for the deliverable, and is used in the quality assurance peer reviews for each submission.  For each deliverable (regardless of phase or deliverable review cycle), the peer review step relies on two documents to the quality assurance review:  the approved DED and the consolidated comments from all reviewers noted in the approved DED as well as IV&V.  Prior to the initial deliverable submission, the peer reviewer will make sure all sections in the DED are represented and address the content and format expectations outlined.  For subsequent submissions, the peer reviewer will still evaluate the deliverable against the DED as well as evaluating the work product updates (or comment response) that were made for each comment received from the reviewers.

Outstanding points identified from the peer review are returned to the author(s).  When another draft of the deliverable is available, the peer review process repeats. The Deliverable Review Process will be depicted visually and included here for reference upon approval of the Project and Organizational Governance Structures outlined within this document.



Florida Department of Corrections
*Office of Information Technology*

## 13.3   Deliverable Quality Metrics

The metrics for Deliverable quality are outlined in the following table.  These metrics will be compiled and provided to the Project Manager and Project Director monthly.

| Metric | Description | Target / Measurement |
|---|---|---|
| Number of Late Submitted deliverables | Count of deliverables originally planned for first submission in the prior month but whose delivery date was delayed. | Green:  0<br>Yellow:  1 to 2<br>Red:  3 or more |
| Mean duration of Deliverable Review Period | Mean calculation of the number of business days from the first period of the review until the deliverable is approved. | Green:  12 or fewer<br>Yellow:  13 to 18<br>Red:  19 or more |
| Percent of planned approved deliverables not yet approved | Percentage of deliverables, since project start, that were planned to be approved but have yet to be approved | Green:  ≤ 10%<br>Yellow:  10% < to ≤ 25%<br>Red:  25% > |

## 13.4   Quality Assurance Assessments – Internal and External

The Department will contract with an Independent Verification and Validation (IV&V) vendor for the duration of the project to provide a baseline assessment of the overall quality of the project, monthly progress monitoring, quality checkpoints, recommended improvements, and validation of realized project objectives.

The FLDS will also perform monthly reports on the overall status of the project.  The Project Manager will be responsible for providing the appropriate documents such as an updated IMS, Spend Plan, and any other requested documentation to support status updates which will be provided to legislative staff pursuant to Rule 60GG-1 of the Florida Administrative Code.

The project will use existing Department tools to assist in performing internal reviews for EVM, SPI, CPI, and probability of achieving key milestones.  Monthly reporting to the Department's Tier I Governance will include an assessment of the overall health of the project (red-yellow-green status) based on the following metrics for the reporting period:

| Metric | Measurement | Target / Measurement | Reporting Period |
|---|---|---|---|
| Scope | Did the project experience a scope change that impacted the project's costs, schedule or quality? | Green – No change in scope and scope is being managed<br>Yellow – Scope change pending approval and impacts one of the three attributes<br>Red – Scope change pending approval and impacts at least two of the three attributes | Weekly |
| Schedule | Are the Milestones and Deliverables on schedule? | Green:  ≤ 5 business days<br>Yellow:  6 < to ≤ 10 business days<br>Red:  10 > business days | Weekly |


Florida Department of Corrections
*Office of Information Technology*

| Metric | Measurement | Target / Measurement | Reporting Period |
|---|---|---|---|
| Budget (to date) | Is the project within budget for this reporting period? Spend Plan (30-day period) are completed as of the last day of the previous month. | Green:  Variance is ± 10%<br>Yellow:  Variance is ± 11%-20%<br>Red:  Variance is ± 21% or greater | Monthly |
| Budget (overall) | Is the project within budget overall?  Spend Plan (total project budget) are completed as of the last day of the previous month | Green:  Variance is ± 10%<br>Yellow:  Variance is ± 11%-20%<br>Red:  Variance is ± 21% or greater | Monthly |
| Issue | Is the number and/or severity of issues increasing and/or is the issue overdue for resolution? | Green – No new issue was reported and/or the previously reported issue is being managed and on-target for resolution by the completion date<br>Yellow – A new issue was reported and/or the previously reported issue is not being managed and/or not on-target for resolution by the completion date<br>Red – Two or more new issues were reported and/or the previously reported issue is not being managed and/or on-target for resolution by the completion date<br>* Managed is defined as PM is providing actionable updates to the status report indicating that the issue is being worked | Weekly |
| Risk | Is the number and/or severity of risks stable or decreasing | Green – Risks are stable or decreasing<br>Yellow – A new risk was added to the project<br>Red – Multiple risks were added and/or a previously reported risk increased in probability | Weekly |

## 13.5  System Quality

System Quality is used to evaluate whether the system development and configuration complies with the requirements and business processes identified in the planning phases of each workstream of the project.  System Quality Activities include requirements traceability, testing and defect management, and stage containment activities.

### 13.5.1  Requirements Traceability

See section 2.8

---



Florida Department of Corrections
*Office of Information Technology*

**13.5.2  Testing and Defect Management**

Testing activities are one of the primary mechanisms for confirming system quality.  The project will evaluate quality as it pertains to testing and defect management using the following metrics.

- Defect Creation Count by Program Area and Defect Severity (System and Integration Testing, Performance Testing, and User Acceptance Testing phases) – this quality metric will measure the number of defects that were created within distinct phases of the testing process categorized by Program Area (e.g., Security in Operations, Community Corrections, etc.) and severity
- Defect Root Cause Disposition by Program Area and Defect Severity (All testing phases) – this quality metric will provide a count by program area and severity based on the disposition of a defect: disposition groupings and types will be defined during the planning phase.
- Change Requests by Program Area (All testing phases) – this quality metric will provide the number of new requests that are escalated to the Change Management process
- Defect Resolution Aging Report (UAT phase only) – this quality metric will provide the median calculation as to duration of how long a defect takes to resolve and provide back to the user for validation
- Defect by Program Area Closure Report (UAT Phase only) – this quality metric will provide the median calculation, by program area, of how long it takes a business area to test and close defects that have been returned to them for validation

## 14    RISK AND ISSUE MANAGEMENT

Project risk and issue management focuses on identifying and prioritizing risks based on impact and probability.  A risk is not necessarily a problem – it is a recognition that a problem or opportunity may impact the project.  Conversely an issue *is* a current problem that unless resolved will negatively impact the project.  In accordance with Florida Digital Services oversight and project management rule 60GG-1, the Department will identify a Risk Manager for the project. The Department plans to solicit the vendor community for a Risk Manager Consultant.

## 14.1   Defining a Risk

The risk and issue management plans are critical procedures for the Officer Stations Network  project. A risk can be defined as an uncertain event or condition that, if it occurs, has a positive or negative impact on project's objectives. Risks and issues will be managed at the project level as detailed in this plan.

The Risk Manager will monitor all project risks on an ongoing basis and maintain the risk register in the Project Control Book which includes the following information:

| Risk Details | Description |
|---|---|
| Risk ID | The numeric ID assigned upon entry into the Project Control Book |
| Risk Name | The short risk name. |


Florida Department of Corrections
*Office of Information Technology*

| Risk Details | Description |
|---|---|
| Impact | The probable impact on the project the risk would have if it is realized. Some risks could have a high probability, but the impact could be low and vice versa.<br><br>**Low:** Variance to impacted area is anticipated to be < 10%.<br><br>**Medium:** Variance to impacted area between 10% - 25%.<br><br>**High:** Variance to impacted area is anticipated to be > 25%. |
| Mitigation Description | Detailed risk response. |
| Anticipated Resolution Date | The latest date in the mitigation plan's anticipated action completion. If there is no mitigation plan yet documented OR the risk is "accepted", record the date two weeks out from the current date. |
| Actual Resolution Date | The actual resolution date when the risk is either closed, transferred, or escalated to an issue. |
| Resolution | A chronological history of the activities taken to manage this risk. Latest entry should be listed at the top. Each entry should begin with the date (MM-DD-YYYY) and the name (first initial, last name) of the author of the update |
| Logged By | The name of the person entering the risk into the Project Control Book. |

## 14.2   Risk Management Plan

<u>Risk Identification Process</u>

Risks for the project may be identified by any stakeholder, end user, management personnel or external source. A newly identified risk must be documented in written format (via e-mail, memo, or documented in meeting minutes) and provided to the Risk Manager, who will then add the item to the risk register in the Project Control Book. All risks (new and existing) are reviewed weekly and presented at the weekly Project Management Team meeting. The Risk Manager will review the risk register and discuss identified risks with the Executive Steering Committee as needed. All risks will be managed according to the Decision Escalation Matrix referenced in Section 4.5.

<u>Risk Evaluation and Scoring</u>

Risk probability is a measure of the likelihood that a certain risk will occur. The probability of occurrence for the risk can be defined on a level from 1-5. Risk impact is a measure of the expected degree of impact that the risk, if it occurs, will have on the program. The degree of impact for the risk can be defined on a level from 1-5. The Risk Manager will calculate the risk score as the product of the risk probability score and impact score when both are multiplied. Each risk shall be scored and included in the weekly review and presentation at the weekly status meeting for progress monitoring and tracking. The illustration below depicts the priority matrix once the probability and impact for each individual risk has been assessed.



**Florida Department of Corrections**
*Office of Information Technology*





For high risks, mitigation plans will be developed to eliminate the risk or the potential impacts to the program.  All high-level risks will be documented and communicated to the Executive Steering Committee for review and evaluation.

Risk Plan Maintenance

The Risk Manager meets weekly with the Project Management Team to discuss any new risks or issues and review ongoing risk mitigation plans. Subsequent to the meeting, the Risk Manager will update the risk details in the Project Control Book as necessary and include in weekly reporting to Leadership.

## 14.3   Issue Management and Resolution

All issues will have a plan for management and resolution which will be developed to eliminate potential impacts to the project.  In general issue resolution will follow the decision escalation matrix depicted in Section 4.5.  The Project Manager will monitor all program issues on an ongoing basis and maintain the issue log in the Project Control Book which includes the following information:

| Issue Details | Description |
|---|---|
| Topic | The short description of the issue.  If this issue is a risk that is being escalated, use "Risk Name" in this field. |
| Description | A detailed description of the issue.  If escalated from a risk, please note that and the date it became an issue. |
| Start Date | Date the issue was escalated from a risk OR date Project Team became aware of the issue. |
| Deadline | Date by which the issue needs to be resolved or, if applicable, escalated. |


Florida Department of Corrections
*Office of Information Technology*

| Issue Details | Description |
|---|---|
| Priority | Ranking the issue priority:<br><br>**Low:** Minimal impact to the project.<br><br>**Medium:** Progress disrupted with manageable extensions to short-term schedule and cost.<br><br>**High:** Significant disruption to project schedule (i.e., greater than 2 weeks for key milestones), cost (i.e., greater than 5% increase in baselined costs), or quality. Threatens the success of the project. |
| Budget Impact | Numeric field to record the proposed budget impact. |
| % Complete | Numeric field to record the percent complete status for the issue and proposed resolution strategy:<br><br>**0%:** Issue has not been assigned and/or no activity has been initiated to resolve the issue.<br><br>**50%:** Issue resolution is in progress and there is no concern about the resolution being achieved by the deadline date.<br><br>**100%:** Issue has been resolved. |
| Assignee(s) | The person(s) assigned to the issue. |

## 15    SYSTEM SECURITY PLAN

FDC adheres to State of Florida Administrative Code 60GG-2, which outlines security controls that should be implemented within each agency. Rule 60GG-2 provides a crosswalk to federal national Institute of Standards and Technology (NIST) security guidelines (i.e. NIST 800-53). Likewise, the State's primary datacenter has security policy specific to their environment and must adhere to 60GG-2, Florida Administrative Code. FDC's standard operating procedure number 206.007, USER SECURITY FOR INFORMATION SYSTEMS outlines the processes for Department employees, contractors and subcontractors to follow to ensure the security of Departmental data and other information resources and the measures to follow in the event of a security incident. This project will follow procedure 206.007.

*Appendix D – Cost Benefit Analysis Forms*

**State of Florida**
**Cost Benefit Analysis**

Fiscal Year 2023-24

**CBAForm 1 - Net Tangible Benefits**

| Agency | Department of Corrections | Project | Officer Station Network |
|---|---|---|---|

**Net Tangible Benefits - Operational Cost Changes (Costs of Current Operations versus Proposed Operations as a Result of the Project) and Additional Tangible Benefits -- CBAForm 1A**

| Agency (Recurring Costs Only -- No Project Costs) | FY 2023-24 (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a)+(b) New Program Costs resulting from Proposed Project | FY 2024-25 (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project | FY 2025-26 (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project | FY 2026-27 (a) Existing Program Costs | (b) Cost Change Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project | FY 2027-28 (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Personnel Costs -- Agency-Managed Staff | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A.b Total Staff | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-1.a. State FTEs (Salaries & Benefits) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A-1.b. State FTEs (#) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2.a. OPS Staff (Salaries) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A-2.b. OPS (#) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3.a. Staff Augmentation (Contract Cost) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A-3.b. Staff Augmentation (# of Contractors) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B. Application Maintenance Costs | $0 | $1,715,080 | $1,715,080 | $0 | $1,715,080 | $1,715,080 | $0 | $1,715,080 | $1,715,080 | $0 | $1,715,080 | $1,715,080 | $0 | $1,715,080 | $1,715,080 |
| B-1. Managed Services (Staffing) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| B-2. Hardware | $0 | $265,000 | $265,000 | $0 | $265,000 | $265,000 | $0 | $265,000 | $265,000 | $0 | $265,000 | $265,000 | $0 | $265,000 | $265,000 |
| B-3. Software | $0 | $1,450,080 | $1,450,080 | $0 | $1,450,080 | $1,450,080 | $0 | $1,450,080 | $1,450,080 | $0 | $1,450,080 | $1,450,080 | $0 | $1,450,080 | $1,450,080 |
| B-4. Other          Specify | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C. Data Center Provider Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-1. Managed Services (Staffing) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-2. Infrastructure | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-3. Network / Hosting Services | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-4. Disaster Recovery | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-5. Other          State Data Center | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| D. Plant & Facility Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E. Other Costs | $0 | $1,085,688 | $1,085,688 | $0 | $1,085,688 | $1,085,688 | $0 | $1,085,688 | $1,085,688 | $0 | $1,085,688 | $1,085,688 | $0 | $1,085,688 | $1,085,688 |
| E-1. Training | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E-2. Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E-3. Other | | | | | | | | | | | | | | | |
| E-4. Other    DMS MFN2 State Network Bandwidth | $0 | $840,000 | $840,000 | $0 | $840,000 | $840,000 | $0 | $840,000 | $840,000 | $0 | $840,000 | $840,000 | $0 | $840,000 | $840,000 |
| E-5. Other       Network Maintenance | $0 | $245,688 | $245,688 | $0 | $245,688 | $245,688 | $0 | $245,688 | $245,688 | $0 | $245,688 | $245,688 | $0 | $245,688 | $245,688 |
| Total of Recurring Operational Costs | $0 | $2,800,768 | $2,800,768 | $0 | $2,800,768 | $2,800,768 | $0 | $2,800,768 | $2,800,768 | $0 | $2,800,768 | $2,800,768 | $0 | $2,800,768 | $2,800,768 |
| | | | | | | | | | | | | | | | |
| F. Additional Tangible Benefits: | | | $0 | | | $13,428,437 | | | $13,428,437 | | | $13,428,437 | | | $13,428,437 |
| F-1.              Efficiencies | | | $0 | | | $13,428,437 | | | $13,428,437 | | | $13,428,437 | | | $13,428,437 |
| F-2. | | | | | | | | | | | | | | | |
| F-3. | | | | | | | | | | | | | | | |
| F-4. | | | | | | | | | | | | | | | |
| F-5. | | | | | | | | | | | | | | | |
| F-6. | | | | | | | | | | | | | | | |
| Total Net Tangible Benefits: | | | ($2,800,768) | | | $10,627,669 | | | $10,627,669 | | | $10,627,669 | | | $10,627,669 |

| CHARACTERIZATION OF PROJECT BENEFIT ESTIMATE -- CBAForm 1B | | |
|---|---|---|
| Choose Type | Estimate Confidence | Enter % (+/-) |
| Detailed/Rigorous | Confidence Level | |
| Order of Magnitude ✓ | Confidence Level | 80% |
| Placeholder | Confidence Level | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Department of Corrections | Officer Station Network | | | | | | | | | CBAForm 2A Baseline Project Budget | | | | | | | | | |
| 2 | Costs entered into each row are mutually exclusive. Insert rows for detail and modify appropriation categories as necessary, but do not remove any of the provided project cost elements. Reference vendor quotes in the Item Description where applicable. Include only one-time project costs in this table. Include any recurring costs in CBA Form 1A. | | | | | FY2023-24 | | | FY2024-25 | | | FY2025-26 | | | FY2026-27 | | | FY2027-28 | | TOTAL |
| 3 | | | | | $ - | $ 29,193,000 | | $ - | | | $ - | | | $ - | | | $ - | | | $ 29,193,000 |
| 4 | Item Description (remove guidelines and annotate entries here) | Project Cost Element | Appropriation Category | Current & Previous Years Project-Related Cost | YR 1 # | YR 1 LBR | YR 1 Base Budget | YR 2 # | YR 2 LBR | YR 2 Base Budget | YR 3 # | YR 3 LBR | YR 3 Base Budget | YR 4 # | YR 4 LBR | YR 4 Base Budget | YR 5 # | YR 5 LBR | YR 5 Base Budget | TOTAL |
| 5 | Costs for all state employees working on the project. | FTE | S&B | $ - | 0.00 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | | $ - |
| 6 | Costs for all OPS employees working on the project. | OPS | OPS | $ - | 0.00 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | | $ - |
| 7 | Staffing costs for personnel using Time & Expense. | Staff Augmentation | Contracted Services | $ - | 0.00 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | | $ - |
| 8 | Project management personnel and related deliverables. | Project Management | Contracted Services | $ - | 0.00 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | | $ - |
| 9 | Project oversight to include Independent Verification & Validation (IV&V) personnel and related deliverables. | Project Oversight | Contracted Services | $ - | 0.00 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | | $ - |
| 10 | Staffing costs for all professional services not included in other categories. | Consultants/Contractors | Contracted Services | $ - | 0.00 | $ - | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | | $ - |
| 11 | Separate requirements analysis and feasibility study procurements. | Project Planning/Analysis | Contracted Services | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 12 | Hardware purchases not included in data center services. | Hardware | OCO | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 13 | Commercial software purchases and licensing costs. | Commercial Software | Contracted Services | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 14 | Professional services with fixed-price costs (i.e. software development, installation, project documentation) | Project Deliverables | Contracted Services | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 15 | All first-time training costs associated with the project. | Training | Contracted Services | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 16 | Include the quote received from the data center provider for project equipment and services. Only include one-time project costs in this row. Recurring, project-related data center costs are included in CBA Form 1A. | Data Center Services - One Time Costs | Data Center Category | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 17 | Other contracted services not included in other categories. | Other Services | Contracted Services | $ - | | $ 12,866,800 | $ - | | $ - | | $ - | | $ - | | $ - | | $ 12,866,800 |
| 18 | Include costs for non-state data center equipment required by the project and the proposed solution (insert additional rows as needed for detail) | Equipment | Expense | $ - | | $ 16,326,200 | $ - | | $ - | | $ - | | $ - | | $ - | | $ 16,326,200 |
| 19 | Include costs associated with leasing space for project personnel. | Leased Space | Expense | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 20 | Other project expenses not included in other categories. | Other Expenses | Expense | $ - | | $ - | $ - | | $ - | | $ - | | $ - | | $ - | | $ - |
| 21 | | Total | | $ - | 0.00 | $ 29,193,000 | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | $ 29,193,000 |

**CBAForm 2 - Project Cost Analysis**

| Agency | Department of Corrections | Project | Officer Station Network |
|---|---|---|---|

| PROJECT COST SUMMARY | PROJECT COST SUMMARY (from CBAForm 2A) | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | FY 2027-28 | |
| TOTAL PROJECT COSTS (*) | $29,193,000 | $0 | $0 | $0 | $0 | $29,193,000 |
| CUMULATIVE PROJECT COSTS (includes Current & Previous Years' Project-Related Costs) | $29,193,000 | $29,193,000 | $29,193,000 | $29,193,000 | $29,193,000 | |
| Total Costs are carried forward to CBAForm3 Project Investment Summary worksheet. | | | | | | |

| PROJECT FUNDING SOURCES | PROJECT FUNDING SOURCES - CBAForm 2B | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | FY 2027-28 | |
| General Revenue | $29,193,000 | $0 | $0 | $0 | $0 | $29,193,000 |
| Trust Fund | $0 | $0 | $0 | $0 | $0 | $0 |
| Federal Match | $0 | $0 | $0 | $0 | $0 | $0 |
| Grants | $0 | $0 | $0 | $0 | $0 | $0 |
| Other          Specify | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL INVESTMENT | $29,193,000 | $0 | $0 | $0 | $0 | $29,193,000 |
| CUMULATIVE INVESTMENT | $29,193,000 | $29,193,000 | $29,193,000 | $29,193,000 | $29,193,000 | |

| Characterization of Project Cost Estimate - CBAForm 2C | | | |
|---|---|---|---|
| Choose Type | | Estimate Confidence | Enter % (+/-) |
| Detailed/Rigorous | | Confidence Level | |
| Order of Magnitude | x | Confidence Level | 80% |
| Placeholder | | Confidence Level | |

**CBAForm 3 - Project Investment Summary**

| Agency | Department of Corrections | Project | Officer Station Network |
|---|---|---|---|

| COST BENEFIT ANALYSIS -- CBAForm 3A | | | | | |
|---|---|---|---|---|---|
| | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | FY 2027-28 | TOTAL FOR ALL YEARS |
| Project Cost | $29,193,000 | $0 | $0 | $0 | $0 | $29,193,000 |
| | | | | | | |
| Net Tangible Benefits | ($2,800,768) | $10,627,669 | $10,627,669 | $10,627,669 | $10,627,669 | $39,709,908 |
| | | | | | | |
| Return on Investment | ($31,993,768) | $10,627,669 | $10,627,669 | $10,627,669 | $10,627,669 | $10,516,908 |
| | | | | | | |
| Year to Year Change in Program Staffing | 0 | 0 | 0 | 0 | 0 | |

| RETURN ON INVESTMENT ANALYSIS -- CBAForm 3B | | |
|---|---|---|
| Payback Period (years) | 4 | Payback Period is the time required to recover the investment costs of the project. |
| Breakeven Fiscal Year | 2027-28 | Fiscal Year during which the project's investment costs are recovered. |
| Net Present Value (NPV) | $6,875,579 | NPV is the present-day value of the project's benefits less costs over the project's lifecycle. |
| Internal Rate of Return (IRR) | 12.42% | IRR is the project's rate of return. |

| Investment Interest Earning Yield -- CBAForm 3C | | | | | |
|---|---|---|---|---|---|
| Fiscal Year | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 |
| Cost of Capital | 2.69% | 2.90% | 3.09% | 3.29% | 3.48% |

# SCHEDULE IV-B FOR OFFENDER BASED INFORMATION SYSTEM (OBIS) MODERNIZATION

For Fiscal Year 2022-23



**September 15, 2021**

**Florida Department of Corrections**

# Contents

I.   Schedule IV-B Cover Sheet ...................................................................................................... 3

    Executive Summary ................................................................................................................... 4

II.  Schedule IV-B Business Case – Strategic Needs Assessment ............................................... 5

    A.   Background and Strategic Needs Assessment ................................................................. 5

       1.   Organization ............................................................................................................. 5

       2.   Business Need .......................................................................................................... 5

       3.   Business Objectives ................................................................................................. 6

    B.   Baseline Analysis ............................................................................................................ 9

       1.   Current Business Process(es) ................................................................................ 10

       2.   Assumptions and Constraints ................................................................................ 15

    C.   Proposed Business Process Requirements .................................................................... 17

       1.   Proposed Business Process Requirements ............................................................ 17

       2.   Business Solution Options ..................................................................................... 24

       4.   Rationale for Selection .......................................................................................... 33

       5.   Recommended Business Solution .......................................................................... 38

    D.   Functional and Technical Requirements ....................................................................... 39

III. Success Criteria ...................................................................................................................... 43

IV.  Schedule IV-B Benefits Realization and Cost Benefit Analysis ........................................... 45

    A.   Benefits Realization Table ............................................................................................ 45

    B.   Cost Benefit Analysis (CBA) ........................................................................................ 51

    CBA Form 1A & 1B - Net Tangible Benefits ...................................................................... 51

    CBA Form 2A - Project Cost Analysis ................................................................................ 52

    CBA Form 2B & 2C – Project Cost Analysis ...................................................................... 53

    CBA Form 3 - Project Investment Summary ....................................................................... 53

V.   Schedule IV-B Major Project Risk Assessment .................................................................... 54

    A.   Risk Assessment Summary ........................................................................................... 54

VI.  Schedule IV-B Technology Planning ..................................................................................... 56

    A.   Current Information Technology Environment .............................................................. 56

       1.   Current System ...................................................................................................... 56

       2.   Information Technology Standards ........................................................................ 60

    B.   Current Hardware and/or Software Inventory ............................................................... 61

    C.   Proposed Technical Solution ......................................................................................... 61

       1.   Proposed Application Architecture (Hybrid Approach) ........................................ 61

Schedule IV-B for Offender Based Information System (OBIS) Modernization

    2.    Proposed Data Architecture (Hybrid Approach) ................................................................................................. 62

    3.    Technical Solution Alternatives ....................................................................................................................... 63

    4.    Rationale for Selection .................................................................................................................................... 68

    5.    Recommended Technical Solution ................................................................................................................... 74

  D.    Proposed Solution Description ............................................................................................................................... 74

    1.    Summary Description of Proposed System ...................................................................................................... 74

    2.    Resource and Summary Level Funding Requirements for Proposed Solution (if known) .................................... 76

  E.    Capacity Planning .................................................................................................................................................. 76

    1.    User Counts ..................................................................................................................................................... 76

    2.    Mainframe Processing Details .......................................................................................................................... 77

VII. Schedule IV-B Project Management Planning................................................................................................................. 78

  A.    Project Management Methodology ........................................................................................................................ 78

VIII. Appendices................................................................................................................................................................. 79

  A.    Risk Assessment Tool............................................................................................................................................ 79

  B.    Project Charter ...................................................................................................................................................... 80

  C.    Draft Project Management Plan ............................................................................................................................. 81

  D.    Business Process Documents .................................................................................................................................. 82

  E.    Draft High Level Functional and Technical Requirements ........................................................................................ 83

  F.    Cost Benefit Analysis ............................................................................................................................................. 84

  G.    Glossary ................................................................................................................................................................ 85

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## I.    Schedule IV-B Cover Sheet

| Schedule IV-B Cover Sheet and Agency Project Approval | |
|---|---|
| Agency: | Schedule IV-B Submission Date: |
| Florida Department of Corrections | 09-15-2021 |
| Project Name: | Is this project included in the Agency's LRPP? |
| OBIS Modernization | ✓ Yes ___ No |
| FY 2022-23 LBR Issue Code: | FY 2022-23 LBR Issue Title: |
| 36260C0 | OBIS Modernization |
| Agency Contact for Schedule IV-B (Name, Phone #, and E-mail address): | |
| Wendy Ling, 850-717-3963, wendy.ling@fdc.myflorida.com | |
| AGENCY APPROVAL SIGNATURES | |
| I am submitting the attached Schedule IV-B in support of our legislative budget request. I have reviewed the estimated costs and benefits documented in the Schedule IV-B and believe the proposed solution can be delivered within the estimated time for the estimated costs to achieve the described benefits. I agree with the information in the attached Schedule IV-B. | |
| Agency Head: | Date: |
| Printed Name:    Mark Inch | 9/14/21 |
| Agency Chief Information Officer (or equivalent): | Date: |
| Printed Name:    Wendy Ling | 9/13/21 |
| Budget Officer: | Date: |
| Printed Name:    Mark Tallent | 9/13/21 |
| Planning Officer: | Date: |
| Printed Name:    Eric Henderson | 9/13/21 |
| Project Sponsor: | Date: |
| Printed Name:    Ricky Dixon | 9/14/21 |
| Schedule IV-B Preparers (Name, Phone #, and E-mail address): | |
| Business Need: | Srini Kishore, 850-717-3717, srinivasa.kishore@fdc.myflorida.com |
| Cost Benefit Analysis: | Greg Prescott, 850-717-3895, greg.prescott@fdc.myflorida.com |
| Risk Analysis: | Wendy Ling, 850-717-3963, wendy.ling@fdc.myflorida.com |
| Technology Planning: | Srini Kishore, 850-717-3717, srinivasa.kishore@fdc.myflorida.com |
| Project Planning: | Wendy Ling, 850-717-3963, wendy.ling@fdc.myflorida.com |

**Hackney, Stacey**

| | |
|---|---|
| **From:** | Lawrence, Laura |
| **Sent:** | Tuesday, September 14, 2021 8:50 AM |
| **To:** | CO-ELT |
| **Cc:** | CO-ELT_Support; Stanford, Lavitta; Jenkins, Shajuana; Bodiford, Trueby |
| **Subject:** | Delegation of Authority |

Good Morning,

Secretary Inch will be out of the office today, Tuesday, September 14, 2021 through Thursday, September 16, 2021.  During this time, Deputy Secretary Ricky Dixon will have delegated authority to handle all matters on his behalf.

Thank you,

**Laura Lawrence**
Office of the Secretary
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida  32399
850-717-3030



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## Executive Summary

Pursuant to Chapter 945, Florida Statutes (F.S.), the Florida Department of Corrections (Department or FDC) is entrusted with the care and custody of inmates in Florida prisons. The FDC is the third largest state prison system in the country with an annual budget of $2.9 billion, approximately 80,000 inmates incarcerated, and nearly 140,000 offenders under community supervision. As such, the Department's operations are critical to the safety and security of the public as well as our staff.

Currently, the Department relies primarily on manual, paper-based processes that are later entered into a home-grown mainframe application known as the Offender Based Information System, or OBIS. Advancements in technology long surpassed the original technologies of OBIS, which no longer align with the agility and needs of an already complex core business. As a result, the Department struggles to adapt to challenges such as:

- Fluctuations in inmate/offender populations – limits accuracy of Criminal Justice Estimating Conference (CJEC) projections, intake and release, and corresponding staffing needs
- Changing business process needs for operational efficiencies – dependency on manual paper-based processes, redundant data entry, and unnecessary shipping of paper forms/files
- Data transparency for data-driven operational decision-making and legislative mandates – lack of real-time access to data and analytics, and Criminal Justice Data Transparency Initiative
- Technical support staff and subject matter expert retirement / attrition

The Department has taken initial steps to address questions and next steps on how best to mitigate the risk of a rigid, 40-year-old, costly mainframe system that continues to grow complexity with each year that passes. In 2008 and 2016, the Department engaged an outside vendor to conduct analysis and produce a business case for replacing OBIS. In addition, the Department has been in regular consultation with expertise from Gartner Research Engagement Services, Inc. regarding our revised technical approach, while also researching other states and issuing a Request for Information (RFI) to obtain relevant market information.

With all of these considerations, the Department intends to re-engineer all offender management business processes with particular emphasis on automating workflows and data interoperability to better support the overall mission and increase public safety. The Department proposes a multi-year, staggered workstream approach for OBIS Modernization, with priority given to core functionality. Breaking down and prioritizing the core functional areas allows the Department to ensure appropriate support, distribute the dependence on subject matter experts, and lowers overall project risk with a phased implementation focused on the following:

1. Provide a sustainable and scalable architecture that supports dynamic process modification resulting from legislative mandates and changes
2. Provide a system that can leverage and integrate external and internal data sources in real-time.
3. Provide customized data views for interfaces supporting one-version-of-truth and data analytics to inform security and safety mandates and to measure systemic performance across the full corrections spectrum.
4. Provide a system with a workload management component to manage agency business processes effectively and efficiently.
5. Provide an interoperable and fully functional offender management system to access accurate and complete information that ensures public safety and meets the demands of a dynamic, data intensive correctional environment.
6. Provide a system that leverages modern technologies to attract and retain skilled technologists and support staff.
7. Provide a phased implementation plan identifying the functional, budget, resource, and procurement requirements to ensure a cost effective and realistic acquisition process.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## II.    Schedule IV-B Business Case – Strategic Needs Assessment

### A.  Background and Strategic Needs Assessment

The Department's mission is to provide a continuum of services to meet the needs of those entrusted to their care, creating a safe and professional environment with the outcome of reduced victimization, safer communities, and an emphasis on the premium of life. To that end, the Department relies on a collection of legacy mainframe applications referred to as the Offender Based Information System (OBIS) to carry out its mission.

In FY 2016-17, the Department engaged a vendor to provide an updated feasibility study and technical recommendation to inform the Department's next steps. Since then, the Department has continued to research other states and developed a more current technical approach with guidance from Gartner Research Engagement Services, Inc.

#### 1.   Organization

The Department is comprised of two major functional components, Institutions and Community Corrections, along with support entities and staff for Administration, Health Services, and Programs and Re-Entry. The Office of Institutions is responsible for the supervision of all four institutional regions and operational management of all correctional facilities; auditing security at facilities; maintaining accreditation standards; special operations; membership on the State Emergency Response Team (SERT); tracking incident reports; maintaining records on all inmates incarcerated; assisting law enforcement in their investigations; monitoring and interpreting court orders; establishing security standards for all facilities; maintaining the inmate transportation system; conducting training programs on security issues, classification, records, sentence structure, and court orders, as well as other related areas; and establishing policy and direction for all classification and records functions from reception to release.

The Office of Community Corrections in Central Office assists the administration in carrying out its mission for public safety by providing support, technical assistance, and policy for approximately 2,620 Community Corrections staff in the state.

#### 2.   Business Need

Since 1978, the Department has used OBIS to record data, generate reports, and support its critical decision-making process. OBIS is used in institutions for inmate management, classification, work assignments, health grades, disciplinary information, and custody status.  Due to its extensive use, OBIS is indispensable to the mission and operational performance of the Department. The major areas of functional support within OBIS include:

- Inmate Custody Tracking
- Inmate Classification Tracking
- Inmate Banking with Interface to Canteen (operated by Contractor)
- Inmate Housing Assignment Tracking
- Facility Population Tracking
- Transportation Scheduling
- Inmate Movement Tracking
- Release Date Computation
- Probation and Parole Supervision
- Court Ordered Payments (COPS)
- Field Investigation Tracking
- Collection and Reporting of Health Services Statistics

OBIS is more than 40 years old and has had continual updates and revisions over the past four decades. The system

Schedule IV-B for Offender Based Information System (OBIS) Modernization

is a mainframe-based application maintained locally by Department full-time employees (FTEs) and contracted staff. The options for enhancement are limited and the pool of skilled resources needed to continue supporting the system are shrinking. As a result, OBIS requires modernization to better serve the increasing informational needs of internal and external stakeholders.

### 3. Business Objectives

Through internal analysis and self-assessment, the Department established and prioritized the following objectives for the solution:

| Objectives | Priority |
|---|---|
| Provide a mobile enabled web-based system that comports with current technology platforms, improving usability for the Department. | 1 |
| Provide a sustainable and scalable architecture that supports dynamic process modification resulting from legislative mandates and changes | 2 |
| Provide a system that can leverage and integrate external and internal data sources in real-time. Provide customized data views for interfaces supporting one-version-of-truth and data analytics to inform security and safety mandates and to measure systemic performance across the full corrections spectrum. | 3 |
| Provide a system with a workload management component to manage agency business processes effectively and efficiently. | 4 |
| Provide an interoperable and fully functional offender management system to access accurate and complete information that ensures public safety and meets the demands of a dynamic, data intensive correctional environment. | 5 |
| Provide a system that leverages modern technologies to attract and retain skilled technologists and support staff. | 6 |
| Provide a phased implementation plan identifying the functional, budget, resource, and procurement requirements to ensure a cost effective and realistic acquisition process. | 7 |

After the Department derived and validated its overarching objectives, a gap analysis was performed to determine differences; the "gaps," are represented by the difference between the current OBIS environment (the "As-Is" state) and the desired future state as defined by the Department's objectives (the "To-Be" state). For example, the current OBIS user interface is a collection of text-based mainframe "green screens" while a Department objective states, "Provide a web-based system that comports with current technology platforms, improving usability for the Department." There is an inherent "gap" between a green screen user interface and a modern web-based, graphical user interface (GUI). Therefore, this misalignment must be addressed to achieve the desired solution outcome.

The Gap Analysis highlights aspects of the OBIS environment that must be modernized to meet the Department's objectives, but it does not attempt to determine whether the changes are achievable or how to resolve the gap. The Gap Analysis merely paints a picture of what OBIS is today and how that compares to what the Department has articulated as its collective needs in a To-Be state.

The following discussion addresses each of the Department's identified objectives.

*Objective 1: Provide a mobile enabled web-based system that comports with current technology platforms, improving usability for the Department.*

While the Department has, over time, web-enabled discrete functionality in the current OBIS, e.g., Corrections Integrated Needs Assessment System (CINAS) and Inmate Risk Management System (IRMS), the vast majority of the core OBIS application operates in a green screen environment lacking what is considered today to be a standard presentation layer: a responsive browser-based graphical user interface (GUI) with the look and feel of today's

Schedule IV-B for Offender Based Information System (OBIS) Modernization

modern characteristics, e.g., mouse-enabled pull down menus and checkboxes, that a standard GUI provides, which promotes ease of use and dynamically adapts to the screen size of the device being used. If OBIS is modernized with a web-based GUI the collection of multiple green screens can be optimized for data entry functions with logic to integrate workflows, minimize data entry errors, and perform error correction checks before data is submitted. Additionally, a web-enabled system allows authorized users to access the system using a wide-range of supported browsers.

The few web-enabled applications that are currently part of OBIS rely upon the same underlying legacy architecture (mainframe-based, Db2).   Modernizing OBIS includes updating the architectural design to leverage cloud service providers and provide the advantages of maintainability and interoperability.

*Objective 2: Provide a sustainable and scalable architecture that supports dynamic process modification resulting from legislative mandates and changes.*

OBIS is written in a programming language named Common Business-Oriented Language (COBOL) and the data resides in an IBM Db2 database. Although the current system is functional and stable modifications to the code base are difficult and often introduce technical risk when implementing changes imposed by executive, legislative, or judicial decisions.

In some cases, the risk is imposed by the code base itself, which has been modified, repaired, and enhanced over four decades. The accumulation of past modifications is reaching critical levels of complexity and will become unsustainable if the trend continues. Legislative and business requirements for OBIS continue to be evolve while the pool of available skilled development resources shrinks, adding to the risk of overall sustainability. COBOL has not been on the forefront of application development for decades due to organizations migrating to new platforms and rewriting applications in modern languages. Finally, resources with OBIS-specific knowledge are diminishing due to retirement and normal attrition.

The Department's commitment to OBIS Modernization demonstrates a concrete step needed to move to a more flexible and dynamic technical infrastructure and application architecture to allow it to react quickly and accurately to external and internal policy changes.

*Objective 3:  Provide a system with scalable architecture that can leverage and integrate external and internal data sources in real-time.  Provide customized data views for interfaces supporting one-version-of-truth and data analytics to inform security and safety mandates and to measure systemic performance across the full corrections spectrum.*

The Department receives and shares tremendous amounts of data with other state and local agencies.  However, in many cases, data sharing is accomplished in a paper-intensive environment. An enormous amount of data is captured and generated using hundreds of paper forms that are manually entered into OBIS using green screens that are time-intensive and error-prone processes. The Department is currently piloting new processes that include a method to receive electronic images of commitment paperwork from the courts and developing an automated workflow to receive court sentences as data through automated interfaces to OBIS rather than manual data entry.

The Department uses automated fingerprint scanning technology which supports biometric identification for inmates and offenders. However, the information which is received from FDLE is not readily entered or updated in OBIS without human intervention; criminal history data is still entered manually by staff. There are tremendous benefits associated with moving to a more robust and automated data sharing solution, including accuracy, timeliness, and more appropriate allocation of staffing resources. Under the current architecture, electronic data sharing with external agencies involves extracting the same data multiple times with slight variations for each unique data interface, which is accomplished by resource-intensive batch jobs.

The Department has recognized for many years the importance of creating and managing a secure data sharing environment to address the needs of its employees, inmates, offenders, victims, and the general public. To that end,

Schedule IV-B for Offender Based Information System (OBIS) Modernization

the Department created highly focused tools such as CINAS for inmate needs assessment and IRMS for the Security Threat Group (STG) processes, developed as a result of a need to manage gangs and gang activity more effectively within institutions. Today, the STG mandate encompasses the need to effectively identify and manage threats posed by terrorism.

Real-time views of an organization's operational profile and performance have become standard in today's approach to information as a management tool. The ability to see and assess an organization from an enterprise perspective and drill down to illuminate discrete data and performance elements are critical needs for an operation with the breadth and scope of the Department.

Common techniques used to gather and report metrics include dashboards and flexible reporting tools, which allow users to create and monitor operational aspects of the business without requiring significant technical support from programmers or other IT resources. Users are empowered to identify, track, and report on key elements they define as critical to their needs and the management of the overall correctional environment.

Finally, data analytics will provide insight into a wide variety of the Department's operational activities and effectiveness—measured by time, cost, and safety factors that are not readily visible in OBIS today. Integrated data analytics enables the Department staff to perform "what if?" analyses using a standard toolset rather than relying on highly technical and costly IT resources. For instance, questions such as, "What would be the cost savings if the accuracy of an inmate's initial needs assessment were implemented?" Data analytics could be used to identify costs and risks associated with repeated inmate moves in terms of transportation and personnel.

OBIS Modernization must address the Department's desire to capture and manage its operational profile using defined metrics and data-driven decision making.

*Objective 4:  Provide a system with a workload management component to manage agency business processes effectively and efficiently.*

The Department has implemented rudimentary workflow processes to manage certain aspects of its mission. The Classification Appointments Overview & Scheduling System (CAOSS) is one such example of the Department's need for workload management. Using a "factory" paradigm, moving parts and pieces through an operation, adding value at each step, and creating a final product is instructive. However, another component necessary to measure operational efficiencies and effectiveness is, the ability to quantify the amount of work individual resources complete within a specific timeframe? Properly functioning workforce management systems provide organizations, like FDC, with insight into key business metrics such as the number of resources required to staff particular functions throughout the work day, week or month and how to effectively forecast for operational and strategic needs.

This objective addresses the need to manage staff and equipment resources more efficiently.  How many classification officers are required to manage the current and projected inmate population? How many and what type of offenders can a Probation and Parole Officer supervise? How many buses need to be scheduled next week to transport the projected inmate moves? These are all operational questions which may be resolved more efficiently with OBIS Modernization.

Workload management addresses the need to use available resources given a wide range of factors which may include staffing issues, e.g., who is out sick today or on vacation next week and how can the system most efficiently transfer their work to another resource?  Specific qualifications or restrictions can be included in the logic such as how many cases of a given type may a Probation Officer supervise?

Workload management will also help manage equipment resources, e.g., the transport bus scheduled for today has broken down so what other transport bus is available to use or must the inmate transport be rescheduled.  Workload management will also support the Department's mission of securely and safely housing inmates by identifying, tracking, and allocating the appropriate bed required to meet an inmate's Risk and Needs profile.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

Often associated only with staffing resources, automated workload management can be effectively used to address the full spectrum of an organization's efficient use of all resources.  Automation of workload management will eliminate the manual data entry of paper workflows that are error prone and time consuming, which will enable staff to concentrate on more productive tasks and further enhance the Department's ability to accomplish its mission.

*Objective 5:  Provide an interoperable and fully functional offender management system to access accurate and complete information that ensures public safety and meets the demands of a dynamic, data intensive correctional environment.*

This goal represents the smallest gap between the As-Is and To-Be environments. Modernizing OBIS using interoperable technologies while re-shaping current business processes reduces manual workflows, enhances data accuracy, and offers the greatest benefit to operational efficiency and user experience.

This gap highlights the dependence on the skills and knowledge embodied by Department staff to accomplish the Department's mission.  A modernized OBIS will utilize business rules, workflow processes, workload management controls, and interoperable data sharing enabling the Department to better achieve its mission.

*Objective 6: Provide a system that leverages modern technologies to attract and retain skilled technologists and support staff.*

This objective is aimed at addressing the current and escalating difficulty in hiring and retaining technical resources knowledgeable in COBOL or those even interested in supporting a system based in decades old technologies. Educational institutions no longer teach COBOL and are instead preparing an IT workforce to address increasing cybersecurity threats, leverage cloud-based technologies, and develop using modern programming languages and platforms. OBIS modernization is necessary to address sustainability and operational support needs with skilled resources available in the modern market.

*Objective 7: Provide a phased implementation plan identifying the functional, budget, resource, and procurement requirements to ensure a cost effective and realistic acquisition process.*

Rather than a gap this is a strategy to maximize the allocation of funding and resources with consideration of procurement requirements and desired outcomes by devolving the project into manageable work streams over a 5-year period.

## B.  Baseline Analysis

The Department's staff from the offices of Institutions, Community Corrections, Administration, Health Services, Programs and Re-Entry, and Information Technology met to identify business process differences between the 2006 and 2016 Feasibility Study and the 2008 Business Process Analysis.  The As-Is documents created in 2008 were used to assess what had changed.

The project team, including Department staff and vendor staff, conducted working sessions with subject matter experts (SMEs) from various functional teams within the Department.  As a result of the meetings and follow up discussions, the As-Is process documents from 2008 were updated to reflect business practices current as of 2016. In particular, the following documentation was reviewed and refreshed to reflect current business practices:

- Institutions: Receive Inmate
- Institutions: Institutionalize Inmate
- Institutions: Release Inmate
- Community Corrections: Intake Offender
- Community Corrections: Supervise Offender
- Community Corrections: Release Offender

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### 1.    Current Business Process(es)

Within its two major functional areas, Institutions and Community Corrections, the Department performs a wide variety of processes comprised of three major components which fall into each respective functional area. The Department is also responsible for oversight of its outsourced Health Services processing, which provides care for inmates throughout their incarceration. Institution staff are responsible for inmates during incarceration while Community Corrections staff supervise offenders on probation as they return to the community. Figure 1 below provides an overview of the core Department functions.



<p style="text-align:center"><span style="color:blue">**Figure 1: Overview of Florida Department of Corrections Core Functions**</span></p>

#### *Institutions: Receive Inmate*

The purpose of the Receive Inmate core process is to physically receive an inmate from the County Sheriff's Office or designated transporting agent and place the inmate in the custody of the Florida Department of Corrections. The State of Florida receives approximately 30,000 inmates per year in six reception centers, five for male inmates and one for female inmates.

Offenders are transported from county jails or other authorized locations and entered into one of six Reception Centers located throughout the state. Each inmate is accompanied by official commitment papers and other official documents mandated by section 944.17, Florida Statutes. At intake, the inmate is identified as a new receipt, recidivist, or violator. An inmate is processed, tested, evaluated by Health Services, assessed for program needs, and his/her custody (security risks) is determined. Custody is determined by reviewing the seriousness of the offense, length of sentence, time remaining to serve, prior criminal history, escape history, prison adjustment, and other factors. Based on key assessment results gathered during the reception process, the inmate is then transferred to a permanent facility.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

The objectives of this process are:

- Review and validate inmate commitment papers for custody acceptance
- Search and seizure of personal property
- Inmate orientation
- Testing and assessment of mental, physical, educational, vocational, substance abuse treatment, and medical needs
- Assessment of security risk level
- Assignment to permanent institution
- Transfer of inmate to permanent institution

### *Institutions: Institutionalize Inmate*

The purpose of the Institutionalize Inmate core process is to receive an inmate after he or she has been assigned to an institution following the Inmate Reception process and to manage the inmate throughout incarceration in a Department facility.

The objectives of this process are:

- Review and validate inmate reception papers for custody acceptance
- Assign a bed meeting custody and risk provisions
- Search, seizure of personal property, and orientation
- Complete a risk/needs assessment
- Assign institutional programs (education, vocational, substance abuse)
- Manage inmate
- Manage the institution (visitors, transportation, phones)

### *Institutions: Release Inmate*

The purpose of the core process, Release Inmate, is to ensure completion of all tasks required by statute, rule, procedure, or best practices prior to the lawful end of a commitment to state custody. The inmate may be released without legal constraint, placed under post-release supervision (executive or judicial), or turned over to another legal authority for criminal process (law enforcement) or civil process (Immigration and Customs Enforcement or Department of Children and Families civil commitment for sexually violent predators).

The objectives of this process are:

- Determine if an inmate has reached the lawful end of a court commitment to state custody
- Determine the type of release
- Review all inmates prior to release for transition services programs, residential housing, employment, and other special services as needed or required by law
- Conduct a full medical and mental health assessment on the inmate and determine if special placement is clinically indicated at end of sentence (EOS) (hospital, inpatient mental health care, assisted-living facility/nursing home, etc.)
- Determine the entity to whom the inmate will be released, if applicable
- Notify all appropriate organizations and individuals of the pending release
- Ensure the inmate is not subject to warrants or detainer notices by other jurisdictions either in Florida or elsewhere (courts, law enforcement, corrections)
- Fully inform the inmate about his or her obligations following release (e.g., supervision by Community Corrections)

Schedule IV-B for Offender Based Information System (OBIS) Modernization

- Ensure all Department of Corrections information about the inmate is current and validated (numerous reviews)

### Community Corrections: Intake Offender

The purpose of the core process, Intake Offender, is to conduct identification and assignment of offenders placed on supervision.

The objectives of this process are to:

- Receive/gain offenders coming directly from court or being released from an institution into conditional release or court ordered supervision.
- Manage the various referral sources including deferred prosecutions, sentencing by the court or the releasing authority, interstate compact and other State entities, as well as institutions, prosecutors, and the Florida Commission on Offender Review (FCOR). Offenders may be sentenced to supervision types as described in Florida Statutes 944, 947, 948, 949.
- Initiate the completion of the various forms included with the case file.
- Input appropriate data in OBIS screens and case notes across all supervision activities.

### Community Corrections: Supervise Offender

The purpose of the core process, Supervise Offender, is to supervise offenders commensurate with their court ordered conditions, and to address the needs of the offender, thereby protecting the community.

The objectives of this process are:

- Monitor and supervise offenders on a schedule that adheres strictly to the terms and conditions of the Probation Order
- Identify needs/resources
- Motivate and assist
- Perform field work on a regular basis
- Manage violations of supervision
- Manage offender transfer requests
- Manage the various investigations that are requested (e.g., presentence investigation, pretrial investigation, inmate release investigation, absconder investigation, etc.)
- Document appropriate OBIS screens and case notes across all supervision activities

### Community Corrections: Release Offender

The purpose of the core process, Release Offender, core process is to perform activities associated with the end of supervision for an offender who has successfully completed the conditions of supervision and is ready to transition back into the community. The community supervision release population consists of all offenders permanently removed from the Florida Department of Corrections from a specific term of supervision due to satisfaction of the sentence, a pardon, return to another State, death, revocation, or other court termination action.

The objectives of this process are:

- Prepare offenders for a smooth transition back into the community
- Provide termination of supervision instructions to offenders
- Create release documentation to the various agencies and/or individuals
- Document offender release in OBIS and in hardcopy file

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### *Stakeholders*

Each process affects individuals and entities inside and outside the Department in unique ways. It is important to identify these stakeholders to determine a baseline impact on the organization and connected entities. The Project Management Institute (PMI) defines a stakeholder as "anyone who may be positively or negatively impacted by the project." The table below lists the project's stakeholders which have been identified to-date, as well as a summarization of how each will be affected by, or will participate in, OBIS Modernization.

| Business Process Stakeholder Groups | |
|---|---|
| **Stakeholder** | **How affected and/or how group will participate** |
| **Florida Department of Corrections** | Replacing the current OBIS affects all facets of support and operational areas within the Department as it represents a significant shift in technology, functionality, staff skills and knowledge, and an ongoing need to readdress budgetary support. Internal stakeholders include: <br>• Executive Leadership <br>• Institutions <br>• Community Corrections <br>• Administration <br>• Budget and Financial Management <br>• Communications <br>• Facilities Management <br>• Finance and Accounting <br>• General Counsel <br>• Health Services Human Resources <br>• Information Technology <br>• Inspector General <br>• Intelligence <br>• Legislative Affairs <br>• Procurement <br>• Programs and Re-Entry |
| **General Public** | A general body of people within the Florida community. The general public is directly affected by the Department's ability to meet its security and safety mandates. |
| **Victims** | Victims of crime have an interest in the new system to ensure it meets their notification needs and to ensure appropriate restitution is made. |
| **Law Enforcement Agencies** | A wide variety of law enforcement agencies provide data to support the Department mission. The Florida Department of Law Enforcement (FDLE) provides positive, biometric-based identification services (state and federal) and supplies criminal history records to the Department. By running an identification check, the Department notifies FDLE that an inmate is in custody. |
| **Local Law Enforcement Agencies** | A wide variety of law enforcement agencies provide data to support the Department mission. State law enforcement agencies (Police, Sheriffs) interact with the Department and may be actively involved with transfers, escapes, absconders, and investigatory processes. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Business Process Stakeholder Groups | |
|---|---|
| **Stakeholder** | **How affected and/or how group will participate** |
| **Courts** | Court systems are intimately involved with the Department. The Courts impose the sentences which the Department is mandated to carry out for inmates and offenders and often requires information and/or investigations to assist them in their constitutional duties. |
| **Other States** | The Department, through the Interstate Compact, houses inmates from and provides supervision of offenders on behalf of other states. Concurrently, other states perform similar services on behalf of the Department. |
| **Florida Department of Children and Families (DCF)** | The Department operates in partnership with DCF to close any government benefits such as the Supplemental Nutrition Assistance Program (SNAP) or Temporary Assistance for Needy Families (TANF) when a person enters FDC to ensure benefits are not distributed to incarcerated persons. The data provided also prevents incarcerated individuals' identities from being fraudulently used to apply for assistance. |
| **Other State Agencies** | Other agencies within the State of Florida that interact and/or are affected by OBIS Modernization include:<br><br>• Florida Department of Revenue (DOR)<br>• Florida Department of Juvenile Justice (DJJ)<br>• Florida Department of Elder Affairs (DOEA)<br>• Florida Agency for Persons with Disabilities (APD)<br>• Florida Department of Law Enforcement (FDLE)<br>• Florida Office of the Attorney General (OAG)<br>• Florida Public Service Commission (PSC)<br>• Florida Department of Agriculture and Consumer Services (DACS)<br>• Florida Department of Education (DOE)<br>• Florida Lottery<br>• Florida Department of Highway Safety and Motor Vehicles (DHSMV)<br>• Clerk of Courts<br>• Auditor General |
| **State Data Center (SDC)** | The SDC provides utility computing services to the Department. The center maintains a 24x7x365, Tier III data center operation with redundant power, back-up generators, redundant network connections, and managed services for OBIS. As of FY 2020-21, the SDC outsourced mainframe services to the Northwest Regional Data Center (NWRDC) who has contracted with a vendor to supply services. |
| **Contracted Services** | Third party vendors contract with the Department. Examples of service contractors include:<br><br>• Health Services<br>• Canteen<br>• Electronic Monitoring<br>• JPAY payment processing |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Business Process Stakeholder Groups | |
|---|---|
| **Stakeholder** | **How affected and/or how group will participate** |
| **Florida Legislature** | The governing body responsible for enacting laws. The Legislature has exclusive authority to determine statute and adopt the budget for state government activities. |
| **Executive Office of the Governor (EOG)** | As a part of the overall governance team, the EOG communicates with the House and the Senate as well as creates a recommended budget and signs the budget voted on by the legislature. |
| **Other Federal Agencies** | Other Federal Agencies interact with the Department. They include:<br>• Social Security Administration (SSA)<br>• Internal Revenue Service (IRS)<br>• Department of Defense (DOD)<br>• Department of Treasury<br>• Department of Justice (DOJ)<br>• Department of Homeland Security (DHS) |

### 2. Assumptions and Constraints

OBIS Modernization is dependent upon a wide range of assumptions and constraints. Assumptions refer to things which are, based on functional, technical, statutory, and/or best practices, believed to have potential impact on the overall goals of the project. Constraints are defined as things that are known to prevail today or will be required in the future, which limit or influence subsequent functionality, the technical environment, budgets, implementation planning, project execution, and operations and maintenance activities.

From a fundamental perspective, the most important aspect of OBIS Modernization is an understanding that the functions of the Department to meet its mission cannot be interrupted.

*Assumptions*

- Total project costs will increase with longer project timelines due to the need to maintain and operate the current OBIS solution over a longer period of time.
- Funding to maintain and operate the current OBIS will continue until the new system is implemented.
- The proposed vendor solution will be either a Commercial of the Shelf (COTS) product, Cloud-based Software as a Service (SaaS) solution, or Cloud-based Customer Relationship Management and Enterprise Resource Management (CRM/ERP) Platform as a Service (PaaS) with correctional verticals. Vendors can propose a combination of one or more of the above and integrate them all to provide least Total Cost of Ownership (TCO) over 10 years.
- The vendor will propose service-oriented architecture, a range of appropriate technologies and tools like data integration, business rule-engines, with low-code/no-code frameworks with real-time interoperability and interfaces using application program interfaces (APIs) and web-services.
- The proposed Vendor solution will be hosted in a cloud environment that complies at a minimum with the FBI Criminal Justice Information Services (CJIS) Security Policy.
- The proposed Vendor solution will be compliant with the National Institute of Standards and Technology (NIST), the FBI CJIS Security Policy, the Health Insurance Portability and Accountability Act of 1996 (HIPAA), and standards for protecting Personally Identifiable Information (PII).

Schedule IV-B for Offender Based Information System (OBIS) Modernization

- The proposed vendor solution will be compliant with Chapter 60GG-2, F.A.C., Florida Cybersecurity Standards, and Chapter 60GG-3, F.A.C., Data Center Operations.
- Vendors can implement the proposed solution in the designated timeframe, in the sequence prescribed, and in alignment with budgetary allocations/restrictions.
- The proposed vendor solution will increase operational efficiencies and effectiveness and eliminate manual processes which rely upon the use of ad-hoc tools.
- The cost avoidance from operational efficiencies and resource gains resulting from OBIS Modernization will be allocated to activities which directly support the Department's mission.
- The proposed vendor solution will use an architecture model that facilitates rapid and scalable deployment of the technical and functional requirements.
- The proposed vendor solution includes building interfaces with the current OBIS applications as functionality is modernized in phases.
- The current OBIS applications will remain the system of record for agency data until all functionality is tested and migrated to the modernized OBIS.
- The Department will employ the Organizational Change Management (OCM) activities required to successfully implement the recommended solution.
- The project team, both the Department and the vendor, will be staffed appropriately to complete the deliverables, achieve milestones, implement infrastructure changes, manage user involvement, and ensure proper testing.
- The proposed vendor solution will include automated data interfaces with other external agencies to preclude the storage of duplicate data.
- As a part of the business process re-engineering, the current interfaces will be analyzed if providing real-time access to data to reduce batch load and data exchange traffic.
- The Department's executive leadership and key project stakeholders will remain invested in the success of the project throughout the multi-year phased implementation.
- The end user computer workstations and network connectivity are sufficient to support the use of a web-based user interface.
- The computers and mobile devices used to enter data without using paper will not negatively affect the safety of officers, staff, or inmates.
- The proposed vendor solution will provide offline data capture workflows with connected synchronization for data collection when connectivity is unavailable, which will be critical to reduce the need for paper-based data collection and manual workflows.
- The proposed vendor solution can be implemented in phases over a 5-year period.
- Implementation of the proposed vendor solution will comply with Chapter 60GG-1, F.A.C., Florida Information Technology Project Management and Oversight Standards.
- The proposed vendor solution will consider public safety as an overarching goal of the Department.
- OBIS Modernization will not negatively affect operational continuity.

*Constraints*

- Potential vendors may prefer to implement OBIS Modernization in fewer phases over a shorter period, which may not match the approved funding model.
- Project activities, schedules, and milestones depend on the appropriate funding.
- State statutory changes, changes in administrative rules, and Department policy changes could affect the project.
- Specific software tools supporting desired capabilities will be determined based on the solution options proposed by the system integration vendor.
- There is a limit to the workload that Department staff can dedicate to OBIS Modernization each year.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

- The current OBIS applications contain cross dependencies that will require ongoing operation of the legacy system during OBIS Modernization.
- During OBIS Modernization a temporary bridging interface is needed to maintain operational continuity and data integrity.
- There is a high level of risk associated with a phased implementation, which necessitates an emphasis on modernization strategies.

## C. Proposed Business Process Requirements

### 1. Proposed Business Process Requirements

*Functional Requirements*

Functional requirements are defined as those items which must be met to address the business processes of the Department; and must be supported to perform the actual business of the Department. Within the functional requirements are items common across all functions, such as scheduling and workflow management. Figure 2 below illustrates the inter-relationship of common functional elements.



Figure 2:  Functional Requirements for OBIS Modernization.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

The requirements fall into general groupings as summarized in the following table.

| Major Functional Area | Process Sub-Categories | Description |
|---|---|---|
| **Institutions - Intake** | Inmate Reception | Processes required to receive an inmate. |
| **Institutions - Intake** | Risk and Needs Assessments | Processes required to determine the internal and external risks posed by an inmate, define custody levels, and assess an inmate's specific needs (e.g., health, education, and vocational training). |
| **Institutions - Intake** | Security Threat Group | Processes required to determine gang or terrorist memberships and threats. |
| **Institutions - Institutionalize** | Inmate Education | Processes required to determine and meet the educational needs specific to a particular inmate. |
| **Institutions - Institutionalize** | PREA | Processes required to determine the threats posed by sexual predators or to assess the propensity for victimization. |
| **Institutions - Institutionalize** | Property Management | Processes required to remove, store, track, and return inmate property. |
| **Institutions - Institutionalize** | Disciplinary Report (DR) Management | Processes required to track inmate disciplinary actions. |
| **Institutions - Institutionalize** | Inmate Trust Fund | Processes required to manage inmate funds (e.g., transferring funds to an inmate's ID for use in the canteen). |
| **Institutions - Institutionalize** | Sentence Structure | Processes required to validate and manage an inmate's incarceration, sentence modifications, and to calculate a release date. |
| **Institutions - Institutionalize** | Visitation/Phone Lists | Processes required to manage inmate visitors and authorized recipients of inmate phone calls. |
| **Institutions - Institutionalize** | Transportation | Processes required to move inmates between Department institutions. |
| **Institutions - Institutionalize** | Vocational Training | Processes required to determine and manage inmate vocational program assignments and training. |
| **Institutions - Institutionalize** | Housing | Processes required to manage bed space throughout Department and to determine appropriate bed assignments based on inmate custody levels. |
| **Institutions - Institutionalize** | Interstate Compact | Processes required to manage and coordinate inmates serving time in other states or inmates from other states serving time in Florida. |
| **Institutions - Institutionalize** | Drug Testing | Processes required to manage the inmate drug testing program. |
| **Institutions - Institutionalize** | Emergency Operations | Processes required to support Emergency Operations (e.g., managing escapes or mass moves during natural disasters). |
| **Institutions - Release** | Inmate Release | Processes required to prepare and release an inmate from incarceration. |
| **Community Corrections - Intake** | Offender Receipt | Processes required to receive an offender. |
| **Community Corrections - Supervision** | Offender Supervision | Process of making referrals, tracking public service, monitoring treatment attendance and various other activities. |
| **Community Corrections - Supervision** | Risk and Needs Assessment | Processes required to assess an offender's specific needs during supervision. |
| **Community Corrections - Supervision** | Investigations | Processes required to complete offender investigations. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Major Functional Area | Process Sub-Categories | Description |
|---|---|---|
| **Community Corrections - Supervision** | Absconder Management | Processes required to manage offenders who have absconded (potential probation/parole violators). |
| **Community Corrections - Supervision** | Court Ordered Payments (COPS) | Processes required to manage payments ordered by a Court as restitution to victims or payments for services rendered by Department as part of an offender's supervision. |
| **Community Corrections - Supervision** | Offender Transfer | Processes required to transfer an offender's supervision from one office to another. |
| **Community Corrections - Release** | Offender Release | Processes required to release an offender from supervision. |
| **Interfaces – Inter agency Data Sharing** | Inter-Agency Data Sharing | Processes required to support outbound and inbound data exchange with external agencies. Currently most of these are batch. |
| **Interfaces – Department Web/Mobile** | Department Web/Mobile Applications | Processes required to support data requirements of Department web / mobile applications in real-time or batch. |
| **Interfaces – Health Services** | EMR Interface | Processes required to support EMR system providing inmate data and receiving medical/mental health data for internal processing. |
| **General** | Document Management | Processes required to maintain Department document templates, image/store documents, and to address archival requirements levied by the Department and/or the State. |
| **General** | Scheduling | Processes required to schedule appointments. |
| **General** | Workflow Management | Processes required to move work items between staff members for completion and or authorization. |
| **General** | Identification (Photos, Badges, LiveScan, RapidID) | Processes required to positively identify inmates and offenders and to create acceptable identification badges. |
| **General** | Integration with External Agencies (e.g., Courts, State/Local/Federal law enforcement agencies) | Processes required to share data/access with a wide variety of external entities that supply or use Corrections data while incarcerated or under supervision. |
| **General** | Case Management | Processes required to manage inmates and offender records and caseloads. |
| **General** | Audit (inmate records, sentence structure) | Processes required to validate the accuracy of Department processing and records. |

*Categorizing Current OBIS Functions*

From the perspective of modernization, OBIS functionality has been broken down into four groups. The grouping accounts for the relative functional priority to modernize including, functional relationships, sequencing of migration, and migrating to a newer solution as a block for minimizing interactions. The groupings are provided in Figure 3.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Application Functionality Grouping for Sequencing Modernization | | | |
|---|---|---|---|
| **Group-1** | **Group-2** | **Group-3** | **Group-4** |
| Community Corrections<br>Offender intake management,<br>Offender release,<br>Offender risk and needs assessment<br><br>Information Technology:<br>Bridge Technology,<br>Enterprise Reporting,<br>Infrastructure / Replatform<br><br>Institutions<br>Disciplinary Report (DR),<br>Emergency Operations,<br>Inmate Classification Assessment,<br>Inmate Reception,<br>Risk and Needs Assessments,<br>Sentence Structure,<br>Release Day calculation,<br>Support Release & Management<br><br>Integration<br>Support Internal & integrations,<br>Support Internal & interfaces, | Community Corrections<br>Offender Supervision<br><br>Core OBIS Functionality<br>Case / Records management,<br>Court Order Payments,<br>Data analytics,<br>Financial Management,<br>Scheduling,<br>Workflow Management<br><br>Information Technology<br>Database,<br>Data Warehouse and DataMarts,<br>Support Tools & Maintenance<br><br>Institutions<br>Identification Badges,<br>Livescan, RapidID,<br>Inmate Custody Assessment,<br>Security Threat group,<br>Support Emergency Management,<br>Support Sex & Offenders,<br>Vocational Training<br><br>Integration<br>Support External & interfaces | Community Corrections<br>Community Supervision,<br>Community Corrections,<br>Incident Management<br><br>Core OBIS Functionality<br>Pre-sentencing investigations<br><br>Institutions<br>Facility Population Tracking,<br>Inmate Education,<br>Inmate Housing Assessment,<br>Inmate Movement Tracking,<br>Inmate Release,<br>Inmate Trust Fund,<br>PREA,<br>Support Grievances,<br>Transportation Scheduling | Community Corrections<br>Investigations<br>Offender absconder management<br>Offender transfer<br><br>Core OBIS Functionality<br>Audits<br>Document Management<br>Victim Information<br><br>Institutions<br>Drug Testing<br>Interstate Compact<br>Property Management<br>Support Facility & Supervision<br>Support Job & Assignment<br>Visitation management |

**Figure 3: Core Functionality Groupings**

With major business functions grouped as listed above, the task of migration has been categorized into the following three work streams, which is applicable to any chosen solution options.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

*Workstream-1: Modernize Interfaces & User Experience*



Figure 4: Workstream 1

The focus of this workstream is to replace the green screen interfaces of OBIS with web-based and mobile-enabled interfaces. Development of these interfaces provides the functionality of multiple OBIS green screens can be combined into a single screen for an improved user experience and error trapping can be done at the time of data entry to improve the accuracy of collecting data. These advantages will significantly reduce the traffic to the mainframe once functionality is shifted to a newer interface.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

*Workstream-2: Reduce the Mainframe Footprint*



**Figure 5: Workstream 2**

During research, OIT discovered several processes that can be eliminated or do not require the processing power provided by the mainframe. The focus of this workstream is to reduce the footprint on the mainframe by moving non-core functionality to a cost-effective modern platform and sunsetting the processes that are not required.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

*Workstream-3: Refactor/Rewrite Functionality*



Figure 6: Workstream 3

The focus of this workstream is migrating core functionality to a modern platform. The approach for modernization could be a combination of one or more options considered under Business Solution Options. The end goal of this workstream is to provide a modern system that meets the Department's business objectives.

*Technical Requirements*

Technical Requirements are defined as those items which must be met to address the information technology processes of the Department; and must be supported to meet Department technical environment needs and compliance with Chapter 60GG-2, F.A.C., Florida Cybersecurity Standards and Chapter 60GG-3, F.A.C., Data Center Operations. As with the functional requirements, many technical requirements are common across the solution, such as database architecture, network infrastructure, and data integrity/security. The requirements fall into general groupings summarized and illustrated in the following diagram. For a complete listing of requirements, refer to Appendix 0,

Schedule IV-B for Offender Based Information System (OBIS) Modernization

Business Process Documents.



Figure 7:  Summary of Technical Requirements for OBIS Modernization

## 2.  Business Solution Options

The initial research from the 2016 Feasibility Study focused on gathering data about the correctional environment at the national level, followed by looking at individual states and identifying those which are similar to Florida, based on inmate and offender populations. Particular attention was placed on states which have recently implemented a new Offender Management System (OMS) and states considering the replacement of their existing system.

A review of individual states was performed to determine which systems were currently in production or planned, functionality, underlying technology suites, and overall implementation strategies. States with large inmate and offender populations were most relevant, given the inherent similarities to Florida with particular attention given to California, Texas, Pennsylvania, New York, Illinois, Virginia, and North Carolina.

A comparison of systems and technology included research and analysis of vendors, products, third-party integrators, and application options provided as part of recent, within the last five years, or planned system implementations. For states that recently implemented a new system, implementation information helped provide insight into key factors the Department must consider for OBIS Modernization. For states using a mainframe platform and considering implementing a new system, research focused on determining key drivers for change.

The Department engaged in process validation and considered budgetary constraints, technical capabilities, functional needs, staffing issues, and Department objectives for OBIS Modernization. Three approaches were identified which had the potential to meet the Department's needs:

1. Commercial Off-The-Shelf (COTS)

Schedule IV-B for Offender Based Information System (OBIS) Modernization

2. Best of Breed: Component-Based/Software as a Service (SaaS)

3. Hybrid on Common Platform as a Service (PaaS)

It is important to note that each of the potential options could at some point, with varying levels of complexity, cost, and risk, meet the needs of the Department. Figure 8 below illustrates the options available and the primary characteristics of each.



Figure 8: OBIS Modernization Solution Options

*Findings*

The market was assessed from a technical perspective (which products, services, and vendors address various migration or replacement strategies) and with a view toward identifying the current (and planned) installations for Departments of Corrections across the 50 states.

In general terms, there are three major implementation strategies prevalent in the market for Corrections:

- Commercial Off-The-Shelf

- Best of Breed: Component-Based/Software as a Service (SaaS)

- Re-Platform to Platform as a Service (PaaS): Modular/Custom Development

Commercial Off-The-Shelf (COTS)

COTS solutions are most commonly understood to be "packages" or "shrink-wrapped" software which is fully functional, requiring only basic configuration services to place it in a production environment. Most commonly, COTS products which address a particular functional need (e.g., an offender management system) come from a single vendor, have some sort of internal production "engine" underlying/supporting the entire solution, and various "modules" which perform discrete tasks related to a particular function (e.g., bed management or transportation fleet

Schedule IV-B for Offender Based Information System (OBIS) Modernization

management). Customers are usually required, at a minimum, to purchase or license the "engine" or "core" and are then free to decide which of the functional modules they wish to use to support their specific needs.

Technical risk is usually reduced with this strategy as a vendor is ultimately responsible for the integration of their own product offerings. As an added benefit, the various modules within the system generally operate in the same fashion (menus and options are common across the different functional system components); the look and feel is decidedly similar which may reduce user training time and costs and increase staff productivity.

As part of the transition to a COTS platform, the Department would use out-of-the-box functionality with minimal customization and extensions to the core product. In some cases, current business processes may require modification to align with the COTS capabilities.

Benefits:

- Functionality may be more mature and stable for use by multiple customers
- Tool provides a modern platform and user interface
- Vendor maintains product to support state and federal requirements

Drawbacks:

- Limited market for corrections-specific COTS
- Extensive customization may be needed to address Florida-specific needs
- Upgrades to newer versions of COTS product could require extensive rework to include original customization
- Current business processes may require change to align with COTS product
- Dependency on specialized resources for system updates or legislative changes

### Best of Breed: Component-Based/Software as a Service (SaaS)

Component-Based strategies allow the customer to select the best option for a given functional need, from different vendors, and then integrate the chosen components to form their overall system or solution. For example, Vendor A's Inmate Management module may excel in the market, while Vendor B's Probation and Parole module may be considered the "best of breed" (best solution in the market for a particular functional business need).

A Component-Based strategy allows the system to be built from market leading parts and pieces which then form the enterprise solution. Potentially, custom modules could be developed by a vendor to meet a highly specific functional need (SaaS: Software as a Service). However, there are potentially significant risks associated with this approach as it requires the tight integration of disparate vendor offerings which may be technically challenging, and which may present a different look and feel to users as they move from one area of the solution to another.

A Best of Breed modernization strategy transitions current OBIS to improved functional capabilities as discrete modules/ solution components. For each module/solution component, analysis would determine the best solution for the specific functionality. Module/solution components could be provided by one or more COTS or SaaS vendors, as custom developed modules or re-platformed functionality from OBIS. To enable module/component-based processing, the core OBIS architecture would need to use a flexible Service Oriented Architecture and provide a solid integration framework.

Benefits:

- Modernization can be done in a phased program as budget allows
- Solution provides access to best of breed solution components from functionality and cost perspective
- Vendors maintain COTS and SaaS modules/components

Schedule IV-B for Offender Based Information System (OBIS) Modernization

Drawbacks:

- Possibly more integration effort than a single COTS vendor solution

- Changes to current business processes may be required to align with new module/components

- Use of offsite vendor-hosted system ("cloud", or out-of-state locations) may add complexities for CJIS compliance

### Re-Platform to Platform as a Service (PaaS): Modular/Custom Development

A third approach to OBIS Modernization is to use standard application hosting platform, offered as a service (PaaS), and buy/build corrections-specific application modules using the rapid application tools supported by the platform which can serve the necessary business functions. This involves integrating modular components that are either pre-built or custom-developed for the core functional areas.

The primary areas of expected savings result from reduced mainframe hardware and software licensing costs. Organizations which project mainframe costs savings should be careful to understand the fixed costs (costs which remain even when mainframe utilization is reduced or eliminated). For example, there may be costs associated with support staff and facilities, regardless of where the new platform operates.

A re-platform modernization strategy transitions current OBIS to a modern application platform and development technologies. Transition may use a platform migration tool to reduce cost and elapsed time to move to the new platform. Ongoing capabilities would be custom developed on the new technology platform.

Benefits:

- Functionality customized to FDC requirements and preferences, built to specifications or bought if readily available

- Faster migration to relatively lower cost hosting and infrastructure since the platform is service provider managed

- Department retains control over system direction, features, and speed to implement change

Drawbacks:

- Longer elapsed time to implement system changes that modernize business processes

- Cost, staffing, and management challenges of custom application maintenance

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### State Comparisons

For frame of reference purposes, the following table shows totals for inmates and supervised offenders from the National Institute of Corrections (NICIC) reports. There may be slight variances between data reported and actual state data, but the table below is representative for each state as of December 31, 2019. Florida ranks third nationally for total inmate population.

| State | Inmate Population | Community Corrections Population | Total Population |
|---|---|---|---|
| Texas | 158,429 | 474,100 | 632,529 |
| California | 122,687 | 306,500 | 429,187 |
| Florida* | 96,009 | 208,500 | 304,509 |
| Georgia | 54,816 | 427,600 | 482,416 |
| Pennsylvania | 45,702 | 278,000 | 323,702 |
| New York | 43,500 | 133,800 | 177,300 |
| Illinois | 38,259 | 119,600 | 157,859 |
| Virginia | 36,091 | 67,400 | 103,491 |
| North Carolina | 34,079 | 90,900 | 124,979 |
| Sources: https://bjs.ojp.gov/content/pub/pdf/p19.pdf  https://bjs.ojp.gov/library/publications/probation-and-parole-united-states-2019 | | | |
| *Includes non-state probation. FDC Community Corrections Active and Active Suspense = 131,300; All categories = 163,000. | | | |

### State OMS Profiles & Activity in the States

The California Department of Corrections and Rehabilitation (CDCR) spent 7 years and approximately $250 million to complete implementation of a new solution, the Strategic Offender Management System (SOMS), to replace its Corrections application.[1] At the time of implementation, this was the largest state system of any type in the nation. The core offender management system chosen by CDCR was eOMIS, a Commercial Off-The-Shelf (COTS)

---

[1] Source - https://www.nascio.org/wp-content/uploads/2020/09/2015CA6-NASCIO-CDCR-SOMS-2015.pdf

Schedule IV-B for Offender Based Information System (OBIS) Modernization

package developed by Marquis Software (Florida's OBIS application is the precursor to eOMIS); CDCR chose Hewlett-Packard (HP) as its integrator. From the CDCR website:

> *The SOMS project is not strictly technological in nature. A significant portion of the effort in upgrading and standardizing data management has involved business process optimization. SOMS has improved offender management through the innovative use of technology and streamlined processes. All components of the SOMS solution were implemented over a five year timeframe.*

Texas[2] has the largest state Corrections department in the nation and sought to replace its OMS with a custom-built solution, originally estimated to cost $31 million back in the early 2000s. In 2004, Texas terminated the contract with the solution integrator when only 1 of 3 functional modules had been implemented, and as noted above, they are now considering moving to PaaS. The following table compiles information from multiple sources to provide an overview of all states of the current offender management systems in place, updates in progress, or planned to be modernized. The table may not reflect the latest status of all states but almost all are accurate as of 2018.

| State | System Name | Notes |
|---|---|---|
| **Alabama** | Inmate Management System (IMS) | N/A |
| **Arizona[3]** | Offender 360 | Starting Mid 2019 |
| **Arkansas[4]** | eOMIS by Marquis | Since 2001 |
| **California[3]** | eOMIS by Marquis | COTS + External tools (Hybrid) |
| **Colorado[4]** | DeCoRum (Powered by eOMIS by Marquis) | Since 2018 |
| **Connecticut[4]** | Syscon JMS | Since 1999 |
| **District of Columbia** | OMS Global Tel* Link/Digital Solutions Incorporated (DSI) | N/A |
| **Florida** | Offender Based Information System (OBIS) | Developed internally |
| **Georgia** | Scribe-Inhouse Software Development (IBM infrastructure) | N/A |
| **Hawaii** | Motorola - Offendertrak | N/A |

---

[2] Source - https://www.prisonlegalnews.org/news/2011/apr/15/texas-state-auditors-reports-find-problems-with-parole-system/

[3] Source – Corrections Technology Association listserv.
[4] Source – Request for Information (RFI) responses received by the Department.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| State | System Name | Notes |
|-------|-------------|-------|
| **Idaho** | Global Tel*Link proprietary system | N/A |
| **Illinois**[4] | Tribridge Offender-360 | Since 2019<br><br>Built on the Microsoft Dynamic 365 CRM |
| **Indiana** | OIS (Offender Information System)<br>Mi-Case OMS (In process) | |
| **Iowa** | Iowa Corrections Offender Network - ICON  Vendor is Advanced Technology Group -- ATG | N/A |
| **Kansas**[4] | Offender 360 | Since 2020<br>Built on the Microsoft Dynamic 365 CRM |
| **Kentucky**[4] | KIMS (Powered by eOMIS) | Since 2006 |
| **Louisiana** | Currently have a 20-year-old legacy system written in Unisys Mapper | State is currently writing a new Offender Manager System. This process started in 2012. |
| **Maryland** | Mi-Case OMS | |
| **Massachusetts** | Inmate Management System | N/A |
| **Michigan**[4] | Offender 360 | Since 2019<br><br>Built on the Microsoft Dynamic 365 CRM |
| **Minnesota**[4] | Syscon JMS | Since 1999 |
| **Mississippi** | Offendertrak by Printrak, a Motorola company. Caseload Explorer by Automon | N/A |
| **Missouri** | Currently using legacy offender management system called OPII. | State will eventually retire it and is currently developing a new web-based system called MOCIS (Missouri Corrections Integrated System). Base code for MOCIS was received from NCOMS (National Consortium of Offender Management Systems). |
| **Montana** | NCOMS, which is the MT version of the system OMIS, Offender Management Information System. | State uses a shared source system that is shared by six other states. The version uses an Oracle database and a web based front end. The consortium is called NCOMS; more details and a demo can be provided if desired. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| State | System Name | Notes |
|-------|-------------|-------|
| **Nevada**[4] | Syscon JMS | Since 2007 |
| **New Hampshire** | CORIS (Corrections Information System), Vendor-Abilis New England | N/A |
| **New Jersey**[4] | Syscon JMS | Since 1999 |
| **New Mexico** | Criminal Management Information System (In-house development, Part of the NCOMS consortium) | N/A |
| **New York** | Home grown Case Management System (Custom) | N/A |
| **North Carolina** | OPUS (OBIS by Marquis) | N/A |
| **North Dakota**[4] | Syscon JMS | Since 1999 |
| **Ohio** | Departmental Offender Tracking System Portal | Supported by internal staff |
| **Oklahoma** | Currently using Syscon iTag | Old system and has not been upgraded in many years. Actively seeking a replacement system. |
| **Oregon**[4] | Syscon JMS | *** Since 1999 |
| **Rhode Island** | INFACTS - Inmate Facility Tracking System | Built in house using PowerBuilder with Oracle back-end |
| **South Carolina** | The South Carolina Department of Corrections' Offender Management System (OMS) | Developed and is maintained by in-house Information Technology staff. |
| **South Dakota**[4] | Syscon JMS | Since 2007 |
| **Tennessee**[4] | OMSE (By GTL) | Originally by DSI implemented by GTL |
| **Texas** | Offender Information Management System (OIMS) - Custom | N/A Currently considering Microsoft Dynamic 365 CRM based system. |
| **Utah** | TBD | N/A |
| **Vermont**[4] | JailTracker | COTS |
| **Virginia**[4] | Virginia CORIS | Partial COTS |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| State | System Name | Notes |
|---|---|---|
| **Washington**[4] | Syscon JMS | Since 1997 |
| **West Virginia** | Offender-360, built on the Microsoft Dynamic CRM | N/A |
| **Wisconsin**[4] | WICS (Powered by eOMIS by Marquis) | Since 2004 |

The recommended implementation strategy is a central component of managing the overall project risk. Prior to procuring a solution integrator and beginning any development, the Department must prepare and plan appropriately for a project of this size and scope. Specific tasks in the pre-design, development, and implementation (Pre-DDI) stage include establishing and refining a project management plan and governance structure, conducting business process re-engineering activities, and establishing organizational change management.

These Pre-DDI tasks are the catalyst and foundation for the success of the project. This also includes tasks which support the initiation of the program as well as tasks for on-going control, monitoring, and support of the overall project. The tasks illustrated in Figure 9 are part of this Pre-DDI work.



Figure 9: Pre-DDI activity in OBIS modernization.

- **Request for Information (RFI)** – Soliciting information on best practices and solution approaches being considered for comparative evaluation. The Department issued and received responses from nearly 15 vendors in August 2021.
- **Procurement Strategy and Support** – Establish procurement and contract management strategy and activities to identify, evaluate and select the best value solution and service provider to achieve the desired outcomes.
- **Establish Project Management Structure** – Establish the overall project and governance framework, structure and activities for the lifecycle of the project. Begin performing on-going monitoring, controlling, and issue resolution and escalation activities for the project.
- **Organizational Change Management and Workforce Transition** – Develop a change management strategy for the entire life-cycle of the project. Map the current workflows, both functional and technical, into the future operating model which includes the future business processes and technology solutions. This includes the mapping of roles and the required skill set needed.
- **Business Process Re-Engineering (BPR)** – Develop the future business process models and use cases that inform and validate functional requirements. Specific use cases would be used during the procurement effort to allow vendors to demonstrate functionality prior to vendor award.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

The vendor procurement will include acquisition of all services and tools for the re-platforming of the current environment to more cost-effective modern platforms and acquisition of technologies to support the development and deployment of the OBIS Modernization.

With inclusion of the Pre-DDI tasks, the Department considered various timelines appropriate for implementing the complete OBIS Modernization and estimated a 5-year timeline for this approach. A shorter timeline would overburden Department staff and a longer timeline would increase the project costs and diminish the rate of ROI; however, vendor responses to a solicitation may affect the proposed timeline.



**Figure 10: High Level Implementation Schedule for OBIS Modernization**

### 4.  Rationale for Selection

The rationale for selection considered two major strategic decisions that define the Department's OBIS Modernization strategy:

1. Enterprise System Platform Strategy (Platform Strategy)
2. Migration Strategy to a new Enterprise System Platform (Migration Strategy)

The Enterprise System Platform Strategy decision defines core functionality and system capabilities, software buy/build direction, software provider type, and hosting platform direction for OBIS Modernization. The Platform Strategy resulting from evaluation of RFI responses is a decision that considered the state of the market, desired business capabilities, the use of Department resources, risk, and speed to benefits and projected future system capabilities that will benefit the Department. The Platform Strategy decision is important because it sets direction to align correctional business processes in Florida with industry standards and practices used in other states, determines the timing to introduce system components which were not custom developed specifically for Florida, and influences Department's decision about whether to establish and grow a custom system development organization within the Department.

The Migration Strategy to the modernized OBIS Enterprise System Platform defines the overall approach, sequencing of new capability implementation, and the timing to implement and migrate to the modernized OBIS Enterprise System Platform. The migration strategy establishes a flexible framework for modular implementation and provides a foundation to manage the ongoing modernization of OBIS. The Migration Strategy seeks to balance multiple constraints and risks to achieve the most improvement in business outcomes for the Department. Constraints considered in the development of the Migration Strategy included:

- Business usage and net benefit
- Availability of funding

Schedule IV-B for Offender Based Information System (OBIS) Modernization

- Requirements to establish temporary bridging solutions between the old and new system
- Technical foundational components
- Resource availability and capacity
- Impact on ongoing operations and workforce

The Migration Strategy reflects a series of manageable initiatives to migrate to and implement the modernized OBIS Enterprise System platform in a logical manner. The Migration Strategy will likely be updated multiple times during the modernization program to reflect prevailing program constraints and to take advantage of additional opportunities to create value. For example, following procurement and contracting for a specific modernized OBIS platform solution, the sequencing of modules may change.

### *Platform Strategy Rationale*

Each alternative was evaluated and scored against the following ("Goals" below reflect the Department's Objectives outlined in Section A3 of this document):

| Evaluation Criteria | Factors |
|---|---|
| **Alignment with Goals** | **Responsive Web-Based System** - The solution provides a responsive, mobile-enabled and web-based system that comports with current technology platforms, improving usability for the Department. |
| | **Scalable and Sustainable Technology Architecture** - The solution provides a modern technology architecture that supports dynamic process modification and offers long-term sustainability. |
| | **External/Internal Data Sources and Data Analytics** - The solution provides a system that can leverage and integrate external and internal data sources and data analytics to inform security and safety mandates and to measure systemic performance across the full corrections spectrum. |
| | **Workload Management** - The solution provides a system with a workload management component to manage institution and community corrections business processes effectively and efficiently. |
| | **Interoperable** - The solution provides an interoperable and fully functional inmate/offender management system to access accurate and complete information to ensure public safety and to meet the demands of a dynamic and data intensive corrections environment. |
| | **Technologies to Attract and Retain Skilled Staff** - The solution provides a system that leverages modern technologies to attract and retain skilled technologists and support staff. |
| | **Phased Implementation Plan** - The solution provides a phased implementation plan identifying the functional, budget, resource, and procurement requirements to ensure a cost-effective and realistic acquisition process. |
| **Stakeholder Value** | **Supports Evolving Needs** - The solution supports evolving stakeholder needs, including multiple self-service options and communication channels, including mobile. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Evaluation Criteria | Factors |
|---|---|
| | **Stakeholder Experience** - The solution offers an improved stakeholder experience that should result in increased stakeholder satisfaction and an improved relationship with the Department. |
| | **Enables Relationships** - The solution will enable the Department to foster a stronger relationship between the agency and its stakeholders. |
| | **Protects Privacy** - The solution will support strong privacy and confidentiality controls of stakeholder information to protect their identities. |
| Risk Mitigation | **Data Risk** - The solution will mitigate the Department's risk related to data migration. |
| | **Resource Risk** - The solution will mitigate the Department's risk related to the limited availability of IT resources with the skill set required to maintain the system. |
| | **Implementation Risk** - The solution will mitigate the Department's risk related to the success of project implementation (along key project constraints - scope, schedule, budget, quality, and resources). |
| | **Expected Benefit Risk** - The solution will mitigate the Department's risk related to the realization of expected benefits. |
| | **Litigation Risk** - The solution will mitigate the Department's exposure to risk of litigation. |
| | **Technology Obsolescence Risk** – The solution will mitigate the risk of selected technologies becoming obsolete and unsupported. |
| Technical Architecture | **Flexibility** - The solution offers the flexibility for the Department to be responsive to future state and federal mandates in a cost effective manner; and respond to a continually changing fraud environment. |
| | **Future Needs** - The solution offers the stability and scalability necessary to support future needs. |
| | **Integration** - The solution will enable the Department to integrate with other internal and external systems in a cost-effective manner. |
| | **Value to Partners** - The solution offers the scalability and flexibility necessary to leverage and extend it to support or add value for other internal and external partners. |
| | **Meets Standards** - The solution is aligned with industry standards. |
| Business Alignment | **Future Business Process** - The solution supports business process reengineering and streamlining to enable the Department to run its operations more effectively and efficiently now and in the future. |
| | **Current Business Process** - The solution supports the Department's current business processes and would eliminate current workarounds or extensive staff training. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Evaluation Criteria | Factors |
|---|---|
| | **Positive Impact** - The solution will positively impact the user experience/staff satisfaction and will result in enhanced fiscal responsibility through efficient operations. |
| | **Resource Capacity** - The solution will free-up manual and wasteful resource capacity so that it can be applied to more value-add activities. |
| Data Architecture | **Data Governance** - The solution offers an underlying data governance solution that is manageable and scalable to meet future growth, reinforces data integrity, and supports data governance and analytics. |
| | **Data Integrity** – The solution offers data architecture which enables all the business functions access the same data in real-time amenable to single version of truth without unduly loading the transactional databases. |
| | **Data Security** - The solution allows the state to fully protect sensitive information per State and national standards. |
| | **Data Sharing** - The solution provides industry standard interface methodologies.  The solution also provides industry standard tools to provide custom virtual views for various use cases. |
| | **Data Analytics** - The solution enables robust trend and analysis of data. |
| Financial | **One-time Project Costs** - The solution has a manageable project cost for implementation and other one-time components. |
| | **Ongoing Operational Costs** - The solution's ongoing operational costs are within acceptable ranges and feasible for the Department. |
| | **Tangible Benefits** - The solution realizes tangible benefits for stakeholders. |
| | **Intangible Benefits** - The solution realizes intangible benefits for stakeholders. |
| | **Financial Metrics** - The solution has acceptable ROI, NPV, and adequate payback period. |
| Total Cost of Ownership | **Costs to Procure, Develop/Customize, Implement, and Maintain** - The solution costs include costs to procure, develop, implement, and maintain the new system over time. |
| | **Direct and Indirect Costs** - The solution costs include both direct and indirect costs. |
| | **Cost of Maintaining Separate Systems** - The solution cost includes the cost of maintaining the existing system until it can be removed from service. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### *Migration Strategy Rationale*

The migration strategy rationale reflects multiple constraints and seeks to maximize the value of OBIS Modernization. Grouping functionality to allow specific components to be implemented and migrated to a newer platform incrementally is preferable to deployment using a "Big Bang" approach which is widely considered risky. The grouping accounts for the relative functional priority to modernize, including functional relationships, sequencing of migration, and migration to a newer solution as a block for minimizing interactions. The migration sequence accounts for the planned realization of benefits with the incremental approach allowing for an earlier realization of benefits that will progressively increase throughout the project.

The controlling factors of a multi-year migration strategy are scheduling, funding, and availability of Department resources, which make a longer implementation period more feasible. The table below lists constraints that were used in developing migration strategy options.

| Constraint | Discussion |
|---|---|
| **Business usage and net benefits** | The sequencing of modernization initiatives and the implementation of modular components attempts to optimize business benefits to the Department. For example, where there are opportunities for significant cost reductions (e.g. mainframe CPU charges) or where there are productivity improvements that impact a large number of workers or a high volume of transactions, the modules that support modernized processing were sequenced earlier to maximize the cumulative savings and/or to achieve productivity improvements. |
| **Availability of funding** | Funding to support the migration to a modernized OBIS platform is needed beyond currently budgeted resources. The amount of funding allocated per year is likely to be a major constraint on implementation speed. The Department anticipates the need for funding above $10M per year will be a constraint regardless of net benefits. |
| **Requirements to establish temporary bridging solutions between the old and new system** | The sequence of migration to the modernized OBIS platform recognizes that concurrent operation of the old OBIS platform and the modernized OBIS platform will be necessary until all components of the current OBIS solution are retired. In developing the plan, the options considered the amount of bridging and interim integration work required to operate both systems concurrently. |
| **Technical foundational components** | There are some technical foundational components that are prerequisites to implementation of specific modules or components on the modernized OBIS platform. The prerequisites were considered in defining each of the migration options. |
| **Resource availability and capacity** | The current OBIS solution is a mature system in maintenance mode with a limited number of resources who provide support. The number of resources available to support integration, bridging, and legacy system changes can be a constraint which limits the schedule. Likewise, availability of business resources to support configuration and customization of the modernized OBIS may limit overall program implementation speed. |
| **Impact on ongoing operations and workforce** | There are a large number of staff who use the current OBIS and follow business processes which support it. The proposed strategy considers the amount of change that can be absorbed by the organization and the risk to ongoing operations from changing too many processes in too short a period of time. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

The Department's estimated 5-year migration strategy is in line with the sequence of modernization initiatives using a hybrid approach with consideration of the following key features:

- OBIS mainframe infrastructure re-platform – Reduction in ongoing mainframe costs to the Department during the period of migration to the modernized OBIS platform.
- Integration, data sharing, and data analysis/reporting improvements – Modernizations that can be used quickly with the existing OBIS and the modernized OBIS without significant throw away effort or rework.
- Core OBIS capabilities – Establishment of modernized OBIS infrastructure and the use of common capabilities which benefit multiple stakeholders.
- Institutions Capabilities and Processes – Modernization of business processes affecting Institutions are generally prioritized before other business areas
- Community Corrections Capabilities and Processes – Community Corrections capabilities are generally implemented following core Institutions capabilities.
- Integration with Health Services – Integration with Health Services processing (at this time, Health Services is nearing implementation of an electronic health/medical record solution).

## 5. Recommended Business Solution

After multiple discussions with other states, guidance and confirmation from Gartner, the Department recommends a hybrid solution approach that migrates the current OBIS platform to a combination of best-of-breed COTS/PaaS/SaaS solutions with the scalability and flexibility of integrating applications in a modular, service-oriented architecture.

### Platform Strategy Recommendation

OBIS Modernization using a hybrid solution is recommended for the following reasons:

- There is a lot of peripheral Department-specific functionality running on the mainframe which will not be available through any COTS package. Hence, COTS-only solution is not workable leaving some other strategy to be chosen for the other functions. A hybrid approach combines the benefits provided by the other two (SaaS/PaaS) which can be leveraged in building an integrated system. Integrations can be achieved via a service-oriented architecture (SOA) using flexible APIs and web services. Implementation will be more flexible than a COTS-only solution and quicker than a fully custom-developed solution.
- A consistent user interface can be configured for use across all business functions and applications to provide a seamless end user experience.

### Migration Strategy Timeline Recommendation

The Department recommends that OBIS Modernization be implemented over an estimated 5-year timeframe with an iterative workstream and functional area approach for the following reasons:

- The Department can begin realizing benefits incrementally and more immediately, increasing the cumulative return on investment.
- Despite engaging a solution integrator, a significant amount of work must be performed by Department staff to define and validate requirements, test functionality, train staff etc. It is impractical to assume that all the subject matter experts will be available full time for OBIS modernization. With a multi-year implementation strategy, the demands on Department technical and business resources is distributed and can be managed more appropriately without significantly impacting the primary business.
- The introduction of change and resulting affect to business processes is more manageable over time.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## D. Functional and Technical Requirements

The draft high-level functional and technical system requirements that must be met by the project to achieve the business objectives and business requirements outlined in the Background and Strategic Needs Assessment section of this document are included as Appendix E. These requirements reflect base requirements gathered in the previous 2008 Business Process Project and will require updating and validation. The total requirements reflected in the attached documents are summarized in the following table.

| Type | Area | | Number of Requirements |
|------|------|--|-----------------------|
| **Functional** | General | | 58 |
| | Community Corrections | Intake Offender | 348 |
| | | Supervise Offender | 51 |
| | | Release Offender | 38 |
| | Health Services[5] | Inmate Health | 233 |
| | | Clinical and Admin Health Services | 408 |
| | | Services Transition | 31 |
| | Institutions | Institutionalize Inmate | 201 |
| | | Receive Inmate | 295 |
| | | Release Inmate | 128 |
| | Interfaces | Community Corrections | 66 |
| | | Institutions | 18 |
| | | General | 3 |
| | Grand Total | | 1878 |

---

[5] Health Services requirements may be reduced and/or eliminated, as these functions are in the process of moving to a new electronic health/medical record solution.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Type | Area | Number of Requirements |
|------|------|------------------------|
| **Non-Functional** | Database Architecture | 9 |
| | Development and Support Services | 35 |
| | Events and Scheduling | 16 |
| | Interfaces and Interoperability | 15 |
| | Notes | 9 |
| | Policies and Standards | 6 |
| | Record Management and Audit | 6 |
| | Reporting | 40 |
| | Search and Navigation | 26 |
| | Security | 72 |
| | System Architecture | 31 |
| | Usability | 16 |
| | Workflow | 42 |
| | Other | 7 |
| | Grand Total | 330 |

The table below highlights and summarizes additional requirements identified with the current process updates.

| Requirement Area | Initiative | Description |
|------------------|------------|-------------|
| **Business Functionality** | Mobile Application & Upload | The solution will support functionality to allow staff mobile platform-optimized versions of functionality. |
| **Business Functionality** | Real-time Web Services | The solution shall use secure web services to provide real-time access of information. |
| **Business Functionality** | Dashboard and Data View | The solution shall display information on a configurable dashboard with drill-down capabilities; provides a holistic view of data gathered relevant to the inmate/offenders. |
| **Business Functionality** | Housing Management and Balancing | The solution shall have the ability to manage inmate housing needs within Institutions across regions and to manage inmate allocations during emergencies such as hurricanes. |
| **Information and Data** | Data Analysis Tools | The solution shall provide data analytic capabilities for current, future, and historical data contained in a Data Warehouse. |
| **Information and Data** | Data Analysis Tools | The solution shall provide tools to identify trends and forecast opportunities related to process improvement and training. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Requirement Area | Initiative | Description |
|---|---|---|
| **Information and Data** | Data Analysis Tools | The system shall establish and produce a range of scores to categorize work items by level of risk and priority. |
| **Information and Data** | Data Warehouse | The solution shall use a Data Warehouse to integrate data from different sources and to create a central data repository for current and historical data. |
| **Information and Data** | Integrated Imaging | The solution shall provide integrated access to imaged documents. |
| **Information and Data** | Integrated Imaging | The solution shall provide integrated access to previously submitted and indexed documents to staff. |
| **Information and Data** | Integrated Imaging | The solution shall use a Services-Oriented Approach (SOA). |
| **Information and Data** | Integrated Imaging | The solution shall track forms and events using state-of-the-art encoding technology and smart forms to automatically route documents based on document metadata and other predefined conditions. |
| **Information and Data** | Reports Migration | The solution shall migrate legacy reports from OBIS. |
| **Information and Data** | Quality/Performance Dashboard | The solution shall provide views of organizational performance based on both qualitative and quantitative metrics in a dashboard format that can be configured based on roles (i.e., executive, supervisor, and staff). |
| **Information and Data** | Advanced Workforce Analysis Tools | The solution shall use workforce analysis and trend tools to identify potential opportunities to optimize staff costs. |
| **Architecture** | Single Sign-On | The solution shall require users to sign on only once to access multiple systems. |
| **Architecture** | SOA/Standards | The solution architecture shall be modular with open interfaces and business rules which are separate from application-related programming. |
| **Architecture** | SOA/Standards | The solution shall be deployed as a web-based, graphical user interface, accessed via a web browser or mobile platform. |
| **Architecture** | SOA/Standards | The solution shall comply with accessibility standards and regulations under Sections 504 and 508 of the Rehabilitation Act of 1973, as well as with the Americans with Disabilities Act of 1990 (ADA). |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Requirement Area | Initiative | Description |
|---|---|---|
| **Architecture** | Implementation Approach | The solution shall have the capability to interact with the current OBIS solution to provide existing business services while the legacy OBIS is undergoing reengineering/replacement in a phased implementation. |
| **Architecture** | System Performance | The solution shall provide the capability for capacity monitoring via server volume/capacity and network volume/capacity monitoring. |
| **Architecture** | System Performance | The solution shall provide the capability for application monitoring for all OBIS functionality. |
| **Architecture** | System Performance | The solution shall include infrastructure to support processing of existing volume. |
| **Architecture** | Disaster Recovery | The solution shall provide the ability to back up and recover all system data and components. |
| **Architecture** | Data Migration | The solution shall re-platform functionality and processes written in COBOL and other third party supporting software on OBIS Florida mainframe to operate on an open systems server platform. |
| **Architecture** | Data Migration | The solution shall migrate existing OBIS data to the modernized OBIS solution. |
| **Architecture** | Data Migration | The solution shall provide the capability to convert active, inactive, and archived records. |
| **Architecture** | Data Migration | The solution shall provide a mechanism to perform data cleansing and to remove duplicate records. |
| **Architecture** | Interface Migration | The solution shall provide the ability to maintain external system information for interfaces (i.e., connection strings, file paths). |
| **Architecture** | Interface Migration | The solution shall provide the ability to transmit and receive imported and exported data through multiple secure methods compliant with NIST standards (i.e., file output, web service, single and batch transactions). |
| **Architecture** | Security | The solution shall meet the minimum security requirements as defined by FIPS through the use of security controls per NIST, CJIS, PII and HIPAA standards. |
| **Architecture** | Security | The solution shall enable multi-factor authentication for secure access to data. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## III.    Success Criteria

The success of OBIS Modernization depends on quantitative and qualitative factors listed below. Each of these factors are in alignment with the business objectives and proposed business process requirements outlined in the Strategic Needs Assessment section of this document, as well as the overall vision and mission of the Department.

The success criteria shall form the basis of any contracts pursued to implement the project. The Department anticipates the project management team responsible for the implementation of the solution will develop a benefit realization strategy and plan. The benefit realization plan will be designed to include baseline measurement and several interim measurements before the final benefit realization report finishes.

| Success Criteria Table | | | | |
|---|---|---|---|---|
| # | Description of Criteria | How will the Criteria be measured/assessed? | Who benefits? | Realization Date (MM/YY) |
| 1 | The solution will support the Department in its on-going practice of sound fiscal stewardship of its assets. | Operating costs for Security and Institutional Operations<br><br>Operating costs for Community Corrections<br><br>Overhead costs for Department Administration<br><br>Collections of restitution, fines, court costs, subsistence, and other Court Ordered payments.<br><br>Operating costs for Health Services | All those who are currently using paper processes to capture data in the field and re-entering the data into OBIS | Year 3 |
| 2 | The solution will enable the Department to improve its internal operating efficiency. | Days to place an inmate at initial institution<br><br>Cost(s) per inmate<br><br>Cost(s) per offender | All FDC staff | Year 5 |
| 3 | The solution will enable the Department to adapt to new sentencing guidelines more quickly. | Time to implement mandated changes | Admissions & Release | Year 3 |
| 4 | The solution will mitigate the potential risk associated with on-going support and maintenance of the system. | On-going support and maintenance costs | FDC | Year 6 |
| 5 | The solution will present program data in an integrated view. | Staff efficiencies/performance | Executive leadership and decision makers | Year 4 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Success Criteria Table | | | | |
|---|---|---|---|---|
| # | Description of Criteria | How will the Criteria be measured/assessed? | Who benefits? | Realization Date (MM/YY) |
| 6 | The solution will provide value to the Department through additional portable options. | Percent of supervision case notes completed by use of automation or mobile devices<br><br>Efficiencies/performance increases | Supervisors and Field staff | Year 4 |
| 7 | The solution will positively impact the user experience and increase employee satisfaction. | Employee satisfaction survey results<br><br>Attrition/Turnover rates<br><br>New Hire latency<br><br>Help Desk calls<br><br>Reduced training time | FDC | Year 2 |
| 8 | The solution will provide an underlying data structure that is scalable to meet future growth. | Cost to implement new capabilities/requirements | All current OBIS users | Year 5 |
| 9 | The solution will allow the Department to fully protect sensitive criminal justice information. | Data security incidents<br><br>Audits and review results | FDC | Year 5 |
| 10 | The solution will provide a positive financial Return on Investment (ROI) and Internal Rate of Return (IRR) to the State of Florida. | Project ROI<br><br>Project IRR | FDC | Year 7 |
| 11 | The project will be completed on-schedule, following an approved project plan. | Interim project milestones<br><br>Independent Verification and Validation (IV&V) reports | FDC | Year 1 |
| 12 | The project will be completed within the prescribed budget constraints defined in advance of project initiation. | Project financial data | FDC | Year 1 |
| 13 | The project will achieve anticipated Cost Benefits. | Cost Benefit Analysis and Benefit Realization outcomes | FDC | Year 5 |
| 14 | The project will facilitate data exchange with external stakeholders | Automated data exchange volume/accuracy with Law Enforcement, Courts<br><br>Victim access/notifications | External Agencies | Year 3 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## IV.    Schedule IV-B Benefits Realization and Cost Benefit Analysis

### A.  Benefits Realization Table

| Benefits Realization Table | | | | | |
|---|---|---|---|---|---|
| # | Description of Benefit | Who receives the benefit? | How is benefit realized? | How is the realization of the benefit measured? | Realization Date |
| 1 | **Eliminate paper processes and reduce data entry with a friendly UI for reception processing** | FDC | Decreased staff time spent on data entry by 20%. Decrease use of paper by 50% or more. | During the OBIS Modernization implementation, compare the data entry time between the legacy and the modernized user interfaces. Establish a baseline of paper usage on the legacy system and compare that to the paper usage once OBIS Modernization implementation is complete. | Progressive growth starting Year 2 |
| 2 | **Provide web-based GIS mapping for matching inmates to services in preparation for release** | FDC | Real time mapping of data using Google Earth or ArcMap creates a 20% efficiency in placement of inmates into community programs when searching for sites with CTE programs, ESE, bed space, employment opportunities in the community, and halfway houses. | Establish a baseline of time spent on placement searches and compare that to the time spent once OBIS Modernization implementation is complete. | Year 3 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Benefits Realization Table | | | | | |
|---|---|---|---|---|---|
| # | Description of Benefit | Who receives the benefit? | How is benefit realized? | How is the realization of the benefit measured? | Realization Date |
| 3 | **Creating a web-based Community Supervision Program Referral Form will assist Staff, Offenders, and Treatment Providers** | FDC, Offenders, Treatment Providers. | Decreased staff time spent on forms to place Offenders into treatment programs by 30%. | Establish a baseline of time spent on the existing Community Supervision Program Referral Form including the manually updating treatment data in the legacy OBIS. Compare that to the digital form provided by OBIS Modernization. | Year 4 |
| 4 | **Provide a friendly UI to simplify the use of OBIS by attorneys and reduce training** | FDC | The time spent referencing code books for attorneys to access data is reduced by 80%. | During the OBIS Modernization implementation, compare the data access time between the legacy and the modernized user interfaces. | Year 2 |
| 5 | **Provide a friendly web-based UI for access from mobile devices** | FDC | Not having to be at a computer to enter case notes will save 15 minutes for each offender case and make data immediately available for supervisors to review. | During the OBIS Modernization implementation, compare the case note data entry time between the legacy and the modernized user interfaces. | Progressive growth starting Year 2 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Benefits Realization Table | | | | | |
|---|---|---|---|---|---|
| # | Description of Benefit | Who receives the benefit? | How is benefit realized? | How is the realization of the benefit measured? | Realization Date |
| 6 | **Provide a friendly web-based UI for quick access to information** | FDC | Quick access to information from a friendly UI results in a 50% time savings for each occurrence. | Establish a baseline of time spent on information retrieval and compare that to the time spent once OBIS Modernization implementation is complete. | Progressive growth starting Year 2 |
| 7 | **Simplify the use of OBIS to reduce the learning curve for new employees** | FDC | Training time for using OBIS green screens and codes is reduced by 50%. | Establish a baseline of training time for legacy OBIS and compare that to the time spent once the OBIS Modernization implementation is complete. | Year 4 |
| 8 | **Reduce the platform cost of OBIS by replacing the mainframe platform and applications with modern architecture** | FDC | The total platform cost of OBIS will be reduced by 75%. | Upon completion of OBIS Modernization, compute the platform costs of the legacy OBIS to the platform cost of the modernized OBIS. | Year 5 |
| 9 | **Simplify the steps to access data and provide field validation to eliminate data entry errors** | FDC | The time to retrieve accurate data is reduced by 50%. | Establish a baseline of time spent on information retrieval and validation and compare that to the time spent once OBIS Modernization implementation is complete. | Progressive growth starting Year 3 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Benefits Realization Table | | | | | |
|---|---|---|---|---|---|
| # | Description of Benefit | Who receives the benefit? | How is benefit realized? | How is the realization of the benefit measured? | Realization Date |
| 10 | **Replace the batch run green screens for easy navigation of reporting results** | FDC | The time spent interpreting report results is eliminated. | Establish a baseline of time to interpret batch run green screens and compare that to the time spent once the OBIS Modernization implementation is complete. | Year 4 |
| 11 | **Creation of or integration into a holistic FDC information system environment rather than a catalogue of individualized and archaic application silos. A modernized architecture should be able to better communicate back to users (reminders, etc.) with information from itself or other FDC resources (e-mail, etc.) using at least Boolean searches across FDC data systems** | FDC | Reference to data from multiple sources is eliminated. | Establish a baseline of time to extract and validate information from multiple sources and compare that to the time spent once OBIS Modernization implementation is complete. | Year 5 |
| 12 | **Increased capability for generating and reviewing statewide transfers in a centralized location to allow for shared transports** | FDC | Decreased staff time spent on making direct transports to the same facilities as a neighboring institution by approximately 35% due to the new functionality. | Establish a baseline of time on direct transports and compare that to the time spent once OBIS Modernization implementation is complete. | Year 4 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Benefits Realization Table | | | | | |
|---|---|---|---|---|---|
| # | Description of Benefit | Who receives the benefit? | How is benefit realized? | How is the realization of the benefit measured? | Realization Date |
| 13 | **Provide a friendly UI for collecting daily information on inmates and providing a reporting tool to review the information efficiently** | FDC | Decreased staff time spent on collecting data for daily and weekly reports by approximately 30%, due to the new functionality. | Establish a baseline of time to compare data collection time between the legacy and the modernized user interfaces. | Progressive growth starting Year 3 |
| 14 | **Data entry for inmate movement with real-time reporting of gains and losses externally** | FDC | Update the movement of an inmate as soon as the movement occurs ensuring count is accurate | Establish a baseline of time to compare the time tracking inmate movement between the legacy and the modernized user interfaces. | Year 4 |
| 15 | **Provide a shared database for inmate attendance in programs** | Programs and Re-Entry, Security, and Inmates | Eliminate duplicate data entry and provide a single view of inmate attendance and facilitate the proper calculation of program completion. | Establish a baseline of time to compare the time tracking inmate program attendance and completion between the legacy and the modernized user interfaces. | Year 4 |
| 16 | **Improve data entry and reporting for Classification tasks including, monthly gain time evaluation, DRs, program attendance, inmate notices, visitation, and Classification Team Dockets** | FDC, Inmates, and General Public | Decreased data entry time spent on monthly gain time evaluations, disciplinary reports, program attendance/hours, inmate notices/acknowledgements, Institutional Classification Team dockets, and visitation by 20%. | Establish a baseline of time to compare the data entry time between the legacy and the modernized user interfaces. | Year 3 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Benefits Realization Table | | | | | |
|---|---|---|---|---|---|
| # | Description of Benefit | Who receives the benefit? | How is benefit realized? | How is the realization of the benefit measured? | Realization Date |
| 17 | **Provide a centralized shared database so that information gather during reception can be utilized without duplicate data entry** | FDC, Inmates | Decreased duplicate data entry of personal history information and other information gathered during reception by 20% through the use of tablets. | Establish a baseline of time to compare the data entry time between the legacy and the modernized user interfaces. | Year 3 |
| 18 | **Utilize a central database with field validation to avoid data entry errors and duplication of data** | All Community Corrections staff | Eliminate duplicate data entry and correction of errors. | Establish a baseline of time to compare the data entry time between the legacy and the modernized user interfaces. | Year 3 |
| 19 | **Improve the capability for supporting the system architecture** | FDC | The increase cost of staff augmentation for COBOL programmers will be avoided. | Sample the annual increase of the market rate for COBOL programmers. | Year 5 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## B.  Cost Benefit Analysis (CBA)

### CBA Form 1A & 1B - Net Tangible Benefits

**CBAForm 1 - Net Tangible Benefits**    Agency  Department of Corrections    Project  OBIS Modernization

Net Tangible Benefits - Operational Cost Changes (Costs of Current Operations versus Proposed Operations as a Result of the Project) and Additional Tangible Benefits -- CBAForm1A

| Agency (Recurring Costs Only -- No Project Costs) | FY 2022-23 | | | FY 2023-24 | | | FY 2024-25 | | | FY 2025-26 | | | FY 2026-27 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a)+(b) New Program Costs resulting from Proposed Project | (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project | (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project | (a) Existing Program Costs | (b) Cost Change Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project | (a) Existing Program Costs | (b) Operational Cost Change | (c) = (a) + (b) New Program Costs resulting from Proposed Project |
| A. Personnel Costs -- Agency-Managed Staff | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 |
| A-b. Total Staff | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 |
| A-1-a.  State FTEs (Salaries & Benefits) | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 |
| A-1-b.  State FTEs (#) | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 |
| A-2-a.  OPS Staff (Salaries) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A-2-b.  OPS (#) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3-a.  Staff Augmentation (Contract Cost) | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 |
| A-3-b.  Staff Augmentation (# of Contractors) | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 |
| B. Application Maintenance Costs | $0 | $990,000 | $990,000 | $0 | $1,250,000 | $1,250,000 | $0 | $1,250,000 | $1,250,000 | $0 | $1,250,000 | $1,250,000 | $0 | $1,250,000 | $1,250,000 |
| B-1. Managed Services (Staffing) | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 |
| B-2. Hardware | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| B-3. Software | $0 | $980,000 | $980,000 | $0 | $1,240,000 | $1,240,000 | $0 | $1,240,000 | $1,240,000 | $0 | $1,240,000 | $1,240,000 | $0 | $1,240,000 | $1,240,000 |
| B-4. Other       Specify | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C. Data Center Provider Costs | $9,378,172 | $20,000 | $9,398,172 | $9,378,172 | $40,000 | $9,418,172 | $9,378,172 | $40,000 | $9,418,172 | $9,378,172 | $40,000 | $9,418,172 | $2,344,543 | -$6,993,629 | -$4,649,086 |
| C-1. Managed Services (Staffing) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-2. Infrastructure | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-3. Network / Hosting Services | $0 | $20,000 | $20,000 | $0 | $40,000 | $40,000 | $0 | $40,000 | $40,000 | $0 | $40,000 | $40,000 | $0 | $0 | $0 |
| C-4. Disaster Recovery | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-5. Other        State Data Center | $9,378,172 | $0 | $9,378,172 | $9,378,172 | $0 | $9,378,172 | $9,378,172 | $0 | $9,378,172 | $9,378,172 | $0 | $9,378,172 | $2,344,543 | -$7,033,629 | -$4,689,086 |
| D. Plant & Facility Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E. Other Costs | $0 | $240,000 | $240,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 |
| E-1. Training | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E-2. Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E-3. Other       Cloud Hosting | $0 | $240,000 | $240,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 |
| Total of Recurring Operational Costs | $14,017,939 | $2,290,000 | $16,307,939 | $14,017,939 | $2,810,000 | $16,827,939 | $14,017,939 | $2,810,000 | $16,827,939 | $14,017,939 | $2,810,000 | $16,827,939 | $6,984,310 | -$4,223,629 | $2,760,681 |
| | | | | | | | | | | | | | | | |
| F.  Additional Tangible Benefits: | | $78,680 | | | $3,143,080 | | | $16,513,550 | | | $40,081,619 | | | $52,844,885 | |
| F-1.        1 - Mobile and Web-based System | | $0 | | | $2,048,582 | | | $4,089,808 | | | $7,050,505 | | | $9,091,731 | |
| F-2.        2 - Modern Architecture | | $0 | | | $0 | | | $0 | | | $1,402,500 | | | $1,402,500 | |
| F-3.        3 - Data Analytics | | $0 | | | $0 | | | $1,021,635 | | | $2,962,740 | | | $6,742,768 | |
| F-4.        4 - Workload Management | | $0 | | | $931,490 | | | $11,146,720 | | | $20,315,619 | | | $35,153,792 | |
| F-5.        5 - Interoperable System | | $0 | | | $0 | | | $0 | | | $0 | | | $0 | |
| F-6.        6 - Retain Skilled Support Staff | | $78,680 | | | $163,008 | | | $253,388 | | | $350,254 | | | $454,074 | |
| Total Net Tangible Benefits: | | ($2,211,320) | | | $333,080 | | | $13,703,550 | | | $37,271,619 | | | $57,068,514 | |

| CHARACTERIZATION OF PROJECT BENEFIT ESTIMATE -- CBAForm 1B | | |
|---|---|---|
| Choose Type | Estimate Confidence | Enter % (+/-) |
| Detailed/Rigorous  ☐ | Confidence Level | |
| Order of Magnitude  ☑ | Confidence Level | 20% |
| Placeholder  ☐ | Confidence Level | |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## CBA Form 2A - Project Cost Analysis

| Department of Corrections | OBIS Modernization | | | | | CBA Form 2A Baseline Project Budget | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Costs entered into each row are mutually exclusive. Insert rows for detail and modify appropriation categories as necessary, but do not remove any of the provided project cost elements. Reference vendor quotes in the Item Description where applicable. **Include only one-time project costs in this table. Include any recurring costs in CBA Form 1A.** | | | | FY2022-23 | | | FY2023-24 | | | FY2024-25 | | | FY2025-26 | | | FY2026-27 | | | TOTAL |
| | | | $ - | $12,803,000 | | | $16,546,000 | | | $29,233,500 | | | $24,609,500 | | | $21,642,500 | | | $104,834,500 |
| **Item Description** (remove guidelines and annotate entries here) | Project Cost Element | Appropriation Category | Current & Previous Years Project-Related Cost | YR 1 # | YR 1 LBR | YR 1 Base Budget | YR 2 # | YR 2 LBR | YR 2 Base Budget | YR 3 # | YR 3 LBR | YR 3 Base Budget | YR 4 # | YR 4 LBR | YR 4 Base Budget | YR 5 # | YR 5 LBR | YR 5 Base Budget | TOTAL |
| Costs for all state employees working on the project. | FTE | S&B | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | $ - |
| Costs for all OPS employees working on the project. | OPS | OPS | $ - | 0.00 | | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | $ - |
| Staffing costs for personnel using Time & Expense. | Staff Augmentation | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Project management personnel and related deliverables. | Project Management | Contracted Services | $ - | 0.00 | $ 982,500 | $ - | 0.00 | $ 992,500 | $ - | 0.00 | $ 917,500 | $ - | 0.00 | $ 927,500 | $ - | 0.00 | $ 922,500 | $ - | $ 4,742,500 |
| Project oversight to include Independent Verification & Validation (IV&V) personnel and related deliverables. | Project Oversight | Contracted Services | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | $ 10,000,000 |
| Staffing costs for all professional services not included in other categories. | Consultants/Contractors | Contracted Services | $ - | 0.00 | $ 8,510,500 | $ - | 0.00 | $ 12,358,500 | $ - | 0.00 | $ 25,216,000 | $ - | 0.00 | $20,452,000 | $ - | 0.00 | $ 17,490,000 | $ - | $ 83,937,000 |
| Separate requirements analysis and feasibility study procurements. | Project Planning/Analysis | Contracted Services | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | $ 5,600,000 |
| Hardware purchases not included in data center services. | Hardware | OCO | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Commercial software purchases and licensing costs. | Commercial Software | Contracted Services | $ - | | $ 150,000 | $ - | | $ 40,000 | $ - | | $ 60,000 | $ - | | $ 100,000 | $ - | | $ 100,000 | $ - | $ 450,000 |
| Professional services with fixed-price costs (i.e. software development, installation, project documentation) | Project Deliverables | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| All first-time training costs associated with the project. | Training | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Include the quote received from the data center provider for project equipment and services. Only include one-time project costs in this row. Recurring, project-related data center costs are included in CBA Form 1A. | Data Center Services - One Time Costs | Data Center Category | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Other contracted services not included in other categories. | Other Services | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Include costs for non-state data center equipment required by the project and the proposed solution (insert additional rows as needed for detail) | Equipment | Expense | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Include costs associated with leasing space for project personnel. | Leased Space | Expense | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Other project expenses not included in other categories. | Other Expenses | Expense | $ - | | $ 40,000 | $ - | | $ 35,000 | $ - | | $ 10,000 | $ - | | $ 10,000 | $ - | | $ 10,000 | $ - | $ 105,000 |
| | Total | | $ - | 0.00 | $12,803,000 | $ - | 0.00 | $16,546,000 | $ - | 0.00 | $29,233,500 | $ - | 0.00 | $24,609,500 | $ - | 0.00 | $21,642,500 | $ - | $ 104,834,500 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## CBA Form 2B & 2C – Project Cost Analysis

| CBAForm 2 - Project Cost Analysis | Agency | Department of Corrections | | Project | OBIS Modernization |
|---|---|---|---|---|---|

| PROJECT COST SUMMARY | PROJECT COST SUMMARY (from CBAForm 2A) | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | |
| TOTAL PROJECT COSTS (*) | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| CUMULATIVE PROJECT COSTS (includes Current and Previous Years' Project-Related) | $12,803,000 | $29,349,000 | $58,582,500 | $83,192,000 | $104,834,500 | |

Total Costs are carried forward to CBAForm3 Project Investment Summary worksheet.

| PROJECT FUNDING SOURCES | PROJECT FUNDING SOURCES - CBAForm 2B | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | |
| General Revenue | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| Trust Fund | $0 | $0 | $0 | $0 | $0 | $0 |
| Federal Match ☐ | $0 | $0 | $0 | $0 | $0 | $0 |
| Grants ☐ | $0 | $0 | $0 | $0 | $0 | $0 |
| Other ☐ Specify | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL INVESTMENT | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| CUMULATIVE INVESTMENT | $12,803,000 | $29,349,000 | $58,582,500 | $83,192,000 | $104,834,500 | |

| Characterization of Project Cost Estimate - CBAForm 2C | | |
|---|---|---|
| Choose Type | Estimate Confidence | Enter % (+/-) |
| Detailed/Rigorous | Confidence Level | |
| Order of Magnitude | Confidence Level | 10% |
| Placeholder | Confidence Level | |

(Order of Magnitude row marked with "x")

## CBA Form 3 - Project Investment Summary

| CBAForm 3 - Project Investment Summary | Agency | Department of Corrections | | Project | OBIS Modernization |
|---|---|---|---|---|---|

| | COST BENEFIT ANALYSIS -- CBAForm 3A | | | | | TOTAL FOR ALL YEARS |
|---|---|---|---|---|---|---|
| | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | |
| Project Cost | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| Net Tangible Benefits | ($2,211,320) | $333,080 | $13,703,550 | $37,271,619 | $57,068,514 | $106,165,443 |
| Return on Investment | ($15,014,320) | ($16,212,920) | ($15,529,950) | $12,662,119 | $35,426,014 | $1,330,943 |
| Year to Year Change in Program Staffing | 4 | 4 | 4 | 4 | 4 | |

| RETURN ON INVESTMENT ANALYSIS -- CBAForm 3B | | |
|---|---|---|
| Payback Period (years) | 5 | Payback Period is the time required to recover the investment costs of the project. |
| Breakeven Fiscal Year | 2026-27 | Fiscal Year during which the project's investment costs are recovered. |
| Net Present Value (NPV) | ($3,126,975) | NPV is the present-day value of the project's benefits less costs over the project's lifecycle. |
| Internal Rate of Return (IRR) | 1.03% | IRR is the project's rate of return. |

| Investment Interest Earning Yield -- CBAForm 3C | | | | | |
|---|---|---|---|---|---|
| Fiscal Year | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 |
| Cost of Capital | 2.69% | 2.90% | 3.09% | 3.29% | 3.48% |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

# V.    Schedule IV-B Major Project Risk Assessment

The Risk Assessment Tool and Risk Assessment Summary are included as Appendix A, Risk Assessment Tool. The results of the assessment are summarized in the following sections.

## A.  Risk Assessment Summary

The overall risk assessment of the project is rated as "High" based on the risk assessment tool. This rating reflects assessment ratings of "Medium" in two of the eight assessment areas and "High" in six areas of eight areas. As would be expected at this early stage, the project carries some risk. It is expected that overall project risk will diminish significantly by the conclusion of the first year when the project structure is fully in place and the foundational process and technology elements have been implemented.

The categories assessed as high risk and the primary causes for that assessment level include:

- Technology Exposure Assessment – because the technology approach has been conceptually identified and the resources needed will be external to the Department throughout implementation. There will be a learning curve for current staff for future sustainability and support.
- Organizational Change Management – because the new system will enable cross organization integration capabilities, the change related to the system is considered extensive.  Extensive change can be a significant risk because staff is not adept at dealing with changes of this size.
- Communication Assessment – because the new system has so many external stakeholders the communication required is extensive.
- Fiscal Assessment – the size and duration of the project are significant drivers in the overall risk classification for this category. Likewise, uncertainty around benefit amounts and timing are also contributors.
- Project Organization – the duration of the project and less than full time commitment of some of the project team members are a significant risk.
- Project Complexity - because the proposed project is larger than any other project performed by the Department and involves more than 3 stakeholders, this assessment area was also rated as High.  For a project of this type this risk level is expected.

The overall risk assessment rating aligns with expectations for a project of this scope and type regardless of solution or approach.  The areas where risks classified as "High" do exist, the risks are manageable and unlikely to undermine expected success or benefits of the program.  Many of the areas with high classification risks will see reduction within months of project start when a formal project management program, stakeholder sign-off, and requirements validation exercise by awarded vendor is completed. Until project scope and funding is approved, additional effort to reduce identified risks would be speculative at best.

Schedule IV-B for Offender Based Information System (OBIS) Modernization



**Figure 11: Project Risk Assessment Summary**

| Project Risk Area Breakdown | |
|---|---|
| **Risk Assessment Areas** | *Risk Exposure* |
| **Strategic Assessment** | MEDIUM |
| **Technology Exposure Assessment** | HIGH |
| **Organizational Change Management Assessment** | HIGH |
| **Communication Assessment** | HIGH |
| **Fiscal Assessment** | HIGH |
| **Project Organization Assessment** | HIGH |
| **Project Management Assessment** | MEDIUM |
| **Project Complexity Assessment** | HIGH |
| *Overall Project Risk* | HIGH |

**Figure 12: Project Risk Area Breakdown**

Schedule IV-B for Offender Based Information System (OBIS) Modernization

# VI.     Schedule IV-B Technology Planning

## A.  Current Information Technology Environment

### 1.   Current System

*Description of Current System - OBIS*

OBIS is a mainframe-based computer application currently installed at the State Data Center with applications developed and maintained by Department staff and contractor staff augmentation since 1978. The major areas of functional support within OBIS include:

- Inmate Custody Tracking
- Inmate Classification Tracking
- Inmate Trust Fund with Interface to Canteen
- Inmate Housing Assignment Tracking
- Facility Population Tracking
- Transportation Scheduling
- Inmate Movement Tracking
- Release Date Computation Probation and Parole Supervision
- Court Ordered Payments
- Field Investigation Tracking
- Collection and Reporting of Health Services Statistics
- Inmate Reception Process
- Inmate Search
- Offender Search
- Re-Entry
- Resource Directory
- Management Incident Notes
- Florida Commission on Offender Review
- Inmate Visitation
- Personnel Human Resources
- Outside Agency/Vendor Data Exchanges

*Note: This is not an exhaustive list but representative of the total scope.*

The technical scope of OBIS is characterized by:

- 6.2 million lines of COBOL code
- Approximately three hundred and seventy-seven (377) character-based screens about one hundred and fifty (150) lacking graphical user interface features even though they are viewed on Windows-based computers.
- Approximately one thousand, one hundred and fifty (1,150) green screen reports without any graphical support.
- The last Information Management System (IMS) database was eliminated in February 2013.  All OBIS data is now stored in Db2 relational databases.  Many of the older COBOL programs use the DL/2 middleware product to allow old IMS code to access the Db2 database.  The Department currently has 363 Db2 tables that contain production OBIS data.  The Department's mainframe has two logical partitions (LPARs). Each LPAR has 3 regions (Development, Test, and Production).  Each region within each LPAR have the same Db2 database structures.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### *Web-Enabled Applications*

There are several web-enabled client server applications that are used to support the offender information needs of the Department. These applications interface with the mainframe via web services.  A list of the applications is below:

- AIRS – (Automated Inmate Ranking System) is designed to work with CINAS in identifying inmates for replacement in substance abuse, academic and vocational programs.
- CAOSS – (Classification Appointments Overview & Scheduling System). This system will assist in viewing all appointments and serve as a catalyst to CINAS and IRMS assessments and reviews in the web environment.
- CINAS – (Corrections Integrated Needs Assessment System) integrates information, needs and the Community Corrections Recidivism Index Score collected during an offender's term of supervision into a collective system that measures an inmate's Institutional Inmate Recidivism Index Score by way of static and dynamic factors and assists the classification team in determining inmate needs.
- Community Probation Officer Caseload – provides probation officers with the ability to manage offenders' visits in a web interface.
- EAC – (Emergency Action Center) tracking system for post incident reporting of a Use of Force event conducted within an institution.
- Emergency Management – Web-based application to track and log post-event damage assessments from the field.
- Gain Time – Gain time data from the OBIS DC45 green screen is displayed with no update capability.
- Health Services Reporting - captures reports coming from the field covering areas such as HIPAA, Tuberculosis, Risk Management, QM for Central Office to analyze.
- Health Services Utilization – Tracking system used at Regional Medical Centers to log outpatient and emergency hospital visits for inmates along with reasons.
- Inmate at a Glance – an application that provides users with a comprehensive listing of information about a specific inmate.
- IRMS – (Inmate Risk Management System), in conjunction with CINAS, will replace the Department's Risk & Needs Assessment system. IRMS will be devoted strictly to inmate risk while CINAS will handle inmate needs.
- MHIT – (Mental Health Inmate Transfer) processes all mental health inpatient requests from the point of request through the actual admission into the inpatient bed.
- ONAS – (Offender Needs Assessments System) identifies both the offender's needs which must be addressed in order for the offender to succeed and reduce the likelihood of the offender from recidivating.
- RANA – (Risk and Needs Archive) serves as a web environment to view past risk & needs assessments while conducting new CINAS and IRMS assessments and reviews.
- Spectrum – Spectrum 1.0 targets two types of programs: criminogenic domains and core programs. Criminogenic domain programs will be targeted for each inmate through Spectrum 1.0 at reception (for the reception pilot) based on the needs identified through the domain question sets.
- STORMS – (Security Threat Group) Tracking and assessment application for identifying gang affiliation and other threat group associations for inmates.
- SVPPU - (Sexual Violent Predator Program) allows staff to track the status of inmates that are possibly eligible under the Jimmy Ryce Act.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### *Ancillary Applications*

- Sentence Structure – Inmate correspondence tracking system.
- RMS – (Roster Management System) manages the security staff rosters at all institutions including the creation of the daily roster, scheduling leave and training.
- Records Trac – provides the ability to track and monitor the completion of all requests for inmate records and/or information contained in the inmate's record. It includes public records requests, billing and payment tracking.
- SORR/SOAR – manages sex offender residence review to assure offender residence is not located in prohibited location.

These applications are client server-based and run on numerous Windows-based servers located in the State Data Center. The database platform is Microsoft SQL Server. With the exception of the Prison Rape Elimination Act (PREA) application, which transmits and receives data real-time, the client-server applications use day-old data that is loaded nightly from an OBIS extract. The applications do not have direct access to all of the data contained in OBIS. The extract that is loaded is a subset of the data that is in OBIS. All of the client-server applications listed are maintained and administered by Department personnel and contractors at the Department's Central Office.

### *Technical Architecture*

Figure 13 illustrates the technical architecture used to support the offender information needs at the Department. The diagram includes the applications, the hardware they run on, and the communication protocols used to transmit data to and from the applications.



Figure 13: OBIS Current State

Schedule IV-B for Offender Based Information System (OBIS) Modernization

There are multiple agencies that depend on the Department for offender information. The majority of those information requirements are met by OBIS using File Transfer Protocol (FTP) extracts. Figure 14 illustrates the technical architecture used to support external offender information needs.



Figure 14: OBIS Current Data Exchanges

*Current System Resource Requirements*

The Department uses mainframe processing services overseen by the State Data Center (SDC) via NWRDC and their outsourced vendor. The vendor (via SDC/NWRDC) manages mainframe services and resources used by OBIS and balances and directs mainframe processing to vendor resources to manage load, capacity, availability, and performance. The table below describes the technology used by the vendor to deliver mainframe services for OBIS.

| Resource | Requirement |
| --- | --- |
| Platform | The State of Florida Shared Resource mainframe is a Z15 8562-O05 with a total of 5 processors running at 4.5 Ghz each. It is rated at 2,369 MIPs and 294 MSUs. The CDC has 5 processors assigned to the production LPAR and 191 MSUs of processing usage. The 5 processors have processor speed cycles per microsecs of 1,496 and a ziip processor with the speed of 4,500. The have effective gigahertz cycles per nano of 1.5 and 4.5 respectively. Now on z/OS 2.3. COBOL and JAVA applications are the same level of performance power. |
| Performance | This system is rated at 191 Million Service Units per second of processing power for FDC use only. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Resource | Requirement |
|---|---|
| I/O Capacity | There are 11 OSAD channels and 1 OSAE communication channels on the CEC that are shared by the customers on the shared mainframe. DASD is accessed through FICON Express version 16 channels. |
| Direct Access Storage Device (DASD) Storage | There is 7.5TB of space for FDC use on a Hitachi GS1500.  HyperPAV is implemented and the DASD environment is replicated to the disaster recovery site with the exception of the ASG third party product volumes until an ASG licensing issue is resolved.  Tape backup is on a DLm8500 and is replicated to the Lithia Springs, GA recovery facility. |

### Current System Performance

OBIS on mainframe supports the current and projected workloads with excess capacity to handle volume and seasonal processing spikes.  OBIS is mature, stable, and available with few unplanned outages. However, for new employees who are more familiar with GUI interfaces, the OBIS green screens are not intuitive and mainframe-based workflow involves navigating through multiple screens with no front-end edits which causes transaction density to be very large. The system only meets objectives and functional requirements with significant augmentation of paper-based processing and manual workflow management.  By current standards, the requirements and objectives for which OBIS was originally built are outdated. Advancements in technology have bypassed the capabilities of the current OBIS architecture.

As a legacy platform, outdated application development languages and technologies are used to maintain the system. Because development languages like COBOL used by OBIS have not been taught in schools in Florida for over 20 years there is concern about the ability to replace experienced legacy developers who retire or leave the Department.

### 2. Information Technology Standards

### State of Florida Standards

As part of the work done during the requirements analysis phase of the 2008 analysis project, a complete list of technical requirements and standards were documented for the proposed new system. This document lists the high-level requirements and standards that OBIS Modernization should satisfy. It is broken down into the following categories:

- Architecture
- Security
- Usability
- Development & Support Services

Additional to those requirements and standards the proposed solution will comply with standards established by the Florida Digital Service (FLDS) and the Cloud-First statutory directives.

### FBI Criminal Justice Information Services (CJIS) Security Policy

The Criminal Justice Information Services (CJIS) Division of the U.S. Federal Bureau of Investigation (FBI) gives state, local, and federal law enforcement and criminal justice agencies access to criminal justice information (CJI)—for example, fingerprint records and criminal histories. U.S. law enforcement and other government agencies must ensure that cloud services used for the transmission, storage, and processing of CJI complies with the CJIS Security Policy, which establishes minimum security requirements and controls to safeguard CJI. As such, CJIS data safeguarding and compliance is a key requirement for OBIS Modernization.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

The CJIS Security Policy integrates presidential and FBI directives, federal laws, and the criminal justice community's Advisory Policy Board decisions, along with guidance from the National Institute of Standards and Technology (NIST). The policy is periodically updated to reflect evolving security requirements.

*HIPAA Privacy Rule and HIPAA Security Rules*

OBIS also must comply with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) regulations protecting the privacy and security of certain health information. Specific regulations include the HIPAA Privacy Rule and the HIPAA Security Rule.  The Privacy Rule, or Standards for Privacy of Individually Identifiable Health Information, defines national standards for the protection of certain health information. The Security Standards for the Protection of Electronic Protected Health Information (the Security Rule) defines the national set of security standards for protecting certain health information that is held or transferred in electronic form.

## B.  Current Hardware and/or Software Inventory

The Department uses mainframe processing services provided by the SDC on a shared mainframe platform.  The SDC balances mainframe services and resources used by OBIS and directs mainframe processing via the SDC to third-party resources to manage load, capacity, availability, and performance.

## C.  Proposed Technical Solution

### 1.  Proposed Application Architecture (Hybrid Approach)



Figure 15: Proposed Application Architecture (Hybrid Approach)

Schedule IV-B for Offender Based Information System (OBIS) Modernization

2.  **Proposed Data Architecture (Hybrid Approach)**



Figure 16: Proposed Data Architecture (Hybrid Approach)

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### 3. Technical Solution Alternatives



Figure 17: OBIS Modernization Future State

Schedule IV-B for Offender Based Information System (OBIS) Modernization



Figure 18: OBIS Modernization – State During Transition

Schedule IV-B for Offender Based Information System (OBIS) Modernization



**Figure 19:  OBIS Modernization – Transition of Components from Current to Future State**

The current technology of OBIS was designed to support computing needs prior to the widespread usage of personal computers or mobile devices, when paper processes were used to manage complex workflows.  In that era batch reports were the only timely source of information other than talking to the right people that might have knowledge of activity, events, or people that a Department worker would interact with.  OBIS worked well given the constraints for that period in history.  For the Department, the current OBIS is a constraint that limits improvements to workflow management and expansion of services to operate more effectively.  Without additional funding the Department is anchored to paper-based processes and green screen applications that do not provide access to real-time information.

Three modernization strategies considered suitable for the Department as technical alternatives are available in the marketplace.

### Commercial Off-The-Shelf (COTS)

COTS solutions are most commonly understood to be "packages" or "shrink-wrapped" software, which is fully functional, requiring only basic configuration services to place it in a production environment. COTS products commonly address specific functional needs like offender management have some sort of internal production "engine" supporting the entire solution with various "modules" which perform discrete tasks related to a particular function, e.g., bed management or transportation fleet management. Customers are usually required, at a minimum, to purchase or license the "engine" and are then free to decide which of the functional modules they wish to use to support their discrete needs.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

Technical risk is usually reduced with this strategy as a vendor is ultimately responsible for the integration of the product solution. As an added benefit, the various modules within the system generally operate in the same fashion, e.g., menus and options are common across the different functional system components; the look and feel is decidedly similar which may reduce user training costs and increase staff productivity.

As a part of the transition to a COTS platform, the Department would use out of the box functionality with minimal customization and extensions to the core product. In some cases, current business processes may require modification to align with the COTS capabilities.

### Benefits

- Functionality may be more mature and stable for use by multiple customers.
- The tool provides a modern platform and user interface.
- The vendor maintains the product to support state and federal requirements.

### Drawbacks

- Not fully customized to Florida specific needs.
- Not all the functions in OBIS will be supported.
- Changes to current business processes may be required to align with new COTS product.
- The Department is locked-in to a solution and migration to an alternate solution can be challenging.

### *Integrated Best of Breed: Component-Based/Software as a Service (SaaS)*

Component-based strategies allow customers to select the best option for a given functional need, from different vendors, then integrate the chosen components to form the overall solution. For example, Vendor A's Inmate Management module may excel in the market, while Vendor B's Probation and Parole module may be considered the "best of breed" (best solution in the market for a particular functional business need). This solution may include COTS products which serve most of the functionality but use other external software for specific purposes like an interoperable rule-engine used to build process automation for tasks like sentence calculation.

A Component-based strategy allows the system to be built from market leading parts and pieces which integration to form the enterprise solution. Potentially, custom Software as a Service (SaaS) modules could be developed by a solutions integrator to meet highly specific functional needs.   However, there are potentially significant risks associated with this approach as it requires the tight integration of disparate vendor offerings that may be technically challenging, and which may present a different look and feel to users as they move from one area of the solution to another.

A Best of Breed modernization strategy transitions current OBIS to improved functional capabilities as discrete solution components. For each solution component, analysis and evaluation would determine the best solution for the specific functionality. Solution components could be provided by one or more COTS or SaaS vendors, as custom developed modules or re-platformed functionality from the current OBIS. To enable component-based processing, the core OBIS architecture would need to use a flexible service-oriented architecture (SOA) and provide a solid integration framework.

### Benefits

- Modernization can be accomplished in a phased approach.
- The solution provides access to the best of breed solution components.
- The vendors maintain the COTS and SaaS modules.
- Loosely coupled components with a tightly integrated product mix is feasible.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## Drawbacks

- Greater integration effort than a single COTS vendor solution.
- Changes to current business processes may be required to align with new components.
- Use of offsite vendor-hosted system ("cloud", or out-of-state locations) may add complexities for CJIS compliance

### *Re-Platform:  Custom functional modules on a general purpose Platform as a Service (PaaS)*

This allows for custom, functional modules to be built on a general-purpose platform like CRM/ERP and continue using in-house or contracted development resources to support the applications which can then operate on modern platform.

Multiple vendors provide tools and services to achieve a modernized OBIS through the use of general-purpose platforms. These vendors enable organizations to move enterprise application systems running on mainframes to non-mainframe platforms in the cloud. The application re-platform solutions support organizations which are motivated to eliminate or reduce the use of mainframe processing resources.

Consideration for the following requirements is needed to pursue the re-platform strategy for OBIS Modernization.

- Functional changes should be placed on hold during the re-platform effort.
- End users must be involved throughout the project for the design, testing, and acceptance of the new solutions.
- End user expectations for the functional and business process changes must be managed, and a robust communication plan must be followed to keep stakeholders informed.
- The infrastructure and support resources must be in place to maintain the new solution.

A re-platform modernization strategy transitions current OBIS to a modern platform and with new development technologies. The transition may benefit from the use a platform migration tool to reduce the total cost and elapsed time to move to modernize. After transitioning, further capability enhancements would be custom developed on the new technology platform.

## Benefits

- Functionality is customized to specific Department requirements and preferences.
- Migration to lower cost hosting and infrastructure.
- The Department retains control over the future option to add new features and speed to implement change.

## Drawbacks

- More time needed to implement system changes that modernize business processes.
- The custom flexibility results in a great total of ownership.

### *Technology – Implementation Summary*

There are other nuances associated with each option which may influence a final implementation strategy decision. A COTS or Component-Based/SaaS solution, for instance, may provide an opportunity to engage a vendor's staff for configuration and production support. In theory, vendors are more familiar with the nuances surrounding their own products which should serve to reduce the risks associated with technical and functional complexities in a production environment. Another option may be to purchase or license a COTS product suite but rely upon a third-party integrator or internal staff resources to provide the services required for implementation. Regardless of which solution and implementation strategy is selected, each approach has its own inherent benefits and risks.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### 4. Rationale for Selection

The need for a real-time single source of truth for business data is now fundamental to meet the business processing needs of today and the future. The expectations and requirements of modern systems are quite different from the requirements that drove development of OBIS. The table below compares the technology characteristics of OBIS and the future-state modernized system. The table highlights how the requirements for a modernized system have changed to be always available, more connected, and more secure:

| Item | Legacy System Characteristics | Modern System Characteristics |
|---|---|---|
| **Hours of Operation** | • Online primarily business hours;<br>• Online worker usage 24x7, batch cycle evenings, some scheduled system wide maintenance outages | • 24x7 |
| **Users** | • Internal workers | • Internal, external, and public |
| **User Authentication and Access** | • Internal system | • Single sign-on<br>• Federated authentication extending to external organizations |
| **User Interface** | • Fixed character screens | • Graphical, browser, mobile device |
| **Integration** | • Data replication; Data extract, transformation and load (ETL)<br>• Fixed format file interfaces<br>• File transfer | • Real-time data access<br>• Web services<br>• REST, JSON, XML data |
| **Data Sharing** | • External within state enterprise (other state systems) | • Public sector, private sector, academic organizations |
| **Security** | • Emphasis on mainframe, firewall and perimeter security; Trusted internal staff and infrastructure | • Security hardening in every system component;<br>• Encryption of data at rest and in motion;<br>• Highly restricted data access |
| **Reporting** | • Batch jobs extract data and format reports<br>• Extract to data repository | • Real-time operational reporting<br>• Dashboards<br>• Predicative analytics |
| **Business Rules** | • Embedded in custom application system logic | • Use of rules engine<br>• Configurable rules |
| **Processing Triggers** | • Batch file records<br>• Online user-entered data | • Messages and event-based from asynchronous and real-time messages |
| **Batch Processing** | • Processing nightly driven by mainframe processing capacity / cost and database locking issues<br>• Reports produced via batch jobs | • Processing can be run any time<br>• Asynchronous updates |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Item | Legacy System Characteristics | Modern System Characteristics |
|---|---|---|
| **Workflow** | • Workflow managed manually or via reports<br>• Low visibility to status of specific process or overall backlogs and slack resource utilization<br>• Complex to change | • Manages human and machine tasks performed internally and external to the traditional organization<br>• Processing status transparency with internal and external stakeholders<br>• Dynamic workflow definition and updating |
| **Architecture Services** | • Custom-developed | • Service-oriented architecture<br>• Flexibility to use of "Best-of-Breed" COTS components or software services |
| **Application Ownership** | • Internally-owned asset | • COTS, Software as a Service (SaaS) |
| **Application Development Strategy** | • Custom development | • COTS |
| **Application Customization** | • Business rules defined and applications customized in response | • Adjust Business Rules to Match Application Capabilities |
| **Application Maintenance** | • In-house on-site<br>• Contracted hourly resources | • Off shore resources<br>• Application maintenance provider task-based contracting |
| **Infrastructure** | • Mainframe<br>• Dedicated servers<br>• Using internal hosting services | • Cloud-based<br>• Software as a Services (SaaS) or Infrastructure as a Service (IaaS) |

The sections below describe key technology considerations and rationale for each of the technology characteristics listed in the table previously.

### *Hours of Operation / System Availability*

Department facilities operate 24x7 and thus any significant system modernization initiative should require 24x7 application availability and continuous processing. Today, high availability systems with no single points of failure and automated failover of clustered components are a basic expectation.

### *Users*

The expected number of Department system users is expected to remain relatively constant unless there is a significant increase or decrease in the number of inmates or number of facilities.  It is possible that there would be an increase in external users by other agencies who have not historically used the system directly, and that they might begin to use the system either directly or via real-time web service access. To support an undetermined number of users, the application and hosting infrastructure must be horizontally and vertically scalable. Additionally, licensing terms should avoid per user licensing arrangements and restrictions.

### *User Authentication and Access*

User authentications and access controls are important considerations in differentiating technology solution alternatives. The existing OBIS and related systems have mainframe authentication, distributed network ID

Schedule IV-B for Offender Based Information System (OBIS) Modernization

authentication, and custom internal access controls.  For workers, this means they must keep multiple IDs with multiple passwords. Architecturally, there are advantages of externalizing access controls from custom application logic. Single sign-on across applications with coordinated timeout is a base expectation related to access.  The need to support federated access controls (e.g. allowing access by other agencies or county units of government) is increasingly a priority. *Note: Federated access control is used when an external organization is granted access to use the system with user authentication and role-based management done by the external organization.*

### User Interface

A standard requirement for almost every modern system is to use responsive graphical design techniques. Responsive design means that the application will be optimized for any device. Because system usage is performed by workers that move throughout the facility, the general consensus is that being able to access data or enter data using a mobile device would be a significant convenience factor that enables more accurate and timely information.

### Integration

The expectation of real-time or near real-time integration should be the *de facto* expectation for interface processing in the modernized system. Legacy integration strategies of database replication, cross system data synchronization, file extracts, and other bulk data transfer strategies are being replaced for many reasons, primarily due to the challenges of data privacy and the complexities and overhead of duplicated data. For the modernized system, the use of web services is a default expectation for transactional data sharing. Architecture requirements should use secure web services. Often an Enterprise Service Bus (ESB) is a component of the modernized system that provides a single point of access, common architecture services, and common processing controls for integration. Representational State Transfer (REST) based services are currently the standard for efficient data integration especially supporting mobile device interfaces.

### Data Sharing

While there are a relatively small number of interfaces in the current system, the Department should expect data sharing to increase. The amount of data sharing could increase as there is increased emphasis on establishing a 360-degree view of people from an overall health and human services perspective to analyze and provide relevant and timely services.

Data sharing can be complex, especially when dealing with sensitive information or personal information. For this reason, there have been some delays and barriers to sharing data across system and organization boundaries. The benefits of data exchange are too significant to be a long-term deterrent to data sharing.

The system should secure robust support for data sharing. COTS solutions generally have dealt with this issue, and continue to stay current with industry trends, standard data sharing formats, and data sharing regulations.

### Security

Security is an important consideration in system completion. The security threats and challenges that all systems, and government systems in particular, face can consume significant resources. Regardless of platform alternative, the recommended solution is expected to comply with Florida Cybersecurity Standards Rule 60GG-2, F.A.C. and CJIS Security Policy. This factor alone may be significant enough to influence the recommended system platform approach.

COTS products will generally have a significant advantage in this area because they invest in security architecture and perform ongoing vulnerability scans and analysis of application and infrastructure. In addition, because their solutions are in use in more locations, the products benefit from the cumulative experience of all customers, which is incorporated in security and data loss prevention techniques.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

It is common for systems that run on mainframes to run in state hosting data centers to emphasize keeping bad actors outside the environment. In the legacy system environment, most emphasis goes to firewalls, identity, and access controls. There is little emphasis on encryption and controls for information that is moving around within what is considered a safe space. The modernized solution should require encryption for both external connections to the system and internal connections within the system. Likewise, a requirement for storage encryption and encryption of transmission should be base requirements. Further, most, if not all, system administrators should not be able to access system data.

### *Reporting*

From a technology perspective, the primary reporting considerations include:

- Reducing report generation costs of using mainframe architecture
- Reducing use of batch architecture
- Reducing need for reports by enabling real-time dashboards and data access
- Data Model Updates
- Data Marts
- Tools

If the modernized systems use a COTS product, the COTS data model will be different from current OBIS data model. Even if current system data is migrated to data marts or a data warehouse for reporting, effort will be required to rework reports if a new or enhanced data model is used. A new COTS data model will have additional data and data types that allow enhanced reporting. It is important to specify expectations related to reports, because COTS vendors provide limited out-of-the-box reports and often expect customers to customize or develop their own specific reports.

The current systems use reports as a tool to manage and assign work or to communicate outside the organization. Most COTS products solutions will have increased online capabilities and real-time integration capabilities that can eliminate the need to use current reports to manage and communicate. Therefore, the number of reports needed in the new system may be significantly less than the number of reports used in the existing systems.

Most customers will use an external reporting tool even if COTS products provide some base report development, customization, or delivery capability.

### *Business Rules*

The general approach for a modernized system is to externalize business rules from custom application logic. Vendors that provide dedicated rules engines, use rules engines, or have products that use rules engines often communicate that business people will be able to maintain business rules in real-time, as needed. In practice, this is not usually practical, because changes in business rules can have ripple impacts to other system components. Additionally, from a configuration management perspective, most organizations strictly control and automate deployment of changes to production environments. Regardless, the expanded use of a rule's engine can create improved processing consistency and reduce maintenance effort.

### *Processing Triggers*

In the legacy system, processing triggers primarily originate from user-entered information and batch processing. The modernized system should primarily support real-time event-based processing triggers. These real-time events cause workflow updates and system data updates. Requirements to accept real-time updates via web service message will provide the processing capability to support business needs into the future.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### Batch Processing

The legacy system has significant batch processing that is mature and efficient for the legacy platform. This processing relies on operations services (provided by the hosting service) to perform job scheduling, restart processing, and processing notifications. Historically, the use of batch processing is usually a legacy strategy driven to encourage use of unused mainframe capacity when users are not online and because legacy application systems did not have data access controls to allow concurrent online and batch processing.

System modernization efforts should scrutinize current batch requirements for potential elimination and allow processing to be performed in real-time or asynchronously where possible. The system should encourage external interfaces to move from batch to real time or asynchronous processing.

Even where batch processing must continue because of external interfaces, system completion work should use techniques that will allow the migration to real-time without significant rework.

### Workflow

Work management is one of the most important capabilities of the system. It is important to evaluate the usability of the system interfaces that users access to view work items and manage work requests of tasks in the business process. In the legacy system environment, a worker may have to evaluate work item task lists on paper or using multiple systems.

One important feature in the modernized system is automatic updates to the workflow based on system actions or data changes. For example, if a workflow step is complete after a user enters a set of information, the system will be much more effective if the task detects the change in the data and automatically marks the task complete, as opposed to the worker having to go to a work assignment screen and mark the specific task closed. This feature for specific task types greatly increases user satisfaction and reduces delays in overall processing throughput, while at the same time provides improved program and administration integrity ensuring eligibility staff receives proper credits for completed transactions without the risk of erroneous manual entries.

An additional consideration is how tasks performed by external users can be managed and tracked in the system. This allows external users to perform their steps in a workflow. The ability for external users to integrate their systems with the workflow engine may be a valuable feature. Alternatively, external users may use interactive work management screens to manage work.

### Architecture Services

There are many application architectures services that can be performed by COTS, open-source solutions, SaaS services, or custom processing. COTS products balance the use of COTS architecture services to make their products cost effective. The use of architecture services reduces risk related to the specific component but increases the integration complexity. For COTS products, the vendor is typically responsible for integration of the COTS products used by their solution. If a customer requires customer-specific architecture components, those need to be specified and responsibility for performing this work should be explicit.

A recommended system modernization requirement is to identify the specific architecture services to be used and the process to update or replace architecture services in the future.

Determining the right balance of custom-coded architecture services versus other types of architecture services is a matter of discretion. The types of architecture services that are candidates to use external architecture services include services that:

- require specialized development skills,
- must comply with external standards or compliance criteria,
- are widely used, or

Schedule IV-B for Offender Based Information System (OBIS) Modernization

- are available at low-cost.

Architecture services such as security authentication and access, Enterprise Service Bus (ESB) and infrastructure monitoring are rarely custom-developed.

### Application Ownership

The thinking on application ownership for modern systems has changed for most organizations. When systems had unique business processes or requirements, organizations wanted to retain ownership and control of the application. As organizations recognized that system processing techniques were common to many organizations, there has been a shift to COTS-based solutions.

The other consideration is that the system lifecycle has shortened significantly. When systems were expected to operate largely unchanged, other than normal maintenance for a period of decades, it made sense to own the solution. With the pace of major technology change, most organizations recognize that the expected life of a system is not as long as it has been in the past. For this reason, most organizations are now favoring a rent instead of buy strategy.

From a department budgeting perspective, renting reduces discretion on maintenance expenditures and reduces the effort to secure capital funds needed for major system updates. This can be an advantage to ensure the system receives a base set of maintenance to keep it operational.

### Application Development Strategy

Custom development of replacement enterprise applications is generally not considered a viable option because of the large capital expenditure, record of accomplishment of budget overruns, and delayed implementations. Transfers of custom solutions followed by customization of the system was a popular strategy 10-15 years ago. It was perceived that a transfer strategy was lower risk because the transferred application:

- May have some maturity from iterations of use
- May have eliminated of defects from production use
- Allowed the customer to end up with a custom solution that they owned

The transfer approach is now out of favor because in practice there are not significant savings, especially if there are a significant number of customer specific customizations. The application architecture of the transfer system will also influence ongoing maintenance costs and can limit ongoing system evolution.

Enterprise application development is now primarily completed in vendor development centers that concentrate thousands of workers, usually using offshore locations and low-cost resources. Vendors have hiring, management, professional development, and quality management synergies in these centers and prefer to do application development and maintenance work in these locations.

### Application Customization

There has been a change in thinking on how to implement modernized systems. The traditional approach that derived from when there were few automated systems was to define requirements and then build or customize the new system to meet the specified business requirements. With the introduction of COTS products, organizations are looking at total cost to implement and operate and are finding that instead of business requirements driving the system, it is often faster and more cost effective to change the business processes and requirements to match the capabilities of the COTS product or SaaS solution. These approaches are quite different. If procuring and considering a COTS product or SaaS solution, it is important to align the procurement and negotiation strategy with the approach.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### Application Maintenance

Application maintenance strategies have evolved and are continuing to change. The traditional application maintenance approach for enterprise custom systems owned by an organization is to have an onsite team of application developers. For government systems, these resources are often contracted resources that perform services for a long period. Organizations focus on minimizing rate per hour paid and work on a capacity basis providing maintenance and enhancement within the contracted capacity.

For organizations that purchase COTS products for enterprise use, it is common to use an application service provider that manages all maintenance of the COTS product. Work includes product customizations and integration work to support COTS product upgrades. The Application Service Provider works closely with the COTS vendor and often supports multiple customers with a shared pool of resources.

For organizations that use SaaS solutions, the service provider handles all application support and maintenance. These services are provided directly by the SaaS provider.

### Infrastructure

A major part of modernizing the system is enabling and modernizing the system infrastructure. The system infrastructure includes the network, servers, system software, hosting, and systems operations capabilities. Improvements in technology have standardized and virtualized infrastructure, allowing organizations to optimize and leverage support resources across a much larger number of systems and system infrastructure components. Cloud providers use this standardization to support many customers at a fraction of the cost of traditional on-premise infrastructure.

For OBIS, the move from State hosted infrastructure has the expected benefits of cost savings and improved service level. From an overall state level, migration and decommissioning of the current mainframe, state, and department data centers is a potential option. If any system completion option retains existing system components, work will be required to make the current applications cloud-ready.

#### 5. Recommended Technical Solution

The technical solution approach that the Department has selected is the hybrid approach. This approach reduces module integration effort and complexity, procurement complexity, and overall implementation effort and risk. The hybrid approach offers the flexibility to incorporate the new electronic health record solution currently being implemented into a common platform that integrates all other core functions. With a hybrid solution, technical components could be implemented more quickly and give greater speed to achieve value and return on investment.

Also, refer to Section C4 Rationale for Selection (Platform Strategy) for a table highlighting both business and technical factors for the recommended solution.

## D. Proposed Solution Description

### 1. Summary Description of Proposed System

The proposed solution to replace existing mainframe-based OBIS processing must be able to support a large number of users (>14,000) during highly available (24x7) operations in a secure environment.  The expected components of the new system include:

***Integration Platform and New Interfaces*** - The implementation of the modernized OBIS solution would leverage or use an Enterprise Service Bus (ESB) to interface with external systems. The transition from batch interface processing to real time or near real-time processing would be enabled by the new system and associated architecture capabilities. The timing of migration would be driven by the external organization's ability to provide or receive information in real time.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

*Reporting Platform* - Reporting Platform to facilitate Department staff standard reporting, ad-hoc reporting, and drill down reporting and descriptive reporting capabilities using a non-mainframe platform.

*Analytics Platform* – Analytics Platform including data warehouse, data marts, or data lakes to facilitate Department analysis, data visualization and predicative analytics and predictive modeling capabilities.

*Modernized System Engine* – Core application system engine, architecture, and common services that support all corrections processing functionality and core functional system modules.

*Modernized System Modules* – Specific modules or groupings of modules that provide discrete functionality built to use the system engine.

*Cloud-Ready Infrastructure* – Servers, storage, hosting, and system management architecture is expected to be cloud ready allowing use of a private cloud or CJIS compliant cloud-based solution provider using an infrastructure-as-a-service (IaaS) or software-as-a-service (SaaS) model. OBIS requirements to comply with CJIS Security Policy present additional considerations and challenges that can make it more difficult to use of a cloud-based solution compared to other systems that are not subject to CJIS Security Policy.

Modernizing OBIS will fulfill several critical needs for the Department:

- Upgrading the system to use sustainable technology for which continued resource availability is not at risk and which provides the least total cost of ownership. The State's "Cloud First" approach will be a primary factor in the solutions chosen to modernize OBIS.
- Supporting additional needs of the Department business units with new or enhanced applications.  Modern web-based and mobile enabled interfaces will expand the opportunity for process efficiencies.
- Providing self-service capability for users to develop trends and reports using ad-hoc analysis.  Following the split data model, Synchronized Transactional and Operational Data Stores, direct access to the data is provided to the users by reporting and analytics tools.
- Automating the sentence calculation process to reduce errors.  Modern tools like rule-engines that facilitate methods of selecting and testing logic as a set of rules will be part of the OBIS Modernization.
- Providing enhanced user interfaces to reduce training and increase the efficiency of data collection while reducing errors and improving access to relevant data.

Providing an interoperable framework to connect disparate applications in one OBIS implementation

Schedule IV-B for Offender Based Information System (OBIS) Modernization

**2. Resource and Summary Level Funding Requirements for Proposed Solution (if known)**

The total project cost is expected to be $118,364,500 over five years. This amount includes an additional four staff augmentation contractors and no additional FTE positions. The majority of the workload for OBIS Modernization will be performed by a contracted vendor procured pursuant to F.S. 287.057.

*Summary Level Funding*

| Cost Component | Sum of 2022-23 Total | Sum of 2023-24 Total | Sum of 2024-25 Total | Sum of 2025-26 Total | Sum of 2026-27 Total | Sum of 5-Year Total |
|---|---|---|---|---|---|---|
| Bandwidth Upgrade | $20,000 | $40,000 | $40,000 | $40,000 | $40,000 | $180,000 |
| Cloud Hosting | $280,000 | $515,000 | $490,000 | $490,000 | $490,000 | $2,265,000 |
| IV&V | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $10,000,000 |
| Professional Services | $8,520,500 | $12,368,500 | $25,136,000 | $20,462,000 | $17,500,000 | $83,987,000 |
| Software | $1,130,000 | $1,280,000 | $1,300,000 | $1,340,000 | $1,340,000 | $6,390,000 |
| Staff Augmentation | $1,040,000 | $1,040,000 | $1,040,000 | $1,040,000 | $1,040,000 | $5,200,000 |
| Vendor Business Analysis | $1,120,000 | $1,120,000 | $1,120,000 | $1,120,000 | $1,120,000 | $5,600,000 |
| Vendor Project Management | $982,500 | $992,500 | $917,500 | $927,500 | $922,500 | $4,742,500 |
| **Grand Total** | **$15,093,000** | **$19,356,000** | **$32,043,500** | **$27,419,500** | **$24,452,500** | **$118,364,500** |

## E. Capacity Planning

This section provides utilization reports for OBIS for a 12-month period of operation. OBIS processes an average of 260,000 batch program executions and 65,000,000 CICS transactions a month. The number of transactions per month will typically be plus or minus 25% from the average. Average mainframe usage is 700 MIPS of 1600 MIPS capacity. The following pages contain tables and charts of OBIS resource usage.

**1. User Counts**

*Total number of users (named and concurrent), user types (e.g. power, casual, data entry)*

The current system supports approximately 14,000 total users with an average of 4,500 concurrent users during peak periods from 12,000 PC workstations running Windows 10. The following table details the organizational breakdown of the users:

| Organization | # of Users |
|---|---|
| **Business** | 114 |
| **Central Office** | 972 |
| **Education** | 443 |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Organization | # of Users |
|---|---|
| Parole Board | 184 |
| Health | 2,225 |
| Institutions | 1,175 |
| Personnel | 79 |
| P&P (Community Corrections) | 3,505 |
| Security | 4,923 |
| Institutions | 673 |
| Total | 14,293 |

At a minimum, the proposed system must support the same number of users as the current system. Over time the number of users may increase due to the increasing number of offenders. There is no way to accurately project the number of future users due to the complexity of factors involved in the staffing of the Department.

2. **Mainframe Processing Details**

The table below provides additional details specific to mainframe processing:

| Component | Description |
|---|---|
| CPU Usage | Average mainframe usage is 700 MIPS with the highest monthly peak of 1200 MIPS of 1600 MIPS capacity |
| CICS Transactions | OBIS processes an average of 65,000,000 CICS transactions per month |
| CICS Average Response Time | OBIS average response time has remained less than .074 seconds per transaction and trended faster |
| Batch Job Execution | OBIS processes an average of 260,000 batch program executions per month |
| DASD Usage | OBIS uses and reserves 4 TB of 18 TB of available storage of which slightly over 2 TB is used with the remaining reserved for database usage |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## VII.    Schedule IV-B Project Management Planning

### A.  Project Management Methodology

The primary project management methodology used by FDC is based on the PMI's Project Management Framework and complies with Rule 60GG-1, F.A.C., Project Management and Oversight standards. The FDC Project Management Office and the implementation vendor will coordinate any adjustments in the project management approach and methodology.

The following control mechanisms will be applied to all phases of this project, including:

- Project Charter that conveys what will be accomplished by the project, signed, and authorized by the Project Executive Sponsor
- Project contract(s)
- Project Management Plan
- Baseline project schedule
- Independent Verification and Validation (IV&V)
- Project Change Management
- Organizational Change Management
- Quality Management
- Project Issues Log
- Project Risk Log
- Financial Management
- Reporting

The use of the project control framework indicated above, together with application of the Project Management Plan, will assist both the FDC and Vendor project managers in planning, executing, managing, administering, and controlling all phases of the project. Control activities will include, but may not be limited to:

- Monitoring project progress; identifying, documenting, evaluating, and resolving project related problems that may arise
- Reviewing, evaluating and making decisions with regard to proposed changes; Changes to project scope will be tightly controlled according to a documented change request, review and approval process agreed to by all stakeholders
- Monitoring and taking appropriate actions with regard to risks as required by the risk management plan
- Monitoring and tracking issues as required by a documented issue reporting and management process
- Monitoring the quality of project deliverables and taking appropriate actions with regard to any project deliverables that are deficient in quality

Refer to Appendix 0 for the signed Project Charter and Appendix 0 for the draft Project Management Plan.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

# VIII.    Appendices

## A.  Risk Assessment Tool

The Department's detailed responses to the Risk Assessment are in the following document.

**IT Project Risk Assessment Tool**          Schedule IV-B                          **FY2022-23**

|  | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 3 | **Project** | | | *OBIS Modernization* | | | |
| 4 | | | | | | | |
| 5 | **Agency** | | | *Florida Department of Corrections* | | | |
| 6 | **FY 2022-23 LBR Issue Code:** | | | **FY 2021-22 LBR Issue Title:** | | | |
| 7 | *36260C0* | | | *OBIS Modernization* | | | |
| 8 | **Risk Assessment Contact Info (Name, Phone #, and E-mail Address):** | | | | | | |
| 9 | *Name ------ Phone # ------ E-mail address* | | | | | | |
| 10 | **Executive Sponsor** | | | *Ricky Dixon* | | | |
| 11 | **Project Manager** | | | *Danny Johnson* | | | |
| 12 | Prepared By | | | *Wendy Ling* | | *9/15/2021* | |

## Risk Assessment Summary



Business Strategy — Most Aligned / Least Aligned

Level of Project Risk — Least Risk / Most Risk

| 34 | **Project Risk Area Breakdown** | |
|---|---|---|
| 35 | **Risk Assessment Areas** | *Risk Exposure* |
| 36/37 | **Strategic Assessment** | MEDIUM |
| 38/39 | **Technology Exposure Assessment** | HIGH |
| 40/41 | **Organizational Change Management Assessment** | HIGH |
| 42/43 | **Communication Assessment** | HIGH |
| 44/45 | **Fiscal Assessment** | HIGH |
| 46/47 | **Project Organization Assessment** | HIGH |
| 48/49 | **Project Management Assessment** | MEDIUM |
| 50/51 | **Project Complexity Assessment** | HIGH |
| 53 | ***Overall Project Risk*** | HIGH |

**IT Project Risk Assessment Tool**  **Schedule IV-B**  **FY2022-23**

|  | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency:  Florida Department of Corrections | | Project:  OBIS Modernization | |
| 3 | | Section 1 -- Strategic Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 1.01 | Are project objectives clearly aligned with the agency's legal mission? | 0% to 40% -- Few or no objectives aligned | 81% to 100% -- All or nearly all objectives aligned |
| 6 | | | 41% to 80% -- Some objectives aligned | |
| 7 | | | 81% to 100% -- All or nearly all objectives aligned | |
| 8 | 1.02 | Are project objectives clearly documented and understood by all stakeholder groups? | Not documented or agreed to by stakeholders | Documented with sign-off by stakeholders |
| 9 | | | Informal agreement by stakeholders | |
| 10 | | | Documented with sign-off by stakeholders | |
| 11 | 1.03 | Are the project sponsor, senior management, and other executive stakeholders actively involved in meetings for the review and success of the project? | Not or rarely involved | Not or rarely involved |
| 12 | | | Most regularly attend executive steering committee meetings | |
| 13 | | | Project charter signed by executive sponsor and executive team actively engaged in steering committee meetings | |
| 14 | 1.04 | Has the agency documented its vision for how changes to the proposed technology will improve its business processes? | Vision is not documented | Vision is completely documented |
| 15 | | | Vision is partially documented | |
| 16 | | | Vision is completely documented | |
| 17 | 1.05 | Have all project business/program area requirements, assumptions, constraints, and priorities been defined and documented? | 0% to 40% -- Few or none defined and documented | 41% to 80% -- Some defined and documented |
| 18 | | | 41% to 80% -- Some defined and documented | |
| 19 | | | 81% to 100% -- All or nearly all defined and documented | |
| 20 | 1.06 | Are all needed changes in law, rule, or policy identified and documented? | No changes needed | Changes unknown |
| 21 | | | Changes unknown | |
| 22 | | | Changes are identified in concept only | |
| 23 | | | Changes are identified and documented | |
| 24 | | | Legislation or proposed rule change is drafted | |
| 25 | 1.07 | Are any project phase or milestone completion dates fixed by outside factors, e.g., state or federal law or funding restrictions? | Few or none | Few or none |
| 26 | | | Some | |
| 27 | | | All or nearly all | |
| 28 | 1.08 | What is the external (e.g. public) visibility of the proposed system or project? | Minimal or no external use or visibility | Minimal or no external use or visibility |
| 29 | | | Moderate external use or visibility | |
| 30 | | | Extensive external use or visibility | |
| 31 | 1.09 | What is the internal (e.g. state agency) visibility of the proposed system or project? | Multiple agency or state enterprise visibility | Multiple agency or state enterprise visibility |
| 32 | | | Single agency-wide use or visibility | |
| 33 | | | Use or visibility at division and/or bureau level only | |
| 34 | 1.10 | Is this a multi-year project? | Greater than 5 years | Between 3 and 5 years |
| 35 | | | Between 3 and 5 years | |
| 36 | | | Between 1 and 3 years | |
| 37 | | | 1 year or less | |

Appendix A_OBIS Mod Risk Assessment_v1.xlsx

**IT Project Risk Assessment Tool**                    **Schedule IV-B**                    **FY2022-23**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: | Florida Department of Corrections | | Project: OBIS Modernization |
| 3 | | | Section 2 -- Technology Area | |
| 4 | # | Criteria | Values | Answer |
| 5 | 2.01 | Does the agency have experience working with, operating, and supporting the proposed technical solution in a production environment? | Read about only or attended conference and/or vendor presentation | Read about only or attended conference and/or vendor presentation |
| 6 | | | Supported prototype or production system less than 6 months | |
| 7 | | | Supported production system 6 months to 12 months | |
| 8 | | | Supported production system 1 year to 3 years | |
| 9 | | | Installed and supported production system more than 3 years | |
| 10 | 2.02 | Does the agency's internal staff have sufficient knowledge of the proposed technical solution to implement and operate the new system? | External technical resources will be needed for implementation and operations | External technical resources will be needed through implementation only |
| 11 | | | External technical resources will be needed through implementation only | |
| 12 | | | Internal resources have sufficient knowledge for implementation and operations | |
| 13 | 2.03 | Have all relevant technical alternatives/ solution options been researched, documented and considered? | No technology alternatives researched | Some alternatives documented and considered |
| 14 | | | Some alternatives documented and considered | |
| 15 | | | All or nearly all alternatives documented and considered | |
| 16 | 2.04 | Does the proposed technical solution comply with all relevant agency, statewide, or industry technology standards? | No relevant standards have been identified or incorporated into proposed technology | Proposed technology solution is fully compliant with all relevant agency, statewide, or industry standards |
| 17 | | | Some relevant standards have been incorporated into the proposed technology | |
| 18 | | | Proposed technology solution is fully compliant with all relevant agency, statewide, or industry standards | |
| 19 | 2.05 | Does the proposed technical solution require significant change to the agency's existing technology infrastructure? | Minor or no infrastructure change required | Moderate infrastructure change required |
| 20 | | | Moderate infrastructure change required | |
| 21 | | | Extensive infrastructure change required | |
| 22 | | | Complete infrastructure replacement | |
| 23 | 2.06 | Are detailed hardware and software capacity requirements defined and documented? | Capacity requirements are not understood or defined | Capacity requirements are defined only at a conceptual level |
| 24 | | | Capacity requirements are defined only at a conceptual level | |
| 25 | | | Capacity requirements are based on historical data and new system design specifications and performance requirements | |

Page 3 of 9

**IT Project Risk Assessment Tool**　　　　　**Schedule IV-B**　　　　　　　**FY2022-23**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: | Florida Department of Corrections | | Project: OBIS Modernization |
| 3 | | Section 3 -- Organizational Change Management Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 3.01 | What is the expected level of organizational change that will be imposed within the agency if the project is successfully implemented? | Extensive changes to organization structure, staff or business processes | Extensive changes to organization structure, staff or business processes |
| 6 | | | Moderate changes to organization structure, staff or business processes | |
| 7 | | | Minimal changes to organization structure, staff or business processes structure | |
| 8 | 3.02 | Will this project impact essential business processes? | Yes | Yes |
| 9 | | | No | |
| 10 | 3.03 | Have all business process changes and process interactions been defined and documented? | 0% to 40% -- Few or no process changes defined and documented | 0% to 40% -- Few or no process changes defined and documented |
| 11 | | | 41% to 80% -- Some process changes defined and documented | |
| 12 | | | 81% to 100% -- All or nearly all processes defiined and documented | |
| 13 | 3.04 | Has an Organizational Change Management Plan been approved for this project? | Yes | No |
| 14 | | | No | |
| 15 | 3.05 | Will the agency's anticipated FTE count change as a result of implementing the project? | Over 10% FTE count change | Less than 1% FTE count change |
| 16 | | | 1% to 10% FTE count change | |
| 17 | | | Less than 1% FTE count change | |
| 18 | 3.06 | Will the number of contractors change as a result of implementing the project? | Over 10% contractor count change | 1 to 10% contractor count change |
| 19 | | | 1 to 10% contractor count change | |
| 20 | | | Less than 1% contractor count change | |
| 21 | 3.07 | What is the expected level of change impact on the citizens of the State of Florida if the project is successfully implemented? | Extensive change or new way of providing/receiving services or information) | Minor or no changes |
| 22 | | | Moderate changes | |
| 23 | | | Minor or no changes | |
| 24 | 3.08 | What is the expected change impact on other state or local government agencies as a result of implementing the project? | Extensive change or new way of providing/receiving services or information | Moderate changes |
| 25 | | | Moderate changes | |
| 26 | | | Minor or no changes | |
| 27 | 3.09 | Has the agency successfully completed a project with similar organizational change requirements? | No experience/Not recently (>5 Years) | Recently completed project with fewer change requirements |
| 28 | | | Recently completed project with fewer change requirements | |
| 29 | | | Recently completed project with similar change requirements | |
| 30 | | | Recently completed project with greater change requirements | |

**IT Project Risk Assessment Tool**                **Schedule IV-B**                                **FY2022-23**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency:  Agency Name | | | Project:  Project Name |
| 3 | | Section 4 -- Communication Area | | |
| 4 | # | Criteria | Value Options | Answer |
| 5 | 4.01 | Has a documented Communication Plan been approved for this project? | Yes | No |
| 6 | | | No | |
| 7 | 4.02 | Does the project Communication Plan promote the collection and use of feedback from management, project team, and business stakeholders (including end users)? | Negligible or no feedback in Plan | Routine feedback in Plan |
| 8 | | | Routine feedback in Plan | |
| 9 | | | Proactive use of feedback in Plan | |
| 10 | 4.03 | Have all required communication channels been identified and documented in the Communication Plan? | Yes | No |
| 11 | | | No | |
| 12 | 4.04 | Are all affected stakeholders included in the Communication Plan? | Yes | No |
| 13 | | | No | |
| 14 | 4.05 | Have all key messages been developed and documented in the Communication Plan? | Plan does not include key messages | Some key messages have been developed |
| 15 | | | Some key messages have been developed | |
| 16 | | | All or nearly all messages are documented | |
| 17 | 4.06 | Have desired message outcomes and success measures been identified in the Communication Plan? | Plan does not include desired messages outcomes and success measures | Plan does not include desired messages outcomes and success measures |
| 18 | | | Success measures have been developed for some messages | |
| 19 | | | All or nearly all messages have success measures | |
| 20 | 4.07 | Does the project Communication Plan identify and assign needed staff and resources? | Yes | Yes |
| 21 | | | No | |

IT Project Risk Assessment Tool                        Schedule IV-B                                                FY2022-23

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: | Florida Department of Corrections | | Project: OBIS Modernization |
| 3 | | | Section 5 -- Fiscal Area | |
| 4 | | Criteria | Values | Answer |
| 5 | 5.01 | Has a documented Spending Plan been approved for the entire project lifecycle? | Yes | Yes |
| 6 | | | No | |
| 7 | 5.02 | Have all project expenditures been identified in the Spending Plan? | 0% to 40% -- None or few defined and documented | 41% to 80% -- Some defined and documented |
| 8 | | | 41% to 80% -- Some defined and documented | |
| 9 | | | 81% to 100% -- All or nearly all defined and documented | |
| 10 | 5.03 | What is the estimated total cost of this project over its entire lifecycle? | Unknown | Greater than $10 M |
| 11 | | | Greater than $10 M | |
| 12 | | | Between $2 M and $10 M | |
| 13 | | | Between $500K and $1,999,999 | |
| 14 | | | Less than $500 K | |
| 15 | 5.04 | Is the cost estimate for this project based on quantitative analysis using a standards-based estimation model? | Yes | Yes |
| 16 | | | No | |
| 17 | 5.05 | What is the character of the cost estimates for this project? | Detailed and rigorous (accurate within ±10%) | Order of magnitude -- estimate could vary between 10-100% |
| 18 | | | Order of magnitude -- estimate could vary between 10-100% | |
| 19 | | | Placeholder -- actual cost may exceed estimate by more than 100% | |
| 20 | 5.06 | Are funds available within existing agency resources to complete this project? | Yes | No |
| 21 | | | No | |
| 22 | 5.07 | Will/should multiple state or local agencies help fund this project or system? | Funding from single agency | Funding from single agency |
| 23 | | | Funding from local government agencies | |
| 24 | | | Funding from other state agencies | |
| 25 | 5.08 | If federal financial participation is anticipated as a source of funding, has federal approval been requested and received? | Neither requested nor received | Not applicable |
| 26 | | | Requested but not received | |
| 27 | | | Requested and received | |
| 28 | | | Not applicable | |
| 29 | 5.09 | Have all tangible and intangible benefits been identified and validated as reliable and achievable? | Project benefits have not been identified or validated | Most project benefits have been identified but not validated |
| 30 | | | Some project benefits have been identified but not validated | |
| 31 | | | Most project benefits have been identified but not validated | |
| 32 | | | All or nearly all project benefits have been identified and validated | |
| 33 | 5.10 | What is the benefit payback period that is defined and documented? | Within 1 year | Within 5 years |
| 34 | | | Within 3 years | |
| 35 | | | Within 5 years | |
| 36 | | | More than 5 years | |
| 37 | | | No payback | |
| 38 | 5.11 | Has the project procurement strategy been clearly determined and agreed to by affected stakeholders? | Procurement strategy has not been identified and documented | Stakeholders have not been consulted re: procurement strategy |
| 39 | | | Stakeholders have not been consulted re: procurement strategy | |
| 40 | | | Stakeholders have reviewed and approved the proposed procurement strategy | |
| 41 | 5.12 | What is the planned approach for acquiring necessary products and solution services to successfully complete the project? | Time and Expense (T&E) | Combination FFP and T&E |
| 42 | | | Firm Fixed Price (FFP) | |
| 43 | | | Combination FFP and T&E | |
| 44 | 5.13 | What is the planned approach for procuring hardware and software for the project? | Timing of major hardware and software purchases has not yet been determined | Just-in-time purchasing of hardware and software is documented in the project schedule |
| 45 | | | Purchase all hardware and software at start of project to take advantage of one-time discounts | |
| 46 | | | Just-in-time purchasing of hardware and software is documented in the project schedule | |
| 47 | 5.14 | Has a contract manager been assigned to this project? | No contract manager assigned | Contract manager assigned is not the procurement manager or the project manager |
| 48 | | | Contract manager is the procurement manager | |
| 49 | | | Contract manager is the project manager | |
| 50 | | | Contract manager assigned is not the procurement manager or the project manager | |
| 51 | 5.15 | Has equipment leasing been considered for the project's large-scale computing purchases? | Yes | No |
| 52 | | | No | |
| 53 | 5.16 | Have all procurement selection criteria and outcomes been clearly identified? | No selection criteria or outcomes have been identified | Some selection criteria and outcomes have been defined and documented |
| 54 | | | Some selection criteria and outcomes have been defined and documented | |
| 55 | | | All or nearly all selection criteria and expected outcomes have been defined and documented | |
| 56 | 5.17 | Does the procurement strategy use a multi-stage evaluation process to progressively narrow the field of prospective vendors to the single, best qualified candidate? | Procurement strategy has not been developed | Multi-stage evaluation not planned/used for procurement |
| 57 | | | Multi-stage evaluation not planned/used for procurement | |
| 58 | | | Multi-stage evaluation and proof of concept or prototype planned/used to select best qualified vendor | |
| 59 | 5.18 | For projects with total cost exceeding $10 million, did/will the procurement strategy require a proof of concept or prototype as part of the bid response? | Procurement strategy has not been developed | No, bid response did/will not require proof of concept or prototype |
| 60 | | | No, bid response did/will not require proof of concept or prototype | |
| 61 | | | Yes, bid response did/will include proof of concept or prototype | |
| 62 | | | Not applicable | |

Appendix A_OBIS Mod Risk Assessment_v1.xlsx

**IT Project Risk Assessment Tool**     Schedule IV-B     **FY2022-23**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency: Florida Department of Corrections | | | Project: OBIS Modernization |
| 3 | | Section 6 -- Project Organization Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 6.01 | Is the project organization and governance structure clearly defined and documented within an approved project plan? | Yes | No |
| 6 | | | No | |
| 7 | 6.02 | Have all roles and responsibilities for the executive steering committee been clearly identified? | None or few have been defined and documented | Some have been defined and documented |
| 8 | | | Some have been defined and documented | |
| 9 | | | All or nearly all have been defined and documented | |
| 10 | 6.03 | Who is responsible for integrating project deliverables into the final solution? | Not yet determined | System Integrator (contractor) |
| 11 | | | Agency | |
| 12 | | | System Integrator (contractor) | |
| 13 | 6.04 | How many project managers and project directors will be responsible for managing the project? | 3 or more | 2 |
| 14 | | | 2 | |
| 15 | | | 1 | |
| 16 | 6.05 | Has a project staffing plan specifying the number of required resources (including project team, program staff, and contractors) and their corresponding roles, responsibilities and needed skill levels been developed? | Needed staff and skills have not been identified | Some or most staff roles and responsibilities and needed skills have been identified |
| 17 | | | Some or most staff roles and responsibilities and needed skills have been identified | |
| 18 | | | Staffing plan identifying all staff roles, responsibilities, and skill levels have been documented | |
| 19 | 6.06 | Is an experienced project manager dedicated fulltime to the project? | No experienced project manager assigned | Yes, experienced project manager dedicated full-time, 100% to project |
| 20 | | | No, project manager is assigned 50% or less to project | |
| 21 | | | No, project manager assigned more than half-time, but less than full-time to project | |
| 22 | | | Yes, experienced project manager dedicated full-time, 100% to project | |
| 23 | 6.07 | Are qualified project management team members dedicated full-time to the project | None | No, business, functional or technical experts dedicated more than half-time but less than full-time to project |
| 24 | | | No, business, functional or technical experts dedicated 50% or less to project | |
| 25 | | | No, business, functional or technical experts dedicated more than half-time but less than full-time to project | |
| 26 | | | Yes, business, functional or technical experts dedicated full-time, 100% to project | |
| 27 | 6.08 | Does the agency have the necessary knowledge, skills, and abilities to staff the project team with in-house resources? | Few or no staff from in-house resources | Half of staff from in-house resources |
| 28 | | | Half of staff from in-house resources | |
| 29 | | | Mostly staffed from in-house resources | |
| 30 | | | Completely staffed from in-house resources | |
| 31 | 6.09 | Is agency IT personnel turnover expected to significantly impact this project? | Minimal or no impact | Moderate impact |
| 32 | | | Moderate impact | |
| 33 | | | Extensive impact | |
| 34 | 6.10 | Does the project governance structure establish a formal change review and control board to address proposed changes in project scope, schedule, or cost? | Yes | Yes |
| 35 | | | No | |
| 36 | 6.11 | Are all affected stakeholders represented by functional manager on the change review and control board? | No board has been established | Yes, all stakeholders are represented by functional manager |
| 37 | | | No, only IT staff are on change review and control board | |
| 38 | | | No, all stakeholders are not represented on the board | |
| 39 | | | Yes, all stakeholders are represented by functional manager | |

**IT Project Risk Assessment Tool**                    Schedule IV-B                    **FY2022-23**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Agency:  Florida Department of Corrections | | Project:  OBIS Modernization | |
| 3 | | Section 7 -- Project Management Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 7.01 | Does the project management team use a standard commercially available project management methodology to plan, implement, and control the project? | No | Yes |
| 6 | | | Project Management team will use the methodology selected by the systems integrator | |
| 7 | | | Yes | |
| 8 | 7.02 | For how many projects has the agency successfully used the selected project management methodology? | None | More than 3 |
| 9 | | | 1-3 | |
| 10 | | | More than 3 | |
| 11 | 7.03 | How many members of the project team are proficient in the use of the selected project management methodology? | None | Some |
| 12 | | | Some | |
| 13 | | | All or nearly all | |
| 14 | 7.04 | Have all requirements specifications been unambiguously defined and documented? | 0% to 40% -- None or few have been defined and documented | 41 to 80% -- Some have been defined and documented |
| 15 | | | 41 to 80% -- Some have been defined and documented | |
| 16 | | | 81% to 100% -- All or nearly all have been defined and documented | |
| 17 | 7.05 | Have all design specifications been unambiguously defined and documented? | 0% to 40% -- None or few have been defined and documented | 41 to 80% -- Some have been defined and documented |
| 18 | | | 41 to 80% -- Some have been defined and documented | |
| 19 | | | 81% to 100% -- All or nearly all have been defined and documented | |
| 20 | 7.06 | Are all requirements and design specifications traceable to specific business rules? | 0% to 40% -- None or few are traceable | 0% to 40% -- None or few are traceable |
| 21 | | | 41 to 80% -- Some are traceable | |
| 22 | | | 81% to 100% -- All or nearly all requirements and specifications are traceable | |
| 23 | 7.07 | Have all project deliverables/services and acceptance criteria been clearly defined and documented? | None or few have been defined and documented | Some deliverables and acceptance criteria have been defined and documented |
| 24 | | | Some deliverables and acceptance criteria have been defined and documented | |
| 25 | | | All or nearly all deliverables and acceptance criteria have been defined and documented | |
| 26 | 7.08 | Is written approval required from executive sponsor, business stakeholders, and project manager for review and sign-off of major project deliverables? | No sign-off required | Review and sign-off from the executive sponsor, business stakeholder, and project manager are required on all major project deliverables |
| 27 | | | Only project manager signs-off | |
| 28 | | | Review and sign-off from the executive sponsor, business stakeholder, and project manager are required on all major project deliverables | |
| 29 | 7.09 | Has the Work Breakdown Structure (WBS) been defined to the work package level for all project activities? | 0% to 40% -- None or few have been defined to the work package level | 0% to 40% -- None or few have been defined to the work package level |
| 30 | | | 41 to 80% -- Some have been defined to the work package level | |
| 31 | | | 81% to 100% -- All or nearly all have been defined to the work package level | |
| 32 | 7.10 | Has a documented project schedule been approved for the entire project lifecycle? | Yes | No |
| 33 | | | No | |
| 34 | 7.11 | Does the project schedule specify all project tasks, go/no-go decision points (checkpoints), critical milestones, and resources? | Yes | No |
| 35 | | | No | |
| 36 | 7.12 | Are formal project status reporting processes documented and in place to manage and control this project? | No or informal processes are used for status reporting | Project team and executive steering committee use formal status reporting processes |
| 37 | | | Project team uses formal processes | |
| 38 | | | Project team and executive steering committee use formal status reporting processes | |
| 39 | 7.13 | Are all necessary planning and reporting templates, e.g., work plans, status reports, issues and risk management, available? | No templates are available | All planning and reporting templates are available |
| 40 | | | Some templates are available | |
| 41 | | | All planning and reporting templates are available | |
| 42 | 7.14 | Has a documented Risk Management Plan been approved for this project? | Yes | No |
| 43 | | | No | |
| 44 | 7.15 | Have all known project risks and corresponding mitigation strategies been identified? | None or few have been defined and documented | Some have been defined and documented |
| 45 | | | Some have been defined and documented | |
| 46 | | | All known risks and mitigation strategies have been defined | |
| 47 | 7.16 | Are standard change request, review and approval processes documented and in place for this project? | Yes | Yes |
| 48 | | | No | |
| 49 | 7.17 | Are issue reporting and management processes documented and in place for this project? | Yes | Yes |
| 50 | | | No | |

Appendix A_OBIS Mod Risk Assessment_v1.xlsx

**IT Project Risk Assessment Tool**                    **Schedule IV-B**                    **FY2022-23**

| | B | C | D | E |
|---|---|---|---|---|
| 1 | | Agency:  Florida Department of Corrections | | Project:  OBIS Modernization |
| 2 | | | | |
| 3 | | Section 8 -- Project Complexity Area | | |
| 4 | # | Criteria | Values | Answer |
| 5 | 8.01 | How complex is the proposed solution compared to the current agency systems? | Unknown at this time | Similar complexity |
| 6 | | | More complex | |
| 7 | | | Similar complexity | |
| 8 | | | Less complex | |
| 9 | 8.02 | Are the business users or end users dispersed across multiple cities, counties, districts, or regions? | Single location | More than 3 sites |
| 10 | | | 3 sites or fewer | |
| 11 | | | More than 3 sites | |
| 12 | 8.03 | Are the project team members dispersed across multiple cities, counties, districts, or regions? | Single location | Single location |
| 13 | | | 3 sites or fewer | |
| 14 | | | More than 3 sites | |
| 15 | 8.04 | How many external contracting or consulting organizations will this project require? | No external organizations | 1 to 3 external organizations |
| 16 | | | 1 to 3 external organizations | |
| 17 | | | More than 3 external organizations | |
| 18 | 8.05 | What is the expected project team size? | Greater than 15 | Greater than 15 |
| 19 | | | 9 to 15 | |
| 20 | | | 5 to 8 | |
| 21 | | | Less than 5 | |
| 22 | 8.06 | How many external entities (e.g., other agencies, community service providers, or local government entities) will be impacted by this project or system? | More than 4 | More than 4 |
| 23 | | | 2 to 4 | |
| 24 | | | 1 | |
| 25 | | | None | |
| 26 | 8.07 | What is the impact of the project on state operations? | Business process change in single division or bureau | Statewide or multiple agency business process change |
| 27 | | | Agency-wide business process change | |
| 28 | | | Statewide or multiple agency business process change | |
| 29 | 8.08 | Has the agency successfully completed a similarly-sized project when acting as Systems Integrator? | Yes | No |
| 30 | | | No | |
| 31 | 8.09 | What type of project is this? | Infrastructure upgrade | Combination of the above |
| 32 | | | Implementation requiring software development or purchasing commercial off the shelf (COTS) software | |
| 33 | | | Business Process Reengineering | |
| 34 | | | Combination of the above | |
| 35 | 8.10 | Has the project manager successfully managed similar projects to completion? | No recent experience | Lesser size and complexity |
| 36 | | | Lesser size and complexity | |
| 37 | | | Similar size and complexity | |
| 38 | | | Greater size and complexity | |
| 39 | 8.11 | Does the agency management have experience governing projects of equal or similar size and complexity to successful completion? | No recent experience | Similar size and complexity |
| 40 | | | Lesser size and complexity | |
| 41 | | | Similar size and complexity | |
| 42 | | | Greater size and complexity | |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## B. Project Charter

The following document is the OBIS Modernization Project Charter.

# FLORIDA DEPARTMENT OF CORRECTIONS

## Office of Information Technology

## Project Management Office



## OBIS MODERNIZATION

## PROJECT CHARTER

## 8/1/2021

★INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

# CONTACTS

| Agency Project Manager: | | Agency Project Sponsor: | |
|---|---|---|---|
| *Danny Johnson* | | Ricky Dixon, Deputy Secretary | |
| **Phone:** | 850-717-9746 | **Phone:** | 850-488-7480 |
| **Email:** | Danny.Johnson@fdc.myflorida.com | **Email:** | Ricky.Dixon@fdc.myflorida.com |



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

# TABLE OF CONTENTS

| | | |
|---|---|---|
| 1.0 | EXECUTIVE SUMMARY | 4 |
| 2.0 | BUSINESS NEED AND OBJECTIVES | 5 |
| 2.1 | Business Need and Justification | 5 |
| 2.2 | Business Objectives | 6 |
| 3.0 | PROJECT SUMMARY | 6 |
| 3.1 | Project Description | 6 |
| 3.2 | Scope | 7 |
| 3.3 | Assumptions and Constraints | 9 |
| 3.3.1 | Assumptions | 9 |
| 3.3.2 | Constraints | 11 |
| 3.4 | Milestones | 12 |
| 3.5 | Deliverables | 13 |
| 4.0 | INITIAL PROJECT PLAN | 16 |
| 4.1 | Estimated Budget | 16 |
| 4.2 | Funding Source(s) | 16 |
| 4.3 | Procurement Strategy | 16 |
| 4.4 | Project Schedule Estimate | 17 |
| 5.0 | PROJECT AUTHORITY | 18 |
| 5.1 | Project Sponsor(s) and Leadership Team | 18 |
| 5.2 | Project Manager | 18 |
| 5.3 | Project Organizational and Governance Structure | 18 |
| 6.0 | PROJECT RISKS | 21 |
| 6.1 | Risk and Complexity Category | 21 |
| 6.2 | Initial Project Risks | 21 |
| 7.0 | PROJECT APPROVALS | 23 |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 1.0   EXECUTIVE SUMMARY

Pursuant to Chapter 945, Florida Statutes (F.S.), the Florida Department of Corrections (Department or FDC) is entrusted with the care and custody of inmates in Florida prisons. The FDC is the third largest state prison system in the country with an annual budget of $2.9 billion, approximately 80,000 inmates incarcerated, and nearly 140,000 offenders under community supervision. As such, the Department's operations are critical to the safety and security of the public as well as our staff.

Currently, the Department relies primarily on manual, paper-based processes that are later entered into a home-grown mainframe application known as the Offender Based Information System, or OBIS. Advancements in technology long surpassed the original technologies of OBIS, which no longer align with the agility and needs of an already complex core business. As a result, the Department struggles to adapt to challenges such as:

- Fluctuations in inmate/offender populations – limits accuracy of Criminal Justice Estimating Conference (CJEC) projections, intake and release, and corresponding staffing needs
- Changing business process needs for operational efficiencies – dependency on manual paper-based processes, redundant data entry, and unnecessary shipping of paper forms/files
- Data transparency for data-driven operational decision-making and legislative mandates – lack of real-time access to data and analytics, and Criminal Justice Data Transparency Initiative
- Technical support staff and subject matter expert retirement / attrition

The Department has taken initial action to address questions and identify next steps on how best to mitigate the risk of a rigid, 40-year-old, costly mainframe system that continues to grow complexity with each year that passes. In 2008 and 2016, the Department engaged an outside vendor to conduct analysis and produce a business case for replacing OBIS. In addition, the Department has been in regular consultation with expertise from Gartner Research Engagement Services, Inc. regarding our revised technical approach, while also researching other states and issuing a Request for Information (RFI) to obtain relevant market information.

With all of these considerations, the Department intends to re-engineer all offender management business processes with particular emphasis on automating workflows and data interoperability to better support the overall mission and increase public safety. The Department proposes a multi-year, staggered workstream approach for OBIS Modernization, with priority given to core functionality.



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

Breaking down and prioritizing the core functional areas allows the Department to ensure appropriate support, distribute the dependence on subject matter experts, and lowers overall project risk with a phased implementation focused on the following:

1. Provide a sustainable and scalable architecture that supports dynamic process modification resulting from legislative mandates and changes
2. Provide a system that can leverage and integrate external and internal data sources in real-time.
3. Provide customized data views for interfaces supporting one-version-of-truth and data analytics to inform security and safety mandates and to measure systemic performance across the full corrections spectrum.
4. Provide a system with a workload management component to manage agency business processes effectively and efficiently.
5. Provide an interoperable and fully functional offender management system to access accurate and complete information that ensures public safety and meets the demands of a dynamic, data intensive correctional environment.
6. Provide a system that leverages modern technologies to attract and retain skilled technologists and support staff.
7. Provide a phased implementation plan identifying the functional, budget, resource, and procurement requirements to ensure a cost effective and realistic acquisition process.

## 2.0   BUSINESS NEED AND OBJECTIVES

## 2.1   Business Need and Justification

Since 1978, the Department has used OBIS to record data, generate reports, and support its critical decision-making process. OBIS is used in institutions for inmate management, classification, work assignments, health grades, disciplinary information, and custody status. Due to its extensive use, OBIS is indispensable to the mission and operational performance of the Department. The major areas of functional support within OBIS include:

- Inmate Custody Tracking
- Inmate Classification Tracking
- Inmate Banking with Interface to Canteen (operated by Contractor)
- Inmate Housing Assignment Tracking
- Facility Population Tracking
- Transportation Scheduling
- Inmate Movement Tracking
- Release Date Computation
- Probation and Parole Supervision
- Court Ordered Payments (COPS)
- Field Investigation Tracking
- Collection and Reporting of Health Services Statistics

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

OBIS is more than 40 years old and has had continual updates and revisions over the past four decades. The system is a mainframe-based application maintained locally by Department full-time employees (FTEs) and contracted staff. The options for enhancement are limited and the pool of skilled resources needed to continue supporting the system are shrinking. As a result, OBIS requires modernization to better serve the increasing informational needs of internal and external stakeholders.

## 2.2    Business Objectives

- Provide a mobile enabled web-based system that comports with current technology platforms, improving usability for the Department.
- Provide a sustainable and scalable architecture that supports dynamic process modification resulting from legislative mandates and changes
- Provide a system that can leverage and integrate external and internal data sources in real-time.  Provide customized data views for interfaces supporting one-version-of-truth and data analytics to inform security and safety mandates and to measure systemic performance across the full corrections spectrum.
- Provide a system with a workload management component to manage agency business processes effectively and efficiently.
- Provide an interoperable and fully functional offender management system to access accurate and complete information that ensures public safety and meets the demands of a dynamic, data intensive correctional environment.
- Provide a system that leverages modern technologies to attract and retain skilled technologists and support staff.
- Provide a phased implementation plan identifying the functional, budget, resource, and procurement requirements to ensure a cost effective and realistic acquisition process.

## 3.0    PROJECT SUMMARY

## 3.1    Project Description

The purpose of the project is to select a vendor to serve as the system integrator in developing a modernized OBIS solution, re-engineering business processes, and leveraging technologies with the scalability and flexibility of integrating applications in a modular, service-oriented architecture over a five-year period. The tangible benefits include reduced operational costs, reduced dependency on data processes, reduced data entry and erroneous data, increased system accessibility, and reduced storage costs for records retention for FDC, specifically within Institutions and Community Corrections. The intangible benefits of the project include increased quality assurance, increased data sharing within the Department and program areas outside of FDC, decreased IT HelpDesk Support calls, and workload savings achieved by streamlining redundant processes and implementing system standards.



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 3.2    Scope

The scope of this project is to procure a system integrator (SI) to manage and lead the re-engineering of all business processes, and design, develop, test, and implement a modernized OBIS solution in an estimated 5-year time period, at an estimated total cost of $118 million. The SI will address the following FDC functional and technical areas, each with 3 workstreams, aligned in support of the Department's priorities:

| Pre-DDI Activity in OBIS modernization | | | |
|---|---|---|---|
| Year-0: FY 2021-20 Q1 | Year-0: FY 2021-20 Q2 | Year-0: FY 2021-20 Q3 | Year-0: FY 2021-20 Q4 |
| RFI | Procurement Strategy & Support | | |
| | Establish Project Management Office, procedures | | |
| | | Organizational Change Management & Workforce Transition Planning | |
| | Business Process Re-engineering planning & Use Case Development | | |

| Five Year Implementation of OBIS modernization | | | | |
|---|---|---|---|---|
| Year-1: FY 2022-23 | Year-2: FY 2023-24 | Year-3: FY 2024-25 | Year-4: FY 2025-26 | Year-5: FY 2026-27 |
| Procurement & Vendor Selection | Functional Group-1 Work Stream-1 | Functional Group-1 Work Stream-3 | Legend: | |
| | Functional Group-1 Work Stream-2 | | • Functional Group-X: Functions grouped according to priority for modernization | |
| | Functional Group-2 Work Stream-1 | Functional Group-2 Work Stream-2 | Functional Group-2 Work Stream-3 | • WorkStream-1: Modernize Interfaces & user experience • WorkStream-2: Reduce Mainframe Footprint • WorkStream-3: Refactor/Rewrite functionality |
| | | Functional Group-3 Work Stream-1 | Functional Group-3 Work Stream-2 | Functional Group-3 Work Stream-3 |
| | | | Functional Group-4 Work Stream-1 | Functional Group-4 Work Stream-2 | Functional Group-4 Work Stream-3 |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Application Functionality Grouping for Sequencing Modernization | | | |
|---|---|---|---|
| **Group-1** | **Group-2** | **Group-3** | **Group-4** |
| Community Corrections | Community Corrections | Community Corrections | Community Corrections |
| Offender intake management, | Offender Supervision | Community Supervision, | Investigations |
| Offender release, | | Community Corrections, | Offender absconder management |
| Offender risk and needs | Core OBIS Functionality | Incident Management | Offender transfer |
| assessment | Case / Records management, | | |
| | Court Order Payments, | Core OBIS Functionality | Core OBIS Functionality |
| Information Technology: | Data analytics, | Pre-sentencing investigations | Audits |
| Bridge Technology, | Financial Management, | | Document Management |
| Enterprise Reporting, | Scheduling, | Institutions | Victim Information |
| Infrastructure / Replatform | Workflow Management | Facility Population Tracking, | |
| | | Inmate Education, | Institutions |
| Institutions | Information Technology | Inmate Housing Assessment, | Drug Testing |
| Disciplinary Report (DR), | Database, | Inmate Movement Tracking, | Interstate Compact |
| Emergency Operations, | Data Warehouse and DataMarts, | Inmate Release, | Property Management |
| Inmate Classification Assessment, | Support Tools & Maintenance | Inmate Trust Fund, | Support Facility & Supervision |
| Inmate Reception, | | PREA, | Support Job & Assignment |
| Risk and Needs Assessments, | Institutions | Support Grievances, | Visitation management |
| Sentence Structure, | Identification Badges, | Transportation Scheduling | |
| Release Day calculation, | Livescan, RapidID, | | |
| Support Release & Management | Inmate Custody Assessment, | | |
| | Security Threat group, | | |
| Integration | Support Emergency Management, | | |
| Support Internal & integrations, | Support Sex & Offenders, | | |
| Support Internal & interfaces, | Vocational Training | | |
| | | | |
| | Integration | | |
| | Support External & interfaces | | |

Also included in the project scope:

- Establishment of the Project Management Team
- Organizational Change Management
- Independent Verification and Validation (IV&V)
- Data conversion and migration
- Data warehouse design and development
- Statewide system implementation
- Content development for training materials and system help screens
- End-user training
- Operations and maintenance planning
- Reporting functions

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

The table below summarizes the activities to support the OBIS Modernization effort:

| Activity | Description |
|----------|-------------|
| Analysis | Validation of the system requirements collected during previous business process improvement and requirements gathering efforts. |
| Design | Joint Application Design sessions with end users, functional and technical design documentation, and user interface prototyping. |
| Build | Application configuration and system development, database development, data conversion, data migration, data warehouse development, unit testing, creation of help screens and development of an online user tutorial. |
| Test | Creation of test plans and test cases, and the performance of integration and system testing, user acceptance testing, and regression testing. |
| Deploy | Implementation planning and the deployment of the new system to a production environment. |
| Operations | Begins during the system implementation phase. The emphasis of this phase will be to ensure that the necessary equipment, staff, and procedures are in place to meet the needs of end users and ensure that the system will continue to perform as specified. |

## 3.3    Assumptions and Constraints

OBIS Modernization is dependent upon a wide range of assumptions and constraints. Assumptions refer to things which are, based on functional, technical, statutory, and/or best practices, believed to have potential impact on the overall goals of the project. Constraints are defined as things that are known to prevail today or will be required in the future, which limit or influence subsequent functionality, the technical environment, budgets, implementation planning, project execution, and operations and maintenance activities.

From a fundamental perspective, the most important aspect of OBIS Modernization is an understanding that the functions of the Department to meet its mission cannot be interrupted.

### 3.3.1  Assumptions

- Total project costs will increase with longer project timelines due to the need to maintain and operate the current OBIS solution over a longer period of time.
- Funding to maintain and operate the current OBIS will continue until the new system is implemented.
- The proposed vendor solution will be either a Commercial of the Shelf (COTS) product, Cloud-based Software as a Service (SaaS) solution, or Cloud-based Customer Relationship Management and Enterprise Resource Management (CRM/ERP) Platform as a Service (PaaS) with correctional verticals.  Vendors can propose a combination of one or more of the above and integrate them all to provide least Total Cost of Ownership (TCO) over 10 years.
- In addition, the vendor will propose service-oriented architecture, a range of appropriate technologies and tools like data integration, business rule-engines, with low-code/no-code frameworks with real-time interoperability and interfaces using application programming interfaces (APIs) and web services.



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

- The proposed vendor solution will be hosted in a Cloud environment that complies at a minimum with the FBI Criminal Justice Information Services (CJIS) Security Policy.
- The proposed vendor solution will be compliant with the National Institute of Standards and Technology (NIST), the FBI CJIS Security Policy, the Health Insurance Portability and Accountability Act of 1996 (HIPAA), and standards for protecting Personally Identifiable Information (PII).
- The proposed vendor solution will be compliant with Chapter 60GG-2, F.A.C., Florida Cybersecurity Standards, and Chapter 60GG-3, F.A.C., Data Center Operations.
- Vendors can implement the proposed solution in the designated timeframe, in the sequence prescribed, and in alignment with budgetary allocations/restrictions.
- The proposed vendor solution will increase operational efficiencies and effectiveness and eliminate manual processes which rely upon the use of ad-hoc tools.
- The cost avoidance from operational efficiencies and resource gains resulting from OBIS Modernization will be allocated to activities which directly support the Department's mission.
- The proposed vendor solution will use an architecture model that facilitates rapid and scalable deployment of the technical and functional requirements.
- The proposed vendor solution includes building interfaces with the current OBIS applications as functionality is modernized in phases.
- The current OBIS applications will remain the system of record for agency data until all functionality is tested and migrated to the modernized OBIS.
- The Department will employ the Organizational Change Management (OCM) activities required to successfully implement the recommended solution.
- The project team, both the Department and the vendor, will be staffed appropriately to complete the deliverables, achieve milestones, implement infrastructure changes, manage user involvement, and ensure proper testing.
- The proposed vendor solution will include automated data interfaces with other external agencies to preclude the storage of duplicate data.
- As a part of the business process re-engineering, the current interfaces will be analyzed if providing real-time access to data to reduce batch load and data exchange traffic.
- The Department's executive leadership and key project stakeholders will remain invested in the success of the project throughout the multi-year phased implementation.
- The end user computers and network connectivity is sufficient to support the use of a web-based user interface.
- The computers and mobile devices used to enter data without using paper will not negatively affect the safety of officers, staff, or inmates.
- The proposed vendor solution will provide offline data capture workflows with connected synchronization for data collection when connectivity is unavailable, which will be critical to reduce the need for paper-based data collection and manual workflows.
- The proposed vendor solution can be implemented in phases over a 5-year period.
- Implementation of the proposed vendor solutions will comply with Chapter 60GG-1, F.A.C., Florida Information Technology Project Management and Oversight Standards.
- The proposed vendor solution will consider public safety as an overarching goal of the Department.
- OBIS Modernization will not negatively affect operational continuity.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

### 3.3.2 Constraints

- Potential vendors may prefer to implement OBIS Modernization in fewer phases over a shorter period, which may not match the approved funding model.
- Project activities, schedules, and milestones depend on the appropriate funding.
- State statutory changes, changes in administrative rules, and Department policy changes could affect the project.
- Specific software tools supporting desired capabilities will be determined based on the solution options proposed by the system integration vendor.
- There is a limit to the workload that Department staff can dedicate to OBIS Modernization each year.
- The current OBIS applications contain cross dependencies that will require ongoing operation of the legacy system during OBIS Modernization.
- During OBIS Modernization a temporary bridging interface is needed to maintain operational continuity and data integrity.
- There is a high level of risk associated with a phased implementation, which necessitates an emphasis on modernization strategies.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 3.4    Milestones

| Milestone | Deliverable(s) to Complete |
|---|---|
| Legislative Approval | Updated Schedule IV-B |
| Procurement (IV&V) | Solicitation Document and Contract |
| Procurement (Support resources and software) | Solicitation Document and Contract |
| Procurement (System Integrator) | Solicitation Document and Contract |
| Procurement (Organizational Change Management) | Solicitation Document and Contract |
| Project Kick-Off | Project Charter |
| Project Management Documents Completed | Various (See deliverable list) |
| Business Process Analysis Completed | As-Is Business Process Flows<br>To-Be Business Process Flows |
| Acceptance of Functional and Technical Requirements | System Requirements Document<br>Offender Management System Requirements Document |
| Acceptance of Validated Requirements | Validated Functional Requirements Document |
| Acceptance of User Interface Prototypes | User Interface Prototypes |
| Acceptance of Functional and Technical Design Specifications | Functional and Technical Design Specification documents |
| User Acceptance Testing Complete | NA |
| End User Training Complete | On-site training sessions<br>Training materials |
| System Deployment | Functional system released into production |
| Project Close-out | Lessons Learned<br>Knowledge Transfer<br>Contract Compliance Checklist<br>Project Close-out Checklist |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 3.5 Deliverables

| Name | Deliverable Description |
|------|-------------------------|
| Project Management Status Reports | Weekly status reports to project management team. |
| Risk and Issue Registers | Prioritized lists of risks and issues identified and reviewed during the project. |
| Meeting Minutes | Record of decisions, action items, issues, and risks identified during formal stakeholder meetings. |
| Project Charter | Issued Project Sponsor that formally authorizes the existence of the project and provides the Project Manager with the authority to apply organizational resources to project activities. |
| Project Management Plan | Includes the following documents as required by the FDC Project Director and/or the PMO:<br>• Work Breakdown Structure<br>• Resource Loaded Project Schedule<br>• Change Management Plan<br>• Communication Plan<br>• Document Management Plan<br>• Scope Management Plan<br>• Quality Management Plan<br>• Risk Management Plan<br>• Risk Response Plan<br>• Issue Management Plan<br>• Resource Management Plan<br>• Conflict Resolution Plan<br>• Baseline Project Budget |
| As-Is Business Process Flows | Represents, graphically, the current state of OBIS business processes using standard business process notation. This document should include narrative descriptions of key activities, including owners, inputs, and outputs. |
| To-Be Business Process Flows | Represents the future state of the Florida Offender Management System business processes, as reengineered by the vendor in conjunction with FDC subject matter experts. The process flows are developed using standard business process notation. This document should include narrative descriptions of key activities, including owners, inputs, and outputs. |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Name | Deliverable Description |
|------|------------------------|
| Technical Design Specification | Detailed technical design for data and information processing in the new business system to include:<br>• Environment/Platform/Tools used<br>• Specifications for each functional module covering inputs, sources, processing, logic, outputs, and targets<br>• Interactions/data exchanges with external systems<br>• Interface API/Web-service specifications<br>• Data Model/ERD<br>• Data Dictionary<br>• Technical Architecture (to include a hardware usage plan) |
| Design Demonstration | Review and acceptance of the system integrator's design required before proceeding to development. Key stakeholders will experience the prototype and then a go/no-go decision will be submitted to the Project Sponsors for action. |
| Data Conversion Plan | Plan for converting data from existing systems to meet the specifications of the new database design; to include detailed data conversion mapping. |
| Organizational Change Management (OCM) Plan | Describes the overall objectives and approach for managing organizational change during the project, including the methodologies and deliverables that will be used to implement OCM for the project. This includes Workforce Transition as roles may change with the implementation of new solution. |
| OCM Status Reports | Weekly status reports to project management team. |
| Stakeholder Analysis | Identifies the groups impacted by the change, the type and degree of impact, group attitude toward the change and related change management needs. |
| Training Plan | Defines the objectives, scope, and approach for training all stakeholders who require education about the new organizational structures, processes, policies, and system functionality. |
| Change Readiness Assessment | Surveys the readiness of the impacted stakeholders to "go live" with the project and identifies action plans to remedy any lack of readiness. |
| IV&V Project Charter | A document issued by the Project Sponsor that formalizes the scope, objectives, and deliverables of the IV&V effort. |
| IV&V Status Reports | Quarterly reports to the Executive Management Team. |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Name | Deliverable Description |
|---|---|
| IV&V Periodic Assessments | Documents the results of IV&V activity to determine the status of project management processes and outcomes including but not limited to:<br><br>• Schedule Review Summary<br>• Budget Review Summary<br>• Business Alignment Summary<br>• Risk Review Summary<br>• Issue Review Summary<br>• Organizational Readiness Summary<br>• Recommended Next Steps/Actions for each of the above areas<br>• Milestone and Deliverable reviews (to determine if the project is prepared to proceed to the next phase in the project work plan)<br>• Current scorecard of the project management disciplines<br>• Strengths and areas for improvement in the project management disciplines<br>• IV&V Next Steps/Actions |
| IV&V Contract Compliance Checklist | Documents that vendors involved with the project have met all contractual requirements. |
| Data Migration Plan | Plan for migration of data from existing systems to new databases (as required). |
| Test Plans | Detailed test plans for unit testing, system testing, load testing, and user acceptance testing. |
| Test Cases | Documented set of actions to be performed within the system to determine whether all functional requirements have been met. |
| Implementation Plan | Detailed process steps for implementing the new business system statewide. |
| Knowledge Transfer Plan | Based on a gap analysis, this plan will detail the steps taken to transfer knowledge about the system to the resources that ultimately will be responsible for post-implementation support. |
| Functional Business System | Final production version of the new business system. |
| System Operation and Maintenance Plan | Detailed plan for how the finished system will be operated and maintained. |
| Training Plan | • Train the trainer<br>• Train the user<br>• Training manuals |
| System documentation | All the documentation required to enable FDC staff to trouble shoot, maintain and enhance the newer system. |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 4.0  INITIAL PROJECT PLAN

## 4.1  Estimated Budget

The total project cost is estimated to be $118,364,500 over five years.  This amount includes an additional four staff augmentation contractors and no additional FTE positions.  The majority of the workload for OBIS Modernization will be performed by a contracted vendor procured pursuant to section 287.057, F.S.

| Cost Component | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | 5-Year Total |
|---|---|---|---|---|---|---|
| Bandwidth Upgrade | $20,000 | $40,000 | $40,000 | $40,000 | $40,000 | $180,000 |
| Cloud Hosting | $280,000 | $515,000 | $490,000 | $490,000 | $490,000 | $2,265,000 |
| IV&V | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $10,000,000 |
| Professional Services | $8,520,500 | $12,368,500 | $25,136,000 | $20,462,000 | $17,500,000 | $83,987,000 |
| Software | $1,130,000 | $1,280,000 | $1,300,000 | $1,340,000 | $1,340,000 | $6,390,000 |
| Staff Augmentation | $1,040,000 | $1,040,000 | $1,040,000 | $1,040,000 | $1,040,000 | $5,200,000 |
| Vendor Business Analysis | $1,120,000 | $1,120,000 | $1,120,000 | $1,120,000 | $1,120,000 | $5,600,000 |
| Vendor Project Management | $982,500 | $992,500 | $917,500 | $927,500 | $922,500 | $4,742,500 |
| **Grand Total** | **$15,093,000** | **$19,356,000** | **$32,043,500** | **$27,419,500** | **$24,452,500** | **$118,364,500** |

## 4.2  Funding Source(s)

Funding for OBIS Modernization is dependent on approval of the Department's FY 2022-23 Legislative Budget Request (LBR). Without funding approval, the project will not move forward.

## 4.3  Procurement Strategy

The recommended implementation strategy is a central component of managing the overall project risk. Before any software development can begin, an important amount of pre-implementation work must occur. Specific tasks in the pre-design, development, and implementation (Pre-DDI) stage include the establishment of a project management plan and governance structure, business process re-engineering activities, and organizational change management.

These Pre-DDI tasks are the catalyst and foundation for the success of the project. This also includes tasks which support the initiation of the program as well as tasks for on-going control, monitoring, and support of the overall project. The following tasks are part of this Pre-DDI work.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Pre-DDI Activity in OBIS modernization | | | |
|---|---|---|---|
| Year-0: FY 2021-20 Q1 | Year-0: FY 2021-20 Q2 | Year-0: FY 2021-20 Q3 | Year-0: FY 2021-20 Q4 |
| RFI | Procurement Strategy & Support | | |
| | Establish Project Management Office, procedures | | |
| | | Organizational Change Management & Workforce Transition Planning | |
| | Business Process Re-engineering planning & Use Case Development | | |

- **Request for Information RFI –** Soliciting information on best practices and solution approaches being considered for comparative evaluation.
- **Procurement Strategy & Support** – Execute procurement and contract management strategy and activities to identify, evaluate and select the best value solution and service provider to achieve the desired outcomes.
- **Establish Project Management Structure** – Establish the overall project and data governance framework, structure and activities for the lifecycle of the project. Begin performing on-going monitoring, controlling, and issue resolution and escalation activities for the project.
- **Organizational Change Management and Workforce Transition** – Develop a change management strategy for the entire lifecycle of the project. Map the current workflows, both functional and technical, into the future operating model which includes the future business processes and technology solutions. This includes the mapping of roles and the required skill set needed.
- **Business Process Re-Engineering (BPR)** – Develop the future business process models and use cases that inform and validate functional requirements. Specific use cases would be used during the procurement effort to allow vendors to demonstrate functionality prior to vendor award.

With inclusion of the Pre-DDI tasks the Department considered various timelines appropriate for implementing the complete OBIS Modernization and determined that a 5-year timeline is appropriate for this approach.  A shorter timeline would overburden Department staff and a longer timeline would increase the project costs; however, the vendor responses to a solicitation may affect the proposed timeline.

## 4.4   Project Schedule Estimate

The graphics below depict the high-level timeline for major activities or workstreams for the project.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Five Year Implementation of OBIS modernization | | | | |
|---|---|---|---|---|
| Year-1: FY 2022-23 | Year-2: FY 2023-24 | Year-3: FY 2024-25 | Year-4: FY 2025-26 | Year-5: FY 2026-27 |

Procurement & Vendor Selection

Functional Group-1 Work Stream-1

Functional Group-1 Work Stream-3

Functional Group-1 Work Stream-2

Functional Group-2 Work Stream-1

Functional Group-2 Work Stream-2

Functional Group-2 Work Stream-3

Functional Group-3 Work Stream-1

Functional Group-3 Work Stream-2

Functional Group-3 Work Stream-3

Functional Group-4 Work Stream-1

Functional Group-4 Work Stream-2

Functional Group-4 Work Stream-3

Legend:
- Functional Group-X: Functions grouped according to priority for modernization
- WorkStream-1: Modernize Interfaces & user experience
- WorkStream-2: Reduce Mainframe Footprint
- WorkStream-3: Refactor/Rewrite functionality

## 5.0   PROJECT AUTHORITY

### 5.1   Project Sponsor(s) and Leadership Team

The project sponsor is responsible for championing the project and providing authority to the project manager to execute the project. The project sponsor governs the project through direction of the Project Leadership Team. The OBIS Modernization project sponsor is Deputy Secretary Ricky Dixon.

The project leadership team is made up of key stakeholders representing the different organizational areas involved with the project.  These roles and responsibilities of the project leadership team is identified in Section 5.3.

### 5.2   Project Manager

The project manager is responsible for managing the project and keeping the project leadership team and stakeholders informed. The OBIS Modernization project manager for the duration of pre-DDI activities is Danny Johnson.

### 5.3   Project Organizational and Governance Structure

The FDC Project Management Team will be headed by the FDC Project Manager and will include the vendor Project Manager. This team will be responsible for day-to-day oversight of the project. In addition, the Project Management Team will work closely with the Florida Digital Services (FL[DS]) to ensure sufficient external project oversight is established and maintained.

For a project of this size and duration, the Department will implement a Project Management Team to monitor project issues and risks and provide general support to the Project Manager throughout the project. This team will be staffed with multiple Certified Project Management Professionals.

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology



| Role Name | Description | Assigned To |
|---|---|---|
| Executive Sponsor | • Provides executive oversight to the project<br>• Acts as final escalation for decisions if these issues cannot be resolved by any of the three governance levels<br>• Directs governance | FDC Deputy Secretary or Designee – Ricky Dixon |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Role Name | Description | Assigned To |
|---|---|---|
| Project Leadership Team (Executive Steering Committee) | • Ensure the project meets overall objectives<br>• Provide management direction and support to the Project Management Team<br>• Assess the project's alignment with the strategic goals of the department<br>• Review and approve or disapprove high-priority changes to the project's scope, schedule and costs.<br>• Review, approve or disapprove and determine whether to proceed with any major project deliverables; and<br>• Recommend suspension or termination of the project to the Governor, the President of the Senate, and the Speaker of the House of Representatives if determined that the primary objectives cannot be achieved. | FDC Deputy Secretary or Designee, FDC Chief Information Officer, FDC Chief Financial Officer, FDC Chief Technology Officer, FDC Deputy Secretaries |
| IV&V vendor | • Verifies that the system is developed following validated requirements and design specifications<br>• Validates that the system performs its functions satisfactorily<br>• Monitors project management processes and provides feedback on any deficiencies noted<br>• Reviews and provides feedback on project deliverables<br>• Presents to Executive Sponsor(s)on IV&V activities | Awardee from competitive procurement |
| Project Manager | • Has overall responsibility for the successful development and implementation of the project<br>• Oversees the development and implementation of the project<br>• Oversees the Project Management Team for the project<br>• Liaison with Project Leadership Team for internal and budget resources | FDC Designee |
| Project Management Team | • Responsible for day-to-day project oversight<br>• Provides overall guidance and direction to the System Integrator<br>• Coordinates with the Executive Steering Committee for resources<br>• Works with System Integrator Project Manager to ensure stakeholder needs are met<br>• Has daily decision-making authority<br>• Oversees and manages project plan<br>• Coordinates project resources, budgets, and contract management<br>• Reviews and provides feedback on project deliverables<br>• Responsible for project management areas including scope, risk, quality, and change control<br>• Coordinates project status communications<br>• Liaison with external agencies as needed | Whether outsourced or staffed internally, this role will report to and be managed within the structure and guidelines of the FDC PMO. |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

| Role Name | Description | Assigned To |
|-----------|-------------|-------------|
| Systems Integrator (SI) Project Manager | • Reports to the Project Manager<br>• Works with the Project Management Team to seek guidance and direction<br>• Responsible for systems integrator project management activities<br>• Leads the planning and development of project deliverables<br>• Develops and manages the project schedule and associated tasks<br>• Maintain all project documentation including detailed project plan<br>• Ensure adherence to the process and project management standards and guidelines<br>• Responsible for project management areas including scope, risk, quality, and change control<br>• Prepare formal project reports and presentations<br>• Ensure deliverables conform to FDC standards<br>• Facilitate project related meetings as required | SI vendor |

## 6.0   PROJECT RISKS

## 6.1   Risk and Complexity Category

The Florida Information Technology Project Management and Oversight Standards, Rule 60GG-1, F.A.C, requires agencies to complete a risk and complexity assessment for all IT projects to determine the minimum level of project management required for each IT-related project. This project is scored as a Category 4, representing High Risk and High Complexity projects, according to Florida Digital Services (FLDS) Risk and Complexity Assessment Tool (Rule 60GG-1, F.A.C.).  The project will be managed accordingly using FLDS and Project Management Institute (PMI) standards and practices and include oversight from FLDS.

## 6.2   Initial Project Risks

The overall risk assessment of the project is rated as "High" based on the Schedule IV-B risk assessment tool.   This rating reflects assessment ratings of "Medium" in three of the eight assessment areas and "High" in five areas of eight areas. As would be expected at this early stage, the project carries some risk. It is expected that overall project risk will diminish significantly by the conclusion of the first year when the project structure is fully in place and the foundational process and technology elements have been implemented.

The categories assessed as high risk and the primary causes for that assessment level include:

- Technology Exposure Assessment – because the technology approach has been conceptually identified and the resources needed will be external to the Department throughout implementation. There will be a learning curve for current staff for future sustainability and support.

Case 3:22-cv-01221-MMH-MCR    Document 192-10    Filed 05/08/25    Page 440 of 950
PageID 4143

**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

- Organizational Change Management – because the new system will enable cross organization integration capabilities, the change related to the system is considered extensive.  Extensive change can be a significant risk because staff is not adept at dealing with changes of this size.
- Communication Assessment – because the new systems have many external stakeholders the communication required is extensive.
- Fiscal Assessment – the size and duration of the project are significant drivers in the overall risk classification for this category.  Likewise, uncertainty around benefit amounts and timing are also contributors.
- Project Organization – the duration of the project and less than full time commitment of some of the project team members are a significant risk.
- Project Complexity - because the proposed project is larger than any other project performed by the Department and involves more than 3 stakeholders, this assessment area was also rated as High.  For a project of this type this risk level is expected.

**OBIS MODERNIZATION PROJECT CHARTER**                                                                 Page 22 of 23



**FLORIDA DEPARTMENT OF CORRECTIONS**

Office of Information Technology

## 7.0    PROJECT APPROVALS

The undersigned acknowledge they have reviewed the **OBIS Modernization Project Charter** and agree with the information contained herein.  The undersigned hereby give the project manager the authority to apply the approved level of organizational resources to project activities.

Signature: _____    Date: 9/14/21
Print Name: **Ricky Dixon**
Title: **Deputy Secretary**
Agency: **Florida Department of Corrections**
Role: **Project Sponsor**

Signature: _____    Date: 9/13/21
Print Name: **Mark Tallent**
Title: **Chief Financial Officer**
Agency: **Florida Department of Corrections**
Role: _____

Signature: _____    Date: 9/13/21
Print Name: **Tim Fitzgerald**
Title: **Chief of Staff**
Agency: **Florida Department of Corrections**
Role: _____

Signature: _____    Date: 7/13/21
Print Name: **Wendy Ling**
Title: **Chief Information Officer**
Agency: **Florida Department of Corrections**
Role: _____

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## C.  Draft Project Management Plan

The following document is the draft OBIS Modernization Project Management Plan.

# FLORIDA DEPARTMENT OF CORRECTIONS

# Office of Information Technology



## OBIS MODERNIZATION PROJECT

---

| PROJECT MANAGEMENT PLAN |
| --- |
| VERSION 1.0 |

★INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★



Florida Department of Corrections
*Office of Information Technology*

## CONTACTS

| Agency Project Manager: | | Agency Project Sponsor: | |
|---|---|---|---|
| *Danny Johnson, PMP* | | **Deputy Secretary Ricky Dixon** | |
| **Phone:** | 850-717-9746 | **Phone:** | 850-717-3030 |
| **Email:** | Danny.Johnson@fdc.myflorida.com | **Email:** | Ricky.Dixon@fdc.myflorida.com |

 Florida Department of Corrections
*Office of Information Technology*

## SIGNATURE AND ACCEPTANCE PAGE

I have reviewed this Project Management Plan (PMP) and agree that the content of the document is accurate and clearly describes the project management methodology for the project.

Signature: _____                Date: _____

Print Name: **Ricky Dixon**

Title: **Deputy Secretary**

Agency: **Florida Department of Corrections**

Role: **Project Sponsor**


Signature: _____                Date: _____

Print Name: **Mark Tallent**

Title: **Chief Financial Officer**

Agency: **Florida Department of Corrections**

Role: _____


Signature: _____                Date: _____

Print Name: **Tim Fitzgerald**

Title: **Chief of Staff**

Agency: **Florida Department of Corrections**

Role: _____


Signature: _____                Date: _____

Print Name: **Wendy Ling**

Title: **Chief Information Officer**

Agency: **Florida Department of Corrections**

Role: _____


Signature: _____                Date: _____

Print Name: **Danny Johnson**

Title: **Project Manager**

Agency: **Florida Department of Corrections**

Role: _____



Florida Department of Corrections
*Office of Information Technology*

# TABLE OF CONTENTS

SIGNATURE AND ACCEPTANCE PAGE ................................................................................................ 3

1    EXECUTIVE SUMMARY ................................................................................................ 6

2    PROJECT SCOPE ................................................................................................ 6

2.1    Project Summary ................................................................................................ 6

2.2    In Scope ................................................................................................ 6

2.3    Out of Scope ................................................................................................ 8

2.4    Project Objectives ................................................................................................ 9

2.5    Assumptions and Constraints ................................................................................................ 9

2.5.1    **Assumptions** ................................................................................................ 9

2.5.2    **Constraints** ................................................................................................ 11

2.6    Milestones ................................................................................................ 11

2.7    Deliverables ................................................................................................ 12

2.8    Requirements Traceability ................................................................................................ 14

3    PROJECT APPROACH ................................................................................................ 14

3.1    Waterfall Methodology ................................................................................................ 15

3.2    Agile Methodology ................................................................................................ 15

4    PROJECT ORGANIZATIONAL AND GOVERNANCE STRUCTURE ................................................................................................ 15

4.1    Project Organizational & Governance Chart ................................................................................................ 16

4.2    Identify Stakeholders ................................................................................................ 16

4.3    Identify Project Team ................................................................................................ 16

4.4    Project Governance Process ................................................................................................ 17

4.5    Escalation Process ................................................................................................ 17

5    RESOURCE PLAN ................................................................................................ 19

5.1    Human Resources ................................................................................................ 19

5.2    Equipment/Materials Resources ................................................................................................ 19

6    WORK BREAKDOWN STRUCTURE ................................................................................................ 19

7    PROJECT SCHEDULE MANAGEMENT PLAN ................................................................................................ 20

7.1    Project Schedule ................................................................................................ 20

7.2    Schedule Management ................................................................................................ 20

8    COST MANAMGENT PLAN ................................................................................................ 21

8.1    Project Estimated Budget ................................................................................................ 21

8.2    Project Spending Plan ................................................................................................ 21



Florida Department of Corrections
*Office of Information Technology*

| 8.3 | Cost Management | 22 |
|---|---|---|
| 9 | PROCUREMENT MANAGEMENT PLAN | 22 |
| 9.1 | Procurement Management Procedure | 22 |
| 9.2 | Contracts Management Procedure | 22 |
| 10 | COMMUNICATIONS MANAGEMENT PLAN | 22 |
| 10.1 | Updates to the Communications Plan | 23 |
| 10.2 | Documentation Standards | 24 |
| 10.2.1 | **Document Naming Conventions** | 24 |
| 10.3 | Centralized Document Repository | 25 |
| 11 | CHANGE MANAGEMENT PLAN | 25 |
| 11.1 | Change Control Process | 25 |
| 11.2 | Track Project Changes | 26 |
| 12 | ORGANIZATIONAL CHANGE MANAGEMENT PLAN | 26 |
| 13 | QUALITY MANAGEMENT PLAN | 27 |
| 13.1 | Deliverable Quality | 29 |
| 13.2 | Deliverable Review Process | 29 |
| 13.3 | Deliverable Quality Metrics | 30 |
| 13.4 | Quality Assurance Assessments – Internal and External | 30 |
| 13.5 | System Quality | 31 |
| 13.5.1 | **Requirements Traceability** | 31 |
| 13.5.2 | **Testing and Defect Management** | 32 |
| 14 | RISK AND ISSUE MANAGEMENT | 32 |
| 14.1 | Defining a Risk | 32 |
| 14.2 | Risk Management Plan | 34 |
| 14.3 | Issue Management and Resolution | 35 |
| 15 | SYSTEM SECURITY PLAN | 36 |



Florida Department of Corrections
*Office of Information Technology*

## 1     EXECUTIVE SUMMARY

This Project Management Plan (PMP) provides methodology, plans, and processes for effective execution and management of the OBIS Modernization project.  This plan identifies the project's:

- Scope
- Approach
- Organizational and Governance Structure
- Resource Plan
- Work Breakdown Structure
- Schedule Management Plan
- Cost Management Plan
- Procurement Management Plan
- Communications Management Plan
- Change Management Plan
- Organizational Change Management Plan
- Quality Management Plan
- Risk and Issue Management Plans
- System Security Plan

The Program Management Plan (PMP) is a "living" document that is initially prepared early in the Planning Phase of the project. The PMP identifies key elements of the project management strategy and the high-level activities and deliverables of the program.

## 2     PROJECT SCOPE

### 2.1     Project Summary

The purpose of the project is to select a vendor to serve as the system integrator in developing a modernized OBIS solution, re-engineering business processes, and leveraging technologies with the scalability and flexibility of integrating applications in a modular, service-oriented architecture over a five-year period. The tangible benefits include reduced operational costs, reduced dependency on data processes, reduced data entry and erroneous data, increased system accessibility, and reduced storage costs for records retention for FDC, specifically within Institutions and Community Corrections. The intangible benefits of the project include increased quality assurance, increased data sharing within the Department and program areas outside of FDC, decreased IT HelpDesk Support calls, and workload savings achieved by streamlining redundant processes and implementing system standards.

### 2.2     In Scope

The scope of this project is to procure a system integrator (SI) to manage and lead the re-engineering of all business processes, and design, develop, test, and implement a modernized OBIS solution in an estimated 5-year time period, at an estimated total cost of $118 million. The SI will address the following FDC functional and technical areas, each with 3 workstreams, aligned in support of the Department's priorities:



Florida Department of Corrections
*Office of Information Technology*

| Pre-DDI Activity in OBIS modernization | | | |
|---|---|---|---|
| **Year-0: FY 2021-20 Q1** | **Year-0: FY 2021-20 Q2** | **Year-0: FY 2021-20 Q3** | **Year-0: FY 2021-20 Q4** |
| RFI | Procurement Strategy & Support | | |
| | Establish Project Management Office, procedures | | |
| | | Organizational Change Management & Workforce Transition Planning | |
| | Business Process Re-engineering planning & Use Case Development | | |

### Five Year Implementation of OBIS modernization

| Year-1: FY 2022-23 | Year-2: FY 2023-24 | Year-3: FY 2024-25 | Year-4: FY 2025-26 | Year-5: FY 2026-27 |
|---|---|---|---|---|
| **Procurement & Vendor Selection** | Functional Group-1 Work Stream-1 | Functional Group-1 Work Stream-3 | **Legend:** | |
| | Functional Group-1 Work Stream-2 | | | |
| | Functional Group-2 Work Stream-1 | Functional Group-2 Work Stream-2 | Functional Group-2 Work Stream-3 | |
| | | Functional Group-3 Work Stream-1 | Functional Group-3 Work Stream-2 | Functional Group-3 Work Stream-3 |
| | | | Functional Group-4 Work Stream-1 | Functional Group-4 Work Stream-2 | Functional Group-4 Work Stream-3 |

**Legend:**
- Functional Group-X: Functions grouped according to priority for modernization
- WorkStream-1: Modernize Interfaces & user experience
- WorkStream-2: Reduce Mainframe Footprint
- WorkStream-3: Refactor/Rewrite functionality

### Application Functionality Grouping for Sequencing Modernization

| Group-1 | Group-2 | Group-3 | Group-4 |
|---|---|---|---|
| **Community Corrections** Offender intake management, Offender release, Offender risk and needs assessment | **Community Corrections** Offender Supervision | **Community Corrections** Community Supervision, Community Corrections, Incident Management | **Community Corrections** Investigations Offender absconder management Offender transfer |
| **Information Technology:** Bridge Technology, Enterprise Reporting, Infrastructure / Replatform | **Core OBIS Functionality** Case / Records management, Court Order Payments, Data analytics, Financial Management, Scheduling, Workflow Management | **Core OBIS Functionality** Pre-sentencing investigations | **Core OBIS Functionality** Audits Document Management Victim Information |
| **Institutions** Disciplinary Report (DR), Emergency Operations, Inmate Classification Assessment, Inmate Reception, Risk and Needs Assessments, Sentence Structure, Release Day calculation, Support Release & Management | **Information Technology** Database, Data Warehouse and DataMarts, Support Tools & Maintenance | **Institutions** Facility Population Tracking, Inmate Education, Inmate Housing Assessment, Inmate Movement Tracking, Inmate Release, Inmate Trust Fund, PREA, Support Grievances, Transportation Scheduling | **Institutions** Drug Testing Interstate Compact Property Management Support Facility & Supervision Support Job & Assignment Visitation management |
| **Integration** Support Internal & integrations, Support Internal & interfaces, | **Institutions** Identification Badges, Livescan, RapidID, Inmate Custody Assessment, Security Threat group, Support Emergency Management, Support Sex & Offenders, Vocational Training | | |
| | **Integration** Support External & interfaces | | |



Florida Department of Corrections
*Office of Information Technology*

Also Included in the project scope:

- Establishment of a Project Management Team
- Organizational Change Management
- Independent Verification and Validation (IV&V)
- Data conversion and migration
- Data warehouse design and development
- Statewide system implementation
- Content development for training materials and system help screens
- End-user training
- Operations and maintenance planning
- Reporting functions

The table below summarizes the activities to support the OBIS Enhancement/Replacement effort:

| Activity | Description |
|---|---|
| Analysis | Validation of the system requirements collected during previous business process improvement and requirements gathering efforts. |
| Design | Joint Application Design sessions with end users, functional and technical design documentation, and user interface prototyping. |
| Build | Application configuration and system development, database development, data conversion, data migration, data warehouse development, unit testing, creation of help screens and development of an online user tutorial. |
| Test | Creation of test plans and test cases, and the performance of integration and system testing, user acceptance testing, and regression testing. |
| Deploy | Implementation planning and the deployment of the new system to a production environment. |
| Operations | Begins during the system implementation phase. The emphasis of this phase will be to ensure that the necessary equipment, staff, and procedures are in place to meet the needs of end users and ensure that the system will continue to perform as specified. |

## 2.3   Out of Scope

Due to the broad scope of a system replacement project, anything not stated as in-scope, is considered out of scope for this project.



Florida Department of Corrections
*Office of Information Technology*

## 2.4    Project Objectives

This project will meet the following objectives:

| Objectives | Priority |
|---|---|
| Provide a mobile enabled **web-based system** that comports with current technology platforms, improving usability for the Department. | 1 |
| Provide a **sustainable and scalable architecture** that supports dynamic process modification resulting from legal mandates and changes | 2 |
| Provide a system that can leverage and integrate external and internal data sources in real-time.  Provide customized data views for interfaces supporting one-version-of-truth and **data analytics to inform security and safety mandates and to measure systemic performance** across the full corrections spectrum. | 3 |
| Provide a system with a **workload management component** to manage agency business processes effectively and efficiently. | 4 |
| Provide an **interoperable** and fully functional offender management system to access accurate and **complete information that ensures public safety** and meets the demands of a dynamic, data intensive correctional environment. | 5 |
| Provide a system that leverages modern technologies to attract and retain skilled technologists and support staff. | 6 |
| Provide a **phased implementation plan** identifying the functional, budget, resource, and procurement requirements to ensure a cost effective and realistic acquisition process. | 7 |

## 2.5    Assumptions and Constraints

OBIS Modernization is dependent upon a wide range of assumptions and constraints. Assumptions refer to things which are, based on functional, technical, statutory, and/or best practices, believed to have potential impact on the overall goals of the project. Constraints are defined as things that are known to prevail today or will be required in the future, which limit or influence subsequent functionality, the technical environment, budgets, implementation planning, project execution, and operations and maintenance activities.

From a fundamental perspective, the most important aspect of OBIS Modernization is an understanding that the functions of the Department to meet its mission cannot be interrupted.

### 2.5.1    Assumptions

- Total project costs will increase with longer project timelines due to the need to maintain and operate the current OBIS solution over a longer period of time.
- Funding to maintain and operate the current OBIS will continue until the new system is implemented.
- The proposed vendor solution will be either a Commercial of the Shelf (COTS) product, Cloud-based Software as a Service (SaaS) solution, or Cloud-based Customer Relationship Management and Enterprise Resource Management (CRM/ERP) Platform as a Service (PaaS) with correctional verticals.  Vendors can propose a combination of one or more of the above and integrate them all to provide least Total Cost of Ownership (TCO) over 10 years.
- In addition, the vendor will propose service-oriented architecture, a range of appropriate technologies and tools like data integration, business rule-engines, with low-code/no-code frameworks with real-time interoperability and interfaces using application programming interfaces (APIs) and web services.



Florida Department of Corrections
*Office of Information Technology*

- The proposed vendor solution will be hosted in a Cloud environment that complies at a minimum with the FBI Criminal Justice Information Services (CJIS) Security Policy.
- The proposed vendor solution will be compliant with the National Institute of Standards and Technology (NIST), the FBI CJIS Security Policy, the Health Insurance Portability and Accountability Act of 1996 (HIPAA), and standards for protecting Personally Identifiable Information (PII).
- The proposed vendor solution will be compliant with Chapter 60GG-2, F.A.C., Florida Cybersecurity Standards, and Chapter 60GG-3, F.A.C., Data Center Operations.
- Vendors can implement the proposed solution in the designated timeframe, in the sequence prescribed, and in alignment with budgetary allocations/restrictions.
- The proposed vendor solution will increase operational efficiencies and effectiveness and eliminate manual processes which rely upon the use of ad-hoc tools.
- The cost avoidance from operational efficiencies and resource gains resulting from OBIS Modernization will be allocated to activities which directly support the Department's mission.
- The proposed vendor solution will use an architecture model that facilitates rapid and scalable deployment of the technical and functional requirements.
- The proposed vendor solution includes building interfaces with the current OBIS applications as functionality is modernized in phases.
- The current OBIS applications will remain the system of record for agency data until all functionality is tested and migrated to the modernized OBIS.
- The Department will employ the Organizational Change Management (OCM) activities required to successfully implement the recommended solution.
- The project team, both the Department and the vendor, will be staffed appropriately to complete the deliverables, achieve milestones, implement infrastructure changes, manage user involvement, and ensure proper testing.
- The proposed vendor solution will include automated data interfaces with other external agencies to preclude the storage of duplicate data.
- As a part of the business process re-engineering, the current interfaces will be analyzed if providing real-time access to data to reduce batch load and data exchange traffic.
- The Department's executive leadership and key project stakeholders will remain invested in the success of the project throughout the multi-year phased implementation.
- The end user computers and network connectivity is sufficient to support the use of a web-based user interface.
- The computers and mobile devices used to enter data without using paper will not negatively affect the safety of officers, staff, or inmates.
- The proposed vendor solution will provide offline data capture workflows with connected synchronization for data collection when connectivity is unavailable, which will be critical to reduce the need for paper-based data collection and manual workflows.
- The proposed vendor solution can be implemented in phases over a 5-year period.
- Implementation of the proposed vendor solutions will comply with Chapter 60GG-1, F.A.C., Florida Information Technology Project Management and Oversight Standards.
- The proposed vendor solution will consider public safety as an overarching goal of the Department.
- OBIS Modernization will not negatively affect operational continuity.



Florida Department of Corrections
*Office of Information Technology*

**2.5.2    Constraints**

- Potential vendors may prefer to implement OBIS Modernization in fewer phases over a shorter period, which may not match the approved funding model.
- Project activities, schedules, and milestones depend on the appropriate funding.
- State statutory changes, changes in administrative rules, and Department policy changes could affect the project.
- Specific software tools supporting desired capabilities will be determined based on the solution options proposed by the system integration vendor.
- There is a limit to the workload that Department staff can dedicate to OBIS Modernization each year.
- The current OBIS applications contain cross dependencies that will require ongoing operation of the legacy system during OBIS Modernization.
- During OBIS Modernization a temporary bridging interface is needed to maintain operational continuity and data integrity.
- There is a high level of risk associated with a phased implementation, which necessitates an emphasis on modernization strategies.

## 2.6    Milestones

| Milestone | Deliverable(s) to Complete |
|---|---|
| Legislative Approval | Updated Schedule IV-B |
| Procurement (IV&V) | Solicitation Document and Contract |
| Procurement (Support resources and software) | Solicitation Document and Contract |
| Procurement (System Integrator) | Solicitation Document and Contract |
| Procurement (Organizational Change Management) | Solicitation Document and Contract |
| Project Kick-Off | Project Charter |
| Project Management Documents Completed | Various (See deliverable list) |
| Business Process Analysis Completed | As-Is Business Process Flows<br>To-Be Business Process Flows |
| Acceptance of Functional and Technical Requirements | System Requirements Document<br>Offender Management System Requirements Document |
| Acceptance of Validated Requirements | Validated Functional Requirements Document |
| Acceptance of User Interface Prototypes | User Interface Prototypes |
| Acceptance of Functional and Technical Design Specifications | Functional and Technical Design Specification documents |
| User Acceptance Testing Complete | NA |
| End User Training Complete | On-site training sessions<br>Training materials |
| System Deployment | Functional system released into production |
| Project Close-out | Lessons Learned<br>Knowledge Transfer<br>Contract Compliance Checklist<br>Project Close-out Checklist |



Florida Department of Corrections
*Office of Information Technology*

## 2.7    Deliverables

| Name | Deliverable Description |
|---|---|
| Project Management Status Reports | Weekly status reports to project management team. |
| Risk and Issue Registers | Prioritized lists of risks and issues identified and reviewed during the project. |
| Meeting Minutes | Record of decisions, action items, issues, and risks identified during formal stakeholder meetings. |
| Project Charter | Issued Project Sponsor that formally authorizes the existence of the project and provides the Project Manager with the authority to apply organizational resources to project activities. |
| Project Management Plan | Includes the following documents as required by the FDC Project Director and/or the PMO:<br>• Work Breakdown Structure<br>• Resource Loaded Project Schedule<br>• Change Management Plan<br>• Communication Plan<br>• Document Management Plan<br>• Scope Management Plan<br>• Quality Management Plan<br>• Risk Management Plan<br>• Risk Response Plan<br>• Issue Management Plan<br>• Resource Management Plan<br>• Conflict Resolution Plan<br>• Baseline Project Budget |
| As-Is Business Process Flows | Represents, graphically, the current state of OBIS business processes using standard business process notation. This document should include narrative descriptions of key activities, including owners, inputs, and outputs. |
| To-Be Business Process Flows | Represents the future state of the Florida Offender Management System business processes, as reengineered by the vendor in conjunction with FDC subject matter experts. The process flows are developed using standard business process notation. This document should include narrative descriptions of key activities, including owners, inputs, and outputs. |
| Technical Design Specification | Detailed technical design for data and information processing in the new business system to include:<br>• Environment/Platform/Tools used<br>• Specifications for each functional module covering inputs, sources, processing, logic, outputs, and targets<br>• Interactions/data exchanges with external systems<br>• Interface API/Web-service specifications<br>• Data Model/ERD<br>• Data Dictionary<br>• Technical Architecture (to include a hardware usage plan) |
| Design Demonstration | Review and acceptance of the system integrator's design required before proceeding to development. Key stakeholders will experience the prototype and then a go/no-go decision will be submitted to the Project Sponsors for action. |



Florida Department of Corrections
*Office of Information Technology*

| Name | Deliverable Description |
|------|------------------------|
| Data Conversion Plan | Plan for converting data from existing systems to meet the specifications of the new database design; to include detailed data conversion mapping. |
| Organizational Change Management (OCM) Plan | Describes the overall objectives and approach for managing organizational change during the project, including the methodologies and deliverables that will be used to implement OCM for the project. This includes Workforce Transition as roles may change with the implementation of new solution. |
| OCM Status Reports | Weekly status reports to project management team. |
| Stakeholder Analysis | Identifies the groups impacted by the change, the type and degree of impact, group attitude toward the change and related change management needs. |
| Training Plan | Defines the objectives, scope, and approach for training all stakeholders who require education about the new organizational structures, processes, policies, and system functionality. |
| Change Readiness Assessment | Surveys the readiness of the impacted stakeholders to "go live" with the project and identifies action plans to remedy any lack of readiness. |
| IV&V Project Charter | A document issued by the Project Sponsor that formalizes the scope, objectives, and deliverables of the IV&V effort. |
| IV&V Status Reports | Quarterly reports to the Executive Management Team. |
| IV&V Periodic Assessments | Documents the results of IV&V activity to determine the status of project management processes and outcomes including but not limited to:<br>Schedule Review Summary<br>• Budget Review Summary<br>• Business Alignment Summary<br>• Risk Review Summary<br>• Issue Review Summary<br>• Organizational Readiness Summary<br>• Recommended Next Steps/Actions for each of the above areas<br>• Milestone and Deliverable reviews (to determine if the project is prepared to proceed to the next phase in the project work plan)<br>• Current scorecard of the project management disciplines<br>• Strengths and areas for improvement in the project management disciplines<br>• IV&V Next Steps/Actions |
| IV&V Contract Compliance Checklist | Documents that vendors involved with the project have met all contractual requirements. |
| Data Migration Plan | Plan for migration of data from existing systems to new databases (as required). |
| Test Plans | Detailed test plans for unit testing, system testing, load testing, and user acceptance testing. |
| Test Cases | Documented set of actions to be performed within the system to determine whether all functional requirements have been met. |
| Implementation Plan | Detailed process steps for implementing the new business system statewide. |
| Knowledge Transfer Plan | Based on a gap analysis, this plan will detail the steps taken to transfer knowledge about the system to the resources that ultimately will be responsible for post-implementation support. |


Florida Department of Corrections
*Office of Information Technology*

| Name | Deliverable Description |
|------|------------------------|
| Functional Business System | Final production version of the new business system. |
| System Operation and Maintenance Plan | Detailed plan for how the finished system will be operated and maintained. |
| Training Plan | • Train the trainer<br>• Train the user<br>• Training manuals |
| System documentation | All the documentation required to enable FDC staff to trouble shoot, maintain and enhance the newer system. |

## 2.8    Requirements Traceability

Requirements Traceability is the ability to trace from business requirements to the various design, build, and test components throughout all phases of the project. Requirements tracing is a practice that greatly increases the quality and reliability of a project's final output while minimizing costly rework resulting from requirements errors. The project will use a Requirements Traceability Matrix (RTM) to confirm traceability across phases of the project.

Bidirectional traceability means that requirements can be traced both forwards and backwards ideally through each step of the project. Bidirectional traceability helps determine that the solution addresses the source requirements and that all requirements and deliverables can be traced to a baselined RTM.

The business and technical requirements that are documented as part of the Schedule IV-B shall be further refined and validated. Once the requirements are complete for each workstream they will be baselined. The baseline provides the inventory of confirmed requirements against which changes can be monitored and measured.

Beyond the baseline of these requirements, the following shall apply to support overall system quality:

1. Requirements altered or added as part of the requirements confirmation sessions will be recorded as part of the project's Change Management Plan.
2. During the design phases of the Project, the first portion of the requirements traceability will be initiated whereby the design that supports a particular requirement will be noted.
3. During the User Acceptance testing phases, the second portion of the requirements traceability task would commence. During this task, the test scenario used to validate a particular requirement would be noted.
4. The requirements, at the conclusion of testing, would be evaluated prior to deployment to ensure the business requirements have been addressed.

## 3    PROJECT APPROACH

The OBIS Modernization Project will utilize the Software Development Lifecycle (SDLC) to complete program activities. The project utilizes **both waterfall and agile methodologies** for specific activities within the program.

 Florida Department of Corrections
*Office of Information Technology*

## 3.1    Waterfall Methodology

A waterfall approach will be taken to manage certain activities and deliverables that have a natural progression and interdependency on each other. Examples include the development and documentation of the project charter, project management plan, resource on-boarding, project kick-off, etc.  As the Project progresses, the waterfall methodology will be used to formalize the outcomes of the legacy system as-is reviews, gap analysis work, database design activities and development preparation. These deliverables will be constructed by gathering or creating documents, evaluating the legacy system programs as well as various discussions surrounding the existing database synchronization structure and challenges.  These tasks are laid out in a traditional waterfall approach, having a natural order with predecessors and successors clearly defined within the program schedule.  The overarching SDLC has a

multitude of stage containment activities. There is an evaluation of the Program's progress at various points to ensure work has been completed and stakeholder approval has been achieved in order to proceed to the next stage of activities.

## 3.2    Agile Methodology

The OBIS Modernization Project leverages the agile methodology in recognition that the business rules and requirements for all projects will continue to be refined in an iterative manner leading up to development. With a multitude of stakeholder groups, the agile approach allows representatives to prioritize their requirements and business needs, formulate user stories, document epics and do so on a planned, incremental basis. With the agile methodology, a group of project members forms a "Scrum Team". This will be a collection comprised of internal stakeholders, customers (or their representatives), a product owner, the development and testing teams and a Scrum Master. As requests are gathered from the stakeholders, a "Backlog" is formed and inventoried. Sprints are then planned to take focused requests from the backlog and develop a reviewable work product.

## 4    PROJECT ORGANIZATIONAL AND GOVERNANCE STRUCTURE

Effective Governance provides strategic direction to a project, helps remove barriers for the project team, and authorizes human, financial, or material resources to be allocated based on expected performance and benefits.  For issues that are beyond the control of the project manager or team, the Project Steering Committee and Agency Management serve as an escalation path.



Florida Department of Corrections
*Office of Information Technology*

## 4.1    Project Organizational & Governance Chart



## 4.2    Identify Stakeholders

Key stakeholders will be confirmed during the planning phase of the project (FY21-22). The stakeholders will be captured in the project stakeholder registry, a table identifying all stakeholders and project participants to include their level of involvement or how they are impacted by this project.

An initial list of key stakeholders is developed and available in the accompanying Schedule IV-B.

## 4.3    Identify Project Team

The Project Team will be identified and confirmed during the planning phase of the project (FY21-22). Team membership will be updated throughout the lifecycle of the project as additional resources are identified and/or procured. All project team members will be logged and maintained in the project stakeholder registry.

---



Florida Department of Corrections
*Office of Information Technology*

## 4.4    Project Governance Process

The Project's Governance Process consists of three levels of governance: the Project Leadership Team, the Project Management Team, and the Project Team.  The roles and responsibilities for each level are defined within the decision escalation matrix in section 4.5.  The individuals that make up each governance level will be identified during the planning phase of the project (FY20-21).  Governance will take place during reoccurring status meetings, tentatively scheduled monthly.  In the result a critical change or decision is needed, emergency meetings of any of the governing bodies may be scheduled at the Project Manager's discretion.

## 4.5    Escalation Process

| Governance Body | Schedule | Scope | Budget | Risks / Issues | Resources |
|---|---|---|---|---|---|
| | *Decisions involving the creation and management of the project's Integrated Master Schedule (IMS). Includes any cross-project dependency identification and management.* | *Decisions involving the development and management of the project's scope.  Includes management of both product and project scope.* | *Decisions involving the creation and management of the project's budget* | *Decisions involving potential impacts (risks) and issues that may jeopardize fulfilment of project objectives.* | *Decisions involving the acquisition and management of project resources.* |
| **High Priority Items** | | | | | |
| **Project Leadership Team** *Ensure the project meets overall objectives and: – Provide management direction and support to the Project Management Team; – Assess the project's alignment with the strategic goals of the Department; – Review and approve or disapprove high-priority changes to the project's scope, schedule and costs. – Review, approve and determine whether to proceed with any major project deliverables; and – Recommend suspension or termination of the project to the Governor, the President of the Senate, and the Speaker of the House of Representatives if determined that the primary objectives cannot be achieved.* | - Missed phase gate. - Schedule variances that will impact the IMS baseline (warranting re-baseline). - Significant schedule slippage that may include missing key deliverables or milestone dates. - Schedule variances that will case a delay in work along the critical path. - SPI trending < 0.90 (± 10%). | - Changes in scope that impact the overall project definition and direction. - Legislative and/or policy directives. - Unstable project scope. - Deferral of functionality with impact to business objectives. - Go/No-Go decision points. | - Spending over/under budget for an established reporting period (± 10%) - Changes to the overall project budget (allocation, distribution, etc.). - CPI trending < 0.95 variance across three (3) or more months. | - Escalating or new risks that will most likely impact the success of the project. - Escalating or new issues that are impacting the success of the project. | - Enterprise (cross-department) staffing and resource management (allocations). |



Florida Department of Corrections
*Office of Information Technology*

| Governance Body | Schedule | Scope | Budget | Risks / Issues | Resources |
|---|---|---|---|---|---|
| | *Decisions involving the creation and management of the project's Integrated Master Schedule (IMS). Includes any cross-project dependency identification and management.* | *Decisions involving the development and management of the project's scope. Includes management of both product and project scope.* | *Decisions involving the creation and management of the project's budget* | *Decisions involving potential impacts (risks) and issues that may jeopardize fulfilment of project objectives.* | *Decisions involving the acquisition and management of project resources.* |
| **Medium Priority Items** | | | | | |
| <u>Project Management Team</u> (Led by Project Manager) *Provide daily planning, management, and oversight of the project.* | - Isolated schedule slippage. Impact >5 working days to 10 working days and can be managed within the working team (unless on the critical path). <br> - Schedule variances that will not cause a delay in work along the critical path. <br> - Schedule variances that will not significantly impact the IMS baseline (not warranting re-baseline). <br> - Decisions that affect a dependency external to the project | - Minor changes to project scope (or requirement delays) that can be managed within the working team. Workaround exists. | - Spending over/under budget for an established reporting period (± 5%). <br> - Impact can be managed within the project budget. | - New risks and issues that do not pose a significant threat to project success and can be managed within the working team. | - Resource management (allocations) within the project. |
| **Low Priority Items** | | | | | |
| <u>Project Team Lead(s)</u> In consultation with the Project Manager <br><br> *Provide daily planning, management, and oversight of the project's workstreams* | - Impact 5 business days or less and can be managed within the workstream (unless on the critical path). <br> - Schedule variances that will not cause a delay in work along the critical path. <br> - Schedule variances that will not significantly impact the project schedule baseline (not warranting re-baseline). <br> - Decisions that affect a dependency internal to the project. | - Minor changes to workstream scope (or requirement delays) that can be managed within the working team. Workaround exists. | - Impact can be managed within the workstream. | - New risks and issues that do not pose a significant threat to workstream success and can be managed within the working team. | - workstream resource management (allocations). |



Florida Department of Corrections
*Office of Information Technology*

## 5    RESOURCE PLAN

### 5.1    Human Resources

Human resource management is the process developed to effectively identify, acquire, and manage the resources needed to meet the project objectives. This includes defining what resources are needed, assessing appropriate skill sets, and determining when and how long resources are needed for the project. As such, the procedures within the resource management plan focus on assessing resource needs, escalating the need to project leadership, and managing the need through work re-assignment, training or on-boarding of additional personnel.  Please refer to the OBIS Modernization Program Resource Plan that will be developed as part of the project initiation activities. The resource plan includes, for each anticipated person: the role on the project, the anticipated start date, the duration the resource will be needed and their assigned supervisor. The most current version of the resource plan shall be kept as part of the Project Control Book.  Project resource planning does not account for resources contracted through the Support Services vendor.

### 5.2    Equipment/Materials Resources

All equipment, materials, and otherwise non-human resources will be identified and managed as deliverables within the project.  Resources will be acquired via state procurement processes.

## 6    WORK BREAKDOWN STRUCTURE

The project schedule is currently under development as part of the detailed planning occurring for the remainder of this fiscal year (FY 2021-22).  The project management plan is a living document and will be updated throughout the life of the project.



Florida Department of Corrections
*Office of Information Technology*

## 7    PROJECT SCHEDULE MANAGEMENT PLAN

### 7.1    Project Schedule

The project schedule is currently under development as part of the detailed planning occurring for the remainder of this fiscal year (FY 2021-22).  The project management plan is a living document and will be updated throughout the life of the project.  A high-level schedule has been developed and is detailed below.

| Pre-DDI Activity in OBIS modernization | | | |
|---|---|---|---|
| Year-0: FY 2021-20 Q1 | Year-0: FY 2021-20 Q2 | Year-0: FY 2021-20 Q3 | Year-0: FY 2021-20 Q4 |
| RFI | Procurement Strategy & Support | | |
| | Establish Project Management Office, procedures | | |
| | | Organizational Change Management & Workforce Transition Planning | |
| | Business Process Re-engineering planning & Use Case Development | | |

| Five Year Implementation of OBIS modernization | | | | |
|---|---|---|---|---|
| Year-1: FY 2022-23 | Year-2: FY 2023-24 | Year-3: FY 2024-25 | Year-4: FY 2025-26 | Year-5: FY 2026-27 |

Procurement & Vendor Selection

- Functional Group-1 Work Stream-1
- Functional Group-1 Work Stream-3
- Functional Group-1 Work Stream-2
- Functional Group-2 Work Stream-1
- Functional Group-2 Work Stream-2
- Functional Group-2 Work Stream-3
- Functional Group-3 Work Stream-1
- Functional Group-3 Work Stream-2
- Functional Group-3 Work Stream-3
- Functional Group-4 Work Stream-1
- Functional Group-4 Work Stream-2
- Functional Group-4 Work Stream-3

Legend:
- Functional Group-X: Functions grouped according to priority for modernization
- WorkStream-1: Modernize Interfaces & user experience
- WorkStream-2: Reduce Mainframe Footprint
- WorkStream-3: Refactor/Rewrite functionality

### 7.2    Schedule Management

Schedule management refers to the processes required to ensure timely completion of the program objectives. The Program Manager is responsible for establishing the baseline and updating the IMS weekly with input from the respective project managers and teams.

- The IMS will be resource leveled. Resource leveling is the project management function of resolving resource over-allocation. Over-allocation means that a resource has been assigned more work than can be accomplished in available time as dictated by the resource's calendar definition.
- Tasks will be completed according to the program schedule and within the established timeframes. In the event of a slipping task, the process described in the section below will be followed.

---

Florida Department of Corrections
*Office of Information Technology*

The IMS will be updated on a routine basis with input from the individual team leads and respective teams. The initial baseline will be set in Microsoft Project as "Baseline 0." The Project Manager will be responsible for tracking and managing individual project tasks and reporting any slippage.

- The Project Manager will co-manage updates to the IMS with the Team Leads on a weekly basis. Information will be collected via weekly team meetings, analyzed, and reviewed collectively prior to incorporation. The updated IMS will be made available to all team members, reported in weekly status reports / meetings, and communicated to all governing bodies.
- The Project Manager will oversee the development of specific project tasks and manage resources to ensure that individual project objectives are met within the established timeframes.
- Weekly updates shall focus on recording the percent complete for tasks in 10% increments.

Schedule changes will be managed according to the Decision Escalation Matrix referenced in Section 4.5. Changes will follow the Change Management Process documented in Section 11. Schedule changes approved by the appropriate governing body will be documented in a separate spreadsheet that tracks the detailed description of the change, the person making the change, the version number of the schedule altered, and the rationale behind the requested change. Changes may not require an entirely new baseline and thus the baseline will also be tracked to document specific line item changes.

In accordance with IV&V and the Florida Digital Services (FLDS) project management expectations, the IMS will be tracked and monitored using the Schedule Performance Index (SPI) noting any standard deviations above or below 10% from the planned and actual start/finish dates, and the Cost Performance Index (CPI) noting changes to the overall program budget (allocation, distribution, etc.).

# 8    COST MANAMGENT PLAN

## 8.1    Project Estimated Budget

The Legislative Budget Request (LBR) submitted for FY 2022-23, estimates total project costs at $118.4 million over five fiscal years. The budget for this project will be co-managed by the Project Manager and Contract and Budget Staff internal to the department. For detailed budget information, please refer to the Schedule IV-B Cost Benefit Analysis (CBA).

## 8.2    Project Spending Plan

The Contract and Budget Staff will develop an overall Project Spend Plan for each fiscal year that estimates the anticipated budget by month. The same budget information will be recorded in the PPM tool each month for monitoring and tracking by stakeholders.

The Contract and Budget Staff will review the budget information for all workstreams within the program once a month with the Program Manager and update the spend plan monthly to reflect actual expenditures to date for reporting to IV&V, FLDS, and the ESC.



Florida Department of Corrections
*Office of Information Technology*

## 8.3    Cost Management

Once a month, the Contract and Budget Staff and Project Manager will jointly review the planned budget and actual expenditures tracked in the Spend Plan to determine if the program is efficiently spending the resources. As specified in Section 13.4, Quality Assurance Assessments – Internal and External, the Contract and Budget Staff will review the Budget to Date as well as the overall Budget and report any variance.

All Team Leads will notify the Project Manager (and Contract and Budget Staff) in writing as to any anticipated budget revisions, the cause, and the impact to the project. In addition, the notification shall indicate when a decision is needed. This information shall be what is then used to initiate the Issue Management and Resolution process or the Change Control process, as agreed to by the Project Manager. For specific information on how budget issues will be handled, please refer to the Decision Escalation Matrix referenced in Section 4.5.

## 9    PROCUREMENT MANAGEMENT PLAN

### 9.1    Procurement Management Procedure

Any procurement of resources or services for the project will be conducted using State and Department policies and procedures.  Specific procurement plans and approaches will be defined during the planning phase (FY 2021-22) of this project.

### 9.2    Contracts Management Procedure

Any contracts initiated for the project will be developed using State and Department policies and procedures.  Specific contract management plans and approaches will be defined during the planning phase (FY 2021-22) of this project.

## 10    COMMUNICATIONS MANAGEMENT PLAN

Effective communication is one of the most important factors contributing to the success of the OBIS Modernization project.

Three clear communication channels will be established during the project organization and include:

1. Upward channel with senior executives and steering committee to highlight issues, risks and scope exceptions.
2. Lateral channel with sponsor(s), stakeholders, and other Department management involving requirements, resources, budgets and time allocations.
3. Downward channel with the team highlighting processes, activities, dates, status and general team briefings.

The communications plan describes how project communication events will occur across the channels described above. The events themselves may be periodic or one-time in nature.

The Project Manager will meet weekly with the Project Management Team. Monthly meetings will be held with the Executive Steering Committee (ESC). Any decisions made by the ESC or recommendations made by the Project Management Team will be documented and included in the project artifacts. For clarification of governance roles and escalation practices, please refer to the Decision Escalation Matrix referenced in Section 4.5.



Florida Department of Corrections
*Office of Information Technology*

Additionally, the Project's Communication Consultant will be responsible for communications conducted as a part of Organizational Change Management (referenced in Section 12).

The following table details the project communications and meetings used to manage the project at this time. Additional details to the communications plan will be developed during the planning phase (FY 2021-22) of the project.

| Project Communications | | | | |
|---|---|---|---|---|
| Description | Target Audience | Delivery Method | Delivery Frequency | Owner |
| Project Control Book (includes risks, issues, action items, decisions, change control log, etc.) | Project Team, Project Management Team | Microsoft Teams | Weekly | Project Manager |
| Project Management Plan Document | Project Team, Sponsors, and Governing Bodies | Microsoft Teams | Within 30 days of approval | Project Manager |
| Status Reports | Project Team, Sponsors, and Governing Bodies | Microsoft Teams, Email | Monthly | Project Manager |
| Integrated Master Schedule (IMS) | Project Team, Sponsors, and Governing Bodies | Microsoft Teams, Email | Weekly | Project Manager |
| Support Services Vendor Deliverables | Project Team, Sponsors, and Governing Bodies | Microsoft Teams | Per Contractual Agreement | Vendor Project Manager |
| Periodic Demos and Presentations | Specific functional areas/groups, Sponsors, Governing Bodies | Presentation | As needed | Dependent on material |
| Meetings | | | | |
| Description | Target Audience | Delivery Method | Delivery Frequency | Owner |
| Project Management Team Meeting | Project Management Team, Project Team | Meeting | Weekly | Project Manager |
| Executive Steering Committee | Sponsors, Executive Steering Committee Members | Meeting | Monthly | Project Manager |

## 10.1 Updates to the Communications Plan

The Project's Communications Plan will be updated by the Communications Consultant quarterly and distributed via e-mail.

Florida Department of Corrections
*Office of Information Technology*

## 10.2   Documentation Standards

The following Document Management Guidelines are in place to support the project:

- Version history is tracked for all documents within the PCB

- Document feedback and approvals are logged in the PCB

- Drafts and Final Submission Deliverables are clearly distinguished

- Approved Documents are stored in a separate folder in the PCB

- Document control information is captured for all official deliverables

### 10.2.1   Document Naming Conventions

Deliverable Expectation Document (DED)

The Deliverable Expectation Document (DED) naming standard (one DED for every deliverable) is as follows:

**DED Del # - <Deliverable Name> v #.**

Versions will be 1.0 for initial submission and increment by whole numbers for each formal submission.  Incremental updates will utilize the minor version increments (e.g., 1.1, 1.2, and 1.3). All versions will be recorded in the document control section at the beginning of the document.

Deliverables

The Deliverable naming standard is as follows:

**Del # - <Deliverable Name> v #.**

Versions will be 1.0 for initial submission and increment by whole numbers for each formal submission.  Incremental updates will utilize the minor version increments (e.g., 1.1, 1.2, and 1.3). All versions will be recorded in the document control section at the beginning of the document.

Deliverable Consolidated Comments

The Deliverable Consolidated Comments naming standard is as follows:

**Del # - <Deliverable Name>Consolidated Comments v #.**

Versions will be 1.0 for initial submission and increment by whole numbers for each formal submission.  Incremental updates will utilize the minor version increments (e.g., 1.1, 1.2, and 1.3). All versions will be recorded in the document control section at the beginning of the document.



Florida Department of Corrections
*Office of Information Technology*

## 10.3   Centralized Document Repository

The Project Manager will establish a Project Control Book for the OBIS Modernization Project within the Department's Microsoft Teams application. The Project Control Book contains artifacts specific to the project management aspects of the project as well as memorandums and meeting minutes. The Project Manager or their designee shall be responsible for publishing artifacts to this repository.  Once available, a link to the specific 'Team' within Microsoft Teams will be added in this section.

## 11   CHANGE MANAGEMENT PLAN

Changes should be expected during the project.  These changes can result from the realization of risks, externally imposed requirements, estimation errors, leadership decisions, or adoption of new approaches to gain efficiency. Regardless the source, it is important that changes be managed to minimize adverse impacts to the project. Any change affecting scope, schedule, or cost initiates the change management process.  Change management activities are subject to the governance and escalation processes described in the Organizational and Governance Plan.

## 11.1   Change Control Process

Below is a brief description of the change control process.

- A change to the project is identified.
- A change request is submitted to the Project Manager.
- The Project Manager will ensure the change is within the project's scope, identify impacts to the project's cost, schedule, and resources, and obtain specific requirements to implement the change.
- Change request is then evaluated for technical feasibility.
- Results of the change request evaluation are provided to the Project Management Team (PMT).
- PMT may approve, reject, or escalate to the Executive Steering Committee.
- If escalated, Governance team members will review the request and vote to either approve or reject the request.
- Requestor is notified of decision.

Please refer to the Change Management Process depicted on the following page:



Florida Department of Corrections
*Office of Information Technology*



## 11.2   Track Project Changes

All change requests will be tracked and managed via the change control log.  The previously defined governance processes will be used to control changes.

## 12    ORGANIZATIONAL CHANGE MANAGEMENT PLAN

The goal of change is to improve the organization by altering what and/or how work is done. The re-engineering of the OBIS technology environment will affect business processes, skill sets, roles, and responsibilities. Change management activities are integral to the success of the project. Organizational change management (OCM) activities are facilitated by the project's Communications Consultant. OCM outlines the activities necessary to ensure staff participation in process development and improvement, skill set changes, and technology acceptance. Examples of these activities are the communication of project goals and benefits, documentation and communication of solution vendor/Department roles/responsibilities, development and communication of new process maps/roles, development and communication of a skills gap analysis, and the development and communication of a training plan.

Florida Department of Corrections
*Office of Information Technology*

Organizational change management (OCM) planning documents will be developed by the Department for OBIS Modernization. These include the following artifacts:

- Communications Strategy and Plan: Helps to manage expectations about the OBIS Modernization project and provides consistent messages among project team members, eventual end-users of the solution and other impacted stakeholders. Included as a component of this document is a tactical Communication Plan that charts out recurring and one-time communication events. This living document will be updated on a quarterly basis.
- Organizational Analysis: Details key aspects of the various end-user groups (internal and external, as applicable) for consideration into the to-be business processes and technology. It is intended to provide a gap-analysis of the end-user groups' current and future work environments, tasks and activities, and knowledge, skills and abilities.
- Training and Performance Support Strategy: Details the overarching training needs and objectives for the project, per the Organizational Analysis. It also describes the various training methods (ex: Instructor-led, Web-based, Videos, Online Tip-sheets) that will be used; lays out a general training curriculum per user group; and describes any point-of-deployment and/or ongoing performance support mechanisms that will be used, such as help desks / user support sites.

The Support Services Vendor will have a series of OCM focused deliverables and activities as part of the contracted services. The vendor will work closely with the Communications Consultant as well as other members of the Project Team to conduct the activities and gather information to construct these OCM deliverables as outlined in the contract. The Communications Consultant will facilitate execution of the OCM plans and conduct periodic OCM readiness assessments throughout the project's life cycle to measure progress of closing gaps identified in the Organizational Analysis.  Please refer to the program's PCB for additional information on OCM (once established).

## 13    QUALITY MANAGEMENT PLAN

The Quality Management Plan describes how quality will be managed throughout the lifecycle of the project. As part of the reporting and monitoring performed by Florida Digital Services (FLDS) as well as IV&V, the project will implement quality metrics to support transparency, traceability, and accountability against business objectives and benefits realization.  The following tools will be used to manage quality of the project.

| Tool | Description |
|---|---|
| Earned Value Management (EVM) | The Integrated Master Schedule (IMS) will be analyzed for earned value (EV) against the approved baseline. |
| Budget Variance | The IMS and Spend Plan will be analyzed for cost performance against the approved baseline. |
| Schedule Performance Index (SPI) | The IMS will be analyzed for schedule performance against the approved baseline. |
| Cost Performance Index (CPI) | The IMS will be analyzed for schedule performance against the approved baseline. |



Florida Department of Corrections
*Office of Information Technology*

| Tool | Description |
|------|-------------|
| Status Reports | The Project Manager will produce a weekly status report to keep stakeholders apprised, monitor the quality of the current project activities, and assess the likelihood of achieving key milestones.  These status reports will also help monitor lessons learned and identify improvements for future phases and workstreams of the project.<br><br>The weekly status report currently includes information to derive the following quality indicators:<br><br>• Progress against the baseline plan's key milestones<br>• Deliverables Progress – timeliness of submission, reviews, and approvals are key quality aspects for deliverables<br>• Issues – Number of open priority issues and aging of issues<br>• Risks – Total number of open Medium and High Risks<br>• Action Items – Number and aging of open action items<br><br>Team members accountable for each workstream will provide the project manager with the data to support the Status Reports.<br><br>Any Support Services vendor will produce:<br><br>• Weekly status reports for stakeholders<br>• Monthly summary status reports for stakeholders |
| Deliverable Expectations Document (DED) | The Project Team will work with the Vendor to document acceptance criteria for each deliverable, identify appropriate reviewers, and streamline the deliverable review process. |

The purpose of the Quality Management Plan is to outline the processes to instill quality in the deliverables produced and services provided.  The plan outlines both quality assurance activities as well as quality management metrics.

The objectives of the Quality Management Activities are to:

• Identify and correct defects early in the process
• Evaluate a deliverable against project standards and deliverable expectations
• Reduce the number of errors as the work effort progresses
• Reduce time and costs resulting from rework
• Monitor adherence to agreed-upon project processes

For purposes of this document, quality is defined as the degree to which a system, deliverable, or process meets specified requirements.  The Quality Management Plan is made up of quality activities that fit into three main categories:

• Deliverable Quality
• Process Quality
• System Quality



Florida Department of Corrections
*Office of Information Technology*

The following subsections outline the key activities within the deliverable quality assurance, process quality management, and system quality categories.

## 13.1   Deliverable Quality

Deliverable Quality is used to evaluate whether project deliverables comply with the standards and objectives of the stakeholders.  A key step in formulating a quality deliverable is to establish a shared set of expectations of what should be contained within the deliverable, who should contribute to the deliverable, and ultimately who will be involved in the review and approval of the work product.

These tenets of the formal Project deliverables will be documented and agreed to as part of the OBIS Modernization Project's Deliverable Review Process.

## 13.2   Deliverable Review Process

Prior to starting the work to gather input and construct a deliverable, the Project manager and deliverable author will confirm those individuals that will be responsible for contributing to and/or reviewing a deliverable.  The Project Manager or deliverable owner will draft a Deliverable Expectation Document (DED) for the deliverable.  The DED provides the author(s) guidance and direction on the deliverable format, level of detail. Identifies individuals that will contribute to the deliverable, confirms the deliverable reviewers, and reiterates the deliverable's deadlines.

The DED is an important project artifact in aligning expectations for the deliverable, defining specific roles for the deliverable, and is used in the quality assurance peer reviews for each submission.  For each deliverable (regardless of phase or deliverable review cycle), the peer review step relies on two documents to the quality assurance review:  the approved DED and the consolidated comments from all reviewers noted in the approved DED as well as IV&V.  Prior to the initial deliverable submission, the peer reviewer will make sure all sections in the DED are represented and address the content and format expectations outlined.  For subsequent submissions, the peer reviewer will still evaluate the deliverable against the DED as well as evaluating the work product updates (or comment response) that were made for each comment received from the reviewers.

Outstanding points identified from the peer review are returned to the author(s).  When another draft of the deliverable is available, the peer review process repeats. The Deliverable Review Process will be depicted visually and included here for reference upon approval of the Project and Organizational Governance Structures outlined within this document.



Florida Department of Corrections
*Office of Information Technology*

## 13.3   Deliverable Quality Metrics

The metrics for Deliverable quality are outlined in the following table.  These metrics will be compiled and provided to the Project Manager and Project Director monthly.

| Metric | Description | Target / Measurement |
|---|---|---|
| Number of Late Submitted deliverables | Count of deliverables originally planned for first submission in the prior month but whose delivery date was delayed. | Green:  0<br>Yellow:  1 to 2<br>Red:  3 or more |
| Mean duration of Deliverable Review Period | Mean calculation of the number of business days from the first period of the review until the deliverable is approved. | Green:  12 or fewer<br>Yellow:  13 to 18<br>Red:  19 or more |
| Percent of planned approved deliverables not yet approved | Percentage of deliverables, since project start, that were planned to be approved but have yet to be approved | Green:  ≤ 10%<br>Yellow:  10% < to ≤ 25%<br>Red:  25% > |

## 13.4   Quality Assurance Assessments – Internal and External

The Department will contract with an Independent Verification and Validation (IV&V) vendor for the duration of the project to provide a baseline assessment of the overall quality of the project, monthly progress monitoring, quality checkpoints, recommended improvements, and validation of realized project objectives.

The FLDS will also perform monthly reports on the overall status of the project.  The Project Manager will be responsible for providing the appropriate documents such as an updated IMS, Spend Plan, and any other requested documentation to support status updates which will be provided to legislative staff pursuant to Rule 60GG-1 of the Florida Administrative Code.

The project will use existing Department tools to assist in performing internal reviews for EVM, SPI, CPI, and probability of achieving key milestones.  Monthly reporting to the Department's Tier I Governance will include an assessment of the overall health of the project (red-yellow-green status) based on the following metrics for the reporting period:

| Metric | Measurement | Target / Measurement | Reporting Period |
|---|---|---|---|
| Scope | Did the project experience a scope change that impacted the project's costs, schedule or quality? | Green – No change in scope and scope is being managed<br>Yellow – Scope change pending approval and impacts one of the three attributes<br>Red – Scope change pending approval and impacts at least two of the three attributes | Weekly |
| Schedule | Are the Milestones and Deliverables on schedule? | Green:  ≤ 5 business days<br>Yellow:  6 < to ≤ 10 business days<br>Red:  10 > business days | Weekly |



Florida Department of Corrections
*Office of Information Technology*

| Metric | Measurement | Target / Measurement | Reporting Period |
|--------|-------------|----------------------|------------------|
| Budget (to date) | Is the project within budget for this reporting period? Spend Plan (30-day period) are completed as of the last day of the previous month. | Green:  Variance is ± 10%<br>Yellow:  Variance is ± 11%-20%<br>Red:  Variance is ± 21% or greater | Monthly |
| Budget (overall) | Is the project within budget overall?  Spend Plan (total project budget) are completed as of the last day of the previous month | Green:  Variance is ± 10%<br>Yellow:  Variance is ± 11%-20%<br>Red:  Variance is ± 21% or greater | Monthly |
| Issue | Is the number and/or severity of issues increasing and/or is the issue overdue for resolution? | Green – No new issue was reported and/or the previously reported issue is being managed and on-target for resolution by the completion date<br>Yellow – A new issue was reported and/or the previously reported issue is not being managed and/or not on-target for resolution by the completion date<br>Red – Two or more new issues were reported and/or the previously reported issue is not being managed and/or on-target for resolution by the completion date<br>* Managed is defined as PM is providing actionable updates to the status report indicating that the issue is being worked | Weekly |
| Risk | Is the number and/or severity of risks stable or decreasing | Green – Risks are stable or decreasing<br>Yellow – A new risk was added to the project<br>Red – Multiple risks were added and/or a previously reported risk increased in probability | Weekly |

## 13.5   System Quality

System Quality is used to evaluate whether the system development and configuration complies with the requirements and business processes identified in the planning phases of each workstream of the project.  System Quality Activities include requirements traceability, testing and defect management, and stage containment activities.

### 13.5.1   Requirements Traceability

See [section 2.8](#)



Florida Department of Corrections
*Office of Information Technology*

**13.5.2  Testing and Defect Management**

Testing activities are one of the primary mechanisms for confirming system quality.  The project will evaluate quality as it pertains to testing and defect management using the following metrics.

- Defect Creation Count by Program Area and Defect Severity (System and Integration Testing, Performance Testing, and User Acceptance Testing phases) – this quality metric will measure the number of defects that were created within distinct phases of the testing process categorized by Program Area (e.g., Security in Operations, Community Corrections, etc.) and severity
- Defect Root Cause Disposition by Program Area and Defect Severity (All testing phases) – this quality metric will provide a count by program area and severity based on the disposition of a defect: disposition groupings and types will be defined during the planning phase.
- Change Requests by Program Area (All testing phases) – this quality metric will provide the number of new requests that are escalated to the Change Management process
- Defect Resolution Aging Report (UAT phase only) – this quality metric will provide the median calculation as to duration of how long a defect takes to resolve and provide back to the user for validation
- Defect by Program Area Closure Report (UAT Phase only) – this quality metric will provide the median calculation, by program area, of how long it takes a business area to test and close defects that have been returned to them for validation

## 14   RISK AND ISSUE MANAGEMENT

Project risk and issue management focuses on identifying and prioritizing risks based on impact and probability.  A risk is not necessarily a problem – it is a recognition that a problem or opportunity may impact the project.  Conversely an issue *is* a current problem that unless resolved will negatively impact the project.  In accordance with Florida Digital Services oversight and project management rule 60GG-1, the Department will identify a Risk Manager for the project. The Department plans to solicit the vendor community for a Risk Manager Consultant.

## 14.1   Defining a Risk

The risk and issue management plans are critical procedures for the OBIS Modernization project. A risk can be defined as an uncertain event or condition that, if it occurs, has a positive or negative impact on project's objectives. Risks and issues will be managed at the project level as detailed in this plan.

The Risk Manager will monitor all project risks on an ongoing basis and maintain the risk register in the Project Control Book which includes the following information:

| Risk Details | Description |
|---|---|
| Risk ID | The numeric ID assigned upon entry into the Project Control Book |
| Risk Name | The short risk name. |


Florida Department of Corrections
*Office of Information Technology*

| Risk Details | Description |
|---|---|
| Risk Status | Field noting the status of the mitigation plan:<br><br>**New:** Default value. Leave until initial risk review has occurred.<br><br>**Mitigation Plan Defined:** Status of all risks actively accepted or being mitigated.<br><br>**Risk Became Issue:** Status of risks escalated as an issue. Record the associated Issue Number in the Resolution field.<br><br>**Closed:** Status of resolved risks that were not escalated to issues. |
| Assigned To | The person assigned for overall risk responsibility. |
| Risk Description | A detailed description of the risk.<br><br>Risks should be documented using an "If...then..." framework to clearly capture the potential risk and impact in the statement. |
| Impacted Areas | Ares the risk could impact – check all that apply – budget, hardware, management, physical, schedule, scope, staffing. |
| Date Logged | The date and time stamp the risk is entered into the Project Control Book. |
| Probability of Occurrence | Ranking the potential for risk occurrence:<br><br>**Low:** <10% chance of risk realization.<br><br>**Medium:** 10%-60% chance of realization<br><br>**High:** >60% chance of risk realization |
| Mitigation Approach | The risk response:<br><br>**Accept:** This approach reflects a risk that is acknowledged as valid but cannot be avoided or mitigated.<br><br>**Avoid:** This approach reflects a risk where steps are taken to disengage any activities associated with the inherent risk.<br><br>**Transfer:** This approach reflects a risk that is transferred to another entity not associated with the OBIS Modernization project.<br><br>**Mitigate:** This approach reflects a risk that has one to many identified actions that can be taken to reduce the probability and/or impact should the risk be realized. |

 Florida Department of Corrections
*Office of Information Technology*

| Risk Details | Description |
|---|---|
| Impact | The probable impact on the project the risk would have if it is realized. Some risks could have a high probability, but the impact could be low and vice versa.<br><br>**Low:**  Variance to impacted area is anticipated to be < 10%.<br><br>**Medium:**  Variance to impacted area between 10% - 25%.<br><br>**High:**  Variance to impacted area is anticipated to be > 25%. |
| Mitigation Description | Detailed risk response. |
| Anticipated Resolution Date | The latest date in the mitigation plan's anticipated action completion.  If there is no mitigation plan yet documented OR the risk is "accepted", record the date two weeks out from the current date. |
| Actual Resolution Date | The actual resolution date when the risk is either closed, transferred, or escalated to an issue. |
| Resolution | A chronological history of the activities taken to manage this risk.  Latest entry should be listed at the top.  Each entry should begin with the date (MM-DD-YYYY) and the name (first initial, last name) of the author of the update |
| Logged By | The name of the person entering the risk into the Project Control Book. |

## 14.2   Risk Management Plan

Risk Identification Process

Risks for the project may be identified by any stakeholder, end user, management personnel or external source. A newly identified risk must be documented in written format (via e-mail, memo, or documented in meeting minutes) and provided to the Risk Manager, who will then add the item to the risk register in the Project Control Book. All risks (new and existing) are reviewed weekly and presented at the weekly Project Management Team meeting. The Risk Manager will review the risk register and discuss identified risks with the Executive Steering Committee as needed. All risks will be managed according to the Decision Escalation Matrix referenced in Section 4.5.

Risk Evaluation and Scoring

Risk probability is a measure of the likelihood that a certain risk will occur. The probability of occurrence for the risk can be defined on a level from 1-5. Risk impact is a measure of the expected degree of impact that the risk, if it occurs, will have on the program. The degree of impact for the risk can be defined on a level from 1-5. The Risk Manager will calculate the risk score as the product of the risk probability score and impact score when both are multiplied. Each risk shall be scored and included in the weekly review and presentation at the weekly status meeting for progress monitoring and tracking. The illustration below depicts the priority matrix once the probability and impact for each individual risk has been assessed.



Florida Department of Corrections
*Office of Information Technology*



For high risks, mitigation plans will be developed to eliminate the risk or the potential impacts to the program. All high-level risks will be documented and communicated to the Executive Steering Committee for review and evaluation.

Risk Plan Maintenance

The Risk Manager meets weekly with the Project Management Team to discuss any new risks or issues and review ongoing risk mitigation plans. Subsequent to the meeting, the Risk Manager will update the risk details in the Project Control Book as necessary and include in weekly reporting to Leadership.

## 14.3   Issue Management and Resolution

All issues will have a plan for management and resolution which will be developed to eliminate potential impacts to the project. In general issue resolution will follow the decision escalation matrix depicted in Section 4.5. The Project Manager will monitor all program issues on an ongoing basis and maintain the issue log in the Project Control Book which includes the following information:

| Issue Details | Description |
|---|---|
| Topic | The short description of the issue. If this issue is a risk that is being escalated, use "Risk Name" in this field. |
| Description | A detailed description of the issue. If escalated from a risk, please note that and the date it became an issue. |
| Start Date | Date the issue was escalated from a risk OR date Project Team became aware of the issue. |
| Deadline | Date by which the issue needs to be resolved or, if applicable, escalated. |



Florida Department of Corrections
*Office of Information Technology*

| Issue Details | Description |
|---|---|
| Priority | Ranking the issue priority:<br><br>**Low:**  Minimal impact to the project.<br><br>**Medium:**  Progress disrupted with manageable extensions to short-term schedule and cost.<br><br>**High:**  Significant disruption to project schedule (i.e., greater than 2 weeks for key milestones), cost (i.e., greater than 5% increase in baselined costs), or quality.  Threatens the success of the project. |
| Budget Impact | Numeric field to record the proposed budget impact. |
| % Complete | Numeric field to record the percent complete status for the issue and proposed resolution strategy:<br><br>**0%:**  Issue has not been assigned and/or no activity has been initiated to resolve the issue.<br><br>**50%:**  Issue resolution is in progress and there is no concern about the resolution being achieved by the deadline date.<br><br>**100%:**  Issue has been resolved. |
| Assignee(s) | The person(s) assigned to the issue. |

## 15    SYSTEM SECURITY PLAN

FDC adheres to State of Florida Administrative Code 60GG-2, which outlines security controls that should be implemented within each agency. Rule 60GG-2 provides a crosswalk to federal national Institute of Standards and Technology (NIST) security guidelines (i.e. NIST 800-53). Likewise, the State's primary datacenter has security policy specific to their environment and must adhere to 60GG-2, Florida Administrative Code. FDC's standard operating procedure number 206.007, USER SECURITY FOR INFORMATION SYSTEMS outlines the processes for Department employees, contractors and subcontractors to follow to ensure the security of Departmental data and other information resources and the measures to follow in the event of a security incident. This project will follow procedure 206.007.

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## D.  Business Process Documents

The Department's previously collected process documentation for Institutions and Community Corrections from the FY 2016-17 vendor produced business case are included here.



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



**State of Florida**

**Department of Corrections**

**Office of Information Technology**

# Community Corrections Core Business Process Analysis

# Core Process I: Release Offender Process

| Author: | North Highland |
|---|---|
| Vendor: | The North Highland Company |
| Version: | 4.0 |
| Creation Date: | January 23, 2008 |
| Last Accessed: | 9/14/2021 12:50 PM |
| File Name: | Community Corrections - Business Process Analysis - Release Process - v4.0 |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# Document Control

## Change Record

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 1/23/2008 | North Highland | 0.01 (Draft) | Created |
| 4/7/2008 | North Highland | 2.0 | Revised from Jenny Nimer feedback |
| 10/30/2016 | North Highland | 3.0 (Draft) | Updated documents reflecting any business process changes from the 2008 study |
| 11/18/2016 | North Highland | 4.0 | Updated documents reflecting feedback from FDC on draft document |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Review

| Name | Role | Date |
|------|------|------|
| Chuck Beckett | NH Quality Control Review | 10/28/2016 |
| FDC | Client Review | 11/10/2016 |
| Tad McDonald | NH Quality Control Review | 11/17/2016 |
| | | |
| | | |
| | | |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



# TABLE OF CONTENTS

**1 DC CORE BUSINESS PROCESSES** .................................................................... 5

  1.1 THE PURPOSE AND SUBJECT OF THIS ANALYSIS ............................................ 5

**2 RELEASE OFFENDER** ....................................................................................... 7

  2.1 OVERVIEW .................................................................................................. 7

    2.1.1 *Purpose and Objectives of this process* ............................................ 8

    2.1.2 *Beginning and Ending Points* .......................................................... 8

  2.2 ACTIVITIES & WORKFLOW DIAGRAMS ........................................................... 9

  2.3 ELAPSED TIME ........................................................................................... 13

  2.4 PAPER DOCUMENTATION ............................................................................ 15

  2.5 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER ................................... 20

  2.6 MESSAGES ................................................................................................. 22

  2.7 PROCESS ISSUES & RECOMMENDATIONS ..................................................... 23



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# 1  DC CORE BUSINESS PROCESSES

## 1.1  THE PURPOSE AND SUBJECT OF THIS ANALYSIS

The Department of Corrections (Department, DC) is carrying out an analysis of its major business processes. The primary intent of this activity is to establish the foundation for the development of a new business system, which will replace the Offender-Based Information System (OBIS); the Computer Assisted Reception Process (CARP) system was subsumed by OBIS after the completion of the 2008 analysis. This analysis will also result in a set of functional and technical requirements for the new business system.

The figure below shows the entire DC set of nine core business process examined during this project; identified by the letters A through I, and the general sequence in which they are carried out.   The box highlighted in blue indicates the core business process presented in this document.

Figure 1.1-1 Department of Corrections Core Business Processes






**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

For clarity and convenience, the Community Corrections Release Offender process has been divided into four numbered sub-processes. Since these sub-processes; Absconder Management, Court Order Payments, Investigations and Transfer could occur in any of the three core processes; Intake, Supervise or Release, each of the numbered sub-processes is described in detail in the Intake process document.

The figure below identifies the Release Offender core process and four sub-processes name and numbered four sub-processes.

Figure 1.1-2 Release Offender Core Business Processes

**COMMUNITY CORRECTIONS**

*Core Process*

I.1 Release Offender
+

*Sub-Processes*

Note: The flow diagrams and process details for these areas are included in the "Intake Offender" document

1. Absconder Management
+

2. Court Ordered Payments
+

3. Investigations
+

4 Transfer (Interstate / Intrastate)
+

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



# 2  RELEASE OFFENDER

## 2.1  OVERVIEW

This document was first created in 2008 and has been modified in 2016 by members of the Community Corrections staff to ensure it comports with current (2016) business practices.

The Community Corrections process of releasing (Release Offender) offenders into supervision follows a set process order of activities and is conducted in the same manner for each offender. These activities are detailed on a flow diagram and corresponding tables in the following section.

Table 2.1-1 Release Offender Activities

| Community Supervision Releases from July 1, 2014 to June 30, 2015 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Supervision Type** | **Revoked New Felony** | **Revoked New Mis-demeanor** | **Revoked Technical Violation** | **Pardon** | **Death** | **Normal Term** | **Early Term** | **Court Action** | **Return Other State Case** | **Total** | **Percent** |
| **Original Sentence** | | | | | | | | | | | |
| **Probation Total** | **6,538** | **2,232** | **10,151** | **0** | **706** | **14,492** | **10,644** | **6,864** | **1,386** | **53,013** | **61.6%** |
| Felony Probation | 6,173 | 2,049 | 9,004 | 0 | 624 | 12,352 | 9,610 | 6,058 | 1,359 | 47,229 | 54.9% |
| Misdemeanor Probation | 238 | 147 | 839 | 0 | 24 | 1,351 | 694 | 540 | 17 | 3,850 | 4.5% |
| Administrative Probation | 47 | 14 | 18 | 0 | 17 | 519 | 188 | 189 | 0 | 992 | 1.2% |
| Sex Offender Probation | 80 | 22 | 290 | 0 | 41 | 270 | 152 | 77 | 10 | 942 | 1.0% |
| **Drug Offender Probation Total** | **1,679** | **643** | **3,736** | **0** | **138** | **1,757** | **2,381** | **1,075** | **10** | **11,419** | **13.3%** |
| **Community Control Total** | **778** | **283** | **2,924** | **0** | **53** | **362** | **278** | **366** | **2** | **5,046** | **5.9%** |
| Community Control | 772 | 280 | 2,896 | 0 | 52 | 360 | 276 | 364 | 2 | 5,002 | 5.8% |
| Community Control - Sex Offender | 6 | 3 | 28 | 0 | 1 | 2 | 2 | 2 | 0 | 44 | 0.1% |
| **Pretrial Intervention Total** | **123** | **114** | **1,587** | **0** | **27** | **1,261** | **4,655** | **2,719** | **0** | **10,486** | **12.2%** |
| Pretrial Intervention (PTI) | 90 | 92 | 1,153 | 0 | 19 | 1,199 | 3,617 | 1,381 | 0 | 7,551 | 8.8% |
| PTI - Drug Court | 33 | 22 | 434 | 0 | 8 | 62 | 1,038 | 1,338 | 0 | 2,935 | 3.4% |
| **Original Sentence Total** | **9,118** | **3,272** | **18,398** | **0** | **924** | **17,872** | **17,958** | **11,024** | **1,398** | **79,964** | **92.9%** |
| **Post-Prison Release** | | | | | | | | | | | |
| **Parole Total** | **3** | **7** | **1** | **0** | **25** | **202** | **40** | **26** | **429** | **733** | **0.9%** |
| Florida Parole | 3 | 7 | 1 | 0 | 8 | 5 | 8 | 20 | 2 | 54 | 0.1% |



# Florida Department of Corrections

### Community Corrections Business Process Analysis



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Other State Parole | 0 | 0 | 0 | 0 | 17 | 197 | 32 | 6 | 427 | 679 | 0.8% |
| **Conditional Release Total** | **224** | **152** | **713** | **1** | **27** | **2,768** | **1** | **447** | **0** | **4,333** | **5.0%** |
| **Control Release Total** | **0** | **1** | **2** | **0** | **2** | **1** | **0** | **2** | **0** | **8** | **0%** |
| Control Release | 0 | 1 | 2 | 0 | 2 | 1 | 0 | 1 | 0 | 7 | 0.0% |
| Administrative Control Release | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0.0% |
| **Addiction Recovery Total** | **11** | **8** | **72** | | **3** | **876** | **2** | **68** | **0** | **1,040** | **1.2%** |
| **Other Post-Prison Release Total** | **0** | **0** | **4** | | **9** | **7** | **0** | **1** | **0** | **21** | **0.0%** |
| Post-Prison Release Total | 238 | 168 | 792 | 1 | 66 | 3,854 | 43 | 544 | 429 | 6,135 | 7.1% |
| **Grand Total** | **9,356** | **3,440** | **19,190** | **1** | **990** | **21,726** | **18,001** | **11,568** | **1,827** | | |

## 2.1.1   Purpose and Objectives of this process

The purpose of the Community Corrections – <u>Release Offender</u> core process is to perform activities associated with the end of supervision for an offender that has successfully completing the conditions of supervision and is ready to transition back into the community. The community supervision release population consists of all offenders permanently removed from the Florida Department of Corrections from a specific term of supervision due to satisfaction of the sentence, a pardon, return to another State, death, revocation, or other court termination action.

The objectives of this process are:

- Prepare offenders for a smooth transition back into the community
- Provide termination of supervision instructions to offenders
- Create release documentation to the various agencies and/or individuals
- Document offender release in OBIS and in hardcopy file

## 2.1.2   Beginning and Ending Points

Beginning Point:

- Generate offender release documents

Ending Point:

- Update offender data and remove from caseload



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.2  ACTIVITIES & WORKFLOW DIAGRAMS

Table 2.2-1 lists the activities that make up the Release Offender Core Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

The following is a description and definition of each of the columns in tables presented in this section.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

### Table 2.2-1 Release Offender Activities

| Core Process I – Release Offender Activities | | | |
|---|---|---|---|
| **Index Number** | **Activity Label** | **Activity Description** | **Actors** |
| 1. | Generate Offender Release Documents | There are two reviews completed before an offender's release.   A 90 day review and approximately 30 days before an offender is scheduled to be released from supervision the assigned Field Officer performs certain activities to validate the offender is adhering to the terms of supervision.    Several items are verified to be current such as COPS – Court Ordered Payments, completion of conditions to include community service, drug treatment completed (verification letter requested), record checks for any new arrests.    The offender is notified of any outstanding items that must be completed before they are released from supervision. The Field Officer may not always be able to resolve all issues in COPS before processing an offender's termination of supervision.

The Field Officer provides the Supervisor with release documents for the Supervisor's final review and approval of the release.

An offender may be released from supervision also to prison, jail, sentencing authority action, or death. | Field Office

(If required: Interstate Compact personnel)

Victim/Victim's family (if applicable) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process I – Release Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2. | Release Offender from Supervision | The Field Officer runs a records check to insure there are no outstanding warrants or unreported new law offenses.    The Field Officer reviews the terms of the release with the offender and includes any other required instructions for special conditions e.g., sex offender, career offender, referrals for treatment programs, support services etc. The termination letter is provided to the offender at a later date. A copy of the termination letter is sent to the Clerk of the Court (if required) or to the Florida Commission on Offender Review's records administrator. Other state cases supervised in Florida under the Interstate Compact are not provided a termination letter from a Florida Field Officer. | Field Office  (Officer / Supervisor)  Offender |



| Core Process I – Release Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 3. | Update Offender Data and Remove from Caseload | The Field Officer prepares a transaction register entry in order to record the removal (loss) of the offender from the supervision caseload. For other state cases supervised in Florida, the Field Officer will also complete a Case Closure Notice in ICOTS and submit the Case Closure Notice through ICOTS. For Florida cases supervised in another state the Field Officer will complete a Case Closure Notice Reply in ICOTS and submit it through ICOTS to validate the Case Closure Notice received from the other state. Additionally, the Field Officer generates a termination of supervision letter stating such. The victim or the victim's family is notified of the offender's release date from supervision in written form by mailing the "Notification of Offender Status" letter (if VINE letter not previously sent).<br><br>An OBIS entry is made to document the offender's loss status and to remove the offender from the Field Officer's case load.<br><br>The Field Officer prepares the offender's file for closure using a "File Closure Check-Off" form insuring that appropriate coding was entered into OBIS, appropriate actions were taken to secure offender health records, and any other required documentation has been included in the file.   An OBIS entry is made to a status of 'inactive' in OBIS. The file is imaged in accordance with policy and available for view until removed from the database. If the released offender has had no further offenses after three years the electronic file is destroyed. | Field Office<br>(Officer/ Supervisor/CJIT)<br><br>Courts<br>(Clerk's Office, Florida Commission on Offender Review) |

Figure 2.2-1 Release Offender As-Is Workflow



# Florida Department of Corrections

## Community Corrections Business Process Analysis





Community Corrections - Business Process Analysis - Release Offender Process





**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.3 ELAPSED TIME

This section describes the time limits or goals required to complete the activities that make up the Release Offender core process.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Limit or Goal Time** | Any time limits or goals, from any source – internal or external – pertaining to this activity. |
| **Limit or Goal Source** | The source of the limit or goal listed above (Florida Statutes, DC policy, etc.) |
| **Speed Bumps** | Specific, recurring difficulties that slow the progress of this activity. |

Table 2.3-1 Elapsed Time

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 1. | Generate Offender Release Documents | 30 days prior to release | Procedures 302.325, 302.003 | N/A |
| 1. | Generate Offender Release Documents | Within 30 days after term | Procedures 302.325, 302.004 | N/A |
| 2. | Release Offender from Supervision | 30 days prior to release | Procedures 302.325, 302.003 | N/A |
| 3. | Update Offender Data and Remove from Caseload | Immediate | Procedures 302.325; 302.004 | N/A |
| 3. | Update Offender Data and Remove from Caseload | Within 60 days of release | Procedures 302.325; 302.004 | N/A |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3. | Update Offender Data and Remove from Caseload | Loss Code is Entered Within 2 days of release | Procedure 302.325 | N/A |
| | | Case Closure Notice submitted through ICOTS | 301.001 | |
| | | Case Closure Notice Reply submitted through ICOTS | | |
| 3. | Update Offender Data and Remove from Caseload | Close File and Image Within 90 days of release | Procedures 302.325, 302.004 | N/A |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.4 PAPER DOCUMENTATION

This section describes the paper documents required to complete the activities that make up the Release Offender core process. The reference column refers to the originator and title of policy, procedure, or instruction that contains the form or specifies the content of the document, if any. More than one document may be required to carry out a single activity, so each is listed. The following is a description and definition of each of the columns in this table.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity. |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Document Title | Short title, form number or other designation for the document. |
| Document Description | General description of the document contents and purpose. |
| Reference or Source | Title of the source instruction or policy. |

Table 2.4-1 Paper Documentation

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 1. | Generate Offender Release Documents | Pre-Termination Review (DC3-243) | Activities  validate the offender is adhering to the terms of supervision | Procedure 302.325, 302.003 |
| 1. | Generate Offender Release Documents | Transaction Register (DC3-212) | Transaction register with loss entered | Procedure 302.325 |
| 1. | Generate Offender Release Documents | Notice of Privacy Practices (DC3-2006) | Describes how offender medical information may be used and disclosed | Procedure 302.325, 302.004 |
| 1. | Generate Offender Release Documents | Termination of Supervision Letter (OCC) | Letter to the offender notifying them of the release from supervision details | Procedure 302.325 |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 1. | Generate Offender Release Documents | Dependent on the releasing authority, one of the documents may also be used: Order of Revocation of Probation (DC3-259) Order Terminating Probation (DC3-257) Court Order Terminating Probation (DC3-258) Florida Commission on Offender Review Discharge Letter | Forms documenting reason for terminating supervision | Procedure 302.325 |
| 1. | Generate Offender Release Documents | Notification of Offender Status (OCC) | Notifies victim (if applicable) of offender being released from supervision | Procedure 302.325 |
| 2. | Release Offender from Supervision | Notice of Privacy Practices (DC3-2006) | Describes how offender medical information may be used and disclosed (offender signature required) | Procedures 302.325, 302.004 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 2. | Release Offender from Supervision | Dependent on the releasing authority, one of the documents may also be used:<br><br>Order of Revocation of Probation (DC3-259)<br><br>Order Terminating Probation (DC3-257)<br><br>Court Order Terminating Probation (DC3-258)<br><br>Florida Commission on Offender Review Discharge Letter | Forms documenting reason for terminating supervision (copy) | Procedure 302.325 |
| 2. | Release Offender from Supervision | Notice of Responsibilities as Required by Statute for Offenders Being Discharged from the Care, Custody and/or Control Without Supervision (DC3-203B) | Provides sex offenders instruction and responsibilities of supervision | Procedure 302.325 |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 2. | Release Offender from Supervision | Career Offender Notice of Offender Responsibilities as Required by Statute For Offenders Being Discharged From Supervision (DC3-2001B) | Provides career offenders instruction and responsibilities of supervision | Procedure 302.325 |
| 3. | Update Offender Data and Remove from Caseload | Pre-Termination Review (DC3-243) | Activities    validate the offender is adhering to the terms of supervision | Procedures 302.325, 302.003 |
| 3. | Update Offender Data and Remove from Caseload | Transaction Register (DC3-212) | Transaction register with loss entered | Procedure 302.325 |
| 3. | Update Offender Data and Remove from Caseload | Notice of Privacy Practices (DC3-2006) | Describes how offender medical information may be used and disclosed | Procedure 302.325 |
| 3. | Update Offender Data and Remove from Caseload | Termination of Supervision Letter (OCC) | Formal letter mailed to the offender notifying him/her of release from supervision | Procedure 302.325 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3. | Update Offender Data and Remove from Caseload | Dependent on the releasing authority, one of the documents may also be used: Order of Revocation of Probation (DC3-259) Order Terminating Probation (DC3-257) Court Order Terminating Probation (DC3-258) Florida Commission on Offender Review Discharge Letter | Forms documenting reason for terminating supervision | Procedure 302.325 |
| 3. | Update Offender Data and Remove from Caseload | Notification of Offender Status (OCC) | Notifies victim (if applicable) of offender being released from supervision | Procedure 302.325 |
| N/A | General form that may be utilized throughout the process | Recommendation to Early Terminate Probation (DC3-272) | Requests early termination from supervision | Procedure 302.325 |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.5 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER

This section describes the business systems that are employed directly (touched) or indirectly (data transfer) in the course of the Release Offender core process.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Business System** | The name or designation of the system touched (if any). |
| **Purpose or Intent** | The business objective accomplished by using the system or systems. |
| **Mode** | Choose one: "Input" for data entry by the user, "Query" for data retrieved by the user, and "TXFR" for electronic data transfer from one system to another. |

Table 2.5-1 Business System Data Entry & Data Transfer

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 1. | Generate Offender Release Documents | OBIS | The Officer prepares a Transaction Register in OBIS in order to record the offender "loss" under the terms of supervision | Input/Query |
| 1. | Generate Offender Release Documents | OBIS | The Officer conducts a final inquiry to the COPS screens in OBIS to insure all financial obligations have been addressed | Input/Query |
| 1. | Generate Offender Release Documents | OBIS | The Officer conducts a final inquiry to the Investigation screens in OBIS to insure all current investigations have been addressed | Input/Query |
| 2. | Release Offender from Supervision | E-Agent | The Officer conducts a final search of E-Agent (newly instituted application through FDLE) in order to confirm that there are not any open warrants on the offender. A E-Agent search queries NCIC, FCIC, and DAVID systems | Input/Query |

 

# Florida Department of Corrections

## Community Corrections Business Process Analysis

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 3. | Update Offender Data and Remove from Caseload | OBIS<br><br><br>ICOTS | Case notes are updated and the offender is "lost" from both the Field Office and the Field Officer's case load in OBIS<br><br>Case Closure Notice is submitted to the Sending state for validation of closure of other state cases supervised in Florida.<br><br>Case Closure Notice Reply is submitted to the Receiving state to validate closure of Florida cases supervised in another state. | Input/Query |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## 2.6 MESSAGES

This section the messages, such as the US mail, emails, phone calls and any other correspondence, regularly used in the normal course of the Release Offender core process. Messages are sent to convey required documentation, inform recipients about the status of an activity, to trigger the start or end of other activities, to grant or withdraw authorization, etc. This section only concerns messages sent during normal (as intended) operations. Trouble calls and other messages associated with recurring abnormal operations are listed in Section 2.7 – Process Issues & Recommendations. There may be more than one message associated with an activity.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity. |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Message Type | US mail, email, phone call, etc. |
| Message Purpose | The intended purpose for sending the message. |
| Message Recipient | The organization and role of the intended recipient. |

Table 2.6-1 Messages

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 1. | Generate Offender Release Documents | US Mail/Email | If required, a letter (Notification of Offender Status) is mailed to the victim or victim's family that the offender has completed terms and is being released from supervision. | Victim |
| 2. | Release Offender from Supervision | US Mail / Physical/ Email | The termination letter notifies the offender they have completed the terms and conditions of supervision and options regarding restoration of civil rights. | Offender |
| 2. | Release Offender from Supervision | US Mail / Physical/ Email | A copy of the termination letter is sent to the Clerk of the Court (if required) or to the Florida Commission on Offender Review's records administrator. | Courts |
| 3. | Update Offender Data and Remove from Caseload | Inter office Mail | Notice of Privacy Practices (Pre-Signed by offender) and any other HIPPA related documents sent to the circuit office. | Circuit office |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.7 PROCESS ISSUES & RECOMMENDATIONS

This section lists the issues that have arisen while analyzing the Release Offender core process. These are the difficulties that result in an activity losing its effectiveness, degrading its efficiency and hindering its adaptability. Each activity can have more than one issue associated with it.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| Index Number | A number for use in referencing the activity. |
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Issue | Short description of the issue. |
| Impact | Impacts or consequences of the issue (e.g., confusion, delay, error, incident). |
| Recommendation | Recommendation for addressing the issue or reducing its impact (if any). |

Table 2.7-1 Process Issues & Recommendations

| Core Process I – Release Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1. | Generate Offender Release Documents | The release documents are manually created from MS Word documents that are retrieved from DC Web. | Errors, Eligible, Misfiling | Auto populate release documents with already existing data stored in OBIS |
| 1. | Generate Offender Release Documents | Appropriate individuals are not electronically notified of offender release dates. Manual exceptions reports are researched on OBIS to determine appropriate actions and adherence to supervision. | Errors, Delay | Generate electronic calendar reminders of upcoming offender release dates specific to the Field Officers caseload

This concern has improved with time and the use of the ASI4 0 PPS 31 report |



**State of Florida**

**Department of Corrections**

**Office of Information Technology**

# Community Corrections Core Business Process Analysis

# Core Process G: Intake Offender Process

| | |
|---|---|
| Author: | North Highland |
| Vendor: | The North Highland Company |
| Version: | 4.0 |
| Creation Date: | 1/23/2008 |
| Last Accessed: | 9/14/2021 12:48 PM |
| File Name: | Community Corrections - Business Process Analysis - Intake Process w Subprocesses - v4.0 |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



# Document Control

## Change Record

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 1/23/2008 | North Highland | 0.01 (Draft) | Created |
| 04/07/2008 | North Highland | 2.0 | Revised based on Jenny Nimer feedback. |
| 10/30/2016 | North Highland | 3.0 (Draft) | Updated documents reflecting any business process changes from the 2008 study |
| 11/18/2016 | North Highland | 4.0 | Updated documents reflecting FDC feedback on draft |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Review

| Name | Role | Date |
|------|------|------|
| Chuck Beckett | NH Quality Control Review | 10/28/2016 |
| FDC | Client review of draft document | 11/10/2016 |
| Tad McDonald | NH Quality Control Review | 11/17/2016 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



# TABLE OF CONTENTS

1 DC CORE BUSINESS PROCESSES ................................................................. 5

   1.1   THE PURPOSE AND SUBJECT OF THIS ANALYSIS ............................................. 5

2 INTAKE OFFENDER .................................................................................. 7

   2.1   OVERVIEW ......................................................................................... 7

     2.1.1  Purpose and Objectives of this Process ............................................. 9

     2.1.2  Beginning and Ending Points ......................................................... 9

   2.2   ACTIVITIES & WORKFLOW DIAGRAMS ...................................................... 10

3 ABSCONDER MANAGEMENT SUB-PROCESS ............................................... 15

   3.1   OVERVIEW ........................................................................................ 15

     3.1.1  Purpose and Objectives of this Sub-Process ...................................... 15

     3.1.2  Beginning and Ending Points ......................................................... 15

   3.2   ACTIVITIES & WORKFLOW DIAGRAMS ...................................................... 16

4 COURT ORDERED PAYMENTS .................................................................. 22

   4.1   OVERVIEW ........................................................................................ 22

     4.1.1  Purpose and Objectives of this sub-process ...................................... 22

     4.1.2  Beginning and Ending Points ......................................................... 22

   4.2   ACTIVITIES & WORKFLOW DIAGRAMS ...................................................... 23

5 INVESTIGATIONS SUB-PROCESS ............................................................. 30

   5.1   OVERVIEW ........................................................................................ 30

     5.1.1  Purpose and Objectives of this process ........................................... 30

     5.1.2  Beginning and Ending Points ......................................................... 30

   5.2   ACTIVITIES & WORKFLOW DIAGRAMS ...................................................... 31

6 TRANSFER (INTERSTATE / INTRASTATE) ................................................. 35

   6.1   OVERVIEW ........................................................................................ 35

     6.1.1  Purpose and Objectives of this process ........................................... 35

     6.1.2  Beginning and Ending Points ......................................................... 35

   6.2   ACTIVITIES & WORKFLOW DIAGRAMS ...................................................... 36

7 COMBINED TABLES: .............................................................................. 45

   7.1   ELAPSED TIME .................................................................................... 45

   7.2   PAPER DOCUMENTATION ...................................................................... 57

   7.3   BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER ..................................... 75

   7.4   MESSAGES ........................................................................................ 86

   7.5   PROCESS ISSUES & RECOMMENDATIONS ................................................... 92

   7.6   GENERAL OPPORTUNITIES FOR IMPROVEMENT ............................................ 101

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## LIST OF TABLES

Table 2.1-1 Offenders Admissions by Quarter ................................................................. 7
Table 2.2-1 Intake Offender Activities ........................................................................... 10
Table 3.2-1 Absconder Management Sub-Process Activities .......................................... 16
Table 4.2-1 Court Ordered Payments Activities ............................................................. 23
Table 5.2-1 Investigations Activities .............................................................................. 31
Table 6.2-1 Transfer (Interstate/Intrastate) Activities .................................................... 36
Table 7.1-1 Elapsed Time .............................................................................................. 45
Table 7.2-1 Paper Documentation ................................................................................. 58
Table 7.3-1 Business System Data Entry & Data Transfer ............................................ 75
Table 7.4-1 Messages .................................................................................................... 86
Table 7.5-1 Process Issues & Recommendations .......................................................... 92
Table 7.6-1 General Opportunities for Improvement ................................................... 101

## LIST OF FIGURES

Figure 1.1-1 Department of Corrections Core Business Processes ................................ 5
Figure 1.1-2 Intake Offender Core Business Processes ................................................ 6
Figure 2.2-1 Intake Offender Core Process As-Is Workflow ........................................ 14
Figure 3.2-1 Absconder Management Sub-Process As-Is Workflow ............................ 21
Figure 4.2-1 Court Ordered Payments Sub-Process As-Is Workflow .......................... 29
Figure 5.2-1 Investigation Sub-Process As-Is Workflow ............................................. 34
Figure 6.2-1 Transfer Sub-Process As-Is Workflow .................................................... 44

Community Corrections – Business Process Analysis – Intake Offender Process
with Sub-Processes



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# 1  DC CORE BUSINESS PROCESSES

## 1.1  THE PURPOSE AND SUBJECT OF THIS ANALYSIS

The Department of Corrections (Department, DC) is carrying out an analysis of its major business processes. The primary intent of this activity is to establish the foundation for the development of a new business system, which will replace the Offender-Based Information System (OBIS); the Computer Assisted Reception Process (CARP) system was subsumed by OBIS after the completion of the 2008 analysis. This analysis will also result in a set of functional and technical requirements for the new business system.

The figure below shows the entire DC set of nine core business processes examined during this project; identified by the letters A through I, and the general sequence in which they are carried out. The box highlighted in blue indicates the core business process presented in this document.

Figure 1.1-1 Department of Corrections Core Business Processes





**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



For clarity and convenience, the Community Corrections Intake process has been divided into four numbered sub-processes. Since these sub-processes, Absconder Management, Court Order Payments, Investigations and Transfer could occur in any of the three core processes; Intake, Supervise or Release, each of the numbered sub-processes is described in detail in the Intake process document.

The figure below identifies the Intake Offender core process and four sub-processes name and numbered four sub-processes.

Figure 1.1-2 Intake Offender Core Business Processes





**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# 2  INTAKE OFFENDER

This document was first created in 2008 and has been modified in 2016 by members of the Community Corrections staff to ensure it comports with current (2016) business practices. Where changes have been made, they have been accepted to this document and a notation has been entered to indicate a modification has been made. Refer to project artifacts to see the original documents from 2008.

## 2.1 OVERVIEW

The Community Corrections process of admitting (Intake Offender) offenders into supervision follows a set process order of activities and is conducted in the same manner for each offender. These activities are detailed on a flow diagram and corresponding tables in the following section.

**More than Half of those on Community Supervision (60.9%) Admitted for Felony Probation**

- Only 8.4% of FY Community Supervision admissions came directly from prison; the rest are serving original sentences.

- The majority of offenders serving an original sentence were admitted to community supervision in FY 2014-15 for probation (50,593 or 60.9%), pretrial intervention (10,169 or 12.2%), or drug offender probation (9,095 or 10.9%), community control (6,221 or 7.5%).

- Conditional release accounted for most (5,043 or 72.2%) of the post release supervision admissions, followed by addiction recovery supervision (1,129 or 16.2%) and parole (793 or 11.4%).

  **http://www.dc.state.fl.us/pub/annual/1415/stats/csa_month.html**

Table 2.1-1 Offenders Admissions by Quarter

| Admissions by Quarter | | | | | | |
|---|---|---|---|---|---|---|
| | 1st Quarter (Jul - Sep 14) | 2nd Quarter (Oct - Dec 14) | 3rd Quarter (Jan - Mar 15) | 4th Quarter (Apr - Jun 15) | Total | Percent |
| **Original Sentence** | | | | | | |
| **Probation Total** | **13,236** | **12,448** | **12,580** | **12,329** | **50,593** | **60.9%** |
| Felony Probation | 11,814 | 11,143 | 11,191 | 10,976 | 45,124 | 54.3% |
| Misdemeanor Probation | 1,034 | 961 | 1,029 | 1,013 | 4,037 | 4.9% |
| Administrative Probation | 138 | 96 | 97 | 105 | 436 | 0.5% |
| Sex Offender Probation | 250 | 248 | 263 | 235 | 996 | 1.2% |
| **Drug Offender Probation Total** | **2,337** | **2,229** | **2,218** | **2,311** | **9,095** | **10.9%** |
| **Community Control Total** | **1,599** | **1,587** | **1,571** | **1,464** | **6,221** | **7.5%** |
| Community Control | 1,566 | 1,562 | 1,551 | 1,442 | 6,121 | 7.4% |
| Community Control - Sex Offender | 33 | 25 | 20 | 22 | 100 | 0.1% |
| **Pretrial Intervention Total** | **2,559** | **2,383** | **2,629** | **2,598** | **10,169** | **12.2%** |
| Pretrial Intervention | 1,906 | 1,789 | 1,979 | 1,871 | 7,545 | 9.1% |
| Pretrial Intervention - Drug Court | 653 | 594 | 650 | 727 | 2,624 | 3.2% |



# Florida Department of Corrections

## Community Corrections Business Process Analysis



| Original Sentence Total | 19,731 | 18,647 | 18,998 | 18,702 | 76,078 | 91.6% |
|---|---|---|---|---|---|---|
| **Post-Prison Release** | | | | | | |
| **Parole Total** | **201** | **220** | **187** | **185** | **793** | **1.0%** |
| Florida Parole | 2 | 0 | 6 | 1 | 9 | 0.0% |
| Other State Parole | 199 | 220 | 181 | 179 | 779 | 0.9% |
| Unknown Parole | 0 | 0 | 0 | 5 | 5 | 0.0% |
| **Conditional Release Total** | **1,250** | **1,286** | **1,294** | **1,213** | **5,043** | **6.1%** |
| **Addiction Recovery Total** | **278** | **246** | **297** | **308** | **1,129** | **1.3%** |
| **Other Post-Prison Release Total** | **4** | **1** | **8** | **8** | **21** | **0.0%** |
| Post-Prison Release Total | 1,733 | 1,753 | 1,786 | 1,714 | 6,986 | 8.4% |
| **Grand Total** | **21,464** | **20,400** | **20,784** | **20,416** | **83,064** | **100.0%** |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



### 2.1.1   Purpose and Objectives of this Process

The purpose of the core process Community Corrections – <u>Intake Offender</u> is to conduct identification and assignment of offenders placed on supervision.

The objectives of this process are to:

- Receive/gain offenders coming directly from court or being released from an Institution onto conditional release or court ordered supervision.

- Manage the various referral sources including deferred prosecutions, sentencing by the court or the releasing authority, interstate compact, other State entities as well as institutions, prosecutors, and the Florida Commission on Offender Review. Offenders may be sentenced to supervision types as described in Florida Statutes 944, 947, 948, 949.

- Initiate the completion of the various forms included with the case file.

- Input appropriate data in OBIS screens and case notes across all supervision activities.

### 2.1.2   Beginning and Ending Points

Beginning Point:

- Inmate Released from Prison or Court Orders Offender to Supervision (Referral Received for Processing)

Ending Point:

- Assign offender to Field Office

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## 2.2  ACTIVITIES & WORKFLOW DIAGRAMS

Table 2.2-1 lists the activities that make up the Intake Offender Core Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period.   The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in tables presented in this section.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 2.2-1 Intake Offender Activities

# Florida Department of Corrections

**Community Corrections Business Process Analysis**



| Core Process G – Intake Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1. | Inmate Released from Prison | An Inmate is released to supervision by an Institution. Prior to release, for certain inmates/offenders an investigation is conducted to determine where the offender will reside and to which Field Office the inmate will report. At the time of release from incarceration, paperwork will detail the type of supervision the offender is required to complete once released.<br><br>The Inmate Release Investigation Report is completed prior to the inmates release and contains the reporting location and the sentencing details.<br><br>Upon release, the inmate (now classified as an offender) reports to the appropriate Field Office or Intake Office for intake processing and is instructed to bring their Record of Inmate Discharge.<br><br>The Intake Office maintains knowledge of all inmates that are to report to the Field Office for processing by either reviewing OBIS reports or investigations of releases. Any inmate "No Shows" will be investigated. | Institutions<br><br>Intake Operations Staff |
| 2. | Court Orders Offender to Supervision | The courts can order an offender to undergo supervision in one or two ways. Offenders convicted of a crime can be sentenced to supervision directly from court and ordered to appear at an Intake Office for supervision or supervision can be ordered upon an offender's release from the local jail.<br><br>In some courts, a Court Officer (representative of the Field Office for the area) may be present at the time of supervision sentencing in order to expedite and instruct offenders that have been ordered to supervision from court.<br><br>The Intake Office maintains knowledge of all offenders that are to report to the office for processing by reviewing court data sheets or court calendars. Any offender "No Shows" will be investigated.<br><br>The "Probation Order" is the official document that must be generated and signed by the offender and judge. However depending on the court procedures, this document may arrive at the Field Office at any time during the three core processes (Intake, Supervision, and Release). | Court / Jail<br>(Judge, Clerk or Court Officer)<br><br>Intake Operations Staff<br><br>Field Office<br>(Field Officer /Supervisor) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Core Process G – Intake Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 3. | Receive Referral for Processing | The Court Data Sheet and the Court Calendar are tools used by the Court Officer to instruct the offender and to direct the offender to the appropriate office for intake possessing.<br><br>Additionally, some Field Offices across the state have access to the court's data management system. Once the order is received at the Field Office the offender will sign and then the original document is sent back to the court for filing with the Clerks' Office and a copy is placed in the offender's file.<br><br>If the offender is sentenced to supervision in a court that has an attached Intake Office, steps 3-7 are completed in that Intake Office in the court house and the offender is instructed to report directly to their assigned Field Office.<br><br>Otherwise, the offender is instructed to report to the appropriate Intake Office or Field Office with a Record of Inmate Discharge form from prison, initial reporting instructions and any court paperwork that was given to the offender by the court or institution. | Intake Operations Staff<br><br>(Intake or Field Office personnel)<br><br>Field Office<br><br>(Field Officer /Supervisor)<br><br>Court / Jail<br><br>Institutions |
| 4. | Input/Validate Offender Data | Once an offender arrives at an Intake office, an Intake Staff member (or Field Office staff – depending on staffing and size of office) reviews the court documents, and reporting instructions. The offender is provided the Offender Information Sheet and Reporting Instructions to complete.<br><br>The Intake Staff verifies the identity of the offender, insures the offender is assigned a DC number in OBIS, inputs the sentence structure and verifies the criminal offenses of the offender. Either the Rapid ID or (E-Agent) electronic applications are utilized to verify fingerprints and photo identification. Additionally, OBIS can be accessed to view an offender's prior criminal history, analyze and interpret sentencing conditions of supervision, and enter new offender information received during the intake process.<br><br>Sex Offender Residence Review (SORR) is conducted at this time to ensure residence is not located in a prohibited location and the data is updated in GIS/SORR. | Intake Operations Staff<br><br>(Intake or Field Office personnel)<br><br>Field Office<br><br>(Field Officer /Supervisor) |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes



# Florida Department of Corrections
### Community Corrections Business Process Analysis

Figure 2.2-1 Intake Offender Core Process As-Is Workflow






**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# 3  ABSCONDER MANAGEMENT SUB-PROCESS

## 3.1  OVERVIEW

### 3.1.1  Purpose and Objectives of this Sub-Process

The purpose of the sub-process Community Corrections – <u>Absconder Management Sub-Process</u> is to record, track and locate offenders who have absconded. The term "Absconder" refers to a person who ceases to make himself available for supervision, after attempts to locate and make contact with the offender have been unsuccessful.

The objectives of this Sub-Process are:

- Classify the offender as an absconder
- Identify, investigate, track and coordinate the apprehension of absconders
- Work in conjunction with state and local law enforcement, Field officers in the field, other Absconder Units and Task Forces, throughout the country in locating and apprehending absconders.
- Post absconder information to the Department's public and internal web sites
- Conduct investigations
- Reduce the number of absconders statewide

### 3.1.2  Beginning and Ending Points

Beginning Point:

- Offender absconds (Field Officer cannot locate)

Ending Point:

- Absconder located and local authorities notified (if necessary)
- Search for absconder is halted on the basis: No further information or jurisdiction, extradition issues, incarceration or death, etc.

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## 3.2 ACTIVITIES & WORKFLOW DIAGRAMS

Table 3.2-1 lists the activities that make up the Absconder Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Sub-process activities are referenced by index number. The first number (before the period) indicates the sub-process number and the second number (after the period) indicates the sequence number of the activity.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 3.2-1 Absconder Management Sub-Process Activities

| Sub-Process 1 – Absconder Management | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1.1 | Offender Absconds | After an investigation to locate the offender by the Field Officer has been completed and the offender cannot be located, the offender is believed to have absconded.<br><br>If this offender's risk level is high (type that requires immediate attention e.g., sex or career offenders etc., the Field Officer may issue a "Be On the Look Out" (BOLO) via an FCIC administrative message request submitted to law enforcement. | Field Office<br><br>Absconder Unit |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 1 – Absconder Management | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1.2 | Provide Tips | Tips may be received in the form of a phone call or email sent to the Absconder Unit. Other Field Offices may send investigations and Cold Case investigations.<br><br>Both the Field Officer and the Absconder Unit receive tips and may investigate the information provided. There are a variety of tip sources and information utilized to gain information about the location of the absconder; such as acquaintances, family members, government agencies, etc. | External Providers of Information<br><br>Absconder Unit<br><br>Field Office |
| 1.3 | Open Investigation | As a result of a tip received by the Absconder Unit or a Cold Case investigation, the tip is entered on the Absconder Tracking Screen by the Absconder Unit. When the tip is entered in OBIS, an investigation is automatically opened on the Investigations for offender screen. At the same time an entry is automatically inserted in the offender's case notes in OBIS, providing details of the tip and the investigation. The investigation will remain assigned to the Absconder Unit member who entered it into OBIS or may be reassigned by the Absconder Unit Supervisor to another member of the Absconder Unit.<br><br>Note: The Absconder Unit's investigations are tracked in ITS but are entered on IT05 which is only for the Absconder Unit. The Field Officer may elect to open their own investigation in ITS, however it is not done on IT05 (Absconder Tracking Screens). | Field Office<br><br>Absconder Unit<br><br>External Providers of Information |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 1 – Absconder Management | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1.4 | Create Violation Documents | The Field Officer creates the Violation documents (e.g., affidavit, warrant, and violation report) that are sent to court for a judge's signature. If an offender has an existing open violation from another violation, then the documents is amended to include absconding.<br><br>Not every violation becomes an automatic violation notification; some are at the discretion of the parole officer, etc. | Field Office<br><br>Courts |
| 1.5 | Judge Signs Warrant | The judge signs the warrant to allow immediate arrest of the offender once they are located. | Courts<br><br>Field Office |
| 1.6 | Investigation to Locate Absconder | The Absconder Unit utilizes additional resources for absconder investigations that are not available to the Field Officer. These additional resources may include; data received from other agencies, various research tools, and data exchange relationships. (e.g., JusticeXchange, Department of Children and Families)<br><br>All research information is entered on the Absconder investigation in OBIS. | Absconder Unit |



# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 1 – Absconder Management | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1.7 | Change Offender Status | Once the warrant is signed by the judge, the offender's status is changed in OBIS to "Absconder", which is a loss status. Once the offender has been located, including incarceration or found to be deceased, a gain from absconding is completed and the offender is placed in the appropriate non supervised status (e.g., jail pending court action, deceased, etc.). The Absconder Unit posts information regarding the offender to the Absconder portion of the public website.<br><br>When changing the offender status from absconder to another status, an automatic email is sent to the Absconder Unit. If an Absconder Investigation is still opened, the Absconder Unit reviews the case notes and indicates whether the offender has been captured or cleared in the Absconder Investigation. Then the Absconder Investigation is closed.<br><br>In rare cases the Absconder Unit may change the offender status in OBIS instead of the Field Office; e.g., non-extraditable offender. | Field Officer<br><br>Absconder Unit |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 1 – Absconder Management | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1.8 | Close / Extend / Suspend Investigation | At this juncture, the Absconder Unit makes the decision to either move forward, close, extend or suspend the investigation. If the investigation has not been closed within 30 days, the absconder's investigation appears on a report for the Absconder Unit to take action to either close, extend, or suspend the investigation.<br><br>If a tip is still being investigated then the Investigation may remain open.<br><br>A search for an absconder is halted on the basis that there is no further information or jurisdiction, infeasible due to extradition issues, incarceration or death validated etc. If there is no probability of any further information then the Absconder Investigation is closed. | Absconder Unit |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

Figure 3.2-1 Absconder Management Sub-Process As-Is Workflow





**Florida Department of Corrections**



**Community Corrections Business Process Analysis**

# 4   COURT ORDERED PAYMENTS

## 4.1   OVERVIEW

### 4.1.1   Purpose and Objectives of this sub-process

The purpose of the Community Corrections – <u>Court Ordered Payment System or "COPS"</u> sub-process is to manage payments ordered by the courts for victim restitution, court costs, cost of supervision, etc.

The objectives of this process are:

- Process payments for court ordered financial obligations and refunds for offenders

- Process disbursement checks to assigned individuals and/or businesses

- Track offender financial obligations

### 4.1.2   Beginning and Ending Points

Beginning Point:

- Submit payment

Ending Point:

- Financial obligations cleared



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 4.2  ACTIVITIES & WORKFLOW DIAGRAMS

Table 4.2-1 lists the activities that make up the Court Ordered Payments sub-process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Sub-process activities are referenced by index number. The first number (before the period) indicates the sub-process number and the second number (after the period) indicates the sequence number of the activity.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 4.2-1 Court Ordered Payments Activities

| Sub-Process 2 – Court Ordered Payments Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2.1 | Submit Payment | The offender is ordered by a sentencing authority or releasing authority to pay financial obligations for a variety of items; e.g., victim restitution, court costs, fines, cost of supervision, drug testing etc. The offender is discouraged in making any payments directly to the Field Office and is encouraged to submit payment through JPay. Payments can be submitted in four ways through the vendor JPay: electronically, phone, mail order, or pay at a participating money wire facility (i.e. Walmart). Personal checks are accepted only if so ordered by the sentencing authority.<br><br>COPS can't disburse or handle more than 499 payees in a single transaction. | Offender<br>Field Office<br>COPS Accounting<br>JPAY |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 2 – Court Ordered Payments Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2.2 | Payment Received | If the payment is received by the Field Office, it is receipted through OBIS by the Field Office.<br><br>If the Field Office accepts the payment, the payment is recorded in OBIS, an OBIS receipt is given to the offender. For any payments accepted in the Field Office, the Field Office staff deposit those payments directly into the COPS bank account.<br><br>If a DC number has not been provided or is not correct, manual research is done to match the name to the DC number in OBIS.<br><br>If anything is wrong with the payment and it cannot be processed, an email is sent to the assigned Field Officer and if possible the payment is sent back to the offender.<br><br>Payments submitted by the offender through JPAY are received in payment batch files electronically. These payment batch files are loaded electronically into OBIS nightly and processed during an OBIS nightly batch job seven days a week. Each night OBIS provides an updated list of DC numbers and names to the payment vendor so that the payment vendor can verify the accuracy of the DC numbers before accepting the payments.<br><br>ItemAge files are loaded through the same nightly OBIS batch job however only five days a week. | Field Office<br><br>COPS Accounting<br><br>Bank |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 2 – Court Ordered Payments Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2.3 | Payment Accepted | If the payment is accepted and cannot be matched to a DC number, the unidentified funds are posted to a dummy DC number for that region and not disbursed in OBIS. These funds are held for a year. After this time if the funds still cannot be posted to an offender, the funds are moved to the general revenue account or a Crimes Compensation Account, if ordered by the court.<br><br>If the payment cannot be accepted for any reason an email is sent to the Field Office by COPS Accounting as notification. Once the Field Office Supervisor receives the email, an investigation is opened and assigned to a Field Officer if appropriate. | COPS Accounting<br>Field Office<br>Offender<br>Bank |
| 2.4 | Payment Identified | The offender's DC number is identified and the payment is processed into OBIS.<br><br>If there was an issue identified with the payment by COPS Accounting and the issue is resolved by the Field Officer, an email is sent back to COPS Accounting with the details and the payment then can be processed to the offender's account, etc. | COPS Accounting<br>Field Office |
| 2.5 | Payment Deposited | Payments received and receipted in OBIS by the Field Office are not mailed to COPS Accounting. The Field Office deposits those payments into the bank. | COPS Accounting<br>Field Office<br>Offender<br>Bank |
| 2.6 | Funds Cleared | COPS Accounting pulls the daily banks statement from the bank's web site. They verify which deposits were processed, amount of all the deposits and the accuracy of the deposits. | Bank<br>COPS Accounting |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 2 – Court Ordered Payments Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2.7 | Funds Disbursed | COPS Accounting makes an entry in OBIS to release a payment batch for processing.<br><br>An OBIS job is processed automatically after hours five days a week that disburses the funds (by offender) to each payee.<br><br>Payees are previously created with Payee ID's during the Intake process in OBIS. Centralized payee ID's are created by the Community Corrections Central Office when the payee has requested a main account for all payments; e.g., for a private business for restitution or courts for court costs etc.<br><br>These payee ID's are utilized during COPS entry to link an offender's financial obligation to the payee in OBIS. | COPS Accounting<br><br>Bank<br><br>Payee |
| 2.8 | Check Received | A batch file is created nightly (5 days a week) by OBIS and is downloaded from OBIS by COPS Accounting for check printing the following morning. This batch file is processed through "EZ PaySuite" third party check printing software.<br><br>Once the checks are printed an OBIS file is created containing the details of checks issued and voided. The file is electronically submitted to the bank daily five days a week by COPS Accounting.<br><br>Any refunds due to the offender, greater than $10.00 are processed daily.<br><br>Checks are picked up by Novitex Mailing Services as the presorting and mailing services contractor. | COPS Accounting<br><br>Bank<br><br>Payee |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Sub-Process 2 – Court Ordered Payments Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2.9 | Financial Obligation Cleared | As part of the on-going supervision of the offender, the assigned Field Officer regularly reviews the payments in OBIS and the status with the offender (OFOA report).<br><br>The court ordered financial obligation is to be paid in full three months (90 days) before an offender is released from supervision. If an obligation is not paid in full, a judge can convert the restitution or any obligation owed to the court over to a civil lien and then the released offender makes payments directly to the court clerk, thereby reducing the obligation to zero in OBIS for the offender. | Payee<br><br>Offender |
| 2.10 | Returned or Non-cashed Checks | Checks are regularly returned to COPS Accounting for address changes or refusals/refunds from payees. COPS Accounting notifies Community Corrections Field Office so that Community Corrections Field Office can make every effort to deliver the funds to the payee.<br><br>1. If an address change notification is received from the USPS or the payee, the appropriate staff of Community Corrections Field Office will make the address change in OBIS and open the account so funds can continue to disburse.<br><br>2. If the offender is still on active supervision or recently terminated (less than a year) and there is no new address for the payee in OBIS, an email is sent to the Field Office for a new address. The check is voided and the payee account is put in deferred status in OBIS. This will prevent checks from being mailed until the address is corrected in OBIS. After the address is changed, the Field Office will reopen the account so that the funds can re-disburse.<br><br>3. If the payee refuses to accept payment, money will continue to be allocated until the obligation is paid in full. Funds will be sent to | COPS Accounting<br><br>Field Office<br><br>Payee |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 2 – Court Ordered Payments Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | general revenue when the offender's supervision is terminated. If the payee refunds an overpayment the Field Officer is notified and will adjust the obligation balance. The funds will be re-disbursed to other available payees. If the offender has paid all obligations the funds may be refunded to the offender. | |
| | | 4.  If the offender's supervision has been terminated for longer than a year and the check is returned or is not cashed, the field officer would establish a Crimes Compensation account if ordered by the court or the check is voided and the funds are posted to the general revenue account. If the payee makes an inquiry and provides a new mailing address the funds are re-disbursed to the payee. | |
| | | 5.  An OBIS report is run by COPS Accounting for any payees that have not cashed their checks within a year. These checks are voided and processed as in 1 through 3 above. | |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



Figure 4.2-1 Court Ordered Payments Sub-Process As-Is Workflow





**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# 5  INVESTIGATIONS SUB-PROCESS

## 5.1  OVERVIEW

### 5.1.1  Purpose and Objectives of this process

The purpose of the sub-process Community Corrections – <u>Investigation</u> is to track and complete various types of offender investigations assigned to Field Officers and/or Field Office Supervisors.

The objectives of this process are:

- To provide offender data from requests for information from courts, other agencies, etc. that have been assigned to a Circuit Field Office.
- Respond to investigations in the timeframes outlined in procedures for each type of investigation submitted.

### 5.1.2  Beginning and Ending Points

Beginning Point:

- An offender investigation is requested

Ending Point:

- Offender investigation is closed

Community Corrections – Business Process Analysis – Intake Offender Process
with Sub-Processes



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 5.2 ACTIVITIES & WORKFLOW DIAGRAMS

Table 5.2-1 lists the activities that make up the Investigation sub-process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Sub-process activities are referenced by index number. The first number (before the period) indicates the sub-process number and the second number (after the period) indicates the sequence number of the activity.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 5.2-1 Investigations Activities

| Sub-Process 3 – Investigations Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 3.1 | Request Investigation | An investigation can be requested from a variety of sources such as courts, state attorney, correctional institutions, other states, and other probation offices/officers, as well as from court dockets, memorandums, phone calls, walk-in offenders, etc. There multiple types of investigations e.g., Presentence, Violation of Probation, Court Ordered Payment (COPS); etc. Each type of investigation may require different procedures on how to handle and what information is required, including specific timeframes on the completion of the investigations; however the process remains the same. An investigation can be requested by email, fax, a phone call or offender's action. | Investigation Requestor<br><br>Intake Operations Staff<br><br>(Intake or Field Office personnel) |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 3 – Investigations Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 3.2 | Input/Validate Offender Data | The Intake Operations staff is responsible for validating the DC number of the offender or assigning one in OBIS if one is not assigned. Depending on the procedures of the office, the Intake staff, CJIT or Supervisor (or other support personnel) may do the actual OBIS entries or gathering of additional data for the investigation. | Intake Operations Staff<br><br>(Intake or Field Office personnel)<br><br>Field Office |
| 3.3 | Assign Investigation to Field Office | The Intake Operations staff opens an investigation in OBIS and assigns the investigation to the Field Office for completion in Investigative Tracking System (ITS) (set of OBIS screens).<br><br>Based on the type of investigation, OBIS generates an automatic completion date. | Intake Operations Staff<br><br>(Intake or Field Office personnel)<br><br>Field Office |
| 3.4 | Assign Investigation | The Supervisor is responsible for either completing the investigation or assigning the investigation to the appropriate Field Officer. The Field Officer can pull a list of assigned investigations from OBIS for review and tracking. | Field Office<br><br>(Field Officer / Supervisor) |
| 3.5 | Conduct Investigation | A Supervisor or an assigned Field Officer completes the investigation as outlined in the procedures, provide the required information and complete the investigation in the required timeframes. If an investigation requires more time than procedures dictate to complete, the Supervisor has the authority to extend the investigation, and to change the required completion date of the investigation in OBIS. All case notes are updated in OBIS with all details of the investigation. The results of the investigation are sent back to the original investigation requestor via email, fax or phone call. | Field Office<br><br>(Field Officer / Supervisor) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 – Investigations Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 3.6 | Close Investigation | Once all pertinent investigation information has been gathered and reported back to the requestor, the investigation is closed in OBIS by the Supervisor.<br><br>The hardcopy document prepared during the investigation is stored in an "Active" offender's hardcopy file or general pending file. | Field Office<br><br>(Field Officer / Supervisor)<br><br>Investigation Requestor |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

Figure 5.2-1 Investigation Sub-Process As-Is Workflow





**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



# 6   TRANSFER (INTERSTATE / INTRASTATE)

## 6.1   OVERVIEW

### 6.1.1   Purpose and Objectives of this process

The purpose of the sub-process Community Corrections – <u>Interstate/Intrastate Compact</u> is for the management of the interstate (Offenders transferring out of state or other states offenders transferring into Florida) and intrastate (within Florida) transfers of offenders.

The objectives of this process are:

- Data sharing between agencies both in state and out of state

- Allow for controlled movement and transfer of adult probationers and parolees across state lines, between Field Offices and counties

- Utilize Interstate Compact Offender Tracking System (ICOTS) for Interstate transfer of offenders.

-  ICOTS Interstate Compact Offender Tracking System is utilized for up to the date tracking and case management.

### 6.1.2   Beginning and Ending Points

Beginning Point:

- Offender requests a transfer

Ending Point:

- Offender has been transferred and is under supervision in the new Field Office



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 6.2 ACTIVITIES & WORKFLOW DIAGRAMS

Table 6.2-1 lists the activities that make up the Transfer (Interstate/Intrastate) process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Sub-process activities are referenced by index number. The first number (before the period) indicates the sub-process number and the second number (after the period) indicates the sequence number of the activity.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 6.2-1 Transfer (Interstate/Intrastate) Activities

| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.1 | Offender Requests a Transfer | Offender requests to physically transfer to another location either to another state or to another Florida location. An offender can request a transfer for reasons such as: employment, education, reuniting with family members etc. The actual request must be made through the assigned Field Officer. Any new information obtained on an offender as it relates to information gained on the transfer is recorded in OBIS in case notes.<br><br>**Interstate** transfers can be either an offender requesting a transfer out of Florida OR other state offenders requesting transfer to Florida.<br><br>**Intrastate** transfers are offenders requesting transfer to another location (e.g., county, circuit) within the state of Florida. | Offender<br><br>"Sending" Field Office<br><br>(Field Officer / Supervisor) |



# Florida Department of Corrections

## Community Corrections Business Process Analysis

| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.2 | Evaluate Request / Make Recommendation | The "Sending" Field Officer and Field Officer's Supervisor evaluates the offender's transfer request and makes a recommendation (approved or denied) based on the offender's proposed plan, compliance to the terms and conditions of supervision, residence locations and occupants; etc.<br><br>The transfer request could be either approved or denied. If the transfer is approved, the process moves to the next activity. If the transfer request is denied, the offender is informed of the reason for the denial and all the denial details are entered into OBIS case notes. | "Sending" Field Office<br><br>(Field Officer / Supervisor) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.3 | Prepare Transfer Documents | On approval, the "Sending" Field Officer prepares the transfer document(s). | "Sending" Field Office |
| | | **Interstate:** All communication and documentation must be routed through both the "Sending" and "Receiving" Interstate Compact offices and transfer documents/packet will be sent to the "Sending" Interstate Compact Office using the Interstate Compact Offender Tracking System (ICOTS). | (Field Officer / Supervisor) "Sending" Interstate Compact Office "Receiving" Field Office |
| | | **Intrastate:** Communication and documents are sent to the Florida "Receiving" Field Office after a phone call is made for offender reporting instructions. The reporting instructions will be included on the intrastate transfer request. Along with the electronic transfer of the intrastate transfer request, a travel permit will be provided to the offender. A transfer investigation is opened in OBIS (ITS) and case notes are updated in OBIS. | (Field Officer / Supervisor) |
| | | Note: If the transfer request is between Field Offices within the same circuit, the offenders file is sent to the "Receiving" Field Office and no other paperwork. | |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.4 | "Sending" Interstate Compact Evaluates Request / Make Recommendation | The "Sending" state's Interstate Compact Office validates the request and makes a recommendation. Denial notifications are sent directly back to the Field Officer for them to notify the offender. Approvals and a completed transfer packet are forwarded to the "Receiving" state's Interstate Compact Office through ICOTS.<br><br>It is important to note that for both Interstate and Intrastate transfers, the "Sending" state Field Office maintains jurisdiction over that offender even after a transfer has been completed.<br><br>The "Receiving" Field Office communicates with, and generates annual supervision reports back to the "Receiving" state Interstate Compact Office (Interstate) or "Sending" Field Office (Intrastate).<br><br>Florida's Department of Corrections Interstate Compact Office tracks all communications through the Interstate Compact Offender Tracking System (ICOTS) such as; violations, responses to violations, warrants and annual progress reports for all offenders transferred out of Florida and into Florida. | "Sending" Interstate Compact Office<br><br>"Receiving" Interstate Compact Office |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Make Recommendation | The "Receiving" state's Interstate Compact Office validates the request and makes a recommendation. Denial notifications are sent back to the "Sending" state's Interstate Compact Office and then back to the Field Officer for them to notify the offender. For an approved request the transfer packet is sent to the "Receiving" state's Field Office for investigation. | "Receiving" Interstate Compact Office<br><br>"Sending" Interstate Compact Office<br><br>"Sending" Field Office<br><br>(Field Officer / Supervisor) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.6 | Investigate Request / Make Recommendation | **Interstate:** The "Receiving" Field Officer and Field Officer's Supervisor evaluate the offender's transfer request and make a recommendation (approved or denied) based on the offender's proposed plan, compliance to the terms and conditions of supervision, residence locations and occupants; etc.<br><br>If the request is approved by the "Receiving" state Field Office, supporting documentation (e.g., reply to transfer with reporting instructions) is returned back through the Interstate Compact Offices using ICOTS.<br><br>Sometimes an offender is given reporting instructions from another state and arrives at intake or a Field Office before the investigation has been completed and the "Receiving" Field Office has accepted the offender. The offender is gained in OBIS as pending interstate compact. An investigation will be opened and assigned to a Field Officer once the "transfer request" is received from the "Sending" state.<br><br>The offender is informed that they are allowed to remain in Florida but an investigation still needs to be completed and the offender will be informed of the results of the investigation as soon as it has been completed.<br><br>Transfer denials are documented and returned back through the "Sending" Interstate Compact Office and then sent to the "Sending" Field Office through ICOTS.<br><br>The final approved documents are approved in ICOTS by the Interstate | "Receiving" Field Office<br><br>(Field Officer / Supervisor)<br><br>"Sending" Field Office<br><br>(Field Officer / Supervisor)<br><br>"Receiving" Interstate Compact Office |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 4 – Transfer Activities |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | Compact Office to the Florida Field Officer assigned the case in ICOTS. **Intrastate:** The "Receiving" state Field Office completes the investigation by validating the offenders transfer plan, e.g., address etc. A phone call is made to the "Sending" state Field Office with the approval or denial. | |
| 4.7 | Notice Received for Approval or Denial | The "Sending" Field Officer receives notification of the approval or denial of the transfer request through ICOTS. | "Receiving" Field Office (Field Officer / Supervisor) "Sending" Field Office (Field Officer / Supervisor) Offender |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.8 | Generate Offender Travel Documents | Once a transfer request is approved for either an Interstate or Intrastate transfer, the "Sending" Field Officer will generate offender travel documentation that will include a travel permit, any pertinent communication between the sending and receiving Field Offices, and reporting instructions for the offender. **Interstate:** The travel permit and Notice of Departure documents are prepared by the "Sending" Interstate Compact Office. The offender being transferred will receive a copy of these documents to provide to the "Receiving" Field Office on arrival for Intake processing. These documents are also transmitted to the "Receiving" Field Office through ICOTS. **Intrastate:** The travel permit is prepared by the "Sending" Field Office, and a copy given to the offender to provide to the "Receiving" Field Office. | "Receiving" Field Office (Field Officer / Supervisor) "Sending" Field Office (Field Officer / Supervisor) "Receiving" Interstate Compact Office |
| 4.9 | Offender Notified of Transfer Decision | The offender is notified of the approval or denial of the transfer request by the "Sending" Field Officer. | Offender "Sending" Field Office |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 4 – Transfer Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4.10 | Offender Transfer Complete | **Interstate:** The Notice of Arrival form will be prepared by the "Receiving" Field Office and they send the form to the "Receiving" state through ICOTS. This same form (Notice of Arrival) is also utilized if the offender does not arrive as well.<br><br>**Intrastate:** Once the "Sending" Field Office validates that the offender has arrived at the "Receiving" Field Office, the transfer is completed by, gaining the offender in OBIS to the assigned Field Office and Field Officer and the transfer investigation will be closed in OBIS.<br><br>If the offender does not arrive for intake at the "Receiving" Field Office, the "Receiving" Field Office will notify the "Sending" Field Office and will work as a team to locate the offender. | "Receiving" Field Office<br><br>(Field Officer / Supervisor)<br><br>"Sending" Field Office<br><br>(Field Officer / Supervisor)<br><br>"Receiving" Interstate Compact Office |



Figure 6.2-1 Transfer Sub-Process As-Is Workflow



**Florida Department of Corrections**
**Community Corrections Business Process Analysis**



# 7  COMBINED TABLES:

The following section, using the same activities described and diagramed in the previous sections, provides further detail into the Intake Offender core process, as well as the four sub-process areas. The details of these process areas discussed below include; Elapsed Time, Paper Documentation, Business System Data Entry & Data Transfer, Message, and Process Issues & Recommendations.

## 7.1  ELAPSED TIME

This section describes the time limits or goals required to complete the activities that make up the core and sub-processes.

Sub-process activities are referenced by index number. The first number (before the period) indicates the sub-process number and the second number (after the period) indicates the sequence number of the activity.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity. |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Limit or Goal Time | Any time limits or goals, from any source – internal or external – pertaining to this activity. |
| Limit or Goal Source | The source of the limit or goal listed above (Florida Statutes, DC policy, etc.) |
| Speed Bumps | Specific, recurring difficulties that slow the progress of this activity. |

Table 7.1-1 Elapsed Time

| Core Process G – Intake Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 1. | Inmate Release from Prison | Immediately Upon Release from Prison | Procedure 302.120 | The Intake Office does not always know inmates are being released to supervision or inmates with immigration issues are released and should be routed to immigration instead of to supervision |

# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 1. | Inmate Release from Prison | Before Release of Inmate | Technical Instructions 15.05.18 Outpatient Mental Health Services | Currently the completed DC4-661 Summary of Outpatient Mental Health Care form is mailed to the inmate's assigned Field Office. Field Officers interviewed during the site visits advise they do not currently receive the inmate mental health information. <br><br> Inmate mental health forms are no longer completed in Community Corrections. |
| 1. | Inmate Release from Prison | Before Release of Inmate | Technical Instructions 15.05.18 Outpatient Mental Health Services | Currently the completed DC4-657 Discharge Summary for Inpatient Mental Health Care form is mailed to the inmate's assigned Field Office. Field Officers interviewed during the site visits advise they do not currently receive the inmate mental health information. <br><br> Inmate mental health forms are no longer completed in Community Corrections. |
| 2. | Court Orders Offender to Supervision | Immediately Upon Sentencing | Procedure 302.120 | Processing Delays – Courts processing of Probation Order timely |
| 3. | Receive Referral for Processing | Within 72 hours (post prison release offenders) | Procedure 302.120 | Labor Intensive - Manual Verification for No Shows (e.g., inmate release, arrest logs via law enforcement website, court documents) |
| 3. | Receive Referral for Processing | Within 48 hours (other supervised offenders) | Procedure 302.120 | Labor Intensive - Manual Verification for No Shows (e.g., inmate release, arrest logs via law enforcement website, court documents) |
| 4. | Input / Validate Offender Data | Upon offender's Arrival to Field Office | Procedure 302.120 | Inconsistent operation of Rapid ID Hardware / Software |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 4. | Input / Validate Offender Data | Upon offender's Arrival to Field Office | Procedure 302.120 | JFI – CDC search has to be printed to review information |
| 5. | Conduct Warrant Check | Upon offender's Arrival to Field Office | Procedure 302.120 | Warrant posting delays depending on law enforcement agency and/or NCIC |
| 6. | Instruct Offender | Upon offender's Arrival to Field Office and Validation of Data | Procedure 302.120 | Labor intensive – Manual instruction documentation |
| 7. | Assign Offender to Field Officer | Upon intake processing or direction from a court representative | Procedure 302.120 | Manual Process – assignment of offender to a Field Officer is manual (instead of system generated by zip code of the residence or work location of the offender). The Supervisor must review manually the Field Officer's current workload, geographical area, work schedule as well. . |

| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 1.1 | Offender Absconds | 5 days from discovery (low risk offenders) | Procedure 302.103 | N/A |
| 1.1 | Offender Absconds | Immediate (high risk offenders) | Procedure 302.103 | N/A |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 1.1 | Offender Absconds | BOLO (FCIC) issued for high risk offenders | | N/A |
| 1.4 | Create Violation documents | 5 days from discovery (low risk offenders) | Procedure 302.103 | N/A |
| 1.4 | Create Violation documents | Immediate (high risk offenders) | Procedure 302.103 | N/A |
| 1.7 | Change Offender Status | As soon as warrant is signed | Procedure 302.103 | Delays in getting warrant signed |
| 1.7 | Change Offender Status | Within 24 hours of signed warrant information is posted to web | Procedure 302.103 | Currently a manual process |
| 1.8 | Close / Extend / Suspend Investigation | Within 30 days | Absconder Unit Procedures | N/A |

| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 2.1 | Submit Payment | Varies – Based on individual offender payment schedule and court order | COPS Technical Manual | Offenders have four ways to pay through the vendor JPAY. Some Field Offices are taking payments directly and errors can occur in deposits to the banks, etc. |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 2.2 | Payment Received | Varies based on use of payment processing vendor | N/A | Payment instruments which do not meet Department of Corrections requirements must be returned to the offender |
| 2.3 | Payment Accepted | < 2 working days after receipt | COPS Accounting | If the offender does not provide the correct DC number, the process will be delayed |
| 2.4 | Payment Identified | < 5 days | COPS Technical Manual | If an offender has not been set up with a COPS obligation in OBIS, then the payment can not be posted automatically during the OBIS payment upload job. The payment has to be posted manually by COPS Accounting. |
| 2.5 | Payment Deposited | 5 Business days (COPS Accounting)<br><br>Next business day before 2:00 PM (Field Office) | COPS Technical Manual | The offender can not always be identified if the offender did not include their DC number and full name |
| 2.6 | Funds Cleared | N/A | N/A | Batch total may not balance. Payment instrument may be counterfeit or stolen. Stop payment order may have been processed by issuer. |
| 2.7 | Funds Disbursed | N/A | N/A | Payee address may not be valid. Payment amount may be too small to disburse or allocate and may need to be over ridden manually. Payee obligation may be deferred. Offender may not have any open obligations. |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 2.8 | Check Received | N/A | N/A | Check may not be received if an incorrect address is in OBIS |
| 2.9 | Financial Obligation Cleared | Three months (90 days) before release from supervision | COPS Technical Manual | Offender absconds, has supervision revoked or cannot pay |
| 2.10 | Returned or Non-cashed Checks | 1 year after termination of supervision | COPS Accounting | Unable to locate payee, or payee does not cash check |

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3.1 | Input / Validate Offender Data | 2 days | Procedure 302.105 OBIS Manual | N/A |
| 3.3 | Assign Investigation to Field Office | 2 days | Procedure 302.105 | N/A |
| 3.4 | Assign Investigation | 1 day | Procedure 302.105 | N/A |
| 3.5 | Conduct Investigation Bond | 7 days | Procedure 302.105 OBIS Manual | N/A |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3.5 | Conduct Investigation<br><br>Conditional Release Supervision (CRSI) | 2 days (or prior to inmate's release, whichever is sooner) | Procedure 302.105 OBIS Manual | N/A |
| 3.5 | Conduct Investigation<br><br>Consecutive Sentence (CSEN) | 30 days | OBIS Manual<br><br>Procedure 302.105 | Updates to the EOS/TRD |
| 3.5 | Conduct Investigation<br><br>Court Ordered Payment (COPS) | 60days | OBIS Manual<br><br>COPS manual<br><br>Procedure 302.105 | N/A |
| 3.5 | Conduct Investigation<br><br>Other State (OS) | 30days | Procedure 302.105 OBIS Manual<br><br>Procedure 301.001 | Other state providing information |
| 3.5 | Conduct Investigation<br><br>Other (OTH) | 30 days | Procedure 302.105 OBIS Manual | Multiple variables |




# Florida Department of Corrections

## Community Corrections Business Process Analysis

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3.5 | Conduct Investigation Placement (PLC) | 10 days | Procedure 302.105 | N/A |
| 3.5 | Conduct Investigation Pre-Sentence – not in custody (PSI) | 28 days | Procedure 302.105 OBIS Manual | N/A |
| 3.5 | Conduct Investigation Pre-Sentence – in custody (PSIJ) | 21 days | Procedure 302.105 OBIS Manual | N/A |
| 3.5 | Conduct Investigation Pre-Plea Pre-Sentence (PRP) | 28 days | Procedure 302.105 OBIS Manual | N/A |
| 3.5 | Conduct Investigation TIPS | Immediate/1 day | OBIS Manual | N/A |
| 3.5 | Conduct Investigation Pretrial Intervention Background (PTIB) | 21 days | Procedures 302.105, 302.801 OBIS Manual | N/A |

# Florida Department of Corrections

## Community Corrections Business Process Analysis

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3.5 | Conduct Investigation<br><br>Pretrial Intervention Preliminary (PTIP) | 5 days | OBIS Manual<br><br>Procedures 302.105, 302.801 | N/A |
| 3.5 | Conduct Investigation<br><br>Supervision Review (SUPR) | 25 days | OBIS Manual<br><br>Procedure 302.205 | N/A |
| 3.5 | Conduct Investigation<br><br>Transfer (TRNR) | 30 days | Procedure 302.105<br><br>OBIS Manual | N/A |
| 3.5 | Conduct Investigation<br><br>Transfer (TRNS) | 10 days | Procedure 302.105<br><br>OBIS Manual | N/A |
| 3.5 | Conduct Investigation<br><br>Violations Investigation Alleged    (VIOA) | 5 days | Procedure 302.103<br><br>OBIS Manual | N/A |
| 3.5 | Conduct Investigation<br><br>Violations Investigation Technical (VIOT) | 5 days | OBIS Manual<br><br>Procedure 302.103 | N/A |

Community Corrections – Business Process Analysis – Intake Offender Process
with Sub-Processes

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3.5 | Conduct Investigation Sex Offender Residence Review (SORR) | 10 days | Community Corrections Central Office OBIS Manual Procedures 302.105, 302.701, 302.303 | N/A |
| 3.5 | Conduct Investigation (IT30 – 30 day review) | 45 days | OBIS Manual Procedure 302.003 | N/A |
| 3.5 | Conduct Investigation Re-Review (REVW) | 30 days | OBIS Man Procedure 302.003ual | N/A |
| 3.5 | Conduct Investigation 30-Day Pre-termination Review (TRM3) | 30 days | OBIS Manual Procedure 302.003 | N/A |
| 3.5 | Conduct Investigation 90-Day Pre-termination Review (TRM9) | 30 days | OBIS Manual Procedure 302.003 | N/A |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| | | | | |
| 3.5 | Conduct Investigation<br><br>Career Offender Residence Review (CORR) | 10 days | OBIS Manual<br><br>Procedures 302.105, 302.701, 302.303 | NEW<br><br>N/A |
| 3.5 | Electronic Monitoring Enrolled<br><br>(EMEN) | 10 days | Procedure 302.105<br><br>Electronic Monitoring Manual | NEW<br><br>Changes in EOS/TRD |
| 3.5 | Electronic Monitoring Hook-Up<br><br>EMHU | 20 days | Procedure 302.105<br><br>Electronic Monitoring Manual | NEW<br>Changes in EOS/TRD |
| 3.6 | Close Investigation | See Conduct Investigation elapsed times in this table above | Procedure 302.105 | N/A |

| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 4.3 | Prepare Transfer Documents | Interstate from court out of state | Procedure 301.001 | Incomplete or late submission of transfer packets |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| | | offender – 7 days from request **\*see note** | | |
| 4.4 | "Sending" Interstate Compact Evaluates Request / Recommendation | 5 days | Interstate Compact Internal Guidelines | N/A |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Recommendation | 45 days from receipt of request, complete investigation and respond | Procedure 301.001 Interstate Compact Rules | N/A |
| 4.6 | Investigate Request / Make Recommendation | **Interstate:** 20 Calendar days **Intrastate:** 10 Calendar days (these days are included in the 45 days in Index 5.5) | Procedure 301.001 | N/A |
| 4.8 | Generate Offender Travel Documents | At time of offender's departure | N/A | N/A |
| 4.10 | Offender Transfer Completed | **Interstate:** Acceptance valid for 120 days | Procedure 301.001 | N/A |

 

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 7.2  PAPER DOCUMENTATION

This section describes the paper documents required to complete the activities that make up the core and sub-processes. The reference column refers to the originator and title of policy, procedure, or instruction that contains the form or specifies the content of the document, if any. More than one document may be required to carry out a single activity, so each is listed. The following is a description and definition of each of the columns in this table.

Sub-process activities are referenced by index number. The first number (before the period) indicates the sub-process number and the second number (after the period) indicates the sequence number of the activity.



# Florida Department of Corrections

### Community Corrections Business Process Analysis

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Document Title** | Short title, form number or other designation for the document. |
| **Document Description** | General description of the document contents and purpose. |
| **Reference or Source** | Originator or title of the source instruction or policy. |

## Table 7.2-1 Paper Documentation

| Core Process G – Intake Offender | | | | |
|---|---|---|---|---|
| **Index Number** | **Activity Label** | **Document Title** | **Document Description** | **Reference or Source** |
| 1. | Inmate Release from Prison | Record of Inmate Discharge (DC6-618A) | The release document provided to the inmate at time of release (not consistently looked for, Rapid ID is more important). | Procedure 601.509 |
| 1. | Inmate Release from Prison | OBIS Report | A report is pulled to provide a list of all pending institution releases. This allows the offenders to be tracked and the Intake Office to have paperwork prepared for their arrival. | Field Visit |
| 1. | Inmate Release from Prison | Summary of Outpatient Mental Health Care (DC4-661) | A summary of outpatient mental health care which was provided to the inmate while incarcerated, distributed to FDC staff or other treatment providers as needed and upon HIPAA consent. | Health Services Work Shop |
| 1. | Inmate Release from Prison | Discharge Summary of Inpatient Mental Health Care (DC4-657) | A summary of outpatient mental health care which was provided to the inmate while incarcerated, distributed to FDC staff or other treatment providers as needed and upon HIPAA consent. | Health Services Work Shop |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 2. | Court Orders Offender to Supervision | Initial Reporting Instructions (DC3-298) | This form includes the instructions for the offender on where to physically report. | Procedure 302.120 |
| 2. | Court Orders Offender to Supervision | Court Data Sheet | Information gathered at the court of offender sentencing etc. | Procedure 302.120  Court |
| 2. | Court Orders Offender to Supervision | Probation Order | Court generated document that details final sentence data | Procedure 302.120  Court |
| 2. | Court Orders Offender to Supervision | Court Calendar | Clerk's docket of the cases before the court that day | Procedure 302.120  Court |
| 2. | Court Orders Offender to Supervision | Commitment Sheet | Detailed sheet contains clerk's memo of sentencing and case data | Procedure 302.120  Court |
| 2. | Court Orders Offender to Supervision | Clerk's File Jacket | File jacket with overview of significant court events | Procedure 302.120  Court |
| 3. | Receive Referral for Processing | Offender Information sheet and Reporting Instructions (DC3-297) | Offenders demographic information and office details on where to report | Procedure 302.120 |
| 4. | Input / Validate Offender Data | Intake Investigation Entry Transaction Register (DC3-212) | Direct OBIS data entry if some other person does OBIS input (very few individuals use this form any longer) | Procedure 302.120 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 4. | Input / Validate Offender Data | Felony Disposition and Sentence Data Entry Form (DC3-236) | Direct OBIS data entry for offender sentence structure (very few individuals use this form any longer) | Procedure 302.120 |
| 4. | Input / Validate Offender Data | Court-Ordered payment System Data Entry Input Form (DC3-221) | COPS details for Direct OBIS data entry (very few individuals use this form any longer) | Procedure 302.120 |
| 6. | Instruct Offender | Order Placing Defendant on Administrative Probation (DC3-277) | Court order placing an offender on Administrative Probation (not full supervision requirements) | Procedure 302.120 |
| 6. | Instruct Offender | Instructions to the Offender (DC-246) | Additional Conditions of Supervision to review with offender | Procedure 302.120 |

| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 1.1 | Provide Tips | Processing Tips | Help Document on DC Web | DC Web – Absconder-Unit |
| 1.3 | Open Investigation | OBIS Report (IT01/03) | Field Office Supervisor report of new absconder investigations | OIT (OBIS) |
| 1.4 | Create Violation documents | Affidavit (DC3-216) | Affidavit Request | Procedure 302.103 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 1.4 | Create Violation documents | Warrant (DC3-217) | Warrant Request | Procedure 302.103 |
| 1.4 | Create Violation documents | Violation Report (DC3-202) | Documents the violation of supervision | Procedure 302.103 |
| 1.4 | Create Violation documents | Intake Investigation Entry/ Transaction Register (DC3-212) | Document that initiates input of loss of absconder | Procedure 302.103 |
| 1.6 | Investigation to Locate Absconder | Absconder Tracking Checklist | Checklist for investigation | Absconder Unit Procedures |
| 1.7 | Change Offender Status | Absconder Related Status Codes Quick Reference Chart | Help Document on DC Web | DC Web – Absconder-Unit |

| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 2.1 | Submit Payment | There are four ways to pay through JPAY. | Offenders utilizes JPAY and on occasion pay in the Field Officer. | COPS Technical Manual 203.010 Procedure |
| 2.1 | Submit Payment | COPS Receipt | A printed receipt is generated by OBIS when a payment is entered in OBIS by the Field Office | COPS Technical Manual |



# Florida Department of Corrections

## Community Corrections Business Process Analysis



| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 2.1 | Submit Payment | Court-Ordered Payment Manual Receipt Books | This is a manual payment receipt book given to the Field Office. This can be utilized to give the offenders a manual receipt for a payment received at the Field Office if access to OBIS is not available. | DC Web Form |
| 2.2 | Payment Received | JPAY | JPAY or in Field Office. | COPS Technical Manual |
| 2.7 | Funds Disbursed | Court Ordered Payment System Overpayment or Erroneous Payment OCC | If money was disbursed in error this letter is sent to the payee for reimbursement. | Community Corrections COPS Form Packets |
| 2.8 | Check Received | Check | Disbursement from offenders obligations to payees | COPS Technical Manual |

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.4 | Input/Validate Offender Data | Intake/ Investigation Data Entry Form (DC3-212)- not typically used any longer, entered directly into OBIS | Investigation request form that is completed for another person to do the entry into OBIS | Procedure 302.105 |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes

# Florida Department of Corrections

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.5 | Conduct Investigation | Request investigation worksheet no longer used | General Investigative worksheet for all types of investigations, need to have space to enter notes or related comments | DC Web Forms |
| 3.5 | Conduct Investigation<br><br>Bond | Bond Reduction Investigation (DC3-276) | Investigation to research if an offender can be released on own their own recognizance | Procedure 302.105 |
| 3.5 | Conduct Investigation<br><br>Conditional Release Supervision (CRSI) | Conditional Release Interview (FCOR-CRSI-033) | Request that a county jail or federal prison requires of an investigation on an offender being released from jail or federal prison that is required to complete conditional release supervision. | Procedure 302.105 |
| 3.5 | Conduct Investigation<br><br>Court Ordered Payment (COPS) | COPS Investigation Request | Document used to research various tasks related to Court Ordered Payments | Procedure 302.105<br><br>COPS & OBIS Manuals |
| 3.5 | Conduct Investigation<br><br>Other State (OS) | Interstate Transfer Request ICOTS | Request that is received from the Interstate Compact Office to investigate an out of state offenders plan/request to relocate to Florida. | Procedures 302.105, 301.001 |
| 3.5 | Conduct Investigation<br><br>Placement (PLC) | Pre-Release Placement Notification OBIS Report | Report to insure that an offender's release plan adheres to the guidelines of court ordered supervision. It includes various offender and reporting instructions for an offender being released to supervision. | Procedure 302.105 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.5 | Conduct Investigation Pre-Sentence (PSI) | Pre-Sentence Investigation (DC3-215) Authorization and Release of Information (DC3-214) Consent and Authorization for Use and Disclosure Inspection and Release of Confidential Information (DC4-711B) | Information requested to be gathered before an offender (not in custody) is sentenced by a sentencing authority | Procedure 302.105 |
| 3.5 | Conduct Investigation Pre-Sentence (PSIJ) | Pre-Sentence Investigation (DC3-215) Authorization and Release of Information (DC3-214) Consent and Authorization for Use and Disclosure Inspection and Release of Confidential Information (DC4-711B) | Information requested to be gathered before an offender (in custody) is sentenced by a sentencing authority | Procedure 302.105 |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.5 | Conduct Investigation Pre-Plea Pre-Sentence (PRP) | Pre-plea Release (DC3-232) Pre-Sentence Investigation (DC3-215) | Information requested to be gathered before an offender enters a plea | Procedure 302.105 |
| 3.5 | Conduct Investigation TIPS | OBIS Generated | FACT received on an absconder tip | OBIS Manual |
| 3.5 | Conduct Investigation Pretrial Intervention Background (PTIB) | Pretrial Intervention Background (DC3-288) | Used for a background check first-time offenders charged with certain crimes designated in section 948.08, Florida Statutes, before or after an Information has been filed by a state attorney or an indictment has been returned in a circuit court. Pretrial Intervention programs provide appropriate counseling, education, supervision, medical and psychological treatment as available and when appropriate. | Procedures 302.105, 302.801 |
| 3.5 | Conduct Investigation Pretrial Intervention Preliminary (PTIP) | Pretrial Intervention Background (DC3-288) | Used for a background check first-time offenders charged with certain crimes designated in section 948.08, Florida Statutes, before or after an Information has been filed by a state attorney or an indictment has been returned in a circuit court. Pretrial Intervention programs provide appropriate counseling, education, supervision, medical and psychological treatment as available and when appropriate. | Procedures 302.105, 302.801 |

# Florida Department of Corrections

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.5 | Conduct Investigation Supervision Review (SUPR) | Supervision Review (FS-SUPRV) ITS 42 | Assigned to a Regional Director or designee when a supervision review is scheduled for an offender on parole, control release, or conditional release. | Procedures 302.105, 302.205 |
| 3.5 | Conduct Investigation Transfer (TRNR) | Travel Permit (DC3-220) | Assigned when an offender is transferring from one circuit or county to another  The TRNR is assigned to the "Receiving" Field Office/Officer | Procedures 302.105, 302.306 |
| 3.5 | Conduct Investigation Transfer (TRNS) | Travel Permit (DC3-220) | Assigned when an offender is transferring from one circuit or county to another  The TRNS is assigned to the "Sending" Field Office/Officer | Procedures 302.105, 302.306 |
| 3.5 | Conduct Investigation Violations Investigation Alleged (VIOA) | Violation Report (DC3-202) Warrant (DC3-217) Affidavit (DC3-216) | Assigned and used to outline the circumstances of a violation of the offender's supervision  Note: not always are all three documents required, depending on the type of violation and findings during the investigation | Procedures 302.105, 302.103 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.5 | Conduct Investigation Violations Investigation Technical (VIOT) | Violation Report (DC3-202) Warrant (DC3-217) Affidavit (DC3-216) | Assigned and used to outline the circumstances of a violation of the offender's supervision Note: not always are all three documents required, depending on the type of violation and findings during the investigation | Procedures 302.105, 302.103 |
| 3.5 | Conduct Investigation (IT30 – 30 day review) | Initial 30-Day Review (DC3-242 or DC3-2018) | An IT30 investigation is automatically generated in ITS when an offender is initially assigned/gained to an officer or Supervisor position number. | OBIS Manual Procedure 302.003 |
| 3.5 | Conduct Investigation Re-Review (REVW) | Initial 60-Day Review (DC3-242 or DC3-2018) | If there are areas not complete or in non-compliance during a IT30 investigation, a 'REVW' investigation is entered into ITS | OBIS Manual Procedure 302.003 |
| 3.5 | Conduct Investigation 30-Day Pre-termination Review (TRM3) | OBIS Report Pre-Termination Review (DC3-243) | Offender supervision that is scheduled to terminate within 30 days (the termination date may be for a single component or for the overall sentence), a 'TRM3' (30-Day Pre-Termination Review) investigation is entered in ITS. | OBIS Manual Procedure 302.003 |
| 3.5 | Conduct Investigation 90-Day Pre-termination Review (TRM9) | OBIS Report Pre-Termination Review (DC3-243) | Offender supervision that is scheduled to terminate within 90 days (the termination date may be for a single component or for the overall sentence investigation is entered in ITS. | OBIS Manual Procedure 302.003 |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 3.5 | Conduct Investigation Sex Offender Residence Review (SORR) | OBIS Generated Review | System generated in OBIS once a residence address is changed for a Sex Offender | Procedure 302.105 |
| 3.5 | Conduct Investigation Career Offender Residence Review (CORR) | OBIS Generated Review | System generated in OBIS once a residence address is changed for a Career Offender | Procedure 302.105 |
| 3.5 | Electronic Monitoring Enrolled (EMEN) | OBIS Generated Review | Used to ensure that the electronic device hookup is completed on all applicable inmates before release. Assigned to the residence county who will enter the 3M profile, request hookup assistance, enter EM profile, and forward all electronic monitoring contact information to the hook-up county. | NEW Procedure 302.105 |
| 3.5 | Electronic Monitoring Hook-Up EMHU | OBIS Generated Review | Used to ensure that the EM device hookup is completed on all applicable inmates before release. Investigation is complete upon installation and activation of the EM device on the offender and notification is made to the residence county contact staff. | NEW Procedure 302.105 |

| Sub-Process 4 – Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 4.1 | Offender Requests a Transfer | Offender Application for Interstate Compact Transfer | **Interstate:** Interstate Commission for Adult Offender Supervision (ICAOS) standard form to apply for transfer to another state – must be signed by the offender | Procedure 301.001 (ICAOS)<br>Required |
| 4.1 | Offender Requests a Transfer | Transfer Request | **Interstate:** All details of the offender's transfer plan e.g., offender information, reason for transfer, justification, residence location and employment | Procedure 301.001 (ICAOS)<br>Required |
| 4.3 | Prepare Transfer Documents | Offender's criminal history | **Interstate:** All details of the offender's criminal history | Procedure 301.001<br>Court<br>Required |
| 4.3 | Prepare Transfer Documents | Offense/Arrest Report | **Interstate:** The arresting agency's detailed circumstances of the offense | Procedure 301.001<br>Court<br>Required |
| 4.3 | Prepare Transfer Documents | Photo of offender | **Interstate:** Offender photo for identification purposes | Procedure 301.001<br>Required |
| 4.3 | Prepare Transfer Documents | Conditions of Supervision | **Interstate:** All conditions of the offenders supervision | Procedure 301.001<br>Court<br>Required |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 – Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 4.3 | Prepare Transfer Documents | Any offender restriction or protection orders | **Interstate:** Any court orders restricting or protecting victims or any other persons | Procedure 301.001<br><br>Court<br><br>If applicable |
| 4.3 | Prepare Transfer Documents | Sexual offender Registry requirements | **Interstate:** If the offender is required by the sentencing authority to register as a sexual offender/sexual predator per statute | Procedure 301.001 (OCC)<br><br>If applicable |
| 4.3 | Prepare Transfer Documents | Judgment & Commitment Documents | **Interstate:** Courts documents pertaining to the sentencing, judgment and/or commitment of the offender | Procedure 301.001<br><br>Court<br><br>Institutions<br><br>If applicable |
| 4.3 | Prepare Transfer Documents | COPS details Offender Financial Obligation Agreement (OFOA) | **Interstate:** Any court ordered payments still owed by the offender | Procedure 301.001 (OBIS report)<br><br>If applicable |
| 4.3 | Prepare Transfer Documents | Pre-Sentence Investigation report (DC3-215) | **Interstate:** If a pre-sentence investigation (a comprehensive background investigation ordered by the court) was completed on the offender | Procedure 301.001<br><br>If available |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 – Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 4.3 | Prepare Transfer Documents | Medical Info | **Interstate:** All offender medical history available. Release DC4-711B to be signed. | Procedure 301.001<br><br>If available |
| 4.3 | Prepare Transfer Documents | Psychological Evaluation | **Interstate:** Any offender psychological evaluations. Release DC4-711B to be signed. | Procedure 301.001<br><br>If available |
| 4.3 | Prepare Transfer Documents | Classification and Admission Summary | **Interstate:** Inmate classification based on social history, etc. Prepared by the institution | Interstate Compact<br><br>if applicable |
| 4.3 | Prepare Transfer Documents | Travel Permit Interstate (DC3-220) | **Interstate & Intrastate:** Approval document with travel instructions regarding timeframes to report to "Receiving" Field Office | Procedure 301.001 302.306<br><br>Required |
| 4.3 | Prepare Transfer Documents | Request for Reporting Instructions | **Interstate:** Orders given to an offender by a "Sending" or "Receiving" state directing the offender to report to a designated person or place and at a specified date and time. | Procedure 301.001 (ICAOS) |
| 4.3 | Prepare Transfer Documents | Intrastate Transfer Request (DC3-237) | **Intrastate – out of district:** Communication to "Receiving" Field Office for an investigation for approval of offenders transfer | Procedure 302.306 |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 4 – Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 4.4 | "Sending" Interstate Compact Evaluates Request / Recommendation | Reply to Transfer Request | **Interstate:** Document with approval or denial of the offender's interstate transfer request | Procedure 301.001 (ICAOS) Required |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Recommendation | Reply to Transfer Request | **Interstate:** Document with approval or denial of the offender's interstate transfer request | Procedure 301.001 (ICAOS) Required |
| 4.7 | Notice Received for Approval OR Denial | Reply to Transfer Request | **Interstate:** Formal written reply to a request for an Interstate transfer | Procedures 301.001 (ICAOS) Required |
| 4.8 | Generate Offender Travel Documents | Travel Permit Interstate (DC3-220) | **Interstate and Intrastate:** Approval document with travel instructions regarding timeframes to report to "Receiving" Field Office | Procedure 301.001 302.306 Required |
| 4.8 | Generate Offender Travel Documents | Notice of Departure | **Interstate:** Notice to the "Receiving" state that the offender has departed (includes offender time of departure and reporting timeframes) | Procedures 301.001 (ICAOS) Required |
| 4.10 | Offender Transfer Complete | Notice of Arrival | **Interstate:** Notice to the "Sending" state the offender has arrived | Procedures 301.001 (ICAOS) Required |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 4 – Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 4.10 | Offender Transfer Complete | Public Service Hours (DC3-205) | If applicable the "Receiving" Field Officer will prepare for an offender | Procedures 302.306 |
| 4.10 | Offender Transfer Complete | Job Search Log (DC3-2004) | If the offender does not have a job, the "Receiving" Field Officer will provide job search instructions including this form | Procedures 302.306 |
| N/A | Interstate Compact Form, and may be utilized during Supervision Process | Compact Action Request | **Interstate:** An official form of communication for Interstate transfers for any question or status of an offender such as clarification of an end date of supervision, or follow up on a transfer request that has had no activity for 60 days, etc. | 2016 ICAOS Rules (ICAOS) |
| N/A | Interstate Compact Form, and may be utilized during Supervision Process | Case Closure Notice | **Interstate:** A "Receiving" state may close its supervision (close interest and cease supervision) of an offender and cease supervision for reasons of absconding, death, end of supervision date, incarceration, return to "Sending" state | Procedure 301.001 2016ICAOS Rules (ICAOS) |
| N/A | Interstate Compact Form, and may be utilized during Supervision Process | Offender Violation Report | **Interstate:** A report of an offender's violation of their conditions of supervision while in a "Receiving" state | 2016 ICAOS Rules (ICAOS) |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 4 – Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| N/A | Interstate Compact Form, and may be utilized during Supervision Process | Progress Report | **Interstate:** A report of the offender's status provided annually from the "Receiving" state to the "Sending" state | 2016 ICAOS Rules (ICAOS) |
| N/A | Interstate Compact Form, and may be utilized during Supervision Process | Response to Violation Report | **Interstate:** A response on actions to take on a "Sending" state's report of an offender's violation of their conditions of supervision while in a "Receiving" state | 2016 ICAOS Rules (ICAOS) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## 7.3  BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER

This section describes the business systems that are employed directly (touched) or indirectly (data transfer) in the course of the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Business System** | The name or designation of the system touched (if any). |
| **Purpose or Intent** | The business objective accomplished by using the system or systems. |
| **Mode** | Choose one: "Input" for data entry by the user, "Query" for data retrieved by the user, and "TXFR" for electronic data transfer from one system to another. |

Table 7.3-1 Business System Data Entry & Data Transfer

| Core Process G – Intake Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 4. | Input / Validate Offender Data | OBIS | A new DC number is assigned to the offender during Intake, if the offender is not currently in OBIS. Otherwise the current DC number is utilized for all new entries for the offender. | Input |
| 4. | Input / Validate Offender Data | OBIS | Enter or update (validate with Rapid ID or offender official photo ID), official name, race, sex, date of birth and social security number | Input/ Query |
| 4. | Input / Validate Offender Data | OBIS | Personal history characteristic information is either updated (for previous offenders) or entered for new offenders in OBIS such as scars/marks, alias, height, weight, complexion, body build, birth location, driver license number and hair and eye color. | Input/ Query |
| 4. | Input / Validate Offender Data | OBIS | Update or enter resident information in OBIS | Input/ Query |
| 4. | Input / Validate Offender Data | OBIS | Update or enter employment information in OBIS | Input/ Query |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 4. | Input / Validate Offender Data | OBIS | If the information comes directly from the court after sentencing, the entries for the sentence structure are made in OBIS. There are sometime delays in receiving the sentencing order from the court. In this instance, entries are required to be made within two days of receiving the information from the court. | Input |
| 4. | Input / Validate Offender Data | OBIS | Entries are made for any court order financial obligations in the Court Ordered Payment System (COPS) | Input |
| 4. | Input / Validate Offender Data | OBIS | Entries are made in OBIS case notes indicating instructions given to the offender, photograph taken, or other special notes that assist in assigning the offender to the appropriate Field Officer for supervision | Input |
| 4. | Input / Validate Offender Data | OBIS | After completion of the Rapid ID process or review, the FDLE number is entered in OBIS | Input |
| 7. | Assign Offender to Field Officer | OBIS | An OBIS entry is made to 'gain' an offender to the assigned Field Officer | Input |

| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 1.1 | Offender Absconds | OBIS | Field Officer enters case notes in OBIS | Input |
| 1.2 | Provide Tips | OBIS | Field Officer enters case notes in OBIS | Input |
| 1.3 | Open Investigation | OBIS | Absconder Unit enters an open investigation in the OBIS Absconder Tracking Screen | Input |
| 1.3 | Open Investigation | OBIS | OBIS system generates an automatic system note on the offender's record that an investigation has been opened by the Absconder Unit | Auto Input |

# Florida Department of Corrections
### Community Corrections Business Process Analysis



| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 1.3 | Open Investigation | OBIS | OBIS system generates an open investigation in ITS for the Absconder Unit | Auto Input |
| 1.4 | Create Violation documents | OBIS | Field Officer enters case note in OBIS | Input |
| 1.5 | Judge Signs Warrant | OBIS | Field Officer enters case notes in OBIS | Input |
| 1.6 | Investigation to Locate Absconder | OBIS | Absconder Unit staff enters case notes and on the Absconder Tracking screens in OBIS | Input |
| 1.7 | Change Offender Status | OBIS | Field Officer changes offender status in OBIS and enters case notes | Input |
| 1.8 | Close / Extend / Suspend Investigation | OBIS | Absconder Unit Staff enters status in the Absconder Tracking Screens and case notes in OBIS | Input |

| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 2.2 | Payment Received | There are four ways to pay COPS obligation administered by Jpay.<br><br>OBIS | A file is transferred from the vendor ( Jpay) to OBIS for posting payments to offender's accounts<br><br>OBIS system generates a file of DC numbers and names that is transferred to each payment vendor. The vendor validates the DC number prior to accepting any payment from an offender. | TXFR/ Input |

# Florida Department of Corrections
## Community Corrections Business Process Analysis



| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 2.2 | Payment Received | OBIS | Payment may be accepted in a Field Office and an entry is made in OBIS on the offender's DC number noting the payment received | Input |
| 2.2 | Payment Received | OBIS | Payments accepted by COPS Accounting but can not be identified to a specific offender's DC number are posted to a dummy DC number in OBIS | Input |
| 2.6 | Funds Cleared | Bank | COPS Accounting queries the bank website for payments (funds) that have cleared the bank for disbursement | Query |
| 2.7 | Funds Disbursed | OBIS EZ Check Bank | A job is processed automatically that disburses payment batches that have been previously released by COPS Accounting. A batch file is downloaded from OBIS to third party software by COPS Accounting, EZ Pay Suite third party check printing software. A file is created from OBIS by COPS Accounting of checks issued or voided and transmitted to the Bank. | Input/ TXFR |
| 2.9 | Financial Obligation Cleared | OBIS | Updates are made in the offenders record automatically when their financial obligation has been met | Auto Input |
| 2.10 | Returned or Non-cashed Checks | OBIS Bank | Updates will be entered in OBIS by COPS Accounting. COPS Accounting retrieves a file of checks paid from the bank weekly and uploads it into OBIS to update the outstanding check list. | Input/ TXFR |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 3.2 | Input/Validate Offender Data | OBIS | The offender data is updated in OBIS if new information regarding the offender is received | Input/ Query |
| 3.3 | Assign Investigation to Field Office | OBIS | An investigation is opened in the Investigation Tracking Screens (ITS) in OBIS. Case notes may also be entered in OBIS for any information that may assist the Field Officer/Supervisor assigned to the investigation. The investigation is assigned to an appropriate Field Office | Input |
| 3.4 | Assign Investigation | OBIS | The Field Office Supervisor makes an entry in OBIS that assigns the investigation to the appropriate Field Officer | Input |
| 3.5 | Conduct Investigation | OBIS | As information is gathered the information is entered in ITS (OBIS) and also case notes are updated appropriately | Entry |
| 3.5 | Conduct Investigation Bond | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Conditional Release Supervision (CRSI) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Consecutive Sentence (CSEN) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |

# Florida Department of Corrections
### Community Corrections Business Process Analysis



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 3.5 | Conduct Investigation<br><br>Court Ordered Payment (COPS) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Other State (OS) | OBIS | As information is gathered, entries are made into ITS (OBIS) along with ICOTS, and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Other (OTH) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Placement (PLC) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Pre-Sentence (PSI) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Pre-Sentence (PSIJ) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Pre-Plea Pre-Sentence (PRP) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 3.5 | Conduct Investigation TIPS | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Pretrial Intervention Background (PTIB) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Pretrial Intervention Preliminary (PTIP) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Supervision Review (SUPR) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Transfer (TRNR) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Transfer (TRNS) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 3.5 | Conduct Investigation<br><br>Violations Investigation Alleged (VIOA) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Violations Investigation Technical (VIOT) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>(IT30 – 30 day review) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>Re-Review (REVW) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation<br><br>30-Day Pre-termination Review (TRM3) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |



# Florida Department of Corrections

## Community Corrections Business Process Analysis

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 3.5 | Conduct Investigation 90-Day Pre-termination Review (TRM9) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Sex Offender Residence Review (SORR) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | Input |
| 3.5 | Conduct Investigation Career Offender Residence Review (CORR) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | NEW Input |
| 3.5 | Electronic Monitoring Enrolled (EMEN) | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | NEW Input |
| 3.5 | Electronic Monitoring Hook-Up EMHU | OBIS | As information is gathered, entries are made into ITS (OBIS) and also case notes are updated | NEW Input |
| 3.6 | Close Investigation | OBIS | An OBIS entry is completed in – ITS (OBIS) to update all case notes and close the investigation. | Input |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 4.1 | Offender Requests a Transfer | OBIS | OBIS case notes in the offender's record are updated with the details of the offender's request. If the request is for an intrastate transfer (transfer to another county in Florida), an investigation is opened in ITS for the "Receiving" Field Office to research the offender's proposed new residence etc. | Input |
| 4.2 | Evaluate Request and Make Recommendation | OBIS | OBIS case notes are updated with the details of the recommendation of the offender's transfer request, whether denied or approved and reason for the recommendation | Input |
| 4.3 | Prepare Transfer Documents | OBIS | OBIS case notes are updated with the dates of the documents were prepared and any other details | Input |
| 4.4 | "Sending" Interstate Compact Evaluates Request / Recommendation | OBIS  ICOTS | The Interstate Compact Office enters in the ICOTS all offender data utilized to track the transfer and any ongoing information exchange regarding the offender | Input |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Recommendation | OBIS  ICOTS | The Interstate Compact Office enters in ICOTS all offender data utilized to track the transfer and any ongoing information exchange regarding the offender | Input |
| 4.6 | Investigate Request and Make Recommendation | OBIS | The "Receiving" Field Office updates OBIS case notes and also the open investigation in ITS (OBIS Screens) | Input |
| 4.7 | Notice Received for Approval or Denial | OBIS | OBIS case notes are updated with the details received from other areas regarding the decision on the transfer request | Input |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 4.8 | Generate Offender Travel Documents | OBIS | OBIS case notes are updated regarding details of the travel documents being generated and the investigation is updated and closed in ITS (OBIS Screens) | Input |
| 4.9 | Offender Notified of Transfer Decision | OBIS | OBIS case notes are updated to reflect the offender being notified of the decision and the next steps the offender should take, if any | Input |
| 4.10 | Offender Transfer Complete | OBIS<br><br>ICOTS | OBIS case notes are updated to reflect the offender's arrival in the new location and if an investigation remained open in ITS (OBIS Screens); it is updated and closed as well.<br><br>The Interstate Compact Office will update the offender's records in ICOTS as well. | Input |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## 7.4 MESSAGES

This section the messages, such as the US mail, emails, phone calls and any other correspondence, regularly used in the normal course of the core and sub-processes. Messages are sent to convey required documentation, inform recipients about the status of an activity, to trigger the start or end of other activities, to grant or withdraw authorization, etc. This section only concerns messages sent during normal (as intended) operations. Trouble calls and other messages associated with recurring abnormal operations are listed in Section 7.5 – Process Issues & Recommendations. There may be more than one message associated with an activity.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Message Type** | US mail, email, phone call, etc. |
| **Message Purpose** | The intended purpose for sending the message. |
| **Message Recipient** | The organization and role of the intended recipient. |

Table 7.4-1 Messages

| Core Process G – Intake Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 1. | Inmate Released from Prison | Email / Fax / Physical | Provides necessary paperwork to the Intake Office of released inmates | Intake Operations Staff |
| 2. | Court Orders Offender to Supervision | Email / Fax / Physical | Provides necessary notification and paperwork to the Intake Office of offenders ordered for supervision | Field Office |
| 6. | Instruct Offender | Phone / Physical | Notification of law enforcement for arrest of an offender with an active open warrant | Law Enforcement |

| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 1.1 | Offender Absconds | Email | Notify Absconder Unit of a Be-On-The-Lookout (BOLO) for any high risk offenders that have absconded. | Absconder Unit |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 1.2 | Provide Tips | Email / Phone | Information provided to locate the absconded offender | Absconder Unit or Field Office |
| 1.3 | Open Investigation | DC Report | Field Office Supervisor's report of new absconder investigations when opened in OBIS | Field Office |
| 1.4 | Create Violation documents | Electronic Physical | Obtain signature on Warrant for arrest when an offender has absconded. | Courts |
| 1.7 | Change Offender Status | Auto Email | Automatic email to notify Absconder Unit of change in offender absconder status in OBIS | Absconder Unit |

| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 2.1 | Submit Payment | Vendors | Offender pays through JPAY. | COPS Accounting |
| 2.1 | Submit Payment | Physical | When a payment is scheduled the payment may be brought physically to the Field Office by an offender | Field Office |
| 2.2 | Payments Received | Physical | If a payment is received at the Field Office, the Field Office is responsible for depositing the checks in the bank | Bank |
| 2.3 | Payment Accepted | Email | An email is sent to the Field Office from COPS Accounting with any issues with the payment. Once resolved an email is sent back to COPS Accounting | Field Office |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 2.3 | Payment Accepted | US Mail | If the payment can not be accepted and the offender's address is known, the payment is mailed back to the offender | Offender |
| 2.5 | Payment Deposited | Email | An email is sent to the Field Officer identifying any issues with the payment | Field Officer |
| 2.5 | Payment Deposited | US Mail | If the payment cannot be identified to an offender and deposited, however the offender's return address is known, the payment is returned to the offender for proper identification ( | Offender |
| 2.5 | Payment Deposited | Physical | A deposit by COPS Accounting is processed through the bank | Bank |
| 2.7 | Funds Disbursed | File | A file is created of checks issued or voided and transmitted to the Bank | Bank |
| 2.7 | Funds Disbursed | US Mail | A check is mailed to the payee | Payee |
| 2.10 | Returned or Non-cashed Checks | Email | An email is sent to the Field Office from COPS on any issues with returned checks and updates required for new addresses. | Field Officer |

| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 3.1 | Request Investigation | Email / Fax / Phone | To request research on an offender. Depending on the size and organization of the Field Office it may be the assigned Field Officer or Supervisor as well | Intake Operations Staff |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Sub-Process 3 - Investigations | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 3.3 | Assign Investigation to Field Office | Email /Fax / Phone | Notification to the Field Office Supervisor and/or Field Officer that an investigation has been assigned (for those investigations that are high priority) | Field Office |
| 3.6 | Close Investigation | Email /Fax / Phone | Any follow up documents or information requested | Investigation Requestor |

| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 4.1 | Offender Requests a Transfer | Physical | An offender speaks to their assigned Field Officer and physically requests a transfer. | "Sending" Field Officer |
| 4.2 | Evaluate Request and Make Recommendation | Physical / Phone | The assigned "Sending" Field Officer informs the offender the transfer request was denied and the reason for the denial. | Offender |
| 4.3 | Prepare Transfer Documents | Email / Fax / US Mail | The assigned "Sending" Field Officer sends transfer documents to the "Receiving" Field Office regarding an offender's request to transfer to another in-state Field Office for supervision – Intrastate. | "Receiving" Field Office |
| 4.3 | Prepare Transfer Documents | ICOTS | The assigned "Sending" Field Officer sends transfer documents to the "Sending" - Interstate Compact Office regarding an offender's request to transfer out of state. | "Sending" Interstate Compact Office |
| 4.4 | "Sending" Interstate | ICOTS | Notification from the "Sending" Interstate Compact Office to the "Receiving" | "Receiving" Interstate |



# Florida Department of Corrections
### Community Corrections Business Process Analysis

| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| | Compact Evaluates Request / Recommendation | | Compact Office regarding the offender's Interstate transfer request. | Compact Office |
| 4.4 | "Sending" Interstate Compact Evaluates Request / Recommendation | ICOTS | Notification back to the "Sending" Field Office from the "Sending" Interstate Compact Office regarding the decision of the offender's interstate transfer request. | "Sending" Field Office |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Recommendation | ICOTS | Notification back to the "Sending" Interstate Compact Office from the "Receiving" Interstate Compact Office regarding the decision of the offender's interstate transfer request. | "Sending" Interstate Compact Office |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Recommendation | ICOTS | Notification to the "Receiving" Field Office from the "Receiving" Interstate Compact Office regarding the offender's interstate transfer request for investigation. | "Receiving" Interstate Compact Office |
| 4.6 | Investigate Request and Make Recommendation | ICOTS | Notification from the "Receiving" Field Office to the "Receiving" Interstate Compact Office of the recommendation of the offender's **interstate** transfer investigation request. | "Receiving" Interstate Compact Office |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 4.6 | Investigate Request and Make Recommendation | Phone | Notification from the "Receiving" Field Office to the "Sending" Field Office of the recommendation on the offender's **intrastate** transfer request and reporting instructions (if approved). | "Sending" Field Office |
| 4.7 | Notice Received for Approval or Denial | ICOTS | Notification to the offender from the "Sending" Field Office of the decision on the transfer request and reporting instructions (if approved). | Offender |
| 4.8 | Generate Offender Travel Documents | Phone / Email / Fax / US Mail | Notification from the "Sending" Field Office to the "Receiving" Field Office. The "Sending" Field Office calls the "Receiving" Field Office for the offender's **intrastate** reporting instructions and then the final paperwork is send to the "Receiving" Field Office (may be the same phone call as noted in Index 6 above). | "Receiving" Field Office |
| 4.8 | Generate Offender Travel Documents | ICOTS | Notification from the "Sending" Interstate Compact Office to the "Sending" Interstate Compact Office with the offender's notice of departure. | "Sending" Interstate Compact Office |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 7.5 PROCESS ISSUES & RECOMMENDATIONS

This section lists the issues that have arisen while analyzing the core and sub-processes. These are the difficulties that result in an activity losing its effectiveness, degrading its efficiency and hindering its adaptability. Each activity can have more than one issue associated with it.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Issue** | Short description for the issue. |
| **Impact** | Impacts or consequences of the issue (e.g., confusion, delay, error, incident). |
| **Recommendation** | Recommendation for addressing the issue or reducing its impact (if any). |

Table 7.5-1 Process Issues & Recommendations

| Core Process G – Intake Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1. | Inmate Release from Prison | The OBIS report that is pulled of institution releases is obsolete the minute it has been printed. | Inaccurate or incomplete data | Intake Office to have live access to prison releases and not rely on a printed report |
| 1. | Inmate Release from Prison | Inmates being released that have immigration issues | Inmates are coming out into the Field instead of being handled by immigration – possible public and Field Officer safety issue and/or flight risk. This has been decreasing.<br><br>ICE decides whether to detain or not detain – not FDC. | Intake Office to have live access to prison releases and not rely on a printed report. |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 1. | Inmate Release from Prison | Currently the completed DC4-661 Summary of Outpatient Mental Health Care form is mailed to the inmate's assigned Field Office. Field Officers interviewed during the site visits state they do not currently receive the inmate mental health information. Due to the Field Office assignments changing before the inmate is released these forms are being mailed and getting lost.<br><br>Inmate mental health forms are no longer completed in Community Corrections. | Offenders may only have 30 days of medications. Field Officers do not have all information regarding the released offender and poses a Field Officer or public safety issue. | Suggest locating forms in a secure network location and during the offender's intake process these forms could be located and placed in the offender's file. |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 1. | Inmate Release from Prison | Currently the completed DC4-657 Discharge Summary for Inpatient Mental Health Care form is mailed to the inmate's assigned Field Office. Field Officers interviewed during the site visits state they do not currently receive the inmate mental health information.

Due to the Field Office assignments changing before the inmate is released these forms are being mailed and getting lost.

Inmate mental health forms are no longer completed in Community Corrections. | Offenders may only have 30 days of medications. Field Officers do not have all information regarding the released offender and poses a Field Officer or public safety issue. | Suggest locating forms in a secure network location and during the offender's intake process these forms could be located and placed in the offender's file. |
| 2. | Court Orders Offender to Supervision | Court processing procedures (e.g., judge's signature, calendar processing, and clerk's schedule) could delay the production and delivery of the Probation Order to the appropriate supervision office. | The court ordered special conditions of the sentence structure may be incorrect and offender may not be supervised appropriately | Investigate the ability to share critical information to improve supervision and treatment of an offender (e.g., access to court systems electronic records). |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 3. | Receive Referral for Processing | The actual process of processing an offender for supervision is a labor intensive process. Activities such as verifying inmate releases, searching arrest logs and sentencing structures, and investigating offenders that do not report to the Intake Office are time consuming and very dependent on a manual a process. | Labor costs, offenders are potentially unsupervised | Utilize a Court Officer to expedite the process from the courts in all locations. |
| 4. | Input / Validate Offender Data | In OBIS, Field Officer's must decipher and/or re-enter inconsistent date formats on the various input/verification screens (e.g., OIT field editing). | Format of dates is not consistent in OBIS | OIT could research the possibility for short term improvement in OBIS to change field edits for system dates to be consistent across all screens (e.g., OIT field editing and one time database update). |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 4. | Input / Validate Offender Data | The use of the Rapid ID electronic identification application is not always fully operational (e.g., application or hardware issues). | Quality of fingerprints impact accuracy of identification with the Rapid ID system. | Review the overall issues reported by the Field Offices to see if there is anything that seems to be the same issue across the board that could be corrected easily with Rapid ID. |
| 7. | Assign Offender to Field Officer | The assignment of an offender to a Field Officer based on caseload type and statutory caseload sizes. | Field Officers are assigned caseloads based on caseload type and statutory requirements. | |
| 7. | Assign Offender to Field Officer | The procedure change to "GAIN" an offender coming from an Institution | Delay in getting the offender into supervision | Allow Field Office to work with the Institution to access inmate information prior to release. This has been improving with training. |

| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1.3 | Open Investigation | The IT05 Absconder Tracking Screen pulls data; however the data is in a difficult to read format and is not user friendly. | There could be a delay in the investigation process for an absconder case | Research the possibility to create a more user friendly screen in order to display tracking data |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1.3 | Open Investigation | An automated notification email is not relayed to the Field Office Supervisor when an open investigation tip is entered into the Absconder Tracking Screen. | A delay in the assignment of the investigation to the Field Officer thereby prompting an immediate investigation. | Research the ability to prompt an email notification in order to expedite the process of an investigation assignment by the Field Officer's Supervisor when a tip is entered on IT05 Absconder Tracking Screen. |
| 1.4 | Create Violation Documents | The generation of the violation documents is a manual process from MSWord documents on DC Web. | This causes delays, errors, eligible handwriting and misfiling in processing the violation | Research the ability to automate the violation documents and auto populate with already existing OBIS data |
| 1.4 | Create Violation Documents | OBIS does not allow for capture of images of offender data therefore the documents are kept in hardcopy format. | Having to maintain hardcopies increases costs related to storage of hardcopy files | Research the ability to allow for the capturing of electronic images (e.g., forms, signature, photos) |
| 1.6 | Investigation to Locate Absconder | Booking notices are not electronically shared between agencies and states. | The validation and research of this data is untimely and labor intensive | Research the ability to exchange electronic daily booking data with agencies and other states and merged with OBIS data. This would allow reports to be printed real time of offenders being incarcerated and save time of Field Officer staff attempting to locate these offenders. |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Sub-Process 1 - Absconder Management | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1.7 | Change Offender Status | The Field Office Supervisor is not currently copied when the automatic Absconder Unit email is generated in response to an absconder offender's status is changed from absconder. | This causes delays in initiating the violation investigation or when the case has been resolved | Research the ability to prompt an email notification to the Field Officer's Supervisor |
| 1.7 | Change Offender Status | An automated email is not relayed to the Absconder Unit and Field Office Supervisor at the time an OBIS status is changed to "Absconder" on a sex offender. This expedited the BOLO notice. | This causes delays in initiating the violation investigation or when the case has been resolved | Research the ability to prompt an email notification to the Field Officer's Supervisor |

| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 2.1 | Submit Payment | The offender makes a payment at the Field Office and the Field Office staff do not follow the COPS Accounting procedures for validating and depositing payments. | This can result in an internal investigation, errors in deposits, lost or late deposits | Retrain the Field Office staff that are having these issues |
| 2.3 | Payment Accepted | When a payment is received and voided, a MS Outlook message is sent to the supervising probation officer and the supervisor. | | |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Sub-Process 2 - Court Ordered Payments (COPS) | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 2.4 | Payment Identified | There are four ways to pay using JPAY. | | JPAY is in place for payments. |

| Sub-Process 3 - Investigations |
|---|

Note: There were no process issues identified for this sub-process.

| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 4.3 | Prepare Transfer Documents | Incomplete or late submission of transfer packets | **Interstate:** Interstate Compact rules are being violated | Email reminders are sent and it is noted in OBIS. ICOAS compliance has increased. |
| 4.4 | "Sending" Interstate Compact Evaluates Request / Recommendation | Delay in response to request | **Interstate:** Interstate Compact rules are being violated | ICOTS/email reminders being sent. ICOAS compliance has increased. |
| 4.5 | "Receiving" Interstate Compact Evaluates Request / Recommendation | Delay in response to request | **Interstate:** Interstate Compact rules are being violated | ICOTS/email reminders being sent .ICOAS compliance has increased. |

Community Corrections – Business Process Analysis – Intake Offender Process with Sub-Processes



# Florida Department of Corrections

**Community Corrections Business Process Analysis**



| Sub-Process 4 - Transfer | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 4.8 | Generate Offender Travel Documents | Delay in response to request | **Interstate:** Interstate Compact rules are being violated | Email reminders being sent. ICAOS compliance has increased. |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 7.6 GENERAL OPPORTUNITIES FOR IMPROVEMENT

The purpose of this document is to capture general overall improvement suggestions that can apply as an improvement to multiple areas under the function and responsibility of Community Corrections.

The following is a description and definition of each of the columns in this table.

| Origin | The area of the improvement such as: Interstate Compact, Absconder Unit, Central Office etc. |
| --- | --- |
| Description | A short descriptive name for the opportunity. |
| Opportunity | Description of the proposed opportunity, including expected result. |

Table 7.6-1 General Opportunities for Improvement

| General Opportunities for Improvement | | |
| --- | --- | --- |
| Origin | Description | Opportunity |
| COPS Accounting | COPS Summary Screen | OP10 – Summary screen OP03 and OP05 do not add up to the summary screen if you manually add. Summary screen is currently not built user friendly for the Field Officers. You have to know exactly how to execute the report to get the summary to calculate correctly. |
| COPS Central Office | Email Notification | Once an action is taken in OBIS that requires subsequent action, an email is sent automatically to the assigned/secured/required responder web-based email management application (e.g., Outlook) |
| Gang Depart | Gang Member Report | Have Gang Member report to automatically run and routed to the individual Field Office printers due to urgent nature of getting this information in the hands of the Field Officers (instead of manually being routed to each Field Office printer). |
| Observation | Laptop for Court Officers | Laptops have been provided to court officers but paper forms are utilized in some courts. |
| OCC | CJNET | Allow view only access on CJNET web link for OBIS view only screens. This way anyone who has access to CJNET would automatically be given the view only screens. There would be no need for security, contracts etc. for access for State Attorney's etc. |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| General Opportunities for Improvement | | |
|---|---|---|
| Origin | Description | Opportunity |
| OCC | SAGES web link | Alter the SAGES web link to store scoresheet data in OBIS. Currently, the State Attorney only has access to the SAGES calculator and which does not provide the full offender history. |
| | | The SAGES web link also needs to upload from the web link into OBIS once the sentencing calculation is completed for the offender. Otherwise this data is lost once the report is printed. |
| OCC | OT21 Inmate Sentencing Structure Screen | On the OT21 Inmate Sentencing Structure Screen there is only the ability to enter 2 sentence lengths. There needs to be 3 sentence lengths entries/fields. |
| OCC | DC17 for Florida Commission on Offender Review | Florida Commission on Offender Review currently calculate conditional release on a hardcopy form and put in a note format on the OBIS RA06 screen. |
| | | The majority of RA06 doesn't load to Community Corrections correctly. If the Commission was given access to a copy of DC17 screen they would be able to calculate the conditional release online. |
| OCC/Field (Workshop) | Inmate/Offender Full History Screen or Report | Enable the Field Officer to view full or print total offender's history (Inmate at a Glance) Need Offender at a Glance screen-web based. |



**State of Florida**

**Department of Corrections**

**Office of Information Technology**

# Institutions Core Business Process Analysis

# Core Process C: Release Inmate Process

| | |
|---|---|
| Author: | North Highland |
| Vendor: | The North Highland Company |
| Version: | 4.0 |
| Creation Date: | 01/18/2008 |
| Last Accessed: | 9/14/2021 1:02 PM |
| File Name: | Institutions - Business Process Analysis - Release Inmate Process - v4.0 |

**Florida Department of Corrections**



**Institutions Business Process Analysis**

# DOCUMENT CONTROL

**Change Record**

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 1/18/2008 | North Highland | 0.01 (Draft) | Created |
| 3/21/2008 | North Highland | 1.0 (Draft) | Final Draft |
| 4/15/2008 | North Highland | 2.0 | Final Deliverable |
| 10/30/2016 | North Highland | 3.0 (Draft) | Updated documents reflecting any business process changes from the 2008 study |
| 11/18/2016 | North Highland | 4.0 | Updated documents reflecting FDC feedback on draft document |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Review**

| Name | Role | Date |
|------|------|------|
| Chuck Beckett | North Highland Quality Assurance | 10/28/2016 |
| FDC | Client Review of Draft Document | 11/10/2016 |
| Jennifer Nichols | North Highland Quality Assurance | 11/17/2016 |
| | | |
| | | |
| | | |

**Florida Department of Corrections**

*Institutions Business Process Analysis*



# TABLE OF CONTENTS

1  DC CORE BUSINESS PROCESSES ...................................................................... 5

1.1  THE PURPOSE AND SUBJECT OF THIS ANALYSIS ................................. 5

2  RELEASE INMATE ...................................................................................................... 6

2.1  OVERVIEW ........................................................................................... 6

    2.1.1  *Purpose and Objectives of this process* .................................... 6

    2.1.2  *Beginning and Ending Points* ...................................................... 6

2.2  ACTIVITIES & WORKFLOW DIAGRAMS ................................................... 9

2.3  ELAPSED TIME ................................................................................... 32

2.4  PAPER DOCUMENTATION ................................................................... 37

2.5  BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER ........................ 44

2.6  MESSAGES .......................................................................................... 48

2.7  PROCESS ISSUES & RECOMMENDATIONS ......................................... 51

**Florida Department of Corrections**

**Institutions Business Process Analysis**



## LIST OF TABLES

Table 2.2-1 Release Inmate Activities ................................................................................. 9
Table 2.3-1 Elapsed Time ................................................................................................. 32
Table 2.4-1 Paper Documentation .................................................................................... 37
Table 2.5-1 Business System Data Entry & Data Transfer ............................................... 44
Table 2.6-1 Messages ...................................................................................................... 48
Table 2.7-1 Process Issues & Recommendations ............................................................ 51

## LIST OF FIGURES

Figure 1.1-1 Department of Corrections Core Business Processes ..................................... 5
Figure 2.2-1 Release Inmate As-Is Workflow ................................................................... 28
Figure 2.2-2 Release Inmate As-Is Workflow ................................................................... 29
Figure 2.2-3 Release Inmate As-Is Workflow ................................................................... 30
Figure 2.2-4 Release Inmate As-Is Workflow ................................................................... 31



**Florida Department of Corrections**

Institutions Business Process Analysis

# 1 DC CORE BUSINESS PROCESSES

## 1.1 THE PURPOSE AND SUBJECT OF THIS ANALYSIS

The Department of Corrections (Department, DC) is carrying out an analysis of its major business processes. The primary intent of this activity is to establish the foundation for the development of a new business system, which will replace the Offender-Based Information System (OBIS); the Computer Assisted Reception Process (CARP) system was subsumed by OBIS after the completion of the 2008 analysis. This analysis will also result in a set of functional and technical requirements for the new business system.

The figure below shows the entire DC set of nine core business processes examined during this project, identified by the letters A through I, and the general sequence in which they are performed. The box highlighted in blue indicates the core business process presented in this document.

Figure 1.1-1 Department of Corrections Core Business Processes



Institutions – Business Process Analysis – Release Inmate Process

**Florida Department of Corrections**

Institutions Business Process Analysis



# 2  RELEASE INMATE

## 2.1  OVERVIEW

### 2.1.1  Purpose and Objectives of this process

The purpose of the core process, Institutions – <u>Release Inmate,</u> is to ensure completion of all tasks required by statute, rule, procedure or best practices prior to the lawful end of a commitment to state custody. The inmate may be released without legal constraint, placed under post-release supervision (executive or judicial), turned over to another legal authority for criminal process (law enforcement) or civil process (Immigration and Customs Enforcement or Department of Children and Families civil commitment for sexually violent predators).

The objectives of this process are:

- Determine if an inmate has reached the lawful end of a court commitment to state custody

- Determine the type of release

- Review all inmates prior to release for transition services programs, residential housing, employment, and other special services as needed or required by law

- Conduct a full medical assessment on the inmate

- Determine the entity to whom the inmate will be released, if applicable

- Notify all appropriate organizations and individuals of the pending release

- Ensure the inmate is not subject to warrants or detainer notices by other jurisdictions either in Florida or elsewhere (courts, law enforcement, corrections)

- Fully inform the inmate about his or her obligations following release (e.g., supervision by Community Corrections)

- Ensure all Department of Corrections information about the inmate is current and validated (numerous reviews)

### 2.1.2  Beginning and Ending Points

This process begins 240 days prior to a tentative release date when an inmate's name appears on the "Future Releases by Date" report (AS14 0 OTC 50).  Release Officers use the DC6-159 (Revised 8/16) form, "Release/Transition Checklist," to guide and document the activities associated with inmate release processing. The release phases have also been incorporated into the classification appointment system in OBIS to assist with tracking required tasks. This form is mandatory and serves to ensure that each checklist item is completed and initialed to indicate completion.  In addition, a "Release Officer's Handbook" (Revised 8/2016)) is available to guide the release processing and correlates directly to the checklist.

Note:  There is a "special" assessment package completed at least 545 days from anticipated release for inmates that may be subject to civil commitment under the Jimmy Ryce Act for sexually violent predators (JRA; SVP).  The package is sent to the Department of Children and Families for review and the Release Officer is required to ensure that the packet was mailed and received by the Central Office (Department of Corrections) as part of the release process (the Release Officer's validation is accomplished as part of the "180 days prior to release" checklist).

**Florida Department of Corrections**

**Institutions Business Process Analysis**



This process ends when an inmate is released from the physical custody of the Department of Corrections or, for inmates confined by another custodian, when FDC provides final authorization to release to that custodian. .

The "normal" release process is described in this document.  There are "other" types of releases that may occur:

### *Out to Court:*
If the inmate is out to court on the day of release, the release checklist remains in effect with the exception of those tasks that require direct interaction with the inmate. If the inmate becomes an emergency release while out to court, institutional staff, when notified, immediately completes all applicable tasks on the checklist and informs Release Management when the file audits are completed by the sentence specialist and Release Officer. Release Management staff completes all release forms.

### *Immediate Releases:*
Immediate releases occur when the release date is advanced to bring the sentence to an end without prior notice, may be caused by court action, Florida Commission on Offender Review action, removal of a disciplinary report(s), entry of gain time, or modification of gain time. For immediate releases, the release checklist is completed in an abbreviated time frame. All applicable items are completed on the same day of release.  Release Management contacts the releasing institution when a "potential release" message is received from the Sentence Structure unit of the Bureau of Admission and Release (A/R). These messages are sent because Sentence Structure has determined that the inmate's sentence will likely immediately expire based on one of the aforementioned actions. The Release Officer completes all applicable tasks to ensure release procedures are followed. When the "final" message is received from the Sentence Structure confirming the inmate's sentence has been satisfied, Release Management sends the releasing institution authorization to release the inmate.  Release Management does not approve an inmate to be held beyond his/her release date. If the institution feels there is a public safety issue, the institution calls Release Management to discuss the concerns in detail.

### *Paroles:*
An inmate granted a parole release by the Florida Commission on Offender Review is discharged only on the effective parole date (always on Tuesdays).

### *Process:*
The Release Officer receives a packet from the Commission prior to releasing the parolee. The Release Officer instructs the inmate if he/she violates his/her parole no credit will be allowed for time on parole unless granted by the Florida Commission on Offender Review and "ALL" gain time earned prior to the date of parole is forfeited upon revocation. If any information on the Certificate of Parole is incorrect, the Release Officer immediately notifies the Florida Commission on Offender Review for verification and/or further instruction. After the inmate has signed the Certificate of Parole, the warden (or designee) signs the certificate validating the parole. If the Parole Certificate is received without the effective date of the parole, the inmate is not released until such time as a certificate containing the effective date is received and processed. If an inmate refuses parole, the reason(s) for the refusal is discussed thoroughly. The inmate is allowed a period of time to reconsider. On the effective date of the parole, the inmate is given the opportunity to accept parole; if accepted, routine procedures are followed. Upon release, the inmate is

**Florida Department of Corrections**

**Institutions Business Process Analysis**



provided a copy of the Certificate of Parole; the remaining copies are distributed accordingly. If parole is refused, the inmate signs the Statement of Refusal which is witnessed by two (2) staff members. The Florida Commission on Offender Review is notified immediately of the refusal. "VOID" is written across each copy of the Certificate of Parole, a copy of the refusal statement attached, and all copies are returned to the Florida Commission on Offender Review.

### *Conditional Medical Release:*

Conditional medical release may be granted by FCOR pursuant to s. 947.149, F.S., based on a determination by the Department's medical authority that the inmate is permanently and irreversibly physically incapacitated or terminally ill to the extent that he/she does not constitute a danger to themselves or others. The Department's medical authority has the sole responsibility for evaluating and determining that an inmate meets the criteria for referral to the Florida Commission on Offender Review.

### *Process:*

The institutional Chief Health Officer determines if an inmate meets the eligibility for conditional medical release. The Chief Health Officer notifies the Warden and Classification Supervisor of the intent to recommend the inmate for Conditional Medical Release (CMR). The Chief Health Officer sends a memo to classification and medical staff requesting a release plan, criminal records, and a medical packet. A plan of community supervision is developed by the Release Officer and approved by Community Corrections. The Chief Health Officer forwards the medical recommendation to the Director of Health Services. If approved, the Director for Health Services forwards the recommendation to the Florida Commission on Offender Review. If approved by the Commission, authorization is sent to Release Management. The release clearance comment is entered reflecting that FCOR granted Conditional Medical Release. When these steps have been completed, the inmate is released as soon as possible.



**Florida Department of Corrections**

**Institutions Business Process Analysis**



## 2.2 ACTIVITIES & WORKFLOW DIAGRAMS

Table 2.2-1 lists the activities that make up the Inmate Release Core Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.2-1 Release Inmate Activities

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1. | Assess Health | The Release Officer coordinates with Health services for potential inmate continuity of care needs (240 days prior to release).<br><br>Inmates are referred to Health Services to determine medical/mental health care needs following release (e.g., housing, counseling and/or medical financial assistance). Medical/mental health issues such as hospital arrangements, nursing homes, Medicaid/Medicare, and ambulatory service needs are managed by medical staff personnel with assistance from the medical release coordinator in Release Management. | Health Services<br><br>Inmate |

# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2. | Release File Audit | The file is reviewed (commitments, court orders, FCIC/NCIC, Sentencing Guideline Score sheets) 180-140 days prior to release to identify and correct any discrepancies in the sentencing documents, institutional inmate records, and the automated inmate records.  The audit also serves to ensure the inmate's release plan comports with all existing requirements as set forth in legislation and department procedures.<br><br>The Release file audit is not completed if the inmate's tentative release date (TRD) has been flagged as "pending."<br><br>Note: DC form DC6-164 (revised 12/15), "Inmate File Audit Checklist" is used to facilitate this activity. | Classification<br>Release Officer<br>Sentence Specialist |
| 3. | Review Jimmy Ryce Status | A review is undertaken to ensure that the SVP package was received by Central Office (the package was prepared at least 545 – 600 days prior to anticipated release, or as soon as possible if the sentence does not allow compliance with that time frame).<br><br>Florida statute provides for civil commitment following criminal incarceration for certain inmates with a history of committing a sexually violent offense.  The Department of Children and Families (DCF) is the initial reviewing authority (see DC procedure 601.213, "Civil Commitment of Sexually Violent Predators" for more information).<br><br>A package is prepared by the Release Officer, submitted to Central Office staff, and then sent to DCF for review and recommendation.  As part of the release process, Release Officers review the "Victim Data" screen and ensure the inmate records properly reflect each current and prior conviction that qualifies for SVP review. Release Officers are required to prepare and ensure the package is sent to Central Office for coordination with DCF. | Release Officer<br>Central Office<br>Department of Children and Families (DCF) |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4. | Review Probation and Community Control | Release Officers ensure that post-release supervision orders are in the file and also review these orders with inmate<br><br>Inmate records are reviewed to determine if court orders require post-release probation and/or community control.  If the orders are not found in the inmate's files, the Release Officer is required to contact community corrections and/or the clerk's office in the sentencing county to request a copy of the applicable orders.<br><br>The Release Officer reviews the order(s) and instructs the inmate on conditions of supervision following release from physical custody. | Release Officer<br>Inmate |
| 5. | Determine Conditional Release/Addiction Recovery Eligibility | The placement of an inmate on conditional release or addiction recovery is the sole responsibility of the Florida Commission on Offender Review.  Following the inmate interview, the Release Officer prepares a packet for review by the Commission and forwards the package to Central Office for coordination with the Commission.<br><br>Inmates are instructed on the standard terms and conditions of supervision and that the Florida Commission on Offender Review may impose special conditions (to be relayed to the inmate after the Commission review is completed). | Release Officer<br>Central Office<br>Florida Commission on Offender Review<br>Inmate |
| 6. | Reviewed by Florida Commission on Offender Review | Recommendations by Central office are sent to Florida Commission on Offender Review Staff | Florida Commission on Offender Review<br>Central Office |
| 7. | Enter into System | Commission enters information into OBIS when they approve or deny recommendations. Conditional Release/Addiction Recovery certificates discussed in activities 38 and 39 will be completed if approved. | Florida Commission on Offender Review |

# Florida Department of Corrections



### Institutions Business Process Analysis

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 8. | Review Faith-Based and Transitional Housing Eligibility | Faith-Based and Transitional Housing Program information is provided to eligible inmates<br><br>Information for inmates interested in Faith-Based/Transition Housing may be found on the DC public website under Division of Development, Bureau of Readiness and Community Transition, Resource Directory. | Release Officer<br>Inmate |
| 9. | Check for Chemical Castration Orders | The entire commitment package is reviewed for court or probation orders for Chemical Castration<br><br>Release Officers review the court documents to determine if court orders exist to administer chemical castration.  Release Officers are cautioned to review the entire package as there is no standard methodology used by the myriad court systems to document the requirement; phrasing and location of the court orders may be found in numerous places, including the minutes of a sentencing hearing.<br><br>If such orders are found, the Release Officer is instructed to contact Central Office Release Management staff for further guidance. | Release Officer<br>Central Office |
| 10. | Review/Update Victim Notification Data | All victim and agency notification requirements are reviewed.<br>Release Officers review and ensure that all notifications of pending release are completed for individuals and agencies as described by the Victims Assistance Program.<br><br>There is an OBIS based appointment system call the Final Transition Process (FTP) that mirrors the DC6-159. This process sets appointments for the release officer and the supervisor (periodic reviews) at each stage of the transition process. Each stage contains built in edit checks that ensure certain tasks are completed before it allows the release officer to complete the appointment. | Release Officer |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 11. | Obtain Release Plan from Inmate and Enter | The inmate is interviewed and the proposed release plan reviewed. Any update to the plan is entered into OBIS. | Release Officer<br>Inmate |
| 12. | Complete Transition Plan | After a file audit is complete and the post-release supervision requirements are established (Conditional Release, Addiction Recovery, Provision Release Supervision, Probation, Parole), the Release Officer enters the Release Plan into the system. | Release Officer |
| 13. | Coordinate Team Meeting | A Team meeting is scheduled to discuss Special Education and Youthful offenders.<br>The team members meet to assess the inmate's progress and to determine the need for post-release support.  The Special Education designee provides a copy of the transition plan to the Release Officer who ensures copies are filed and provided to the inmate (to include resource/referral information that the inmate may pursue following release). | Release Officer<br>Special Education<br>Classification Officer<br>Health Services Administrator<br>Inmate |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14. | Review for High Profile Release | The Release Officer determines if the inmate release may be considered "high profile" (Release Officer).<br><br>Some inmates may be considered a high risk to public safety or may require special release coordination due to their notoriety (e.g., local, regional or national interest due to the nature of their crime, circumstances, sentence, and/or victims).  In these cases, the Release Officer is required to notify the Warden of such a potential.  The Warden reviews the notification and, if deemed appropriate, approves it.  Upon approval, the Release Officer notifies Central Office, Release Management to advise FDC Executive staff.<br><br>For inmates of significant public interest who do not meet the criteria established to be considered "high profile," the Release Officer contacts Release Management.  The Release Officer also coordinates with the Warden should special release transportation be deemed appropriate. | Release Officer<br><br>Warden<br><br>Release Management Office<br><br>DC Executive Staff |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15. | Ensure 100-Hour Transition Enrollment/Completion | Pursuant to §944.705 FS, the department provides a standard release orientation for soon to be released inmates. This program covers, at a minimum, employment skills, personal development, planning special needs, community re-entry concerns, and community re-entry support. Pursuant to §944.7065 FS (effective12/1/02), each inmate released from incarceration must complete a 100 hour comprehensive transition course that includes job readiness and life management skills.<br><br>Exceptions for transition program participation include:<br>· Immediate releases,<br>· Inmates who are in the reception process,<br>· Inmates who have completed reception, but will not have enough time to complete the course before release (usually 90 days or less remaining to serve),<br>· Inmates serving Florida sentence(s) in another jurisdiction,<br>· Inmates who are unable to attend due to mental or medical conditions supported by written documentation from medical staff, and<br>· Inmates being released to a detainer. However, if the detainer may be canceled or the incarceration result from the detainer will be of short duration, the inmate will be enrolled in the program.<br><br>The 100-Hour program has been replaced by COMPASS 100.<br><br>There are no alternate programs accepted by COMPASS 100. | Release Officer |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 16. | Interstate Corrections Compact | If the inmate's request for transfer of post-release supervision to another state meets the minimum eligibility criteria established by the Interstate Commission for Adult Offender Supervision, the Release Officer will submit the transfer request to Community Corrections Interstate Corrections Compact Office no earlier than 180 days prior to the inmate's release date. Conditional Release and ARS are acceptable as long as the period of supervision is more than 90 days.<br><br>The rules of interstate compact can be found in the "Interstate Compact Rules" manual on the intranet under Probation, Office of Community Corrections. | Release Officer<br>Central Office (Community Correct ions ICC Staff)<br>Other State/Federal Community Corrections ICC Agencies |
| 17. | Notify Community Corrections | The Release Officer verifies the Release Plan with Community Corrections for inmates with supervision following release (120 days prior to release) | Release Officer<br>Community Corrections |
| 18. | Review School Bus Stop Restrictions | Release Officers review restrictions for school bus stop proximity restrictions and completes a school board appointment, as required.<br>Note: Effective 10/1/04, §947.1405 (7)(a) F.S prohibits certain sex offenders from living within 1000 ft. of a designated public school bus stop. The Release Officer determines if an inmate falls under the criteria for such restrictions. | Release Officer |
| 19. | Coordinate Continuity of Care with ICE | Release Officers coordinate continuity of care requirements with Immigration and Customs Enforcement (ICE) for illegals (see DC procedure 601.602, "Florida Criminal Removal Process," for additional information). | Release Officer<br>ICE |
| 20. | Follow-up Medical and/or Health Needs | Release Officers review the status of the continuity of care assessment completed 240 days prior to release. | Release Officer<br>Health Services |
| 21. | Photograph Inmate | Classification Officers coordinate, and the Security Office produces, digitized photographs of all inmates scheduled for release within 60 days (inmate names are provided on a standard report, twice a week). | Classification Officer<br>Security Officer |


**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 22. | Ensure Photographs Taken | The Release Officer places two color copies of the photographs in the inmate file and verifies a digitized photograph has been transmitted by Security and received by Central Office (60 days prior to release).  Photos are to be sent to: dc-photos@mail.dc.state.Floridaus<br><br>Note: The photo must be transmitted between 60 and 30 days prior to release unless there is an immediate release situation. | Release Officer<br><br>Security Staff<br><br>Central Office (Release Management) |
| 23. | Release File Audit | Release Officers review court actions, detainer placements, disciplinary reports, gain time modifications, or any other pertinent information that may affect an inmate's release date.<br><br>Note: An entry of a disciplinary report may remove a release clearance regardless if any gain time is taken.  The Release Officer contacts the Release Management liaison (Central Office), by phone or email, to obtain a new release clearance.<br><br>If an inmate is cleared for release during this phase, the Release Officer reviews any additional comments entered by Release Management and requires the task(s) to be completed prior to release. Examples include:<br><br>· Ensure photo is updated.<br>· Ensure warden audit is completed.<br>· Ensure special notices are sent.<br>Note: DC form DC6-164 (revised 12/15), "Inmate File Audit Checklist" is used to facilitate this activity. | Release Officer |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 24. | Review PSIA | Release Officers ensure that the inmate signs PSIA.<br><br>Note:  The Public Safety Information Act (PSIA) requires that an offender in the custody/control or under the supervision of the Department for a sex offense on or after 10/1/1997; or who is required to register or give public notice as a sex offender in another state must comply with lifetime registration requirements in Florida.<br><br>The PSIA Technical Manual is located on the DC intranet (Admission and Release, Manuals and Guides). | Release Officer<br>Inmate |
| 25. | Review Sexual Predator Requirements | If the inmate has been designated as a sexual predator, the Release Officer completes the registration process and ensures the inmate signs an acknowledgment of receipt. | Release Officer<br>Inmate |
| 26. | Review Sexual Predator Flag | If "Sex Predator Undetermined" flag is set, the Release Officer reviews the file to ensure the state attorney's office has been notified by letter that the inmate appears to meet criteria for designation as a sexual predator.<br><br>Note:  Only the courts may designate offenders as sexual predators. | Release Officer<br>State Attorney |

**Florida Department of Corrections**



**Institutions Business Process Analysis**

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 27. | Review Career Offender | If applicable, the Release Officer completes the registration and ensures the inmate signs an acknowledgment of "Receipt of Notice to Register."<br><br>Note: Any inmate under §775.261 F.S. who is released on or after January 1, 2003 must register as a "career offender" if the court designates the offender as:<br><br>• Habitual Violent offender – HV special provision code<br>• Violent Career Criminal – VC special provision code<br>• Three time-violent felon offender – TS special provision code<br>• Prison release re-offender – RA special provision code<br><br>The Acknowledgement of Receipt of Notice to Register form, DC3-2001A/B, is signed by the offender. A copy is placed in the file and one copy is mailed to Central Office/IRIS. The Release Officer informs the inmate to register with the sheriff's office in the county in which he/she will reside either temporarily or permanently within two (2) working days of release. The inmate is also required to register in person with the Department of Highway Safety and Motor Vehicle with two (2) working days of registration at the sheriff's office. | Release Officer<br>Inmate |
| 28. | Review Case Law | The Sentence Structure unit of the Bureau of Admission and Release (Central Office) reviews applicable case law that may affect an inmate's release. | Sentence Structure |

 

**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 29. | Coordinate Release with External Departments | The Release Officer ensures that all the following are notified of the impending release:<br>• Mental Health<br>• Medical (including Pharmacy)<br>• Chaplin<br>• Security (Transfer and Receiving)<br>• Education<br>• Inmate Bank<br>• Mailroom | Release Officer |
| 30. | Ensure Photo Update | Review | Release Officer |
| 31. | Ensure Warden review | Review | Release Officer |
| 32. | Ensure Special Notices are sent | Review | Release Officer |
| 33. | Instruct on "10/20/Life" Brochure | Inmates are provided with an original copy of the "10/20/Life" brochure and sign an acknowledgement of receipt. | Release Officer<br>Inmate |
| 34. | Instruct on "Prison Release Re-offender Punishment Act" | Inmates sign the form and a copy is placed in the inmate file and sent to Release Management | Release Officer<br>Inmate |
| 35. | Instruct on "Notification of Restoration of Civil Rights" | Inmates are informed that his/her name will be submitted to the Florida Commission on Offender Review, Executive Clemency Office and the inmates sign an acknowledgement of receipt. | Release Officer<br>Inmate |
| 36. | Instruct on Convicted Felon Registration Requirements | Inmates are provided a copy of the "Acknowledgment of Registration Requirements." | Release Officer<br>Inmate |
| 37. | Generate Notices | Notices to Community Corrections' offices for all inmates that will be released to supervision (includes supervising office, county of supervision, and originating county) are generated. | Release Officer |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 38. | Generate the "Conditional Release Certificate" | Release Officers create the "Conditional Release Certificate." <br><br> (Different certificate for Sex Offenders) <br><br> Must be within 12 days of release <br><br> The Florida Commission on Offender Review is contacted if a 640 code is required. <br><br> Refer to the "Conditional Release Technical Manual" for additional guidance/information. | Release Officer |
| 39. | Generate the "Addiction Recovery Certificate" | Release Officers create the "Addiction Recovery Certificate." <br><br> (Different certificate for Sex Offenders) <br><br> Must be within 12 days of release <br><br> The Florida Commission on Offender Review is contacted if a 740 code is required. <br><br> Refer to the "Addiction Recovery Manual" for additional guidance/information. <br><br> Note: Occasionally inmates are eligible for both Addiction Recovery and Conditional Release Supervision. The Florida Commission on Offender Review makes this determination. Contact the Florida Commission on Offender Review if additional information is needed. | Release Officer |
| 40. | Contact Community Corrections Intake Office | Within 7-14 days of release, Release Officers contact the county to which the inmate will be released and obtain instructions detailing when and where the inmate is to report following release. | Release Officer |
| 41. | Instruct on Reporting Requirements | Inmates with post-release supervision are provided clear and accurate instructions for reporting to a supervising office. Instructions include the specific date, time, and placement (with address) for the offender to report. The instructions are documented in the department's electronic case notes (see PP76/79 instructions). | Release Officer <br> Inmate |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 42. | Instruct on Conditions of Supervision | Inmates are Informed about conditions of supervision<br><br>Inmates with post-release supervision are provided clear and accurate instructions for reporting to a supervising office. Instructions include the specific date, time, and placement (with address) for the offender to report. The instructions are documented in the department's electronic case notes (see PP76/79 instructions). | Release Officer<br>Inmate |
| 43. | Enter Release and Reporting Dates and Times | The Release Officer records the date and time the inmate will be released and the date and time the inmate is to report for supervision | Release Officer |
| 44. | Notify Law Enforcement | For convictions of certain crimes (in Florida or other jurisdictions), documentation is provided to notify law enforcement agencies of the pending release. Agencies include:<br><br>- Sheriff (county of planned residence)<br><br>- Chief of Police (municipality of planned residence)<br><br>- Sheriff (where the conviction occurred, if different than where the inmate plans to reside)<br><br>Documents include:<br><br>- Automated printouts (DC3-203, DC203A/B, DC3-2001A/B)<br><br>- Digitized photograph of inmate<br><br>- Photocopy of fingerprint card<br><br>Note:  The STG staff at Central Office also provides notifications to law enforcement entities for inmates that are or may be affiliated with a security threat group.<br><br>Notifications are automated (except for special notices). | Release Officer |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 45. | Review Release Clearance List | The release authorization list is automatically generated each Tuesday and Friday morning.<br>The Release Officer ensures the inmate is cleared for release by expiration of sentence, conditional release, addiction recovery, or provisional release. | Release Officer |
| 46. | Run FCIC/NCIC Check | The Release Officer runs a criminal history check for warrants, notifications, and detainers.  If found, the Release Officer contacts the warrants division where the warrant was issued and instructs them to contact the Detainer Section in Release Management (Central Office).<br>Note:  Release Officer may also query the Comprehensive Case Information System (CCIS). The Comprehensive Case Information System (CCIS), offered by Florida's Clerks of Court, is a secured single point of search for statewide court case information. Information held by the Clerks of Court includes court case information, official records and performance and accountability measures. Users of CCIS include the judicial community, state and local law enforcement, state agencies and the Florida Legislature. In addition information that may be accessed includes criminal history records, inmate data, and driver license information through links to the websites of the Florida Department of Law Enforcement, the Department of Corrections and the Department of Highway Safety and Motor Vehicles. | Release Officer |
| 47. | Finalize Release Plan | Release Officers review and verify the final release plan for:<br>- Release Type<br>- Bus information (if applicable)<br>- Supervision requirements<br>- Release Plan is approved<br>- All notices sent | Release Officer |

# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 48. | Ensure Chemical Castration | If applicable, Release Officers contact Health Services and ensure that chemical castration treatment was accomplished.<br><br>Note: The §794.0235 F.S. provides that "the administration of treatment with medroxyprogesterone acetate (MPA) shall commence not later than one (1) week prior to the inmate's release from prison or other institution."<br><br>If the inmate has been ordered to undergo MPA treatment, no later than seven (7) days prior to the inmate's release, the Release Officer requests specific instructions from Release Management, Central Office. | Release Officer<br>-Health Services<br>-Central Office (Release Management) |
| 49. | Verify Release Date | Release Officers cross-check the Release Clearance List. | Release Officer |
| 50. | Audit All Information for Accuracy | The complete inmate record is reviewed by the Release Officer. | Release Officer |
| 51. | Check for Escape Disposition | Release Officers resolve outstanding escape issues in conjunction with:<br>• Fugitive Section of Sentence Structure<br>• State Attorney's Office<br>• Detainer Section (Release Management) | Release Officer |
| 52. | Review Release Documents for Accuracy | Release documents are reviewed to ensure completeness and to verify the inmate has received the appropriate information to include:<br>• Warning Notice<br>• 10/20/Life Brochure<br>• Notification of Restoration of Civil Rights<br>• PSIA/Sexual Predator Registration (as applicable)<br>• Notice of Inmate Responsibilities under PSIA (as applicable)<br>• Acknowledgement of receipt to register (Non-PSIA)<br>• Supervision Orders<br>• Generate Commission Certificate (CRS or ARS) | Release Officer |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 53. | Complete Inmate Record of Discharge/ Certificate of Discharge | The "Record of Inmate Discharge," DC form DC6-168 (Revised 03/07), is completed and reviewed with the inmate.   Release Officers ensure the inmate and designated facility staff sign the form. <br><br> Inmates are given the "Certificate of Discharge," DC form DC6-168A (Revised 10/15). | Release Officer <br> Inmate <br> Designated staff |
| 54. | Forward all Paperwork | Release Officers ensure that all notices, supervision orders, and release documents are forwarded to appropriate offices/agencies. <br><br> ANY type of identification cards found in the file is given to the inmate on the day of release. | Release Officer |
| 55. | Run Final FCIC/NCIC Check | Release Officers check for warrants, notifications, and detainers <br><br> Note: The Release Officer prints a final FCIC/NCIC report to ensure there are no outstanding warrants for the inmate prior to release. If an outstanding warrant is found, the Release Officer immediately contacts the agency. If the agency plans to place a hold, they provide the detainer section with contact information listed and make arrangements to pick up the inmate.  If the detaining agency cannot pick-up the inmate on the release date, they may contact the local county jail to make arrangements to hold the inmate until they are able to pick-up. <br><br> Note:  If a detainer is placed on the day of release, authorization for pick-up is NOT needed from the detainer section. | Release Officer |
| 56. | Match Release Date and Release Clearance | On day of release, Release Officers print a copy of the first page of the DC12 and attach it to the "Record of Inmate Discharge." | Release Officer |
| 57. | Verify Inmate Release Date | Release Officers match the release date (DC12) against the entry on the Release Clearance List. | Duty Warden |

# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 58. | Provide Inmate with Documents | Inmates are given all ID cards, release documents, a gratuity (depending on circumstances), and a bus ticket (if applicable)<br><br>Central Office provides a debit card to released inmates. Inmates eligible for a release gratuity are provided $50 on their cards. For inmates who are ineligible for a release gratuity and who have money remaining in their Trust Fund accounts, the cards are loaded with up to $500 of their remaining balance (subsequent payments are released over the course of a few weeks; payments are limited to $2500; total card balance may not exceed $10,000). Central Office uses JPay to transfer funds to inmate debit cards.<br><br>Identification cards:<br><br>When necessary, prior to an inmate's release, FDC makes inquiries on behalf of the inmate to secure identity-related documents from the Social Security Administration (Social Security card) and various Vital Records agencies (Birth Certificates). These documents facilitate an inmate's efforts to secure a state-issued identity card (through the Department of Highway Safety and Motor Vehicles (DHSMV)). In some cases, DHSMV brings a special truck to institutions to streamline this process. | Release Officer |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process C – Inmate Release Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 59. | Run RapidID | Inmate's fingerprints (two-print) are run against NCIC/FCIC using RapidID to verify the correct inmate is released.<br><br>Potential Improvement: Fingerprints run when an inmate is gained serves to notify FDLE that the inmate is in custody at the FDC. Running fingerprints when an inmate is released could be used to notify FDLE that the inmate is no longer in custody and could be used to trigger automatic notification for other entities (e.g., Sheriffs, Victims, Community Corrections, Police Departments).]] | Security Staff |
| 60. | Release Inmate | The inmate is escorted out of the facility. | Security Staff |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.2-1 Release Inmate As-Is Workflow





# Florida Department of Corrections

### Institutions Business Process Analysis

Figure 2.2-2 Release Inmate As-Is Workflow







Figure 2.2-3 Release Inmate As-Is Workflow



# Florida Department of Corrections
### Institutions Business Process Analysis

Figure 2.2-4 Release Inmate As-Is Workflow





**Florida Department of Corrections**

Department of

Institutions Business Process Analysis

## 2.3  ELAPSED TIME

This section describes the time limits or goals required to complete the activities that make up the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Limit or Goal Time** | Any time limits or goals, from any source – internal or external – pertaining to this activity. |
| **Limit or Goal Source** | The source of the limit or goal listed above (Florida Statutes, APD policy, etc.) |
| **Speed Bumps** | Specific, recurring difficulties that slow the progress of this activity. |

Table 2.3-1 Elapsed Time

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 1. | Assess Health | 240 Days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Health Services |
| 2. | Release File Audit | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 3. | Review Jimmy Ryce Status | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | The packet is sent to the Department of Children and Families (DCF) for review and the potential for delay exists. |
| 4. | Review Probation and Community Control | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 5. | Determine Conditional Release/Addiction Recovery Eligibility | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Florida Commission on Offender Review |
| 6. | Reviewed by Florida Commission on Offender Review | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Florida Commission on Offender Review |
| 7. | Enter into System | 180-140 days prior to release | N/A | N/A |
| 8. | Review Faith-Based and Transitional Housing Eligibility | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |



# Florida Department of Corrections



### Institutions Business Process Analysis

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 9. | Check for Chemical Castration Orders | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 10. | Review/Update Victim Notification Data | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 11. | Obtain Release Plan from Inmate and Enter | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 12. | Complete Transition Plan | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 13. | Coordinate Team Meeting | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 14. | Review for High Profile Release | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 15. | Ensure 100-Hour Transition Enrollment/Completion | 180-140 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 16. | Mail Interstate Corrections Compact | 180 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from ICC |
| 17. | Notify Community Corrections | 120 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Community Corrections |
| 18. | Review School Bus Stop Restrictions | 120 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 19. | Coordinate Continuity of Care with ICE | 90 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Health Services |
| 20. | Follow-up Medical and/or Health Needs | 90 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Health Services |
| 21. | Photograph Inmate | 60 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response by Security |

 

**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 22. | Ensure Photographs Taken | 60 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 23. | Release File Audit | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 24. | Review PSIA Pending | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 25. | Review Sexual Predator Requirements | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from County |
| 26. | Review Sexual Predator Flag | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from County |
| 27. | Review Career Offender | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 28. | Review Case Law | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Sentence Structure |
| 29. | Coordinate Release with External Departments | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 30. | Ensure Photo Update | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 31. | Ensure Warden review | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 32. | Ensure Special Notices are sent | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 33. | Instruct on "10/20/Life" Brochure | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 34. | Instruct on "Prison Release Re-offender Punishment Act" | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 35. | Instruct on "Notification of Restoration of Civil Rights" | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 36. | Instruct on Convicted Felon Registration Requirements | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 37. | Generate Notices to Community Corrections | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 38. | Generate the "Conditional Release Certificate" | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Florida Commission on Offender Review |
| 39. | Generate the "Addiction Recovery Certificate" | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | Timely Response from Florida Commission on Offender Review |
| 40. | Contact Community Corrections Intake Office | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 41. | Instruct on Reporting Requirements | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 42. | Instruct on Conditions of Supervision | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 43. | Enter Release and Reporting Dates and Times | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 44. | Notify Law Enforcement | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 45. | Review Release Clearance List | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 46. | Run FCIC/NCIC Check | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 47. | Finalize Release Plan | 14-7 days prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |

# Florida Department of Corrections

### Institutions Business Process Analysis

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 48. | Ensure Chemical Castration | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 49. | Verify Release Date | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 50. | Audit All Information for Accuracy | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 51. | Check for Escape Disposition | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 52. | Review Release Documents for Accuracy | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 53. | Complete Inmate Record of Discharge/Certificate of Discharge | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 54. | Forward all Paperwork | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 55. | Run Final FCIC/NCIC Check | 1 working day prior to release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 56. | Match Release Date and Release Clearance | Day of release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 57. | Verify Inmate Release Date | Day of release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 58. | Provide Inmate with Documents | Day of release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |
| 59. | Release Inmate | Day of release | Release/Transition Checklist, DC6-159 (revised 8/16) | N/A |

**Florida Department of Corrections**

Department of

Institutions Business Process Analysis



## 2.4 PAPER DOCUMENTATION

The section describes the paper documents required to complete the activities that make up this process. The reference column refers to the originator and title of policy, procedure, or instruction that contains the form or specifies the content of the document, if any.  More than one document may be required to carry out a single activity, so each is listed.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Document Title** | Short title, form number or other designation for the document. |
| **Document Description** | General description of the document contents and purpose. |
| **Reference or Source** | Originator and title of the source instruction or policy. |

Table 2.4-1 Paper Documentation

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 1. | Assess Health | Continuity of Care | ASI4 0 HSS 51 | Release Officer's Handbook, August 2016 HSB/TI 15.03.29 |
| 2. | Release File Audit | File Audit | DC6-164 | File Audit Technical Manual 601.218 |
| 3. | Review Jimmy Ryce Act Status | Jimmy Ryce Packet | - IM02<br>- DC90<br>- ASI4 0 OTS 71 | 601.213, Civil Commitment of Sexually Violent Predators |
| 4. | Review Probation and Community Control | Packet | Probation and/or Community Control Orders | Release Officer's Handbook, August 2016 |
| 5. | Determine Conditional Release/Addicti on Recovery Eligibility | Information Packet | - ASI4 0 CRI 66<br>- ASI4 0 CRI 77<br>- ASI4 0 OTC 64<br>- ASI4 0 CRI 70<br>- ASI4 0 CRI 7L<br>- ASI4 0 OTC 65 | Release Officer's Handbook, August 2016<br>Conditional Release Manual<br>Addiction Recovery Manual |
| 6. | Reviewed by Florida Commission on Offender Review | N/A | N/A | Release Officer's Handbook, August 2016 |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 7. | Enter into System | N/A | N/A | Release Officer's Handbook, August 2016 |
| 8. | Review Faith-Based and Transitional Housing Eligibility | N/A | N/A | Release Officer's Handbook, August 2016 |
| 9. | Check for Chemical Castration Orders | Commitments, Court or Probation Orders | Chemical Castration orders | Release Officer's Handbook, August 2016 |
| 10. | Review/Update Victim Notification Data | Victim Notification | - RA10<br>- DC21 | Release Officer's Handbook, August 2016 |
| 11. | Obtain Release Plan from Inmate and Enter | Release Plan | DC28 | Release Officer's Handbook, August 2016 |
| 12. | Complete Transition Plan | Inmate Transition Plan | OT55+ | Release Officer's Handbook, August 2016 |
| 13. | Coordinate Team Meeting | Special Education and/or Youthful Offender | DC04 | Release Officer's Handbook, August 2016 |
| 14. | Review for High Profile Release | High Profile Release | - IM02/03<br>- DC6-175 | Release Officer's Handbook, August 2016 |
| 15. | Ensure 100-Hour Transition Enrollment/Completion | N/A | N/A | Release Officer's Handbook, August 2016 |
| 16. | Mail Interstate Corrections Compact | Interstate Corrections Compact | DC04 | Release Officer's Handbook, August 2016<br><br>ICC Procedure 301.001 |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 17. | Notify Community Corrections | Community Corrections Notification | - ASI4 0 OTS 7A<br>- ASI4 0 OTS 7B<br>- DC04 (Codes: M11, M12, or M13) | Release Officer's Handbook, August 2016<br>CC Procedure 302.105 |
| 18. | Review School Bus Stop Restrictions | School Board Appointment | Eligibility of school bus restrictions | Release Officer's Handbook, August 2016<br>SB120 School Board Tech Manual |
| 19. | Coordinate Continuity of Care with ICE | Alien Inmate Continuity of Care Coordination with ICE | ASI4 0 HSS 51 | Release Officer's Handbook, August 2016 |
| 20. | Follow-up Medical and/or Health Needs | N/A | N/A | Release Officer's Handbook, August 2016 |
| 21. | Photograph Inmate | Photograph | Digitized color photographs | Release Officer's Handbook, August 2016 (601.803) |
| 22. | Ensure Photographs Taken | N/A | N/A | Release Officer's Handbook, August 2016 (601.803) |
| 23. | Release File Audit | N/A | N/A | Release Officer's Handbook, August 2016 |
| 24. | Review PSIA Pending | Public Safety Information Act | - DC3-203<br>- DC3-203A<br>- DC3-203B<br>- DC04 | Release Officer's Handbook, August 2016 |
| 25. | Review Sexual Predator Requirements | Public Safety Information Act | - DC3-203<br>- DC3-203A<br>- DC3-203B<br>- DC04 | Release Officer's Handbook, August 2016 |
| 26. | Review Sexual Predator Flag | N/A | N/A | Release Officer's Handbook, August 2016 |
| 27. | Review Career Offender | Career Offender | - DC3-2001A<br>- DC3-2001B<br>- DC04 | Release Officer's Handbook, August 2016 |
| 28. | Review Case Law | N/A | N/A | Release Officer's Handbook, August 2016 |




**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 29. | Coordinate Release with External Departments | N/A | N/A | Release Officer's Handbook, August 2016 |
| 30. | Ensure Photo Update | N/A | N/A | Release Officer's Handbook, August 2016 |
| 31. | Ensure Warden review | N/A | N/A | Release Officer's Handbook, August 2016 |
| 32. | Ensure Special Notices are sent | N/A | N/A | Release Officer's Handbook, August 2016 |
| 33. | Instruct on "10/20/Life" Brochure | 10/20/Life | - Brochure<br>- DC6-177 (receipt) | Release Officer's Handbook, August 2016 |
| 34. | Instruct on "Prison Release Re-offender Punishment Act" | Prison Release Re-offender Punishment Act | DC6-103 | Release Officer's Handbook, August 2016 |
| 35. | Instruct on "Notification of Restoration of Civil Rights" | Notification of Restoration of Civil Rights | DC6-169 | Release Officer's Handbook, August 2016 |
| 36. | Instruct on Convicted Felon Registration Requirements | PSIA/Career Offender Registration Requirements | DC6-176 | Release Officer's Handbook, August 2016 |
| 37. | Generate Notices to Community Corrections | N/A | N/A | Release Officer's Handbook, August 2016 |
| 38. | Generate the "Conditional Release Certificate" | Conditional Release Certificate | - ASI4 0 CRI 73<br>- ASI4 0 CRI 72 (sex offenders) | Release Officer's Handbook, August 2016<br>Conditional Release Tech Manual |
| 39. | Generate the "Addiction Recovery Certificate" | Addiction Recovery Certificate | ASI4 0 CRI 7I/7J | Release Officer's Handbook, August 2016<br>Addiction Recovery Manual |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 40. | Contact Community Corrections Intake Office | N/A | N/A | Release Officer's Handbook, August 2016 |
| 41. | Instruct on Reporting Requirements | N/A | N/A | Release Officer's Handbook, August 2016 |
| 42. | Instruct on Conditions of Supervision | Supervision Orders | PP76/79 (electronic case notes) | Release Officer's Handbook, August 2016 |
| 43. | Enter Release and Reporting Dates and Times | N/A | N/A | Release Officer's Handbook, August 2016 |
| 44. | Notify Law Enforcement | Law Enforcement Agency Notification(s) | - ASI4 0 OTC 35<br>- DC3-203<br>- DC3-203A/B<br>- DC3-2001A/B<br>- Fingerprint card (copy)<br>- Photo | Release Officer's Handbook, August 2016 |
| 45. | Review Release Clearance List | N/A | N/A | Release Officer's Handbook, August 2016 |
| 46. | Run FCIC/NCIC Check | N/A | N/A | Release Officer's Handbook, August 2016 |
| 47. | Finalize Release Plan | N/A | N/A | Release Officer's Handbook, August 2016 |
| 48. | Ensure Chemical Castration | Chemical Castration Order | MPA treatment for sex offenders | Release Officer's Handbook, August 2016 |
| 49. | Verify Release Date | Release Authorization List | Inmates scheduled for release | Release Officer's Handbook, August 2016 |
| 50. | Audit All Information for Accuracy | N/A | N/A | Release Officer's Handbook, August 2016 |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 51. | Check for Escape Disposition | N/A | N/A | Release Officer's Handbook, August 2016 |
| 52. | Review Release Documents for Accuracy | - Warning Notice<br>- 10/20/Life Brochure<br>- Notification of Restoration of Civil Rights<br>- PSIA/Sexual Predator Registration (as applicable)<br>- Notice of Inmate Responsibilities under PSIA (as applicable)<br>- Acknowledgement of receipt to register (Non-PSIA)<br>- Supervision Orders<br>- Florida Commission on Offender Review Certificate (CRS or ARS) | | Release Officer's Handbook, August 2016 |
| 53. | Complete Inmate Record of Discharge/Certificate of Discharge | Inmate Record of Discharge/Certificate of Discharge | - DC6-168<br>- DC6-168A | Release Officer's Handbook, August 2016 |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 54. | Forward all Paperwork | N/A | N/A | Release Officer's Handbook, August 2016 |
| 55. | Run Final FCIC/NCIC Check | N/A | N/A | Release Officer's Handbook, August 2016 |
| 56. | Match Release Date and Release Clearance | Release Authorization List | DC12 | Release Officer's Handbook, August 2016 |
| 57. | Verify Inmate Release Date | N/A | N/A | Release Officer's Handbook, August 2016 |
| 58. | Provide Inmate with Documents | Inmate Release Packet | Release documents | Release Officer's Handbook, August 2016 |
| 59. | Release Inmate | N/A | N/A | Release Officer's Handbook, August 2016 |




**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.5 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER

This section describes the business systems that are employed directly (touched) or indirectly (data transfer) in the course of the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Business System** | The name or designation of the system touched (if any). |
| **Purpose or Intent** | The business objective accomplished by using the system or systems. |
| **Mode** | Choose one: "Input" for data entry by the user, "Query" for data retrieved by the user, and "TXFR" for electronic data transfer from one system to another. |

Table 2.5-1 Business System Data Entry & Data Transfer

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 2. | Release File Audit | OBIS | Review and update all inmate information. | Entry Update |
| 3. | Review Jimmy Ryce Act Status | OBIS | Determine if Jimmy Ryce SVP packet has been received, reviewed, and adjudicated by the Department of Children and Families (DCF) | Query |
| 4. | Review Probation and Community Control | OBIS | Review inmate records to assess follow-on supervision. | Query |
| 5. | Determine Conditional Release/Addiction Recovery Eligibility | OBIS | Review and determine if inmate is eligible for supervision by the Florida Commission on Offender Review | Query |
| 6. | Enter into System | OBIS | | Entry |
| 8. | Review Faith-Based and Transitional Housing Eligibility | OBIS | Review and determine inmate eligibility. | Query Entry |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 10. | Review/Update Victim Notification Data | OBIS | Review and determine if any victim notifications are required. | Update Entry |
| 11. | Obtain Release Plan from Inmate and Enter | OBIS | Review Release Plan and enter results. | Entry Update |
| 12. | Complete Transition Plan | OBIS | Update Transition planning screens. | Entry Update |
| 14. | Review for High Profile Release | OBIS | Review and determine inmate eligibility. | Query |
| 15. | Ensure 100-Hour Transition Enrollment/ Completion | OBIS | Update completion status. | Entry |
| 18. | Review School Bus Stop Restrictions | OBIS | Review and determine inmate eligibility. | Query Entry |
| 21. | Photograph Inmate | Email | Email inmate photo to Central Office | Transfer |
| 23. | Release File Audit | OBIS | Review and update inmate files. | Entry Update |
| 24. | Review PSIA Pending | OBIS | Review and determine inmate eligibility. | Query Update |
| 25. | Review Sexual Predator Requirements | OBIS | Review and determine inmate eligibility. | Query |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 26. | Review Sexual Predator Flag | OBIS | Review and determine inmate status. | Query |
| 27. | Review Career Offender | OBIS | Review and determine inmate status. | Query |
| 43. | Enter Release and Reporting Dates and Times | OBIS | Complete inmate reporting instructions and document in system. | Entry |
| 45. | Review Release Clearance List | OBIS (report) | Review | Report |
| 46. | Run FCIC/NCIC Check | AFIS/CCH E-Agent | Generate current criminal history. | Query |
| 47. | Finalize Release Plan | OBIS | Update Release Plan | Update |
| 49. | Verify Release Date | OBIS | Review and validate release date. | Query |
| 50. | Audit All Information for Accuracy | OBIS | General data review. | Query Update |
| 51. | Check for Escape Disposition | OBIS | Review for escape adjudication results. | Query Entry |
| 54. | Forward all Paperwork | Paper File | IRIS | Transfer |
| 55. | Run Final FCIC/NCIC Check | AFIS/CCH E-Agent | Generate current criminal history. | Query |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 56. | Match Release Date and Release Clearance | OBIS (report) | Validate inmate against release clearance report. | Report |
| 57. | Verify Inmate Release Date | OBIS | Validate inmate release date report. | Query |
| 59. | Release Inmate | OBIS | Update OBIS with inmate release information. | Update |

**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.6  MESSAGES

This section details the messages, such as the US mail, emails, phone calls and any other correspondence, regularly used in the normal course of the Inmate Release core process. Messages are sent to convey required documentation, inform recipients about the status of an activity, to trigger the start or end of other activities, to grant or withdraw authorization, etc. This section only concerns messages sent during normal (as intended) operations. Trouble calls and other messages associated with recurring abnormal operations are listed in Section 2.7 – Process Issues & Recommendations. There may be more than one message associated with an activity.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Message Type** | US mail, email, phone call, etc. |
| **Message Purpose** | The intended purpose for sending the message. |
| **Message Recipient** | The organization and role of the intended recipient. |

Table 2.6-1 Messages

| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
|---|---|---|---|---|
| 1. | Assess Health | OBIS | Inmate pre-release health assessment notification<br><br>(240 days prior to release)<br><br>ASI4 0 HSS 51 | Health Services |
| 3. | Review Jimmy Ryce Act Status | TBD | Ensure Central Office received Jimmy Ryce SVP package<br><br>(180-140 days prior to release) | Central Office |
| 4. | Review Probation and Community Control | TBD | Request copy of supervision orders if orders are not present<br><br>(180-140 days prior to release) | Community Corrections or county clerk's office |
| 5. | Determine Conditional Release/ Addiction Recovery Eligibility | Packet | Review data for Florida Commission on Offender Review<br><br>(180-140 days prior to release) | Central Office<br><br>Florida Commission on Offender Review |
| 16. | Mail Interstate Corrections Compact | Mail | Effect transfer of inmate to Community Corrections entities outside of Florida<br><br>(180 days prior to release) | Community Corrections entities outside of Florida |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
|---|---|---|---|---|
| 17. | Notify Community Corrections | OBIS | Notify Community Corrections intake office using DC04<br><br>(120 days prior to release)<br><br>Track with IT03 and PP79 | Community Corrections |
| 19. | Coordinate Continuity of Care with ICE | TBD | Notify ICE of Continuity of Care issues for illegals<br><br>(90 days prior to release)<br><br>ASI4 0 HSS 51 | Immigration and Customs Enforcement<br><br>Health Services |
| 21. | Photograph Inmate | Email | Transmit digitized photo to Central Office for entry into IRIS image system<br><br>(60 days prior to release) | Central Office<br><br>Stored in IRIS |
| 27. | Review Career Offender | Mail | Acknowledgement of Receipt of Notice to Register<br><br>(14-7 days prior to release)<br><br>DC3-2001A/B | Central Office<br><br>IRIS |
| 29. | Coordinate Release with External Departments | TBD | Notify interested departments of impending release<br><br>(14-7 days prior to release) | Mental Health<br><br>Medical (Including Pharmacy)<br><br>Chaplin<br><br>Security – T/R<br><br>Education<br><br>Inmate Bank<br><br>Mailroom |
| 37. | Generate Notices to Community Corrections | OBIS | Notices to Community Corrections for all inmates that will be released to supervision<br><br>Supervising office, County of supervision, originating County<br><br>(14-7 days prior to release)<br><br>DC28 | Community Corrections |
| 40. | Contact Community Corrections Intake Office | OBIS | Notification for inmates being released to supervision<br><br>(14-7 days prior to release) | Community Corrections |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
|---|---|---|---|---|
| 44. | Notify Law Enforcement | OBIS | Notices to all interested law enforcement agencies<br>(14-7 days prior to release)<br>ASI4 0 OTC 35 | Law Enforcement Agencies |
| 46. | Run FCIC/NCIC Check | FCIC<br>NCIC | FCIC/NCIC checks are run by DC's Emergency Action Center (EAC)<br>(14-7 days prior to release) | EAC |
| 48. | Ensure Chemical Castration | TBD | Request for specific instructions from Central Office<br>(1 working day prior to release) | Central Office – Release Management |
| 54. | Forward all Paperwork | Mail | Send inmate file/paperwork to Central Office<br>(1 working day prior to release) | Central Office – Release Management |
| 55. | Run Final FCIC/NCIC Check | FCIC<br>NCIC | FCIC/NCIC checks are run by DC's Emergency Action Center (EAC)<br>(1 working day prior to release) | EAC |
| 58. | Provide Inmate with Documents | File | Give all applicable documents to inmate (including all identification documents)<br>(Day of release) | Inmate |



**Florida Department of Corrections**

Institutions Business Process Analysis

## 2.7 PROCESS ISSUES & RECOMMENDATIONS

This section lists the issues that have arisen while analyzing the Inmate Release core process. These are the difficulties that result in an activity losing its effectiveness, degrading its efficiency and hindering its adaptability. Each activity can have more than one issue associated with it.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Issue** | Short description for the issue. |
| **Impact** | Impacts or consequences of the issue (e.g., confusion, delay, error, incident). |
| **Recommendation** | Recommendation for addressing the issue or reducing its impact (if any). |

Table 2.7-1 Process Issues & Recommendations

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 44. | Notify Law Enforcement | The STG office also provides notification to law enforcement about the release of security threat group affiliated inmates to be released in the next 30 days. | Duplicate notices | Investigate the possibility of adding a step in the release process to determine the STG affiliation and providing a single notice to law enforcement. |




**State of Florida**

**Department of Corrections**

**Office of Information Technology**

# Institutions Core Business Process Analysis

# Core Process B: Institutionalize Inmate Process

| Author: | North Highland |
|---|---|
| Vendor: | The North Highland Company |
| Version: | 4.0 |
| Creation Date: | 01/25/2008 |
| Last Accessed: | 9/14/2021 12:56 PM |
| File Name: | Institutions - Business Process Analysis - Institutionalize Inmate Process - v4.0 |

**Florida Department of Corrections**

**Institutions Business Process Analysis**

# Document Control

## Change Record

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 1/25/2008 | North Highland | 0.01  (Draft) | Created |
| 3/21/2008 | North Highland | 1.0 (Draft) | Final Draft |
| 4/15/2008 | North Highland | 2.0 | Final Deliverable |
| 10/30/2016 | North Highland | 3.0 (Draft) | Updated documents reflecting any business process changes from the 2008 study |
| 11/18/2016 | North Highland | 4.0 | Updated documents reflecting FDC feedback on draft document |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## Review

| Name | Role | Date |
|------|------|------|
| Chuck Beckett | North Highland Quality Assurance | 10/28/2016 |
| FDC | Client | 11/10/2016 |
| Jennifer Nichols | North Highland Quality Assurance | 11/17/2016 |
|  |  |  |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



# TABLE OF CONTENTS

1 DC CORE BUSINESS PROCESSES ......................................................................... 5

1.1 THE PURPOSE AND SUBJECT OF THIS ANALYSIS .............................................. 5

2 ASSESS INSTITUTION PROCESS ......................................................................... 6

2.1 OVERVIEW ................................................................................................. 6

2.1.1 Purpose and Objectives of this process .......................................... 6

2.1.2 Beginning and Ending Points ......................................................... 6

2.2 ACTIVITIES & WORKFLOW DIAGRAMS ........................................................... 7

2.3 DISCIPLINARY MANAGEMENT SUB-PROCESS ................................................. 17

2.4 INTERSTATE CORRECTIONS COMPACT SUB-PROCESS ..................................... 28

2.5 DRUG TESTING SUB-PROCESS .................................................................... 38

2.6 VISITOR MANAGEMENT SUB-PROCESS ........................................................ 45

2.7 ELAPSED TIME ......................................................................................... 50

2.8 PAPER DOCUMENTATION ........................................................................... 52

2.9 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER ..................................... 56

2.10 PROCESS ISSUES & RECOMMENDATIONS ..................................................... 58

**Florida Department of Corrections**



**Institutions Business Process Analysis**

## LIST OF TABLES

Table 2.2-1 Institution Activities .................................................................. 7
Table 2.3-1 Disciplinary Management Activities ............................................ 17
Table 2.4-1 Interstate Corrections Compact Activities ................................. 28
Table 2.5-1 Drug Testing Activities .............................................................. 38
Table 2.6-1 Visitor Management Activities .................................................... 45
Table 2.7-1 Elapsed Time ............................................................................ 50
Table 2.8-1 Paper Documentation ................................................................ 52
Table 2.9-1 Business System Data Entry & Data Transfer ........................... 56
Table 2.10-1 Process Issues & Recommendations ....................................... 58

## LIST OF FIGURES

Figure 2.2-1 Assess Institution As-Is Workflow ............................................ 15
Figure 2.2-2 Assess Institution As-Is Workflow ............................................ 16
Figure 2.3-1 Disciplinary Management Sub-Process Workflow ...................... 26
Figure 2.3-2 Disciplinary Management Sub-Process Workflow ...................... 27
Figure 2.4-1 Interstate Corrections Compact Sub-Process Workflow ............ 36
Figure 2.4-2 Interstate Corrections Compact Sub-Process Workflow ............ 37
Figure 2.5-1 Drug Testing Sub-Process Workflow ........................................ 44
Figure 2.6-1 Visitor Management Sub-Process Workflow .............................. 49



**Florida Department of Corrections**

Institutions Business Process Analysis

# 1  DC CORE BUSINESS PROCESSES

## 1.1  THE PURPOSE AND SUBJECT OF THIS ANALYSIS

The Department of Corrections (Department, DC) is carrying out an analysis of its major business processes. The primary intent of this activity is to establish the foundation for the development of a new business system, which will replace the Offender-Based Information System (OBIS); the Computer Assisted Reception Process (CARP) system was subsumed by OBIS after the completion of the 2008 analysis. This analysis will also result in a set of functional and technical requirements for the new business system.

The figure below shows the entire DC set of nine core business processes examined during this project, identified by the letters A through I, and the general sequence in which they are performed.   The box highlighted in blue indicates the core business process presented in this document.

Figure 1.1-1 Department of Corrections Core Business Processes





**Florida Department of Corrections**

**Institutions Business Process Analysis**



# 2  ASSESS INSTITUTION PROCESS

## 2.1  OVERVIEW

### 2.1.1  Purpose and Objectives of this process

The purpose of the <u>Institution</u> core process is to receive an inmate after he or she has been assigned to an institution following the Inmate Reception process and to manage the inmate throughout incarceration in a corrections facility.

The objectives of this process are:

- Review & validate inmate reception papers for custody acceptance
- Assignment to a bed meeting custody and risk provisions
- Search, seizure of personal property, and orientation
- Complete a Risk/Needs assessment
- Assignment to institutional programs (education, vocational, substance abuse)
- Inmate management
- Manage the institution (visitors, transportation, phones)

### 2.1.2  Beginning and Ending Points

Beginning Point:

- Inmate is received by their permanent institution

Ending Point:

- Inmate is released (Inmate Release processing occurs in parallel to this process, however, institutional inmate management activities continue until the inmate is physically removed from the institution)

**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.2 ACTIVITIES & WORKFLOW DIAGRAMS

Table 2.2-1 lists the activities that make up the Institution Core Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period.   The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.2-1 Institution Activities

| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 1. | Review Inbound Inmate List | Classification Supervisors review the list of inbound inmates due to arrive at their institution for the next several days. Using OBIS, they identify disciplinary and other issues and notify Security of special handling requirements prior to their arrival. | Classification |
| 2. | Deliver Inmate | Inmates are transferred from Reception or as Special Transfers from another institution and arrive at the institution accompanied by their physical files (inmate, education, health). | T&R Officer<br><br>Central Office (Population Management)<br><br>State Classification |
| 3. | Review Inmate Documents | Correctional Officers review the inmate's transfer paperwork to ensure the inmate is delivered to the correct institution. | Security |
| 4. | Gain Inmate | Once an inmate is identified, Security "gains" the inmate to the institution (a transaction is entered into OBIS to update the inmate's location). | Security |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 5. | Assign Bed | Each inmate is assigned a bed within the institution in line with the inmate's housing level (H01 – H05). Youthful Offenders may only be housed in a Youthful Offender facility. | Housing Sgt |
| 6. | Conduct Search and Seizure | Inmates arrive with all their property at the institution. Property is searched and seized in accordance with Department policies.  Refer to the Property Disposition sub-process for additional information. | Property Sgt |
| 7. | Conduct Property Disposition | Refer to the Property Disposition sub-process for additional information. | Security Officer |
| 8. | Conduct Orientation | Inmates are instructed on code of conduct and information specific to the institution. | Institution Staff |
| 9. | Assign Inmate to Classification Team | Each inmate is assigned to a Classification Officer that will be their case manager for their duration at the institution. | Classification |
|  | Security Threat Group (STG) Coordinator Assessment (Sub-Process 5) | Inmates are interviewed if information or physical attributes (tattoos) create the suspicion of any gang affiliations (this process is ongoing for the entire incarceration period).  Refer to the Security Threat Group (STG) sub-process for a full description of the assessment process. | STG Coordinator |
| 10. | Audit Inmate File | Throughout their incarceration, inmate files are audited to ensure they are complete, accurate, and up to date. Classification Officers are automatically scheduled to complete these activities by OBIS. | Classification Officer Sentence Specialist Clerk |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 11. | Risk & Needs Assessment | Classification Officers meet with inmates and use OBIS to interview the inmate.   The intent is to determine the inmates' needs for educational, vocational, or work placements and to confirm internal (housing) and external (custody) assessments.<br><br>Note:   Inmates are interviewed for Risk and Needs during the reception process (see the core Reception Process document for additional information).   The Risk and Needs interview at their permanent institution is, essentially, identical to the process at the Reception Center.   There is no attempt to update or modify the initial assessment; the second assessment is started from scratch.<br><br>Since 2008, the Department has dispensed with CARP and developed two OBIS subsystems to address Risks (IRMS – Inmate Risk Management System) and Needs (SPECTRUM). Each subsystem has been built with a web front-end, but both subsystems rely upon OBIS for underlying data storage and retrieval.<br><br>IRMS (Risk) and CINAS (Needs) was brought online on March 1, 2010.<br><br>Spectrum in the newest system that will replace CINAS eventually and is the subject of our pilots at CFRC and FWRC that began in March 1, 2016. | Classification Officer<br>Inmate |
| 12. | Review Custody Level | Classification Officers review 1 of 5 external Custody levels (community – maximum) as determined by the Reception Center. | Classification Officer |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 13. | Validate & Approve Custody Level | Classification Supervisors approve or modify Custody levels recommendations made by the CLO.

Custody classification to medium or close custody without a discretionary override is approved at the ICT (institutional) level.

Minimum and community recommendations, and any discretionary override from the system suggested custody at any level, must be approved by the State Classification Office (SCO). | Classification Supervisor |
| 14. | Manage Disciplinary Report(s) (Sub-Process) | Throughout their incarceration, inmates are subject to the Disciplinary Report (DR) process.   See the DR sub-process for additional information. | Correctional Officer |
| 15. | Interstate Compact (Sub-Process) | Interstate Compact Sub process | Central Office |
| 16. | Calculate and apply Gain time | Inmates are awarded Gain Time (essentially, a modification to their Tentative Release Date) throughout their prison stay.   Gain time is awarded on a monthly basis using the inmate's behavior and enrollment in various programs to guide the awards.   Gain time may be lost through the DR process (including the loss of past gain time awarded and restricting the ability to earn time in the future).

Note: Florida statutes contain all manner of guidelines and exceptions for Gain Time calculations and awards or losses.   OBIS has built within it a Gain Time tracking mechanism but the complexity of the Gain Time processing is beyond the scope of this document. | Classification Officer
Central Office (Sentence Structure) |



# Florida Department of Corrections
### Institutions Business Process Analysis

| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 17. | Attend Educational Programs | Inmates may be assigned to and attend Mandatory Literacy programs and/or Generalized Education Development (GED) preparatory classes. | Program Services |
| 18. | Attend Vocational Training Programs | Inmates may be assigned and attend vocational training. | Program Services |
| 19. | Substance Abuse Programs | Inmates may be assigned to attend substance abuse programs while incarcerated. | Program Services<br><br>Central Office (Bureau of Substance Abuse)<br><br>SAP Providers |
| 20. | Drug Testing (Sub-Process) | Inmates are subject to random drug testing throughout their incarceration, while enrolled in Substance Abuse programs, and for "cause."<br><br>For additional information, refer to the Drug Testing sub-process. | Central Office (Bureau of Substance Abuse, Inspector General's Office)<br><br>Institutional Staff |
| 21. | Transport Inmate | Inmates may require transportation outside the institution for various needs (e.g., medical appointments, participation in work activities, court). Refer to the Population Management sub-process for a complete discussion of the inmate transportation system. | Central Office<br><br>Institutional Staff |
| 22. | Manage Inmate Escapes | Inmate escapes are managed by each institution in conjunction with the Central Office Emergency Operations Center (EOC) staff. The EOC uses their own emergency management application.<br><br>The Emergency Management System (web-based application) exchanges data with OBIS. | Central Office<br><br>Institutional Staff |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 23. | Manage Visitors (Sub-Process) | Inmates may be allowed visitation throughout their incarceration.   The Facility Access Secure Tracking (FAST) system is used to manage inmate visitation.<br><br>FAST talks to OBIS. Visitor application decisions made by the classification officer are documented directly in OBIS. | Institutional Staff<br>Security Officer |
| 24. | Manage Institution Profile | Population Management (Central Office) and the Warden maintain profiles of the respective institutions (programs, beds by location/custody). | Classification<br>Warden<br>Population Management |
| 25. | Maintain Emergency Preparedness Plan | Institutional staff, under the guidance of Central Office and the Warden provide for facility emergencies (riots, natural disasters). | Central Office<br>Institutional Staff<br>Warden<br>Security Staff |
| 26. | Manage Special Operations | Special response teams are identified within each institution and regionally to address security needs. | Central Office (Security Office)<br>Corrections Officers |
| 27. | Conduct Institutional Security Audits | Institutions are periodically audited to identify and correct discrepancies based on a set of approximately 400 distinct criteria | Central Office (Security Office) |
| 28. | Operate Inmate Bank | The Inmate Trust Fund processes all inmate financial transaction (debit/ID card).   See the Inmate Banking sub-process for additional information. | Central Office |
| 29. | Manage Contracts | There are myriad contracts to support DC and institutional operations to include facility maintenance, fleet management/maintenance, canteen operations, etc.   Contract Management was not part of the OBIS replacement process assessment. | Central Office (Institutional Programs) |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 30. | Manage Work Assignment | Based on their custody level along with their HO and IM scores the Inmate is assign a job at the institution or while at Work Release they will work, during the day, at private facilities (e.g., Motel 6, McDonalds).<br><br>Institutional job assignments are based on Procedure Manual and Work Assignment Technical Manual which include, in part, custody, HO and IM. These manuals contain many more guidelines for job placement. In addition, the inmate's medical profile, skills and abilities are also taken into account. Inmates at a facilities can be assigned a variety of jobs including food service, houseman, inside grounds, maintenance, laundry, orderly, clerks, etc. Inmates are also assigned to specific programs as they job for either half a day or a whole day depending on the program.<br><br>Inmate assigned at a work release center are not bound by the above procedures, custody, HO or IM. Once approved to the work release center they are able to seek jobs in the community. | Classification |
| 31. | Transfer Inmate | Inmates may be transferred to different institutions for many reasons (e.g., discipline, inmate balancing, inmate program needs).   The inmate, inmate property, and the physical copies of the inmate's records are transferred at the same time.   Refer to the Population Management sub-process for additional information. | Central Office<br><br>Institutional Staff |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Activity Description | Actors |
|---|---|---|---|
| 32. | Release Inmate | Inmates are released for many different reasons and in a wide variety of ways.   Refer to the Inmate Release core process for a full discussion of the inmate release activities. | Classification<br>Release Officer<br>Release Management (Central Office)<br>Community Corrections<br>ICE<br>Other Jurisdiction(s)<br>Florida Commission on Offender Review |



# Florida Department of Corrections

### Institutions Business Process Analysis

Figure 2.2-1 Assess Institution As-Is Workflow



Institutions – Business Process Analysis – Institutionalize Inmate Process



Figure 2.2-2 Assess Institution As-Is Workflow





**Florida Department of Corrections**

Institutions Business Process Analysis

## 2.3 DISCIPLINARY MANAGEMENT SUB-PROCESS

Table 2.3-1 lists the activities that make up the Disciplinary Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 2.3-1 Disciplinary Management Activities

| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.1 | Infraction Noted | Inmate behavior is deemed to be noncompliant with Department rules by any employee or person supervising inmates.<br><br>Verbal warnings, corrective consultations, and disciplinary reports can be conducted/written by any staff member that witnesses the violation. | Inmate |
| 14.2 | Issue Verbal Reprimand | In an attempt to address a disciplinary issue, non-formal disciplinary action may be used to adjust inmate carelessness or faulty habits and a verbal reprimand may be issued to the inmate.<br><br>Staff documents a verbal reprimand on the Inmate Contact Card maintained at the assigned dormitory. (Form DC6-256) | Security Staff |



# Florida Department of Corrections

**Institutions Business Process Analysis**

| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.3 | Document Corrective Consultation | A written reprimand for a violation of rules of a minor nature may be documented and issued to the inmate. Attempts to rectify inmate behavior may be issued in written form using a Corrective Consultation ("CC").   A copy of the CC (Form DC6-117) is provided to the inmate within 24 hours of its creation and a copy is placed in the inmate's institutional file. | Security Staff |
| 14.4 | Seek Supervisor Approval | When inmate behavior issues are not resolved through verbal reprimands or written notices ("CC"), Department employees may pursue a formal disciplinary report ("DR").

Prior to creating a DR, Institutional staff must seek approval from their supervisor (exceptions are made for employees at the Department Head or Correctional Officer grade Lieutenant or above).

Note: In most instances, an inmate is placed immediately in administrative confinement whenever a DR is issued pending further guidance.   In rare cases, the infraction may be of a nature that staff determines the inmate may remain outside of confinement (a "walking" DR). | Security Staff |
| 14.5 | Approve or Deny Creation of DR | Once informed of the particular circumstances surrounding the request to issue a DR, supervisors may approve or deny the employee's request. | Sr. Security Staff |

**Florida Department of Corrections**



**Institutions Business Process Analysis**

| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.6 | Create DR | Once approval is obtained, staff prepares a DR in accordance with published rule 33-601.304:<br><br>(1) Only one violation is included in each disciplinary report. Separate disciplinary reports are used for multiple offenses.<br><br>(2) The statement of facts includes:<br><br>　(a) A description of the violation, including date, time and place;<br>　(b) The specific rules violated;<br>　(c) A formal statement of the charge;<br>　(d) Any unusual inmate behavior;<br>　(e) Any physical evidence and its disposition;<br>　(f) Any immediate action taken; and<br>　(g) Any other specific facts necessary for an understanding of the charge.<br><br>(3) The completed disciplinary report is turned in to the shift supervisor. | Security Staff |
| 14.7 | Review & Sign DR | The supervisor reviews the content for correctness and signs the DR. | Sr. Security Staff |
| 14.8 | Notify of Possible State Law Violation | Inmate actions may include a possible violation of state law.   In those cases, the Office of the Inspector General (Central Office) is notified.   The IG will make a determination whether to notify the State Attorney. | Inspector General<br><br>States Attorney |
| 14.9 | Determine level of Participation or Prosecution | The State Attorney's office decides whether to pursue the DR process prior to the conclusion of a prosecutorial action.   If the State Attorney's office objects to the disciplinary action prior to prosecution, the file is flagged to complete the DR investigation and disciplinary process once criminal proceedings are complete.<br><br>Given no objections by the State Attorney's office, the normal DR process proceeds. | States Attorney |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.10 | Assign Investigation Officer | The staff supervisor that authorizes the DR creation assigns an investigating officer within 24 hours of the DR creation (the investigation officer cannot be the same individual who initiated the DR).<br><br>The investigating officer is responsible for the following:<br><br>(1) Interviewing the charging staff member.<br><br>(2) Interviewing the charged inmate. When interviewing the charged inmate the investigator is responsible for the following:<br><br>    (a) Delivering the charge to the inmate by reading the charge and statement of facts to the inmate.<br>    (b) Ensuring that the inmate has been provided a written copy of the charges.<br>    (c) Appointing a staff assistant if necessary.<br>    (d) Obtaining the inmate's version of the infraction.<br>    (e) Asking the inmate if there are any witnesses or evidence to offer in the inmate's behalf.<br>    (f) Completing and obtaining the inmate's signature on the Witness Disposition, Form DC6-112B, and the Documentary or Physical Evidence Disposition, Form DC6-151.<br>    (g) Completing Form DC6-2028, Disposition of Videotape/Audiotape Evidence, when necessary.<br><br>(3) Interviewing additional persons who may have information pertaining to the infraction, including those who are listed in the statement of facts.<br><br>(4) Reviewing documentary or physical evidence referenced by the charging staff person or identified by the charged inmate on Form DC6-151, Documentary or Physical Evidence Disposition.<br><br>(5) Recording the results of the investigation on the Disciplinary Investigative Report, Form DC6-112A. | Sr. Security Staff |
| 14.11 | Investigation w/ Inmate Interview | The investigating officer investigates by interviewing the inmate and asking if the inmate has any witnesses or evidence that may support the inmate's version of events.   (DC6-112B) | Security Staff |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.12 | Notified of DR | The inmate is notified of the DR. | Inmate |
| 14.13 | Request Staff Assistance | Staff Assistant – An employee, appointed by the warden, whose name is placed on a list maintained by the disciplinary team and who is assigned by the team to assist the inmate. A staff assistant does not take the position of an advocate or defense attorney.<br><br>Inmates may request assistance from a third party staff member to understand the charges being brought against them.   Staff assistance will be provided but such assistance is not meant to be representative in a legal context; staff members do not "represent" the inmate.<br><br>A staff assistant is assigned to an inmate under the following circumstances:<br><br>(a) To explain the charges or disciplinary procedures to the inmate,<br><br>(b) To assist the inmate when the disciplinary team determines that the inmate is illiterate or does not understand English,<br><br>(c) When the inmate has a disability that would hinder his or her ability to represent himself or herself,<br><br>(d) When the complexity of the issue makes it unlikely that the inmate will be able to properly represent himself. | Inmate |
| 14.14 | Interview Staff | The investigating officer interviews staff members who may have initiated the DR or who may have witnessed the infraction. | Security Staff |



**Florida Department of Corrections**

Institutions Business Process Analysis

| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.15 | Interview & Capture Witness Statements | The investigator solicits information from witnesses that may support or corroborate the inmate's version of what transpired.   (DC6-112C)<br><br>Note:   Special provisions are included in 33-601.3055 to cover cases involving confidential informants. | Security Staff |
| 14.16 | Complete Investigation Report | The investigator completes the Investigation Report (DC6-112A) and has the Sr. Security Officer review the report prior to sending the results to a Classification Supervisor for review. | Security Staff |
| 14.17 | Review Investigation Report | The Investigation Report (DC6-112A) is reviewed prior to submitting the results to a Classification Supervisor for review. | Sr. Security Staff |
| 14.18 | Review DR | The Classification Supervisor reviews the DR Investigation Report, determines whether the DR is considered to be minor or major and schedules a hearing.   The Classification Supervisor also verifies that the citation for the charge is correct and the DR statement of facts supports the charge and contains all of the necessary elements.<br><br>Note:   For minor DRs, a hearing may be conducted with a single hearing officer (normally a Classification Supervisor).   For major DRs (or at any time when requested by an inmate prior to entering a plea), hearings are conducted by a disciplinary team (normally a Classification officer and a senior member of the Security staff). | Classification<br><br>Sr. Security Staff |
| 14.19 | Schedule Hearing | Hearings may be scheduled any time after 24 hours have elapsed since the formal delivery of the charges to the inmate (see waiver exception below). | Classification Supervisor |
| 14.20 | Waiver Option | Hearings may be held prior to the 24 hour time frame if the inmate executes a waiver (DC6-112D). Inmates may also waive their right to be present for the hearing by so indicating on the same DC form. | Inmate |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.21 | Conduct Hearing | The hearing officer or disciplinary team member reads the charge, asks the inmate if the charge is understood, and explains the range of penalties that could be imposed if there is a finding of guilt.<br>The hearing officer or disciplinary team reads the statement of facts to the inmate and the inmate is asked to plea.<br>The entire disciplinary report may be returned for further review, investigation, or correction.<br>If further review suggests a different charge should have been indicated or that additions, deletions or changes should be made in the statement of facts (change section narrative) then the originator rewrites the disciplinary report, a copy of the new or corrected disciplinary report is delivered to the inmate, a new investigation is prepared and the disciplinary report is scheduled for a hearing. The original report is not processed.<br>The inmate is informed of the final decision by the hearing officer or disciplinary team and the basis for that decision. | Sr. Security Staff<br><br>Classification |
| 14.22 | Enter Plea | The inmate is requested to enter a formal plea to the charges.<br>If the inmate pleads "guilty," no further evidence needs to be heard. If the inmate pleads "not guilty," evidence is presented including witness statement forms obtained from witnesses.<br>Note:   In the event the inmate refuses to enter a plea, it is treated as a "not guilty" plea insofar as hearing procedures are concerned. A "no contest" plea is handled as a guilty plea. | Inmate |
| 14.23 | Plead Guilty | If the inmate pleads "guilty," no further evidence needs to be heard and the hearing moves to Findings. | Inmate |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Sub-Process 9 – Disciplinary Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.24 | Notification of Dismissal or Not Guilty | If the charge is dismissed or the inmate is found not guilty, the disciplinary report is not posted or placed in the inmate file. <br><br> Note:  Once an employee has written a disciplinary report and submitted it to the shift supervisor, any rejection, disapproval, dismissal or finding of not guilty is communicated to the employee who initiated the report by the official making the decision, along with the reason for the rejection, disapproval, dismissal or finding of not guilty. | Security Staff <br><br> Classification |
| 14.25 | Findings | Inmates found guilty are subject to all manner of disciplinary actions to include, but not limited to, confinement, probation, suspension of mailing and visitation, extra duty, and loss of Gain Time. <br><br> See Rule 33-601.308 for a full narrative. <br><br> The results of the DR hearing are forwarded for review by the chief Correctional Officer at the facility. | Security Staff <br><br> Classification |
| 14.26 | Review/Recommendations to Warden | The chief Correctional Officer at a work release only facility reviews the DR findings and recommends approval, modification, or disapproval to the Warden. | Security Chief |
| 14.27 | Review of DR Findings/Recommendations | The Warden, acting as the final reviewing and approval authority, approves, modifies downward, or disapproves the recommended disciplinary action. <br><br> Note:  The Warden is the final reviewing authority for cases which the penalty does not exceed a loss of more than 365 days of Gain Time.   In cases where the penalty exceeds 365 days or cases in which the Warden is the DR originator, the Regional Director is the final authority. | Warden <br><br> Central Office <br><br> Regional Director |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



Figure 2.3-2 Disciplinary Management Sub-Process Workflow



**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.4  INTERSTATE CORRECTIONS COMPACT SUB-PROCESS

Table 2.4-1 lists the activities that make up the Interstate Corrections Compact Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period.   The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.4-1 Interstate Corrections Compact Activities

| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.1 | Reviewed and Approved by Classification Officer | Inmates may be transferred to another state to serve their sentence(s) for a variety of reasons (voluntary or involuntary):<br><br>• Inmate Request<br><br>• Institutional Management Issues<br><br>• Inmate Protection<br><br>Inmates from other states may also be incarcerated in Florida for the same reasons.<br><br>Normally, an inmate requests a transfer through their Classification Officer. | Classification |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.2 | Reviewed and Approved by Classification Supervisor | In the case of an inmate requesting a transfer, the inmate meets with a Classification Officer who reviews the prevailing eligibility criteria for ICC transfers.<br><br>Note:  Inmate transfers for Management or Protection reasons may be initiated by senior institutional staff (e.g., the Warden).  Such requests are generally routed directly to Central Office for action, bypassing the reviews that follow.<br><br>Classification Officers ensure the inmate's Relatives and References data is complete and contacts at least one family member residing in the requested state to determine support levels (contacts are documented on DC6-130, "Documentation of Verbal Contact").  The inmate also executes DC6-130, "Waiver of Extradition" and DC4-711B, "Consent and Authorization for Use and Disclosure Inspection Release of Confidential Information."  Finally, the inmate is scheduled for a Health Services review to determine long term or extraordinary medical needs. The inmate is also informed of post-release conditions, if present, and sends any court orders to Central Office for their review (prior to submitting a transfer recommendation). | Classification Supervisor |
| 15.3 | Reviewed and Approved by ICT | Inmate requests for transfer are reviewed and approved by the Institution Classification Team. | ICT |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| **Index Number** | **Activity Label** | **Activity Description** | **Actors** |
| 15.4 | Send Inmate Progress Report Requests to ICC | The Classification Officer generates a copy of the inmate's latest progress report (screen print of the DC18 screen) and prepares a memorandum for Central Office to describe the various issues and particulars surrounding the transfer request.   The memo contains:<br><br>• Release Plan<br><br>• Name of Requested state<br><br>• Family member information<br><br>• Other information that may assist the ICC team in making a determination<br><br>• Signatures of the Classification Officer, Classification Supervisor, and the Warden (or designee) must be affixed to the request memo | Classification |
| 15.5 | Review Request | The ICC staff at Central Office reviews the information provided.   If declined, the Classification Officer is so notified.    If eligible, the classification Officer is notified and Inmate is placed in a pending status while awaiting an available opening with the receiving State.<br><br>Note: A variety of extenuating circumstances (e.g., Florida's inmate balance with the requested state) could affect when the inmate can transfer. | ICC Staff |
| 15.6 | Request ICC Packet | Once a slot is available at the receiving State, the ICC staff requests that the Classification Officer prepare a full ICC packet for submission. | ICC Staff |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.7 | Create ICC Packet | Once notified by Central Office, that an opening is available and the eligible inmate can now transfer, the Classification Officer prepares the ICC packet which consists of: <br><br> • The signed memorandum requesting transfer <br><br> • DC6-305, "Verbal Contact," form. <br><br> • Health Services information (Note:   the information will be sealed in the inmate's medical file.) <br><br> • Completed DC4-711B, "Consent and Authorization for Use and Disclosure Inspection Release of Confidential Information." <br><br> • Any additional documents supporting the transfer (e.g., statements from family members). | Classification |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.8 | Run Background Check | Prior to the inmate's transfer the Classification Officer:<br><br>• Requests a Criminal History report to check for outstanding wants, warrants, and/or detainers.<br><br>• Completes a file audit in accordance with Procedure 601.218.<br><br>• Performs a Conditional Release review to determine eligibility.<br><br>• Notifies the Florida Commission on Offender Review if the inmate has post-release supervision under FPC authority.<br><br>• Informs the inmate about property rules at the gaining state.<br><br>Prior to the inmate's transfer, the Sentence Structure Specialist prepares a transfer packet containing:<br><br>• Updated inmate photo (full face and profile).<br><br>• Fingerprint card (original only).<br><br>• Signed DC6-130 (Waiver of Extradition).<br><br>• Judgment and Sentence (full commitment packet).<br><br>• Health Summary (within the last 30 days).<br><br>• Ten day supply of inmate medications.<br><br>• A copy of all pertinent inmate medical file information (in a sealed envelope).<br><br>After inmate transfer, the Sentence Specialist instructs the Inmate Bank to forward all monies to the receiving state, instructs the mail room to forward inmate mail, notifies ICC when the inmate is transferred to the receiving state, and initiates inmate file archive processing (treats as an inactive file). | Classification<br><br>-Sentence Specialist |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.9 | Create Summary Sheet and send to other State | Using the information provided by the Classification Officer, the ICC staff creates a summary memorandum and emails it to the requested state for transfer review and approval. | ICC Staff |
| 15.10 | Review Summary Sheet and Email Provisionally Approval | The requested state reviews the information provided and either declines or notifies Florida that a provisional approval is granted. | Out of State ICC Staff |
| 15.11 | Create Memo and send with Packet | Upon receipt of a provisional approval from the requested state, ICC staff compiles and sends a complete packet of information to the requested state. | ICC Staff |
| 15.12 | Create Acceptance Letter and Send back to ICC | If approved, the requested state sends a formal letter of acceptance to ICC staff. Note: A copy of the letter and transfer instructions are provided to the Classification Officer and/or Sentence Structure Specialist at the inmate's current facility, the appropriate reception center, and the Bureau of Victims Assistance. | Out of State ICC Staff |
| 15.13 | Create Transport Order | The ICC staff creates a transport order and sends it on to Population Management. | ICC Staff |
| 15.14 | Coordinate with Population Management | The ICC staff contacts Population Management staff to arrange for the inmate's transportation to the receiving state. | ICC Staff |
| 15.15 | Coordinate Transfer | Population Management coordinates the inmate's transfer with that institutions classification officer. | Population Management |
| 15.16 | Manage Transfer | Classification officer manages the transfer similar to releasing an inmate with thorough validation of documents and inmate verification prior to releasing inmate into custody of Transport agent. | Classification |
| 15.17 | Transport out of State | Transportation (usually a vendor) is provided to pick up the inmate and transport to the receiving state. | Transfer Agent |

**Florida Department of Corrections**

Institutions Business Process Analysis



| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.18 | Send Files to Central Office | After Transfer the Classification officer sends Inmate files up to central office for Imaging into IRIS. | Classification |
| 15.19 | Create and Send ICC Packet | For requests by other states to transfer inmates to Florida, a packet is prepared and sent to the DC ICC staff in Central Office. | Out of State ICC Staff |
| 15.20 | Review Request and Packet | ICC staff reviews the transfer request and accompanying information.   ICC staff also checks the inmate parity figures for that state (ICC prefers to keep a fairly equal number of inmates in Florida for each Florida inmate housed in the respective states in accordance with the Interstate Compact). | ICC Staff |
| 15.21 | Create Acceptance Letter and Send back to Other State | If approved, ICC sends an acceptance letter back to the requestor indicating that Florida is willing to accept the inmate for incarceration. | ICC Staff |
| 15.22 | Coordinate with Transfer Agent, Population Management & Reception Center | The ICC teams (Florida and the requesting state) work closely to arrange for the delivery and reception processing for the inmate to be transferred. | Out of State ICC Staff<br><br>ICC Staff<br><br>Population Management<br><br>Reception Center |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 10 – Interstate Corrections Compact Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15.23 | Inmate Case Management | Housing Florida inmates in other jurisdictions does not relieve Classification Officers of the responsibility to provide on-going case management support (e.g., progress reports).   Florida is also responsible to provide any necessary supporting documents to other entities to support their inmate case management requirements.<br><br>The ICC staff in Central Office coordinates inmate management for inmates housed outside the state and serve as the conduit for other states or entities who require information about their inmates housed in Florida.<br><br>Note:   The ICC staff is also responsible to ensure the Florida inmate sentence structure is accurate and timely (e.g., application of Gain Time, modifications to their sentence based on Florida law).   In general, while inmates are housed externally, Florida is still responsible to dynamically manage the inmate. | ICC Staff |



# Florida Department of Corrections

### Institutions Business Process Analysis

Figure 2.4-1 Interstate Corrections Compact Sub-Process Workflow





# Florida Department of Corrections

### Institutions Business Process Analysis

Figure 2.4-2 Interstate Corrections Compact Sub-Process Workflow



 

**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.5 DRUG TESTING SUB-PROCESS

Table 2.5-1 lists the activities that make up the Drug Testing Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period.  The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.5-1 Drug Testing Activities

| Sub-Process 11 – Drug Testing Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.1 | Select Drug Test | The random drug testing program, run by the Inspector General's Office, manages the testing of inmates.  The IG's office, each Monday morning, determines which specific drugs (up to four) will be tested for in the upcoming week (tests for cocaine and marijuana are always included so the IG may select 1, 2, or no additional drugs for testing).<br><br>Note:  Inmates are also subject to alcohol testing using standard "blow tubes."  In the event of a positive result, inmates are subjected to urinalysis testing as described in this process.<br><br>Program no longer run out of IG office; it's run out of Institutions at Central office. | Central Office |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 11 – Drug Testing Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.2 | Inmates Selected for Testing | Inmates are subject to random drug testing throughout their incarceration:<br><br>• All new inmates (within 90 days of receipt) are tested<br><br>• Random testing for 1% of the entire inmate population on a weekly basis<br><br>• All inmates enrolled in a Substance Abuse Program (SAP) are tested weekly<br><br>• Random testing for 20% of the entire SAP population twice a month<br><br>• For cause at anytime<br><br>Note:  The possibility exists (and is borne out in practice) for an inmate enrolled in SAP to be tested three times in a single week (four if for cause).<br><br>Each Monday morning, lists of inmates to be tested are created and distributed to each institution.   The lists contain specific dates for the administration of the tests (this allows the testing to be spread out over the week rather than requiring all inmates to be tested on the same day).   The institutions are responsible to test each inmate on the list within 30 hours of the date indicated on the lists (before or after the date; flexibility is important as it provides an opportunity to test inmates on different shifts without allowing them insight as to when they may actually be tested).<br><br>Process Improvement: automatic generation of drugs to be tested and random inmate lists. | Central Office<br><br>Institutional Staff |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 11 – Drug Testing Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.3 | Print List at Facility | Drug test administrators (normally a Correctional Officer who must be certified as a tester) receive the week's list for inmates and drugs at their facility. Each institution's drug test officer, upon receipt of the inmate list and the drugs to be tested that week, ensures a sufficient quantity of tests are on-hand to perform the tests and schedules the administration of the tests (scheduling is closely held to preclude inmates from being notified of an upcoming test).<br><br>Note:  Drug test kits and/or supplies are distributed and stored at each facility.  In cases where the necessary supplies are not on-hand, institutions coordinate within their regions to transfer the appropriate materials to support the testing process. Currently, inventory management is addressed using an Excel spreadsheet which is updated and shared between the regional institution staff. | Security Staff |
| 20.4 | Call Inmate in for Test | Inmates are physically moved to an appropriate testing area. | Security Staff |
| 20.5 | Provide Sample | Inmates provide a urine sample under observation by the drug test administrator (officers are required to witness the tests to ensure no foreign matter is introduced into the sample and to make sure the inmate actually provides his or her own sample). | Security Staff |
| 20.6 | Administer test | The sample is tested immediately in the presence of the inmate using the test kits/strips corresponding to the week's drugs to be tested.<br><br>Note:  Drug testing involves Chain of Custody issues so it is imperative that the inmate be present for and witness all drug testing. | Security Staff |

# Florida Department of Corrections

**Institutions Business Process Analysis**



| Sub-Process 11 – Drug Testing Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.7 | Record test results | Space is provided on the administrator's list to record the results of each test.<br><br>If the result is Negative, the inmate is so informed, the sample is disposed of, and the results are recorded on the OBIS printout (the list of inmates to be tested).<br><br>Test results are entered directly into OBIS. | Security Staff |
| 20.8 | Positive Results | If the sample tests positive, the inmate is informed and provided the option to sign a DC1-824, "Affidavit for Admission of Drug Use."<br><br>If the inmate executes the DC1-824, the sample is disposed of, the inmate is placed in administrative confinement and a Disciplinary Report (DR) is written (the DC1-824 is attached to the subsequent DR).<br><br>Note:   Although not contained in DC Procedure 108.005, "Drug Testing of Inmates," in practice, officers often administer a second test when a positive result is observed.<br><br>Inmates are given a choice to challenge the results of a positive test.   If they avail themselves of that option, the test administrator seals the specimen and begins Chain of Custody processing in the inmate's presence.<br><br>Note:   In response to an inmate's claim that prescribed medications are the cause of a positive test result, test administrators contact the institution's medical staff.   If the medical confirms the inmate's claim, the type, amount, and dosage of the medication is documented on the Chain of Custody. | Security Staff |



# Florida Department of Corrections

**Institutions Business Process Analysis**



| Sub-Process 11 – Drug Testing Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.9 | Challenge Results | As described previously, inmates may challenge the results of a Positive drug test.   If they do so, the Chain of Custody procedure is followed and the inmate is placed immediately in administrative confinement pending confirmation by an independent laboratory. | Inmate |
| 20.10 | Goes to Administrative Confinement | Inmates who test Positive and/or challenge a Positive result are placed in Administrative Confinement pending a DR process or the results of an independent laboratory testing regimen. | Inmate |
| 20.11 | Send sample to independent lab | When an inmate challenges a Positive test result, the test administrator, following appropriate Chain of Custody provisions, mails the sample to an independent laboratory for testing using a predetermined shipping company.  Note: All specimens must be shipped within 48 hours of the original test results. | Security Staff |
| 20.12 | Test Sample | An independent laboratory tests the sample(s). | Laboratory |
| 20.13 | Results | Results are sent back to the originator. | Laboratory  Security Staff |
| 20.14 | Notified of Positive Results | Test administrators receive the results from the testing lab.   If the results are Positive (confirmed), the DR process is initiated for the inmate.   If the results are Negative, the classification staff is notified with a recommendation to release the inmate from Administrative Confinement.  The Chief of security (or designee) records the results on the DC1-826 mails the result to Central Office (IG).  Test results are entered directly into OBIS. | Security Staff  Central Office (IG) |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 11 – Drug Testing Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.15 | Accepted Positive Results without Challenging | Inmate decides not to challenge positive test results so sample will not be sent to the lab. The DR process is initiated for the Inmate. | Inmate |
| 9.14 | Initiate DR Process (Sub Process) | Initiate DR process. See sub process 9 for further details. | Security Staff |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.5-1 Drug Testing Sub-Process Workflow





**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.6 VISITOR MANAGEMENT SUB-PROCESS

Table 2.6-1 lists the activities that make up the Visitor Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 2.6-1 Visitor Management Activities

| Sub-Process 12 – Visitor Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 23.1 | Complete Relatives & Reference Information | During the reception process, classification staff develops and maintains a computerized list of an inmate's immediate family members for placement on the automated visiting record. Placement of a name on the automated visiting record in and of itself is not approval to visit.<br><br>The inmate is given up to fifteen copies of the Request for Visiting Privileges, Form DC6-111A, and Visitor Information Summary, Form DC6-111B, within 24 hours after arrival at his or her permanent facility. The inmate is responsible for sending the forms to each family member or friend twelve years of age or older, whom the inmate wishes to be placed in his or her approved visiting record. Minors eleven years of age and younger are not required to submit a Request for Visiting Privileges, Form DC6-111B, until they reach 12 years of age.<br><br>The prospective visitor is required to complete a Form DC6-111A, Request for Visiting Privileges, by filling in each line or inserting "NA" (not applicable) where appropriate.<br><br>Note: Upon transfer to a permanent institution or facility, each inmate is provided with a visitor | Classification<br><br>Inmate |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Sub-Process 12 – Visitor Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | information letter containing visiting information specific to that institution or facility to be mailed, at the inmate's expense, to each approved visitor. | |
| 23.2 | Verify and Validate Eligibility | Inmate visitor requests are validated by their Classification Officer.<br><br>Department staff documents all requests for visits and decisions made with regard to visiting and pertinent comments on the automated visiting record.<br><br>No more than fifteen people, twelve years of age or older, including family and non-family members, are allowed on an inmate's approved visiting record.<br><br>Inmates are permitted to remove or request to add visitors to their inmate visiting records by completing a Remove/ Add Visitor Request, Form DC6-111C, provided by institutional classification staff. Additions to the visiting record are allowed at any time, up to the limit of fifteen approved visitors. Removals are only permitted every six months. Visitors whose visiting privileges are suspended or revoked are not removed from an inmate's approved visiting list while in the respective status and the inmate is not allowed to replace the visitor with another approved visitor.<br><br>Note:   A person who requests placement on an inmate's visiting record is referred to the inmate concerned. The inmate is responsible for notifying prospective visitors of whether they have been approved or disapproved for visitation. | Classification |
| 23.3 | Run Criminal Histories on Visitor list | The institution classification staff conducts criminal history background checks on applicants requesting visiting privileges. | Institutional Staff<br><br>Classification |
| 23.4 | Deny/Approve Visitation Request | The assigned institutional classification officer has the authority to disapprove visiting for applicants with prior negative visiting behavior based on the security threat to the institution, nature of the behavior, and the elapsed time since the incident. Denial of visiting is permanent if the prospective visitor was involved in, or assisted in, an escape or attempted escape from any correctional facility.<br><br>Visiting is denied if the visitor advocates or has advocated violence or the violation of any law or rule | Classification |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 12 – Visitor Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | or is a danger to the security and good order of the institution. | |
| 23.5 | Record Visitor Status | Once a visitor's status is determined, visitation status is recorded in OBIS by the Classification Officer. Status Codes are: A – Approved D – Denied G – Approved (Child) I – Removed by Inmate Request T – Non-Contact V – Removed by Visitor Request X - Deceased Suspension Codes: P – Permanent Suspension S – Suspended Z – Temporary Suspension | Classification |
| 23.6 | First Visitation PIN, Picture & Data Input | When a visitor arrives for the first time, they check in at the control center where their identification is verified, visitation approval is validated, a personal identification number (PIN) is provided (the PIN is generated in OBIS when the visitor information is input by the Classification Officer(s) and automatically routed to the Facility Access Secure Tracking (FAST) system), the visitor's biometric data is captured (hand scanner), the visitor's photograph is taken, and additional demographic information is input to FAST. | Institutional Staff |
| 23.7 | Check if Inmate Allowed Visitors | For various administrative reasons the inmate may not be permitted visitors (e.g., the inmate is in confinement or subject to visitation restrictions as a result of a disciplinary infraction).   In those cases, visitation is not allowed. | Institutional Staff |



# Florida Department of Corrections



## Institutions Business Process Analysis

| Sub-Process 12 – Visitor Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 23.8 | Review Visitor Incident Reports | For various administrative reasons Incident Reports (DC6-236) are created and reviewed by the Security Staff to determine if future visitation privileges should continue or be revoked. | Institutional Staff |
| 23.9 | Recommend Suspensions | Rules 33-601.731 and 33-601.732 contain myriad reasons for visitation privilege suspensions to include misconduct by the inmate or the visitors.   In such cases, staff recommends the suspension of visitation privileges. | Institutional Staff |
| 23.10 | Review & Approve or Deny Suspensions & Reinstatements | The Warden reviews and then approves or denies visitation suspensions or reinstatements. | Warden |
| 23.11 | Revoke or Suspend Visitation Privileges | In accordance with the Warden's decision, staff update OBIS (which automatically updates FAST) to reflect the proper status for inmate visitation. | Institutional Staff |



Figure 2.6-1 Visitor Management Sub-Process Workflow






**Florida Department of Corrections**

Institutions Business Process Analysis

## 2.7 ELAPSED TIME

This section describes the time limits or goals required to complete the activities that make up the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity. |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Limit or Goals Time | Any time limits or goals, from any source – internal or external – pertaining to this activity. |
| Limit or Goal Source | The source of the limit or goal listed above (Florida Statutes, Department of Corrections policy, etc.) |
| Speed Bumps | Specific, recurring difficulties that slow the progress of this activity. |

Table 2.7-1 Elapsed Time

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 1. | Review Inbound Inmate Information | N/A | N/A | Highly dependent upon the number of inmates received |
| 2. | Deliver Inmate | N/A | N/A | Highly dependent upon the number of inmates received |
| 3. | Review Inmate Documents | N/A | N/A | Highly dependent upon the number of inmates received |
| 4. | Gain Inmate | N/A | N/A | Highly dependent upon the number of inmates received |
| 5. | Assign Bed | N/A | N/A | Highly dependent upon the number of inmates received |
| 6. | Conduct Search and Seizure | N/A | N/A | Highly dependent upon the number of inmates received |
| 7. | Conduct Property Disposition | N/A | N/A | Highly dependent upon the number of inmates received |
| 8. | Conduct Orientation | N/A | N/A | Usually completed during the first week of inmate receipt at their permanent institution. |
| 9. | Assign Inmate to Classification Team | N/A | N/A | Highly dependent upon the number of inmates received |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| | Security Threat Group (STG) Coordinator Assessment (Sub-Process 5) | N/A | N/A | Highly dependent upon the inmate (e.g., number and complexity of tattoos, responses to the STG questionnaire). |
| 10. | Audit Inmate File | N/A | N/A | Highly dependent upon the content and complexity of the inmate file. |
| 11. | Risk & Needs Assessment | N/A | N/A | Highly dependent upon the number of inmates received |
| 12. | Review Custody Level | N/A | N/A | Highly dependent upon the number of inmates received |
| 13. | Validate & Approve Custody Level | N/A | N/A | Highly dependent upon the number of inmates received |
| 14. | Issue Disciplinary Reports | Investigation must begin within 24 hours of the DR. Hearing must be held within 7 working days after the completion of the investigation. | Rule 33-601 | The DR process (from beginning to end) is estimated to cost $187 per DR incident.   No breakdown by man-hour is available.<br><br>Inmates may waive the requirement that does not allow a hearing to commence sooner than 24 hours after notification.<br><br>Inmate grievances to appeal the DR decision must be filed within 15 days. The Warden has 20 days to review and to provide a response.   The inmate has 15 days to appeal the Warden's decision to Central Office. |
| 20. | Drug Testing | +/- 30 hours from scheduled testing date | DC Procedure | Positive results that are challenged by inmates must be shipped within 48 hours of the sampling. |




**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.8 PAPER DOCUMENTATION

The section describes the paper documents required to complete the activities that make up this process. The reference column refers to the originator and title of policy, procedure, or instruction that contains the form or specifies the content of the document, if any. More than one document may be required to carry out a single activity, so each is listed.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Document Title** | Short title, form number or other designation for the document. |
| **Document Description** | General description of the document contents and purpose. |
| **Reference or Source** | Originator and title of the source instruction or policy. |

Table 2.8-1 Paper Documentation

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 1. | Review Inbound Inmate Information | Final Transfer List | List of all inmates transferred to a particular institution for intake (IIS0191) | OBIS |
| 3. | Review Inmate Documents | Inmate files (general, health, education) | Health (usually a special "green" folder) – Subject to HIPAA restrictions<br><br>Education – special education inmates only; require special handling. | Delivered with each inmate |
| 5. | Assign Bed | Housing Officer's Contact Card (DC6-256)<br><br>Housing Unit Log (DC6-209) | N/A | Hard copy form to record various inmate related activities (e.g., security infractions). |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 7. | Conduct Property Disposition | Inmate Impounded Personal Property List (DC6-220)<br><br>Inmate Personal Property List (DC6-224)<br><br>Authorization for Disposition of Mail and Property (DC6-226)<br><br>Inmate Receipt for Personal Property (DC6-227) | Various documents containing information about inmate property and disposition instructions/authorization, authorization to inmate open mail, and authorization to endorse and deposit monetary instruments on behalf of the inmate. | N/A |
| 8. | Conduct Orientation | Authorization and Release of Information (DC3-214)<br><br>Inmate Safety Training Documentation (DC2-569)<br><br>Work Release Centers Rules and Policy Delivery Certificate of Orientation (DC6-126)<br><br>Letter of Notice (DC6-102)<br><br>Contact Sheet (DC6-271)<br><br>Inmate Request (DC6-236) | Various forms and documents used throughout the Department (may vary widely between institutions and work release centers). | N/A |
| | Security Threat Group (STG) Coordinator Assessment (Sub-Process 5) | Security Threat Individual Group Validation Worksheet (DC6-106A)<br><br>Security Threat Group Questionnaire (DC6-106C)<br><br>Incident Reports (DC6-210) | Gang related information interview form.<br><br>Security threat group suspicion or identification. | STORMS |
| 10. | Audit Inmate File | Inmate File Audit Checklist (DC6-164) | DC checklist to ensure all file audit steps have been completed and to document the review process. | N/A |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 11. | Risk & Needs Assessment | Personalized Program Plan for Work Release Centers, (DC6-118A) Community Facility Health Appraisal (DC4-750) takes the place of a Risk & Needs assessment performed at the Institution | Inmate demographic data, Goals and Objectives, Health Appraisal, and Release Plan. | N/A |
| 14. | Issue Disciplinary Report(s) | DC6-112E, Disciplinary Hearing Worksheet DC6-112A, Disciplinary Investigative Report DC6-256, Contact Card DC6-112D, 24 Hour/Refusal to Appear Waiver Form DC6-112C, Witness Statement Form DC6-112F, Disciplinary Report Worksheet DC6-151, Documentary or Physical Evidence Disposition DC6-112B, Witness Disposition Form DC6-117, Corrective Consultation of Inmate DC6-2028, Disposition of Videotape or Audiotape Evidence ISS0150, Charging Disciplinary Report (OBIS) ISS0152, Disciplinary Report Corrective Consultation of Inmate (DC6-117) | Miscellaneous DR process forms Corrective Consultations (CCs) may be used to affect discipline in lieu of a formal DR process. | Rule 33-601.313 OBIS Reports |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 20. | Drug Testing | Reasonable Suspicion Testing Tracking (DC1-827)<br><br>Inmate Scannable Drug Testing Control Card (DC1-826)<br><br>Acknowledgement of Beverage (DC1-823)<br><br>Affidavit for Admission of Drug Use (DC1-824) | N/A | N/A |
| 21. | Transport Inmate | Transportation Request (DC6-2041) | Request to move an inmate from one location to another. | |
| 23. | Manage Visitors | Request for Visiting Privileges (DC6-111A)<br><br>Remove/Add Visitor Request (DC6-111C)<br><br>Visitor Screening Matrix (DC6-111D) | Visitors must fill out a visiting request form and be screened.   Inmates must authorize visitation. | N/A |
| 28. | Operation Inmate Bank | Inmate Trust Fund Deposit Form<br><br>Reversal of Co-Payment (DC4-695)<br><br>Inmate Trust Fund Special Withdrawal (DC2-304) | Deposit slip for inmate accounts.<br><br>Reversal of medical co-payments.<br><br>Special trust fund withdrawal request. | N/A |
| 31. | Transfer Inmate | Work Release Centers - Type B Furlough Request (DC4-819)<br><br>Transfer Order List (OBIS – IIS0191) | N/A | N/A |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.9  BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER

This section describes the business systems that are employed directly (touched) or indirectly (data transfer) in the course of the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Business System** | The name or designation of the system touched (if any). |
| **Purpose or Intent** | The business objective accomplished by using the system or systems. |
| **Mode** | Choose one; entry is made by a person, transfers are from system to system (including tape). |

Table 2.9-1 Business System Data Entry & Data Transfer

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 1. | Review Inbound Inmate Information | OBIS | Inbound inmate information is provided to allow gaining institutions insight for inmate intake planning. | Report |
| 4. | Gain Inmate | OBIS | Gaining institution logs the inmate into their facility. | Update |
| 5. | Assign Bed | OBIS | Inmates are assigned beds. | Entry |
| 9. | Assign Inmate to Classification Team | OBIS | Each inmate is assigned to a particular Classification Officer for case management purposes. | Entry |
| 10. | Security Threat Group (STG) Coordinator Assessment (Sub-Process 5) | STORMS | If appropriate, inmates are questioned related to possible gang affiliation and their tattoos are photographed and stored in STORMS. | Entry |
| 12. | Risk & Needs Assessment | OBIS | Inmates are interviewed and assessed for programmatic needs (e.g., education, vocation, drug abuse treatment) and their internal and external risk scores (Custody, Housing, and Internal Management) are determined. | Entry |
| 14. | Validate & Approve Custody Level | OBIS | Approval process for Custody scoring. | Query Entry |
| 15. | Issue Discrepancy Report(s) | OBIS | (ADIOS) – Records and tracks the DR process. | Entry Update Query |

 

# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 16. | Calculate and apply Gain time | OBIS | Monthly application of awarded Gain Time (affects the inmate's tentative release date).<br><br>OBIS also has to forfeit gain time, for example when a DR is processed. This is done automatically with entry of the penalty. The fact is, applying gain time is never an issue. Forfeitures can be highly problematic. | Entry |
| 20. | Drug Testing | OBIS | Results of institutional drug testing program(s) are recorded. | Entry<br>Update<br>Query |
| 21. | Transport Inmate | OBIS | Transfer requests result in transportation orders as do myriad transportation needs. | Entry |
| 30. | Manage Work Assignment | OBIS | Record job assignments. | Entry<br>Update |
| 32. | Release Inmate | OBIS | Release Officer case management (see core process for Release for additional information). | Entry<br>Update<br>Query<br>Report |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



## 2.10 PROCESS ISSUES & RECOMMENDATIONS

This section lists the issues that have arisen while analyzing this core process.   These are the difficulties that result in an activity losing its effectiveness, degrading its efficiency and hindering its adaptability.   Each activity can have more than one issue associated with it.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Issue** | Short description for the issue. |
| **Impact** | Impacts or consequences of the issue (e.g., confusion, delay, error, incident). |
| **Recommendation** | Recommendation for addressing the issue or reducing its impact (if any). |

Table 2.10-1 Process Issues & Recommendations

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 5. | Assign Bed | Beds must be assigned manually to each inmate. | The manual assignment of each bed to an inmate is time consuming and seems ripe for automation. | Automate all bed assignments. Bed assignments have grown increasingly complex due to the goals of reducing in-cell violence. Often, bed assignments come down to a decision made by the housing sergeant or the Officer in Charge based on a review a multiple factors and personal characteristics of inmates for secure cell housing. Open bay housing doesn't rise to this level. |
| 7. | Conduct Property Disposition | Property management is repeated throughout the incarceration period. | Labor intensive, lost articles, possible legal ramifications | Investigate an inventory management system. |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 20. | Drug Testing | Closely resembles the Bureau of Substance Abuse programs.<br><br>Drug testing materials (kits, strips) are managed using Excel spreadsheets;<br><br>Results are written on test schedules, transferred to bubble sheets, and mailed to Central Office. | Duplicative work.<br><br>Regional coordination of supplies is necessary.<br><br>Supplies may expire.<br><br>Duplication of effort to record results, mailing fees. | IG Drug Testing program may be better suited for management within the Bureau of Substance Abuse. Requires additional investigation.<br><br>Centralized inventory management system.<br><br>Give testing officers access to the OBIS screen (DC86) to record results and cut out the entire recording/mailing process. |
| 21. | Transport Inmate | Highly complex system (resource management); done manually. | Labor and institutional knowledge intensive. | Investigate transportation management system. |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 23. | Manage Visitors | Visitors are fully processed before checking to see if the inmate may receive visitors.<br><br>Sex Offender status is shown on the last screen. | Visitors are fully processed (photo, demographic data capture, identification) before learning that the inmate may not be visited that particular day. Also, sex offenders may not be visited by children and that information is displayed on the last FAST screen. | Investigate changes to FAST to discern actual workflow processing and modify the application to support the findings. |



**State of Florida**

**Department of Corrections**

**Office of Information Technology**

# Institutions Core Business Process Analysis

# Core Process A: Receive Inmate Process

| | |
|---|---|
| Author: | North Highland |
| Vendor: | The North Highland Company |
| Version: | 5.0 |
| Creation Date: | 01/16/2008 |
| Last Accessed: | 9/14/2021 12:56 PM |
| File Name: | Institutions - Business Process Analysis - Receive Inmate Process - v5.0 |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



# Document Control

## Change Record

| Date | Author | Version | Change Reference |
|---|---|---|---|
| 1/18/2008 | North Highland | 0.01 (Draft) | Created |
| 3/21/2008 | North Highland | 1.0 (Draft) | Final Draft |
| 4/14/2008 | North Highland | 2.0 | Final Deliverable |
| 6/6/2008 | North Highland | 3.0 | Updated Final Deliverable |
| 10/30/2016 | North Highland | 4.0 (Draft) | Updated documents reflecting any business process changes from the 2008 study |
| 11/18/2016 | North Highland | 5.0 | Updated documents reflecting FDC feedback on draft document |
| | | | |
| | | | |
| | | | |
| | | | |

## Review

| Name | Role | Date |
|---|---|---|
| Chuck Beckett | North Highland Quality Assurance | 10/28/2016 |
| FDC | Client | 11/10/2016 |
| Jennifer Nichols | North Highland Quality Assurance | 11/17/2016 |
| | | |

9/14/2021    Page 2 of 81    Version: Final
Institutions – Business Process Analysis – Receive Inmate Process



# Florida Department of Corrections

### Institutions Business Process Analysis



# TABLE OF CONTENTS

1 DC CORE BUSINESS PROCESSES ..................................................................... 5
  1.1 THE PURPOSE AND SUBJECT OF THIS ANALYSIS ............................................. 5
2 ASSESS INMATE RECEPTION PROCESS ............................................................ 6
  2.1 OVERVIEW ................................................................................................. 6
    2.1.1 Purpose and Objectives of this process ............................................ 6
    2.1.2 Beginning and Ending Points ........................................................... 6
  2.2 ACTIVITIES & WORKFLOW DIAGRAMS ............................................................ 7
  2.3 FCIC/NCIC SUB-PROCESS ....................................................................... 27
  2.4 PROPERTY MANAGEMENT SUB-PROCESS ...................................................... 31
  2.5 INMATE TRUST FUND SUB-PROCESS ............................................................ 36
  2.6 SENTENCE MANAGEMENT SUB-PROCESS ...................................................... 41
  2.7 SECURITY THREAT GROUP (STG) SUB-PROCESS ........................................... 45
  2.8 INMATE PHONE MANAGEMENT SUB-PROCESS ................................................ 50
  2.9 RISK & NEEDS SUB-PROCESS .................................................................... 54
  2.10 TRANSPORTATION MANAGEMENT SUB-PROCESS ............................................ 59
  2.11 ELAPSED TIME ......................................................................................... 65
  2.12 PAPER DOCUMENTATION ........................................................................... 67
  2.13 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER ...................................... 72
  2.14 PROCESS ISSUES & RECOMMENDATIONS ...................................................... 75

# Florida Department of Corrections
### Institutions Business Process Analysis

## LIST OF TABLES

Table 2.2-1 Inmate Reception Activities ................................................................. 7
Table 2.3-1 FCIC/NCIC Activities ...................................................................... 27
Table 2.4-1 Property Management Activities ....................................................... 31
Table 2.5-1 Inmate Trust Fund Activities ........................................................... 36
Table 2.5-2 Inmate Trust Fund Sub-Process Workflow ..................................... 40
Table 2.6-1 Sentence Management Activities ..................................................... 41
Table 2.7-1 Security Threat Group (STG) Activities .......................................... 45
Table 2.8-1 Security Inmate Phone Management Activities ............................... 50
Table 2.9-1 Risk & Needs Activities ................................................................... 54
Table 2.10-1 Transportation Management Activities ........................................... 59
Table 2.11-1 Elapsed Time ................................................................................. 65
Table 2.12-1 Paper Documentation .................................................................... 67
Table 2.13-1 Business System Data Entry & Data Transfer .............................. 72
Table 2.14-1 Process Issues & Recommendations ............................................ 75

## LIST OF FIGURES

Figure 1.1-1 Department of Corrections Core Business Processes ..................... 5
Figure 2.2-1 Receive Inmate As-Is Workflow .................................................... 23
Figure 2.2-2 Receive Inmate As-Is Workflow .................................................... 24
Figure 2.2-3 Receive Inmate As-Is Workflow .................................................... 25
Figure 2.2-4 Receive Inmate As-Is Workflow .................................................... 26
Figure 2.3-1 FCIC/NCIC Sub-Process Workflow ............................................... 30
Figure 2.4-1 Property Management Sub-Process Workflow ............................... 35
Figure 2.6-1 Sentence Management Sub-Process Workflow ............................. 44
Figure 2.7-1 Security Threat Group (STG) Sub-Process Workflow .................... 49
Figure 2.8-1 Inmate Phone Management Sub-Process Workflow....................... 53
Figure 2.9-1 Risk & Needs Sub-Process Workflow ........................................... 58
Figure 2.10-1 Transportation Management Sub-Process Workflow.................... 64



**Florida Department of Corrections**

**Institutions Business Process Analysis**

# 1  DC CORE BUSINESS PROCESSES

## 1.1  THE PURPOSE AND SUBJECT OF THIS ANALYSIS

The Department of Corrections (Department, DC) is carrying out an analysis of its major business processes. The primary intent of this activity is to establish the foundation for the development of a new business system, which will replace the Offender-Based Information System (OBIS); the Computer Assisted Reception Process (CARP) system was subsumed by OBIS after the completion of the 2008 analysis. This analysis will also result in a set of functional and technical requirements for the new business system.

The figure below shows the entire DC set of nine core business processes examined during this project, identified by the letters A through I, and the general sequence in which they are performed. The box highlighted in blue indicates the core business process presented in this document.

Figure 1.1-1 Department of Corrections Core Business Processes



**Florida Department of Corrections**



**Institutions Business Process Analysis**

# 2 ASSESS INMATE RECEPTION PROCESS

## 2.1 OVERVIEW

### 2.1.1 Purpose and Objectives of this process

The purpose of the <u>Receive Inmate</u> (Inmate Reception) core process is to physically receive an inmate from the County Sheriff's Office or designated transporting agent and place the inmate in the custody of the Florida Department of Corrections. The State of Florida receives approximately 30,000 inmates per year in six reception centers (five male, one female).

Offenders are transported from a county jail or from other authorized locations and entered into one of six Reception Centers located throughout the State (five male reception centers and one female centers). Each inmate is accompanied by official commitment papers and other official documents mandated by section 944.17, Florida Statutes. At intake, the inmate is identified as a new receipt, recidivist, or a violator. An inmate is processed, tested, evaluated by Health Services, assessed for program needs, and his / her custody (security risks) is determined. Custody is determined by reviewing the seriousness of the offense, length of sentence, time remaining to serve, prior criminal history, escape history, prison adjustment, and other factors. Based on key assessment results gathered during the reception process, the inmate is then transferred to a permanent facility.

The objectives of this process are:

- Review and validate inmate commitment papers for custody acceptance
- Search and seizure of personal property
- Inmate Orientation
- Testing and assessment of Mental, Physical, Educational, Vocational, Substance Abuse Treatment and Medical needs
- Assessment of Security Risk Level
- Assignment to permanent Institution
- Transfer of inmate to permanent Institution

### 2.1.2 Beginning and Ending Points

Beginning Point:

- Commitment paper review

Ending Point:

- Transfer of inmate to Institution

**Florida Department of Corrections**
Institutions Business Process Analysis



## 2.2 ACTIVITIES & WORKFLOW DIAGRAMS

Table 2.2-1 lists the activities that make up the Inmate Offender Core Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 2.2-1 Inmate Reception Activities

| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1. | Arrival of Potential Inmate | Inmates arrive at one of six DC Reception Centers (NWFRC, RMC, Sumter-Annex, CFRC, SFRC, and FWRC).<br><br>Youthful offenders, 17 and under, are received at Sumter C.I., though Sumter is not a dedicated reception center.<br><br>Inmates are normally delivered to the reception centers in their geographical locations by the county Sheriff's offices (reception center personnel poll each Sheriff's Office on Friday afternoon to project potential reception workload for the following week). Inmates may also be received for initial DC entry from other states or federal officers. | Sheriff's Officer<br><br>Transfer Agent<br><br>T&R Officer |


**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2. | Review Commitment Papers | Each inmate is accompanied by a file of documents ("Commitment Papers") containing information about the inmate's sentence, criminal history, fingerprint card, court documents, etc. Inmate files are physically separated from the inmates (inmates are NEVER allowed physical access to their files) and delivered to a Transportation and Receiving (T&R) Officer.<br><br>The T&R Officer reviews the inmate's commitment papers to determine if the inmate may be held legally by the Department of Corrections. The Officers also perform a perfunctory check of the sentence to determine if an inmate's sentence may have expired prior to arrival (e.g., credited jail time exceeds the inmate's sentence). Any issues are brought to the immediate attention of Classification staff members.<br><br>Note: The commitment paper review process is conducted at the same time the inmates are physically removed from the transport vehicle.<br><br>The transport vehicle staff is required to remain at the reception center until all inmates are gained by the Department.<br><br>The Department is currently working with the Clerks of Court to facilitate electronic transmission of commitment paperwork as imaged documents. | Reception Center T&R Officer |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 3. | Conduct Search and Seizure | Inmates disembark from the transport vehicle. Inmate clothing and belongings are taken from the inmate and the reception center T&R officers search for and seize any and all contraband materials.<br><br>After being searched, inmate property is placed in a box and sealed with tape for subsequent property disposition processing.<br><br>Inmates are then guided through a metal detector and escorted to the "bull pen" to await further processing during which the inmates are called out for multiple interviews (see below). | Reception Center<br>T&R Officer |
| 4. | Gather, Query, and Validate Basic Inmate Information | The T&R Officers review the commitment papers and try to determine if the inmate has previously been issued a Department of Corrections number (DC#). The DC# may be included in the commitment papers or the T&R Officers may use demographic information in OBIS to locate a pre-existing number from the commitment papers or by asking the inmate.<br><br>Note: In some cases, the commitment papers are reviewed and the DC# is located absent the physical presence of the inmate (RMC) or, the inmate may be questioned to assist in the process (CFRC) | Reception Center<br>T&R Officer |
| 5. | Locate or Assign DC Number | The T&R Officer(s) resolve(s) the inmate's status as a recidivist or a new receipt to the Department by either locating a previous DC# or assigning a new number.<br><br>Note: An inmate may have a previous DC# from probationary supervision, having never been physically incarcerated. | Reception Center<br>T&R Officer |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 6. | Gain Inmate | Using the DC#, either previous or new, the T&R Officer "gains" the inmate using OBIS (gain means to acknowledge receipt of the inmate to the Department of Corrections).<br><br>Note: Once all inmates are "gained" by T&R, the transport vehicle staff are permitted to leave. Any inmates that may not be gained by the Department are returned to the transport vehicle or held for further investigation.<br><br>Once T&R gains the inmates, a Receipt Sheet is generated and printed at numerous locations to facilitate further inmate reception processing. A housing label is also created and attached to the inmate's Housing Record. | Reception Center<br><br>T&R Officer |
| 7. | Gather Initial inmate Demographic information | The inmate is interviewed by T&R staff members to capture height, weight, and to verify the inmate's identity (questions are asked about DC#, social security number, date of birth, etc.). | Reception Center<br><br>T&R Officer |
| 8. | Notified that Inmate is Youthful Offender | During intake, the T&R Officer(s) determine if the inmate may be considered a Youthful Offender. This determination is used to ensure the inmate is placed in the appropriate housing unit (youthful offenders are segregated from the general population).<br><br>Note: Youthful Offender status may be court ordered and documented in the commitment paperwork or may be assigned according to the Department's internal rules (age 24 or less).<br><br>This process step functionality has be subsumed by OBIS. | Reception Center<br>Housing Sgt<br><br>T&R Officer |

# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 9. | Inmate File Creation/Update | Throughout the entire reception process (and throughout an inmate's incarceration), forms, receipts, and other documentary artifacts are created which are placed in a physical inmate file. Violators may already have an inmate file; a new file is created for new inmates.<br><br>Up to three distinct files may be created: Inmate File, Inmate Health File, and an Inmate Special Education File. Each file is stored in dedicated and secure file rooms. Access to an inmate's file is controlled and depends upon authorization and need. Inmates are never allowed access to their files.<br><br>Information is also routed to a pool of clerks where inmate data is keyed into the Offender Based Information System (OBIS). | Reception Center Staff |
| 10. | Gather & Add additional Inmate Demographic Information | The inmate is interviewed by T&R staff members to capture next of kin and other Demographic information.<br>Time of arrest.<br>Immigration Status.<br>Scars/Marks/Tattoos.<br>Initial STG Screening – Referred to STG Officer if necessary.<br><br>Physical Characteristics. | Reception Center T&R Officer |
| | Initial Health Screening (Core Process D) | Using the Receipt Sheet, inmates are called into the Medical area to determine immediate care information, extract blood, perform a DNA test (if necessary), and to capture and document Scars, Marks and Tattoos. | Reception Center Nurse |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 11. | Fingerprinting (live scan) | Using the Receipt Sheet, inmates are called, one at a time, to a Live Scan device to capture their fingerprints. Fingerprints are transmitted, electronically, to the Florida Department of Law Enforcement (FDLE) for matching using the Automated Fingerprint Identification System (AFIS). FDLE returns the inmate's Criminal History by causing the information to be printed at a dedicated Department of Corrections' printer at the reception center.<br><br>This process also serves to notify FDLE of the inmate's physical incarceration by the Department of Corrections.<br><br>AFIS is called BioScan and includes the capture of an inmate's photo which is transmitted to FDLE along with a full set of fingerprints.<br><br>Note: This system is separate and distinct from the RapidID system discussed in activity 17 below.] | Reception Center<br>T&R Officer |
| 12. | Retrieve and Input Criminal History Information | Reception Center staff retrieves the Criminal History printouts and type in any information that is missing or incorrect into the Department's Offender system (OBIS).<br><br>Note: For any missing inmate criminal history printout, a classification clerk manually retrieves the criminal history from FDLE using (E-Agent). | Reception Center<br>Classification Officer<br>Classification Clerk |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 13. | Conduct Inmate Property Disposition | Inmates physically deposit the belongings that were boxed up during the search and seizure process onto a table in the presence of a property officer. The property officer goes through each item to determine if the material is allowed to be retained by the inmate. Contraband is seized. Inmates are given the option to keep allowable material, dispose of their property, to mail their property, at the inmate's expense, or to store their property for up to 30 days in the property room. Property that remains past 30 days is disposed of by the property room staff. Each inmate is provided with a disposable razor, toothbrush, and toothpaste. Note: The inmate's banking account will be charged for the cost of the mailing. If insufficient funds are available, a lien may be placed against the inmate's account to recoup the cost of mailing.<br><br>Future-state improvement: property management system.] | Reception Center Property Officer |
| 14. | PREA Interview | Sexual Risk Indicator (SRI) is completed. Inmates are interviewed and asked a series of questions, regarding sexual preference, and if he/she was a victim or perpetrator of sexual abuse. | Classification Officer |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15. | Assign Reception Center Bed | Inmates are assigned a bed in the Reception Center by a Housing Officer (RMC) or during the initial interview (CFRC) according to their housing level. Youthful Offenders are assigned to segregated facilities. At a reception center, beds are maintained/tracked in OBIS.<br><br>Note: Inmates are initially assigned to an appropriate custody bed within close proximity to the reception processing center to facilitate their attendance at various appointments during their first 5-7 days at the Reception Center. Once the reception process is complete, inmates may be transferred to other housing (e.g., Annex) within the Reception Center facility where they await assignment to their permanent institution.<br><br>This process step functionality has be subsumed by OBIS.<br><br>The Inmate Behavioral Assessment System (IBAS) has been incorporated into OBIS to inform bed assignments (includes sexual predator/prey/security data and PREA constructs.).<br><br>PREA risk factors are identified through SRI (Sexual Risk Indicator) which is related to iBAS. SRI affects iBAS but iBAS does not affect SRI. | Reception Center Housing Officer |
| 16. | Haircut, Shave, Shower, and Uniform Inmate | Each inmate is assessed to determine whether they meet the Department's grooming standards. If not, the inmate is given a haircut. Inmates are required to shave all facial hair.<br>Inmates shower and are issued a standard uniform and shoes. | Reception Center T&R Officer |

**Florida Department of Corrections**



**Institutions Business Process Analysis**

| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 17. | Create Photo ID Card | Inmates are photographed, front and profile view, and an inmate identification card is created.<br>The photographer also creates a printed copy of the inmate's photos (front and profile) which is later glued to a form and placed in the inmate's file.<br><br>Inmate fingerprints (two-print) are run against NCIC/FCIC using RapidID system.<br><br>Inmate photos are sent to Central Office for quality control checks and verification of limited demographic information.<br><br>Note: In some facilities, photos are taken with digital cameras, cropped (Photoshop), and uploaded.] | Reception Center Staff |
| 18. | Activate ID & Inmate Trust Account<br>(Sub Process) | Inmates ID Cards are activated along with their Inmate Trust account.<br>Note: The inmate ID card also serves as the inmate's banking debit card. The debit card may be activated immediately (CFRC) or at some later point (RMC – Inmates are required to visit the Housing Officer during proscribed hours to have their cards activated).<br><br>Any money for an inmate coming from a county jail is sent by check in the inmate's file (which comes along with the inmate to reception). FDC reception staff no longer make bank deposits at the Bank of America (BoA) to be credited to the inmates' accounts. All deposits are sent to Central Office where BoA scanners and software process the checks.<br><br>Reception Center personnel create a spreadsheet which indicates which funds are to be associated with which inmate along with a DC form; the form and the spreadsheet are sent to Central Office for processing. | Reception Center Property Sgt<br>Housing Sgt |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 19. | Conduct Orientation (including PREA orientation) | All inmates attend an Orientation program during which medical history forms are completed and preliminary educational assessments are performed. Inmates are also informed of Department rules. The results of the assessments are entered into OBIS. Paper documents are placed in the appropriate inmate file (general file, Health file, education file).  Reception inmates are shown a PREA Orientation film and sign DC6-134C, "Acknowledgement of Receipt of Orientation on the Prison Rape Elimination Act (PREA)".  Documentation of PREA Orientation is entered on the IM02. | Reception Center Orientation Staff |
| 20. | Enter Sentence Structure Information (Sub Process) | The inmate commitment papers are reviewed by Classification staff to calculate the inmate's sentence and are input to the system. Extraordinary cases are referred to the Central Office for resolution/guidance. | Reception Center Sentence Specialist |
| 21. | Conduct Educational Testing (TABE) | The Adult Basic Education (TABE) test is administered to each inmate to determine educational needs (e.g., pursuit of a GED). | Reception Center Classification Officer |
| 22. | Conduct Special Education Assessment | Every inmate, aged 22 years and one day or less, is assessed for Special Education needs by an education specialist. If the inmate's special education needs are verified, the inmate MUST be transferred to a permanent facility offering a special education program and enrolled in the program within 10 days. The result of the assessment is entered into OBIS. Paper documents are placed in the education file. | Reception Center Classification Officer Education Specialist |
| 23. | Conduct Substance Abuse Assessment | Inmates are assessed for substance abuse issues and offered enrollment in a substance abuse program (subject to availability at their permanent facility). Assessments may be facilitated/guided/captured by SPECTRUM and DSSI. | Reception Center Classification Officer |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 24. | Vocational Needs Assessment | Inmates are assessed to determine their needs for Vocational training. Inmates 21 years old and under will take the "Aptitude Interest Inventory Vocational Assessment". Vocational needs may cause the inmate to be transferred to the specific facility.<br><br>This process step functionality has be subsumed by OBIS. | Reception Center Medical Classification Officer |
| | Assess Inmate Health (Core Process D) | Inmates are assessed to determine their needs for medical, dental, and psychological treatment. Immediate needs may cause the inmate to be transferred to the medical facility.<br><br>Spectrum inmates undergo additional mental health screenings: MoCA, ABE-IC and PCL-Civilian. The PCL-Civilian will start sometime in January and is replacing another screening previously conducted during the Spectrum pilot called TSC-40. | Reception Center Medical Personnel (Health Services) |
| 25. | Security Threat Group (STG) Coordinator Assessment (Sub Process) | Throughout the inmate's reception processing (and throughout their incarceration), Corrections Officers and other staff are constantly assessing the inmate for external tattoos, behavior, and/or self-disclosed gang membership or participation. Inmates identified as potential gang members are interviewed by the Reception Center's Security Threat Group Coordinator(s). Using a standard questionnaire, STG Coordinators solicit and document information about gang activity, gang profiles, and capture photographs of the tattoos. All the data is then recorded in the Department's STORMS system. | Reception Center STG Coordinator |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 26. | Inmate Phone List Management (Sub Process) | Inmates are provided a form to request up to ten phone numbers that they may be authorized to call (the form requires a complete phone number, including area code, first and last name, and a complete mailing address with zip code of the person to be called). The form may be provided during their Orientation session or during their initial meeting with their Classification Officer.

The inmate phone list is returned to inmate's Classification Officer and checked to ensure the names on the list adhere to Department of Corrections guidelines (e.g., inmates may not call victims of their crimes, sexual predators may not call children).

Once reviewed by the Classification Officer, the list is sent to the on-site phone vendor staff for verification. The phone vendor performs a reverse phone look-up and verifies the information on the list is correct (and does not include cell or business phones). The vendor then inputs the inmates' authorized numbers into the vendor's system to allow the inmate to make calls.

The phone list is returned to the Classification Officer by the vendor (indicating which numbers were validated and which ones were not). In some cases, the Classification Officer allows the inmate to modify or correct the invalid information, in other cases the inmate must wait six months to modify the list.

Inmate voice recognition is part of the system. | Orientation Staff Classification Officer Phone Vendor Staff |
| 27. | Search DNA Database & Submit Sample | Every inmate is required to submit a DNA sample. During reception, the OT23 (OBIS) screen (previous inmates) or the FDLE DNA database record is reviewed to determine if a sample is required. If so, a DNA sample is taken and submitted using a DNA test kit (and thumb print). | Classification Officer Health Services |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 28. | Review all information for Risk & Needs Assessment (Sub Process) | Following completion of the assessment activities described above, inmates meet with a Classification Officer who performs two distinct functions during the same interview.

Using OBIS, the Classification Officer determines, based on myriad criteria, the overall Risk and Needs profile for the inmate. Two critical risk factors are assessed: Internal (the risk that the inmate poses to staff or to a facility) and External (the risk that the inmate poses to the public or as a potential escapee; this may impact the inmate's ability to work outside the facility).

The outcome of the Risk and Needs assessment may impact the assignment of an inmate to a permanent facility offering the programs recommended by the Classification Officer.

This function will still take place in OBIS. IRMS and Spectrum are additions and did not eliminate all of this.

IRMS and CINAS were developed in 2009 and launched on March 1, 2010. They replaced the OBIS-based Risk and Needs system. This older system was conducted through CARP at the reception center. The launch of IRMS and CINAS did not replace CARP; that is the current initiative separate from just the risk and needs assessments processes.

Spectrum is not currently the sole needs system. The pilot began on March 1, 2016. It is currently fully launched at CFRC and FWRC and only partially launched at all other permanent facilities. Spectrum currently runs parallel to CINAS. | Reception Center Classification Officer |
| 29. | Determine Custody Level | Based on the inmate's criminal history or prior behavior while incarcerated, the Classification Officer(s) determine 1 of 5 external Custody levels: community (1) through maximum (5 – Death Row). | Reception Center Classification Officer |



# Florida Department of Corrections

**Institutions Business Process Analysis**



| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 30. | Validate & Approve Custody Level | A Classification Supervisor reviews and validates, approves, or changes the custody level.<br><br>An internal web-based appointment system (unconnected to FDC email system) called CAOSS is used as a perfunctory workflow tool; it notifies various staff members that they have to do something to some kind of work item.<br><br>CAOSS was not developed solely for custody. In fact, CAOSS will only mirror the IM05 OBIS appointment screen and does not offer functionality within the web application to complete the majority of appointments as they are still based solely in OBIS.<br><br>CAOSS was developed to replace team management. The web application talks with OBIS DC42 screen – all updates are performed in the CAOSS web application). CAOSS also provides a mechanism for transfer to other web application for the completion of web-based appointments (IRMS, CINAS, Spectrum). | Reception Center<br><br>Classification Supervisor |
| 31. | Review & Approve Custody level | An Inmate Classification Team (ICT) comprised of the Classification Supervisor, the Chief Correctional Officer, and an Assistant Warden/Warden approves or recommends changes to the preliminary custody levels | Reception Center ICT<br><br>Classification Supervisor<br><br>Chief Correctional Officer<br><br>Assistant Warden |
| 32. | Review & Determine Final Custody Level | If the custody level is community or minimum (which would allow an inmate to be assigned outside the physical confines of a facility) or if the custody level suggested by the system (OBIS) is modified, the State Classification Office (Central Office) makes the final custody determination. | Reception Center<br><br>State Classifications |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Core Process A – Inmate Reception Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 33. | Assignment for Institutional Placement | The Classification Supervisor reviews the inmate's Risk and Needs profile and identifies 3 potential Institutions as the inmate's permanent facility.<br><br>Review custody, security profile, medical profile, and all needs assessments and recommend three appropriate facilities. | Reception Center<br><br>Classification Supervisor |
| 34. | Conduct Team Decision | The ICT makes a final determination of the inmate's permanent facility. This decision must be made before an inmate may be assigned to a permanent facility. | Reception Center<br><br>Classification Supervisor<br><br>Warden<br><br>Chief of Security |
| 35. | Provide Institutional Beds Allocation | The Population Management office in Central Office manages all bed space throughout the Corrections system. Based on projected needs, the Population Management Officer in Central Office allocates beds to the Reception Centers for assignment of inmate beds in their permanent facilities. | Central Office Population Management |
| 36. | Allocate Inmate to Institution | Based on the Team Decision and the allocations received from Population Management, inmates are assigned to their permanent facility. | Reception Center<br><br>Classification Supervisor |
| 37. | Final File Compilation | Ensure inmate file is put together.<br>Review to make sure all documents are completed and in file.<br>Collect education, religious, property files, etc.<br>Prepare file for transfer. | Clerk Typist<br><br>Classification Officer |
| 38. | Coordinate Travel of Inmate to Institution<br><br>(Sub Process) | Once inmates are assigned to a specific facility, the Population Management staff at Central Office schedules the inmates for physical transport to their permanent facility. Population Management staff work closely with the T&R Officers in the Reception Centers and at each institution to schedule inmate movement. | Central Office<br><br>Population Management<br><br>T&R Officer |
| 39. | Transfer Inmate | The inmate and a physical copy of the inmate's records are transferred to the assigned facility.<br><br>General Comment: FDC would like to dispense with physical (paper) inmate files/records. | Reception Center<br><br>T&R Officer |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.2-1 Receive Inmate As-Is Workflow





**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.2-2 Receive Inmate As-Is Workflow



# Florida Department of Corrections

### Institutions Business Process Analysis



## Figure 2.2-3 Receive Inmate As-Is Workflow



# Florida Department of Corrections

### Institutions Business Process Analysis



Figure 2.2-4 Receive Inmate As-Is Workflow



**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.3  FCIC/NCIC SUB-PROCESS

Table 2.3-1 lists the activities that make up the FCIC/NCIC Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.3-1 FCIC/NCIC Activities

| Sub-Process 1 – FCIC/NCIC Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 12.1 | Live Scan Fingerprinting of Inmate | During the reception process, inmates are fingerprinted using a Live Scan device (fingerprints are captured digitally rather than inked and rolled on a 10-print card) that is connected to the Florida Department of Law Enforcement (FDLE).<br><br>The Live Scan process serves a twofold purpose:<br><br>1. Initiation of a Criminal History Search<br><br>2. Notifies FDLE that the inmate is in the custody of the Department of Corrections.<br><br>AFIS is now called BioScan and includes the capture of an inmate's photo which is transmitted to FDLE along with a full set of fingerprints. | T & R Officer |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Sub-Process 1 – FCIC/NCIC Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 12.2 | Search Criminal History | The submission of the Live Scan information (digitized fingerprints and rudimentary demographic information) causes a query to be executed against FDLE's Automated Fingerprint Identification System (AFIS) and Computerized Criminal History (CCH) system (the inmate's fingerprints are used to positively identify the inmate using AFIS' automatic matching algorithms; no human intervention is required for this match). As a result of this process, the inmate's criminal history records (if present) are printed to a designated printer in the reception center.<br><br>Note: There is periodically a significant delay (up to 3 days) between the submission of an inmate's fingerprints and the generation of the criminal history printout. The reason for this delay is not fully understood. Anecdotal evidence suggests that it may be caused by a mismatch between the inmate's demographic data (e.g., date of birth, social security number) and/or the AFIS matcher's inability to automatically locate and verify the inmate's fingerprints.<br><br>As part of the FDLE criminal history search, a query is spawned to search the National Crime Information Center (NCIC). The results are included in the criminal history data returned by FDLE for the inmate. | FDLE |
| 12.3 | Request Information Manually | As noted previously, an inmate's criminal history record may not print in a timely fashion due to some vagaries in the FDLE system. In those cases, record management personnel log into E-Agent to request copies of the missing criminal history reports. Specialists use a variety of data elements to perform the search such as date of birth, social security numbers, previous DC number, etc.<br><br>This may also support ad-hoc queries (e.g., release processing). | Classification |
| 12.4 | Print Criminal History | Whether the result of the automated Live Scan process or the records specialist's manual query, computer history information is routed to a designated printer in the respective institution. | Institutional Staff |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 1 – FCIC/NCIC Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 12.5 | Input Criminal History | The criminal history printouts are placed in the inmate's file and used in subsequent processing to manually enter/update applicable data elements in OBIS.<br><br>Note: Some institutions (RMC) rely upon staff to compile the reports into the inmate file and to also enter the criminal history in OBIS. In other places (CFRC), a records specialist places the criminal histories into the respective inmate files and then routes the files to other staff for data input. | Classification |

# Florida Department of Corrections

## Institutions Business Process Analysis



Figure 2.3-1 FCIC/NCIC Sub-Process Workflow



**Florida Department of Corrections**

**Institutions Business Process Analysis**



## 2.4  PROPERTY MANAGEMENT SUB-PROCESS

Table 2.4-1 lists the activities that make up the Property Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.4-1 Property Management Activities

| Sub-Process 2 – Property Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.1 | Seizure of Property | During reception (initial incarceration) or as the result of a transfer, Inmates disembark from the transport vehicle. Inmate clothing and belongings are taken from the inmate and T&R officers search for and seize any and all contraband materials.<br>Note: At reception, inmate property is placed in a box and sealed with tape for subsequent property disposition processing.<br><br>Throughout incarceration, inmates are subject to property inspection by the security staff. Random search and seizures are conducted, contraband items are removed from the inmate's possession, and inmates are subject to disciplinary actions as a result of this process.<br><br>Note: Inmate property may be removed for periods of time (e.g., when an inmate is placed in confinement) and stored in the property room. | T&R Officer<br><br>Property Sgt |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Sub-Process 2 – Property Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.2 | Inventory of Property | Inmates physically deposit their belongings onto a table in the presence of a T&R property officer. Contraband is seized. Inmates are given the option to keep allowable material, dispose of their property, to mail their property (at the inmate's expense), or to store their property for up to 30 days in the property room. Property that remains past 30 days is disposed of by the property room staff. Property is labeled with inmate information and date of reception.<br><br>Inmate belongings are always subject to inspection by institution staff. | T&R Officer<br>Property Sgt<br>Inmate |
| 14.3 | Check Against Allowable Items List | Whether during reception, transfer, or any search process, the property officer goes through each item to determine if the material is allowed to be retained by the inmate using a property allowance list as a guide. An "Inmate Personal Property List," DC form DC6-226, is used to inventory each item along with the inmate's requested disposition for the item.<br><br>Note: The allowable property lists differ from institution to institution. | T&R Officer<br>Property Sgt |
| 14.4 | Take Possession of Allowed Property | Inmates are permitted to retain allowable items.<br>Note: Depending upon the institution, physical storage limits may require inmates to dispose of otherwise allowable items (e.g., all items must fit in an inmate's locker). | Inmate |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 2 – Property Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.5 | Mail | Inmates are afforded an opportunity to mail non-contraband items outside of the facility (to the person designated on the inmate's notification record). Inmates sign DC form DC6-226, "Authorization for Disposition of Mail and Property."<br><br>Note: The DC6-226 form addresses multiple issues related to inmate mail and property including but not limited to, authorization to open an inmate's mail, accept and endorse monetary instruments for deposit in the inmate's trust fund account, and to use the inmate's trust fund balance to pay the Department for any outstanding debts should the inmate escape.<br><br>Note: The inmate's trust fund bank account will be charged for the cost of the mailing. If insufficient funds are available, a lien may be placed against the inmate's account to recoup the cost of mailing.<br><br>Note: The placement of liens against an inmate account to recoup the cost of mailing is not consistent across institutions. | Property Sgt |
| 14.6 | Destroy Property | Inmates are given the option to destroy (or simply throw away) property that exceeds institutional limits or is otherwise unallowable.<br><br>Note: In some cases, items such as shoes or clothing in good repair may be retained by the institution for subsequent issue to inmates being released. | Property Sgt |
| 14.7 | Give to Local Charity | In some locations, charitable organizations or other facilities (e.g., Sheriff's Boys Camp) may make use of property that inmates would otherwise throw away. If this option is available, inmates may choose to donate their excess or unallowable property. | Property Sgt |
| 14.8 | Impound Property | Inmates are given an option to store their excess property for up to 30 days in the institution's property room. Inmates are told that unclaimed property or property which is not disposed of (e.g., mailed) within 30 days will be destroyed or given away.<br><br>Inmates sign and are given a copy of DC form DC6-227, "Receipt for Personal Property." Inmates may also sign and receive a copy of DC form DC6-220, "Inmate Impounded Personal Property List." A copy of the DC6-220 is placed in the inmate's Personal Property file. | Property Sgt |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Sub-Process 2 – Property Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 14.9 | Ordered or Purchased by Inmate | Throughout their incarceration, inmates are permitted to purchase items from the canteens located in each institution. In some cases, canteens do not maintain an inventory of special items (e.g., sneakers) but allow inmates to place orders for such items (in some cases, the cost of such items exceeds the weekly canteen spending limits imposed by the Secretary and inmates are required to complete a request to place a special order).<br><br>Note: Regardless of the inmate's ability to purchase from the canteen ("normal" or "special" items), at no time are they permitted to exceed the Department's maximum inmate property allowance). | Property Sgt |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.4-1 Property Management Sub-Process Workflow



**Florida Department of Corrections**

**Institutions Business Process Analysis**



## 2.5 INMATE TRUST FUND SUB-PROCESS

Table 2.5-1 lists the activities that make up the Inmate Trust Fund Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.5-1 Inmate Trust Fund Activities

| Sub-Process 3 – Inmate Trust Fund Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 18.1 | Create Inmate Trust Account & Activate Inmate ID | Each inmate is provided, during reception processing, with a bank account ("Inmate Trust Fund Account") for use while incarcerated (inmates, other than those serving in work release, are precluded from possessing cash; it is considered contraband). The primary use of the inmate's bank account is to purchase items from the canteens within each institution.<br><br>Inmate banking activity is tied to the inmate photo ID card and functions as a debit instrument. Once the inmate receives a photo ID, the card must be activated to allow its use within the Department.<br><br>Note: Some institutions remove all the ID cards from the inmate's physical custody and activate a "stack" of cards all at once. In other locations, inmates must report to a specified location to have their card activated.<br><br>Any money for an inmate coming from a county jail is sent by check in the inmate's file (which comes along with the inmate to reception). FDC reception staff no longer make bank deposits at the Bank of America (BoA) to be credited to the inmates' accounts. All deposits are sent to Central Office where BoA scanners and software process the checks. | Institution Staff<br><br>Inmate Bank (Central Office) |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Sub-Process 3 – Inmate Trust Fund Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | Reception Center personnel create a spreadsheet which indicates which funds are to be associated with which inmate along with a DC form; the form and the spreadsheet are sent to Central Office for processing. | |
| 18.2 | Place Lien on Account | During reception processing, inmates are provided an opportunity to dispose of their property by mailing it to an outside address. The cost of the mailing is borne by the inmates. Should the inmate's bank account lack sufficient funds to pay the mailing fees, a lien may be placed on the inmate's account to be recovered at a later date.<br><br>Note: Different rules were evident regarding the placement of liens on inmate accounts at different facilities. At RMC, liens were typically placed on the inmate's accounts (T&R, Property Management section). At CFRC, no liens were processed (the Property Management staff indicated that the placement of liens was not permitted by Department rules). Further discussion with the Inmate Banking staff (Central Office) indicated that the placement of liens was considered normal practice.<br><br>Liens may also be placed for destruction of property, destruction of food, replacement ID cards, and nicotine patches.<br><br>There are exceptions that disallow the placement of liens on inmate accounts (e.g., medical co-payments). Refer to rule 33-203.201 for a complete discussion. | T&R Officer |
| 18.3 | Deposit funds into Inmate Trust Account | Funds are placed into inmate accounts by relatives/friends, or other entities. In general, money orders must be sent to the Department's Bureau of Finance and Accounting for processing along with a standard deposit slip (DC form DC2-303) or electronically using Western Union's, "Quick Collect" service or JPay Correctional Payment Services.<br><br>All fund transfers are accomplished using JPay; funds are no longer processed by Central Office staff. | Inmate<br><br>Relatives<br><br>Central Office Finance & Accounting |




**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Sub-Process 3 – Inmate Trust Fund Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 18.4 | Use ID Card at Canteen | Inmates "swipe" their ID card to make purchases at the canteens. Weekly total expenditures are limited by the Secretary. Inmates who wish to spend more money than is allowed by policy must complete a DC2-304, "Inmate Trust Fund Special Withdrawal." Note: Many items that are authorized for inmate purchase are not physically stocked in the canteens. In addition, some items, such as tennis shoes, sweat shirts, and pajamas may exceed an inmate's weekly draw. The items are purchased quarterly from Access Catalog Ordering Company. | Inmate |
| 18.5 | Co-Pay Charge on Inmate Trust Account | Except during reception processing, inmates are charged a $4 co-pay fee for each non-emergency medical appointment. Inmates who received Veterans Administration (VA) disability payments are not charged medical co-pays. | Health Services |
| 18.6 | Service Fees | Inmate Trust Fund accounts are subject to a $6 monthly fee for any month in which there is account activity. Inmates are also charged a $0.50 fee for every deposit. Inmates at Work Release Centers are assessed a $1.00 fee for each weekly cash draw (these fees are waived for Honorably Discharged Veterans of the United States Armed Forces). Inmates are charged a fee totaling 1% of their weekly canteen purchases. | Central Office Finance & Accounting |
| 18.7 | COPS Payments | Inmates on Work Release must deposit their full pay to their Inmate Trust Fund account. The Finance and Accounting bureau will deduct the cost of subsistence and transportation, any restitution payments, a 10% savings hold, and any Court Ordered Payment (see COPS processing for additional information) amounts. | Central Office Finance & Accounting |
| 18.8 | Account Statements | Inmates are provided a monthly account statement. If the inmate thinks the statement is wrong, form DC6-236, "Inmate Request," must be submitted no later than 60 days after the first statement on which the suspected error occurred. | Central Office Finance & Accounting |
| 18.9 | Send Balance to Offender | When released, any funds remaining in the inmate's account (as long as the account has a balance in excess of $1.00) are sent to the inmate at the address given by the inmate during the release process within 45 days of release. | Central Office Finance & Accounting |

# Florida Department of Corrections

### Institutions Business Process Analysis



| Sub-Process 3 – Inmate Trust Fund Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | upon Release | Note: Any time an inmate escapes and is not captured within 30 days, funds are sent to the person identified on the inmate's notification record. If the person cannot be located, the funds are held for five years and, if unclaimed, transfer to the state. | |



# Florida Department of Corrections

### Institutions Business Process Analysis

Table 2.5-2 Inmate Trust Fund Sub-Process Workflow



**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.6 SENTENCE MANAGEMENT SUB-PROCESS

Table 2.6-1 lists the activities that make up the Sentence Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.6-1 Sentence Management Activities

| Sub-Process 4 – Sentence Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.1 | Review Commitment Package | Each inmate is accompanied by a file of documents ("Commitment Papers") containing information about the inmate's sentence, criminal history, a fingerprint card, court documents, etc. Inmate files are physically separated from the inmates (inmates are NEVER allowed physical access to their files) and delivered to a Transportation and Receiving (T&R) Officer. Note: In some jurisdictions, a "Commitment Checklist" is used as a cover sheet for the commitment papers as required by rule 33-12, F.A.C. The T&R Officer reviews the inmate's commitment papers to determine if the inmate may be held legally by the Department of Corrections. The Officers also perform a perfunctory check of the sentence to determine if an inmate's sentence may have expired prior to arrival (e.g., credited jail time exceeds the inmate's sentence). Any issues are brought to the immediate attention of Classification staff members. Note: The commitment paper review process is conducted at the same time the inmates are physically removed from the transport vehicle. The transport vehicle staff is required to remain at the reception center until all inmates are gained to the department. | Reception Center T&R Officer Sentence Specialist |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Sub-Process 4 – Sentence Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.2 | Need Additional Information | If additional information is required from the courts, the T&R or Classification staff contacts the Clerk of the Courts and/or County Sheriff's Department for additional information and documents the contact. | T&R Officer<br>Classification Staff<br>Sentence Specialist |
| 20.3 | Take Custody | If preliminary sentence information supports the receipt of the inmate by the Department, T&R assumes physical custody and updates OBIS to gain the inmate.<br><br>If the receiving staff can locate an inmate's DC#, the inmate is received under that number. If not, a new number is created for the inmate (an inmate could have a DC# assigned by Community Corrections without ever having been an inmate housed in a DC facility). If duplicate number assignment occurs, Admission and Release staff are involved and this may also involve P/P depending on the nature of the inmate's history.<br><br>Note: There are facilities available in OBIS to combine inmate records should the same individual be coded with two or more different DC numbers. Also, when an inmate is received, his/her DC# prefix (0 is for first time inmates, A is for their second period of incarceration, B is for the third, etc.) is increased. However, if the inmate is being processed for violating parole or probation for a prior release, the prefix remains the same. | T&R Officer |
| 20.4 | Coding | Sentence specialist staff analyzes the commitment packet and completes the DC6-303 form, "Prison Commitment Checklist." If no DC6-303 is completed by the delivery agent, the receiving officer initiates a DC6-303. | Reception Center<br>Sentence Specialist |
| 20.5 | Loading | The sentence specialist staff reviews and enters information on the Code Sheet into OBIS. | Reception Center<br>Sentence Specialist |
| 20.6 | Review Sentence Calculations | The inmate commitment papers are reviewed by senior classification staff to validate that the inmate's sentence calculation were input correctly into the system. | Reception Center<br>Sentence Specialist<br>Classification Supervisor |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Sub-Process 4 – Sentence Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 20.7 | Sentence Guidance | Extraordinary cases are referred to the Central Office for resolution/guidance. | Central Office |
| 20.8 | Sentence Structure Audit | All inmate sentences are audited by Central Office staff. | Central Office |
| 20.9 | Sentence Updates & Case Management | During an inmate's incarceration, modifications may occur to their sentence structure (e.g., reductions, award of additional credit for time served, court, and/or legislative actions).<br><br>Changes are all processed in central office. No facility staff have the security access or clearance to make these changes in OBIS. Their role is review of changes after the fact. | Sentence Specialist<br><br>Classification Supervisor |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.6-1 Sentence Management Sub-Process Workflow



**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.7  SECURITY THREAT GROUP (STG) SUB-PROCESS

Table 2.7-1 lists the activities that make up the Security Threat Group (STG) Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Activity Description | The full-text description of that activity |
| Actors | The job or role title of the individuals having a primary role for that activity |

Table 2.7-1 Security Threat Group (STG) Activities

| Sub-Process 5 – Security Threat Group | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 25.1 | Security Threat Group (STG) Affiliation Suspected | From reception through incarceration through release, every Department staff member is responsible to identify potential security threat group affiliation. Suspicion may stem from:<br><br>• inmate responses to certain questions in the risk and needs assessment (OBIS);<br>• the observation of gang-specific scars, marks and tattoos on an inmate's body;<br>• gang related literature, symbols, or paraphernalia found in an inmate's property or on her/his person;<br>• information obtained from the inmate/offender file, investigative records, court records, staff information, reliable informant information, verified news media accounts, self-admission, inter-agency information, intelligence sharing, or historical data from other jurisdictions;<br>• related information obtained from the inmate's file, to include pre-sentence investigations, court documents, law enforcement documents; or documented history. | Institution Staff |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 5 – Security Threat Group | | | |
|---|---|---|---|
| **Index Number** | **Activity Label** | **Activity Description** | **Actors** |
| | | This process step functionality is reflected in the Inmate Behavioral Assessment Scale (IBAS) subsystem. There are currently no STG questions in the new Risk and Needs assessment processes (IRMS/SPECTRUM). | |
| 25.1 (cont.) | Security Threat Group (STG) Affiliation Suspected | "It is the responsibility of every staff member to identify and report, via an "Incident Report," DC6-210, or via email, security threat group suspects or activity to the security threat intelligence coordinator." (DC Procedure 602.045, "Security Threat Management Program") Note: Security Threat Group identification/affiliation encompasses more than just "gang" relationships. As stated in DC Procedure 602.045: "Means of security threat individual identification may include, but not be limited to: <ul><li>an inmate/offender who has the potential to or has committed acts that threaten the safety of others and may threaten the orderly operations or the security of the institution/probation office;</li><li>an inmate/offender who has a history of criminal offenses that are infamous or heinous in nature and who has the potential to disrupt the orderly operation of an institution/probation office;</li><li>in the absence of any demonstrated history, an individual that, by nature of her/his unique resources, training, skills, or documented statements of intent, displays a clear and compelling potential for significant security or safety-threatening activity;</li><li>an inmate's responses to certain questions in the computer assisted reception process;</li><li>an inmate's responses to certain questions in the risk and needs assessment;</li><li>documented history; or</li><li>related information obtained from the inmate/offender's file."</li></ul> A security threat may be present whenever an inmate is identified as having knowledge, skills, or abilities | Institution Staff |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Sub-Process 5 – Security Threat Group | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | that could be a threat to the operation of a facility. Examples of this may include:<br><br>• ex-correctional officer;<br>• ex-police officer;<br>• specific military training such as demolition; and/or<br><br>certain military experience such as Rangers, Special Forces, etc. | |
| 25.2 | Enter Tattoo Description | Inmates are called out during the reception process (Day 1) for a medical/health screening by Health Services. As part of this screening, Health Services staff members identify scars, marks, and tattoos and record descriptive information to document physical appearance in OBIS.<br><br>Note: Capturing tattoo descriptions is not limited to the reception process; DC staff may document identifying information at any time. | Health Services<br><br>DC Staff |
| 25.3 | Schedule Appointment with STG Coordinator | When threat group affiliation is suspected or observed during the reception process (or at any time during an inmate's control by the Department), inmates are scheduled to meet, one on one, with a specially trained Security Threat Group (STG) coordinator. | T&R Officers |
| 25.4 | Photograph all Relevant Information | Digital photographs are taken of the inmate's tattoos by the STG coordinator (the subject's last name and DC number are used to identify the file name and is depicted in the photo by the use of labels or the inmate ID card). All information, property/evidence, and originals of all documents obtained are digitally photographed or scanned. | T&R Officers |
| 25.5 | Interview of Inmate by STG Coordinator | The inmate is interviewed by a specially trained STG coordinator using the "Security Threat Group Questionnaire," DC6-106C. | STG Coordinator |



# Florida Department of Corrections

**Institutions Business Process Analysis**



| Sub-Process 5 – Security Threat Group | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 25.6 | Enter Interview Data | The results of the interview process and the digital photographs (and scanned images) are input to the Security Threat Operational Review and Management System (STORMS) application for further assessment by Central Office (Security Threat Intelligence Unit). | STG Coordinator |
| 25.7 | Quarterly Review of Institutional Security Threats | Staff appointed by the security threat intelligence coordinator meet quarterly (and as necessary) to review and update:<br><br>• Trends<br>• Activities<br>• Incidents<br>• Submissions<br>• Training Needs<br>• Other Security Threat management issues | STG Team |
| 25.8 | Release Notification | DC Procedure 602.045 states:<br><br>"The Security Threat Intelligence unit will notify local and state law enforcement agencies of all security threat gang members being released from an institution to their respective cities/counties."<br><br>The unit generates notifications from STORMS for each of the 67 counties on a monthly basis. Notifications are provided for each county in which the released inmate will reside and, if different, each county in which the inmate was arrested (these notices are created in STORMS and emailed using Outlook; the unit maintains a list of email addresses for each contact).<br><br>In addition, the unit provides monthly notices to parole and probation officers in the respective jurisdictions (these notices are generated by OBIS and printed directly to the respective office(s) using the designated OBIS printer identification). | Security Threat Intelligence Unit |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.7-1 Security Threat Group (STG) Sub-Process Workflow



**Florida Department of Corrections**

Department 408



Institutions Business Process Analysis

## 2.8  INMATE PHONE MANAGEMENT SUB-PROCESS

Table 2.8-1 lists the activities that make up the Inmate Phone Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.8-1 Security Inmate Phone Management Activities

| Sub-Process 6 – Inmate Phone Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 26.1 | Give Inmate Phone List Form | Inmates are provided DC form DC6-223 (Revised 9/07), "Inmate Telephone Agreement and Number List," to request authorization to call up to ten different phone numbers (the form may be provided to the inmate during Orientation or during their initial meeting with their Classification Officer).<br><br>Inmates provide telephone numbers, name of persons to be called, addresses of persons to be called, and the relationship of the persons to be called.<br><br>"All requests must list complete phone number, including area code, first and last name of the person, complete mailing address (including zip code) and the relationship of the person. Cell phone and business numbers are not permitted."<br><br>Note: The DC6-223 indicates that the "mailing" address must match but it may be more appropriate to require a match on the billing address. | Classification Inmate |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 6 – Inmate Phone Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | DC Procedure 602.013, "Automated Inmate Telephone Use," more fully describes this process.<br><br>Inmate voice recognition is part of the system. | |
| 26.2 | Review and Validate list with Inmate | Inmates submit the phone list to their Classification Officer who reviews the content for accuracy and completeness (this activity is intended to coincide with the creation of the inmate's list of relatives and references). Inmates are counseled that they may only change their phone list once every six months and that once approved, a copy of the list will be placed in the inmate's file (there is no entry made in OBIS to document the phone list).<br><br>Note: In some instances, depending on the individual Classification Officer, inmates are provided an opportunity to correct and resubmit their lists, in others, they are not.<br><br>Classification Officers (or their designees) check the phone list entries to ensure that it does not contain unauthorized entries (e.g., victims). Unauthorized entries are stricken and the list is forwarded to the phone vendor for additional validation. | Classification |
| 26.3 | Checks Name, Address, and Number | Phone vendor administrators perform a reverse phone look-up to ensure the provided information matches (name, address) and that the phone number is assigned to a residence rather than to a cell or business entity.<br><br>Vendor staff mark each entry on the phone list as either "OK" or "BNA" (validation failed due to (B)usiness, (N)ame, and/or (A)ddress mismatch) and return the list to the Classification Officer.<br><br>Valid numbers ("OK") are entered into the vendor's telephone management system. | Vendor Staff |
| 26.4 | Requests Inmate Corrections or Denies | Classification Officer reviews the phone list validation results with the inmate.<br><br>Note: In some instances, the Classification Officer returns list with directions on what needs to be corrected and allows the inmate to make corrections and resubmit | Classification |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 6 – Inmate Phone Management Activities |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| | | their list. In other cases, inmates are told they must wait six months before submitting a new list. | |
| 26.5 | Enters List into Phone System | Inmates are provided an opportunity to change their authorized phone list every six months or in accordance with other criteria contained in DC procedure 602.013.<br><br>Phone vendor personnel enter validated numbers into the phone management system. | Vendor Staff |
| 26.6 | Issue PIN | The Classification Officer provides each inmate with a unique number (Personal Identification Number, "PIN") used to access and utilize the phone system. | Classification |
| 26.7 | Monitor % Calls Routinely | The Institutional Staff will routinely monitor recorded Inmate Calls. | Institutional Staff |
| 26.8 | Copy Placed in Inmate File | The final phone list (DC6-223) is placed in the inmate's file in accordance with DC procedure 601.220, "Institutional Inmate Records."<br><br>Note: Some Classification Officers provide a physical copy of the form to the inmate. | Classification |



# Florida Department of Corrections

### Institutions Business Process Analysis

Figure 2.8-1 Inmate Phone Management Sub-Process Workflow





**Florida Department of Corrections**

Institutions Business Process Analysis

## 2.9 RISK & NEEDS SUB-PROCESS

Table 2.9-1 lists the activities that make up the Risk & Needs Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.9-1 Risk & Needs Activities

| Sub-Process 7 – Risk & Needs Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 28.1 | Review Sentence | Inmate sentence structure and particulars are reviewed to determine the nature of the inmate's offense(s) as part of the Risk and Needs assessment.<br><br>Note: For the purposes of this sub-process document, the focus is on Risk (internal and external) leading to the calculation/assignment of the inmate's IM, HO, and Custody levels (1-5).<br><br>Two OBIS subsystems address Risks (IRMS – Inmate Risk Management System) and Needs (SPECTRUM). Each subsystem has been built with a web front-end, but both subsystems rely upon OBIS for underlying data storage and retrieval.] | Classification |



# Florida Department of Corrections

### Institutions Business Process Analysis

| Sub-Process 7 – Risk & Needs Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 28.2 | Review Previous Information | OBIS may contain information about the inmate from previous periods of incarceration. The inmate's behavior (e.g., DRs, escape attempts, Close Management status) will inform the overall Risk classification for the inmate. Classification Officers review all pertinent information and validate or update the system content.

Note: There are three inmate assessment factors that directly influence the placement of the inmate at particular facility:

• Inmates verified to be in need of Special Education (must be placed in an institution with a program meeting their needs within 10 days of being verified).

• Inmates with special medical needs.

• Inmates deemed to be Youthful Offenders. | Classification |
| 28.3 | Interview Inmate | Classification Officers interview each inmate to solicit information about their work history, education level, and other demographic data such as alien status and/or security threat group (STG) affiliations to support the Risk calculation. | Classification |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Sub-Process 7 – Risk & Needs Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 28.4 | Calculate IM Level | Using inputs such as inmate's sentence, criminal history, DR history, STG affiliation, previous CM status (e.g., whether the inmate was in CM at the time of their previous release), age, and education level, the system (OBIS) calculates the inmate's Internal Management (IM) score.<br><br>Note: The purpose of scoring the inmate for Internal Management (and their associated Housing score) is to understand the risk the inmate poses to the institution, its staff, and other inmates. The IM and HO score will also determine the nature of work assignment that the inmate may receive. | Classification |
| 28.5 | Calculate HO Level | The system uses the information gathered to create the IM score and additional data such as the inmate's conviction of a felony while in DC custody, any Level 3 escape(s) and an IM score of 5 to determine the inmate's Housing (HO) score. | Classification |
| 28.6 | Calculate Custody Level | Custody scoring is influenced by all the factors associated with IM and HO scoring and also considers whether the inmate's crime involved sexual offenses, the inmate's alien status, whether any outstanding detainers are in place, the inmate's IM score (4/5), and the HO score (5).<br><br>Note: The Custody score is meant to address the risk that the inmate poses outside the institution whether on a work squad on institution grounds or while working in the community (and the level and type of required supervision) to include the risk of the inmate attempting to escape. | Classification |
| 28.7 | Verify Special Ed (SE-V) | An inmate that is verified (SE-V) to be in need of special education is placed in facility with a Special Education program. The inmate is enrolled within 10 days of being verified as a Special Education candidate. | Education Specialist |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Sub-Process 7 – Risk & Needs Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 28.8 | Manage Youthful Offender | Youthful Offenders are placed in a Youthful Offender facility or in an institution that provides segregated Youthful Offender housing. | Classification |
| 28.9 | Evaluate Medical Needs | Inmates with special medical needs are transferred to a facility that provides appropriate medical care and support. | Health Services |
| 28.10 | Assign Facility | Inmates are assigned to a facility that meets their, HO and Custody risk scores (see exceptions/clarifications above). | Classification |
| 28.11 | Assign Housing | Once they reach their permanent facilities, inmates are assigned housing (beds) that comport with their HO scores. | Classification |
| 28.12 | Assign Job | Inmate risk scores directly affect the assignment of inmates to certain jobs both inside and outside the institution. | Classification |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



Figure 2.9-1 Risk & Needs Sub-Process Workflow





**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.10   TRANSPORTATION MANAGEMENT SUB-PROCESS

Table 2.10-1 lists the activities that make up the Transportation Management Sub-Process. The index numbers used in this table correspond to the numbered activity boxes in the workflow diagrams found at the end of this section.

Diagrams with a plus sign (+) signify a sub-process. A sub-process will have its own activity diagram and contains two numbers separated by a period. The first number corresponds to the original activity number and the second number, after the period, is the sequence order in which that sub-process' activity is performed.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.10-1 Transportation Management Activities

| Sub-Process 8 – Transportation Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 37.1 | Transport | Inmates arrive at one of six DC Reception Centers (NWFRC, RMC, Sumter-Annex, CFRC, SFRC, and FWRC).<br><br>Youthful offenders, 17 and under, are received at Sumter C.I., though Sumter is not a dedicated reception center.<br><br>Inmates could be transported to the reception centers because they are new inmates or they could be current inmates being moved from once facility to another (to include movement to the Reception and Medical Center).<br>For new inmates: Inmates are normally delivered to the reception centers in their geographical locations by the county Sheriff's offices (reception center personnel poll each Sheriff's office on Friday afternoon to project potential reception workload for the following week). Inmates may also be received for initial DC entry from other states or federal officers.<br><br>For current inmates: Inmates may be moved for medical reasons or upon reassignment to a new permanent facility. | T&R Officer<br><br>County Sheriff<br><br>Transfer Agent |

| Sub-Process 8 – Transportation Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 37.2 | Reception Center Bed Assignment | For new inmates: Inmates are assigned a bed in the Reception Center by a Housing Officer (RMC) or during the initial interview (CFRC) according to their housing level. Youthful Offenders are assigned to segregated facilities. At a reception center, beds are maintained/tracked in OBIS.

Note: Inmates are initially assigned to an appropriate custody bed within close proximity to the reception processing center to facilitate their attendance at various appointments during their first 5-7 days at the Reception Center.

For current inmates: Inmates are assigned a bed while awaiting transportation to another facility or within the medical facility (for medical appointments). | T&R Officer

Housing Officer |
| 37.3 | Reception Center Annex Bed Assignment | For new inmates: Once the reception process is complete, inmates may be transferred to other housing (e.g., Annex) within the Reception Center facility where they await assignment to their permanent institution.

Note: Reception Center beds are maintained in OBIS. | T&R Officer

Classification |
| 37.4 | Resource Management | T&R Officers manage transportation resources to support the movement of inmates throughout the Corrections environment to include physical assets (buses, vans, cars) and human assets (drivers). The "AtRoad" application provides a real time view of vehicles in motion using GPS technology.

Note: AtRoad provides support for vehicle maintenance records but is not utilized in that fashion.

There is currently no application/system in place to support in-motion vehicle tracking. | T&R Officer |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Sub-Process 8 – Transportation Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 37.5 | Schedule Management | Scheduling buses and drivers and inmates for movement between facilities is an onerous task and the specific timing and routes for such movement must be closely held to prevent unauthorized disclosure. In many cases, T&R officers, using spreadsheets, paper and pencil, and their own wits are manually accomplishing this highly complex work. | T&R Officer |
| 37.6 | Manage Facility Profile | Given input by facilities management personnel, Population Management maintains (in OBIS) a complete profile of every DC institution to include the all beds by type. | Population Management |
| 37.7 | Create Institutional Placement Request | Taking into consideration custody, inmate management, inmate program needs, and inmate medical needs, the Classification team selects up to three facilities for inmate placement ("team out"). This step is required before an inmate can be assigned to a facility.<br><br>Note: While three locations are selected for inmate placement, for all practical purposes, inmates are placed depending on a wide spectrum of institutional needs not directly related to the needs of the inmate. | Classification |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 8 – Transportation Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 37.8 | Create Institutional Allocation List | Population Management reviews, on a weekly basis, reception center inmate counts for those inmates that have completed their reception processing and allocates facilities/beds to each reception center for inmate placement. There is constant communication between the reception centers and Population Management to address as many special needs as possible (e.g., a reception center encounters an unusual need for psychologically restricted beds).<br><br>Note: The process undertaken by Population Management to accomplish this task is both complex and beyond the scope of this document. The key point to take into consideration is that allocations are given to the reception centers based on institutional needs rather than inmate needs and the centers are expected to meet those allocations. | Population Management<br><br>Classification Supervisor |
| 37.9 | Assign to Institution | Classification Supervisors receive their allocations from Central Office (Population Management) and assign specific inmates to specific facilities. | Classification Supervisor |
| 37.10 | Request Medical Transfer | Inmates requiring specialized health care not available at current location will require a transfer. Health Services will send Population Management a SYSM (DC Mail) message within OBIS requesting the medical transfer. | Health Services |
| 37.11 | Create Transfer Request | Population Management will create the Transfer Request which will be sent out to Institution identifying Inmate, transfer location and date requested. | Population Management |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Sub-Process 8 – Transportation Management Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 37.12 | Transfer for Medical Issues | Inmates are transferred to the Reception and Medical Center (RMC) for health care or may be assigned to a specific institution meeting their extraordinary medical care needs. In either case, Population Management provides for their transportation in close coordination with Health Services. | Population Management<br><br>Health Services |
| 37.13 | Transport | Once inmates are assigned to a specific facility, the Population Management staff at Central Office schedules the inmates for physical transport to their permanent facility. Population Management staff work closely with the T&R Officers in the Reception Centers and at each institution to schedule inmate movement.<br><br>The inmate and a physical copy of the inmate's records are transferred to the assigned facility. | Population Management<br><br>T&R Officer |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

Figure 2.10-1 Transportation Management Sub-Process Workflow



**Florida Department of Corrections**

Institutions Business Process Analysis



## 2.11 ELAPSED TIME

This section describes the time limits or goals required to complete the activities that make up the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Limit or Goal Time** | Any time limits or goals, from any source – internal or external – pertaining to this activity. |
| **Limit or Goal Source** | The source of the limit or goal listed above (Florida Statutes, Department of Corrections policy, etc.) |
| **Speed Bumps** | Specific, recurring difficulties that slow the progress of this activity. |

Table 2.11-1 Elapsed Time

| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 1 - 17 | DAY 1 Activity | N/A | All Reception Centers perform the first 17 activities on Day 1 of Inmate arriving. Subsequent intake activities occur over the next 4-5 days. | Special handling for Death Row Inmates, those that create disciplinary challenges, youthful offenders, or those that present emergency medical issues. |
| | Initial Health Screening | N/A | All inmate reception activities are performed as quickly as possible; the intent of the Reception process is to get inmates in and out as expeditiously as possible. | The capture of scars, marks, and tattoos may cause delays in the inmate processing directly related to the number of each. In addition, CFRC inmates are fully clothed by the time they reach the health screening staff so they must disrobe and then dress again to support this process. |
| 12 | Retrieve and Input Criminal History Information | N/A | All inmate reception activities are performed as quickly as possible; the intent of the Reception process is to get inmates in and out as expeditiously as possible. | The time to retype or update inmate criminal history data using a printed document as the source material is estimated to fall between 60,000 and 120,000 man hours per year. |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
|---|---|---|---|---|
| 16 | Assign Reception Center Bed | N/A | All inmate reception activities are performed as quickly as possible; the intent of the Reception process is to get inmates in and out as expeditiously as possible. | The current, manual bed assignment process is done differently at RMC and CFRC. Scrolling through the OBIS bed screen may take additional time for the officer processing the inmate, especially if the officer is forced to search out available beds sprinkled among many emergency beds listed in the system. |
| 19 | Conduct Orientation | N/A | Normally conducted on Day 2 with all following activities accomplished over the next 3 – 5 days but the sequence varies at each Reception Center for activities 19 - 36. | N/A |
| 22 | Conduct Special Education Assessment | 10 Days | Department of Education Grant Requirement | If the inmate's special education needs are verified, the inmate MUST be transferred to a permanent facility offering a special education program and enrolled in the program within 10 days. |



**Florida Department of Corrections**



**Institutions Business Process Analysis**

## 2.12 PAPER DOCUMENTATION

The section describes the paper documents required to complete the activities that make up this process. The reference column refers to the originator and title of policy, procedure, or instruction that contains the form or specifies the content of the document, if any. More than one document may be required to carry out a single activity, so each is listed.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity. |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Document Title | Short title, form number or other designation for the document. |
| Document Description | General description of the document contents and purpose. |
| Reference or Source | Originator and title of the source instruction or policy. |

Table 2.12-1 Paper Documentation

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 2. | Review Commitment Papers | Commitment Package<br><br>Initial Commitment Audit (DC6-162)<br><br>Court Ordered Payments calculation worksheet | • * Uniform Commitment, Judgment, and Sentence (including a certified copy of the indictment or information)<br>• * Sheriff's Certificate (as described in S. 921.161<br>• * Copy of Probably Cause Affidavit (or copy of Arrest Report)<br>• * Copy of Sentencing Guidelines Score sheet<br>• * Copy of Restitution Order<br>• * Name and Address of Victim(s)<br>• * Printout of current FCIC/NCIC Criminal History<br>• Pre-Sentence Investigation Report<br>• Health Information Transfer Summary (DC4-871)<br>• Classification Information Transfer Summary (DC4-870)<br>Required Documentation (Rule 33-12, F.S. 944.17, 921.161) | Delivered with each inmate |



# Florida Department of Corrections

### Institutions Business Process Analysis



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 6. | Gain Inmate | Daily Intake List<br><br>Individual inmate information labels | All inmates received are listed on the Daily Intake report (also known as the "receipt sheet").<br><br>Labels are printed for each inmate who may be attached to the Housing Card and/or to identify the inmate's physical file. | N/A |
| 10. | Inmate File Creation/Update | Social Security Number Identification Verification Statement (DC6-133) | All inmates are required to provide their true SSAN (aliens are excepted) | N/A |
| 11. | Gather & Add additional inmate Demographic information | Prior Incarceration Statement (DC6-304) | Inmates are required to declare if they have ever been incarcerated in Florida or under Community Control, house arrest, or on probation and to supply their DC#, if known. | N/A |
| 12. | Fingerprinting (live scan) | Fingerprint Card | AFIS printed tenprint card | AFIS |
| 13. | Retrieve and Input Criminal History Information | Criminal History printout (FCIC/NCIC) | AFIS/CCH generated criminal history data | AFIS |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 14. | Conduct Property Disposition | Inmate Impounded Personal Property List (DC6-220)<br><br>Inmate Personal Property List (DC6-224)<br><br>Authorization for Disposition of Mail and Property (DC6-226)<br><br>Inmate Receipt for Personal Property (DC6-227)<br><br>Approved Items for New Commitment Inmates (RMC Main Unit Property Room) | Various documents containing information about inmate property and disposition instructions/authorization, authorization to inmate open mail, and authorization to endorse and deposit monetary instruments on behalf of the inmate. | N/A |
| 15. | Assign Reception Center Bed | Housing Officer's Contact Card (DC6-256) | Hard copy form to record various inmate related activities (e.g., security infractions). | Delivered with inmate to the housing officer. |
| 17. | Create Photo ID Card | Inmate Identification Card<br><br>Initial Inmate Identification Card Request (DC6-222) | Identification and financial transactions (debit card) agreement and activation. | N/A |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 19. | Conduct Orientation | Acknowledgement of Receipt of Orientation (DC6-134A)<br><br>Inmate Orientation Handbook (NI1-091)<br><br>Individual Inmate Schedule<br><br>Alternative Substance Abuse Programs<br><br>Miscellaneous Inmate information questionnaire<br><br>Florida Department of Corrections Health Appraisal (DC4-707)<br><br>Substance Abuse Screening Worksheet<br><br>Acknowledgement of Receipt of Grievance Orientation (DC1-307) | Inmates indicate that they have received orientation and materials regarding DC Rules and Regulations and a copy of the Inmate Orientation Handbook.<br><br>Inmates are given their reception center schedules for the remainder of the reception process.<br><br>Inmates are provided information about available Substance Abuse programs.<br><br>Inmates fill out a questionnaire about their age, high education level, and job experience.<br><br>Family, Social, and Medical History information is captured using a standard form.<br><br>Inmates are screened for substance abuse history. | N/A |
| 20. | Enter Sentence Structure Information | Commitment Package<br><br>Sentence Structure Coding Sheet<br><br>(DC4-310) | Information gleaned from the commitment package is coded and entered into OBIS. | Delivered with each inmate |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
|---|---|---|---|---|
| 21. | Conduct Educational Testing | The Adult Basic Education (TABE) score card ("bubble" sheet) | Score sheet for inmate educational testing | TABE |
| 25. | Security Threat Group (STG) Coordinator Assessment | STG Questionnaire | Threat group related questionnaire used during inmate STG interview process | STORMS |
| 26. | Inmate Phone List Management | Inmate Telephone Agreement and Number List (DC6-223, Revised 9/07) | Inmate phone list form | Provided at Reception Center (Orientation Staff or Classification Officer) |
| 27. | Search DNA Database and Submit Sample | Florida Department of Law Enforcement DNA Convicted Offender Database Swab Collection Kit (FDLE/Form# FOR-005) | DNA Collection kit (swab, mailing packet, instructions) to provide a DNA sample for those inmates not already typed in the FDLE system. | N/A |
| 39. | Send Inmate Packet to Central Office | Commitment Package Release Data Calculation worksheet | Each inmate is accompanied by a file of documents ("Commitment Papers") containing information about the inmate's sentence, criminal history, fingerprint card, court documents, etc. | Delivered with each inmate |



**Florida Department of Corrections**

Institutions Business Process Analysis

## 2.13 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER

This section describes the business systems that are employed directly (touched) or indirectly (data transfer) in the course of the core and sub-processes.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Business System** | The name or designation of the system touched (if any). |
| **Purpose or Intent** | The business objective accomplished by using the system or systems. |
| **Mode** | Choose one; entry is made by a person, transfers are from system to system (including tape). |

Table 2.13-1 Business System Data Entry & Data Transfer

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 5. | Locate or Assign DC Number | OBIS | Search for any existing inmate information based on DC#. | Query |
| 6. | Gain Inmate | OBIS | The inmate is "gained" (taken into custody) by the Department through | Transfer |
| 8. | Add/Update inmate Demographic information | OBIS | Demographic inmate data is collected and input to OBIS (e.g., height, weight, social security number, date of birth). | Entry |
| 9. | Notified that Inmate is Youthful Offender | OBIS | The commitment papers OR the Department may categorize an inmate as a Youthful Offender and the housing officer is notified to ensure the inmate is placed in a Youthful Offender dorm. | Entry Query |
| 10. | Inmate File Creation/Update | OBIS | Hardcopy documents are printed out of OBIS and placed in the inmate's file. | Report |
| 11. | Initial Health Screening (Core Process D) | OBIS | See Initial Health Screening (Core Process D) | |
| 12. | Fingerprinting (live scan) | AFIS | Inmate fingerprints are captured using a live-scan device connected to FDLE. | Entry Update |

**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 13. | Retrieve and Input Criminal History Information | AFIS, Computerized Criminal History (CCH), E-Agent, OBIS | Using the fingerprints and/or demographics from activity 12, FDLE returns a printout of the inmate's criminal history information which is then typed into OBI. | Query Report Entry |
| 15. | Assign Reception Center Bed | OBIS | Identify available beds and assign a bed to each inmate. | Query Entry |
| 17. | Create Photo ID Card | Systematica | Inmate demographic data (from the receipt sheet) is entered and the inmate's photo is captured into the photo system and an inmate identification card is created. | Entry Output |
| 18. | Activate Inmate Bank Account and ID Card | Inmate Trust System | Inmate demographic data (from the receipt sheet) is entered into the Inmate Trust System, Canteen System and the inmate's identification card is activated. | Entry Output |
| 20. | Enter Sentence Structure Information | OBIS | Coders and Loaders review inmate commitment paperwork and enter the inmate's preliminary sentence data into the system. | Entry |
| 21. | Conduct Educational Testing | OBIS | Scantron ("bubble") sheets are used and scanned to record and enter inmate educational testing results. | Entry |
| 22. | Conduct Special Education Assessment | OBIS | Inmates aged 22 years and 1 day or less are assessed for Special Education placement needs. | Entry |
| 23. | Conduct Substance Abuse Assessment | OBIS | Inmate drug history and needs for substance abuse programs are entered. | Entry |
| 24. | Vocational Needs Assessment | OBIS | Inmate vocational needs are captured and entered. | Entry |
| 25. | Security Threat Group (STG) Coordinator Assessment | STORMS/OBIS | Inmates are assessed for possible affiliation with gangs or other security threat groups. | Entry |
| 26. | Inmate Phone List Management | Phone Vendor (SECURUS) | Inmate phone lists are provided, in hard copy, to the phone system vendor for input to their system. | Entry |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
|---|---|---|---|---|
| 28. | Review all information for Risk and Needs Assessment and Perform Initial Inmate Interview | OBIS | Capture and input relatives, references, other social and/or demographics about each inmate. | Entry |
| 29. | Determine Custody Level | OBIS | Based on information entered into the system, OBIS derives a Custody score. This activity validates the inmate's Custody, Internal Management, and Housing scores. Classification Officers may override the system scores but this will require further review and approval. | Entry |
| 30. | Validate & Approve Custody level | OBIS | This activity validates the inmate's Custody, Internal Management, and Housing scores and is performed by a Classification Supervisor. | Query Update |
| 31. | Review & Approve Custody level | OBIS | Inmate Classification Teams may override the system scores but this will require further review and approval. | Query Update |
| 32. | Review & Determine Final Custody level | OBIS | Any modifications to the Custody level or the assignment of Community or minimum custody must be approved by Central Office. | Query Update |
| 33. | Assignment for Institutional placement | OBIS | The ICT selects up to three facilities for the inmate's initial permanent facility. | Entry |
| 34. | Conduct Team Decision | OBIS | The ICT approves up to three facilities for the inmate's initial permanent facility. | Entry |
| 35. | Provide Institutional Beds Allocation | OBIS | Central Office (Population Management) allocates beds to Reception Centers for permanent inmate assignments. | Transfer |
| 36. | Allocate Inmate to Institution | OBIS | Inmates are assigned to their permanent facility. | Entry |
| 37. | Coordinate Travel of Inmate to Institution | OBIS | Population Management coordinates the scheduling of buses and inmates to physically transport the inmates. | Entry |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

## 2.14 PROCESS ISSUES & RECOMMENDATIONS

This section lists the issues that have arisen while analyzing this core process. These are the difficulties that result in an activity losing its effectiveness, degrading its efficiency and hindering its adaptability. Each activity can have more than one issue associated with it.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Issue** | Short description for the issue. |
| **Impact** | Impacts or consequences of the issue (e.g., confusion, delay, error, incident). |
| **Recommendation** | Recommendation for addressing the issue or reducing its impact (if any). |

Table 2.14-1 Process Issues & Recommendations

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 9. | Notified that Inmate is Youthful Offender | Youthful Offender status may be court ordered and documented in the commitment paperwork or may be assigned according to the Department's internal rules (age 24 or less).<br><br>The current OBIS system does not lend itself to a robust Youthful Offender management process (a single character identifier is available to flag an inmate). | The inability to identify, track, and report on Youthful Offenders is precluding the Department from effectively managing Youthful Offender inmates. A lack of appropriate identification data inhibits the Department's ability to certify, decertify, recertify, and track these inmates. Furthermore, no internal tracking system is in place to provide audit trail data (who made a particular decision and why) and prevents automated notification for reviews (e.g., someone overrides a system generated classification). | Central Office has presented a proposal to address this issue. Please speak with Bill Maust and Julie Jean. |



**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 12. | Fingerprinting (live scan) | Following the livescan processing of an inmate on Day 1 of the Reception process, a printed copy of the inmate's criminal history is produced (if available).<br><br>A records specialist places the criminal history in the inmate's file for subsequent input to OBIS by other staff.<br><br>Many times after inmate fingerprints are scanned, the system doesn't automatically print out the criminal history of the newly gained inmate. | In some cases, FDLE does not return the criminal history report for two or three days. In those cases, the records specialist retrieves the inmate's criminal history using E-Agent.<br><br>Time is wasted trying to track missing criminal histories and often times the missing reports show up in the specialist's printer two or three days later; these duplicate copies are discarded. | More information required: Analyze the technical processes concerning the requests for criminal history data from FDLE, determine what, if anything, is causing the delays, and address the issue. |



**Florida Department of Corrections**

**Institutions Business Process Analysis**

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 13. | Retrieve and Input Criminal History Information | Following the livescan processing of an inmate on Day 1 of the Reception process, a printed copy of the inmate's criminal history is retrieved from The Florida Department of Law Enforcement (if available)<br><br>A records specialist places the criminal history printout in the inmate's file for subsequent input by other staff. DC staff members (record specialists, sentence specialists, and classification officers) enter the criminal history data into OBIS (or correct existing OBIS data based on the criminal history provided by FDLE). | Information which is available via digital media from FDLE is being printed out and retyped into OBIS. As a result, large amounts of staff hours are being wasted.<br><br>This issue is certainly more complicated than may be easily described in this document; suffice it to say that waiting for FALCON to resolve the whole courts/FDLE/DC data interchange process is unnecessary. A straightforward, livescan-based, digital retrieval of criminal history data and a subsequent OBIS file upload process could fix this process. | Create an electronic interface with FDLE to transfer AFIS/CCH data.<br><br>Time savings (man hours) are estimated to be 60,000 – 120,000 hours per year given the current inmate receptions and workload. |



# Florida Department of Corrections

## Institutions Business Process Analysis



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 14. | Conduct Property Disposition | The receipt, storage, and release of Inmate property is a manual process. No automated mechanism is in place to track inmate property. | Consumes considerable Security staff time to receive, store, ship, and return Inmate property. In addition, while incarcerated at their permanent facility and during transfers throughout the Corrections' environment, inmate property is repeatedly inventoried and manually checked against a paper inmate property list. | Implement an inventory management system to allow for more accurate property management. |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 15. | Assign Reception Center Bed | The bed assignment process in OBIS is managed in different ways in different facilities. Furthermore, beds must be assigned manually to each inmate. | At RMC, a stack of Housing Cards is given to a Housing Sgt. who then assigns each inmate to a bed meeting their housing/custody levels. At CFRC, inmates are assigned to a bed during their initial interview (at the reception window) by the T&R officer(s). In the first case (RMC), an inmate with a physical infirmity may be assigned to an upper bunk into which he may not be able to climb; the assignment must be changed when the inmate reaches his housing unit. The CFRC process seems to address this issue as the T&R officer can readily see most, if not all, physical attributes which may necessitate appropriate bed assignments (e.g., overweight inmates might be better placed in a lower bunk). The manual assignment of each bed to an inmate is time consuming and seems ripe for automation. | Have OBIS automatically assign an available bed to an inmate once they are gained into the system. The Inmate Behavioral Assessment System (IBAS) has been incorporated into OBIS to inform bed assignments (includes sexual predator/prey/security data and PREA constructs.). |



# Florida Department of Corrections

## Institutions Business Process Analysis

| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 17. | Create Photo ID Card | Inmate data is not automatically loaded into Photo ID system when inmate is gained.<br><br>Inmate identification forms are created by printing inmate photos and then gluing them to a standard printed document. | The photographer must manually type in Inmate demographic data.<br><br>The manual process of printing inmate photographs and then gluing the results to an existing document is time consuming. | Transfer, electronically, the inmate data in OBIS to Systematica. |
| 25. | Security Threat Group (STG) Coordinator Assessment | Scars, Marks, and Tattoos are captured by Health Services personnel during the reception process. The descriptions they input are non-standard, often incomplete, and irretrievable.<br><br>Health Services personnel are also tasked to identify potential gang related tattoos and markings, a task, in most cases, for which they have not been trained. | Ostensibly, the reason to capture Scars, Marks, and Tattoos is twofold:<br><br>1. Inmate Identification<br><br>2. Identify Gang Affiliation<br><br>In the first instance, a search within OBIS will not result in a match unless the search criteria match the input criteria.<br><br>In the second case, Health Services personnel are not adequately trained to reliably identify vast numbers of potential gang related tattoos. They are also extremely busy trying to accomplish their real purpose at reception, inmate health screening. | Reassess the data needs and usage to inform or influence subsequent decision making (e.g., facility/bed assignments).<br><br>Reassess the efficacy of having untrained personnel conduct this activity.<br><br>Assess whether this activity may be delayed until the inmates reach their permanent facility. |

**Florida Department of Corrections**

**Institutions Business Process Analysis**



| Index Number | Activity Label | Issue | Impact | Recommendation |
|---|---|---|---|---|
| 26. | Inmate Phone List Management | Inconsistencies exist between written Department procedures, standard Department forms, and instructions to the phone vendor and classification officers regarding phone list processing (e.g., matching criteria). | The *possibility* exists that inmate phone list authorizations are inconsistent throughout the Department of Corrections' facilities. There is the *potential* that an inmate may be authorized to make calls in conflict with Department rules and procedures. | Modify existing policies and procedures to remove ambiguity and provide clear guidance. Include Inmate Phone List information in OBIS. |
| 35.,38. | Population Management (Beds, Transport) | The management of inmate beds and the transportation of inmates between facilities are, for the most part, retained within the heads of certain key Department employees. Inmate movement is highly complex and difficult to understand. | A significant amount of time is being spent by T&R officers and Central Office personnel to manage the Department's beds and transportation resources. The skill and knowledge required to successfully manage these processes are embodied in individuals rather than in an automated system. Continuing to operate in such a manner *may* expose the Department to significant hardship should something happen to key personnel. | Investigate the use of a transportation management application (to include bed management). |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

**State of Florida**

**Department of Corrections**

**Office of Information Technology**

# Community Corrections Core Business Process Analysis

# Core Process H: Supervise Offender Process

| Author: | North Highland |
|---|---|
| Vendor: | The North Highland Company |
| Version: | 4.0 |
| Creation Date: | 1/23/2008 |
| Last Accessed: | 9/14/2021 12:51 PM |
| File Name: | Community Corrections - Business Process Analysis - Supervise Offender Process - v4.0 |

 **Florida Department of Corrections**

**Community Corrections Business Process Analysis**



# Document Control

## Change Record

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 1/23/2008 | North Highland | 0.01 (Draft) | Created |
| 4/7/2008 | North Highland | 2.0 | Revised from Jenny Nimer feedback |
| 10/30/2016 | North Highland | 3.0 (Draft) | Updated documents reflecting any business process changes from the 2008 study |
| 11/18/2016 | North Highland | 4.0 | Updated documents reflecting FDC feedback on draft document |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Review

| Name | Role | Date |
|------|------|------|
| Chuck Beckett | NH Quality Control Review | 10/28/2016 |
| FDC | Client Review of draft document | 11/10/2016 |
| Tad McDonald | NH Quality Control Review | 11/17/2016 |
| | | |
| | | |
| | | |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# TABLE OF CONTENTS

**1 DC CORE BUSINESS PROCESSES** ..................................................................................... 5

1.1 THE PURPOSE AND SUBJECT OF THIS ANALYSIS ................................................. 5

**2 SUPERVISE OFFENDER** ............................................................................................. 7

2.1 OVERVIEW ........................................................................................................ 7

    2.1.1 *Purpose and Objectives of this Process* .................................................. 8

    2.1.2 *Beginning and Ending Points* .................................................................. 8

2.2 ACTIVITIES & WORKFLOW DIAGRAMS ............................................................. 9

2.3 ELAPSED TIME ................................................................................................. 18

2.4 PAPER DOCUMENTATION ................................................................................. 24

2.5 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER ....................................... 29

2.6 MESSAGES ...................................................................................................... 32

2.7 PROCESS ISSUES & RECOMMENDATIONS .......................................................... 34

**Florida Department of Corrections**



**Community Corrections Business Process Analysis**

## LIST OF TABLES

Table 2.1-1 Active Community Supervision Offender Population – June 2016 ............................... 7
Table 2.2-1 Supervise Offender Activities ..................................................................................... 9
Table 2.3-1 Elapsed Time ............................................................................................................ 18
Table 2.4-1 Paper Documentation ............................................................................................... 24
Table 2.5-1 Business System Data Entry & Data Transfer .......................................................... 29
Table 2.6-1 Messages .................................................................................................................. 32
Table 2.7-1 Process Issues and Recommendations .................................................................... 34

## LIST OF FIGURES

Figure 1.1-1 Department of Corrections Core Business Processes ............................................... 5
Figure 1.1-2 Supervisor Offender Core Business Processes ........................................................ 6
Figure 2.2-1 Supervise Offender As Is Workflow ........................................................................ 17

 

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

# 1  DC CORE BUSINESS PROCESSES

## 1.1  THE PURPOSE AND SUBJECT OF THIS ANALYSIS

The Department of Corrections (Department, DC) is carrying out an analysis of its major business processes. The primary intent of this activity is to establish the foundation for the development of a new business system, which will replace the Offender-Based Information System (OBIS); the Computer Assisted Reception Process (CARP) system was subsumed by OBIS after the completion of the 2008 analysis. This analysis will also result in a set of functional and technical requirements for the new business system.


The figure below shows the entire DC set of nine core business process examined during this project; identified by the letters A through I, and the general sequence in which they are carried out. The box highlighted in blue indicates the core business process presented in this document.

Figure 1.1-1 Department of Corrections Core Business Processes





**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



For clarity and convenience, the Community Corrections Supervise Offender process has been divided into four numbered sub-processes. Since these sub-processes; Absconder Management, Court Order Payments, Investigations and Transfer could occur in any of the three core processes; Intake, Supervise or Release each of the numbered sub-processes is described in detail in the Intake process document.

The figure below identifies the Supervise Offender core in relation to the four sub-processes.

Figure 1.1-2 Supervisor Offender Core Business Processes



**Florida Department of Corrections**



**Community Corrections Business Process Analysis**

# 2 SUPERVISE OFFENDER

## 2.1 OVERVIEW

Community supervision in Florida is provided to adult offenders who are sentenced to a supervision type imposed by: a criminal court, the Florida Commission on Offender Review, or a contractual agreement between the State Attorney's Office, the offender, and the Florida Department of Corrections. Community supervision includes monitoring and enforcing standard and special conditions imposed by the court or Commission; referring offenders to community resources for assistance with job placement, treatment, education, or other need; conducting drug tests to monitor for substance abuse, using electronic monitoring to monitor whereabouts of offenders, reporting violations to the court or Commission; and using other specialized supervision approaches.

Supervision types are divided into Original Sentence, Post Prison Release and Other Supervision Types. These represent the actual types of supervision imposed by the court or the Commission. As of June 30, 2016:

- 136,950 offenders on Active or Active-Suspense Community Supervision
  - o 131,336 serving an original sentence
  - o 5,614 on Post-Prison Release
  - o 0 on other types of supervision
- 4,526 Offenders on electronic monitoring
  - o 2,339 Global Positioning under Jessica Lunsford Act
  - o 2,187 Other Global Positioning
- Region III has the highest active supervised population with 69,811 offenders
- The average Probation sentence is 4.1 years (includes life sentences)

Table 2.1-1 Active Community Supervision Offender Population – June 2016

| Supervision Type | Active | | Active - Suspense | | Total | |
|---|---|---|---|---|---|---|
| **I. Original Sentence** | | | | | | |
| **Probation Total** | **87,139** | **81.7%** | **26,090** | **86.2%** | **113,229** | **82.7%** |
| Probation | 69,611 | 65.2% | 21,034 | 69.5% | 90,645 | 66.2% |
| Administrative | 1,303 | 1.2% | 490 | 1.6% | 1,793 | 1.3% |
| Drug Offender Probation | 12,477 | 11.7% | 3,355 | 11.1% | 15,832 | 11.6% |
| Sex Offender Probation | 3,748 | 3.5% | 1,211 | 4.0% | 4,959 | 3.6% |
| **Community Control Total** | **6,487** | **6.1%** | **2,699** | **8.9%** | **9,186** | **6.7%** |
| Community Control | 6,343 | 5.9% | 2,631 | 8.7% | 8,974 | 6.6% |
| Sex Offender Comm. Control | 144 | 0.1% | 68 | 0.2% | 212 | 0.2% |
| **Pretrial Intervention Total** | **8,514** | **8.0%** | **407** | **1.3%** | **8,921** | **6.5%** |
| Pretrial Intervention | 6,219 | 5.8% | 168 | 0.6% | 6,387 | 4.7% |
| Drug Offender PTI | 2,295 | 2.2% | 239 | 0.8% | 2,534 | 1.9% |
| **Original Sentence Total** | **102,140** | **95.7%** | **29,196** | **96.5%** | **131,336** | **95.9%** |
| **II. Post - Prison Release** | | | | | | |
| Florida Parole | 335 | 0.3% | 64 | 0.2% | 399 | 0.3% |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| | | | | | | |
|---|---|---|---|---|---|---|
| Other State Parole | 1,686 | 1.6% | 78 | 0.3% | 1,764 | 1.3% |
| Supervised Community Release | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Provisional Release | 1 | 0.0% | 1 | 0.0% | 2 | 0.0% |
| **Conditional Release** | **2,329** | **2.2%** | **795** | **2.6%** | **3,124** | **2.3%** |
| **Control Release** | **0** | **0.0%** | **37** | **0.1%** | **37** | **0.0%** |
| Administrative Control Release | 0 | 0.0% | 2 | 0.0% | 2 | 0.0% |
| Conditional Medical Release | 11 | 0.0% | 0 | 0.0% | 11 | 0.0% |
| Admin. Conditional Release | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| **Addiction Recovery** | **192** | **0.2%** | **83** | **0.3%** | **275** | **0.3%** |
| **Post-Prison Release Total** | **4,554** | **4.3%** | **1,060** | **3.5%** | **5,614** | **4.1%** |
| **Other Supervision Types\*** | **0** | **0.0%** | **0** | **0.0%** | **0** | **0.0%** |
| **GRAND TOTAL** | 106,694 | 100.0% | 30,256 | 100.0% | 136,950 | 100.0% |
| Supervision type unavailable = 6 | | | | | | |

## 2.1.1   Purpose and Objectives of this Process

The purpose of the core process Community Corrections – <u>Supervise Offender</u> is to supervise offenders commensurate with their court ordered conditions, and address the needs of the offender, thereby protecting the community.

The objectives of this process are to:

- Monitoring and supervise offenders on a schedule that adheres strictly to the terms and conditions of the Probation Order.
- Identify needs/resources
- Motivate and assist
- Perform field work on a regular basis
- Manage violations of supervision
- Manage offender transfer requests
- Manage the various investigations that are requested (Presentence investigation, pretrial investigation, inmate release investigation, absconder investigation, etc.)
- Document appropriate OBIS screens and case notes across all supervision activities

## 2.1.2   Beginning and Ending Points

Beginning Point:

- Intake offender at Field Office

Ending Point:

- Release offender, manage violations and/or transfer offender



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.2 ACTIVITIES & WORKFLOW DIAGRAMS

The following tables list the activities for the Supervise Offender Core Process.

The dotted line box surrounding the process activities is meant to be inclusive of both activities and organizational elements and indicates these activities may occur in many places and be performed by many different roles.

The following is a description and definition of each of the columns in tables presented in this section.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Activity Description** | The full-text description of that activity |
| **Actors** | The job or role title of the individuals having a primary role for that activity |

Table 2.2-1 Supervise Offender Activities

| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 1. | Intake Offender at Field Office | Remaining offender information/data (e.g., sentencing data, court ordered payments, etc.) that has not already been compiled and input into OBIS at the Intake Office, is done so at this point. . Assignment of cases to Field Officer's Supervisor who is also responsible for assigning the incoming supervision cases to Field Officers. | Field Office (Intake or Field Office personnel) |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 2. | Conduct Offender Orientation | The orientation consists of discussing the offender's sentence structure, terms and conditions of supervision, referrals for treatment or other services, and any court ordered payments or electronic monitoring requirements. All the results of the orientation are documented in OBIS case notes.<br><br>Institutional staff have replaced the CARP/OBIS Risk and Needs processes with two OBIS sub-systems: Inmate Risk Management System (IRMS) and SPECTRUM. Community Corrections is in the process of implementing a form of those tools for Offender management called the Offender Needs Assessment System (ONAS). | Field Office<br><br>(Intake or Field Office personnel) |
| 3. | Monitor and Supervise Offender | Supervision includes many separate and distinct activities that all could vary by offender based on criminal history, location, and special treatment.<br><br>Monitoring and supervising an offender may include all or a combination of the following activities; identification of needs/resources, to motivate and assist, verify the offender's employment, verify the offender's residence, contact and visit the offender, manage the specific terms and conditions of supervision, manage transfer requests, manage drug/substance abuse testing, manage investigations, and manage temporary community travel. (details of these activities follow below) | Field Office<br><br>(Intake or Field Office personnel)<br>Law Enforcement |

# Florida Department of Corrections

## Community Corrections Business Process Analysis



| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 4. | Verify Employment | The Field Officer and/or Supervisor verify where the offender is employed and/or if they have to be enrolled in an educational program. The employer and educational program are notified of the offender's background. The Field Officer is also responsible for continually verifying and communicating with these entities on a regular basis. Throughout supervision, any new employment information obtained on an offender will be recorded in OBIS notes. | Field Office<br><br>(Intake or Field Office personnel) |
| 5. | Verify Residence | The Field Officer and/or Supervisor verify the actual residence of the offender. The Field Officer is also responsible to continually verify the offender's current address on a regular basis. Throughout supervision, any new residence information obtained on an offender will be recorded in OBIS case notes.<br><br>Sex Offender Residence Review (SORR) is conducted anytime a sex offender needs to change residency to ensure residence is not located in a prohibited location and the data is updated in GIS/SORR. | Field Office<br><br>(Intake or Field Office personnel) |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 6. | Contact and Visit | The Field Officer is required to make regular contact (place of employment or home visits, phone calls etc.) with the offender and monitor the terms and conditions of the offender's supervision. The type and frequency of communication and visits are automatically assigned based upon the offenders risk class in OBIS. Because of special considerations (e.g., public safety, type of offense, unique supervision requirements) the risk class can be manually changed in OBIS via an administrative decision process. Throughout supervision, any new contact information obtained on an offender will be recorded in OBIS notes. | Field Office  (Intake or Field Office personnel) |
| 7. | Manage Terms and Conditions | The Field Officer is required to monitor / assess terms of supervision as assigned at the court level or releasing authority. An offender's terms and conditions may or may not include specific court ordered payments (COPS) for restitution, electronic monitoring (EM), special risk supervision (sex offenders), treatment requirements (drug testing), curfews, supervision costs and contact guidelines. Field Officers continually review and instruct offenders on the terms and conditions of supervision. Offenders are provided guidance on drug treatment and on educational requirements as part of special conditions of supervision. Throughout supervision, any new terms or conditions information obtained on an offender will be recorded in OBIS notes. | Field Office  (Intake or Field Office personnel) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 8. | Manage Transfer Requests | The Field Officer processes and conducts investigations for interstate and intrastate transfers. Details on the transfer process are detailed in the "Transfers Interstate/Intrastate Sub-Process" document. Throughout supervision, any new transfer request information obtained on an offender will be recorded in OBIS notes. | Field Office<br><br>(Intake or Field Office personnel) |
| 9. | Manage Drug/Substance Abuse Testing | The Field Officer is required to conduct regular drug testing of all offenders on their supervision caseload. Additional random drug testing may be required for offenders that have special requirements in their supervision terms and conditions. For these special offenders drug abuse intervention programs are typically required as part of supervision.<br><br>If an offender is identified as having a substance abuse issue, the Field Officer will refer the offender to the appropriate treatment program and will assist the offender in receiving any additional help they may require.<br><br>Throughout supervision, any new drug or substance abuse information obtained on an offender will be recorded in OBIS notes. All drug testing results will be entered into OBIS. | Field Office<br><br>(Intake or Field Office personnel) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 10. | Manage Investigations | The Field Officer is required to manage various types of investigations that may be requested from other Field Offices, other states, law enforcement, the courts, or from the Department of Corrections Central Office. The Field Officer will also manage various type investigations throughout the supervision process that are requested by the sentencing authority, correctional institutions, other Field Offices, or other state probation offices. Investigations are typically tracked in OBIS (ITS) and appropriate parties to the investigation are kept informed.<br><br>Types of investigations that Field Officers might possibly encounter include:<br><br>• Presentence Investigation<br>• Pre-trial Sentencing Investigation<br>• Institutions Prerelease Investigation<br>• Absconder Investigation<br>• Violation of Probation Investigation<br>• Transfer Investigation | Field Office<br><br>(Intake or Field Office personnel) |
| 11. | Manage Curfew Compliance | Quarterly curfew compliance checks will be conducted as part of community control supervision | |

Community Corrections – Business Process Analysis – Supervise Offender Process

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 12. | Manage Community Travel | The Field Officer is responsible to monitor and manage temporary requests to travel outside area defined by the offender's terms and conditions of supervision. The Field Officer will either grant or deny requests made by the offender based on reason for travel, destination, and risk to community. If the travel request is granted, the Field Officer will instruct the offender on requirements and issue a travel permit. Throughout supervision, any new travel request information obtained on an offender will be recorded in OBIS notes. | Field Office (Intake or Field Office personnel) |
| 13. | Release Offender | The Field Officer is required to supervise the offender until the offender has successfully completed the terms and conditions of supervision, or is incarcerated, is transferred to another Field Office (inter/intrastate), is released from supervision by the courts, or has passed away. This activity links out to the 'Release Offender' core process. | Field Office (Intake or Field Office personnel) |
| 14. | Manage Violations | The Field Officer is required to initiate a violation of supervision if an offender has not adhered to the terms and conditions of supervision.<br><br>If the violation is by an out of state offender the violation is handled through the Interstate Compact process.<br><br>Throughout supervision, any new violation information obtained on an offender will be recorded in OBIS notes. | Field Office (Intake or Field Office personnel) |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender Activities | | | |
|---|---|---|---|
| Index Number | Activity Label | Activity Description | Actors |
| 15. | Transfer Offender | While an offender is under supervision, the offender or the Field Officer may request a transfer to another location. Transfers are handled differently depending on whether the transfer is intrastate or interstate. Throughout supervision, any new transfer request information obtained on an offender will be recorded in OBIS notes. | Field Office<br><br>(Intake or Field Office personnel)<br><br>Interstate Compact Office<br><br>Other FL. Field Offices |
| 16. | Take Action on Violation | Violations are investigated by the Field Officer and may result in both a request for a warrant and a violation report created in OBIS or on a VOP form. A violation may result in a visit to the court for the offender and could result in a change in the terms and conditions of the supervision or an arrest (as determined by the judge). Based on the decision of the court, the offender is sent to the Field Office for reinstruction regarding the judge's violation decision or whether to order the offender back to jail.<br><br>If the investigation activities determine that a violation is serious enough, the Field Officer may conduct a warrantless arrest or refer to a sentencing authority for an arrest.<br><br>If the investigation activities determine that a violation is a non-willful violation, the Field Officer may determine the violation was not willful and only requires documentation in OBIS case notes.<br><br>This activity could link out to the 'Sentencing Authority' for further action and then back to Index 3 for further instructions from the Field Officer.<br><br>Throughout supervision, any new violation information obtained on an offender will be recorded in OBIS notes. | Field Office<br><br>(Intake or Field Office personnel)<br><br>Sentencing Authorities |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

Figure 2.2-1 Supervise Offender As Is Workflow



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



## 2.3 ELAPSED TIME

The section describes the time goal or limit required to complete each of the activities that make up the Supervise Offender core process.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Limit or Goal Time** | Any time limits or goals, from any source – internal or external – pertaining to this activity. |
| **Limit or Goal Source** | The source of the limit or goal listed above (Florida Statutes, DC policy, etc.) |
| **Speed Bumps** | Specific, recurring difficulties that slow the progress of this activity. |

Table 2.3-1 Elapsed Time

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 1. | Intake Offender at Field Office | Immediately upon notification of release to supervision   (offender sentenced from court) | Procedure 302.303 | Processing Delays – courts processing of Probation Order timely |
| 1. | Intake Offender at Field Office | Post-prison release offenders should report to supervision within 72 hours of release (Inmates released from an institution with court ordered supervision) | Procedure 302.120 | Processing Delays – Institutions processing of reporting instructions timely |
| 1. | Intake Offender at Field Office | Post-prison release offenders should report to supervision within 48 hours of release   (Inmate being released from an institution with court ordered probation) | Procedure 302.120 | N/A |
| 2. | Conduct Offender Orientation | Immediately upon arrival of offender | Procedure 302.303 | Processing Delays – courts processing of Probation Order timely OR offender does not show at Field Office |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 3. | Monitor and Supervise Offender | Ongoing basis where frequencies will vary by requirements of supervision of the offender | Procedure 302.303 | Labor intensive – Manual instruction, documentation and dependent on staffing structure at Field Office |
| 3. | Monitor and Supervise Offender | Offender required to report to their Field Officer monthly | Procedure 302.303 | Labor intensive – Manual instruction, documentation and dependent on staffing structure at Field Office |
| 4. | Verify Employment | Within initial 30 days of supervision OR within 30 days of knowledge of change in employment AND every 90 days thereafter for term of supervision | Procedure 302.303 | Labor Intensive - Manual Verification and documentation |
| 4. | Verify Employment | Within initial 30 days of supervision OR within 30 days of knowledge of change in employment AND every 60 days prior to each scheduled case review thereafter for term (Drug Offender) | Procedure 302.303 | Labor Intensive - Manual Verification and documentation |
| 4. | Verify Employment | Within 2 days of being notified of offender's enrollment or employment status change, Field Officer will notify FDLE for Sex Offenders | Procedure 302.303 | Labor Intensive - Manual Verification and documentation |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 4. | Verify Employment | Within 1 day of being notified of offender's enrollment or employment status change, Field Officer should update OBIS screens (Sex Offender) | Procedure 302.303 | Labor Intensive - Manual Verification and documentation |
| 5. | Verify Residence | Within initial 30 days of supervision AND every 90 days thereafter for term | Procedure 302.303 | Labor Intensive - Manual Verification and documentation |
| 5. | Verify Residence | Within 2 working days of assignment AND every 90 days thereafter for term (Sex Offender and Career Offender) | Procedure 302.303 | Labor Intensive - Manual Verification and documentation |
| 5. | Verify Residence | Within 24 hours of assignment AND every 90 days thereafter for term (Community Control Offender) | Procedure 302.303 302.311 | Labor Intensive - Manual Verification and documentation |
| 6. | Contact and Visit | Within initial 30 days of supervision AND every 90 days thereafter for term | Procedure 302.303 | Labor Intensive - Manual Verification AND dependent on offender's schedule (e.g., employment, school, etc.) |
| 6. | Contact and Visit | Prior to the close of business the date of sentence release (within 24 hours) or on same day of notification AND a weekly minimum visit thereafter for term (Community Control Offender) | Procedure 302.303 | Labor Intensive - Manual Verification AND dependent on offender's schedule (e.g., employment, school, etc.) |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 6. | Contact and Visit | Prior to the close of business the date of sentence release (within 24 hours) or on same day of notification AND a monthly minimum visit thereafter for term (Sex Offender) | Procedure 302.303 | Labor Intensive - Manual Verification AND dependent on offender's schedule (e.g., employment, school, etc.) |
| 7. | Manage Terms and Conditions | Within initial 60 days of supervision AND monthly thereafter for term | Procedure 302.303 | Timeliness and Accuracy of Court Data – Additional human resources need to expedite process |
| 8. | Manage Transfer Requests | Requires 10 business day lead time in order for Field Officer to research and respond to request (Low Profile Intrastate Transfer) | Procedure 302.306 | Timeliness and Accuracy of Court Data – Additional human resources need to expedite process |
| 8. | Manage Transfer Requests | Note: Time requirements are detailed in the "Transfer" Sub-process. | Procedure 302.306 | Timeliness and Accuracy of Court Data – Additional human resources need to expedite process |
| 9. | Manage Drug/Substance Abuse Testing | Within initial 60 days of supervision AND monthly thereafter for term of supervision | Procedure 302.303 302.601 | Timeliness and Accuracy of Court Data – Additional human resources need to expedite process |
| 9. | Manage Drug/Substance Abuse Testing | Within 1 working day of offender's drug test data | Procedure 302.303 302.601 | Timeliness and Accuracy of Testing Results – Additional human resources need to expedite process |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 10. | Manage Investigations | Immediately upon notice  Note: Other time requirements are detailed in the "Investigation" sub-process section. | Procedure 302.105 | Timeliness and Accuracy of Court Data – Additional human resources need to expedite process |
| 11. | Manage Curfew Compliance | Quarterly curfew compliance checks will be conducted as part of community control supervision | Procedure 302.303 | Timeliness and Accuracy of Investigation of Travel – Additional human resources need to expedite process |
| 11. | Manage Community Travel | Not to exceed 30 consecutive days (longer will be considered as a "Transfer") | Procedure 302.306 | Timeliness and Accuracy of Investigation of Travel – Additional human resources need to expedite process |
| 12. | Release Offender | Within 48 hours of offender being released from supervision,  Field Officer will notify local law enforcement | Procedure 302.303 | N/A |
| 12. | Release Offender | Within 90 days of offender being released from supervision,  Field Officer will verify status of financial obligations related to COPS | Procedure 302.303 | In case of multiple offenders making COPS payments to a single payee, there may be an issue of joint and severability of payments and how OBIS handles these situations |
| 12. | Release Offender | Within 60 days the Field Officer will have prepared to purge and close offender file | Procedure 302.325 | N/A |



# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Limit or Goal Time | Limit or Goal Source | Speed Bumps |
| 13. | Manage Violations | Immediately investigated upon receiving notice of offender's arrest or non-compliance becomes known | Procedure 302.303 | Timeliness and Accuracy of Investigation of Violation – Additional human resources need to expedite process |
| 14. | Transfer Offender (Intrastate) | Within 10 days of receiving offender's transfer request, a decision to accept or reject transfer will be completed | Procedure 302.306 | N/A |
| 15. | Take Action on Violation | Close of business the day after a warrantless arrest is made a Violation Report is filed | Procedure 302.303 | Timeliness and Accuracy of Investigation of Violation – Additional human resources need to expedite process |
| 15. | Take Action on Violation | Immediately conduct a "Warrantless Arrest" upon known violation   OR "Plain View Observation" | Procedure 302.311 302.303 | Timeliness and Accuracy of Investigation of Violation – Additional human resources need to expedite process |
| 15. | Take Action on Violation | Within 24 hours Supervisor will notify the circuit administrator of the warrantless arrest and the location of the offender | Procedure 302.303 | Timeliness and Accuracy of Investigation of Violation – Additional human resources need to expedite process |
| 15. | Take Action on Violation | Within 24 hours Supervisor will notify local law enforcement to dismiss violation | Procedure 302.303 | Timeliness and Accuracy of Investigation of Violation – Additional human resources need to expedite process |


**Florida Department of Corrections**

Department of Corrections

**Community Corrections Business Process Analysis**



## 2.4 PAPER DOCUMENTATION

This section describes the paper documents required to complete the activities that make up the Supervise Offender core process. The reference column refers to the originator and title of policy, procedure, or instruction that contains the form or specifies the content of the document, if any. More than one document may be required to carry out a single activity, so each is listed.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Document Title** | Short title, form number or other designation for the document. |
| **Document Description** | General description of the document contents and purpose. |
| **Reference or Source** | Title of the source instruction or policy. |

Table 2.4-1 Paper Documentation

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 1. | Intake Offender at Field Office | Initial 60 Day Review (DC3-242) | A checklist is completed and an in-depth review of specific activities are performed in an initial 60 day period of time | Procedure 302.120 |
| 1. | Intake Offender at Field Office | Initial Reporting Instructions (DC3-298) | Document that informs Field Office of terms and conditions of supervision on a receiving offender | Procedure 302.120 302.012 |
| 1. | Intake Offender at Field Office | Offender Financial Obligation Agreement (OFOA) | Document that is utilized as a payment plan verification for court ordered payments for the offender | Procedure 302.120 |
| 1. | Intake Offender at Field Office | COS/EM/ADM Statutory Exemption Worksheet | Form that is used to record the offender's gross monthly income to determine possible exemption of all or part of the owed charges | Procedure 302.120 |
| 1. | Intake Offender at Field Office | COPS Change Form | Form that is used to record any changes to financial obligation status, rate of payment, payment errors, etc. | Procedure 302.120 |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 2. | Conduct Offender Orientation | Offender Supervision Packet | Packet contains all terms and conditions of supervision specific to the offender's individual case | Procedure 302.120 |
| 2. | Conduct Offender Orientation | Instructions to the Offender (DC3-246) | Form that instructs and requires signature from the offender on the general and specific activities and rules associated with their supervision | Procedure 302.120 |
| 2. | Conduct Offender Orientation | Offender Information Sheet and Reporting Instructions (DC3-297) | Form that details the terms and conditions of   supervision | Procedure 302.120 |
| 3. | Monitor and Supervise Offender | Community Control Offender Schedule and Daily Activity Log (DC3-207) | Document that records daily activities of the offender (Community Control Offender) | Procedure 302.306 |
| 8. | Manage Transfer Requests | Intrastate Transfer Request (DC3-237) | Form to initiate the process of transferring an offender between counties or offices or states. All other forms are detailed in the Transfer Sub-process. | Procedure 302.306 |
| 9. | Manage Drug/Substance Abuse Testing | Positive Drug Urinalysis Statement (DC3-289) | Form that documents offender's positive drug test results | Procedure 302.601 |
| 9. | Manage Drug/Substance Abuse Testing | Specimen Collection Control Log (DC3-290) | Form that documents offenders that have been tested and the corresponding demographic data | Procedure 302.601 |

# Florida Department of Corrections
### Community Corrections Business Process Analysis



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 9. | Manage Drug/Substance Abuse Testing | Special Test Request (DC5-405) | Form that Field Officers will complete if requesting a gas chromatography/mass spectrometry | Procedure 302.601 |
| 9. | Manage Drug/Substance Abuse Testing | Community Supervision Program Referral (DC5-404) | Form that Field Officers will complete if requesting that an offender be placed under a treatment program or evaluation | Procedure 302.601 |
| 11. | Manage Community Travel | Travel Permit (DC3-220) | Document that permits offender permission for temporary travel | Procedure 302.306 |
| 13. | Manage Violations | Violation Report (DC3-202) AND Amended Violation Report | Documents an investigation submitted to the sentencing authority by the probation Field Officer when there is evidence an offender may have violated one or more conditions of supervision | Procedure 302.303 302.105 |
| 13. | Manage Violations | FCIC II Secondary Dissemination Log (DC3-245) | Documents an offender's criminal history via a Florida and National database search | Procedure 302.006 |
| 13. | Manage Violations | Consent for Authorization for Use and Disclosure Inspection and Release of Confidential Information (DC4-711B) | Documents an offender's substance abuse treatment records | Procedure 302.303 302.105 |

# Florida Department of Corrections

### Community Corrections Business Process Analysis



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| 13. | Manage Violations | Affidavit of Violation of Probation (DC3-216) | Affidavit stating that Field Officer attests to the fact that the offender has violated terms and conditions of probation | Procedure 302.303 |
| 13. | Manage Violations | Affidavit of Violation of Probation (DC3-216) | Affidavit stating that Field Officer attests to the fact that the offender has violated terms and conditions of probation | Procedure 302.303 |
| 15. | Take Action on Violation | Probable Cause Affidavit, Violation of Community Supervision (DC3-2015) | Affidavit of probable cause utilized by local law enforcement when conducting a Warrantless Arrest | Procedure 302.303 |
| 15. | Take Action on Violation | Technical Violation Notification (Form Letter) | Letter from Supervisor notifying of violation to the appropriate sentencing authority (Judge) | Procedure 302.303 |
| 15. | Take Action on Violation | Order Dismissing Affidavit (DC3-270) | Affidavit dismissing violation | Procedure 302.303 |
| 15. | Take Action on Violation | Order Dismissing Warrant (DC3-271) | Order dismissing violation warrant | Procedure 302.303 |
| 15. | Take Action on Violation | Order of Modification of Probation (DC3-274) | Order modifying probation | Procedure 302.303 |
| 15. | Take Action on Violation | Order of Revocation of | Order revoking probation | Procedure 302.303 |

# Florida Department of Corrections

## Community Corrections Business Process Analysis



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Document Title | Document Description | Reference or Source |
| | | Probation (DC3-259) | | |
| 15. | Take Action on Violation | Court Order Terminating Probation (DC3-258) | Order terminating probation | Procedure 302.303 |



# Florida Department of Corrections
### Community Corrections Business Process Analysis

## 2.5 BUSINESS SYSTEM DATA ENTRY & DATA TRANSFER

This section describes the business systems that are employed directly (touched) or indirectly (data transfer) in the course of the Supervise Offender core process.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| Index Number | A number for use in referencing the activity. |
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Business System | The name or designation of the system touched (if any). |
| Purpose or Intent | The business objective accomplished by using the system or systems. |
| Mode | Choose one: "Input" for data entry by the user, "Query" for data retrieved by the user, and "TXFR" for electronic data transfer from one system to another. |

Table 2.5-1 Business System Data Entry & Data Transfer

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 1. | Intake Offender at Field Office | OBIS | OBIS entries are made to retrieve offender data and sentencing data | Input/Query |
| 2. | Conduct Offender Orientation | OBIS | OBIS case notes entries are made to document results and any special notes on offender case | Input/Query |
| 3. | Monitor and Supervise Offender | OBIS | OBIS case notes entries are made in the normal routine of monitoring and supervising offenders at the Field Office and in the field | Input/Query |
| 4. | Verify Employment | OBIS | OBIS case notes entries are made in the normal routine of verifying and communicating with the offender's employer | Input/Query |
| 5. | Verify Residence | OBIS | OBIS case notes entries are made in the normal routine of verifying the offender's residence | Input/Query |
| 6. | Contact and Visit | OBIS | OBIS case notes entries are made in the normal routine of monitoring and supervising offender's at the Field Office and in the field | Input/Query |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 7. | Manage Terms and Conditions | OBIS | OBIS case notes entries and updates to special conditions screens are made in the normal routine of verifying the offender's daily activities and how the offender is following the terms and conditions of their supervision | Input/Query |
| 8. | Manage Transfer Requests | OBIS | OBIS case notes entries are made to document request for investigations, approval/denial of transfer, reporting instructions in case notes, etc.<br><br>Note: Other Data entry & Data Transfer requirements are detailed in the "Transfer" Sub-process. | Input/Query |
| 9. | Manage Drug/Substance Abuse Testing | OBIS | OBIS case notes entries are made to document testing results required testing frequency and method.   Results of any drug testing performed are also recorded in OBIS | Input/Query |
| 10. | Manage Investigations | OBIS | OBIS case notes entries are made to document and process all 28 types of investigations.<br><br>Note: Other Data entry & Data Transfer requirements are detailed in the "Transfer" Sub-process. | Input/Query |
| 11. | Manage Community Travel | OBIS | OBIS case notes entries are made to document requested travel to other locations within the state | Input/Query |
| 12. | Release Offender | OBIS | OBIS case notes entries are made to document the offender's completion and the Field Officers review of final activities prior to the offender's release date from supervision | Input/Query |
| 13. | Manage Violations | E-Agent | A E-Agent is searched to insure no new arrests were made | Query |



# Florida Department of Corrections

## Community Corrections Business Process Analysis

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Business System | Purpose or Intent | Mode |
| 13. | Manage Violations | OBIS | Florida Crime Information Center II / National Crime Information Center search is conducted to insure there are no new arrests of the offender | Query |
| 13. | Manage Violations | OBIS | Investigative Tracking and Statistics (ITS) is accessed in order to enter the violation report data and insure an investigation is completed | Input/Query |
| 14. | Transfer Offender | OBIS | OBIS case notes entries are made to document the receiving Field Office investigation, decisions and offender reporting instructions | Input/Query |
| 15. | Take Action on Violation | OBIS | OBIS case notes entries are made to document violations, outcomes, and participants | Input/Query |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.6 MESSAGES

This section the messages, such as the US mail, emails, phone calls and any other correspondence, regularly used in the normal course of the Supervise Offender core process. Messages are sent to convey required documentation, inform recipients about the status of an activity, to trigger the start or end of other activities, to grant or withdraw authorization, etc.   This section only concerns messages sent during normal (as intended) operations. Trouble calls and other messages associated with recurring abnormal operations should be listed in Section 2.7 – Process Issues & Recommendations. There may be more than one message associated with an activity.

The following is a description and definition of each of the columns in this table.

| Index Number | A number for use in referencing the activity. |
|---|---|
| Activity Label | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| Message Type | US mail, email, phone call, etc. |
| Message Purpose | The intended purpose for sending the message. |
| Message Recipient | The organization and role of the intended recipient. |

Table 2.6-1 Messages

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 3. | Monitor and Supervise Offender | Phone | Alerts local law enforcement that an offender has an active warrant issued and can be arrested | Law Enforcement |
| 7. | Manage Terms and Conditions | Phone / Email / Interoffice (internal messages) | Actions that need to be taken to insure that the offender's supervision and all terms and conditions are being reviewed and followed on a regular schedule | Employers, Courts, Field Offices |
| 8. | Manage Transfer Requests | Phone / Email / Interoffice (internal messages) | Actions that need to be taken to insure that the offender's transfer request is being reviewed and processed | Other Field Offices |



**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Message Type | Message Purpose | Message Recipient |
| 10. | Manage Investigations | Phone / Email / Interoffice (internal messages) | Actions that need to be taken to insure that a requested investigation is being reviewed and acted on | Courts, Other Field Offices, Other States, Law Enforcement |
| 11. | Manage Community Travel | Phone / Email (internal messages) | Actions that need to be taken to insure that the offender's travel request is being reviewed and acted on | Other Field Offices |
| 13. | Manage Violations | Phone / Email / Interoffice (internal messages) | Actions that need to be taken to insure that the offender's violation of supervision and all terms and conditions are being reviewed and acted on | Field Office |
| 15. | Take Action on Violation | Phone / Email / Fax | Actions that need to be taken to insure that the offender's violation of supervision is being prosecuted | Sentencing Authority |




**Florida Department of Corrections**

**Community Corrections Business Process Analysis**

## 2.7 PROCESS ISSUES & RECOMMENDATIONS

This section lists the issues that have arisen while analyzing the Supervise Offender core process. These are the difficulties that result in an activity losing its effectiveness, degrading its efficiency and hindering its adaptability. Each activity can have more than one issue associated with it.

The following is a description and definition of each of the columns in this table.

| | |
|---|---|
| **Index Number** | A number for use in referencing the activity. |
| **Activity Label** | A short name for that activity that is used to represent it in the detailed workflow diagram. |
| **Issue** | Short description for the issue. |
| **Impact** | Impacts or consequences of the issue (e.g., confusion, delay, error, incident). |
| **Recommendation** | Recommendation for addressing the issue or reducing its impact (if any). |

Table 2.7-1 Process Issues and Recommendations

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1. | Intake Offender at Field Office | There is a delay in receiving the Probation Order from the courts for various reasons (e.g., scheduling, staffing). | The Field Officer could be supervising the offender differently than what has been ordered by the court.<br><br>Field Officer may not be aware of this offender being ordered to electronic monitoring, court ordered payments etc.  This could result in a public or Field Officer safety issue. | Require a representative from Community Corrections (e.g., Court Officer), to attend court hearings to expedite production and delivery of the Probation Order from the court to the local Field Office. |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 1. | Intake Offender at Field Office | The Field Office is not receiving complete reporting instructions from Institutions on health related information. | The offender may not be referred to appropriate treatment programs.<br><br>Field Officer may not be aware of mental conditions or requirements for prescription drugs.<br><br>This could result in a public or Field Officer safety issue. | Investigate the ability to share medical information (e.g., psychological evaluations, drug prescription, prior treatment programs) in order for Field Officers to share and view inmate medical records. |
| 1. | Intake Offender at Field Office | Partial or no data sharing to/from Sentencing Authorities, Interstate Compact, FDLE, Local Law Enforcement to Community Corrections. | Field Officer could have better data from which to improve the management of supervision. | Investigate the ability to obtain and exchange complete and real-time offender data from local/state/federal law enforcement agencies.<br><br>This would allow real time access to the offender's total history instead of having to access different systems to gather the data manually and then updating OBIS. |

# Florida Department of Corrections

### Community Corrections Business Process Analysis

| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 2. | Conduct Offender Orientation | The Field Officer may not have all of the necessary special conditions information for an offender in order to conduct a thorough and complete orientation. | Field Officer could have better data from which to improve the management of supervision. | Investigate the ability to obtain complete special conditions terms of supervision directly from the court's data management system at the time of supervision sentencing. |
| 3. | Monitor and Supervise Offender | Field Officers are restricted in their ability to access real time offender information in the field (e.g., arrest data, offender demographics, etc.) that impedes their ability to supervise efficiently and ability to avoid potentially dangerous situations in the field. | The inability to access real time offender data wastes valuable resources (e.g., staff, time etc.) and possibly creates safety issues to the public and the Field Officer. | Provide Field Officers the technology hardware that will enable mobile access to this data while in the field. |
| 13. | Manage Violations | The activity of managing violations of probation is labor intensive and requires communication and input from multiple sources (e.g., other Field Offices, offender's neighbors, law enforcement, sentencing authorities, etc.). | Underutilized resources (e.g., staff, time etc.) | Investigate the ability to better control the assignments of and the actions required for an investigation by utilizing an electronic scheduling and notification application. |

**Florida Department of Corrections**

**Community Corrections Business Process Analysis**



| Core Process H – Supervise Offender | | | | |
|---|---|---|---|---|
| Index Number | Activity Label | Issue | Impact | Recommendation |
| 14. | Transfer Offender | The activity of managing offender transfers (Interstate / Intrastate) is labor intensive and requires communication and input from multiple sources (e.g., other Field Offices, Interstate Compact offices, other county/state Field Offices, sentencing authorities, etc.). | Underutilized resources (e.g., staff, time etc.) | Investigate the ability to better control the assignments of and the actions required for an investigation by utilizing an electronic scheduling and notification application. |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

### E.  Draft High Level Functional and Technical Requirements

The draft high-level functional and technical system requirements that must be met by the project to achieve the business objectives and business requirements outlined in the Background and Strategic Needs Assessment section of this document are included here.

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.1 | Database Architecture | require relevant offender data cleansed and converted from current DC applications into the new application database. | The system shall require relevant offender data cleansed and converted from current DC applications into the new application database. | Mandatory |
| TEC.00.00.2 | Database Architecture | employ defined data standards (e.g., consistent data schema, data element, data class, field lengths, data tables, view naming conventions). | The system shall employ defined data standards (e.g., consistent data schema, data element, data class, field lengths, data tables, view naming conventions). | Mandatory |
| TEC.00.00.3 | Database Architecture | provide a data history for XXX years. | The system shall provide a data history for XXX years. | Mandatory |
| TEC.00.00.4 | Database Architecture | provide the ability to associate supporting documentation (e.g., scanned documents) with a system record. | The system shall provide the ability to associate supporting documentation (e.g., scanned documents) with a system record. | Mandatory |
| TEC.00.00.5 | Database Architecture | provide the ability to modify existing record attributes while maintaining referential integrity (e.g., associating notes with a different offender or inmate, associating notes with a different case). | The system shall provide the ability to modify existing record attributes while maintaining referential integrity (e.g., associating notes with a different offender or inmate, associating notes with a different case). | Mandatory |
| TEC.00.00.6 | Database Architecture | employ a data model which enforces referential integrity. | The system shall employ a data model which enforces referential integrity. | Mandatory |
| TEC.00.00.7 | Database Architecture | employ a relational database. | The system shall employ a relational database. | Mandatory |
| TEC.00.00.8 | Database Architecture | provide data quality editing, consistency and validity checks on data elements at the database level. | The system shall provide data quality editing, consistency and validity checks on data elements at the database level. | Mandatory |
| TEC.00.00.9 | Database Architecture | provide tools to perform integrity checks by comparison against tables, schemas, and data elements. | The system shall provide tools to perform integrity checks by comparison against tables, schemas, and data elements. | Mandatory |
| TEC.00.00.10 | Development And Support Services | provide the ability to track and report inactive accounts for specified time periods. | The system shall provide the ability to track and report inactive accounts for specified time periods. | Mandatory |
| TEC.00.00.11 | Development And Support Services | provide defined and documented procedures and processes to restart system components and recover and restore incomplete transactions. | The system shall provide defined and documented procedures and processes to restart system components and recover and restore incomplete transactions. | Mandatory |
| TEC.00.00.12 | Development And Support Services | provide a mechanism for recording and viewing system errors and warnings. | The system shall provide a mechanism for recording and viewing system errors and warnings. | Mandatory |
| TEC.00.00.13 | Development And Support Services | provide a mechanism to notify the system administrator when definable performance and storage thresholds are exceeded. | The system shall provide a mechanism to notify the system administrator when definable performance and storage thresholds are exceeded. | Mandatory |
| TEC.00.00.14 | Development And Support Services | provide the ability to automatically backout "inflight" transactions in the event of a system problem, and provide an appropriate notification to the user. | The system shall provide the ability to automatically backout "inflight" transactions in the event of a system problem, and provide an appropriate notification to the user. | Mandatory |
| TEC.00.00.15 | Development And Support Services | allow for maintenance and support performance activities to be carried out while the application and supporting systems are on line  (e.g., "Hot" backup procedures). | The system shall allow for maintenance and support performance activities to be carried out while the application and supporting systems are on line  (e.g., "Hot" backup procedures). | Mandatory |
| TEC.00.00.16 | Development And Support Services | provide the ability to alert appropriate users to system events (e.g., system status, maintenance outages, shutdown advisories). | The system shall provide the ability to alert appropriate users to system events (e.g., system status, maintenance outages, shutdown advisories). | Mandatory |
| TEC.00.00.17 | Development And Support Services | provide the ability for a system administrator to independently select and review the actions of any one or more users, including privileged users, based on individual user identity. | The system shall provide the ability for a system administrator to independently select and review the actions of any one or more users, including privileged users, based on individual user identity. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.18 | Development And Support Services | include the following system documentation (at a minimum):<br>System flowcharts<br>System narratives<br>Program flowcharts<br>Program narratives<br>Functional flowchart<br>Business procedural documentation<br>Source code<br>Electronic user manual<br>Screen layouts<br>Report layouts<br>Crosswalk of files and tables used to program<br>Entity relationship diagrams<br>Data dictionary<br>Database model<br>Database set-up procedures<br>System implementation and update procedures<br>System administration procedures<br>Error Message Documentation<br>Recovery Scripts and Procedures<br>Interface Diagrams and Specifications | The system shall include the following system documentation (at a minimum):<br>System flowcharts<br>System narratives<br>Program flowcharts<br>Program narratives<br>Functional flowchart<br>Business procedural documentation<br>Source code<br>Electronic user manual<br>Screen layouts<br>Report layouts<br>Crosswalk of files and tables used to program<br>Entity relationship diagrams<br>Data dictionary<br>Database model<br>Database set-up procedures<br>System implementation and update procedures<br>System administration procedures<br>Error Message Documentation<br>Recovery Scripts and Procedures<br>Interface Diagrams and Specifications | Mandatory |
| TEC.00.00.19 | Development And Support Services | provide the ability to track the reason for system failures. | The system shall provide the ability to track the reason for system failures. | Mandatory |
| TEC.00.00.20 | Development And Support Services | provide the ability to capture and report system exceptions. | The system shall provide the ability to capture and report system exceptions. | Mandatory |
| TEC.00.00.21 | Development And Support Services | provide the ability to assign a severity level to a system exception. | The system shall provide the ability to assign a severity level to a system exception. | Mandatory |
| TEC.00.00.22 | Development And Support Services | provide configurable messages to the user in the event of a system error (e.g., technical information, resolution required). | The system shall provide configurable messages to the user in the event of a system error (e.g., technical information, resolution required). | Mandatory |
| TEC.00.00.23 | Development And Support Services | provide the ability to generate notifications based on interface transmission success or failure. | The system shall provide the ability to generate notifications based on interface transmission success or failure. | Mandatory |
| TEC.00.00.24 | Development And Support Services | provide the ability to present an error list for failed data exports. | The system shall provide the ability to present an error list for failed data exports. | Mandatory |
| TEC.00.00.25 | Development And Support Services | provide the ability to present an error list for failed data imports or empty files. | The system shall provide the ability to present an error list for failed data imports or empty files. | Mandatory |
| TEC.00.00.26 | Development And Support Services | provide the ability to report on interface transmissions (e.g., total number of records loaded, date of interface transmission, amount of time to execute the interface transmission, errors, failures). | The system shall provide the ability to report on interface transmissions (e.g., total number of records loaded, date of interface transmission, amount of time to execute the interface transmission, errors, failures). | Mandatory |
| TEC.00.00.27 | Development And Support Services | provide the ability to restart an interface transmission from a specific point (e.g., restart at failed record, restart from beginning). | The system shall provide the ability to restart an interface transmission from a specific point (e.g., restart at failed record, restart from beginning). | Mandatory |
| TEC.00.00.28 | Development And Support Services | provide the ability to log security events (e.g., failed logon attempts, amendment of user rights, deletion of users). | The system shall provide the ability to log security events (e.g., failed logon attempts, amendment of user rights, deletion of users). | Mandatory |
| TEC.00.00.29 | Development And Support Services | provide the ability for a local system administrator to administer local user accounts. | The system shall provide the ability for a local system administrator to administer local user accounts. | Mandatory |
| TEC.00.00.30 | Development And Support Services | provide the ability for an authorized user to configure a retention schedule for records and documents. | The system shall provide the ability for an authorized user to configure a retention schedule for records and documents. | Mandatory |
| TEC.00.00.31 | Development And Support Services | include tools for automated scheduling of system support events (e.g., data backup, external interface processing, batch processing). | The system shall include tools for automated scheduling of system support events (e.g., data backup, external interface processing, batch processing). | Mandatory |
| TEC.00.00.32 | Development And Support Services | include tools for system backups and restores (e.g., data backup, system configuration backup). | The system shall include tools for system backups and restores (e.g., data backup, system configuration backup). | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.33 | Development And Support Services | include tools for monitoring and reporting capacity for all system components. | The system shall include tools for monitoring and reporting capacity for all system components. | Mandatory |
| TEC.00.00.34 | Development And Support Services | include tools for monitoring and reporting performance for all system measures. | The system shall include tools for monitoring and reporting performance for all system components. | Mandatory |
| TEC.00.00.35 | Development And Support Services | include tools for comparing monitoring results against historical measures. | The system shall include tools for comparing monitoring results against historical measures. | Mandatory |
| TEC.00.00.36 | Development And Support Services | include tools to allow the system administrator to manage user accounts (e.g., create new accounts, inactivate existing accounts, reset password). | The system shall include tools to allow the system administrator to manage user accounts (e.g., create new accounts, inactivate existing accounts, reset password). | Mandatory |
| TEC.00.00.37 | Development And Support Services | include tools to allow remote system administration. | The system shall include tools to allow remote system administration. | Mandatory |
| TEC.00.00.38 | Development And Support Services | include tools for customizing the system (e.g., adding functionality, modifying existing functionality, modifying configuration settings). | The system shall include tools for customizing the system (e.g., adding functionality, modifying existing functionality, modifying configuration settings). | Mandatory |
| TEC.00.00.39 | Development And Support Services | include tools to create and maintain online help content specific to the functionality accessed (e.g., data field information, business rules related to the functionality, general operation). | The system shall include tools to create and maintain online help content specific to the functionality accessed (e.g., data field information, business rules related to the functionality, general operation). | Mandatory |
| TEC.00.00.40 | Development And Support Services | provide the ability to monitor the number of successful and unsuccessful access attempts. | The system shall provide the ability to monitor the number of successful and unsuccessful access attempts. | Mandatory |
| TEC.00.00.41 | Development And Support Services | allow security coordinators to reset passwords without knowing the existing password. | The system shall allow security coordinators to reset passwords without knowing the existing password. | Mandatory |
| TEC.00.00.42 | Development And Support Services | include recovery procedures for all the backups taken. | The system shall include recovery procedures for all the backups taken. | Mandatory |
| TEC.00.00.43 | Development And Support Services | provide the ability to maintain metrics of system activity (e.g., numbers of, types of users, search statistics). | The system shall provide the ability to maintain metrics of system activity (e.g., numbers of, types of users, search statistics). | Mandatory |
| TEC.00.00.44 | Development And Support Services | include tools to allow a full system recovery in the event of a critical system failure. | The system shall include tools to allow a full system recovery in the event of a critical system failure. | Mandatory |
| TEC.00.00.45 | Events And Scheduling | provide the ability to schedule an appointment. (e.g., date, time, location, participants) | The system shall provide the ability to schedule an appointment. (e.g., date, time, location, participants) | Mandatory |
| TEC.00.00.46 | Events And Scheduling | provide the ability to attach documentation to the scheduled appointment. | The system shall provide the ability to attach documentation to the scheduled appointment. | Mandatory |
| TEC.00.00.47 | Events And Scheduling | provide the ability to schedule events (e.g., appointments, reminders, notification generation, business process execution). | The system shall provide the ability to schedule events (e.g., appointments, reminders, notification generation, business process execution). | Mandatory |
| TEC.00.00.48 | Events And Scheduling | provide the ability to modify existing scheduled events (e.g., begin date, end date, frequency, business process specific information). | The system shall provide the ability to modify existing scheduled events (e.g., begin date, end date, frequency, business process specific information). | Mandatory |
| TEC.00.00.49 | Events And Scheduling | provide the ability to execute system events based on a user-configurable schedule. | The system shall provide the ability to execute system events based on a user-configurable schedule. | Mandatory |
| TEC.00.00.50 | Events And Scheduling | provide the ability to associate the scheduled event with the appropriate system records (e.g., case record to an appointment). | The system shall provide the ability to associate the scheduled event with the appropriate system records (e.g., case record to an appointment). | Mandatory |
| TEC.00.00.51 | Events And Scheduling | provide the ability to suspend a scheduled event. | The system shall provide the ability to suspend a scheduled event. | Mandatory |
| TEC.00.00.52 | Events And Scheduling | provide the ability to cancel a scheduled event. | The system shall provide the ability to cancel a scheduled event. | Mandatory |
| TEC.00.00.53 | Events And Scheduling | provide the ability to associate comments with the scheduled events. | The system shall provide the ability to associate comments with the scheduled events. | Mandatory |
| TEC.00.00.54 | Events And Scheduling | provide the ability to notify the user of a scheduled event based on user-defined criteria (e.g., reminder time, delivery mechanism). | The system shall provide the ability to notify the user of a scheduled event based on user-defined criteria (e.g., reminder time, delivery mechanism). | Mandatory |
| TEC.00.00.55 | Events And Scheduling | provide the ability to generate appointment confirmation notifications. | The system shall provide the ability to generate appointment confirmation notifications. | Mandatory |
| TEC.00.00.56 | Events And Scheduling | provide the ability to maintain user-defined calendars for staff. | The system shall provide the ability to maintain user-defined calendars for staff. | Mandatory |
| TEC.00.00.57 | Events And Scheduling | provide management with the ability to view all related calendars. | The system shall provide management with the ability to view all related calendars. | Mandatory |
| TEC.00.00.58 | Events And Scheduling | provide the ability to maintain user-defined calendar information specific to business processes (e.g., release dates, assessment dates). | The system shall provide the ability to maintain user-defined calendar information specific to business processes (e.g., release dates, assessment dates). | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.59 | Events And Scheduling | provide the ability to maintain historical information related to scheduled events. | The system shall provide the ability to maintain historical information related to scheduled events. | Mandatory |
| TEC.00.00.60 | Events And Scheduling | provide the ability to establish and maintain user-defined calendars and dates specific to business functionality (e.g., calendar for offender release). | The system shall provide the ability to establish and maintain user-defined calendars and dates specific to business functionality (e.g., calendar for offender release). | Mandatory |
| TEC.00.00.61 | Interfaces And Interoperability | support a minimum of 128-bit encryption for the transmission of data (SSL 2.0). | The system shall support a minimum of 128-bit encryption for the transmission of data (SSL 2.0). | Mandatory |
| TEC.00.00.62 | Interfaces And Interoperability | be implemented to ensure existing external system interfaces are maintained, as appropriate, and future interfaces can be easily created. | The system shall be implemented to ensure existing external system interfaces are maintained, as appropriate, and future interfaces can be easily created. | Mandatory |
| TEC.00.00.63 | Interfaces And Interoperability | be implemented so that interfaces with current internal systems (e.g., OBIS, STORMS, etc.) are created as appropriate to support the phased implementation of the new system. | The system shall be implemented so that interfaces with current internal systems (e.g., OBIS, STORMS, etc.) are created as appropriate to support the phased implementation of the new system. | Mandatory |
| TEC.00.00.64 | Interfaces And Interoperability | provide the ability to maintain external system information for interfaces (e.g., connection strings, file paths). | The system shall provide the ability to maintain external system information for interfaces (e.g., connection strings, file paths). | Mandatory |
| TEC.00.00.65 | Interfaces And Interoperability | provide the ability to export system data in multiple formats (e.g., delimited file, user-defined format). | The system shall provide the ability to export system data in multiple formats (e.g., delimited file, user-defined format). | Mandatory |
| TEC.00.00.66 | Interfaces And Interoperability | provide the ability to transmit the exported data through multiple methods (e.g., FTP, web service). | The system shall provide the ability to transmit the exported data through multiple methods (e.g., FTP, web service). | Mandatory |
| TEC.00.00.67 | Interfaces And Interoperability | provide the ability to import data from other external systems. | The system shall provide the ability to import data from other external systems. | Mandatory |
| TEC.00.00.68 | Interfaces And Interoperability | provide the ability to export data to other external systems. | The system shall provide the ability to export data to other external systems. | Mandatory |
| TEC.00.00.69 | Interfaces And Interoperability | provide the ability to import data to the system in multiple formats. | The system shall provide the ability to import data to the system in multiple formats. | Mandatory |
| TEC.00.00.70 | Interfaces And Interoperability | prevent the ability to import data based on a user's security profile. | The system shall prevent the ability to import data based on a user's security profile. | Mandatory |
| TEC.00.00.71 | Interfaces And Interoperability | provide the ability to generate and execute scripts to import data. | The system shall provide the ability to generate and execute scripts to import data. | Mandatory |
| TEC.00.00.72 | Interfaces And Interoperability | provide the ability to export accounting entries in a standard format. | The system shall provide the ability to export accounting entries in a standard format. | Mandatory |
| TEC.00.00.73 | Interfaces And Interoperability | provide the ability to import accounting entries in a standard format. | The system shall provide the ability to import accounting entries in a standard format. | Mandatory |
| TEC.00.00.74 | Interfaces And Interoperability | provide the ability to generate data extracts reasonably equivalent to those historically received during State Audits. | The system shall provide the ability to generate data extracts reasonably equivalent to those historically received during State Audits. | Mandatory |
| TEC.00.00.75 | Interfaces And Interoperability | provide the ability  to support internal and external feeds of data using common available protocols. | The system shall provide the ability  to support internal and external feeds of data using common available protocols. | Mandatory |
| TEC.00.00.76 | Notes | provide the ability to enter and display notes. | The system shall provide the ability to enter and display notes. | Mandatory |
| TEC.00.00.77 | Notes | provide the ability for "threading" of notes. | The system shall provide the ability for "threading" of notes. | Mandatory |
| TEC.00.00.78 | Notes | provide the ability to filter notes based on user-defined classifications (e.g., internal, external). | The system shall provide the ability to filter notes based on user-defined classifications (e.g., internal, external). | Mandatory |
| TEC.00.00.79 | Notes | provide the ability to maintain user-defined note types (e.g., system generated, manually entered, comment). | The system shall provide the ability to maintain user-defined note types (e.g., system generated, manually entered, comment). | Mandatory |
| TEC.00.00.80 | Notes | provide the ability to generate user-configurable notes based on system events (e.g., release of offender from institution, mental health assessment performed). | The system shall provide the ability to generate user-configurable notes based on system events (e.g., release of offender from institution, mental health assessment performed). | Mandatory |
| TEC.00.00.81 | Notes | provide the ability to display notes based on classification (e.g., internal) and status (e.g., active). | The system shall provide the ability to display notes based on classification (e.g., internal) and status (e.g., active). | Mandatory |
| TEC.00.00.82 | Notes | provide the ability to sort notes based on the characteristics of the note (e.g., date created, type of note). | The system shall provide the ability to sort notes based on the characteristics of the note (e.g., date created, type of note). | Mandatory |
| TEC.00.00.83 | Notes | provide the ability to automatically populate case notes in associated records with details of generated notifications (e.g., user ID, type, date and time sent, recipient, format of transmission). | The system shall provide the ability to automatically populate case notes in associated records with details of generated notifications (e.g., user ID, type, date and time sent, recipient, format of transmission). | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.84 | Notes | provide basic word processing functionality for the entry and manipulation of text data (e.g., word wrap, spell check, font control). | The system shall<br><br>provide basic word processing functionality for the entry and manipulation of text data (e.g., word wrap, spell check, font control). | Mandatory |
| TEC.00.00.85 | Policies And Standards | ensure all automated interfaces with external partners shall adhere to the privacy and security policies established between the external partner and DC for the exchange of data. | The system shall ensure all automated interfaces with external partners shall adhere to the privacy and security policies established between the external partner and DC for the exchange of data. | Mandatory |
| TEC.00.00.86 | Policies And Standards | comply with NIEM standards for data exchange. | The system shall comply with NIEM standards for data exchange. | Mandatory |
| TEC.00.00.87 | Policies And Standards | comply with the Americans with Disabilities Act (Section 508 Standards). | The system shall comply with the Americans with Disabilities Act (Section 508 Standards). | Mandatory |
| TEC.00.00.88 | Policies And Standards | comply with the Florida Accessible Electronic and Information Technology Act. | The system shall comply with the Florida Accessible Electronic and Information Technology Act. | Mandatory |
| TEC.00.00.89 | Policies And Standards | comply with ISO 8601 date and time standards. | The system shall comply with ISO 8601 date and time standards. | Mandatory |
| TEC.00.00.90 | Policies And Standards | provide data security with regard to electronic privacy and personal health information according to Health Insurance Portability and Accountability Act (HIPAA) regulations. | The system shall provide data security with regard to electronic privacy and personal health information according to Health Insurance Portability and Accountability Act (HIPAA) regulations. | Mandatory |
| TEC.00.00.91 | Record Management And Audit | provide the ability of selectively maintaining audit-trail information by entity, which includes data actions such as read, write, update and delete, archiving and printing, and should also include date, time and function of the data action. | The system shall provide the ability of selectively maintaining audit-trail information by entity, which includes data actions such as read, write, update and delete, archiving and printing, and should also include date, time and function of the data action. | Mandatory |
| TEC.00.00.92 | Record Management And Audit | provide historical records (log file) of table updates, including the user ID of who made the changes and the actual changes to include date and time as indicated in the Dept. of Corrections' data retention policies. | The system shall provide historical records (log file) of table updates, including the user ID of who made the changes and the actual changes to include date and time as indicated in the Dept. of Corrections' data retention policies. | Mandatory |
| TEC.00.00.93 | Record Management And Audit | provide the ability to maintain a configurable audit trail of all actions performed to a document. | The system shall provide the ability to maintain a configurable audit trail of all actions performed to a document. | Mandatory |
| TEC.00.00.94 | Record Management And Audit | provide the ability to maintain an audit trail of all generated notifications (e.g., user ID, date and time, type). | The system shall provide the ability to maintain an audit trail of all generated notifications (e.g., user ID, date and time, type). | Mandatory |
| TEC.00.00.95 | Record Management And Audit | store audit information for each note (e.g., type, user, date and time created). | The system shall store audit information for each note (e.g., type, user, date and time created). | Mandatory |
| TEC.00.00.96 | Record Management And Audit | maintain the following audit information for each record:<br>User who created the record<br>Date and time the record was created<br>Last user to update the record<br>Date and time the last update occurred<br>Specific data updated | The system shall maintain the following audit information for each record:<br>User who created the record<br>Date and time the record was created<br>Last user to update the record<br>Date and time the last update occurred<br>Specific data updated | Mandatory |
| TEC.00.00.97 | Reporting | allow end-users with the appropriate access to modify report queries on-line. | The system shall allow end-users with the appropriate access to modify report queries on-line. | Mandatory |
| TEC.00.00.98 | Reporting | provide on-line real-time reporting and query capability with the ability to reference a data dictionary | The system shall provide on-line real-time reporting and query capability with the ability to reference a data dictionary | Mandatory |
| TEC.00.00.99 | Reporting | provide the ability to generate reports based on report specific user-defined parameters. | The system shall provide the ability to generate reports based on report specific user-defined parameters. | Mandatory |
| TEC.00.00.100 | Reporting | allow the system administrator to set thresholds that provide notification to the administrator and terminate any query or report that significantly reduces system performance with appropriate notification to the user. | The system shall allow the system administrator to set thresholds that provide notification to the administrator and terminate any query or report that significantly reduces system performance with appropriate notification to the user. | Mandatory |
| TEC.00.00.101 | Reporting | provide the ability to automatically cancel a query job if it fails to meet system administrator defined criteria (e.g., time limits). | The system shall provide the ability to automatically cancel a query job if it fails to meet system administrator defined criteria (e.g., time limits). | Mandatory |
| TEC.00.00.102 | Reporting | provide the ability to route reports to various network printers as defined by an authorized user. | The system shall provide the ability to route reports to various network printers as defined by an authorized user. | Mandatory |
| TEC.00.00.103 | Reporting | execute on-line reports in the background and allow users to continue processing. | The system shall execute on-line reports in the background and allow users to continue processing. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.104 | Reporting | provide the ability for processing reports in batch. | The system shall provide the ability for processing reports in batch. | Mandatory |
| TEC.00.00.105 | Reporting | allow the user or the administrator to delete any user created reports. | The system shall allow the user or the administrator to delete any user created reports. | Mandatory |
| TEC.00.00.106 | Reporting | provide the ability for the end-user to view progress of any report. | The system shall provide the ability for the end-user to view progress of any report. | Mandatory |
| TEC.00.00.107 | Reporting | provide the ability to schedule a report to run automatically if certain user defined conditions are met. | The system shall provide the ability to schedule a report to run automatically if certain user defined conditions are met. | Mandatory |
| TEC.00.00.108 | Reporting | provide the ability to specify number of copies of report to be printed. | The system shall provide the ability to specify number of copies of report to be printed. | Mandatory |
| TEC.00.00.109 | Reporting | provide the ability to print a range of pages. | The system shall provide the ability to print a range of pages. | Mandatory |
| TEC.00.00.110 | Reporting | allow ad-hoc report/query definitions to be stored in private folders for use at a later time. | The system shall allow ad-hoc report/query definitions to be stored in private folders for use at a later time. | Mandatory |
| TEC.00.00.111 | Reporting | allow ad-hoc report/query definitions to be stored in public libraries for use by other users. | The system shall allow ad-hoc report/query definitions to be stored in public libraries for use by other users. | Mandatory |
| TEC.00.00.112 | Reporting | include graphical report layout tools to assist users in formatting reports and inquires. | The system shall include graphical report layout tools to assist users in formatting reports and inquires. | Mandatory |
| TEC.00.00.113 | Reporting | provide authorized users the means of specifying form of output and distribution for reports (e.g., distribute to named users through email, print at local printer, print at remote printer, fax, distribute as data file through specified medium of transmission, email, etc.). | The system shall provide authorized users the means of specifying form of output and distribution for reports (e.g., distribute to named users through email, print at local printer, print at remote printer, fax, distribute as data file through specified medium of transmission, email, etc.). | Mandatory |
| TEC.00.00.114 | Reporting | provide the ability to generate reports that include user-designed graphs and charts (e.g., organizational charts, line graphs, pie charts, regression lines). | The system shall provide the ability to generate reports that include user-designed graphs and charts (e.g., organizational charts, line graphs, pie charts, regression lines). | Mandatory |
| TEC.00.00.115 | Reporting | provide the ability to create reports with defined calculations. | The system shall provide the ability to create reports with defined calculations. | Mandatory |
| TEC.00.00.116 | Reporting | provide the ability to save report results in various formats (e.g., Microsoft Word, ASCII files, Micsrosoft Excel, Text files (.txt), PDF format, HTML, XML). | The system shall provide the ability to save report results in various formats (e.g., Microsoft Word, ASCII files, Micsrosoft Excel, Text files (.txt), PDF format, HTML, XML). | Mandatory |
| TEC.00.00.117 | Reporting | provide the ability to print preview reports | The system shall provide the ability to print preview reports | Mandatory |
| TEC.00.00.118 | Reporting | provide the ability for user-defined record selection and ordering in reports. | The system shall provide the ability for user-defined record selection and ordering in reports. | Mandatory |
| TEC.00.00.119 | Reporting | provide the ability for year-to-year, month-to-month, period-to-period, year to date and life to date comparisons on reports. | The system shall provide the ability for year-to-year, month-to-month, period-to-period, year to date and life to date comparisons on reports. | Mandatory |
| TEC.00.00.120 | Reporting | provide the ability to define control breaks and number of lines per page limits. | The system shall provide the ability to define control breaks and number of lines per page limits. | Mandatory |
| TEC.00.00.121 | Reporting | support report distribution based on reporting conditions, such as user defined data values. | The system shall support report distribution based on reporting conditions, such as user defined data values. | Mandatory |
| TEC.00.00.122 | Reporting | provide the ability to allow authorized users to design on-demand reports. | The system shall provide the ability to allow authorized users to design on-demand reports. | Mandatory |
| TEC.00.00.123 | Reporting | provide the ability to sort, group and filter the data in a report. | The system shall provide the ability to sort, group and filter the data in a report. | Mandatory |
| TEC.00.00.124 | Reporting | provide the ability to publish ad-hoc reports (to share the reports with other users). | The system shall provide the ability to publish ad-hoc reports (to share the reports with other users). | Mandatory |
| TEC.00.00.125 | Reporting | provide the ability to include run-time parameters for ad-hoc reports. | The system shall provide the ability to include run-time parameters for ad-hoc reports. | Mandatory |
| TEC.00.00.126 | Reporting | provide the ability to direct reports to multiple outputs including email, screen, printer, file). | The system shall provide the ability to direct reports to multiple outputs including email, screen, printer, file). | Mandatory |
| TEC.00.00.127 | Reporting | maintain a consistent interface to all reports (e.g., single reporting tool for designing ad-hoc and on-demand reports, generation of report is executed from the same reporting tool). | The system shall maintain a consistent interface to all reports (e.g., single reporting tool for designing ad-hoc and on-demand reports, generation of report is executed from the same reporting tool). | Mandatory |
| TEC.00.00.128 | Reporting | provide the ability to guide the user step-by-step through report creation. | The system shall provide the ability to guide the user step-by-step through report creation. | Mandatory |
| TEC.00.00.129 | Reporting | provide the ability to report both calendar year and fiscal year (i.e., federal or state) data. | The system shall provide the ability to report both calendar year and fiscal year (i.e., federal or state) data. | Mandatory |
| TEC.00.00.130 | Reporting | provide the ability to report on any data element in the system. | The system shall provide the ability to report on any data element in the system. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|--------|----------|------------------------|-------------|------------|
| TEC.00.00.131 | Reporting | provide the ability for a user to add a report to the system (creating an on-demand report). | The system shall provide the ability for a user to add a report to the system (creating an on-demand report). | Mandatory |
| TEC.00.00.132 | Reporting | provide the ability to execute on-demand reports. | The system shall provide the ability to execute on-demand reports. | Mandatory |
| TEC.00.00.133 | Reporting | provide the ability to categorize reports into user-defined categories. | The system shall provide the ability to categorize reports into user-defined categories. | Mandatory |
| TEC.00.00.134 | Reporting | support standard On-line Analytical Processing (OLAP) extraction, transmission, and formatting as it relates to reporting. | The system shall support standard On-line Analytical Processing (OLAP) extraction, transmission, and formatting as it relates to reporting. | Mandatory |
| TEC.00.00.135 | Reporting | provide the ability to report on unrestricted date ranges. | The system shall provide the ability to report on unrestricted date ranges. | Mandatory |
| TEC.00.00.136 | Reporting | provide the ability to indicate the report contains confidential data (e.g., disclaimer notice across the bottom of the report). | The system shall provide the ability to indicate the report contains confidential data (e.g., disclaimer notice across the bottom of the report). | Mandatory |
| TEC.00.00.137 | Search And Navigation | provide the ability to search a range of data values | The system shall provide the ability to search a range of data values | Mandatory |
| TEC.00.00.138 | Search And Navigation | provide the ability to include unstructured data in query results (e.g., Microsoft Word documents, Adobe Acrobat files) | The system shall provide the ability to include unstructured data in query results (e.g., Microsoft Word documents, Adobe Acrobat files) | Mandatory |
| TEC.00.00.139 | Search And Navigation | provide query searching capabilities that can be used to search within a results set. | The system shall provide query searching capabilities that can be used to search within a results set. | Mandatory |
| TEC.00.00.140 | Search And Navigation | support the use of "wild cards" in search and query functions. | The system shall support the use of "wild cards" in search and query functions. | Mandatory |
| TEC.00.00.141 | Search And Navigation | provide the ability to perform full text searches. | The system shall provide the ability to perform full text searches. | Mandatory |
| TEC.00.00.142 | Search And Navigation | provide the ability to perform keyword searches. | The system shall provide the ability to perform keyword searches. | Mandatory |
| TEC.00.00.143 | Search And Navigation | provide the ability to perform advanced searches based on configurable criteria. | The system shall provide the ability to perform advanced searches based on configurable criteria. | Mandatory |
| TEC.00.00.144 | Search And Navigation | provide the ability to combine multiple search criteria using logical 'AND', 'OR' and 'BETWEEN' operators. | The system shall provide the ability to combine multiple search criteria using logical 'AND', 'OR' and 'BETWEEN' operators. | Mandatory |
| TEC.00.00.145 | Search And Navigation | provide the ability to sort search results. | The system shall provide the ability to sort search results. | Mandatory |
| TEC.00.00.146 | Search And Navigation | provide the ability to execute advanced search functionality from any area within the system. | The system shall provide the ability to execute advanced search functionality from any area within the system. | Mandatory |
| TEC.00.00.147 | Search And Navigation | provide the user with the total number of records found and total number of unduplicated records found matching the user's query. | The system shall provide the user with the total number of records found and total number of unduplicated records found matching the user's query. | Mandatory |
| TEC.00.00.148 | Search And Navigation | provide the ability to navigate to the appropriate record selected (within the context of the search). | The system shall provide the ability to navigate to the appropriate record selected (within the context of the search). | Mandatory |
| TEC.00.00.149 | Search And Navigation | allow users to save searches with user-defined names. | The system shall allow users to save searches with user-defined names. | Mandatory |
| TEC.00.00.150 | Search And Navigation | provide the ability to specify the limit of the maximum number of records retrieved by a single query. | The system shall provide the ability to specify the limit of the maximum number of records retrieved by a single query. | Mandatory |
| TEC.00.00.151 | Search And Navigation | provide the ability to filter the search results based on the user's security profile. | The system shall provide the ability to filter the search results based on the user's security profile. | Mandatory |
| TEC.00.00.152 | Search And Navigation | require at least one search criteria is populated prior to executing a search. | The system shall require at least one search criteria is populated prior to executing a search. | Mandatory |
| TEC.00.00.153 | Search And Navigation | provide the ability to search and retrieve records (or logical groups of records) matching compound search criteria (e.g., search for all Field Officers supervising Sex Offenders, in a specific geographic location to generate a Field Office profile listing). | The system shall provide the ability to search and retrieve records (or logical groups of records) matching compound search criteria (e.g., search for all Field Officers supervising Sex Offenders, in a specific geographic location to generate a Field Office profile listing). | Mandatory |
| TEC.00.00.154 | Search And Navigation | provide the ability to group search results. | The system shall provide the ability to group search results. | Mandatory |
| TEC.00.00.155 | Search And Navigation | provide the ability to export the search results in multiple formats. | The system shall provide the ability to export the search results in multiple formats. | Mandatory |
| TEC.00.00.156 | Search And Navigation | provide a logical sequence of screens and fields enabling users to quickly access, modify, skip or jump to other areas of interest for data entry based on the customized user-defined specific workflow. | The system shall provide a logical sequence of screens and fields enabling users to quickly access, modify, skip or jump to other areas of interest for data entry based on the customized user-defined specific workflow. | Mandatory |
| TEC.00.00.157 | Search And Navigation | provide the ability to click-through content access to attached documents. | The system shall provide the ability to click-through content access to attached documents. | Mandatory |
| TEC.00.00.158 | Search And Navigation | provide the ability to access the menu structure or a navigation path while executing business functionality. | The system shall provide the ability to access the menu structure or a navigation path while executing business functionality. | Mandatory |
| TEC.00.00.159 | Search And Navigation | provide the ability to prompt the user to save work in progress prior to navigating to a new business function. | The system shall provide the ability to prompt the user to save work in progress prior to navigating to a new business function. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.160 | Search And Navigation | provide the ability to open multiple screens/windows. | The system shall provide the ability to open multiple screens/windows. | Mandatory |
| TEC.00.00.161 | Search And Navigation | support the use of user defined short-cut keys to move between modules and menus. | The system shall support the use of user defined short-cut keys to move between modules and menus. | Mandatory |
| TEC.00.00.162 | Search And Navigation | allow navigation between related functionality without re-entering the original search criteria. | The system shall allow navigation between related functionality without re-entering the original search criteria. | Mandatory |
| TEC.00.00.163 | Security | provide the ability to uniquely identify users by User ID. | The system shall provide the ability to uniquely identify users by User ID. | Mandatory |
| TEC.00.00.164 | Security | limit a user's access to reports based on the user's security profile. | The system shall limit a user's access to reports based on the user's security profile. | Mandatory |
| TEC.00.00.165 | Security | restrict the data presented in the report based on the access defined in the user's security profile. | The system shall restrict the data presented in the report based on the access defined in the user's security profile. | Mandatory |
| TEC.00.00.166 | Security | provide the ability to assign a user to a specific organization (e.g., DC, specific Field Office, specific Institution). | The system shall provide the ability to assign a user to a specific organization (e.g., DC, specific Field Office, specific Institution). | Mandatory |
| TEC.00.00.167 | Security | provide the ability to assign a user to a specific office location within the organization. | The system shall provide the ability to assign a user to a specific office location within the organization. | Mandatory |
| TEC.00.00.168 | Security | provide the ability to associate a user to a specific business unit within the organization. | The system shall provide the ability to associate a user to a specific business unit within the organization. | Mandatory |
| TEC.00.00.169 | Security | encrypt offender data on the data layer. | The system shall encrypt offender data on the data layer. | Mandatory |
| TEC.00.00.170 | Security | provide the ability to enforce password policies defined by DC (e.g., complex passwords). | The system shall provide the ability to enforce password policies defined by DC (e.g., complex passwords). | Mandatory |
| TEC.00.00.171 | Security | ensure that data integrity is protected from tampering, forgery, or accidental changes. | The system shall ensure that data integrity is protected from tampering, forgery, or accidental changes. | Mandatory |
| TEC.00.00.172 | Security | ensure transactions and messages are accurately received as they were sent and information is not altered by computer errors or non-authorized individuals. | The system shall ensure transactions and messages are accurately received as they were sent and information is not altered by computer errors or non-authorized individuals. | Mandatory |
| TEC.00.00.173 | Security | ensure confidentiality as an element of security that makes information available only to authorized entities. Data should be digitally secure with access restrictions to protect confidential information (e.g., personnel records and other sensitive internal data, juvenile data, health records). | The system shall ensure confidentiality as an element of security that makes information available only to authorized entities. Data should be digitally secure with access restrictions to protect confidential information (e.g., personnel records and other sensitive internal data, juvenile data, health records). | Mandatory |
| TEC.00.00.174 | Security | provide access control that permits or denies access to the application, information, or other resources, based on parameters including the identity of the source system and the target. | The system shall provide access control that permits or denies access to the application, information, or other resources, based on parameters including the identity of the source system and the target. | Mandatory |
| TEC.00.00.175 | Security | utilize roles, groups and sub-groups to provide granular security for all application components by individual component, screen, or web page. | The system shall utilize roles, groups and sub-groups to provide granular security for all application components by individual component, screen, or web page. | Mandatory |
| TEC.00.00.176 | Security | provide multi-level security controls to prevent unauthorized use of system and corruption of data, restrict access to the database, maintain database process controls, and log all database transactions. Support access restriction capability to:<br>Application Module<br>Screens and Tables<br>Reports<br>Data Elements<br>Functions (Add, Change, Delete, Inquiry)<br>Electronic Documents (Electronic Approvals)<br>Events<br>Organizational Units | The system shall provide multi-level security controls to prevent unauthorized use of system and corruption of data, restrict access to the database, maintain database process controls, and log all database transactions. Support access restriction capability to:<br>Application Module<br>Screens and Tables<br>Reports<br>Data Elements<br>Functions (Add, Change, Delete, Inquiry)<br>Electronic Documents (Electronic Approvals)<br>Events<br>Organizational Units | Mandatory |
| TEC.00.00.177 | Security | provide for the prompting of password expiration at least XXX days prior to actual expiration. | The system shall provide for the prompting of password expiration at least XXX days prior to actual expiration. | Mandatory |
| TEC.00.00.178 | Security | provide the user with a final warning to change his/her password prior to password expiration. | The system shall provide the user with a final warning to change his/her password prior to password expiration. | Mandatory |
| TEC.00.00.179 | Security | provide the ability for a security coordinator to log out users when necessary to perform maintenance or other activities that require users to leave the System. | The system shall provide the ability for a security coordinator to log out users when necessary to perform maintenance or other activities that require users to leave the System. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.180 | Security | provide the ability to disable log-on capabilities if unsuccessful password entry is attempted after a parameter-driven number of unsuccessful attempts. | The system shall provide the ability to disable log-on capabilities if unsuccessful password entry is attempted after a parameter-driven number of unsuccessful attempts. | Mandatory |
| TEC.00.00.181 | Security | provide the ability to generate automatic notification of locked user accounts to security administrator. | The system shall provide the ability to generate automatic notification of locked user accounts to security administrator. | Mandatory |
| TEC.00.00.182 | Security | provide the ability to report on user information (e.g., User ID status, user activity history, history of security profile changes for a user). | The system shall provide the ability to report on user information (e.g., User ID status, user activity history, history of security profile changes for a user). | Mandatory |
| TEC.00.00.183 | Security | provide the ability to limit log-on of user Ids to one workstation at a time. If such functionality is enforced and the user attempts to log onto a workstation while already logged on another, provides a message that the user ID is already in use. | The system shall provide the ability to limit log-on of user Ids to one workstation at a time. If such functionality is enforced and the user attempts to log onto a workstation while already logged on another, provides a message that the user ID is already in use. | Mandatory |
| TEC.00.00.184 | Security | restrict access to system functionality based on the user's security profile (e.g., restrict application modules, functions, screen options). | The system shall restrict access to system functionality based on the user's security profile (e.g., restrict application modules, functions, screen options). | Mandatory |
| TEC.00.00.185 | Security | provide the ability to assign an expiration date to a user's security role (e.g., assume supervisor role for limited period of time). | The system shall provide the ability to assign an expiration date to a user's security role (e.g., assume supervisor role for limited period of time). | Mandatory |
| TEC.00.00.186 | Security | provide the ability to suspend all user access on-demand. | The system shall provide the ability to suspend all user access on-demand. | Mandatory |
| TEC.00.00.187 | Security | provide the ability to enforce the changing of passwords upon demand. | The system shall provide the ability to enforce the changing of passwords upon demand. | Mandatory |
| TEC.00.00.188 | Security | provide the ability to establish standard "user profiles" from which individual user Ids may inherit privileges. | The system shall provide the ability to establish standard "user profiles" from which individual user Ids may inherit privileges. | Mandatory |
| TEC.00.00.189 | Security | provide the ability to maintain nested user profiles for a single user. | The system shall provide the ability to maintain nested user profiles for a single user. | Mandatory |
| TEC.00.00.190 | Security | provide online inquiry into the security tables by authorized security coordinators. | The system shall provide online inquiry into the security tables by authorized security coordinators. | Mandatory |
| TEC.00.00.191 | Security | encrypt data tables storing password information. | The system shall encrypt data tables storing password information. | Mandatory |
| TEC.00.00.192 | Security | provide the ability to inquire and report on individual user Ids and user profiles for authorized users. | The system shall provide the ability to inquire and report on individual user Ids and user profiles for authorized users. | Mandatory |
| TEC.00.00.193 | Security | provide the ability for security coordinators to view the users granted specific access rights or levels. | The system shall provide the ability for security coordinators to view the users granted specific access rights or levels. | Mandatory |
| TEC.00.00.194 | Security | provide the ability to define security parameters such as requiring users to use alphanumeric and numeric characters in passwords. | The system shall provide the ability to define security parameters such as requiring users to use alphanumeric and numeric characters in passwords. | Mandatory |
| TEC.00.00.195 | Security | provide the ability to deactivate user logon ids after system administrator defined time of inactivity (days/weeks). | The system shall provide the ability to deactivate user logon ids after system administrator defined time of inactivity (days/weeks). | Mandatory |
| TEC.00.00.196 | Security | provide the ability to employ security based on permissions that grant or restrict a user's ability to view or modify records in the system. Permission shall include no access, view only access, change access rights, and delete record rights. | The system shall provide the ability to employ security based on permissions that grant or restrict a user's ability to view or modify records in the system. Permission shall include no access, view only access, change access rights, and delete record rights. | Mandatory |
| TEC.00.00.197 | Security | prevent the ability to export data based on a user's security profile. | The system shall prevent the ability to export data based on a user's security profile. | Mandatory |
| TEC.00.00.198 | Security | prevent the ability to print based on a user's security profile. | The system shall prevent the ability to print based on a user's security profile. | Mandatory |
| TEC.00.00.199 | Security | allow a System Administrator to control document security at both the document level and index field level. | The system shall allow a System Administrator to control document security at both the document level and index field level. | Mandatory |
| TEC.00.00.200 | Security | support fine-grained security control over objects (e.g., documents, images) and object types (e.g., individual types of documents or images such as medical forms or convictions) stored in the system so that only authorized users can access these types of documents. | The system shall support fine-grained security control over objects (e.g., documents, images) and object types (e.g., individual types of documents or images such as medical forms or convictions) stored in the system so that only authorized users can access these types of documents. | Mandatory |
| TEC.00.00.201 | Security | prevent editing previously generated notifications. | The system shall prevent editing previously generated notifications. | Mandatory |
| TEC.00.00.202 | Security | prevent deleting previously generated notifications. | The system shall prevent deleting previously generated notifications. | Mandatory |
| TEC.00.00.203 | Security | not display a password in clear text. | The system shall not display a password in clear text. | Mandatory |
| TEC.00.00.204 | Security | provide the ability to configure access and session inactivity and establish "timeout" parameters. | The system shall provide the ability to configure access and session inactivity and establish "timeout" parameters. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.205 | Security | provide a single integrated login to access all functionality within the system. | The system shall provide a single integrated login to access all functionality within the system. | Mandatory |
| TEC.00.00.206 | Security | provide the ability to maintain a user-configurable parameter for requiring the user to change their password (e.g., every month, 15 days). | The system shall provide the ability to maintain a user-configurable parameter for requiring the user to change their password (e.g., every month, 15 days). | Mandatory |
| TEC.00.00.207 | Security | provide the ability to authenticate the user at the time of user login. | The system shall provide the ability to authenticate the user at the time of user login. | Mandatory |
| TEC.00.00.208 | Security | provide the ability to disable user access while the user is in an active session. | The system shall provide the ability to disable user access while the user is in an active session. | Mandatory |
| TEC.00.00.209 | Security | retrieve the security role(s) assigned to the user at the time of user login. | The system shall retrieve the security role(s) assigned to the user at the time of user login. | Mandatory |
| TEC.00.00.210 | Security | assign the associated security role(s) to the user at the time of user login. | The system shall assign the associated security role(s) to the user at the time of user login. | Mandatory |
| TEC.00.00.211 | Security | provide the ability to enforce user-defined password strength. | The system shall provide the ability to enforce user-defined password strength. | Mandatory |
| TEC.00.00.212 | Security | prevent unauthorized users from editing of existing notes. | The system shall prevent unauthorized users from editing of existing notes. | Mandatory |
| TEC.00.00.213 | Security | prevent unauthorized users from deleting existing notes. | The system shall prevent unauthorized users from deleting existing notes. | Mandatory |
| TEC.00.00.214 | Security | provide the ability to mark comments or notes in records as "Confidential" which will prevent the data from dissemination in public record requests. | The system shall provide the ability to mark comments or notes in records as "Confidential" which will prevent the data from dissemination in public record requests. | Mandatory |
| TEC.00.00.215 | Security | provide the ability to mark data as "Confidential" or "Restricted" to prevent access to un-authorized information. | The system shall provide the ability to mark data as "Confidential" or "Restricted" to prevent access to un-authorized information. | Mandatory |
| TEC.00.00.216 | Security | provide the ability to employ security based on permissions that grant or restrict a user's ability to view and/or modify documents in the system. Permissions shall include (at a minimum) "no" access (i.e. cannot view or access a document), view-only, modify a document, modify a document's index values, change access rights on a document, and delete a document. | The system shall provide the ability to employ security based on permissions that grant or restrict a user's ability to view and/or modify documents in the system.  Permissions shall include (at a minimum) "no" access (i.e. cannot view or access a document), view-only, modify a document, modify a document's index values, change access rights on a document, and delete a document. | Mandatory |
| TEC.00.00.217 | Security | provide the ability to administer security from the central office or a remote location (e.g., specific Field Offices administer security access for their own staff, specific Institutions administer security access for their | The system shall provide the ability to administer security from the central office or a remote location (e.g., specific Field Offices administer security access for their own staff, specific Institutions administer security access for their own staff). | Mandatory |
| TEC.00.00.218 | Security | provide the ability for an authorized user to assign different access levels to individual users or groups of users. | The system shall provide the ability for an authorized user to assign different access levels to individual users or groups of users. | Mandatory |
| TEC.00.00.219 | Security | provide the ability for an authorized user to assign individual users to groups and manage access controls and permissions at the group level. | The system shall provide the ability for an authorized user to assign individual users to groups and manage access controls and permissions at the group level. | Mandatory |
| TEC.00.00.220 | Security | provide the ability to implement a scheme where part of any screen or any part or component on a screen can be hidden and / or disabled based on the role of the logged-in user. | The system shall provide the ability to implement a scheme where part of any screen or any part or component on a screen can be hidden and / or disabled based on the role of the logged-in user. | Mandatory |
| TEC.00.00.221 | Security | provide the ability to implement a scheme where any system screen, by its unique name, can be set up to be accessible to a user role along with create, read, update and delete access rights. | The system shall provide the ability to implement a scheme where any system screen, by its unique name, can be set up to be accessible to a user role along with create, read, update and delete access rights. | Mandatory |
| TEC.00.00.222 | Security | prevent the creation of duplicate user accounts. | The system shall prevent the creation of duplicate user accounts. | Mandatory |
| TEC.00.00.223 | Security | provide the ability for an authorized user to create, read, update and delete user accounts. | The system shall provide the ability for an authorized user to create, read, update and delete user accounts. | Mandatory |
| TEC.00.00.224 | Security | provide the ability for a user to be attached to more than one security role. | The system shall provide the ability for a user to be attached to more than one security role. | Mandatory |
| TEC.00.00.225 | Security | provide the ability to assign role(s) to users effective for a specified date range. | The system shall provide the ability to assign role(s) to users effective for a specified date range. | Mandatory |
| TEC.00.00.226 | Security | support Secure Sockets Layer (SSL). | The system shall support Secure Sockets Layer (SSL). | Mandatory |
| TEC.00.00.227 | Security | support IP Protocol Security extension (IPSec). | The system shall support IP Protocol Security extension (IPSec). | Mandatory |
| TEC.00.00.228 | Security | support S/MIME for email communications. | The system shall support S/MIME for email communications. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.229 | Security | support cryptography (e.g., Advanced Encryption Standard, Data Encryption Standard). | The system shall support cryptography (e.g., Advanced Encryption Standard, Data Encryption Standard). | Mandatory |
| TEC.00.00.230 | Security | provide access to data and functionality within the system based on the security role(s) and organization assigned to the user (e.g., access to confidential data, access to specific documentation, access to audit trail information, access to program information, access to financial data). | The system shall provide access to data and functionality within the system based on the security role(s) and organization assigned to the user (e.g., access to confidential data, access to specific documentation, access to audit trail information, access to program information, access to financial data). | Mandatory |
| TEC.00.00.231 | Security | encrypt data transmission information (e.g., URLs, query strings, connection strings). | The system shall encrypt data transmission information (e.g., URLs, query strings, connection strings). | Mandatory |
| TEC.00.00.232 | Security | employ a secure network environment (e.g., virus protection, firewalls, intrusion detection). | The system shall employ a secure network environment (e.g., virus protection, firewalls, intrusion detection). | Mandatory |
| TEC.00.00.233 | Security | provide the ability to associate security access to a record's classification. | The system shall provide the ability to associate security access to a record's classification. | Mandatory |
| TEC.00.00.234 | Security | provide the ability to assign a default security profile for each type of document. | The system shall provide the ability to assign a default security profile for each type of document. | Mandatory |
| TEC.00.00.235 | System Architecture | provide integrated error and exception handling capabilities. | The system shall provide integrated error and exception handling capabilities. | Mandatory |
| TEC.00.00.236 | System Architecture | provide the ability to "roll back" non-committed transactions in the event of a system failure. | The system shall provide the ability to "roll back" non-committed transactions in the event of a system failure. | Mandatory |
| TEC.00.00.237 | System Architecture | provide the ability to establish and maintain parameters to be maintained locally (e.g., parameters specific to each Field Office, specific to each Institution). | The system shall provide the ability to establish and maintain parameters to be maintained locally (e.g., parameters specific to each Field Office, specific to each Institution). | Mandatory |
| TEC.00.00.238 | System Architecture | provide the ability to establish and maintain parameters to be maintained globally (e.g., parameters specific to all Field Offices, all Institutions). | The system shall provide the ability to establish and maintain parameters to be maintained globally (e.g., parameters specific to all Field Offices, all Institutions). | Mandatory |
| TEC.00.00.239 | System Architecture | provide standards based server failover management for both application server(s) and database server(s). | The system shall provide standards based server failover management for both application server(s) and database server(s). | Mandatory |
| TEC.00.00.240 | System Architecture | support centralized process scheduling mechanisms. | The system shall support centralized process scheduling mechanisms. | Mandatory |
| TEC.00.00.241 | System Architecture | be architected to ensure the failure of any end user devices, including workstations or printers, does not impact the operation or performance of other devices. | The system shall be architected to ensure the failure of any end user devices, including workstations or printers, does not impact the operation or performance of other devices. | Mandatory |
| TEC.00.00.242 | System Architecture | support the centralized storage of business and technical metadata. | The system shall support the centralized storage of business and technical metadata. | Mandatory |
| TEC.00.00.243 | System Architecture | provide real-time data quality editing, consistency and validity checks on data elements at the point of data entry.  The system must display a meaningful error message that allows the user to take action, and prevent entry of data that does not pass edit checks. This includes fields with applicable business rules as well as but not limited to:<br>Cities<br>States<br>Dates<br>SSN<br>Zip codes | The system shall provide real-time data quality editing, consistency and validity checks on data elements at the point of data entry. The system must display a meaningful error message that allows the user to take action, and prevent entry of data that does not pass edit checks. This includes fields with applicable business rules as well as but not limited to:<br>Cities<br>States<br>Dates<br>SSN<br>Zip codes | Mandatory |
| TEC.00.00.244 | System Architecture | support 99.XXXX% availability, excluding planned maintenance, calculated on a (select one - daily, monthly, yearly) basis. | The system shall support 99.XXXX% availability, excluding planned maintenance, calculated on a (select one - daily, monthly, yearly) basis. | Mandatory |
| TEC.00.00.245 | System Architecture | provide the ability to deploy new functionality to the system, without impacting existing non-related functionality. | The system shall provide the ability to deploy new functionality to the system, without impacting existing non-related functionality. | Mandatory |
| TEC.00.00.246 | System Architecture | employ reusable application components. | The system shall employ reusable application components. | Mandatory |
| TEC.00.00.247 | System Architecture | be scalable without requiring reengineering of the application. Please refer to the Dept. of Corrections Annual Report (http://www.dc.state.fl.us/pub/annual/) for statistics and growth rates when addressing this requirement. | The system shall be scalable without requiring reengineering of the application. Please refer to the Dept. of Corrections Annual Report (http://www.dc.state.fl.us/pub/annual/) for statistics and growth rates when addressing this requirement. | Mandatory |
| TEC.00.00.248 | System Architecture | provide a mechanism for staff to access needed system functionality offsite to support work events away from the office. | The system shall provide a mechanism for staff to access needed system functionality offsite to support work events away from the office. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.249 | System Architecture | support access from multiple locations throughout the State of Florida. | The system shall support access from multiple locations throughout the State of Florida. | Mandatory |
| TEC.00.00.250 | System Architecture | support at a minimum of XXX concurrent users at initial deployment (XXX DC Staff, XXX Field Staff, XXX Other Users). | The system shall support at a minimum of XXX concurrent users at initial deployment (XXX DC Staff, XXX Field Staff, XXX Other Users). | Mandatory |
| TEC.00.00.251 | System Architecture | shall support the configuration of XXXXXXX user accounts at initial deployment. | The system shall shall support the configuration of XXXXXXX user accounts at initial deployment. | Mandatory |
| TEC.00.00.252 | System Architecture | be fault tolerant. | The system shall be fault tolerant. | Mandatory |
| TEC.00.00.253 | System Architecture | integrate with fax and email technology. | The system shall integrate with fax and email technology. | Mandatory |
| TEC.00.00.254 | System Architecture | support electronic content management (ECM). | The system shall support electronic content management (ECM). | Mandatory |
| TEC.00.00.255 | System Architecture | provide a business-rules engine that includes a business rule repository (e.g., sentence calculation rules). | The system shall provide a business-rules engine that includes a business rule repository (e.g., sentence calculation rules). | Mandatory |
| TEC.00.00.256 | System Architecture | provide the ability to integrate with third-party applications (e.g., Microsoft Office, Adobe Acrobat). | The system shall provide the ability to integrate with third-party applications (e.g., Microsoft Office, Adobe Acrobat). | Mandatory |
| TEC.00.00.257 | System Architecture | support presenting links to external websites. | The system shall support presenting links to external websites. | Mandatory |
| TEC.00.00.258 | System Architecture | provide the ability for an authorized user to create, modify, and delete look-up values including both codes and code values. | The system shall provide the ability for an authorized user to create, modify, and delete look-up values including both codes and code values. | Mandatory |
| TEC.00.00.259 | System Architecture | be designed in a modular architecture which corresponds to the business processes in order to support a phased implementation. | The system shall be designed in a modular architecture which corresponds to the business processes in order to support a phased implementation. | Mandatory |
| TEC.00.00.260 | System Architecture | provide the ability to "post" data transactions real time. | The system shall provide the ability to "post" data transactions real time. | Mandatory |
| TEC.00.00.261 | System Architecture | provide the ability, where appropriate, to maintain administrator-defined parameters to drive business functionality. Modifications to parameter values shall not require programming changes. | The system shall provide the ability, where appropriate, to maintain administrator-defined parameters to drive business functionality. Modifications to parameter values shall not require programming changes. | Mandatory |
| TEC.00.00.262 | System Architecture | require the storage of business rules to be in tables or a "rule management system" maintained by authorized users. | The system shall require the storage of business rules to be in tables or a "rule management system" maintained by authorized users. | Mandatory |
| TEC.00.00.263 | System Architecture | provide the ability to maintain administrator-defined parameters referenced during the execution of business processes. | The system shall provide the ability to maintain administrator-defined parameters referenced during the execution of business processes. | Mandatory |
| TEC.00.00.264 | System Architecture | allow for changes to administrator-defined business rules without programming modifications. | The system shall allow for changes to administrator-defined business rules without programming modifications. | Mandatory |
| TEC.00.00.265 | System Architecture | provide the ability to track business rule parameters for different time periods. | The system shall provide the ability to track business rule parameters for different time periods. | Mandatory |
| TEC.00.00.266 | Usability | provide the ability, where appropriate, to save work in progress. | The system shall provide the ability, where appropriate, to save work in progress. | Mandatory |
| TEC.00.00.267 | Usability | provide the ability to drill down from summary balances to the supporting detail transactions and drill up from the detail transaction, to the summary balance. | The system shall provide the ability to drill down from summary balances to the supporting detail transactions and drill up from the detail transaction, to the summary balance. | Mandatory |
| TEC.00.00.268 | Usability | provide the ability to maintain administrator-defined business rules specific to tracking information across multiple time zones (e.g., calendaring with the ability to reconcile 9:00 AM ET is 8:00 AM CT). | The system shall provide the ability to maintain administrator-defined business rules specific to tracking information across multiple time zones (e.g., calendaring with the ability to reconcile 9:00 AM ET is 8:00 AM CT). | Mandatory |
| TEC.00.00.269 | Usability | support executing functionality across multiple time zones. | The system shall support executing functionality across multiple time zones. | Mandatory |
| TEC.00.00.270 | Usability | provide data quality editing, consistency and validity checks on data elements at the point of data entry. The system must display a meaningful error message, and prevent entry of data that does not pass edit checks. | The system shall provide data quality editing, consistency and validity checks on data elements at the point of data entry. The system must display a meaningful error message, and prevent entry of data that does not pass edit checks. | Mandatory |
| TEC.00.00.271 | Usability | provide a positive acknowledgement that the data entry has been accepted. | The system shall provide a positive acknowledgement that the data entry has been accepted. | Mandatory |
| TEC.00.00.272 | Usability | provide the ability to facilitate rapid data entry for large volume or high-speed data entry requirements. This includes the ability to use the keyboard to progress through fields on the screen. | The system shall provide the ability to facilitate rapid data entry for large volume or high-speed data entry requirements. This includes the ability to use the keyboard to progress through fields on the screen. | Mandatory |
| TEC.00.00.273 | Usability | provides the ability to execute "copy / paste" functionality with third-party applications (e.g., Microsoft Word). | The system shall provides the ability to execute "copy / paste" functionality with third-party applications (e.g., Microsoft Word). | Mandatory |
| TEC.00.00.274 | Usability | utilize colors or other visual and non-visual aids to facilitate the use of System functions (e.g., data entry/section errors are presented in red for easy detection). | The system shall utilize colors or other visual and non-visual aids to facilitate the use of System functions (e.g., data entry/section errors are presented in red for easy detection). | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.275 | Usability | provide the ability to maintain administrator-configurable tables for reference data (e.g., offender types, inmate types, case workload points, gain time). | The system shall provide the ability to maintain administrator-configurable tables for reference data (e.g., offender types, inmate types, case workload points, gain time). | Mandatory |
| TEC.00.00.276 | Usability | provide the ability to establish administrator-defined business rules for the automatic generation of notifications to appropriate entities (e.g., DC staff, offenders, referring sources) for needed actions (e.g., follow-up required, need for data or documentation, scheduled appointment). | The system shall provide the ability to establish administrator-defined business rules for the automatic generation of notifications to appropriate entities (e.g., DC staff, offenders, referring sources) for needed actions (e.g., follow-up required, need for data or documentation, scheduled appointment). | Mandatory |
| TEC.00.00.277 | Usability | provide the ability to maintain administrator-defined notifications based on business processes and system events. | The system shall provide the ability to maintain administrator-defined notifications based on business processes and system events. | Mandatory |
| TEC.00.00.278 | Usability | provide the ability to identify the method of transmission for each type of notification (e.g., paper, electronic). | The system shall provide the ability to identify the method of transmission for each type of notification (e.g., paper, electronic). | Mandatory |
| TEC.00.00.279 | Usability | provide the ability to associate forms, documentation, and reports to specific types of notifications. | The system shall provide the ability to associate forms, documentation, and reports to specific types of notifications. | Mandatory |
| TEC.00.00.280 | Usability | provide the ability to establish and maintain a standard set of administrator-defined type codes for creating scheduled events. | The system shall provide the ability to establish and maintain a standard set of administrator-defined type codes for creating scheduled events. | Mandatory |
| TEC.00.00.281 | Usability | display meaningful descriptions in the place of system codes (e.g., 'Male' instead of 'M'). | The system shall display meaningful descriptions in the place of system codes (e.g., 'Male' instead of 'M'). | Mandatory |
| TEC.00.00.282 | Workflow | provide the ability to display the current location (e.g., step in process, user inbox) of a work item. | The system shall provide the ability to display the current location (e.g., step in process, user inbox) of a work item. | Mandatory |
| TEC.00.00.283 | Workflow | provide the ability to query the workflows, based on administrator-defined criteria, to find a specific work item. | The system shall provide the ability to query the workflows, based on administrator-defined criteria, to find a specific work item. | Mandatory |
| TEC.00.00.284 | Workflow | provide the ability to initiate a workflow through the receipt of an electronic form or occurrence of a system event (e.g., uploaded form, imaged documentation, receipt of referral, appointment scheduled, receipt of requested documentation). | The system shall provide the ability to initiate a workflow through the receipt of an electronic form or occurrence of a system event (e.g., uploaded form, imaged documentation, receipt of referral, appointment scheduled, receipt of requested documentation). | Mandatory |
| TEC.00.00.285 | Workflow | provide the ability to define workflow routes and associated details based on user-defined business processes. | The system shall provide the ability to define workflow routes and associated details based on user-defined business processes. | Mandatory |
| TEC.00.00.286 | Workflow | provide the ability to organize work items into work queues based on administrator-defined business rules. | The system shall provide the ability to organize work items into work queues based on administrator-defined business rules. | Mandatory |
| TEC.00.00.287 | Workflow | provide the ability to close a work assignment based on administrator-defined business rules. | The system shall provide the ability to close a work assignment based on administrator-defined business rules. | Mandatory |
| TEC.00.00.288 | Workflow | provide the ability to issue administrator-defined notifications and reminders to users and groups of users based on the action taken to the work item. | The system shall provide the ability to issue administrator-defined notifications and reminders to users and groups of users based on the action taken to the work item. | Mandatory |
| TEC.00.00.289 | Workflow | provide the ability to issue notifications as new documentation has been associated with the work item. | The system shall provide the ability to issue notifications as new documentation has been associated with the work item. | Mandatory |
| TEC.00.00.290 | Workflow | provide the ability to issue administrator-defined time-based reminders (e.g., work item not processed within defined time frames, work item not yet assigned, processing on the work item has not been initiated). | The system shall provide the ability to issue administrator-defined time-based reminders (e.g., work item not processed within defined time frames, work item not yet assigned, processing on the work item has not been initiated). | Mandatory |
| TEC.00.00.291 | Workflow | provide the ability to create work items from system events and user-initiated events. | The system shall provide the ability to create work items from system events and user-initiated events. | Mandatory |
| TEC.00.00.292 | Workflow | provide the ability to trigger a change in the work item based on the change to the related line-of-business record. | The system shall provide the ability to trigger a change in the work item based on the change to the related line-of-business record. | Mandatory |
| TEC.00.00.293 | Workflow | provide the ability to maintain a administrator-defined set of required documentation needed to proceed to the next step in the workflow. | The system shall provide the ability to maintain a administrator-defined set of required documentation needed to proceed to the next step in the workflow. | Mandatory |
| TEC.00.00.294 | Workflow | provide the ability to automatically move the work item to the next step in the workflow once required documentation has been received and associated with the work item. | The system shall provide the ability to automatically move the work item to the next step in the workflow once required documentation has been received and associated with the work item. | Mandatory |
| TEC.00.00.295 | Workflow | provide the ability to assign work items to users based on pre-defined business rules. | The system shall provide the ability to assign work items to users based on pre-defined business rules. | Mandatory |
| TEC.00.00.296 | Workflow | provide the ability to assign work items from one user to another user. | The system shall provide the ability to assign work items from one user to another user. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|--------|----------|------------------------|-------------|------------|
| TEC.00.00.297 | Workflow | provide the ability to retrieve and assign unassigned work items. | The system shall provide the ability to retrieve and assign unassigned work items. | Mandatory |
| TEC.00.00.298 | Workflow | provide the ability to establish administrator-defined business rules to prevent assignment of work to a user based on user availability (e.g., vacation, sickness, existing work-load). | The system shall provide the ability to establish administrator-defined business rules to prevent assignment of work to a user based on user availability (e.g., vacation, sickness, existing work-load). | Mandatory |
| TEC.00.00.299 | Workflow | provide the ability to assign priority to work items based on administrator-defined business rules. | The system shall provide the ability to assign priority to work items based on administrator-defined business rules. | Mandatory |
| TEC.00.00.300 | Workflow | provide the ability to add notes to the work item. | The system shall provide the ability to add notes to the work item. | Mandatory |
| TEC.00.00.301 | Workflow | provide the ability for the user to set work items to a 'pend' state (indicating the item will not be worked for a period of time). | The system shall provide the ability for the user to set work items to a 'pend' state (indicating the item will not be worked for a period of time). | Mandatory |
| TEC.00.00.302 | Workflow | provide the ability to release pended items to an active state based on administrator-determined business rules. | The system shall provide the ability to release pended items to an active state based on administrator-determined business rules. | Mandatory |
| TEC.00.00.303 | Workflow | provide the ability to sort work items by all work item attributes. | The system shall provide the ability to sort work items by all work item attributes. | Mandatory |
| TEC.00.00.304 | Workflow | provide the ability to move work items between workflow steps based on administrator-defined workflow rules. | The system shall provide the ability to move work items between workflow steps based on administrator-defined workflow rules. | Mandatory |
| TEC.00.00.305 | Workflow | provide the ability to route a work item within the administrator-defined workflow. | The system shall provide the ability to route a work item within the administrator-defined workflow. | Mandatory |
| TEC.00.00.306 | Workflow | provide the ability to refer work items to users outside of the assigned workflow. | The system shall provide the ability to refer work items to users outside of the assigned workflow. | Mandatory |
| TEC.00.00.307 | Workflow | provide the ability for a reviewer to reject the work item and return it to the original sender. | The system shall provide the ability for a reviewer to reject the work item and return it to the original sender. | Mandatory |
| TEC.00.00.308 | Workflow | provide the ability to assign workflow users to specific work queues. | The system shall provide the ability to assign workflow users to specific work queues. | Mandatory |
| TEC.00.00.309 | Workflow | provide the ability to set user properties for work queues (e.g., duration of access to queue, queue functions assigned to the user). | The system shall provide the ability to set user properties for work queues (e.g., duration of access to queue, queue functions assigned to the user). | Mandatory |
| TEC.00.00.310 | Workflow | provide the ability for supervisors to monitor the work items within a workflow. | The system shall provide the ability for supervisors to monitor the work items within a workflow. | Mandatory |
| TEC.00.00.311 | Workflow | provide the ability to maintain a administrator-defined list of work item type codes. | The system shall provide the ability to maintain a administrator-defined list of work item type codes. | Mandatory |
| TEC.00.00.312 | Workflow | provide the ability to assign administrator-defined rules to work item type codes. | The system shall provide the ability to assign administrator-defined rules to work item type codes. | Mandatory |
| TEC.00.00.313 | Workflow | provide the ability to define review periods based on work item code. | The system shall provide the ability to define review periods based on work item code. | Mandatory |
| TEC.00.00.314 | Workflow | provide the ability to relate work assignments to system records and supporting documentation. | The system shall provide the ability to relate work assignments to system records and supporting documentation. | Mandatory |
| TEC.00.00.315 | Workflow | maintain a complete audit trail of a work item from generation to closure (e.g., history of the users routing the work item, date and time work item was routed). | The system shall maintain a complete audit trail of a work item from generation to closure (e.g., history of the users routing the work item, date and time work item was routed). | Mandatory |
| TEC.00.00.316 | Workflow | integrate with document management functionality to cross-reference documentation with the appropriate work item. | The system shall integrate with document management functionality to cross-reference documentation with the appropriate work item. | Mandatory |
| TEC.00.00.317 | Workflow | provide the ability to "turn-on" / "turn-off" review steps in a workflow based on administrator-defined criteria (e.g., by user, by business process). | The system shall provide the ability to "turn-on" / "turn-off" review steps in a workflow based on administrator-defined criteria (e.g., by user, by business process). | Mandatory |
| TEC.00.00.318 | Workflow | provide the ability to automatically move work items to the next step in the workflow once required user actions have been completed (e.g., acceptance, approval, rejection). | The system shall provide the ability to automatically move work items to the next step in the workflow once required user actions have been completed (e.g., acceptance, approval, rejection). | Mandatory |
| TEC.00.00.319 | Workflow | provide the ability to report on current status of workflow items (e.g., listing by work items and location in workflow, listing by staff of all assigned work items, listing of work items and current status, listing of work items by type). | The system shall provide the ability to report on current status of workflow items (e.g., listing by work items and location in workflow, listing by staff of all assigned work items, listing of work items and current status, listing of work items by type). | Mandatory |
| TEC.00.00.320 | Workflow | provide the ability to modify workflow routes which are in production. | The system shall provide the ability to modify workflow routes which are in production. | Mandatory |
| TEC.00.00.321 | Workflow | provide the ability to manually reassign work items which are "in progress" to the correct workflow step at the time a production workflow is modified. | The system shall provide the ability to manually reassign work items which are "in progress" to the correct workflow step at the time a production workflow is modified. | Mandatory |

Florida Department of Corrections

| REQ ID | Category | Requirement Description | Requirement | Mandatory? |
|---|---|---|---|---|
| TEC.00.00.322 | Workflow | provide the ability to create new workflows based on the needs of the Dept. of Corrections. | The system shall provide the ability to create new workflows based on the needs of the Dept. of Corrections. | Mandatory |
| TEC.00.00.323 | Workflow | provide the ability to apply version control to workflows. | The system shall provide the ability to apply version control to workflows. | Mandatory |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|---|---|---|---|---|---|
| INT.00.00.1 | Community Corrections | General | None | provide the ability to transmit inmate and offender information to the Inspector General's Office for investigations. | The system shall provide the ability to transmit inmate and offender information to the Inspector General's Office for investigations. |
| INT.00.00.2 | Community Corrections | General | None | provide a mechanism to query Rapid ID to verify offender identity. | The system shall provide a mechanism to query Rapid ID to verify offender identity. |
| INT.00.00.3 | Community Corrections | General | None | provide a mechanism to query eAgency to verify offender identity. | The system shall provide a mechanism to query eAgency to verify offender identity. |
| INT.00.00.4 | Community Corrections | General | None | provide a mechanism to initiate FDLE FCIC II "Be On the Look Out" administrative messages. | The system shall provide a mechanism to initiate FDLE FCIC II "Be On the Look Out" administrative messages. |
| INT.00.00.5 | Community Corrections | General | None | provide a mechanism to receive FDLE FCIC II wanted offender information. | The system shall provide a mechanism to receive FDLE FCIC II wanted offender information. |
| INT.00.00.6 | Community Corrections | General | None | provide a mechanism to receive FBI NCIC wanted offender information. | The system shall provide a mechanism to receive FBI NCIC wanted offender information. |
| INT.00.00.7 | Community Corrections | General | None | provide a mechanism to retrieve an FBI Identifier for an offender. | The system shall provide a mechanism to retrieve an FBI Identifier for an offender. |
| INT.00.00.8 | Community Corrections | General | None | provide a mechanism to Immigration Customs Enforcement to retrieve an ICE Number. | The system shall provide a mechanism to Immigration Customs Enforcement to retrieve an ICE Number. |
| INT.00.00.9 | Community Corrections | General | None | provide a mechanism to the State Attorney's Office for offender information. | The system shall provide a mechanism to the State Attorney's Office for offender information. |
| INT.00.00.10 | Community Corrections | General | None | provide the ability to query Immigration and Naturalization Services for offender alien status. | The system shall provide the ability to query Immigration and Naturalization Services for offender alien status. |
| INT.00.00.11 | Community Corrections | General | None | provide the ability to exchange kidnap and false imprisonment information with FDLE to identify possible sex offender classifications. | The system shall provide the ability to exchange kidnap and false imprisonment information with FDLE to identify possible sex offender classifications. |
| INT.00.00.12 | Community Corrections | General | None | provide the ability to submit offender DNA information to FDLE. | The system shall provide the ability to submit offender DNA information to FDLE. |
| INT.00.00.13 | Community Corrections | General | None | provide an interface with FDLE to receive offender registration with local law enforcement information. | The system shall provide an interface with FDLE to receive offender registration with local law enforcement information. |
| INT.00.00.14 | Community Corrections | General | None | provide a mechanism to send FDLE Public Saftey Information Act (PSIA) information to CJNET:<br>- sex offender information and photographs<br>- career offender information and photographs | The system shall provide a mechanism to send FDLE Public Saftey Information Act (PSIA) information to CJNET:<br>- sex offender information and photographs<br>- career offender information and photographs |
| INT.00.00.15 | Community Corrections | General | None | provide a mechanism to display Public Safety Information Act (PSIA) information on a Dept. of Corrections website:<br>- sex offender information and photographs<br>- career offender information and photographs | The system shall provide a mechanism to display Public Safety Information Act (PSIA) information on a Dept. of Corrections website:<br>- sex offender information and photographs<br>- career offender information and photographs |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|---|---|---|---|---|---|
| INT.00.00.16 | Community Corrections | General | None | provide an interface with FDLE to receive special condition information for sex offender cases (e.g., Romeo and Juliet categorization). | The system shall provide an interface with FDLE to receive special condition information for sex offender cases (e.g., Romeo and Juliet categorization). |
| INT.00.00.17 | Community Corrections | General | None | provide a mechanism to send the Dept. of Children and Families welfare fraud information for purposes of collection. | The system shall provide a mechanism to send the Dept. of Children and Families welfare fraud information for purposes of collection. |
| INT.00.00.18 | Community Corrections | General | None | provide a mechanism to send specific offender information to the Florida Dept. of Homeland Security. | The system shall provide a mechanism to send specific offender information to the Florida Dept. of Homeland Security. |
| INT.00.00.19 | Community Corrections | General | None | provide a mechanism to send high risk sex offender and violent offender information to the Office of State Court's Administrator Judicial Information System (JIS). | The system shall provide a mechanism to send high risk sex offender and violent offender information to the Office of State Court's Administrator Judicial Information System (JIS). |
| INT.00.00.20 | Community Corrections | General | None | provide the ability to initiate a community supervision referral to local law enforcement (e.g., offender has been issued a warrant for arrest). | The system shall provide the ability to initiate a community supervision referral to local law enforcement (e.g., offender has been issued a warrant for arrest). |
| INT.00.00.21 | Community Corrections | General | None | provide a mechanism to allow a court to submit sentence terms and conditions to a Field Office. | The system shall provide a mechanism to allow a court to submit sentence terms and conditions to a Field Office. |
| INT.00.00.22 | Community Corrections | General | None | provide the ability to initiate a community supervision referral from court staff to a specific Field Office. | The system shall provide the ability to initiate a community supervision referral from court staff to a specific Field Office. |
| INT.00.00.23 | Community Corrections | General | None | provide a mechanism to Immigration Customs Enforcement to retrieve an ICE hold or detainer for an offender. | The system shall provide a mechanism to Immigration Customs Enforcement to retrieve an ICE hold or detainer for an offender. |
| INT.00.00.24 | Community Corrections | General | None | provide a mechanism to send the Dept. of Children and Families welfare fraud information for purposes of collection. | The system shall provide a mechanism to send the Dept. of Children and Families welfare fraud information for purposes of collection. |
| INT.00.00.25 | Community Corrections | General | None | provide the ability to initiate a community supervision referral to local law enforcement (e.g., offender has been issued a warrant for arrest). | The system shall provide the ability to initiate a community supervision referral to local law enforcement (e.g., offender has been issued a warrant for arrest). |
| INT.00.00.26 | Community Corrections | General | None | provide a mechanism to allow a court to submit sentence terms and conditions to a Field Office. | The system shall provide a mechanism to allow a court to submit sentence terms and conditions to a Field Office. |
| INT.00.00.27 | Community Corrections | General | None | provide the ability to initiate a community supervision referral from court staff to a specific Field Office. | The system shall provide the ability to initiate a community supervision referral from court staff to a specific Field Office. |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|---|---|---|---|---|---|
| INT.00.00.28 | Community Corrections | General | None | provide the ability to send offender data to the Dept. of Corrections' Victim Information and Notification Everyday System (VINES) allowing victims to call in an determine an offender's location. | The system shall provide the ability to send offender data to the Dept. of Corrections' Victim Information and Notification Everyday System (VINES) allowing victims to call in an determine an offender's location. |
| INT.00.04.29 | Community Corrections | General | Transfer | provide a mechanism to send offender demographic information to Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide a mechanism to send offender demographic information to Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.30 | Community Corrections | General | Transfer | provide a mechanism to send a notication to Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer (e.g., notice of departure, notice of arrival). | The system shall provide a mechanism to send a notication to Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer (e.g., notice of departure, notice of arrival). |
| INT.00.04.31 | Community Corrections | General | Transfer | provide a mechanism to retrieve offender reporting instructions from the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide a mechanism to retrieve offender reporting instructions from the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.32 | Community Corrections | General | Transfer | provide a mechanism to submit feedback on the offender reporting instructions to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide a mechanism to submit feedback on the offender reporting instructions to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.33 | Community Corrections | General | Transfer | provide an interface to initiate a compact action request to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide an interface to initiate a compact action request to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.34 | Community Corrections | General | Transfer | provide an interface to initiate a compact action request to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide an interface to initiate a compact action request to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.35 | Community Corrections | General | Transfer | provide an interface to initiate a progress report submission to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide an interface to initiate a progress report submission to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.36 | Community Corrections | General | Transfer | provide an interface to initiate a violation report submission to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide an interface to initiate a violation report submission to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|--------|--------------|--------------|-------------|-------------|-------------|
| INT.00.04.37 | Community Corrections | General | Transfer | provide a mechanism to submit feedback on an offender violation report to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide a mechanism to submit feedback on an offender violation report to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.38 | Community Corrections | General | Transfer | provide a mechanism to initiate a case closure request to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. | The system shall provide a mechanism to initiate a case closure request to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an interstate transfer. |
| INT.00.04.39 | Community Corrections | General | Transfer | provide an interface with the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to receive notification for a pending request to transfer to the State of Florida. | The system shall provide an interface with the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to receive notification for a pending request to transfer to the State of Florida. |
| INT.00.04.40 | Community Corrections | General | Transfer | provide a mechanism to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to provide the periods of time and offender has to travel to a receiving state's field office for community supervision. | The system shall provide a mechanism to the Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to provide the periods of time and offender has to travel to a receiving state's field office for community supervision. |
| INT.00.04.41 | Community Corrections | General | Transfer | provide a mechanism to send a notication to Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an offender who has not reported to the required Field Office within the mandated travel time limits. | The system shall provide a mechanism to send a notication to Interstate Commission Interstate Compact Offender Transfer System (ICOTS) for an offender who has not reported to the required Field Office within the mandated travel time limits. |
| INT.00.04.42 | Community Corrections | General | Transfer | provide a mechanism with the  Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to indicate acceptance or rejection of a pending transfer request. | The system shall provide a mechanism with the  Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to indicate acceptance or rejection of a pending transfer request. |
| INT.00.04.43 | Community Corrections | General | Transfer | provide a mechanism with the  Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to retrieve a history of offender transfers and transfer requests. | The system shall provide a mechanism with the  Interstate Commission Interstate Compact Offender Transfer System (ICOTS) to retrieve a history of offender transfers and transfer requests. |
| INT.G.01.44 | Community Corrections | Intake Offender | Absconder | provide an interface to notify FDLE a warrant has been issued for a specific offender. | The system shall provide an interface to notify FDLE a warrant has been issued for a specific offender. |
| INT.G.01.45 | Community Corrections | Intake Offender | Absconder | provide a mechanism to query JusticeXchange for offender apprehension information. | The system shall provide a mechanism to query JusticeXchange for offender apprehension information. |
| INT.G.01.46 | Community Corrections | Intake Offender | Absconder | provide a mechanism to query the Dept. of Highway Safety and Motor Vehicles DAVID system for offender location information. | The system shall provide a mechanism to query the Dept. of Highway Safety and Motor Vehicles DAVID system for offender location information. |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|--------|--------------|--------------|-------------|-------------|-------------|
| INT.G.01.47 | Community Corrections | Intake Offender | Absconder | provide a mechanism to query Social Security Administration SSDI application to verify offender death. | The system shall provide a mechanism to query Social Security Administration SSDI application to verify offender death. |
| INT.G.01.48 | Community Corrections | Intake Offender | Absconder | provide a mechanism to request offender address information from a local utility company. | The system shall provide a mechanism to request offender address information from a local utility company. |
| INT.G.01.49 | Community Corrections | Intake Offender | Absconder | provide a mechanism to request offender address information from a local telephone company. | The system shall provide a mechanism to request offender address information from a local telephone company. |
| INT.G.01.50 | Community Corrections | Intake Offender | Absconder | provide a mechanism to query Accurint to verify offender address information. | The system shall provide a mechanism to query Accurint to verify offender address information. |
| INT.G.01.51 | Community Corrections | Intake Offender | Absconder | provide a mechanism to request a warrant from a sentencing authority. | The system shall provide a mechanism to request a warrant from a sentencing authority. |
| INT.G.01.52 | Community Corrections | Intake Offender | Absconder | provide a mechanism to query the Agency for Workforce Innovation to verify offender employment information. | The system shall provide a mechanism to query the Agency for Workforce Innovation to verify offender employment information. |
| INT.G.01.53 | Community Corrections | Intake Offender | Absconder | provide a mechanism to query the Department of Children and Families to verify offender address information. | The system shall provide a mechanism to query the Department of Children and Families to verify offender address information. |
| INT.G.02.54 | Community Corrections | Intake Offender | COPS | provide a mechanism to send summarized Dept. of Corrections accounting information to the Dept. of Financial Services FLAIR system. | The system shall provide a mechanism to send summarized Dept. of Corrections accounting information to the Dept. of Financial Services FLAIR system. |
| INT.G.02.55 | Community Corrections | Intake Offender | COPS | provide the ability to maintain a history of Dept. of Corrections acocunting information sent to the Dept. of Financial Services FLAIR system. | The system shall provide the ability to maintain a history of Dept. of Corrections acocunting information sent to the Dept. of Financial Services FLAIR system. |
| INT.G.02.56 | Community Corrections | Intake Offender | COPS | provide a mechanism to view images stored in Dept. of Corrections payment scanning software (i.e., ItemAge). | The system shall provide a mechanism to view images stored in Dept. of Corrections payment scanning software (i.e., ItemAge). |
| INT.G.02.57 | Community Corrections | Intake Offender | COPS | provide an interface to accept payment files from third party payment vendors (e.g., Jpay, Western Union). | The system shall provide an interface to accept payment files from third party payment vendors (e.g., Jpay, Western Union). |
| INT.G.02.58 | Community Corrections | Intake Offender | COPS | provide an interface to send financial obligation information to PRIDE. | The system shall provide an interface to send financial obligation information to PRIDE. |
| INT.G.02.59 | Community Corrections | Intake Offender | COPS | provide an interface to send inmate and offender information to PRIDE. | The system shall provide an interface to send inmate and offender information to PRIDE. |
| INT.G.02.60 | Community Corrections | Intake Offender | COPS | provide an interface to receive financial information from PRIDE. | The system shall provide an interface to receive financial information from PRIDE. |
| INT.G.02.61 | Community Corrections | Intake Offender | COPS | provide a mechanism to send offender information to third party payment vendors (e.g., Jpay, Western Union) for the purposes of matching payments to offenders. | The system shall provide a mechanism to send offender information to third party payment vendors (e.g., Jpay, Western Union) for the purposes of matching payments to offenders. |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|--------|--------------|--------------|-------------|-------------|-------------|
| INT.G.02.62 | Community Corrections | Intake Offender | COPS | provide an interface to receive a listing of the funds deposited from the bank. | The system shall provide an interface to receive a listing of the funds deposited from the bank. |
| INT.G.02.63 | Community Corrections | Intake Offender | COPS | provide an interface to receive cleared payment files from the bank. | The system shall provide an interface to receive cleared payment files from the bank. |
| INT.G.02.64 | Community Corrections | Intake Offender | COPS | provide an interface to send cleared files and voided files to the bank. | The system shall provide an interface to send cleared files and voided files to the bank. |
| INT.G.02.65 | Community Corrections | Intake Offender | COPS | provide an interface to receive 'posted' NCR Money Order information. | The system shall provide an interface to receive 'posted' NCR Money Order information. |
| INT.G.02.66 | Community Corrections | Intake Offender | COPS | provide an interface to the Dept. of Corrections check printing software (i.e., EZ Check). | The system shall provide an interface to the Dept. of Corrections check printing software (i.e., EZ Check). |
| INT.00.00.67 | General | General | None | provide a mechanism to transmit offender information to the Florida Parole Commission (e.g., offender data, outstanding warrants). | The system shall provide a mechanism to transmit offender information to the Florida Parole Commission (e.g., offender data, outstanding warrants). |
| INT.00.00.68 | General | General | None | provide the ability to interface with the Social Security Administration to verify Social Security Numbers. | The system shall provide the ability to interface with the Social Security Administration to verify Social Security Numbers. |
| INT.00.00.69 | General | General | None | provide a mechanism to transmit Dept. of Corrections' financial information to the Internal Revenue Service on a federal fiscal year basis. | The system shall provide a mechanism to transmit Dept. of Corrections' financial information to the Internal Revenue Service on a federal fiscal year basis. |
| INT.00.00.70 | Institutions | General | None | provide a capability to receive and store inmate criminal history information provided by the Florida Department of Law Enforcement (FDLE). | The system shall provide a capability to receive and store inmate criminal history information provided by the Florida Department of Law Enforcement (FDLE). |
| INT.00.00.71 | Institutions | General | None | provide a mechanism to translate Florida Department of Law Enforcement (FDLE) offense codes into Department of Corrections offense codes during the inmate criminal history upload and storage process. | The system shall provide a mechanism to translate Florida Department of Law Enforcement (FDLE) offense codes into Department of Corrections offense codes during the inmate criminal history upload and storage process. |
| INT.00.00.72 | Institutions | General | None | provide an administrator defined and maintained option to overwrite existing criminal history information or add to existing information during the upload process | The system shall provide an administrator defined and maintained option to overwrite existing criminal history information or add to existing information during the upload process |
| INT.00.00.73 | Institutions | General | None | provide an ability to interface with the DC web applications (e.g., to support inmate searches). | The system shall provide an ability to interface with the DC web applications (e.g., to support inmate searches). |
| INT.00.99.74 | Institutions | General | None | provide an ability to interface directly with the Facility Access Secure Tracking (FAST) visitation system. | The system shall provide an ability to interface directly with the Facility Access Secure Tracking (FAST) visitation system. |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|--------|-------------|--------------|-------------|-------------|-------------|
| INT.00.00.75 | Institutions | General | None | provide an ability to export offender data to the Inmate Records Computer Imaging System (IRIS) according to administrator defined and maintained parameters. | The system shall provide an ability to export offender data to the Inmate Records Computer Imaging System (IRIS) according to administrator defined and maintained parameters. |
| INT.00.00.76 | Institutions | General | None | provide a direct interface for Rapid ID (biometric readers). | The system shall provide a direct interface for Rapid ID (biometric readers). |
| INT.00.00.77 | Institutions | General | None | provide a direct interface with the Scantron Bubble Sheet Reader. | The system shall provide a direct interface with the Scantron Bubble Sheet Reader. |
| INT.00.00.78 | Institutions | General | None | provide a direct interface with the Security Threat Operation Review and Management System (STORMS). | The system shall provide a direct interface with the Security Threat Operation Review and Management System (STORMS). |
| INT.00.00.79 | Institutions | General | None | provide a direct interface with the Work Release Inmate Monitoring System (WRIMS). | The system shall provide a direct interface with the Work Release Inmate Monitoring System (WRIMS). |
| INT.00.00.80 | Institutions | General | None | provide a mechanism to interface directly with the Inmate Bank system. | The system shall provide a mechanism to interface directly with the Inmate Bank system. |
| INT.00.00.81 | Institutions | General | None | provide an interface with the SECURUS phone system to support the creation, update, review, and modification of inmate phone privileges to include inmate phone list verification processing in accordance with administrator defined and maintained rules (e.g., valid phone numbers must match on first and last name, phone numbers must not be associated with business entities or cellular phones, addresses must match based on defined criteria such as street, city, state, and zip code). | The system shall provide an interface with the SECURUS phone system to support the creation, update, review, and modification of inmate phone privileges to include inmate phone list verification processing in accordance with administrator defined and maintained rules (e.g., valid phone numbers must match on first and last name, phone numbers must not be associated with business entities or cellular phones, addresses must match based on defined criteria such as street, city, state, and zip code). |
| INT.00.00.82 | Institutions | General | None | provide an interface with Systematica to exchange inmate demographic information to support the creation of inmate identification cards. | The system shall provide an interface with Systematica to exchange inmate demographic information to support the creation of inmate identification cards. |
| INT.00.00.83 | Institutions | General | None | provide an ability to export data in a form acceptable for SAS importation. | The system shall provide an ability to export data in a form acceptable for SAS importation. |
| INT.00.00.84 | Institutions | General | None | provide an interface with the canteen system. | The system shall provide an interface with the canteen  system. |
| INT.00.00.85 | Institutions | General | None | include an ability to exchange data with the Court Ordered Payment System (COPS). | The system shall include an ability to exchange data with the Court Ordered Payment System (COPS). |
| INT.00.00.86 | Institutions | General | None | provide an ability to interface with the Test Mate application to support The Adult Basic Eduction (TABE) testing regimen. | The system shall provide an ability to interface with the Test Mate application to support The Adult Basic Eduction (TABE) testing regimen. |

Florida Department of Corrections

| Req ID | Organization | Core Process | Sub-Process | Description | Requirement |
|--------|-------------|-------------|-------------|-------------|-------------|
| INT.00.00.87 | Institutions | General | None | provide an interface with Keefe to receive canteen item information (e.g., new items, cancelled items, price information). | The system shall provide an interface with Keefe to receive canteen item information (e.g., new items, cancelled items, price information). |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## F.  Cost Benefit Analysis

The OBIS Modernization Cost Benefits Analysis (CBA) is included here.

CBAForm 1 - Net Tangible Benefits

| Agency | Department of Corrections | Project | OBIS Modernization |
|---|---|---|---|

**Net Tangible Benefits - Operational Cost Changes (Costs of Current Operations versus Proposed Operations as a Result of the Project) and Additional Tangible Benefits -- CBAForm 1A**

| Agency | FY 2022-23 | | | FY 2023-24 | | | FY 2024-25 | | | FY 2025-26 | | | FY 2026-27 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(Recurring Costs Only -- No Project Costs)* | (a) | (b) | (c) = (a)+(b) | (a) | (b) | (c) = (a) + (b) | (a) | (b) | (c) = (a) + (b) | (a) | (b) | (c) = (a) + (b) | (a) | (b) | (c) = (a) + (b) |
| | Existing Program Costs | Operational Cost Change | New Program Costs resulting from Proposed Project | Existing Program Costs | Operational Cost Change | New Program Costs resulting from Proposed Project | Existing Program Costs | Operational Cost Change | New Program Costs resulting from Proposed Project | Existing Program Costs | Cost Change Operational Cost Change | New Program Costs resulting from Proposed Project | Existing Program Costs | Operational Cost Change | New Program Costs resulting from Proposed Project |
| A. Personnel Costs -- Agency-Managed Staff | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 | $4,639,767 | $1,040,000 | $5,679,767 |
| A.b Total Staff | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 | 38.00 | 4.00 | 42.00 |
| A-1.a. State FTEs (Salaries & Benefits) | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 | $2,075,510 | $0 | $2,075,510 |
| A-1.b. State FTEs (#) | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 | 22.00 |
| A-2.a. OPS Staff (Salaries) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A-2.b. OPS (#) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3.a. Staff Augmentation (Contract Cost) | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 | $2,564,257 | $1,040,000 | $3,604,257 |
| A-3.b. Staff Augmentation (# of Contractors) | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 | 16.00 | 4.00 | 20.00 |
| B. Application Maintenance Costs | $0 | $990,000 | $990,000 | $0 | $1,250,000 | $1,250,000 | $0 | $1,250,000 | $1,250,000 | $0 | $1,250,000 | $1,250,000 | $0 | $1,250,000 | $1,250,000 |
| B-1. Managed Services (Staffing) | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 | $0 | $10,000 | $10,000 |
| B-2. Hardware | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| B-3. Software | $0 | $980,000 | $980,000 | $0 | $1,240,000 | $1,240,000 | $0 | $1,240,000 | $1,240,000 | $0 | $1,240,000 | $1,240,000 | $0 | $1,240,000 | $1,240,000 |
| B-4. Other          Specify | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C. Data Center Provider Costs | $9,378,172 | $20,000 | $9,398,172 | $9,378,172 | $40,000 | $9,418,172 | $9,378,172 | $40,000 | $9,418,172 | $9,378,172 | $40,000 | $9,418,172 | $2,344,543 | -$6,993,629 | -$4,649,086 |
| C-1. Managed Services (Staffing) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-2. Infrastructure | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-3. Network / Hosting Services | $0 | $20,000 | $20,000 | $0 | $40,000 | $40,000 | $0 | $40,000 | $40,000 | $0 | $40,000 | $40,000 | $0 | $40,000 | $40,000 |
| C-4. Disaster Recovery | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| C-5. Other          State Data Center | $9,378,172 | $0 | $9,378,172 | $9,378,172 | $0 | $9,378,172 | $9,378,172 | $0 | $9,378,172 | $9,378,172 | $0 | $9,378,172 | $2,344,543 | -$7,033,629 | -$4,689,086 |
| D. Plant & Facility Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E. Other Costs | $0 | $240,000 | $240,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 |
| E-1. Training | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E-2. Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| E-3. Other          Cloud Hosting | $0 | $240,000 | $240,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 | $0 | $480,000 | $480,000 |
| *Total of Recurring Operational Costs* | $14,017,939 | $2,290,000 | $16,307,939 | $14,017,939 | $2,810,000 | $16,827,939 | $14,017,939 | $2,810,000 | $16,827,939 | $14,017,939 | $2,810,000 | $16,827,939 | $6,984,310 | -$4,223,629 | $2,760,681 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F. Additional Tangible Benefits: | | $78,680 | | | $3,143,080 | | | $16,513,550 | | | $40,081,619 | | | $52,844,885 | |
| F-1. 1 - Mobile and Web-based System | | $0 | | | $2,048,582 | | | $4,089,808 | | | $7,050,505 | | | $9,091,731 | |
| F-2. 2 - Modern Architecture | | $0 | | | $0 | | | $1,402,500 | | | $1,402,500 | | | $1,402,500 | |
| F-3. 3 - Data Analytics | | $0 | | | $0 | | | $1,021,635 | | | $2,962,740 | | | $6,742,788 | |
| F-4. 4 - Workload Management | | $0 | | | $931,490 | | | $11,148,720 | | | $28,315,619 | | | $35,153,792 | |
| F-5. 5 - Interoperable System | | $0 | | | $0 | | | $0 | | | $0 | | | $0 | |
| F-6. 6 - Retain Skilled Support Staff | | $78,680 | | | $163,008 | | | $253,388 | | | $350,254 | | | $454,074 | |
| *Total Net Tangible Benefits:* | | ($2,211,320) | | | $333,080 | | | $13,703,550 | | | $37,271,619 | | | $57,068,514 | |

| CHARACTERIZATION OF PROJECT BENEFIT ESTIMATE -- CBAForm 1B | | |
|---|---|---|
| Choose Type | Estimate Confidence | Enter % (+/-) |
| Detailed/Rigorous ☐ | Confidence Level | |
| Order of Magnitude ☑ | Confidence Level | 20% |
| Placeholder ☐ | Confidence Level | |

**State of Florida**
**Cost Benefit Analysis**

Fiscal Year 2022-23

**Department of Corrections**    **OBIS Modernization**

*Costs entered into each row are mutually exclusive. Insert rows for detail and modify appropriation categories as necessary, but do not remove any of the provided project cost elements. Reference vendor quotes in the Item Description where applicable. **Include only one-time project costs in this table. Include any recurring costs on CBA Form 1A.***

CBAForm 2A Baseline Project Budget

FY2022-23 $12,803,000 | FY2023-24 $16,546,000 | FY2024-25 $29,233,500 | FY2025-26 $24,609,500 | FY2026-27 $21,642,500 | TOTAL $104,834,500

| Item Description (remove guidelines and annotate entries here) | Project Cost Element | Appropriation Category | Current & Previous Years Project-Related Cost | YR 1 # | YR 1 LBR | YR 1 Base Budget | YR 2 # | YR 2 LBR | YR 2 Base Budget | YR 3 # | YR 3 LBR | YR 3 Base Budget | YR 4 # | YR 4 LBR | YR 4 Base Budget | YR 5 # | YR 5 LBR | YR 5 Base Budget | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Costs for all state employees working on the project. | FTE | S&B | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | $ - |
| Costs for all OPS employees working on the project. | OPS | OPS | $ - | 0.00 | | $ - | 0.00 | | $ - | 0.00 | | $ - | 0.00 | | $ - | 0.00 | | $ - | $ - |
| Staffing costs for personnel using Time & Expense. | Staff Augmentation | Contracted Services | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | 0.00 | $ - | $ - | $ - |
| Project management personnel and related deliverables. | Project Management | Contracted Services | $ - | 0.00 | $ 982,500 | $ - | 0.00 | $ 992,500 | $ - | 0.00 | $ 917,500 | $ - | 0.00 | $ 927,500 | $ - | 0.00 | $ 922,500 | $ - | $ 4,742,500 |
| Project oversight to include Independent Verification & Validation (IV&V) personnel and related deliverables. | Project Oversight | Contracted Services | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | 0.00 | $ 2,000,000 | $ - | $ 10,000,000 |
| Staffing costs for all professional services not included in other categories. | Consultants/Contractors | Contracted Services | $ - | 0.00 | $ 8,510,500 | $ - | 0.00 | $ 12,358,500 | $ - | 0.00 | $ 25,126,000 | $ - | 0.00 | $ 20,452,000 | $ - | 0.00 | $ 17,490,000 | $ - | $ 83,937,000 |
| Separate requirements analysis and feasibility study procurements. | Project Planning/Analysis | Contracted Services | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | | $ 1,120,000 | $ - | $ 5,600,000 |
| Hardware purchases not included in data center services. | Hardware | OCO | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Commercial software purchases and licensing costs. | Commercial Software | Contracted Services | $ - | | $ 150,000 | $ - | | $ 40,000 | $ - | | $ 60,000 | $ - | | $ 100,000 | $ - | | $ 100,000 | $ - | $ 450,000 |
| Professional services with fixed-price costs (i.e. software development, installation, project documentation) | Project Deliverables | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| All first-time training costs associated with the project. | Training | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Include the quote received from the data center provider for project equipment and services. Only include one-time project costs in this row. Recurring, project-related data center costs are included in CBA Form 1A. | Data Center Services - One Time Costs | Data Center Category | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Other contracted services not included in other categories. | Other Services | Contracted Services | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Include costs for non-state data center equipment required by the project and the proposed solution (insert additional rows as needed for detail) | Equipment | Expense | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Include costs associated with leasing space for project personnel. | Leased Space | Expense | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | | $ - | $ - | $ - |
| Other project expenses not included in other categories. | Other Expenses | Expense | $ - | | $ 40,000 | $ - | | $ 35,000 | $ - | | $ 10,000 | $ - | | $ 10,000 | $ - | | $ 10,000 | $ - | $ 105,000 |
| Total | | | $ - | 0.00 | $ 12,803,000 | $ - | 0.00 | $ 16,546,000 | $ - | 0.00 | $ 29,233,500 | $ - | 0.00 | $ 24,609,500 | $ - | 0.00 | $ 21,642,500 | $ - | $ 104,834,500 |

State of Florida
Cost Benefit Analysis

Case 3:22-cv-01221-MMH-MCR    Document 192-10    Filed 05/08/25    Page 861 of 950

APPENDIX A
PageID 4564

Fiscal Year 2022-23

CBAForm 2 - Project Cost Analysis

| Agency | Department of Corrections | Project | OBIS Modernization |
|---|---|---|---|

| PROJECT COST SUMMARY | PROJECT COST SUMMARY (from CBAForm 2A) | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | |
| TOTAL PROJECT COSTS  (*) | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| CUMULATIVE PROJECT COSTS (includes Current & Previous Years' Project-Related Costs) | $12,803,000 | $29,349,000 | $58,582,500 | $83,192,000 | $104,834,500 | |
| Total Costs are carried forward to CBAForm3 Project Investment Summary worksheet. | | | | | | |

| PROJECT FUNDING SOURCES | PROJECT FUNDING SOURCES - CBAForm 2B | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | |
| General Revenue | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| Trust Fund | $0 | $0 | $0 | $0 | $0 | $0 |
| Federal Match ☐ | $0 | $0 | $0 | $0 | $0 | $0 |
| Grants ☐ | $0 | $0 | $0 | $0 | $0 | $0 |
| Other ☐ Specify | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL INVESTMENT | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| CUMULATIVE INVESTMENT | $12,803,000 | $29,349,000 | $58,582,500 | $83,192,000 | $104,834,500 | |

| Characterization of Project Cost Estimate - CBAForm 2C | | |
|---|---|---|
| Choose Type | Estimate Confidence | Enter % (+/-) |
| Detailed/Rigorous | Confidence Level | |
| Order of Magnitude | x Confidence Level | 10% |
| Placeholder | Confidence Level | |

**State of Florida**
**Cost Benefit Analysis**

APPENDIX A

**Fiscal Year 2022-23**

CBAForm 3 - Project Investment Summary

| Agency | Department of Corrections | Project | OBIS Modernization |
|---|---|---|---|

| COST BENEFIT ANALYSIS -- CBAForm 3A | | | | | |
|---|---|---|---|---|---|
| | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | TOTAL FOR ALL YEARS |
| Project Cost | $12,803,000 | $16,546,000 | $29,233,500 | $24,609,500 | $21,642,500 | $104,834,500 |
| Net Tangible Benefits | ($2,211,320) | $333,080 | $13,703,550 | $37,271,619 | $57,068,514 | $106,165,443 |
| Return on Investment | ($15,014,320) | ($16,212,920) | ($15,529,950) | $12,662,119 | $35,426,014 | $1,330,943 |
| Year to Year Change in Program Staffing | 4 | 4 | 4 | 4 | 4 | |

| RETURN ON INVESTMENT ANALYSIS -- CBAForm 3B | | |
|---|---|---|
| Payback Period (years) | 5 | Payback Period is the time required to recover the investment costs of the project. |
| Breakeven Fiscal Year | 2026-27 | Fiscal Year during which the project's investment costs are recovered. |
| Net Present Value (NPV) | ($3,126,975) | NPV is the present-day value of the project's benefits less costs over the project's lifecycle. |
| Internal Rate of Return (IRR) | 1.03% | IRR is the project's rate of return. |

| Investment Interest Earning Yield -- CBAForm 3C | | | | | |
|---|---|---|---|---|---|
| Fiscal Year | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 |
| Cost of Capital | 2.69% | 2.90% | 3.09% | 3.29% | 3.48% |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

## G. Glossary

| Acronym | Description |
|---------|-------------|
| API | Application Programming Interface |
| BPR | Business Process Re-Engineering |
| CAOSS | Classification Appointments Overview and Scheduling System |
| CICS | Customer Information Control System (specific to IBM) |
| CINAS | Corrections Integrated Needs Assessment System |
| CJIS | Criminal Justice Information Systems |
| COBOL | Common Business-Oriented Language |
| COPS | Court-Ordered Payment System |
| COTS | Commercial Off-the-Shelf |
| CPU | Central Processing Unit |
| CRM / ERP | Customer Relationship Management |
| DASD | Direct Access Storage Device |
| DDI | Design Develop Implement |
| DR | Disciplinary Report |
| EAC | Emergency Action Center |
| EMR | Electronic Medical Record |
| EOS | End of Sentence |
| ERP | Enterprise Resource Management |
| ESB | Enterprise Service Bus |
| FCOR | Florida Commission on Offender Review |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Acronym | Description |
|---|---|
| FDC | Florida Department of Corrections |
| FICON | Fiber Connection - IBM proprietary name for the ANSI FC-SB-3 Single-Byte Command Code Sets-3 Mapping Protocol for Fibre Channel (FC) protocol. |
| FLDS | Florida Digital Service |
| GUI | Graphical User Interface |
| HIPAA | Health Insurance Portability and Accountability Act of 1996 |
| IRMS | Inmate Risk Management System |
| ITN | Invitation to Negotiate |
| IV&V | Independent Verification and Validation |
| JMS | Jail Management System |
| MHIT | Mental Health Inmate Transfer |
| NIST | National Institute of Standards and Technology |
| NWRDC | Northwest Regional Data Center |
| OBIS | Offender Based Information System |
| OCM | Organizational Change Management |
| OIT | Office of Information Technology |
| ONAS | Offender Needs Assessments System |
| OSAD | Open Systems Adapter Diagnostic |
| OSAE | Open Systems Adapter-Express |
| PaaS | Platform as a Service |
| PII | Personally Identifiable Information |
| PMO | Project Management Office |

Schedule IV-B for Offender Based Information System (OBIS) Modernization

| Acronym | Description |
|---------|-------------|
| PREA | Prison Rape Elimination Act |
| RANA | Risk and Needs Archive |
| RFI | Request for Information |
| RMS | Roster Management System |
| SaaS | Software as a Service |
| SDC | State Data Center |
| SLA | Support Level Agreement |
| SOA | Service Oriented Architecture |
| SORR/SOAR | Sex Offender Residence Review |
| STG | Security Threat Group |
| STORMS | Security Threat Group Tracking System |
| SVPPU | Sexual Violent Predator Program |
| TCO | Total Cost of Ownership |

* * *

## SCHEDULE VI: DETAIL OF DEBT SERVICE

**Department:** 70 Department of Corrections  **Budget Period 2023 - 2024**

**Budget Entity:** 70032000 Correctional Facilities Maintenance and Repair

| (1)<br>**SECTION I** | | (2)<br>**ACTUAL**<br>**FY 2021 - 2022** | (3)<br>**ESTIMATED**<br>**FY 2022 - 2023** | (4)<br>**REQUEST**<br>**FY 2023 - 2024** |
|---|---|---|---|---|
| Interest on Debt | (A) | $15,959,313 | $15,835,275 | $14,036,025 |
| Principal | (B) | $34,160,000 | $35,085,000 | $36,885,000 |
| Repayment of Loans | (C) | | | |
| Fiscal Agent or Other Fees | (D) | $7,806 | $12,556 | $12,556 |
| Other Debt Service | (E) | | | |
| Total Debt Service | (F) | $50,127,120 | $50,932,831 | $50,933,581 |

Explanation:   This information reflects bond series 2015A and 2018A (Refinance of 2008A, 2009A, 2009B, 2009C). The tables following Section II below provide detailed breakdowns of the individual series.

**SECTION II**

**ISSUE:**   Lake City Correctional Facility - Series 2015A

| (1)<br>**INTEREST RATE** | (2)<br>**MATURITY DATE** | (3)<br>**ISSUE AMOUNT** | (4)<br>**JUNE 30, 2023** | (5)<br>**JUNE 30, 2024** |
|---|---|---|---|---|
| 5.000% | 8/1/2025 | $11,725,000 | $4,730,000 | $3,635,000 |
| (6) | | (7)<br>**ACTUAL**<br>**FY 2021 - 2022** | (8)<br>**ESTIMATED**<br>**FY 2022 - 2023** | (9)<br>**REQUEST**<br>**FY 2023 - 2024** |

| | | | | |
|---|---|---|---|---|
| Interest on Debt | (G) | $258,963 | $209,125 | $153,000 |
| Principal | (H) | $945,000 | $1,095,000 | $1,150,000 |
| Fiscal Agent or Other Fees | ( I ) | $673 | $673 | $673 |
| Other | ( J ) | - | - | - |
| Total Debt Service | (K) | $1,204,636 | $1,304,798 | $1,303,673 |

**ISSUE:**   South Bay Correctional Facility - Series 2015A

| **INTEREST RATE** | **MATURITY DATE** | **ISSUE AMOUNT** | **JUNE 30, 2023** | **JUNE 30, 2024** |
|---|---|---|---|---|
| 5.000% | 8/1/2025 | $15,730,000 | $5,565,000 | $4,275,000 |
| | | **ACTUAL**<br>**FY 2021 - 2022** | **ESTIMATED**<br>**FY 2022 - 2023** | **REQUEST**<br>**FY 2023 - 2024** |

| | | | | |
|---|---|---|---|---|
| Interest on Debt | (G) | $304,634 | $246,000 | $179,875 |
| Principal | (H) | $1,110,000 | $1,290,000 | $1,355,000 |
| Fiscal Agent or Other Fees | ( I ) | $673 | $673 | $673 |
| Other | ( J ) | - | | - |
| Total Debt Service | (K) | $1,415,306 | $1,536,673 | $1,535,548 |

**ISSUE:**   Bay Correctional Facility - Series 2015A

| **INTEREST RATE** | **MATURITY DATE** | **ISSUE AMOUNT** | **JUNE 30, 2023** | **JUNE 30, 2024** |
|---|---|---|---|---|
| 5.000% | 8/1/2025 | $6,800,500 | $2,977,000 | $2,288,000 |
| | | **ACTUAL**<br>**FY 2021 - 2022** | **ESTIMATED**<br>**FY 2022 - 2023** | **REQUEST**<br>**FY 2023 - 2024** |

| | | | | |
|---|---|---|---|---|
| Interest on Debt | (G) | $163,031 | $131,625 | $96,238 |
| Principal | (H) | $596,500 | $689,000 | $726,500 |
| Fiscal Agent or Other Fees | ( I ) | $673 | $673 | $673 |
| Other | ( J ) | | | |
| Total Debt Service | (K) | $760,204 | $821,298 | $823,410 |

**ISSUE:**  Gadsden Correctional Facility - Series 2015A

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 8/1/2025 | | $10,880,800 | $4,763,200 | $3,660,800 |
| | | | ACTUAL FY 2021 - 2022 | ESTIMATED FY 2022 - 2023 | REQUEST FY 2023 - 2024 |
| Interest on Debt | | (G) | $260,850 | $210,600 | $153,980 |
| Principal | | (H) | $954,400 | $1,102,400 | $1,162,400 |
| Fiscal Agent or Other Fees | | ( I ) | $673 | $673 | $673 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $1,215,922 | $1,313,673 | $1,317,053 |

**ISSUE:**  Moore Haven Correctional  Facility - Series 2015A

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 8/1/2025 | | $8,840,650 | $3,870,100 | $2,974,400 |
| | | | ACTUAL FY 2021 - 2022 | ESTIMATED FY 2022 - 2023 | REQUEST FY 2023 - 2024 |
| Interest on Debt | | (G) | $211,940 | $171,113 | $125,109 |
| Principal | | (H) | $775,450 | $895,700 | $944,450 |
| Fiscal Agent or Other Fees | | ( I ) | $673 | $673 | $673 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $988,063 | $1,067,485 | $1,070,231 |

**ISSUE:**  Graceville Correctional Facility - Series 2015A

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 8/1/2025 | | $41,483,050 | $18,159,700 | $13,956,800 |
| | | | ACTUAL FY 2021 - 2022 | ESTIMATED FY 2022 - 2023 | REQUEST FY 2023 - 2024 |
| Interest on Debt | | (G) | $994,490 | $802,913 | $587,049 |
| Principal | | (H) | $3,638,650 | $4,202,900 | $4,431,650 |
| Fiscal Agent or Other Fees | | ( I ) | $673 | $673 | $673 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $4,633,812 | $5,006,485 | $5,019,371 |

**ISSUE:**  Graceville Correctional Facilitity - Series 2018A (Formely 2008A)

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 11/1/2027 | | $11,265,000 | $8,055,000 | $6,875,000 |
| | | | ACTUAL FY 2021 - 2022 | ESTIMATED FY 2022 - 2023 | REQUEST FY 2023 - 2024 |
| Interest on Debt | | (G) | $430,875 | $373,250 | $312,625 |
| Principal | | (H) | $1,125,000 | $1,180,000 | $1,245,000 |
| Fiscal Agent or Other Fees | | ( I ) | $1,257 | $1,257 | $1,257 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $1,557,132 | $1,554,507 | $1,558,882 |

**ISSUE:**  Blackwater Correctional Facility - Series 2018A (Formely 2009A)

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 11/1/2028 | | $67,265,000 | $50,485,000 | $44,310,000 |
| | | | ACTUAL<br>FY 2021 - 2022 | ESTIMATED<br>FY 2022 - 2023 | REQUEST<br>FY 2023 - 2024 |
| Interest on Debt | | (G) | $2,671,125 | $2,369,875 | $2,053,125 |
| Principal | | (H) | $5,875,000 | $6,175,000 | $6,495,000 |
| Fiscal Agent or Other Fees | | ( I ) | $1,257 | $1,257 | $1,257 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $8,547,382 | $8,546,132 | $8,549,382 |

**ISSUE:**  Various Facilities - U.S. Bank Series 2018A (Formely 2009B & 2009C)

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 11/1/2029 | | $173,415,000 | $134,805,000 | $120,645,000 |
| | | | ACTUAL<br>FY 2021 - 2022 | ESTIMATED<br>FY 2022 - 2023 | REQUEST<br>FY 2023 - 2024 |
| Interest on Debt | | (G) | $7,077,625 | $6,386,250 | $5,660,750 |
| Principal | | (H) | $13,495,000 | $14,160,000 | $14,860,000 |
| Fiscal Agent or Other Fees | | ( I ) | $1,257 | $1,257 | $1,257 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $20,573,882 | $20,547,507 | $20,522,007 |

**ISSUE:**  Lake Mental Health - Series 2021A

| INTEREST RATE | MATURITY DATE | | ISSUE AMOUNT | JUNE 30, 2023 | JUNE 30, 2024 |
|---|---|---|---|---|---|
| 5.000% | 11/1/2040 | | $134,145,000 | $128,500,000 | $124,205,000 |
| | | | ACTUAL<br>FY 2021 - 2022 | ESTIMATED<br>FY 2022 - 2023 | REQUEST<br>FY 2023 - 2024 |
| Interest on Debt | | (G) | $3,585,780 | $4,934,525 | $4,714,275 |
| Principal | | (H) | $5,645,000 | $4,295,000 | $4,515,000 |
| Fiscal Agent or Other Fees | | ( I ) | | $4,750 | $4,750 |
| Other | | ( J ) | | | |
| Total Debt Service | | (K) | $9,230,780 | $9,234,275 | $9,234,025 |

*Office of Policy and Budget - July 2022*

**SCHEDULE IX:   MAJOR AUDIT FINDINGS AND RECOMMENDATIONS**          **Budget Period:  2023 - 2024**

**Department: Office of Inspector General**                      **Chief Internal Auditor:**  Paul Strickland

**Budget Entity:** Bureau of Internal Audit                       **Phone Number:** 717-3408

| (1) REPORT NUMBER | (2) PERIOD ENDING | (3) UNIT/AREA | (4) SUMMARY OF FINDINGS AND RECOMMENDATIONS | (5) SUMMARY OF CORRECTIVE ACTION TAKEN | (6) ISSUE CODE |
|---|---|---|---|---|---|
| A21018 | 8/13/2021 | Office of Institutions | **Finding 1:** The institution did not remit excess funds to the Central Office EBTF Team.<br><br>**Recommendation:**  The Warden ensure Taylor CI remits excess funds as required by Department procedure.<br>**Recommendation:**  Central Office EBTF Team consider a reduction of the authorized amount or suspension of revenue generation activities as allowed by Department procedure**.** | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issue. | Inspector General's Office/Bureau of Internal Audit |
| A21019 | 9/14/2021 | Office of Institutions | **Finding 1:** Cash was not always collected in a timely manner from the Main Unit Canteen.<br><br>**Recommendation:**  The Warden ensure the bookkeeper collects cash from the staff canteens at a minimum of every other day, excluding weekends and holidays.<br>**Finding 2:** Required monthly documentation was not always emailed to the Finance and Accounting EBTF Team at Central Office by the 15th day of the month for the preceding month's activities.<br>**Recommendation:**  The Warden ensure the bookkeeper e-mails all required monthly documentation to the Finance and Accounting EBTF Team no later than the 15th day of the month for the preceding month's activities. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issue. | Inspector General's Office/Bureau of Internal Audit |

**SCHEDULE IX:   MAJOR AUDIT FINDINGS AND RECOMMENDATIONS**          **Budget Period:  2023 - 2024**

**Department: Office of Inspector General**          **Chief Internal Auditor:**  Paul Strickland

**Budget Entity:** Bureau of Internal Audit          **Phone Number:** 717-3408

| (1) REPORT NUMBER | (2) PERIOD ENDING | (3) UNIT/AREA | (4) SUMMARY OF FINDINGS AND RECOMMENDATIONS | (5) SUMMARY OF CORRECTIVE ACTION TAKEN | (6) ISSUE CODE |
|---|---|---|---|---|---|
| A21020 | 9/16/2021 | Office of Institutions | Audit staff found cash proceeds were collected and deposited as required, and bank reconciliations were performed. Audit staff determined that internal controls over cash receipts were adequate to prevent, deter, and detect fraud. This audit did not identify any deficiencies; therefore, no findings and recommendations are presented in this audit report. | N/A | Inspector General's Office/Bureau of Internal Audit |
| A21021 | 9/22/2021 | Office of Institutions | Audit staff found cash proceeds were collected and deposited as required, and bank reconciliations were performed. Audit staff determined that internal controls over cash receipts were adequate to prevent, deter, and detect fraud. This audit did not identify any deficiencies; therefore, no findings and recommendations are presented in this audit report. | N/A | Inspector General's Office/Bureau of Internal Audit |
| A21022 | 10/19/2021 | Office of Institutions | **Finding 1:** The reviewer did not initial all deposit tickets.<br><br>**Recommendation:** The reviewer initial each validated deposit slip to ensure the daily amount recorded for sales is correct and was deposited in the bank. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issue. | Inspector General's Office/Bureau of Internal Audit |
| A21016 | 12/14/2021 | Office of Administration | **Finding 1:** Quantities of produce harvested did not agree with documentation of produce delivered. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issue. | Inspector General's Office/Bureau of Internal Audit |

**SCHEDULE IX:   MAJOR AUDIT FINDINGS AND RECOMMENDATIONS**          **Budget Period:  2023 - 2024**

**Department:** Office of Inspector General                **Chief Internal Auditor:**  Paul Strickland

**Budget Entity:** Bureau of Internal Audit                **Phone Number:** 717-3408

| (1) REPORT NUMBER | (2) PERIOD ENDING | (3) UNIT/AREA | (4) SUMMARY OF FINDINGS AND RECOMMENDATIONS | (5) SUMMARY OF CORRECTIVE ACTION TAKEN | (6) ISSUE CODE |
|---|---|---|---|---|---|
| | | | **Recommendation:** The Farm & Edible Crop Program Management require the Regional Farm Manager to perform reconciliations of harvested produce to Produce Delivery Tickets to resolve any differences thereby ensuring accountability of crops produced is maintained. | | |
| | | | **Finding 2:** DC2-410 Produce Delivery Tickets were not always signed by the receiving institutions. **Recommendation:** The Farm & Edible Crop Program Management take steps to ensure that the receiving institutions sign the DC2-410 Produce Delivery Tickets to document the accepting and accounting of crops delivered. | | |
| | | | **Finding 3:** Annual Statewide Farm and Edible Crop Program Growth Plan did not include all required data. **Recommendation:** The Farm & Edible Crop Program Management take steps to ensure that all Regional Farm Managers include all required data as outlined in DC Procedure. | | |
| | | | **Finding 4:** Annual Statewide Farm and Edible Crop Program Equipment Inventory and Maintenance Plans were not properly documented. **Recommendation:** The Farm & Edible Crop Program Management take steps to ensure that all Regional Farm Managers create annual plans for the maintenance of all equipment assigned to their regions. | | |

**SCHEDULE IX:   MAJOR AUDIT FINDINGS AND RECOMMENDATIONS**               **Budget Period:  2023 - 2024**

**Department:** Office of Inspector General                    **Chief Internal Auditor:**  Paul Strickland

**Budget Entity:** Bureau of Internal Audit                    **Phone Number:** 717-3408

| (1) REPORT NUMBER | (2) PERIOD ENDING | (3) UNIT/AREA | (4) SUMMARY OF FINDINGS AND RECOMMENDATIONS | (5) SUMMARY OF CORRECTIVE ACTION TAKEN | (6) ISSUE CODE |
|---|---|---|---|---|---|
| A21005 | 2/17/2022 | Office of Administration | **Finding  1:**  Department  form  DC2-574, Transmittal and Receipt for Records Storage, did not always contain complete information.<br><br>**Recommendation:** the Office of Administration develop controls to ensure that each DC2-574 form is completed as required by Department procedure. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issue. | Inspector General's Office/Bureau of Internal Audit |
| A22006 | 5/25/2022 | Procurement | **Finding 1:** The Bureau of Procurement did not always comply with Section 215.985(14)(a), Florida Statutes.<br><br>**Recommendation:** The Bureau of Procurement comply with Section 215.985(14)(a), Florida Statutes by taking steps to ensure correction of the deficiencies noted above and ensure all required information is entered into FACTS.<br>**Recommendation:** The Bureau of Procurement ensure unredacted confidential or exempt information in FACTS is not accessible for public view.<br>**Finding 2:** The Bureau of Procurement did not always comply with Chapter 287, Florida Statutes and Department Procedure 205.002.<br><br>**Recommendation:** The Bureau of Procurement comply with Chapter 287, Florida Statutes and Department Procedure 205.002.<br><br>**Finding 3:** Department Procedure 205.001 has language that conflicts with Chapter 287.057, Florida Statutes. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issue. | Inspector General's Office/Bureau of Internal Audit |

**SCHEDULE IX:   MAJOR AUDIT FINDINGS AND RECOMMENDATIONS**                    Budget Period:  2023 - 2024

**Department:** Office of Inspector General                    **Chief Internal Auditor:**  Paul Strickland

**Budget Entity:** Bureau of Internal Audit                    **Phone Number:** 717-3408

| (1)<br>REPORT<br>NUMBER | (2)<br>PERIOD<br>ENDING | (3)<br>UNIT/AREA | (4)<br>SUMMARY OF<br>FINDINGS AND RECOMMENDATIONS | (5)<br>SUMMARY OF<br>CORRECTIVE ACTION TAKEN | (6)<br>ISSUE<br>CODE |
|---|---|---|---|---|---|
| | | | **Recommendation:** The Bureau of Procurement amend the procedure to be in compliance with state law. | | |
| A22005 | 6/23/2022 | Office of Information Technology | This audit contained four (4) findings. The results of this audit are deemed confidential based on the provisions of Section 282.318, Florida Statutes. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issues. | Inspector General's Office/Bureau of Internal Audit |
| A22010 | 6/30/2022 | Office of Inspector General | **Finding 1:** : Current practices of processing or managing evidence or contraband by the evidence custodians are not always in compliance with the applicable Department procedure.<br><br>**Recommendation:** The Office of Inspector General, Bureau of Investigations, ensure evidence and contraband items are documented, labeled, and packaged in accordance with FDC Procedure 108.017. | Management agreed with and responded to our finding. They are taking or have taken appropriate action to rectify the audit issues. | Inspector General's Office/Bureau of Internal Audit |

*Office of Policy and Budget - June 2022*

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Department Administration | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70010200 | 70010400 | | | |
| **1.  GENERAL** | | | | | |
| 1.1  Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)?  **(CSDI or Web LBR Column Security)** | Y | Y | | | |
| 1.2  Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns?  **(CSDI)** | Y | Y | | | |
| AUDITS: | | | | | |
| 1.3  Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify.  **(EXBR, EXBA)** | Y | Y | | | |
| 1.4  Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | Y | Y | | | |
| 1.5  Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files?  **(CSDR, CSA)** | Y | Y | | | |
| TIP  The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | | |
| **2.  EXHIBIT A (EADR, EXA)** | | | | | |
| 2.1  Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | Y | Y | | | |
| 2.2  Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | Y | Y | | | |
| 2.3  Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | Y | Y | | | |
| **3.  EXHIBIT B  (EXBR, EXB)** | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Department Administration | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 3.1 | Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03?  Were the issues entered into LAS/PBS correctly?  Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | N/A | N/A | | | |
| **AUDITS:** | | | | | | |
| 3.2 | Negative Appropriation Category Audit for Agency Request (Columns A03 and A04):  Are all appropriation categories positive by budget entity and program component at the FSI level?  Are all nonrecurring amounts less than requested amounts?  **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | Y | Y | | | |
| 3.3 | Current Year Estimated Verification Comparison Report: Is Column A02 equal to Column B07?  **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | Y | Y | | | |
| TIP | Generally look for and be able to fully explain significant differences between A02 and A03. | | | | | |
| TIP | Exhibit B - A02 equal to B07:  Compares Current Year Estimated column to a backup of A02.  This audit is necessary to ensure that the historical detail records have not been adjusted.  Records selected should net to zero. | | | | | |
| TIP | Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids".  For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used.  For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | | |
| **4.  EXHIBIT D (EADR, EXD)** | | | | | | |
| 4.1 | Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | Y | Y | | | |
| 4.2 | Is the program component code and title used correct? | Y | Y | | | |
| TIP | Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | | |
| **5.  EXHIBIT D-1 (ED1R, EXD1)** | | | | | | |
| 5.1 | Are all object of expenditures positive amounts?  (This is a manual check.) | Y | Y | | | |
| **AUDITS:** | | | | | | |
| 5.2 | Do the fund totals agree with the object category totals within each appropriation category?  **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | Y | Y | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Department Administration | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 5.3 | FLAIR Expenditure/Appropriation Ledger Comparison Report: Is Column A01 less than Column B04?  **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | Y | Y | | | |
| 5.4 | A01/State Accounts Disbursements and Carry Forward Comparison Report:  Does Column A01 equal Column B08?  **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | Y | Y | | | |
| TIP | If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts.  In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | | |
| TIP | If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | | |
| TIP | Exhibit B - A01 less than B04:  This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget.  Amounts should be positive.  The $5,000 allowance is necessary for rounding. | | | | | |
| TIP | If B08 is not equal to A01, check the following:  1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created.  Note that there is a $5,000 allowance at the department level. | | | | | |
| **6.  EXHIBIT D-3  (ED3R, ED3)  (Not required in the LBR - for analytical purposes only.)** | | | | | | |
| 6.1 | Are issues appropriately aligned with appropriation categories? | Y | Y | | | |
| TIP | Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort.  Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | | |
| **7.  EXHIBIT D-3A  (EADR, ED3A)  (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 7.1 | Are the issue titles correct and do they clearly identify the issue?  (See pages 15 through 27 of the LBR Instructions.) | Y | Y | | | |
| 7.2 | Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP?  (See pages 64 through 69 of the LBR Instructions.) | Y | Y | | | |
| 7.3 | Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | N/A | Y | | | |
| 7.4 | Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field?  If the issue contains an IT component, has that component been identified and documented? | N/A | Y | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Administration |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 7.5 | Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | Y | Y | | | |
| 7.6 | Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | Y | Y | | | |
| 7.7 | Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A. (See pages 93 through 92 of the LBR Instructions.) | Y | Y | | | |
| 7.8 | Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | N/A | N/A | | | |
| 7.9 | Does the issue narrative reference the specific county(ies) where applicable? | N/A | N/A | | | |
| 7.10 | Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | N/A | N/A | | | |
| 7.11 | When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should <u>not</u> be deleted. **(PLRR, PLMO)** | N/A | N/A | | | |
| 7.12 | Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | N/A | N/A | | | |
| 7.13 | Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | N/A | N/A | | | |
| 7.14 | Do the amounts reflect appropriate FSI assignments? | Y | Y | | | |
| 7.15 | Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount? Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | N/A | N/A | | | |
| 7.16 | Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | Y | Y | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Department Administration |
|---|
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 7.17 | Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | N/A | Y | | | |
| 7.18 | Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | N/A | N/A | | | |
| 7.19 | Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | Y | Y | | | |
| AUDIT: | | | | | | |
| 7.20 | Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero?  **(GENR, LBR1)** | N/A | N/A | | | |
| 7.21 | Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero?  **(GENR, LBR2)** | N/A | N/A | | | |
| 7.22 | Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero?  **(GENR, LBR3)** | N/A | N/A | | | |
| 7.23 | Have FCO appropriations been entered into the nonrecurring column (A04)?  **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | N/A | N/A | | | |
| 7.24 | Has narrative been entered for all issues requested by the agency?  Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency.  **(NAAR, BSNR)** | Y | Y | | | |
| 7.25 | Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23?  Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23.  Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | N/A | N/A | | | |
| TIP | Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative.  Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | | |
| TIP | The issue narrative must completely and thoroughly explain and justify each D-3A issue.  Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted.  Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service): Department of Corrections/Department Administration | |
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| TIP | Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | | |
| TIP | If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | | |
| TIP | If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | | |

## 8. SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)

| | | |
|---|---|---|
| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Submitted at Department Level |
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Submitted at Department Level |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Submitted at Department Level |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | Submitted at Department Level |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative; fixed capital outlay adjustment narrative)? | Submitted at Department Level |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Submitted at Department Level |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | Submitted at Department Level |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | Submitted at Department Level |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Administration |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 8.9 | Are the revenue codes correct?  In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)?  For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Submitted at Department Level | | | | |
| 8.10 | Are the statutory authority references correct? | Submitted at Department Level | | | | |
| 8.11 | Are the General Revenue Service Charge percentage rates used for each revenue source correct?  (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Submitted at Department Level | | | | |
| 8.12 | Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | Submitted at Department Level | | | | |
| 8.13 | If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Submitted at Department Level | | | | |
| 8.14 | Are the federal funds revenues reported in Section I broken out by individual grant?  Are the correct CFDA codes used? | Submitted at Department Level | | | | |
| 8.15 | Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Submitted at Department Level | | | | |
| 8.16 | Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Submitted at Department Level | | | | |
| 8.17 | If applicable, are nonrecurring revenues entered into Column A04? | Submitted at Department Level | | | | |
| 8.18 | Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available?  Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Submitted at Department Level | | | | |
| 8.19 | Is a 5% trust fund reserve reflected in Section II?  If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Submitted at Department Level | | | | |
| 8.20 | Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Submitted at Department Level | | | | |
| 8.21 | Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Submitted at Department Level | | | | |
| 8.22 | Do transfers balance between funds (within the agency as well as between agencies)?  (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Submitted at Department Level | | | | |
| 8.23 | Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Submitted at Department Level | | | | |
| 8.24 | Are prior year September operating reversions appropriately shown in column A01, Section III? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Administration |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 8.25 | Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | Submitted at Department Level | | | | |
| 8.26 | Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | Submitted at Department Level | | | | |
| 8.27 | Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | Submitted at Department Level | | | | |
| 8.28 | Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | Submitted at Department Level | | | | |
| 8.29 | Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | Submitted at Department Level | | | | |
| AUDITS: | | | | | | |
| 8.30 | Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit). | Submitted at Department Level | | | | |
| 8.31 | Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | Submitted at Department Level | | | | |
| 8.32 | Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | Submitted at Department Level | | | | |
| 8.33 | Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | Submitted at Department Level | | | | |
| 8.34 | Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | Submitted at Department Level | | | | |
| TIP | The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | | |
| TIP | Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | | |
| TIP | Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | | |
| TIP | Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Administration |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70010200 | 70010400 | | | |
| **9.  SCHEDULE II  (PSCR, SC2)** | | | | | |
| AUDIT: | | | | | |
| 9.1  Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3? **(BRAR, BRAA - Report should print "No Records Selected For This Request")**  Note:  Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative.  (See *Base Rate Audit* on page 155 of the LBR Instructions.) | Y | N/A | | | |
| **10.  SCHEDULE III  (PSCR, SC3)** | | | | | |
| 10.1  Is the appropriate lapse amount applied?  (See page 90 of the LBR Instructions.) | Y | N/A | | | |
| 10.2  Are amounts in *Other Salary Amount* appropriate and fully justified?  (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.)  Use **OADI** or **OADR** to identify agency other salary amounts requested. | Y | N/A | | | |
| **11.  SCHEDULE IV  (EADR, SC4)** | | | | | |
| 11.1  Are the correct Information Technology (IT) issue codes used? | N/A | Y | | | |
| TIP  If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | | |
| **12.  SCHEDULE VIIIA  (EADR, SC8A)** | | | | | |
| 12.1  Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A?  Are the priority narrative explanations adequate?  Note: FCO issues can be included in the priority listing. | Submitted at Department Level | | | | |
| **13.  SCHEDULE VIIIB-1  (EADR, S8B1)** | | | | | |
| 13.1  **NOT REQUIRED FOR THIS YEAR** | | | | | |
| TIP  If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | | |
| **14.  SCHEDULE VIIIB-2  (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 14.1  Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used?  Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | Submitted at Department Level | | | | |
| TIP  Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | | |
| TIP  If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Department Administration | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70010200 | 70010400 | | | |

| | | |
|---|---|---|
| **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | |

**16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)**

| | | |
|---|---|---|
| 16.1 | Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4) (b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | Submitted at Department Level |
| 16.2 | Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | Submitted at Department Level |

| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | | | |
|---|---|---|---|---|---|---|
| 16.3 | Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  **(GENR, ACT1)** | Y | Y | | | |
| 16.4 | None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | Y | Y | | | |
| 16.5 | Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | N/A | N/A | | | |
| 16.6 | Has the agency provided the necessary standard (Record Type 5) for all activities which <u>should</u> appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | Y | Y | | | |
| 16.7 | Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | Y | Y | | | |
| TIP | If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | | |

| **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | |
|---|---|---|
| 17.1 | Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | Submitted at Department Level |
| 17.2 | Does manual exhibits tie to LAS/PBS where applicable? | Submitted at Department Level |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Administration |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70010200 | 70010400 | | | |
| 17.3 | Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | colspan6: Submitted at Department Level | | | | |
| 17.4 | Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | colspan6: Submitted at Department Level | | | | |
| 17.5 | Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | colspan6: Submitted at Department Level | | | | |
| **AUDITS - GENERAL INFORMATION** | | | | | | |
| TIP | Review *Section 6: Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | | |
| TIP | Reorganizations may cause audit errors.  Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | | |
| **18. CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 18.1 | Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | colspan6: FCO submitted separately | | | | |
| 18.2 | Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | colspan6: FCO submitted separately | | | | |
| 18.3 | Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | colspan6: FCO submitted separately | | | | |
| 18.4 | Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | colspan6: FCO submitted separately | | | | |
| 18.5 | Are the appropriate counties identified in the narrative? | colspan6: FCO submitted separately | | | | |
| 18.6 | Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | colspan6: FCO submitted separately | | | | |
| TIP | Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids". These appropriations utilize a CIP-B form as justification. | | | | | |
| **19. FLORIDA FISCAL PORTAL** | | | | | | |
| 19.1 | Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | Y | Y | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| **1.  GENERAL** | | | | | |
| 1.1 Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)?  **(CSDI or Web LBR Column Security)** | Y | Y | Y | Y | Y |
| 1.2 Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns?  **(CSDI)** | Y | Y | Y | Y | Y |
| AUDITS: | | | | | |
| 1.3 Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify.  **(EXBR, EXBA)** | Y | Y | Y | Y | Y |
| 1.4 Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | Y | Y | Y | Y | Y |
| 1.5 Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files? **(CSDR, CSA)** | Y | Y | Y | Y | Y |
| TIP  The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | | |
| **2.  EXHIBIT A (EADR, EXA)** | | | | | |
| 2.1 Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | Y | Y | Y | Y | Y |
| 2.2 Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | Y | Y | Y | Y | Y |
| 2.3 Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | Y | Y | Y | Y | Y |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| **3.  EXHIBIT B (EXBR, EXB)** | | | | | |
| 3.1  Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03?  Were the issues entered into LAS/PBS correctly?  Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | N/A | N/A | N/A | N/A | N/A |
| AUDITS: | | | | | |
| 3.2  Negative Appropriation Category Audit for Agency Request (Columns A03 and A04):  Are all appropriation categories positive by budget entity and program component at the FSI level?  Are all nonrecurring amounts less than requested amounts?  **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | Y | Y | Y | Y | Y |
| 3.3  Current Year Estimated Verification Comparison Report:  Is Column A02 equal to Column B07?  **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | Y | Y | Y | Y | Y |
| TIP  Generally look for and be able to fully explain significant differences between A02 and A03. | | | | | |
| TIP  Exhibit B - A02 equal to B07:  Compares Current Year Estimated column to a backup of A02.  This audit is necessary to ensure that the historical detail records have not been adjusted.  Records selected should net to zero. | | | | | |
| TIP  Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids".  For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used.  For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | | |
| **4.  EXHIBIT D (EADR, EXD)** | | | | | |
| 4.1  Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | Y | Y | Y | Y | Y |
| 4.2  Is the program component code and title used correct? | Y | Y | Y | Y | Y |
| TIP  Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | | |
| **5.  EXHIBIT D-1 (ED1R, EXD1)** | | | | | |
| 5.1  Are all object of expenditures positive amounts?  (This is a manual check.) | Y | Y | Y | Y | Y |
| AUDITS: | | | | | |
| 5.2  Do the fund totals agree with the object category totals within each appropriation category?  **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | Y | Y | Y | Y | Y |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| **5.3** FLAIR Expenditure/Appropriation Ledger Comparison Report:  Is Column A01 less than Column B04?  **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | Y | Y | Y | Y | Y |
| **5.4** A01/State Accounts Disbursements and Carry Forward Comparison Report:  Does Column A01 equal Column B08?  **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | Y | Y | Y | Y | Y |
| **TIP** If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts.  In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | | |
| **TIP** If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | | |
| **TIP** Exhibit B - A01 less than B04:  This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget.  Amounts should be positive.  The $5,000 allowance is necessary for rounding. | | | | | |
| **TIP** If B08 is not equal to A01, check the following:  1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created.  Note that there is a $5,000 allowance at the department level. | | | | | |
| **6.  EXHIBIT D-3  (ED3R, ED3)  (Not required in the LBR - for analytical purposes only.)** | | | | | |
| **6.1** Are issues appropriately aligned with appropriation categories? | Y | Y | Y | Y | Y |
| **TIP** Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort.  Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | | |
| **7.  EXHIBIT D-3A  (EADR, ED3A) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| **7.1** Are the issue titles correct and do they clearly identify the issue?  (See pages 15 through 27 of the LBR Instructions.) | Y | Y | Y | Y | Y |
| **7.2** Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP?  (See pages 64 through 69 of the LBR Instructions.) | Y | Y | Y | Y | Y |
| **7.3** Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | N/A | N/A | N/A | N/A | N/A |
| **7.4** Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field?  If the issue contains an IT component, has that component been identified and documented? | N/A | N/A | N/A | N/A | N/A |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| 7.5 Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | N/A | N/A | N/A | N/A | N/A |
| 7.6 Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | Y | Y | Y | Y | Y |
| 7.7 Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A.  (See pages 93 through 92 of the LBR Instructions.) | Y | Y | Y | Y | Y |
| 7.8 Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | N/A | N/A | N/A | N/A | N/A |
| 7.9 Does the issue narrative reference the specific county(ies) where applicable? | Y | Y | N/A | Y | Y |
| 7.10 Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | N/A | N/A | N/A | N/A | N/A |
| 7.11 When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should not be deleted. **(PLRR, PLMO)** | N/A | N/A | N/A | N/A | N/A |
| 7.12 Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | N/A | N/A | N/A | N/A | N/A |
| 7.13 Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | N/A | N/A | N/A | N/A | N/A |
| 7.14 Do the amounts reflect appropriate FSI assignments? | Y | Y | Y | Y | Y |
| 7.15 Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount?  Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | N/A | N/A | N/A | N/A | N/A |
| 7.16 Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | Y | Y | Y | Y | Y |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| 7.17 Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | N/A | N/A | N/A | N/A | N/A |
| 7.18 Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | N/A | N/A | N/A | N/A | N/A |
| 7.19 Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | Y | Y | Y | Y | Y |
| AUDIT: | | | | | |
| 7.20 Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero?  **(GENR, LBR1)** | N/A | N/A | N/A | N/A | N/A |
| 7.21 Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero?  **(GENR, LBR2)** | N/A | N/A | N/A | N/A | N/A |
| 7.22 Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero?  **(GENR, LBR3)** | N/A | N/A | N/A | N/A | N/A |
| 7.23 Have FCO appropriations been entered into the nonrecurring column (A04)?  **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | N/A | N/A | N/A | N/A | N/A |
| 7.24 Has narrative been entered for all issues requested by the agency?  Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency.  **(NAAR, BSNR)** | Y | Y | Y | Y | Y |
| 7.25 Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23?  Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23.  Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | N/A | N/A | N/A | N/A | N/A |
| TIP Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative.  Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | | |
| TIP The issue narrative must completely and thoroughly explain and justify each D-3A issue.  Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted.  Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | Action | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| TIP | Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | | |
| TIP | If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | | |
| TIP | If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | | |

## 8.  SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)

| | | |
|---|---|---|
| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Submitted at Department Level |
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Submitted at Department Level |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Submitted at Department Level |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | Submitted at Department Level |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative; fixed capital outlay adjustment narrative)? | Submitted at Department Level |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Submitted at Department Level |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | Submitted at Department Level |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | Submitted at Department Level |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| 8.9 | Are the revenue codes correct?  In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)?  For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Submitted at Department Level | | | | |
| 8.10 | Are the statutory authority references correct? | Submitted at Department Level | | | | |
| 8.11 | Are the General Revenue Service Charge percentage rates used for each revenue source correct?  (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Submitted at Department Level | | | | |
| 8.12 | Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | Submitted at Department Level | | | | |
| 8.13 | If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Submitted at Department Level | | | | |
| 8.14 | Are the federal funds revenues reported in Section I broken out by individual grant?  Are the correct CFDA codes used? | Submitted at Department Level | | | | |
| 8.15 | Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Submitted at Department Level | | | | |
| 8.16 | Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Submitted at Department Level | | | | |
| 8.17 | If applicable, are nonrecurring revenues entered into Column A04? | Submitted at Department Level | | | | |
| 8.18 | Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available?  Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Submitted at Department Level | | | | |
| 8.19 | Is a 5% trust fund reserve reflected in Section II?  If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Submitted at Department Level | | | | |
| 8.20 | Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Submitted at Department Level | | | | |
| 8.21 | Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Submitted at Department Level | | | | |
| 8.22 | Do transfers balance between funds (within the agency as well as between agencies)?  (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Submitted at Department Level | | | | |
| 8.23 | Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Submitted at Department Level | | | | |
| 8.24 | Are prior year September operating reversions appropriately shown in column A01, Section III? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| 8.25  Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | Submitted at Department Level | | | | |
| 8.26  Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | Submitted at Department Level | | | | |
| 8.27  Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | Submitted at Department Level | | | | |
| 8.28  Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | Submitted at Department Level | | | | |
| 8.29  Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | Submitted at Department Level | | | | |
| **AUDITS:** | | | | | |
| 8.30  Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit). | Submitted at Department Level | | | | |
| 8.31  Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | Submitted at Department Level | | | | |
| 8.32  Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | Submitted at Department Level | | | | |
| 8.33  Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | Submitted at Department Level | | | | |
| 8.34  Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | Submitted at Department Level | | | | |
| TIP  The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | | |
| TIP  Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | | |
| TIP  Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | | |
| TIP  Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| **9.  SCHEDULE II  (PSCR, SC2)** | | | | | |
| AUDIT: | | | | | |
| 9.1  Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3?  **(BRAR, BRAA - Report should print "No Records Selected For This Request")**  Note:  Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative.  (See *Base Rate Audit* on page 155 of the LBR Instructions.) | N/A | N/A | | | |
| **10.  SCHEDULE III  (PSCR, SC3)** | | | | | |
| 10.1  Is the appropriate lapse amount applied?  (See page 90 of the LBR Instructions.) | N/A | N/A | N/A | N/A | N/A |
| 10.2  Are amounts in *Other Salary Amount* appropriate and fully justified?  (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.)  Use **OADI** or **OADR** to identify agency other salary amounts requested. | Y | Y | Y | Y | Y |
| **11.  SCHEDULE IV  (EADR, SC4)** | | | | | |
| 11.1  Are the correct Information Technology (IT) issue codes used? | N/A | N/A | N/A | N/A | N/A |
| TIP  If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | | |
| **12.  SCHEDULE VIIIA  (EADR, SC8A)** | | | | | |
| 12.1  Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A?  Are the priority narrative explanations adequate? Note: FCO issues can be included in the priority listing. | | Submitted at Department Level | | | |
| **13.  SCHEDULE VIIIB-1  (EADR, S8B1)** | | | | | |
| 13.1  **NOT REQUIRED FOR THIS YEAR** | | | | | |
| TIP  If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | | |
| **14.  SCHEDULE VIIIB-2  (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 14.1  Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used? Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | | Submitted at Department Level | | | |
| TIP  Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | | |
| TIP  If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | | | | |
| **16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)** | | | | | |
| 16.1  Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4)(b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | Submitted at Department Level | | | | |
| 16.2  Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | Submitted at Department Level | | | | |
| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | | |
| 16.3  Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  **(GENR, ACT1)** | Y | Y | Y | Y | Y |
| 16.4  None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | Submitted at Department Level | | | | |
| 16.5  Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | Submitted at Department Level | | | | |
| 16.6  Has the agency provided the necessary standard (Record Type 5) for all activities which should appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | Submitted at Department Level | | | | |
| 16.7  Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | Submitted at Department Level | | | | |
| TIP  If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | | |
| **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 17.1  Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | Submitted at Department Level | | | | |
| 17.2  Does manual exhibits tie to LAS/PBS where applicable? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70031100 | 70031200 | 70031300 | 70031400 | 70031600 |
| 17.3 Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | Submitted at Department Level | | | | |
| 17.4 Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | Submitted at Department Level | | | | |
| 17.5 Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | Submitted at Department Level | | | | |
| ***AUDITS - GENERAL INFORMATION*** | | | | | |
| TIP  Review *Section 6:  Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | | |
| TIP  Reorganizations may cause audit errors.  Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | | |
| **18.  CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 18.1 Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | FCO submitted separately | | | | |
| 18.2 Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | FCO submitted separately | | | | |
| 18.3 Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | FCO submitted separately | | | | |
| 18.4 Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | FCO submitted separately | | | | |
| 18.5 Are the appropriate counties identified in the narrative? | FCO submitted separately | | | | |
| 18.6 Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | FCO submitted separately | | | | |
| TIP  Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids". These appropriations utilize a CIP-B form as justification. | | | | | |
| **19.  FLORIDA FISCAL PORTAL** | | | | | |
| 19.1 Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | Y | Y | Y | Y | Y |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |

**1.  GENERAL**

| | | | | | |
|---|---|---|---|---|---|
| 1.1 | Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)?  **(CSDI or Web LBR Column Security)** | Y | Y | | |
| 1.2 | Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns?  **(CSDI)** | Y | Y | | |

AUDITS:

| | | | | | |
|---|---|---|---|---|---|
| 1.3 | Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify.  **(EXBR, EXBA)** | Y | Y | | |
| 1.4 | Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | Y | Y | | |
| 1.5 | Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files? **(CSDR, CSA)** | Y | Y | | |
| TIP | The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | |

**2.  EXHIBIT A  (EADR, EXA)**

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | Y | Y | | |
| 2.2 | Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | Y | Y | | |
| 2.3 | Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | Y | Y | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|---|
| | | 70031900 | 70032000 | | |
| **3. EXHIBIT B (EXBR, EXB)** | | | | | |
| 3.1 | Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03?  Were the issues entered into LAS/PBS correctly?  Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | N/A | N/A | | |
| AUDITS: | | | | | |
| 3.2 | Negative Appropriation Category Audit for Agency Request (Columns A03 and A04):  Are all appropriation categories positive by budget entity and program component at the FSI level?  Are all nonrecurring amounts less than requested amounts?  **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | Y | Y | | |
| 3.3 | Current Year Estimated Verification Comparison Report:  Is Column A02 equal to Column B07?  **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | Y | Y | | |
| TIP | Generally look for and be able to fully explain significant differences between A02 and A03. | | | | |
| TIP | Exhibit B - A02 equal to B07:  Compares Current Year Estimated column to a backup of A02.  This audit is necessary to ensure that the historical detail records have not been adjusted.  Records selected should net to zero. | | | | |
| TIP | Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids".  For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used.  For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | |
| **4. EXHIBIT D (EADR, EXD)** | | | | | |
| 4.1 | Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | Y | Y | | |
| 4.2 | Is the program component code and title used correct? | Y | Y | | |
| TIP | Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | |
| **5. EXHIBIT D-1 (ED1R, EXD1)** | | | | | |
| 5.1 | Are all object of expenditures positive amounts?  (This is a manual check.) | Y | Y | | |
| AUDITS: | | | | | |
| 5.2 | Do the fund totals agree with the object category totals within each appropriation category?  **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | Y | Y | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| **5.3** FLAIR Expenditure/Appropriation Ledger Comparison Report:  Is Column A01 less than Column B04?  **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | Y | Y | | |
| **5.4** A01/State Accounts Disbursements and Carry Forward Comparison Report:  Does Column A01 equal Column B08?  **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | Y | Y | | |
| **TIP** If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts.  In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | |
| **TIP** If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | |
| **TIP** Exhibit B - A01 less than B04:  This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget.  Amounts should be positive.  The $5,000 allowance is necessary for rounding. | | | | |
| **TIP** If B08 is not equal to A01, check the following:  1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created.  Note that there is a $5,000 allowance at the department level. | | | | |
| **6.  EXHIBIT D-3  (ED3R, ED3)  (Not required in the LBR - for analytical purposes only.)** | | | | |
| **6.1** Are issues appropriately aligned with appropriation categories? | Y | Y | | |
| **TIP** Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort.  Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | |
| **7.  EXHIBIT D-3A  (EADR, ED3A) (Required to be posted to the Florida Fiscal Portal)** | | | | |
| **7.1** Are the issue titles correct and do they clearly identify the issue?  (See pages 15 through 27 of the LBR Instructions.) | Y | Y | | |
| **7.2** Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP?  (See pages 64 through 69 of the LBR Instructions.) | Y | Y | | |
| **7.3** Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | N/A | N/A | | |
| **7.4** Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field?  If the issue contains an IT component, has that component been identified and documented? | N/A | N/A | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| 7.5 Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | Y | N/A | | |
| 7.6 Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | Y | Y | | |
| 7.7 Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A.  (See pages 93 through 92 of the LBR Instructions.) | Y | Y | | |
| 7.8 Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | N/A | N/A | | |
| 7.9 Does the issue narrative reference the specific county(ies) where applicable? | Y | Y | | |
| 7.10 Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | N/A | N/A | | |
| 7.11 When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should not be deleted. **(PLRR, PLMO)** | N/A | N/A | | |
| 7.12 Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | N/A | N/A | | |
| 7.13 Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | N/A | N/A | | |
| 7.14 Do the amounts reflect appropriate FSI assignments? | Y | Y | | |
| 7.15 Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount?  Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | N/A | N/A | | |
| 7.16 Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | Y | Y | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| 7.17 Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | Y | Y | | |
| 7.18 Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | N/A | N/A | | |
| 7.19 Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | Y | Y | | |
| AUDIT: | | | | |
| 7.20 Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero?  **(GENR, LBR1)** | N/A | N/A | | |
| 7.21 Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero?  **(GENR, LBR2)** | N/A | N/A | | |
| 7.22 Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero?  **(GENR, LBR3)** | N/A | N/A | | |
| 7.23 Have FCO appropriations been entered into the nonrecurring column (A04)?  **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | N/A | Y | | |
| 7.24 Has narrative been entered for all issues requested by the agency?  Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency.  **(NAAR, BSNR)** | Y | Y | | |
| 7.25 Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23?  Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23.  Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | N/A | N/A | | |
| TIP Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative.  Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | |
| TIP The issue narrative must completely and thoroughly explain and justify each D-3A issue.  Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted.  Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| **TIP**  Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | |
| **TIP**  If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | |
| **TIP**  If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | |

## 8.  SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)

| | | |
|---|---|---|
| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Submitted at Department Level |
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Submitted at Department Level |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Submitted at Department Level |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | Submitted at Department Level |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative**;** fixed capital outlay adjustment narrative)? | Submitted at Department Level |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Submitted at Department Level |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | Submitted at Department Level |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | Submitted at Department Level |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| 8.9 Are the revenue codes correct?  In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)?  For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Submitted at Department Level | | | |
| 8.10 Are the statutory authority references correct? | Submitted at Department Level | | | |
| 8.11 Are the General Revenue Service Charge percentage rates used for each revenue source correct?  (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Submitted at Department Level | | | |
| 8.12 Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | Submitted at Department Level | | | |
| 8.13 If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Submitted at Department Level | | | |
| 8.14 Are the federal funds revenues reported in Section I broken out by individual grant?  Are the correct CFDA codes used? | Submitted at Department Level | | | |
| 8.15 Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Submitted at Department Level | | | |
| 8.16 Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Submitted at Department Level | | | |
| 8.17 If applicable, are nonrecurring revenues entered into Column A04? | Submitted at Department Level | | | |
| 8.18 Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available?  Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Submitted at Department Level | | | |
| 8.19 Is a 5% trust fund reserve reflected in Section II?  If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Submitted at Department Level | | | |
| 8.20 Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Submitted at Department Level | | | |
| 8.21 Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Submitted at Department Level | | | |
| 8.22 Do transfers balance between funds (within the agency as well as between agencies)?  (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Submitted at Department Level | | | |
| 8.23 Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Submitted at Department Level | | | |
| 8.24 Are prior year September operating reversions appropriately shown in column A01, Section III? | Submitted at Department Level | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|---|
| | | 70031900 | 70032000 | | |
| 8.25 | Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | Submitted at Department Level | | | |
| 8.26 | Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | Submitted at Department Level | | | |
| 8.27 | Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | Submitted at Department Level | | | |
| 8.28 | Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | Submitted at Department Level | | | |
| 8.29 | Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | Submitted at Department Level | | | |
| AUDITS: | | | | | |
| 8.30 | Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit.) | Submitted at Department Level | | | |
| 8.31 | Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | Submitted at Department Level | | | |
| 8.32 | Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | Submitted at Department Level | | | |
| 8.33 | Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | Submitted at Department Level | | | |
| 8.34 | Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | Submitted at Department Level | | | |
| TIP | The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | |
| TIP | Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | |
| TIP | Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | |
| TIP | Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| **9.  SCHEDULE II  (PSCR, SC2)** | | | | |
| AUDIT: | | | | |
| 9.1    Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3?  **(BRAR, BRAA - Report should print "No Records Selected For This Request")**  Note:  Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative.  (See *Base Rate Audit* on page 155 of the LBR Instructions.) | N/A | N/A | | |
| **10.  SCHEDULE III  (PSCR, SC3)** | | | | |
| 10.1    Is the appropriate lapse amount applied?  (See page 90 of the LBR Instructions.) | N/A | N/A | | |
| 10.2    Are amounts in *Other Salary Amount* appropriate and fully justified?  (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.)  Use **OADI** or **OADR** to identify agency other salary amounts requested. | Y | Y | | |
| **11.  SCHEDULE IV  (EADR, SC4)** | | | | |
| 11.1    Are the correct Information Technology (IT) issue codes used? | N/A | N/A | | |
| TIP    If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | |
| **12.  SCHEDULE VIIIA  (EADR, SC8A)** | | | | |
| 12.1    Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A?  Are the priority narrative explanations adequate? Note: FCO issues can be included in the priority listing. | Submitted at Department Level | | | |
| **13.  SCHEDULE VIIIB-1  (EADR, S8B1)** | | | | |
| 13.1    **NOT REQUIRED FOR THIS YEAR** | | | | |
| TIP    If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | |
| **14.  SCHEDULE VIIIB-2  (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | |
| 14.1    Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used?  Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | Submitted at Department Level | | | |
| TIP    Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | |
| TIP    If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70031900 | 70032000 | | |
| **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | | | |
| **16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)** | | | | |
| 16.1  Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4)(b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | Submitted at Department Level | | | |
| 16.2  Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | Submitted at Department Level | | | |
| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | |
| 16.3  Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  (**GENR, ACT1**) | Y | Y | | |
| 16.4  None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | Submitted at Department Level | | | |
| 16.5  Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | Submitted at Department Level | | | |
| 16.6  Has the agency provided the necessary standard (Record Type 5) for all activities which should appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | Submitted at Department Level | | | |
| 16.7  Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | Submitted at Department Level | | | |
| TIP  If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | |
| **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | | | |
| 17.1  Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | Submitted at Department Level | | | |
| 17.2  Does manual exhibits tie to LAS/PBS where applicable? | Submitted at Department Level | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Security and Institutional Operations |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|---|
| | Action | 70031900 | 70032000 | | |
| 17.3 | Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | Submitted at Department Level | | | |
| 17.4 | Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | Submitted at Department Level | | | |
| 17.5 | Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | Submitted at Department Level | | | |
| *AUDITS - GENERAL INFORMATION* | | | | | |
| TIP | Review *Section 6:  Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | |
| TIP | Reorganizations may cause audit errors.  Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | |
| **18.  CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 18.1 | Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | FCO submitted separately | | | |
| 18.2 | Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | FCO submitted separately | | | |
| 18.3 | Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | FCO submitted separately | | | |
| 18.4 | Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | FCO submitted separately | | | |
| 18.5 | Are the appropriate counties identified in the narrative? | FCO submitted separately | | | |
| 18.6 | Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | FCO submitted separately | | | |
| TIP | Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids".  These appropriations utilize a CIP-B form as justification. | | | | |
| **19. FLORIDA FISCAL PORTAL** | | | | | |
| 19.1 | Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | Y | Y | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/ Community Corrections | |
| Agency Budget Officer/OPB Analyst Name:   Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70050100 | | | | |

### 1. GENERAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.1 | Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)? **(CSDI or Web LBR Column Security)** | Y | | | | |
| 1.2 | Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns? **(CSDI)** | Y | | | | |

**AUDITS:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.3 | Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify. **(EXBR, EXBA)** | Y | | | | |
| 1.4 | Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | Y | | | | |
| 1.5 | Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files? **(CSDR, CSA)** | Y | | | | |
| TIP | The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | | |

### 2. EXHIBIT A (EADR, EXA)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.1 | Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | Y | | | | |
| 2.2 | Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | Y | | | | |
| 2.3 | Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/ Community Corrections

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70050100 | | | | |
| **3.  EXHIBIT B  (EXBR, EXB)** | | | | | |
| 3.1  Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03?  Were the issues entered into LAS/PBS correctly?  Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | N/A | | | | |
| AUDITS: | | | | | |
| 3.2  Negative Appropriation Category Audit for Agency Request (Columns A03 and A04):  Are all appropriation categories positive by budget entity and program component at the FSI level?  Are all nonrecurring amounts less than requested amounts?  **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | Y | | | | |
| 3.3  Current Year Estimated Verification Comparison Report:  Is Column A02 equal to Column B07?  **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | Y | | | | |
| TIP  Generally look for and be able to fully explain significant differences between A02 and A03. | | | | | |
| TIP  Exhibit B - A02 equal to B07:  Compares Current Year Estimated column to a backup of A02.  This audit is necessary to ensure that the historical detail records have not been adjusted.  Records selected should net to zero. | | | | | |
| TIP  Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids".  For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used.  For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | | |
| **4.  EXHIBIT D  (EADR, EXD)** | | | | | |
| 4.1  Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | Y | | | | |
| 4.2  Is the program component code and title used correct? | Y | | | | |
| TIP  Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | | |
| **5.  EXHIBIT D-1  (ED1R, EXD1)** | | | | | |
| 5.1  Are all object of expenditures positive amounts?  (This is a manual check.) | Y | | | | |
| AUDITS: | | | | | |
| 5.2  Do the fund totals agree with the object category totals within each appropriation category?  **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/ Community Corrections |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70050100 | | | | |
| 5.3 | FLAIR Expenditure/Appropriation Ledger Comparison Report: Is Column A01 less than Column B04? **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | Y | | | | |
| 5.4 | A01/State Accounts Disbursements and Carry Forward Comparison Report: Does Column A01 equal Column B08? **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | Y | | | | |
| TIP | If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts. In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | | |
| TIP | If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | | |
| TIP | Exhibit B - A01 less than B04: This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget. Amounts should be positive. The $5,000 allowance is necessary for rounding. | | | | | |
| TIP | If B08 is not equal to A01, check the following: 1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created. Note that there is a $5,000 allowance at the department level. | | | | | |
| **6. EXHIBIT D-3 (ED3R, ED3) (Not required in the LBR - for analytical purposes only.)** | | | | | | |
| 6.1 | Are issues appropriately aligned with appropriation categories? | Y | | | | |
| TIP | Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort. Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | | |
| **7. EXHIBIT D-3A (EADR, ED3A) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 7.1 | Are the issue titles correct and do they clearly identify the issue? (See pages 15 through 27 of the LBR Instructions.) | Y | | | | |
| 7.2 | Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP? (See pages 64 through 69 of the LBR Instructions.) | Y | | | | |
| 7.3 | Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | N/A | | | | |
| 7.4 | Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field? If the issue contains an IT component, has that component been identified and documented? | N/A | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/ Community Corrections

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70050100 | | | | |
| 7.5 | Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | Y | | | | |
| 7.6 | Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | Y | | | | |
| 7.7 | Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A.  (See pages 93 through 92 of the LBR Instructions.) | Y | | | | |
| 7.8 | Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | N/A | | | | |
| 7.9 | Does the issue narrative reference the specific county(ies) where applicable? | N/A | | | | |
| 7.10 | Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | N/A | | | | |
| 7.11 | When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should not be deleted. **(PLRR, PLMO)** | N/A | | | | |
| 7.12 | Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | N/A | | | | |
| 7.13 | Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | N/A | | | | |
| 7.14 | Do the amounts reflect appropriate FSI assignments? | Y | | | | |
| 7.15 | Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount?  Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | N/A | | | | |
| 7.16 | Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/ Community Corrections |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70050100 | | | | |
| 7.17 | Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | N/A | | | | |
| 7.18 | Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | N/A | | | | |
| 7.19 | Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | Y | | | | |
| AUDIT: | | | | | | |
| 7.20 | Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero? **(GENR, LBR1)** | N/A | | | | |
| 7.21 | Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero? **(GENR, LBR2)** | N/A | | | | |
| 7.22 | Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero? **(GENR, LBR3)** | N/A | | | | |
| 7.23 | Have FCO appropriations been entered into the nonrecurring column (A04)? **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | N/A | | | | |
| 7.24 | Has narrative been entered for all issues requested by the agency? Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency. **(NAAR, BSNR)** | Y | | | | |
| 7.25 | Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23? Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23. Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | N/A | | | | |
| TIP | Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative. Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | | |
| TIP | The issue narrative must completely and thoroughly explain and justify each D-3A issue. Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted. Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/ Community Corrections |
|---|

| Agency Budget Officer/OPB Analyst Name:   Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | 70050100 | | | | |
|---|---|---|---|---|---|---|
| | | | | Program or Service (Budget Entity Codes) | | |
| TIP | Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | | |
| TIP | If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | | |
| TIP | If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | | |

## 8.  SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)

| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Submitted at Department Level |
|---|---|---|
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Submitted at Department Level |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Submitted at Department Level |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | Submitted at Department Level |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative; fixed capital outlay adjustment narrative)? | Submitted at Department Level |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Submitted at Department Level |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | Submitted at Department Level |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | Submitted at Department Level |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/ Community Corrections |
|---|
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70050100 | | | | |
| 8.9 | Are the revenue codes correct? In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)? For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Submitted at Department Level | | | | |
| 8.10 | Are the statutory authority references correct? | Submitted at Department Level | | | | |
| 8.11 | Are the General Revenue Service Charge percentage rates used for each revenue source correct? (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Submitted at Department Level | | | | |
| 8.12 | Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | Submitted at Department Level | | | | |
| 8.13 | If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Submitted at Department Level | | | | |
| 8.14 | Are the federal funds revenues reported in Section I broken out by individual grant? Are the correct CFDA codes used? | Submitted at Department Level | | | | |
| 8.15 | Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Submitted at Department Level | | | | |
| 8.16 | Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Submitted at Department Level | | | | |
| 8.17 | If applicable, are nonrecurring revenues entered into Column A04? | Submitted at Department Level | | | | |
| 8.18 | Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available? Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Submitted at Department Level | | | | |
| 8.19 | Is a 5% trust fund reserve reflected in Section II? If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Submitted at Department Level | | | | |
| 8.20 | Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Submitted at Department Level | | | | |
| 8.21 | Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Submitted at Department Level | | | | |
| 8.22 | Do transfers balance between funds (within the agency as well as between agencies)? (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Submitted at Department Level | | | | |
| 8.23 | Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Submitted at Department Level | | | | |
| 8.24 | Are prior year September operating reversions appropriately shown in column A01, Section III? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/ Community Corrections |
|---|

| Agency Budget Officer/OPB Analyst Name:   Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70050100 | | | | |
| 8.25 | Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | Submitted at Department Level | | | | |
| 8.26 | Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | Submitted at Department Level | | | | |
| 8.27 | Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | Submitted at Department Level | | | | |
| 8.28 | Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | Submitted at Department Level | | | | |
| 8.29 | Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | Submitted at Department Level | | | | |
| **AUDITS:** | | | | | | |
| 8.30 | Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit). | Submitted at Department Level | | | | |
| 8.31 | Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | Submitted at Department Level | | | | |
| 8.32 | Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | Submitted at Department Level | | | | |
| 8.33 | Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | Submitted at Department Level | | | | |
| 8.34 | Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | Submitted at Department Level | | | | |
| TIP | The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | | |
| TIP | Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | | |
| TIP | Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | | |
| TIP | Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/ Community Corrections

Agency Budget Officer/OPB Analyst Name:   Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|
| | 70050100 | | | |
| **9.  SCHEDULE II  (PSCR, SC2)** | | | | |
| AUDIT: | | | | |
| 9.1  Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3?  **(BRAR, BRAA - Report should print "No Records Selected For This Request")**  Note:  Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative.  (See *Base Rate Audit* on page 155 of the LBR Instructions.) | Y | | | |
| **10.  SCHEDULE III  (PSCR, SC3)** | | | | |
| 10.1  Is the appropriate lapse amount applied?  (See page 90 of the LBR Instructions.) | N/A | | | |
| 10.2  Are amounts in *Other Salary Amount* appropriate and fully justified?  (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.)  Use **OADI** or **OADR** to identify agency other salary amounts requested. | Y | | | |
| **11.  SCHEDULE IV  (EADR, SC4)** | | | | |
| 11.1  Are the correct Information Technology (IT) issue codes used? | N/A | | | |
| TIP  If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | |
| **12.  SCHEDULE VIIIA  (EADR, SC8A)** | | | | |
| 12.1  Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A?  Are the priority narrative explanations adequate? Note: FCO issues can be included in the priority listing. | Submitted at Department Level | | | |
| **13.  SCHEDULE VIIIB-1  (EADR, S8B1)** | | | | |
| 13.1  **NOT REQUIRED FOR THIS YEAR** | N/A | | | |
| TIP  If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | |
| **14.  SCHEDULE VIIIB-2  (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | |
| 14.1  Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used?  Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | Submitted at Department Level | | | |
| TIP  Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | |
| TIP  If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/ Community Corrections | |
| Agency Budget Officer/OPB Analyst Name:   Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70050100 | | | | |
| **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | | | | |
| **16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)** | | | | | |
| 16.1 Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4) (b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | Submitted at Department Level | | | | |
| 16.2 Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | Submitted at Department Level | | | | |
| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | | |
| 16.3 Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  **(GENR, ACT1)** | Y | | | | |
| 16.4 None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | Y | | | | |
| 16.5 Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | N/A | | | | |
| 16.6 Has the agency provided the necessary standard (Record Type 5) for all activities which should appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | Y | | | | |
| 16.7 Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | Y | | | | |
| TIP   If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | | |
| **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 17.1 Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | Submitted at Department Level | | | | |
| 17.2 Does manual exhibits tie to LAS/PBS where applicable? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/ Community Corrections |
| --- |
| Agency Budget Officer/OPB Analyst Name:   Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 70050100 | | | | |
| 17.3 | Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | Submitted at Department Level | | | | |
| 17.4 | Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | Submitted at Department Level | | | | |
| 17.5 | Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | Submitted at Department Level | | | | |
| **AUDITS - GENERAL INFORMATION** | | | | | | |
| TIP | Review *Section 6:  Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | | |
| TIP | Reorganizations may cause audit errors.  Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | | |
| **18. CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 18.1 | Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | FCO submitted separately | | | | |
| 18.2 | Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | FCO submitted separately | | | | |
| 18.3 | Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | FCO submitted separately | | | | |
| 18.4 | Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | FCO submitted separately | | | | |
| 18.5 | Are the appropriate counties identified in the narrative? | FCO submitted separately | | | | |
| 18.6 | Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | FCO submitted separately | | | | |
| TIP | Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids". These appropriations utilize a CIP-B form as justification. | | | | | |
| **19. FLORIDA FISCAL PORTAL** | | | | | | |
| 19.1 | Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Health Services | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70251000 | | | | |

| | **1. GENERAL** | | | | | |
|---|---|---|---|---|---|---|
| 1.1 | Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)?  **(CSDI or Web LBR Column Security)** | Y | | | | |
| 1.2 | Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns?  **(CSDI)** | Y | | | | |
| AUDITS: | | | | | | |
| 1.3 | Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify.  **(EXBR, EXBA)** | Y | | | | |
| 1.4 | Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | Y | | | | |
| 1.5 | Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files?  **(CSDR, CSA)** | Y | | | | |
| TIP | The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | | |
| | **2. EXHIBIT A (EADR, EXA)** | | | | | |
| 2.1 | Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | Y | | | | |
| 2.2 | Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | Y | | | | |
| 2.3 | Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Health Services |
| --- |

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
| --- |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 70251000 | | | | |
| **3.  EXHIBIT B  (EXBR, EXB)** | | | | | |
| 3.1 Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03?  Were the issues entered into LAS/PBS correctly?  Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | N/A | | | | |
| AUDITS: | | | | | |
| 3.2 Negative Appropriation Category Audit for Agency Request (Columns A03 and A04):  Are all appropriation categories positive by budget entity and program component at the FSI level?  Are all nonrecurring amounts less than requested amounts?  **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | Y | | | | |
| 3.3 Current Year Estimated Verification Comparison Report:  Is Column A02 equal to Column B07?  **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | Y | | | | |
| TIP Generally look for and be able to fully explain significant differences between A02 and A03. | | | | | |
| TIP Exhibit B - A02 equal to B07:  Compares Current Year Estimated column to a backup of A02.  This audit is necessary to ensure that the historical detail records have not been adjusted.  Records selected should net to zero. | | | | | |
| TIP Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids".  For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used.  For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | | |
| **4.  EXHIBIT D  (EADR, EXD)** | | | | | |
| 4.1 Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | Y | | | | |
| 4.2 Is the program component code and title used correct? | Y | | | | |
| TIP Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | | |
| **5.  EXHIBIT D-1  (ED1R, EXD1)** | | | | | |
| 5.1 Are all object of expenditures positive amounts?  (This is a manual check.) | Y | | | | |
| AUDITS: | | | | | |
| 5.2 Do the fund totals agree with the object category totals within each appropriation category?  **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Health Services |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70251000 | | | | |
| 5.3 | FLAIR Expenditure/Appropriation Ledger Comparison Report:  Is Column A01 less than Column B04?  **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | Y | | | | |
| 5.4 | A01/State Accounts Disbursements and Carry Forward Comparison Report:  Does Column A01 equal Column B08?  **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | Y | | | | |
| TIP | If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts.  In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | | |
| TIP | If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | | |
| TIP | Exhibit B - A01 less than B04:  This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget.  Amounts should be positive.  The $5,000 allowance is necessary for rounding. | | | | | |
| TIP | If B08 is not equal to A01, check the following:  1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created.  Note that there is a $5,000 allowance at the department level. | | | | | |
| **6. EXHIBIT D-3  (ED3R, ED3)  (Not required in the LBR - for analytical purposes only.)** | | | | | | |
| 6.1 | Are issues appropriately aligned with appropriation categories? | Y | | | | |
| TIP | Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort.  Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | | |
| **7.  EXHIBIT D-3A  (EADR, ED3A) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 7.1 | Are the issue titles correct and do they clearly identify the issue?  (See pages 15 through 27 of the LBR Instructions.) | Y | | | | |
| 7.2 | Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP?  (See pages 64 through 69 of the LBR Instructions.) | Y | | | | |
| 7.3 | Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | N/A | | | | |
| 7.4 | Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field?  If the issue contains an IT component, has that component been identified and documented? | N/A | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Health Services

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70251000 | | | | |
| 7.5 | Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | Y | | | | |
| 7.6 | Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | Y | | | | |
| 7.7 | Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A.  (See pages 93 through 92 of the LBR Instructions.) | Y | | | | |
| 7.8 | Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | N/A | | | | |
| 7.9 | Does the issue narrative reference the specific county(ies) where applicable? | N/A | | | | |
| 7.10 | Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | N/A | | | | |
| 7.11 | When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should not be deleted. **(PLRR, PLMO)** | N/A | | | | |
| 7.12 | Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | N/A | | | | |
| 7.13 | Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | N/A | | | | |
| 7.14 | Do the amounts reflect appropriate FSI assignments? | Y | | | | |
| 7.15 | Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount?  Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | N/A | | | | |
| 7.16 | Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Health Services | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70251000 | | | | |
| 7.17 | Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | N/A | | | | |
| 7.18 | Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | N/A | | | | |
| 7.19 | Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | Y | | | | |
| AUDIT: | | | | | | |
| 7.20 | Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero?  **(GENR, LBR1)** | N/A | | | | |
| 7.21 | Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero?  **(GENR, LBR2)** | N/A | | | | |
| 7.22 | Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero?  **(GENR, LBR3)** | N/A | | | | |
| 7.23 | Have FCO appropriations been entered into the nonrecurring column (A04)? **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | N/A | | | | |
| 7.24 | Has narrative been entered for all issues requested by the agency?  Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency.  **(NAAR, BSNR)** | Y | | | | |
| 7.25 | Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23?  Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23.  Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | N/A | | | | |
| TIP | Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative.  Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | | |
| TIP | The issue narrative must completely and thoroughly explain and justify each D-3A issue.  Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted.  Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Health Services | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | Action | 70251000 | | | | |
| TIP | Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | | |
| TIP | If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | | |
| TIP | If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | | |

## 8. SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)

| | | |
|---|---|---|
| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Submitted at Department Level |
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Submitted at Department Level |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Submitted at Department Level |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | Submitted at Department Level |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative; fixed capital outlay adjustment narrative)? | Submitted at Department Level |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Submitted at Department Level |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | Submitted at Department Level |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | Submitted at Department Level |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Health Services |
| --- |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 70251000 | | | | |
| 8.9 | Are the revenue codes correct?  In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)?  For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Submitted at Department Level | | | | |
| 8.10 | Are the statutory authority references correct? | Submitted at Department Level | | | | |
| 8.11 | Are the General Revenue Service Charge percentage rates used for each revenue source correct?  (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Submitted at Department Level | | | | |
| 8.12 | Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | Submitted at Department Level | | | | |
| 8.13 | If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Submitted at Department Level | | | | |
| 8.14 | Are the federal funds revenues reported in Section I broken out by individual grant?  Are the correct CFDA codes used? | Submitted at Department Level | | | | |
| 8.15 | Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Submitted at Department Level | | | | |
| 8.16 | Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Submitted at Department Level | | | | |
| 8.17 | If applicable, are nonrecurring revenues entered into Column A04? | Submitted at Department Level | | | | |
| 8.18 | Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available?  Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Submitted at Department Level | | | | |
| 8.19 | Is a 5% trust fund reserve reflected in Section II?  If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Submitted at Department Level | | | | |
| 8.20 | Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Submitted at Department Level | | | | |
| 8.21 | Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Submitted at Department Level | | | | |
| 8.22 | Do transfers balance between funds (within the agency as well as between agencies)?  (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Submitted at Department Level | | | | |
| 8.23 | Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Submitted at Department Level | | | | |
| 8.24 | Are prior year September operating reversions appropriately shown in column A01, Section III? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Health Services |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | | 70251000 | | | | |
| 8.25 | Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | Submitted at Department Level | | | | |
| 8.26 | Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | Submitted at Department Level | | | | |
| 8.27 | Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | Submitted at Department Level | | | | |
| 8.28 | Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | Submitted at Department Level | | | | |
| 8.29 | Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | Submitted at Department Level | | | | |
| AUDITS: | | | | | | |
| 8.30 | Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit). | Submitted at Department Level | | | | |
| 8.31 | Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | Submitted at Department Level | | | | |
| 8.32 | Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | Submitted at Department Level | | | | |
| 8.33 | Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | Submitted at Department Level | | | | |
| 8.34 | Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | Submitted at Department Level | | | | |
| TIP | The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | | |
| TIP | Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | | |
| TIP | Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | | |
| TIP | Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Health Services | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70251000 | | | | |
| **9.  SCHEDULE II  (PSCR, SC2)** | | | | | |
| AUDIT: | | | | | |
| 9.1   Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3?  **(BRAR, BRAA - Report should print "No Records Selected For This Request")**  Note:  Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative.  (See *Base Rate Audit* on page 155 of the LBR Instructions.) | Y | | | | |
| **10.  SCHEDULE III  (PSCR, SC3)** | | | | | |
| 10.1   Is the appropriate lapse amount applied?  (See page 90 of the LBR Instructions.) | N/A | | | | |
| 10.2   Are amounts in *Other Salary Amount* appropriate and fully justified?  (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.) Use **OADI** or **OADR** to identify agency other salary amounts requested. | Y | | | | |
| **11.  SCHEDULE IV  (EADR, SC4)** | | | | | |
| 11.1   Are the correct Information Technology (IT) issue codes used? | N/A | | | | |
| TIP   If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | | |
| **12.  SCHEDULE VIIIA  (EADR, SC8A)** | | | | | |
| 12.1   Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A?  Are the priority narrative explanations adequate? Note: FCO issues can be included in the priority listing. | Submitted at Department Level | | | | |
| **13.  SCHEDULE VIIIB-1  (EADR, S8B1)** | | | | | |
| 13.1   **NOT REQUIRED FOR THIS YEAR** | N/A | | | | |
| TIP   If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | | |
| **14.  SCHEDULE VIIIB-2  (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 14.1   Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used? Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | Submitted at Department Level | | | | |
| TIP   Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | | |
| TIP   If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Health Services |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| | 70251000 | | | | |

| **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | | | | |
|---|---|---|---|---|---|
| **16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)** | | | | | |
| 16.1 | Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4) (b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | Submitted at Department Level | | | | |
| 16.2 | Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | Submitted at Department Level | | | | |
| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | | |
| 16.3 | Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  **(GENR, ACT1)** | Y | | | | |
| 16.4 | None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | N/A | | | | |
| 16.5 | Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | N/A | | | | |
| 16.6 | Has the agency provided the necessary standard (Record Type 5) for all activities which should appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | N/A | | | | |
| 16.7 | Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | Y | | | | |
| TIP | If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | | |
| **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 17.1 | Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | Submitted at Department Level | | | | |
| 17.2 | Does manual exhibits tie to LAS/PBS where applicable? | Submitted at Department Level | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Health Services |
| --- |
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 70251000 | | | | |
| 17.3 | Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | Submitted at Department Level | | | | |
| 17.4 | Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | Submitted at Department Level | | | | |
| 17.5 | Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | Submitted at Department Level | | | | |
| **AUDITS - GENERAL INFORMATION** | | | | | | |
| TIP | Review *Section 6: Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | | |
| TIP | Reorganizations may cause audit errors. Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | | |
| **18. CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 18.1 | Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | FCO Submitted Separately | | | | |
| 18.2 | Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | FCO Submitted Separately | | | | |
| 18.3 | Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | FCO Submitted Separately | | | | |
| 18.4 | Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | FCO Submitted Separately | | | | |
| 18.5 | Are the appropriate counties identified in the narrative? | FCO Submitted Separately | | | | |
| 18.6 | Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | FCO Submitted Separately | | | | |
| TIP | Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids". These appropriations utilize a CIP-B form as justification. | | | | | |
| **19. FLORIDA FISCAL PORTAL** | | | | | | |
| 19.1 | Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity C | | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| **1. GENERAL** | | | | | |
| 1.1 | Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)? **(CSDI or Web LBR Column Security)** | Y | Y | Y | Y |
| 1.2 | Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns? **(CSDI)** | Y | Y | Y | Y |
| **AUDITS:** | | | | | |
| 1.3 | Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify. **(EXBR, EXBA)** | Y | Y | Y | Y |
| 1.4 | Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | Y | Y | Y | Y |
| 1.5 | Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files? **(CSDR, CSA)** | Y | Y | Y | Y |
| TIP | The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | |
| **2. EXHIBIT A  (EADR, EXA)** | | | | | |
| 2.1 | Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | Y | Y | Y | Y |
| 2.2 | Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | Y | Y | Y | Y |
| 2.3 | Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | N/A | Y | N/A | N/A |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity C | | | |
|---|---|---|---|---|
| | 70450100 | 70450200 | 70450300 | 70450400 |
| **3. EXHIBIT B (EXBR, EXB)** | | | | |
| 3.1 Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03? Were the issues entered into LAS/PBS correctly? Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | N/A | N/A | N/A | N/A |
| **AUDITS:** | | | | |
| 3.2 Negative Appropriation Category Audit for Agency Request (Columns A03 and A04): Are all appropriation categories positive by budget entity and program component at the FSI level? Are all nonrecurring amounts less than requested amounts? **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | Y | Y | Y | Y |
| 3.3 Current Year Estimated Verification Comparison Report: Is Column A02 equal to Column B07? **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | Y | Y | Y | Y |
| TIP Generally look for and be able to fully explain significant differences between A02 and A03. | | | | |
| TIP Exhibit B - A02 equal to B07: Compares Current Year Estimated column to a backup of A02. This audit is necessary to ensure that the historical detail records have not been adjusted. Records selected should net to zero. | | | | |
| TIP Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids". For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used. For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | |
| **4. EXHIBIT D (EADR, EXD)** | | | | |
| 4.1 Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | Y | Y | Y | Y |
| 4.2 Is the program component code and title used correct? | Y | Y | Y | Y |
| TIP Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | |
| **5. EXHIBIT D-1 (ED1R, EXD1)** | | | | |
| 5.1 Are all object of expenditures positive amounts? (This is a manual check.) | Y | Y | Y | Y |
| **AUDITS:** | | | | |
| 5.2 Do the fund totals agree with the object category totals within each appropriation category? **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | Y | Y | Y | Y |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Co | | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| 5.3 | FLAIR Expenditure/Appropriation Ledger Comparison Report: Is Column A01 less than Column B04? **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | Y | Y | Y | Y |
| 5.4 | A01/State Accounts Disbursements and Carry Forward Comparison Report: Does Column A01 equal Column B08? **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | Y | Y | Y | Y |
| TIP | If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts. In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | |
| TIP | If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | |
| TIP | Exhibit B - A01 less than B04: This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget. Amounts should be positive. The $5,000 allowance is necessary for rounding. | | | | |
| TIP | If B08 is not equal to A01, check the following: 1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created. Note that there is a $5,000 allowance at the department level. | | | | |
| **6. EXHIBIT D-3  (ED3R, ED3)  (Not required in the LBR - for analytical purposes only.)** | | | | | |
| 6.1 | Are issues appropriately aligned with appropriation categories? | Y | Y | Y | Y |
| TIP | Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort. Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | |
| **7. EXHIBIT D-3A  (EADR, ED3A) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 7.1 | Are the issue titles correct and do they clearly identify the issue? (See pages 15 through 27 of the LBR Instructions.) | N/A | Y | N/A | N/A |
| 7.2 | Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP? (See pages 64 through 69 of the LBR Instructions.) | N/A | Y | N/A | N/A |
| 7.3 | Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | N/A | N/A | N/A | N/A |
| 7.4 | Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field? If the issue contains an IT component, has that component been identified and documented? | N/A | N/A | N/A | N/A |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Co | | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| 7.5 | Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | N/A | Y | N/A | N/A |
| 7.6 | Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | N/A | Y | N/A | N/A |
| 7.7 | Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A.  (See pages 93 through 92 of the LBR Instructions.) | Y | Y | Y | N/A |
| 7.8 | Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | N/A | N/A | N/A | N/A |
| 7.9 | Does the issue narrative reference the specific county(ies) where applicable? | N/A | N/A | N/A | N/A |
| 7.10 | Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | N/A | N/A | N/A | N/A |
| 7.11 | When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should <u>not</u> be deleted. **(PLRR, PLMO)** | N/A | N/A | N/A | N/A |
| 7.12 | Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | N/A | N/A | N/A | N/A |
| 7.13 | Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | N/A | N/A | N/A | N/A |
| 7.14 | Do the amounts reflect appropriate FSI assignments? | Y | Y | Y | N/A |
| 7.15 | Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount?  Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | N/A | N/A | N/A | N/A |
| 7.16 | Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | Y | Y | Y | N/A |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity C| | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| 7.17 | Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | N/A | N/A | N/A | N/A |
| 7.18 | Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | N/A | N/A | N/A | N/A |
| 7.19 | Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | Y | Y | Y | N/A |
| AUDIT: | | | | | |
| 7.20 | Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero? **(GENR, LBR1)** | N/A | N/A | N/A | N/A |
| 7.21 | Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero? **(GENR, LBR2)** | N/A | N/A | N/A | N/A |
| 7.22 | Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero? **(GENR, LBR3)** | N/A | N/A | N/A | N/A |
| 7.23 | Have FCO appropriations been entered into the nonrecurring column (A04)? **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | N/A | N/A | N/A | N/A |
| 7.24 | Has narrative been entered for all issues requested by the agency? Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency. **(NAAR, BSNR)** | Y | Y | Y | N/A |
| 7.25 | Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23? Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23. Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | N/A | N/A | N/A | N/A |
| TIP | Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative. Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | |
| TIP | The issue narrative must completely and thoroughly explain and justify each D-3A issue. Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted. Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | | Program or Service (Budget Entity C | | | |
|---|---|---|---|---|---|
| | Action | 70450100 | 70450200 | 70450300 | 70450400 |
| TIP | Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | |
| TIP | If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | |
| TIP | If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | |
| **8.  SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Submitted at Department Leve | | | |
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Submitted at Department Leve | | | |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Submitted at Department Leve | | | |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | Submitted at Department Leve | | | |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative; fixed capital outlay adjustment narrative)? | Submitted at Department Leve | | | |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Submitted at Department Leve | | | |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | Submitted at Department Leve | | | |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | Submitted at Department Leve | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity C | | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| 8.9 | Are the revenue codes correct?  In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)?  For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Submitted at Department Leve | | | |
| 8.10 | Are the statutory authority references correct? | Submitted at Department Leve | | | |
| 8.11 | Are the General Revenue Service Charge percentage rates used for each revenue source correct?  (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Submitted at Department Leve | | | |
| 8.12 | Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | Submitted at Department Leve | | | |
| 8.13 | If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Submitted at Department Leve | | | |
| 8.14 | Are the federal funds revenues reported in Section I broken out by individual grant?  Are the correct CFDA codes used? | Submitted at Department Leve | | | |
| 8.15 | Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Submitted at Department Leve | | | |
| 8.16 | Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Submitted at Department Leve | | | |
| 8.17 | If applicable, are nonrecurring revenues entered into Column A04? | Submitted at Department Leve | | | |
| 8.18 | Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available?  Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Submitted at Department Leve | | | |
| 8.19 | Is a 5% trust fund reserve reflected in Section II?  If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Submitted at Department Leve | | | |
| 8.20 | Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Submitted at Department Leve | | | |
| 8.21 | Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Submitted at Department Leve | | | |
| 8.22 | Do transfers balance between funds (within the agency as well as between agencies)?  (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Submitted at Department Leve | | | |
| 8.23 | Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Submitted at Department Leve | | | |
| 8.24 | Are prior year September operating reversions appropriately shown in column A01, Section III? | Submitted at Department Leve | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Co | | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| 8.25 | Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | Submitted at Department Level | | | |
| 8.26 | Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | Submitted at Department Level | | | |
| 8.27 | Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | Submitted at Department Level | | | |
| 8.28 | Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | Submitted at Department Level | | | |
| 8.29 | Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | Submitted at Department Level | | | |
| AUDITS: | | | | | |
| 8.30 | Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit). | Submitted at Department Level | | | |
| 8.31 | Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | Submitted at Department Level | | | |
| 8.32 | Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | Submitted at Department Level | | | |
| 8.33 | Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | Submitted at Department Level | | | |
| 8.34 | Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | Submitted at Department Level | | | |
| TIP | The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | |
| TIP | Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | |
| TIP | Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | |
| TIP | Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| |
|---|
| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | 70450100 | 70450200 | 70450300 | 70450400 |
|---|---|---|---|---|
| **9. SCHEDULE II (PSCR, SC2)** | | | | |
| **AUDIT:** | | | | |
| 9.1 Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3? **(BRAR, BRAA - Report should print "No Records Selected For This Request")** Note: Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative. (See *Base Rate Audit* on page 155 of the LBR Instructions.) | Y | Y | Y | N/A |
| **10. SCHEDULE III (PSCR, SC3)** | | | | |
| 10.1 Is the appropriate lapse amount applied? (See page 90 of the LBR Instructions.) | N/A | N/A | N/A | N/A |
| 10.2 Are amounts in *Other Salary Amount* appropriate and fully justified? (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.) Use **OADI** or **OADR** to identify agency other salary amounts requested. | Y | Y | Y | N/A |
| **11. SCHEDULE IV (EADR, SC4)** | | | | |
| 11.1 Are the correct Information Technology (IT) issue codes used? | N/A | N/A | N/A | N/A |
| TIP If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | |
| **12. SCHEDULE VIIIA (EADR, SC8A)** | | | | |
| 12.1 Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A? Are the priority narrative explanations adequate? Note: FCO issues can be included in the priority listing. | Submitted at Department Level | | | |
| **13. SCHEDULE VIIIB-1 (EADR, S8B1)** | | | | |
| 13.1 **NOT REQUIRED FOR THIS YEAR** | N/A | N/A | N/A | N/A |
| TIP If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | |
| **14. SCHEDULE VIIIB-2 (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | |
| 14.1 Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used? Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | Submitted at Department Level | | | |
| TIP Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | |
| TIP If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Education and Programs |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity C | | | |
|---|---|---|---|---|
| | 70450100 | 70450200 | 70450300 | 70450400 |

| **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | | | |
|---|---|---|---|---|

| **16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)** | | | | |
|---|---|---|---|---|
| 16.1 | Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4)(b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | Submitted at Department Level | | | |
| 16.2 | Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | Submitted at Department Level | | | |
| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | |
| 16.3 | Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  **(GENR, ACT1)** | Y | Y | Y | Y |
| 16.4 | None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | N/A | N/A | N/A | N/A |
| 16.5 | Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | N/A | N/A | N/A | N/A |
| 16.6 | Has the agency provided the necessary standard (Record Type 5) for all activities which should appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | Y | Y | Y | Y |
| 16.7 | Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | Y | Y | Y | Y |
| TIP | If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | |

| **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | | | |
|---|---|---|---|---|
| 17.1 | Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | Submitted at Department Level | | | |
| 17.2 | Does manual exhibits tie to LAS/PBS where applicable? | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service): Department of Corrections/Education and Programs

Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity C | | | |
|---|---|---|---|---|---|
| | | 70450100 | 70450200 | 70450300 | 70450400 |
| 17.3 | Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | Submitted at Department Level | | | |
| 17.4 | Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | Submitted at Department Level | | | |
| 17.5 | Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | Submitted at Department Level | | | |
| *AUDITS - GENERAL INFORMATION* | | | | | |
| TIP | Review *Section 6: Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | |
| TIP | Reorganizations may cause audit errors. Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | |
| **18. CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 18.1 | Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | FCO Submitted Seperately | | | |
| 18.2 | Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | FCO Submitted Seperately | | | |
| 18.3 | Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | FCO Submitted Seperately | | | |
| 18.4 | Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | FCO Submitted Seperately | | | |
| 18.5 | Are the appropriate counties identified in the narrative? | FCO Submitted Seperately | | | |
| 18.6 | Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | FCO Submitted Seperately | | | |
| TIP | Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids". These appropriations utilize a CIP-B form as justification. | | | | |
| **19. FLORIDA FISCAL PORTAL** | | | | | |
| 19.1 | Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | Y | Y | Y | Y |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Level |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|

| **1. GENERAL** | | | | | | |
|---|---|---|---|---|---|---|
| 1.1 | Are Columns A01, A04, A05, A91, A92, A93, A94, A95, A96, A36, A10,  IA1, IA4, IA5, IA6, IP1, IV1, IV3 and NV1 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for both the Budget and Trust Fund columns (no trust fund files for narrative columns)? Is Column A02 set to TRANSFER CONTROL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for the Trust Fund Files (the Budget Files should already be on TRANSFER CONTROL for DISPLAY and MANAGEMENT CONTROL for UPDATE)?  Are Columns A06, A07, A08 and A09 for Fixed Capital Outlay (FCO) set to TRANSFER CONTROL for DISPLAY status only (UPDATE status remains on OWNER)? **(CSDI or Web LBR Column Security)** | | | | | |
| 1.2 | Is Column A03 set to TRANSFER CONTROL for DISPLAY and UPDATE status for both the Budget and Trust Fund columns? **(CSDI)** | | | | | |
| AUDITS: | | | | | | |
| 1.3 | Have Column A03 budget files been copied to Column A12?  Run the Exhibit B Audit Comparison Report to verify.  **(EXBR, EXBA)** | | | | | |
| 1.4 | Have Column A03 trust fund files been copied to Column A12?  Run Schedule I **(SC1R, SC1 or SC1R, SC1D adding column A12)** to verify. | | | | | |
| 1.5 | Has Column A12 security been set correctly to ALL for DISPLAY status and MANAGEMENT CONTROL for UPDATE status for Budget and Trust Fund files? **(CSDR, CSA)** | | | | | |
| TIP | The agency should prepare the budget request for submission in this order:  1) Copy Column A03 to Column A12, and 2) Lock columns as described above.  A security control feature included in the LAS/PBS Web upload process requires columns to be in the proper status before uploading to the portal. | | | | | |

| **2. EXHIBIT A  (EADR, EXA)** | | | | | | |
|---|---|---|---|---|---|---|
| 2.1 | Is the budget entity authority and description consistent with the agency's LRPP and does it conform to the directives provided on page 56 of the LBR Instructions? | | | | | |
| 2.2 | Are the statewide issues generated systematically (estimated expenditures, nonrecurring expenditures, etc.) included? | | | | | |
| 2.3 | Are the issue codes and titles consistent with *Section 3* of the LBR Instructions (pages 14 through 27)?  Do they clearly describe the issue? | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Department Level

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|

| | **3.  EXHIBIT B  (EXBR, EXB)** | | | | | |
|---|---|---|---|---|---|---|
| 3.1 | Is it apparent that there is a fund shift where an appropriation category's funding source is different between A02 and A03?  Were the issues entered into LAS/PBS correctly?  Check D-3A funding shift issue 340XXX0 - a unique deduct and unique add back issue should be used to ensure fund shifts display correctly on the LBR exhibits. | | | | | |
| **AUDITS:** | | | | | | |
| 3.2 | Negative Appropriation Category Audit for Agency Request (Columns A03 and A04):  Are all appropriation categories positive by budget entity and program component at the FSI level?  Are all nonrecurring amounts less than requested amounts?  **(NACR, NAC - Report should print "No Negative Appropriation Categories Found")** | | | | | |
| 3.3 | Current Year Estimated Verification Comparison Report:  Is Column A02 equal to Column B07?  **(EXBR, EXBC - Report should print "Records Selected Net To Zero")** | | | | | |
| **TIP** | Generally look for and be able to fully explain significant differences between A02 and A03. | | | | | |
| **TIP** | Exhibit B - A02 equal to B07:  Compares Current Year Estimated column to a backup of A02.  This audit is necessary to ensure that the historical detail records have not been adjusted.  Records selected should net to zero. | | | | | |
| **TIP** | Requests for appropriations which require advance payment authority must use the sub-title "Grants and Aids".  For advance payment authority to local units of government, the Aid to Local Government appropriation category (05XXXX) should be used.  For advance payment authority to non-profit organizations or other units of state government, a Special Categories appropriation category (10XXXX) should be used. | | | | | |
| | **4.  EXHIBIT D  (EADR, EXD)** | | | | | |
| 4.1 | Is the program component objective statement consistent with the agency LRPP, and does it conform to the directives provided on page 59 of the LBR Instructions? | | | | | |
| 4.2 | Is the program component code and title used correct? | | | | | |
| **TIP** | Fund shifts or transfers of services or activities between program components will be displayed on an Exhibit D whereas it may not be visible on an Exhibit A. | | | | | |
| | **5.  EXHIBIT D-1  (ED1R, EXD1)** | | | | | |
| 5.1 | Are all object of expenditures positive amounts?  (This is a manual check.) | | | | | |
| **AUDITS:** | | | | | | |
| 5.2 | Do the fund totals agree with the object category totals within each appropriation category?  **(ED1R, XD1A - Report should print "No Differences Found For This Report")** | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Level |
|---|
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| 5.3 | FLAIR Expenditure/Appropriation Ledger Comparison Report:  Is Column A01 less than Column B04?  **(EXBR, EXBB - Negative differences [with a $5,000 allowance] need to be corrected in Column A01.)** | | | | | |
| 5.4 | A01/State Accounts Disbursements and Carry Forward Comparison Report:  Does Column A01 equal Column B08?  **(EXBR, EXBD - Differences [with a $5,000 allowance at the department level] need to be corrected in Column A01.)** | | | | | |
| TIP | If objects are negative amounts, the agency must make adjustments to Column A01 to correct the object amounts.  In addition, the fund totals must be adjusted to reflect the adjustment made to the object data. | | | | | |
| TIP | If fund totals and object totals do not agree or negative object amounts exist, the agency must adjust Column A01. | | | | | |
| TIP | Exhibit B - A01 less than B04:  This audit is to ensure that the disbursements and carry/certifications forward in A01 are less than FY 2021-22 approved budget.  Amounts should be positive.  The $5,000 allowance is necessary for rounding. | | | | | |
| TIP | If B08 is not equal to A01, check the following:  1) the initial FLAIR disbursements or carry forward data load was corrected appropriately in A01; 2) the disbursement data from departmental FLAIR was reconciled to State Accounts; and 3) the FLAIR disbursements did not change after Column B08 was created.  Note that there is a $5,000 allowance at the department level. | | | | | |
| **6.  EXHIBIT D-3  (ED3R, ED3)  (Not required in the LBR - for analytical purposes only.)** | | | | | | |
| 6.1 | Are issues appropriately aligned with appropriation categories? | | | | | |
| TIP | Exhibit D-3 is not required in the budget submission but may be needed for this particular appropriation category/issue sort.  Exhibit D-3 is also a useful report when identifying negative appropriation category problems. | | | | | |
| **7.  EXHIBIT D-3A  (EADR, ED3A) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 7.1 | Are the issue titles correct and do they clearly identify the issue?  (See pages 15 through 27 of the LBR Instructions.) | | | | | |
| 7.2 | Does the issue narrative adequately explain the agency's request and is the explanation consistent with the LRPP?  (See pages 64 through 69 of the LBR Instructions.) | | | | | |
| 7.3 | Does the narrative for Information Technology (IT) issue follow the additional narrative requirements described on pages 66 through 69 of the LBR Instructions? | | | | | |
| 7.4 | Are all issues with an IT component identified with a "Y" in the "IT COMPONENT?" field?  If the issue contains an IT component, has that component been identified and documented? | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Department Level

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| 7.5 | Does the issue narrative explain any variances from the Standard Expense and Human Resource Services Assessments package?  Is the nonrecurring portion in the nonrecurring column?  (See pages E.4 through E.5 of the LBR Instructions.) | | | | | |
| 7.6 | Does the salary rate request amount accurately reflect any new requests and are the amounts proportionate to the Salaries and Benefits request?  Note:  Salary rate should always be annualized. | | | | | |
| 7.7 | Does the issue narrative thoroughly explain/justify all Salaries and Benefits amounts entered into the Other Salary Amounts transactions (OADA/C)?  Amounts entered into OAD are reflected in the Position Detail of Salaries and Benefits section of the Exhibit D-3A.  (See pages 93 through 92 of the LBR Instructions.) | | | | | |
| 7.8 | Does the issue narrative include the Consensus Estimating Conference forecast, where appropriate? | | | | | |
| 7.9 | Does the issue narrative reference the specific county(ies) where applicable? | | | | | |
| 7.10 | Do the 160XXX0 issues reflect budget amendments that have been approved (or in the process of being approved) and that have a recurring impact (including Lump Sums)?  Have the approved budget amendments been entered in Column A18 as instructed in Memo #23-003? | | | | | |
| 7.11 | When appropriate are there any 160XXX0 issues included to delete positions placed in reserve in the LAS/PBS Position and Rate Ledger (e.g. unfunded grants)?  Note:  Lump sum appropriations not yet allocated should not be deleted. **(PLRR, PLMO)** | | | | | |
| 7.12 | Does the issue narrative include plans to satisfy additional space requirements when requesting additional positions? | | | | | |
| 7.13 | Has the agency included a 160XXX0 issue and 210XXXX and 260XXX0 issues as required for lump sum distributions? | | | | | |
| 7.14 | Do the amounts reflect appropriate FSI assignments? | | | | | |
| 7.15 | Are the 33XXXX0 issues negative amounts only and do not restore nonrecurring cuts from a prior year or fund any issues that net to a positive or zero amount?  Check D-3A issues 33XXXX0 - a unique issue should be used for issues that net to zero or a positive amount. | | | | | |
| 7.16 | Do the issue codes relating to special *salary and benefits* issues (e.g., position reclassification, pay grade adjustment, overtime/on-call pay, etc.) have an "A" in the fifth position of the issue code (XXXXAXX) and are they self-contained (not combined with other issues)?  (See pages 26 and 88 of the LBR Instructions.) | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Level |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | |
|---|---|---|---|---|---|
| 7.17 | Do the issues relating to *Information Technology (IT)* have a "C" in the sixth position of the issue code (36XXXCX) and are the correct issue codes used (361XXC0, 362XXC0, 363XXC0, 24010C0, 30010C0, 33011C0, 160E470, or 160E480)? | | | | |
| 7.18 | Are the issues relating to *major audit findings and recommendations* properly coded (4A0XXX0, 4B0XXX0)? | | | | |
| 7.19 | Does the issue narrative identify the strategy or strategies in the Five Year Statewide Strategic Plan for Economic Development? | | | | |
| AUDIT: | | | | | |
| 7.20 | Does the General Revenue for 160XXXX (Adjustments to Current Year Expenditures) issues net to zero?  **(GENR, LBR1)** | | | | |
| 7.21 | Does the General Revenue for 180XXXX (Intra-Agency Reorganizations) issues net to zero?  **(GENR, LBR2)** | | | | |
| 7.22 | Does the General Revenue for 200XXXX (Estimated Expenditures Realignment) issues net to zero?  **(GENR, LBR3)** | | | | |
| 7.23 | Have FCO appropriations been entered into the nonrecurring column (A04)? **(GENR, LBR4 - Report should print "No Records Selected For Reporting" or a listing of D-3A issue(s) assigned to Debt Service (IOE N) or in some cases State Capital Outlay - Public Education Capital Outlay (IOE L))** | | | | |
| 7.24 | Has narrative been entered for all issues requested by the agency?  Agencies do not need to include narrative for startup issues (1001000, 2103XXX, etc.) that were not input by the agency.  **(NAAR, BSNR)** | | | | |
| 7.25 | Has the agency entered annualization issues (260XXX0) for any issue that was partially funded in Fiscal Year 2022-23?  Review Column G66 to determine whether any incremental amounts are needed to fully fund an issue that was initially appropriated in Fiscal Year 2022-23.  Do not add annualization issues for pay and benefit distribution issues, as those annualization issues (26AXXXX) have already been added to A03. | | | | |
| TIP | Salaries and Benefits amounts entered using the OADA/C transactions must be thoroughly justified in the D-3A issue narrative.  Agencies can run **OADA/OADR** from STAM to identify the amounts entered into OAD and ensure these entries have been thoroughly explained in the D-3A issue narrative. | | | | |
| TIP | The issue narrative must completely and thoroughly explain and justify each D-3A issue.  Agencies must ensure it provides the information necessary for the OPB and legislative analysts to have a complete understanding of the issue submitted.  Thoroughly review pages 64 through 69 of the LBR Instructions. | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Level |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| TIP | Check BAPS to verify status of budget amendments.  Check for reapprovals not picked up in the General Appropriations Act.  Verify that Lump Sum appropriations in Column A02 do not appear in Column A03.  Review budget amendments to verify that 160XXX0 issue amounts correspond accurately and net to zero for General Revenue funds. | | | | | |
| TIP | If an agency is receiving federal funds from another agency the FSI should = 9 (Transfer - Recipient of Federal Funds).  The agency that originally receives the funds directly from the federal agency should use FSI = 3 (Federal Funds). | | | | | |
| TIP | If an appropriation made in the FY 2022-23 General Appropriations Act duplicates an appropriation made in substantive legislation, the agency must create a unique deduct nonrecurring issue to eliminate the duplicated appropriation.  Normally this is taken care of through line item veto. | | | | | |
| **8.  SCHEDULE I & RELATED DOCUMENTS  (SC1R, SC1 - Budget Entity Level *or* SC1R, SC1D - Department Level) (Required to be posted to the Florida Fiscal Portal)** | | | | | | |
| 8.1 | Has a separate department level Schedule I and supporting documents package been submitted by the agency? | Y | | | | |
| 8.2 | Has a Schedule I and Schedule IB been completed in LAS/PBS for each operating trust fund? | Y | | | | |
| 8.3 | Have the appropriate Schedule I supporting documents been included for the trust funds (Schedule IA, Schedule IC, and Reconciliation to Trial Balance)? | Y | | | | |
| 8.4 | Have the Examination of Regulatory Fees Part I and Part II forms been included for the applicable regulatory programs? | N/A | | | | |
| 8.5 | Have the required detailed narratives been provided (5% trust fund reserve narrative; method for computing the distribution of cost for general management and administrative services narrative; adjustments narrative; revenue estimating methodology narrative**;** fixed capital outlay adjustment narrative)? | Y | | | | |
| 8.6 | Has the Inter-Agency Transfers Reported on Schedule I form been included as applicable for transfers totaling $100,000 or more for the fiscal year? | Y | | | | |
| 8.7 | If the agency is scheduled for the annual trust fund review this year, have the Schedule ID and applicable draft legislation been included for recreation, modification or termination of existing trust funds? | N/A | | | | |
| 8.8 | If the agency is scheduled for the annual trust fund review this year, have the necessary trust funds been requested for creation pursuant to section 215.32(2)(b), Florida Statutes - including the Schedule ID and applicable legislation? | N/A | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Level |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| 8.9  Are the revenue codes correct?  In the case of federal revenues, has the agency appropriately identified direct versus indirect receipts (object codes 000700, 000750, 000799, 001510 and 001599)?  For non-grant federal revenues, is the correct revenue code identified (codes 000504, 000119, 001270, 001870, 001970)? | Y | | | | |
| 8.10  Are the statutory authority references correct? | Y | | | | |
| 8.11  Are the General Revenue Service Charge percentage rates used for each revenue source correct?  (Refer to section 215.20, Florida Statutes, for appropriate General Revenue Service Charge percentage rates.) | Y | | | | |
| 8.12  Is this an accurate representation of revenues based on the most recent Consensus Estimating Conference forecasts? | N/A | | | | |
| 8.13  If there is no Consensus Estimating Conference forecast available, do the revenue estimates appear to be reasonable? | Y | | | | |
| 8.14  Are the federal funds revenues reported in Section I broken out by individual grant?  Are the correct CFDA codes used? | Y | | | | |
| 8.15  Are anticipated grants included and based on the state fiscal year (rather than federal fiscal year)? | Y | | | | |
| 8.16  Are the Schedule I revenues consistent with the FSI's reported in the Exhibit D-3A? | Y | | | | |
| 8.17  If applicable, are nonrecurring revenues entered into Column A04? | Y | | | | |
| 8.18  Has the agency certified the revenue estimates in columns A02 and A03 to be the latest and most accurate available?  Does the certification include a statement that the agency will notify OPB of any significant changes in revenue estimates that occur prior to the Governor's Budget Recommendations being issued? | Y | | | | |
| 8.19  Is a 5% trust fund reserve reflected in Section II?  If not, is sufficient justification provided for exemption? Are the additional narrative requirements provided? | Y | | | | |
| 8.20  Are appropriate General Revenue Service Charge nonoperating amounts included in Section II? | Y | | | | |
| 8.21  Are nonoperating expenditures to other budget entities/departments cross-referenced accurately? | Y | | | | |
| 8.22  Do transfers balance between funds (within the agency as well as between agencies)?  (See also 8.6 for required transfer confirmation of amounts totaling $100,000 or more.) | Y | | | | |
| 8.23  Are nonoperating expenditures recorded in Section II and adjustments recorded in Section III? | Y | | | | |
| 8.24  Are prior year September operating reversions appropriately shown in column A01, Section III? | Y | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service): Department of Corrections/Department Level |
|---|

| Agency Budget Officer/OPB Analyst Name: Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| 8.25 | Are current year September operating reversions (if available) appropriately shown in column A02, Section III? | | Y | | | |
| 8.26 | Does the Schedule IC properly reflect the unreserved fund balance for each trust fund as defined by the LBR Instructions, and is it reconciled to the agency accounting records? | | Y | | | |
| 8.27 | Has the agency analyzed for continuing appropriations (category 13XXXX) and properly accounted for in the appropriate column(s) in Section III? | | N/A | | | |
| 8.28 | Does Column A01 of the Schedule I accurately represent the actual prior year accounting data as reflected in the agency accounting records, and is it provided in sufficient detail for analysis? | | Y | | | |
| 8.29 | Does Line I of Column A01 (Schedule I) equal Line K of the Schedule IC? | | Y | | | |
| AUDITS: | | | | | | |
| 8.30 | Is Line I a positive number?  (If not, the agency must adjust the budget request to eliminate the deficit). | | Y | | | |
| 8.31 | Is the June 30 Adjusted Unreserved Fund Balance (Line I) equal to the July 1 Unreserved Fund Balance (Line A) of the following year?   If a Schedule IB was prepared, do the totals agree with the Schedule I, Line I? **(SC1R, SC1A - Report should print "No Discrepancies Exist For This Report")** | | Y | | | |
| 8.32 | Has a Department Level Reconciliation been provided for each trust fund and does Line A of the Schedule I equal the CFO amount?  If not, the agency must correct Line A.  **(SC1R, DEPT)** | | Y | | | |
| 8.33 | Has a Schedule IB been provided for ALL trust funds having an unreserved fund balance in columns A01, A02 and/or A03, and if so, does each column's total agree with line I of the Schedule I? | | Y | | | |
| 8.34 | Have A/R been properly analyzed and any allowances for doubtful accounts been properly recorded on the Schedule IC? | | Y | | | |
| TIP | The Schedule I is the most reliable source of data concerning the trust funds.  It is very important that this schedule is as accurate as possible! | | | | | |
| TIP | Determine if the agency is scheduled for trust fund review.  (See pages 124 through 126 of the LBR Instructions.) Transaction DFTR in LAS/PBS is also available and provides an LBR review date for each trust fund. | | | | | |
| TIP | Review the unreserved fund balances and compare revenue totals to expenditure totals to determine and understand the trust fund status. | | | | | |
| TIP | Typically nonoperating expenditures and revenues should not be a negative number.  Any negative numbers must be fully justified. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| | |
|---|---|
| Department/Budget Entity (Service):  Department of Corrections/Department Level | |
| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter | |

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| **9.  SCHEDULE II  (PSCR, SC2)** | | | | | |
| AUDIT: | | | | | |
| 9.1 | Is the pay grade minimum for salary rate utilized for positions in segments 2 and 3?  **(BRAR, BRAA - Report should print "No Records Selected For This Request")**  Note:  Amounts other than the pay grade minimum should be fully justified in the D-3A issue narrative.  (See *Base Rate Audit* on page 155 of the LBR Instructions.) | | | | | |
| **10.  SCHEDULE III  (PSCR, SC3)** | | | | | |
| 10.1 | Is the appropriate lapse amount applied?  (See page 90 of the LBR Instructions.) | | | | | |
| 10.2 | Are amounts in *Other Salary Amount* appropriate and fully justified?  (See pages 93 through 94 of the LBR Instructions for appropriate use of the OAD transaction.)  Use **OADI** or **OADR** to identify agency other salary amounts requested. | | | | | |
| **11.  SCHEDULE IV  (EADR, SC4)** | | | | | |
| 11.1 | Are the correct Information Technology (IT) issue codes used? | | | | | |
| TIP | If IT issues are not coded (with "C" in 6th position or within a program component of 1603000000), they will not appear in the Schedule IV. | | | | | |
| **12.  SCHEDULE VIIIA  (EADR, SC8A)** | | | | | |
| 12.1 | Is there only one #1 priority, one #2 priority, one #3 priority, etc. reported on the Schedule VIII-A?  Are the priority narrative explanations adequate? Note: FCO issues can be included in the priority listing. | Y | | | | |
| **13.  SCHEDULE VIIIB-1  (EADR, S8B1)** | | | | | |
| 13.1 | **NOT REQUIRED FOR THIS YEAR** | | | | | |
| TIP | If all or a portion of an issue is intended to be reduced on a nonrecurring basis, include the total reduction amount in Column A91 and the nonrecurring portion in Column A92. | | | | | |
| **14.  SCHEDULE VIIIB-2  (EADR, S8B2) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 14.1 | Do the reductions comply with the instructions provided on pages 99 through 102 of the LBR Instructions regarding a 10% reduction in General Revenue and Trust Funds, including the verification that the 33BXXX0 issue has NOT been used?  Verify that excluded appropriation categories and funds were not used (e.g. funds with FSI 3 and 9, etc.) | Y | | | | |
| TIP | Compare the debt service amount requested (IOE N or other IOE used for debt service) with the debt service need included in the Schedule VI: Detail of Debt Service, to determine whether any debt has been retired and may be reduced. | | | | | |
| TIP | If all or a portion of an issue is intended to be reduced on a nonrecurring basis, in the absence of a nonrecurring column, include that intent in narrative. | | | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

| Department/Budget Entity (Service):  Department of Corrections/Department Level |
|---|

| Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter |
|---|

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| | | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|---|
| | Action | | | | | |

| | **15.  SCHEDULE VIIIC (EADR, S8C) (NO LONGER REQUIRED)** | | | | | |
|---|---|---|---|---|---|---|

| | **16.  SCHEDULE XI (UCSR,SCXI)  (LAS/PBS Web - see pages 104-108 of the LBR Instructions for detailed instructions) (Required to be posted to the Florida Fiscal Portal in Manual Documents)** | | | | | |
|---|---|---|---|---|---|---|
| 16.1 | Agencies are required to generate this spreadsheet via the LAS/PBS Web. **The Final Excel version no longer has to be submitted to OPB for inclusion on the Governor's Florida Performs Website.** (Note:  Pursuant to section 216.023(4) (b), Florida Statutes, the Legislature can reduce the funding level for any agency that does not provide this information.) | | Y | | | |
| 16.2 | Do the PDF files uploaded to the Florida Fiscal Portal for the LRPP and LBR match? | | Y | | | |
| AUDITS INCLUDED IN THE SCHEDULE XI REPORT: | | | | | | |
| 16.3 | Does the FY 2021-22 Actual (prior year) Expenditures in Column A36 reconcile to Column A01?  **(GENR, ACT1)** | | | | | |
| 16.4 | None of the executive direction, administrative support and information technology statewide activities (ACT0010 thru ACT0490) have output standards (Record Type 5)?  **(Audit #1 should print "No Activities Found")** | | | | | |
| 16.5 | Does the Fixed Capital Outlay (FCO) statewide activity (ACT0210) only contain 08XXXX or 14XXXX appropriation categories?  **(Audit #2 should print "No Operating Categories Found")** | | | | | |
| 16.6 | Has the agency provided the necessary standard (Record Type 5) for all activities which should appear in Section II?  (Note:  The activities listed in **Audit #3** do not have an associated output standard.  In addition, the activities were not identified as a Transfer to a State Agency, as Aid to Local Government, or a Payment of Pensions, Benefits and Claims.  Activities listed here should represent transfers/pass-throughs that are not represented by those above or administrative costs that are unique to the agency and are not appropriate to be allocated to all other activities.) | | | | | |
| 16.7 | Does Section I (Final Budget for Agency) and Section III (Total Budget for Agency) equal?  **(Audit #4 should print "No Discrepancies Found")** | | | | | |
| TIP | If Section I and Section III have a small difference, it may be due to rounding and therefore will be acceptable. | | | | | |

| | **17.  MANUALLY PREPARED EXHIBITS & SCHEDULES (Required to be posted to the Florida Fiscal Portal)** | | | | | |
|---|---|---|---|---|---|---|
| 17.1 | Do exhibits and schedules comply with LBR Instructions (pages 52 through 109 of the LBR Instructions), and are they accurate and complete? | | Y | | | |
| 17.2 | Does manual exhibits tie to LAS/PBS where applicable? | | Y | | | |

# Fiscal Year 2023-24 LBR Technical Review Checklist

Department/Budget Entity (Service):  Department of Corrections/Department Level

Agency Budget Officer/OPB Analyst Name:  Lavitta Stanford/Patricia Carpenter

*A "Y" indicates "YES" and is acceptable, an "N/J" indicates "NO/Justification Provided" - these require further explanation/justification (additional sheets can be used as necessary), and "TIPS" are other areas to consider.*

| Action | Program or Service (Budget Entity Codes) | | | | |
|---|---|---|---|---|---|
| 17.3 Are agency organization charts (Schedule X) provided and at the appropriate level of detail? | | Y | | | |
| 17.4 Does the LBR include a separate Schedule IV-B for each IT project over $1 million (see page 128 of the LBR instructions for exceptions to this rule)? Have all IV-Bs been emailed to: **IT@LASPBS.STATE.FL.US?** | | Y | | | |
| 17.5 Are all forms relating to Fixed Capital Outlay (FCO) funding requests submitted in the proper form, including a Truth in Bonding statement (if applicable) ? | | Y | | | |
| **AUDITS - GENERAL INFORMATION** | | | | | |
| TIP Review *Section 6: Audits* of the LBR Instructions (pages 154 through 156) for a list of audits and their descriptions. | | | | | |
| TIP Reorganizations may cause audit errors.  Agencies must indicate that these errors are due to an agency reorganization to justify the audit error. | | | | | |
| **18. CAPITAL IMPROVEMENTS PROGRAM (CIP) (Required to be posted to the Florida Fiscal Portal)** | | | | | |
| 18.1 Are the CIP-2, CIP-3, CIP-A and CIP-B forms included? | | Y | | | |
| 18.2 Are the CIP-4 and CIP-5 forms submitted when applicable (see CIP Instructions)? | | Y | | | |
| 18.3 Do all CIP forms comply with CIP Instructions where applicable (see CIP Instructions)? | | Y | | | |
| 18.4 Does the agency request include 5 year projections (Columns A03, A06, A07, A08 and A09)? | | Y | | | |
| 18.5 Are the appropriate counties identified in the narrative? | | Y | | | |
| 18.6 Has the CIP-2 form (Exhibit B) been modified to include the agency priority for each project and the modified form saved as a PDF document? | | Y | | | |
| TIP Requests for Fixed Capital Outlay appropriations which are Grants and Aids to Local Governments and Non-Profit Organizations must use the Grants and Aids to Local Governments and Non-Profit Organizations - Fixed Capital Outlay major appropriation category (140XXX) and include the sub-title "Grants and Aids". These appropriations utilize a CIP-B form as justification. | | | | | |
| **19. FLORIDA FISCAL PORTAL** | | | | | |
| 19.1 Have all files been assembled correctly and posted to the Florida Fiscal Portal as outlined in the Florida Fiscal Portal Submittal Process? | | Y | | | |