UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY DIXON, et al.,

    Defendants.

Case No. 3:22-cv-955-MMH-MCR

## DECLARATION OF DONNY PHILLIPS

    I, Donny Phillips, declare, pursuant to 28 U.S.C. § 1746, that I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration and I further declare as follows:

    1. I was an inmate at Suwannee Correctional Institution Annex at the same time as Elmer Williams. I was a paraparetic and incontinent wheelchair-bound inmate. I am aware of Elmer Williams's disability issues and the way that prison officials at Suwannee Annex routinely treated us disabled and incontinent prisoners.

    2. On October 15, 2020, when I was transferred to Suwannee C.I. Annex in Live Oak, Florida, all my medications and my supply of pull-up diapers were confiscated. I would typically go through 3-5 diapers a day but I was immediately told, "we don't provide adult diapers here." Like Elmer, I often ended up having to urinate and defecate in my clothes. Later, I was told I could have one diaper at a time.

    3. For a substantial part of my stay at Suwannee Annex, Sgt. Savonia Richardson was my Dorm Sergeant. She was very hostile to disabled inmates. She made disabled inmates the lowest priority in access to showers. I had cellulitis in my leg and without adequate diapers or shower access my infection worsened. The medical and corrections staff cooperated to interfere with sanitation.

    4. Sgt. Richardson was outrightly hostile to inmates who wrote grievances, which included myself and Inmate Elmer Williams. She threatened both of us and also threatened inmates who tried to help us. I wasn't assigned an inmate assistant most of the time and as far as I know, Elmer never had an inmate assistant. I never once saw Elmer with an inmate assistant or assigned pusher.

    5. Richardson and other prison officials at Suwannee would frequently threaten to take wheelchair-bound inmates' wheelchairs away from them and fail to assign

inmate assistants for inmates, like myself, had trouble staying clean. I was a class member in the class action brought by Disability Rights Florida against the Secretary of the Florida Department of Corrections (FDC) in which the Secretary of FDC signed an agreement to let inmates help each other even if they were not assigned (called "natural support"). Sgt. Richardson and others consistently violated that agreement in practice by threatening inmates who tried to help us.

6. Sgt. Richardson would frequently try to incite other inmates, including gang members, against disabled inmates who wrote grievances complaining about the way they were treated. She would refer to inmates who wrote grievances as "writ-writers" and "snitches." She would make these kinds of comments, referencing me and others, in front of known gang members. The tag "snitch" can get an inmate killed. Elmer had a reputation as a "writ-writer" at Suwannee.

7. Because of the interference with my access to medical care and sanitation, including adult diapers, my legs were constantly exposed to a combination of urine and feces that ran down my legs and contributed to my infection. I consistently had deep, pus-filled sores on my right leg that never completely went away. I know Elmer also had foul-smelling infection wounds, I observed them, including on his buttocks.

8. I remember on more than one occasion, Elmer was forced to wear a dirty diaper because he wasn't given a fresh one to change into. I remember when Elmer would ask for help, officers would make excuses like there were no pushers available to help him. Elmer would sometimes have to sit for days in dirty diapers begging for help. I never once saw Elmer walk. Some of the inmates became upset at his smell and they actually dragged him into the bathroom and ran the shower on him. He couldn't balance on the shower bench so he had to shower lying on his belly. During our time together at Suwannee, Elmer was lucky to shower once or twice a week. I witnessed Elmer pay other inmates in canteen to help him shower and get around.

9. In my case, I retained an expert who had published a peer-reviewed medical study that Florida prisoners who were admitted to Shands Hospital in Gainesville, Florida, with sepsis from the several prisons in that area (called the "Prison Triangle") were three times as likely to die from sepsis than non-prisoner patients.

10. FDC had a wound care program that was supposed to provide special care for inmates like myself and Elmer who had infection wounds that did not heal within two months. I understand were supposed to be sent to one of six prison institutions with specialized wound care programs around the state. Neither of us were sent to such a program and when we inquired we found that the program had been shut down and there was just one infection nurse at RMC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6TH, 2025, at Okeechobee, Florida.

*Donny Phillips*

Donny Phillips

3