UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.    Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**

_____/

## CONSENT MOTION TO EXTEND THE MOTION IN LIMINE DEADLINE

Defendant, RICKY DIXON, by and through undersigned counsel, hereby moves to extend the deadline to file motions in limine by seven (7) days to August 4, 2025, and state the following in support thereof:

1. The current deadline to file all motions in limine for this matter is July 28, 2025.

2. The parties have been diligently engaged in discussing and resolving issues prior to filing motions in limine in order to preserve judicial economy, curtail unnecessary expense to the parties, and promote efficient resolution of all the issues.

1

3. At the time of filing this Motion, the parties have not resolved all pending issues, and the Plaintiff's counsel responsible for these motions, James Cook, is temporarily unavailable for conferral.

4. Co-counsel for Plaintiff, James Slater, has indicated that an extension of time would allow for a more fruitful conferral on all proposed motions in limine.

5. As such, the parties respectfully request a seven-day extension of the motion in limine deadline to August 4, 2025. This brief extension would allow the parties to finalize their agreement to as many issues as possible before engaging the Court in any remaining disputes.

6. Further, the requested extension of time would not be prejudicial to either party, nor would it conflict with any other pending deadlines, as the parties' joint pre-trial stipulation is not due until August 11, 2025.

**WHEREFORE**, the undersigned respectfully requests an extension of the motion in limine deadline to August 4, 2025, with all other deadlines remaining as previously set.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: jami@jsh-pa.com

*Attorney for Defendant,*
*Ricky D. Dixon*

## Local Rule 3.01(g) Certification

I hereby certify that undersigned counsel's office conferred with Plaintiff's counsel and confirmed his agreement to this requested relief of a seven-day extension for the motion in limine deadline to be filed.

/s/ *Jami M. Kimbrell*
Jami M. Kimbrell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served to all counsel of record by CM/ECF on July 25, 2025.

/s/ *Jami M. Kimbrell*
Jami M. Kimbrell