UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.      Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

    Defendants.
_____

# ORDER

This cause is before the Court on Defendant Dixon's Consent Motion to Extend the Motion In Limine Deadline (Doc. 196). Additionally, the Court was advised that the claims against Defendants Kalem Santiago and Savonia Richardson-Graham have been resolved. See Notice of Resolution as to the Individual Defendants Only (Doc. 191). In light of the pending Motions for Summary Judgment (Docs. 179, 181, 189), it is now

**ORDERED:**

1. The parties shall have until **August 25, 2025**, to file a joint motion for dismissal (or other appropriate documents) as to the claims against Defendants Kalem Santiago and Savonia Richardson-Graham.

2. Defendants Kalem Santiago and Savonia Richardson-Graham's Motions for Summary Judgment (Docs. 179, 181) are **DENIED as moot**.

3. Defendant Dixon's Consent Motion to Extend the Motion In Limine Deadline (Doc. 196) is **GRANTED to the extent** the following case management deadlines apply:

| | |
|---|---|
| Deadline for filing all other motions including motions in limine. | **September 29, 2025** |
| Deadline for filing joint final pretrial statement. | **October 13, 2025** |
| Date and time of the final pretrial conference. | **October 20, 2025 10:00 a.m.** |
| Trial Term Begins | **November 3, 2025 9:00 a.m.** |
| Estimated Length of Trial | **7 Days** |
| Jury/Non-Jury | **Jury** |

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of July, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

caw 7/28
c:
Counsel of Record