UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                                                                               Case No. 3:22-cv-01221-MMH-MCR

**RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, REBECCA YATES, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**

_____/

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST KALEM SANTIAGO AND SGT. SAVONIA RICHARDSON-GRAHAM WITH PREJUDICE

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Defendants, Kalem Santiago, and Sgt. Savonia Richardson-Graham, with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii). This stipulation of dismissal is intended to dismiss Defendants, Kalem Santiago, and Sgt.

1

Savonia Richardson-Graham, only and shall not affect any other pending claims against any other parties in this case.

Dated: August 4, 2025

*/s/ James v. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorney for Plaintiff*

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorney for Plaintiff*

*/s/ Thomas Buchan*
Thomas Buchan (FBN 1010923)
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
Tel. (850) 877-7776
tom@jsh-pa.com

*Attorney for Defendants Dixon, Santiago, Johns, Millette, Yates & Richardson-Graham*

*/s/ Brian A. Wahl*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

*Attorneys for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Figueroa, Howell, Holmes, Abbott, and Morris*