UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

        Plaintiff,

v.                                    Case No. 3:22-cv-1221-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

The Court has been advised that the claims against Defendants Kalem Santiago and Sgt. Savonia Richardson-Graham have been resolved. See Joint Stipulation of Dismissal of All Claims Against Kalem Santiago and Sgt. Savonia Richardson-Graham With Prejudice (Doc. 198). Pursuant to the Stipulation, the claims against Defendants Santiago and Richardson-Graham are **DISMISSED with prejudice**, with all parties to bear their own fees and costs. There being no just reason for delay, the **Clerk** shall enter judgment dismissing with prejudice the claims against Defendants Santiago and

Richardson-Graham and terminate them as parties in this case. See Fed. R. Civ. P. 54(b).

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2025.

                                    MARCIA MORALES HOWARD
                                    United States District Judge

caw 8/6
c:
Counsel of Record