UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    Plaintiff,

v.                                            Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    Defendants.
_____/

### DEFENDANT, FLORIDA DEPARTMENT OF CORRECTIONS', NOTICE OF FILING EXHIBIT IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE REFERENCES TO PRIOR LAWSUITS

Defendant, Florida Department of Corrections, by and through undersigned counsel, hereby files the following exhibit in support of its Motion in Limine to Exclude References to Prior Lawsuits:

| Exhibit | Description |
| --- | --- |
| A. | Amended Complaint Case No. 3:22-cv-997-BJD-LLL |

1

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorneys for Defendant,*
*Florida Department of Corrections*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by e-filing on September 30, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell