# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.                                       Case No.   3:22-cv-1221-MMH-MCR

RICKY DIXON, in his official
capacity as Secretary of the Florida
Department of Corrections, et al.,

    Defendants.

_____/

# O R D E R

**THIS CAUSE** is before the Court sua sponte. In light of the procedural posture of this case and the number of criminal trials scheduled before the undersigned in the upcoming months, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter. Accordingly, it is

**ORDERED:**

The remaining case management deadlines are extended as follows:

| | |
|---|---|
| Deadline for filing all other motions including motions in limine. | NOVEMBER 24, 2025 |
| Deadline for filing the joint final pretrial statement. | DECEMBER 8, 2025 |
| Date and time of the final pretrial conference. | DECEMBER 15, 2025 10:00 A.M. |

| Trial Term Begins | JANUARY 5, 2026 9:00 A.M. |
|---|---|
| Estimated Length of Trial | 7 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of October, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record