UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                                          Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**
_____/

## AFFIDAVIT OF JAMI M. KIMBRELL IN SUPPORT OF DEFENDANT'S BILL OF COSTS

STATE OF FLORIDA      )

COUNTY OF LEON       )

BEFORE ME, the undersigned authority and one authorized by law to administer oaths, personally appeared Jami M. Kimbrell, who, after being duly sworn, deposes and says:

1

1. I am an attorney Of Counsel with the law firm of Howell, Buchan & Strong, P.A. ("the Firm"), and have personal knowledge of the facts set forth herein. I served as co-counsel for the Firm on behalf of Defendant, Ricky Dixon, in the above-styled case.

2. The following costs incurred by Defendant were reasonable and necessary costs that have been incurred in the defense of the above-referenced case, on behalf of said Defendant:

**A. Fees of the Clerk**      **$0.00**

**B. Fees for Printed or Electronically Recorded Transcripts**

| | |
|---|---|
| **Milestone Reporting Company** <br> **Deposition Transcript** <br> Invoice # 236714 | **$651.00** |
| **Milestone Reporting Company** <br> **Deposition Transcript** <br> Invoice # 236717 | **$849.75** |
| **Milestone Court Reporters** <br> **Deposition Transcript** <br> Invoice # 32845 | **$585.50** |
| **Milestone Court Reporters** <br> **Deposition Transcript** <br> Invoice # 35015 | **$368.85** |
| **Milestone Court Reporters** <br> **Deposition Transcript** <br> Invoice # 354093 | **$389.20** |

*(See Attachment A)*

### C. Fees and Disbursements for Printing

| | |
|---|---|
| FedEx courtesy copy of Motion for Summary Judgment to Judge Monte C. Richardson | $96.26 |

*(See Attachment B)*

| | |
|---|---|
| Printing Courtesy Copy of Motion for Summary Judgment to Judge Monte C. Richardson $0.71 per page | $44.02 |

### D. Other

| | |
|---|---|
| Messer Caparello, P.A. Mediation Invoice # 500260 | $592.50 |

*(See Attachment C)*

**GRAND TOTAL $3,577.08**

3. True and correct copies of invoices, receipts, and/or proof of costs are attached to this affidavit.

4. Defendant is claiming total taxable costs in the amount of $3,577.08.

AFFIANT SAYS NOTHING FURTHER.

_____
Jami M. Kimbrell
Florida Bar No. 657379

SWORN to and subscribed before me this 19th day of November, 2025, by Jami M. Kimbrell, by means of

_____ online or _____ physical presence

3

✓ who is personally known to me or

\_\_\_\_\_ who has produced _____ as identification.

_____
Name: Margareta E. Hebenthal
Notary Public

My Commission expires: 8/22/29

MARGARETA E. HEBENTHAL
Notary Public-State of Florida
Commission # HH 692778
My Commission Expires
August 22, 2029

# ATTACHMENT A

# INVOICE

1 of 1

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900 Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 236714 | 3/29/2023 | 248956 |
| **Job Date** | **Case No.** ||
| 1/10/2023 | 3:22-cv-955-MMH-MCR ||
| **Case Name** |||
| ELMER WILLIAMS v RICKY DIXON, et al., |||
| **Payment Terms** |||
| Due upon receipt |||

John Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

1 COPY OF TRANSCRIPT OF:
   Elmer Williams

                                                                651.00

**TOTAL DUE >>>**     **$651.00**

Location of Job : ALL PARTIES TO APPEAR REMOTELY
                     No set address
                     Remote Location, FL

Terms are Net 30 days. Past due amounts may be charged a 12% finance charge after 90 days. Where collection is required, debtor will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$651.00** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

John Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

Invoice No. : 236714
Invoice Date : 3/29/2023
**Total Due** : **$651.00**

Remit To: **Milestone Reporting Company**
            **P.O. Box 3426**
            **Orlando, FL 32802**

Job No. : 248956
BU ID : MRC
Case No. : 3:22-cv-955-MMH-MCR
Case Name : ELMER WILLIAMS v RICKY DIXON, et al.,

# INVOICE

1 of 1

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 236717 | 3/29/2023 | 249675 |
| **Job Date** | **Case No.** ||
| 1/11/2023 | 3:22-cv-955-MMH-MCR ||
| **Case Name** |||
| ELMER WILLIAMS v RICKY DIXON, et al., |||
| **Payment Terms** |||
| Due upon receipt |||

John Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

1 COPY OF TRANSCRIPT OF:
    Elmer Williams (Continuation from 1/10/23)

                                                      849.75

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                          No set address
                          Remote Location, FL

TOTAL DUE  >>>     $849.75

Terms are Net 30 days. Past due amounts may be charged a 12% finance charge after 90 days. Where collection is required, debtor will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $849.75 |

Tax ID: 59-1937999

*Please detach bottom portion and return with payment.*

John Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

Invoice No.   : 236717
Invoice Date  : 3/29/2023
**Total Due**    : **$849.75**

Remit To: **Milestone Reporting Company**
          **P.O. Box 3426**
          **Orlando, FL 32802**

Job No.    : 249675
BU ID     : MRC
Case No.  : 3:22-cv-955-MMH-MCR
Case Name : ELMER WILLIAMS v RICKY DIXON, et al.,

# INVOICE

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 328245 | 1/29/2025 | 365148 |
| Job Date | Case No. ||
| 1/16/2025 | 3:22-cv-955-MMH-MCR ||
| Case Name |||
| ELMER WILLIAMS v RICKY DIXON, et al., |||
| Payment Terms |||
| Due upon receipt |||

Thomas Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Alexis Figueroa | 144.00 | Pages | @ | 3.500 | 504.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 79.00 | Pages | @ | 0.350 | 27.65 |
| Color Exhibits - Copied/Scanned/Hyperlinked | 7.00 | Pages | @ | 0.550 | 3.85 |
| Transcript Formatting and Cloud Archiving | 1.00 | | @ | 15.000 | 15.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | | **$585.50** |

Location of Job   : ALL PARTIES APPEARING REMOTELY
  No set address
  Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $585.50 |

Tax ID: 59-1937999

*Please detach bottom portion and return with payment.*

Thomas Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

Invoice No.   : 328245
Invoice Date  : 1/29/2025
**Total Due**    : **$585.50**

Remit To: **Milestone Reporting Company**
  **P.O. Box 3426**
  **Orlando, FL 32802**

Job No.     : 365148
BU ID       : MRC
Case No.    : 3:22-cv-955-MMH-MCR
Case Name   : ELMER WILLIAMS v RICKY DIXON, et al.,

# INVOICE

1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 353015 | 7/8/2025 | 356850 |
| **Job Date** | **Case No.** | |
| 11/13/2024 | 3:22-cv-955-MMH-MCR | |
| **Case Name** | | |
| ELMER WILLIAMS v RICKY DIXON, et al., | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thomas Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jason Howell | 86.00 | Pages | @ | 3.500 | 301.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 40.00 | Pages | @ | 0.350 | 14.00 |
| Color Exhibits - Copied/Scanned/Hyperlinked | 7.00 | Pages | @ | 0.550 | 3.85 |
| Transcript Formatting and Cloud Archiving | 1.00 | | @ | 15.000 | 15.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE >>>**   **$368.85**

Location of Job    : ALL PARTIES APPEARING REMOTELY
                     No set address
                     Remote Location, FL

Terms are Net 30 days. Past due amounts may be charged a 12% finance charge after 90 days. Where collection is required, debtor will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

---

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Thomas Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

Invoice No.   : 353015
Invoice Date  : 7/8/2025
**Total Due**   : **$368.85**

Remit To: **Milestone Reporting Company**
           **P.O. Box 3426**
           **Orlando, FL 32802**

Job No.    : 356850
BU ID      : MRC
Case No.   : 3:22-cv-955-MMH-MCR
Case Name  : ELMER WILLIAMS v RICKY DIXON, et al.,

# INVOICE
1 of 1

Milestone Court Reporters
dba The Reporting Company
dba Milestone Reporting
Tax ID: 59-1937999
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 354093 | 7/15/2025 | 356842 |
| **Job Date** | **Case No.** | |
| 11/11/2024 | 3:22-cv-955-MMH-MCR | |
| **Case Name** | | |
| ELMER WILLIAMS v RICKY DIXON, et al., | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Tony Abbott | | | | |
|    E-Litigation Package | 102.00 Pages | @ | 3.250 | 331.50 |
|    Exhibits - Copied/Scanned/Hyperlinked | 1.00 | @ | 35.000 | 35.00 |
|    Transcript Formatting and Cloud Archiving | 22.00 Pages | @ | 0.350 | 7.70 |
|    No Paper - E-Delivery Only | 1.00 | @ | 15.000 | 15.00 |
| | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE >>>** | | | | **$389.20** |

Location of Job  : ALL PARTIES APPEARING REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

Payments can be made online through the link below:
https://milestonereporting.com/make-a-payment/

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

John Buchan, Esquire
Howell, Buchan, and Strong
630 South Orange Avenue
Suite 200-B
Sarasota, FL 34236

Invoice No.   : 354093
Invoice Date  : 7/15/2025
**Total Due**   : **$389.20**

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.    : 356842
BU ID      : MRC
Case No.   : 3:22-cv-955-MMH-MCR
Case Name  : ELMER WILLIAMS v RICKY DIXON, et al.,

# ATTACHMENT B

*Williams v. Dixon*
*Courtesy copy of MSJ*



FedEx® Billing Online

Invoices › Invoice Details › Shipment Details

## SHIPMENT DETAILS

### Tracking ID 818229113023

**BILLING INFORMATION**

| | |
|---|---|
| Tracking ID number | 818229113023 |
| Invoice number | 4-864-17861 |
| Account number | 7345-7827-4 |
| Invoice date | 04/03/2025 |
| Due date | 04/18/2025 |
| Total billed | $96.26 |
| Tracking ID balance due | $0.00 |
| Status | Closed |

**TRANSACTION DETAILS**

**Sender information**

ELAINE HEBENTIAL
HOWELL, BUCHAN & STRONG
2898 MAHAN DR STE 6
TALLAHASSEE FL 32308-5462
US

**Recipient information**

HON MONTE C RICHARDSON
UNITED STATE MAGISTRATE JUDGE
300 NORTH MAGON ST COURT JAC
JACKSONVILLE FL 32202
US

 **Shipments**

Shipment details ˅

**Payments and charges**

Charges ˅

**Historical Reference**

Customs ˅

Reference ˅

**Messages**

Messages ˅

# ATTACHMENT C

**MESSER CAPARELLO, P.A.**
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
08/09/2024
Account No: 2360-28054
Invoice No: 500260

James Murray Slater
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

James V. Cook
Law Office of James V. Cook
314 W Jefferson St
Tallahassee, FL 32301

John Thomas Buchan
Howell, Buchan, and Strong
630 S. Orange Avenue,
Suite 200-B
Sarasota, FL 34236

Brian Wahl
Bradley Arant Boult
Cummings LLP
1819 5th Ave N Ste 200
Birmingham, AL 35203

**MEDIATION SERVICES RE: WILLIAMS V. DIXON, ET AL**

Fees

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 08/07/2024 | THB | Review confidential pre-mediation statements from counsel for Plaintiff, Defendant Centurion, and Defendant Florida DOC, in preparation for mediation on Thursday, August 8, 2024. | 2.00 | |
| 08/08/2024 | THB | Mediation Session. No agreement. Impasse declared. Mediation Report prepared and transmitted to Legal Assistant for filing with the clerk of court. | 2.50 | |
| | | For Current Services Rendered | 4.50 | 1,777.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| TOM BATEMAN | 4.50 | $395.00 | $1,777.50 |

Total Current Work      1,777.50

Balance Due      $1,777.50

**One third due from Plaintiff Williams (Slater/Cook)        $592.50**

**One third due from Defendants Dixon, et al (John Buchan)  $592.50**

**One third due from Defendant Centurion (Brian Wahl)       $592.50**

ALL INVOICES DUE UPON RECEIPT.
TO PAY ONLINE USE THE FOLLOWING LINK:
https://messercaparello.securepayments.cardpointe.com/pay?total=0.00
THANK YOU FOR YOUR PROMPT PAYMENT.