UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Elmer Williams appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting the motion for summary judgment filed by Defendant Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections, entered in this action on November 6, 2025. (Docs. 206 & 207.)

Dated: November 21, 2025.

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    SLATER LEGAL PLLC
    2296 Henderson Mill Rd NE #116
    Atlanta, Georgia 30345
    james@slater.legal
    Tel. (404) 458-7283

    -and-

        */s/ James V. Cook*
James V. Cook (FBN 966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff Elmer Williams*

2