UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-1221-MMH-MCR

### Declaration of James V. Cook in Support of Plaintiff's Objections to Secretary Dixon's Bill of Costs

I, James V. Cook, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Elmer Williams.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to set forth facts in support of Plaintiff's request for a reduction in the costs imposed against him.

4. As the Court is aware from the papers in this case, Mr. Williams was incarcerated during the events at issue in the lawsuit, but as a result of his serious and terminal medical condition, including prostate cancer and paraplegia, he was released from prison on a conditional medical release.

5. Since his release, Mr. Williams has been in and out of Memorial Hospital in Broward County and otherwise has been confined to an assisted care facility where he is bedridden.

6. Last week, the week of November 10, 2025, I traveled to visit Mr. Williams at his care facility in Pembroke Pines, Florida. He had just returned from the hospital, where he was treated for infection and serious medical issues related to his chemotherapy treatment for prostate cancer.

7. Mr. Williams has recovered settlement proceeds in this case related to claims against the medical providers and certain correctional officers. Because of Mr. Williams's health needs, Mr. Williams established a Special Needs Trust (SNT) for the settlement proceeds recovered to date in this case. Mr. Williams has no access to the funds and can only access the SNT to pay for special needs including medical and care needs that Medicaid will not cover.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2025 at Tallahassee, Florida.

_James Cook_
James V. Cook