UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELMER WILLIAMS,**

    **Plaintiff,**

v.                                           Case No. 3:22-cv-01221-MMH-MCR

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., KALEM SANTIAGO, JASON HOWELL, ELIZABETH HOLMES, TONY ABBOTT, GERALD KNAUS, JESSEE MORRIS, ADELE JOHNS, WENDY MILLETTE, and SGT. SAVONIA RICHARDSON-GRAHAM,**

    **Defendants.**
_____/

## DEFENDANT'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OBJECTION TO SECRETARY DIXON'S BILL OF COSTS

Defendant Ricky Dixon, in his official capacity as Secretary of the Florida Department of Corrections ("Defendant"), by and through undersigned counsel and pursuant to Local Rule 3.01(e) files this motion requesting leave of this Court to reply to Plaintiff's Objection to Secretary Dixon's Bill of Costs [Doc. 211] and states the following in support thereof:

    1.    On November 19, 2025, Defendant filed its Bill of Costs and Memorandum in Support of Bill for Costs. [Doc. 208 and 209].

1

2. On November 24, 2025, Plaintiff filed his Objection to Secretary Dixon's Bill of Costs [Doc. 211], and within these objections, Plaintiff raised issues relating to Defendant's request to tax costs relating to mediation, printing and mailing fees, and Plaintiff's alleged "Indigency," an issue not addressed within Defendant's Memorandum in Support of Bill for Costs [Doc. 208].

3. Pursuant to the Middle District of Florida Local Rule 3.01(e), there is no right to reply as a matter of right, except with respect to a reply to a motion for summary judgment, and a party must seek leave from the court to reply through a motion for leave to reply that specifies the need for and the length of the proposed reply.

4. "A party moving for a reply brief must show good cause." *Robinson v. Nat'l Credit Sys.*, No. 2:17-cv-386-FtM-38CM, 2018 U.S. Dist. LEXIS 241974, at *2 (M.D. Fla. Oct. 10, 2018)(citing *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 U.S. Dist. LEXIS 105666, at *1 n.3 (M.D. Fla. July 29, 2013)).

5. "Moreover, the Court will not grant leave to file a reply brief unless the reply will benefit the Court's resolution of the pending motion". *Id.* (citing *Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 U.S. Dist. LEXIS 39222, 2014 WL 1230644, at *4 n.3 (M.D. Fla. Mar. 25, 2014)).

6. Defendant submits good cause exists for leave to reply to Plaintiff's assertion that any Costs Award should be reduced based on his indigency status.

7. Defendant submits that a brief reply of seven pages would be sufficient to combat Plaintiff's assertions and that such reply will benefit the Court's resolution of the pending motion.

WHEREFORE, Defendant Dixon respectfully requests this Court enter an Order granting leave for Defendant to Reply to Plaintiff's Objection to Secretary Dixon's Bill of Costs [Doc. 211].

Respectfully submitted,

/s/ Thomas Buchan
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorneys for Defendant Dixon*

### Local Rule 3.01(g) Certification

I hereby certify that undersigned counsel's office conferred with Plaintiff's counsel, and this motion is opposed.

/s/ Thomas Buchan
Thomas Buchan

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served to all counsel of record by CM/ECF on December 8, 2025.

/s/ Thomas Buchan
Thomas Buchan