UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELMER WILLIAMS,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 3:22-cv-1221-MMH-MCR

**PLAINTIFF'S RESPONSE IN OPPOSITION TO SECRETARY DIXON'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF BILL OF COSTS**

Plaintiff Elmer Williams opposes Secretary Dixon's Motion for Leave to Reply in support of his Bill of Costs and Memorandum of Law in Support. (Doc. 214).

**Memorandum of Law**

Courts in this District conclude that a movant must demonstrate good cause to file a reply. *See McDonald v. United States*, 2013 WL 3901871, at *1 n. 3 (M.D. Fla. July 29, 2013) ("While parties may ask for leave to file a reply, they must show good cause."). Put simply, Secretary Dixon wants to challenge Mr. Williams's claim of indigency to reduce any cost award imposed against him.

Yet, he fails to offer any insight into how he could provide anything more than speculation and conjecture to "combat" (his words) a declaration attesting that Mr. Williams has been confined to the hospital or an assisted living facility since his release and that he, a Medicaid recipient, established a special needs trust for settlement proceeds recovered in this case. Accordingly, the Secretary has failed to meet his burden. *See, e.g.*, *Sutton v. Caldwell*, 2020 WL 13929456, at *1 (N.D. Ga. Sept. 16, 2020) ("to show good cause rests with the petitioner, and the request cannot rest on speculation").

## Conclusion

The Court should deny the Secretary's motion for leave to reply.

Dated: December 12, 2025.

Respectfully submitted,

/s/ *James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283

/s/ *James V. Cook*
James V. Cook (FBN 966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301

cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff Elmer Williams*